**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                         415.522.2000

**May 1, 2006**

**CASE NUMBER: CV 06-02361 BZ**
**CASE TITLE: NETFLIX,INC.-v-BLOCKBUSTER,INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/1/06

FOR THE EXECUTIVE COMMITTEE:

_____/s/ Richard W. Wieking_____
                                                                                                  Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                              Special Projects
Log Book Noted                                                     Entered in Computer 5/1/06ha


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                                            Transferor CSA