IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX,INC., | No. C 06-02361 WHA |
|     Plaintiff, | |
|   v. | **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |
| BLOCKBUSTER,INC., | |
|     Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **June 29, 2006 at 11:00 a.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.  Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed twelve pages.

Parties requesting a continuance shall submit a stipulation and proposed order.  If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: May 2, 2006

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup

Dockets.Justia.com