ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
Email: mgrossman@agsk.com
William J. O'Brien (No. 99526)
Email: wobrien@agsk.com
Tony D. Chen (No. 176635)
Email: tchen@agsk.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000

Attorneys for Defendant,
Blockbuster, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, ,<br><br>            Plaintiff,<br><br>    vs.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>            Defendant. | Case No. C 06 2361 WHA<br><br>**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT** |

Plaintiff, Netflix, Inc., and Defendant, Blockbuster, Inc., through their respective counsel, stipulate and agree as follows:

1.      Netflix served Blockbuster with the summons and complaint in this case on April 20, 2006.

2.      Blockbuster has requested – and Netflix has agreed to – a thirty-day extension of Blockbuster's time to file and serve an answer to the complaint (including any counterclaims that may be included with the answer).

3.      This extension will not alter the date of any event or deadline already fixed by Court order.

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

888797_1 DOC

STIPULATION EXTENDING TIME
TO ANSWER COMPLAINT
C 06 2361   WHA

1         4.    Pursuant to Local Civil Rule 6-1, Blockbuster's time to file and

2  serve its answer to the complaint (including any counterclaims) is hereby extended

3  to and including June 9, 2006.

4  DATED: May 4, 2006     KEKER & VAN NEST, LLP

5

6                   By _____

7                     Jeffrey R. Chanin
                        Attorneys for Plaintiff,

8                     Netflix, Inc.

9  DATED: May 4, 2006     ALSCHULER GROSSMAN STEIN & KAHAN LLP

10

11                 By _____

12                   Marshall B. Grossman
                       Attorneys for Defendant,

13                   Blockbuster, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

888797_1 DOC                  2                     STIPULATION EXTENDING TIME
TO ANSWER COMPLAINT
C 06 2361 WHA

1

PROOF OF SERVICE

2   I am employed in the City and County of San Francisco, State of California in the office of a

3   member of the bar of this court at whose direction the following service was made. I am over the

4   age of eighteen years and not a party to the within action. My business address is Keker & Van
Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

5   On May 5, 2006, I served the following document(s):

6           **STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

7

8   ☑     by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as
shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and

9   processing of correspondence for mailing. According to that practice, items are deposited with the United
States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I

10   am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or
the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

11

12   Marshall B. Grossman, Esq.
Alschuler Grossman Stein & Kahan LLP

13   1620 26th Street, 4th Floor, North Tower
Santa Monica, CA 90404-4060

14

15

16   Executed on May 5, 2006, at San Francisco, California.

17   I declare under penalty of perjury under the laws of the State of California that the above is true
and correct.

18

19

20   NOELLE NICHOLS

21

22

23

24

25

26

27

28

1
PROOF OF SERVICE
NETFLIX V. BLOCKBUSTER, CASE NO. C 06 2361 WHA

372095.01