ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email:  mgrossman@agsk.com
        wobrien@agsk.com
        tchen@agsk.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>Defendants. | CASE NO. C 06 2361 WHA<br><br>STIPULATION EXTENDING TIME TO ANSWER COMPLAINT<br><br>Complaint Filed: April 4, 2006 |

Plaintiff, Netflix, Inc., and Defendant, Blockbuster Inc., through their respective counsel, stipulate and agree as follows:

1. The parties previously stipulated to a thirty-day extension of Blockbuster's time to file and serve an answer to the complaint (including any counterclaims that may be included with the answer), to June 9, 2006.

2. Because of the travel schedule of Blockbuster counsel, Blockbuster has requested, and Netflix has agreed to, a further extension of two Court days.

3. This extension will not alter the date of any event or deadline already fixed by Court order.

1      4.    Pursuant to Local Civil Rule 6-1, Blockbuster's time to file and serve its answer to the complaint (including any counterclaims) is hereby extended to and including June 13, 2006.

DATED: June 9, 2006     KEKER & VAN NEST, LLP

By _____ FOR Daralyn J. Durie
Daralyn J. Durie
Attorneys for Plaintiff,
Netflix, Inc.

DATED: June 9, 2006     ALSCHULER GROSSMAN STEIN & KAHAN LLP

By _____
William J. O'Brien
Attorneys for Defendant,
Blockbuster Inc.