KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASIM M. BHANSALI - #194925
KEVIN T. REED - #240799
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>        Defendant. | Case No. C 06 2361 WHA<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

2. Discussed the available dispute resolution options provided by the Court and private entities; and

---

374928.01

1

ADR CERTIFICATION BY PARTIES AND COUNSEL
Case No. C 06 2361 WHA

1     3. Considered whether this case might benefit from any of the available dispute
2 resolution options.

3 Dated: June 9, 2006

                                              Charlotte Falla
                                              Associate General Counsel
                                              Netflix, Inc.

Dated: June 9, 2006                  KEKER & VAN NEST, LLP

                                              By: /s/DARALYN J. DURIE
                                              DARALYN J. DURIE
                                              Attorneys for Plaintiffs
                                              NETFLIX, INC.