very seriously the important professional responsibilities of in-house counsel to their client and its shareholders, including duties to make prudent decisions, provide legal advice, and exercise direction and control over this important and costly litigation. Blockbuster believes that the requested access is essential to permit its in-house counsel to properly fulfill these responsibilities.

DATED: June 22, 2006       KEKER & VAN NEST, LLP

By _____
Daralyn J. Durie
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

DATED: June 22, 2006       ALSCHULER GROSSMAN STEIN & KAHAN LLP

By    /S/    _____
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.