## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 29, 2006

Case No.  C 06-02361 WHA

Title: NETFLIX  v. BLOCKBUSTER

Plaintiff Attorneys: Daralyn Durie; Jeffrey Chanin

Defense Attorneys: William O'Brien; Marshall Grossman

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

## PROCEEDINGS

1)     CMC - HELD

2)

Complete Initial Disclosures (Rule 26): 7/28/06

Discovery Cutoff: 4/27/07

Designation of Experts: 4/27/07

Last Day to File Motion: 6/14/07

Continued to **1/17/07 at 1:30pm**   for Tutorial

Continued to **1/31/07 at 1:30pm**  for Claim Construction

Continued to **8/20/07 at 2:00pm**   for Pretrial Conference

Continued to **9/17/07 at 7:30am**   for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Laporte for mediation/settlement conference.  Case is referred to a Magistrate Judge for discovery.

Parties shall submit a proposed claim construction schedule by 7/28/06.   Each side is allowed 20 depositions.