1  ALSCHULER GROSSMAN STEIN & KAHAN LLP
   Marshall B. Grossman (No. 35958)
2  William J. O'Brien (No. 99526)
   Tony D. Chen (No. 176635)
3  Dominique N. Thomas (No. 231464)
   The Water Garden
4  1620 26th Street
   Fourth Floor, North Tower
5  Santa Monica, CA 90404-4060
   Telephone: 310-907-1000
6  Facsimile: 310-907-2000
   Email: mgrossman@agsk.com
7         wobrien@agsk.com
          tchen@agsk.com
8         dthomas@agsk.com

9  Attorneys for Defendant and Counterclaimant,
   Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NETFLIX, INC., a Delaware corporation, | CASE NO. C 06 2361 WHA |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF DOMINIQUE N. THOMAS** |
| vs. | |
| BLOCKBUSTER INC., a Delaware corporation, DOES 1-50, | |
| Defendants. | |
| AND RELATED COUNTER ACTION. | Complaint Filed: April 4, 2006 |

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

897771_1 DOC

NOTICE OF APPEARANCE OF
DOMINIQUE N. THOMAS C 06 2361 WHA

Dockets.Justia.com

**TO PLAINTIFF NETFLIX, INC. AND ITS ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Dominique N. Thomas, an attorney duly admitted to the Bar of this Court and an associate of Alschuler Grossman Stein & Kahan LLP, enters an appearance as counsel for Defendant Blockbuster, Inc.

DATED: July 6, 2006   ALSCHULER GROSSMAN STEIN & KAHAN LLP

By _____
DOMINIQUE N. THOMAS
Attorneys for Defendant and Counterclaimant
Blockbuster Inc.