# EXHIBIT A
# 1 OF 2

Dockets.Justia.com

US005699526A

# United States Patent [19]

## Siefert

[11] Patent Number: 5,699,526

[45] Date of Patent: Dec. 16, 1997

[54] **ORDERING AND DOWNLOADING RESOURCES FROM COMPUTERIZED REPOSITORIES**

[75] Inventor: **David M. Siefert**, Englewood, Ohio

[73] Assignee: **NCR Corporation**, Dayton, Ohio

[21] Appl. No.: **670,294**

[22] Filed: **Aug. 21, 1996**

### Related U.S. Application Data

[63] Continuation of Ser. No. 217,062, Mar. 24, 1994, abandoned.

[51] Int. Cl.⁶ ................................................ G06F 17/30
[52] U.S. Cl. ............................... 395/227; 395/610
[58] Field of Search ........................... 395/226, 227, 395/610, 615, 601

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,992,940 | 2/1991 | Dworkin | 395/227 |
| 5,319,542 | 6/1994 | King, Jr. et al. | 364/401 |
| 5,339,239 | 8/1994 | Manabe et al. | 364/401 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0443038 | 8/1991 | European Pat. Off. | . |

#### OTHER PUBLICATIONS

Dialog Information Retrieval Service, "Computer Database™" File 275 May 1989 pp. 1–4.
Dialog Information Retrieval Service "Compendex® Plus" File 8 Feb. 1988 pp. 1–4.
Bozman, "Fax Server Delivers Data Around Globe" Computerworld Aug. 23, 1993 p. 84 (0 and 2 on printout).
"Announcing Dialog SourceOne(SM) For Engineering Documents" Dialog Chronolog Jul. 1992 pp. 1–2.

Proc. Object Oriented Programming Systems, Languages and Applications Conf., 4–8 Oct. 1987 Orlando USA, pp. 126–137, Caplinger M. et al. 'An Information System Based on Distributed Objects', pp. 126, left col., line 17—128, right col., line 8.

Computer, vol. 26, No. 9, Sep. 1993 Long Beach, US, pp. 8–22, Obraczka K. et al. 'Internet Resource Discovery Services', p. 9, col. 11–col. 28.

Database Inspec Institute of Electrical Engineers, Stevenage, GB, Inspec No. AN 4560279, abstract & OCLC Systems & Services, vol. 9, No. 3, 1993 USA, pp. 31–36, Smith J. 'Electronic ILL at Colorado State University'.

*Primary Examiner*—Thomas G. Black
*Assistant Examiner*—Jack M. Choules
*Attorney, Agent, or Firm*—Gregory A. Welte; George H. Gates

[57] **ABSTRACT**

The invention concerns a system for managing resources, which can take the form of (a) computer-compatible information, such as data files and programs, and (b) non-computer-compatible information, such as data contained on microfiche, and (c) physical objects. The resources are located at geographically diverse sites. The invention contains a descriptive profile for each resource, and allows any user to search all profiles, and to search the profiles according to "fields" (a database term), such as by location of the resources, or by category of the resources. The user can order delivery of a selected resource, and the system causes delivery of the resource to be executed, irrespective of the form (eg, physical object) of the resource. The invention allows a provider of a new resource to limit access to the resource, by identifying users who are authorized to obtain access to the resource. Non-authorized users cannot obtain access to the profiles of these resources.

**8 Claims, 101 Drawing Sheets**





**FIG. 1**



**FIG. 1A**

FIG. 1B



FIG. 1C

# FIG. 1D





FIG. 1E



FIG. 2



FIG. 3



FIG. 4

**FIG. 5**



**FIG. 6**

NCR Continuous Learning System

File   Options   Help

## Continuous Learning System

### Locate and View
1
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

### Provide or Distribute
2
- Add, edit or delete entries to the Resource Center.

### Identify Interests
3
- Identify and save interests for notification,
- Review existing saved interests

### Personal Information
4
- Review your personal profile.
- Change password.

Session Active.
Click on a button for instructions or double click to execute the button.
You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

CLS Advisor     16:35:40

9 notification(s)     Vickie Cowan

**FIG. 7**

CLS - Locate and View

File  Help

## Locate and View

**1** | **All Resources**
• Display all authorized resources.

**2** | **General Search**
• Search resources by titles, descriptions, and/or dates.

**3** | **Category**
• Display all authorized resources by categories.

**4** | **Media**
• Display all authorized resources by media type.

**5** | **Repositories**
• Display all authorized resources by repositories.

**6** | **Systems**
• Display all systems that can be executed by CLS.

**7** | **Save Search as Interest.**
• Saves last search request.

**8** | **Back to Previous Screen**
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 8**





**FIG. 9**



**FIG. 10**



**FIG. 11**

Catalog Search Results

File   Help

7 entries returned.

