# EXHIBIT C
# 1 OF 2

Dockets.Justia.com

US005991791A

# United States Patent [19]

## Siefert

[11] **Patent Number:** 5,991,791

[45] **Date of Patent:** Nov. 23, 1999

[54] **SECURITY ASPECTS OF COMPUTER RESOURCE REPOSITORIES**

[75] Inventor: **David M. Siefert**, Englewood, Ohio

[73] Assignee: **NCR Corporation**, Dayton, Ohio

[21] Appl. No.: **08/798,446**

[22] Filed: **Jan. 10, 1997**

### Related U.S. Application Data

[63] Continuation of application No. 08/217,067, Mar. 24, 1994, abandoned.

[51] **Int. Cl.[6]** ...................................................... **G06F 9/00**
[52] **U.S. Cl.** ................................................ **709/100**; 707/9
[58] **Field of Search** ............................... 709/100, 101, 709/106, 303; 707/9, 103; 705/27

### [56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,787,627 | 1/1974 | Abramson et al. | 179/15 |
| 4,942,540 | 7/1990 | Black et al. | 364/514 |
| 4,992,976 | 2/1991 | Yonekura et al. | 364/900 |
| 5,182,790 | 1/1993 | East et al. | 395/725 |
| 5,187,790 | 2/1993 | East et al. | 395/725 |
| 5,276,901 | 1/1994 | Howell et al. | 395/800 |
| 5,287,537 | 2/1994 | Newmark et al. | 395/800 |
| 5,303,329 | 4/1994 | Khoyi et al. | 395/200 |
| 5,303,379 | 4/1994 | Khoyie et al. | 395/700 |
| 5,321,841 | 6/1994 | East et al. | 395/725 |
| 5,341,477 | 8/1994 | Potkin et al. | 395/DIG. 7 |

#### OTHER PUBLICATIONS

"Profile Name Service" by Larry Peterson, ACM Transactions on Computer Systems, vol. 6, No. 4, Nov. 1988.
"The CSNET Name Server" by Marvin Solomon, University of Wisconsin—Madison 1982.

"Development of theDomain Name Server" by Paul Moskapetors Standford, California Aug. 16–19, 1988.

"Experiences Implementing BIND, A Distributed Name Server for the Darpa Internet" by James M. Bloom 1986, Summer Conference.

*Primary Examiner*—Majid A. Banankhah
*Attorney, Agent, or Firm*—Gregory A. Welte; George H. Gates

### [57] ABSTRACT

The invention concerns a system for managing resources, which can take the form of (a) computer-compatible information, such as data files and programs, and (b) non-computer-compatible information, such as data contained on microfiche, and (c) physical objects. The resources are located at geographically diverse sites.

The invention contains a descriptive profile for each resource, and allows any user to search all profiles, and to search the profiles according to "fields" (a database term), such as by location of the resources, or by category of the resources. The user can order delivery of a selected resource, and the system causes delivery of the resource to be executed, irrespective of the form (eg, physical object) of the resource.

The invention allows a provider of a new resource to limit access to the resource, by identifying users who are authorized to obtain access to the resource. Non-authorized users cannot obtain access to the profiles of these resources.

**14 Claims, 101 Drawing Sheets**





**FIG. 1**



FIG. 1A



**FIG. 1B**



FIG. 1C

# FIG. 1D





**FIG. 1E**



**FIG. 2**



**FIG. 3**



**FIG. 4**

**FIG. 5**

NCR Continuous Learning System

File  Options  Help

## Continuous Learning System

**Locate and View**
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

1

**Provide or Distribute**
- Add, edit or delete entries to the Resource Center.

2

**Identify Interests**
- Identify and save interests for notification,
- Review existing saved interests

3

**Personal Information**
- Review your personal profile.
- Change password.

4

Session Active.
Click on a button for instructions or double click to execute the button.
You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

