# EXHIBIT D
# 1 OF 2

US006026403A

# United States Patent [19]

## Siefert

[11] Patent Number: 6,026,403

[45] Date of Patent: *Feb. 15, 2000

[54] **COMPUTER SYSTEM FOR MANAGEMENT OF RESOURCES**

[75] Inventor: **David M. Siefert**, Englewood, Ohio

[73] Assignee: **NCR Corporation**, Dayton, Ohio

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).
This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/217,476**

[22] Filed: **Mar. 24, 1994**

[51] Int. Cl.⁷ .................................................. G06F 17/30
[52] U.S. Cl. ................................... 707/10; 705/27
[58] Field of Search .................................. 364/200, 300, 364/408; 395/200, 600, 610, 226, 227; 705/27; 707/1, 4, 9, 10

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,774,655 | 9/1988 | Kollins et al. | 364/200 |
| 4,774,661 | 9/1988 | Kumpati | 364/300 |
| 4,992,940 | 2/1991 | Dworkin | |
| 5,005,122 | 4/1991 | Griffin et al. | 364/200 |
| 5,168,446 | 12/1992 | Wiseman | 364/408 |
| 5,253,341 | 10/1993 | Rozmanith et al. | 395/200 |
| 5,263,157 | 11/1993 | Janis | 395/600 |
| 5,263,158 | 11/1993 | Janis | 395/600 |
| 5,278,978 | 1/1994 | Demers et al. | 395/600 |
| 5,319,542 | 6/1994 | King, Jr. et al. | 364/401 |
| 5,699,526 | 12/1997 | Siefert | 395/227 |

### FOREIGN PATENT DOCUMENTS

0443038  8/1991  European Pat. Off. .

### OTHER PUBLICATIONS

Computer, vol. 26, No. 9, Sep. 1, 1993, pp. 8–22, XP 000395673, Obraczka K et al 'Internet Resource Discovery Services'*p. 9, line 11–line 28*.

Proceedings of the Object Oriented Programmings System Languages An Applications Conference. (OOPSLA), Orlando, Oct. 4–8, 1987 Special Issue of Sigplan Notices, vol. 22, No. 12, Dec. 1987 Meyrowitz N, pp. 126–137, XP 000299779 Caplinger M 'An Information System on Distributed Objects *p. 126, left column, line 27—p. 128, right column, line 8*.
IBM Technical Disclosure Bulletin, vol. 36, No. 1, Jan .1, 1993, p. 10 XP 000333752 'Programmable Interface for Generic Host Database Programs for an Imaging System'*the whole document* .
Database Inspec Institute of Electrical Engineers, Stevenage, GB, Inspec No. AN4560279, *abstract* & OCLC Systems & Services, vol. 9, No. 3, 1993 USA, pp. 31–36, Smith J. 'Electronic ILL at Colorado State University'.
Berners–Lee, T., Hypertext Transfer Protocal, Jun. 1–25, 1993.

Primary Examiner—Majid A. Banankhah
Attorney, Agent, or Firm—Gregory A. Welte; George H. Gates

[57] **ABSTRACT**

The invention concerns a system for managing resources, which can take the form of (a) computer-compatible information, such as data files and programs, and (b) non-computer-compatible information, as data contained on microfiche, and (c) physical objects. The resources are located at graphically diverse sites.

The invention contains a descriptive profile for each resource, and allows any user to search all profiles, and to search the profiles according to "fields" (a database term), such as by location of the resources, or by category of the resources. The user can order delivery of a selected resource, and the system causes delivery of the resource to be executed, irrespective of the form (eg, physical object) of the resource.

The invention allows a provider of a new resource to limit access to the resource, by identifying users who are authorized to obtain access to the resource. Non-authorized users cannot obtain access to the profiles of these resources.

