# EXHIBIT G
# 1 OF 2

Dockets.Justia.com

US006480855B1

(12) **United States Patent**
Siefert

(10) Patent No.: **US 6,480,855 B1**
(45) Date of Patent: **Nov. 12, 2002**

(54) **MANAGING A RESOURCE ON A NETWORK WHERE EACH RESOURCE HAS AN ASSOCIATED PROFILE WITH AN IMAGE**

(75) Inventor: **David M. Siefert**, Englewood, OH (US)

(73) Assignee: **NCR Corporation**, Dayton, OH (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/643,599**

(22) Filed: **Aug. 22, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 08/217,063, filed on Mar. 24, 1994.

(51) Int. Cl.[7] ............................................. **G06F 17/30**
(52) U.S. Cl. ................................. **707/10**; 707/9; 705/27
(58) Field of Search ...................... 707/9, 10; 717/11; 709/219, 220, 221, 203; 705/26–27

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,757,037 A | * | 9/1973 | Bialek | ...................... | 178/18.01 |
| 4,547,851 A | * | 10/1985 | Kurland | ........................ | 186/38 |
| 5,155,847 A | * | 10/1992 | Kirouac et al. | .............. | 709/221 |
| 5,166,886 A | * | 11/1992 | Molnar et al. | .............. | 700/234 |
| 5,313,392 A | * | 5/1994 | Temma et al. | .............. | 235/385 |
| 5,421,009 A | * | 5/1995 | Platt | ........................ | 709/221 |
| 5,473,772 A | * | 12/1995 | Halliwell | ...................... | 717/11 |
| 5,572,572 A | * | 11/1996 | Kawan et al. | .......... | 379/90.01 |
| 5,615,342 A | * | 3/1997 | Johnson | ..................... | 705/24 |
| 5,845,090 A | * | 12/1998 | Collins, III et al. | ........ | 709/221 |

OTHER PUBLICATIONS

"Harvest User's Manual" by Darren R. Hardy & Michael F. Schwartz, Version 1.0 Oct. 1994. Last revised on Nov. 3, 1994.

"Essence: A Resource Discovery System Based on Semantic File Indexing" by Darren R. Hardy & Michael F. Schwartz—University of Colorado, Boulder. 1993 Winter USENIX—Jan. 25–29, 1993—San Diego, CA pp. 361–374.
"Harvest Effective Use of Internet Information," The Harvest Information Discovery and Access System. No Date.
"The Harvest Information Discovery and Access System" by C. Mic Bowman, Peter B. Danzig, Darren R. Hardy, Ndi Manber & Michael F. Schwartz. No Month 1994.
Technical Discussion of the Harvest System. No Date.
Harvest Demonstration Brokers Feb. 1996.
Instructions for the Harvest distribution: Version 1.3 No Date.
Frequently Asked Questions (and Answers) about Harvest Version 1.4 patchlevel 2. 13 pages Feb. 1996.

(List continued on next page.)

*Primary Examiner*—Jack Choules
(74) *Attorney, Agent, or Firm*—Greg Welte

(57) **ABSTRACT**

The invention concerns a system for managing resources, which can take the form of (a) computer-compatible information, such as data files and programs, and (b) non-computer-compatible information, such as data contained on microfiche, and (c) physical objects. The resources are located at geographically diverse sites. The invention contains a descriptive profile for each resource, and allows any user to search all profiles, and to search the profiles according to "fields" (a database term), such as by location of the resources, or by category of the resources. The user can order delivery of a selected resource, and the system causes delivery of the resource to be executed, irrespective of the form (e.g., physical object) of the resource. The invention allows a provider of a new resource to limit access to the resource, by identifying users who are authorized to obtain access to the resource. Non-authorized users cannot obtain access to the profiles of these resources.

**3 Claims, 101 Drawing Sheets**

Microfiche Appendix Included
(3 Microfiche, 207 Pages)



US 6,480,855 B1

Page 2

OTHER PUBLICATIONS

"Customized Information Extraction as A Basis for Resource Discovery," by Darren R. Hardy and Michael F. Schwartz, Department of Computer Science, University of Colorado, Boulder. Mar. 1994.

"Debugging Autonomously Managed Distributed Systems & The Harvest Cache and Directory Replicator," by Peter B. Danzig Computer Science Department, University of Southern California, Nov. 2, 1994.

Harvest: A Scalable, Customizable Discovery and Access System, IRTF–RD: Mic Bowman (co–PI, Transarc), Pater Danizig (co–PI, USC), Darren Hardy (PRA, U Colorado), Udi Manber (co–PI, U Arizona), Mike Schwartz (PI, U Colorado). No Month 1994.

