# EXHIBIT H

# 1 OF 2

Dockets.Justia.com

US006502096B1

(12) **United States Patent**
Siefert

(10) Patent No.: **US 6,502,096 B1**
(45) Date of Patent: **Dec. 31, 2002**

(54) **COMPUTERIZED ASSET MANAGEMENT SYSTEM**

(75) Inventor: **David M. Siefert**, Englewood, OH (US)

(73) Assignee: **NCR Corporation**, Dayton, OH (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/643,604**

(22) Filed: **Aug. 22, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 08/217,063, filed on Mar. 24, 1994.

(51) Int. Cl.[7] ............................................. **G06F 17/30**
(52) U.S. Cl. ....................... **707/10**; 705/27; 707/104.1
(58) Field of Search ...................... 705/26, 27; 707/10, 707/104.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,992,940 A | * | 2/1991 | Dworkin | ...................... | 705/26 |
| 5,319,542 A | * | 6/1994 | King, Jr. et al. | ............... | 705/27 |
| 5,666,493 A | * | 9/1997 | Wojcik et al. | ................. | 705/26 |
| 5,694,551 A | * | 12/1997 | Doyle et al. | .................. | 705/26 |

OTHER PUBLICATIONS

"Harvest User's Manual" by Darren R. Hardy & Michael F. Schwartz, Version 1.0 Oct. 1994. Last revised on Nov. 3, 1994.
"Essence: A Resource Discovery System Based on Semantic File Indexing" by Darren R. Hardy & Michael F. Schwartz—University of Colorado, Boulder. 1993 Winter USENIX—Jan. 25–29, 1993 San Diego, CA pp. 361–374.

"Harvest Effective Use of Internet Information," The Harvest Information Discovery and Access System. No Date.
"The Harvest Information Discovery and Access System" by C. Mic Bowman, Peter B. Danzig, Darren R. Hardy, Ndi Manber & Michael F. Schwartz 1994. No Month.
Technical Discussion of the Harvest System. No Date.
Harvest Demonstration Brokers. Feb. 1996.
Instructions for the Harvest distribution: Version 1.3. No Date.
Frequently Asked Questions (and Answers) about Harvest Version 1.4 patchlevel 2. 13 pages. Feb. 1996.

(List continued on next page.)

*Primary Examiner*—Jack M. Choules
(74) *Attorney, Agent, or Firm*—Greg Welte

(57) **ABSTRACT**

The invention concerns a system for managing resources, which can take the form of (a) computer-compatible information, such as data files and programs, and (b) non-computer-compatible information, such as data contained on microfiche, and (c) physical objects. The resources are located at geographically diverse sites.

The invention contains a descriptive profile for each resource, and allows any user to search all profiles, and to search the profiles according to "fields" (a database term), such as by location of the resources, or by category of the resources. The user can order delivery of a selected resource, and the system causes delivery of the resource to be executed, irrespective of the form (eg, physical object) of the resource.

The invention allows a provider of a new resource to limit access to the resource, by identifying users who are authorized to obtain access to the resource. Non-authorized users cannot obtain access to the profiles of these resources.

**9 Claims, 101 Drawing Sheets**



US 6,502,096 B1

Page 2

## OTHER PUBLICATIONS

"Customized Information Extraction as A Basis for Resource Discovery," by Darren R. Hardy and Michael F. Schwartz, Department of Computer Science, University of Colorado, Boulder. Mar. 1994.

"Debugging Autonomously Managed Distributed Systems & The Harvest Cache and Directory Replicator," by Peter B. Danzig Computer Science Department, University of Southern California, Nov. 2, 1994.

Harvest: A Scalable, Customizable Discovery and Access System, IRTF–RD: Mic Bowman (co–PI, Transarc), Pater Danizig (co–PI, USC), Darren Hardy (PRA, U Colorado), Udi Manber (co–PI, U Arizona), Mike Schwartz (PI, U Colorado). 1994.

"Internet Resource Discovery Services," by Katia Obraczka, Peter B. Danzig and Shih–Hao Li, University of Southern California, 8153 Computer, 26 (1993) Sep., No. 9, Los Alamitos, CA, US.

"The Internet Gopher: A Distributed Server Information System," by Mark Cahill, University of Minnesota. No Date.

"The Internet Gopher Protocol a distributed document search and retrieval protocol" Network Working Group, Request for Comments: 1436. 15 pages. Mar. 1993.

Exploring the Power of the Internet Gopher, UIUCnet V6–1, Jan. 1993.

"The Whole Internet" User's Guide & Catalog, Second Edition, by Ed Krol 384.648, 161 Kr 1994.

Internet Passport, Northwestnet's Guide To Our World Online, Mar. 1993, Fourth Edition. pp. 259–344.

