1  KEKER & VAN NEST, LLP
   JEFFREY R. CHANIN - #103649
2  DARALYN J. DURIE - #169825
   KEVIN T. REED - #240799
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff
6  NETFLIX, INC.

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

10

11 NETFLIX, INC., a Delaware corporation,    Case No. C 06 2361 WHA

                                  Plaintiff,  **[PROPOSED] ORDER GRANTING**
12                                            **PLAINTIFF NETFLIX'S MOTION TO**
       v.                                     **DISMISS BLOCKBUSTER'S**
13                                            **ANTITRUST COUNTERCLAIMS AND**
   BLOCKBUSTER, INC., a Delaware              **TO STRIKE AFFIRMATIVE DEFENSES**
14 corporation, DOES 1-50,                    **OF UNENFORCEABILITY AND**
                                              **PATENT MISUSE**
15                               Defendant.
                                              Date:   August 17, 2006
16                                            Time:   8:00 a.m.
                                              Judge:  Hon. William Alsup
17

18

19

20

21

22

23

24

25

26

27

28

376520.01

ORDER GRANTING PLAINTIFF NETFLIX'S MOTION TO DISMISS ANTITRUST COUNTERCLAIMS AND
TO STRIKE AFFIRMATIVE DEFENSES OF UNENFORCEABILITY AND PATENT MISUSE
Case No. C 06 2361 WHA

1   Plaintiff Netflix, Inc.'s motion to dismiss Defendant's First and Second Counterclaims
2   and to strike Defendant's Second and Third affirmative defenses came on for hearing before this
3   Court on August 17, 2006, at _____ a.m. before the Honorable William Alsup, United States
4   District Court, San Francisco, California, with all parties having appeared through counsel.
5   The Court having reviewed the request, and after consideration of the opposition and
6   reply papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY
7   ORDERED:
8   Plaintiff Netflix, Inc.'s motion to dismiss is GRANTED on the grounds that Defendant's
9   First and Second Counterclaims and Second and Third affirmative were not plead with the
10  particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

12  Dated:

_____
Hon. William Alsup
United States District Judge

376520.01

1

ORDER GRANTING PLAINTIFF NETFLIX'S MOTION TO DISMISS ANTITRUST COUNTERCLAIMS AND TO STRIKE AFFIRMATIVE DEFENSES OF UNENFORCEABILITY AND PATENT MISUSE
CASE NO. C 06 2361 WHA