KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASIM M. BHANSALI - #194925
KEVIN T. REED - #240799
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>     v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>                            Defendant. | Case No. C 06 2361 WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NETFLIX INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS BLOCKBUSTER'S ANTITRUST COUNTERCLAIMS AND TO STRIKE AFFIRMATIVE DEFENSES OF UNENFORCEABILITY AND PATENT MISUSE**<br><br>Date:     August 17, 2006<br>Time:    8:00 a.m.<br>Judge:   Hon. William Alsup |

---

376517.01

ORDER GRANTING NETFLIX INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION
TO DISMISS ANTITRUST COUNTERCLAIMS AND AFFIRMATIVE DEFENSES
CASE NO. C 06 2361 WHA

1  Plaintiff Netflix, Inc.'s request for judicial notice came on for hearing before this Court
2  on August 17, 2006, at _____ a.m. before the Honorable William Alsup, United States District
3  Court, San Francisco, California, with all parties having appeared through counsel.
4  The Court having reviewed the request, and after consideration of the opposition and
5  reply papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY
6  ORDERED:
7  Plaintiff Netflix, Inc.'s request for judicial notice is GRANTED.
8  Dated:

                                                Hon. William Alsup
                                                United States District Judge

376517.01

1
ORDER GRANTING NETFLIX INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION
TO DISMISS ANTITRUST COUNTERCLAIMS AND AFFIRMATIVE DEFENSES
CASE NO. C 06 2361 WHA