KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASIM M. BHANSALI - #194925
KEVIN T. REED - #240799
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>                                Plaintiff,<br><br>        v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>                                Defendant. | Case No. C 06 2361 WHA<br><br>**[CORRECTED] NETFLIX'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS FOR U.S. PATENT NOS. 7,024,381 AND 6,584,450**<br><br>Complaint filed:        April 4, 2006 |

[CORRECTED] NETFLIX'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY
INFRINGEMENT CONTENTIONS FOR U.S. PATENT NOS. 7,024,381 AND 6,584,450
Case No. C 06 2361 WHA

377454.01

Dockets.Justia.com

Pursuant to Patent L.R. 3-1 and 3-2, Plaintiff Netflix, Inc. ("Netflix") hereby discloses its asserted claims and preliminary infringement contentions and identifies the accompanying document production for U.S. Patent Nos. 7,024,381 (the "'381 Patent") and 6,584,450 (the "'450 Patent").

## INTRODUCTION

This disclosure is made solely for the purpose of this action.  This disclosure is subject to all objections as to competence, relevance, materiality, propriety, and admissibility, and to any and all other objections on any grounds that would require the exclusion of statement contained herein if such disclosure were asked of, or statements contain herein were made by, a witness present and testifying in court, all of which objections and grounds are expressly reserved and may be interposed at the time of trial.

Discovery in this matter is still at a very early stage and is ongoing.  Indeed, Netflix has still obtained no discovery from Defendant Blockbuster Inc. ("BBI") regarding the BLOCKBUSTER Online® system, or its architecture, its implementation, or its operating software, hardware and other.  Netflix's investigation regarding past and present grounds of infringement is ongoing.

Netflix's disclosure is given without prejudice to Netflix's right to add to, supplement, amend, or modify its disclosure as additional facts are ascertained, analyses are made, research is completed, and claims are construed.  Netflix's disclosure is not and cannot be complete at this time and is subject to revision.

## PRELIMINARY INFRINGEMENT CONTENTIONS FOR
## U.S. PATENT NOS. 7,024,381 AND 6,584,450

Netflix's Preliminary Infringement Contentions pursuant to Patent L.R. 3-1(a)-(c) for the '381 Patent and the '450 Patent are provided respectively as Exhibits A and B, wherein each claim that is allegedly infringed is identified [hereinafter "asserted claims"].

Pursuant to Patent L.R. 3-1(d), Netflix contends that each element of each asserted claim listed in Exhibits A and B is literally present in the Accused Methods or Systems based upon the information known to Netflix as of this date.  Netflix reserves the right to assert infringement

1

377454.01

1  under the doctrine of equivalents after further discovery of BLOCKBUSTER Online®'s
2  methods and systems, and after claims are construed.
3      Pursuant to Patent L.R. 3-1(e), Netflix contends that the asserted claims of the '381 and
4  '450 Patents are entitled to a priority date of at least as early as July 20, 1999.
5      Wishing to preserve its right to rely on the assertion that its own methods and systems
6  practice the claimed invention pursuant to Patent L.R. 3-1(f), Netflix discloses that it practices
7  each asserted claim in both the '391 and '450 Patents.

8                     **NETFLIX'S DISCLOSURE OF DOCUMENTS**

9      Pursuant to Patent L.R. 3-2(c), Netflix has produced documents Bates Nos.
10  NFLIX0000001 through NFLIX00002517.  Pursuant to mutual agreement of the parties, the
11  production required pursuant to Patent Local Rule 3-2(a) and (b) will be produced on July 28,
12  2006, as part of Netflix's initial disclosures pursuant to Fed. R. Civ. P. 26.
13      Discovery in this matter is still at an early stage and is ongoing.  Consequently, Netflix
14  continues to investigate the facts relating to this action.  Netflix anticipates that, as this action
15  proceeds, further documents may be discovered, or their significance better understood, and
16  Netflix reserves the right to modify, amend, and/or supplement its responses with such pertinent
17  documents.

18
19  Dated:  July 20, 2006                        KEKER & VAN NEST, LLP
20
21                                              By:  /s/  Daralyn Durie_____
22                                                   DARALYN DURIE
                                                   Attorneys for Plaintiff
23                                                   NETFLIX, INC.
24
25
26
27
28

[CORRECTED] NETFLIX'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY
INFRINGEMENT CONTENTIONS FOR U.S. PATENT NOS. 7,024,381 AND 6,584,450
Case No. C 06 2361 WHA

377454.01