**EXHIBIT 'B'**

U.S. PATENT NO. 6,584,450

| CLAIM LANGUAGE | ACCUSED METHODS |
|---|---|
| 1. A method for renting items to customers, the method comprising the computer-implemented steps of: | 1. BLOCKBUSTER Online® (the accused instrumentality) employs a computer-implemented method for renting DVDs to customers.<br><br>See www.blockbuster.com |
| receiving one or more item selection criteria that indicates two or more items that a customer desires to rent; | 1a. BLOCKBUSTER Online® receives one or more item selection criteria (e.g., DVD title selections) from customers that indicate two or more DVDs the customer desires to rent.<br><br>[screenshot of "How do I manage My Queue?" FAQ page showing Date Created 06/03/2004 03:23 PM, Last Updated 06/22/2005 05:11 PM, with Question "Need more info Managing My Queue?" and Answer "Managing your Queue puts you in charge of your online movie renting experience. Just find the movies you want to watch and put them in the order you want to watch them. Then sit back and wait for the DVDs to come to you. • Priority Number - Want to see something else first? Just put the number you want in the priority box and click 'Update Queue'."]<br><br>"Frequently Asked Questions," at http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |
| providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria; and | 1b. BLOCKBUSTER Online® provides to the customer up to a specified number of the DVDs selected by the customer.<br><br>"BLOCKBUSTER Online® will automatically ship titles to a [customer] up to a [customer's] maximum number of outstanding BLOCKBUSTER Online® Rentals, from and in the order that [customers] have listed in [their] rental queue, subject to availability." **Selection and Allocation of Product**, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS. |
| in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number. | 1c. In response to receiving any of the items provided to the customer, BLOCKBUSTER Online® sends to the customer other DVD titles selected by the customer wherein the total current number DVD titles provided to the customer does not exceed the specified number of outstanding rentals allowed.<br><br>**Unlimited DVD Rentals**<br>For only $17.99 a month (plus taxes) you can rent all the movies you want. Have up to 3 DVDs out at a time. Keep the DVDs as long as you want. When you're done with a DVD, just send it back in the provided postage paid envelope. We'll send you another selection from your rental queue. Keep your queue full and keep the movies coming. |

1

372499.03

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| 2. A method as recited in claim 1, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | *See* Contention "How it Works", at http://www.blockbuster.com/homepages/displayPage.action?channel1=Sign+In+Sign+Up&channel2=findoutmore&nav=false&cctr=homehowitworks<br><br>2. BLOCKBUSTER Online® offers "limited" rental plans wherein the total number of items provided to a customer every month may not exceed a specific limit. BLOCKBUSTER Online® offers a limited plan whereby BLOCKBUSTER Online® provides only 1 of the DVD titles selected by the customer at a time and only 3 DVD titles total per month.<br><br>**Choose a Plan:**<br><br>| Plan: | Price: | In-Store Benefits: |<br>|---|---|---|<br>| **Our Most Popular Choice**<br>● 3 at a time<br>Unlimited rents | $17.99 plus tax per month | * Bonus Offer *<br>FREE in-store coupons<br>1 per week, 52 a year! |<br>| ○ 2 at a time<br>Unlimited rents | $14.99 plus tax per month | * Bonus Offer *<br>FREE in-store coupons<br>1 per week, 52 a year! |<br>| ○ 1 at a time<br>Unlimited rents | $9.99 plus tax per month | * Bonus Offer *<br>FREE in-store coupons<br>2 per month, 24 a year! |<br>| ○ 1 at a time limited<br>3 rent(s) a month | $7.99 plus tax per month | * Bonus Offer *<br>FREE in-store coupons<br>2 per month, 24 a year! |<br><br>[Try It NOW]<br><br>http://www.blockbuster.com/acctmgmt/displaySubscriptionOffers.action?refId=blockbuster&cctr=homebutton |
| 4. *See* Contention 1. | |
| 4. A method as recited in claim 1, wherein the one or more item selection criteria indicates a desired order for the two or more items that a customer desires to rent, | 4a. BLOCKBUSTER Online® receives from customers a desired order in which customers wish to receive the DVD titles they desire to rent. |

