KEKER & VAN NEST, LLP
Jeffrey R. Chanin (No. 103649)
Daralyn J. Durie (No. 169825)
Kevin T. Reed (No. 240799)
710 Sansome Street
San Francisco, CA 94111-5400
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jrc@kvn.com
       amb@kvn.com
       kreed@kvn.com
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@agsk.com
       wobrien@agsk.com
       tchen@agsk.com
       dthomas@agsk.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>Defendants.<br><br>AND RELATED COUNTER ACTION. | CASE NO. C 06 2361 WHA<br><br>**[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION**<br><br>Complaint Filed: April 4, 2006 |

In accordance with Paragraph 4 of the Court's June 30, 2006 Case Management Order, counsel for the parties have conferred and jointly propose the following briefing schedule leading up to the patent claim construction hearing for this case, which is scheduled for January 31, 2007.

**October 4, 2006** – Parties to exchange proposed terms and claim elements for construction under Patent L.R. 4-1(a).

**October 25, 2006** – Parties to exchange preliminary proposed claim constructions and provide extrinsic evidence for claim construction under Patent L.R. 4-2(a)-(b).

**November 15, 2006** – Parties to file Joint Claim Construction and Pre-Hearing Statement under Patent L.R. 4-3.

**November 29, 2006** – Parties' deadline to complete discovery relating to claim construction, including expert depositions on claim construction issues, under Patent L.R. 4-4.

**December 6, 2006** – Netflix to file its opening claim construction brief under Patent L.R. 4-5(a).

**December 27, 2006** – Blockbuster to file its responsive claim construction brief under Patent L.R. 4-5(b).

**January 10, 2007** – Netflix to file its reply brief under Patent L.R. 4-5(c).

///
///
///
///
///
///
///
///

**January 17, 2007** – Court Tutorial

**January 31, 2007** – Claim Construction Hearing

DATED: July 28, 2006  KEKER & VAN NEST, LLP

By  /s/
Leo L. Lam
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

DATED: July 28, 2006  ALSCHULER GROSSMAN STEIN & KAHAN LLP

By  /s/
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2006

Honorable William H. Alsup
United States District Judge