# EXHIBIT A

**U.S. PATENT NO. 7,024,381**

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| 1. A computer-implemented method for renting movies to customers, the method comprising: | 1. BLOCKBUSTER Online® (the accused instrumentality) employs a computer-implemented method for renting movies to customers.<br><br>See www.blockbuster.com |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 1a. BLOCKBUSTER Online® provides electronic digital information that causes one or more attributes of movies to be displayed to the customer.<br><br><br><br>"Frequently Asked Questions," at http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |
| establishing, in electronic digital form, | 1b. From electronic digital information received over the Internet, BLOCKBUSTER Online® establishes an |

1

U.S. PATENT NO. 7,024,381

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | electronic movie rental queue, associated with a customer, that displays an ordered list indicating two or more movies to be rented to the customer.<br><br>**How do I manage My Queue?**<br>**Question**<br>Need more info Managing My Queue?<br>**Answer**<br>Managing your Queue puts you in charge of your online movie renting experience. Just find the movies you want to watch and put them in the order you want to watch them. Then sit back and wait for the DVDs to come to you.<br>• Priority Number<br>Want to see something else first? Just put the number you want in the priority box and click "Update Queue."<br><br>"Frequently Asked Questions," *at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list; | 1c. BLOCKBUSTER Online® causes to be delivered to the customer up to a specified number of movies based upon the order of the list.<br><br>"BLOCKBUSTER Online® will automatically ship titles to a [customer] up to a [customer's] maximum number of outstanding BLOCKBUSTER Online® Rentals, from and in the order that [customers] have listed in [their] rental queue, subject to availability." **Selection and Allocation of Product**, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; and | 1d. In response to delivery criteria being satisfied (e.g. receipt of a movie, report of an issue with a DVD, or the occurrence of a specified date), BLOCKBUSTER Online® selects another movie based on the order of the list and causes that selected movie to be delivered to the customer.<br><br>**Unlimited DVD Rentals**<br>For only $17.99 a month (plus taxes) you can rent all the movies you want. Have up to 3 DVDs out at a time. Keep the DVDs as long as you want. When you're done with a DVD, just send it back in the provided postage paid envelope. We'll send you another selection from your rental queue. Keep your queue full and keep the movies coming.<br>"How it Works", at http://www.blockbuster.com/homepages/displayPage.action?channel1=Sign+In+Sign+Up&channel2=findoutmore&nav=false&cctr=homehowitworks |

2

U.S. PATENT NO. 7,024,381

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. |  "Frequently Asked Questions," *at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php?<br><br>1e. In response to electronic digital information received from the customer over the Internet, BLOCKBUSTER Online® electronically updates the movie rental queue.<br><br>"Frequently Asked Questions," *at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php?<br><br>2. In response to electronic digital information received from the customer over the Internet, BLOCKBUSTER Online® updates the movie rental queue by changing the order of movies contained within the movie rental queue. |
| 2. A computer-implemented method as recited in Claim 1, wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | |

3



4

U.S. PATENT NO. 7,024,381

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| 5. A computer-implemented method as recited in Claim 1, wherein the two or more movies for renting to the customer are selected by the customer. | 5. Customers select the two or more movies to be rented to the customer.  "Frequently Asked Questions," at http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |
| 6. A computer-implemented method as recited in Claim 1, further comprising determining the order of the two or more movies based upon one or more preferences of the customer. | 6. Customers can determine the order of the two or more movies in their movie rental queue by using their priority boxes. "Frequently Asked Questions," at http://blockbuster.custhelp.com/cgi- |

