```
 1  KEKER & VAN NEST, LLP
    Jeffrey R. Chanin (No. 103649)
 2  Daralyn J. Durie (No. 169825)
    Kevin T. Reed (No. 240799)
 3  710 Sansome Street
    San Francisco, CA 94111-5400
 4  Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
 5  Email: jrc@kvn.com
           amb@kvn.com
 6         kreed@kvn.com
    Attorneys for Plaintiff and Counterdefendant,
 7  Netflix, Inc.

 8  ALSCHULER GROSSMAN STEIN & KAHAN LLP
    Marshall B. Grossman (No. 35958)
 9  William J. O'Brien (No. 99526)
    Tony D. Chen (No. 176635)
10  Dominique N. Thomas (No. 231464)
    The Water Garden
11  1620 26th Street
    Fourth Floor, North Tower
12  Santa Monica, CA 90404-4060
    Telephone: 310-907-1000
13  Facsimile: 310-907-2000
    Email: mgrossman@agsk.com
14         wobrien@agsk.com
           tchen@agsk.com
15         dthomas@agsk.com

16  Attorneys for Defendant and Counterclaimant,
    Blockbuster Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER ACTION. | CASE NO. C 06 2361 WHA<br><br>[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION<br><br><br>Complaint Filed: April 4, 2006 |

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

[PROPOSED] ORDER RE SCHEDULE FOR
CLAIM CONSTRUCTION C 06 2361 WHA

Dockets.Justia.com

In accordance with Paragraph 4 of the Court's June 30, 2006 Case Management Order, counsel for the parties have conferred and jointly propose the following briefing schedule leading up to the patent claim construction hearing for this case, which is scheduled for January 31, 2007.

**October 4, 2006** – Parties to exchange proposed terms and claim elements for construction under Patent L.R. 4-1(a).

**October 25, 2006** – Parties to exchange preliminary proposed claim constructions and provide extrinsic evidence for claim construction under Patent L.R. 4-2(a)-(b).

**November 15, 2006** – Parties to file Joint Claim Construction and Pre-Hearing Statement under Patent L.R. 4-3.

**November 29, 2006** – Parties' deadline to complete discovery relating to claim construction, including expert depositions on claim construction issues, under Patent L.R. 4-4.

**December 6, 2006** – Netflix to file its opening claim construction brief under Patent L.R. 4-5(a).

**December 27, 2006** – Blockbuster to file its responsive claim construction brief under Patent L.R. 4-5(b).

**January 10, 2007** – Netflix to file its reply brief under Patent L.R. 4-5(c).

///
///
///
///
///
///
///
///

| | |
|---|---|
| 1 | **January 17, 2007** – Court Tutorial |
| 2 | **January 31, 2007** – Claim Construction Hearing |

DATED: July 28, 2006          KEKER & VAN NEST, LLP

By _____/s/_____
Leo L. Lam
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

DATED: July 28, 2006          ALSCHULER GROSSMAN STEIN & KAHAN LLP

By _____/s/_____
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___July 31, 2006___, 2006

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable William H. Alsup
United States District Judge

ALSCHULER GROSSMAN STEIN & KAHAN LLP

3

[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION C 06 2361 WHA