KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
LEO L. LAM - #181861
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>                Defendant. | Case No. C 06 2361 WHA<br><br>**DECLARATION OF LEO L. LAM IN SUPPORT OF NETFLIX'S MOTION FOR RELIEF UNDER CIVIL L.R. 7-11**<br><br>Date: N/A per Civil L.R. 7-11<br>Judge: Hon. William Alsup |

378163.01

I, Leo L. Lam, declare as follows:

1. I am a partner with Keker & Van Nest, LLP, counsel of record for Plaintiff Netflix, Inc. in this action. I submit this declaration in support of Netflix's Motion for relief from the July 28 deadline specified in the Court's Case Management Order and for leave to file Netflix's Amended Complaint. I have personal knowledge of the facts set forth below and could and would testify competently thereto if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of Netflix's First Amended Complaint for Patent Infringement and Demand for Jury Trial, filed Wednesday, July 26, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated August 1, 2006 from Dominique Thomas, counsel for Defendant Blockbuster, Inc., to Jeffrey Chanin of my firm.

4. Attached hereto as Exhibit C is a true and correct copy of my response letter dated August 1, 2006 to Ms. Thomas.

5. I also left a voice message earlier today (on August 2, 2006) for William O'Brien, counsel for Blockbuster, requesting Blockbuster's stipulation to our filing this motion for relief. As of yet I have not received a response from Ms. Thomas or Mr. O'Brien or other counsel on behalf of Blockbuster regarding our motion.

I declare under penalty of perjury that the foregoing statements are true and correct, and that I executed this declaration on August 2, 2006 at San Francisco, California.

                        /s/ Leo L. Lam
                           Leo L. Lam