1  KEKER & VAN NEST, LLP
   JEFFREY R. CHANIN - #103649
2  DARALYN J. DURIE - #169825
   710 Sansome Street
3  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
4  Facsimile:  (415) 397-7188

5  Attorneys for Plaintiff
   NETFLIX, INC.
6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9

10 NETFLIX, INC., a Delaware corporation,        Case No. C 06 2361 WHA

11                              Plaintiff,       **[PROPOSED] ORDER GRANTING RELIEF
                                                 FROM JULY 28, 2006 DEADLINE IN CASE
        v.                                       MANAGEMENT ORDER AND GRANTING
12                                               LEAVE TO FILE AMENDED COMPLAINT**
   BLOCKBUSTER, INC., a Delaware
13 corporation, DOES 1-50,

14                              Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

378127.01
                    [Proposed] Order Granting Relief from July 28, 2006 Deadline and
                         Granting Leave to File Amended Complaint
                                    Case No. C 06 2361 WHA

1  The Court having reviewed Plaintiff Netflix, Inc.'s motion for relief from the July 28,
2  2006 deadline in the Case Management Order and for leave to file its Amended Complaint, the
3  opposition and all other papers and materials presented to the Court,
4  IT IS HEREBY ORDERED:
5  Plaintiff Netflix's motion is GRANTED.  Netflix is granted relief from the July 28
6  deadline for seeking leave to amend its pleadings, and the Amended Complaint that Netflix filed
7  on July 26 is allowed.

9  Dated:

  _____
  HON. WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE

378127.01

1
[Proposed] Order Granting Relief from July 28, 2006 Deadline and
Granting Leave to File Amended Complaint
CASE NO. C 06 2361 WHA