KEKER & VAN NEST, LLP
Jeffrey R. Chanin (No. 103649)
Daralyn J. Durie (No. 169825)
Leo L. Lam (No. 181861)
710 Sansome Street
San Francisco, CA 94111-5400
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jrc@kvn.com
   ddurie@kvn.com
   llam@kvn.com
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@agsk.com
   wobrien@agsk.com
   tchen@agsk.com
   dthomas@agsk.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>Defendants.<br><br>AND RELATED COUNTER ACTION. | CASE NO. C 06 2361 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: April 4, 2006 |

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

The parties, Plaintiff and Counterdefendant, Netflix, Inc., and Defendant and Counterclaimant, Blockbuster Inc., hereby stipulate as follows:

1. The First Amended Complaint for Patent Infringement and Demand for Jury Trial ("First Amended Complaint"), which Netflix filed with this Court on July 26, 2006, as Document 28, shall be deemed filed as of the date on which this Court enters its decision on Netflix's pending Motion to Dismiss or, Alternatively, to Bifurcate and Stay Defendant Blockbuster's Antitrust Counterclaims and to Strike Affirmative Defenses of Unenforceability and Patent Misuse (Document 21, filed July 6, 2006), which is presently set for hearing on August 17, 2006 ("Motion to Dismiss").

2. Blockbuster shall have until twenty days after the Court enters its decision on the Motion to Dismiss to file a response to the First Amended Complaint.

3. This stipulation and any order hereon shall not affect the proceedings on, or schedule for, the Motion to Dismiss.

4. Blockbuster stipulates to Netflix's receiving leave to file the First Amended Complaint on the foregoing terms and conditions and to Netflix's being relieved, on the foregoing terms and conditions, from its omission to request leave by July 28, 2006, to file the First Amended Complaint.

///
///
///
///
///
///
///
///
///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

2

STIPULATION AND [PROPOSED] ORDER GRANTING
LEAVE TO FILE AMENDED COMPLAINT
C 06 2361 WHA 06 2361

5.   Based on this Stipulation, Netflix's Motion for Relief Under Civil Local Rule 7-11 (Document 33, filed August 2, 2006), shall be deemed moot.

DATED: August 4, 2006      KEKER & VAN NEST, LLP


By _____/s/_____
Leo L. Lam
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

DATED: August 4, 2006      ALSCHULER GROSSMAN STEIN & KAHAN LLP


By _____/s/_____
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2006


_____
Honorable William H. Alsup
United States District Judge