KEKER & VAN NEST, LLP
Jeffrey R. Chanin (No. 103649)
Daralyn J. Durie (No. 169825)
Leo L. Lam (No. 181861)
710 Sansome Street
San Francisco, CA 94111-5400
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jrc@kvn.com
       ddurie@kvn.com
       llam@kvn.com

Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@agsk.com
       wobrien@agsk.com
       tchen@agsk.com
       dthomas@agsk.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>   vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>           Defendants.<br><br>AND RELATED COUNTER ACTION. | CASE NO. C 06 2361 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: April 4, 2006 |

The parties, Plaintiff and Counterdefendant, Netflix, Inc., and Defendant and Counterclaimant, Blockbuster Inc., hereby stipulate as follows:

1.   The First Amended Complaint for Patent Infringement and Demand for Jury Trial ("First Amended Complaint"), which Netflix filed with this Court on July 26, 2006, as Document 28, shall be deemed filed as of the date on which this Court enters its decision on Netflix's pending Motion to Dismiss or, Alternatively, to Bifurcate and Stay Defendant Blockbuster's Antitrust Counterclaims and to Strike Affirmative Defenses of Unenforceability and Patent Misuse (Document 21, filed July 6, 2006), which is presently set for hearing on August 17, 2006 ("Motion to Dismiss").

2.   Blockbuster shall have until twenty days after the Court enters its decision on the Motion to Dismiss to file a response to the First Amended Complaint.

3.   This stipulation and any order hereon shall not affect the proceedings on, or schedule for, the Motion to Dismiss.

4.   Blockbuster stipulates to Netflix's receiving leave to file the First Amended Complaint on the foregoing terms and conditions and to Netflix's being relieved, on the foregoing terms and conditions, from its omission to request leave by July 28, 2006, to file the First Amended Complaint.

///
///
///
///
///
///
///
///
///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

2

STIPULATION AND [PROPOSED] ORDER GRANTING
LEAVE TO FILE AMENDED COMPLAINT
C 06 2361 WHA 06 2361

5. Based on this Stipulation, Netflix's Motion for Relief Under Civil Local Rule 7-11 (Document 33, filed August 2, 2006), shall be deemed moot.

DATED: August 4, 2006        KEKER & VAN NEST, LLP

By /s/
Leo L. Lam
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

DATED: August 4, 2006        ALSCHULER GROSSMAN STEIN & KAHAN LLP

By /s/
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 7, 2006

IT IS SO ORDERED
Judge William Alsup

Honorable William H. Alsup
United States District Judge