## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 17, 2006

Case No.　C 06-02361 WHA

Title: NETFLIX v. BLOCKBUSTER

Plaintiff Attorneys: Daralyn Durie

Defense Attorneys: Marshall Grossman

Deputy Clerk: Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)　Plt's Motion to Dismiss - Taken Under Submission

2)　

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**