| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | Jeffrey R. Chanin (No. 103649) |
| 2 | Daralyn J. Durie (No. 169825) |
| | Dorothy McLaughlin (No. 229453) |
| 3 | Kevin T. Reed (No. 240799) |
| | Email: jrc@kvn.com |
| 4 | ddurie@kvn.com |
| | amb@kvn.com |
| 5 | kreed@kvn.com |

Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@agsk.com
   wobrien@agsk.com
   tchen@agsk.com
   dthomas@agsk.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, | Case No. C 06 2361 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE RESPONSE TO COUNTERCLAIMS** |
| v. | |
| BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50, | |
| Defendant. | |

AND RELATED COUNTER ACTION.

379832.01

STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE RESPONSE
Case No. C 06 2361 WHA

Dockets.Justia.com

1    WHEREAS, Netflix, Inc. ("Netflix") and Blockbuster, Inc. ("Blockbuster") (collectively, "the Parties") have previously stipulated that Blockbuster shall have until twenty (20) days after the Court entered its Order on Netflix's Motion to Dismiss or, Alternatively, to Bifurcate and Stay Defendant Blockbuster's Antitrust Counterclaims and to Strike Affirmative Defenses of Unenforceability and Patent Misuse (the "Motion to Dismiss") to file its Answer and Counterclaims to Netflix's First Amended Complaint;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(4)(A), Netflix's reply to Blockbuster's counterclaims filed on June 13, 2006 would be due ten (10) days after Netflix received notice of the Court's entry its Order denying the Motion to Dismiss; and

WHEREAS, the Parties agree that it is unnecessary for Netflix to file a reply to Blockbuster's current counterclaims, as Blockbuster intends to file another Answer and Counterclaims in response to Netflix's First Amended Complaint, as set forth above,

THEREFORE, the Parties stipulate that Netflix shall not be required to file any reply to Blockbuster's Answer and Counterclaims that were filed on June 13, 2006.  Instead, Netflix shall file its response to Blockbuster's Answer and Counterclaims in response to Netflix's First Amended Complaint within the time provided for by Federal Rule of Civil Procedure 12(a)(2).

DATED: September 6, 2006        KEKER & VAN NEST, LLP

                                BY:_____/s/_____
                                    Eugene M. Paige
                                    Attorneys for Plaintiff and Counterclaim Defendant
                                    Netflix, Inc.

DATED: September 6, 2006        ALSCHULER GROSSMAN STEIN & KAHAN LLP

                                BY:_____/s/_____
                                    William J. O'Brien
                                    Attorneys for Defendant and Counterclaim Plaintiff
                                    Blockbuster, Inc.

379832.01

1
STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE RESPONSE
CASE NO. C 06 2361 WHA

1  I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing
2  of this document has been obtained from William J. O'Brien, Esq., Attorney for the Defendant
3  and Counterclaim-Plaintiff.

Dated: September 6, 2006                             By:     /s/ Eugene M. Paige_____

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Dated:

                                                HON. WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE