KEKER & VAN NEST, LLP
Jeffrey R. Chanin (No. 103649)
Daralyn J. Durie (No. 169825)
Dorothy McLaughlin (No. 229453)
Kevin T. Reed (No. 240799)
Email:  jrc@kvn.com
        ddurie@kvn.com
        amb@kvn.com
        kreed@kvn.com

Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000
Email:  mgrossman@agsk.com
        wobrien@agsk.com
        tchen@agsk.com
        dthomas@agsk.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>              Defendant.<br><br>AND RELATED COUNTER ACTION. | Case No. C 06 2361 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE RESPONSE TO COUNTERCLAIMS** |

WHEREAS, Netflix, Inc. ("Netflix") and Blockbuster, Inc. ("Blockbuster") (collectively, "the Parties") have previously stipulated that Blockbuster shall have until twenty (20) days after the Court entered its Order on Netflix's Motion to Dismiss or, Alternatively, to Bifurcate and Stay Defendant Blockbuster's Antitrust Counterclaims and to Strike Affirmative Defenses of Unenforceability and Patent Misuse (the "Motion to Dismiss") to file its Answer and Counterclaims to Netflix's First Amended Complaint;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(4)(A), Netflix's reply to Blockbuster's counterclaims filed on June 13, 2006 would be due ten (10) days after Netflix received notice of the Court's entry its Order denying the Motion to Dismiss; and

WHEREAS, the Parties agree that it is unnecessary for Netflix to file a reply to Blockbuster's current counterclaims, as Blockbuster intends to file another Answer and Counterclaims in response to Netflix's First Amended Complaint, as set forth above,

THEREFORE, the Parties stipulate that Netflix shall not be required to file any reply to Blockbuster's Answer and Counterclaims that were filed on June 13, 2006. Instead, Netflix shall file its response to Blockbuster's Answer and Counterclaims in response to Netflix's First Amended Complaint within the time provided for by Federal Rule of Civil Procedure 12(a)(2).

DATED: September 6, 2006         KEKER & VAN NEST, LLP

                                 BY:_____/s/_____
                                        Eugene M. Paige
                                        Attorneys for Plaintiff and Counterclaim Defendant
                                        Netflix, Inc.

DATED: September 6, 2006         ALSCHULER GROSSMAN STEIN & KAHAN LLP

                                 BY:_____/s/_____
                                        William J. O'Brien
                                        Attorneys for Defendant and Counterclaim Plaintiff
                                        Blockbuster, Inc.

379832.01

1
STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE RESPONSE
CASE NO. C 06 2361 WHA

1  I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing
2  of this document has been obtained from William J. O'Brien, Esq., Attorney for the Defendant
3  and Counterclaim-Plaintiff.

Dated: September 6, 2006                    By:    /s/ Eugene M. Paige_____

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Dated: September 11, 2006



_____
Hon. William Alsup
United States District Judge

---

2
STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE RESPONSE
CASE NO. C 06 2361 WHA

379832.01