# BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTIONS
## SEPTEMBER 18, 2006
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT B

### IDENTIFICATION OF PRIOR ART
### Prior Art Publications

|    | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|----|--------|-------|-------------|-----------|------|------------|---------------|
| 1. | Wanger, *et al.* | Automated Circulation System in Libraries Serving the Blind and Physically Handicapped: A Reference Guide for Planning | | Cuadra Associates | 05/15/1981 | *Reference Guide* | BB00008174 – 8465 |
| 2. | Anguilla | Southern Retailer Says 'Video Library' Makes Bookkeeping A Breeze | Video Retailing | | July 1982 | *Multi-Video – publication* | BB00012975 |
| 3. |  | Regional Reports: Central Region | Video Store | | Jan. 1985 | *Pop*Card – publication* | BB00012976 |
| 4. |  | Pop*Card Advertisements | The Oklahoman | The Oklahoman | 1982-1985 | | BB00013052 - 13059 |

906654_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|  | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 5. |  | It-Had-To-Happen Department: Newest Ways to Rent Videos | Changing Times (pre-1986), p. 9, October 1985 | Kiplinger | Oct. 1985 | *Video Hit – publication* | BB00004581 |
| 6. | Dreyfuss | French Twist | Fortune | Time Inc. | 05/13/1985 | *Cine Club – publication* | BB00012207 |
| 7. | Dreyfuss | French Twist | Fortune | Time Inc. | 05/13/1985 |  | BB00013025 – 13027 |
| 8. |  | It-Had-To-Happen Department: Newest Ways to Rent Videos | Changing Times (pre-1986), p. 9, October 1985 | Kiplinger | Oct. 1985 |  | BB00004581 |
| 9. |  |  | PR Newswire | PR Newswire Association | 09/10/1985 |  | BB00013047 - 13048 |
| 10. |  | Pssst! Hey, You! Wanna Buy 'Terminator' Cheap? | Daily News |  | 1985 |  | BB00013028 |
| 11. |  | The Cine Club Viewer | Newsletter | Cine Club | July 1985 |  | BB00013032 – 13033 |
| 12. |  | Fast Track | New York |  | 10/07/1985 |  | BB00013029 |
| 13. |  | Exclusive in New York | Daily News |  | 10/31/1985 |  | BB00013031 |
| 14. | Morabito |  | Letter with flyer | Cine Club | 11/25/1985 |  | BB00013034 – 13035 |
| 15. |  | Exclusive in New York | Daily News |  | 12/23/1985 |  | BB00013030 |

EXHIBIT B: IDENTIFICATION OF PRIOR ART (Prior Art Publications)
Page 2 of 5

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|     | **Author** | **Title** | **Publication** | **Publisher** | **Date** | **Short Name** | **Bates Numbers** |
|---|---|---|---|---|---|---|---|
| **16.** | Rodriguez | Functional Requirements | Access Self-Study, Vol. 7 | Texas State Library Division for the Blind & Physically Handicapped | 12/15/1987 | *Functional Requirements* | BB00008466 – 8479 |
| **17.** | | Audio Cassettes | 1989 Catalog 1995 Catalog 1997 Catalog | Tape Rental Library Inc. | 1989-1997 | *AudioQueue – publication* | BB00012226 – 12481 |
| | | Have You Heard the Best Idea for Maintaining Your Competitive Edge? | Brochure | | | | |
| **18.** | Hattery *et al.* | Maxcess Makes It Easy: A Midrange Library System | Information Retrieval & Library Automation | Lomond Publications, Inc. | April 1993 | *Maxcess* | BB00003020 - 3024 |
| **19.** | | Welcome to the Web! Avis Rent-A-Car | Internet for Business, Issue 1, p. 6 | Financial Times, Telecoms & Media Publishing | May/June 1996 | *Avis – publication* | BB00003183 – 3184 |
| **20.** | | Avis Rent-A-Car web pages | avis.com archive.org | Avis | 1996-1998 | | BB00011927 – 12064 |
| **21.** | | Books On Tape On-line Order Form | web pages | Books On Tape | 02/14/1997 | *Books on Tape – publication* | BB00012211 – 12218 |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|     | **Author** | **Title** | **Publication** | **Publisher** | **Date** | **Short Name** | **Bates Numbers** |
|-----|------------|-----------|-----------------|---------------|----------|----------------|-------------------|
| 22. |            | More About B-O-T & Frequently Asked Questions | web pages |  | 05/08/1999 |  | BB00013037 - 13046 |
| 23. |            | Sirsi Corporation | Library Technology Reports: Vendors of Integrated Library Systems, p. 239 | American Library Association | March-April 1997 | *Sirsi* | BB00003056 |
| 24. | Kuehner    | Serving Book Listeners Audio-Only Bookstore to Open in Solon | The Plain Dealer, p. 1B | The Plain Dealer, Cleveland, Ohio | 11/11/1998 | *Talking Book World – publication* | BB00004576 – 4577 |
| 25. | Magerman   | Video Vendor Point of Sale Software (Version 5.0) User Manual |  | Multipost Retail Systems | No later than 1995 | *Video Vendor – publication* | BB00012223 – 12225 |
| 26. |            | Now Offering 30 Day Free Trial | web pages | Business Training Library | No later than April 1998 | *Business Training Library – publication* | BB00013049 - 13051 |
| 27. |            | Advertisement | Oberlin News Tribune | Oberlin News Tribune | 12/01/1998 | *Campus Video - publication* | BB00013036 |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|     | **Author** | **Title** | **Publication** | **Publisher** | **Date** | **Short Name** | **Bates Numbers** |
|-----|------------|-----------|-----------------|---------------|----------|----------------|-------------------|
| 28. |            | Auto Librarian | Library Technology Reports: Library System Software, p. 234 | American Library Association | March-April 1999 | *Auto Librarian* | BB00003025 |
| 29. |            | Annual Report 1998 | Annual Report 1998 | TiVo Inc. | 03/31/1999 | *TiVo – publication* | BB00012065 – 12163 |
| 30. |            | news articles |  |  | 1999 |  | BB00012164 – 12206 |
| 31. |            | web pages | netflix.com archive.org | Netflix, Inc. | 04/27/1999 | *Netflix – publication* | BB00013060 - 13070 |
| 32. |            | DVD Movie Rentals Come Online | Newsweek Business Information | Newsweek | 04/15/1998 |  | BB00008580 – 8581 |
| 33. |            | First Online DVD Rental Store Opens: Netflix Site Offers Unprecedented Title Selection, Availability and Convenience | Business Wire |  | 04/14/1998 |  | BB00008582 – 8584 |