# BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION

## SEPTEMBER 18, 2006
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT J

### CLAIM CHART
### (Claims 36 through 50)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| Claim 36 | |
| A computer-readable medium for renting items to customers, | *Multi Video*[1]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi* |

---

[1] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906662_1.DOC

Dockets.Justia.com

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT*<br>*BTL*<br><br>*Netflix* |
| the computer-readable medium carrying one or more sequences of one or more instructions which, when executed by one or more processors, cause the one or more processors to perform the computer-implemented steps of: | *Burks*<br>*Hironori*<br>*Subtler* |
| receiving one or more item selection criteria that indicates two or more items that a customer desires to rent; | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description at pp. 115, 177.<br>*Functional Requirements*: e.g. description, C.01, C.02, C.05 and C.06. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 6-12 and related description.<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Video Vendor* |
| providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria; | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*:<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 121, 181, 192.<br>*Functional Requirements*: <u>e.g.</u> description, C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.244-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Fig. 7, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a and 6, and related description.<br>*Crook*: <u>e.g.</u> Figs. 1 and 15, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 5 and 6, and related description. |

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *NCR*: <u>e.g.</u> *Sieferti '526*, Figs. 39-40 and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| and in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number. | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 61, 123, 192.<br>*Functional Requirements*: <u>e.g.</u> description, C.04.<br>*Maxcess*: <u>e.g.</u> description, pp. 1-3.<br>*Sirsi*: <u>e.g.</u> pp.244-246.<br>*Auto Librarian*: <u>e.g.</u> Figs. 3 and 4, and related description, pp. 235-243.<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *Yoshida*: <u>e.g.</u> Figs. 1, 8c and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a and 6, and related description.<br>*Crook*: <u>e.g.</u> Figs. 2-12, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 10-11, and related description. |
| Claim 37 | |
| A computer-readable medium as recited in claim 36, | *Multi Video*[2]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian* |

---

[2] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein the total number of items provided to the customer within a specified period of time does not exceed a specified limit. | *Multi Video*<br>*Pop\*Card*:<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
| --- | --- |
| | *Reference Guide*: e.g. description at p. 192. <br> *Maxcess*: e.g. description, p 3. <br> *Sirsi*: e.g. description at pp.244-245. <br> *Auto Librarian*: e.g. Figs. 3 and 4, and related description, pp. 240-243. <br><br> *Yoshida*: e.g. Figs. 1, 8c and 8d, and related description. <br><br> *Ginter*: e.g. Fig. 72C, and related description. <br><br> *Bakoglu*: e.g. Figs. 1-3, and related description. <br> *McMullan*: e.g. Figs. 10-11, and related description. |
| **Claim 38** | |
| A computer-readable medium as recited in claim 37, | *Multi Video*[3] <br> *Pop Card* <br> *Video Hit* <br> *Cine Club* <br> *Campus Video* <br><br> *Yoshida*: the Abstract, drawings and specification. <br> *Kuriyama*: the Abstract, drawings and specification. <br> *Koya*: the Abstract, drawings and specification. <br> *Crooks*: the Abstract, drawings and specification. <br> *Isobe*: the Abstract, drawings and specification. <br><br> *Reference Guide* <br> *Functional Requirement* <br> *Maxcess* <br> *Sirsi* <br> *Auto Librarian* |

---

[3] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.*<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| further comprising one or more sequences of one or more instructions which, when executed by the one or more processors, cause the one or more processors to perform the step of | *Burks*<br>*Hironori*<br>*Subtler* |
| if the total number of items provided to the customer within the specified period of time is less than the specified limit, then increasing the specified limit for another specified period of time. | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: e.g. description at p. 121, 193.<br>*Maxcess*: e.g. description, p 3.<br>*Sirsi*: e.g. description at pp.244-246.<br>*Auto Librarian*: e.g. Figs. 3 and 4, and related description, pp. 240-243. |
| Claim 39 | |
| A computer-readable medium as recited in claim 36, | *Multi Video*[4]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification. |

