# BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION

## SEPTEMBER 18, 2006
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT L

### CLAIM CHART
### (Claims 66 through 80)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| Claim 66 | |
| An apparatus for renting items to customers comprising | *Multi Video*[1]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi* |

[1] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906664_1.DOC

Dockets.Justia.com

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT*<br>*BTL*<br><br>*Netflix* |
| an item rental mechanism configured to: | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler* |
| receive one or more item selection criteria that indicates two or more items that a customer desires to rent; | *Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club* |

EXHIBIT L: CLAIM CHART (Claims 66 through 80)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 6-12 and related description.<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Video Vendor* |
| provide to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria; and in response to receiving any of the items provided to the customer, | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*:<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 121, 181, 192.<br>*Functional Requirements*: <u>e.g.</u> description, C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.244-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Fig. 7, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *Koya*: <u>e.g.</u> Figs. 1a and 6, and related description.<br>*Crook*: <u>e.g.</u> Figs. 1 and 15, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 5 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Sieferti '526,* Figs. 39-40 and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number. | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 61, 123, 192.<br>*Functional Requirements*: <u>e.g.</u> description, C.04.<br>*Maxcess*: <u>e.g.</u> description, pp. 1-3.<br>*Sirsi*: <u>e.g.</u> pp.244-246.<br>*Auto Librarian*: <u>e.g.</u> Figs. 3 and 4, and related description, pp. 235-243.<br><br>*Avis*<br>*TiVo* |

906664_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a and 6, and related description.<br>*Crook*: <u>e.g.</u> Figs. 2-12, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 10-11, and related description. |
| Claim 67 | |
| An apparatus as recited in claim 66, | *Multi Video*[2]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide* |

---

[2] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein the total number of items provided to the customer within a specified period of time does not exceed a specified limit. | *Multi Video*<br>*Pop\*Card*:<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW* |

EXHIBIT L: CLAIM CHART (Claims 66 through 80)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *BOT and/or BTL* |
|  | *Netflix* |
|  | *Reference Guide*: <u>e.g.</u> description at p. 192. |
|  | *Maxcess*: <u>e.g.</u> description, p 3. |
|  | *Sirsi*: <u>e.g.</u> description at pp.244-245. |
|  | *Auto Librarian*: <u>e.g.</u> Figs. 3 and 4, and related description, pp. 240-243. |
|  | *Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description. |
|  | *Ginter*: <u>e.g.</u> Fig. 72C, and related description. |
|  | *Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description. |
|  | *McMullan*: <u>e.g.</u> Figs. 10-11, and related description. |
| Claim 68 |  |
| An apparatus as recited in claim 67, | *Multi Video*[3] |
|  | *Pop Card* |
|  | *Video Hit* |
|  | *Cine Club* |
|  | *Campus Video* |
|  | *Yoshida*: the Abstract, drawings and specification. |
|  | *Kuriyama*: the Abstract, drawings and specification. |
|  | *Koya*: the Abstract, drawings and specification. |
|  | *Crooks*: the Abstract, drawings and specification. |
|  | *Isobe*: the Abstract, drawings and specification. |
|  | *Reference Guide* |

---

[3] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906664_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein the item rental mechanism is further configured to | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler* |
| if the total number of items provided to the customer within the specified period of time | *Multi Video*<br>*Pop*Card* |

EXHIBIT L: CLAIM CHART (Claims 66 through 80)
Page 9 of 49

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| is less than the specified limit, then increase the specified limit for another specified period of time. | *Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at p. 121, 193.<br>*Maxcess*: <u>e.g.</u> description, p 3.<br>*Sirsi*: <u>e.g.</u> description at pp.244-246.<br>*Auto Librarian*: <u>e.g.</u> Figs. 3 and 4, and related description, pp. 240-243. |
| Claim 69 | |
| An apparatus as recited in claim 66, | *Multi Video*[4]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification. |

---

[4] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein the one or more item selection criteria indicates a desired order for the two or more items that a customer desires to rent, | *Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: <u>e.g.</u> description at C.08.<br>*Maxcess*: <u>e.g.</u> description, p 2.<br>*Sirsi*: <u>e.g.</u> description at pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: <u>e.g.</u> Figs. 6, 7aand 7b, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 58-60, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Video Vendor* |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| criteria, | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: <u>e.g.</u> description at C.08.<br>*Maxcess*: <u>e.g.</u> description, p 2.<br>*Sirsi*: <u>e.g.</u> description at pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: <u>e.g.</u> Figs. 6, 7aand 7b, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 58-60, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Video Vendor* |
| and the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes providing to the customer one or more other items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria. | *Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo* |

