# BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION

## SEPTEMBER 18, 2006
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT G

### CLAIM CHART
### (Claims 1 through 13)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| Claim 1 | |
| A computer-implemented method for renting movies to customers, the method comprising: | *Multi Video*[1]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess* |

---

[1] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

Dockets.Justia.com

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Sirsi* <br> *Auto Librarian* <br><br> *NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification. <br><br> *Avis* <br> *TiVo* <br> *Bradley*: the Abstract, drawings and specification. <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT* <br> *BTL* <br><br> *Morale*: the Abstract, drawings and specification. <br> *Saigh*: the Abstract, drawings and specification. <br> *Hendricks*: the Abstract, drawings and specification. <br> *Ginter*: the Abstract, drawings and specification. <br><br> *Netflix* |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | *NCR*, e.g., *Siefert* '526: e.g. Figs. 6-12 and related description: col. 10, ln. 5 – col. col. 11, ln. 19. <br><br> *Reference Guide*: e.g. description: pp. 115, 177. <br> *Functional Requirements*: e.g. description: C.01, C.02, C.05 and C.06. <br> *Maxcess*: e.g. description: pp1-2. <br> *Sirsi*: e.g. description: pp. 243-244. <br> *Auto Librarian*: e.g. Figs. 1 and 2, and related description: pp. 235-238. <br><br> *Yoshida*: e.g. Figs. 1, 8a, 8b and 9, and related description: col. 6, ln. 24 – 7, ln. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | 11; col. 10, ln. 13 – col. 14, ln. 15.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description: col. 4, ln. 24 – 6, ln. 64.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description: col. 4. ln. 35 – col. 8, ln. 4.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description: col. 4, lns. 15-63.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description: col. 1, ln. 63 – col. 4, ln. 5.<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description: col. 7, ln. 51 – col. 21, ln. 63.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description: para. 0011 - 0017.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description: col. 5, ln. 35 – col. 10, ln. 41.<br>*Bradley*: <u>e.g.</u>, Figs. 3A, 3Band 7, and related description: col. 11, ln. 3 – col. 14, ln. 12; col. 16, ln. 39 – col. 17, ln. 24.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description: col. 7, ln. 32 – col. 8, ln. 30.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description: col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description: col. 11, l. 18 – col. 12. ln. 67.<br>*Ginter*: <u>e.g.</u> Fig. 72A-C, and related description: col. 263, ln. 10 – col. 264, ln. 42.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description: col. 4, ln. 8 – col. 7, ln. 45.<br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description: col. 5, ln. 1 – col. 10, ln. 19.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description: col. 5, ln. 26 – col. 11. ln. 48.<br>*Video Vendor*<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *BOT and/or BTL* <br><br> *Avis*: <u>see</u> *Internet for Business* <br> *TiVo*, pp. 38-41 <br> *Bradley*, <u>e.g.</u>: Figs. 3A, 3Band 7, and related description: col. 11, ln. 3 – col. 17, ln. 25. <br> *Netflix* |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | *NCR*, <u>e.g.</u>, *Siefert '526*: <u>e.g.</u> Figs. 58-60, and related description: col. 18, ln. 34 – col. 19, ln. 20. <br><br> *Reference Guide*: <u>e.g.</u> description: pp. 127, 135 and 163-169. <br> *Functional Requirements*: <u>e.g.</u> description: C.08. <br> *Maxcess*: <u>e.g.