# BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION

## SEPTEMBER 18, 2006
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT H

### CLAIM CHART
### (Claims 14 through 23)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| Claim 14 | |
| A computer-implemented method for renting movies to customers, the method comprising: | *Multi Video*[1]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement* |

---

[1] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

Dockets.Justia.com

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT*<br>*BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | *NCR*, e.g., *Siefert* '526: e.g. Figs. 6-12 and related description.<br><br>*Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description at pp. 115, 177. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*Avis*: <u>see</u> *Internet for Business*<br>*TiVo*<br>*Bradley*: related description<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
| --- | --- |
| | *Netflix* |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60, and related description.<br><br>*Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: e.g. description at C.08.<br>*Maxcess*: e.g. description, p 2.<br>*Sirsi*: e.g. pp.242-245.<br>*Auto Librarian*: e.g. Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: e.g. Figs. 6, 7a and 7b, and related description.<br>*Isobe*: e.g. Figs. 1, 2 and 5, and related description.<br><br>*Subler*: e.g. Fig. 17, and related description.<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72C, and related description.<br><br>*Leason*: e.g. Figs. 1, 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
|  | *TBW*<br>*BOT and/or BTL* |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list, | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 39-40 and related description.<br><br>*Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 121, 181, 192.<br>*Functional Requirements*: <u>e.g.</u> description, C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.244-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Fig. 7, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 6, 7a and 7b, and related description.<br>*Crook*: <u>e.g.</u> Figs. 1 and 15, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2, 5 and 6, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br><br>*AudioQueue*<br>*TBCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description.<br><br>*Leason*: e.g. Figs. 1, 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description. |
| wherein the customer is not required to return the movies within a specified time associated with delivery; | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description at pp. 121, 181, 192.<br>*Functional Requirements*: e.g. description, C.06.<br>*Maxcess*: e.g. description, pp1-2.<br>*Sirsi*: e.g. pp.244-245.<br>*Auto Librarian*: e.g. Figs. 4 and 5, and related description, pp. 240-243.<br><br>*AudioQueue*<br>*TBCC*<br>*TBW*<br>*BOT and/or BTL* |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description at pp. 127, 135, and 163-169. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *Functional Requirements*: <u>e.g.</u> description, C.08.<br>*Maxcess*: <u>e.g.</u> description, p. 2.<br>*Sirsi*: <u>e.g.</u> pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Fig. 7, and related description.<br>*Koya*: <u>e.g.</u> Figs. 6, 7a and 7b, and related description.<br>*Crook*: <u>e.g.</u> Figs. 1-12, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 5 and 6, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description.<br><br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description. |
| and in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description. |
| Claim 15 | |
| A computer-implemented method as recited in claim 14, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description.<br><br>*Cook*: e.g. Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description. |
| Claim 16 | |
| A computer-implemented method as recited in claim 14, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| Claim 17 | |
| A computer-implemented method as recited in claim 14, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
|  | *NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein updating the movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description.<br><br>*Cook*: e.g. Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
| --- | --- |
| | |
| Claim 18 | |
| A computer-implemented method as recited in claim 14, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
| --- | --- |
|  | *Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the two or more movies for renting to the customer are selected by the customer. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 6-12 and related description.<br><br>*Multi Video*: <u>see</u> *Video Retailing*<br>*Pop*Card*: <u>see</u> *Video Store*<br>*Video Hit*: <u>see</u> *Changing Times*<br>*Cine Club*: <u>see</u> *Changing Times*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*Avis*: <u>see</u> *Internet for Business*<br>*TiVo*<br>*Bradley*<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
|  | *Hironori*: <u>e.g.</u> Fig.1, and related description. |
|  | *Subler*: <u>e.g.</u> Figs. 2-3, and related description. |
|  | *AudioQueue* |
|  | *BTCC* |
|  | *TBW* |
|  | *BOT and/or BTL* |
|  | *Morales*: <u>e.g.</u> Fig. 6, and related description. |
|  | *Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description. |
|  | *Saigh*: <u>e.g.</u> Fig. 9, and related description. |
|  | *Ginter*: <u>e.g.</u> Fig. 72C, and related description. |
|  | *Fein*: <u>e.g.</u> Figs. 6A-6D, and related description. |
|  | *Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description. |
|  | *Cook*: <u>e.g.</u> Fig. 1, and related description. |
|  | *Netflix* |
| Claim 19 |  |
| A computer-implemented method as recited in claim 14, | *Multi Video* |
|  | *Pop Card* |
|  | *Video Hit* |
|  | *Cine Club* |
|  | *Campus Video* |
|  | *Yoshida*: the Abstract, drawings and specification. |
|  | *Kuriyama*: the Abstract, drawings and specification. |
|  | *Koya*: the Abstract, drawings and specification. |
|  | *Crooks*: the Abstract, drawings and specification. |
|  | *Isobe*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| further comprising determining the order of the two or more movies based upon one or more preferences of the customer. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 6-12 and related description.<br><br>*Multi Video*: <u>see</u> *Video Retailing*<br>*Pop\*Card*: <u>see</u> *Video Store*<br>*Video Hit*: <u>see</u> *Changing Times*<br>*Cine Club*: <u>see</u> *Changing Times*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
|  | *Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06. <br> *Maxcess*: <u>e.g.</u> description, pp1-2. <br> *Sirsi*: <u>e.g.</u> pp.243-244. <br> *Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238. <br><br> *Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description. <br> *Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description. <br> *Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description. <br> *Crook*: <u>e.g.</u> Fig. 1, and related description. <br> *Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description. <br><br> *Avis*: <u>see</u> *Internet for Business* <br> *TiVo* <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT and/or BTL* <br><br> *Burks*: <u>e.g.</u> Fig. 2-6, and related description. <br> *Hironori*: <u>e.g.</u> Fig.1, and related description. <br> *Subler*: <u>e.g.</u> Figs. 2-3, and related description. <br><br> *Morales*: <u>e.g.</u> Fig. 6, and related description. <br> *Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description. <br> *Saigh*: <u>e.g.</u> Fig. 9, and related description. <br> *Ginter*: <u>e.g.</u> Fig. 72C, and related description. <br><br> *Fein*: <u>e.g.</u> Figs. 6A-6D, and related description. <br> *Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description. <br> *Cook*: <u>e.g.</u> Fig. 1, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| Claim 20 | |
| A computer-implemented method as recited in claim 14, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification. |

