# BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION

## SEPTEMBER 18, 2006
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT I

### CLAIM CHART
### (Claims 24 through 33)

| Elements of Claims 24 through 33 | Prior Art Disclosure |
|---|---|
| Claim 24 | |
| A computer-implemented method for renting movies to customers, the method comprising: | *Multi Video*[1]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi* |

---

[1] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906689_1.DOC

Dockets.Justia.com

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT*<br>*BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 6-12 and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244. |

906689_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*Avis*: <u>see</u> *Internet for Business*<br>*TiVo*<br>*Bradley*: related description<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*Netflix* |
| establishing, in electronic digital form, from | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: <u>e.g.</u> description at C.08.<br>*Maxcess*: <u>e.g.</u> description, p 2.<br>*Sirsi*: <u>e.g.</u> pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: <u>e.g.</u> Figs. 6, 7a and 7b, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |
| causing to be delivered to the customer up to a specified number of movies based upon the | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 39-40 and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| order of the list, | *Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description at pp. 121, 181, 192.<br>*Functional Requirements*: e.g. description, C.06.<br>*Maxcess*: e.g. description, pp1-2.<br>*Sirsi*: e.g. pp.244-245.<br>*Auto Librarian*: e.g. Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: e.g. Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: e.g. Fig. 7, and related description.<br>*Koya*: e.g. Figs. 1a, 6, 7a and 7b, and related description.<br>*Crook*: e.g. Figs. 1 and 15, and related description.<br>*Isobe*: e.g. Figs. 1, 2, 5 and 6, and related description.<br><br>*Subler*: e.g. Fig. 17, and related description.<br><br>*AudioQueue*<br>*TBCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description.<br><br>*Leason*: e.g. Figs. 1, 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description. |
|---|---|

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| wherein the customer is not charged a fee for retaining one or more movies beyond a specified time associated with delivery; | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 121, 181, 192.<br>*Functional Requirements*: <u>e.g.</u> description, C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.244-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*AudioQueue*<br>*TBCC*<br>*TBW*<br>*BOT and/or BTL* |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; | *NCR*, <u>e.g.</u>, *Siefert '526*: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 127, 135, and 163-169.<br>*Functional Requirements*: <u>e.g.</u> description, C.08.<br>*Maxcess*: <u>e.g.</u> description, p. 2.<br>*Sirsi*: <u>e.g.</u> pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Fig. 7, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Koya*: <u>e.g.</u> Figs. 6, 7a and 7b, and related description.<br>*Crook*: <u>e.g.</u> Figs. 1-12, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 5 and 6, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description.<br><br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description. |
| and in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |

EXHIBIT I: CLAIM CHART (Claims 24 through 33)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
| **Claim 25** | |
| A computer-implemented method as recited in claim 24, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification. |

EXHIBIT I: CLAIM CHART (Claims 24 through 33)

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description.<br><br>*Cook*: e.g. Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description. |
| **Claim 26** |  |
| A computer-implemented method as recited in claim 24, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |

906689_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description. |
| **Claim 27** | |
| A computer-implemented method as recited in claim 24, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein updating the movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| Claim 28 | |
| A computer-implemented method as recited in claim 24, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the two or more movies for renting to the customer are selected by the customer. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 6-12 and related description.<br><br>*Multi Video*: <u>see</u> *Video Retailing*<br>*Pop\*Card*: <u>see</u> *Video Store* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Video Hit*: <u>see</u> *Changing Times*<br>*Cine Club*: <u>see</u> *Changing Times*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*Avis*: <u>see</u> *Internet for Business*<br>*TiVo*<br>*Bradley*<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*Netflix* |
| **Claim 29** | |
| A computer-implemented method as recited in claim 24, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| further comprising determining the order of the two or more movies based upon one or more preferences of the customer. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 6-12 and related description.<br><br>*Multi Video*: <u>see</u> *Video Retailing*<br>*Pop\*Card*: <u>see</u> *Video Store*<br>*Video Hit*: <u>see</u> *Changing Times*<br>*Cine Club*: <u>see</u> *Changing Times*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*Avis*: <u>see</u> *Internet for Business*<br>*TiVo*<br><br>*AudioQueue* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description. |
| **Claim 30** |  |
| A computer-implemented method as recited in claim 24, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery of the selected movie comprises delivery by mail. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Netflix* |
| Claim 31 | |
| A computer-implemented method as recited in claim 24, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 1, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | *Netflix* |
|---|---|
| **Claim 32** | |
| A computer-implemented method as recited in claim 24, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification. |

EXHIBIT I: CLAIM CHART (Claims 24 through 33)
Page 20 of 23

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery criteria comprises receipt of the movie by mail. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u> description<br>*Auto Librarian*: <u>e.g.</u> description.<br><br>*Netflix* |
| **Claim 33** | |
| A computer-implemented method as recited in claim 24, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u>  description |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Auto Librarian*: <u>e.g.</u> description. |
| | |
| | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |

906689_1.DOC