# BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION

## SEPTEMBER 18, 2006
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT J

### CLAIM CHART
### (Claims 34 through 43)

| Elements of Claims 34 through 43 | Prior Art Disclosure |
|---|---|
| Claim 34 | |
| A computer-implemented method for renting movies to customers, the method comprising: | *Multi Video*[1]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi* |

---

[1] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

Dockets.Justia.com

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT*<br>*BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| establishing over the Internet a rental agreement with a customer that provides for charging the customer a periodic fee; | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Avis*<br>*TiVo*<br>*Bradley*<br>*Ginter* |
| providing electronic digital information that causes one or more attributes of movies to be | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 6-12 and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| displayed; | *Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video* |
| | *Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238. |
| | *Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description. |
| | *Avis*: <u>see</u> *Internet for Business*<br>*TiVo*<br>*Bradley*: related description |
| | *Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description. |
| | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |
| | *Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*Netflix* |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60, and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: <u>e.g.</u> description at C.08.<br>*Maxcess*: <u>e.g.</u> description, p 2.<br>*Sirsi*: <u>e.g.</u> pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: <u>e.g.</u> Figs. 6, 7a and 7b, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list; | *NCR*, <u>e.g.</u>, *Siefert '526*: <u>e.g.</u> Figs. 39-40 and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 121, 181, 192.<br>*Functional Requirements*: <u>e.g.</u> description, C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.244-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Fig. 7, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 6, 7a and 7b, and related description.<br>*Crook*: <u>e.g.</u> Figs. 1 and 15, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2, 5 and 6, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br><br>*AudioQueue*<br>*TBCC*<br>*TBW* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description.<br><br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description. |
| in response to one or more delivery criteria being satisfied, if the customer is current on the periodic fee, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 127, 135, and 163-169.<br>*Functional Requirements*: <u>e.g.</u> description, C.08.<br>*Maxcess*: <u>e.g.</u> description, p. 2.<br>*Sirsi*: <u>e.g.</u> pp.242-245.<br>*Auto Librarian*: <u>e.g.</u> Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: <u>e.g.</u> Fig. 7, and related description.<br>*Koya*: <u>e.g.</u> Figs. 6, 7a and 7b, and related description.<br>*Crook*: <u>e.g.</u> Figs. 1-12, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1, 5 and 6, and related description.<br><br>*Subler*: <u>e.g.</u> Fig. 17, and related description.<br><br>*AudioQueue* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description.<br><br>*Leason*: <u>e.g.</u> Figs. 1, 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description. |
| and in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| **Claim 35** | |
| A computer-implemented method as recited in claim 34, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| **Claim 36** |  |
| A computer-implemented method as recited in claim 34, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> Siefert '526, the Abstract, drawings and specification.<br><br>*Avis* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 58-60 and related description.<br><br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72D, and related description. |
| Claim 37 | |
| A computer-implemented method as recited in claim 34, | *Multi Video*<br>*Pop Card*<br>*Video Hit* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |

906691_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| wherein updating the movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | *NCR*, *e.g.*, *Siefert '526*: <u>e.g.</u> Figs. 6-12 and related description.<br><br>*Multi Video*: <u>see</u> *Video Retailing*<br>*Pop\*Card*: <u>see</u> *Video Store*<br>*Video Hit*: <u>see</u> *Changing Times*<br>*Cine Club*: <u>see</u> *Changing Times*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.<br><br>*Avis*: <u>see</u> *Internet for Business*<br>*TiVo*<br>*Bradley*<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Hendricks*: e.g. Figs. 16 and 21, and related description. |
|  | *Saigh*: e.g. Fig. 9, and related description. |
|  | *Ginter*: e.g. Fig. 72C, and related description. |
|  |  |
|  | *Fein*: e.g. Figs. 6A-6D, and related description. |
|  | *Leason*: e.g. Figs. 2A and 5A, and related description. |
|  | *Cook*: e.g. Fig. 1, and related description. |
|  |  |
|  | *Netflix* |
| **Claim 38** |  |
| A computer-implemented method as recited in claim 34, | *Multi Video* |
|  | *Pop Card* |
|  | *Video Hit* |
|  | *Cine Club* |
|  | *Campus Video* |
|  |  |
|  | *Yoshida*: the Abstract, drawings and specification. |
|  | *Kuriyama*: the Abstract, drawings and specification. |
|  | *Koya*: the Abstract, drawings and specification. |
|  | *Crooks*: the Abstract, drawings and specification. |
|  | *Isobe*: the Abstract, drawings and specification. |
|  |  |
|  | *Reference Guide* |
|  | *Functional Requirement* |
|  | *Maxcess* |
|  | *Sirsi* |
|  | *Auto Librarian* |
|  |  |
|  | *NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification. |
|  |  |
|  | *Avis* |
|  | *TiVo* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the two or more movies for renting to the customer are selected by the customer. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. 6-12 and related description.<br><br>*Multi Video*: <u>see</u> *Video Retailing*<br>*Pop*Card*: <u>see</u> *Video Store*<br>*Video Hit*: <u>see</u> *Changing Times*<br>*Cine Club*: <u>see</u> *Changing Times*<br><br>*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.<br>*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: <u>e.g.</u> description, pp1-2.<br>*Sirsi*: <u>e.g.</u> pp.243-244.<br>*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.<br>*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: <u>e.g.</u> Fig. 1, and related description.<br>*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Avis*: <u>see</u> *Internet for Business*<br>*TiVo*<br>*Bradley*<br><br>*Burks*: <u>e.g.</u> Fig. 2-6, and related description.<br>*Hironori*: <u>e.g.</u> Fig.1, and related description.<br>*Subler*: <u>e.g.</u> Figs. 2-3, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: <u>e.g.</u> Fig. 6, and related description.<br>*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.<br>*Saigh*: <u>e.g.</u> Fig. 9, and related description.<br>*Ginter*: <u>e.g.</u> Fig. 72C, and related description.<br><br>*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.<br>*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.<br>*Cook*: <u>e.g.</u> Fig. 1, and related description.<br><br>*Netflix* |
| **Claim 39** | |
| A computer-implemented method as recited in claim 34, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| further comprising determining the order of the two or more movies indicated by the movie rental queue based upon preferences of the customer. | *NCR*, e.g., *Siefert* '526: <u>e.g.</u> Figs. 6-12 and related description.<br><br>*Multi Video*: <u>see</u> *Video Retailing*<br>*Pop\*Card*: <u>see</u> *Video Store*<br>*Video Hit*: <u>see</u> *Changing Times* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

*Cine Club*: <u>see</u> *Changing Times*

*Reference Guide*: <u>e.g.</u> description at pp. 115, 177.
*Functional Requirements*: <u>e.g.</u> description, C.01, C.02, C.05 and C.06.
*Maxcess*: <u>e.g.</u> description, pp1-2.
*Sirsi*: <u>e.g.</u> pp.243-244.
*Auto Librarian*: <u>e.g.</u> Figs. 1 and 2, and related description, pp. 235-238.

*Yoshida*: <u>e.g.</u> Figs. 1, 8a, 8b and 9, and related description.
*Kuriyama*: <u>e.g.</u> Figs. 7 and 10, and related description.
*Koya*: <u>e.g.</u> Figs. 1a, 1b, 4a and 4b, and related description.
*Crook*: <u>e.g.</u> Fig. 1, and related description.
*Isobe*: <u>e.g.</u> Figs. 1 and 6, and related description.

*Avis*: <u>see</u> *Internet for Business*
*TiVo*

*AudioQueue*
*BTCC*
*TBW*
*BOT and/or BTL*

*Burks*: <u>e.g.</u> Fig. 2-6, and related description.
*Hironori*: <u>e.g.</u> Fig.1, and related description.
*Subler*: <u>e.g.</u> Figs. 2-3, and related description.

*Morales*: <u>e.g.</u> Fig. 6, and related description.
*Hendricks*: <u>e.g.</u> Figs. 16 and 21, and related description.
*Saigh*: <u>e.g.</u> Fig. 9, and related description.
*Ginter*: <u>e.g.</u> Fig. 72C, and related description.

*Fein*: <u>e.g.</u> Figs. 6A-6D, and related description.
*Leason*: <u>e.g.</u> Figs. 2A and 5A, and related description.

EXHIBIT J: CLAIM CHART (Claims 34 through 43)
Page 17 of 23

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Cook*: <u>e.g.</u> Fig. 1, and related description. |
| **Claim 40** |  |
| A computer-implemented method as recited in claim 34, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery of the selected movie comprises delivery by mail. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Netflix* |
| **Claim 41** | |
| A computer-implemented method as recited in claim 34, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | *NCR*, e.g., *Siefert* '526: e.g. Figs. and related description.<br><br>*Subler*: e.g. Fig. 1, and related description.<br><br>*Netflix* |
| Claim 42 | |
| A computer-implemented method as recited in claim 34, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the receipt of the movie previously delivered to the customer comprises receipt by mail. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u> description<br>*Auto Librarian*: <u>e.g.</u> description.<br><br>*Netflix* |

906691_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| Claim 43 | |
| A computer-implemented method as recited in claim 34, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br>*Bradley*: the Abstract, drawings and specification.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: <u>e.g.</u> description<br>*Functional Requirements*: <u>e.g.</u> description<br>*Maxcess*: <u>e.g.</u> description<br>*Sirsi*: <u>e.g.</u>  description<br>*Auto Librarian*: <u>e.g.</u> description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |