# BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION

## SEPTEMBER 18, 2006
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT K

### CLAIM CHART
### (Claims 44 through 51)

| Elements of Claims 44 through 51 | Prior Art Disclosure |
|---|---|
| Claim 44 | |
| A computer system for renting movies to customers, comprising: | *Multi Video*[1]<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi* |

---

[1] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

906692_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT*<br>*BTL*<br><br>*Burks*: the Abstract, drawings and specification.<br>*Hironori*: the Abstract, drawings and specification.<br>*Subtler*: the Abstract, drawings and specification.<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| a computer that is coupled to a digital telecommunications network by a digital telecommunications link; | *Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br><br>*Burks*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  | |
|---|---|
|  | *Hironori*: the Abstract, drawings and specification.<br>*Subtler*: the Abstract, drawings and specification.<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| an electronic digital memory in the computer; | *Burks*: related description.<br>*Hironori*: related description.<br>*Subtler*: related description.<br><br>*Morale*: related description.<br>*Saigh*: related description.<br>*Hendricks*: related description.<br>*Ginter*: related description. |
| one or more sequences of computer program instructions stored in the electronic digital memory which, when executed, cause the computer to perform the steps of: | *Burks*: related description.<br>*Hironori*: related description.<br>*Subtler*: related description.<br><br>*Morale*: related description.<br>*Saigh*: related description.<br>*Hendricks*: related description.<br>*Ginter*: related description. |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | *NCR*, e.g., *Siefert* '526: e.g. Figs. 6-12 and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  | |
|---|---|
| | *Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description at pp. 115, 177.<br>*Functional Requirements*: e.g. description, C.01, C.02, C.05 and C.06.<br>*Maxcess*: e.g. description, pp1-2.<br>*Sirsi*: e.g. pp.243-244.<br>*Auto Librarian*: e.g. Figs. 1 and 2, and related description, pp. 235-238.<br><br>*Yoshida*: e.g. Figs. 1, 8a, 8b and 9, and related description.<br>*Kuriyama*: e.g. Figs. 7 and 10, and related description.<br>*Koya*: e.g. Figs. 1a, 1b, 4a and 4b, and related description.<br>*Crook*: e.g. Fig. 1, and related description.<br>*Isobe*: e.g. Figs. 1 and 6, and related description.<br><br>*Avis*: see *Internet for Business*<br>*TiVo*<br>*Bradley*: related description<br><br>*Burks*: e.g. Fig. 2-6, and related description.<br>*Hironori*: e.g. Fig.1, and related description.<br>*Subler*: e.g. Figs. 2-3, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72C, and related description. |

EXHIBIT K: CLAIM CHART (Claims 44 through 51)
Page 4 of 19

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Fein*: e.g. Figs. 6A-6D, and related description.<br>*Leason*: e.g. Figs. 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description.<br><br>*Netflix* |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60, and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description at pp. 127, 135 and 163-169.<br>*Functional Requirements*: e.g. description at C.08.<br>*Maxcess*: e.g. description, p 2.<br>*Sirsi*: e.g. pp.242-245.<br>*Auto Librarian*: e.g. Figs. 1-22, and related description, pp. 235-236.<br><br>*Koya*: e.g. Figs. 6, 7a and 7b, and related description.<br>*Isobe*: e.g. Figs. 1, 2 and 5, and related description.<br><br>*Subler*: e.g. Fig. 17, and related description.<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72C, and related description.<br><br>*Leason*: e.g. Figs. 1, 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list; | *NCR*, e.g., *Siefert '526*: e.g. Figs. 39-40 and related description.<br><br>*Multi Video*<br>*Pop*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description at pp. 121, 181, 192.<br>*Functional Requirements*: e.g. description, C.06.<br>*Maxcess*: e.g. description, pp1-2.<br>*Sirsi*: e.g. pp.244-245.<br>*Auto Librarian*: e.g. Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: e.g. Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: e.g. Fig. 7, and related description.<br>*Koya*: e.g. Figs. 1a, 6, 7a and 7b, and related description.<br>*Crook*: e.g. Figs. 1 and 15, and related description.<br>*Isobe*: e.g. Figs. 1, 2, 5 and 6, and related description.<br><br>*Subler*: e.g. Fig. 17, and related description.<br><br>*AudioQueue*<br>*TBCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description.<br><br>*Leason*: e.g. Figs. 1, 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description. |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description at pp. 127, 135, and 163-169.<br>*Functional Requirements*: e.g. description, C.08.<br>*Maxcess*: e.g. description, p. 2.<br>*Sirsi*: e.g. pp.242-245.<br>*Auto Librarian*: e.g. Figs. 4 and 5, and related description, pp. 240-243.<br><br>*Yoshida*: e.g. Figs. 1, 8c and 8d, and related description.<br>*Kuriyama*: e.g. Fig. 7, and related description.<br>*Koya*: e.g. Figs. 6, 7a and 7b, and related description.<br>*Crook*: e.g. Figs. 1-12, and related description.<br>*Isobe*: e.g. Figs. 1, 5 and 6, and related description.<br><br>*Subler*: e.g. Fig. 17, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description.<br><br>*Leason*: e.g. Figs. 1, 2A and 5A, and related description.<br>*Cook*: e.g. Fig. 1, and related description. |
| and in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description.<br><br>*Cook*: e.g. Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description. |
| Claim 45 | |
| A computer system as recited in claim 44, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Burks*: the Abstract, drawings and specification.<br>*Hironori*: the Abstract, drawings and specification.<br>*Subtler*: the Abstract, drawings and specification.<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the other electronic digital information specifies changing the order of the two or more movies for renting to the | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description.<br><br>*Cook*: e.g. Fig. 1, and related description. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| customer. | *AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description. |
| Claim 46 | |
| A computer system as recited in claim 44, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Burks*: the Abstract, drawings and specification.<br>*Hironori*: the Abstract, drawings and specification.<br>*Subtler*: the Abstract, drawings and specification.<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the other electronic digital information specifies an additional movie to add to the ordered list. | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description.<br><br>*Cook*: e.g. Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description. |
| Claim 47 |  |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| A computer system as recited in claim 44, | *Multi Video* <br> *Pop Card* <br> *Video Hit* <br> *Cine Club* <br> *Campus Video* <br><br> *Yoshida*: the Abstract, drawings and specification. <br> *Kuriyama*: the Abstract, drawings and specification. <br> *Koya*: the Abstract, drawings and specification. <br> *Crooks*: the Abstract, drawings and specification. <br> *Isobe*: the Abstract, drawings and specification. <br><br> *Reference Guide* <br> *Functional Requirement* <br> *Maxcess* <br> *Sirsi* <br> *Auto Librarian* <br><br> *NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification. <br><br> *Avis* <br> *TiVo* <br><br> *AudioQueue* <br> *BTCC* <br> *TBW* <br> *BOT and/or BTL* <br><br> *Burks*: the Abstract, drawings and specification. <br> *Hironori*: the Abstract, drawings and specification. <br> *Subtler*: the Abstract, drawings and specification. <br><br> *Morale*: the Abstract, drawings and specification. |

EXHIBIT K: CLAIM CHART (Claims 44 through 51)
Page 12 of 19

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the other electronic digital information specifies removing an indication of one or more of the movies from the ordered list. | *NCR*, e.g., *Siefert* '526: e.g. Figs. 58-60 and related description.<br><br>*Cook*: e.g. Fig. 1, and related description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Morales*: e.g. Fig. 6, and related description.<br>*Hendricks*: e.g. Figs. 16 and 21, and related description.<br>*Saigh*: e.g. Fig. 9, and related description.<br>*Ginter*: e.g. Fig. 72D, and related description. |
| Claim 48 | |
| A computer system as recited in claim 44, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Burks*: the Abstract, drawings and specification.<br>*Hironori*: the Abstract, drawings and specification.<br>*Subtler*: the Abstract, drawings and specification.<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery of the selected movie comprises delivery by mail. | *NCR*, <u>e.g.</u>, *Siefert* '526: <u>e.g.</u> Figs. and related description.<br><br>*Netflix* |

EXHIBIT K: CLAIM CHART (Claims 44 through 51)
Page 14 of 19

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
| Claim 49 |  |
| A computer system as recited in claim 44, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: <u>e.g.</u> *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Burks*: the Abstract, drawings and specification.<br>*Hironori*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Subtler*: the Abstract, drawings and specification. *Morale*: the Abstract, drawings and specification. *Saigh*: the Abstract, drawings and specification. *Hendricks*: the Abstract, drawings and specification. *Ginter*: the Abstract, drawings and specification. *Netflix* |
| wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | *NCR*, e.g., *Siefert* '526: e.g. Figs. and related description. *Subler*: e.g. Fig. 1, and related description. *Netflix* |
| Claim 50 | |
| A computer system as recited in claim 44, | *Multi Video* *Pop Card* *Video Hit* *Cine Club* *Campus Video* *Yoshida*: the Abstract, drawings and specification. *Kuriyama*: the Abstract, drawings and specification. *Koya*: the Abstract, drawings and specification. *Crooks*: the Abstract, drawings and specification. *Isobe*: the Abstract, drawings and specification. *Reference Guide* *Functional Requirement* *Maxcess* *Sirsi* *Auto Librarian* |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *NCR*: *e.g.* *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Burks*: the Abstract, drawings and specification.<br>*Hironori*: the Abstract, drawings and specification.<br>*Subtler*: the Abstract, drawings and specification.<br><br>*Morale*: the Abstract, drawings and specification.<br>*Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein the delivery criteria comprise receipt by mail. | *NCR*, *e.g.*, *Siefert* '526: *e.g.* Figs. and related description.<br><br>*Reference Guide*: *e.g.* description<br>*Functional Requirements*: *e.g.* description<br>*Maxcess*: *e.g.* description<br>*Sirsi*: *e.g.* description<br>*Auto Librarian*: *e.g.* description.<br><br>*Netflix* |
| Claim 51 |  |

906692_1.DOC

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| A computer system as recited in claim 44, | *Multi Video*<br>*Pop Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Yoshida*: the Abstract, drawings and specification.<br>*Kuriyama*: the Abstract, drawings and specification.<br>*Koya*: the Abstract, drawings and specification.<br>*Crooks*: the Abstract, drawings and specification.<br>*Isobe*: the Abstract, drawings and specification.<br><br>*Reference Guide*<br>*Functional Requirement*<br>*Maxcess*<br>*Sirsi*<br>*Auto Librarian*<br><br>*NCR*: e.g. *Siefert* '526, the Abstract, drawings and specification.<br><br>*Avis*<br>*TiVo*<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL*<br><br>*Burks*: the Abstract, drawings and specification.<br>*Hironori*: the Abstract, drawings and specification.<br>*Subtler*: the Abstract, drawings and specification.<br><br>*Morale*: the Abstract, drawings and specification. |

BLOCKBUSTER'S PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| | *Saigh*: the Abstract, drawings and specification.<br>*Hendricks*: the Abstract, drawings and specification.<br>*Ginter*: the Abstract, drawings and specification.<br><br>*Netflix* |
| wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | *NCR*, e.g., *Siefert* '526: e.g. Figs. and related description.<br><br>*Multi Video*<br>*Pop\*Card*<br>*Video Hit*<br>*Cine Club*<br>*Campus Video*<br><br>*Reference Guide*: e.g. description<br>*Functional Requirements*: e.g. description<br>*Maxcess*: e.g. description<br>*Sirsi*: e.g. description<br>*Auto Librarian*: e.g. description.<br><br>*AudioQueue*<br>*BTCC*<br>*TBW*<br>*BOT and/or BTL* |