ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@agsk.com
       wobrien@agsk.com
       tchen@agsk.com
       dthomas@agsk.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, Plaintiff, vs. BLOCKBUSTER INC., a Delaware corporation, DOES 1-50, Defendants. AND RELATED COUNTER ACTION. | CASE NO. C 06 2361 WHA [Magistrate Judge Joseph C. Spero] **STIPULATION AND [PROPOSED] ORDER ON HEARING FOR DISCOVERY MOTIONS** Complaint Filed: April 4, 2006 |

Plaintiff and Counterdefendant, Netflix, Inc., and Defendant and Counterclaimant, Blockbuster Inc., stipulate as follows:

1. Netflix has informed Blockbuster that Netflix intends to file a motion or motions (the "Netflix Motions") seeking a protective order related to document subpoenas (the "Subject Subpoenas") that have been served by Blockbuster on the following third parties:

      a.    AOL LLC;

      b.    Best Buy Co.;

      c.    Fox Entertainment Group, Inc.;

      d.    Gutride Safier LLP;

      e.    Microsoft Corporation;

      f.    NBC Universal Inc.;

      g.    Paramount Pictures Corporation;

      h.    Sony Pictures Entertainment Inc.;

      i.    Walt Disney Company;

      j.    Warner Bros. Entertainment Inc.; and

      k.    Yahoo! Inc.

2.    The parties have conferred about the schedule for the Netflix Motions and have agreed as follows.

3.    Netflix has agreed to Blockbuster's request that the Court's hearing on the Netflix Motions be scheduled for November 17, 2006.

4.    In return, Blockbuster has agreed to inform the third-parties listed above that they are not required to produce documents in response to the Subject Subpoenas until ten business days after this Court rules on the Netflix's Motions.

///
///
///
///
///
///
///
///
///

5. Blockbuster has also agreed not to schedule any discovery motion in this case for hearing prior to November 17, 2006.

6. The parties respectfully request and agree that the Court enter an order providing as set forth above.

DATED: September 28, 2006    KEKER & VAN NEST, LLP

By  /s/
Ashok Ramani
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

DATED: September 28, 2006    ALSCHULER GROSSMAN STEIN & KAHAN LLP

By  /s/
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

### [PROPOSED] ORDER

It is so ordered.

DATED: _____

Honorable Joseph C. Spero
United States Magistrate Judge