5. Blockbuster has also agreed not to schedule any discovery motion in this case for hearing prior to November 17, 2006.

6. The parties respectfully request and agree that the Court enter an order providing as set forth above.

DATED: September 28, 2006    KEKER & VAN NEST, LLP

By *Ashok Ramani by express consent by William O'Brien*
Ashok Ramani
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

DATED: September 28, 2006    ALSCHULER GROSSMAN STEIN & KAHAN LLP

By *[signature]*
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

### [PROPOSED] ORDER

It is so ordered.

DATED: _____

_____
Honorable Joseph C. Spero
United States Magistrate Judge