1  KEKER & VAN NEST, LLP
   JEFFREY R. CHANIN - #103649
2  DARALYN J. DURIE - #169825
   ASHOK RAMANI - #200020
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff
6  NETFLIX, INC.

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10
    NETFLIX, INC., a Delaware corporation,        Case No. C 06 2361 WHA
11
                              Plaintiff,          **DECLARATION OF ASHOK RAMANI IN
12                                                SUPPORT OF NETFLIX'S
              v.                                  MISCELLANEOUS ADMINISTRATIVE
13                                                REQUEST TO FILE A SURREPLY TO
    BLOCKBUSTER, INC., a Delaware                 THE PARTIES' JOINT STATEMENT**
14  corporation, DOES 1-50,
                                                 Date:        TBD
15                            Defendant.          Time:        TBD
                                                 Judge:       Hon. Joseph C. Spero
16
    AND RELATED COUNTERCLAIMS
17

18

19

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

1      I, ASHOK RAMANI, declare and state as follows:

2      1.   I am an attorney duly licensed to practice before this Court, and am a partner with

Keker & Van Nest, LLP, counsel to Plaintiff and Counterclaim-Defendant Netflix, Inc.  I have

personal knowledge of the facts set forth below, and if called to testify as a witness thereto could

do so competently under oath.

2.   During the week of September 18, my partner Jeff Chanin and I spoke with

Blockbuster, Inc.'s counsel William O'Brien and Dominique Thomas via telephone.  During the

conversation—a follow-up meet-and-confer on a different issue in this lawsuit—we stated our

objection to Blockbuster's having served the Stevenson Declaration.  We stated that we believed

it improper to file the declaration of Blockbuster's in-house counsel Mr. Stevenson—new,

purported evidence—on reply, and we intended to file a sur-reply challenging the declaration.

We asked whether Blockbuster's counsel would agree to filing the sur-reply; they stated they

would need to review the document.  We said that was inappropriate, and we would file the sur-

reply ourselves.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.  Executed on this 3rd day of October 2006, at San Francisco,

California.

                                      /s/ Ashok Ramani

DECLARATION OF ASHOK RAMANI ISO MISC. ADMIN REQ. TO FILE A SURREPLY TO PARTIES'
JOINT STATEMENT
CASE NO. C 06 2361 WHA