Alan Himmelfarb
LAW OFFICES OF ALAN HIMMELFARB
2757 Leonis Blvd
Los Angeles, CA 90058
Telephone: (323) 585-8696
Fax: (323) 585-8198
consumerlaw1@earthlink.net

Scott A. Kamber
Ethan Preston
KAMBER & ASSOCIATES, LLC
19 Fulton Street, Suite 400
New York, NY 10038
Telephone: (877) 773-5469
Fax: (212) 202-6364
skamber@kolaw.com
epreston@kolaw.com

*Counsel for proposed intervenor,
Dennis Dilbeck*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETFLIX, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER INC., a Delaware corporation, and DOES 1-50,<br><br>Defendants. | No. C 06 2361 WHA JCS<br>Judge William Alsup<br>**DECLARATION OF DENNIS DILBECK** |

**DECLARATION OF DENNIS DILBECK**

Exhibit C to Motion for Leave to Intervene,   1   06 2361
Declaration of Dennis Dilbeck

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I was not aware of the instant litigation between Netflix, Inc. and Blockbuster Inc. until my counsel brought it to my attention.

2. I was not aware that Netflix had any particular patents, let alone the U.S. Patent Nos. 6,584,450 (the '450 patent) and 7,024,381 (the '381 patent), until my counsel brought it to my attention.

3. I declare under penalty of perjury, that the foregoing is true and correct.

Pursuant to Section X of the Northern District of California's General Order No. 45 on electronic case filing and 28 U.S.C. § 1746, in lieu of Dennis Dilbeck's signature on this declaration, Alan Himmelfarb attests that Dennis Dilbeck is the signatory of this declaration, and that Dennis Dilbeck concurred to this declaration on October 11, 2006.

DATE: October 11, 2006

/s/Alan Himmelfarb
ALAN HIMMELFARB