Alan Himmelfarb
LAW OFFICES OF ALAN HIMMELFARB
2757 Leonis Blvd
Los Angeles, CA 90058
Telephone: (323) 585-8696
Fax: (323) 585-8198
consumerlaw1@earthlink.net

Scott A. Kamber
Ethan Preston
KAMBER & ASSOCIATES, LLC
19 Fulton Street, Suite 400
New York, NY 10038
Telephone: (877) 773-5469
Fax: (212) 202-6364
skamber@kolaw.com
epreston@kolaw.com

*Counsel for proposed intervenor,
Dennis Dilbeck*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NETFLIX, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER INC., a Delaware corporation, and DOES 1-50,<br><br>Defendants. | No. C 06 2361 WHA<br>Judge William Alsup<br><br>**(PROPOSED) ORDER GRANTING DILBECK'S MOTION FOR LEAVE TO INTERVENE**<br><br>Date: November 16, 2006<br>Time: 8:00 a.m.<br>Location: Courtroom 9, 19th Floor |

### ORDER GRANTING DENNIS DILBECK'S MOTION FOR LEAVE TO INTERVENE

Dennis Dilbeck's Motion for Leave to Intervene came on for hearing before this Court on November 16, 2006 before the Honorable William Alsup, United States District Court, San Francisco, California, with all parties having appeared through counsel. The Court having reviewed the request, and after consideration of the opposition and reply papers, arguments of counsel, and all other matters presented to the Court, the Court orders that:

Dilbeck having established the requisite grounds for intervention, Dennis Dilbeck's Motion to Intervene is granted under Federal Rule of Civil Procedure 24. The Court grants Dilbeck leave to intervene, to become a party in the above-titled action as an intervening plaintiff

against Netflix, Inc., and to file the proposed Complaint in Intervention submitted to the Court with Dilbeck's Motion.

Dated:

                                          Hon. William Alsup
                                          United States District Judge