## ATTACHMENT "A"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC.,<br><br>　　　　Defendant.<br><br>And related counterclaims. | CASE NO. C 06-2361 WHA<br><br>[Assigned for Discovery Purposes to the Honorable Joseph C. Spero, United States Magistrate Judge]<br><br>**UNDERTAKING PURSUANT TO PROTECTIVE ORDER** |

　　　　The undersigned acknowledges receipt and review of this Protective Order previously entered into in this matter, understands the terms and conditions thereof, is among those "qualified" persons specified therein as entitled to review "CONFIDENTIAL" [and "CONFIDENTIAL ATTORNEYS' EYES ONLY"] Material as defined therein, and agrees to be bound by the terms of such Order. Upon the termination of this lawsuit, the undersigned also agrees to return or dispose of all such Confidential Material, including all copies or notes thereof, as provided in the Order.

DATED: _____　　_____

　　　　Type or Print Name: _____

　　　　Address: _____

　　　　Telephone Number: (\_\_\_\_) \_\_\_\_-_____