KEKER & VAN NEST, LLP
Jeffrey R. Chanin (No. 103649)
Daralyn J. Durie (No. 169825)
Ashok Ramani (No. 200020)
Eugene M. Paige (No. 202849)
710 Sansome Street
San Francisco, CA 94111-5400
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jrc@kvn.com
        ddurie@kvn.com
        axr@kvn.com
        emp@kvn.com

Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@agsk.com
        wobrien@agsk.com
        tchen@agsk.com
        dthomas@agsk.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, | CASE NO. C 06 2361 WHA |
| Plaintiff, | Magistrate Judge Joseph C. Spero |
| vs. | **JOINT REQUEST FOR BRIEF TELEPHONIC CASE MANAGEMENT CONFERENCE BEFORE OCTOBER 25, 2006** |
| BLOCKBUSTER INC., a Delaware corporation, DOES 1-50, | |
| Defendants. | |
| AND RELATED COUNTER ACTION. | |

1.  The parties, Plaintiff and Counterdefendant, Netflix, Inc., and Defendant and Counterclaimant, Blockbuster Inc., have been diligently pursuing the claim construction process and schedule delineated by this Court in its Case Management Order of June 30, 2006 and its Claim Construction Scheduling Order of July 31, 2006. Counsel would appreciate obtaining further guidance from the Court in a brief telephonic status conference.

2.  The exchange of the parties' proposed claim constructions is scheduled for October 25, 2006. Therefore, counsel would greatly appreciate it if the Court would schedule a brief telephonic conference before that date.

3.  Any calls regarding this request may be directed to Ashok Ramani for Netflix (Telephone: (415) 391-5400) and Bill O'Brien for Blockbuster (Telephone: (310) 255-9033)

Respectfully submitted.

DATED: October 20, 2006   KEKER & VAN NEST, LLP

By   /S/
Ashok Ramani
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

DATED: October 20, 2006   ALSCHULER GROSSMAN STEIN & KAHAN LLP

By   /S/
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.