```
KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA<br><br>**STIPULATION CONTINUING HEARING & [PROPOSED] ORDER**<br><br>Complaint filed: April 4, 2006<br>Date: TBD<br>Time: TBD<br>Dept: Courtroom 9, 19th Floor<br>Judge: Hon. William H. Alsup |

1  WHEREAS, on October 11, 2006, proposed intervenor Dennis Dilbeck ("Dilbeck") filed a motion requesting to intervene in this case, with a hearing date set for November 16, 2006;

WHEREAS, Plaintiff and counterclaim defendant Netflix, Inc. ("Netflix") and defendant and counterclaimant Blockbuster Inc. ("Blockbuster") were not aware of Dilbeck's request to intervene until they received his motion through the Court's Electronic Case Filing system;

WHEREAS, the parties therefore have been permitted only two weeks to consider their position on the proposed intervention and submit briefing on their position, and additional time to consider and brief the issues presented by Dilbeck's request for intervention would be helpful to the parties and will enhance their ability to assist the Court in reaching a decision on the motion through their briefing;

WHEREAS, counsel for Dilbeck Scott Kamber has stated to Netflix's counsel Ashok Ramani and Blockbuster's counsel William O'Brien today that he does not oppose this request for continuance of the hearing;

WHEREAS, no changes in the schedule of this case would be necessitated by continuing this hearing;

WHEREAS, the only previous modifications of time in this case were to allow Blockbuster additional time to respond to Netflix's complaint;

---

1

STIPULATION CONTINUING HEARING & [PROPOSED] ORDER
CASE NO. C 06 2361 WHA

1   THEREFORE, Netflix and Blockbuster respectfully request that this Court enter an order
2   continuing the date for the hearing on Dilbeck's motion until November 30, 2006 at 8 a.m., and
3   with the briefing schedule being adjusted accordingly under the Local Rules.

5   Dated: October 19, 2006                              Respectfully submitted,

6                                                        KEKER & VAN NEST, LLP

8                                                        By:    /s/ Ashok Ramani
                                                         Attorneys For Plaintiff and Counterclaim
9                                                        Defendant NETFLIX, INC.

10  Dated: October 19, 2006                              Respectfully submitted,

11                                                       ALSCHULER GROSSMAN STEIN & KAHAN LLP

13                                                       By:    William O'Brien /by (?)
14                                                       Attorneys For Defendant and
                                                         Counterclaimant BLOCKBUSTER INC.

16  Pursuant to stipulation, IT IS SO ORDERED.

                                                         [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]

18  Dated:   October 23, 2006

20                                              By: _____
                                                 THE HON. WILLIAM H. ALSUP
21                                               UNITED STATES DISTRICT JUDGE

382687.01

2
STIPULATION CONTINUING HEARING & [PROPOSED] ORDER
CASE NO. C 06 2361 WHA