IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., | No. C 06-02361 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| BLOCKBUSTER, INC., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the motion to intervene by Dennis Dilbeck previously set for November 30, 2006 at 8:00 a.m. has been rescheduled for **December 7, 2006 at 8:00 a.m.**, due to the unavailability of the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated:   October 25, 2006                              FOR THE COURT,

                                                       Richard W. Wieking, Clerk

                                                       By: _____
                                                       Dawn Toland
                                                       Courtroom Deputy to the
                                                       Honorable William Alsup