KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email:  jrc@kvn.com
djd@kvn.com
axr@kvn.com

Attorneys for Plaintiff and Counterclaim-defendant,
NETFLIX, INC.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000
Email:  mgrossman@agsk.com
wobrien@agsk.com
tchen@agsk.com
dthomas@agsk.com
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, | Case No. C 06 2361 WHA |
| Plaintiff, | **STIPULATION REQUESTING WITHDRAWAL OF DOCKET ENTRY #62** |
| v. | |
| BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50, | Complaint filed:  April 4, 2006 |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

1       WHEREAS, on Friday, October 20, Plaintiff and Counterclaim-defendant Netflix, Inc.

2  and Defendant and Counterclaimant Blockbuster Inc. filed Docket Entry #62, entitled Joint

3  Request for Brief Telephonic Case Management Conference Before October 25, 2006;

4       WHEREAS, the requested conference did not occur;

5       WHEREAS, the Court's clerk contacted counsel for Netflix and asked that the parties

6  submit a request to withdraw the joint request;

7       THEREFORE, both Netflix and Blockbuster hereby request that Docket Entry #62, Joint

8  Request for Brief Telephonic Case Management Conference Before October 25, 2006, be

9  withdrawn.

10

11  Dated:  October 26, 2006              Respectfully submitted,

12                          KEKER & VAN NEST, LLP

13

14                    By: _____/s/ Ashok Ramani_____

15                        Attorneys For Plaintiff and Counterclaim
                                    Defendant NETFLIX, INC.

16  Dated:  October 26, 2006              Respectfully submitted,

17                          ALSCHULER GROSSMAN STEIN & KAHAN
                                    LLP

18

19                    By: *William O'Brien/by* @

20                        Attorneys For Defendant and
                                    Counterclaimant BLOCKBUSTER INC.

21

22       Pursuant to stipulation, IT IS SO ORDERED.

23

24  Dated:

25

26                  By: _____

27                    THE HON. WILLIAM H. ALSUP
                        UNITED STATES DISTRICT JUDGE

28

STIPULATION REQUESTING WITHDRAWAL OF DOCKET ENTRY #62
CASE NO. C 06 2361 WHA