```
 1  KEKER & VAN NEST, LLP
    JEFFREY R. CHANIN - #103649
 2  DARALYN J. DURIE - #169825
    ASHOK RAMANI - #200020
 3  710 Sansome Street
    San Francisco, CA 94111-1704
 4  Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
 5  Email: jrc@kvn.com
    djd@kvn.com
 6  axr@kvn.com

 7  Attorneys for Plaintiff and Counterclaim-defendant,
    NETFLIX, INC.
 8
    ALSCHULER GROSSMAN STEIN & KAHAN LLP
 9  Marshall B. Grossman (No. 35958)
    William J. O'Brien (No. 99526)
10  Tony D. Chen (No. 176635)
    Dominique N. Thomas (No. 231464)
11  The Water Garden
    1620 26th Street
12  Fourth Floor, North Tower
    Santa Monica, CA 90404-4060
13  Telephone: 310-907-1000
    Facsimile: 310-907-2000
14  Email: mgrossman@agsk.com
    wobrien@agsk.com
15  tchen@agsk.com
    dthomas@agsk.com
16  Attorneys for Defendant and Counterclaimant,
    Blockbuster Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA<br><br>**STIPULATION REQUESTING WITHDRAWAL OF DOCKET ENTRY #62**<br><br>Complaint filed: April 4, 2006 |

STIPULATION REQUESTING WITHDRAWAL OF DOCKET ENTRY #62
CASE NO. C 06 2361 WHA

383235.01

Dockets.Justia.com

1  WHEREAS, on Friday, October 20, Plaintiff and Counterclaim-defendant Netflix, Inc. and Defendant and Counterclaimant Blockbuster Inc. filed Docket Entry #62, entitled Joint Request for Brief Telephonic Case Management Conference Before October 25, 2006;

WHEREAS, the requested conference did not occur;

WHEREAS, the Court's clerk contacted counsel for Netflix and asked that the parties submit a request to withdraw the joint request;

THEREFORE, both Netflix and Blockbuster hereby request that Docket Entry #62, Joint Request for Brief Telephonic Case Management Conference Before October 25, 2006, be withdrawn.

Dated: October 26, 2006

Respectfully submitted,

KEKER & VAN NEST, LLP

By: _____/s/ Ashok Ramani_____
Attorneys For Plaintiff and Counterclaim Defendant NETFLIX, INC.

Dated: October 26, 2006

Respectfully submitted,

ALSCHULER GROSSMAN STEIN & KAHAN LLP

By: _____William O'Brien/by @_____
Attorneys For Defendant and Counterclaimant BLOCKBUSTER INC.

Pursuant to stipulation, IT IS SO ORDERED.

Dated:    October 27, 2006

By: _____
THE HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*