```
KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jrc@kvn.com
djd@kvn.com
axr@kvn.com
```

Attorneys for Plaintiff and Counterclaim-defendant,
NETFLIX, INC.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@agsk.com
wobrien@agsk.com
tchen@agsk.com
dthomas@agsk.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>Defendant. | Case No. C 06 2361 WHA<br><br>**STIPULATION REQUESTING WITHDRAWAL OF DOCKET ENTRY #62**<br><br>Complaint filed: April 4, 2006 |
| AND RELATED COUNTERCLAIMS | |

1  WHEREAS, on Friday, October 20, Plaintiff and Counterclaim-defendant Netflix, Inc.
2  and Defendant and Counterclaimant Blockbuster Inc. filed Docket Entry #62, entitled Joint
3  Request for Brief Telephonic Case Management Conference Before October 25, 2006;
4      WHEREAS, the requested conference did not occur;
5      WHEREAS, the Court's clerk contacted counsel for Netflix and asked that the parties
6  submit a request to withdraw the joint request;
7      THEREFORE, both Netflix and Blockbuster hereby request that Docket Entry #62, Joint
8  Request for Brief Telephonic Case Management Conference Before October 25, 2006, be
9  withdrawn.

11  Dated: October 26, 2006     Respectfully submitted,

12      KEKER & VAN NEST, LLP

14  By: /s/ Ashok Ramani
15  Attorneys For Plaintiff and Counterclaim Defendant NETFLIX, INC.

16  Dated: October 26, 2006     Respectfully submitted,

17  ALSCHULER GROSSMAN STEIN & KAHAN LLP

19  By: William O'Brien/by @
20  Attorneys For Defendant and Counterclaimant BLOCKBUSTER INC.

22  Pursuant to stipulation, IT IS SO ORDERED.

24  Dated: October 27, 2006

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]

26  By: _____
    THE HON. WILLIAM H. ALSUP
27  UNITED STATES DISTRICT JUDGE

---

1
STIPULATION REQUESTING WITHDRAWAL OF DOCKET ENTRY #62
CASE NO. C 06 2361 WHA

383235.01