KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>　　　　　　　　　　　Defendant. | Case No. C 06 2361 WHA<br><br>**DECLARATION OF NEIL D. HUNT IN SUPPORT OF NETFLIX'S MOTION FOR PROTECTIVE ORDER**<br><br>Date:　　December 8, 2006<br>Time:　　9:30 a.m.<br>Judge:　　Hon. Joseph C. Spero<br>Room:　　Courtroom A, 15th Floor |

AND RELATED COUNTERCLAIMS.

---

DECLARATION OF NEIL D. HUNT ISO NETFLIX'S MOTION FOR PROTECTIVE ORDER
CASE NO. C 06 2361 WHA

I, NEIL D. HUNT, declare and state as follows:

1. I have personal knowledge of the facts set forth below, and if called to testify as a witness thereto could do so competently under oath.

2. I presently serve as Netflix, Inc.'s ("Netflix") Chief Product Officer, a position that I have held since 2004. I joined Netflix in January, 1999 as Vice President, Internet Engineering. I am also a named inventor on both patents that Netflix has accused Blockbuster, Inc. of infringing in this lawsuit.

3. I have personal knowledge of the methods that Netflix has contemplated using and has used over time to allocate DVD items to customers. At no time on or before April 28, 2000 did Netflix design, develop or use any method to vary the speed or priority of fulfilling a customer's rental request based, in whole or in part, on the number or frequency of items rented by the customer.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 20th day of September, 2006, in Los Gatos, California.

_____
NEIL D. HUNT

---

1

DECLARATION OF NEIL D. HUNT ISO NETFLIX'S MOTION FOR PROTECTIVE ORDER
CASE NO. C 06 2361 WHA