# EXHIBIT F

Dockets.Justia.com

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

EUGENE M. PAIGE
EPAIGE@KVN.COM

September 12, 2006

**VIA FACSIMILE**

William J. O'Brien, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, 4th Floor, North Tower
Santa Monica, CA  90404-4060
Facsimile:  310-907-2000

> Re:    *Netflix, Inc. v. Blockbuster, Inc.*, Case No. C-06-2361 WHA;
>          United States District Court for the Northern District of California

Dear Bill:

I write to follow up on my voicemail of yesterday.

I called yesterday to discuss Netflix's motion for protective order, and left you a voicemail asking for a return call.  As of now, I have not yet received a return call.  As discussed in my letter of September 7, Netflix agreed not to file its motion for protective order until today so that the parties would have a chance to meet and confer on the issues created by Blockbuster's decision to serve a raft of short-fuse subpoenas either Friday or Monday.  As set forth in that letter, we intend to file our motion for protective order today.  I am disappointed that we have not yet been able to connect and discuss those issues further, and ask that you give me a call to discuss them today.

On a separate note, we were surprised to see that Blockbuster submitted a declaration from Bryan Stevenson with its reply papers on the joint protective order submission at midnight last night.  Any evidentiary materials such as declarations should have been submitted with the opening papers, as Netflix did with Ms. Falla's declaration.  We intend to submit a short response to Mr. Stevenson's declaration to be included with the joint submission.  We will endeavor to provide Blockbuster with that response promptly, most likely by the end of the day on Wednesday.  We are not willing to sign the joint submission unless it includes Netflix's response regarding the evidentiary materials that Blockbuster included with its reply papers.

380251.01

William O'Brien, Esq.
September 12, 2006
Page 2


     Thank you for your attention to this matter, and please do not hesitate to contact me should you wish to discuss it further.


                       Sincerely,

                       Eugene M. Paige

380251.01