# EXHIBIT G

Dockets.Justia.com

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

EUGENE M. PAIGE
EPAIGE@KVN.COM

September 12, 2006

**VIA FACSIMILE**

William J. O'Brien, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, 4th Floor, North Tower
Santa Monica, CA 90404-4060
Facsimile: 310-907-2000

Re:   *Netflix, Inc. v. Blockbuster, Inc.*, Case No. C-06-2361 WHA;
      United States District Court for the Northern District of California

Dear Bill:

Thank you for calling me this afternoon to discuss the parties' disagreements over the proposed stipulated protective order and Netflix's anticipated motion for protective order regarding the subpoenas that Blockbuster issued.

I appreciate your five-point proposal for resolving the parties' disputes over various terms of the proposed stipulated protective order, and will get back to you with Netflix's response to that proposal after I have had a chance to discuss it with my client. I am disappointed, however, that you were once again not willing to discuss Netflix's objections to Blockbuster's overbroad subpoenas. I have been trying to meet and confer with you on those topics since last Thursday without success. As I stated on the phone, and as reflected in my letter of earlier today, Netflix was planning to file its motion for protective order on those topics today, due to the fact that the stipulation regarding arguments of waiver that you accepted last Friday (so that we could engage in a conference) was set to expire today.

Nevertheless, in yet another attempt to work out Netflix's concerns about the subpoenas cooperatively, and because you have committed to meet and confer at 11:00 a.m. tomorrow, I hereby accept your offer to extend the non-waiver stipulation to and including this Friday, September 15th. In light of Blockbuster's proposal of today and our mutual intent to attempt to resolve cooperatively the issues relating to the stipulated protective order, I propose that the parties also agree not to submit the joint submission to Magistrate Judge Spero earlier than Friday.

380310.01

William O'Brien, Esq.
September 12, 2006
Page 2

With respect to the deposition of Eric Meyer, you have advised that Blockbuster is not in a position to proceed on September 25th. As set out in my letter of yesterday, Mr. Meyer remains available for deposition on September 22nd. If Blockbuster is not able to go forward that day either, we will have to look at dates following Mr. Meyer's return from New York on October 2nd. Please let me know as soon as possible whether Blockbuster would like to confirm the 22nd, or whether you would prefer that we and Mr. Meyer look for dates in early October.

I do appreciate your commitment to speak with me tomorrow at 11:00 a.m. regarding these matters, and will look forward to speaking with you then.

Sincerely,

Eugene M. Paige

380310.01