```
 1  KEKER & VAN NEST, LLP
    JEFFREY R. CHANIN - #103649
 2  DARALYN J. DURIE - #169825
    ASHOK RAMANI - #200020
 3  710 Sansome Street
    San Francisco, CA 94111-1704
 4  Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
 5  Email: jrc@kvn.com
    djd@kvn.com
 6  axr@kvn.com

 7  Attorneys for Plaintiff and Counterclaim-defendant,
    NETFLIX, INC.

 8  ALSCHULER GROSSMAN STEIN & KAHAN LLP
    Marshall B. Grossman (No. 35958)
 9  William J. O'Brien (No. 99526)
    Tony D. Chen (No. 176635)
10  Dominique N. Thomas (No. 231464)
    The Water Garden
11  1620 26th Street
    Fourth Floor, North Tower
12  Santa Monica, CA 90404-4060
    Telephone: 310-907-1000
13  Facsimile: 310-907-2000
    Email: mgrossman@agsk.com
14  wobrien@agsk.com
    tchen@agsk.com
15  dthomas@agsk.com
    Attorneys for Defendant and Counterclaimant,
16  Blockbuster Inc.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, | Case No. C 06 2361 WHA |
| Plaintiff, | **STIPULATION REQUESTING WITHDRAWAL OF DOCKET ENTRIES #68, 69, AND 70** |
| v. | |
| BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50, | Complaint filed: April 4, 2006 |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

1    WHEREAS, on Friday, November 3, Plaintiff and Counterclaim-defendant Netflix, Inc.
2  inadvertently filed Docket Entries #68 (entitled "Plaintiff Netflix, Inc.'s Notice of Motion and
3  Memorandum of Points and Authorities in Support of its Motion to Compel Production of
4  Documents from Blockbuster, Inc."), #69 (entitled "Declaration of Eugene M. Paige in Support
5  of Netflix's Motion to Compel"), and #70 ("[Proposed] Order on Netflix's Motion to Compel the
6  Production of Documents from Blockbuster, Inc.");

7    WHEREAS, a draft of Docket Entry #68, as opposed to the final version, was
8  inadvertently e-filed;

9    WHEREAS, Docket Entries #69 and 70 relate to Docket Entry #68, and thus improperly
10 relate to a document filed in error;

11   WHEREAS, Netflix will today file the final version of Docket Entry #68 and re-file
12 Docket Entries #69 and #70 to relate to that final version;

13   THEREFORE, both Netflix and Blockbuster hereby request that Docket Entries #68, 69,
14 and 70 be withdrawn.

Dated: November 3, 2006                    Respectfully submitted,

                                           KEKER & VAN NEST, LLP


                                           By:   /s/ Ashok Ramani
                                           Attorneys For Plaintiff and Counterclaim
                                           Defendant NETFLIX, INC.

Dated: November 3, 2006                    Respectfully submitted,

                                           ALSCHULER GROSSMAN STEIN & KAHAN
                                           LLP


                                           By:   William O'Brien/by (AR)
                                           Attorneys For Defendant and
                                           Counterclaimant BLOCKBUSTER INC.

1
STIPULATION REQUESTING WITHDRAWAL OF DOCKET ENTRIES #68, 69, AND 70
CASE NO. C 06 2361 WHA

383764.01

1  Pursuant to stipulation, IT IS SO ORDERED.

2

Dated:

3

4

5  By: _____
THE HON. JOSEPH C. SPERO
6  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28