KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>Defendant. | Case No. C 06 2361 WHA (JCS)<br><br>**[PROPOSED] ORDER ON NETFLIX'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM BLOCKBUSTER, INC.**<br><br>Complaint filed:      April 4, 2006 |

Having considered the Motion of Netflix, Inc. ("Netflix") to compel the production of documents from Blockbuster, Inc. ("Blockbuster") and Blockbuster's Opposition thereto, Netflix's Reply, and the argument of counsel, with good cause appearing, it is hereby ORDERED as follows:

With respect to Netflix's First Set of Requests for the Production of Documents Numbers 7-10, 21, 24-25, 28-36, 58-59, 67-74, 76-79, 81-82, 90, and 101-102, Blockbuster shall produce all documents that are responsive to these Requests.  Blockbuster shall not limit its production of these documents to those that are "sufficient to reasonably describe" a given category of documents that have been requested by Netflix.

With respect to Request Number 19, Blockbuster shall produce documents fully describing Blockbuster's recordkeeping and accounting methods, books, and records as they

Dockets.Justia.com

1  relate to Blockbuster Online.  Blockbuster shall not limit its production of these documents to

2  publicly filed Forms 10-Q and 10-K or to its internal quarterly or annual financial statements.

3      With respect to Request Numbers 26 and 27, Blockbuster shall produce documents

4  sufficient to fully describe the structure or architecture of the software and hardware used to

5  operate, support, or maintain Blockbuster Online, including block diagrams, data structure

6  diagrams, system architecture diagrams, database layouts, and source code.  The production of

7  these documents shall not be limited to those relating to the Blockbuster Online website.

8      With respect to Request Number 31, Blockbuster shall produce documents sufficient to

9  fully describe any agreements, licenses, permissions, term sheets, memoranda of understanding,

10  letters of intent, specifications, and technical descriptions relating to Blockbuster Online

11  technology that was developed by third parties.  Blockbuster shall not limit its production to

12  documents "sufficient to reasonably describe the development of Blockbuster Online."

13      With respect to Request Numbers 34, 35, and 36, Blockbuster shall produce: (1) all

14  documents relating to agreements between Blockbuster and any consultant engaged to provide

15  consulting services or products to Blockbuster relating to Blockbuster Online, and (2) the

16  documents exchanged between Blockbuster and any consultant in connection with any

17  agreement to provide the aforementioned services and/or products.  Blockbuster shall also

18  produce documents sufficient to identify the employees, contractors, or agents of any consultant

19  who provided any information or performed any service for Blockbuster in connection with the

20  design, research, development, testing, marketing, and operation of Blockbuster Online.

21  Blockbuster shall not limit its production of these documents to consultants working for one

22  specific company, nor shall it limits its production to consultants who had "significant

23  involvement" in providing consultant services.

24      With respect to Request Number 89, Blockbuster shall produce all of its documents

25  relating to its promotion in Blockbuster in-store locations of Blockbuster Online.  Blockbuster

26  shall not limit its production of these documents to those "sufficient to show such promotions,"

27  though exact duplicates of promotional materials need not to be produced more than once.

28  ///

1      Blockbuster shall produce all documents in response to this Order and responsive to

2    Netflix's requests for production of documents _____ days after entry of this Order.

3      IT IS SO ORDERED.

4    Dated:

5

6                                    _____

7                                       HON. JOSEPH C. SPERO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28