# EXHIBIT C

| | |
|---|---|
| From: | William O'Brien |
| Sent: | Friday, August 04, 2006 5:01 PM |
| To: | 'Leo Lam' |
| Cc: | 'Dorothy McLaughlin'; Kevin Reed |
| Subject: | Extension of time on First Set of Interrogatories |

Leo,

This is to confirm our telephone conversation of a moment ago, in which we agreed:

1. Netflix's time to answer Blockbuster's first set of interrogatories (due August 10) is extended so that actual receipt of the answers by Blockbuster's counsel by noon on August 14 will be sufficient.

2. In addition to agreeing to answer by that time, Netflix agrees that it will not seek a further extension of time for this discovery from us or from the Court.

Best regards,

Bill

William J. O'Brien
Direct Dial: 310-255-9033
Direct Fax: 310-907-2033
wobrien@agsk.com

8/4/2006