EXHIBIT R2

Dockets.Justia.com

**U.S. PATENT NO. 7,024,381**

| '381 PATENT CLAIM | ACCUSED METHODS / SYSTEMS |
|---|---|
| establishing over the Internet a rental agreement with a customer that provides for charging the customer a periodic fee; | 34a. BLOCKBUSTER Online® requires customers to enter into an online rental agreement that provides for charging the customer a periodic fee.<br><br>"You agree to pay the applicable periodic membership fees (plus taxes) in accordance with your Payment Method issuer agreement, if applicable." **How to Subscribe, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS** |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 34b. *See* Contention 1a. |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | 34b. *See* Contention 1b. |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list; | 34c. *See* Contention 1c. |
| in response to one or more movie delivery criteria being satisfied, if the customer is current on the periodic fee, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; and | 34d. *See* Contention 1d. |
| in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | 34e. *See* Contention 1e. |
| 35. A computer-implemented method as recited in Claim 34, wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | 35. *See* Contention 2. |
| 36. A computer-implemented method as | 36. *See* Contention 3. |

U.S. PATENT NO. 7,024,381

| CLAIM LANGUAGE | ACCUSED METHOD(S) / ITEMS |
|---|---|
| recited in Claim 34, wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | |
| 37.  A computer-implemented method as recited in Claim 34, wherein updating the movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | 37.  *See* Contention 4. |
| 38.  A computer-implemented method as recited in Claim 34, wherein the two or more movies for renting to the customer are selected by the customer. | 38.  *See* Contention 5. |
| 39.  A computer-implemented method as recited in Claim 34, further comprising determining the order of the two or more movies indicated by the movie rental queue based upon preferences of the customer. | 39.  *See* Contention 6. |
| 40.  A computer-implemented method as recited in Claim 34, wherein the delivery of the selected movie comprises delivery by mail. | 40.  *See* Contention 7. |
| 41.  A computer-implemented method as recited in Claim 34, wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | 41.  *See* Contention 8. |
| 42.  A computer-implemented method as recited in Claim 34, wherein the receipt of the movie previously delivered to the customer comprises receipt by mail. | 42.  *See* Contention 9. |
| 43.  A computer-implemented method as recited in Claim 34, wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | 43.  *See* Contention 10. |

14

U.S. PATENT NO. 7,024,381

| CLAIMS, AS AMENDED | ACCUSED METHODS, SYSTEMS |
|---|---|
| 44.   A computer system for renting movies to customers, comprising: | 44.   BLOCKBUSTER Online® employs a computer-system for renting movies to customers. |
| a computer that is coupled to a digital telecommunications network by a digital telecommunications link; | 44a.   BLOCKBUSTER Online®'s computer system comprises a computer that is coupled to digital telecommunications network by a digital telecommunications link. |
| an electronic digital memory in the computer; | 44b.   BLOCKBUSTER Online® computer system comprises an electronic digital memory in the computer. |
| one or more sequences of computer program instructions stored in the electronic digital memory which, when executed, cause the computer to perform the steps of: | 44c.   BLOCKBUSTER Online®'s computer system comprises one or more sequences of computer program instructions stored in the electronic digital memory which, when executed, cause the computer(s) to perform the steps necessary to facilitate the DVD rental service as described above in claim 1. |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 44d.   *See* Contention 1a. |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | 44e.   *See* Contention 1b. |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list; | 44f.   *See* Contention 1c. |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; and | 44g.   *See* Contention 1d. |
| in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | 44h.   *See* Contention 1e. |
| 45.   A computer system as recited in | 45.   *See* Contention 2. |

15

U.S. PATENT NO. 7,024,381

| GRANT LANCE OF A CLAIM | ACCUSED DVD METHODS/SYSTEMS |
|---|---|
| Claim 44, wherein the other electronic digital information specifies changing the order of the two or more movies for renting to the customer. | |
| 46. A computer system as recited in Claim 44, wherein the other electronic digital information specifies an additional movie to add to the ordered list. | 46. *See* Contention 3. |
| 47. A computer system as recited in Claim 44, wherein the other electronic digital information specifies removing an indication of one or more of the movies from the ordered list. | 47. *See* Contention 4. |
| 48. A computer system as recited in Claim 44, wherein the delivery of the selected movie comprises delivery by mail. | 48. *See* Contention 7. |
| 49. A computer system as recited in Claim 44, wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | 49. *See* Contention 8. |
| 50. A computer system as recited in Claim 44, wherein the delivery criteria comprise receipt by mail. | 50. *See* Contention 9. |
| 51. A computer system as recited in Claim 44, wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | 51. *See* Contention 10. |

16

# EXHIBIT B

**U.S. PATENT NO. 6,584,450**

| CLAIM LANGUAGE OF '450 | ACCUSED INSTRUMENTALITY |
|---|---|
| 1. A method for renting items to customers, the method comprising the computer-implemented steps of: | 1. BLOCKBUSTER Online® (the accused instrumentality) employs a computer-implemented method for renting DVDs to customers.<br><br>*See* www.blockbuster.com |
| receiving one or more item selection criteria that indicates two or more items that a customer desires to rent; | 1a. BLOCKBUSTER Online® receives one or more item selection criteria (e.g., DVD title selections) from customers that indicate two or more DVDs the customer desires to rent.<br><br><br><br>"Frequently Asked Questions," *at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |
| providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria; and | 1b. BLOCKBUSTER Online® provides to the customer up to a specified number of the DVDs selected by the customer.<br><br>"BLOCKBUSTER Online® will automatically ship titles to a [customer] up to a [customer's] maximum number of outstanding BLOCKBUSTER Online® Rentals, from and in the order that [customers] have listed in [their] rental queue, subject to availability." **Selection and Allocation of Product**, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS. |
| in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number. | 1c. In response to receiving any of the items provided to the customer, BLOCKBUSTER Online® sends to the customer other DVD titles selected by the customer wherein the total current number DVD titles provided to the customer does not exceed the specified number of outstanding rentals allowed.<br><br>**Unlimited DVD Rentals**<br>For only $17.99 a month (plus taxes) you can rent all the movies you want. Have up to 3 DVDs out at a time. Keep the DVDs as long as you want. When you're done with a DVD, just send it back in the provided postage paid envelope. We'll send you another selection from your rental queue. Keep your queue full and keep the movies coming. |

1

372499.03

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| 2. A method as recited in claim 1, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | *See* Contention "How it Works", at http://www.blockbuster.com/homepages/displayPage.action?channel1=Sign+In+Sign+Up&channel2=findoutmore &nav=false&cctr=homehowitworks<br><br>2. BLOCKBUSTER Online® offers "limited" rental plans wherein the total number of items provided to a customer every month may not exceed a specific limit. BLOCKBUSTER Online® offers a limited plan whereby BLOCKBUSTER Online® provides only 1 of the DVD titles selected by the customer at a time and only 3 DVD titles total per month.<br><br> |
| 4. A method as recited in claim 1, wherein the one or more item selection criteria indicates a desired order for the two or more items that a customer desires to rent. | http://www.blockbuster.com/acctmgmt/displaySubscriptionOffers.action?refId=blockbuster&cctr=homebutton<br><br>4. *See* Contention 1.<br><br>4a. BLOCKBUSTER Online® receives from customers a desired order in which customers wish to receive the DVD titles they desire to rent. |

2

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria in the desired order indicated by the item selection criteria, and | **How do I manage My Queue?**<br><br>"Frequently Asked Questions," *at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php?<br><br>4b. BLOCKBUSTER Online® provides to the customer up to a specified number of selected items in the order specified by the customer.<br><br>"BLOCKBUSTER Online® will automatically ship titles to a [customer] up to a [customer's] maximum number of outstanding BLOCKBUSTER Online® Rentals, from and in the order that [customers] have listed in [their] rental queue, subject to availability." **Selection and Allocation of Product, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS** |
| the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes providing to the customer one or more other items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria. | 4c. In response to receiving any of the items provided to the customer, BLOCKBUSTER Online® will provide to the customer other selected items in the order specified by the customer.<br><br>**Unlimited DVD Rentals**<br>For only $17.99 a month (plus taxes) you can rent all the movies you want. Have up to 3 DVDs out at a time. Keep the DVDs as long as you want. When you're done with a DVD, just send it back in the provided postage paid envelope. We'll send you another selection from your rental queue. Keep your queue full and keep the movies coming.<br><br>*See* Contention "How it Works", at http://www.blockbuster.com/homepages/displayPage.action?channel1=Sign+In+Sign+Up&channel2=findoutmore&nav=false&cctr=homehowitworks |
| 5. A method as recited in claim 4, further comprising if a particular item from the one or more items indicated by the one or more item selection criteria is not | 5. If an item is not available, BLOCKBUSTER Online® provides another of the selected items based upon the desired order indicated by the customer. |

3

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| available, then providing another item from the one or more items based upon the desired order indicated by the one or more item selection criteria | **Why didn't BLOCKBUSTER ship the first movie in My Queue?**<br><br>*"Frequently Asked Questions," at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |
| 7. A method as recited in claim 1, further comprising: | 7. *See* Contention 1. |
| establishing, based upon the one or more item selection criteria, an item rental queue for the customer, wherein the item rental queue contains one or more entries that specify the two or more items that the customer desires to rent; and | 7a. BLOCKBUSTER Online® establishes a DVD rental queue for the customer that contains entries that specify the DVDs that the customer desires to rent.<br><br>**How do I manage My Queue?**<br><br>*"Frequently Asked Questions," at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |
| in response to receiving back any of the items provided to the customer, selecting the one or more other items from the item rental queue. | 7b. In response to receiving back any of the DVDs provided to the customer, BLOCKBUSTER Online® selects another DVD from the DVD rental queue to send to the customer.<br><br>**Unlimited DVD Rentals**<br>For only $17.99 a month (plus taxes) you can rent all the movies you want. Have up to 3 DVDs out at a time. Keep the DVDs as long as you want. When you're done with a DVD, just send it back in the provided postage paid envelope. We'll send you another selection from your rental queue. Keep your queue full and keep the movies coming. |

4

372499.03

## U.S. PATENT NO. 6,584,450

| | |
|---|---|
| 8. A method as recited in claim 1, further comprising in response to receiving a customer notification, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | *See* Contention "How it Works", at http://www.blockbuster.com/homepages/displayPage.action?channel1=Sign+In+Sign+Up&channel2=findoutmore &nav=false&cctr=homehowitworks<br><br>8. In response to receiving a customer notification (e.g. that a DVD is damaged, unplayable, or never received), BLOCKBUSTER Online®, will provide one or more other DVDs selected by the customer.<br><br><br><br>"Frequently Asked Questions," *at* http://blockbuster.custhelp.com/cgi-bin/blockbuster.cfg/php/enduser/std_alp.php? |

5

## U.S. PATENT NO. 6,584,450

| | |
|---|---|
| 9. A method as recited in claim 1, further comprising in response to expiration of a specified amount of time, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 9. BLOCKBUSTER Online® offers a "limited" rental plan wherein the total number of DVDs provided to a customer every month may not exceed 3 in number. Upon the expiration of the monthly subscription period, BLOCKBUSTER Online® will provide one or more other DVDs selected by the customer if the customer has an open rental slot. |



6

372499.03

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| 10.  A method as recited in claim 1, further comprising in response to a specified date being reached, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 10.  BLOCKBUSTER Online® offers a "limited" rental plan wherein the total number of DVDs provided to a customer every month may not exceed 3 in number.  Upon the first date of the subsequent monthly subscription period, BLOCKBUSTER Online® will provide one or more other DVDs selected by the customer if the customer has an open rental slot.<br><br> |
| 11.  A method as recited in claim 1, further comprising in response to a specified fee being received, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 11.  In response to receipt of payment from a customer who has upgraded to a plan with higher rental maximums, BLOCKBUSTER Online® provides the customer one or more DVDs selected by the customer.<br><br>**Modifying of BLOCKBUSTER Online Memberships, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS** |
| 12.  A method as recited in claim 1, wherein items are provided to the customer by mail. | 12.  BLOCKBUSTER Online® provides items to the customer by mail.  "Delivery and return of your BLOCKBUSTER Online Rentals will be via U.S. Postal Service ("USPS"). |

7

372499.03

## U.S. PATENT NO. 6,584,450

| | **Delivery and Return of Rented DVDs, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS** |
|---|---|
| 13. A method as recited in claim 1, wherein items are provided to the customer by a delivery agent. | 13. BLOCKBUSTER Online® provides items to the customer by a delivery agent "Delivery and return of your BLOCKBUSTER Online Rentals will be via U.S. Postal Service ("USPS"). |
| | **Delivery and Return of Rented DVDs, BLOCKBUSTER Online® RENTAL TERMS AND CONDITIONS** |
| 14. A method as recited in claim 1, wherein: | 14. *See* Contention 1. |
| the two or more items are two or more movies. | 14a. *See* Contention 1. |
| the one or more item selection criteria are one or more movie selection criteria, | 14b. *See* Contention 1a. |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more movie selection criteria that indicates two or more movies that a customer desires to rent, | 14c. *See* Contention 1a. |
| the step or providing to the customer up to a specified number of the one or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria, and | 14d. *See* Contention 1b. |
| the step of in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number includes in response to receiving any of the movies provided to the customer, providing to the customer one or more other movies indicated by the one or more movie selection criteria, wherein a | 14e. *See* Contention 1c. |

8

372499.03

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| total current number of movies provided to the customer does not exceed the specified number. | |
| 16. A method for renting items to customers, the method comprising the computer-implemented steps of: | 16. *See* Contention 1. |
| receiving one or more item selection criteria that indicates two or more items that a customer desires to rent; | 16a. *See* Contention 1a. |
| providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria; and | 16b. *See* Contention 1b. |
| in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | 16c. BLOCKBUSTER Online® offers a "limited" rental plans wherein the total number of DVDs provided to a customer every month may not exceed 3 in number.  |

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| 19. A method as recited in claim 16, wherein | 19. *See* Contention 16. |
| the one or more item selection criteria indicates a desired order for the two or more items that a customer desires to rent, | 19a. *See* Contention 4a. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria, and | 19b. *See* Contention 4b. |
| the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes providing to the customer one or more other items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria. | 19c. *See* Contention 4c. |
| 20. A method as recited in claim 19, further comprising if a particular item from the two or more items indicated by the one or more item selection criteria is not available, then providing another item from the two or more items based upon the desired order indicated by the one or more item selection criteria. | 20. *See* Contention 5. |
| 22. A method as recited in claim 16, further comprising | 22. *See* Contention 16. |
| establishing, based upon the one or more item selection criteria, an item rental queue for the customer, wherein the item rental queue contains one or more entries that | 22a. *See* Contention 7a. |

10

372499.03

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| specified the two or more items that the customer desires to rent; and | |
| in response to receiving back any of the items provided to the customer, selecting the one or more other items from the item rental queue. | 22b.  *See* Contention 7b. |
| 23.  A method as recited in claim 16, further comprising in response to receiving a customer notification, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 23.  *See* Contention 8. |
| 24.  A method as recited in claim 16, further comprising in response to expiration of a specified amount of time, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 24.  *See* Contention 9. |
| 25.  A method as recited in claim 16, further comprising in response to a specified date being reached, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 25.  *See* Contention 10. |
| 26.  A method as recited in claim 16, further comprising in response to a specified fee being received, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 26.  *See* Contention 11. |
| 27.  A method as recited in claim 16, wherein items are provided to the customer by mail. | 27.  *See* Contention 12. |
| 28.  A method as recited in claim 16, wherein items are provided to the customer by a delivery agent. | 28.  *See* Contention 13. |

11

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| 29. A method as recited in claim 16, wherein: | 29. *See* Contention 16. |
| the two or more items are two or more movies. | 29a. *See* Contention 14a. |
| the one or more item selection criteria are one or more movie selection criteria, | 29b. *See* Contention 14b. |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more movie selection criteria that indicates two or more movies that a customer desires to rent, | 29c. *See* Contention 14c. |
| the step of providing to the customer up to a specified number of the one or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria, and | 29d. *See* Contention 14d. |
| the step of in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit includes in response to receiving any of the movies provided to the customer, providing to the customer one or more other movies indicated by the one or more movie selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | 29e. *See* Contention 14e. |
| 31. A method for renting movies to | 31. *See* Contention 1. |

372499.03

U.S. PATENT NO. 6,584,450

| | |
|---|---|
| customers, the method comprising the computer-implemented steps of: | |
| receiving one or more movie selection criteria from a customer that indicates two or more movies that the customer desires to rent; | 31a.  *See* Contention 1a. |
| providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria; and | 31b. *See* Contention 1b. |
| in response to a return of any of the movies provided to the customer, providing to the customer one or more other movies indicated by the one or more movie selection criteria, wherein a total current number of movies provided to the customer does not exceed the specified number. | 31c.  *See* Contention 1c. |
| 32.  A method as recited in claim 31, wherein | 32.  *See* Contention 31. |
| the one or more movie selection criteria specifies an order in which the customer desires to receive the movies, | 32a.  *See* Contention 4a. |
| the step of providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the move selection criteria in the order specified by the one or more movie selection criteria, and | 32b.  *See* Contention 4b. |
| the step of providing to the customer one or more other movies specified by the one or more movie selection criteria includes providing to the customer one or more | 32c.  *See* Contention 4c. |

13

372499.03

## U.S. PATENT NO. 6,584,450

| | |
|---|---|
| other movies specified by the one or more movie selection criteria in the order specified by the one or more movie selection criteria. | |
| 34.  A method as recited in claim 31, wherein movies are provided to the customer by mail | 34.  *See* Contention 12. |
| 35.  A method as recited in claim 31, wherein movies are provided to the customer by a delivery agent. | 35.  *See* Contention 13. |

14

372499.03