# EXHIBIT T

# DVD Rental News

Online DVD Rental and Movie Download News, Video Rental Service Reviews

   

**RECENT POSTS**

Judge Approves Netflix Settlement

Redbox seeks part of Netflix's market

Netflix founder profile

TiVo bundling Blockbuster Online

Buzz driven volatility

Blockbuster, Netflix Web site stats

Netflix going Hollywood

MovieBeam Player review - New set-top box

Blockbuster Online to stock HD DVDs

Netflix leveling the field, one DVD rental at a time

**CATEGORIES**

Amazon

Blockbuster

CinemaNow

DVD Rental Programs

DVD Rental Services

EZFlix

GameZnFlix

LoveFilm

Moviebeam

Movie Downloads

Movielink

Netflix

News

Online DVD Rental

Peerflix

RentAnime.com

VideoMovieHouse.com

**ARCHIVES**

« Peerflix - DVD trading network | Main | Netflix to enter Ireland online DVD rental market? »

## 'Throttling' Angers Netflix Heavy Renters

We first posted about this months ago, now it's being picked up by the mainstream media:

> SAN FRANCISCO - Manuel Villanueva realizes he has been getting a pretty good deal since he signed up for Netflix Inc.'s online DVD rental service 2 1/2 years ago, but he still feels shortchanged. That's because the $17.99 monthly fee that he pays to rent up to three DVDs at a time would amount to an even bigger bargain if the company didn't penalize him for returning his movies so quickly.

> Netflix typically sends about 13 movies per month to Villanueva's home in Warren, Mich. — down from the 18 to 22 DVDs he once received before the company's automated system identified him as a heavy renter and began delaying his shipments to protect its profits.

> The same Netflix formula also shoves Villanueva to the back of the line for the most-wanted DVDs, so the service can send those popular flicks to new subscribers and infrequent renters.

> The little-known practice, called "throttling" by critics, means Netflix customers who pay the same price for the same service are often treated differently, depending on their rental patterns.

> "I wouldn't have a problem with it if they didn't advertise `unlimited rentals,'" Villanueva said. "The fact is that they go out of their way to make sure you don't go over whatever secret limit they have set up for your account."

> Los Gatos, Calif.-based Netflix didn't publicly acknowledge it differentiates among customers until revising its "terms of use" in January 2005 — four

Bookmark this site











May 2006

April 2006

March 2006

February 2006

January 2006

November 2005

October 2005

September 2005

August 2005

July 2005

Add me to your TypePad People list

Subscribe to this blog's feed
Technology

months after a San Francisco subscriber filed a class-action lawsuit alleging that the company had deceptively promised one-day delivery of most DVDs.

"In determining priority for shipping and inventory allocation, we give priority to those members who receive the fewest DVDs through our service," Netflix's revised policy now reads. The statement specifically warns that heavy renters are more likely to encounter shipping delays and less likely to immediately be sent their top choices.

February 10, 2006 in DVD Rental Programs, DVD Rental Services, Netflix, News | Permalink

## TrackBack

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/4237900

Listed below are links to weblogs that reference 'Throttling' Angers Netflix Heavy Renters :

## Comments

## Post a comment

If you have a TypeKey or TypePad account, please Sign In

Name:

Email Address:

URL:

☐ Remember personal info?

Comments:

Preview   Post