# EXHIBIT W

William Grubb &lt;gopherbroke000@yahoo.com&gt;

To investor.relations@blockbuster.com
cc
Subject Dirty Pool?

02/07/2006 07:35 PM

As you know, former Postmaster General Bill Henderson was appointed CEOO of netflix on Jan.18th.

Here it is .three weeks later, and the Post office where I work has a stand-up talk to all carriers instructing us to SEPARATE the Netflix mail and hand it off to a special clerk at the end of the delivery day....for SPECIAL proccessing. No mention of Blockbuster.

The reason given us was that our MSC (mail processing center) broke more of the discs than other places.......yeah, right.

Don't be surprised if you hear that SAME story told to the entire USPS system!!

I hope you will investigate this matter or turn it over to legal.


I will be out of the country on a honeymoon and will be back around Feb. 20. Would appreciate a letter back at that time. A form letter would be amiss. I only ask that you please keep me a confidential source ...

Good luck, Bill