KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jrc@kvn.com
djd@kvn.com
axr@kvn.com

Attorneys for Plaintiff and Counterclaim-defendant,
NETFLIX, INC.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@agsk.com
wobrien@agsk.com
tchen@agsk.com
dthomas@agsk.com
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>　　　　　　　　　　　　Defendant. | Case No. C 06 2361 WHA<br><br>**STIPULATION REQUESTING WITHDRAWAL OF DOCKET ENTRIES #68, 69, AND 70**<br><br>Complaint filed: April 4, 2006 |
| AND RELATED COUNTERCLAIMS | |

1   WHEREAS, on Friday, November 3, Plaintiff and Counterclaim-defendant Netflix, Inc.
2   inadvertently filed Docket Entries #68 (entitled "Plaintiff Netflix, Inc.'s Notice of Motion and
3   Memorandum of Points and Authorities in Support of its Motion to Compel Production of
4   Documents from Blockbuster, Inc."), #69 (entitled "Declaration of Eugene M. Paige in Support
5   of Netflix's Motion to Compel"), and #70 ("[Proposed] Order on Netflix's Motion to Compel the
6   Production of Documents from Blockbuster, Inc.");

7   WHEREAS, a draft of Docket Entry #68, as opposed to the final version, was
8   inadvertently e-filed;

9   WHEREAS, Docket Entries #69 and 70 relate to Docket Entry #68, and thus improperly
10  relate to a document filed in error;

11  WHEREAS, Netflix will today file the final version of Docket Entry #68 and re-file
12  Docket Entries #69 and #70 to relate to that final version;

13  THEREFORE, both Netflix and Blockbuster hereby request that Docket Entries #68, 69,
14  and 70 be withdrawn.

Dated: November 3, 2006                    Respectfully submitted,

                                           KEKER & VAN NEST, LLP


                                           By:  /s/ Ashok Ramani
                                           Attorneys For Plaintiff and Counterclaim
                                           Defendant NETFLIX, INC.

Dated: November 3, 2006                    Respectfully submitted,

                                           ALSCHULER GROSSMAN STEIN & KAHAN
                                           LLP


                                           By: William O'Brien/by (AR)
                                           Attorneys For Defendant and
                                           Counterclaimant BLOCKBUSTER INC.

---

1
STIPULATION REQUESTING WITHDRAWAL OF DOCKET ENTRIES #68, 69, AND 70
CASE NO. C 06 2361 WHA

383764.01

1 | Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 6, 2006

By: _____
THE HONORABLE
UNITED STATES MAGISTRATE JUDGE

