KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jrc@kvn.com
djd@kvn.com
axr@kvn.com

Attorneys for Plaintiff and Counterclaim-defendant,
NETFLIX, INC.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@agsk.com
wobrien@agsk.com
tchen@agsk.com
dthomas@agsk.com
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>                           Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>                           Defendant. | Case No. C 06 2361 WHA<br><br>**STIPULATION REQUESTING WITHDRAWAL OF DOCKET ENTRIES #68, 69, AND 70**<br><br>Complaint filed: April 4, 2006 |
| AND RELATED COUNTERCLAIMS | |

WHEREAS, on Friday, November 3, Plaintiff and Counterclaim-defendant Netflix, Inc. inadvertently filed Docket Entries #68 (entitled "Plaintiff Netflix, Inc.'s Notice of Motion and Memorandum of Points and Authorities in Support of its Motion to Compel Production of Documents from Blockbuster, Inc."), #69 (entitled "Declaration of Eugene M. Paige in Support of Netflix's Motion to Compel"), and #70 ("[Proposed] Order on Netflix's Motion to Compel the Production of Documents from Blockbuster, Inc.");

WHEREAS, a draft of Docket Entry #68, as opposed to the final version, was inadvertently e-filed;

WHEREAS, Docket Entries #69 and 70 relate to Docket Entry #68, and thus improperly relate to a document filed in error;

WHEREAS, Netflix will today file the final version of Docket Entry #68 and re-file Docket Entries #69 and #70 to relate to that final version;

THEREFORE, both Netflix and Blockbuster hereby request that Docket Entries #68, 69, and 70 be withdrawn.

Dated: November 3, 2006

Respectfully submitted,

KEKER & VAN NEST, LLP

By: ____/s/ Ashok Ramani____
Attorneys For Plaintiff and Counterclaim Defendant NETFLIX, INC.

Dated: November 3, 2006

Respectfully submitted,

ALSCHULER GROSSMAN STEIN & KAHAN LLP

By: ____William O'Brien/by (AR)____
Attorneys For Defendant and Counterclaimant BLOCKBUSTER INC.

1 | Pursuant to stipulation, IT IS SO ORDERED.

2

3 | Dated: November 6, 2006

4

5 | By: _____ 
    THE HONORABLE
6 | UNITED STATES MAGISTRATE JUDGE