# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: C06-2361 WHA (JCS)**

**CASE NAME: Netflix v. Blockbuster**

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY:** Karen Hom

**DATE:** November 15, 2006   **TIME:** 3.5 hrs   **COURT REPORTER:** <u>Not recorded</u>

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Jeff Chanin and Eugene Paige | Marshall Grossman & William O'Brien |

## PROCEEDINGS

☐ SETTLEMENT CONFERENCE         ☐ FURTHER SETTLEMENT CONFERENCE

X  DISCOVERY CONFERENCE: <u>Lead trial counsel, in person, meet and confer re: Discovery Motions.</u>

☐ STATUS CONFERENCE RE:

☐ TELEPHONIC CONFERENCE RE:

☐ OTHER:

CASE CONTINUED TO:_____ FOR _____

NOTES:

Parties shall submit two stipulations: 1) a scheduling stipulation by Monday, 11/20/6, and 2) a substantive stipulation as to the agreed upon matters and any unresolved issues. The current hearing date of Dec. 8, 2006 at 9:30 a.m., on the pending discovery motions has been taken off calendar.

CC:   Chambers