1   KEKER & VAN NEST, LLP
    Jeffrey R. Chanin (No. 103649)
2   Daralyn J. Durie (No. 169825)
    Ashok Ramani (No. 200020)
3   Eugene M. Paige (No. 202849)
    710 Sansome Street
4   San Francisco, CA 94111-5400
    Telephone: (415) 391-5400
5   Facsimile: (415) 397-7188
    Email: jrc@kvn.com
6          ddurie@kvn.com
           axr@kvn.com
7          emp@kvn.com

8   Attorneys for Plaintiff and Counterdefendant,
    Netflix, Inc.
9
    ALSCHULER GROSSMAN STEIN & KAHAN LLP
10  Marshall B. Grossman (No. 35958)
    William J. O'Brien (No. 99526)
11  Tony D. Chen (No. 176635)
    Dominique N. Thomas (No. 231464)
12  The Water Garden
    1620 26th Street
13  Fourth Floor, North Tower
    Santa Monica, CA 90404-4060
14  Telephone: 310-907-1000
    Facsimile: 310-907-2000
15  Email: mgrossman@agsk.com
           wobrien@agsk.com
16         tchen@agsk.com
           dthomas@agsk.com
17
    Attorneys for Defendant and Counterclaimant,
18  Blockbuster Inc.

19                  UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21  NETFLIX, INC., a Delaware corporation,      CASE NO. C 06 2361 WHA (JCS)

22               Plaintiff,                     Judge William H. Alsup

23      vs.                                     **JOINT CLAIM
                                                CONSTRUCTION AND
24  BLOCKBUSTER INC., a Delaware                PREHEARING STATEMENT**
    corporation, DOES 1-50,
25                                              Hearing Date:   Jan. 31, 2007
                 Defendants.                    Time:           1:30 P.M.
26                                              Courtroom:      9, 19th Floor
                                                Judge:          William H. Alsup
27  AND RELATED COUNTER ACTION.                 Complaint Filed: Apr. 4, 2006

28

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP                              JOINT CLAIM CONSTRUCTION AND
                                    PREHEARING STATEMENT - C 06 2361 WHA

                                                          Dockets.Justia.com

1    Plaintiff and Counterdefendant, Netflix, Inc., and Defendant and

2  Counterclaimant, Blockbuster Inc., submit this Joint Claim Construction and

3  Prehearing Statement under Patent Local Rule 4-3.

4  **I    AGREED CLAIM TERMS**

5    To date, the parties have not succeeded in agreeing on the construction

6  of any claim terms, phrases, or clauses (collectively, "claim terms") of the patents-

7  in-suit.

8  **II    CLAIM TERMS TO BE CONSTRUED[1]**

9    1.    "item/movie rental queue" (selected by both parties)

10    2.    "ordered list" (selected by both parties)

11    3.    "based upon the order of the list" (selected by both parties)

12    4.    "electronically updating" (selected by both parties)

13    5.    "computer-implemented method/steps" (selected by both

14  parties)

15    6.    "based on/in the desired order" (selected by Blockbuster)[2]

16    7.    "periodic fee" (selected by Netflix)

17    8.    "item/movie/game selection criteria" (selected by Blockbuster)

18  **III    PROPOSED CONSTRUCTIONS**

19    The claim terms to be addressed at the Claim Construction Hearing are

20  as follows:

21    **A.    "item/movie rental queue"**

22    1.    Netflix's Proposed Construction:

23    Sequence of items/movies used by a rental provider to determine

24  which items/movies to deliver

---

25  [1] The order in which claim terms are listed below is for convenience only and does
   not suggest their relative importance.

26  [2] Blockbuster believes it is appropriate to construe this claim language as a single
   term. Netflix objects to Blockbuster's attempt to offer the distinct claim terms

27  "based on the desired order" and "in the desired order" as a single term. Netflix
   offers proposed constructions here reserving and without waiving any rights, and

28  will explain its position more fully in its claim-construction briefs.

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

2

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

2.    Blockbuster's Proposed Construction:

Two or more items/movies for future rental or possible future rental, or the names or other representations of two or more such items/movies.

Thus:

*"item rental queue"*: Two or more things of any kind for future rental or possible future rental, or the names or other representations of any two or more such things.

*"movie rental queue"*: Two or more movies for future rental or possible future rental, or the names or other representations of any two or more such movies. For purposes of this definition, "movies" means anything consisting in whole or in part of moving pictures – for example, and without limitation, any motion pictures, television series, documentaries, cartoons, music videos, video recordings of concert performances, instructional programs, or educational programs.

**B.    "ordered list"**

1.    Blockbuster's Proposed Construction:

Names or other representations of two or more items, arranged so that one or more of the items is before or after one or more other items.

2.    Netflix's Proposed Construction:

List specifying the customer's desired rental order

**C.    "based upon the order of the list"**

1.    Netflix's Proposed Construction:

So as to provide the next-available movie(s) in the order specified by the list

2.    Blockbuster's Proposed Construction:

In the same sequence as that of the "ordered list" referred to earlier in the claim.

///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

3

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1    **D.**      **"electronically updating"**

2          1.    <u>Blockbuster's Proposed Construction</u>:

3          Changing information (including making corrections), using, in whole

4    or in part, any electronic device.  For purposes of this definition, an "electronic"

5    device is any device that uses a flow of electrons in a vacuum, in gaseous media, or

6    in a semiconductor.

7          2.    <u>Netflix's Proposed Construction</u>:

8          The provider's computer(s) changing

9    **E.**      **"computer-implemented method/steps"**

10         1.    <u>Netflix's Proposed Construction</u>:

11         '381:  Method using provider computer(s) to facilitate each step;

12         '450:  Use of provider computer(s) to facilitate each step

13         2.    <u>Blockbuster's Proposed Construction</u>:

14         A method/steps accomplished using, in whole or in part, a

15   programmable device that can store, retrieve, and process information.

16         Thus:

17         ***"computer-implemented method"***: A process or procedure

18   accomplished using, in whole or in part, a programmable device that can store,

19   retrieve, and process information.

20         ***"computer-implemented steps"***: Actions, proceedings, or measures

21   accomplished using, in whole or in part, a programmable device that can store,

22   retrieve, and process information.

23   **F.**      **"based on/in the desired order"**

24         1.    <u>Blockbuster's Proposed Construction</u>:

25         In the same sequence in which any person wants the items to be

26   provided.

27   ///

28   ///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

4

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

2.            Netflix's Proposed Construction:[3]

        "based on the desired order":  so as to provide the next-available

movie(s) in the rental sequence specified by the customer

        "in the desired order":  in the rental sequence specified by the

customer

G.    **"periodic fee"**

        1.    Netflix's Proposed Construction:

        Fee to be paid per subscription period for the right to rent

        2.    Blockbuster's Proposed Construction:

        An amount incurred, paid or charged at regular intervals for a service –

for example, and without limitation, an hourly, daily, monthly, or annual fee.

H.    **"item/movie/game selection criteria"**

        1.    Blockbuster's Proposed Construction:

        Any information used to choose a thing (or "item"), regardless of what

person or device makes the choice.

        2.    Netflix's Proposed Construction:

        Characteristic(s) and/or order of items/movies/games desired by the

customer

IV    **SUPPORT FOR PROPOSED CONSTRUCTIONS**

A.    **"item/movie rental queue"**

        1.    Netflix's Support:

            a.    Specification:

                (1)    '381:  abstract, figures, claims, 1:23-:55, 2:42-:48, 3:20-

                        :35, 6:40-:43, 6:66-7:37, 8:30-:46, 9:55-:57, 9:66-10:2,

                        12:18-:64

---

[3]Netflix objects to Blockbuster's attempt to offer the distinct claim terms "based on the desired order" and "in the desired order" as a single term.  Netflix offers proposed constructions here reserving and without waiving any rights, and will explain its position more fully in its claim-construction briefs.

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

5

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1        (2)    '450:  abstract, figures, claims, 1:49-3:20, and

2               corresponding column:line numbers for the '381-patent

3               entries for this term

4        b.    <u>Dictionaries</u>:

5        (1)    The excerpts from *Oxford English Dictionary* attached as

6               Exhibit 1 (including definitions of "item," "movie,"

7               "rental," and "queue")

8        (2)    The excerpts from *The American Heritage Dictionary of*

9               *the English Language* (4th ed. 2000) attached as Exhibit 2

10              (including definitions of "item," "movie," "rental," and

11              "queue")

12       (3)    The excerpts from *Merriam-Webster's Collegiate*

13             *Dictionary* (11th ed. 2003) attached as Exhibit 3

14             (including definitions of "item," "movie," "rental," and

15             "queue")

16       (4)    The excerpts from *Webster's Third New International*

17             *Dictionary of the English Language Unabridged* (2002)

18             attached as Exhibit 4 (including definitions of "item,"

19             "movie," "rental," and "queue")

20       (5)    The excerpts from Wiktionary.com attached as Exhibit 5

21             (including definitions of "item," "movie," "rental," and

22             "queue")

23       (6)    Any dictionary definitions offered by Blockbuster

24        c.    <u>Other</u>:

25           The claims, prosecution histories, and cited references for the '450 and

26  '381 Patents.

27  ///

28  ///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

6

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1

2.    Blockbuster's Support:

2

a.    Specification:

3

(1)    '450 Patent Col. 4, Lines 56-64; '381 Patent, Col. 3,

4

Lines 24-32.

5

(2)    '450 Patent Col. 4, Lines 54-67; '381 Patent, Col. 3,

6

Lines 22-35.

7

(3)    '450 Patent, Col. 8, Lines 43-65; '381 Patent, Col. 7,

8

Lines 10-32.

9

(4)    '450 Patent, Col. 9, Line 64 to Col. 10, Line 14; '381

10

Patent, Col. 8, Lines 30-46.

11

b.    Dictionaries:

12

(1)    The excerpts from *Oxford English Dictionary* (hereafter,

13

*OED*) attached as Exhibit A (including definitions of

14

"item," "queue," "rent," "rental" and terms including

15

"rental")

16

(2)    The excerpts from *The New Lexicon Webster's Dictionary*

17

*of the English Language* (1988 Edition) (hereafter, *New*

18

*Lexicon Webster's*) attached as Exhibit B (including

19

definitions of "item," "movie," "queue," "rent," "rental,"

20

and terms including "rental")

21

(3)    The excerpts from *Merriam-Webster's Collegiate*

22

*Dictionary* (Eleventh Edition) (hereafter, *Webster's*

23

*Collegiate*) attached as Exhibit C (including definitions of

24

"item," "movie," "queue," "rent," "rental," and terms

25

including "rental," "select" and "selection")

26

(4)    The excerpts from Rudolf F. Graf, *Modern Dictionary of*

27

*Electronics* (Seventh Edition 1999) (hereafter, *Dictionary*

28

*of Electronics*) attached as Exhibit D (including

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

7

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

definitions of "queue" and terms including "queue" or "queuing")

    (5)    The excerpts from Dictionary.com attached as Exhibit E (including definition of "queue")

    (6)    The definition of "queue" from WordReference.com English Dictionary attached as Exhibit F

    (7)    The definition of "queue" from Paul E. Black, *Dictionary of Algorithms and Data Structures* [online] (hereafter, *Dictionary of Algorithms*), Paul E. Black, ed., *U.S. National Institute of Standards and Technology*, attached as Exhibit G

    (8)    Any dictionary definition offered by Netflix.

    c.    Other:

    (1)    The claims, figures, prosecution histories, and cited references for the '450 and '381 Patents.

    (2)    The attached portions of the transcript of the deposition of Eric P. Meyer taken on September 22, 2006 attached as Exhibit H (Pages 1-3, 35-38, and 263-64).

**B.**    **"ordered list"**

    1.    Blockbuster's Support:

    a.    Specification:

    (1)    The word "list" is not contained in the specification of the '450 and '381 Patents.

    (2)    '450 Patent Col. 4, Lines 54-67; '381 Patent, Col. 3, Lines 22-35.

    (3)    '450 Patent, Col. 8, Lines 43-65; '381 Patent, Col. 7, Lines 10-32.

    (4)    '450 Patent, Col. 9, Line 64 to Col. 10, Line 14; '381

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

8

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1      Patent, Col. 8, Lines 30-46.

2          b.    <u>Dictionaries</u>:

3          (1)    The excerpts from *OED* attached as Exhibit A (including

4          definitions of "list" and "ordered")

5          (2)    The excerpts from *New Lexicon Webster's* attached as

6          Exhibit B (including definitions of "list," "order," and

7          "ordered")

8          (3)    The excerpts from *Webster's Collegiate* attached as

9          Exhibit C (including definitions of "list," "order," and

10         "ordered")

11         (4)    Any dictionary definition offered by Netflix.

12         c.    <u>Other</u>:

13         The claims, figures, prosecution histories, and cited references for the

14    '450 and '381 Patents.

15         2.    <u>Netflix's Support</u>:

16         a.    <u>Specification</u>:

17         (1)    '381: abstract, figures, claims, 1:23-:55, 2:44-:48, 2:57-

18         :62, 3:11-:35, 4:9-:17, 5:2-:13, 7:27-:30, 8:30-46, 9:49-54,

19         9:66-10:2, 12:18-:64

20         (2)    '450: abstract, figures, claims, 1:49-3:20, and

21         corresponding column:line numbers for the '381-patent

22         entries for this term

23         b.    <u>Dictionaries</u>:

24         (1)    The excerpts from *Oxford English Dictionary* attached as

25         Exhibit 1 (including definitions of "order," "in order," and

26         "list")

27         (2)    The excerpts from *The American Heritage Dictionary of*

28         *the English Language* (4th ed. 2000) attached as Exhibit 2

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

9

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1              (including definitions of "order" and "list")

2          (3)    The excerpts from *Merriam-Webster's Collegiate*

3              *Dictionary* (11th ed. 2003) attached as Exhibit 3

4              (including definitions of "order" and "list")

5          (4)    The excerpts from *Webster's Third New International*

6              *Dictionary of the English Language Unabridged* (2002)

7              attached as Exhibit 4 (including definitions of "order" and

8              "list")

9          (5)    The excerpts from Wiktionary.com attached as Exhibit 5

10             (including definitions of "order" and "list")

11         (6)    Any dictionary definitions offered by Blockbuster

12       c.    Other:

13         The claims, prosecution histories, and cited references for the '450 and

14   '381 Patents.

15     C.    **"based upon the order of the list"**

16       1.    Netflix's Support:

17         a.    Specification:

18           (1)    '381:  abstract, figures, claims, 1:23-:55, 2:44-:48, 2:57-

19               :62, 3:11-:35, 4:9-:17, 5:2-:13, 7:27-:30, 8:30-46, 9:49-54,

20               9:66-10:2, 12:18-:64

21           (2)    '450:  abstract, figures, claims, 1:49-3:20, and

22               corresponding column:line numbers for the '381-patent

23               entries for this term

24         b.    Dictionaries:

25           (1)    The excerpts from *Oxford English Dictionary* attached as

26               Exhibit 1 (including definitions of "based," "order," "in

27               order," and "list")

28   ///

(2) The excerpts from *The American Heritage Dictionary of the English Language* (4th ed. 2000) attached as Exhibit 2 (including definitions of "base," "based," "order" and "list")

(3) The excerpts from *Merriam-Webster's Collegiate Dictionary* (11th ed. 2003) attached as Exhibit 3 (including definitions of "base," "based," "order" and "list")

(4) The excerpts from *Webster's Third New International Dictionary of the English Language Unabridged* (2002) attached as Exhibit 4 (including definitions of "base," "based," "order" and "list")

(5) The excerpts from Wiktionary.com attached as Exhibit 5 (including definitions of "based," "order" and "list")

(6) Any dictionary definitions offered by Blockbuster

c. Other:

The claims, prosecution histories, and cited references for the '450 and '381 Patents.

2. Blockbuster's Support:

a. Specification:

(1) '450 Patent Col. 5, Lines 3-5; '381 Patent, Col. 3, Lines 38-40.

(2) '450 Patent Col. 8, Lines 60-62; '381 Patent, Col. 7, Lines 27-39.

(3) '450 Patent Col. 10, Lines 1-3; '381 Patent, Col. 8, Lines 34-36.

(4) '450 Patent Col. 11, Lines 18-22; '381 Patent, Col. 9, Lines 50-54.

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

11

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1
     (5)    '450 Patent Col. 13, Lines 62-63; '381 Patent, Col. 12,

2
             Lines 25-27.

3
     (6)    '450 Patent, Col. 11, Lines 25-38; '381 Patent, Col 9,

4
             Line 58 – Col. 10, Line 2; Fig. 5

5
    b.    <u>Dictionaries</u>:

6
     (1)    The excerpts from *OED* attached as Exhibit A (including

7
             definitions of "base," "list," and "ordered")

8
     (2)    The excerpts from *New Lexicon Webster's* attached as

9
             Exhibit B (including definitions of "base" and "based,"

10
             "list," "order," and "ordered")

11
     (3)    The excerpts from *Webster's Collegiate* attached as

12
             Exhibit C (including definitions of "base" and "based,"

13
             "list," "order," and "ordered")

14
     (4)    Any dictionary definition offered by Netflix.

15
    c.    <u>Other</u>:

16
        The claims, figures, prosecution histories, and cited references for the

17
'450 and '381 Patents.

18
**D.**    <u>**"electronically updating"**</u>

19
    1.    <u>Blockbuster's Support</u>:

20
     a.    <u>Specification</u>:

21
        The words "update" and "updating" are not contained in the

22
specification of the '450 and '381 Patents.

23
     b.    <u>Dictionaries</u>:

24
     (1)    The excerpts from *OED* attached as Exhibit A (including

25
             definitions of "computer" and terms including

26
             "computer," "electronic" and terms including

27
             "electronic," and "update")

28
///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

12

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1            (2)     The excerpts from *New Lexicon Webster's* attached as

2                       Exhibit B (including definitions of "compute" and

3                       "computer," "electronic," and terms including

4                       "electronic," "electronics," electronically," and "update")

5            (3)     The excerpts from *Webster's Collegiate* attached as

6                       Exhibit C (including definitions of " "computer,"

7                       "electronic" and "electronically" and terms including

8                       "electronic," "electronics," and "update")

9            (4)     The excerpts from *Dictionary of Electronics* attached as

10                     Exhibit D (including definitions of "computer,"

11                     "electronic" and terms including "electronic,"

12                     "electronics," and "update")

13           (5)     The excerpts from Dictionary.com attached as Exhibit E

14                     (including definitions of "computer," "electronic," and

15                     "electronics")

16            (6)     Any dictionary definition offered by Netflix.

17            c.     <u>Other</u>:

18         The claims, figures, prosecution histories, and cited references for the

19  '450 and '381 Patents.

20       2.     <u>Netflix's Support</u>:

21            a.     <u>Specification</u>:

22            (1)     '381:  abstract, figures, claims, 1:23-:55, 3:20-:35, 3:45-

23                     :49, 6:13-:15, 10:12-:48, 10:52-12:17, 12:18-:64

24            (2)     '450:  abstract, figures, claims, 1:49-3:20, and

25                     corresponding column:line numbers for the '381-patent

26                     entries for this term

27  ///

28  ///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP
              13              JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1                 b.    Dictionaries:

2                 (1)    The excerpts from *Oxford English Dictionary* attached as

3       Exhibit 1 (including definitions of "electronically" and

4       "update")

5                 (2)    The excerpts from *The American Heritage Dictionary of*

6       *the English Language* (4th ed. 2000) attached as Exhibit 2

7       (including definitions of "electronic" and "update")

8                 (3)    The excerpts from *Merriam-Webster's Collegiate*

9       *Dictionary* (11th ed. 2003) attached as Exhibit 3

10      (including definitions of "electronic" and "update")

11                (4)    The excerpts from *Webster's Third New International*

12      *Dictionary of the English Language Unabridged* (2002)

13      attached as Exhibit 4 (including definitions of

14      "electronic" and "update")

15                (5)    The excerpts from Wiktionary.com attached as Exhibit 5

16      (including definitions of "electronic," "electronically,"

17      "updating," and "update")

18                (6)    Any dictionary definitions offered by Blockbuster

19                c.    Other:

20            The claims, prosecution histories, and cited references for the '450 and

21      '381 Patents.

22          **E.**    **"computer-implemented method/steps"**

23              1.    Netflix's Support:

24                a.    Specification:

25                (1)    '381:  abstract, figures, claims, 1:23-:55, 2:49-:56, 3:38-

26      :49, 6:43-7:9, 7:33-:41, 7:54-:63, 8:18-:29, 10:12-:48,

27      10:52-12:17, 12:18-:64

28      ///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP
             14           JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1           (2)    '450:  abstract, figures, claims, 1:49-3:20, and

2                 corresponding column:line numbers for the '381-patent

3                 entries for this term

4          b.    <u>Dictionaries</u>:

5           (1)    The excerpts from *Oxford English Dictionary* attached as

6                 Exhibit 1 (including definitions of "computer" and

7                 "implement")

8           (2)    The excerpts from *The American Heritage Dictionary of*

9                 *the English Language* (4th ed. 2000) attached as Exhibit 2

10               (including definitions of "computer" and "implement")

11          (3)    The excerpts from *Merriam-Webster's Collegiate*

12               *Dictionary* (11th ed. 2003) attached as Exhibit 3

13               (including definitions of "computer" and "implement")

14          (4)    The excerpts from *Webster's Third New International*

15               *Dictionary of the English Language Unabridged* (2002)

16               attached as Exhibit 4 (including definitions of "computer"

17               and "implement")

18          (5)    The excerpts from Wiktionary.com attached as Exhibit 5

19               (including definitions of "computer" and "implement")

20          (6)    Any dictionary definitions offered by Blockbuster

21          c.    <u>Other</u>:

22        The claims, prosecution histories, and cited references for the '450 and

23 '381 Patents.

24       2.    <u>Blockbuster's Support</u>:

25          a.    <u>Specification</u>:

26          (1)    '450 Patent Col. 2, Lines 1-12 (*see also* Certificate of

27               Correction); *see also* Fig. 7.

28 ///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

| | | |
|---|---|---|
| 1 | (2) | '450 Patent Col. 2, Lines 13-24. |
| 2 | (3) | '450 Patent Col. 2, Lines 42-56. |
| 3 | (4) | '450 Patent, Col. 3, Lines 45-46; '381 Patent, Col. 2, |
| 4 | | Lines 13-14. |
| 5 | (5) | '450 Patent, Col. 11, Lines 46-Col. 12, Line 39; '381 |
| 6 | | Patent, Col. 10, Line 9-Col. 11, Line 2. |
| 7 | b. | Dictionaries: |
| 8 | (1) | The excerpts from *OED* attached as Exhibit A (including |
| 9 | | definitions of "computer" and terms including "computer" |
| 10 | | and "implement") |
| 11 | (2) | The excerpts from *New Lexicon Webster's* attached as |
| 12 | | Exhibit B (including definitions of "compute" and |
| 13 | | "computer," "implement," "method," and "step") |
| 14 | (3) | The excerpts from *Webster's Collegiate* attached as |
| 15 | | Exhibit C (including definitions of "computer," |
| 16 | | "implement," "method," and "step") |
| 17 | (4) | The excerpts from *Dictionary of Electronics* attached as |
| 18 | | Exhibit D (including definition of "computer") |
| 19 | (5) | The excerpts from Dictionary.com attached as Exhibit E |
| 20 | | (including definition of "computer") |
| 21 | (6) | Any dictionary definition offered by Netflix. |
| 22 | c. | Other: |
| 23 | | The claims, figures, prosecution histories, and cited references for the |
| 24 | '450 and '381 Patents. |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

16

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1    F.    **"based on/in the desired order"**

2         1.    Blockbuster's Support:

3              a.    Specification:

4              (1)    '450 Patent Col. 5, Lines 3-5; '381 Patent, Col. 3, Lines

5              38-40.

6              (2)    '450 Patent Col. 8, Lines 60-62; '381 Patent, Col. 7,

7              Lines 27-39.

8              (3)    '450 Patent Col. 10, Lines 1-3; '381 Patent, Col. 8,

9              Lines 34-36.

10             (4)    '450 Patent Col. 11, Lines 18-22; '381 Patent, Col. 9,

11             Lines 50-54.

12             (5)    '450 Patent, Col. 11, Lines 25-38; '381 Patent, Col 9,

13             Line 58 – Col. 10, Line 2; Fig. 5.

14             (6)    '450 Patent Col. 13, Lines 62-63; '381 Patent, Col. 12,

15             Lines 25-27.

16             b.    Dictionaries:

17             (1)    The excerpts from *OED* attached as Exhibit A (including

18             definitions of "base" and "ordered")

19             (2)    The excerpts from *New Lexicon Webster's* attached as

20             Exhibit B (including definitions of "base" and "based,"

21             "desire" and "desired," "order" and "ordered")

22             (3)    The excerpts from *Webster's Collegiate* attached as

23             Exhibit C (including definitions of "base" and "based,"

24             "desire" and "desired," "order" and "ordered")

25             (4)    Any dictionary definition offered by Netflix.

26             c.    Other:

27         The claims, figures, prosecution histories, and cited references for the

28    '450 and '381 Patents.

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

17

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1          2.     Netflix's Support:[4]

2              a.     <u>Specification:</u>

3              (1)    '381:  abstract, figures, claims, 1:23-:55, 2:42-:46, 2:57-

4                    :61, 3:12-:35, 5:2-:13, 7:10-:30, 8:30-:39, 9:66-10:2,

5                    12:18-:64

6              (2)    '450:  abstract, figures, claims, 1:49-3:20, and

7                    corresponding column:line numbers for the '381-patent

8                    entries for this term

9              b.     <u>Dictionaries:</u>

10            (1)    The excerpts from *Oxford English Dictionary* attached as

11                    Exhibit 1 (including definitions of "based," "desired,"

12                    "in," "order," and "in order")

13            (2)    The excerpts from *The American Heritage Dictionary of*

14                    *the English Language* (4th ed. 2000) attached as Exhibit 2

15                    (including definitions of "base," "based," "in," "order"

16                    and "list")

17            (3)    The excerpts from *Merriam-Webster's Collegiate*

18                    *Dictionary* (11th ed. 2003) attached as Exhibit 3

19                    (including definitions of "base," "based," "in," "order"

20                    and "list")

21            (4)    The excerpts from *Webster's Third New International*

22                    *Dictionary of the English Language Unabridged* (2002)

23                    attached as Exhibit 4 (including definitions of "base,"

24                    "based," "in," "order" and "list")

25   ///

26

---

[4]Netflix objects to Blockbuster's attempt to offer the distinct claim terms "based on the desired order" and "in the desired order" as a single term.  Netflix offers proposed constructions here reserving and without waiving any rights, and will explain its position more fully in its claim-construction briefs.

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

18

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1               (5)     The excerpts from Wiktionary.com attached as Exhibit 5

2                      (including definitions of "based," "in," "order" and "list")

3               (6)     Any dictionary definitions offered by Blockbuster

4               c.     Other:

5         The claims, prosecution histories, and cited references for the '450 and

6 '381 Patents.

7      G.     **"periodic fee"**

8          1.     Netflix's Support:

9               a.     Specification:

10               (1)     '381:  abstract, figures, claims, 1:23-:55, 5:24-:35, 5:66-

11                      6:3, 6:9-:13, 6:16-:39, 12:18-:64

12               (2)     '450:  abstract, figures, claims, 1:49-3:20, and

13                      corresponding column:line numbers for the '381-patent

14                      entries for this term

15               b.     Dictionaries:

16               (1)     The excerpts from *Oxford English Dictionary* attached as

17                      Exhibit 1 (including definitions of "periodic" and "fee")

18               (2)     The excerpts from *The American Heritage Dictionary of*

19                      *the English Language* (4th ed. 2000) attached as Exhibit 2

20                      (including definitions of "periodic" and "fee")

21               (3)     The excerpts from *Merriam-Webster's Collegiate*

22                      *Dictionary* (11th ed. 2003) attached as Exhibit 3

23                      (including definitions of "periodic" and "fee")

24               (4)     The excerpts from *Webster's Third New International*

25                      *Dictionary of the English Language Unabridged* (2002)

26                      attached as Exhibit 4 (including definitions of "periodic"

27                      and "fee")

28 ///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

19

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1          (5)     The excerpts from Wiktionary.com attached as Exhibit 5

2                 (including definitions of "periodic" and "fee")

3          (6)     Any dictionary definitions offered by Blockbuster

4          c.     Other:

5          The claims, prosecution histories, and cited references for the '450 and

6 '381 Patents.

7        2.   Blockbuster's Support:

8          a.     Specification:

9          (1)     '450 Patent, Col. 1, Lines 10-29; '381 Patent, Col.1,

10                Lines 20-48.

11         (2)     '450 Patent Col. 14, Lines 24-34; '381 Patent, Col. 12,

12                Lines 54-64.

13          b.     Dictionaries:

14         (1)     The excerpts from *OED* attached as Exhibit A (including

15                definitions of "fee," and "periodic")

16         (2)     The excerpts from *New Lexicon Webster's* (1988 Edition)

17                attached as Exhibit B (including definitions of "fee," and

18                "periodic")

19         (3)     The excerpts from *Webster's Collegiate* (Eleventh

20                Edition) attached as Exhibit C (including definitions of

21                "fee," and "periodic")

22         (4)     Any dictionary definition offered by Netflix.

23          c.     Other:

24          The claims, figures, prosecution histories, and cited references for the

25 '450 and '381 Patents.

26 ///

27 ///

28 ///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

20

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

**H.    "item/movie/game selection criteria"**

      1.    Blockbuster's Support:

          a.    Specification:

             (1)    '450 Patent Col. 4, Lines 54-67; '381 Patent, Col. 3, Lines 22-35.

             (2)    '450 Patent Col. 8, Lines 43-65; '381 Patent, Col. 7, Lines 10-32.

             (3)    '450 Patent Col. 9, Line 64 to Col. 10, Line 14; '381 Patent, Col. 8, Lines 30-46.

          b.    Dictionaries:

             (1)    The excerpts from *OED* attached as Exhibit A (including definitions of "criterion," "item," and "selection")

             (2)    The excerpts from *New Lexicon Webster's* attached as Exhibit B (including definitions of "criterion," "item," "movie," "select," and "selection")

             (3)    The excerpts from *Webster's Collegiate* attached as Exhibit C (including definitions of "criterion," "item," "movie," "select," and "selection")

             (4)    Any dictionary definition offered by Netflix.

          c.    Other:

      The claims, figures, prosecution histories, and cited references for the '450 and '381 Patents.

      2.    Netflix's Support:

          a.    Specification:

             (1)    '381:  abstract, figures, claims, 1:23-:55, 2:44-:46, 2:57-:58, 3:20-:35, 6:66-7:37, 8:30-:46, 9:46-:54, 9:66-10:2, 10:3-:10, 12:18-:64

///

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

21

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA

1        (2)  '450: abstract, figures, claims, 1:49-3:20, and

2            corresponding column:line numbers for the '381-patent

3            entries for this term

4       b.  Dictionaries:

5        (1)  The excerpts from *Oxford English Dictionary* attached as

6            Exhibit 1 (including definitions of "criterion," "item,"

7            "movie," and "selection")

8        (2)  The excerpts from *The American Heritage Dictionary of*

9            *the English Language* (4th ed. 2000) attached as Exhibit 2

10          (including definitions of "criterion," "item," "movie," and

11          "selection")

12       (3)  The excerpts from *Merriam-Webster's Collegiate*

13          *Dictionary* (11th ed. 2003) attached as Exhibit 3

14          (including definitions of "criterion," "item," "movie," and

15          "selection")

16       (4)  The excerpts from *Webster's Third New International*

17          *Dictionary of the English Language Unabridged* (2002)

18          attached as Exhibit 4 (including definitions of "criterion,"

19          "item," "movie," and "selection")

20       (5)  The excerpts from Wiktionary.com attached as Exhibit 5

21          (including definitions of "criteria," "criterion," "item,"

22          "movie," and "selection")

23       (6)  Any dictionary definitions offered by Blockbuster

24       c.  Other:

25          The claims, prosecution histories, and cited references for the '450 and

26  '381 Patents.

27  ///

28  ///

1    **V**    <u>**TIME ESTIMATE**</u>

2        The parties estimate that the Claim Construction Hearing should

3 require no more than three hours.

4    **VI**    <u>**WITNESSES**</u>

5        Neither party proposes to call any expert or fact witnesses at the Claim

6 Construction Hearing.

7    **VII**    <u>**PREHEARING CONFERENCE**</u>

8        The parties do not believe that a prehearing conference is necessary.

9

10             Respectfully submitted,

11

12    DATED: November 15, 2006     KEKER & VAN NEST, LLP

13

14             By _____/s/_____

15               Ashok Ramani
              Attorneys for Plaintiff and Counterdefendant,

16               Netflix, Inc.

17

18    DATED: November 15, 2006     ALSCHULER GROSSMAN STEIN & KAHAN

19               LLP

20

21             By _____/s/_____

22               William J. O'Brien
              Attorneys for Defendant and Counterclaimant,
              Blockbuster Inc.

23

24

25

26

27

28

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

23

JOINT CLAIM CONSTRUCTION AND
PREHEARING STATEMENT - C 06 2361 WHA