# NETFLIX, INC. vs. BLOCKBUSTER INC.

## CASE NO. C 06 2361 WHA (JCS)

### NETFLIX, INC.'S

# EXHIBIT 1 (Part 1 of 3)

TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

Dockets.Justia.com

# OXFORD ENGLISH DICTIONARY

Oxford English Dictionary based, pa. pple.

## Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# based, *pa. pple.*

SECOND EDITION 1989

(beɪst) [f. BASE *n.*[1] 16 + -ED[2].]

Established as a base.

> **1925** E. F. NORTON *Fight for Everest 1924* 57 No. 1 party was to..remain based there for the purpose of getting the next camp on to the North Col.

Hence in Comb. with preceding ns.

> **1927** *Daily Tel.* 22 Mar. 10/7 Limiting the number of shore-based aircraft..in commission. **1933** *Bulletin* (Glasgow) 21 Sept. 18/4 The flying boats..have the assistance of land-based aircraft. **1935** Carrier-based [see CARRIER 7]. **1943** in *Amer. Speech* (1945) XX. 142 Mediterranean-based. **1944** *Ibid.*, Russia-based. **1965** *Listener* 10 June 857/2, I..doubt whether ten years from now this 'science-based' or technological university will be very different from any other.

---

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# computer

SECOND EDITION 1989

(kəmˈpjuːtə(r))  Also **-or**. [f. COMPUTE *v.* + -ER[1].]

**1.** One who computes; a calculator, reckoner; *spec.* a person employed to make calculations in an observatory, in surveying, etc.

> **1646** SIR T. BROWNE *Pseud. Ep.* VI. vi. 289 The Calenders of these computers. **1704** SWIFT *T. Tub* vii, A very skilful computer. **1744** WALPOLE *Lett. H. Mann* 18 June, Told by some nice computors of national glory. **1855** BREWSTER *Newton* II. xviii. 162 To pay the expenses of a computer for reducing his observations.

**2. a.** A calculating-machine; esp. an automatic electronic device for performing mathematical or logical operations; freq. with defining word prefixed, as *analogue, digital, electronic computer* (see these words).

> **1897** *Engineering* 22 Jan. 104/2 This was..a computer made by Mr. W. Cox. He described it as of the nature of a circular slide rule. **1915** *Chambers's Jrnl.* July 478/1 By means of this computer the task is performed mechanically and almost instantaneously. **1941** *Nature* 14 June 753/2 The telescope drive is of an elaborate nature; the effects of changing refraction, of differential flexure and of errors in the gears are automatically allowed for by a system of 'computers'. **1944** *Times* 8 July 2/2 The Mark XIV consists of..a rectangular box called the computor, which might be described as the brains of the machine. **1946** *Jrnl. Appl. Physics* XVII. 262 (*heading*) A computer for solving linear simultaneous equations. **1946** [see ELECTRONIC *a.* 3]. **1947** [see DIGITAL *a.* 4]. **1957** *Technology* Mar. 9/1 The advent of the electronic digital computer, with its ability to make simple logical decisions, now permits a further step forward by supplementing the brain power required to supervise the control of manufacturing processes. **1957** *Ibid.* July 167/3 At present a computer can read, remember, do arithmetic, make elementary decisions and print its answers. **1958** *Listener* 18 Sept. 413/2 Much work was done..trying to 'programme' a computer to play chess. **1963** *Publishers' Weekly* 5 Aug. 80/1 Computers are being used to speed up the production of justified tape for the operation of typesetting machines.

**1964** F. L. WESTWATER *Electronic Computers* i. 1 The popular idea of a computer as an electronic 'brain' is not entirely apt. Basically, a computer is merely a calculating machine,..with the difference that the speed of calculation has been enormously increased.

**b.** *attrib.* and *Comb.*

**1957** *Economist* 30 Nov. 807/2 Computer-control methods that have already been applied to certain machine tool operations. **1957** I. ASIMOV *Earth is Room Enough* (1960) 11 The decisions on priority are computer-processed. I could in no way alter those conditions arbitrarily. **1961** *Times* 21 July 3/1 Senior Computer Programmers. **1962** *Science Survey* XX. 322 Functional diagram of computer-controlled milling machine. **1964** *Discovery* Oct. 56/2 Such projects form a part of the developing field of computer-aided design. **1964** R. D. HOPPER in I. L. Horowitz *New Sociol.* 322 The possibilities of ..computer-based thinking. **1964** A. WYKES *Gambling* xi. 259 He must have a computer-like ability to remember all the cards. **1965** *Math. in Biol. & Med. (Med. Res. Council)* p. viii, For some time past commerce and industry have been making increasing use of computer-based automatic data processing systems. *Ibid.* 38 It may well be that the computer-assisted treatment will replace the radical operation of temporal lobectomy. *Ibid.* 166 The function of a computer-generated sine wave. **1966** *Performing Right* Oct. 10/1 A veteran computer operator. **1968** *Computers & Humanities* II. 145 The computer-generated concordance is probably the earliest-developed..and most useful application of electronic data processing to literary texts. **1969** BESSINGER & SMITH *Concordance to Beowulf* p. xxiii, We considered writing a computer program to 'translate' the text, word by word, into the hyphenated form. **1970** *Brit. Printer* Feb. 27/1 One of the unnerving things about computer-assisted typesetting is the pace at which developments take place. **1970** *Computers & Humanities* IV. 340 Umlauts..and upper case letters are coded for proper computer typesetting.

**3.** Special Comb.: **computer-aided** *a.*, performed with the aid of a computer; *esp.* involving one as an integral part of an operation previously performed without one; **computer-literate** *a.*, educated or skilled in the use of computers; also **computer literacy**.

**1962** J. C. R. LICKLIDER in J. E. Coulson *Programmed Learning* II. 217 (*heading*) Preliminary experiments in *computer-aided teaching. **1963** *AFIPS Conf. Proc.* XXIII. 305/1 A computer-aided design system for general use. **1967** COX & GROSE *Organiz. Bibliogr. Rec. by Computer* V.

114 An experimental vehicle..for on-line computer-aided editing and reformatting of MARC records to adapt the cataloging data for local library use. **1971** C. R. W. W. WRIGHT in B. de Ferranti *Living with Computer* 24 The initial reaction when computer-aided learning is discussed is to imagine vast systems using large and expensive computers. **1984** E. P. DeGARMO et al. *Materials & Processes in Manuf.* (ed. 6) i. 9 It is a natural for the efficient implementation of computer-aided design and computer-aided manufacturing (CAD/CAM) techniques.

---

**1970** R. W. BRIGHTMAN *Computer & Junior College* 6 Course work designed to develop *computer literacy — a term describing the general understanding of computers and what they do — is highly recommended. **1985** *Personal Computer World* Feb. 40 (Advt.), You'll catch it on TV, the star of a series of computer literacy programmes.

---

**1976** *Resources in Educ.* May 139/1 Benefits of using computers to improve instruction, to provide learner control, and to develop a *computer-literate society are discussed. **1985** *Listener* 28 Feb. 35/1 Without a clear, logical instruction manual, a computer is wholly useless to someone who is not already computer-literate.

---

## ADDITIONS SERIES 1993

**computer**, *n.*

Add:   **[3.] computer virus** = *VIRUS *n.* 2 d.

**1984** *Computer virus [see *VIRUS *n.* 2 d]. **1986** *Times* 12 Aug. 21/4 A computer virus attack might bring a major weapons system to a standstill,..or wipe out computer-stored intelligence. **1989** *Daily Tel.* 14 Oct. 1/1 A computer virus triggered by the date Friday 13th struck computers at Britain's leading charity for the blind.

---

## ADDITIONS SERIES 1997

**computer**, *n.*

Add:   **[3.] computer crime**, (an instance of) crime involving illegal access to or manipulation of electronic data.

> **1972** *New Scientist* 2 Mar. 497/3 A growth business indeed, with the highest growth in the unspectacular areas: fraud, credit-card cheating, *computer crimes. **1990** *Sun* (Baltimore) 7 Mar. c3/4 That seat-of-the-pants approach to cracking computer crime isn't taught in the police academy.

**computer dating**, the use of a computer to match potential partners, according to prespecified criteria of compatibility, desirability, etc.; matchmaking by computer.

> **1966** *Look* 22 Feb. 35/1 With all the joys and ploys of *computer dating, social life at sexually segregated schools in the Ivy League remains plenty anxiety-laden. **1968** *Economist* 3 Feb. 18/1 The present fad for computer-dating—matching people with people. **1990** P. WESTCOTT *Finding Someone to Love* vii. 86 There are other computer dating agencies, but, there's little doubt that Dateline is the biggest and most successful.

**computer-friendly** *adj.*,   (*a*) suitable for use with computers, compatible with computers;   (*b*) (of a person) well-disposed towards computers; computer-literate: cf. *-FRIENDLY, *FRIENDLY *a*. 5 c.

> **1982** *Christian Science Monitor* 30 Apr. B16/2 The challenge of making the microcomputer revolution '*computer friendly'..was also a primary concern. **1983** *U.S. Banker* July 36 The new computer-friendly VISA Electron card 'speaks' three computer languages. **1983** *National Jrnl.* (U.S.) 24 Sept. 4/4 We did not become more computer-friendly. They [*sc.* computers] became more people-friendly. **1989** *Guardian* 10 Aug. 19/4 Headmasters become factory managers, chosen because they are accountants or computer-friendly. **1991** *Southwest Sampler* (U.S.) Summer II. 27/1 Siggins even offers computer-friendly desks with built-in keyboard trays.

**computer game**, a game played on a computer, *esp.* one involving graphics and operating in real time; also, a software package for such a game.

> **1965** *Times Educ. Suppl.* 14 May 1480/1 We have found that it is very instructive to use what we call *the computer game* in this respect. **1966** *Jrnl. Canad. Operational Res. Soc.* 115 Game, computer, a simulation of

a competitive situation carried out completely on a computer in which
the only human intervention is by the players themselves issuing orders.
**1972** A. M. PARKS *Computerized Games & Simulations for Speech
Communication* 3 As far as could be determined, there have been no
computer games designed specifically for the speech communication
classes. **1988** D. LODGE *Nice Work* III. ii. 120 Sandra and Gary
squabbled over the TV, Sandra wanting to watch the *Eastenders* omnibus
and Gary wanting to play a computer game. **1993** *Wired* (Premiere issue)
I. 66 Zero's life revolves around computer games. He only ventures out of
his six-mat in Kawagoe to acquire new gameboards.

**computer graphic,**  *(a) pl.*, the use of a computer linked to a VDU to
generate and manipulate visual images;  *(b)* a visual image produced or
modified by means of a computer; usu. in *pl.*

> **1965** *Proc. AFIPS Conf.* XXVII. 883/2 Only with the most recent
> advances in computer speed and scope performance has a real-time on-
> line *computer graphics system become practicable. **1986** *Master
> Photographer* Oct. 42/3 More and more labs are also becoming involved
> in computer graphics—enabling highly complex graphic presentations to
> be quickly converted to a photographic form without the need for
> expensive and time consuming artwork. **1991** H. RHEINGOLD *Virtual
> Reality* II. v. 119 By this method, the computer graphics were converted
> to video format. **1992** *Industry Week* 7 Dec. 62/4 The inventor is in front
> of a computer graphic which gains depth through the technique. **1993**
> *N.Y. Times* 24 Oct. v. 15/1 Inside the visitor center, the interactive
> exhibits use computer graphics, touch screens and speakers to offer
> information.

**computer science,** the branch of knowledge that deals with the
construction, operation, programming, and applications of computers.

> **1961** *IRE Trans. Electronic Computers* X. 759 The author describes his
> discussions with several important Soviet personalities in the *computer
> sciences. **1964** *New Scientist* 30 Apr. 327/3 (Advt.), Successful
> completion of the course leads to a Diploma in Computer Science. **1982**
> S. BELLOW *Dean's December* iii. 32 For a while he had taken special
> courses in computer science. **1991** MORNINGSTAR & FARMER in M.
> Benedikt *Cyberspace* (1993) 298 Cyberspace architects will benefit from
> study of the principles of sociology and economics as much as from the
> principles of computer science.

**computer scientist,** a specialist in computer science.

**1968** *Brit. Jrnl. Psychiatry* CXIV. 1497/1 Psychiatry may perhaps be able to learn something from the *computer-scientists; but it is just as likely that the computer-scientists will be able to learn from the psychiatrists. **1992** *Personal Computer World* Jan. 366/1 Neural networks are now an established and important part of the computer scientist's toolkit.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# criterion

SECOND EDITION 1989

(kraɪˈtɪərɪən) Pl. **criteria**; less commonly **-ons**. [a. Gr. κριτήριον a means for judging, test, standard, f. κριτής judge. In 17th c. often written in Gr. letters.]

**†a.** An organ, faculty or instrument of judging.

> **1647** H. MORE *Poems* Pref., Wits that have..so crusted and made hard their inward κριτήριον by over-much and trivial wearing it. **1678** CUDWORTH *Intell. Syst.* 23 According to Empedocles, the Criterion of Truth is not Sense but Right Reason.

**b.** A test, principle, rule, canon, or standard, by which anything is judged or estimated.

> **1622** BP. HALL *Serm.* 15 Sept. Wks. (1627) 490 All the false κριτηρια that vse to beguile the iudgment of man. **1661** FULLER *Worthies* I. 129 The moving hereof [a statue] was made the Criterion of womens chastity. **1768** BLACKSTONE *Comm.* III. 330 Some mode of probation or trial, which the law of the country has ordained for a criterion of truth and falshood. **1788** A. HUGHES *Henry & Isab.* I. 17 Regular uniformity and the straight line were the criterions of taste and beauty. **1795** *Fate of Sedley* I. 168 Lord Stokerland [is] the criterion of gallantry and politeness. **1856** FROUDE *Hist. Eng.* (1858) I. i. 18 We have no criterion by which, in these matters, degrees of good and evil admit of being measured.

**†c.** A distinguishing mark or characteristic attaching to a thing, by which it can be judged or estimated. *Obs.*

> **1613** JACKSON *Creed* I. v. Wks. I. 37 This sincerity in teaching..is the true κριτήριον or touchstone, the livery or cognizance of a man speaking by the Spirit of God. **1678** GALE *Crt. Gentiles* III. 138 Take these Criteria or distinctive notes of Durandisme.

---

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# desired, *ppl. a.*

SECOND EDITION 1989

(dɪˈzaɪəd) [f. prec. + -ED¹.]

**1.** Wished for, longed for, etc.: see the vb.

> **1382** WYCLIF *Haggai* ii. 8 The desirid to alle folkis shal cume. *a*1440 *Found. St. Bartholomew's* 43 To ȝeue the a ȝeifte of desirid helth. **1611** SHAKES. *Cymb.* III. v. 62 To her desir'd Posthumus. **1611** BIBLE *Ps.* cvii. 30 So he bringeth them vnto their desired hauen. **1655** EARL OF ORRERY *Parthen.* (1676) 21 At last, the long desired day appear'd. **1855** MACAULAY *Hist. Eng.* IV. 266 The long desired title of Elector of Hanover.

**†2.** Missed, regretted, desiderated. *Obs.*

> *a*1533 LD. BERNERS *Gold. Bk. M. Aurel.* (1546) Ddja, Of the death of suche an entierly desyred husbande.

**†3.** Affected with desire; longing, desirous. [= L. *cupidus.*] *Obs.*

> *a*1300 *Cursor M.* 28505 (Cott.) Gerndand i haf oft ben desird o þire wymmen scen. **c1489** CAXTON *Blanchardyn* xlii. 158 She..was sore desired to know of hym som gode tydynges. **1598** YONG *Diana* 318 If thy sweete voice..might sound in our desired eares with some happie song.

Hence **deˈsiredly** *adv.*, in a desired manner; †according to one's own desire, *con amore* (*obs.*; cf. DESIROUSLY); **deˈsiredness**, the condition of being desired.

> **1625** BP. R. MONTAGU *App. Cæsar* 65 He being *Pater misericordiarum*, and wholly, freely, and desiredly, giving, occasioning, procuring, effecting our salvation. **1666** G. ALSOP *Maryland* (1869) 46 Every man lives quietly, and follows his labor and imployment desiredly. *a*1866 J. GROTE *Exam. Util. Philos.* (1870) xix. 327 There being rather want in the sense of *absence* of what should be than want in the sense of desiredness. **1888** P. H. WICKSTEED *Alphabet Econ. Sc.* 8, I am not aware of any recognised

word, however, which signifies the quality of being desired. 'Desirableness' conveys the idea that the thing not only is but deserves to be desired. 'Desiredness' is not English, but I shall nevertheless use it as occasion may require. **1889** *Sat. Rev.* 16 Feb. 198/1 His introduction into the English language of 'desiredness'. **1920** A. C. PIGOU *Econ. of Welfare* V. x. 771 The marginal desiredness which money has for them.

Case 3:06-cv-02361-WHA    Document 89-2    Filed 11/15/2006    Page 13 of 46

Oxford English Dictionary electronically, adv.    Page 1 of 1

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

## elec'tronically, *adv.*

SECOND EDITION 1989

[f. ELECTRONIC *a.*; see -LY *suffix*$^2$.]

By electronic means.

> **1923** *Science* 31 Aug. 164/2 A vibrationless, but electronically excited molecule. **1943** *Times* 21 Sept. 4/5 Details of 'one of America's best kept military secrets', an electronically-controlled auto pilot for bombing aeroplanes, were disclosed here to-day. **1954** E. E. CUMMINGS *Let.* 8 Dec. (1969) 238 With a flexible (electronically) instrument I could have roared as softly as a seashell. **1954** *Economist* 13 Mar. 791/1 A machine that calculates electronically.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# fee, *n.*²

SECOND EDITION 1989

(fiː) Forms: 4-5 **fe, feo, fey,** 6 **fie,** 3- **fee.** *pl.* 3 **fez,** 3-4 **feez,** 5 **fese,** 5-6 **feeze,** 6 **feas, feis,** 4- **fees.** See also FEU, FEUD *n.*², FIEF *n.* [a. AF. *fee, fie* = OF. *fé, fié,* \**fiet* (app. implied in *fiez* pl.), *fief, fieu, fiu,* Pr. *feo, feu, fieu,* It. *fio* (prob. from Fr. or Pr.; the Langobardic Lat. *faderfium* is a compound of Teut. *fehu* FEE *n.*¹), med.L. *feodum, feudum* (first cited by Du Cange from a charter of Charles the Fat, A.D. 884), also *fevum, feum, fedium,* in Sicily *fegum.*

The mutual relation of the various Romanic and med.L. forms is somewhat obscure. According to some scholars, *fief* is a vbl. n. f. *fiever* to grant in fee, f. *fieu,* which, as well as the other forms of the n., descends from *feodum* or its Teut. source. The ultimate etymology is uncertain. A prevalent view is that the word is f. OHG. *fehu* cattle, property, money (= FEE *n.*¹), + *ôd* wealth, property. This must be rejected, because such an etymology could directly yield no other sense than that of 'movable property', which is very remote from the sense of *feodum* as used in early records, viz. usufruct granted in requital of service (often opposed to *alodis,* originally meaning 'inheritance'); cf. the synonyms, Ger. *lehen,* OE. *lǽn* (the same word as Eng. *loan*), and L. *beneficium,* i.e. something granted to a subject by the kindness of his lord. A more tenable theory is that the OF. *fiu* is an adoption of the Teut. *fehu* in the contextual sense of 'wages, payment for service'; the Rom. word certainly had this meaning (see branch II below), and it is conceivable that the feudal sense is a specific application of it. The *d* of the L. forms, *feudum, feodum,* however, is left unexplained by this hypothesis; some regard it as a euphonic insertion (comparing It. *chiodo* nail from vulgar L. \**clo-um* from *clavum*); others think that it is due to the analogy of *allodium*; and others suppose *feudum* to be a vbl. n. f. *feudare* = *feum dare*; but each of these views involves serious difficulties. It is not impossible that two originally distinct words may have been confused. A conjecture proposed by Prof. Kern, and approved by some German jurists, is that *feodum* represents an OHG. \**fehôd,* related to the vb. *fehôn,* which is recorded only in the sense 'to eat, feed upon', but is supposed on etymological grounds to have had the wider meaning 'to take for one's enjoyment'. This would account fairly well for the sense, but involves too much hypothesis to be accepted with confidence. It is curious, if the word be of Teut. formation, that there is no direct proof of its having existed in any Teut. language, nor is it found even in the L. text of the Frankish laws.]

**I. 1.    a.** *Feudal Law.* An estate in land (in England always a heritable estate), held on condition of homage and service to a superior lord, by whom it is granted and in whom the ownership remains; a fief, feudal benefice. †*to take* (a person's) *fee:* to become his vassal. Now only *Hist.*

**ecclesiastical** *fee* (L. *feodum ecclesiasticum*): one held by an ecclesiastical person or

corporation, and not owing any but spiritual service. **knight's fee**, **lay fee**: see <span style="font-variant:small-caps">KNIGHT</span> *n.*, <span style="font-variant:small-caps">LAY</span> *a.*

[**1292** <span style="font-variant:small-caps">BRITTON</span> III. ii. §1 Plusours maneres des feez sount et de tenures.] **c1330** R. <span style="font-variant:small-caps">BRUNNE</span> *Chron.* (1810) 63 þerfor vnto þam tuo he gaf Griffyns feez. **c1400** *Melayne* 1371 Allas..That ever I tuke thi fee! **1473** J. <span style="font-variant:small-caps">WARKWORTH</span> *Chron.* 23 A generalle resumpcion of alle lordschippes..and feys grawntede be the Kynge. **1767** <span style="font-variant:small-caps">BLACKSTONE</span> *Comm.* II. 105 Feodum, or fee, is that which is held of some superior, on condition of rendering him service. **1836** <span style="font-variant:small-caps">BAINES</span> *Hist. Lanc.* III. 204 The great fee or lordship of Pontefract was vested in them. **1844** <span style="font-variant:small-caps">WILLIAMS</span> *Real Prop.* (1877) 43 The word *fee* anciently meant any estate feudally held of another person. **1863** H. <span style="font-variant:small-caps">COX</span> *Instit.* II. xi. 583 [Of the Counties Palatine] there remain now only those of Lancaster and Durham..the latter formerly an ecclesiastical fee belonging to the Bishop of Durham.

**b.** Phrases, (**as**) **in** or **of fee** (= L. *in*, *de feudo*, *ut in feudo*): by a heritable right subject to feudal obligations. Now only *Hist.* Also *transf.* and *fig.*

[**1292** <span style="font-variant:small-caps">BRITTON</span> I. xxi. §4 Autres qe il ne avoint en lour demeyne cum de fee.] **c1330** R. <span style="font-variant:small-caps">BRUNNE</span> *Chron.* (1810) 86 William þe Conqueror his ancestres & he Held with grete honour Normundie in fe Of alle kynges of France. **c1470** <span style="font-variant:small-caps">HENRY</span> *Wallace* x. 977 Schyr Amer hecht he suld it haiff in hyr Till hald in fe and othir landis mo. **1491** *Act 7 Hen. VII*, c. 12 §5 That every recovery so had be as gode..as if the King were seised of the premises in his demesne as of fee. **1494** <span style="font-variant:small-caps">FABYAN</span> *Chron.* VI. ccxvii. 236 To..holde it [the lande] of hym as in fee. **1587** <span style="font-variant:small-caps">GOLDING</span> *De Mornay* xx. 305 Sith we hold all things of him [God] in fee, we owe him fealty and homage. **1852** C. M. <span style="font-variant:small-caps">YONGE</span> *Cameos* (1877) II. v. 57 The sovereignty of the provinces he now held in fee were made over to him.

**2. a.** *Common Law.* An estate of inheritance in land. Also in phrases as in 1b. (A fee is either a <span style="font-variant:small-caps">FEE-SIMPLE</span> or a <span style="font-variant:small-caps">FEE-TAIL</span>; but **in fee** is usually = 'in fee-simple'.)
   In Eng. Law theoretically identical with sense 1, all landed property being understood to be held feudally of the Crown. In the U.S. the holder of the fee is in theory as well as in fact the absolute owner of the land.

**1535** <span style="font-variant:small-caps">STEWART</span> *Cron. Scot.* II. 700 The baronie he gaif To Durhame kirk in heretage and fie. **1628** <span style="font-variant:small-caps">COKE</span> *On Litt.* III. iv. §293. 189 It is to be vnderstand that when it is said..that a man is seised in fee..it shall be intended in fee simple. **1764** <span style="font-variant:small-caps">BURN</span> *Poor Laws* 184 To purchase lands in fee. **1809** J. <span style="font-variant:small-caps">MARSHALL</span> *Const. Opin.* (1839) 126 Peck..covenanted that Georgia..was legally the owner in fee of the land in question. **1818** <span style="font-variant:small-caps">CRUISE</span> *Digest* (ed. 2) I. 160 If a woman, tenant in tail general, makes a feoffment in fee, and takes back an estate in fee. *Ibid.* VI. 265 Here the fee was expressly given to the trustees. **1827** <span style="font-variant:small-caps">JARMAN</span> *Powell's Devises* II. 149 An estate of which the devisor was mortgagee in fee. **1844** <span style="font-variant:small-caps">WILLIAMS</span> *Real Prop.* (1879) 43 A fee may now be said to mean an estate of inheritance.

**1858** <span style="text-decoration: underline">POLSON</span> *Law & L.* 197 Seized in fee.

**b.** *fig.* esp. in phrase **to hold in fee**, to hold as one's absolute and rightful possession.

*a*1553 <span style="text-decoration: underline">UDALL</span> *Royster D.* III. iv. (Arb.) 52 One madde propretie these women haue in fey, When ye will, they will not. **1639** <span style="text-decoration: underline">G. DANIEL</span> *Ecclus.* xxiv. 64 My ffee [A.V. inheritance] Is sweeter then Virgin-Combes. *a*1674 <span style="text-decoration: underline">MILTON</span> *Sonn.* xii, Which after held the sun and moon in fee. **1802** <span style="text-decoration: underline">WORDSW.</span> *On Extinction Venet. Rep.*, Once did she hold the gorgeous East in fee. **1846** <span style="text-decoration: underline">TRENCH</span> *Mirac.* Introd. (1862) 38 Powers..such rather as were evidently his own in fee. **1850** <span style="text-decoration: underline">TENNYSON</span> *In Mem.* lxxix. I know thee of what force thou art To hold the costliest love in fee.

**c.** **base fee**: see <span style="text-decoration: underline">BASE</span> *a.* 11. Also (see quot.).

**1883** <span style="text-decoration: underline">F. POLLOCK</span> *Land Laws* 108 The curious kind of estate created by the conveyance in fee-simple of a tenant in tail not in possession, without the concurrence of the owners of estates preceding his own, is called a *base fee*.

**d.** In s.w. dialect. (See quots.)

**c1630** <span style="text-decoration: underline">RISDON</span> *Surv. Devon* §91 (1810) 87 This town consisteth of three parts, the fee, the manor, and the borough; the fee is of such freeholders and gentlemen as do dwell in Devonshire. **1880** *W. Cornw. Gloss.*, *Fee*, freehold property. 'Our house is fee'.

**e.** **at a pin's fee**: at the value of a pin.

**1602** <span style="text-decoration: underline">SHAKES.</span> *Ham.* I. iv. 65, I do not set my life at a pin's fee. **1865** <span style="text-decoration: underline">CARLYLE</span> *Fredk. Gt.* VI. XVI. x. 260 The present Editor does not..value the rumour at a pin's fee.

**3.** A territory held in fee; a lordship.

[**1292** <span style="text-decoration: underline">BRITTON</span> III. ii. §1 Qe les seignurs des fez eyent les gardes de lour feez.] **1413** <span style="text-decoration: underline">LYDG.</span> *Pilgr. Sowle* IV. xxvi. (1483) 72 Vnder thy lord god as chyef lord of the fee. **c1430** *Syr Tryam.* 1056, Xij fosters..that were kepars of that fee. **15..** *Adam Bel* 56 in Hazl. *E.P.P.* II. 162 Forty fosters of the fe These outlawes had y-slaw. **1741** <span style="text-decoration: underline">T. ROBINSON</span> *Gavelkind* v. 49 The Tenements within the Fee were not departible. **1851** <span style="text-decoration: underline">TURNER</span> *Dom. Archit.* II. Introd. 20 It [the castle] was the chief place of his honour or fee. **1869** <span style="text-decoration: underline">LOWELL</span> *Singing Leaves* 84 My lute and I are lords of more Than thrice this kingdom's fee.

*transf.* **13..** *E.E. Allit. P.* B. 960 þat folk þat in þose fees [cities of the Plain]

lenged. **c1425** W<small>YNTOUN</small> *Cron.* VI. ii. 49 Sum hethyn man..Mycht usurpe Crystyn Feys.

**†4.  a.** The heritable right to an office of profit, granted by a superior lord and held on condition of feudal homage. Only in phrases *in, of, to fee.*  **b.** The heritable right to a pension or revenue similarly granted. *Obs.*

> **a.** [**1292** B<small>RITTON</small> I. xii. §9 Et defendoms a touz ceux qi cleyment aver garde des prisouns en fee.] **1375** B<small>ARBOUR</small> *Bruce* XI. 456 Schir robert of Keth..wes Marshall of all the host of fee. **c1470** H<small>ENRY</small> *Wallace* VII. 1026 In heretage gaiff him office to fee Off all Straithern and schirreiff off the toun. **1670** B<small>LOUNT</small> *Law Dict.* s.v., The word Fee is sometimes used..for a perpetual *right incorporeal*; as to have the keeping of Prisons..in Fee. **1700** tr. *Charter of Edw. I*, in Tyrell *Hist. Eng.* II. 820 No Forester..who is not a Forester in Fee..shall take Chiminage.

> **b.** [**1292** B<small>RITTON</small> II. x. §2 Une autre manere de purchaz est que home fet de annuel fee de deners ou de autre chose en fee.] **1823** C<small>RABB</small> *Technol. Dict.*, *Fee*..a rent or annuity granted to one, and his heirs, which is a *fee personal.*

**†5.  a.** Homage rendered, or fealty promised, by a vassal to a superior. Also, employment, service.

> **c1330** R. B<small>RUNNE</small> *Chron.* (1810) 145 þe moneth of Nouembre..com kyng William..& þer ȝald him his fee. **1486** *Certificate* in Surtees Misc. (1890) 49, I..accept hyme to be of my fee and counesell. **1596** S<small>PENSER</small> *F.Q.* VI. x. 21 Venus Damzels, all within her fee.

**†b. *to be at a, in fee of, to, with*:** to be in the pay or service of, under an obligation to; hence, to be in league with. Also, ***to have (one) in fee***: to retain, hold in one's service. *Obs.*

> **1529** S. F<small>ISH</small> *Supplic. Beggars* 8 Are not all the lerned men in your realme in fee with theim. **1590** W<small>EBBE</small> *Trav.* (Arb.) 34 Beeing then in yeerely fee to the King of Spaine. **1600** H<small>OLLAND</small> *Livy* XLII. v. (1609) 1118 In fee as it were with him, in regard of many courtesies and gracious fauours received at his hands. **1633** B<small>P.</small> H<small>ALL</small> *Hard Texts* 324 As if ye were at a fee with death and Hell. **1703** T. N. *City & C. Purchaser* 208 Some of those Bricklayers that are in Fee with 'em. **1756** N<small>UGENT</small> *Gr. Tour* IV. 33 He will endeavour to carry you to his own favourite house, which has him in fee.

**II. Denoting a payment or gift.**

[This branch is commonly referred to F<small>EE</small> *n.*¹, but the AF. is *fee*, and the med.L. *feodum*, both in England and on the continent; cf. It. *fio*. The two ns., however, being coincident in form, were certainly confused, and in many instances it makes no difference to the sense whether the word is taken as *n.*¹ or as *n.*² Senses 6-8 seem to have been influenced by branch

I; sense 9 agrees with a continental use of *feodum*.]

**†6.** A tribute or offering to a superior. *Obs.*

> **c1369** C̲H̲A̲U̲C̲E̲R̲ *Dethe Blaunche* 266 This..god..May winne of me mo fees thus Than ever he wan. **a1400-50** *Alexander* 4466 þan fall ʒe flatt on þe fold, with fees þaim adoures. *Ibid* 5139 Foure hundreth fellis ʒit to fee. **1602** D̲E̲K̲K̲E̲R̲ *Satiromastix* Wks. 1873 I. 253 Knees Are made for kings, they are the subjects Fees.

**7. a.** The sum which a public officer (? originally, one who held his office 'in fee': see 4a) is authorized to demand as payment for the execution of his official functions.

> [**1292** B̲R̲I̲T̲T̲O̲N̲ I. xii. §7 Ne ja par defaute de tiel fee ne soit nul prisoun plus detenu.] **c1450** *Bk. Curtasye* 598 in *Babees Bk.* (1868) 319 Sex pons þer-fore to feys he takes. **1494** *Nottingham Rec.* III. 279 To the Chaumberlens for theire fese xxvjs. viijd. **1529** *Act 21 Hen. VIII, c.* 5 §6 Any such Ordynary..shall nat in any wyse take for the same above the fees lymytted by this Acte. **1546** *Mem. Ripon* (Surtees) III. 25 To the Auditor for his Fee xiiijs. iiijd. **1581** L̲A̲M̲B̲A̲R̲D̲E̲ *Eiren.* III. i. (1588) 333 Two Justices of Peace, may license such as be delivered out of Gaoles, to beg for their fees. **1593** S̲H̲A̲K̲E̲S̲. *2 Hen. VI*, III. ii. 217, I should rob the Deaths-man of his Fee. **1609** S̲K̲E̲N̲E̲ *Reg. Maj.* 2 The fie of the seale, ten pounds. **1680** *Tryal & Sent. Eliz. Cellier* 18, I came to pay the Clerk of the Council his Fees..I was obliged to pay the Fees my self at the Council. **1727** S̲W̲I̲F̲T̲ *Descr. Morning*, The turnkey now his flock returning sees, Duly let out a-nights to steal for fees. **1817** W̲. S̲E̲L̲W̲Y̲N̲ *Law Nisi Prius* (ed. 4) II. 936 The captain had paid an extra fee in order to procure his clearances. **1858** K̲I̲N̲G̲S̲L̲E̲Y̲ *Poems, Earl Haldan's Dau.* 6 The locks of six princesses Must be my marriage fee. **1868** F̲R̲E̲E̲M̲A̲N̲ *Norm. Conq.* (1877) II. x. 471 The greedy secular clergy refused the first sacrament except on payment of a fee.

**b.** Extended to denote the remuneration paid or due to a lawyer, a physician, or (in recent use) any professional man, a director of a public company, etc. for an occasional service.

> **1583** S̲T̲U̲B̲B̲E̲S̲ *Anat. Abus.* II. (1882) 16 The lawiers I would wish to take lesse fees of their clients. **1644** M̲I̲L̲T̲O̲N̲ *Educ.* Wks. (1847) 99/1 Litigious terms, fat contentions, and flowing fees. **1655** C̲U̲L̲P̲E̲P̲P̲E̲R̲ *Riverius* Epigram, Who spend Their Life in Visits, and whose Labors end in taking Fees. **1727-38** G̲A̲Y̲ *Fables* II. ix. 21 The fee gives eloquence its spirit. **1791** B̲O̲S̲W̲E̲L̲L̲ *Johnson* an. 1784 (1847) 800/2 Physicians..generously attended him without accepting any fees. **1802** M̲. E̲D̲G̲E̲W̲O̲R̲T̲H̲ *Moral T.* (1816) I. vi. 34 What fee, doctor..shall I give you for saving his life? **1863** P̲. B̲A̲R̲R̲Y̲ *Dockyard Econ.* 48 Few of them [Lawyers] are proof against a fee. **1856** E̲M̲E̲R̲S̲O̲N̲ *Eng. Traits, Voy. Eng.* Wks. II. 11 The remuneration [for public lectures] was equivalent to the fees at that time paid in

this country for the like services.

**c.** The sum paid for admission to an examination, a society, etc.; or for entrance to a public building. Also, ***admission-*, *court*, *entrance-fee***.

**1389** in *Eng. Gilds* (1870) 88 He schal..payen his fees and sythyn for hys entres. **1891** *Cambridge Univ. Calendar* 22 A fee of £2 2s. is paid to the Common Chest by every student on each admission to a Special Examination. **1893** *Oxford Univ. Calendar* 30 University Museum. Open..to visitors (without fee) from 2 p.m. to 4 p.m.

**d.** Terminal payments for instruction at school.

**1616** R. C. *Times' Whistle* iv. 1428 For duble fees A dunce may turne a Doctour. **1841** W. SPALDING *Italy & It. Isl.* III. 358 Private schools are taught, for small fees, by..priests. **1876** GRANT *Burgh Sch. Scotl.* II. 467 In 1746 the council [of Kirkcaldy] enact that the fees shall be paid quarterly.

**†8.    a.** A perquisite allowed to an officer or servant (*esp.* a forester, a cook or scullion). ***fee of a bullock***: see quot. 1730. *Obs.*

**c1386** CHAUCER *Knt.'s T.* 945 Thus hath here lord..hem payed Here wages and here fees for here servise. **1474** *Househ. Ord.* 32 The larders hath to theire fees the neckes of mutton twoe fingers from the heade. [**a1490** BOTONER *Itin.* (Nasmith 1778) 371 Et ipse emebat de cocis lez feez.] **1486** *Bk. St. Albans* Fiva, The Right shulder..Yeueth to the foster for that is his fee. **1557** *Order of Hospitalls* Hijb, The Butler..You shall have no manner of Fees, but your ordinarie wages. **1579** TOMSON *Calvin's Serm. Tim.* 831/2 The ofscouringes or fees of the kitchen. **1593** SHAKES. *3 Hen. VI*, III. i. 23, I, heere's a Deere, whose skins a Keepers Fee. **1603** KNOLLES *Hist. Turks* (1621) 833 Certain young men..snatcht it [food] hastily up as their fees, and like greedie Harpies ravened it downe in a moment. **1730-6** BAILEY (folio), *The Fee of a Bullock*, the bones of a bullocks thighs and shoulders, having the meat cut off (but not clean) for salting for victualling ships.

**†b.** A warrior's share of spoil; a dog's share of the game. *Obs.*

**c1340** *Gaw. & Gr. Knt.* 1622 He com gayn, His feez þer for to fonge. **14..** *Venery de Twety* in *Rel. Ant* I. 153 The houndes shal be rewardid with the nekke and with the bewellis, with the fee. **1616** SURFL. & MARKH. *Country Farme* 697 The hare being killed, it will be good to giue the dogs their fees, the better to incourage them.

*transf.* **1659** B. HARRIS *Parival's Iron Age* 101 The Clergy hath ever served as Fee, or prey to the seditious.

**†c.** Any allotted portion. *Obs.*

> **1573** TUSSER *Husb.* (1878) 73 Giue sheepe to their fees the mistle of trees. *Ibid.* 78 In pruning and trimming all maner of trees, reserue to ech cattel their properly fees. **1633** G. HERBERT *Temple, Discharge* v, Onely the present is thy part and fee. **1642** H. MORE *Song of Soul* I. II. xiii, There Psyche's feet impart a smaller fee Of gentle warmth.

**9.** A fixed salary or wage; the pay of a soldier. Also *pl.* Wages. *Obs.* exc. *Sc.* or *Hist.*

> **c1400** MANDEVILLE (1839) xv. 170 He that kepethe him [a sacred ox] hath every day grete fees. **1533** GAU *Richt Vay* (1888) 16 They that haldis thair seruandis feis fra thayme. **1535** STEWART *Cron. Scot.* II. 133 Men of weir that wald tak meit and fie. **1637-50** ROW *Hist. Kirk* (1842) 149 Mr. Bruce..hes 40 crounes monethlie for his intertainment, and 500 crounes of fie. **1686** G. STUART *Joco-Ser. Disc.* 26 Ye shall nev'r crave twice of me The smallest Penny of your Fee. **1724** RAMSAY *Tea-t. Misc.* (1733) II. 194 Her fee and bowntith in her lap. **1773** ERSKINE *Inst. Law Scot.* III. vi. §7. 507 Servants fees..being given that they may maintain themselves in a condition suitable to their service..cannot be arrested. *a***1810** TANNAHILL *Poems* (1846) 103 For I hae wair'd my winter's fee. **1878** SIMPSON *Sch. Shaks.* I. 10 Holding the post of King's standard-bearer, with the fee of six shillings and eight pence a day.

**10.**    **†a.** A prize, a reward. *Obs.*

> **c1400** *Destr. Troy* 2400 The fairest of þo fele shull þat fe haue. **c1470** HENRY *Wallace* XI. 460, 'I wald fayn spek with the' ..'Thow may for litill fe.' *a***1541** WYATT in *Tottell's Misc.* (Arb.) 81 Chance hath..to another geuen the fee Of all my losse to haue the gayn. **1596** SPENSER *F.Q.* IV. x. 3 Yet is the paine thereof much greater then the fee. **1605** SYLVESTER *Du Bartas* II. iii. II. *Fathers* 91 Thy God, thy King, thy Fee, thy Fence I am. **1633** G. HERBERT *Temple, Businesse* viii, Two deaths had been thy fee.

**b.** An occasional gift, a gratuity, given in recognition of services rendered. Phrase, ***without fee or reward***.

> *a***1592** GREENE *Geo.-a-Greene* Wks. (Rtldg.) 267/1 Fetch me A stand of ale..this is for a fee to welcome Robin Hood. **1768** FOOTE *Devil on 2 Sticks* 11, It is a part of the world where a fee is never refused. **1832** W. IRVING *Alhambra* II. 90 'God forbid', said he, 'that I should ask fee or reward for doing a common act of humanity'. **1863** HAWTHORNE *Our Old Home* (1884) 145 The attendants..expect fees on their own private account. **1873** TRISTRAM *Moab* xv. 291 The not unacceptable fee of a kid-skin of fresh butter.

†**c.** In bad sense: A bribe. *Obs.*

> **1549** COVERDALE *Erasm. Par. 2 Pet.* ii. 15 Being corrupt with wicked fee. **1595** SHAKES. *John* II. i. 170 Drawes those heauen-mouing pearles from his poor eies Which heauen shall take in nature of a fee. **c1643** MILTON *Sonn., To Lady Marg. Ley*, Unstain'd with gold or fee.

**III.** *attrib.* and *Comb.*

**11.** General relations (in senses 7-10).   **a.** attrib., as *fee-system, -table, -theatre*.   **b.** objective, as *fee-payer, -seeker*; *fee-catching* vbl. n.; *fee-charging, -checking, -gathering* (also *vbl. n.*), *-paying, -yielding* adjs.   **c.** instrumental, as *fee-fed* adj.

> **1810** BENTHAM *Packing* vii. (1821) 184 A mere pretence for \*fee-catching.

> **1897** *Daily News* 2 Mar. 2/6 They did not know the number of \*fee-charging schools..as distinguished from the general elementary system of the country. **1959** I. & P. OPIE *Lore & Lang. Schoolch.* xiii. 298 The private fee-charging establishments.

> **1810** BENTHAM *Packing* vii. (1821) 187 So \*fee-checking an innovation.

> **1808** —— *Sc. Reform* 71 \*Fee-fed lawyers always excepted.

> *Ibid.* 9 The Technical or \*Fee-gathering system. **1828** *Edin. Rev.* XLVIII. 468 Fee-gathering is the real foundation on which the laws of England have been framed! **1832** AUSTIN *Jurispr.* (1879) II. xxxix. 703 The profession would not be merely venal and fee-gathering.

> **1931** *Times Educ. Suppl.* 15 Aug. 321/2 The entrance examination for \*fee-payers.

> **1893** *Daily News* 12 July 5/1 \*Fee-paying schools.

> **1890** *Ibid.* 7 June 2/1 Lawyers and other \*fee-seekers.

> **1891** *Ibid.* 23 Nov. 2/1 The \*fee system seems to me one of the most outrageous and indefensible.

> **1812** J. QUINCY in *Life* 244 If..we..mete out contributions for national safety by our \*fee-tables.

**1808** B<small>ENTHAM</small> *Sc. Reform* 8 Sale of a \*fee-yielding office.

---

**12.** Special comb. †**fee-buck**, ?a buck received as a perquisite; **fee-estate** (see quot.); **fee-expectant**: see E<small>XPECTANT</small> *a.* 3, †**fee-Gloucester**, a Cornish tenure; **fee-fund** (see quot.); †**fee-grief**, a grief that has a particular owner; **fee-liege** (see L<small>IEGE</small>); †**fee-Morton**, a Cornish tenure (cf. *fee-Gloucester*); †**fee-penny**, an earnest of a bargain; †**fee-pie** (in humorous phrase *to eat fee pie*, ? to receive bribes); **fee-royal** (see R<small>OYAL</small>). Also F<small>EE-FARM</small>, F<small>EE-SIMPLE</small>, F<small>EE-TAIL</small>.

*a***1643** W. C<small>ARTWRIGHT</small> *Siege* IV. ii, You..Put of your Mercer with your \*Fee-buck for That season.

---

**1775** A<small>SH</small>, \**Fee-estate*, lands or tenements for which some service..is paid to the chief lord.

---

**1651** tr. *Kitchin's Jurisdictions* (ed. 2) 301 If it [land in frank-marriage] were given to them in taile to have to them and their heirs, they have taile and \*fee expectant.

---

**1861** W. B<small>ELL</small> *Dict. Law Scot.*, \**Fee-fund*..the dues of Court payable on the tabling of summonses..etc., out of which the..officers of the Court are paid.

---

**1602** C<small>AREW</small> *Cornwall* 38b, They pay in most places onely fee-Morton releefes which is after fiue markes the whole Knights fee..whereas that of \*fee-Gloucester is fiue pound.

---

**1605** S<small>HAKES.</small> *Macb.* IV. iii. 196 Is it a \*Fee-griefe Due to some single brest?

---

**1695** G. R<small>IDPATH</small> (*title*) Sir T. Craig's Scotland's Soveraignty Asserted..against those who maintain that Scotland is a Feu, or \*Fee-Liege of England.

---

**1602** C<small>AREW</small> *Cornwall* 38b, \*Fee-Morton..so called of John Earle first of Morton.

---

**1552** T. G<small>RESHAM</small> in Strype *Eccl. Mem.* II. App. C. 147 When the Kings Majesties father did first begin..to take up mony upon interest..he took his \*feepeny in merchandize.

---

*a***1640** D<small>AY</small> *Peregr. Schol.* (1881) 72 Saieing he was a wise Justice to eate \*fee-

pie with his clarke.

---

**1483** <span style="font-variant:small-caps">Caxton</span> *Gold. Leg.* 145/2 He gaf to them..the \*fee ryall of that buscage.

---

ADDITIONS SERIES 1993

**fee**, *n.*[2]

Add: **[II.] [7.]**   **e.** *spec.* = *transfer fee* (b) s.v. <span style="font-variant:small-caps">Transfer</span> *n.* 5. *Assoc. Football.*

**1899** J. C. <span style="font-variant:small-caps">Clegg</span> *Let.* 10 Mar. in G. Green *Hist. Football Assoc.* (1954) ix. 406, I send the following suggestions... That no larger fee shall be demanded than the amounts paid by the clubs on acquiring players. **1935** F. <span style="font-variant:small-caps">Wall</span> *50 Yrs. Football* xii. 132 Prior to the War it was generally believed that Manchester City paid the highest fee, £2,500 to Derby County for Horace Barnes, on May 12, 1914. **1980** *Guinness Bk. Records* 272/1 The record fee received by a British club was £1 million by Birmingham City from Nottingham Forest for Trevor John Francis.

## Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# implement, *v.*                                    SECOND EDITION 1989

('ɪmplɪmənt)  [f. IMPLEMENT *n.*]

**1. a.** *trans.* To complete, perform, carry into effect (a contract, agreement, etc.); to fulfil (an engagement or promise).

> **1806** *Petit. T. Gillies of Balmakewan* 23 (Jam.) This was an obligation incumbent upon him, which the petitioners were entitled to insist that he should implement. **1833** *Act 3 & 4 Will. IV*, c. 46 §90 The decree or order of court has not been duly implemented. **1865** ALEX. SMITH *Summ. Skye* II. 138 He had seen the boatmen, and fully implemented his promise. **1879** *Times* 22 Nov. (Mr. Gladstone in Scotland), On that day..Mr. Gladstone is expected to implement no fewer than three engagements. **1909** *Westm. Gaz.* 30 Aug. 4/3 [The] council has been prepared to implement that agreement. **1950** C. MORRIS *Social Case-Work Gt. Brit.* 7 With the post-war flood of social legislation, social workers are required..to help to implement the laws. **1964** *Ann. Reg. 1963* 102 Henceforward the bargaining..continued until late in the year, with some decisions being announced and implemented piecemeal. **1969** *Times* 3 Sept. 11/6 Three years later Armageddon found him [*sc.* Churchill] ready at the Admiralty with plans and authority to implement that policy. **1972** *Daily Tel.* 27 June 2/7 The provision of the Act of which they are most apprehensive..has yet to be implemented by the Government.

**b.** To carry out, execute (a piece of work).

> **1837** WHITTOCK, etc. *Bk. Trades, Optician* (1842) 354 Any similar invention which he may be employed to implement for the contrivers.

**c.** To fulfil, satisfy (a condition).

> **1857** NICHOL *Cycl. Phys. Sci.* 63/1 The chief mechanical requisites of the barometer are implemented in such an instrument as the following. **1870** R. M. FERGUSON *Electr.* 38 How are the conditions of thermo-electricity implemented by the materials of the earth?

**2.** To complete, fill up, supplement.

> **1843** B̲U̲R̲T̲O̲N̲ *Benthamiana* 166 Projects for implementing wages by
> pauper relief. **1855** B̲A̲I̲N̲ *Senses & Int.* III. iv. §15 (1864) 604 The hearer
> must implement the process, by the force of his own mind.

**3.** To provide or fit with implements.

> **1886** *Edin. Rev.* Oct. 362 Whether armed for defence, or implemented
> for industry.

# Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# in, *prep.*

SECOND EDITION 1989

(ɪn)  Forms: α. 1- **in**; also 3 *Orm.* **inn**, 5 **yn(e, ynne.** β. 2-6 **i, i-**, 3-4 **y**, 6- **i'**. [Common Teut. = OFris., OS., OHG., Goth. *in*, ON. *í* (Sw., Da. *i*), cognate with L. *in*, Gr. *ἐν*.

In OE., in all those texts in which the word occurs, the full form *in* is used, but in early ME. the apocopated *i* became common in certain dialects.

In the *Ormulum*, *inn* ( = *in*) is employed before vowels and *h*, and *i* before all consonants except *h*. Early southern texts, such as the *Lamb.* and *Cott. Homilies, Juliana, St. Kath., St. Marher., Ancr. R.*, etc., show a similar tendency, but with more or less irregularity, the MSS. often differing in this respect; on the whole, *i* is preferred when the prep. precedes the definite article or the demonstrative pronouns, as *i þe, i þis, i þat.* In some of these texts (*Ancr. R., Lamb. Hom.*) the relations of the two forms are further complicated by the use of INE, which also appears (e.g. in *Ayenb., Owl & Night., Shoreham*) where *i* is rare or altogether wanting. The prevalence of *i* in these southern texts suggests that Ormin's use of this form was not due to Scandinavian influence, especially as northern writers (including Scottish down to 1600) always employed *in*, though *i'* is common in the modern dialects. In standard English from the time of Chaucer *in* has been the normal form; but former colloquial usage is sometimes retained in verse in the combination *i' th'*, or as an archaism in *i' faith*.

**c1175** *Lamb. Hom.* 79 þe uisces iþe wetere and fuȝeles iþe lufte. **c1200** ORMIN Ded. 5 Broþerr min i Godess hus. *Ibid.* 506 To servvenn i þe temmple. **c1205** LAY. 1231 Biȝende France i þet west. **a1240** *Sawles Warde* in *Cott. Hom.* 245, I þis hus is þe huse lauerd. **1610** SHAKES. *Temp.* I. ii. 84 All hearts i' th state. *Ibid.* 130 Ith' dead of darkenesse. *Ibid.* II. i. 147 I' th' Commonwealth. **a1734** [see 29]. **1785** BURNS *Vision* I. ii, Whan the day had clos'd his e'e, Far i' the west. **1855** BROWNING *Bp. Blougram's Apol.* 2 Cool i'faith! We ought to have our Abbey back you see.]

*General Sense:*— The preposition expressing the relation of inclusion, situation, position, existence, or action, within limits of space, time, condition, circumstances, etc. In ancient times, expressing also (like L. *in*) motion or direction from a point outside to one within limits; the two senses being determined by the case of the word expressing the limits, the former taking the *dative* (originally locative), the latter the *accusative* or case of direction. These cases being subsequently levelled, this distinction ceased to be practicable, and the latter relation is now ordinarily expressed by the compound *in-to*, INTO; but there are various locutions in which (either because the accompanying verb conveys the sense of motion, or through the preservation of an ancient phrase without analysis) *in* still expresses motion from without to within.

In OE. (as in OS. and to some extent in OFris.) the prep. *in* was displaced by the prep. *on* (WGer. *an*, Goth. *ana*), so that in classical and late WSaxon, and to some extent in other OE. dialects, *on* was used for both *on* and *in*, an emphatic or distinctive sense of 'in' being however expressed by *innan*. (See full details in Dr. T. Miller, *OE. Version of Bede*, Introd. xxxiii-xliv.) In Anglian, esp. in the north and west, *in* remained (though, under WSax. influence, often displaced by *on* in documents); and in ME. the distinction of *in* and *on* was gradually restored, though many traces of their former blending still remain. (See sense 2.)

The formal coincidence of *in* with the L. prep. *in* (with which it is originally cognate) led to its being employed, in translating from L., in senses or uses which were idiomatic in L., but not originally English. These also have affected the current contextual use of the preposition.

### I. Of position or location.

Primarily *in* (of position) is opposed to *out of*: anything which is *in* a given space is not *out of* it, and *vice versa*. The compound *with-in*, is mainly an equivalent of *in* emphasizing the relation to limits. The simple relation-words nearest in sense to *in* are *at* and *on*, with which *in* sometimes has common ground, e.g. 'in *or at* Oxford', 'in *or on* a street', 'in *or on* behalf of a man'. *In* may also have common ground with *with*, as 'to travel *in or with* a caravan, a railway train, etc.'.

**1. a.** Of place or position in space or anything having material extension: Within the limits or bounds of, within (any place or thing).

May relate to a space of any size, however large or small: e.g. *in* the universe, *in* the world, *in* heaven, *in* hell, *in* the earth, *in* the sea (otherwise *on* the earth, *on* the sea, *at* sea), *in* a ship, vessel, *in* a field, wood, forest, desert, wilderness (but *on* a heath, moor, or common), *in* (U.S. *on*) a street, *in* a house, carriage, box, drawer, nut-shell, drop of water, etc.

Also (U.S.) *in* school, attending a school, receiving education at a school = (U.K.) *at school* (cf. SCHOOL *n.*[1] 1b). In former times *in school* was also used in Britain in the sense 'attending a school': see quot. c1205 s.v. SCHOOL *n.*[1] 1b. Also c900 *Bæda's Eccl. Hist.* (1890) 190/12 Sum leornungmon in scole Scotta cynnes; a1350 *Harley Lyrics* (1948) 63 Whil y wer a clerc in scole.

**a700** *Epinal Gloss.* 549 In curia, in maethlae. **c825** *Vesp. Psalter* viii. 2 Hu wundurlic is noma ðin in alre eorðan. **c1175** *Lamb. Hom.* 7 þa children pleȝeden in þere strete. *Ibid.* 23 þa men þe beoð in þe castel. **c1205** LAY. 17490 In þan brade uelde. **1297** R. GLOUC. (Rolls) 2 Engelond Iset in þe on ende of þe worlde as al in þe west. **c1330** R. BRUNNE *Chron. Wace* (Rolls) 8253 þey are now saylynge in þe se. **1362** LANGL. *P. Pl.* A. I. 114 Summe in þe Eir, and summe in þe Eorþe, and summe in helle deope. **1426** *E.E. Wills* (1882) 73 My bachous in Wodestrete. **1470-85** MALORY *Arthur* X. i, In euery place he asked..after sir Launcelot, but in no place he coude not here of hym. **1551** RECORDE *Pathw. Knowl.* I. xxvii, The circle is not named to be drawen in a triangle, because it doth not touche the sides of the triangle. **1608** TOPSELL *Serpents* (1658) 741 Dryed in a furnace. **1653-1756** In the open air [see AIR *n.* 3b]. **1660** WOOD *Life*

4 Dec. (O.H.S.) I. 350 His chamber in Merton Coll. **a1707** BP. PATRICK *Autobiog.* (1839) 105, I never saw greater devotion in any countenance. **1711** ADDISON *Spect.* No. 10 ⁋4 Spectators, who live in the World without having anything to do in it. **1818** SHELLEY *Rev. Islam* X. xv, The fish were poisoned in the streams; the birds In the green woods perished. **1828** SCOTT *F.M. Perth* ii, Adjacent to Couvrefew Street in which they lived. **1848** J. F. COOPER *Jack Tier* I. iii. 80 *In* a vessel is as correct as *in* a coach, and *on* a vessel, as wrong as can be; but you can say *on board* a vessel, though not 'on the boards of a vessel'. **1849** MACAULAY *Hist. Eng.* I. i. 150 The restored wanderer reposed safe in the palace of his ancestors. **1852** DICKENS *Bleak Ho.* vi, The wind's in the East. **1855** KINGSLEY *Heroes, Perseus* I. 4 They are..in the open sea. **1873** TRISTRAM *Moab* viii. 157 An orderly in the doorway. **1898** F. MONTGOMERY *Tony* 9 In a somewhat crowded train. **1916** 'TAFFRAIL' *Pincher Martin* xiv. 248 'When I was in the old *Somerset*, in nineteen-nine,' somebody would start the ball rolling, 'we had a fellow who'——. **1942** *Short Guide Gt. Brit.* (U.S. War Dept.) 8 The tales of Scott and Robert Louis Stevenson which many of you read in school. **1972** R. QUIRK et al. *Gram. Contemp. Eng.* 310 He's {at school (BrE) / in school (AmE)} (= 'He attends/is attending school'). He's in school (= (in BrE) 'He's actually inside the building—not, *eg* on the playing fields').

   **b.** After *in*, the article is often omitted, esp. when the function of the place is the prominent notion; as in *bed*, in *chancery*, in *chapel*, in *church*, in *court*, in *hall*, in *prison*, in *school*, in *town*: see the ns.
   *in earth*, *in sea*, follow *in heaven*, *in hell*, which are treated like geographical proper names: see c.

   **c1175** *Lamb. Hom.* 59 In eorðe, in heuene is his mahte. **a1300** *Cursor M.* 11793 (Gött.) Alle þai drouned in see. **1389** in *Eng. Gilds* (1870) 5 Be he in toun oþer out of toun. **1398** TREVISA *Barth. De P.R.* VI. xii. (1495) 196, I suffre not a woman to teche in chyrche. **1593** SHAKES. *2 Hen. VI*, III. ii. 70, I had rather lye in Prison. **1675** tr. *Machiavelli's Prince* (Rtldg.) 297 Strasburg..has a million of florins..in bank. **1744** BERKELEY *Siris* §77 A large glass every hour..taken in bed. **1852** DICKENS *Bleak Ho.* ii, In Chancery. Between John Jondyce [etc.]. *Mod.* Hundreds lay languishing in prison.

   **c.** *In* is used with the proper names of continents, seas, countries, regions, provinces, and other divisions, usually also of large cities, esp. the capital of a country, and of the city or town in which the speaker lives. Cf. AT *prep.* 2.

   **c900** *O.E. Chron.* an. 894 þa ȝegaderedon þa þe in Norþhymbrum buȝeað & on East Englum. **971** *Blickl. Hom.* 211 Wæs he..in Italia afeded, in Ticinan þære byriȝ. **c1205** LAY. 10712 Wes Allec þe king in are temple in Lundenne. **a1300** *Cursor M.* 24765 Willam basterd, þat warraid in jngland ful hard. **1526** TINDALE *Matt.* iv. 13 Jesus..went and dwelte in Capernaum. **1686** F. SPENCE tr. *Varilla's Ho. Medicis* 176 The worthiest man in Europe. **1841** THACKERAY *Gt. Hoggarty Diam.* ix, We wished her at—Bath; certainly not in London. **1849** MACAULAY

*Hist. Eng.* ii. I. 158 The Presbyterian system was fully established nowhere but in Middlesex and Lancashire.

†**2.    a.** = <u>ON</u> (of position). *Obs.*

Partly a reaction from the blending of *in* with *on* in OE.; but partly also transl. L. *in*, and partly due to a different notion in reference to the n.

*Beowulf* (Z.) 1952 Hio syððan well in gum-stole gode mære..breac. **a1000** *Riddles* xli. 98 (Gr.) Ne hafu ic in heafde hwite loccas. **a1000** *Cædmon's Dan.* 723 (Gr.) Engel drihtnes..wrat þa in waȝe worda ȝerynu. **c1250** *Meid. Maregr.* xlvii, Ho..Sette ir fot in is necke. **1297** <u>R. GLOUC.</u> (Rolls) 6179 Me slou is folc aboute in eche syde. **a1300** *Cursor M.* 8136 An heremite þar þai fand at ham, In þat montan. *Ibid.* 11819 In his heued he has þe scall. **a1300** etc., In a chair [see <u>CHAIR</u> *n.* 1]. **c1305** *St. Andrew* 42 in *E.E.P.* (1862) 99 In þe Rode as þi louerd deide: ic wole sette þe. **c1380** <u>WYCLIF</u> *Wks.* (1880) 457 þe pope sittiþ in his troone. **c1430** *Pilgr. Lyf Manhode* II. xcviii. (1869) 111 þat oon bar þat ooþer in hire nekke. **c1449** <u>PECOCK</u> *Repr.* II. ii. 138 Sette him up an hiȝe in the eend of a long pole. *Ibid.* v. 166 Write sum..carect with cole..in the wal. **1480** *Robt. Devyll* 28 He kneled downe in the floore. **a1550** *Christis Kirke Gr.* xviii, His wyfe hang in his waist. **1607** <u>TOPSELL</u> *Four-f. Beasts* (1658) 241 The Rider must lay the rains in his neck. **1664** <u>MARVELL</u> *Corr.* Wks. 1872-5 II. 157 *note,* Farr from making any favourable impressions in the Tzar. **1692** <u>S. PATRICK</u> *Answ. Touchstone* 89 Antichrist is long ago in the Throne of the Roman Church. **1701** *Stanley's Hist. Philos.* Biog. 10 He..spent his Time in the Solitary Top of a Mountain. **1730** <u>A. GORDON</u> *Maffei's Amphith.* 42 Flattering Fame is..generally in the magnifying Side.

†**b.** = <u>AT</u>. *Obs.*

**1647** <u>CLARENDON</u> *Hist. Reb.* VI. §85 Then was the General..in the head of his Regiment..shot in the thigh. **1653** <u>HOLCROFT</u> *Procopius* 20 The Barbarians came up close, with Gelimer in the head of them. **1671** <u>MILTON</u> *P.R.* I. 98 Ere in the head of nations he appear.

**3.** *In* is now regular with collectives thought of as singular (*in an army, a crowd*); *among* with plurals, or collectives thought of as plural (*among the people*); but through Latin influence *in* was formerly used also with plurals.

**c825** *Vesp. Psalter* lxvi. 3 Ðæt we oncnawen..in allum ðiodum hælu ðin. **a900** <u>CYNEWULF</u> *Crist* 195 in *Exeter Bk.,* ȝen strengre is þæt ic..scyle..lifȝan siþþan fracoð in folcum. **c950** *Lindisf. Gosp.* Luke i. 28 ȝebloedsad ðu in wifum. **c1380** <u>WYCLIF</u> *Sel. Wks.* III. 445 Freris wold not here þis publischt in þe pepul. **1388** —— *Ps.* lxvi. 3 [lxvii. 2] That we knowe thi weie on erthe, thin heelthe in alle folkis. **1535** <u>COVERDALE</u> *Judith* viii. 21 Seinge ye are the honorable and elders in the people of God.

**4.** With numerals, nouns of quantity, and the like, expressing ratio or rate. Esp. of a gradient.

> **1598** W. PHILLIPS *Linschoten* (1864) 171 Commonly worth fiue and twenty or thirty in the hundred profit. *a***1613** OVERBURY *Char., Creditour* Wks. (1856) 161 He takes ten groats i' th' pound. **1703** MOXON *Mech. Exerc.* 239 Dearer..by about six Shillings in a Thousand. **1726** LEONI tr. *Alberti's Archit.* I. 74/1 A very good Rise for a slope is half an inch in every three foot. **1732** NEAL *Hist. Purit.* I. Pref. 7 Not one beneficed clergyman in six was capable of composing a sermon. **1761** WESLEY *Jrnl.* 23 June (1827) III. 62 Ninety-nine in a hundred were attentive. **1830**, etc. [see ONE 5b]. **1840** [see GRADE *n.* 10]. **1861, 1868** [see GRADIENT *n.* 1]. **1869** *Bradshaw's Railway Manual* XXI. 318 The gradients and curves are generally favourable, the steepest gradient being 1 in $82\frac{1}{2}$. **1892** *Law Times* XCII. 147/1 A debtor..offered 6*s.* 8*d.* in the pound. **1923** *Michelin Guide Gt. Brit.* (ed. 7) facing p. 277, Gradients on roads are shown thus:..1 in 20 to 1 in 14. 1 in 14 to 1 in 10. 1 in 10 and over. **1973** E. COURSE *Railways S. Eng.: Main Lines* i. 29 Over the nineteen and a half miles from Redhill to Tonbridge the maximum gradient was 1 in 250.

**5. a.** Defining the particular part of anything in which it is affected.

> *a***1225** *Ancr. R.* 112 A lutel ihurt i þen eie derueð more þen deð a muchel iðe hele. *a***1300** *Cursor M.* 7224 Man aght to dred þe brand þat brint him forwit in his hand. *Ibid.* 12184 Leui was wrath..And gaf him in þe heued a dint. *a***1533** LD. BERNERS *Huon* cxlviii. 558 Huon..kyst her in the mouth. *a***1618** RALEIGH *Prerog. Parl.* (1628) 45 He was knock't in the head by Parliament. *a***1626** MIDDLETON *More Dissemblers* v. i, There's many..Whom I have nipp'd i' th' ear. **1703** MOXON *Mech. Exerc.* 36 You must mend it in that place. **1795** *Hist.* in *Ann. Reg.* 70 A masked battery took them in flank. **1858** CARLYLE *Fredk. Gt.* IX. ix. II. 491 King of the Two Sicilies..whom Naples, in all ranks of it, willingly homages as such. **1898** *Tit-Bits* 17 Sept. 484/1 The horse..is blind in one eye.

**b.** In phrases implying incidental distribution, e.g. *in parts, in places*.

> **1905** [see CURATE 2b]. **1922** D. H. LAWRENCE *England, my England* 132 And I sensed I was a prisoner, for the snow was everywhere deep, and drifted in places. **1924** A. D. SEDGWICK *Little French Girl* II. v, The long iron staircase down the face of the cliff was almost as steep as a fire escape in places. **1973** *Listener* 8 Feb. 167/2 The Appeal Court..found the [Warhol] film dull, dreary, and offensive in parts.

**6.** Expressing relation to that which covers, clothes, or envelopes, its material, its colour, etc., = clothed in, wearing, enveloped in, bound in, etc.: as a lady *in a court dress, in a Gainsborough hat, in muslin, in mourning, in white, in curl-papers*, a man *in armour, in slippers, in a wig*, a parcel *in brown paper*, etc. (*in* ARMS, and

other idiomatic uses: see the substantives.) Cf. also 13b.

**a1000** *Cædmon's Exod.* 212 (Gr.) Sæton æfter beorᵹum in blacum reafum. **a1240** *Wohunge* in *Cott. Hom.* 277 Poure þu wunden was irattes and i clutes. **c1300** *Havelok* 1767 Comes a ladde in a ioupe. **13..** *Coer de L.* 5616 Our Crystene men ben armyd weel Both in yren and in steel. **c1386** CHAUCER *Knt.'s T.* 1261 Som wol ben armed in an haubergeon And in bristplate and in a light gypon. **c1430** *Life St. Kath.* (1884) 17 þe company of martirs clothed alle in purpul. **1581** J. BELL *Haddon's Answ. Osor.* 28b, The same was gaynsayd by some men in armes. **1710** ADDISON *Tatler* No. 221 ▯1 A little Boy in a black Coat. **1843** *Blackw. Mag.* LIV. 195 A lovely girl in mourning is sitting. **1843** *Fraser's Mag.* XXVIII. 324 A lady in black velvet is seated. **1868** DICKENS *Uncomm. Trav.* xx, A compactly-made handsome man in black.

**7.** The physical sense of location often passes into one more immaterial; e.g. *in a book, in an author*, come to mean 'in the course of the narrative or subject' of the book, or the writings of the author; *in a company, college, association*, or *party, in the army, the navy*, and the like, become = 'belonging to, or in the membership of the company, party, the army', etc. *in* COMPANY, *in* LEAGUE, etc.: see the ns.

**c890** *O.E. Chron.* an. 878 þara monna þe in þam here weorþuste wæron. **c1175** *Lamb. Hom.* 7 þis witeᵹede dauid..in þe saltere. **a1225** *Ancr. R.* 400 Ase he seið þuruh Sein Johan iðe Apocalipse. **1297** R. GLOUC. (Rolls) 56 We ssulleþ her after in þise boc telle of al þis wo. **c1340** *Cursor M.* 15563 (Fairf.) We salle ga in company & suffre baþe a sare. **c1460** *Towneley Myst.* xvi. 202 Syrs, I pray you inquere in all wrytyng, In vyrgyll, in homere, And all other thyng Bot legende. **1548** LATIMER *Ploughers* (Arb.) 17 All thinges that are written in Goddes boke. **1657** BP. KING *Poems* III. ix. (1843) 90 Let it no more in History be told. **1662** STILLINGFL. *Orig. Sacr.* III. ii. §5 So true is that of Balbus in Tully when he comes to discourse of the Nature of God. **1709** ADDISON *Tatler* No. 131 ▯11 A Friend of mine in the Army. **1849** MACAULAY *Hist. Eng.* iii. I. 325 The place of the clergyman in society had been completely changed by the Reformation. **1887** A. GILCHRIST in *Century Guild Hobby Horse* 13 Eblis in the Koran, Cain in the Bible are scarce so black as this royal phantom in his Escurial. **1890** *Law Times Rep.* LXIII. 685/2 The plaintiff applied for shares in this company.

**8.** With non-physical realms, regions of thought, departments or faculties of the mind, spheres of action, etc., treated as having extension or content.

**c888** K. ÆLFRED *Boeth.* i, Se wæs in boccræftum & on woruldþeawum se rihtwisesta. **a1000** *Cædmon's Dan.* 732 (Gr.) Sohton þa swiðe in sefan ᵹehydum. **a1225** *Leg. Kath.* 607 In hire mod inwið. **c1300** *Havelok* 122 Sho is mikel in mi þouht. **c1400** *Three Kings Cologne* xiv. 50 ᵹif þe werkis of god myᵹt be comprehendit in mannys wit or reson. **c1470** HENRY *Wallace* I. 2 Hald in mynde thar nobille worthi deid. **1601** CORNWALLYES *Ess.* II. xlv, In no course is it more behovefull then in the life of a Souldier. **1645** FULLER *Good Th. in Bad T.* (1841) 33, I discover an arrant laziness in my soul. **1670** SIR S. CROW in *12th*

*Rep. Hist. MSS. Comm.* App. v. 16 In my opinion a better designe. *a*1770 JORTIN *Serm.* (1771) IV. vi. 114 A faith which dwells in the memory hath no influence on the heart. **1826** J. WILSON *Noct. Ambr.* Wks. 1855 I. 240 How canst thou thus in fancy burn with fruitless fires? **1849** MACAULAY *Hist. Eng.* vi. II. 39 All the thirty were in politics vehemently opposed to the prisoner.

**II.** Of situation, condition, state, occupation, action, manner, form, material, and other circumstances and attributes.

**9. a.** Of situation, i.e. kind or nature of position: e.g. *in the dust, in the mud, in snow, in clover, in hot water.* Often idiomatic: see the ns.

*a*900 CYNEWULF *Crist* 561 in *Exeter Bk.*, In cwic-susle ȝehynde & ȝehæfte. **c1175** *Lamb. Hom.* 47 Ieremie þe prophete stod..in þe uenne up to his muðe. **12..** *Relig. Songs* in Wright *Owl & Night.* (Percy Soc.) 75 Ich schal bernen in fur and chiverin in ise. **1382** WYCLIF *Job* xlii. 6 Therfore I myself repreue me, and do penaunce in dead cole and askis. **1481** CAXTON *Godfrey* cci. 293 Habandouned in ordure and fylthe. **1592** SHAKES. *Ven. & Ad.* 94 She bathes in water. **1697** DRYDEN *Virg. Georg.* III. 548 A hilly Heap, seven Cubits deep in Snow. *Ibid.* IV. 545 The sacred Altars are involv'd in Smoak. **1765** MRS. HARRIS in *Priv. Lett. Ld. Malmesbury* (1870) I. 125 We are kept, to use the modern phrase, in *hot water.* **1849** TENNYSON *In Mem.* Prol. iii, Thou wilt not leave us in the dust. **1886** *Law Times* LXXX. 166/2 Hall..found his working about eighteen inches deep in water.

**b.** Situation expressed by material instruments: e.g. *in bonds, chains, fetters, leading-strings, in a cord, a leash, a rope, a string,* etc.

*a*1200 *Moral Ode* 289 In þo loþe biende. **c1200** ORMIN 19975 Inn hiss cwarrterrne i bandess. **c1300** *Beket* 15 Al in feteres and in other bende. **1382** WYCLIF *Isa.* xlv. 14 Bounde in manycles thei shul wende. **1590** SPENSER *F.Q.* I. i. 4 And by her, in a line, a milkewhite lambe she lad. **1611** BIBLE *Job* xxxvi. 8 If they bee bound in fetters, and be holden in cords of affliction. **1712** STEELE *Spect.* No. 504 ⁋5, I am to be hang'd in chains. **1862** C. HUDSON in *Peaks, Passes & Glaciers* Ser. II. I. 209 During the descent..Melchior, Tuckett, and I, who were in the same cord with them, were..obliged to stop until they got down some of the more difficult rocks.

**c.** Situation as to light, darkness, and atmospherical environment.

*Beowulf* (Z.) 87 Se ellengæst..seþe in þystrum bad. *a*1225 *Juliana* 31 As ha þrinne wes i þeosternesse. *a*1300 *Cursor M.* 17811 (Gött.) þe folk in dedeli mirknes stad. **1382** WYCLIF *Isa.* ii. 5 Go we in the liȝt of the Lord oure God. **1553** T. WILSON *Rhet.* (1580) 160 Gropyng in the dark. **1605** SHAKES. *Macb.* I. i. 2 When shall we three meet again? In Thunder, Lightning, or in Raine? **1648** BP. HALL *Breath. Devout Soul* xxix. 46 An inheritance in light: In light

incomprehensible, in light inaccessible. **1697** DRYDEN *Virg. Georg.* III. 135 His thick Mane..dances in the Wind. *Ibid.* 473 Where basking in the Sun-shine they may lye. **1855** MACAULAY *Hist. Eng.* xxi. IV. 593 Privateers and smugglers who put to sea in all weathers. **1887** *Spectator* 27 Aug. 1148 Planting his potatoes in the rain.

**d.** Situation within the range of sensuous observation or the sphere of action of another. ***in the eyes of***: see EYE *n.* 4c, d.

**1388** WYCLIF *Ezek.* ix. 5 He seide to hem in myn heryng. **a1425** in *Rel. Ant.* I. 230 He is God, that all thinge made, and all thinge hath in his power. **c1460** *Towneley Myst.* i. 15 All is in my sight. **1667** MILTON *P.L.* III. 655 Those seav'n Spirits that stand In sight of God's high Throne. **1780** COWPER *Table T.* 97 There..the group is full in view. **1860** TROLLOPE *Framley P.* I. i, The living of Framley was in the gift of the Lufton family.

**10. a.** Of condition or state, physical, mental, or moral: e.g. *in a blaze, in debt, in doubt, in comfort, in health, in hope, in life, in love, in pain, in sickness, in solitude, in sorrow.* Also ***in-work*** (nonce-wd.), one who has work.

**c825** *Vesp. Psalter* ii. 11 Ðeowiað dryhtne in eȝe [L. *in timore*]. **c1175** *Lamb. Hom.* 59 He makede mon i rihtwisnesse. **1297** R. GLOUC. (Rolls) 328 Him þoȝte, þe ymage in is slep tolde him is chance. **1340** *Ayenb.* 250 þer he him resteþ, þer he is in pais. **c1350** *Will. Palerne* 841 He semes bi semblant in sekeness ful harde. **c1450** *Merlin* 71, I am in certeyn of oon thynge, that he farith well and is in hele. **1535** COVERDALE *2 Chron.* xxi. 19 He dyed in euell diseases. **1602** *2nd Pt. Return fr. Parnass.* III. iii. (Arb.) 43 [He] throwes the booke away in a rage. **1666** PEPYS *Diary* 6 June, All the Court was in a hubbub. **1711** ADDISON *Spect.* No. 15 ¶6 Her Husband..has been in Love with her ever since he knew her. *Ibid.* No. 98 ¶1, I am highly pleased with the Coiffure now in Fashion. **1732** T. LEDIARD *Sethos* II. IX. 273 You are absolutely forbidden speaking to him in private. **1791** MRS. RADCLIFFE *Rom. Forest* ii, Egad, Master, you're in the right. **1793** BEDDOES *Calculus* 214 Supposing that the carbon is in a very attenuated state in the blood. **1846** MRS. GORE *Eng. Char.* 13 No sooner in print, than out of print. The reviews revere him. **1849** MACAULAY *Hist. Eng.* xiv. III. 482 The sea was in a blaze for many miles. **1924** GALSWORTHY *White Monkey* I. xii, The out-of-works and the in-works.

**b.** The condition may be expressed by a concrete *n.*: e.g. *in calf, in kid, in cash, in drink, in liquor, in wine, in tears,* etc.: see the ns. Cf. also BUD *n.*[1] 4, FLOWER *n.* 10, FOAL *n.* 1b, IN-CALF *a.*, IN-FOAL *a.*, IN-PIG *a.*, LEAF *n.*[1] 3.

**c1460** *Towneley Myst.* xii. 111 What, art thou in ayll? **a1562** G. CAVENDISH *Wolsey* (1893) 217 Havyng a great multitude of artifycers and laborers..dayly in wages. **1593** NASHE *Christs T.* (1613) 25 Sore am I impassioned for the storme thy tranquillity is in child with. **1596** SHAKES. *1 Hen. IV,* II. iv. 458, I doe not

speake to thee in Drinke. **1697** D͟R͟Y͟D͟E͟N͟ *Virg. Past.* x. 19 For him the lofty Laurel stands in Tears. **1703** *Lond. Gaz.* No. 3971/4 Calve-Skins in the Hair. **1704** *Ibid.* No. 4034/4 John Jackson..aged near 40..in his own Hair. **1754-64** S͟M͟E͟L͟L͟I͟E͟ *Midwif.* I. 400 Women in the first child seldom have after-pains. **1799** J. R͟O͟B͟E͟R͟T͟S͟O͟N͟ *Agric. Perth* 196 Where the land has not lain for some time in grass. **1813** M. E͟D͟G͟E͟W͟O͟R͟T͟H͟ *Let.* 6 Apr. (1971) 10 The coffee tree in *red berry*... The palm tree in *fruit and flower*... The banana in *fruit*. **1847** T͟E͟N͟N͟Y͟S͟O͟N͟ *Princ.* Prol. 142 Sweet girl-graduates in their golden hair. **1849** M͟A͟C͟A͟U͟L͟A͟Y͟ *Hist. Eng.* i. I. 123 Leaving their castles in ruins. **1866** R͟O͟G͟E͟R͟S͟ *Agric. & Prices* I. xxvi. 642 Goats in kid. **1881** S͟H͟E͟L͟D͟O͟N͟ *Dairy Farming* 8/1 If the cow is in milk. **1882** [see P͟O͟D͟ *n.*² 1]. **1972** *Hilliers' Man. Trees & Shrubs* 83 Corylus avellana 'Contorta'... A winter feature when in catkin.

**11. a.** Of occupation or engagement: chiefly with nouns of action and vbl. ns.

**c1205** L͟A͟Y͟. 27767 þer he heom funde i fihte. **a1300** *Cursor M.* 49 In riot and in rigolage Of all þere liif spend þai þe stage. **1340** *Ayenb.* 7 þe ilke þet dispendeþ þane zonday and þe festes ine zenne and ine hordom. **1502** *Privy Purse Exp. Eliz. of York* (1830) 52 A servaunt..that cam in message to the Quenes grace. **1628** H͟O͟B͟B͟E͟S͟ *Thucyd.* (1822) 19 The Lacedemonians..are already in labour of the war. **1701** *Stanley's Hist. Philos.* Biog. 10 He..spent his Time..in seriously bemoaning the Follies and Vanity of the World. **1754** H͟U͟M͟E͟ *Hist. Eng.* (1812) I. iii. 163 The King, in pursuance of his engagements, had indeed married Editha. **1838** D͟I͟C͟K͟E͟N͟S͟ *Mem. Grimaldi* iv, In search of plunder. **1884** *Gd. Words* June 400/1 They have..been 'in' almost every variety of crime, from petty larceny down to downright murder.

**b.** In the process of, in the act of; in case of: often equivalent in sense to a temporal clause introduced by *when, while, if, in the event of*.

**c1400** M͟A͟N͟D͟E͟V͟I͟L͟L͟E͟ (1839) iii. 19 Wee synne dedly, in schauynge oure berdes. *Ibid.*, Wee synne dedly, in etynge of bestes. **1477** E͟A͟R͟L͟ R͟I͟V͟E͟R͟S͟ (Caxton) *Dictes* 67 Gladdenesse, whiche encresses daily in me in lernynghe wysdom. **?a1550** *Life Fisher* in *F.'s Wks.* (E.E.T.S.) II. p. liii, I am not affraid in gevinge you this counsell to take vpon my owne soul all the damage. **1591** S͟H͟A͟K͟E͟S͟. *1 Hen. VI,* V. iii. 41 And may ye both be sodainly surpriz'd By bloudy hands, in sleeping on your beds. **1596** —— *Merch. V.* III. ii. 320 In paying it, it is impossible I should liue. **1607** *Stat.* in *Hist. Wakefield Gram. Sch.* (1892) 58 Leaves word thereof att their howses in theire beinge abrode. **1846** M͟ᶜC͟U͟L͟L͟O͟C͟H͟ *Acc. Brit. Empire* (1854) II. 217 In estimating the chances which any candidate has of succeeding..no one ever thinks of inquiring into the politics of the tenants. **1864** H͟O͟L͟M͟E͟ L͟E͟E͟ *In Silver Age* (1866) 408 Kindness is not a quality that perishes in the using. *Mod.* He was drowned in crossing the river.

**†c.** After the verb *be*, and some other verbs, *in* was formerly used to express the relation of occupation before a verbal n. where it varied with *a* (A͟ *prep.* 13), and is

now omitted, the vbl. n. functioning as a present participle active. *Obs.*

> **1509** HAWES *Past. Pleas.* (Percy Soc.) 79 Of many floures..A goodly chaplet she was in makynge. **1535** STEWART *Cron. Scot.* I. 528 Richt quyetlie in hunting he is gone. **1580** LYLY *Euphues* (Arb.) 367 Camilla, whome he founde in gathering of flowers. **1675** BROOKS *Gold. Key* Wks. 1867 V. 577 A griping usurer, who was always best when he was most in talking of the world. **1737** WHISTON *Josephus, Antiq.* V. ii. §2 They went on still in taking the cities. *Ibid.* IX. xii. §3 He went on in worshipping them. **1808** SOUTHEY in C. C. Southey *Life* (1850) III. 137 You saw me in London everlastingly at work in packing my books.

**†d.** *In* (varying with A *prep.* 12) was formerly used with a vbl. n. expressing the action or process to which a thing or person was subjected. (The prep. is now usually omitted, and the vbl. n. functions as a present pple., passive in meaning: e.g. *while the ark was* (*in* or *a*) *building* (= in the process of building, being built). *Obs.* or *arch.*

> **c1400** MANDEVILLE (Roxb.) vi. 21 When þe toure of Babilon was in makyng. **1465** MARG. PASTON in *P. Lett.* No. 533 II. 250 Whille the logge at Heylesdon was in the betyng down. *a***1535** FISHER *Serm. Passion* Wks. (1876) 427 So the grasse is euer in eatyng, and neuer full eaten. **1620** *Frier Rush* 36, I haue a new Church in building. **1699** in Picton *L'pool Munic. Rec.* (1883) I. 326 New streets are built and still in building. **1869** FREEMAN *Norm. Conq.* III. xi. 45 While the symbolic act was in doing.

**12. a.** Of manner (way, mode, style, fashion).

> **1297** R. GLOUC. (Rolls) 1473 In þis manere þe brutons þis lond wuste þo. **c1305** *Pilate* 56 in *E.E.P.* (1862) 112 þer ne miȝte so neuere non beo in none wise. **c1489** CAXTON *Sonnes of Aymon* xvi. 380 In lyke wyse dyde Alarde. **1559** BP. SCOT *Sp. Parl.* in Strype *Ann. Ref.* (1824) I. App. vii. 408 Every man..sholde..at large speke his mind in conscience in the contents of all the bills. **1608** W. SCLATER *Comm. Malachy* (1650) 196 The things there spoken of cannot in any hand agree to Elias. **1654** CROMWELL *Let.* 20 Jan. in *Carlyle*, What can be made out in this kind? **1691** T. H[ALE] *Acc. New Invent.* 62 In the manner anciently used. **1706** tr. *Dupin's Eccl. Hist. 16th C.* II. III. iv. 81 Begging him to take this their Remonstrance in good part. **1737** WHISTON *Josephus, Antiq.* II. i. §1 He was, in way of jest, called Adom. **1833** H. MARTINEAU *Berkeley the Banker* I. IV. 92 He told several people in confidence. **1849** MACAULAY *Hist. Eng.* v. I. 619 He begged in piteous terms that he might be admitted to the royal presence. **1859** JEPHSON *Brittany* v. 54 The baptistery has been restored in Renaissance.

**b.** Of form, shape, conformation, arrangement, order. [The OE. example has the *accusative*.]

*a*900 CYNEWULF *Crist* 725 in *Exeter Bk.*, þa he..wæs in cildes hiw claðum biwunden. **c1400** MANDEVILLE (Roxb.) iv. 12 In likness of a dragoun. **1572** J. BOSSEWELL *Armorie* III. 7 Fiue Plates in crosse. **1598** SYLVESTER *Du Bartas* II. II. iii. *Colonies* 391 That vast Extent, where now fell Tartars hant In wandring troops. **1602** SHAKES. *Ham.* III. iv. 210 When in one line two crafts directly meet. **1605** —— *Lear* III. vi. 31 The foul fiend haunts poor Tom in the voice of a nightingale. **1667** MILTON *P.L.* III. 641 Under a Coronet his flowing haire In curles on either cheek plaid. *Ibid.* VII. 459 Among the Trees in Pairs they rose. **1694** LUTRELL *Brief Rel.* (1857) III. 292 The agent..is gone aside, and hath carried with him 2000£ in money belonging to the troop. **1710** ADDISON *Tatler* No. 221 ¶2 Whether I had best sell my Beetles in a Lump or by Retail. **1776** MICKLE tr. *Camoens' Lusiad* 339 He gives the prelude in a dreary sound. **1807** SOUTHEY *Espriella's Lett.* II. 395 Did he, contrary to the ordinary process, begin in rogue, and end in enthusiast? **c1820** S. ROGERS *Italy, Advent*, A hawk Flew in a circle, screaming. **1843** *Fraser's Mag.* XXVIII. 695 A cloak falls in easy folds down his back. **1855** MACAULAY *Hist. Eng.* xvi. III. 684 Within a few hours and a few acres had been exhibited in miniature the devastation of the Palatinate. **1891** *Law Rep.* Weekly Notes 82/2 A land company, who afterwards sold the adjoining land in building plots. **1895** *Scot. Antiq.* X. 79 In singles or in pairs men began to put in an appearance.

**c.** Of manner of speech or writing.

**c900** tr. *Bæda's Hist.* IV. xxiv. [xxiii.] (1890) 332 Heo..ȝewat to þære ceastre, þe in Englisc is ȝehaten kwelcaceaster. **1297** R. GLOUC. (Rolls) 2430 þe heye god þat in vre tonge woden icluped is. **c1315** SHOREHAM 122 Hy makede joye in hare manere And eke in hare langage. **c1400** MANDEVILLE (Roxb.) ii. 5 þe table..on þe whilk þe tytle was writen in Hebrew, in Grew and in Latyne. **1542** UDALL *Erasm. Apoph.* 106a, An herbe called..in latin, Beta. **1680** EVELYN *Diary* 2 Sept., The discourse is in High Dutch. **1776** *Trial of Nundocomar* 22/2 Sometimes he wrote the bonds..in Nagree, sometimes in Bengal. **1833** H. MARTINEAU *Vanderput & S.* i. 3 He..spoke in a strong French accent. **1845** M. PATTISON *Ess.* (1889) I. 13 Bede is writing in a dead language, Gregory in a living.

**d.** Often dependent upon a superlative or a commendatory epithet: within the sphere of (a particular class or order of things). *colloq.*

**1866** RUSKIN *Crown Wild Olive* ii. §53 The newest and sweetest thing in pinnacles. **1879** [see THING *n.*[1] 7]. **1911** W. J. LOCKE *Glory of Clementina Wing* ii, I may not be the latest thing in dandyism. **1966** G. N. LEECH *Eng. in Advertising* ix. 92 ABC: the first name in entertainment. **1974** *Radio Times* 3 Jan. 58/1 The most dazzling cruises in holiday history.

**13.** Of means or instrumentality: now usually expressed by *with*.  †**a.** Illustration of earlier uses. (Often a literalism of translation.) *Obs.*

c825 *Vesp. Psalter* ii. 9 Đu reces hie in ʒerde iserre [L. *in virga ferrea*]. a1300 *E.E. Psalter* ibid., In yherde irened salt þou stere þa. 1382 WYCLIF *1 Cor.* iv. 21 Shal I come to ʒou in a ʒerd: or in charite? c1450 tr. *De Imitatione* III. xlviii. 119 þan shal Iherusalem be serched in lanternes. 1503 *Act 19 Hen. VII* c. 4 §3 No persone..shall occupie or shote in eny Crosebowe. 1580 LYLY *Euphues* (Arb.) 445 It more delighteth them to talke of Robin hood then to shoot in his bowe. 1693 J. DRYDEN, JUN. in *Dryden's Juvenal* (1697) 367 Penelope knew which of her Suitors cou'd shoot best in her Husband's Bow. 1753 CHESTERFIELD *Lett.* (1792) IV. ccxcix. 19 Getting drunk in Port. 1804 *Naval Chron.* XIII. 147 A French Ship..ballasted in mahogany.

**b.** Uses in which the senses of *in* (*on*) and *with* (*by*) are both present: e.g. to cover *in* or *with* any envelope.

c900 tr. *Bæda's Hist.* IV. xxiv. [xxv.] (1890) 346 He eal þa he in ʒehyrnesse ʒeleornian meahte, mid hine ʒemyndʒade. a1225 *Leg. Kath.* 1035 In þis an þing he schawde..þet he wes soð godd. a1340 HAMPOLE *Psalter* xvii. 48 In herynge of ere he boghed til me. c1440 *Jacob's Well* (E.E.T.S.) 137 þou wylt wretthe god in brekyng þe halyday. 1609 BIBLE (Douay) *1 Sam.* xviii. 6 The wemen came..singing and dancing..in timbrels of joy, and in cornettes. 1621 BURTON *Anat. Mel.* III. ii. III. iv. (1651) 495 Whom Iuno for pitty covered in her Apron. 1697 DRYDEN *Virg. Georg.* IV. 19 Progne, with her Bosom stain'd in Blood. 1880 CHURCH *Spenser* v. 137 He drowns us in words.

**c.** Here may be added the use of *in* after *eat, drink, pledge,* etc. Also = (eat or drink) out of.

1593 SHAKES. *2 Hen. VI,* II. iii. 60, I drinke to you in a Cup of Sack. 1621 BURTON *Anat. Mel.* II. iii. III. (1651) 323 A poor man drinks in a wooden dish, and eats his meat in wooden spoons. 1711 ADDISON *Spect.* No. 15 ¶4 Whether they keep their coach and six, or eat in plate. 1742 FIELDING *J. Andrewes* IV. ii, He was drinking her ladyship's health below in a cup of her ale.

**14.** Of material, constituents, and the like.

1663 GERBIER *Counsel* 94 They paint them also in strong oyle colour thrice over. 1686 tr. *Chardin's Trav.* 75 Our Ships Lading consisted in Salt, Fish, Caveare, Oyle, Biscuite. 1710 ADDISON *Tatler* No. 243 ¶1 The Statue of an Horse in Brass. 1722 DE FOE *Col. Jack* (1840) 23 It was in gold, all but 14s. 1852 DICKENS *Bleak Ho.* vi, Half-length portraits, in crayons. 1891 *Truth* 10 Dec. 1240/2 The long coat was also in green velvet, with sleeves and revers in green cloth.

**15.** Of degree, extent, measure.

c1380 WYCLIF *Sel. Wks.* III. 510 Cristene men..shulde have discerved most

þank of God in degre possible to hem. **1601** S<small>HAKES</small>. *Twel. N.* I. v. 61 Misprision in the highest degree. **1649** C<small>ROMWELL</small> *Let. to W. Lenthall* 14 Nov. in *Carlyle*, Only, in the general, give me leave humbly to offer [etc.]. **1667** M<small>ILTON</small> *P.L.* v. 490 Differing but in degree, of kind the same. **1696** *Dupin's Eccl. Hist. 16th C.* I. 54 In the main they agree with ours. **1737** L. C<small>LARKE</small> *Hist. Bible* (1740) I. IX. 585 Without being in the least discouraged. **1843** *Fraser's Mag.* XXVIII. 647 Tears fell in profusion. **1845** S<small>TEPHEN</small> *Comm. Laws Eng.* (1874) I. 79 Any act repealing in whole or in part any former statute. **1875** F. H<small>ALL</small> in *Lippincott's Mag.* XVI. 750/1 Drift-wood was lying about in large quantities.

**16.** Expressing object, aim, or purpose: with an abstr. n., as *in affirmation, answer, denial, memory, honour, proof, quest, recompense, reply, return, reward, scorn, search, testimony, token, witness, worship*, etc. See farther under the ns.

  It is possible that the object here was orig. accusative, and that these expressions came under sense 31.

*a***1225** *Ancr. R.* 30 In hore wurðshipe siggeð oþer les oþer mo. **1297** R. G<small>LOUC</small>. (Rolls) 466 Brut..let vair tabernacle in honur of him rere. **c1315** S<small>HOREHAM</small> 131 In tokne that pays scholde be. **c1400** M<small>ANDEVILLE</small> (1839) iv. 31 In the worshipe of hem there is a fair chirche. **1526** *Pilgr. Perf.* (W. de W.) 1 Diuyded in to thre bokes, in the honour of the Trinite. **1667** M<small>ILTON</small> *P.L.* IX. 552 She thus in answer spake. **1713** A<small>DDISON</small> *Cato* I. ii, I claim in my reward his captive daughter. **1805** S<small>COTT</small> *Last Minstr.* IV. xii, Loudly the Beattison laughed in scorn. **1821** J. F. C<small>OOPER</small> *Spy* viii, He went in quest of his new applicant. *Mod.* A holiday in honour of the event. He has written to the newspaper in reply to his assailant.

**17.** Expressing reference or relation to something: In reference or regard to; in the case of, in the matter, affair, or province of.

  Used especially with the sphere or department in relation or reference to which an attribute or quality is predicated: see 33b, c, 34-36.

**18.** With a following n. forming attrib. phrases: ***in-car***, within a car; ***in-career***, of training, etc., received while in employment; ***in-churn***, of a method of machine-milking direct into a churn; ***in-company***, of training, etc., received while in the employment of a company; ***in-depth*** (see D<small>EPTH</small> I. 3c); ***in-person*** (cf. P<small>ERSON</small> *n.* 11); ***in-pile***, within a nuclear reactor; ***in-plant***, within a 'plant' or factory; ***in-process*** (cf. P<small>ROCESS</small> *n.* 1), of any activity, etc., that is in process; ***in-process gauging*** (see quot. 1968); ***in-sack***, within a sack; ***in-service*** (cf. S<small>ERVICE</small> *n.*[1] 1), of training, etc.: received by a person while engaged on some activity; of an object: relating to its reliability, maintenance, etc., while in use. Cf. I<small>N</small>-COLLEGE *a.* (Cf. analogous uses mentioned near end of I<small>N</small>- *prefix*[1]).

**1968** *N.Y. Times* 7 Apr. 1/4 The sound problem was eventually solved with in-

car speakers. **1971** *Daily Tel.* (Colour Suppl.) 4 June 39/1 These damp cloths are part of something the manufacturers..don't seem to have heard of; in-car luggage. They seem to think you can put everything in the boot. **1973** *Times* 13 Feb. 24/1 A Lucas spokesman said yesterday: 'I can confirm that we shall be entering the in-car entertainment market this year.'

---

**1968** *New Scientist* 3 Oct. 31/2 Whether in-career re-education will be best inside or outside universities is a matter for debate. **1970** *Physics Bull.* June 242/2 The engineers' survey..includes unemployment and in-career training as well as remuneration figures. **1970** *Nature* 28 Nov. 814/2 In-career retraining may become very important in the future.

---

**1955** J. G. DAVIS *Dict. Dairying* (ed. 2) 745 Probably the most important development has been the introduction of the 'In-Churn System'. In-churn milking passes the milk direct from the cow to the churn. *Ibid.*, In-churn recording..is carried out by means of weighing scales. *Ibid.*, In-churn cooling. **1960** *Farmer & Stockbreeder* 16 Feb. 39/3 This new..unit..provides you with modern in-churn milking.

---

**1966** *Ann. Rep. Travelers Insurance Co. (Hartford, Conn.) 1966* 26/2 Our in-company training programs. **1969** *Timber Trades Jrnl.* 13 Dec. 35/2 There were twin pillars to training—in-company training and, for young people in particular, further education. **1970** *Times* 28 Apr. 26/7 Having already completed most of the in-company training for the introduction of decimalization.

---

**1955** L. FEATHER *Encycl. Jazz* i. 21 Although the white jazzmen rarely found opportunities for expressing themselves freely on 'in-person' jobs, the work..on..recording sessions compensated. **1957** S. DANCE in S. Traill *Concerning Jazz* 37 No experience of jazz can be so exciting or so illuminating as the in-person performance. **1959** *Spectator* 9 Oct. 469/1 On any one TV appearance Macmillan and Gaitskell must have been seen by more people than the sum total audience of their in-person tours. **1972** *Jazz & Blues* Nov. 18/1 Her recordings and in-person work illustrate that she is an artist who is always willing to experiment.

---

**1960** *Times Rev. Industry* Dec. 16/2 Zirconium..is useful for 'in-pile' equipment, such as fuel element supports, tubes for control equipment, flexible hose and packing pieces. **1961** *Times* 10 May 2 The work includes:—out-of-pile and in-pile testing. **1963** B. FOZARD *Instrumentation Nucl. Reactors* iii. 33 The second type of measurement is made with in-pile detectors.

---

**1943** *Atlantic Monthly* Sept. 55 Few of them participate in in-plant training and upgrading programs. **1958** *Technology* Feb. 414/2 The proportion of in-plant to

total training is..low. **1959** *Times* 5 Feb. 2/5 They involve an application of this industry in in-plant technical scale studies. **1967** *Jane's Surface Skimmer Systems 1967-68* 62/2 The power source can be an in-plant air supply system or [etc.]. **1971** *Timber Trades Jrnl.* 21 Aug. 26/3 In-plant treatment will now be extended to other '1800' components.

**1925** *Nat. Assoc. Cost Accountants Yearbk.* 24 Divide the average 'in process' inventories into the amount of transfers to finished stores. **1967** *New Scientist* 20 Apr. 140/1 In-process gauging, on the machine tool itself, could halt..appalling waste. **1968** *Gloss. Terms Air Gauging (B.S.I.)* 13 *In-process gauging*, gauging carried out during processing, e.g. measurement of a workpiece whilst it is being machined. **1971** *Computers & Humanities* VI. 41 In-process corrections, however, are very difficult to make since holes cannot be erased. **1971** *Gloss. Terms Quality Assurance (B.S.I.)* 6 *In-process inspection*, product inspection carried out at various discrete stages in manufacture.

**1958** *Times* 24 Nov. 15/4 For drying grass seed.., the in-sack drier had many advantages. **1960** *Farmer & Stockbreeder* 23 Feb. 100/1 (Advt.), Heat for..in-sack grain drying.

**1928** *Rep. Comm. Educ., U.S. Dept. Interior* 30 June 6 The movement for improving preservice and inservice training of teachers for rural schools. **1960** *Guardian* 13 July 5/4 Development of in~service training..for staff nurses. **1963** F. F. LAIDLER *Gloss. Home Econ. Educ.* 48 *In-service training*, the continuing education and training given to a person after he/she has begun to work in a particular occupation. **1964** M. A. K. HALLIDAY et al. *Ling. Sci.* 264 He [*sc.* the primary school teacher] needs an appropriate training in his new task, either during his initial period of training as a teacher or by means of in-service training. **1967** *Technology Week* 23 Jan. 43/2 (Advt.), Such data may well reveal overdesign or design deficiencies, thus providing opportunities for improvement of safety characteristics, in-service reliability. **1972** *Lebende Sprachen* XVII. 72/2 The in-service performance of the trio is likely to dictate the specification for production models which are due to appear before the end of 1971.

**III.** Of time.

**19. a.** Within the limits of a period or space of time.
With *in the day, in the night*: cf. *by day, by night,* BY prep. 19b.

*Beowulf* (Z.) 2 We Gardena in ȝear-daȝum þeod-cyninga þrym ȝe-frunon. **a900** *O.E. Chron.* an. 709 In foreweardum Danieles daȝum. **1297** R. GLOUC. (Rolls) 9129 In þe sixe & þrittiþe ȝer of his kinedom. **13..** *K. Alis.* 85 By cler candel, in the nyght. **1388** WYCLIF *Gen.* i. 1 In the bigynnyng God made of nouȝt heuene

and erthe. **c1400** M<small>ANDEVILLE</small> (1839) Prol. 4, I..passed the see, in the ʒeer of oure lord Jhesu crist MCCCXXII. **c1500** *Melusine* lxii. 369 He was neuer in his dayes so aferd. **1588** S<small>HAKES</small>. *L.L.L.* I. i. 39 One day in a weeke to touch no foode. **1591** —— *Two Gent.* III. i. 178 Except I be by Siluia in the night..Vnlesse I looke on Siluia in the day. **1650** T<small>RAPP</small> *Comm. Lev.* xxvi. 26 Common in times of famine. **1655** S<small>TANLEY</small> *Hist. Philos.* I. (1701) 36/1 Pittacus was..born in the thirty second Olympiad. **1710** S<small>TEELE</small> *Tatler* No. 222 ¶1 Between the Hours of Twelve and Four in the Morning. **1812** T. J<small>EFFERSON</small> *Writ.* (1830) IV. 176, I think our acquaintance commenced in 1764. **1849** M<small>ACAULAY</small> *Hist. Eng.* iv. I. 490 In the days of the Commonwealth.

**b.** With other ns. implying time.

**871-889** *Charter* in *O.E. Texts* 452 In þissum life ondwardum. **a1000** *Seafarer* 40 (Gr.) In ʒeoʒuþe. **a1240** *Wohunge* in *Cott. Hom.* 277, I þi burð tid. *Ibid.*, I þi cildhad. **13..** *Coer de L.* 4049 A spie, That hadde be Crystene in hys youthe. **c1440** *Jacob's Well* (E.E.T.S.) 277 To styen vp to heuen in ʒoure ende. **1555** E<small>DEN</small> *Decades* 245 They are neyther bytten with coulde in wynter nor molested with heate in summer. **1732** B<small>ERKELEY</small> *Alciphr.* I. §11, I never saw a first-rate picture in my life. **1825** T. H. L<small>ISTER</small> *Granby* vii. (1836) 43 You must be an archeress in the summer, and a skater in the winter. **1839** T<small>HIRLWALL</small> *Greece* VI. 89 The education of the prince in his childhood.

**c.** With processes occupying time.

**1711** A<small>DDISON</small> *Spect.* No. 126 ¶8 In all our Journey from London to his House we did not so much as bait at a Whig Inn. **1721** *Lond. Gaz.* No. 5954/1 In the Passage we had bad Weather. **1802** H. M<small>ARTIN</small> *Helen of Glenross* IV. 73 In our descent down life. **1859** J. W<small>HITE</small> *Hist. France* (1860) 90 All the gentlemen's houses you see in a railway excursion.

**20.** Of the length of time occupied; in the course of.

**1297** R. G<small>LOUC</small>. (Rolls) 1818 þer were in a moneþ [*so most MSS.; A has* wiþinne one monþe] seuentene þousend & mo Ymartred. **1388** W<small>YCLIF</small> *Exod.* xxxi. 17 In six daies God made heuene and erthe. **c1400** M<small>ANDEVILLE</small> (Roxb.) xxxiii. 148 Men may saile it in seuen days. **1526** T<small>INDALE</small> *1 Cor.* xv. 52 We shall all be chaunged..in a moment and in the twincklynge of an eye. **1611** B<small>IBLE</small> *Transl. Pref.* 11 The worke hath not bene hudled vp in 72 dayes. **1702** *Eng. Theophrast.* 163 Presumption leads people to infidelity in a trice. **1885** *Manch. Exam.* 15 May 5/6 From the Gatling Gun..a trail of 1,000 bullets can be discharged in a single minute. *Mod.* The voyage to America can now be done in less than 7 days. By working hard he could make one in a week.

**21.** Of a limit of time: before or at the expiration of; within the space of.

*a*1300 *Treat. Science* (1841) 138 Ther nis non..That evereft i-heled beo, ac
deyeth in a stounde. **13.**.. *Seuyn Sag.* (W.) 115 In time of seuen yere He sal be
wise withowten were. **1513** <u>MORE</u> *Rich. III* (1641) 210 He dyed in three
moneths. **1706** tr. *Dupin's Eccl. Hist. 16th C.* II. VII. xviii. 261 In Process of Time
they might be corrupted. **1782** <u>JOHNSON</u> *Let. to Dr. Taylor* 8 July, I came back
from Oxford in ten days. **1843** *Blackw. Mag.* LIV. 305, I rallied in a day or two.
**1884** *Law Times Rep.* L. 231/2 Anything put into the defendants' well was
certain in time to affect the supply.

**22.** Formerly (and still sometimes) used, where *at, on, during, for* are now in
use, or where the preposition is omitted.

*At* is now ordinarily used with a point of time, e.g. *at this time, at the moment, at day-
break, at sunset*; *on* in stating the date of an event, e.g. *on the first of May, on Monday next,
on a summer morning*; *during* for the course or continuance of a period, for which *for* is also
used, esp. in negative statements, e.g. *he has stayed for a week, I have not seen him for a
long time.* For all these *in* occurs in earlier or dialectal use.

**a.** = *At.*

*c*1175 *Lamb. Hom.* 121 þas pine..ure drihten þolede..in þisse timan. *a*1225 *St.
Marher.* 2 Wes in þe ilke time liuiende..þet eadi meiden. **13.**.. *K. Alis.* 403 In the
dawenyng He made efte his charmyng. *c*1440 *Gesta Rom.* xci. 417 (Addit. MS.)
He made this Eyre to sitte with hym..in mete tyme. **1525** <u>LD. BERNERS</u> *Froiss.*
II. cxix. [cxv.] 340 They departed..in the brekynge of the daye. **1604** <u>SHAKES.</u>
*Oth.* I. ii. 94 The Duke in Counsell? In this time of the night? *a*1715 <u>BURNET</u>
*Own Time* (1823) I. 315 But he..got his offices to be published..in a time when
[etc.]. **1807** <u>CRABBE</u> *Par. Reg.* II. 456 No Sunday shower Kept him at home in
that important hour. **1873** <u>HAMERTON</u> *Intell. Life* VI. ii. 205 When an architect
in the present day has to restore some venerable church.

**b.** = *on.* [The OE. example has the *accusative.*]

*a*900 *O.E. Chron.* an. 626 Her Eanfled..wæs ȝefulwad in þone halȝan æfen
Pentecosten. *c*1175 *Lamb. Hom.* 81 þet me sculde in þe ehtuþe dei þet knaue
child embsniþen. **1297** <u>R. GLOUC.</u> (Rolls) 8668 In a þores-dai it was. *c*1400
<u>MANDEVILLE</u> (1839) Prol. 4, I..passed the see..in the day of Seynt Michelle. **1426**
in *Surtees Misc.* (1888) 7 In þe Vigil of þe Assumpcion of our Lady. **1597**
<u>SHAKES.</u> *2 Hen. IV*, I. ii. 233 Looke you..that our Armies ioyn not in a hot day.
**1806-7** <u>J. BERESFORD</u> *Miseries Hum. Life* (1826) X. l, In a chilling evening..after
you have carefully stirred a very ticklish fire.

**c.** = *during.*

**1713** <u>SWIFT</u> *Corr.* Wks. 1841 II. 492 In all the time I have been conversant in
business, I never before observed [etc.]. **1748** *Anson's Voy.* II. vii. 209 Captain

Mitchel, in the whole time of his cruise, had only taken two prizes. *Ibid.* viii. 220 The succeeding four months in which we continued at sea.

**d.** = *for*. (Formerly only in negative sentences.)

**1470-85** MALORY *Arthur* X. xxxvi, He made them to swere to were none harneis in a twelue monethe and a day. **1525** LD. BERNERS *Froiss.* II. xliv. [lxix.] (1812) 422 If they dranke moche..they coulde not helpe themselfe in two dayes after. **1601** HOLLAND *Pliny* (1634) II. 379 Wash it not off in three daies. **1669** PEPYS *Diary* (1879) VI. 1 To Westminster Hall, where I have not been..in some months. **1765** BLACKSTONE *Comm.* I. v. 228 It had not been practiced in some hundreds of years. **1793** SMEATON *Edystone L.* §265 They did not come back in some days. **1889** E. SALTUS *Tristrem Varick* xiv. 152 He was hungry as he had not been in months. **1924** C. MACKENZIE *Heavenly Ladder* xvi. 223 Mark had never been near his house in a year. **1957** R. A. HEINLEIN *Door into Summer* (1960) ix. 143 The place smelled like a vault that has not been opened in years. **1971** *Daily Tel.* 1 June 4/8 The first bridge across the Bosphorus in 2,300 years..is now being built. **1972** 'E. MCBAIN' *Sadie when she Died* xiii. 42 Arlene said that she had not played tennis in three years. **1973** *Sci. Amer.* Jan. 53/1 When Mariner 9 reached Mars on November 13, 1971, the greatest dust storm in more than a century was raging.

**e.** Where no preposition is now expressed.

**1382** WYCLIF *Luke* i. 75 In hoolynesse and riȝtfulnesse bifore him in alle oure dayes. **1523** LD. BERNERS *Froiss.* I. ccxxxv. 332 In the same euennyng the two marshals..commaunded euery man to drawe to their logynge, and in the next mornyng to be redy at sownyng of the trumpettes. **1603** SHAKES. *Meas. for M.* IV. iv. 9 Why should wee proclaime it in an howre before his entring? **1726** SWIFT *Gulliver* I. i, This engine..set out in four hours after my landing.

**IV. Pregnant uses: sometimes due to ellipsis.**

**23.** With reflexive pronouns: *in himself, in itself*, etc.: in his or its own person, essence, or nature; apart from any connexion with or relation to others; absolutely.

**c1200** ORMIN 3041 Jesu Crist Iss..soþ Godd inn himm sellfenn. **1340** *Ayenb.* 237 þe sacrement þet is ymad..be þe hand of þe kueade ministre ne is naȝt lesse worþ ine himzelue. **1531** TINDALE *Exp. 1 John* (1537) 7 The scripture abydeth pure in herselfe. **1656** *Artif. Handsom.* (1662) 178 Suppose Artificiall beautifying of the face be not in it self absolutely unlawful. **1843** MILL *Logic* I. iii. §7 Of things absolutely or in themselves. **1849** RUSKIN *Sev. Lamps* vii. §5. 189 Neither originality, therefore, nor change..are ever to be sought in themselves. **1870** FREEMAN *Norm. Conq.* (ed. 2) I. App. 739 The story may be true in itself.

**24.** In spiritual or mystical union with.

c1315 SHOREHAM 2 Ydemyd we bethe In Adam and ine Eve. **1382** WYCLIF *1 Cor.* xv. 22 As in Adam alle men dyen, so and in Crist alle men schulen be quykenyd. —— *Rev.* xiv. 13 Blessed the deede men, that dien in the Lord. **1548-9** (Mar.) *Bk. Comm. Prayer, Communion* (Coll. ad fin.), Al our woorkes begonne, continued, and ended in thee. **1745** A. BUTLER *Lives of Saints* (1836) I. 23 It was their desire that he might follow his vocation in God.

**25.** In the person or case of.

c1380 WYCLIF *Sel. Wks.* III. 341 þe fend..moved þe emperour of Rome to dowe þis Chirche in þis preest. **1470-85** MALORY *Arthur* IX. xxv, Fy for shame..that euer suche fals treason shold be wrought or vsed in a quene and a kynges syster. **1589** SPENSER *F.Q.* (Let. to Raleigh), Sir Guyon in whome I sette forth Temperaunce. **1603** SHAKES. *Meas. for M.* II. iii. That in the Captaine's but a chollericke word, Which in the Souldier is flat blasphemie. **1653** H. MORE *Antid. Ath.* III. viii. (1712) 111 Which also happen'd in a Maid of his. **1707** *Glossogr. Anglic. Nova, Asa foetida,*..good against fits in women. **1712** ADDISON *Spect.* No. 333 ¶7 It was..a..bold Thought in our Author, to ascribe the first Use of Artillery to the Rebel Angels. **1821** CLARE *Vill. Minstr.* I. 20 Dread no thief in me! **1854** J. SCOFFERN in *Orr's Circ. Sc., Chem.* 102 This instrument was found in the thermomultiplier of Nobili. **1868** FREEMAN *Norm. Conq.* II. x. 470 How great a captain England possessed in her future King. **1878** MORLEY *Crit. Misc.* Ser. I. *Carlyle* 201 Those who..found in the rules and discipline and aims of that system an acceptable expression for their own disinterested social aspirations.

**26. a.** Belonging to, as an internal quality, attribute, faculty, or capacity, inherent in; hence, within the ability, capacity, thought, etc. of.

a1225 *Ancr. R.* 166 þer ȝe schulen beon ine þrunge, auh reste and peis is in me. **1377** LANGL. *P. Pl.* B. XIX. 78 Al þe witte of þe worlde was in þo þre kynges. **1388** WYCLIF *John* i. 4 In hym was lijf. c1400 MANDEVILLE (Roxb.) xxxiv. 156 And I, in þat in me es, makez þam parceneres of þam. **1591** SHAKES. *Two Gent.* III. i. 179 There is no musicke in the Nightingale. c1600 G. HARVEY in *Shaks. C. Praise* 30 Shakespeare's..Lucrece, and his tragedy of Hamlet..have it in them to please the wiser sort. **1605** SHAKES. *Lear* II. iv. 177 'Tis not in thee To grudge my pleasures. a1611 BEAUM. & FL. *Maid's Trag.* III. i, It is in me to punish thee. **1678** WANLEY *Wond. Lit. World* V. ii. §16. 469/2 A covetous Pelagian, and one that had nothing of worth in him. **1737** BRACKEN *Farriery Impr.* (1757) II. 129 As to the Notion..I think there is not much in it. **1775** SHERIDAN *St. Patr. Day* I. ii, You did not mean any rudeness, did you, Humphrey? Oh No, in deed, miss; his worship knows it is not in me. **1810** *Q. Rev.* Feb. 193 If a man has it in him, he can do anything any where. **1841** LYTTON *Night & Morning* (ed. 2) I. I. v. 103, I will work for you day and night. I have it in me. **1846** G. E. JEWSBURY *Sel. Lett. to Mrs. Carlyle* (1892) 224, I did care for him once, long and well—better

than I have it in me to care for any man now. **1875** J̲O̲W̲E̲T̲T̲ *Plato* (ed. 2) I. 174 To prefer evil to good is not in human nature. *Ibid.* 332 An enquiry which I shall never be weary of pursuing as far as in me lies. **1889** *Nature* 11 Apr. 500 Anyone who has it in him to do heroic deeds. **1892** I̲. Z̲A̲N̲G̲W̲I̲L̲L̲ *Childr. Ghetto* III. 52 That girl's got it in her, I can tell you. She'll take the shine out of some of our West-Enders. **1895** H̲. J̲A̲M̲E̲S̲ *Notebks.* (1947) 408, I didn't know I had it in me. **1919** B̲E̲E̲R̲B̲O̲H̲M̲ *Seven Men* 119 He looked to me to 'do something big, one of these days', and that he was sure I had it 'in' me. **1924** *Isis* (Oxf.) 30 Jan. 16/2 He may become a fine actor—he has it in him. **1928** F̲O̲Y̲ & H̲A̲R̲L̲O̲W̲ *Clowning through Life* 297, I didn't believe he had it in him. **1938** R. F̲I̲N̲L̲A̲Y̲S̲O̲N̲ *Brown Man's Burden* 79 They didn't think Kay had it in him to do it. **1958** *Listener* 13 Nov. 786/2 As between draughts and chess this is outweighed by the fact that there is more 'in' chess. **1960** M̲. S̲P̲A̲R̲K̲ *Bachelors* i. 2 'You must have it in you,' said Ronald, 'going all the way to Piccadilly for herbs.' **1973** ʻE̲. M̲C̲B̲A̲I̲N̲ʼ *Hail to Chief* ii. 30 If you could find it in yourself to go over to the hospital and identify your brother.

**b. *nothing, not much, little,*** etc., ***in it***: little or no difference between competitors or any persons or things that are compared. orig. *Racing slang.*

**1914** in *Concise Oxf. Dict.* **1927** *Observer* 18 Dec. 19/3 The first round there was nothing much in it. In the second round Angus..punched Mansfield round the ring. **1929** S̲. E̲. T̲H̲O̲M̲A̲S̲ *Elem. Econ.* (ed. 4) xxix. 523 While in the course of a year Britain imports considerable quantities of gold, she also exports almost equally large quantities, and on balance there is usually very little in it.

**c. *in it***: an advantage (to be received from something). Usu. in phr. ***what was*** (or ***is,*** etc.) ***in it for*** (someone).

**1963** T̲. P̲A̲R̲K̲E̲R̲ *Unknown Citizen* v. 140 He seemed to have an inbred suspicion of any kind of offered help, he wanted to know why people were giving it, what was in it for them. **1968** *Guardian* 2 Apr. 11/1 The 'Washingtonologists' in Moscow must be getting their files out to see what is in it for the Soviet Union—and for the world. **1971** ʻA̲. G̲I̲L̲B̲E̲R̲T̲ʼ *Tenant for Tomb* ii. 39, I can't see what there was in it for Mrs Plum.

**27.** In the hands of; in the control or power of; legally vested in.

**c1460** *Towneley Myst.* xvi. 92 In me standys lyfe and dede. **?a1500** *Cov. Myst.* (1841) 311 Alle the poer lyth now in the. **a1532** L̲D̲. B̲E̲R̲N̲E̲R̲S̲ *Huon* lxxxi. 250 You knowe well it is in me to cause Huon to dye. **1607** *Stat.* in *Hist. Wakefield Gram. Sch.* (1892) 65 The election..shall be in the Maister and Fellowes of Emanuel Colledge. **a1626** B̲A̲C̲O̲N̲ *Max. & Uses Com. Law* (1636) 23 Lands possessed without any such title, are in the crowne, and not in him that first entreth. **1708** *New View Lond.* II. 484/1 The Living is a Rectory, the Advowson

in the Bp. of London. **1837** WHEWELL *Hist. Induct. Sc.* (1857) I. 30 The government of Greece is in the king. **1884** LD. COLERIDGE in *Law Times Rep.* L. 45/2 The minerals, therefore, are in the trustees.

**28.** Partaking, sharing, associated, or actually engaged in. ***to be in it***, to be one of those actually engaged as partners, competitors, etc.; to be in the running, to be a serious competitor, to count for something.

**1728** W. CLELAND *Let. on Dunciad* in *Pope's Wks.* (Globe) 359 None, it is plain, was so little in their friendships, or so much in that of those whom they had most abused. **1792** *Hist.* in *Ann. Reg.* 13 Neither the Count d'Artois..nor Mr. de Calonne were in the secret. **1812** J. H. VAUX *Flash Dict.* s.v., To let another partake of any benefit or acquisition you have acquired by robbery or otherwise, is called putting him in it: a family-man who is accidentally witness to a robbery, &c., effected by one or more others, will say to the latter, Mind I'm in it. **1888** *Lady* 25 Oct. 374/1, I thought I really was in it at last, and knew what she meant. **1888** *Longm. Mag.* July 256 To those 'in it' every sound conveys a meaning. **1889** *Spectator* 21 Sept., 'Flying Childers' and 'Eclipse' would not be 'in it' with our modern cracks. **1902** H. JAMES *Wings of Dove* VI. xx. 298 'You scarcely call him, I suppose, one of the dukes.' 'Mercy, no—far from it. He's not, compared with other possibilities, "in" it.' **1907** F. H. BURNETT *Shuttle* xxxviii. 381 'Hope you had a fine time, Mr. Selden?' 'Fine! I should smile. Fine wasn't in it.' **1912** A. BENNETT *Matador* 272 We were completely outshone. I tell you, we were not *in* it, not anywhere near being in it! **1913** F. L. BARCLAY *Broken Halo* vi. 69 In fact, the Egyptian dynasties weren't in it! She was positively antediluvian! **1915** A. HUXLEY *Let.* Oct. (1969) 82 At present I share Balliol with one..man..who rather repels me at meals by his..habit of shewing satisfaction with the food: Sir Toby Belch was not in it. **1960** L. COOPER *Accomplices* IV. ii. 224, I thought the Party knew all the technique there is about handling people, but they're not in it with the Church. **1964** H. E. F. DONOHUE *Conversations with Nelson Algren* ii. 74 All people are killers, potentially. Tigers aren't in it with people. **1966** 'J. HACKSTON' *Father clears Out* 140 A fight in the snow is a tame affair and not in it with a hot summer contest. **1968** *Globe & Mail* (Toronto) 15 Jan. 9/4 We just weren't in this one... Nobody was going to beat them today.

**29.** Of representative character or capacity, as *in* NAME *of*, *in* RIGHT *of*: see the ns.

**30.** Elliptical for    (*a*) in the name of;    (*b*) in the character of.

***a*1734** NORTH *Lives* (1826) III. 203 'Ay, i' God, is it', said the lord. **1831** F. A. KEMBLE *Let.* in *Rec. Girlhood* II. viii. 229, I am to come out in Bianca, in Milman's 'Fazio'.

**V.** Of motion or direction. See also 16.