## NETFLIX, INC. vs. BLOCKBUSTER INC.

### CASE NO. C 06 2361 WHA (JCS)

### NETFLIX, INC.'S

# EXHIBIT 1 (Part 2 of 3)

TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

Dockets.Justia.com

**31.** Expressing motion or direction from without to a point within, or transition from one thing to another: = INTO.

In OE. this was the proper sense of *in* with the accusative: see above. The sense of 'into' is still retained after some verbs, as *put, cast, split, part*, where the sense implies motion, and in some idiomatic phrases which are no longer analysed.

**†a.** Illustrations of earlier usage, now *obs.* or *dial.*

**c825** *Vesp. Psalter* v. 8 Ic inga, dryhten, in hus ðin. **971** *Blickl. Hom.* 121 þa hie..in þone heofon locodan æfter him. **a1000** *Hymns* vi. 27 (Gr.) Ne læd þu us..in costunge. **c1175** *Lamb. Hom.* 3 Goð in þane castel þet is on-ʒein eou. *Ibid.* 45 Muneʒing of þam hali gast þe he sende in his apostles. **c1220** *Bestiary* 230 Do we ðe bodi in ðe bale. **a1300** *E.E. Psalter* xxix. 12 [xxx. 11] þou torned mi weping..In blisse. **c1386** CHAUCER *Knt.'s T.* 11 And broghte hire hoom with hym in his contree. **c1470** HENRY *Wallace* I. 147 His fadyr Malcom in the Lennox fled. **c1500** *Melusine* 369 Soone after [she] tourned herself in the figure of a serpent and so vanysshed away. **1509** *Bury Wills* (Camden) 111 Yff ony off my childern happyn to cumme in pouerte. **1535** COVERDALE *2 Esdras* iii. 4 And hast brethed in him the breth of life. **1570** *Tragedie* 127 in *Satir. Poems Reform.* x, Turnit day in nycht and nycht in day. **1596** DALRYMPLE tr. *Leslie's Hist. Scot.* I. 8 Dorpes and wynes..now growne in fair townes. **1680** in *12th Rep. Hist. MSS. Comm.* App. VII. 394 My daughter was brought in bed of another boy. **1697** DRYDEN *Virg. Georg.* III. 645 [The snake] retires..And in some secret Cranny slowly glides. **1785** BURNS *Death & Dr. Horn-bk.* xiv, Deil mak his king's-hood in a spleuchan!

**b.** Illustrations of current usage after the verbs *cast, fall, lay, put, throw, thrust,* etc., *divide, split, break,* etc.

**a900** *O.E. Chron.* an. 709 Wæs todæled..in tua biscopscira West Seaxna lond. **971** *Blickl. Hom.* 191 His lic..in þa stowe asetton þe Uaticanus hatte. **1154** *O.E. Chron.* an. 1137 ⊓2, & dide ælle in prisun, til hi iafen up here castles. **c1200** *Trin. Coll. Hom.* 21 And was his holie lichame leid in burieles, in þe holie sepulcre. **c1330** R. BRUNNE *Chron. Wace* (Rolls) 3618 Iþe barel of gold þey leid ilkon. **1390** GOWER *Conf.* I. 106 Full ofte he heweth up so highe That chippes fallen in his eye. **c1400** MANDEVILLE (Roxb.) xxxiv. 153 þe prestez..hewez þe body all in smale pecez. **c1460** *Towneley Myst.* xxvi. 413 My catyf hart wyll breke in thre. **1491** *Act 7 Hen. VII*, c. 22 Preamble, The seid John..caste the seid writing in the fire. **1590** SHAKES. *Mids. N.* II. i. 108 Hoared headed frosts Fall in the fresh lap of the crimson Rose. **1591** —— *1 Hen. VI*, I. iv. 52 They suppos'd I could..spurne in pieces Posts of Adamant. **1697** DRYDEN *Virg. Georg.* IV. 766 He..in the Billows plung'd his hoary Head. **1836** FONBLANQUE *Eng. under 7 Administ.* (1837) III. 336 Is he put on the shelf, or cast in the lumber-room? **a1868** M. J. HIGGINS *Ess.* (1875) 118 The most judicious mode of putting a kicker in harness. **1876** MOZLEY *Univ. Serm.* vi. (1877) 142 This dreadful schism..which splits them, as it were, in two beings.

**c.** See also *in the face of*: FACE *n.* 4.

**†32.** The sense of motion or direction formerly gave rise to various modifications. [Cf. L. *in* with *acc.*] *Obs.*    **†a.** = *upon, on.*

> *a*1225 *Leg. Kath.* 102 Ha..spende al þet oðer in neodfulle & in nakede. **c1305** *St. Lucy* 7 in *E.E.P.* 101 In fisciciens heo hadde ispend moche del of hire gode. **c1430** *Hymns Virg.* 97 þan schal neuere myscheef in þee falle. **1490** CAXTON *Eneydos* vi. 26 Yᵉ grete..cryme, perpetred and commysed in the persone of sychee. **1535** STEWART *Cron. Scot.* II. 528 To put handis in ane crownit king. **1557** NORTH *Gueuara's Diall Pr.* 127b/2 To caste their eyes onelye in that that is presente.

**†b.** = *against, towards.*

> *a*1300 *E.E. Psalter* xliii. 6 [xliv. 5] In þi name for-how in us risand. *a*1340 HAMPOLE *Psalter* vi. 1 Forgifynge til him þat synnes in vs. **c1380** WYCLIF *Wks.* (1880) 198 To oure dettouris þat is to men þat han synned in vs.

**†c.** = *over.*

> **c1430** LYDG. *Min. Poems* (Percy Soc.) 16 That noon enmyes have in him powere.

**†d.** = *unto, to.*

> **1523** LD. BERNERS *Froiss.* I. xxxvi. 50 Sir Water of Manny..dyd set fyre in the strete ioyninge to the castell. *Ibid.* cclxxix. 417 Parte of them that had set the fyre in the towne. **1535** COVERDALE *2 Esdras* iii. 7 Thou appoyntedest death in him, and in his generacions.

**VI.** Constructional uses.

**33.** Expressing the relation which the action of a verb has to some indirect object: forming with the latter an adverbial adjunct to the verb, and often entering with it into an indirect passive: e.g. *to be believed in, to be dealt in, to be engaged in.* (See the verbs individually.)    **a.** To *believe, trust, hope* in, and the like. In OE., *believe* took *in* with the accus., = *into, unto, towards* (cf. L. *credere in Deum*, etc.).

> **c825** *Vesp. Psalter* ii. 13 Eadȝe alle ða ðe ȝetreowað in hine [L. *confidunt in eum*]. *a*1000 *Juliana* 434 in *Exeter Bk.*, þu in ecne god..þinne ȝetreowdes. **c1200** *Trin. Coll. Hom.* 19 He þe bileueð in god. **13..** *K. Alis.* 7348 Alisaunder him gan affye In his owne chivalrie. **c1400** MANDEVILLE (1839) xv. 166 In theise thinges..ther ben many folk that beleeven. **1553** Q. MARY in Strype *Eccl. Mem.* (1721) III. App. i. 3 For the special trust and affiance we have in you. **1753** CHESTERFIELD *Lett.* (1774) IV. 6, I hope in God she will give you the will of

exerting them.

**b.** To *partake, share, concur, engage, join, deal* in; to *consist* in; to *succeed, fail, increase* in; to *delight, exult, glory, joy, rejoice, triumph* in; etc.

*a*1225 *Ancr. R.* 38 ȝif me..delen in his pinen. *a*1300 *E.E. Psalter* ix. 3, I sal fayne and glade in þe. 1375 BARBOUR *Bruce* IV. 718 Thai men, that will study In the craft of astrology. *c*1585 R. BROWNE *Answ. Cartwright* 68, I partake in another mans offring. 1593 SHAKES. *Lucr.* 77 To those two Armies that would let him goe, Rather then triumph in so false a foe. 1697 DRYDEN *Virg. Georg.* I. 13 Join in my Work. 1776 *Trial of Nundocomar* 68/1, I used, a long time ago, to trade in salt. 1795 *Hist.* in *Ann. Reg.* 5 All classes..concurred in this determination. 1845 S. AUSTIN *Ranke's Hist. Ref.* I. 185 A regular war with France was not to be engaged in without negotiations.

**c.** With trans. vb.: To *instruct* (a person) in; to *convict, condemn, mulct* in; to *baffle, disappoint, limit* in; to *spend* (money, time, etc.) in. To *hold* in (honour, etc.): see HOLD *v.* 12f.

*a*1300 *Cursor M.* 2610 In despit sco haldes me. 1382 WYCLIF *2 Chron.* xxxvi. 3 The king of Egipt..condempnede the lond in an hundrith talentis of syluer. 1490 CAXTON *Eneydos* vii. 33 To haue some prynce..for tenstructe hym in doctrynes and good maners. 1588 SHAKES. *L.L.L.* II. i. 19 Spending your wit in the praise of mine. *a*1715 BURNET *Own Time* (1823) II. 207 The crown had been..limited in the power of raising money. 1838 THIRLWALL *Greece* xi. II. 24 The Athenians, who had been repeatedly baffled in their attempts. 1893 W. P. COURTNEY in *Acad.* 13 May 413/1 The money expended in the improvement of the site.

**34.** Expressing the relation of an *adjective* (often ppl.) to some sphere or department to which its qualification is limited: *in* and its object forming an adverbial adjunct of the adjective; e.g. *accomplished, adroit, at home, complete, diligent, eager, eloquent, great, learned, skilled, strong, weak* in; *attacked, grieved, hurt, marked, wounded* in; etc.

*c*900 tr. *Bæda's Hist.* IV. xxiii[i.]. (1890) 332 Wæs heo..æðele in woruld ȝebyrdum. *Ibid.* 334 In reȝollices lifes lare swiðe ȝeornful. *a*1225 *Leg. Kath.* 525 In alle wittes of worldliche wisdome wiseste o worlde. 1382 WYCLIF *Acts* vii. 22 Moyses..was myȝty in his wordis and werkis. 1477 EARL RIVERS (Caxton) *Dictes* 76 Right connyng in fisike and a good fisicien. 1526 TINDALE *Matt.* v. 3 Blessed are the povre in sprete. 1557 NORTH *Gueuara's Diall Pr.* (1582) 174a, Pirrus..was stout and hardy, valiant in armes, liberall in benefices, pacient in aduersities. 1605 SHAKES. *Macb.* IV. ii. 66 Though in your state of Honor I am perfect. 1665 BOYLE *Occas. Refl.* (1848) 294 To admire and thank him that is infinite in Beauty, and in goodness. 1711 ADDISON *Spect.* No. 81 ¶2 If Rosalinda is unfortunate in her Mole, Nigranilla is as unhappy in a Pimple. 1833 I.

TAYLOR *Fanat.* i. 2 Ignorant in the chief article of the case. **1845** M. PATTISON *Ess.* (1889) I. 2 Rich in works of the historical class. **1884** *Law Times* LXXVII. 27/2 A railway company was held liable in damages. **1895** *Bookman* Oct. 22/2 Louis [XIV] was..wanting in all the elements of true greatness.

**35.** Expressing the relation of a *substantive* (esp. one that involves an attribute) to a certain sphere.

**c1200** ORM. 5483 þe firrste ȝife iss witt & skill Inn heofennlike þingess. **1382** WYCLIF *Dan.* i. 17 God ȝaue to these children science and discipline in ech boke. **1513** DOUGLAS *Æneis* i. Prol. 56 Nane is, nor was..ne ȝit sal haue sic crafte in poetrie. **1571** CAMPION *Hist. Irel.* ix. (1633) 27 The Barbarians highly honoured him for his cunning in all languages. **1699** BURNET *39 Art.* xxv. (1700) 266 In all this Diversity there is no real difference. **1749** FIELDING *Tom Jones* I. x, He was himself a very competent judge in most kinds of literature. **a1770** JORTIN *Serm.* (1771) I. iii. 46 Those who have skill in arts..in war..in politics. **1830** T. TAYLOR *Argts. Celsus* etc. 63 Alacrity in the performance of things. **1849** MACAULAY *Hist. Eng.* i. I. 111 The Houses..would have made no formal change in the constitution. **1859** C. BARKER *Assoc. Princ.* ii. 56 Young beginners in business. **1884** W. C. SMITH *Kildrostan* 48 Let nothing shake your trust in her.

**36.** Expressing the relation of *number* or *quantity* to the dimension or amount in question: e.g. *length, breadth, depth,* or the like.

**c1275** LAY. 21995 Hit his imete in brede fif and twenti fote. **1382** WYCLIF *1 Kings* vi. 2 The hows..hadde sexti cubitis in length and twenti in brede. **1512** *Act 4 Hen. VIII,* c. 1 §1 The said Countie is thre score and ten myle in lenght. **1548** UDALL, etc. *Erasm. Par. Mark* i. (1552) 120 Fewe in numbre. **1710** BERKELEY *Princ. Hum. Knowl.* Introd. §12 A black line of an inch in length. **1875** JOWETT *Plato* (ed. 2) III. 306 The virtues, which are also four in number. **1882** W. SHARP *D. G. Rossetti* ii. 86 A man six feet two inches in height.

**37.** With a substantive (or adj.), forming an *adverbial phr.,* e.g. *in charity, in duty, in honour; in right; in common, in general, in especial; in fact, in (all) probability, in truth, in faith; in conclusion, in fine; in haste; in any case, in every way; in (all) the world.* See the *ns.*; also INDEED.

**a1300** *Cursor M.* 13402 þai fild a cupp þan son in hast. **c1386** CHAUCER *Pard. Prol.* 126 But herkneth lordynges in conclusioun Youre likyng is that I schal telle a tale. **1513** MORE *Rich. III,* in Grafton *Chron.* I. 781 In faith man..I was never so sory. **1647** N. BACON *Disc. Govt. Eng.* I. iii. 8 In Charity, therefore, the English Church in those daies must be of mean repute for outward pomp. **1667** PRIMATT *City & C. Build.* 2 Consider..what casualties it may in probability be subject unto. **1721** *St. German's Doctor & Stud.* 309 If a man buy a horse..of him that in right had no property to him. **1802** M. EDGEWORTH *Moral T.* (1816) I. xii. 100 Debts, which he could not, in honour, delay to discharge. **1871** SMILES *Charac.* i.

(1876) 11 Every one is..bound in duty, to aim at reaching the highest standard of character. **1881** L. B. WALFORD *Dick Netherby* xiv. 162 Not a shilling in the world.

**38.** In many *prepositional phrases*, as *in* CASE *of*, *in* FACE *of*, *in* FAVOUR *of*, *in* FRONT *of*, *in* HONOUR *of*, *in* LIEU *of*, *in* PRESENCE *of*, *in* RESPECT *of*, *in* SPITE *of*, INSTEAD *of*; *in* REGARD *of*, *to*, *in* RESPECT *of*, *to*; *in* ORDER *to*, *in* PROPORTION *to*, *in* RELATION *to*; *in* COMMON *with*, *in* COMPANY *with*, *in* COMPARISON *with*, etc. See these words.

**VII.** *Phrases.*

**39. in so far**: in such measure or degree (as); to such extent (that). Still conventionally written thus (*Hart's Rules for Compositors*, ed. 37, 1967, p. 75) but also freq. as a single word or with hyphens.

**1596** DALRYMPLE tr. *Leslie's Hist. Scot.* v. 269 Britannie was..in sevin Regimentis, deuydet be the Saxonis,..Jnsafar, that a certane and sure ordour of kingis coulde not weil be collected. **1836** H. TAYLOR *Statesman* xxxi. 232 A man's manners have much real and intrinsic significancy, in so far forth as they are the result of his individual nature and taste. **1847** GROTE *Greece* II. xlvii. (1862) IV. 183 Insofar the latter had good reason to complain. **1896** *Act 59 & 60 Vict.* c. 39 §1 (3) In so far as they are temporary in their duration. **1940** *Economist* 6 July 13/2 Insofar as it ensures that trade between the two participating countries shall be reciprocal, it is an extension of compensation trade. **1948** J. STEINBECK *Russ. Jrnl.* (1949) 10 The C-47's are a little run down insofar as upholstery and carpeting go. **1959** B. WOOTTON *Social Sci. & Social Path.* viii. 267 Differentiation between the one and the other will be called for only insofar as it affects the kind of treatment that is likely to be helpful. **1969** *Times* 31 Oct. 29/5 Enforcement, insofar as salaries are concerned, is costing nothing. **1971** *Watsonia* VIII. 205 The results of it will be used here in-so-far as they affect the classification of the group.

**40. in that**: in the fact that; in its being the case that; in presence, view, or consequence of the fact that; seeing that; as, because.

**c1440** *Gesta Rom.* II. xxi. 399 (Add. MS.) The child is not apte to serve god, in that he is inparfite. **1523** LD. BERNERS *Froiss.* I. cliv. 186 The kyng of Nauerr..excused hymselfe honorably, in that he departed out of the realme of France. **1535** COVERDALE *Josh.* xxii. 31 We knowe, that y[e] Lorde is amonge vs, in that ye haue not trespaced agaynst the Lorde. **1593** SHAKES. *2 Hen. VI*, III. i. 257 Let him dye, in that he is a Fox. **c1680** BEVERIDGE *Serm.* (1729) II. 302 In that they think they get good by such hearing..they are really the worse for it. **1883** DOBSON *Fielding* i. 18 This is the more likely, in that Arne the musician..was Fielding's contemporary at Eton.

**41.** See also INASMUCH, INSOMUCH, etc.

---

ADDITIONS SERIES 1993

**in**, *prep.*[1]

Add:   **[II.] [18.]** *in-ground* orig. *U.S.*, of an outdoor swimming-pool: built into the ground (as distinct from one placed above ground), esp. at a private residence.

> **1973** *Washington Post* 13 Jan. F16/5 (Advt.), Five bedrooms, two baths, 2 fireplaces and in-ground pool. **1977** *Lancashire Life* Mar. 114/2 (Advt.), 'Pool Services'..Distributors of Above and Inground Do-It-Yourself Pool Kits. **1988** J. FRAME *Carpathians* ix. 62 We've in mind for later an in-ground swimming-pool.

*in-hand* (see HAND *n.* 29), (*a*) held in the hand; also *fig.*; (*b*) *spec.* in *Equestrianism*: used in or involving the leading of a horse by hand.

> **1960** *Encounter* Feb. 36/1 The in-hand attractions of salary, security, and perks. **1963** E. H. EDWARDS *Saddlery* xxiv. 188 There is..an increasing tendency for pony mares..to wear what used to be termed a 'stallion bridle'. As it is now used on everything, I prefer to call it an 'in-hand' bridle. **1974** *Daily Tel.* 3 Apr. 8/8 Take-home ice-cream products..had been subject to 10 p.c. VAT. But of the in-hand products—wrapped ice-creams and ices and lollies on sticks—half have gone up in price. **1978** *Country Life* 18 May 1376/2 Mr and Mrs J. B. Grobbelaar..came from South Africa to Windsor expressly to judge the in-hand classes. **1985** *Catal. Sale Horse-Drawn Vehicles* (Thimbleby & Shorland) 6 Mar. 1 Set of brown in-hand harness without crupper.

---

DRAFT ADDITIONS SEPTEMBER 2003

**in**, *prep.*[1]

▶ **in-home** *a.*, taking place in the home; intended for, available for, or relating to use in the home.

> **1956** in W. Y. Elliott *Television's Impact on Amer. Culture* 347 Movies are the only major TV competitor fighting it strictly on the entertainment level, and outside the home. Radio and publications are challenged both on an advertising and an *in-home basis. **1969** *Times* 8 Oct. 24/3 The in-home sales situation will quickly conquer the tawdry image of doorstep selling currently too common for household utensils, encyclopaedias and insurance, by the introduction..of appointments systems. **1988** *Mod. Painters* Autumn 64/3 He restaged an in-

home William Tell act and missed. **1996** R. MISTRY *Fine Balance* i. 58 Her friend Zenobia had a brainwave about in-home haircuts for children. **2001** *Working from Home* Mar. 26/3 Each PC includes two years of free in-home servicing.

# Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

## item, *adv.* and *n.*                    SECOND EDITION 1989

('aɪtəm) [a. L. *item* adv., just so, in like manner, moreover, f. *i-s, i-d* he, it + advb. ending *-tem*. Used also in F. as adv. (1290 in Godef. *Compl.*) and as n. from the 16th cent.]

‖**A.** *adv.* Likewise, also. Used to introduce a new fact or statement, or, more frequently, each new article or particular in an enumeration, esp. in a formal list or document, as an inventory, household-book, will, etc.

> **1398** in Rymer *Fœdera* (1709) VIII. 55 Item, it is Accordit and Ordaint that [etc.]. *Ibid.*, Item, for als mykil as [etc.]. **c1400** MANDEVILLE (1839) xxviii. 288 Item, in this Yle..there is a manner of Wode, hard and strong. **1418** in *E.E. Wills* (1882) 31 Item I be-quethe to the freres Menours of Bryggenorth..xl s. Item I bequethe..to the ffreres of Wodehouse xl s. **1484** CAXTON *Fables of Alfonce* i, Item my sone suppose it not a lytyll thynge to haue a good Frend. **1556** *Chron. Gr. Friars* (Camden) 56 Item this yere was alle the chaunterys put downe. Item also the wacche at myd~somer was begonne agayne... Item also the byshoppe of Wenchester..preched before the kyng. **1601** SHAKES. *Twel. N.* I. v. 265 It shalbe Inuentoried..As, Item two lippes indifferent redde, Item two grey eyes, with lids to them. **1732** FIELDING *Miser* II. i. Wks. 1882 IX. 308 *Item*, Two muskets, one of which only wants the lock. **1781** COWPER *Truth* 152 Not a grace appears on strictest search, But that she fasts, and, *item*, goes to church. **a1818** in Cruise *Digest* (ed. 2) VI. 337 He..added this clause: '*Item*, all the houses and lands which I have given between my sons, is to this purpose, that [etc.]'.

**B.** *n.*

**1.** A statement, maxim, or admonition such as was commonly introduced by the word *item*; a saying with a particular bearing. Hence, generally, an intimation, a hint. Esp. in vbl. phrases, as **to give** (**take,** etc.) **an item**, also **to give** (**take,** etc.) **item**. Now *U.S. local.*

> **1561** T. NORTON *Calvin's Inst.* IV. xii. (1634) 616 *marg.*, Two Items to the Church of Rome concerning the single life which they require in the order

of Priests. **1600** <u>HOLLAND</u> *Livy* XXV. xvi. 559 The Soothsayers aforesaid, had given an Item, and foretold, that this prodigious sight perteined properly unto the chiefe captaine. **1607** <u>HIERON</u> *Wks.* I. 171 'That nothing be lost', it was one of our pious items. **1684** <u>BUNYAN</u> *Pilgr.* II. 150 He..has Need of an Itum, to caution him to take heed, every Moment of the Day. **1704** <u>HEARNE</u> *Duct. Hist.* II. 14 Getting item thereof, he departed to the sea. **1786** <u>E. INCHBALD</u> *Such things are* 51 (in *Br. Theat.*) If my friend had not given me an item of this I should think her downright angry. ***a*1860** *Spirit of Times* (N.Y.) (Bartlett), The minit yer get item that I'm back, set off for the cross-roads.

**2. a.** An article or unit of any kind included in an enumeration, computation, or sum total; an entry or thing entered in an account or register, a clause of a document, a detail of expenditure or income, etc.

**1578** <u>T. WILCOCKS</u> *Serm. Paules* 50 The lawe layeth no Item to youre charge. **1588** *Marprel. Epist.* (Arb.) 39 His grace had need to prouide a bag ful of Items for you if you be so liberal. **1601** <u>CORNWALLIS</u> *Ess.* ix, That makes not the purse emptie, and the household-booke rich in Items. **1607** <u>DEKKER</u> *Knt.'s Conjur.* (1842) 34 Our vaunt' currer..offred to pay some of the tauern items. **1765** <u>COWPER</u> *Let. to J. Hill.* 3 Dec., Wks. 1837 XV. 7 That I may return as particular an answer to your letter as possible, I will take it item by item. **1870** <u>J. YEATS</u> *Nat. Hist. Comm.* 87 Timber is an important item in the national revenue. **1876** <u>GEO. ELIOT</u> *Dan. Der.* iii, I have to spend a good deal in that way; it is a large item. **1961** *Lancet* 12 Aug. 358/2 Questions [set]..included items that the undergraduate who had read something more..than an introductory text could be expected to answer. **1970** *Jrnl. Gen. Psychol.* LXXXII. 63 A person may agree with an item and its opposite because he believes statements worded in the dogmatic (authoritarian) direction but agrees with a reversed item because of the high social desirability of this item.

**b.** A detail of information or news, esp. one in a newspaper.

**1819** B. E. O'MEARA *Exp. Trans. St. Helena* 11 The general accuracy of these items may be inferred. **1865** <u>LOWELL</u> *Scotch the Snake* Pr. Wks. 1890 V. 241 We cannot estimate the value of the items in our daily newspapers. **1876** —— *Among my Bks.* Ser. II. 130 This item kind of description. **1888** <u>J. INGLIS</u> *Tent Life Tigerland* 2 Filling my sporting journal with many items of more than ordinary interest.

**c.** *Computers.* Any quantity of data treated as a unit, such as a field, a group of fields, or a record.

**1954** *Computers & Automation* May 17/2 *Item*, a set of one or more fields containing related information. **1958** *Computer Jrnl.* I. 71/1 Let us call the units which are to be sorted items. *Ibid.* 71/2 If every item of data has a unique key, complete sorting will result in each place holding no more than one item. *Ibid.* 72/2 A typical item in commercial data is an 80-column punched card. **1964** A. LYTEL *Fund. Data Processing* (1965) iv. 108 Information is stored in variable-length memory areas called fields... Consecutive fields can be combined to form a larger unit of information called an item. Grouping fields to form an item simplifies the manipulation of related~data fields, and minimizes the number of instruction executions required to move consecutive fields within the main memory. **1967** B. S. WALKER *Introd. Computer Engin.* vi. 157 The field or item is typically a group of letters or numbers, in association, to mean a name, or reference number, or a heading of some kind. **1971** *Computes & Humanities* VI. 67 Each item file is composed of an open-ended sequence of variable length records called 'items', every item being the description of one entity.

**d.** A member of a set of linguistic units.

**1954** *Word* X. 230 'Items'..are either morphemes or sequences of morphemes, but still one has to contend with the independent status of order, constructions, and hierarchical structure. Even so, there is a clear difference between taking some phonemic material as 'root' (= item) and some as 'marker' of processes. **1964** R. A. HALL *Introd. Ling.* vi. 34 The first group [of linguistic analysts] wish to limit their description strictly to an enumeration of items and the arrangements or sequences in which they are found... The other group..take into account the passage of time when the observer moves from one part of his material to another... This approach is based on a listing of items involved and of 'processes' which the items 'undergo'. *Ibid.* 35 In some respects, the item-and-process (IP) approach is closer to our traditional type of grammatical description than is the item-and-arrangement (IA) approach. **1964** M. A. K. HALLIDAY et al. *Ling. Sci.* ii. 24 In English..'chair' is a lexical item: it operates as an item in open set choices. 'the', 'chair', the '-s' in 'chairs', 'in case'..are grammatical items. **1970** *Canad. Jrnl. Linguistics* XV. 95 This system grew out of a union of the item-and-process approach to linguistics with automata theory. **1971** T. F. MITCHELL in *Archivum Linguisticum* II. 64 In the English-speaking world of linguists little more than ten short years ago, the talk was of grammatical models labelled 'Item and Arrangement', 'Item and Process', and 'Word and Paradigm'.

**C.** *attrib.* and *Comb.*

**1859** E. H. N. PATTERSON in L. Hafen *Overland Routes to Gold Fields* (1942) 68 This..is one of those cases, probably, that will remain a mystery only to be solved when the great item book of the recording angel shall be opened to justify the final sentence. **1961** *Lancet* 12 Aug. 359/2 Item analysis showed that there were fairly large differences between the groups on a few questions, and these were seen to be due to specific differences in teaching. **1970** *Jrnl. Gen. Psychol.* LXXXII. 166 Item-item and item-test correlations were computed. **1972** *Jrnl. Social Psychol.* LXXXVI. 221 An item analysis technique was used to select those items that discriminated between the high and low scores by 20 percentage points.

---

DRAFT ADDITIONS SEPTEMBER 2001

**item**, *adv.* and *n.*

▸ *colloq.* (orig. *U.S.*). A pair of lovers, a couple; ***to be an item***: (of a couple) to be involved in an established romantic or sexual relationship, esp. a socially acknowledged one.

**1970** 'T. COE' *Jade in Aries* xv. 109 'What was Maundy's relationship with Dearborn?' Remington said, 'They were an item once, long ago... Before Ronnie.' **1984** T. MCGUANE *Something to be Desired* v. 48 She and the doctor were soon a hot item. **1996** *Just Seventeen* 14 Aug. 6/2 My mate had a fling with one of his and they hung out together, even though they weren't officially an item. **2000** *Heat* 13 Jan. 20/2 We want to remain friends but we are no longer an item.

---

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# list, *n.*[6]

SECOND EDITION 1989

(lıst)  [a. F. *liste* = Sp., Pg., It. *lista*; prob. identical with LIST *n.*[3], the special sense being developed from that of 'strip' (of paper): see LIST *n.*[3] 4.]

**a.** A catalogue or roll consisting of a row or series of names, figures, words, or the like. In early use, *esp.* a catalogue of the names of persons engaged in the same duties or connected with the same object; *spec.* a catalogue of the soldiers of an army or of a particular arm; also in †phr. *in* or ***within the list*(*s*, *in list*** (occas. fig.).

*active list*, a list of those officers in the army or navy who are liable to be called upon for active service. ***free list***, (*a*) a list of persons who are allowed free admission to a place of entertainment; (*b*) a list of articles which are exempt from duty under the revenue laws. Also *army list*, CIVIL LIST, *retired list*, *sick list*, etc. (see the first words).

In specific senses:   (*a*) the titles of the books (to be) published by a particular publisher. So ***autumn list***, BACKLIST, ***spring list***.   (*b*) an official register of buildings of architectural or historical importance that are statutorily protected from demolition or major alteration. Cf. LIST *v.*[4] 1e.   (*c*) In the National Health Service, a general practitioner's register of patients.

**1602** SHAKES. *Ham.* I. i. 98 Young Fortinbras..Hath..Shark'd vp a List of Landlesse Resolutes. *Ibid.* ii. 32 The Leuies, The Lists, and full proportions are all made Out of his subiect. **1606** —— *Ant. & Cl.* III. vi. 76 The Thracian King Adullas..The Kings of Mede, and Licoania, With a more larger List of Scepters. **1613** —— *Hen. VIII*, IV. i. 14 'Tis the List Of those that claime their Offices this day. **1622** F. MARKHAM *Bk. War* IV. iii. 130 Pioners..are not reckoned Souldiers, neither come neere by many degrees either to that list or reputation. **1625** BACON *Ess., Of Youth & Age* (Arb.) 257 He was the Ablest Emperour, almost, of all the List. **1633** T. STAFFORD *Pac. Hib.* I. i. (1810) 3 To bee in list 3000 Foot, and 250 Horse. **1646** EVANCE *Noble Ord.* 20 You will not be out of the List long. **1653** HOLCROFT *Procopius* IV. 157 The Battalion was of eight thousand foot, and the Archers of the List. **1655** FULLER *Ch. Hist.* I. v. §10 Their Fear brought in a false List of their Enemies Number. **1696** PHILLIPS (ed. 5), *List*, a Scrowl of the Names of several Persons of the same Quality with whom we have Business, or with whom we have some Relation. A

List of the Slain and Wounded in such a Battel. A List of such a ones
Creditors. A List of the Prisoners in such a Prison. **1742** YOUNG *Nt. Th.* I.
284 Endless is the list of human ills. **1797** *Encycl. Brit.* (ed. 3) VII. 383/2
The letter-founders have a kind of list, or tariff, whereby they regulate
their founts. **1809** LD. MULGRAVE in *G. Rose's Diaries* (1860) II. 358 His
name being removed from the List of the Navy. **1847** MARRYAT *Childr. N.
Forest* xx, Edward took a list of the contents. **1865** DICKENS *Mut. Fr.* I. ii,
She keeps a little list of her lovers. **1874** GREEN *Short Hist.* iii. §4. 128
The earliest classical revival restored Cæsar and Virgil to the list of
monastic studies.

(*a*) **1860** G. H. LEWES *Let.* 4 Jan. in Geo. Eliot *Lett.* (1954) III. 243 It will
be well now to begin announcing it in lists—if not the title at any rate the
fact of a new novel being in the press. **1919** *Publisher's Let.* Aug. in T. S.
Eliot *Waste Land Drafts* (1971) p. xvi, Mr. Eliot's work is no doubt
brilliant, but it is not exactly the kind of material we care to add to our
list. **1922** T. S. ELIOT *Let.* 25 June in *Waste Land Drafts* (1971) p. xxii,
Knopf said that it was too late for his autumn list this year. **1930** E.
WAUGH *Vile Bodies* ii. 28, I suppose you could get the book rewritten in
time for the Spring List? **1938** H. R. DENT in J. M. & H. R. Dent *House of
Dent* xxiii. 300 It used to be said..that a publisher kept poetry on his lists
more for the look of the thing than anything else. **1951** M. SHARP *Lise
Lilywhite* xix. 161 Mr Villiers..published chiefly poetry... He had no list, in
the trade sense, nor had he travellers. **1964** R. CHURCH *Voyage Home*
viii. 166, I should send the book to the house of Dent, whose list it would
suit admirably. **1967** E. GRIERSON *Crime of One's Own* viii. 60 Christmas
operated like a guillotine on the Autumn lists, leaving only a bare four
weeks of selling time.

(*b*) **1947** *Act 10 & 11 Geo. VI* c. 51 §30 With a view to the guidance of local
planning authorities..in relation to buildings of special architectural or
historic interest, the Minister shall compile lists of such buildings, or
approve..such lists compiled by other persons or bodies of persons. *Ibid.,*
So long as any building..is included in any list compiled or approved
under this section, no person shall execute..any works for the demolition
of the building or for its alteration or extension in any manner which
would seriously affect its character. **1968** P. WARD *Conservation &
Devel. Historic Towns & Cities* III. 98 Lansdown Parade..is also a Grade
II listed building on the Ministry of Housing and Local Government's list
of architecturally or historically important buildings.

(*c*) **1949** *Britannica Bk. of Year* 412/2 Doctors starting their careers..had
few patients on their lists. *Ibid.* 413/1 The doctor was free to accept or

reject anyone applying to go on his list. **1971** *Reader's Digest Family Guide to Law* 242 A doctor..does not have to give reasons for his refusal to accept a patient on his list. **1974** M. BIRMINGHAM *You can help Me* iii. 56, I asked him if he did not sometimes hanker after..a few wealthy private patients so that he could afford to keep his list shorter.

  **b.** *Racing slang.* Short for: The list of geldings in training. Hence **to put on the list** = to castrate.

  **1890** FARMER *Slang, Added to the List*, an abbreviation of 'added to the list of geldings in training'.

  †**c.** *American.* The return of particulars of taxable property required to be furnished by the owners. (Cf. LIST *v.*[4] 1b.) *Obs.*

  **1646** *Virginia Stat.* (1823) I. 329 To the prejudice of many who have duely and according to law presented their lists. **1655** *Connect. Col. Rec.* (1850) I. 279 Sea-Brooke is fyned forty shillings for not sending ye Lists of theire estates to the Courte.

  **d.** *Comb.:* **list-betting**, betting on the list of horses displayed in a list shop; **list broker**, a trader in mailing lists; so **list-broking** *vbl. n.*; **list house** = *list shop*; †**list-maker** = LISTER[2] 2; **listman**, one who works in a list shop; a bookmaker; **list price**, the price fixed for an article in the printed list issued by the maker, or by the general body of makers of the particular class of goods; **list processing** *Computing*, the manipulation and use of chained lists and of data in them; freq. *attrib.*; so **list processor**, a processing system, language, etc., for use in list processing; cf. LISP *n.*[2]; **list shop**, an illegal betting shop where prices on future important races were displayed; **list system** (also **party list system**), a system of voting, common in continental W. Europe, in which voters cast their vote for a list of candidates rather than for an individual candidate; so **list vote, voting**.

  **1874** *Porcupine* 18 July 248/2 Mr. Chaplin, M.P., with other horse-owners, have..chuckled greatly at the prospect of *list-betting no longer interfering with their speculations. **1928** *Daily Express* 24 Mar. 1/1 The..gaming laws..were primarily intended only to abolish notorious gaming houses and list-betting in shops and houses.

  **1959** *Economist* 7 Feb. 498/1 Publishers now send out circulars to people on mailing lists, bought from a growing class of '*list brokers'. **1967** *Guardian* 27 Dec. 4/2 She is a list broker, which means that she

trades in names and addresses.

*Ibid.* 4/4 The magnitude of *list-broking in the United States. **1970** *Daily Tel.* 12 Oct. 17/3 'List broking' in this country could well develop into the sophisticated service industry it is in America.

**1902** 'N. GUBBINS' *Dead Certainties* 71 Most of the '*list-houses' (in Long Acre and elsewhere), whose name was legion, had their shutters up on the morning after Lord Zetland's horse had defeated Pitsford.

**1666** *Connect. Col. Rec.* (1852) II. 48 This Court doth order that ye land..be valued by the *list makers of Stonington.

**1922** *Daily Mail* 6 Nov. 11 Most of the *listmen got scared to death over particular animals in these final handicaps. **1937** PARTRIDGE *Dict. Slang* 486/1 *Listman*, a ready-money bookmaker.

**1871** *English Mechanic* 10 Nov. 206/2 The *list price for a $\frac{1}{2}$ horse-power engine is £60. **c1883** J. MONTAGU *Let.* in Troubridge & Marshall *John Lord Montagu of Beaulieu* (1930) 30 Now my old machine [*sc.* tandem bicycle] cost £ 26 list price, and we finally got it for £23:10s. owing to discount for ready money. **1928** *Publisher's Weekly* 30 June 2603 The reprint is usually about one-third of the list price of the earlier edition. **1955** *Radio Times* 22 Apr. 51/1 Hand in an old electric shaver..and claim £2 allowance off the list price of a Remington 60. **1967** *Autocar* 28 Dec. 38/3 All 'list' prices are taken from *Autocar's* 'Recommended New Car prices'.

**1959** *Q. Progr. Rep.* (Mass. Inst. Technol. Res. Lab. Electronics) No. 53. 122 A series of programs in *List Processing Language is being written. **1960** *Jrnl. Assoc. Computing Machinery* VII. 87 Statements in the language are written in usual Fortran notation, but with a large set of special list-processing functions appended to the standard Fortran library. **1970** O. DOPPING *Computers & Data Processing* xix. 313 List processing, a type of non-numerical application, can be programmed in Lisp and IPL-V. **1983** *Listener* 10 Feb. 33/2 There is Fortran, Algol, Cobol and Jovial, along with 'string and list processing' languages such as Comit, Lisp and Slip.

**1959** *List processor [see LISP *n.²*]. **1963** *Communications Assoc. Computing Machinery* VI. 524/1 SLIP is a list processing system in which

each list cell carries both a forward and a backward link as well as a datum... SLIP is a descendant of at least four earlier list processors.

**1875** *Encycl. Brit.* III. 619/1 '*List shops', where the proprietors kept a bank against all comers, and backers could stake their money in advance on a horse..sprung up..leading to..flagrant dishonesty.

[**1901** T. R. & H. P. C. ASHWORTH *Proportional Representation* vii. 162 The *Liste Libre*, or Free List system,..applies the proportional principle not to individual candidates but to parties.] **1908** J. KING *Electoral Reform* vii. 87 In the Party *List System the elector gives his vote for the party list, on which the candidate is enrolled, when he gives a vote to any candidate. **1911** *Encycl. Brit.* XXXIII. 115/2 In the 'list systems'..candidates are grouped in lists. **1926** HOAG & HALLETT *Proportional Representation* v. 60 Most of the countries which use list systems..have been successful in securing reasonable accuracy in the assignment of seats to parties. **1971** G. K. ROBERTS *Dict. Political Analysis* 115 *List system*, a system of election, based on proportional representation of parties or similar groups, each of which presents a list of candidates. The voter then casts his vote for one of these lists.

**1911** J. H. HUMPHREYS *Proportional Representation* viii. 180 *List votes form a pool from which the candidates of the list draw in succession as many votes as are necessary. **1954** B. & R. NORTH tr. *M. Duverger's Pol. Parties* I. i. 44 The list vote (*scrutin de liste*), operating within the framework of a large constituency, obliges the..local branches of the party to establish amongst themselves a strong system of articulation within the constituency, so that they can agree upon the composition of the lists.

*Ibid.* 45 Belgium, where at the end of the nineteenth century party structure was amongst the strongest in Europe: it coincided with *list-voting. **1958** W. J. M. MACKENZIE *Free Elections* ix. 75 List voting is almost always associated with formulae for distributing seats.

ADDITIONS SERIES 1997

**list**, *n.*[6]

Senses a-c, d in Dict. become 1 a-c, 2 respectively. Add:    **1. d.** *Computing.*

Oxford English Dictionary list, n.6

A formalized representation of a list, used as a data structure (see also *linked list* s.v. \*LINKED *ppl. a.* 2) or in list processing (see below, sense 2).

> **1956** NEWELL & SIMON in *IRE Trans. Information Theory* II. 64/1 The storage memories consist of lists. A list holds either a whole logic expression or some set of elements generated during a process, such as a set of elements having certain properties. **1973** C. W. GEAR *Introd. Computer Sci.* vii. 272 Even if the list is ordered, however, we cannot use a binary search since it is scattered through memory and we cannot access its midpoint directly. **1980** C. S. FRENCH *Computer Sci.* x. 53 Lists provide a flexible way of handling data items in order. **1986** *Practical Computing* Oct. 106/1 The Card Index File module can contain up to 36 different databases, which are known as lists.

# Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

## movie, *n.*                                  DRAFT REVISION Mar. 2005

orig. *N. Amer.*

*Brit.* /ˈmuːvi/, *U.S.* /ˈmuvi/  Forms: 19- **movie, movy**. [< <u>MOVE</u> *v.* + <u>-Y</u>⁶, after <u>MOVING PICTURE</u> *n.* 2.]

**I.** Simple uses.

**1. a.** In *pl.* (usu. with *the*). The screening of motion pictures in a cinema; motion pictures as an industry, art form, or type of entertainment.

> **1903** *Advt.* in E. Jarrold *Mickey Finn's New Irish Yarns* verso title-page, After the movies 'Murine' your eyes. **1912** *Survey* (N.Y.) 20 Jan. 1628 (*heading*) 'Movies' and the law. **1913** F. A. TALBOT *Pract. Cinematogr.* iii. 22 Taking the 'movies' is quite as simple as snap-shot photography with a Kodak. **1914** M. CARRINGTON *Mem.* I. 69 A night at the 'movies'. **1938** <u>E. BOWEN</u> *Death of Heart* II. v. 281 He wanted me to cut off with him somewhere last night, after the movies. **1950** <u>T. S. ELIOT</u> *Cocktail Party* III. 148 You must have been living a quiet life! Don't you go to the movies? **1995** *Independent* 25 May 26/7 I'm in Cannes this week, pretending to be in movies.

**b.** A motion picture, a film. Also in *fig.* context.

> **1912** <u>J. SANDILANDS</u> *Western Canad. Dict.* 30 *Movie*, a moving picture show. **1918** <u>C. SANDBURG</u> *Cornhuskers* 51 There is drama in that point... Griffith would make a movie of it to fetch sobs. **1919** <u>G. B. SHAW</u> *Heartbreak House* I. 26 You frequent picture palaces... Talk like a man, not like a movy. **1938** <u>E. BOWEN</u> *Death of Heart* II. v. 268 Some of the party wished to go to a movie. **1971** *Mod. Law Rev.* **34** 705 There is so much happening in the field of human rights that there is a great temptation to postpone publication until we see how the movie is going to end. **2000** *Big Issue* 20 Mar. 29/4 The saturated colours of the movie are evocative of 1970s film-making.

**2.** *N. Amer.* A film theatre, a cinema. Now *rare*.

**1913** *N.Y. Evening Post* 10 July 5/7 Guiding the wheel-chair through the entrance gate of the outdoor 'movie'. **1913** *Home Chat* 27 Sept. 578/1 The comparatively small towns [in America] have installed 'movies'—as they call them over there—in their schools. **1925** F. S. FITZGERALD *Great Gatsby* vii. 150 Those big movies around Fiftieth Street are cool. **1942** *Short Guide Great Brit.* (U.S. War Dept.) 13 The British have theaters and movies (which they call 'cinemas') as we do. **1977** A. TYLER *Earthly Possessions* xv. 191 These places were strung together like beads, no empty spots between them but ravelings of Tastee-Freezes, seashell emporiums, and drive-in movies.

## II. Compounds.

**3.** *movie actor, actress, ad, advertisement, business, camera, fan, hero, industry, magazine, -maker, -making, medium, operator, projector, rights, script, studio, world.* **movie brat**, one of a generation of popular, successful American film directors (most of them film-school graduates) who flourished in the 1970s; (*gen.*) any subsequent young director likened to these. **movie buff**, a person who is very knowledgeable about film. **movie cowboy**, a cowboy of the romanticized kind typically depicted in films; freq. *attrib.* **movie film**, photographic film of the type used to make motion pictures. **movie king** = *movie mogul.* **movie man**, a man involved in the film industry. **movie mogul**, a powerful or influential film producer. **movie palace**, a cinema, *esp.* a luxurious one. **movie picture** *rare* = MOTION PICTURE *n.* 1. **movie play** now *rare*, a film script; a film. **movie queen**, a successful or glamorous film actress. **movie scenario**, a script or plot for a film. **movie show**, the screening of a film. **movie test** *rare* = *screen test* s.v. SCREEN *n.*[1] 9b. **movie theatre**, a cinema.

**1913** *Writer's Mag.* Dec. 264/2 If you want a chance to pay tribute to some '*movie' actor get a copy of the *Ladies World*, and 'full particulars'. **1935** P. G. WODEHOUSE *Luck of Bodkins* xv. 178 The kid points and says: 'Look, mamma. Movie actors!' **1992** *N.Y. Times* 8 Apr. A16/5 Mr. Lu had praised Clint Eastwood and other movie actors for knowing how to even a score with a gun.

**1913** *Theatre Mag.* June 178/1 Not only did Mary Pickford act before the camera while she was the '$10,000 *Movie Actress', she got to writing scenarios..herself. **1949** M. LOWRY *Let.* 1 July (1967) 180 My..brother-in-law, who entertains himself..by listening to the chests of movie actresses. **1993** J. CARTWRIGHT *Masai Dreaming* 125 Of course I know that movie

actresses often cannot choose their roles.

1951 M. MCLUHAN *Mech. Bride* (1967) 82/1 In one *movie ad the woman says: 'I killed a man for this kiss.' 1993 *Time* 15 Mar. 62 Chances are you know Craig better from the bold-faced blurbs that trumpet his opinions in countless movie ads.

1918 N. ANGELL *Polit. Conditions Allied Success* p. vii, As the *movie advertisement of the war play says: 'You can't put up a good fight until your blood boils.' 1988 *Millimeter* Apr. 114/3 Pick up any newspaper, turn to the entertainment pages, and you'll find 70mm in large print throughout the movie advertisements.

1979 M. PYE & L. MYLES *Movie Brats* i. 12 Coppola, Lucas, DePalma, Milius, Scorsese, and Spielberg are true *movie brats, true children of Hollywood. 1981 *Guardian Weekly* (Nexis) 9 Aug. 21 The producer of Raiders of the Lost Ark is none but that other 'movie brat' whizzkid George (Star Wars) Lucas. 1993 *Guardian* 21 June II. 2/2 Of all the 'Movie Brat' generation of American directors—Coppola, Scorsese, Milius—Spielberg was the one who stayed a brat.

1973 *Guardian* 30 Mar. 12/6 Imagine the feelings of a *movie-buff if he were told he'd have to get along without Bunuel, Bergman, Chabrol, [etc.]. 1998 *Civilization* Mar. 44/3, I recently invited a 23-year-old movie buff..to watch *North by Northwest* with me.

1916 'B. M. BOWER' *Phantom Herd* v. 71 There's no art for art's sake in the *movie business. 1985 *Globe & Mail* (Toronto) 9 Oct. B13/4 Financial arrangements in the movie business are often vague, tentative or conditional.

1915 *Techn. World Mag*. Jan. 732 The man and the girl simply re-lived before the *movie camera..the little romance which had just culminated in their marriage. 1934 *Punch* 14 Nov. 536/2 He and another journalist..bought..a couple of small movie-cameras and all the film there was in Australia. 1985 R. WHELAN *Robert Capa* xiv. 118 Both handled the movie camera in a manner that is essentially photographic rather than cinematic.

1926 A. HUXLEY *Let*. 13 May (1969) 269 One mounts a mule and goes off with a *movie cowboy down into the gulf. 1941 W. H. AUDEN *New Year*

*Let.* III. 68 Some Texas where real cowboys seem Lost in a movie-cowboy's dream. **1979** *Arizona Daily Star* 5 Aug. J1/1 He's got no stomach for that movie-cowboy stuff.

**1913** *Outlook* 5 Apr. 784/1 The '\*movie' fan lays himself open to overtired eye nerves. **1953** S. KAUFFMANN *Philanderer* iv. 59 There were seven pulps, ten comic magazines, three movie-fan magazines, three confession magazines. **1996** *Daily Yomiuri* 28 Apr. 17/2 An 11-year-old movie fan gets a magic ticket and suddenly finds himself thrust into the big-screen adventures of his hero.

**1915** *Techn. World Mag.* 15 Feb. 849 Dry \*Movie Films by Electricity. **1992** N. BAKER *Vox* 39 Movie film doesn't work in the dark.

**1918** *N.Y. Times* 30 Sept. 7/1 Fred Stone..is an athletic ironworker among \*movie heroes. **1991** *Premiere* Nov. 18/4 This movie hero's idea of the good life is a top job [and] a flashy car.

**1928** H. CRANE *Let.* 27 Apr. (1965) 325 'Crashing the gate'..seems to be exclusively applied to the \*movie industry. **1992** *Time* 20 Jan. 59/3 The movie industry is built on dreams—its makers' as well as the audience's.

**1917** *Vanity Fair* (N.Y.) Dec. 68 Here we are privileged to behold the interior of a \*movie king's office. **1929** E. WHARTON *Let.* 25 Feb. (1988) 520 A group of movie-kings in N.Y. the other day were deploring that a film (unsuccessful) had been made several years ago out of 'The Age of Innocence'. **1998** *Independent* (Electronic ed.) 19 May (*heading*) A foul-mouthed movie king.

**1929** E. WILSON *I thought of Daisy* ii. 90 It was a \*movie magazine called *Photo-Life*. **1991** F. BUECHNER *Telling Secrets* i. 13 The chaise longue was heaped with pillows, a fake leopard-skin throw, a velvet quilt, fashion magazines, movie magazines, [etc.].

**1915** *Techn. World Mag.* Jan. 730 (*heading*) Master \*Movie Maker. **1957** N. FRYE *Anat. Crit.* 164 The moviemakers find some difficulty in getting anyone over the age of seventeen into their audiences. **1998** *Frame of Reference* Spring 5/2 Bible-thumpers and enthusiastic movie-makers.. [are] arguing hysterically with each other over the Biblical, moral and cinematic value of this movie.

**1916** *Illustr. World* May 346 Mysteries of *Movie Making. **1939** F. S. FITZGERALD *Lett.* (1964) 415 To be plunged immediately into movie-making. **1989** *Empire* Sept. 68/2 It's inflated the costs of moviemaking out of all proportion.

**1915** *Pearson's Mag.* Jan. 80 My first action..was to ask a *movie-man going home with films, to bring me back a blue serge suit. **1985** S. MORLEY *Other Side of Moon* (1986) viii. 145 An irascible, intriguing and unusually intelligent movieman.., Wyler was one of the best arguments for Hollywood nepotism.

**1951** M. MCLUHAN *Mech. Bride* (1967) p. vi/1 A film expert, speaking of the value of the *movie medium.

**1916** *Decatur* (Illinois) *Rev.* 14 June 5/4 Sherman, who is a *movie mogul, has control of the Twin City fight game. **1937** W. WHITMAN *Bread & Circuses* iv. 44 Harlem's minor triumph was reversal of that ancient story of the American movie mogul who cabled to England for rights to produce a Shakespeare play. **1973** *Canad. N. & Q.* Nov. 12 Those who have examined the career of Canada's first 'movie mogul', have not been able to uncover the final chapters of his life. **2000** *Calgary Sun* (Electronic ed.) 9 June, Local production crews..have impressed the biggest movie moguls.

**1922** H. L. FOSTER *Adventures Trop. Tramp* xix. 343 But the good old days, for writers and *movie operators, are already passing from South America.

**1917** *Bellman* 6 Jan. 7/1 The smallest and most remote village has its '*movie palace'. **1936** A. HUXLEY *Olive Tree* 40 When I was last at Margate a gigantic new movie palace had just been opened. **1992** *N.Y. Times* 19 Jan. II. 34/2 This soft and easy room is not, to be sure, anything like the great movie palaces of old.

**1916** E. V. LUCAS *Vermilion Box* ccxiii. 250, I wish a *movie picture could be taken of him.

**1915** *N.Y. Times* 15 Nov. 11 (*heading*) Use a Submarine in New *Movie Play. **1917** 'W. WYNNING' *Princes Street & Other Otago Rhymes* 11 A girl

one sees in 'movie' plays. **1936** G. K. CHESTERTON *As I was Saying* xxxi.
191 The fiction on the film, the partisan version in the movie-play.

---

**1942** *National Geogr. Mag.* June 723/2 The big public rooms have ping-
pong tables and *movie projectors. **1998** *N.Y. Times* 27 Dec. II. 22/3 A
zoetrope, the earliest forerunner of the movie projector.

---

**1920** *Idaho Yarn* 19 Nov. 11/1 'Kid ' Boerman, our little Hollywood angel,
is making daily trips to the beach. We wonder if he has vamped a *movie
queen. **1990** J. WELCH *Indian Lawyer* 276 In her bright orange
muumuu and silver slippers, she looked like a Hollywood movie queen
gone to fat.

---

**1920** *Colliers* 11 Dec. 21/2 Me and Brandt had got that all set.., viz.,
$30,000 guarantee..and $33\frac{1}{3}$ of the *movie rights. **1994** *USA Weekend* 9
Jan. 4/3 Warner Bros., sniffing a hit, bought the movie rights.

---

**1917** H. CRANE *Let.* 8 Oct. (1965) 10 Mrs. Walton and I are working out
*movie scenarios. **1964** M. MCLUHAN *Understanding Media* (1967) I. v.
65 When the movie scenario or picture story was applied to the *idea*
article.

---

**1950** M. LOWRY *Lett.* (1967) 2/9 Have written..a detailed *movie script.
**1992** M. MEDVED *Hollywood vs. Amer.* VI. xvii. 282 Its regular review of
movie scripts..amounted to an intolerable interference in the creative
process.

---

**1913** *Techn. World* Mar. 17/1 This novel feeling of amused satisfaction
over a '*movie' show deepened. **1925** A. P. HERBERT *Laughing Ann* 33,
I..wish That life was a little like a movie-show. **1974** M. Z. LEWIN
*Enemies Within* xxv. 107 I'll..tell Janie about the movie shows at the frat.

---

**1914** *Munsey's Mag.* Jan. 735/2 Then he closed the door and advanced
into the '*movie' studio. **1989** *Broadcast* 18 Aug. 10/1 In recent years,
Disney's movie studio has ranked No 1 in Hollywood.

---

**1952** M. MCCARTHY *Groves of Academe* (1953) x. 197 One of Furness's
long-tressed Ritas was promised a *movie-test.

---

[**1913** *N.Y. Times* 18 Feb. 13/3 The moving picture..may be capable of

providing entertainment to be taken seriously by audiences which have never seen the inside of a 'movies' theatre.] **1915** *Film Flashes* 13 Nov. 1 It's a long lane that has no *movie theatre. **1992** *Canad. Geogr.* Jan.-Feb. 56/3 The nearest movie theatre, which is south of the border, shows more first-run movies.

---

**1914** R. GRAU *Theatre of Sci.* xxi, In the '*movie' world these fires have been renewed. **1992** *N.Y. Times Mag.* 19 Jan. 24/3 A part-comic, part-tragic and occasionally vicious sendup of the movie world and its self-destructive and self-important icons.

---

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

## order, *n.*

DRAFT REVISION Mar. 2005

*Brit.* /ˈɔːdə/, *U.S.* /ˈɔrdər/  Forms: ME **horder, hordere, oordyr, ordere, ordir, ordire, ordore, ordr, ordure, ordyr, ordyre, wordre, worder,** (plural) **hordres,** (transmission errors) **odour, ordoure, odre, odure, orde, ordreur, oydre,** ME-15 **ordor, ordour, ordur, ordre,** ME-**order**; *Sc.* pre-17 **oirdour, order, ordeur, ordir, ordire, ordour, ordoure, ordor, ordore, ordowre, ordre, ordur, ordure, ordyr, ourder, ourdour, ourdoure.** [< Anglo-Norman and Old French, Middle French *ordre* (for principal senses parallel to those in English see below), alteration (with substitution of -*re* for the rarer sequence -*ne*) of earlier *ordene* (which sometimes represents a disyllabic form) < classical Latin *ōrdin-*, *ōrdō* (for principal senses see below), perh. cognate with *ōrdīrī* to lay the warp before weaving, to initiate (an enterprise), on the assumption that the weaving sense was primary, and that *ōrdō* originally denoted 'a thread on the loom'; further etymology unknown. Cf. Italian *ordine* (end of the 13th cent.), Spanish *orden* (1207), Portuguese *ordem* (13th cent.).

With senses at branch I and II cf.: Anglo-Norman and Old French, Middle French, French *ordre* rank as conferred by the sacrament of holy orders (c1100; thus in Old French *antrer en ordre*, French *entrer dans les ordres* to take orders), religious community observing a monastic rule (c1135), row, rank (12th cent.), social class (1155), order of knights (1174), one of the nine orders of angels (beginning of 13th cent.), sacrament (of marriage) (c1223, c1373 in *ordre de mariage*), class, category (c1223), company of honour (1360), insignia of a company of honour, decoration (end of the 14th cent.), style or system of architecture (1556 in *ordre composite*; cf. Italian *ordine architettonico* (a1452)), professional body (a1594), taxonomic grouping of living things (1779); classical Latin *ōrdō* row, group of people of the same profession, social class, rank, position, in post-classical Latin also rank in the ecclesiastical hierarchy (early 3rd cent. in Tertullian; 6th cent. in *ordines sacri* holy orders; a1245, c1408 in British sources in *ordines maiores* greater orders, 1244, 1573 in British sources in *ordines minores* minor orders), one of the nine orders of angels (5th cent.), monastic rule, monastic community (8th cent.), ordination (late 11th or early 12th cent.), also *ordo militaris* order of knighthood (1347 in a British source), *order Garterii* order of the Garter (1492, 1558 in British sources).

With senses at branch III cf.: Anglo-Norman and Old French, Middle French, French *ordre* regular sequence, succession (1119; also *par ordre* in sequence, *en ordre* in

sequence, also in the correct condition, tidy), harmonious arrangement (c1145), laws governing the universe (1174-6; c1377 in *ordre naturel*; 1580 in *l'universel ordre des choses*), liturgy (late 12th cent. or earlier in Anglo-Norman), procedure (end of the 13th cent. or earlier in legal context in Anglo-Norman), laws or institutions governing a society (c1500 or earlier; 1761 in *l'ordre social*; 1762 in *l'ordre moral*), disposition of military forces to march or for combat (1546; 1690 in *ordre de bataille*), state of social stability resulting from respect for law (c1660; 1725 in *l'ordre public*), respect for order, ordered situation (1665 in *aller dans l'ordre*), method (1672); classical Latin *ōrdō* regularity of procedure, established method or practice (cf. *extrā ōrdinem* out of order), sequence, succession, orderly arrangement, disposition of troops, in post-classical Latin also book containing prescribed form of liturgy (12th cent.; cf. ORDO *n.*).

With senses at branch IV cf.: Anglo-Norman and Old French, Middle French, French *ordre* command (c1225), endorsement of a money note (1675), commercial instruction (1675); post-classical Latin *ordo* command (6th cent.).

In some esp. ecclesiastical uses classical Latin *ōrdō*, and hence English *order* may reflect Hellenistic or Byzantine uses of ancient Greek τάξις order, arrangement, rank, class (see TAXIS *n.*). Relevant senses of the Greek word include order of priests (2nd cent.), monastic order (4th cent.), monastic rule (5th cent.), order of angels (3rd cent. in Origen, 5th cent. in Dionysius the Areopagite in τάξις ἀγγελική; cf. sense 1).]

**I.** Any of the grades or ranks in an ordered or hierarchical structure (characterized by sequence).

**1.** *Christian Church.* Any of the nine grades of angels, according to medieval angelology. Also: any analogous class of spiritual or demonic beings. Now *hist.* and *poet.*

The nine orders of angels are first fixed by Dionysius the Areopagite (Pseudo-Dionysius) in his treatise *Celestial Hierarchies* (5th cent.). The orders are divided there into three hierarchies, the first consisting of cherubim, seraphim, and thrones; the second of dominations, virtues, and powers; and the third of principalities, archangels, and angels. The names are derived from the mention of cherubim and seraphim in the Old Testament, and from words used by St. Paul in Colossians 1:16, Ephesians 1:21. The idea of an organized hierarchy of angels seems to have originated in Jewish apocalyptic literature.

> **c1225** (?c1200) *Sawles Warde* (Royal) 28 Engles..beoð aa biuore godd & seruið him eauer..Nihe ordres [**c1225** *Bodl.* wordes; **a1250** *Titus* wordes] þer beoð. **a1250** (?a1200) *Ancrene Riwle* (Nero) 13 þer beoð niene englene ordes. **c1300** *St. Michael* (Laud) 211 in C. Horstmann *Early S.-Eng. Legendary* (1887) 305 For ten ordres of Aungles þare weren i-makede þo, And þe teoþe ordre ful a-doun In-to pine and wo. **a1400** (a1325) *Cursor Mundi* (Vesp.) 430 Of angels wald he serued be þat suld of ordres [**a1400** *Fairf.* ordoures] haf thris thre. **c1425** (c1400)

*Primer* (Cambr.) 47 Alle ordris of holi spiritis, preie ȝe for us! **1559** D. LINDSAY *Dreme* in *Wks.* (1931) I. 19 In ordowis nyne thir spretis glorious Ar deuydit. **1568** W. DUNBAR *Poems* (1979) 73 Of angellis all the ordouris [*a*1586 ordour] nyne. **1621** R. BURTON *Anat. Melancholy* I. II. I. ii. 61 Those orders of good and bad Divells, which the Platonists hold. **1667** MILTON *Paradise Lost* VI. 885 As they went, Shaded with branching Palme, each order bright, Sung Triumph, and him sung Victorious King. *a***1711** T. KEN *Hymns Evang.* in *Wks.* (1721) I. 35 Nine heavenly orders enter one by one, The lowest shin'd much brighter than the sun. **1860** E. B. PUSEY *Minor Prophets* 515 A subordinate order in the heavenly Hierarchy. **1872** A. T. DE VERE *Legends St. Patrick* 49 Down knelt in Heaven the Angelic Orders Nine. *a***1966** D. SCHWARTZ *Last & Lost Poems* (1989) iv. 90 The comments of the angelic orders as they looked down upon the Creation. **1994** *Speculum* **69** 545 There are..nine intervals in music just as there are nine orders of angels.

**2.** *Christian Church.*   **a.** A grade or rank in the Christian ministry, or in an ecclesiastical hierarchy.

   The orders of the Roman Catholic Church are those of bishop, priest, deacon, acolyte, and reader, although bishop is not always considered to be a separate order from priest. The orders of subdeacon, exorcist, and *ostiarius* or door-keeper also existed until their suppression in 1972. Those of bishop, priest, deacon, and (since the 13th cent.) subdeacon, are the greater, sacred, or holy orders; the others are the minor orders (*minor orders*). The Anglican Church recognizes only the three holy orders of bishop, priest, and deacon. In most branches of the Orthodox Church the orders recognized are those of bishop, priest, deacon, subdeacon, and anagnost or reader, to which some add that of singer (ψαλτής).

   **c1300** *St. Thomas Becket* (Laud) 449 in C. Horstmann *Early S.-Eng. Legendary* (1887) 119 ȝif a clerk hath ane Man a-slawe, oþur strong þeffþe i-do And he mouwe þanne desordeined beo..heo wollez þanne mis-don al day..Luyte heom wolde rechche to leosen heore ordre so. *a***1400** (*a*1325) *Cursor Mundi* (Vesp.) 26151 For-qui þat kay es giuen to nan Bot preist þat has þis order [*a*1400 *Fairf.* ordour] tan. **c1450** *Jacob's Well* 162 þe x fote depthe is betwen a womman & a man of ordre, & þe heyere ordre, þe deppere synne. **c1480** *St. Philip* (Cambr.) 90 in W. M. Metcalfe *Legends Saints Sc. Dial.* (1896) I. 178 þane prestis & deknys þare mad he..al þe remaynyne to do, þat efferyte þare ordyr to. *a***1500** (1465) *Vision E. Leversedge* in *Somerset & Dorset N. & Q.* (1905) **13** 32 J charge the..that thou never..be man of religion, ne prest, ne take ȝou no maure ordir vpon the then thou hast by fore this tyme, but conteneu thi life as a clarke. **1552** *Bk. Common Prayer* Ordering Deacons, Diuerse orders of ministers in the churche. **1570** J. FOXE *Actes & Monuments* (rev. ed.) II. 1011/2 And so orderlye procedyng vnto all the other orders, disgraded hym from

Oxford English Dictionary order, n.

the order of Bennet and Collet, from the order of Exorciste, from yᵉ Lectorship, and last of all, from the office of Dore keper. **1641** R. CARPENTER *Experience* I. 26 An excellent Sanctity, and a spotless Recollection of life, in their Orders of Religion. **1709** J. STRYPE *Ann. Reformation* I. xi. 138 Divers having been made deacons, after long and good tryal..were admitted into priests orders. **1845** J. LINGARD *Hist. & Antiq. Anglo-Saxon Church* (ed. 3) II. xii. 252 The clergy were divided into two classes, one of inferior clerks in minor orders, and employed as lectors, cantors, acolythists, exorcists, and doorkeepers; and the other of clerks in holy orders, deacons and mass-thanes. **1884** *Sat. Rev.* 12 July 49/2 The proposed scheme of starting a new order of ministers in the Church of England under the strangely paradoxical designation..of 'lay-deacons'. **1901** F. PROCTER & W. H. FRERE *New Hist. Bk. Common Prayer* xvi. 650 The Sacramentary of Serapion gives forms of ordination only for the three sacred orders. **1994** *Church Times* 30 Dec. 8/2 Classical Anglican doctrine on the episcopate is not prelatical. It is minimalist. It recognises two orders, not three, in the Church: a presbyteral and a deaconal order.

   **b.** The rank, status, or position of a member of the clergy or ordained minister of the Church. Now always in *pl.* (freq. as ***holy orders***). ***to take orders***: to enter the ministry of the Church, to be ordained. ***in (holy) orders***: in the position of an ordained member of the clergy or minister of the Church; so ***in deacon's orders***, ***in priest's*** (also ***full***) ***orders***.
   This has some affinities with sense 6 (see quot. 1597). But the plural form in *holy orders*, etc., evidently refers to the different orders within the ministry, rather than to the ministerial or clerical order as a class or body of men.

   **c1300** *St. Wulstan* (Laud) 7 in C. Horstmann *Early S.-Eng. Legendary* (1887) 71 Of þis bischop Briȝtei, seint wolston is ordre nam..so þat he preost bi-cam. **c1390** CHAUCER *Parson's Tale* 891 Folk that ben entred in to ordre as subdekne, dekne or preest or hospitaliers. **a1400** (a1325) *Cursor Mundi* (Vesp.) 27252 If he in hali order be. **a1400** (a1325) *Cursor Mundi* (Vesp.) 28365 In dedly sin i tok, vnscriuen, Myn orders sua war þai me giuen. **c1426** J. AUDELAY *Poems* (1931) 32 Here hole order when þat þai toke, þai where exampnyd apon a boke. **1531** J. BELLENDEN tr. H. Boece *Hist. & Chron. Scotl.* (1821) II. 152 He that is within ordowis sall nocht ansuere afoir ane prophane iuge. **1580** J. HAY *Certain Demandes* §52 Quhy deny the ordoure to be ane Sacrament.

   **1592** T. NASHE *Pierce Penilesse* (ed. 2) f. 25ᵛ, Let him straight take orders, and bee a Churchman. **1666** S. PEPYS *Diary* 21 Feb. (1972) VII. 50 My brother John..is to go into Orders this Lent. **1713** R. STEELE *Englishman* No. 50. 326 Persons, even in Holy Orders,..have stood

unconcerned. **1720** SWIFT *Let. to Young Gentleman* (1721) 4 When they have taken a Degree..they get into Orders as soon as they can. **1737** R. CHALLONER *Catholick Christian Instructed* ii. 8 A likely Set of Men for bringing back God's Truth..who, so far from having any Orders or Mission, had not so much as Baptism. **1814** J. AUSTEN *Mansfield Park* I. ix. 184 Yes, I shall take orders soon after my father's return. **1833** H. MARTINEAU *Three Ages* III. 107 A master of arts, in full orders, is desirous of a curacy. **1865** S. WILBERFORCE in R. G. Wilberforce *Life* (1882) III. 166 Brotherhoods of unordained men not in Holy Orders. **1915** D. H. LAWRENCE *Rainbow* iv. 88 He..had taken orders, and had received from Mr Gladstone a small country living in Yorkshire. **1988** F. TOMLIN *T. S. Eliot* ii. 40 The Roman view was that Anglican orders were null and void.

**c.** The conferment of holy orders; the rite of ordination (one of the seven sacraments of the Roman Catholic Church).

(*Letters of*) *Order* or *Orders*: a certificate of ordination given by a bishop to a priest or deacon. [Cf. post-classical Latin *littere ordinum* letters of ordination (14th cent., 1686 in British sources).]

**c1300** *St. Thomas Becket* (Laud) 335 in C. Horstmann *Early S.-Eng. Legendary* (1887) 116 Of is ordres he was ful streit, and he was in grete fere, For-to ordeinen ani Man bote he þe betere were. **a1333** WILLIAM OF SHOREHAM *Poems* (1902) 6 Cristendom, and bisschoppying, Penauns, and eke spousinge, Godes body ine forme of bred, Ordre, and Aneliinge, þes seuene Heþ holicherche sacremens. **c1400** *Bk. to Mother* (Bodl.) 15 þese ben..sacramentes of Holy Chirche: þe first, baptyme..þe sacrament of enelyng, ordere, and of wedlok. **a1450** (a1425) J. MIRK *Instr. Parish Priests* (Claud.) 532 þe vij sacramentes of holy chyrche:..penaunce þat ys verrey, Ordere of prest, and spousayle, [etc.] **a1500** *Craft of Dying* (Cambr.) in R. Girvan *Ratis Raving & Other Early Scots Poems* (1939) 173 The sacrament of penans and schrift, the ordour of presthed &matromo[n]ȝe. **1550** J. BALE *Actes Eng. Votaryes* II. sig. Oj, None were admytted to cure whych had not the letters of hys orders. **c1590** in T. G. Law *Catholic Tractates* (1901) 251 We confes not only the sacrament of ordre in general bot also al the pairtis of the samin. **1699** BP. G. BURNET *Expos. 39 Articles* (1700) xxv. 284 The third Sacrament rejected by this Article, is Orders. **1699** GOV. NICHOLSON in W. S. Perry *Hist. Coll. Amer. Colonial Church* I. 66 Acquaint the minister or ministers..that they bring with them their priests and Deacons Orders. **1706** T. HEARNE *Remarks & Coll.* (1885) 20 Mar. I. 206 A friend..has lost his letters of Order. **1780** W. COWPER *Progress of Error* 120 Go, cast your orders at your Bishop's feet. **1852** W. F. HOOK *Church Dict.* (1871) 444 Letters of orders are the bishop's certificate of having ordained a clergyman, either as priest or deacon. **1875** H. E. MANNING *Internal Mission of Holy Ghost* i. 17 In the

Oxford English Dictionary order, n.

sacrament of Orders there is given a grace, whereby a priest will always have a perpetual assistance for the discharge of his office. **1977** *Christian* **4** 31 There are two priesthoods... One is conferred on all, in baptism; the other on some, in the sacrament of holy order. **2003** *Newsday* (Nassau & Suffolk ed.) (Nexis) 17 Feb. 22 The sacrament of holy orders does not mystically supply the talents and virtues that a new priest may lack.

**†d. order of wedlock**, the sacrament of marriage. *Obs.*

**c1395** CHAUCER *Merchant's Tale* 1347 O blisful ordre of wedlok, precious Thow art, so murye and eek so vertuous. **a1475** J. SHIRLEY *Death James* in *Miscellanea Scotica* (1818) II. 3 He wexe full of viciousness yn his lyvyng..yn brekyng the ordire of weddelok, by his fowle ambicious lust of that voluptenus lust of advoutre.

**3.** *gen.* A rank, row, or series.    **†a.** One of several parallel rows behind or above one another. *Obs.*

**a1382** *Bible* (Wycliffite, E.V.): *Exod.* (Bodl. 959) xxviii. 17 þou schalt putte in it foure orders [L. *ordines*] of stones. **a1398** J. TREVISA tr. Bartholomaeus Anglicus *De Proprietatibus Rerum* (BL Add.) f. 238ᵛ, Barlich..haþ þat name of ordo, ffor he haþ som tyme in þe ȝere sixe ordres and reules of greynes. **c1475** (1392) *MS Wellcome 564* f. 39, þe succosite of þe mete þat ascapiþ on ordure of miseraike veynes be y-taken of anoþir. **1540-1** R. BARLOW *Brief Summe Geogr.* (1932) 153 Also ther is another fyshe called tibron wᶜʰ is a grete fyshe wᵗ a grete hede, and hath ij ordres of teethe one above another. **1563** W. FULKE *Meteors* III. f. 27, Thycke cloudes ouer vs, and commonlye a double order of cloudes, one aboue an other. **1607** E. TOPSELL *Hist. Fovre-footed Beastes* 591 It beareth 3. orders or rowes of hornes on the head. **1608** A. WILLET *Hexapla in Exodum* 851 Euerie side had these fiue orders or rankes of barres. **1745** P. THOMAS *Jrnl. Voy. South-seas* 197 [It] hath no other Ornament besides one Single Order of Columns. **1863** P. S. WORSLEY *Poems & Transl.* 9 And wheels, a countless order, each like each.

**b.** *Physics.* Each of a successive series of spectra or fringes formed by the diffraction or interference of light; (hence) a positive number characterizing a particular spectrum or fringe, equal to the number of wavelengths by which the optical paths of successive contributing rays differ.

**1704** I. NEWTON *Opticks* II. 6 The third Circuit or Order was purple, blue, green, yellow, and red. **1722** *Philos. Trans. Royal Soc.* **31** 244 We had here four Orders of Colours, and perhaps the beginning of a fifth, for

Oxford English Dictionary order, n.

what..I call the Purple, is a Mixture of the Purple of each of the upper Series with the Red of the next below it. **1831** D. BREWSTER *Treat. Optics* xii. 103 Seven rings, or rather seven circular spectra or orders of colours. **1874** *Philos. Mag.* **47** 194 In considering the influence of the number of lines ($n$) and the order of the spectrum ($m$), we will suppose that the ruling [of the diffraction grating] is accurate. **1953** J. A. SPINK & E. FEIGL tr. Z. G. Pinsker *Electron Diffraction* ii. 26 We obtain..$n\lambda = 2d \sin \theta$, $n$ being the order of the reflection [*sc.* of electrons from a crystal]. This gives the number of whole wavelengths corresponding to the path difference for waves scattered by two neighbouring parallel planes of the direct lattice. **1988** R. A. DUNLAP *Exper. Physics* x. 264 The resolving power..depends on the number of lines in the grating and the order of the fringe observed.

**c.** *Archit.* In Gothic and Romanesque architecture: each of a series of mouldings on an arch. (See also sense 9.)

**1835** R. WILLIS *Archit. Middle Ages* 36 The archway..consists of three orders of square-edged banded arches, with two interposed nook-shafts. **1845** F. A. PALEY *Gothic Mouldings* 10 An arch of two or more orders, is one which is recessed by so many successive planes or retiring arches, each placed behind and beneath the next before it. *a***1878** G. G. SCOTT *Lect. Mediæval Archit.* (1879) I. 224 This suggested the system of sub-ordinating the rims, or recessing them, one behind the other, so as to divide the arch into what are called orders. **1951** H. BRAUN *Introd. Eng. Mediaeval Archit.* iv. 74 English builders of the eleventh century discovered that they could turn their arches in widening rings, known as 'orders', each order acting as a centering to the slightly wider one above it, until the full thickness of the wall above was attained. **1991** *Antiquaries Jrnl.* **70** 55 The contrast between the plain inner curve and the deeply moulded orders of the decorative arcade reflects the different function of these two components.

**4. a.** *Math.* The degree of complexity of an analytical or geometrical form, equation, expression, operator, etc., as denoted by an ordinal or cardinal number (e.g. the number of differentiations required to reach the highest derivative in a differential equation). Also as the second element in compounds, preceded by an ordinal numeral, forming adjectives denoting the order of an expression, equation, etc.

The order of a plane curve corresponds to the degree of its equation. A second-order derivative is a derivative of a derivative. A second-order (or third-order, etc.) infinitesimal is one of the form $\frac{1}{x^2}$ (or $\frac{1}{x^3}$, etc.), where $x$ is infinite. *of the same order*: (of two variables) having a ratio which tends to a finite number as they both tend to

Oxford English Dictionary order, n.

zero or infinity. **to the first** (also **second**, etc.) **order**: neglecting quantities of order greater than one (or two, etc.).

> **1706** H. DITTON *Inst. Fluxions* 22 An Infinitesimal of another Order or Degree. **1726** E. STONE *New Math. Dict.* s.v., Order of Curve-Lines. Sir I. Newton..gives an Enumeration of Geometrical Lines of the third Order, as thus. **1728** E. CHAMBERS *Cycl.* s.v. *Curve*, Algebraic Curves of the same Kind or Order, are those whose Equations rise to the same Dimension. **1834** M. SOMERVILLE *Connex. Physical Sci.* (1849) xxxviii. 453 The curves in which the celestial bodies move by the force of gravitation are only lines of the second order. **1880** *Encycl. Brit.* XIII. 14/1 Two infinitesimals $\alpha$, $\beta$ are said to be of the same order if the fraction $\beta/\alpha$ tends to a finite limit. If $\beta/\alpha^n$ tends to a finite limit, $\beta$ is called an infinitesimal of the *n*th order in comparison with $\alpha$. **1895** E. B. ELLIOTT *Algebra of Quantics* 1 The degree of a quantic in the variables $x, y, z$..is generally spoken of as its order. **1908** G. H. HARDY *Course Pure Math.* v. 169 We shall say that $\phi(x)$ is of the *k*th order of greatness when $x$ is small if $\phi(x)/x^{-k} = x^k \phi(x)$ tends to a limit different from zero as $x$ tends to 0. **1937** E. C. KEMBLE *Fund. Princ. Quantum Mech.* xi. 384 In order to get the second-order corrections to $E_k$ and $\psi_k$ we differentiate Eq. (47·2) twice with respect to $\lambda$ and then set $\lambda$ equal to zero. **1971** *Nature* 19 Feb. 522/2 Talk of the eclipse being an unusual strain to the Earth is idle nonsense when eclipse type conditions prevail to first order twice every lunar month. **1990** T. PETRIE & J. RANDALL *Connections, Definite Forms, & Four-manifolds* vi. 83 A connection is a first-order linear differential operator and a virtual connection differs from a connection by a zeroth-order operator.

**b. order of magnitude**, a class in a system of classification determined by size, each class being a number of times (typically ten) greater or smaller than the one before; a range between one power of ten and the next. Also: the order (sense 4a) of an infinitesimal or an infinite number. Also *attrib.* (with hyphens).

> **1783** W. HERSCHEL in *Philos. Trans. Royal Soc.* 73 255 Sagittæ is larger than $\alpha$ and $\beta$, though placed in a lower order of magnitude. **1840** *Philos. Trans. Royal Soc.* 130 194 It is manifest that no continuous angular motion of the whole mass could thus be produced, at least of the same order of magnitude as the whole oscillatory motion. **1875** *Jrnl. Anthropol. Inst.* 4 143 The number of surnames extinguished becomes a number of the same order of magnitude as the total number at first starting in N. **1937** J. H. MICHELL & M. H. BELZ *Elem. Math. Anal.* I. i. 94 Two numbers (or quantities) are of the same order of magnitude when

Oxford English Dictionary order, n.

their ratio is neither a large number nor a small fraction. **1968** <u>R. A.</u>
<u>LYTTLETON</u> *Mysteries Solar Syst.* v. 157 The general size..would be
expected to be of the order of the width of the stream. An order-of-
magnitude estimate of this can be made in the following way. **1974** *Sci.*
*Amer.* June 27/1 These processes multiply the power per unit area by 14
orders of magnitude from $10^5$ watts per square centimeter..to $10^{19}$ watts
per square centimeter. **1990** *Managem. Computing* Nov. 13/3 In
another ten years, two more order-of-magnitude increases will take us to
300 and then 3,000 mips (millions of instructions per second) per
microprocessor.

   **c.** *Math.*    (*i*) The number of rows or columns in a square matrix or
determinant.

   **1844** *Trans. Cambr. Philos. Soc.* **8** 77 Consider the function $U = x$ ($\alpha\xi$ +
$\beta\eta$ +..) +..$x'$ ($\alpha'\xi$ + $\beta'\eta$ +...) + ($n$ lines, and $n$ terms in each line)... The
determinant..may be expressed as a determinant of the $n^{th}$ order. **1882** T.
MUIR *Treat. Theory of Determinants* i. 6 When the determinant has four,
that is 2x2, elements, it is said to be of the second order or degree; [etc.].
**1934** W. L. COWLEY *Adv. Pract. Math.* iv. 68 An example of a fourth
order determinant is given in (37). **1966** *Math. Rev.* **31** 36/1 Matrices $M$
of even order behave somewhat differently from those of odd order. **1991**
*Struct. Change & Econ. Dynamics* **2** 93 Let **A** be a square matrix of order
$n$ and assume that its eigenvalues are all distinct.

   (*ii*) The number of elements in a group.

   **1878** <u>A. CAYLEY</u> in *Amer. Jrnl. Math.* **1** 51 A set of symbols $\alpha$, $\beta$, $\gamma$..such
that the product $\alpha\beta$ of each two of them..is a symbol of the set, is a
group... When the number of the symbols (or terms) is = $n$, then the
group is of the $n$th order. **1941** <u>G. BIRKHOFF</u> & S. MACLANE *Surv. Mod.*
*Algebra* vi. 147 Every element of a finite group $G$ has as order a divisor of
the order of $G$. **1965** E. M. PATTERSON & D. E. RUTHERFORD *Elem. Abstr.*
*Algebra* ii. 36 The set of all permutations of 1, 2, 3,.., $n$ forms a group
with respect to multiplication... It is a finite group of order $n$! and it plays
an important part in the theory of finite groups. **1992** <u>G. ELLIS</u> *Rings &*
*Fields* vii. 123 This group of eight elements is usually denoted by $D_4$, and
referred to as the *dihedral* group of order 8.

   (*iii*) The smallest positive integer $m$ for which $g^m$ is equal to the identity
element of a group, $g$ being any given element of the group.

   **1897** <u>W. BURNSIDE</u> *Theory Groups of Finite Order* ii. 14 Let $S$ be an

operation of a group of finite order $N$... If $S^{m+1}$ is the first of the series [*sc.* $S, S^2, S^3,..$] which is the same as $S$,..then..$S^m = 1$... The integer $m$ is called the order of the operation $S$. **1941** G. BIRKHOFF & S. MACLANE *Surv. Mod. Algebra* vi. 147 Every element of a finite group $G$ has as order a divisor of the order of $G$. **1968** I. D. MACDONALD *Theory of Groups* iii. 45 A periodic group is a group in which every element has finite order. **1990** *Proc. London Math. Soc.* **60** 269 The full Sylow 3-subgroup of $G$ is contained in $F_4(2)$, which has just three classes of elements of order 3.

**d.** *Chem.* The sum of the exponents of the concentrations of reactants, or the exponent of that of any particular reactant, in the expression for the rate of a chemical reaction. Freq. in compounds with preceding ordinal number.

**1902** H. C. JONES *Elem. Physical Chem.* ix. 465 Although there are only two substances, there are three molecules involved in the reaction, and we would expect it to be a reaction of the third order. **1933** E. A. MOELWYN-HUGHES *Kinetics of Reactions in Solution* vii. 219 Ionic reactions have occasionally been found to be of a higher kinetic order than is now regarded as possible. **1950** W. J. MOORE *Physical Chem.* xvii. 514 This is also a second-order reaction. It is said to be *first-order with respect to* $C_2H_5Br$, *first-order with respect to* $(C_2H_5)_3N$, and *second-order over-all.* **1968** R. O. C. NORMAN *Princ. Org. Synthesis* iii. 78 The decarbonylation of acetaldehyde is of non-integral order but contains both unimolecular and bimolecular steps. **1992** *Nature* 3 Dec. 448/1 Here $k_r$ is the second-order rate coefficient for recombination of $HO_2$ radicals..and $k_l$ is the first-order rate coefficient for physical removal.

**e.** *of the order of*:  (*a*) *Math.* (also *on, in the order of, of order*): of the same order of magnitude as;  (*b*) *gen.* (also *in the order of*): in the region of; somewhere about; to the extent of.

**1903** O. LODGE *Mod. Views on Matter* 7 Their mass is of the order one-thousandth of the atomic mass of hydrogen. **1937** J. H. MICHELL & M. H. BELZ *Elem. Math. Anal.* I. i. 94 A number is said to be of order $10^n$ if its ratio to $10^n$ is neither large nor small. **1947** R. L. WAKEMAN *Chem. Commerc. Plastics* xxvi. 786 Concentrations of catalyst in the order of 1 per cent. **1958** *Times* 10 Dec. 10/4 Their radioactivity was of the order of tens of millicuries. **1962** F. I. ORDWAY et al. *Basic Astronautics* x. 422 Specific impulses on the order of 3000 lb-sec/lb are possible. **1970** *Daily Tel.* 3 Dec. 21/1 (*advt.*) A salary in the order of £1,500 is envisaged. **1989** *Business Franchise* July-Sept. 80/4 How much that springboard to success should cost will be in the order of £20,000 initially. **1992** *Coloradoan* (Fort Collins) 2 Jan. C9/4 These events are thought to be the

result of relatively small-mass objects of the order of 1/10th the mass of the sun.

**f.** Chiefly *Logic* and *Philos.* Each of the ranks or levels in a (non-mathematical) hierarchy in which every member except those in the lowest rank is a function of members of the next lower rank. Freq. in compounds with preceding ordinal number.

**1908** B. RUSSELL in *Amer. Jrnl. Math.* **30** 238 Elementary propositions together with such as contain only individuals as apparent variables we will call first-order propositions... We can thus form new propositions in which first-order propositions occur as apparent variables. These we will call second-order propositions... Thus, *e.g.*, if Epimenides asserts 'all first-order propositions affirmed by me are false', he asserts a second-order proposition. **1908** B. RUSSELL in *Amer. Jrnl. Math.* **30** 238 Propositions of order *n*..will be such as contain propositions of order $n - 1$, but of no higher order, as apparent variables. **1936** *Mind* **45** 170 Necessary propositions are, thus, second-order propositions, which implicitly define 'proposition' by stating the properties of anything that is a proposition. **1941** J. S. HUXLEY *Uniqueness of Man* xi. 245 Cells are first-order individuals, bodies second-order ones, and human societies (like hydroid colonies or beehives) third-order ones. **1971** *Sci. Amer.* Aug. 98/1 All the axioms of a complete ordered field are first-order sentences except for the completion axiom.., which talks about a property of *all* subsets. **1991** P. M. MATHER *Computer Applic. in Geogr.* (BNC) 181 A count [is] made of the number of streams with no tributaries (these are called first-order streams), then the number of streams formed by the junction of two first-order streams (these are second-order streams) and so on.

**g.** *Physics* and *Chem.* An integer (usually 1 or 2) characterizing a change of phase of a substance, equal to the order of the lowest-order derivatives of the free energy that exhibit a discontinuity at the change.
  [After the similar use of German *Ordnung*, introduced by P. Ehrenfest 1933 (see quot. 1933).]

**1933** *Proc. Sect. Sci. Kon. Akad. Wetensch. Amsterdam* **36** 152 *G* may be a function of *p* and *T* which suffers along a $\lambda$-curve (Fig. 3) a discontinuity of the second order[1], so that along that curve..$\Delta G$ = 0, whereas the differential coefficients of *G* make a jump. [[1]*Note*] Cf. P. Ehrenfest. Proceedings of this meeting. [*i.e.* pp. 153-7 (in Ger.)]. **1946** *Nature* 28 Dec. 924/2 At low temperatures both crystalline and amorphous states [of rubber] give place to the glass-hard condition. The transition to the

Oxford English Dictionary order, n.

glassy state—the so-called second-order transition—is discussed. **1968** C. G. KUPER *Introd. Theory Superconductivity* ii. 23 The superconducting transition in the absence of a magnetic field is of second order (Ehrenfest 1933). In other words, the specific heat is discontinuous but there is no latent heat. **1991** J. M. G. COWIE *Polymers* (BNC) (ed. 2) 258 The glass transition is not a first order transition, in the thermodynamic sense, as no discontinuities are observed when the entropy or volume of the polymer are measured as a function of temperature.

**II.** A rank or class of people or things (characterized by similarity of structure but not necessarily by sequence).

**5.** A body of people living by common consent under the same religious, moral, or social regulations and discipline.  **a.** A religious society or fraternity, as *an order of monks* (also *nuns, friars,* etc.) Freq. with distinguishing name, as *the Benedictine* (also *Cistercian, Franciscan,* etc.) *order.*

[Cf. post-classical Latin *ordo monachorum* (8th cent.), *ordo monasticus* (9th cent.), *ordo Cistercii* (1147 in a British source), *ordo griseus* Franciscan (c1250 in a British source), *ordo S. Augustini* (1306 in a British source), *ordo S. Benedicti* (1306, 1499 in British sources).]

Formerly sometimes also applied to the rule or constitution of such a society, or to monasticism as an institution.

**c1230** (?a1200) *Ancrene Riwle* (Corpus Cambr.) 9 ȝef ei unweote easkeð ow of hwet ordre ȝe beon..ondswerieð of sein Iames. **c1300** *St. Dunstan* (Harl.) 49 in F. J. Furnivall *Early Eng. Poems & Lives Saints* (1862) 35 þer was ordre of monekes er seint patrik com And er seint Austyn to Engelonde brouȝte cristendom. **c1390** (a1376) LANGLAND *Piers Plowman* (Vernon) A. Prol. 55, I font þere Freres all þe Foure Ordres. **?a1425** *Mandeville's Trav.* (Egerton) 40 Chanouns of þe ordre of saynt Austyne. **1488** HARY *Actis & Deidis Schir William Wallace* XII. 1241 A ȝong monk als, with him in ordour stud. **1560** J. DAUS tr. J. Sleidane *Commentaries* f. xlvijᵛ, The order of Monkes is the inuention of man. **a1616** SHAKESPEARE *Tam. Shr.* (1623) IV. i. 131 It was the Friar of Orders gray. **1669** A. WOODHEAD tr. *Life St. Teresa* II. i. 2 To follow the Call..from his Divine Majesty unto this Order. **1749** T. NUGENT *Grand Tour* IV. 322 The famous abbey of La Trappe, of the Cistercian order. **1769** W. ROBERTSON *Hist. Charles V* VI, in *Wks.* (1813) VI. 104 The Jesuits, as well as the other monastic orders, are indebted for the existence of their order, not to the wisdom of their founder, but to his enthusiasm. **1873** W. H. DIXON *Hist. Two Queens* I. i. i. 8 The Friends of Light..were not an order, and still less a Church. **1902** *Daily Chron.* 2 Sept. 5/6 The murderer was a tertiary lay brother of the Dominican

order. **1977** M. GIROUARD *Sweetness & Light* ii. 33 The Community of the Holy Name, an order of Anglican nuns founded by Father Herbert in Vauxhall. **1999** M. GREENWOOD et al. *Ireland: Rough Guide* II. xvi. 559 The Cistercian order, of which Mellifont was the mother house in Ireland.

   **b.** A fraternity or society of knights bound by a common rule of life, and having a combined military and monastic character. Now *hist.*
   Generally applied to those formed in the Middle Ages for the defence or propagation of Christianity, or the defence of the Holy Land, as the Knights Templars, Knights Hospitallers, Knights of the Teutonic Order, Knights of the Round Table, etc.

   **c1330** in T. Wright *Polit. Songs Eng.* (1839) 335 Thus ben knihtes gadered of unkinde blod And envenimeth that ordre that shold be so god and hende. **a1387** J. TREVISA tr. R. Higden *Polychron.* (St. John's Cambr.) VII. 465 Aboute þis tyme bygan þe ordre of Templeres [L. *ordo Templariorum*]. **c1450** *Alphabet of Tales* 233 Som tyme þer was a preste of þe Templer ordur. **1550** J. BALE *Actes Eng. Votaryes* II. 103 The hospytelers and Templars were two fygtinge orders, instituted firste in the countreye of Palestine..for the only defence of Christen pylgrymes goyng to and fro. **1569** R. GRAFTON *Chron.* I. vii. 106 That king Arthure first builded the Castle of Windsour, and there founded the order of the round Table. **1645** T. FULLER *Good Thoughts in Bad Times* III. x. 151 Martin De Golin, Master of the Teutonick Order, was taken Prisoner. **1728** E. CHAMBERS *Cycl.* s.v. *Malta*, Knights of [Malta]: An Order of Military Religious, who have bore various Names; as..Knights of Rhodes, Order of Malta, Religion of Malta, *c.* **1839** *Encycl. Brit.* XVIII. 670/1 Pope Celestine III..conferred on them the title of Knights of the Teutonic Order. **1859** TENNYSON *Guinevere* 460 That fair Order of my Table Round, A glorious company, the flower of men. **1977** O. NEUBECKER *Heraldry Sources, Symbols & Meaning* 214 The order was to consist of 500 knights, forming the backbone of the national army. **1994** *Kindred Spirit* Autumn 36/3 The name St John's wort comes from the use of the herb to heal the wounds of the knights of the St John's Order in the Crusade battles.

   **†6.** A group of people of the same profession, occupation, etc., constituting or viewed as a separate class in the community. *Obs.*

   **a1382** *Bible* (Wycliffite, E.V.): *3 Kings* (Bodl. 959) x. 5 Ordris [L. *ordines*] of þe seruytouris. **c1400** WYCLIF *Sel. Eng. Wks.* (1871) III. 416 To grounde soche ordiris of beggers. **1597** R. HOOKER *Of Lawes Eccl. Politie* V. lxxvii. §2 Ministerial power..seuereth them that haue it from other men, and maketh them a speciall order consecrated unto the

Oxford English Dictionary order, n.

service of the Most High. **1623** S̲H̲A̲K̲E̲S̲P̲E̲A̲R̲E̲ & J. F̲L̲E̲T̲C̲H̲E̲R̲ *Hen. VIII*,
IV. i. 26 The Archbishop Of Canterbury, accompanied with other Learned,
and Reuerend Fathers of his Order. **1776** G̲I̲B̲B̲O̲N̲ *Decline & Fall* (1869) I.
xii. 243 A generous though transient enthusiasm seemed to animate the
military order. **1849** M̲A̲C̲A̲U̲L̲A̲Y̲ *Hist. Eng.* II. vi. 92 The spirit of the
whole clerical order rose against this injustice.

   **7. a.** A social class or division consisting of persons of the same status
(esp. viewed in relation to other higher or lower classes); a social division,
grade, or stratum.
   In later use chiefly in *pl.*, esp. in ***the lower orders***: those of inferior social class; the
working class; the poor (freq. *derogatory* or *humorous*). ***the higher orders***: those of
superior social status; the rich.

   *a*1400 (*a*1325) *Cursor Mundi* (Vesp.) 25268 Yong and ald, bath mare
and less, Of alkin ordre þat here es. **c1475** tr. C. de Pisan *Livre du Corps
de Policie* 172 Nowe we muste advyse us what thyngis we may seye that
be profytable in gevyng examples to eueatychone of theis estates to lyve
well and truely aftir his ordre. *a*1538 T. S̲T̲A̲R̲K̲E̲Y̲ *Dial. Pole & Lupset*
(1989) 52 Al statys ordurys & degres..in our cuntrey. **1596** J. D̲A̲L̲R̲Y̲M̲P̲L̲E̲
tr. J. Leslie *Hist. Scotl.* (1888) I. 105 The Scottis peple is deuydet in thrie
ordouris. **1712** R. S̲T̲E̲E̲L̲E̲ *Spectator* No. 436 ¶1 A Place of no small
Renown for the Gallantry of the lower Order of Britons, namely..the Bear-
Garden. **1742** H. F̲I̲E̲L̲D̲I̲N̲G̲ *Joseph Andrews* II. III. iii. 213, I began now to
esteem myself a Being of a higher Order than I had ever before conceived.
**1749** H. F̲I̲E̲L̲D̲I̲N̲G̲ *Tom Jones* II. VI. ix. 287 Controversies, that arise
among the lower Orders of the English Gentry, at Horse-races, Cock
matches, and other public Places. **1776** S. F̲O̲O̲T̲E̲ *Bankrupt* III. 77 All
orders concur to give up a great public benefit, for the sake and security
of private honour and peace. **1782** H. C̲O̲W̲L̲E̲Y̲ *Which is Man?* III. i. 350
In the state of Modern Manners, we get them if we can from higher
Orders than Sempstresses. **1823** H. R̲A̲V̲E̲L̲I̲N̲ *Lucubrations* 317 By all
classes of society, and by the middle orders in particular. **1842** F. W.
F̲A̲B̲E̲R̲ *Foreign Churches* II. 268 It has been asserted..that among the
higher orders of society in the Papal States another party has been
formed. **1888** S. M̲O̲O̲R̲E̲ tr. Marx & Engels *Manifesto Communist Party*
i. 8 We find almost everywhere a complicated arrangement of society into
various orders, a manifold gradation of social rank. **1893** J. A̲D̲D̲E̲R̲L̲E̲Y̲
*Stephen Remarx* i. 2 That part of the Catechism is written for the lower
orders. **1939** J. S. F̲U̲R̲N̲I̲V̲A̲L̲L̲ *Netherlands India* xiii. 446 One finds a
plural society also in..Siam, where Natives, Chinese and Europeans have
distinct economic functions, and live apart as separate social orders.
**1978** J. M̲A̲X̲W̲E̲L̲L̲ *America's Fascinating Indian Heritage* ii. 76/1 The

commoners whom the higher orders referred to as stinkards. **1996** R. DREWE *Drowner* (1998) 103 The lower orders might be off to make their bundle as barmaids and prostitutes.

**†b.** A specific rank in the state. *Obs.*

**?*a*1425** (c1380) C̲H̲A̲U̲C̲E̲R̲ tr. Boethius *De Consol. Philos.* I. pr. iv. 237 The kyng..caste hym to transporten upon al the ordre of the senat the gilt of his real majeste. **1683** *Britanniæ Speculum* Pref. 2, The most High and Sacred Order of Kings, which is the Ordinance of God himself. **1845** B̲.̲ ̲D̲I̲S̲R̲A̲E̲L̲I̲ *Sybil* II. ii, I made a speech to the order [of baronets of England] at the Clarendon; there were four hundred of us. **1884** *Encycl. Brit.* XVII. 540/1 Early in the 11th century the order of 'gentlemen' as a separate class seems to be forming as something new.

**†c.** As a mass noun: rank or position in the abstract. *Obs.*

**1667** M̲I̲L̲T̲O̲N̲ *Paradise Lost* I. 506 These were the prime in order and in might. **1784** W̲.̲ ̲C̲O̲W̲P̲E̲R̲ *Task* IV. 586 All the graduated scale Of order, from the chariot to the plough. **1842** T̲E̲N̲N̲Y̲S̲O̲N̲ *Vision of Sin* 86 What care I for any name? What for order or degree? **1864** J̲.̲ ̲H̲.̲ ̲B̲U̲R̲T̲O̲N̲ *Scot Abroad* I. v. 275 At one period aristocracy and government are intolerant of the poor and of liberty—at another, the populace are intolerant of rank and order.

**8. a.** An institution, modelled partly on the medieval and crusading orders of knights and monks but usually founded by a monarch or government, which confers an honour or honours for merit on those appointed to it; (hence) the honour conferred by such an institution. Freq. with capital initial and distinguishing word or phrase, as *Order of the Bath, Order of the Garter, Order of Merit*, etc.: see the second element.

*order of the boot*: see B̲O̲O̲T̲ *n.*[3] 1c.

**1429** *Rolls of Parl.* IV. 346/2 The honurable Ordre of the Gartier. **?1457** J̲.̲ ̲H̲A̲R̲D̲Y̲N̲G̲ *Chron.* (Lansd.:Hammond) 236 The Emperour of Rome..Was with the kynge and made by grete encheson Of the Garter a knyght..And to the reule and ordreur sworne and bounde. **1508** W̲.̲ D̲U̲N̲B̲A̲R̲ *Poems* (1979) 108 (*heading*) Lord Barnard Stewart lord of Aubigny..consaloure..to..Loys king of France, knyght of his ordoure, Capitane of the kepyng of his body. **1560** J̲.̲ ̲D̲A̲U̲S̲ tr. J. Sleidane *Commentaries* f. xxv, The maner is, that kynges with the swordes drawen, shall strike softely, the shoulders of them that desyre the ordre. **1645** E̲.̲ ̲P̲A̲G̲I̲T̲T̲ *Heresiogr.* 6 He..wore a great chayne like the Collar of

Oxford English Dictionary order, n.

some Order. **1687** J. LAUDER *Hist. Notices Sc. Affairs* (1848) II. 808 The
knights of the noble order of the thistle or St. Andrew. **1762-71** H.
WALPOLE *Vertue's Anecd. Painting* (1786) IV. 121 He..painted the
portraits of the knights of the Bath, on the revival of that order. **1813**
DUKE OF WELLINGTON *Let. to Sir Isaac Heard* 9 June in J. Gurwood
*Dispatches* (1838) X. 429 Different titles and orders of
Knighthood..conferred upon me by the Spanish and Portuguese
governments. **1855** W. H. PRESCOTT *Hist. Reign Philip II* (1857) I. i. 5
The order of the Golden Fleece, of Burgundy; the proudest and most
coveted, at that day, of all the military orders of knighthood. **1919** J.
CONRAD *Arrow of Gold* II. iv, He..had a broad ribbon of some order
across his shirt front. **1927** *Dict. National Biogr.* s.v. *White, Sir George
Stuart,* In 1905 he was awarded the order of merit, and was made
governor of Chelsea Hospital. **1979** *Summary of World Broadcasts Pt. 3:
Far East* (B.B.C.) 6 Aug. FE/6186/A1/6 Owen Lattimore, the American
Mongolist, has been awarded the Order of the Polar Star. **2001** *N.Y.
Times Mag.* 14 Jan. 20/1 He was made an Officer of the Order of
Australia..and even mentioned as a potential first president of Australia.

**b.** The badge or insignia representing or demonstrating membership of an
order of knighthood, honour, or merit.

**1538** in J. B. Paul *Accts. Treasurer of Scotl.* (1905) VI. 394 For mending
of the Kingis ordour and target. **1539** in T. Thomson *Coll. Inventories
Royal Wardrobe* (1815) 49 Item the ordoure of the Empriour with the
goldin fleis. *a***1623** in A. J. Mill *Mediaeval Plays in Scotl.* (1927) 207 For
making the scepter St. Andro and St. George with the ordour of the
thrissell. **1673** *London Gaz.* No. 780/1 The Ceremony of investing the
Prince Savelli..with the Order of the Golden Fleece. **1710** *London Gaz.*
No. 4650/2 To whom he will carry the Order of the Black Eagle. **1753** J.
HANWAY *Hist. Acct. Brit. Trade Caspian Sea* (1762) I. VI. lxxxii. 374 This
lady wears the order of St. Andrew, which is a blue ribbon. **1818** KEATS
*Let.* 14 Oct. (1958) I. 396 No sensation is created by Greatness but by the
number of orders a Man has at his Button holes. **1874** A. HELPS *Social
Pressure* (1875) i. 3 A distinguished foreigner. Lots of orders on his coat;
an Austrian, I think. *a***1885** A. GILCHRIST *Cent. Guild Hobby Horse*
(1887) 15 He stands there in gloomy black doublet with the order of the
golden fleece round his neck. **1986** *Observer* 9 Nov. 29/3 His well-
groomed figure, gaudy with orders, bustling between the seats of the
mighty.

**c.** More generally: a fraternity, society, or charitable association; *esp.* the
Freemasons, or an organization modelled upon them.

1686 R. PLOT *Nat. Hist. Staffordshire* 316 Into which Society [of Freemasons] when any are admitted, they call a meeting..which must consist at lest of 5 or 6 of the Ancients of the Order. 1725 *Two Lett.* in *Grand Myst. Freemasons* (ed. 2) 13 The Venerable Order of Gormogons having been brought into England by a Chinese Mandarin. 1847 G. OLIVER (*title*) The golden remains of the early masonic writers, illustrating the institutes of the order. 1922 L. MUMFORD in H. Stearns *Civilization in U.S.* 6 In every American city, small or big, Odd Fellows,..Elks,..and other orders without number..found for themselves a prominent place. 1992 *Watertown* (N.Y.) *Daily Times* 20 Jan. 25/5 One reason people join the Loyal Order of the Moose is for 'family protection'.

**9. a.** *Archit.* An architectural system or style in which the components of a building are assembled according to certain uniform established proportions; (*Classical Archit.*) any of the five styles of architecture (Doric, Ionic, Corinthian, Tuscan, and Composite) based on the proportions of columns, type of capitals, amount of decoration, etc. Also in extended use.
  The Doric, Ionic, and Corinthian are the original Greek orders; the Tuscan and Composite are Roman modifications of these.

1563 J. SHUTE *First Groundes Archit.* sig. Fi^v, These three orders of pillers Dorica, Ionica, Corinthia, to be vsed as folowith. 1624 H. WOTTON *Elem. Archit.* 30 There are five Orders of Pillers, according to their dignity and perfection. 1697 J. POTTER *Archaeologiæ Graecæ* (1715) I. viii. 31 The Chapters seem to be a mixture between that [*sc.* the Ionick] and the Dorick Order. 1731 *Gentleman's Mag.* 1 123 A Colonade of 48 Corinthian Pillars supporting the upper part of the Building which is to be adorn'd with the like Number of Pilasters of the same Order. 1782 W. GILPIN *Observ. River Wye* (1789) 82 There are orders of architecture in mountains as well as in palaces. 1804 B. H. LATROBE *Let.* 5 Aug. in *Corr. & Misc. Papers* (1984) I. 528 The rules that determine the proportions of what is called the orders, were..arbitrary, among the ancients... Palladio..endeavored to establish fixed rules for the most minute parts of the orders. 1856 J. A. FROUDE *Hist. Eng.* (1858) I. i. 2 Just as the last orders of Gothic architecture were the development of the first. 1951 H. BRAUN *Introd. Eng. Mediaeval Archit.* v. 91 The history of the development of classical Greek and Roman architecture is studied by means of the Orders. 1993 J. S. CURL *Georgian Archit.* ix. 193 Georgian design for death was rooted in the Orders and in the architectural language of Greece and Rome.

†**b.** A system classifying the arrangement of architectural columns on the basis of their distance apart. *Obs. rare.*

Oxford English Dictionary order, n.

**1563** J. SHUTE *First Groundes Archit.* sig. Ai[v], The placing of the fiue orders, namely, *areostylos, diastylos, eustylos, sistylos,* and *picnostylos.*
**1563** J. SHUTE *First Groundes Archit.* sig. Fi[v], The fifth and last order is that which Vitruuius calleth Picnostylos.

**10.** A class, group, kind, or sort of people, animals, or things, distinguished from others by character, quality or importance; a type or category.

**1588** T. HARIOT *Briefe & True Rep.* sig. E2[v], Who as they affirme when hee purposed to make the worlde, made first other goddes of a principall order to bee as meanes and instruments to bee vsed in the creation and gouernment to follow. **1606** T. PALMER *Ess. Meanes* I. 1 There are derived, from this action of trauelling, two orders of Trauellers, Regular, and Irregular. **1736** BP. J. BUTLER *Analogy of Relig.* I. iii. 62 Good Men may naturally unite, not only amongst themselves, but also with other Orders of virtuous Creatures. **1751** J. HARRIS *Hermes* I. x. 191 Verbs, Participles, and Adjectives, may be called Attributives of the first Order. The reason..will be better understood, when we have more fully discussed Attributives of the second Order. **1774** O. GOLDSMITH *Hist. Earth* V. i. 2 Every order and rank of animals seems fitted for its situation in life. **1826** B. DISRAELI *Vivian Grey* III. i, He possessed talents of a high order. **1877** 'H. A. PAGE' *De Quincey* I. i. 1 All literature that comes under the order of pure phantasy. **1888** J. BRYCE *Amer. Commonw.* III. cii. 429 Cornell..is an instance; Johns Hopkins [College] in Baltimore is another of a different order. **1903** H. KELLER *Story of my Life* III. 198 Miss Sullivan's talents are of the highest order. **1970** D. JACOBSON *Rape of Tamar* i. 12 A gift of that order deserves the name of genius. **1984** E. PAWEL *Nightmare of Reason* (1988) xi. 163 Brod's belief that Kafka's talents were of an order altogether different..from his own.

**11. a.** *Biol.* (orig. *Zool.*). An inclusive or general taxonomic category, now *spec.* ranking above family and below class; a group of this rank.

**1748** *Philos. Trans. Royal Soc.* **45** 233 Our Author in the first place classes them into two Orders, the first hath Lungs, the other is furnish'd with..Gills. **1753** E. CHAMBERS *Cycl.* Suppl., *Petromyzon,* the stone-sucker, in the Linnæan system of zoology, the name of a genus of fishes of the chondropterygii order, comprehending the lamprey, &c. **1828** J. STARK *Elem. Nat. Hist.* I. 32 Since the publication of the *Régne Animal,* Latreille and others have made a separate order of the Cheiroptera. **1859** C. DARWIN *Origin of Species* xiii. 412 All these genera, descended from (*A*), form an order distinct from the genera descended from (*I*). **1862** T.

H. HUXLEY *Lect. Working Men* 49 If you divide the Animal Kingdom into Orders you will find that there are above one hundred and twenty. **1897** J. C. WILLIS *Man. Flowering Plants* I. 147 He will be able to classify..any new order that may be presented to him. **1951** G. H. M. LAWRENCE *Taxon. Vascular Plants* iv. 46 An order of plants is composed of one or more families... The family usually represents a more natural unit than any of the higher categories. **1989** *Sci. Amer.* Feb. 56/2 Almost half of the species are classified into the songbird suborder, Oscines, of the order Passeriformes.

**b.** *Bot.* In the artificial (sexual) system of Linnaeus: a subdivision of a class, defined chiefly by the number and position of pistils in the flower. Now *hist.*

**1754** *Dict. Arts & Sci.* I. 348/1 These are the general classes of plants, established by that excellent botanist [*sc.* Linnaeus], who farther subdivides them into orders, which he denominates *monogynia, digynia, trigynia, &c.* from the number of pistils, or female parts of generation, found in each plant. **1765** J. LEE *Introd. Bot.* (ed. 2) II. i. 74 The first general Division of the whole Body of Vegetables is into twenty-four Classes; these are again subdivided into Orders, the Orders into Genera, the Genera into Species, and the species into Varieties, where there are any worthy of Note. **1845** *Encycl. Metrop.* XXV. 7/1 It belongs to the class *Diandria*, order *Monogynia*, and the natural family of *Verbenaceæ*. **1996** *Sci. Amer.* Feb. 101/1 The classes were subdivided into roughly 65 orders, based on the number, proportion and position of the female pistils: *monogynia, digynia, trigynia* and so forth.

**c.** *Bot.* In full **natural order**. A group of allied plant genera in a natural system of classification (equivalent to the modern family). Cf. NATURAL *a.* 5c. Now *hist.*

**1759** *Philos. Trans. Royal Soc.* **51** 934 The professor has agreed to adopt this new genus by the name of Gardenia, which he says belongs to the natural order of contorted flowers,..monopetalous flowers, whose lobes, or sections of the limb of their petals, turn all to the right hand. **1785** T. MARTYN tr. J. J. Rousseau *Lett. Elements Bot.* xv. 169 This Class comprises another natural order of plants entitled Stellated, from the manner in which the leaves grow upon the stem. **1807** R. A. SALISBURY in *Trans. Linn. Soc.* **8** 7 All the Natural Orders which agree in that respect [*sc.* perigynous insertion of the stamens] may be arranged in one continued series. **1830** J. LINDLEY *Introd. Nat. Syst. Bot.* 1 (*heading*) The natural orders of plants. **1909** *Westm. Gaz.* 24 Feb. 5/1 The plant

commonly known as the Duke of Argyll's tea tree, belonging to the same natural order (*Solanaceæ*) as the potato and tomato. **1916** B. D. JACKSON *Gloss. Bot. Terms* (ed. 3) 143/2 *Family*..a group of genera, formerly styled *Order*. **1947** D. H. ROBINSON *Leguminous Forage Plants* (ed. 2) i. 1 All the leguminous forage plants cultivated in the British Isles belong to a sub-order of the Family, or Natural Order, Leguminosæ, called the Papilionaceæ because their flowers are thought to resemble a butterfly. **1991** *Ann. Missouri Bot. Garden* 78 72/2 The usefulness of natural orders in classifying plants had been amply demonstrated by John Lindley in 1830.

**III.** Sequence, disposition, or arrangement; arranged or regulated condition.

**12. a.** Regular or customary mode of procedure; a method of action; a customary practice, an established usage. *Obs.* exc. as in sense 12b.

> **c1300** *St. Thomas Becket* (Laud) 764 in C. Horstmann *Early S.-Eng. Legendary* (1887) 128 It nas neuere riȝt ordre þat þe sone is fader scholde bete, Ne þe desciple beote is maister. **a1382** *Bible* (Wycliffite, E.V.): *Lev.* (Bodl. 959) xvii. 15 He shal wasche his cloþes & hym self wiþ water..& by þis ordre [L. *ordine*] he shal be made clene. **a1420** LYDGATE *Troyyes Bk.* (Augustus) I. 750 But þe ordre of Fortunys myȝt Hath euery envy þat men lyue in ese, Whos cours enhasteth vnwarly to dissese. **1461** *Rolls of Parl.* V. 494/2 After the olde ordre of their accomptes. **1526** W. BONDE *Pylgrimage of Perfection* I. sig. Fiiiᵛ, To make hym partener of his glory by a certayn meane, and certayn order. **1548** *Hall's Vnion: Henry VIII* f. cxliijᵛ, To se a reformacion in the ordre of the kynges houshode. **1575** W. FLEETWOOD in H. Ellis *Original Lett. Eng. Hist.* 2nd Ser. III. 29 It is harde to cause a Northeren Tanner, or any other in his old daies, to lerne a newe order of Tanning. **a1593** MARLOWE *Jew of Malta* IV. ii, He..sleeps in his own clothes,..'tis an order which the friars use. **1653** H. HOLCROFT tr. Procopius *Hist. Wars* I. 26 Belisarius seeing the Enemies order with their Engins, fell into a laughing. **1673** O. WILDER *Of Educ.* II. iii. 246 So do Drolls reject all serious notions... Therefore we see that when such persons aim at anything grave and serious, it misbecometh them, as done out of order and season. **a1715** BP. G. BURNET *Hist. Own Time* (1724) I. 231 The constant order of that matter was, to set all the pipes a running on Saturday night, that so the cisterns might be all full by Sunday morning.

**b.** The prescribed or customary mode of proceeding in debates or discussions, or in the conduct of deliberative or legislative bodies, as law

Oxford English Dictionary order, n.

courts, public meetings, parliament, etc.; conformity with this, as *order of business*, *point of order*, *not in order*, etc.

See also *out of order*, sense 12c, and *order of the day*, sense 30.

> **1473** *Acta Dominorum* (1839) 26/1 The said alderman..has nocht falȝeit in the proces nor ourdoure of the seruing of the said breif. **1575-6** in J. H. Burton *Reg. Privy Council Scotl.* (1878) 1st Ser. II. 497 In the maist summar ordour of proces that may be. **1649** *Platform Church Discipline* (Cambridge Synod) 2 It is not intended to bind apprehensions precisely in point of order or method. **1684** in J. Gilmour & D. Falconer *Coll. Decisions Lords of Council* (1701) II. 63 There was in our law no order of discussing or distinction betwixt intrometting tutors and other tutors. *a*1751 in *Camden Misc.* (1969) XXIII. 170 His vanity will make him constantly puzzling our Speaker and our Chairmen of Committees, in points of order, which in reality he will know better than they. **1782** *Gentleman's Mag.* **52** 622 Here the House was all in a roar, to order! to order! On which Mr. Speaker rose. **1817** *Parl. Deb.* 1849 Mr. Brougham spoke to order, and submitted, that these were expressions which were not consistent with the decorum and dignity of their proceedings. **1837** Dickens *Pickwick Papers* i. 4 Immense confusion, and loud cries of 'chair' and 'order'. **1869** A. Todd *On Parl. Govt. in Eng.* II. iv. 323 The leader of the House of Commons is at liberty to arrange the order of business appointed for government nights as he thinks fit. **1888** J. Bryce *Amer. Commonw.* II. III. lxix. 545 Business begins by the 'calling of the convention to order' by the chairman of the National Party committee. **1898** *Daily News* 25 Mar. 2/3, I wish to ask you whether your privilege as Speaker is not limited to excluding questions which transgress order. **1968** F. Exley *Fan's Notes* (1970) iv. 120 His first order of business, 'clearing the deadwood' (twenty thousand employees) from the Central's payroll. **1995** *New Statesman & Society* 17 Mar. 11/3 Tory back-benchers deluged the Speaker with points of order.

**c. *out of order*:** in breach of the prescribed or customary mode of proceeding of a deliberative or legislative body; (also in extended use, now esp. of a person's behaviour) unacceptable, inappropriate, uncalled for.

> **1778** *Addr. to Lords of Admiralty* 38 Sir Joseph..was therefore perfectly in order when he stated his grounds for suspecting that the Board..had instigated the complaint..; and Lord Mulgrave quite out of order, when he desired Sir Joseph to produce proofs. **1819** W. S. Rose *Court & Parl. Beasts* II. 21 His brutal fury gave the Dog the day: Whose satire on indecency might border; But none could say that he was out of order. He, as one unconcern'd, resum'd the oration. **1869** *Proc. Royal Geogr. Soc.*

**13** 253 The President ruled that the step now taken was out of order, and calculated to lead to a general discussion interrupting the business of the General Meeting. **1899** *Dict. National Biogr.* s.v. *Watson, Sir Brook*, He ruled this [resolution] out of order, and closed a heated discussion by having the mace taken up. **1935** *Jrnl. Higher Educ.* **6** 8/1 A personnel audit of the faculty would not be out of order. **1975** M. BRADBURY *Hist. Man* ix. 156 The resolution and the preceding one are both ruled out of order from the chair, on the ground that neither refers to any item on the agenda of the meeting. **1988** J. BRADY *Stone of Heart* (1990) 190 I'm a bit out of order insisting on you going along. **2000** H. SIMPSON *Hey Yeah Right get a Life* (2001) 56 She was getting paid to babysit, not to do stuff like that. That would have been right out of order.

**13. a.** Arrangement of things in which one thing, or each of a number of things, follows another; sequence or succession in space or time; succession of acts or events. Also: the way in which this occurs; course or method of occurrence or action.

*a***1382** *Prefatory Epist. St. Jerome* in *Bible* (Wycliffite, E.V.) (Bodl. 959) ix. 24 Many þingez we reden of þe old testament, þe which ben not yhad in oure bokes..desyren propre ordre. *c***1390** *Castle of Love* (Vernon) 741 A trone..Seuene steppes þer beoþ þerto, þat so feire wiþ ordre itiȝed beoþ. *a***1450** (1408) tr. Vegetius *De Re Militari* (Douce) f. 6, þe ordre of oure writinge þat in þe first party of oure book we schewe out of prouinces, naciouns, and contrees newe kniȝtis schulle ben chosen. **1548** *Hall's Vnion: Richard III* f. xxv[v], In this ordre they passed throughe the palayce. **1596** J. DALRYMPLE tr. J. Leslie *Hist. Scotl.* (1888) I. 317 S. Margaret buir to King Malcolme..Edgar, Alexander and Dauid; quhilkes all conforme to thair ordour war kingis. **1623** SHAKESPEARE & J. FLETCHER *Hen. VIII*, IV. i. 36 (*stage direct.*) The Order of the Coronation. 1. A liuely Flourish of Trumpets. 2. Then, two Iudges. 3. Lord Chancellor, with Purse and Mace before him [etc.]. **1667** MILTON *Paradise Lost* XI. 736 Of everie Beast, and Bird, and Insect small Came seavens, and pairs, and enterd in, as taught Thir order. **1737** POPE *Epist. of Horace* II. i. 18 Pageants on pageants, in long order drawn. **1799** J. MACKINTOSH *Study Law Nature & Nations* in *Wks.* (1846) I. 354 His method is inconvenient and unscientific: he has inverted the natural order. **1833** C. F. CRUSE tr. Eusebius *Eccl. Hist.* III. iv. 85 Now let us pursue the order of our history. **1892** A. CONAN DOYLE *Adventures Sherlock Holmes* xii. 301 'Let us have everything in its due order.' Holmes thrust his long thin legs out towards the fire and composed himself to listen. **1918** *Stars & Stripes* 29 Mar. 7/5 In seating guests.., they should be arranged from left to right, in order of seniority. **1962** A. NISBETT *Technique Sound Studio* vii. 117 *Rough editing* is assembling the main body of the programme in the right order.