Resource Profile...

| | Media | Date/Time | Title |
|---|---|---|---|
| 1 | **On Line** | 12/08/93  16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93  13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93  14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93  14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93  14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94  15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94  09:57 | NCR UNIX Online Library |

Retrieve   Close

**FIG. 12**



| | Media | Date/Time | Title |
|---|---|---|---|
| 1 | On Line | 12/08/93 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94 09:57 | NCR UNIX Online Library |

**Catalog Search Results**

File  Help

7 entries returned.

Resource Profile...

Retrieve    Close



**FIG. 13**

www.freepatentsonline.com



**FIG. 14**

FIG. 15



# FIG. 16





FIG. 17

**FIG. 18**



**CLS - Locate and View**

File    Help

**Locate and View**

**1**  **All Resources**
• Display all authorized resources.

**2**  **General Search**
• Search resources by titles, descriptions, and/or dates.

**3**  **Category**
• Display all authorized resources by categories.

**4**  **Media**
• Display all authorized resources by media type.

**5**  **Repositories**
• Display all authorized resources by repositories.

**6**  **Systems**
• Display all systems that can be executed by CLS.

**7**  **Save Search as Interest.**
• Saves last search request.

**8**  **Back to Previous Screen**
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 19**

**FIG. 20**





**FIG. 21**



**FIG. 22**



**FIG. 23**



FIG. 24

**FIG. 25**



CLS - Locate and View

File  Help

Locate and View

**All Resources**
1 · Display all authorized resources.

**General Search**
2 · Search resources by titles, descriptions, and/or dates.

**Category**
3 · Display all authorized resources by categories.

**Media**
4 · Display all authorized resources by media type.

**Repositories**
5 · Display all authorized resources by repositories.

**Systems**
6 · Display all systems that can be executed by CLS.

**Save Search as Interest.**
7 · Saves last search request.

**Back to Previous Screen**
8 · Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 26**



FIG. 27



FIG. 28

**FIG. 29**

File  Help

CLS - Locate and View

## Locate and View

**1** All Resources
• Display all authorized resources.

**2** General Search
• Search resources by titles, descriptions, and/or dates.

**3** Category
• Display all authorized resources by categories.

**4** Media
• Display all authorized resources by media type.

**5** Repositories
• Display all authorized resources by repositories.

**6** Systems
• Display all systems that can be executed by CLS.

**7** Save Search as Interest.
• Saves last search request.

**8** Back to Previous Screen
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 30**

CLS - Locate and View

File  Help

**Resource Center - Repositories**

Resource Profile...

Repository

8 received.

**Marketing Core Server Team**
Application Development Environment (ADE)
Continuous Learning System
Corporate Information Systems Service
Integrated Client Server Systems Information Products
**Marketing Core Server Team**
Public Relations and Associate Information
QUOTE-TO-CASH
United States Group (USG)

Ok
Cancel
Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.

**FIG. 31**





**FIG. 32**

Case 3:06-cv-02361-WHA    Document 22-2    Filed 07/06/2006    Page 40 of 58



**FIG. 33**

**FIG. 34**

CLS - Locate and View

File   Help

## Locate and View

**1** All Resources
• Display all authorized resources.

**2** General Search
• Search resources by titles, descriptions, and/or dates.

**3** Category
• Display all authorized resources by categories.

**4** Media
• Display all authorized resources by media type.

**5** Repositories
• Display all authorized resources by repositories.

**6** Systems
• Display all systems that can be executed by CLS.

**7** Save Search as Interest.
• Saves last search request.

**8** Back to Previous Screen
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 35**



**FIG. 36**

www.freepatentsonline.com

**FIG. 37**

File  Edit  Options  Navigate  Annotate  Starting Points  Personal    Help

NCSA Mosaic for MS Windows

Document Title:  NCRINFO

Document URL:  http://ncrinfo.ncr.com

# NCR Information Server

An AT&T Company

This is the World Wide Web view of the server ncrinfo.ncr.com

◇  NCR Topics
◇  High Performance Computing and Communications (US Gov't)
◇  Other Public Gophers on Computing Topics
◇  All Worldwide Public Gophers
─────────────
◇  Search All Menus on ncrinfo
◇  About ncrinfo

NUM

FIG. 38

CLS - Locate and View

File    Help

## Locate and View

**All Resources** [1]
- Display all authorized resources.

**General Search** [2]
- Search resources by titles, descriptions, and/or dates.

**Category** [3]
- Display all authorized resources by categories.

**Media** [4]
- Display all authorized resources by media type.

**Repositories** [5]
- Display all authorized resources by repositories.

**Systems** [6]
- Display all systems that can be executed by CLS.

**Save Search as Interest.** [7]
- Saves last search request.

**Back to Previous Screen** [8]
- Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 39**



**FIG. 40**

CLS - Provide or Distribute

File  Help

## Provide or Distribute

**Provide**
1
• Add, modify or delete entries to the Resource Center.

**Back to Previous Screen**
2
• Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

FIG. 41



**FIG. 42**

**FIG. 43**



**FIG. 44**

**FIG. 45**





**FIG. 46**



FIG. 47

**FIG. 48**

FIG. 49



**FIG. 50**



**FIG. 51**