CLS Advisor    16:35:17

9 notification(s)    Vickie Cowan

**FIG. 6**



**FIG. 7**

CLS - Locate and View

File  Help

## Locate and View

**1** All Resources
- Display all authorized resources.

**2** General Search
- Search resources by titles, descriptions, and/or dates.

**3** Category
- Display all authorized resources by categories.

**4** Media
- Display all authorized resources by media type.

**5** Repositories
- Display all authorized resources by repositories.

**6** Systems
- Display all systems that can be executed by CLS.

**7** Save Search as Interest.
- Saves last search request.

**8** Back to Previous Screen
- Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

## FIG. 8

### CLS - Locate and View

File  Help

## Locate and View

**1** All Resources
• Display all authorized resources.

**2** General Search
• Search resources by titles, descriptions, and/or dates.

**3** Category
• Display all authorized resources by categories.

**4** Media
• Display all authorized resources by media type.

**5** Repositories
• Display all authorized resources by repositories.

**6** Systems
• Display all systems that can be executed by CLS.

**7** Save Search as Interest.
• Saves last search request.

**8** Back to Previous Screen
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 9**



**FIG. 10**



**FIG. 11**

Catalog Search Results

File    Help

7 entries returned.    Resource Profile...

| | Media | Date/Time | Title |
|---|---|---|---|
| 1 | **On Line** | 12/08/93  16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93  13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93  14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93  14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93  14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94  15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94  09:57 | NCR UNIX Online Library |

Retrieve    Close



**FIG. 12**

Catalog Search Results

7 entries returned.

Resource Profile...

| | Media | Date/Time | | Title |
|---|---|---|---|---|
| 1 | On Line | 12/08/93 | 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93 | 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93 | 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93 | 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93 | 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94 | 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94 | 09:57 | NCR UNIX Online Library |

Retrieve    Close

File    Help



**FIG. 13**



**FIG. 14**



FIG. 15

**FIG. 16**





**FIG. 17**

**FIG. 18**



CLS - Locate and View

File  Help

Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 19**



**FIG. 20**

FIG. 21

CLS - Locate and View

File   Help

**Categories - CLS-TEAM NOTES**

Resource Profile...

12 received.

Media | Title

**CLS - Latest version of the CLS application (pkzip)**

CLS - Overview Powerpoint Presentation
CLS - Add New User Template
CLS - Developer notes and new release 1.01 procedures
CLS - Distinct offers 3-in-1 TCP/IP SDK.
**CLS - Latest version of the CLS application (pkzip)**
CLS - Parameter file for LINUS interface. (Please read description first.)
CLS - Roles and Responsibilities as determined on 12 Aug 93
CLS - Sample windows source code for windows Socket API
CLS - SQL NET for Windows Procedures
CLS - Untangling the Windows Sockets API - a standardized interface
CLS - User Guide
CLS - PKUNZIP for CLS application

Ok

Cancel

Help

This is a list of the entries in the Resource Center by categories. Select a category and click on the OK button or double click on one of the categories listed. Each provider assigns a category to a resource. Press F1 for more help.



**FIG. 22**



**FIG. 23**



**FIG. 24**

**FIG. 25**

CLS - Locate and View

File   Help

## Locate and View

**All Resources** — 1
- Display all authorized resources.

**General Search** — 2
- Search resources by titles, descriptions, and/or dates.

**Category** — 3
- Display all authorized resources by categories.

**Media** — 4
- Display all authorized resources by media type.

**Repositories** — 5
- Display all authorized resources by repositories.

**Systems** — 6
- Display all systems that can be executed by CLS.

**Save Search as Interest.** — 7
- Saves last search request.

**Back to Previous Screen** — 8
- Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



FIG. 26



**FIG. 27**

**FIG. 28**



CLS - Locate and View

File   Help

**Media - Video**

[Resource Profile...]

3 received.

Media | Title

**3180 PRODUCT OVERVIEW (34 MIN)**
**3180 PRODUCT OVERVIEW (34 MIN)**
NCR 345X AND 35XX PERFORMANCE LEADERS
NCR System 3450/3550 Hardware Overviews

Ok

Cancel

Help

This is a list of the entries in the Resource Center by media types. Select a media type and click on the OK button or double click on one of the types listed. A list of the resources with the selected media type will be displayed. Press F1 help.

## FIG. 29

File  Help

CLS - Locate and View

### Locate and View

**All Resources**
1
A to Z
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 30**



**FIG. 31**

CLS - Locate and View

File    Help

**Resource Center - Repositories**

Resource Profile...

28 received.

| Media | Title |
|-------|-------|

**MSCT - 3450 Europe Group**
MSCT - 3450 LAMEA Group
MSCT - 3450 Pacific Group
MSCT - 3450 United States
MSCT - 3550 Europe Group
MSCT - 3550 LAMEA Group
MSCT - 3550 Pacific Group
MSCT - 3550 United States
MSCT - NCR Server Positioning
MSCT - NCR Server Solutions
MSCT - NCR Server Solutions Deliver Total Value
MSCT - Server Positioning Material (Charts 1-8)
MSCT - Server Positioning Material (Charts 13-22)

Ok

Cancel

Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.



**FIG. 32**



FIG. 33

## FIG. 34

### CLS - Locate and View

File   Help

## Locate and View

**All Resources** — 1
- Display all authorized resources.

**General Search** — 2
- Search resources by titles, descriptions, and/or dates.

**Category** — 3
- Display all authorized resources by categories.

**Media** — 4
- Display all authorized resources by media type.

**Repositories** — 5
- Display all authorized resources by repositories.

**Systems** — 6
- Display all systems that can be executed by CLS.

**Save Search as Interest.** — 7
- Saves last search request.

**Back to Previous Screen** — 8
- Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

FIG. 35

CLS - Locate and View

File    Help

Systems

Resource Profile...

8 received.

Systems

**CompuServe**
**CompuServe**
Document Database
Gopher
Lexis Nexis
LINUS
Mosaic (World Wide Web Interface)
Support Sentinel
Trumpet

Ok

Cancel

Help

This is a list of the systems that the CLS can interact with. If you have the systems interface CLS will try to activate it. Select a system and click the OK button or double click on the system you desire. Press F1 for more help.



**FIG. 36**

FIG. 37

NCSA Mosaic for MS Windows

File  Edit  Options  Navigate  Annotate  Starting Points  Personal  Help

Document Title: NCRINFO

Document URL: http://ncrinfo.ncr.com

## NCR Information Server

An AT&T Company

This is the WorldWideWeb view of the server ncrinfo.ncr.com

◇  NCR Topics
◇  High Performance Computing and Communications (US Gov't)
◇  Other Public Gophers on Computing Topics
◇  All Worldwide Public Gophers

◇  Search All Menus on ncrinfo
◇  About ncrinfo

NUM

## FIG. 38

**CLS - Locate and View**

File    Help

### Locate and View

**1** — **All Resources**
• Display all authorized resources.

**2** — **General Search**
• Search resources by titles, descriptions, and/or dates.

**3** — **Category**
• Display all authorized resources by categories.

**4** — **Media**
• Display all authorized resources by media type.

**5** — **Repositories**
• Display all authorized resources by repositories.

**6** — **Systems**
• Display all systems that can be executed by CLS.

**7** — **Save Search as Interest.**
• Saves last search request.

**8** — **Back to Previous Screen**
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 39**

**FIG. 40**

CLS - Provide or Distribute

File  Help

## Provide or Distribute

**Provide**
1 • Add, modify or delete entries to the Resource Center.

**Back to Previous Screen**
2 • Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

**FIG. 41**





**FIG. 42**



FIG. 43



FIG. 44

FIG. 45



FIG. 46



FIG. 47

**FIG. 48**



Resource Administration

File    Help

Access Level:
☒ Public
☐ IPD only
☐ Team

Resource Title: CLS - Test resource for training

Date Added:    Date Updated: / /

Product ID:

Cost:

Price

Information Category: General

Information Filename: \public\tab\test\test1.txt

Repository: Continuous Learning System

Resource Description:

Remarks

Media: On Line

Format: Notepad

Point of Contact: McCollum, Tab

Alternate Administrator: Cowan, Vickie

Bitmap>> C:\WINDOWS\CLS1.BM

Please enter new data at this time and click on OK.

Ok    Cancel

New    Modify    Delete    Clear All

Help

**FIG. 49**

**Resource Administration**

File    Help

Access Level:
☒ Public
☐ IPD only
☐ Team

Resource Title: CLS - Test resource for training

Date Added:

Date Updated: / /

Product ID:

Cost:

Price

Media: On Line

Format: Notepad

Point of Contact: McCollum, Tab

Information Category: General

Alternate Administrator: Cowan, Vickie

Information Filename: \public\tab\test\test1.txt

Bitmap>> C:\WINDOWS\CLS1.BM

Repository: Continuous Learning System

Resource Description:

Remarks

CLS - TEST RESOURCE FOR TRAINING was successfully added to the CLS database.

Ok    Cancel    New    Modify    Delete    Clear All    Help