**11 Claims, 101 Drawing Sheets**



**6,026,403**

Page 2

Microfiche Appendix Included                    (3 Microfiche, 207 Pages)

Case 3:06-cv-02361-WHA    Document 22-7    Filed 07/06/2006    Page 4 of 59



**FIG. 1A**

www.freepatentsonline.com

Case 3:06-cv-02361-WHA    Document 22-7    Filed 07/06/2006    Page 5 of 59



FIG. 1B

www.freepatentsonline.com



FIG. 1C

# FIG. 1D





FIG. 1E



FIG. 1

# FIG. 2





**FIG. 3**



FIG. 4

**FIG. 5**



NCR Continuous Learning System

File    Options    Help

## Continuous Learning System


1

### Locate and View
• Display resource names,
• Search resource names (including categories),
• Save search as interest
• Choose and receive information resource

2

### Provide or Distribute
• Add, edit or delete entries to the Resource Center.

3

### Identify Interests
• Identify and save interests for notification,
• Review existing saved interests

4

### Personal Information
• Review your personal profile.
• Change password.

9 notification(s)    Vickie Cowan

Session Active.
Click on a button for instructions or double click to execute the button.
You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

CLS Advisor    16:35:17



FIG. 6

FIG. 7

CLS - Locate and View

File  Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

## FIG. 8

**CLS - Locate and View**

File   Help

### Locate and View

**A to Z** — 1
**All Resources**
• Display all authorized resources.

**2** (magnifier icon)
**General Search**
• Search resources by titles, descriptions, and/or dates.

**3**
**Category**
• Display all authorized resources by categories.

**4**
**Media**
• Display all authorized resources by media type.

**5**
**Repositories**
• Display all authorized resources by repositories.

**6**
**Systems**
• Display all systems that can be executed by CLS.

**7**
**Save Search as Interest.**
• Saves last search request.

**8**
**Back to Previous Screen**
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 9**

**FIG. 10**





**FIG. 11**

Catalog Search Results

File    Help

Resource Profile...

7 entries returned.

| | Media | Date/Time | Title |
|---|---|---|---|
| 1 | **On Line** | 12/08/93 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94 09:57 | NCR UNIX Online Library |

Retrieve    Close

## FIG. 12



**Catalog Search Results**

File    Help

7 entries returned.

Resource Profile...

| | Media | Date/Time | | Title |
|---|---|---|---|---|
| 1 | On Line | 12/08/93 | 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93 | 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93 | 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93 | 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93 | 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94 | 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94 | 09:57 | NCR UNIX Online Library |

Retrieve    Close



**FIG. 13**



FIG. 14



FIG. 15

FIG. 16





**FIG. 17**

**FIG. 18**

CLS - Locate and View

File    Help

## Locate and View

**1  All Resources**
• Display all authorized resources.

**2  General Search**
• Search resources by titles, descriptions, and/or dates.

**3  Category**
• Display all authorized resources by categories.

**4  Media**
• Display all authorized resources by media type.

**5  Repositories**
• Display all authorized resources by repositories.

**6  Systems**
• Display all systems that can be executed by CLS.

**7  Save Search as Interest.**
• Saves last search request.

**8  Back to Previous Screen**
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 19**

**FIG. 20**

CLS - Locate and View

File   Help

Categories - CLS-TEAM NOTES

Resource Profile

12 received.

Media   Title

**CLS - Overview Powerpoint Presentation**

**CLS - Overview Powerpoint Presentation**
CLS - Add New User Template
CLS - Developer notes and new release 1.01 procedures
CLS - Distinct offers 3-in-1 TCP/IP SDK.
CLS - Latest version of the CLS application (pkzip)
CLS - Parameter file for LINUS interface. (Please read description first.)
CLS - Roles and Responsibilities as determined on 12 Aug 93
CLS - Sample windows source code for windows Socket API
CLS - SQL NET for Windows Procedures
CLS - Untangling the Windows Sockets API - a standardized interface
CLS - User Guide
CLS - PKUNZIP for CLS application

Ok

Cancel

Help

This is a list of the entries in the Resource Center by categories. Select a category and click on the OK button or double click on one of the categories listed. Each provider assigns a category to a resource. Press F1 for more help.

**FIG. 21**

CLS - Locate and View

File  Help

**Categories - CLS-TEAM NOTES**

Resource Profile...

12 received.

Ok

Cancel

Help

Media | Title

**CLS - Latest version of the CLS application (pkzip)**

CLS - Overview Powerpoint Presentation
CLS - Add New User Template
CLS - Developer notes and new release 1.01 procedures
CLS - Distinct offers 3-in-1 TCP/IP SDK.
**CLS - Latest version of the CLS application (pkzip)**
CLS - Parameter file for LINUS interface. (Please read description first.)
CLS - Roles and Responsibilities as determined on 12 Aug 93
CLS - Sample windows source code for windows Socket API
CLS - SQL.NET for Windows Procedures
CLS - Untangling the Windows Sockets API - a standardized interface
CLS - User Guide
CLS - PKUNZIP for CLS application

This is a list of the entries in the Resource Center by categories. Select a category and click on the OK button or double click on one of the categories listed. Each provider assigns a category to a resource. Press F1 for more help.



**FIG. 22**



FIG. 23



FIG. 24

FIG. 25



**CLS - Locate and View**

File    Help

**Locate and View**

**1** **All Resources**
• Display all authorized resources.

**2** **General Search**
• Search resources by titles, descriptions, and/or dates.

**3** **Category**
• Display all authorized resources by categories.

**4** **Media**
• Display all authorized resources by media type.

**5** **Repositories**
• Display all authorized resources by repositories.

**6** **Systems**
• Display all systems that can be executed by CLS.

**7** **Save Search as Interest.**
• Saves last search request.

**8** **Back to Previous Screen**
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



FIG. 26



FIG. 27



**FIG. 28**

**FIG. 29**

CLS - Locate and View

File    Help

## Locate and View

**All Resources**
1
- Display all authorized resources.

**General Search**
2
- Search resources by titles, descriptions, and/or dates.

**Category**
3
- Display all authorized resources by categories.

**Media**
4
- Display all authorized resources by media type.

**Repositories**
5
- Display all authorized resources by repositories.

**Systems**
6
- Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
- Saves last search request.

**Back to Previous Screen**
8
- Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 30**

CLS - Locate and View

File    Help

**Resource Center - Repositories**

Repository                                    Resource Profile...

                                              8 received.

**Marketing Core Server Team**
Application Development Environment (ADE)
Continuous Learning System
Corporate Information Systems Service
Integrated Client Server Systems Information Products
**Marketing Core Server Team**
Public Relations and Associate Information
QUOTE-TO-CASH
United States Group (USG)

Ok

Cancel

Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.

**FIG. 31**

CLS - Locate and View

File  Help

Resource Center - Repositories

Resource Profile...

28 received.

Media    Title

**MSCT - 3450 Europe Group**
MSCT - 3450 Europe Group
MSCT - 3450 LAMEA Group
MSCT - 3450 Pacific Group
MSCT - 3450 United States
MSCT - 3550 Europe Group
MSCT - 3550 LAMEA Group
MSCT - 3550 Pacific Group
MSCT - 3550 United States
MSCT - NCR Server Positioning
MSCT - NCR Server Solutions
MSCT - NCR Server Solutions Deliver Total Value
MSCT - Server Positioning Material (Charts 1-8)
MSCT - Server Positioning Material (Charts 13-22)

Ok

Cancel

Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.



**FIG. 32**



FIG. 33

**FIG. 34**

CLS - Locate and View

File  Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 35**



FIG. 36

FIG. 37

**FIG. 38**

CLS - Locate and View

File  Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

## FIG. 39



NCR Continuous Learning System

File  Options  Help

## Continuous Learning System

**Locate and View**
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

1

**Provide or Distribute**
- Add, edit or delete entries to the Resource Center.

2

**Identify Interests**
- Identify and save interests for notification,
- Review existing saved interests

3

**Personal Information**
- Review your personal profile.
- Change password.

4

Session Active.
Click on a button for instructions or double click to execute the button.
You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

CLS Advisor    16:55:55

9 notification(s)    Vickie Cowan

FIG. 40

CLS - Provide or Distribute

File   Help

## Provide or Distribute

**1** — Provide
• Add, modify or delete entries to the Resource Center.

**2** — Back to Previous Screen
• Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

FIG. 41

FIG. 42



FIG. 43

FIG. 44

FIG. 45



FIG. 46



FIG. 47

FIG. 48

**FIG. 49**

**Resource Administration**

File   Help

Access Level:
☒ Public
☐ IPD only
☐ Team

Resource Title: CLS - Test resource for training

Date Added:                    Date Updated:  /  /

Product ID:                    Media: On Line

Cost:                    Format: Notepad

Price:                    Point of Contact: McCollum, Tab

Information Category: General    Alternate Administrator: Cowan, Vickie

Information Filename: \public\tab\test\test1.txt    Bitmap>> C:\WINDOWS\CLS1.BM

Repository: Continuous Learning System

Resource Description:

Remarks

Ok
Cancel
New
Modify
Delete
Clear All
Help

CLS - TEST RESOURCE FOR TRAINING was successfully added to the CLS database.



**FIG. 50**



FIG. 51