"Internet Resource Discovery Services," by Katia Obraczka, Peter B. Danzig and Shih–Hao Li, University of Southern California, 8153 Computer, 26 (1993) Sep., No. 9, Los Alamitos, CA, US.

"The Internet Gopher: A Distributed Server Information System," by Mark Cahill, University of Minnesota. No Date.

"The Internet Gopher Protocol a distributed document search and retrieval protocol" Network Working Group, Request for Comments: 1436. 15 pages. Mar. 1993.

Exploring the Power of the Internet Gopher, UIUCnet V6–1, Jan. 1993.

"The Whole Internet" User's Guide & Catalog, Second Edition, by Ed Krol 384.648, 161 Kr 1994.

Internet Passport, Northwestnet's Guide To Our World Online, Mar. 1993, Fourth Edition. pp. 259–344.

"Archie—An Electronic Directory Service for the Internet," by Alan Emtage, McGill University, Montreal, Canaca, Peter Deutsch, McGill Universiyt, Montreal, Canada, USENIX—Winter '92.

"Distributed Indexing A Scalable Mechanism for Distributed Information Retrieval," by Peter B. Danzig, Jongsuk Ahn, John Noll, Katia Obraczka, Computer Science Department, University of Southern California,, Los Angeles, California. ACM SIGIR Conference 1991, pp. 220–229.

"Internet Resource Discovery at the University of Colorado," by Michael F. Schwartz, Department of Computer Science, University of Colorado, Boulder Colorado, Oct. 1992.

"Research Problems for Scalable Internet Resource Discovery," by C. Mic Bowman, Peter B. Danzig, Michael F. Schwartz, University of Colorado at Boulder, Technical Report CU–CS–643–93, Mar. 1993.

"Fields of Files," by Ruth Halpern, LAN Technology, Sep. 1991, vol. 7, No. 9, pp. 48–62.

"Test Drive—Inside the Document Den," by Ruth Halpern, Lan Magazine, Dec. 1992, vol. 7, No. 12, pp. 170–178.

Automating Document Managewment, Office Administration and Automation, vol. XLVI, No. 4, Apr. 1985, pp. 51–86.

"A Network Under Control," by Ed Perratore, Dec. 17, 1991, PC Magazine, pp. 287–330.

"Evolution of the Internet Gopher," by Mark P. McCahill & Farhad X.Anklesaria, J.UCS, vol. 1, Issue 4. 1995.

Road Map to A/UX, Release 3.0. pp 1–1 through 1–21 No Date.

Apple Inside Macintosh vol. III pp. III–9 through III–10 Nov. 1990.

Brady "Inside the Apple Macintosh," by Jim Held & Pater Norton. pp 590–591 © 1989.

Macintosh Bible, second edition, edited by Arthur Naiman. No Date.

Claris for Macintosh, ClarisWorks User's Guide. p. 1–18, 1–19, and p. 2–1 through 2–10 No Date.

Guide to Macintosh System 7.5, Don Crabb. © 1994.

Macintosh User's Guide for desktop Macintosh computers, Part I–IV. © 1993.

"The System 7 Book", by Craig Danuloff, Second Edition for 7.0 & 7.1. © 1994.

"Desktop Design Series," the Ventana Press. © 1993.

An Overview of A/UX Release 3.0, Chapters 1 & 2. No Date.

Mastering Windows 3.1, Robert Corvart. © 1992.

What Is Microsoft Workgroup Add–On for Windows? No Date.

Microsoft Windows User's Guide Operating System Version 3.1. 1994.

Concepts, Novell NetWare 4, Network Computing Products. No Date.

* cited by examiner



FIG. 1



FIG. 1A



FIG. 1B



**FIG. 1C**

# FIG. 1D





FIG. 1E



FIG. 2



**FIG. 3**



FIG. 4

FIG. 5



NCR Continuous Learning System

File  Options  Help

Continuous Learning System

**Locate and View**
1
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

**Provide or Distribute**
2
- Add, edit or delete entries to the Resource Center.

**Identify Interests**
3
- Identify and save interests for notification,
- Review existing saved interests

**Personal Information**
4
- Review your personal profile.
- Change password.

Session Active.
Click on a button for
instructions or
double click to
execute the button.
You may also select
the corresponding
number to execute
the desired function.

Click on flashing button or
depress F8 to view
notifications.

9 notification(s)    Vickie Cowan    CLS Advisor    16:35:17

**FIG. 6**



NCR Continuous Learning System

File  Options  Help

# Continuous Learning System

**1**    ## Locate and View
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

**2**    ## Provide or Distribute
- Add, edit or delete entries to the Resource Center.

**3**    ## Identify Interests
- Identify and save interests for notification,
- Review existing saved interests

**4**    ## Personal Information
- Review your personal profile.
- Change password.

9 notification(s)    Vickie Cowan

Session Active.
Click on a button for instructions or double click to execute the button.
You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

CLS Advisor    16:35:40

**FIG. 7**

File  Help

## CLS - Locate and View

### Locate and View

**1** **All Resources**
• Display all authorized resources.

**2** **General Search**
• Search resources by titles, descriptions, and/or dates.

**3** **Category**
• Display all authorized resources by categories.

**4** **Media**
• Display all authorized resources by media type.

**5** **Repositories**
• Display all authorized resources by repositories.

**6** **Systems**
• Display all systems that can be executed by CLS.

**7** **Save Search as Interest.**
• Saves last search request.

**8** **Back to Previous Screen**
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

FIG. 8

CLS - Locate and View

File   Help

## Locate and View

**All Resources**   1
• Display all authorized resources.

**General Search**   2
• Search resources by titles, descriptions, and/or dates.

**Category**   3
• Display all authorized resources by categories.

**Media**   4
• Display all authorized resources by media type.

**Repositories**   5
• Display all authorized resources by repositories.

**Systems**   6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**   7
• Saves last search request.

**Back to Previous Screen**   8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 9**



**FIG. 10**



**FIG. 11**

Catalog Search Results

File    Help

7 entries returned.

Resource Profile...

|   | Media | Date/Time | | Title |
|---|-------|-----------|---|-------|
| 1 | **On Line** | 12/08/93 | 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93 | 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93 | 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93 | 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93 | 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94 | 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94 | 09:57 | NCR UNIX Online Library |

Retrieve    Close



**FIG. 12**

Catalog Search Results

File    Help

7 entries returned.        Resource Profile...

|   | Media   | Date/Time |       | Title |
|---|---------|-----------|-------|-------|
| 1 | On Line | 12/08/93  | 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93  | 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93  | 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93  | 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93  | 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94  | 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94  | 09:57 | NCR UNIX Online Library |

Retrieve    Close

Case 3:06-cv-02361-WHA    Document 22-11    Filed 07/06/2006    Page 21 of 55



FIG. 13



**FIG. 14**



FIG. 15



**FIG. 16**



**FIG. 17**

## FIG. 18

**CLS - Locate and View**

File   Help

### Locate and View

**All Resources**  1
· Display all authorized resources.

**General Search**  2
· Search resources by titles, descriptions, and/or dates.

**Category**  3
· Display all authorized resources by categories.

**Media**  4
· Display all authorized resources by media type.

**Repositories**  5
· Display all authorized resources by repositories.

**Systems**  6
· Display all systems that can be executed by CLS.

**Save Search as Interest**  7
· Saves last search request.

**Back to Previous Screen**  8
· Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 19**



**FIG. 20**

CLS - Locate and View

File  Help

Categories - CLS-TEAM NOTES

Resource Profile...

12 received.

Media | Title

**CLS - Overview Powerpoint Presentation**
**CLS - Overview Powerpoint Presentation**
CLS - Add New User Template
CLS - Developer notes and new release 1.01 procedures
CLS - Distinct offers 3-in-1 TCP/IP SDK.
CLS - Latest version of the CLS application (pkzip)
CLS - Parameter file for LINUS interface. (Please read description first.)
CLS - Roles and Responsibilities as determined on 12 Aug 93
CLS - Sample windows source code for windows Socket API
CLS - SQL NET for Windows Procedures
CLS - Untangling the Windows Sockets API - a standardized interface
CLS - User Guide
CLS - PKUNZIP for CLS application

Ok
Cancel
Help

This is a list of the entries in the Resource Center by categories. Select a category and click on the OK button or double click on one of the categories listed. Each provider assigns a category to a resource. Press F1 for more help.

**FIG. 21**

CLS - Locate and View

File   Help

**Categories - CLS-TEAM NOTES**

Resource Profile...

12 received.

Media | Title

**CLS - Latest version of the CLS application (pkzip)**

CLS - Overview Powerpoint Presentation
CLS - Add New User Template
CLS - Developer notes and new release 1.01 procedures
CLS - Distinct offers 3-in-1 TCP/IP SDK.
**CLS - Latest version of the CLS application (pkzip)**
CLS - Parameter file for LINUS interface. (Please read description first.)
CLS - Roles and Responsibilities as determined on 12 Aug 93
CLS - Sample windows source code for windows Socket API
CLS - SQL NET for Windows Procedures
CLS - Untangling the Windows Sockets API - a standardized interface
CLS - User Guide
CLS - PKUNZIP for CLS application

Ok

Cancel

Help

This is a list of the entries in the Resource Center by categories. Select a category and click on the OK button or double click on one of the categories listed. Each provider assigns a category to a resource. Press F1 for more help.



**FIG. 22**



**FIG. 23**



**FIG. 24**

## FIG. 25

**CLS - Locate and View**

File  Help

### Locate and View

**All Resources**  1
· Display all authorized resources.

**General Search**  2
· Search resources by titles, descriptions, and/or dates.

**Category**  3
· Display all authorized resources by categories.

**Media**  4
· Display all authorized resources by media type.

**Repositories**  5
· Display all authorized resources by repositories.

**Systems**  6
· Display all systems that can be executed by CLS.

**Save Search as Interest.**  7
· Saves last search request.

**Back to Previous Screen**  8
· Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to
Main Menu to quit.



FIG. 26



**FIG. 27**



**FIG. 28**

**FIG. 29**



CLS - Locate and View

File   Help

**Locate and View**

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



FIG. 30



**FIG. 31**

CLS - Locate and View

File   Help

Resource Center - Repositories

Resource Profile...

28 received.

Media    Title

**MSCT - 3450 Europe Group**
MSCT - 3450 Europe Group
MSCT - 3450 LAMEA Group
MSCT - 3450 Pacific Group
MSCT - 3450 United States
MSCT - 3550 Europe Group
MSCT - 3550 LAMEA Group
MSCT - 3550 Pacific Group
MSCT - 3550 United States
MSCT - NCR Server Positioning
MSCT - NCR Server Solutions
MSCT - NCR Server Solutions Deliver Total Value
MSCT - Server Positioning Material (Charts 1-8)
MSCT - Server Positioning Material (Charts 13-22)

Ok
Cancel
Help

This is a list of the current repositories in the Resource Center. Select a repository and click on the OK button to reveal a resources on the selected repository or select the ADDITIONAL INFORMATION button to learn more about the select repository.

www.freepatentsonline.com

Case 3:06-cv-02361-WHA    Document 22-11    Filed 07/06/2006    Page 40 of 55



**FIG. 32**



FIG. 33

**FIG. 34**



CLS - Locate and View

File  Help

Locate and View

1  All Resources
• Display all authorized resources.

2  General Search
• Search resources by titles, descriptions, and/or dates.

3  Category
• Display all authorized resources by categories.

4  Media
• Display all authorized resources by media type.

5  Repositories
• Display all authorized resources by repositories.

6  Systems
• Display all systems that can be executed by CLS.

7  Save Search as Interest.
• Saves last search request.

8  Back to Previous Screen
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 35**





**FIG. 36**

**FIG. 37**

NCSA Mosaic for MS Windows

File  Edit  Options  Navigate  Annotate  Starting Points  Personal  Help

Document Title:    NCRINFO

Document URL:    http://ncrinfo.ncr.com

**NCR**

An AT&T Company

# NCR Information Server

This is the WorldWideWeb view of the server ncrinfo.ncr.com

◇  NCR Topics
◇  High Performance Computing and Communications (US Gov't)
◇  Other Public Gophers on Computing Topics
◇  All Worldwide Public Gophers
━━━━━━━━━━━━━━━━━━━━
◇  Search All Menus on ncrinfo
◇  About ncrinfo

NUM

**FIG. 38**

CLS - Locate and View

File   Help

## Locate and View

| 1 | **All Resources**<br>• Display all authorized resources. |
| 2 | **General Search**<br>• Search resources by titles, descriptions, and/or dates. |
| 3 | **Category**<br>• Display all authorized resources by categories. |
| 4 | **Media**<br>• Display all authorized resources by media type. |

| 5 | **Repositories**<br>• Display all authorized resources by repositories. |
| 6 | **Systems**<br>• Display all systems that can be executed by CLS. |
| 7 | **Save Search as Interest.**<br>• Saves last search request. |
| 8 | **Back to Previous Screen**<br>• Close window and return to main |

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 39**



FIG. 40

CLS - Provide or Distribute

File    Help

Provide or Distribute

1    Provide
· Add, modify or delete entries to the Resource Center.

2    Back to Previous Screen
· Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

**FIG. 41**

Resource Administration

File  Help

Access Level:
☐ Public
☐ Organization
☐ Team

Resource Title:

Date Added:    Date Updated: / /

Product ID:

Cost:    Media:

Price    Format:

Information Category:    Point of Contact:

Information Filename:    Alternate Administrator:

    Bitmap>>

Repository:

Resource Description:

Remarks

Ok
Cancel
New
Modify
Delete
Clear All
Help

Please select either New, Modify or Cancel.



**FIG. 42**



FIG. 43



**FIG. 44**



**FIG. 45**



**FIG. 46**



**FIG. 47**