"archie—An Electronic Directory Service for the Internet," by Alan Emtage, McGill University, Montreal, Canaca, Peter Deutsch, McGill University, Montreal, Canada, USENIX—Winter 1992.

"Distributed Indexing A Scalable Mechanism for Distributed Information Retrieval," by Peter B. Danzig, Jongsuk Ahn, John Noll, Katia Obraczka, Computer Science Department, University of Southern California, Los Angeles, California. ACM SIGIR Conference 1991, pp. 220–229.

"Internet Resource Discovery at the University of Colorado," by Michael F. Schwartz, Department of Computer Science, University of Colorado, Boulder Colorado, Oct. 1992.

"Research Problems for Scalable Internet Resource Discovery," by C. Mic Bowman, Peter B. Danzig, Michael F. Schwartz, University of Colorado at Boulder, Technical Report CU–CS–643–93, Mar. 1993.

"Fields of Files," by Ruth Halpern, LAN Technology, Sep. 1991, vol. 7, No. 9, pp. 48–62.

"Test Drive—Inside the Document Den," by Ruth Halpern, Lan Magazine, Dec. 1992, vol. 7, No. 12, pp. 170–178.

Automating Document Managewment, Office Administration and Automation, vol. XLVI, No. 4, Apr. 1985, pp. 51–86.

"A Network Under Control," by Ed Perratore, Dec. 17, 1991, PC Magazine, pp. 287–330.

"Evolution of the Internet Gopher," by Mark P. McCahill & Farhad X. Anklesaria, J. UCS, vol. 1, Issuc 4. 1995.

Road Map to A/UX, Release 3.0 pp. 1–1 thru 1–21. No Date.

Apple Inside Macintosh vol. III pp. III–9 through III–10 Nov. 1990.

Brady "Inside the Apple Macintosh," by Jim Held & Pater Norton. pp. 590–591 © 1989.

Macintosh Bible, second edition, edited by Arthur Naiman. pp. 34–44. No Date.

Claris for Macintosh, ClarisWorks User's Guide. pp. 1–18 and 1–19 pp. 2–1 through 2–10. No Date.

Guide to Macintosh System 7.5, Don Crabb. © 1994.

Macintosh User's Guide for desktop Macintosh computers, Part I–IV. © 1993.

"The System 7 Book", by Craig Danuloff, Second Edition for 7.0 & 7.1. © 1994.

"Desktop Design Series," the Ventana Press. © 1993. No Date.

An Overview of A/UX Release 3.0, Chapters 1 & 2. No Date.

Mastering Windows 3.1, Robert Corvart. © 1992.

What Is Microsoft Workgroup Add–On for Windows? No Date.

Microsoft Windows User's Guide Operating System Version 3.1. 1994.

Concepts, Novell NetWare 4, Network Computing Products. No Date.

* cited by examiner



FIG. 1



FIG. 1A



FIG. 1B



FIG. 1C

www.freepatentsonline.com

# FIG. 1D





**FIG. 1E**



FIG. 2



FIG. 3



**FIG. 4**

**FIG. 5**

File  Options  Help

**NCR Continuous Learning System**

# Continuous Learning System

### Locate and View
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

**1**

### Provide or Distribute
- Add, edit or delete entries to the Resource Center.

**2**

### Identify Interests
- Identify and save interests for notification,
- Review existing saved interests

**3**

### Personal Information
- Review your personal profile.
- Change password.

**4**

Session Active.
Click on a button for instructions or double click to execute the button. You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

CLS Advisor   16:35:17

9 notification(s)    Vickie Cowan

**FIG. 6**

### NCR Continuous Learning System

File    Options    Help

## Continuous Learning System

**1**
### Locate and View
- Display resource names,
- Search resource names (including categories),
- Save search as interest
- Choose and receive information resource

**2**
### Provide or Distribute
- Add, edit or delete entries to the Resource Center.

**3**
### Identify Interests
- Identify and save interests for notification,
- Review existing saved interests

**4**
### Personal Information
- Review your personal profile.
- Change password.

Session Active.
Click on a button for instructions or double click to execute the button. You may also select the corresponding number to execute the desired function.

Click on flashing button or depress F8 to view notifications.

CLS Advisor

16:35:40

9 notification(s)

Vickie Cowan

**FIG. 7**

## CLS - Locate and View

File    Help

### Locate and View

**All Resources**
1
· Display all authorized resources.

**General Search**
2
· Search resources by titles, descriptions, and/or dates.

**Category**
3
· Display all authorized resources by categories.

**Media**
4
· Display all authorized resources by media type.

**Repositories**
5
· Display all authorized resources by repositories.

**Systems**
6
· Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
· Saves last search request.

**Back to Previous Screen**
8
· Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 8**

CLS - Locate and View

File  Help

## Locate and View

**All Resources**
1
• Display all authorized resources.

**General Search**
2
• Search resources by titles, descriptions, and/or dates.

**Category**
3
• Display all authorized resources by categories.

**Media**
4
• Display all authorized resources by media type.

**Repositories**
5
• Display all authorized resources by repositories.

**Systems**
6
• Display all systems that can be executed by CLS.

**Save Search as Interest.**
7
• Saves last search request.

**Back to Previous Screen**
8
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



FIG. 9

**FIG. 10**



**FIG. 11**



Catalog Search Results

File   Help

Resource Profile...

7 entries returned.

| | Media | Date/Time | Title |
|---|---|---|---|
| 1 | On Line | 12/08/93  16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93  13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93  14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93  14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93  14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94  15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94  09:57 | NCR UNIX Online Library |

Retrieve   Close



**FIG. 12**

Catalog Search Results

File    Help

Resource Profile...

7 entries returned.

| | Media | Date/Time | | Title |
|---|---|---|---|---|
| 1 | On Line | 12/08/93 | 16:25 | WWSM - NCR UNIX "Ready for Prime Time" |
| 2 | On Line | 12/16/93 | 13:53 | UNIX Reference Pak: Part 1 of 4 - Table of contents |
| 3 | On Line | 12/16/93 | 14:02 | UNIX Reference Pak: Part 2 of 4 - AT&T/NCRs Position on |
| 4 | On Line | 12/16/93 | 14:05 | UNIX Reference Pak: Part 3 of 4 - System Overview |
| 5 | On Line | 12/16/93 | 14:09 | UNIX Reference Pak: Part 4 of 4 - HP-UX vs. NCR SVR4 M |
| 6 | On Line | 01/03/94 | 15:52 | NCR UNIX SVR4 MP-RAS Rel 2.02 Release Letter |
| 7 | On Line | 01/19/94 | 09:57 | NCR UNIX Online Library |

Retrieve    Close



FIG. 13



FIG. 14



FIG. 15

**FIG. 16**





**FIG. 17**

**FIG. 18**

CLS - Locate and View

File    Help

## Locate and View

### All Resources
1
- Display all authorized resources.

### General Search
2
- Search resources by titles, descriptions, and/or dates.

### Category
3
- Display all authorized resources by categories.

### Media
4
- Display all authorized resources by media type.

### Repositories
5
- Display all authorized resources by repositories.

### Systems
6
- Display all systems that can be executed by CLS.

### Save Search as Interest.
7
- Saves last search request.

### Back to Previous Screen
8
- Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to
Main Menu to quit.



**FIG. 19**

**FIG. 20**

CLS - Locate and View

File    Help

**Categories - CLS-TEAM NOTES**

Resource Profile...

12 received.

Media | Title

**CLS - Overview Powerpoint Presentation**

**CLS - Overview Powerpoint Presentation**
CLS - Add New User Template
CLS - Developer notes and new release 1.01 procedures
CLS - Distinct offers 3-in-1 TCP/IP SDK.
CLS - Latest version of the CLS application (pkzip)
CLS - Parameter file for LINUS interface. (Please read description first.)
CLS - Roles and Responsibilities as determined on 12 Aug 93
CLS - Sample windows source code for windows Socket API
CLS - SQL.NET for Windows Procedures
CLS - Untangling the Windows Sockets API - a standardized interface
CLS - User Guide
CLS - PKUNZIP for CLS application

Ok

Cancel

Help

This is a list of the entries in the Resource Center by categories. Select a category and click on the OK button or double click on one of the categories listed. Each provider assigns a category to a resource. Press F1 for more help.

## FIG. 21

CLS - Locate and View

File   Help

**Categories - CLS-TEAM NOTES**

Resource Profile...

12 received.

Media   | Title

**CLS - Latest version of the CLS application (pkzip)**

CLS - Overview Powerpoint Presentation
CLS - Add New User Template
CLS - Developer notes and new release 1.01 procedures
CLS - Distinct offers 3-in-1 TCP/IP SDK.
**CLS - Latest version of the CLS application (pkzip)**
CLS - Parameter file for LINUS interface. (Please read description first.)
CLS - Roles and Responsibilities as determined on 12 Aug 93
CLS - Sample windows source code for windows Socket API
CLS - SQL.NET for Windows Procedures
CLS - Untangling the Windows Sockets API - a standardized interface
CLS - User Guide
CLS - PKUNZIP for CLS application

Ok

Cancel

Help

This is a list of the entries in the Resource Center by categories. Select a category and click on the OK button or double click on one of the categories listed. Each provider assigns a category to a resource. Press F1 for more help.



**FIG. 22**



# FIG. 23



**FIG. 24**

FIG. 25





**FIG. 26**

CLS - Locate and View

File    Help

**Media**

Resource Profile...

17 received.

Media

35 MM SLIDE PRESENTATION W/SCRIPT

BETA I
BETA II
CD Rom
Floppy
None
On Line
Other
OVERHEADS
Paper based
SLIDES OR OVERHEADS, POWERPOINT
U-MATIC
VHS
Video

Ok

Cancel

Help

This is a list of the entries in the Resource Center by media types. Select a media type and click on the OK button or double click on one of the types listed. A list of the resources with the selected media type will be displayed. Press F1 help.



**FIG. 27**



**FIG. 28**

**FIG. 29**

CLS - Locate and View

File  Help

## Locate and View

**1** All Resources
• Display all authorized resources.

**2** General Search
• Search resources by titles, descriptions, and/or dates.

**3** Category
• Display all authorized resources by categories.

**4** Media
• Display all authorized resources by media type.

**5** Repositories
• Display all authorized resources by repositories.

**6** Systems
• Display all systems that can be executed by CLS.

**7** Save Search as Interest.
• Saves last search request.

**8** Back to Previous Screen
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.



**FIG. 30**

## FIG. 31





**FIG. 32**



**FIG. 33**

**FIG. 34**

File  Help

**CLS - Locate and View**

## Locate and View

**1** — **All Resources**
• Display all authorized resources.

**2** — **General Search**
• Search resources by titles, descriptions, and/or dates.

**3** — **Category**
• Display all authorized resources by categories.

**4** — **Media**
• Display all authorized resources by media type.

**5** — **Repositories**
• Display all authorized resources by repositories.

**6** — **Systems**
• Display all systems that can be executed by CLS.

**7** — **Save Search as Interest.**
• Saves last search request.

**8** — **Back to Previous Screen**
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

Case 3:06-cv-02361-WHA    Document 22-13    Filed 07/06/2006    Page 43 of 58



**FIG. 35**

CLS - Locate and View

File    Help

Systems

Systems

**CompuServe**
Document Database
Gopher
Lexis Nexis
LINUS
Mosaic (World Wide Web Interface)
Support Sentinel
Trumpet

Resource Profile...

8 received.

Ok

Cancel

Help

This is a list of the systems that the CLS can interact with. If you have the systems interface CLS will try to activate it. Select a system and click the OK button or double click on the system you desire. Press F1 for more help.



**FIG. 36**

**FIG. 37**

**FIG. 38**

File  Help

CLS - Locate and View

## Locate and View

**1** — **All Resources**
• Display all authorized resources.

**2** — **General Search**
• Search resources by titles, descriptions, and/or dates.

**3** — **Category**
• Display all authorized resources by categories.

**4** — **Media**
• Display all authorized resources by media type.

**5** — **Repositories**
• Display all authorized resources by repositories.

**6** — **Systems**
• Display all systems that can be executed by CLS.

**7** — **Save Search as Interest.**
• Saves last search request.

**8** — **Back to Previous Screen**
• Close window and return to main

Select an item to get instructions or Double click to execute the item. Select Back to Main Menu to quit.

**FIG. 39**



**FIG. 40**

CLS - Provide or Distribute

File  Help

## Provide or Distribute

**Provide**
1
• Add, modify or delete entries to the Resource Center.

**Back to Previous Screen**
2
• Close window and return to previous menu.

Select an item to get instructions or Double click to execute the item. Select Back to Previous Menu to quit.

www.freepatentsonline.com

FIG. 41



FIG. 42

**FIG. 43**





FIG. 44



FIG. 45



FIG. 46



**FIG. 47**

**FIG. 48**

Resource Administration

File    Help

Access Level:
☒ Public
☐ IPD only
☐ Team

Resource Title:    CLS - Test resource for training

Date Added:    Date Updated:    /    /

Product ID:

Cost:

Price

Information Category:    General

Information Filename:    \public\table\test\test1.txt

Repository:    Continuous Learning System

Media:    On Line

Format:    Notepad

Point of Contact:    McCollum, Tab

Alternate Administrator:    Cowan, Vickie

Bitmap>>    C:\WINDOWS\CLS1.BM

Resource Description:

Remarks

Ok
Cancel
New
Modify
Delete
Clear All
Help

Please enter new data at this time and click on OK.

**FIG. 49**

Resource Administration

File  Help

Access Level:
☒ Public
☐ IPD only
☐ Team

Resource Title:  CLS - Test resource for training

Date Added:    Date Updated:  / /

Product ID:

Media:  On Line

Cost:    Format:  Notepad

Price    Point of Contact:  McCollum, Tab

Information Category:  General    Alternate Administrator:  Cowan, Vickie

Information Filename:  \public\tab\test\test1.txt    Bitmap>>  C:\WINDOWS\CLS1.BM

Repository:  Continuous Learning System

Resource Description:

Remarks

OK
Cancel

New
Modify
Delete

Clear All

Help

CLS - TEST RESOURCE FOR TRAINING was successfully added to the CLS database.



**FIG. 50**