2

372499.03

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| [Screenshot of Blockbuster FAQ page "How do I manage My Queue?" with Date Created 06/03/2004 03:23 PM, Last Updated 06/22/2005 05:11 PM. Answer: "Managing your Queue puts you in charge of your online movie renting experience. Just find the movies you want to watch and put them in the order you want to watch them. Then sit back and wait for the DVDs to come to you. • Priority Number Want to see something else first? Just put the number you want in the priority box and click 'Update Queue.'"] "Frequently Asked Questions," at http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php?<br><br>4b. BLOCKBUSTER Online® provides to the customer up to a specified number of selected items in the order specified by the customer.<br><br>"BLOCKBUSTER Online® will automatically ship titles to a [customer] up to a [customer's] maximum number of outstanding BLOCKBUSTER Online® Rentals, from and in the order that [customers] have listed in [their] rental queue, subject to availability." **Selection and Allocation of Product**, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS<br><br>4c. In response to receiving any of the items provided to the customer, BLOCKBUSTER Online® will provide to the customer other selected items in the order specified by the customer.<br><br>**Unlimited DVD Rentals**<br>For only $17.99 a month (plus taxes) you can rent all the movies you want. Have up to 3 DVDs out at a time. Keep the DVDs as long as you want. When you're done with a DVD, just send it back in the provided postage paid envelope. We'll send you another selection from your rental queue. Keep your queue full and keep the movies coming.<br><br>See Contention "How it Works", at http://www.blockbuster.com/homepages/displayPage.action?channel=Sign+In+Sign+Up&channel2=findoutmore &nav=false&cctr=homehowitworks |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria in the desired order indicated by the item selection criteria, and | |
| the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes providing to the customer one or more other items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria. | |
| 5. A method as recited in claim 4, further comprising if a particular item from the one or more items indicated by the one or more item selection criteria is not | 5. If an item is not available, BLOCKBUSTER Online® provides another of the selected items based upon the desired order indicated by the customer. |

3

372499.03

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| available, then providing another item from the one or more items based upon the desired order indicated by the one or more item selection criteria | [Screenshot: "Why didn't BLOCKBUSTER ship the first movie in My Queue?" FAQ page with Date Created 07/28/2004 01:42 PM, Last Updated 03/16/2006 08:42 AM. Answer: BLOCKBUSTER Online is committed to keeping your rental experience uninterrupted. When we are ready to ship your next selection, we review the My Queue priorities and the availability of your top titles. If the first movie is not available, we ship the next available title to ensure that there is no delay in your movie rentals. "Availability" indicates the estimated wait before available.] <br><br> "Frequently Asked Questions," *at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |
| 7. A method as recited in claim 1, further comprising: | 7. *See* Contention 1. |
| establishing, based upon the one or more item selection criteria, an item rental queue for the customer, wherein the item rental queue contains one or more entries that specify the two or more items that the customer desires to rent; and | 7a. BLOCKBUSTER Online® establishes a DVD rental queue for the customer that contains entries that specify the DVDs that the customer desires to rent. <br><br> [Screenshot: "How do I manage My Queue?" FAQ page with Date Created 06/03/2004 03:23 PM, Last Updated 06/22/2005 05:11 PM. Answer: Managing your Queue puts you in charge of your online movie renting experience. Just find the movies you want to watch and put them in the order you want to watch them. Then sit back and wait for the DVDs to come to you. • Priority Number — Want to see something else first? Just put the number you want in the priority box and click "Update Queue."] <br><br> "Frequently Asked Questions," *at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |
| in response to receiving back any of the items provided to the customer, selecting the one or more other items from the item rental queue. | 7b. In response to receiving back any of the DVDs provided to the customer, BLOCKBUSTER Online® selects another DVD from the DVD rental queue to send to the customer. <br><br> **Unlimited DVD Rentals** <br> For only $17.99 a month (plus taxes) you can rent all the movies you want. Have up to 3 DVDs out at a time. Keep the DVDs as long as you want. When you're done with a DVD, just send it back in the provided postage paid envelope. We'll send you another selection from your rental queue. Keep your queue full and keep the movies coming. |

4

**U.S. PATENT NO. 6,584,450**

| | |
|---|---|
| | *See* Contention "How it Works", at http://www.blockbuster.com/homepages/displayPage.action?channel1=Sign+In+Sign+Up&channel2=findoutmore&nav=false&cctr=homehowitworks |
| 8. A method as recited in claim 1, further comprising in response to receiving a customer notification, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 8. In response to receiving a customer notification (e.g. that a DVD is damaged, unplayable, or never received), BLOCKBUSTER Online®, will provide one or more other DVDs selected by the customer.<br><br>**How do I report DVD issues: did not receive a DVD, my DVD has not been received, my DVD is damaged?**<br><br>**Question**<br>How do I report an issue with a DVD?<br><br>**Answer**<br>You may report a DVD issue if a DVD is damaged or unplayable. You may also report the issue if a title does not show as checked in after 3 business days, or you have not received a title that we shipped after 3 business days.<br><br>Make sure you are logged into our website, go to My Account and select Report DVD Issues. This function will allow you to have the same title resent, or the next available title in your queue sent, and help us follow up with the postal service. In cases where you have returned a DVD and it has not been received by our return center, it will allow the next DVD in your queue to be shipped.<br><br>Date Created 06/03/2004 11:11 AM<br>Last Updated 03/16/2006 08:42 AM<br>Print Answer<br>Email Answer<br><br>"Frequently Asked Questions," *at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |

5

**U.S. PATENT NO. 6,584,450**

| | |
|---|---|
| 9. A method as recited in claim 1, further comprising in response to expiration of a specified amount of time, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 9. BLOCKBUSTER Online® offers a "limited" rental plan wherein the total number of DVDs provided to a customer every month may not exceed 3 in number. Upon the expiration of the monthly subscription period, BLOCKBUSTER Online® will provide one or more other DVDs selected by the customer if the customer has an open rental slot.<br><br>**Choose a Plan:**<br><br>| Plan: | Price: | In-Store Benefits: |<br>|---|---|---|<br>| Our Most Popular Choice<br>○ 3 at a time<br>Unlimited rents | $17.99 plus tax per month | * Bonus Offer *<br>FREE in-store coupons<br>1 per week, 52 a year! |<br>| ○ 2 at a time<br>Unlimited rents | $14.99 plus tax per month | *Bonus Offer *<br>FREE in-store coupons<br>1 per week, 52 a year! |<br>| ○ 1 at a time<br>Unlimited rents | $9.99 plus tax per month | * Bonus Offer *<br>FREE in-store coupons<br>2 per month, 24 a year! |<br>| ○ 1-at-a-time limited<br>3 rent(s) a month | $7.99 plus tax per month | *Bonus Offer *<br>FREE in-store coupons<br>2 per month, 24 a year! |<br><br>**Try It NOW** |

6

372499.03

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| 10. BLOCKBUSTER Online® offers a "limited" rental plan wherein the total number of DVDs provided to a customer every month may not exceed 3 in number. Upon the first date of the subsequent monthly subscription period, BLOCKBUSTER Online® will provide one or more other DVDs selected by the customer if the customer has an open rental slot. | |
| | **Choose a Plan:** |
| | Plan: / Price: / In-Store Benefits: |
| | ● 3 at a time Unlimited rents — Our Most Popular Choice — $17.99 plus tax per month — * Bonus Offer * FREE in-store coupons 1 per week, 52 a year! |
| | ○ 2 at a time Unlimited rents — $14.99 plus tax per month — * Bonus Offer * FREE in-store coupons 1 per week, 52 a year! |
| | ○ 1 at a time Unlimited rents — $9.99 plus tax per month — * Bonus Offer * FREE in-store coupons 2 per month, 24 a year! |
| | ○ 1 at a time limited 3 rent(s) a month — $7.99 plus tax per month — * Bonus Offer * FREE in-store coupons 2 per month, 24 a year! |
| | Try It NOW |
| 10. A method as recited in claim 1, further comprising in response to a specified date being reached, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 11. In response to receipt of payment from a customer who has upgraded to a plan with higher rental maximums, BLOCKBUSTER Online® provides the customer one or more DVDs selected by the customer.<br><br>**Modifying of BLOCKBUSTER Online Memberships, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS** |
| 11. A method as recited in claim 1, further comprising in response to a specified fee being received, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 12. BLOCKBUSTER Online® provides items to the customer by mail. "Delivery and return of your BLOCKBUSTER Online Rentals will be via U.S. Postal Service ("USPS"). |
| | 12. A method as recited in claim 1, wherein items are provided to the customer by mail. |

7

372499.03

**U.S. PATENT NO. 6,584,450**

| | Delivery and Return of Rented DVDs, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS |
|---|---|
| 13. A method as recited in claim 1, wherein items are provided to the customer by a delivery agent. | BLOCKBUSTER Online® provides items to the customer by a delivery agent "Delivery and return of your BLOCKBUSTER Online Rentals will be via U.S. Postal Service ("USPS"). |
| | **Delivery and Return of Rented DVDs, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS** |
| 14. A method as recited in claim 1, wherein: | 14. *See* Contention 1. |
| the two or more items are two or more movies, | 14a. *See* Contention 1. |
| the one or more item selection criteria are one or more movie selection criteria, | 14b. *See* Contention 1a. |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more movie selection criteria that indicates two or more movies that a customer desires to rent, | 14c. *See* Contention 1a. |
| the step or providing to the customer up to a specified number of the one or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria, and | 14d. *See* Contention 1b. |
| the step of in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number includes in response to receiving any of the movies provided to the customer, providing to the customer one or more other movies indicated by the one or more movie selection criteria, wherein a | 14e. *See* Contention 1c. |

8

372499.03

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| total current number of movies provided to the customer does not exceed the specified number. | |
| 16. A method for renting items to customers, the method comprising the computer-implemented steps of: | 16. *See* Contention 1. |
| receiving one or more item selection criteria that indicates two or more items that a customer desires to rent; | 16a. *See* Contention 1a. |
| providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria; and | 16b. *See* Contention 1b. |
| in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | 16c. BLOCKBUSTER Online® offers a "limited" rental plans wherein the total number of DVDs provided to a customer every month may not exceed 3 in number.<br><br>**Choose a Plan:**<br><br>| Plan: | Price: | In-Store Benefits: |<br>|---|---|---|<br>| ● 3 at a time<br>Our Most Popular Choice<br>Unlimited rents | $17.99 plus tax per month | * Bonus Offer *<br>FREE in-store coupons<br>1 per week, 52 a year! |<br>| ○ 2 at a time<br>Unlimited rents | $14.99 plus tax per month | * Bonus Offer *<br>FREE in-store coupons<br>1 per week, 52 a year! |<br>| ○ 1 at a time<br>Unlimited rents | $9.99 plus tax per month | * Bonus Offer *<br>FREE in-store coupons<br>2 per month, 24 a year! |<br>| ○ 1 at a time limited<br>3 rent(s) a month | $7.99 plus tax per month | * Bonus Offer *<br>FREE in-store coupons<br>2 per month, 24 a year! |<br><br>**Try It NOW** |

9

372499.03

**U.S. PATENT NO. 6,584,450**

| | |
|---|---|
| 19. A method as recited in claim 16, wherein | 19. *See* Contention 16. |
| the one or more item selection criteria indicates a desired order for the two or more items that a customer desires to rent, | 19a. *See* Contention 4a. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria, and | 19b. *See* Contention 4b. |
| the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes providing to the customer one or more other items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria. | 19c. *See* Contention 4c. |
| 20. A method as recited in claim 19, further comprising if a particular item from the two or more items indicated by the one or more item selection criteria is not available, then providing another item from the two or more items based upon the desired order indicated by the one or more item selection criteria. | 20. *See* Contention 5. |
| 22. A method as recited in claim 16, further comprising | 22. *See* Contention 16. |
| establishing, based upon the one or more item selection criteria, an item rental queue for the customer, wherein the item rental queue contains one or more entries that | 22a. *See* Contention 7a. |

10

372499.03

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| specified the two or more items that the customer desires to rent; and | |
| in response to receiving back any of the items provided to the customer, selecting the one or more other items from the item rental queue. | 22b. *See* Contention 7b. |
| 23. A method as recited in claim 16, further comprising in response to receiving a customer notification, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 23. *See* Contention 8. |
| 24. A method as recited in claim 16, further comprising in response to expiration of a specified amount of time, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 24. *See* Contention 9. |
| 25. A method as recited in claim 16, further comprising in response to a specified date being reached, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 25. *See* Contention 10. |
| 26. A method as recited in claim 16, further comprising in response to a specified fee being received, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 26. *See* Contention 11. |
| 27. A method as recited in claim 16, wherein items are provided to the customer by mail. | 27. *See* Contention 12. |
| 28. A method as recited in claim 16, wherein items are provided to the customer by a delivery agent. | 28. *See* Contention 13. |

11

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| 29. A method as recited in claim 16, wherein: | 29. *See* Contention 16. |
| the two or more items are two or more movies, | 29a. *See* Contention 14a. |
| the one or more item selection criteria are one or more movie selection criteria, | 29b. *See* Contention 14b. |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more movie selection criteria that indicates two or more movies that a customer desires to rent, | 29c. *See* Contention 14c. |
| the step of providing to the customer up to a specified number of the one or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria, and | 29d. *See* Contention 14d. |
| the step of in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit includes in response to receiving any of the movies provided to the customer, providing to the customer one or more other movies indicated by the one or more movie selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | 29e. *See* Contention 14e. |
| 31. A method for renting movies to | 31. *See* Contention 1. |

12

372499.03

**U.S. PATENT NO. 6,584,450**

| | |
|---|---|
| customers, the method comprising the computer-implemented steps of: | |
| receiving one or more movie selection criteria from a customer that indicates two or more movies that the customer desires to rent; | 31a. *See* Contention 1a. |
| providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria; and | 31b. *See* Contention 1b. |
| in response to a return of any of the movies provided to the customer, providing to the customer one or more other movies indicated by the one or more movie selection criteria, wherein a total current number of movies provided to the customer does not exceed the specified number. | 31c. *See* Contention 1c. |
| 32. A method as recited in claim 31, wherein | 32. *See* Contention 31. |
| the one or more movie selection criteria specifies an order in which the customer desires to receive the movies, | 32a. *See* Contention 4a. |
| the step of providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the move selection criteria in the order specified by the one or more movie selection criteria, and | 32b. *See* Contention 4b. |
| the step of providing to the customer one or more other movies specified by the one or more movie selection criteria includes providing to the customer one or more | 32c. *See* Contention 4c. |

13

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| other movies specified by the one or more movie selection criteria in the order specified by the one or more movie selection criteria. | |
| 34. A method as recited in claim 31, wherein movies are provided to the customer by mail | 34. *See* Contention 12. |
| 35. A method as recited in claim 31, wherein movies are provided to the customer by a delivery agent. | 35. *See* Contention 13. |

14

372499.03