5

**U.S. PATENT NO. 7,024,381**

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| 7. A computer-implemented method as recited in Claim 1, wherein the delivery of the selected movie comprises delivery by mail. | bin/blockbuster.cfg/php/enduser/std_alp.php?<br><br>BLOCKBUSTER Online® provides that "delivery and return of your BLOCKBUSTER Online Rentals will be via U.S. Postal Service ("USPS")."<br><br>**Delivery and Return of Rented DVDs**, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS |
| 8. A computer-implemented method as recited in Claim 1, wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | BLOCKBUSTER Online® ships optical media (i.e. DVDs) "via U.S. Postal Service ("USPS")."<br><br>**Delivery and Return of Rented DVDs**, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS |
| 9. A computer-implemented method as recited in Claim 1, wherein the delivery criteria comprises receipt of the movie by mail. | Receipt of a returned movie by mail is a delivery criteria.<br><br>**Unlimited DVD Rentals**<br>For only $17.99 a month (plus taxes) you can rent all the movies you want. Have up to 3 DVDs out at a time. Keep the DVDs as long as you want. When you're done with a DVD, just send it back in the provided postage paid envelope. We'll send you another selection from your rental queue. Keep your queue full and keep the movies coming.<br><br>"How it Works", at http://www.blockbuster.com/homepages/displayPage.action?channel?channel1=Sign+In+Sign+Up&channel2=findoutmore&nav=false&cctr=homehowitworks<br><br>How do I report DVD Issues: did not receive a DVD, my DVD has not been received, my DVD is damaged?<br><br>Question<br>How do I report an issue with a DVD?<br><br>Answer<br>You may report a DVD issue if a DVD is damaged or unplayable. You may also report the issue if a title does not show as checked in after 3 business days, or you have not received a title that we shipped after 3 business days.<br><br>Make sure you are logged into our website, go to My Account and select Report DVD Issues. This function will allow you to have the same title resent, or the next available title in your queue sent and help us follow up with the postal service. In cases where you have returned a DVD and it has not been received by our return center, it will allow the next DVD in your queue to be shipped.<br><br>Date Created 06/03/2004 11:11 AM<br>Last Updated 03/16/2006 08:42 AM<br><br>Print Answer<br>Email Answer<br><br>"Frequently Asked Questions," at http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |

6

U.S. PATENT NO. 7,024,381

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| 10. A computer-implemented method as recited in claim 1, wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | 10. BLOCKBUSTER Online® requires that that the number of movies delivered to the customer and not yet returned does not exceed the specified number of outstanding rentals allowed.<br><br>"If you have the maximum number of BLOCKBUSTER Online Rentals allowed by your plan checked out, no additional movies will be shipped until you return one or more of the BLOCKBUSTER Online Rentals." **Selection and Allocation of Product**, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS |
| 11. A method as recited in claim 1, wherein the other electronic digital information indicates one or more delivery criteria being satisfied. | 11. In response to an indication that one or more delivery criteria has been satisfied (e.g. problem notifications that a DVD is damaged, unplayable, or never received), BLOCKBUSTER Online® electronically updates the movie rental queue.<br><br>**How do I report DVD Issues: did not receive a DVD, my DVD has not been received, my DVD is damaged?**<br><br>**Question**<br>How do I report an issue with a DVD?<br><br>**Answer**<br>You may report a DVD issue if a DVD is damaged or unplayable. You may also report the issue if a title does not show as checked in after 3 business days, or you have not received a title that we shipped after 3 business days.<br><br>Make sure you are logged into our website, go to My Account and select Report DVD Issues. This function will allow you to have the same title resent, or the next available title in your queue sent, and help us follow up with the postal service. In cases where you have returned a DVD and it has not been received by our return center, it will allow the next DVD in your queue to be shipped<br><br>Date Created 06/03/2004 11:11 AM<br>Last Updated 03/16/2006 08:42 AM<br>Print Answer  Email Answer<br><br>"Frequently Asked Questions," *at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |
| 12. A method as recited in claim 1, wherein the other electronic digital information comprises one or more selection criteria. | 12. In response to receiving one or more selection criteria (e.g. an additional selected DVD title), BLOCKBUSTER Online® electronically updates the movie rental queue. |

7

U.S. PATENT NO. 7,024,381

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| | **How do I add movies to my Queue?**<br>Date Created 06/03/2004 11:17 AM<br>Last Updated 06/22/2005 05:11 PM<br>**Question**<br>How do I add movies to my Queue?<br>**Answer**<br>Sign in, browse for the movie you want and click on "Add to My Queue." The movie is automatically added to the bottom of the list in the Queue.<br>Print Answer<br><br>"Frequently Asked Questions," at http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |
| 13. A method as recited in claim 1, wherein the movies comprise any of motion pictures, television series, documentaries, cartoons, music videos, video recordings of concert performances, instructional programs, and educational programs. | 13. BLOCKBUSTER Online® offer a wide array of movie genres to rent.<br><br>**More Than 50,000 Titles, Including New Releases**<br>Our online DVD library has more than 50,000 titles, and it's growing every week. You'll find classic cinema, modern favorites, television shows, children's programming, health and fitness workouts, and, of course, the hottest new releases you've come to expect from BLOCKBUSTER.<br><br>See "How it Works", at http://www.blockbuster.com/homepages/displayPage.action?channel1=Sign+In+Sign+Up&channel2=findoutmore&nav=false&cctr=homehowitworks |
| 14. A computer-implemented method for renting movies to customers, the method comprising: | 14. See Contention 1. |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 14a. See Contention 1a. |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | 14b. See Contention 1b. |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list, wherein the | 14c. BLOCKBUSTER Online® does not require the customer to return the movies within a specified time associated with delivery. |

8

U.S. PATENT NO. 7,024,381

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| customer is not required to return the movies within a specified time associated with delivery; | "You may keep BLOCKBUSTER Online Rentals as long as you choose during your Membership Term, for no charge other than the applicable periodic [membership fee]." **Membership Plans, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS**<br><br>**No Return Dates**<br>BLOCKBUSTER Online® rental members can keep DVDs out as long as they want. There are never any due dates. Watch the DVD when it's convenient for you and send it back only when you are ready for a new selection.<br><br>See "How it Works", at http://www.blockbuster.com/homepages/displayPage.action?channel1=Sign+In+Sign+Up&channel2=findoutmore&nav=false&ccctr=homehowitworks |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; and | 14d.  *See* Contention 1d. |
| in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | 14e.  *See* Contention 1e. |
| 15. A computer-implemented method as recited in Claim 14, wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | 15.  *See* Contention 2. |
| 16. A computer-implemented method as recited in Claim 14, wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | 16.  *See* Contention 3. |
| 17. A computer-implemented method as recited in Claim 14, wherein updating the movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | 17.  *See* Contention 4. |
| 18. A computer-implemented method as recited in Claim 14, wherein the two or | 18.  *See* Contention 5. |

**U.S. PATENT NO. 7,024,381**

| CLAIM LANGUAGE | | ACCUSED METHODS/SYSTEMS |
|---|---|---|
| more movies for renting to the customer are selected by the customer. | | |
| 19. A computer-implemented method as recited in Claim 14, further comprising determining the order of the two or more movies based upon one or more preferences of the customer. | 19. | *See* Contention 6. |
| 20. A computer-implemented method as recited in Claim 14, wherein the delivery of the selected movie comprises delivery by mail. | 20. | *See* Contention 7. |
| 21. A computer-implemented method as recited in Claim 14, wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | 21. | *See* Contention 8. |
| 22. A computer-implemented method as recited in Claim 14, wherein the delivery criteria comprises receipt of the movie by mail. | 22. | *See* Contention 9. |
| 23. A computer-implemented method as recited in Claim 14, wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | 23. | *See* Contention 10. |
| 24. A computer-implemented method for renting movies to customers, the method comprising: | 24. | *See* Contention 1. |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 24a. | *See* Contention 1a. |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two | 24b. | *See* Contention 1b. |

10

U.S. PATENT NO. 7,024,381

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| or more movies for renting to the customer; | |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list, wherein the customer is not charged a fee for retaining one or more movies beyond a specified time associated with delivery; | 24c. BLOCKBUSTER Online® does not a fee for retaining one of more movies beyond a specified time associated with delivery beyond the applicable monthly subscription rate.<br><br>"You may keep BLOCKBUSTER Online Rentals as long as you choose during your Membership Term, for no charge other than the applicable periodic [membership fee]." **Membership Plans, BLOCKBUSTER Online®** RENTAL TERMS AND CONDITIONS<br><br>**No Extended Viewing Fees or Late Fees**<br>As a BLOCKBUSTER Online® rental member, you pay a flat monthly rate. There are no extended viewing fees or late fees on DVDs rented online.<br><br>See "How it Works", at http://www.blockbuster.com/homepages/displayPage.action?channel1=Sign+In+Sign+Up&channel2=findoutmore&nav=false&cctr=homehowitworks |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; and | 24d. *See* Contention 1d. |
| in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | 24e. *See* Contention 1e. |
| 25. A computer-implemented method as recited in Claim 24, wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | 25. *See* Contention 2. |
| 26. A computer-implemented method as recited in Claim 24, wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | 26. *See* Contention 3. |
| 27. A computer-implemented method as recited in Claim 24, wherein updating the | 27. *See* Contention 4. |

11

**U.S. PATENT NO. 7,024,381**

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | |
| 28. A computer-implemented method as recited in Claim 24, wherein the two or more movies for renting to the customer are selected by the customer. | 28. *See* Contention 5. |
| 29. A computer-implemented method as recited in Claim 24, further comprising determining the order of the two or more movies based upon one or more preferences of the customer. | 29. *See* Contention 6. |
| 30. A computer-implemented method as recited in Claim 24, wherein the delivery of the selected movie comprises delivery by mail. | 30. *See* Contention 7. |
| 31. A computer-implemented method as recited in Claim 24, wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | 31. *See* Contention 8. |
| 32. A computer-implemented method as recited in Claim 24, wherein the delivery criteria comprises receipt of the movie by mail | 32. *See* Contention 9. |
| 33. A computer-implemented method as recited in Claim 24, wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | 33. *See* Contention 10. |
| 34. A computer-implemented method for renting movies to customers, the method comprising: | 34. *See* Contention 1. |

12

U.S. PATENT NO. 7,024,381

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS | |
|---|---|---|
| establishing over the Internet a rental agreement with a customer that provides for charging the customer a periodic fee; | 34a. BLOCKBUSTER Online® requires customers to enter into an online rental agreement that provides for charging the customer a periodic fee.<br><br>"You agree to pay the applicable periodic membership fees (plus taxes) in accordance with your Payment Method issuer agreement, if applicable." **How to Subscribe,** BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS | |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 34b. | *See* Contention 1a. |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | 34b. | *See* Contention 1b. |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list; | 34c. | *See* Contention 1c. |
| in response to one or more delivery criteria being satisfied, if the customer is current on the periodic fee, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; and | 34d. | *See* Contention 1d. |
| in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | 34e. | *See* Contention 1e. |
| 35. A computer-implemented method as recited in Claim 34, wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | 35. | *See* Contention 2. |
| 36. A computer-implemented method as | 36. | *See* Contention 3. |

13

**U.S. PATENT NO. 7,024,381**

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| recited in Claim 34, wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | |
| 37. A computer-implemented method as recited in Claim 34, wherein updating the movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | 37. *See* Contention 4. |
| 38. A computer-implemented method as recited in Claim 34, wherein the two or more movies for renting to the customer are selected by the customer. | 38. *See* Contention 5. |
| 39. A computer-implemented method as recited in Claim 34, further comprising determining the order of the two or more movies indicated by the movie rental queue based upon preferences of the customer. | 39. *See* Contention 6. |
| 40. A computer-implemented method as recited in Claim 34, wherein the delivery of the selected movie comprises delivery by mail. | 40. *See* Contention 7. |
| 41. A computer-implemented method as recited in Claim 34, wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | 41. *See* Contention 8. |
| 42. A computer-implemented method as recited in Claim 34, wherein the receipt of the movie previously delivered to the customer comprises receipt by mail. | 42. *See* Contention 9. |
| 43. A computer-implemented method as recited in Claim 34, wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | 43. *See* Contention 10. |

14

U.S. PATENT NO. 7,024,381

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| 44. A computer system for renting movies to customers, comprising; | 44. BLOCKBUSTER Online® employs a computer-system for renting movies to customers. |
| a computer that is coupled to a digital telecommunications network by a digital telecommunications link; | 44a. BLOCKBUSTER Online®'s computer system comprises a computer that is coupled to digital telecommunications network by a digital telecommunications link. |
| an electronic digital memory in the computer; | 44b. BLOCKBUSTER Online® computer system comprises an electronic digital memory in the computer. |
| one or more sequences of computer program instructions stored in the electronic digital memory which, when executed, cause the computer to perform the steps of: | 44c. BLOCKBUSTER Online®'s computer system comprises one or more sequences of computer program instructions stored in the electronic digital memory which, when executed, cause the computer(s) to perform the steps necessary to facilitate the DVD rental service as described above in claim 1. |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 44d. See Contention 1a. |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | 44e. See Contention 1b. |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list; | 44f. See Contention 1c. |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; and | 44g. See Contention 1d. |
| in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | 44h. See Contention 1e. |
| 45. A computer system as recited in | 45. See Contention 2. |

15

**U.S. PATENT NO. 7,024,381**

| CLAIM LANGUAGE | ACCUSED METHODS/SYSTEMS |
|---|---|
| Claim 44, wherein the other electronic digital information specifies changing the order of the two or more movies for renting to the customer. | |
| 46. A computer system as recited in Claim 44, wherein the other electronic digital information specifies an additional movie to add to the ordered list. | *See* Contention 3. |
| 47. A computer system as recited in Claim 44, wherein the other electronic digital information specifies removing an indication of one or more of the movies from the ordered list. | *See* Contention 4. |
| 48. A computer system as recited in Claim 44, wherein the delivery of the selected movie comprises delivery by mail. | *See* Contention 7. |
| 49. A computer system as recited in Claim 44, wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | *See* Contention 8. |
| 50. A computer system as recited in Claim 44, wherein the delivery criteria comprise receipt by mail. | *See* Contention 9. |
| 51. A computer system as recited in Claim 44, wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | *See* Contention 10. |

16