---

[4] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein the one or more item selection criteria indicates a desired order for the two or more items that a customer desires to rent, | *Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: <u>e.g.</u> description at C.08. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *Maxcess*: e.g. description, p 2.<br>*Sirsi*: e.g. description at pp.242-245.<br>*Auto Librarian*: e.g. Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: e.g. Figs. 6, 7aand 7b, and related description.<br>*Isobe*: e.g. Figs. 1, 2 and 5, and related description.<br><br>*NCR*: e.g. *Siefert* '526, Figs. 58-60, and related description.<br><br>*Subler*: e.g. Fig. 17, and related description.<br>*Leason*: e.g. Figs. 1, 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description.<br>*Video Vendor* |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria, | *Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: e.g. description at pp. 127, 135 and 163-169. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *Functional Requirements*: e.g. description at C.08.<br>*Maxcess*: e.g. description, p 2.<br>*Sirsi*: e.g. description at pp.242-245.<br>*Auto Librarian*: e.g. Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: e.g. Figs. 6, 7aand 7b, and related description.<br>*Isobe*: e.g. Figs. 1, 2 and 5, and related description.<br><br>*NCR*: e.g. *Siefert* '526, Figs. 58-60, and related description.<br><br>*Subler*: e.g. Fig. 17, and related description.<br>*Leason*: e.g. Figs. 1, 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description.<br>*Video Vendor* |
| and the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes providing to the customer one or more other items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria. | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: e.g. description at pp. 127, 135 and 163-169. |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *Functional Requirements*: e.g. description at C.08.<br>*Maxcess*: e.g. description, p 2.<br>*Sirsi*: e.g. description at pp.242-245.<br>*Auto Librarian*: e.g. Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: e.g. Figs. 6, 7aand 7b, and related description.<br>*Isobe*: e.g. Figs. 1, 2 and 5, and related description.<br><br>*NCR*: e.g. *Siefert* '526, Figs. 58-60, and related description.<br><br>*Subler*: e.g. Fig. 17, and related description.<br>*Leason*: e.g. Figs. 1, 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description.<br>*Video Vendor* |
| Claim 40 |  |
| A computer-readable medium as recited in claim 39, | *Multi Video*[5]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement* |

---

[5] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| further comprising one or more sequences of one or more instructions which, when executed by the one or more processors, cause the one or more processors to perform the step of | *Burks*<br>*Hironori*<br>*Subtler* |
| if a particular item from the two or more items indicated by the one or more item selection criteria is not available, then providing another item from the two or more items based upon the desired order indicated by the one or more item selection criteria. | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo* |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 175 and 209.<br>*Functional Requirements*: <u>e.g.</u> description at C.08.<br>*Maxcess*: <u>e.g.</u> description, p 2.<br>*Sirsi*: <u>e.g.</u> description at pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: <u>e.g.</u> Figs. 6, 7aand 7b, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert*, '526, Figs. 58-60, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Video Vendor* |
| Claim 41 | |
| A computer-readable medium as recited in claim 36, | *Multi Video*[6]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video* |

---

[6] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
| --- | --- |
|  | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein the one or more item selection criteria specifies one or more preferred item attributes, | *Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 181-184.<br>*Maxcess*: <u>e.g.</u> description, p 2-3.<br>*Sirsi*: <u>e.g.</u> description at pp.241-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-240.<br><br>*NCR*: <u>e.g.</u> *Siefert*, 526, Figs. 18-24, and related description.<br>*Stein*: <u>e.g.</u> Fig. 4, and related description.<br>*Herz*: <u>e.g.</u> Fig. 2, and related description.<br>*Subler*: <u>e.g.</u> Figs. 11-12, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer up to a specified number of two or more items that have one or more of the one or more preferred item attributes specified by the one or more item | *Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo* |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)
Page 18 of 47

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| selection criteria, | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: e.g. description at pp. 181-184.<br>*Maxcess*: e.g. description, p 2-3.<br>*Sirsi*: e.g. description at pp.241-244.<br>*Auto Librarian*: e.g. Figs. 1-22, and related description, pp. 235-240.<br><br>*NCR*: e.g. *Siefert*, '526, Figs. 18-24, and related description.<br>*Stein*: e.g. Fig. 4, and related description.<br>*Herz*: e.g. Fig. 2, and related description.<br>*Subler*: e.g. Figs. 11-12, and related description.<br>*Cook*: e.g. Fig. 1, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description. |
| and the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer one or more other items that have one or more of the one or more preferred item attributes specified by the one or more item selection criteria. | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 181-184.<br>*Maxcess*: <u>e.g.</u> description, p 2-3.<br>*Sirsi*: <u>e.g.</u> description at pp.241-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-240.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 18-24, and related description.<br>*Stein*: <u>e.g.</u> Fig. 4, and related description.<br>*Herz*: <u>e.g.</u> Fig. 2, and related description.<br>*Subler*: <u>e.g.</u> Figs. 11-12, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| **Claim 42** | |
| A computer-readable medium as recited in claim 36, | *Multi Video*[7]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide* |

---

[7] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| further comprising: establishing, based upon the one or more item selection criteria, an item rental queue for the customer, | *Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW* |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)
Page 21 of 47

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: <u>e.g.</u> description at C.08.<br>*Maxcess*: <u>e.g.</u> description, p 2.<br>*Sirsi*: <u>e.g.</u> description at pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: <u>e.g.</u> Figs. 6, 7aand 7b, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 58-60, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Video Vendor* |
| wherein the item rental queue contains one or more entries that specify the two or more items that the customer desires to rent; | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *BOT and/or BTL* |
|  | *Netflix* |
|  | *Reference Guide*: <u>e.g.</u> description at pp. 127, 135 and 163-169. |
|  | *Functional Requirements*: <u>e.g.</u> description at C.08. |
|  | *Maxcess*: <u>e.g.</u> description, p 2. |
|  | *Sirsi*: <u>e.g.</u> description at pp.242-245. |
|  | *Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-236. |
|  | *Koya*: <u>e.g.</u> Figs. 6, 7aand 7b, and related description. |
|  | *Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description. |
|  | *NCR*: <u>e.g.</u> *Siefert* '526, Figs. 58-60, and related description. |
|  | *Subler*: <u>e.g.</u> Fig. 17, and related description. |
|  | *Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description. |
|  | *Cook*: <u>e.g.</u> Fig. 1, and related description. |
|  | *Video Vendor* |
| and in response to receiving back any of the items provided to the customer, selecting the one or more other items from the item rental queue. | *Multi Video* <br> *Pop\*Card* <br> *Video Hit* <br> *Cine Club* <br> *Campus Video* <br><br> *Avis* <br> *TiVo* <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *BOT and/or BTL* |
|  | *Netflix* |
|  | *Reference Guide*: e.g. description at pp. 127, 135 and 163-169. |
|  | *Functional Requirements*: e.g. description at C.08. |
|  | *Maxcess*: e.g. description, p 2. |
|  | *Sirsi*: e.g. description at pp.242-245. |
|  | *Auto Librarian*: e.g. Figs. 1-22, and related description, pp. 235-236. |
|  | *Koya*: e.g. Figs. 6, 7aand 7b, and related description. |
|  | *Isobe*: e.g. Figs. 1, 2 and 5, and related description. |
|  | *NCR*: e.g. *Siefert* '526, Figs. 58-60, and related description. |
|  | *Subler*: e.g. Fig. 17, and related description. |
|  | *Leason*: e.g. Figs. 1, 2A and 5A, and related description. |
|  | *Cook*: e.g. Fig. 1, and related description. |
|  | *Video Vendor* |
| Claim 43 |  |
| A computer-readable medium as recited in claim 36, | *Multi Video*[8] |
|  | *Pop Card* |
|  | *Video Hit* |
|  | *Cine Club* |
|  | *Campus Video* |
|  | *Yoshida*: the Abstract, drawings and specification. |
|  | *Kuriyama*: the Abstract, drawings and specification. |
|  | *Koya*: the Abstract, drawings and specification. |

---

[8] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| further comprising in response to receiving a customer notification, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | *Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u>  description<br>*Auto Librarian*: <u>e.g.</u> description.<br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | |
| **Claim 44** | |
| A computer-readable medium as recited in claim 36, | *Multi Video*[9]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue* |

---

[9] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| further comprising in response to expiration of a specified amount of time, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | *Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u> description<br>*Auto Librarian*: <u>e.g.</u> description.<br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. and related description. |
| Claim 45 |  |
| A computer-readable medium as recited in claim 36, | *Multi Video*[10]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi* |

---

[10] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| further comprising in response to a specified date being reached, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | *Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u> description<br>*Auto Librarian*: <u>e.g.</u> description.<br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. and related description. |
| Claim 46 | |
| A computer-readable medium as recited in claim 36, | *Multi Video*[11]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video* |

---

[11] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| further comprising in response to a specified fee being received, providing to the customer a second set of one or more other items indicated by the one or more item selection | *Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u>  description |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| criteria. | *Auto Librarian*: e.g. description.<br>*NCR*: e.g. *Siefert* '526, Figs. and related description. |
| **Claim 47** | |
| A computer-readable medium as recited in claim 36, | *Multi Video*[12]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis* |

---

[12] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein items are provided to the customer by mail. | *NCR*: <u>e.g.</u> *Siefert* '526, Figs. and related description. |
| Claim 48 | |
| A computer-readable medium as recited in claim 36, | *Multi Video*[13]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification. |

---

[13] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

EXHIBIT J: CLAIM CHART (Claims 36 through 50)
Page 31 of 47

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein items are provided to the customer by a delivery agent. | *NCR*: e.g. *Siefert* '526, Figs. and related description. |
| Claim 49 | |
| A computer-readable medium as recited in claim 36, | *Multi Video*[14]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement* |

---

[14] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR:* <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein: the two or more items are two or more movies, | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)
Page 33 of 47

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *Netflix*<br><br>*Reference Guide*: e.g. description at pp. 115, 177.<br>*Functional Requirements*: e.g. description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: e.g. description, pp1-2.<br>*Sirsi*: e.g. description pp.243-244.<br>*Auto Librarian*: e.g. Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: e.g. Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: e.g. Figs. 7 and 10, and related description.<br>*Koya*: e.g. Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: e.g. Fig. 1, and related description.<br>*Isobe*: e.g. Figs. 1 and 6, and related description.<br><br>*NCR*: e.g. *Siefert* '526, Figs. 6-12 and related description.<br><br>*Burks*: e.g. Fig. 2-6, and related description.<br>*Hironori*: e.g. Fig.1, and related description.<br>*Subler*: e.g. Figs. 2-3, and related description.<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72C, and related description.<br><br>*Cook*: e.g. Fig. 1, and related description.<br>*Fein*: e.g. Figs. 6A-6D, and related description.<br>*Leason*: e.g. Figs. 2A and 5A, and related description.<br>*Video Vendor* |
| the one or more item selection criteria are | *Multi Video* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| one or more movie selection criteria, | *Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 6-12 and related description.<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description. |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
| --- | --- |
| | *Morales*: <u>e.g.</u> Fig. 6, and related description. <br> *Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description. <br> *Saigh*: <u>e.g.</u> Fig. 9, and related description. <br> *Ginter*: <u>e.g.</u> Fig. 72C, and related description. <br><br> *Cook*: <u>e.g.</u> Fig. 1, and related description. <br> *Fein*: <u>e.g.</u> Figs. 6A-6D, and related description. <br> *Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description. <br> *Video Vendor* |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more movie selection criteria that indicates two or more movies that a customer desires to rent, | *Multi Video* <br> *Pop\*Card* <br> *Video Hit* <br> *Cine Club* <br> *Campus Video* <br><br> *Avis* <br> *TiVo* <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT and/or BTL* <br><br> *Netflix* <br><br> *Reference Guide*: <u>e.g.</u> description at pp. 115, 177. <br> *Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06. <br> *Maxcess*: <u>e.g.</u> description, pp1-2. <br> *Sirsi*: <u>e.g.</u> pp.243-244. <br> *Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 6-12 and related description.<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria, | *Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue* |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 121, 181, 192.<br>*Functional Requirements*: <u>e.g.</u> description C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.244-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a and 6, and related description.<br>*Crook*: <u>e.g.</u> Figs. 1 and 15, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 5 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 39-40 and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| and the step of in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number includes in response to receiving any of the movies provided to the customer providing to the customer one or more other movies indicated by the one or more movie selection criteria, wherein a total current number of movies provided to the customer does not exceed the specified number. | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: e.g. description at pp. 61, 123, 192.<br>*Functional Requirements*: e.g. description, C.04.<br>*Maxcess*: e.g. description, pp. 1-3.<br>*Sirsi*: e.g. pp.244-246.<br>*Auto Librarian*: e.g. Figs. 3 and 4, and related description, pp. 235-243.<br><br>*Yoshida*: e.g. Figs. 1, 8c and 9, and related description.<br>*Kuriyama*: e.g. Figs. 7 and 10, and related description.<br>*Koya*: e.g. Figs. 1a and 6, and related description.<br>*Crook*: e.g. Fig. 2-12, and related description.<br>*Isobe*: e.g. Figs. 1, 2 and 5, and related description.<br><br>*Ginter*: e.g. Fig. 72C, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| Claim 50 | |
| A computer-readable medium as recited in claim 36, | *Multi Video*[15]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW* |

---

[15] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *BOT and/or BTL*<br><br>*Netflix* |
| wherein: the two or more items are two or more games, | *Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 1-2, and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp.1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description. |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 6-12 and related description.<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description. |
| the one or more item selection criteria are one or more game selection criteria, | *Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 1-2, and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 6-12 and related description.<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Video Vendor* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  |  |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more game selection criteria that indicates two or more games that a customer desires to rent, | *Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 1-2, and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp.1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br>*NCR*: <u>e.g.</u> Siefert '526, Figs. 6-12 and related description. |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Video Vendor* |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more games indicated by the one or more game selection criteria, | *Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 1-2, and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
|  | *Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 121, 181, 192.<br>*Functional Requirements*: <u>e.g.</u> description, C.06.<br>*Maxcess*: <u>e.g.</u> description, pp.1-2.<br>*Sirsi*: <u>e.g.</u> pp.244-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Fig. 7, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a and 6, and related description.<br>*Crook*: <u>e.g.</u> Figs. 1 and 15, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 5 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 39-40 and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| and the step of in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number includes in response to receiving any of the games provided to the customer, providing to the customer one or more other games indicated by the one or more game selection criteria, wherein a total current number of games provided to the customer does not exceed the specified number. | *Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 1-2, and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW* |

EXHIBIT J: CLAIM CHART (Claims 36 through 50)
Page 46 of 47

906662_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 61, 123, 192.<br>*Functional Requirements*: <u>e.g.</u> description, C.04.<br>*Maxcess*: <u>e.g.</u> description, pp. 1-3.<br>*Sirsi*: <u>e.g.</u> description at pp.244-246.<br>*Auto Librarian*: <u>e.g.</u> Figs. 3 and 4, and related description, pp. 235-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a and 6, and related description.<br>*Crook*: <u>e.g.</u> Figs. 2-12, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description. |