EXHIBIT L: CLAIM CHART (Claims 66 through 80)
Page 13 of 49

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: <u>e.g.</u> description at C.08.<br>*Maxcess*: <u>e.g.</u> description, p 2.<br>*Sirsi*: <u>e.g.</u> description at pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: <u>e.g.</u> Figs. 6, 7aand 7b, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 58-60, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Video Vendor* |
| Claim 70 | |
| An apparatus as recited in claim 69, | *Multi Video*[5]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video* |

---

[5] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906664_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein the item rental mechanism is further configured to | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Isobe*: the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler* |
| if a particular item from the two or more items indicated by the one or more item selection criteria is not available, then providing another item from the two or more items based upon the desired order indicated by the one or more item selection criteria. | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 175 and 209.<br>*Functional Requirements*: <u>e.g.</u> description at C.08.<br>*Maxcess*: <u>e.g.</u> description, p 2.<br>*Sirsi*: <u>e.g.</u> description at pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: <u>e.g.</u> Figs. 6, 7aand 7b, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert*, '526, Figs. 58-60, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *Subler*: <u>e.g.</u> Fig. 17, and related description.<br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Video Vendor* |
| Claim 71 | |
| An apparatus as recited in claim 66, | *Multi Video*[6]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler* |

---

[6] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906664_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *Avis* <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT and/or BTL* <br><br> *Netflix* |
| wherein the one or more item selection criteria specifies one or more preferred item attributes, | *Multi Video* <br> *Pop\*Card* <br> *Video Hit* <br> *Cine Club* <br> *Campus Video* <br><br> *Avis* <br> *TiVo* <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT and/or BTL* <br><br> *Netflix* <br><br> *Reference Guide*: <u>e.g.</u> description at pp. 181-184. <br> *Maxcess*: <u>e.g.</u> description, p 2-3. <br> *Sirsi*: <u>e.g.</u> description at pp.241-244. <br> *Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-240. <br><br> *NCR*: <u>e.g.</u> *Siefert*, 526, Figs. 18-24, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *Stein*: <u>e.g.</u> Fig. 4, and related description. |
|  | *Herz*: <u>e.g.</u> Fig. 2, and related description. |
|  | *Subler*: <u>e.g.</u> Figs. 11-12, and related description. |
|  | *Cook*: <u>e.g.</u> Fig. 1, and related description. |
|  | *Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer up to a specified number of two or more items that have one or more of the one or more preferred item attributes specified by the one or more item selection criteria, | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 181-184.<br>*Maxcess*: <u>e.g.</u> description, p 2-3.<br>*Sirsi*: <u>e.g.</u> description at pp.241-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-240.<br><br>*NCR*: <u>e.g.</u> *Siefert*, '526, Figs. 18-24, and related description.<br>*Stein*: <u>e.g.</u> Fig. 4, and related description.<br>*Herz*: <u>e.g.</u> Fig. 2, and related description.<br>*Subler*: <u>e.g.</u> Figs. 11-12, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description. |

EXHIBIT L: CLAIM CHART (Claims 66 through 80)
Page 19 of 49

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| and the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer one or more other items that have one or more of the one or more preferred item attributes specified by the one or more item selection criteria. | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 181-184.<br>*Maxcess*: <u>e.g.</u> description, p 2-3.<br>*Sirsi*: <u>e.g.</u> description at pp.241-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-240.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 18-24, and related description.<br>*Stein*: <u>e.g.</u> Fig. 4, and related description.<br>*Herz*: <u>e.g.</u> Fig. 2, and related description.<br>*Subler*: <u>e.g.</u> Figs. 11-12, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | |
| Claim 72 | |
| An apparatus as recited in claim 66, | *Multi Video*[7]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue* |

---

[7] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906664_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| further comprising: establishing, based upon the one or more item selection criteria, an item rental queue for the customer, | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: e.g. description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: e.g. description at C.08.<br>*Maxcess*: e.g. description, p 2.<br>*Sirsi*: e.g. description at pp.242-245.<br>*Auto Librarian*: e.g. Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: e.g. Figs. 6, 7aand 7b, and related description.<br>*Isobe*: e.g. Figs. 1, 2 and 5, and related description.<br><br>*NCR*: e.g. Siefert '526, Figs. 58-60, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Subler*: e.g. Fig. 17, and related description.<br>*Leason*: e.g. Figs. 1, 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description.<br>*Video Vendor* |
| wherein the item rental queue contains one or more entries that specify the two or more items that the customer desires to rent; | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: e.g. description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: e.g. description at C.08.<br>*Maxcess*: e.g. description, p 2.<br>*Sirsi*: e.g. description at pp.242-245.<br>*Auto Librarian*: e.g. Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: e.g. Figs. 6, 7aand 7b, and related description.<br>*Isobe*: e.g. Figs. 1, 2 and 5, and related description.<br><br>*NCR*: e.g. Siefert '526, Figs. 58-60, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
| --- | --- |
| | *Subler*: <u>e.g.</u> Fig. 17, and related description.<br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Video Vendor* |
| and in response to receiving back any of the items provided to the customer, selecting the one or more other items from the item rental queue. | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: <u>e.g.</u> description at C.08.<br>*Maxcess*: <u>e.g.</u> description, p 2.<br>*Sirsi*: <u>e.g.</u> description at pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: <u>e.g.</u> Figs. 6, 7aand 7b, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*NCR*: <u>e.g.</u> Siefert '526, Figs. 58-60, and related description. |

906664_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Subler*: <u>e.g.</u> Fig. 17, and related description.<br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Video Vendor* |
| Claim 73 | |
| An apparatus as recited in claim 66, | *Multi Video*[8]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler* |

---

[8] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

EXHIBIT L: CLAIM CHART (Claims 66 through 80)
Page 25 of 49

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Avis* <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT and/or BTL* <br><br> *Netflix* |
| further comprising in response to receiving a customer notification, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | *Reference Guide*: <u>e.g.</u> description <br> *Functional Requirements*: <u>e.g.</u> description <br> *Maxcess*: <u>e.g.</u> description <br> *Sirsi*: <u>e.g.</u> description <br> *Auto Librarian*: <u>e.g.</u> description. <br> *NCR*: <u>e.g.</u> *Siefert* '526, Figs. and related description. |
| **Claim 74** | |
| An apparatus as recited in claim 66, | *Multi Video*[9] <br> *Pop Card* <br> *Video Hit* <br> *Cine Club* <br> *Campus Video* <br><br> *Yoshida*: the Abstract, drawings and specification. <br> *Kuriyama*: the Abstract, drawings and specification. <br> *Koya*: the Abstract, drawings and specification. <br> *Crooks*: the Abstract, drawings and specification. <br> *Isobe*: the Abstract, drawings and specification. |

[9] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906664_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| further comprising in response to expiration of a specified amount of time, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | *Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u> description<br>*Auto Librarian*: <u>e.g.</u> description.<br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. and related description. |
| Claim 75 | |
| An apparatus as recited in claim 66, | *Multi Video*[10] |

---

[10] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| further comprising in response to a specified date being reached, providing to the customer a second set of one or other items indicated by the one or more item selection criteria. | *Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u> description<br>*Auto Librarian*: <u>e.g.</u> description.<br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. and related description. |
| Claim 76 | |
| An apparatus as recited in claim 66, | *Multi Video*[11]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori* |

---

[11] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| further comprising in response to a specified fee being received, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | *Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u>  description<br>*Auto Librarian*: <u>e.g.</u> description.<br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. and related description. |
| Claim 77 | |
| An apparatus as recited in claim 66, | *Multi Video*[12]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification. |

---

[12] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Reference Guide* <br> *Functional Requirement* <br> *Maxcess* <br> *Sirsi* <br> *Auto Librarian* <br><br> *NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification. <br><br> *Burks* <br> *Hironori* <br> *Subtler* <br><br> *Avis* <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT and/or BTL* <br><br> *Netflix* |
| wherein items are provided to the customer by mail. | *NCR*: <u>e.g.</u> *Siefert* '526, Figs. and related description. |
| Claim 78 | |
| An apparatus as recited in claim 66, | *Multi Video*[13] <br> *Pop Card* <br> *Video Hit* <br> *Cine Club* <br> *Campus Video* |

---

[13] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *Yoshida*: the Abstract, drawings and specification. <br> *Kuriyama*: the Abstract, drawings and specification. <br> *Koya*: the Abstract, drawings and specification. <br> *Crooks*: the Abstract, drawings and specification. <br> *Isobe*: the Abstract, drawings and specification. <br><br> *Reference Guide* <br> *Functional Requirement* <br> *Maxcess* <br> *Sirsi* <br> *Auto Librarian* <br><br> *NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification. <br><br> *Burks* <br> *Hironori* <br> *Subtler* <br><br> *Avis* <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT and/or BTL* <br><br> *Netflix* |
| wherein items are provided to the customer by a delivery agent. | *NCR*: <u>e.g.</u> *Siefert* '526, Figs. and related description. |

EXHIBIT L: CLAIM CHART (Claims 66 through 80)
Page 32 of 49

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | |
| Claim 79 | |
| An apparatus as recited in claim 66, | *Multi Video*[14]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue* |

---

[14] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906664_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein: the item rental mechanism is a movie rental mechanism, | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler* |
| the two or more items are two or more movies, | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> description pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 6-12 and related description.<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Video Vendor* |
| the one or more item selection criteria are one or more movie selection criteria, | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: e.g. description at pp. 115, 177.<br>*Functional Requirements*: e.g. description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: e.g. description, pp1-2.<br>*Sirsi*: e.g. pp.243-244.<br>*Auto Librarian*: e.g. Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: e.g. Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: e.g. Figs. 7 and 10, and related description.<br>*Koya*: e.g. Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: e.g. Fig. 1, and related description.<br>*Isobe*: e.g. Figs. 1 and 6, and related description.<br><br>*NCR*: e.g. *Siefert* '526, Figs. 6-12 and related description.<br><br>*Burks*: e.g. Fig. 2-6, and related description.<br>*Hironori*: e.g. Fig.1, and related description.<br>*Subler*: e.g. Figs. 2-3, and related description.<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Video Vendor* |
| the movie rental mechanism is further configured to receive one or more movie selection criteria that indicates two or more movies that a customer desires to rent, | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Netflix* |
| | *Reference Guide*: <u>e.g.</u> description at pp. 115, 177. |
| | *Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06. |
| | *Maxcess*: <u>e.g.</u> description, pp1-2. |
| | *Sirsi*: <u>e.g.</u> pp.243-244. |
| | *Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238. |
| | *Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description. |
| | *Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description. |
| | *Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description. |
| | *Crook*: <u>e.g.</u> Fig. 1, and related description. |
| | *Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description. |
| | *NCR*: <u>e.g.</u> *Siefert* '526, Figs. 6-12 and related description. |
| | *Burks*: <u>e.g.</u> Fig. 2-6, and related description. |
| | *Hironori*: <u>e.g.</u> Fig.1, and related description. |
| | *Subler*: <u>e.g.</u> Figs. 2-3, and related description. |
| | *Morales*: <u>e.g.</u> Fig. 6, and related description. |
| | *Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description. |
| | *Saigh*: <u>e.g.</u> Fig. 9, and related description. |
| | *Ginter*: <u>e.g.</u> Fig. 72C, and related description. |
| | *Cook*: <u>e.g.</u> Fig. 1, and related description. |
| | *Fein*: <u>e.g.</u> Figs. 6A-6D, and related description. |
| | *Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description. |
| the movie rental mechanism is further configured to provide to the customer up to a specified number of the two or more movies | *Yoshida*: the Abstract, drawings and specification. |
| | *Kuriyama*: the Abstract, drawings and specification. |
| | *Koya*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| indicated by the one or more movie selection criteria, | *Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 121, 181, 192.<br>*Functional Requirements*: <u>e.g.</u> description C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.244-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a and 6, and related description. |

EXHIBIT L: CLAIM CHART (Claims 66 through 80)
Page 39 of 49

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Crook*: <u>e.g.</u> Figs. 1 and 15, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 5 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 39-40 and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| and the movie rental mechanism is further configured to in response to receiving any of the movies provided to the customer, provide to the customer one or more other movies indicated by the one or more movie selection criteria, wherein a total current number of movies provided to the customer does not exceed the specified number. | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Reference Guide*: e.g. description at pp. 61, 123, 192.<br>*Functional Requirements*: e.g. description, C.04.<br><br>*Maxcess*: e.g. description, pp. 1-3.<br>*Sirsi*: e.g. pp.244-246.<br>*Auto Librarian*: e.g. Figs. 3 and 4, and related description, pp. 235-243.<br><br>*Yoshida*: e.g. Figs. 1, 8c and 9, and related description.<br>*Kuriyama*: e.g. Figs. 7 and 10, and related description.<br>*Koya*: e.g. Figs. 1a and 6, and related description.<br>*Crook*: e.g. Fig. 2-12, and related description.<br>*Isobe*: e.g. Figs. 1, 2 and 5, and related description.<br><br>*Ginter*: e.g. Fig. 72C, and related description. |
| Claim 80 | |
| An apparatus as recited in claim 66, | *Multi Video*[15]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess* |

---

[15] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Avis*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix* |
| wherein: the two or more items are two or more games, | *Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 1-2, and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp.1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 6-12 and related description.<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| the one or more item selection criteria are one or more game selection criteria, | *Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 1-2, and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 6-12 and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Video Vendor* |
| the movie rental mechanism is further configured to receive one or more game selection criteria that indicates two or more games that a customer desires to rent, | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 1-2, and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Campus Video* <br><br> *Avis* <br> *TiVo* <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT and/or BTL* <br><br> *Netflix* <br><br> *Reference Guide*: <u>e.g.</u> description at pp. 115, 177. <br> *Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06. <br> *Maxcess*: <u>e.g.</u> description, pp.1-2. <br> *Sirsi*: <u>e.g.</u> pp.243-244. <br> *Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238. <br><br> *Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description. <br> *Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description. <br> *Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description. <br> *Crook*: <u>e.g.</u> Fig. 1, and related description. <br> *Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description. <br> *NCR*: <u>e.g.</u> *Siefert* '526, Figs. 6-12 and related description. <br><br> *Burks*: <u>e.g.</u> Fig. 2-6, and related description. <br> *Hironori*: <u>e.g.</u> Fig.1, and related description. <br> *Subler*: <u>e.g.</u> Figs. 2-3, and related description. <br><br> *Morales*: <u>e.g.</u> Fig. 6, and related description. <br> *Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description. <br> *Saigh*: <u>e.g.</u> Fig. 9, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Video Vendor* |
| the movie rental mechanism is further configured to provide to the customer up to a specified number of the two or more games indicated by the one or more game selection criteria, | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 1-2, and related description.<br><br>*Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
|  | *BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 121, 181, 192.<br>*Functional Requirements*: <u>e.g.</u> description, C.06.<br>*Maxcess*: <u>e.g.</u> description, pp.1-2.<br>*Sirsi*: <u>e.g.</u> pp.244-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Fig. 7, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a and 6, and related description.<br>*Crook*: <u>e.g.</u> Figs. 1 and 15, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 5 and 6, and related description.<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, Figs. 39-40 and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| and the movie rental mechanism is further configured to in response to receiving any of the games provided to the customer, provide to the customer one or more other games indicated by the one or more game selection criteria, wherein a total current number of games provided to the customer does not exceed the specified number. | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Burks*<br>*Hironori*<br>*Subtler*<br><br>*Bakoglu*: <u>e.g.</u> Figs. 1-3, and related description.<br>*McMullan*: <u>e.g.</u> Figs. 1-2, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Netflix*<br><br>*Reference Guide*: e.g. description at pp. 61, 123, 192.<br>*Functional Requirements*: e.g. description, C.04.<br>*Maxcess*: e.g. description, pp. 1-3.<br>*Sirsi*: e.g. description at pp.244-246.<br>*Auto Librarian*: e.g. Figs. 3 and 4, and related description, pp. 235-243.<br><br>*Yoshida*: e.g. Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: e.g. Figs. 7 and 10, and related description.<br>*Koya*: e.g. Figs. 1a and 6, and related description.<br>*Crook*: e.g. Figs. 2-12, and related description.<br>*Isobe*: e.g. Figs. 1, 2 and 5, and related description.<br><br>*Ginter*: e.g. Fig. 72C, and related description. |