</u> description: p 2. <br> *Sirsi*: <u>e.g.</u> description: pp.242-245. <br> *Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description: pp. 235-236. <br><br> *Koya*: <u>e.g.</u> Figs. 6, 7a and 7b, and related description: col. 8, ln. 22 – col. 9, ln. 42. <br> *Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description: col. 1, ln. 63 – col. 4, ln. 5. <br><br> *Subler*: <u>e.g.</u> Fig. 17, and related description: col. 13, ln. 20 – col. 14, ln. 37. <br><br> *Morales*: <u>e.g.</u> Fig. 6, and related description: col. 7, ln. 32 – col. 8, ln. 30. <br> *Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description: col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35. <br> *Saigh*: <u>e.g.</u> Fig. 9, and related description: col. 11, ln. 18 – col. 12, ln. 67. <br> *Ginter*: <u>e.g.</u> Fig. 72C, and related description: col. 263, ln. 10 – col. 264, ln. 42. <br><br> *Cook*: <u>e.g.</u> Fig. 1, and related description: col. 4, ln. 8 – col. 7, ln. 45. <br> *Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description: col. 5, ln. 26 – col. 11, ln. 48. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list; | *NCR*, e.g., *Siefert* '526: e.g. Figs. 39-40 and related description: col. 17, ln. 13-23.<br><br>*Reference Guide*: e.g. description: pp. 121, 181, 192.<br>*Functional Requirements*: e.g. description: C.06.<br>*Maxcess*: e.g. description: pp1-2.<br>*Sirsi*: e.g. description: pp.244-245.<br>*Auto Librarian*: e.g. Figs. 4 and 5, and related description: pp. 240-243.<br><br>*Yoshida*: e.g. Figs. 1, 8c and 8d, and related description: col. 6, ln. 24 – col. 7, ln. 11; col. 10, ln. 34 – col. 12, ln. 51.<br>*Kuriyama*: e.g. Fig. 7, and related description: col. 4, lns. 24-35.<br>*Koya*: e.g. Figs. 1a, 6, 7a and 7b, and related description: col. 4, ln. 35 – col. 5, ln. 45; col. 8, ln. 22 – col. 9, ln. 42.<br>*Crook*: e.g. Figs. 1 and 15, and related description: col. 4, lns. 15 – 63; col. 8, ln. 66 – col. 10, ln. 36.<br>*Isobe*: e.g. Figs. 1, 2, 5 and 6, and related description: col. 1, ln. 63 – col. 4, ln. 5.<br><br>*Subler*: e.g. Fig. 17, and related description: col. 13, ln. 20 – col. 14, ln. 37.<br><br>*Morales*: e.g. Fig. 6, and related description: col. 7, ln. 32 – col. 8, ln. 30.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description: col. 34, ln. 51 – col. 35, ln. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | 36; col. 38, lns. 5-35. <br> *Saigh*: <u>e.g.</u> Fig. 9, and related description: col. 11, ln. 18 – col. 12, ln. 67. <br> *Ginter*: <u>e.g.</u> Fig. 72D, and related description: col. 263, ln. 10 – col. 264, ln. 42. <br><br> *Cook*: <u>e.g.</u> Fig. 1, and related description: col. 4, ln. 8 – col. 7, ln. 45. <br> *Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description: col. 5, ln. 26 – col. 11, ln. 48. <br><br> *Multi Video* <br> *Pop\*Card* <br> *Video Hit* <br> *Cine Club* <br> *Campus Video* <br><br> *AudioQueue* <br> *TBCC* <br> *TBW* <br> *BOT and/or BTL* |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; | *NCR*, <u>e.g.</u>, *Siefert '526*: <u>e.g.</u> Figs. 58-60 and related description: col. 18, ln. 34 – col. 19, ln. 20. <br><br> *Reference Guide*: <u>e.g.</u> description at pp. 127, 135, and 163-169. <br> *Functional Requirements*: <u>e.g.</u> description, C.08. <br> *Maxcess*: <u>e.g.</u> description, p. 2. <br> *Sirsi*: <u>e.g.</u> pp.242-245. <br> *Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243. <br><br> *Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description: col. 6, ln. 24 – col. 7, ln. 11; col. 10, ln. 34 – col. 12, ln. 51. <br> *Kuriyama*: <u>e.g.</u> Fig. 7, and related description: col. 4, lns. 24-35. <br> *Koya*: <u>e.g.</u> Figs. 1a, 6, 7a and 7b, and related description: col. 4, ln. 35 – col. 5, ln. 45; |

EXHIBIT G: CLAIM CHART (Claims 1 through 13)
Page 6 of 28

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | col. 8, ln. 22 – col. 9, ln. 42. <br><br> *Crook*: e.g. Figs. 1 and 15, and related description: col. 4, lns. 15 – col. 10, ln. 36. <br> *Isobe*: e.g. Figs. 1, 2, 5 and 6, and related description: col. 1, ln. 63 – col. 4, ln. 5. <br><br> *Subler*: e.g. Fig. 17, and related description: col. 13, ln. 20 – col. 14, ln. 37. <br><br> *Morales*: e.g. Fig. 6, and related description: col. 7, ln. 32 – col. 8, ln. 30. <br> *Hendricks*: e.g. Figs. 16 and 21, and related description: col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35. <br> *Saigh*: e.g. Fig. 9, and related description: col. 11, ln. 18 – col. 12, ln. 67. <br> *Ginter*: e.g. Fig. 72D, and related description: col. 263, ln. 10 – col. 264, ln. 42. <br><br> *Cook*: e.g. Fig. 1, and related description: col. 4, ln. 8 – col. 7, ln. 45. <br> *Leason*: e.g. Figs. 1, 2A and 5A, and related description: col. 5, ln. 26 – col. 11, ln. 48. <br><br> *Multi Video* <br> *Pop\*Card* <br> *Video Hit* <br> *Cine Club* <br> *Campus Video* <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT and/or BTL* |
| and in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description: col. 18, ln. 34 – col. 19, ln. 20. <br><br> *Morales*: e.g. Fig. 6, and related description: col. 7, ln. 32 – col. 8, ln. 30. <br> *Hendricks*: e.g. Figs. 16 and 21, and related description: col. 34, ln. 51 – col. 35, ln. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | 36; col. 38, lns. 5-35.<br>*Saigh*: e.g. Fig. 9, and related description: col. 11, ln. 18 – col. 12, ln. 67.<br>*Ginter*: e.g. Fig. 72D, and related description: col. 263, ln. 10 – col. 264, ln. 42.<br><br>*Cook*: e.g. Fig. 1, and related description: col. 4, ln. 8 – col. 7, ln. 45.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |
| Claim 2 | |
| A computer-implemented method as recited in claim 1, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description.<br><br>*Cook*: e.g. Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description. |
| Claim 3 | |
| A computer-implemented method as | *Multi Video* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
| --- | --- |
| recited in claim 1, | *Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Netflix* |
| wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description. <br><br> *Cook*: e.g. Fig. 1, and related description. <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT and/or BTL* <br><br> *Morales*: e.g. Fig. 6, and related description. <br> *Hendricks*: e.g. Figs. 16 and 21, and related description. <br> *Saigh*: e.g. Fig. 9, and related description. <br> *Ginter*: e.g. Fig. 72D, and related description. |
| Claim 4 | |
| A computer-implemented method as recited in claim 1, | *Multi Video* <br> *Pop Card* <br> *Video Hit* <br> *Cine Club* <br> *Campus Video* <br><br> *Yoshida*: the Abstract, drawings and specification. <br> *Kuriyama*: the Abstract, drawings and specification. <br> *Koya*: the Abstract, drawings and specification. <br> *Crooks*: the Abstract, drawings and specification. <br> *Isobe*: the Abstract, drawings and specification. <br><br> *Reference Guide* <br> *Functional Requirement* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | *Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein updating the movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | *Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| Claim 5 |  |
| A computer-implemented method as recited in claim 1, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the two or more movies for renting to the customer are selected by the customer. | *NCR*, e.g., *Siefert* '526: e.g. Figs. 6-12 and related description.<br><br>*Multi Video*: <u>see</u> *Video Retailing*<br>*Pop\*Card*: <u>see</u> *Video Store*<br>*Video Hit*: <u>see</u> *Changing Times*<br>*Cine Club*: <u>see</u> *Changing Times*<br><br>*Reference Guide*: e.g. description at pp. 115, 177.<br>*Functional Requirements*: e.g. description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: e.g. description, pp1-2.<br>*Sirsi*: e.g. pp.243-244.<br>*Auto Librarian*: e.g. Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: e.g. Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: e.g. Figs. 7 and 10, and related description.<br>*Koya*: e.g. Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: e.g. Fig. 1, and related description.<br>*Isobe*: e.g. Figs. 1 and 6, and related description.<br><br>*Avis*: <u>see</u> *Internet for Business*<br>*TiVo*<br>*Bradley* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | *Burks*: e.g. Fig. 2-6, and related description.<br>*Hironori*: e.g. Fig.1, and related description.<br>*Subler*: e.g. Figs. 2-3, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72C, and related description.<br><br>*Fein*: e.g. Figs. 6A-6D, and related description.<br>*Leason*: e.g. Figs. 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description.<br><br>*Netflix* |
| Claim 6 | |
| A computer-implemented method as recited in claim 1, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| further comprising determining the order of the two or more movies based upon one or more preferences of the customer. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 6-12 and related description.<br><br>*Multi Video*: <u>see</u> *Video Retailing*<br>*Pop\*Card*: <u>see</u> *Video Store* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Video Hit*: <u>see</u> *Changing Times*<br>*Cine Club*: <u>see</u> *Changing Times*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*Avis*: <u>see</u> *Internet for Business*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | *Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description. |
| Claim 7 | |
| A computer-implemented method as recited in claim 1, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW* |

906683_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery of the selected movie comprises delivery by mail. | *NCR*, e.g., *Siefert* '526: e.g. Figs. and related description.<br><br>*Netflix* |
| Claim 8 | |
| A computer-implemented method as recited in claim 1, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 1, and related description.<br><br>*Netflix* |
| Claim 9 | |
| A computer-implemented method as recited in claim 1, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
| --- | --- |
| | *Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery criteria comprises receipt of the movie by mail. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | *Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u>  description<br>*Auto Librarian*: <u>e.g.</u> description.<br><br>*Netflix* |
| Claim 10 |  |
| A computer-implemented method as recited in claim 1, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | *NCR*, e.g., *Siefert* '526: e.g. Figs. and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description<br>*Functional Requirements*: e.g. description<br>*Maxcess*: e.g. description<br>*Sirsi*: e.g.  description<br>*Auto Librarian*: e.g. description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |
| Claim 11 | |
| A method as recited in claim 1, | *Multi Video*<br>*Pop Card* |

EXHIBIT G: CLAIM CHART (Claims 1 through 13)
Page 23 of 28

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | *Netflix* |
| wherein the other electronic digital information indicates one or more delivery criteria being satisfied. | *NCR*, e.g., *Siefert* '526: e.g. Figs. and related description.<br><br>*Reference Guide*: e.g. description<br>*Functional Requirements*: e.g. description<br>*Maxcess*: e.g. description<br>*Sirsi*: e.g. description<br>*Auto Librarian*: e.g. description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |
| Claim 12 |  |
| A method as recited in claim 1, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi* |

906683_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the other electronic digital information comprises one or more selection criteria. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *BOT and/or BTL* |
| Claim 13 | |
| A method as recited in claim 1, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |

906683_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the movies comprise any of motion pictures, television series, documentaries, cartoons, music videos, video recordings of concert performances, instructional programs, and educational programs. | *NCR*, e.g., *Siefert* '526: e.g. Figs. and related description.<br><br>*TiVo*<br>*Bradley*: e.g. Figs. and related description.<br>*Fein*: e.g. Figs. and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Figs. and related description.<br>*Hendricks*: e.g. Figs. and related description.<br>*Saigh*: e.g. Figs. and related description.<br>*Ginter*: e.g. Figs. and related description.<br><br>*Netflix* |