906687_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
|  | *Hendricks*: the Abstract, drawings and specification. <br> *Ginter*: the Abstract, drawings and specification. <br><br> *Netflix* |
| wherein the delivery of the selected movie comprises delivery by mail. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description. <br><br> *Netflix* |
| Claim 21 |  |
| A computer-implemented method as recited in claim 14, | *Multi Video* <br> *Pop Card* <br> *Video Hit* <br> *Cine Club* <br> *Campus Video* <br><br> *Yoshida*: the Abstract, drawings and specification. <br> *Kuriyama*: the Abstract, drawings and specification. <br> *Koya*: the Abstract, drawings and specification. <br> *Crooks*: the Abstract, drawings and specification. <br> *Isobe*: the Abstract, drawings and specification. <br><br> *Reference Guide* <br> *Functional Requirement* <br> *Maxcess* <br> *Sirsi* <br> *Auto Librarian* <br><br> *NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification. <br><br> *Avis* <br> *TiVo* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
| --- | --- |
| | *Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | *NCR*, e.g., *Siefert* '526: e.g. Figs. and related description.<br><br>*Subler*: e.g. Fig. 1, and related description.<br><br>*Netflix* |
| Claim 22 | |
| A computer-implemented method as recited in claim 14, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery criteria comprises receipt of the movie by mail. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u>  description<br>*Auto Librarian*: <u>e.g.</u> description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *Netflix* |
| Claim 23 | |
| A computer-implemented method as recited in claim 14, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | *NCR, e.g., Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u>  description<br>*Auto Librarian*: <u>e.g.</u> description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |