## NETFLIX, INC. vs. BLOCKBUSTER INC.

### CASE NO. C 06 2361 WHA (JCS)

### NETFLIX, INC.'S

# EXHIBIT 1 (Part 3 of 3)

TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

Dockets.Justia.com

**2000** S. FALLON & M. ROTHSCHILD *World Food: France* 42 The most popular meats in France are porc (pork), veau (veal), bœuf (beef), agneau (lamb) and mouton (mutton)—in that order.

   **b.** *Mil.* **order of battle**: the arrangement of sections of an army or naval force when engaged in warfare; (in later use) *spec.* the organization, movements, weaponry, etc., of an enemy force; the study of this; a written record of this.

   **1608** J. SMITH *True Relation Occurences in Virginia* sig. Ev, Their willing minds to this action, so quickned their understanding in this exercise, as in all iudgements wee were better able to fight with Powhatans whole force: in our order of battle amongst the Trees. **1769** W. FALCONER *Universal Dict. Marine* (1789) sig. Aa, In the line, or order of battle, all the ships..are close-hauled. **1797** *Encycl. Brit.* III. 81/1 A Roman legion, ranged in order of battle, consisted of *hastati*, placed in the front; of *principes*, [etc.]. **1851** H. MELVILLE *Moby-Dick* xxvii. 131 In that grand order of battle in which Captain Ahab would probably marshal his forces to descend on the whales, these three headsmen were as captains of companies. **1889** H. R. GALL *Mod. Tactics* ii. 11 A practical and experienced soldier, seeing his enemy get under arms and form up in order of battle, will rapidly gather a lot of valuable information regarding his numbers, artillery positions [etc.]. **1924** W. C. SWEENEY *Mil. Intell.* viii. 172 Enemy Order of Battle. This section is charged with maintaining the battle order of the enemy located within the area of responsibility of the commander. **1928** H. M. D. PARKER *Rom. Legions* ix. 251 Arrian, in his order of battle against the Alani, shows that the legions were drawn up as a phalanx eight deep. **1946** S. CHANDLER & R. W. ROBB *Front-line Intelligence* xii. 137 O/B (Order of battle) is a military science whose mission is to determine: (1) How strong the enemy is. (2) How he is organized, [etc.]. **1977** S. COULTER *Soyuz Affair* v. 42 The spy..who brought you the cypher table or the enemy order of battle. **1994** T. CLANCY *Debt of Honor* xxxi. 493 'OrBat for their military?' Jack asked. He meant 'order of battle', essentially a roster of a nation's military assets.

   **14. a.** In general sense: the condition in which everything has its correct or appropriate place, and performs its proper functions; the force for harmony and regularity in the universe. Cf. sense 15.

   *a***1382** *Bible* (Wycliffite, E.V.): *Job* (Bodl. 959) x. 22 þe erthe of wrecchedenesse & of derknessis, where shadewe of deþ & noon ordre [L. *ordo*]. **c1475** (?c1400) WYCLIF *Sel. Eng. Wks.* (1871) III. 434 þei seyen

Oxford English Dictionary order, n.

þat seculer lordshipis asken degrees, for ȝif alle weren oon, þer weren noon ordre, but ilche man myȝte ylyche comaunde to oþer. **c1500** (? *a*1437) *Kingis Quair* cxxv, We sawe..the ordour digne Off hir court riall, noble and benigne. **a1616** S<small>HAKESPEARE</small> *Hen. V* (1623) III. 0. 9 Heare the shrill Whistle, which doth order giue To sounds confus'd. **1667** M<small>ILTON</small> *Paradise Lost* III. 713 Till at his second bidding darkness fled, Light shon, and order from disorder sprung. **1734** P<small>OPE</small> *Ess. Man* IV. 47 Order is Heav'n's first Law. **1882** A. W. W<small>ARD</small> *Dickens* iv. 90 His love of order made him always the most regular of men. **1932** R. N<small>IEBUHR</small> *Moral Man & Immoral Society* ii. 30 To bring order out of the chaos of impulses with which nature has endowed man. **1991** *Village Voice* (N.Y.) 26 Feb. 66/3 The ancient misogynist division of humankind that equates the male with reason, logic, order, light, and the female with passion..and darkness.

**b.** Formal, regular, methodical, or harmonious arrangement in the position of the things contained in a particular space or area, or composing any group or body.

**?a1425** (*c*1380) C<small>HAUCER</small> tr. Boethius *De Consol. Philos.* IV. pr. vi. 74 By the whiche disposicion the purveaunce knytteth alle thingis in hir ordres. **c1450** (?*a*1400) *Wars Alexander* (Ashm.) 27 þai..Of þe ordere of þat odde home þat ouer þe aire hingis Knew þe kynd. **c1500** (?*a*1475) *Assembly of Gods* 250 A dew ordre in euery place ys expedyent. **a1525** (*c*1448) R. H<small>OLLAND</small> *Bk. Howlat* (Asloan) 578 in F. J. Amours *Sc. Allit. Poems* (1897) 67 Gif I sall schewe The order of thar armis. **1594** *Mirr. Policy* (1599) 49 Order is the due disposing of al things. **1695** J. W<small>OODWARD</small> *Ess. Nat. Hist. Earth* 148 A broken and confused heap of Bodies, placed in no order to one another. **1712** P<small>OPE</small> *Rape of Lock* I, in *Misc. Poems* 363 When num'rous Wax-lights in bright Order blaze. **1860** J. T<small>YNDALL</small> *Glaciers of Alps* II. xvii. 315 The crevasses are..apparently without law or order in their distribution. **1957** 'R. W<small>EST</small>' *Fountain Overflows* xiii. 292 There was real order there, we would have known that anybody who thought Papa's study untidy was uneducated. **1995** V. C<small>HANDRA</small> *Red Earth & Pouring Rain* (1996) 602 You went..into a garden, a scattering of trees and bushes really, no order.

**†c.** Form or shape (resulting from arrangement). *Obs. rare.*

**1578** H. L<small>YTE</small> tr. R. Dodoens *Niewe Herball* I. lxxxvii. 130 Nettell leaues..reduced to the order of a Pessarie [Fr. *en forme de pessus*]..prouoketh the floures.

**d.** orig. and chiefly *Mil.* Equipment, uniform, etc., for a specified purpose

or for a particular occasion, as ***drill order***, ***field-day order***, ***review order***, etc. **shirt-sleeve order**, uniform without the jacket.

See also MARCHING ORDER *n.* 2a.

> **1837** *King's Regulations Army* 32 General Officers are to cause the Troops..to be frequently paraded, and exercised at least once a week in *Heavy* Marching Order. **1852** R. BURN *Naval & Mil. Techn. Dict. French Lang.* (ed. 2) II. 176 Drill order, *tenue d'exercise, petite tenue.* **1874** *Queen's Regulations Army 1873* 162 Review-order; to be worn when the Sovereign is present, for Royal escorts and guards of honour. **1874** *Queen's Regulations Army 1873* 163 Field-day-order; to be used generally for summer field-days, divisional and brigade drills,..[etc.]. **1874** *Queen's Regulations Army 1873* 163 Drill-order; to be used at ordinary drills and in riding-schools. **1957** H. WILLIAMSON *Golden Virgin* (1963) II. xiii. 181 *Dress*, Fighting order with two bandoliers. **1968** J. LOCK *Lady Policeman* viii. 60 My serge skirt feels heavy, my feet feel hot and sticky. Still, we are lucky to have shirt-sleeve order—the PCs haven't and look as if they are about to expire. **1977** 'D. MACNEIL' *Wolf in Fold* v. 49 Behind them, dressed in review order, marched the infantry of the British Army. **1991** *Soldier* 28 Oct. 17/1 This colourful version [of an arm-band] was introduced two years ago for No 2 dress and shirt sleeve order.

**15.** A method according to which things act or events take place; the fixed arrangement found in the existing state of things; a natural, moral, spiritual, or social system in which things proceed according to definite, established, or constituted laws. Chiefly in such phrases as ***order of nature***, ***of things***, ***of the world***; also ***moral order***, ***natural order***, ***social order***, ***spiritual order***, etc.

In quot. c1450: a particular instance of such method or arrangement; a law.

> *a*1398 J. TREVISA tr. Bartholomaeus Anglicus *De Proprietatibus Rerum* (BL Add.) f. 140ᵛ, Among alle bestis..briddes and foules ben most honest of kynde, for by ordre of kynde [L. *ordinem nature*] males seche femaliȝ wiþ bisynesse and loueþ hem. **c1450** (c1350) *Alexander & Dindimus* 327 Bi an ordre of oure kinde whan we holde waxen..We schulle forleten oure lif. **1553** R. EDEN tr. S. Münster *Treat. Newe India* Ded. sig. aaijᵛ, No lesse confoundinge the order of thinges, then he whiche cloteth an ape in purple, & a king in sackecloth. **1558** J. KNOX *First Blast* (1878) 11 God by the order of his creation hath spoiled woman of authoritie and dominion. **1604** E. GRIMESTONE tr. J. de Acosta *Nat. & Morall Hist. Indies* III. xii. 158 Agreeing with the wisdom of the Creator, and the goodly order of nature. **1667** H. MORE *Divine Dialogues* (1713) II. xiii. 126 The birth of

Oxford English Dictionary order, n.

Monsters; which I look upon but as a piece of Sportfulness in the order of things. **1711** POPE *Ess. Crit.* 11 Objects..Which out of Nature's common Order rise. **1785** W. PALEY *Moral & Polit. Philos.* in *Wks.* (1825) IV. 13 The laws of custom are very apt to be mistaken for the order of nature. **1842** TENNYSON *Morte d'Arthur* 240 The old order changeth, yielding place to new, And God fulfils Himself in many ways. **1865** R. W. DALE *Jewish Temple* xix. 219 Christ's death is the foundation of the new spiritual order. **1872** J. MORLEY *Voltaire* i. 3 More than two generations of men had almost ceased to care whether there be any moral order or not. **1888** E. BELLAMY *Looking Backward* xxvi. 401 In the time of one generation men laid aside the social traditions and practices of barbarians, and assumed a social order worthy of rational and human beings. **1920** *Amer. Woman* Aug. 18/2 Men cannot so easily adjust themselves to a new order of things as women. **1951** C. C. GILLISPIE *Genesis & Geol.* vi. 169 Revealed truth, though indispensable to belief, could be apprehended inductively, by inferring a moral order parallel to natural order. **1994** *Lay Witness* Sept. 3/2 Any political order which prescinds from the spiritual order will ultimately perish.

**16.** *Christian Church.* A stated form of liturgical service, or of administration of a rite or ceremony, prescribed by ecclesiastical authority; the service so prescribed; a document, book, or pamphlet in which such information is contained. Now usu. in **order of service**.

*a*1425 *Rule St. Benet* (Lansd.) 18 Vndern, Midday, Noon wid þat ilke ordir be sungen, þat is, wid vers, wid ymnis þat fallis to þaim, þre salmis, and lescuns, and vers, and 'Kyryeleison'. **c1475** (?c1400) WYCLIF *Apol. Lollard Doctr.* 68 þis haue we seid schortly of þe wordre of lowsing, þat schepherdis of þe kirk ow to bind lowse vnder gret moderacoun. **1549** *Bk. Common Prayer* 1 An ordre for Mattyns dayly through the yere. **1563** N. WINꝪET *Certain Tractates* (1888) I. 72 The doctrine and ordour laitlie set furth at Geneua. **1643** R. BAKER *Chron., Henry V* 58 In his third yeare, the order of Church Service..was changed from the use of Pauls to the use of Salisbury. **1662** *Bk. Common Prayer*, The Order of Confirmation. **1827** H. HALLAM *Constit. Hist. Eng.* I. vi. 320 He had already..enjoined the bishops to proceed against all their clergy who did not observe the prescribed order. **1872** E. W. ROBERTSON *Hist. Ess.* 209 The service for consecrating a Northumbrian sovereign..is the oldest 'Order' on record. **1884** *Christian World* 19 June 463/4 The stiff starched 'order of service', the rented pews, with the odious distinction of free seats. **1902** *Westm. Gaz.* 11 Aug. 4/2 According to the original order of service the King and Queen would have ascended the steps to the 'Theatre'. **1988** M. MOORCOCK *Mother London* II. 121 She..picked up two copies of the Order of Service.

**17.** The state in which the laws or rules regulating the relationship of individuals to the community, and the public conduct of members within a community, are maintained and observed and authority is obeyed; the rule of law or constituted authority; social cohesion; absence of riot, anarchy, or violent crime. Also as *civil order*, *public order*, etc. *law and order*: see LAW *n.*[1] 3a.

Formerly (occas.): †an instance of such social cohesion; a law-abiding state (*obs.*).

**1483** *Rolls of Parl.* VI. 240/2 The ordre of all poletique Rule was perverted, the Lawes..broken, subverted and contempned. **1548** *Hall's Vnion: Henry VIII* f. ccli, People without order or ciuilitie. *a***1586** W. DUNBAR *Poems* (1979) 119 Gude rewle is banist our the bordour And rangat ringis but ony ordour. **1598** J. FLORIO *Worlde of Wordes* 201/2 Legitimo..*according to law and order*. **1683** *Colonial Rec. Pennsylvania* I. 76 Constables should go to publick houses to see good Ord[rs] kept. **1712** R. STEELE *Spectator* No. 270 ¶1 Order is the Support of Society. **1784** W. COWPER *Task* II. 785 He graced a college, in which order yet Was sacred. **1861** M. PATTISON *Ess.* (1889) I. 47 Peace and order were maintained by police regulations of German minuteness and strictness. **1879** *Encycl. Brit.* IX. 63/2 It was only with the restoration of public order..that the influence of the Fehm-gerichte gradually waned. **1929** A. F. G. BELL in E. A. Peers *Spain* 275 A more efficient city-police, together with the Somatenes and the Civil Guard, maintained order throughout Spain. **1964** J. GOULD & W. L. KOLB *Dict. Social Sci.* 508/2 To protect and promote the health, safety, morals, convenience, peace, order, and general welfare of other individuals and the public generally. **1998** *Canad. Geogr.* Mar.-Apr. 44 Troops..helped clear trees, move citizens to shelters, deliver flyers, operate field kitchens and maintain civil order. **2001** *Guardian* 22 Feb. I. 21/1 Labour are more trusted than Conservatives to handle..even traditional Tory strong suits like the economy and law and order.

**18.** Measures or steps taken for the accomplishment of a purpose; suitable action in order to achieve some particular end. In later use only in *to take (an) order*: to take measures or steps, to deal with (now *Sc.*).

**1545** BP. S. GARDINER *Let.* 27 Mar. (1933) 130 Ye..have in the tyme of your office taken a good ordre in the matier. **1569** R. GRAFTON *Chron.* I. vii. 176 When the king had thus taken order with his affayres in Denmarke, he returned shortly into England. *a***1616** SHAKESPEARE *Meas. for M.* (1623) II. ii. 25 Let her haue needfull, but not lauish meanes, There shall be order for't. **1652** M. NEDHAM tr. J. Selden *Of Dominion of Sea* 497 Certain orders made to make our Fishing prosperous, and successful.

Oxford English Dictionary order, n.

**1709** J. STRYPE *Ann. Reformation* I. I. ix. 129 After they had taken order to meet there again by eight of the clock in the morning, they shifted them, and departed. **1827** R. SOUTHEY *Hist. Peninsular War* xxiv. II. 418 Even for this inevitable necessity no order having been taken by the Spanish authorities. **1850** *Tait's Mag.* 17 536/2 Ha! by St. George, we must take order with this rabble rout. **1871** W. ALEXANDER *Johnny Gibb* viii, Nae anither cheep oot o' the heids o' ye; or gin ye dinna, we'll ken fat wye to tak' an order o' ye. **1964** in *Sc. National Dict.* (1965) s.v. *Order, To tak an order o', wi*, to take steps regarding, to deal with.

**19. a.** The overall state or condition of something; normal, healthy, or efficient condition; (with modifying adjectives, as *good, bad*, etc.) condition of the sort specified.

*in order, out of order*: see senses 25b, 27.

**1569** R. GRAFTON *Chron.* I. vii. 133 This schoole..newely repayred, and set it in much better order than before it had bene. **1667** MILTON *Paradise Lost* IX. 402 All things in best order to invite Noontide repast, or Afternoons repose. **1743** J. BULKELEY & J. CUMMINS *Voy. to South-seas* 1 The Ships were all in prime Order, all lately rebuilt. **1799** J. ROBERTSON *Agric. Perth* 153 Land may be said to be in good order, when it is clean of weeds [etc.]. **1814** J. AUSTEN *Mansfield Park* I. iv. 68 Their vanity was in such good order that they seemed to be quite free from it. **1836** C. P. TRAILL *Backwoods of Canada* 162 The ducks are in the finest order during the early part of the summer. **1903** *N.E.D.* s.v. *Order sb.*, The land is in bad order. **1989** G. DALY *Pre-Raphaelites in Love* v. 232 She lined up repairmen to put the new house in good order. **2000** *Canoeist* Apr. 10/2 We set challenging targets to..get the rights of way network into better order.

**†b.** *humorous.* **in high** (also **good**) **order**: drunk; 'merry'. *Obs.*

**1809** B. H. MALKIN tr. A. R. Le Sage *Adventures Gil Blas* III. iv. ⁋9 We..drank as we liked, so that the servants'-hall and the dining-room were in equally high order when we took our leave. **1829** SCOTT *Jrnl.* 17 July (1946) 96 Her husband, being in good order [*i.e.* drunk] also, did not miss [her] till he came to Prestonpans.

**c.** orig. and chiefly *U.S.* Applied *spec.* to tobacco: physical condition; condition of the sort specified. Now *rare*.

Cf. *in order* (sense 25d), and CASE *n.*¹ 5b.

**1897** M. WHITNEY in *U.S. Dept. Agric. Farmers' Bull.* No. 60. 4 'Order'

Oxford English Dictionary order, n.

or 'case' in tobacco curing means a mint condition in which the tissue will not break. **1967** M. R. KEY *Tobacco Vocab.*, High order (too damp), low order (too dry), medium order, prime order.

**20.** *Mil.* With *the*. The position in which a rifle is held after the command to order arms. Now *rare*.

**1847** *Infantry Man.* (1854) 40b, A company..can load from the order with the same ease as from the shoulder. **1879** *Martini-Henry Rifle Exercises* 6 When the rifle has been placed at the Order, the recruit will be instructed always to fall in with it in that position. **1938** J. CARY *Castle Corner* 435 The sentry threw his gun to the order and shouted in one word, 'alt-oo-go dar. Pass, friend'.

**IV.** The action or an act of ordering; regulation or direction.

**†21.** The action of putting or keeping in order; regulation; ordering; control. *Obs.*

*a***1513** J. IRLAND *Meroure of Wyssdome* (1926) I. 85 Sensualite without ordour of ressone..obeyis nocht to the bridill of ressoune. **1548** *Hall's Vnion: Edward IV* f. ccxxxix, The French kyng, which then claymed to haue the order and mariage of the yonge lady, as a pupille, ward and orphane. **1548** *Hall's Vnion: Henry VIII* f. ccxl$^v$, The Graunde Master Hostoden, which had the conduyte & ordre of the performaunce of her maryage. *a***1557** J. CHEKE tr. *Gospel St. Matthew* (1843) xxiv. 47 Truli J sai unto iou, he wil give him y$^e$ order of all y$^t$ he hath. **1606** BP. J. HALL *Heauen vpon Earth* vii. 62 If excesse of passions be naturall to vs as men, the order of them is naturall to vs as Christians. **1690** J. NORRIS *On Beatitudes* (1694) I. 2 To give Laws and Precepts for the Instruction and Order of his Disciples.

**22. a.** An authoritative direction; an injunction, or mandate; an oral or written command; an instruction.

**1543** BP. S. GARDINER *Let.* 15 May (1933) 122, I made an ordre concernyng pronunciation of the Greke tonge. **1548** *Hall's Vnion: Henry VIII* f. lxxxxiiij, The Ambassador was commaunded to kepe his house in silence,..which ordre sore abashed the Frenche. *a***1616** SHAKESPEARE *Tam. Shr.* (1623) IV. iii. 118 *Tail...* Grumio gaue order how it should be done. *Gru.* I gaue him no order, I gaue him the stuffe. **1648** in *Hamilton Papers* (1880) 242 Commanded to obey the orders of the Committee of Estats. **1725** POPE tr. Homer *Odyssey* I. III. 414 Thy ship and sailors but

for orders stay. **1799** DUKE OF WELLINGTON *Let. to Lieutenant-Gen.*
*Harris* in J. Gurwood *Dispatches* (1837) I. 30, I have not heard anything
of the 12 pounders ordered to a new situation by the general orders of
yesterday. **1859** TENNYSON *Enid* 152 Then the good king gave order to let
blow His horns for hunting. **1899** '*Q' Ship of Stars* xxiv, [Taffy] gave the
order to snug down and man the cradle for shore. **1964** H. E. F.
DONOHUE *Conversat. with N. Algren* 17 If my mother wanted me to go to
the store, she knew better than to ask me because I wouldn't, I didn't take
orders. **1991** *Newsweek* Fall-Winter 74/1 Black overseers..would stand
behind a line of slaves, crack their whips and give the order to start
cutting.

   **b. *Order in*** (also *of*) ***Council****: an order issued by the British sovereign (
†or the governor of a British colony) on the advice of his or her privy council;
(also) an order issued by a government department under powers bestowed
by Act of Parliament.

   [**1674-5** (*title*) His Majesties Declaration for enforcing a late Order made
in Council.] **1675** EARL OF ESSEX *Lett.* (1770) 207 An order of Council
which had several months lay by me. *a***1716** in J. Nichols *Lit. Anecd. 18th
Cent.* (1812) IV. 34 These Mercuries and Hawkers their business at first
was to disperse Proclamations, Orders of Council, and Acts of Parliament.
**1746** in *New Jersey Archives* (1882) 1st Ser. VI. 369 An Embargo on all
Vessels in this Province for the Space of one Month unless his [*sc.* the
president's] Order in Council shall be first Obtained for the Sailing of any
Vessel. **1809** *Ann. Reg. 1807* xii. 227/2 English commerce..was not only
greatly cramped, but lay prostrated on the ground, and motionless,
before a protecting and self-defensive system was interposed by our
orders in council. **1867** A. TODD *On Parl. Govt. in Eng.* I. v. 287 The
crown has no right, by a mere Order in Council,..to sanction a departure
from the requirements of an existing law. **1910** *Encycl. Brit.* I. 410/2 By
an order of council which came into operation in December 1878, swine
fever was declared to be a disease. **1961** *Halsbury's Laws Eng.* (ed. 3)
XXXVI. 477 Orders in Council are instruments made by the Crown..by
which the great majority of powers conferred on the Crown are required
to be exercised, being orders expressed to be made by and with the advice
of the Privy Council. **1993** *Bluenose* (Halifax, N.S.) Mar.-Apr. 50/1 What
people don't seem to understand is the pervasiveness of patronage... It's
not so easy to see in Orders in Council, statements that come out
regularly.

   **c. *doctor's orders***: instructions from one's physician; (hence *fig.*) any
injunctions which cannot be evaded.

**1716** B. GRIFFEN *Humours of Purgatory* I. 25, I love to be expeditious in dispatching a Patient according to the Doctor's Orders. **1791** A. W. RADCLIFFE *Romance of Forest* II. xi. 193 The nurse knew her duty too well to obey him, and had strictly followed the doctor's orders. **1841** DICKENS *Let.* 18 Jan. (1969) II. 189, I have been obliged to make up my mind—on the doctor's orders—to stay at home this evening. **1886** H. MUNBY *Let.* 12 Mar. in D. Hudson *Munby* (1972) 410 Oh the miserable & false step you took when you separated me from you, by the doctor's orders. **1899** *Econ. Jrnl.* **9** 278 No article of diet to be supplied unless by doctor's orders. **1932** A. CHRISTIE *Peril at End House* ix. 104 No one..will be admitted... 'Doctor's orders,' they will be told. A phrase very convenient and one not to be gainsayed. **1940** W. FAULKNER *Hamlet* 73 He returned to the gallery offering his candy about. 'Doctor's orders,' he said. 'He'll probably send me another bill now for ten cents for advising me to eat a nickel's worth of candy.' **1976** *Sci. Amer.* Mar. 127/2 'Doctor's orders' excuse almost any behaviour, yet they are mere advice. **1992** *Independent* 22 Apr. 12/6 On an unusually quiet Friday night at the Ulysses, Jane is smoking the first of several roll-ups (against doctor's orders).

**d. *orders are orders*** (also, humorously, ***orders is orders***): commands must be obeyed.

**1852** H. MELVILLE *Pierre* XVI. ii. 323, I am sorry, sir, but orders are orders:..I can't disobey him. **1852** *Harper's Mag.* May 849/1 All I know is, that orders is orders, and must be obeyed. **1939** A. RANSOME *Secret Water* i. 18 I'm awfully sorry, you people. It just can't be helped. Orders is orders. **1973** *Times* 2 June 12/3 The delicious ridiculousness of the telegram perhaps has to be explained... But orders were orders. **1996** C. J. STONE *Fierce Dancing* ii. 28 He waited patiently while I ranted at him from my soapbox. 'Sorry,' he said, finally. 'Orders are orders. Sergeant, get rid of this man, will you!'

**e.** *Computing*. An instruction or command, *esp.* one in machine language. Now *rare*.

**1946** H. H. GOLDSTINE & J. VON NEUMANN in J. Von Neumann *Coll. Wks.* (1961) V. 26 In performing a multiplication one usually performs about 3 or 4 associated additions or subtractions or comparisons; hence at least 4-5 orders must be given and at least that many numbers transferred—it is assumed that an order specifies only one basic operation, together with its transfers. **1958** M. PHISTER *Logical Design Digital Computers* xi. 342 An instruction (also called a command or an

Oxford English Dictionary order, n.

order)..identifies which of a limited number of operations the computer is to carry out, and the computer functions by executing a sequence of these instructions, one at a time. **1967** M. KLERER & G. A. KORN *Digital Computer User's Handbk.* I. i. 10 Machine-language coding uses the machine order code, which is directly interpreted by the instruction register. **1970** O. DOPPING *Computers & Data Processing* vi. 98 The detailed information sent to the input/output units from the local control units can be called orders.

**23.** In *spec.* senses.  **a.** *Law.* A decision of a court or judge, made or entered in writing. In the Supreme Court: a direction of the court or a judge other than a final judgement.

*order nisi*: see NISI *a. court order*: see COURT *n.* 19.

**1607** J. DAVIES *Relation Voy. New Eng.* in H. O. Thayer *Sagahadoc Colony* (1892) 66 After the Sermon our pattent was red w^th the orders & Lawes thearin prescrybed. **a1726** G. GILBERT *Cases in Law & Equity* 137 Two Justices made an Order, that upon Sight thereof the Overseers should [etc.]. **1847** J. R. McCULLOCH *Descr. & Statist. Acct. Brit. Empire* (ed. 3) II. v. viii. 651 Relief..treated as a loan..may be recovered, under an order of justices, by attachment of the party's wages in his master's hands. **1884** *Law Rep.: Queen's Bench Div.* **12** 345 The Orders under the Judicature Act provide that every order may be enforced in the same manner as a judgment, but still judgments and orders are kept entirely distinct. **1956** E. S. GARDINER *Case of Demure Defendant* 146 Judge Ashurst glanced at Jackson Newburn. 'The Court will make that order,' he said. **1979** *Halsbury's Laws Eng.* XXVI. 237 The terms 'judgement' and 'order' in the widest sense may be said to include any decision given by a court on a question or questions at issue between the partners to a proceeding properly before the court. **2000** *Oldie* Dec. 30/2 The courts can issue orders under which some or even all of the pension is handed over to the ex-spouse.

**b.** *Banking* and *Finance.* A written direction to pay money or deliver property, made by a person legally entitled to do so.

See also MONEY ORDER *n., postal order* s.v. POSTAL *a.* 2.

**1673** LD. SHAFTESBURY *Speech* 5 Feb. in *Orig. Jrnls. House of Lords* **55** 14 He saw..the difference through all his business, between ready money, and orders. **1682** J. SCARLETT *Stile of Exchanges* 53 Its unadvisedly done for a Drawer..to make his Bills payable to order. **1709** R. STEELE *Tatler* No. 60 ⁋2 Pray pay to Mr. Tho. Wildair, or Order, the Sum of One Thousand Pounds, and place it to the Account of Yours, Humphrey

Oxford English Dictionary order, n.

Wildair. **1746** G. G. BEEKMAN *Let.* 20 June in P. L. White *Beekman Mercantile Papers* (1956) I. 3 Must beg you to Desire Maycum to Send me an Order to Damand my Noat of hand per Samuel Bayard Which I Gave for my Part of the SeaCoal. **1846** J. W. CARLYLE *Lett.* I. 366, I will send a Post-Office order, in repayment. **1883** LD. BLACKBURN in *Law Times Rep.* (1884) **49** 687/1 The bills of lading also were made out in the name of D. and Co., deliverable to their order. **1891** W. B. YEATS *Let.* Dec. (1954) 186, I had intended to return the £1 at once... Some days passed by..the order which I enclose being all the time on my table awaiting posting. **1913** W. OWEN *Let.* 16 Dec. (1967) 221, I have cashed the Order long ago. **1998** I. HUNTER *Which? Guide to Employment* vi. 110 You will receive a booklet of weekly orders which can be cashed at a post office.

    **c.** *Business.* A written or verbal direction for something to be made or supplied; (also) the thing so provided. ***to order*:** according to such a direction. Also *fig.*

    See also MADE-TO-ORDER *a.*

**1746** G. G. BEEKMAN in P. L. White *Beekman Mercantile Papers* (1956) I. 9 Agreeable to your Order have Shipt on board Captain Robert Griffith the Twelve hogsheads Sugar for Which Gave you Our Obligations Which Desire you would Give to Captain Griffith on the Delivery of the Sugars. **1837** H. W. LONGFELLOW *Let.* 21 May in S. Longfellow *Life H. W. Longfellow* (1886) I. xvii. 252 He writes the piece to order, for Miss Clifton, who gives him a thousand dollars. **1845** B. DISRAELI *Sybil* III. vii, 'If it's an order, let us have it at once.' 'It is not an order,' said Morley. **1855** W. BAGEHOT *Lit. Stud.* I. 29 Poets indeed are not made 'to order'. **1879** H. GEORGE *Progress & Poverty* (1881) V. i. 242 Manufacturers find their orders falling off. **1935** E. F. BENSON *Lucia's Progress* vii. 206 'Went like hot cakes, ma'am,' said the proprietor, '..and I've just telephoned a repeat order.' **1987** P. BENSON *Levels* vii. 63, I gave him our invoice, he told me to stack the order in the back.

    **d.** A pass for free or reduced-price admission to a theatre or other place of entertainment, or to any place which is not unrestrictedly open to the public, such as a museum, library, park, private establishment, etc. Now *rare*.

**1763** JOHNSON 16 May, in J. Boswell *Life Johnson* (1904) I. 262 He has refused me an order for the play for Miss Williams, because he knows the house will be full. **1779** R. B. SHERIDAN *Critic* I. i, On the first night of a new piece they always fill the house with orders to support it. **1839** DICKENS *Nicholas Nickleby* ii. 5 And about the box-office in the season,..when Mr. Seguin gives away the orders. **1855** *London as it is To-*

Oxford English Dictionary order, n.

*day* 243 Museum of the Royal Institution. Admission by member's order. **1899** *Whitaker's Almanack* 379/2 The *Times* and the *Daily Telegraph* Printing Offices... By special orders only. **1923** *N.Y. Times* 9 Sept. VII. 2 *Orders*: See *Deadheads*. English name for free admissions.

   **e.** A request for food or drink in a restaurant, café, public house, etc.; (a helping of) food or drink served in such an establishment.
   **last orders** (*Brit.*): (in a public house or bar) the time when notice is given that it is near closing time and any further drinks should be ordered immediately; a shout or the ringing of a bell which announces this.

      **1836** D̲I̲C̲K̲E̲N̲S̲ in *Bell's Life in London* 17 Jan. 1/1 'Pray give me your orders gen'lm'n—pray give me your orders'..and demands for 'goes' of gin, and 'goes' of brandy, and pints of stout, and cigars of peculiar mildness, are vociferously made. **c1863** T̲.̲ T̲A̲Y̲L̲O̲R̲ in M. R. Booth *Eng. Plays of 19th Cent.* (1969) II. 90 Now then James! Jackson, take orders. Interval of ten minutes allowed for refreshment. Give your orders, gents. **1898** A̲.̲ B̲E̲N̲N̲E̲T̲T̲ *Man From North* v. 29 A waitress, who approached and listened condescendingly to his order. **1904** '̲O̲.̲ H̲E̲N̲R̲Y̲'̲ in *N.Y. World Mag.* 27 Mar. 10/4 And all this while she [*sc.* the waitress] would be performing astounding feats with orders of pork and beans, pot roasts, [etc.]. **1949** *Crisis* (N.Y.) Nov. 305/2 They looked like the best tasting flapjacks in the world. They went inside and had an order. **1953** *Word for Word* (Whitbread & Co.) 24/1 *Last orders, please*, doleful sound, frequently accompanied by the ringing of bells and dimming of the light; not as final as *Time, gentlemen, please*. **1973** J. S̲H̲U̲B̲ *Moscow by Nightmare* xiv. 165 Two orders of stuffed vine leaves, please. **1992** *Matrix* Fall 15/1 The waitress took our order, didn't linger to chat.

   **f.** *colloq.* With modifying word suggestive of magnitude, as *big*, *large*, *strong*, etc.: a demanding requirement or request. Now usu. in *tall order*: see T̲A̲L̲L̲ *a.* 8 d.

      **1875** T̲R̲O̲L̲L̲O̲P̲E̲ *Way we live Now* II. liii. 17 By Jove, it's a rather strong order when a girl has just run away with another man. Everybody knows it. **1876** T̲R̲O̲L̲L̲O̲P̲E̲ 82 *Prime Minister* III. v. 82 'Is he not honest in all senses?' 'That's a large order. To tell you the truth, I don't know any man who is.' **1892** *Field* 17 Sept. 446/3 It was a big order to have to run off eighty courses in the day. **1907** G̲.̲ B̲.̲ S̲H̲A̲W̲ *Major Barbara* I. 210 *Barbara.* Yes. Give us Onward, Christian Soldiers. *Lomax.* Well, thats rather a strong order to begin with, dont you know. **1927** *Sunday Times* 6 Mar. 23/3 There is no technical necessity now for the spark system, but it would be a rather big order to ask that all ships should abolish it. **1958**

Oxford English Dictionary order, n.

'A. BRIDGE' *Portuguese Escape* viii. 125 This is quite a large order, isn't it? Suppose you tell me a bit more.

**g. *order to view***: a request from an estate agent to an occupier to allow an inspection of their premises by a client.

**1911** W. J. LOCKE *Glory of Clementina Wing* xxiii. 337 A caretaker took the order-to-view given by the estate agents and conducted the party over the place. **1922** E. H. YOUNG *Bridge Dividing* III. xi. 301 It's to let. I've got an order to view. **1967** C. DRUMMOND *Death at Furlong Post* iv. 36 Vacant these fourteen years... There have been many orders to view. **1980** *N.Y. Times* (Nexis) 3 July C1/1 This country is the paradise of the compulsive looker... In Switzerland, he is likely to be run out of the country before he so much as gets an order to view.

**V. Phrases.**

**24. *by order*.    †a.** = *in order*: see sense 25. *Obs.*

**a1382** *Bible* (Wycliffite, E.V.): *Gen.* (Bodl. 959) xliii. 7 The man askide vs by ordre [L. *per ordinem*] our progenye, ȝif þe fader lyuyde, ȝif we hadden a broþer. **c1430** (c1386) CHAUCER *Legend Good Women* 2514 Al hire letter wryten I ne may By order. **a1450** (?a1300) *Richard Coer de Lyon* (Caius) 2961 Be order they comen in her maneres. **a1500** (1413) *Pilgrimage of Soul* (Egerton) V. ix. f. 93 This cercle..was redely lyned be ordre, and stiked ful of sterres. **1553** T. WILSON *Arte of Rhetorique* II. sig. x3, I knowe that al thynges stande by order, and without order nothyng can be. **1604** E. GRIMESTONE tr. J. de Acosta *Nat. & Morall Hist. Indies* III. xxvi. 199 All these notable Earthquakes..have succeeded one an other by order.

**b.** By authoritative direction or command (*of* a person, body, etc.).

**1646** J. MAXWELL *Burden of Issachar* (1708) II. 291 The Scotish Pope's Sermon, preach'd at Westminster, and printed by Order of the House. **1691** *London Gaz.* No. 2724/1 On the 20th Instant..by Order of the Tribunal of the Inquisition at Toledo..Eight Jews were burnt alive. **1766** G. G. BEEKMAN *Let.* 10 Feb. in P. L. White *Beekman Mercantile Papers* (1956) I. 494 Pray are not the notes sued filed and Cant You Come at them by Order of the Court. **1845** J. R. McCULLOCH *Treat. Taxation* (1852) II. vi. 264 Property sold by order of the Courts of Chancery and Exchequer. **1939** *Man* 110 127/1 It was the general custom among the Amandebele that malefactors executed by order of the king were not

Oxford English Dictionary order, n.

buried. **1982** D. LUCIE *Fashion* (1991) II. iv. 252 No swearing. By order.
**2002** *Elle* Mar. 217/1 By order of the Commander of the Faithful, Mullah
Mohammad Omar, women could no longer venture outside their homes
unchaperoned by a male relative.

**25. *in order*.    a.** In succession; in the proper sequence, according to
rank, seniority, size, position, date, etc.

*a*1420 <u>LYDGATE</u> *Troyyes Bk.* (Augustus) II. 2076 þei were in
ordre..Eueryche of hem sette in his due see Liche as þei werne of age & of
degre. *c*1510 *How Plowman lerned Pater Noster* 113 in W. C. Hazlitt
*Remains Early Pop. Poetry Eng.* (1864) I. 213 In ordre folowed them
other thre. *c*1540 (?*a*1400) *Gest Historiale Destr. Troy* 9797 All þai
toldyn hym tale [*read* tite]..Of þaire answare, in ordur. **1667** <u>MILTON</u>
*Paradise Lost* II. 507 Forth In order came the grand infernal Peers. **1791**
<u>W. COWPER</u> *Retirem.* 94 The lowest first, and without stop The rest in
order to the top. **1852** <u>J. D. DANA</u> *Crustacea* I. 26 Beyond the episternals,
the epimerals normally come next in order. **1890** <u>I. D. HARDY</u> *New
Othello* II. viii. 179 He proceeded to set the facts..in order and sequence.
**1948** *Math. Tables & Other Aids to Computation* **3** 126 We can have on
the first section of the program tape..the program for arranging the data
in order by age. **1974** <u>F. FORSYTH</u> *Dogs of War* (1975) II. viii. 156 He had
listed them provisionally in order from One to Twenty-four on the basis
of their apparent suitability. **2001** O. SACKS *Uncle Tungsten* xvi. 189 If he
arranged the elements..in order of their atomic weights,..one could see
recurrences of the same properties and valencies at regular intervals.

**b.** In the correct condition; in a condition in which the elements or
constituents are properly disposed with reference to each other, or to their
purpose; in accordance with some rule or custom.
*to put* (also *set*) *one's house in order*: see <u>HOUSE</u> *n.* 19.

*a*1500 (*a*1400) <u>WYCLIF</u> *Eng. Wks.* (1880) 349 þe fendes of helle trowen
alle þat we trowen, but hem failen charite to bynde her schelde in order.
**1526** *Bible* (Tyndale)*: 1 Cor.* xi. 34 Wother thynges will I set in order
when I come. **1567** <u>W. PAINTER</u> *Palace of Pleasure* II. xx. f. 133, Hauinge
set all things in order for that voyage. **1656** J. NICHOLL *Diary Public
Trans. & Other Occurr.* (1836) 189 The eistmest kirk of the twa being
first compleit and put in ordor. **1711** <u>POPE</u> *Ess. Crit.* 39 Thus useful Arms
in Magazines we place, All rang'd in Order, and dispos'd with Grace. **1772**
*Test Filial Duty* II. 219 Their house is putting in order. **1848** <u>THACKERAY</u>
*Vanity Fair* lvii. 516 He made his solemn preparations for departure:
setting his affairs in this world in order, and leaving the little property of
which he was possessed to those whom he most desired to benefit. **1878**

E. JENKINS *Haverholme* 28 Why should we spend a hundred thousand men and millions of money in setting that part of the world in order? **1897** M. KINGSLEY *Trav. W. Afr.* 525 One of the chief duties of these societies is to keep the women in order. **1915** A. CONAN DOYLE *Valley of Fear* I. vii. 122 No, no; everything is now in order. **1993** *Waterline* (Hayling Island Sailing Club) Summer 27/1 We circled the harbour on full rudder to check the autopilot, which was in order.

   **c.** orig. *U.S.* **in** (also **at, on**) **short** (also **quick**) **order**: without delay; immediately.

    **1830** *Cincinnati Chron.* 2 Jan. 1/2 He replied he didn't 'smoak me', and unless I cut cable in short order, he'd roar me up salt river. *a***1852** F. M. WHITCHER *Widow Bedott Papers* (1856) xxv. 307 If ever you dew it agin you'll git your walkin'-ticket on short order. **1857** J. A. TURNER *Cotton Planter's Man.* 126 First, Baden corn..was run up to a high pitch by false statements—..a complete failure; the thing passed off in quick order. **1892** *Outing* Apr. 19/1, I was so thoroughly comfortable that I went to sleep in short order. *a***1916** H. JAMES *Ivory Tower* (1917) III. iv. 198 Your solution, is marriage to a wife at short order. **1976** *Publishers Weekly* 24 May 58/3 Linda descends on twenties London to become, in short order, a model, the toast of lords [etc.]. **1996** S. DEANE *Reading in Dark* (1997) v. 203 Well, she told me, she let him know in quick order why.

   **d.** orig. *U.S.* Appropriate to or befitting the occasion; suitable; called for; correct.

    **1850** in *Rep. Deb. & Proc. Conv. Revision Constit. Ohio* (1851) 52/1, I have prepared a resolution..and whenever it may be in order I shall offer it. *a***1861** T. WINTHROP *John Brent* (1862) viii. 85 If the gent has made a remark what teches you, apologies is in order. **1878** J. H. BEADLE *Western Wilds* xxv. 399 One week sufficed to conclude my business in Oregon, but before leaving a few general notes are in order. **1903** *N.Y. Times* 4 Sept. 2/3 Good byes were in order on the Erin last night. **1962** G. KUBLER *Art & Archit. Anc. Amer.* ix. 205 A few 'glazed sherds' found during excavation: if these were plumbate, a Toltec Maya date would be in order. **1977** N. MARSH *Last Ditch* vi. 151 Is it in order for us to ring up your father and ask him to dine? **1992** *Guns Illustr.* (ed. 24) 8/1 Because I didn't order iron sights on this 40XR, a scope was in order.

   **e.** Chiefly *U.S.* Of tobacco: in good condition. Cf. sense 19c. Now *rare*.

    **1940** *Amer. Speech* **15** 134 *In order*, in pliable condition (with reference

to leaves). **1966** *Publ. Amer. Dial. Soc.* XLV. 18 The tobacco has to be in order before it can be properly stripped.

**26. *in order to*.    ‡a.** With regard or respect to, in reference to; for the sake of. *Obs.*

**1526** W. BONDE *Pylgrimage of Perfection* I. sig. Bviᵛ, The ryches of the worlde hath no goodnesse: but in order to man. **1646** H. LAWRENCE *Of Communion & Warre with Angels* 56 Wee come to their punishment, which..is necessary for us to know, in order to this subject. **1656** H. JEANES *Treat. Fulnesse of Christ* 393 in *Mixture Scholast. Divinity*, That which Paul speaketh of himselfe, and Timothy, in reference unto the Corinthians, 2 Cor. 6. 11 is applicable unto Christ in order unto all Christians. **1669** R. MONTAGU in *Buccleuch MSS* (Hist. MSS Comm.) (1899) I. 427, I gave..an account in my last of what I had done in order to his Majesty's commands.

**b.    ‡(*a*)** With a view to the bringing about of (something), for the purpose of (some desired end). *Obs.*

**1590** SPENSER *Faerie Queene* (1882) III. viii, There she was faine to call them all in order to her ayde. **1655** *Clarke Papers* (1899) III. 33 Col. Jones and Col. Penruddock are sent downe into the west in order to theire tryall. *a*1684 J. EVELYN *Diary* anno 1672 (1955) III. 624 After which I returned home, in order to another Excursion to the sea side. **1711** A. SPOTSWOOD in W. S. Perry *Hist. Coll. Amer. Colonial Church* I. 188 To meet me next week on our frontiers in order to a treaty. **1773** E. BURKE *Corr.* (1844) I. 428 A meeting ought..to be called..in order to a regular opposition in parliament. **1837** H. MARTINEAU *Society in Amer.* II. 229 In order to shoemaking, there must be tanning. **1869** E. M. GOULBURN *Pursuit Holiness* viii. 67 In order to the existence of love between two parties, there must be a secret affinity between them.

(*b*) With infinitive expressing purpose: so as *to* do or achieve (some end or outcome).

**1609** *Bible* (Douay): *Exod.* vi. 27 These are they that speak to Pharao, king of Egypt, in order to bring out the children of Israel from Egypt. **1660** in J. Simon *Ess. Irish Coins* (1749) 125 Tokens..with a privy marke..in order to discover the counterfeiting of any such like tokens. **1711** R. STEELE *Spectator* No. 48 ⁋2, I shall next Week come down..in order to take my Seat at the Board. **1774** O. GOLDSMITH *Hist. Earth* II. xiv. 336 They then incur every danger, in order to rescue their young.

**1822** BERZELIUS in *Edinb. Philos. Jrnl.* 7 6 These two minerals have a great relation with the Mesolite; and in order to distinguish them, I shall call the upper stratum Mesole, and the lower grained stratum Mesoline. **1868** *Chambers's Encycl.* III. 142/1 In order to support the roof..a second row of columns was introduced. **1912** H. CROLY *Marcus Alonzo Hanna* 99 In the beginning he may have taken some long chances in order to accelerate the progress of the firm. **1960** *Observer* 20 Mar. 40 The surgeon did not know which way to turn in order to save the child. **1994** *Food & Wine* Oct. 74 (*caption*) True risotto must be stirred continuously in order to develop its unique texture.

**27. out of order**: not in proper sequence, orderly arrangement, or settled condition; (of a person) not in proper or normal condition of action, mind, bodily health, etc.; indisposed; (of a mechanical or electrical device) not working properly or at all. Also *attrib.* (usu. with hyphens). See also sense 12b.

In sense 'indisposed' very common in the 18th cent.

**1530** J. PALSGRAVE *Lesclarcissement* 214/1 Disarey, out of order, *desaroy.* **1546** BP. S. GARDINER *Let.* 2 Jan. (1933) 211 The worlde is soo far out of ordre as ther is smal cause to make any fest. **1596** J. DALRYMPLE tr. J. Leslie *Hist. Scotl.* (1888) I. 31 Ky, nocht tame..bot lyke wylde hartes, wandiring out of ordour. **1608** E. TOPSELL *Hist. Serpents* 250 The patient is much disquieted, vexed, & too much out of order. **1661** R. BOYLE *Some Consid. Style of Script.* (1675) 113 To mend a watch, that's out of order. **1673** *Philos. Trans. Royal Soc.* 8 6183 Sometime two, three, or more of the joynts in a Piece are slipped and out of order or rank. **1722** *London Gaz.* No. 6098/1 His..Majesty being out of Order, by reason of a Cold. **1772** JOHNSON *Let.* 4 Nov. (1992) I. 405 Since I came to Ashbourne I have been out of order. I was well at Lichfield. **1814** F. BURNEY *Wanderer* II. III. xxv. 131 Don't fail to stop at our house in your way back to your lodgings, Miss Ellis, to look at my harp. I believe it's out of order. **1861** C. DARWIN *Origin of Species* (ed. 3) iv. 137 A high organisation would be..more liable to be put out of order and thus injured. **1882** *Daily Tel.* 28 Oct. 2/4 Waters in Sheffield district still out of order, and angling at a standstill. **1925** S. WEYMAN *Queen's Folly* (1927) xix. 189 He fell out of the line [of shooters] on the ground that his Manton was out of order. **1950** T. WALSH *Nightmare in Manhattan* III. 82 A phone booth behind the news-stand—it has an out-of-order sign on it. **1990** *Computer Buyer's Guide & Handbk.* 8 48/2 You might wind up with correct words but with the text string completely out of order.

**28. in order for.** †**a.** With a view to achieving (a desired end)

Oxford English Dictionary order, n.

(*obs.*).   **b.** So as to obtain.

> **1609** *Bible* (Douay)*: 2 Macc.* v. 8 Having been shut up by Aretas, the king of the Arabians, in order for his destruction,..as an enemy of his country and countrymen, he was thrust out into Egypt. **1698** G. POWELL *Imposture Defeated* I. 3 My Master has pack'd up in order for the taking of a Journey to Hell. **1746** E. HAYWOOD *Female Spectator* No. 24 (1748) IV. 281 The various stratagems to which she was obliged to have recourse, in order for this discovery. **1749** H. FIELDING *Tom Jones* III. VIII. xi. 243 There was scarce a Wickedness which I did not meditate, in order for my Relief. **1833** W. WHEWELL *Astron.* i. 27 The ripening of the seed, its proper deposition in order for the reproduction of a new plant. **1936** R. S. GLASGOW *Princ. Radio Engin.* i. 22 In order for these machines to produce even harmonics it would be necessary for, [etc.]. **2001** *Cosmopolitan* Dec. 116/1 In order for sex to meet your standards, you prefer control over your prey..and might even like to engage in some domination games.

**29. *in order that*:** with the aim or purpose that; to the end that.

> **1671** E. SETTLE *Cambyses* IV. iv. 64 In order that we may this deed fulfill, We first will execute th'Impostor's Will. **1711** J. ADDISON *Spectator* No. 62 ¶2 In order..that the Resemblance in the Ideas be Wit [etc.]. **1749** H. FIELDING *Tom Jones* V. ix, Blifil and the doctor..waked the sick man, in order that the doctor might feel his pulse. **1832** H. MARTINEAU *Hill & Valley* viii. 126 In order that you may see that we cannot help doing so. **1875** B. JOWETT tr. Plato *Dialogues* I. 123, I have come to you now, in order that you may speak to him. **1902** *Encycl. Brit.* XXVIII. 83/2 In order that street surfaces may be well lighted, the minimum illumination should not fall below 0·1 candle-foot. **1992** *Caribbean Week* Apr. 25/1 A group of preservationists who sought an injunction to stop the construction in order that further archaeological work could be done.

**30. *order of the day*.** [Cf. French *l'ordre du jour* (1755 in military context, 1771 in political context).]   **a.** *Polit.* In a legislative body: the business set down for debate on a particular day.

> **1698** *Orig. Jrnls. House of Commons* 8 Apr. **101** 45 The House (according to yᵉ Order of the day) Resolved it self into a Committee of the whole House to Consider further of Wayes and Meanes for Raising yᵉ Supply granted to His Majesty. **1729** E. KNATCHBULL *Parl. Diary* (1963) 95 The orders of the day were moved for and so this day's debate ended. **1779** *Parl. Reg.* 5 May 401 The order of the day was read for the House to

resolve itself into a committee of supply. **1842** W. T. BRANDE *Dict. Sci.,
Lit. & Art* 895/2 The motion *for reading the order of the day* has equally
[with a motion to adjourn] the effect of superseding the existing question.
**1894** R. H. DAVIS *Eng. Cousins* 167 In the Order of the Day these
questions now appear numbered and titled. **2001** *United News
Bangladesh* (Nexis) 11 July, Canceling order of the day, the Jatiya
Sangsad sat late in the afternoon in a mourning session.

**b.** *colloq.* The prevailing rule, custom, or state of affairs of the time.

**1791** T. PAINE *Rights of Man* II. iii, They [*sc.* revolutions] are become
subjects of universal conversation, and may be considered as the *Order of
the day.* **1795** G. WASHINGTON in J. Sparks *Life G. Morris* (1832) III. 66
Peace has been (to borrow a modern phrase) the order of the day. **1840**
R. H. DANA *Two Years before Mast* xxvi. 87 Industry was the order of the
day. **1897** *Pall Mall Mag.* Dec. 583 November's dark hours and gloomy
fogs were once more the order of the day. **1928** *Cent. Mag.* Aug. 465/2
Radio sets flood the market, beauty parlors spring up on every side,
dancing, feasting, joy-riding are the order of the day. **1991** *Managem.
Accounting* Sept. 69/3 Networking is the order of the day. Building
chains of customers is the way for businesses to succeed in the 1990s.

**c.** *Mil.* A specific command or notice issued by the commanding officer to
the troops under his or her command.
     Recorded earliest in extended use.

**1804** J. COLLINS *Scripscrapologia* 102 'Britons, Strike Home!' The Order
of the Day; 'Britons, Strike Home!' **1850** R. W. EMERSON *Representative
Men* vi. 236 The best document of his relation to his troops is the order of
the day..in which [etc.]. **1949** A. KOESTLER *Promise & Fulfilm.* vii. 88
The famous order of the day of the G.O.C. Palestine..which..imposed a
ban on fraternization with the Jews. **1999** *Washington Post* (Nexis) 1
Sept. C15 The command was issued as the order of the day to the army
massed on Polish frontiers.

**VI.** Compounds.

**31.** General *attrib.*, as **order-maker, system**; **order-loving** adj.; -
**making** n. and adj. **order clerk**, a clerk who enters business orders.
**order-disorder** *a.* (attrib.) *Physics*, designating a change in which an alloy
or other substance adopts a less ordered structure, e.g. one in which
particular atoms become randomly distributed in a lattice. **order-driven** *a.*,
(*a*) determined or directed by commands given; (*b*) *Stock Market*, (orig.

Oxford English Dictionary order, n.

*U.S.*) of or designating a system or market in which prices are determined by the orders placed by dealers. **order form**, a printed form on which a customer writes the details of a required product or service. **order man** (chiefly *Austral.* and *N.Z.*), a man who takes or makes out orders. **order mark**, a minor school punishment. **order-pad**, a pad of order forms. **order paper**, (*a*) a paper on which the day's business for a legislative assembly is entered; (*b*) (in the House of Lords) a publication of questions, etc., for the remainder of the session. **order wire** *Telecomm.*, a channel or path in a communication system used for signals controlling or directing system operations. †**order-word** *Obs.* [cf. French *mot d'ordre* (1793), and earlier *ordre* (1686 in this sense)], the military pass-word of the day, a watchword.

> 1871 *Harper's Mag.* June 13/2 Here are..three 'amendment clerks', three '*order clerks', two 'invoice clerks', [etc.]. **1927** W. W. BISHOP *Pract. Handbk. Mod. Libr. Catal.* 21 The catalog room..should be..on the same floor with the order clerks, classifiers and shelf-listers. **1995** *Computerworld* (Electronic ed.) 10 July, Too many of his examples are drawn from..rarefied environments... There is not much here about crack accounting teams, order clerks or shop-floor supervisors.

> 1935 *Proc. Royal Soc.* A. **151** 13 The next class of substances to be identified in this sense are the metallic alloys showing an *order-disorder transition at a critical temperature. **1999** *Proc. National Acad. Sci. U.S.A.* **96** 8420/2 The transition was associated with a liquid-crystalline, order-disorder phase change of cholesterol esters within the particles.

> 1985 *Sociol. Theory* **3** 52/1 The search and rescue would then appear as *order-driven because collective representations of what is to occur would constrain social action. **1988** *Fortune* 1 Aug. 29/2 These stocks are order driven. Current earnings don't mean a thing. **1997** *Daily Tel.* 21 Oct. 28/5 Trading in blue chips, on the FTSE 100's first day as an order-driven market, suffered a shaky start.

> 1805 H. REEVE *Jrnl.* 2 Dec. in *Resid. Vienna & Berlin* (1877) 72 Dr. Vivenot..had made repeated applications for an *order-form to look at this collection. **1894** *Country Gentlemen's Catal.* 3 We hope..that subscribers..will use our Enquiry and Order Forms. **1991** S. FALUDI *Backlash* II. vii. 186 He waggles a ruffle-decked gown before a buyer with a blank order form.

Oxford English Dictionary order, n.

**1798** *Spunkiad* iv. 22 Our *order-loving Dayton..soon found a way..to..screen his Griswold from impending harm. **1890** 'R. BOLDREWOOD' *Miner's Right* II. xv. 68 His order-loving soul was daily vexed by reason of the irregularities. **1997** *Amer. Polit. Sci. Rev.* **91** 671/2 The order-loving Soviet people would welcome attempts to restore the political and social stability that seemed to have crumbled under perestoika and glasnost.

**1898** *Harper's Mag.* Mar. 536/2 For another twenty or thirty minutes Wolf went on banging with his board and demanding his rights; then at last the weary President threatened to summon the dread *order-maker. **1906** W. JAMES *Mem. & Stud.* (1911) ix. 222 Not only in the great city, but in the outlying towns, these natural ordermakers, whether amateurs or officials, came to the front immediately. **1997** *Hotel & Motel Managem.* (Electronic ed.) 3 Mar., In recent years, most properties have addressed the need for their reservations sales agents to make a transition from order-takers to order-makers.

**1902** W. JAMES *Varieties Relig. Experience* viii. 170 Unhappiness is apt to characterize the period of *order-making and struggle. **1963** *Times* 22 Feb. 5/1 The order-making machinery in the Bill. **1998** *Oxfordshire Bull.* Sept. 11/3 It should be possible to appeal to the Secretary of State after the order making stage is completed.

***a*1951** A. C. HEADLEY in W. Murdoch & H. Drake-Brockman *Austral. Short Stories* (1951) 367 It was the rent and the *order man, and a new pair of shoes. **1977** *N.Z. Herald* 5 Jan. 2-11/5 (*Advt.*), An experienced timber orderman is required for timber yard in western suburbs.

**1912** A. BRAZIL *New Girl at St. Chad's* vi. 99 By general custom all pencils..or other stray possessions were put into what was known as the forfeit tray, whence their owners might reclaim them by paying the penalty of the loss of an *order mark. **1963** H. C. BARNARD & J. A. LAUWERY *Handbk. Brit. Educ. Terms* 141 *Order mark*, a punishment (usually confined to girls' schools) for offences of a comparatively trivial kind.

**1936** L. C. DOUGLAS *White Banners* x. 226 She pushed the *order-pad and pencil towards him. **1972** M. KAYE *Lively Game of Death* (1974) i. 4 Manufacturers..whip out order pads and hope to sell enough merchandise. **1997** J. RYAN *Dismantling Mr Doyle* vii. 80 The waitress finished taking the order..and slapped her order-pad closed.

Oxford English Dictionary order, n.

**1876** *Galaxy* July 131/1 The \*Order Paper of the Council contains the following minute. **1896** *Times* (weekly ed.) 19 Jan. 52/2 There were as many as 70 questions on the order paper. **1946** *May's Treat. Parl.* (ed. 14) II. xii. 245 Together with the Minutes of Proceedings is printed the Order Paper, consisting of a programme of future business so far as appointed. **1984** S. JOHNSON *Tunnel* i. 1 Grantham wanted to wave his order paper but refrained.

**1829** *Censor* 224 Render it incumbent on him to adopt the Shilling \*Order system. **1902** *Philos. Rev.* **11** 394 So far as this search succeeds, the succussion of our acts finds itself expressed in an objective series which becomes a complex order-system. **1992** *Jrnl.* (Milwaukee) 23 July B 1/4 The legislation would change the federal government's milk marketing order system.

**1912** J. B. THIESS & G. A. JOY *Toll Telephone Pract.* xiv. 214 (*caption*) Phantom circuit used as an \*order wire. **1973** R. N. RENTON *Data Telecommunication* ix. 211/1 Communication with the customer for setting up and clearing connections is effected over telephone circuits (order wires) via the normal telephone exchange. **1992** *IEEE Spectrum* Mar. 41/1 Orderwire: a voice or data circuit used by technical control and maintenance personnel for setting up, monitoring, and controlling communications systems and services.

**1875** L. MORRIS *Wks.* (1907) 146 No word or glance as they shuffled along But the \*order-word, sharp and loud. **1898** T. HARDY *Wessex Poems* 71 Marmont against the third gave the order-word.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# periodic, *adj.*[1] and *n.*

DRAFT REVISION Dec. 2005

*Brit.* /ˌpɪərɪˈɒdɪk/, *U.S.* /ˌpɪriˈɑdɪk/ Forms: 16-17 **periodick**, 16- **periodic**. [< French *périodique* (of symptoms) recurring at regular intervals (15th cent. in Middle French), (of the recurring motion of a celestial object) completed within a fixed period (1634), characterized by the use of rhetorical periods (1671), (of a magazine, journal, etc.) published at regular intervals (1721; 1872 as noun in this sense) and its etymon classical Latin *periodicus* intermittent (Pliny, of fevers), in post-classical Latin also characterized by the use of rhetorical periods (5th cent.) < Hellenistic Greek περιοδικός of or relating to the recurring motion of a celestial object, recurrent, intermittent (of fevers), characterized by the use of rhetorical periods < ancient Greek περίοδος PERIOD *n.* + -ικός -IC suffix. Cf. earlier PERIODICAL *adj.*

With use as noun (see sense B.) cf. earlier PERIODICAL *adj.* 1.]

## A. *adj.*[1]

**1.** *Astron.* Of or relating to the recurring motion of a celestial object, esp. in its orbit or apparent orbit.

> **1642** J. HOWELL *Instr. Forreine Trav.* (1869) 87 In as short a compas of time as the Sun finisheth his periodic annuall motion. **1694** W. HOLDER *Disc. Time* vi. 69 The moon has two accounts of her circuit,..one her periodic month, or month of peragration:..the other is her synodic month. **1769** *Philos. Trans. 1768* (Royal Soc.) **58** 179 The duplicate proportion of the periodic month to the anomalistic month. **1833** J. F. W. HERSCHEL *Astron.* viii. 248 A direct method of ascertaining the periodic time of each planet. **1893** R. S. BALL *Story of Sun* 97 What the periodic time of the Moon would have been if our satellite had been devoid of mass. **1941** *Philos. Trans.* (Royal Soc.) A. **239** 205 In order to examine the stability of the periodic motion [of Saturn's rings]..we shall find it necessary to proceed to approximations. **1992** S. P. MARAN *Astron. & Astrophysics Encycl.* 54/2 Astrometric binaries are pairs in which the companion cannot be seen directly, but its presence may be inferred from the periodic motion of the brighter star.

**2. a.** *Med.* and *Veterinary Med.* Of, relating to, or characterized by

regularly recurring symptoms; (of symptoms) recurring at regular intervals.

1661 R. LOVELL Πανζωορυκτολογια 365 The boulimos is a great periodick appetite, often ending in nauseousnesse. 1742 E. YOUNG *Complaint* VI. 154 Periodic Potions for the Sick. 1805 *Med. Jrnl.* 14 88 The fevers of the periodic class exhibit great variety of condition. 1898 T. C. ALLBUTT *Syst. Med.* V. 577 Slight periodic throbbing pains in the joints. 1928 *Arch. Neurol. & Psychiatry* 19 865 The 'explosive' phenomena selected were infantile convulsions, breath-holding, head-banging and a miscellaneous group of periodic attacks. 1957 *Science* 27 Sept. 611/1 In patients other than schizophrenic, DMAE produces relief of periodic headache, functional bowel distress, and chronic fatigue syndromes. 1990 *Brain* 113 1372 Acetazolamide, initially tried in analogy with its effect in familial periodic ataxia.., has been used by 12 patients.

**b.** Recurring at regular intervals, regular; (more generally) recurring or reappearing intermittently.

1750 H. WALPOLE *Let.* 2 Apr. in *Lett. to H. Mann* (1834) II. 328, I have advised several who are going to keep their next earthquake in the country to take the bark for it, as it is so periodic. 1834 T. CARLYLE *Sartor Resartus* III. viii. 92/2 Such a minnow is man;..his Ocean the immeasurable All; his Monsoons and periodic Currents the mysterious Course of Providence. 1856 T. DE QUINCEY *Confessions* in *Select. Grave & Gay* V. 25 The fretting..of anxiety, which..he kept alive by this periodic exaction. 1873 T. HARDY *Pair of Blue Eyes* II. xii. 252 His hopes for the best had been but periodic interruptions of a chronic fear of the worst. 1885 *Jrnl. Hellenic Stud.* 6 344/2 The twenty-second periodic celebration of the Trajaneia. 1940 G. TAYLOR *Austral.* viii. 181 The red soils indicate that the material has been peroxidized under a hot sun in an arid climate not subjected to periodic flooding. 1977 *Washington Post* 20 Feb. K6 The home-video idea..is making one of its periodic bids for attention. 1998 *Borneo Bull.* (Nexis) 7 Apr., There are two inter-monsoon periods in a year occurring before the periodic monsoon. 2002 N. DRURY *Dict. Esoteric* 77/2 There have been periodic clashes with the Royal Canadian Mounted Police.

**c.** *Math.* Of a function: such that the dependent variable returns to the same value at constant intervals of the independent variable (starting from any value of the independent variable).

1820 C. BABBAGE *Examples Functional Equations* 4 To find periodic functions of the *n*th order. 1850 J. F. W. HERSCHEL in *Philos. Trans.*

(Royal Soc.) **140** 400 If A$x$, B$x$, &c. be simply constant, the function may be termed a periodic one, since it assumes in periodic and constantly recurring succession the values A, B, C..N, A, B, &c. *ad infinitum*. **1882** G. M. MINCHIN *Uniplanar Kinematics* 13 A function of a variable, $x$, is said to be a periodic function..if its values repeat themselves for values of the variable differing by a constant. **1926** *Proc. London Math. Soc.* **25** 495 H. Bohr..has constructed the theory of almost periodic functions. **1990** *IMA Jrnl. Numerical Anal.* **10** 523 Each $2\pi$-periodic function $v$ has a Fourier expansion.

**d.** *Physics.* Of a physical phenomenon or structure: varying in such a way that the same state or attribute is regularly repeated in time or space; having a physical structure of this nature; exhibiting periodicity.

**1836** *Philos. Trans.* (Royal Soc.) **126** 136 It may be expected, like other tidal inequalities, to be resolvable into a non-periodic and a periodic part. **1859** S. PARKINSON *Optics* (1866) 104 The cylindrical beams transmitted through these annular lenses sweep the horizon and produce a revolving or periodic light. **1899** W. S. FRANKLIN & R. B. WILLIAMSON *Elem. Alternating Currents* v. 59 If a periodic force of given maximum value and given frequency acts upon the body..the body will be set vibrating at the same frequency as that of the force. **1934** *Nature* 16 June 916/1 The electron extracted from the atom may only move through the periodic field of the lattice with certain discrete energies. **1967** *Brain* **90** 821 The rods showed a crystalline structure with characteristic periodic patterns. **1990** *New Scientist* 30 June 65/3 Slowly altering the value of R2 made the circuit pass through alternating regions of chaos and regular, periodic oscillations.

**3.** Of verbal or written style: characterized by the use of rhetorical periods (PERIOD *n.* 16); elevated, formal, ornamental.

**1701** tr. J. Le Clerc *Lives Primitive Fathers* 276 Those Letters are not writ in a Periodick Style, as the Orations. **1709** E. WARD *Humours of Coffee-house* in *Writings* IV. 51 E'ery Sentence so precisely stiff, Was gravely stop'd with periodick whiff. **1828** T. DE QUINCEY *Elem. Rhetoric* in *Blackwood's Mag.* Dec. 898/1 The splendour of his periodic diction, with his fine delivery, compensated his defect in imagery. **1860** G. P. MARSH *Lect. Eng. Lang.* xvii. 361 The Italian resembles the Latin in independence of fixed laws of periodic arrangement. **1875** B. JOWETT tr. Plato *Dialogues* (ed. 2) III. 527 Anaxagoras never attained to a connected or periodic style. **1937** J. P. MARQUAND *Late George Apley* i. 4, I could not avoid thinking of all the other lives which I had heard read out from

that platform in sonorous, periodic sentences. **1992** *Amer. Scholar*
Autumn 492/2 He wrote..wondrously intricate periodic sentences
embedded in impressively lengthy, neatly pointed paragraphs.

**4.** = PERIODICAL *adj.* 5. Now *rare.*

> **1835** I. TAYLOR *Spiritual Despotism* i. 19 The despotism of the Periodic
> Press. **1873** *Appletons' Jrnl.* 8 Mar. 339/1 Those whose nameless voices
> communicate, through the infinite reverberations of the periodic press,
> ideas whose originators we meanwhile lose sight of. **1904** *Westm. Gaz.*
> 30 Apr. 5/2 There is in all these respects no better model for the
> journalist or periodic writer. **1930** H. G. WELLS *Autocracy of Mr.
> Parham* II. iv. 128 The need of a stronger and clearer guidance in our
> periodic literature. **1996** *Russ. Rev.* **55** 9 The periodic press or literary
> almanacs and publicistic ventures of the period.

**5.** *Chem.* Of or relating to the periodicity of the elements. Cf. *periodic
classification* n. at Special uses, *periodic law* n. at Special uses, *periodic
system* n. at Special uses, *periodic table* n. at Special uses

> **1872** *Philos. Mag.* **43** 251 The regular progression in physical and
> chemical properties observable in members of the same family..are either
> consequences of, or closely related to, these 'periodic laws'. **1897** *Science*
> 1 Oct. 500/1 Let us turn our attention to..the atomic weight of argon, and
> its anomalous position in the periodic scheme of the elements. **1925**
> *Science* 20 Feb. 208/2 To establish the important facts concerning these
> missing elements, their location in the periodic scheme, [etc]. **1989** in
> *Chemists through Years* (Royal Soc. Chem.) (1994) II. 154/2 Element 87,
> owing to its position in the periodic chart, is the most electropositive
> element.

**6.** Relating to a particular period of time; relating to or characteristic of a
particular period of history (= PERIOD *adj.*).

> **1884** J. TAIT *Mind in Matter* IV. 140 A periodic conception of the [six]
> 'days' would at once suggest itself,..the divine rest embracing an
> indefinite period. **1937** *Amer. Home* Apr. 165/2 (*advt.*) Those with other
> preferences will find a 'happy discovery' among our large assortment of
> various periodic designs. **2001** *Houston* (Texas) *Press* (Nexis) 8 Mar.
> (Music section), There are plenty of bands playing tunes in periodic style
> that don't sound authentic to me. They may be playing an old tune, but
> are they putting themselves into the music?

**B.** *n.*   = <u>PERIODICAL</u> *n.* 2. *rare.*

> **1920** <u>C. E. MULFORD</u> *Johnny Nelson* xvii. 222 He says yore puncher was
> on th'worst bender he's seen in months... That's th' worst of them
> periodics! You can't never tell when they'll start.

---

SPECIAL USES

**periodic classification** *n. Chem.* the classification of the chemical
elements according to the periodic law.

> **1881** *Chem. News* 14 Jan. 16/1 The criticism of Prof. Wurtz upon the
> \*periodic classification. **1936** <u>S. GLASSTONE</u> *Recent Adv. Gen. Chem.* i. 36
> This elaborate investigation has eliminated all the elements of the first
> group of the periodic classification. **1995** *Marketing Sci.* 14 G31
> Mendeléev's periodic classification of the chemical elements.

**periodic comet** *n. Astron.* a comet with an observably elliptical orbit,
esp. one that brings it into the inner solar system at regular intervals.

> **1852** E. COOPER *Cometic Orbits* 9 The small inclinations of the orbits of
> \*periodic comets. **1925** *Science* 2 Oct. p. x/2 Brooks's comet [is] one of
> the seven periodic comets expected to visit the region of the earth this
> summer. **1992** S. P. MARAN *Astron. & Astrophysics Encycl.* 505/2 The
> Comet Rendezvous and Asteroid Flyby (CRAF) spacecraft is to
> accompany the periodic comet Kopff over much of its orbit.

**periodic error** *n. Mech.* and *Physics* an error that recurs at regular
intervals and so can be predicted (and therefore corrected for).

> **1850** <u>R. W. EMERSON</u> *Montaigne* in *Representative Men* iv. 160 We are
> golden averages, volitant stabilities, compensated or \*periodic errors.
> **1879** *Amer. Jrnl. Math.* **2** 338 In consequence of the periodic error of the
> screw, a periodic inequality is produced in the ruling. **1953** K. J. HUME &
> G. H. SHARP *Pract. Metrol.* (1965) II. v. 31 The periodic error is the error
> existing in one revolution of the micrometer and is usually caused by
> 'drunkenness' of the thread or eccentricity of the thimble or its
> graduations. **2002** *Appl. Physics Lett.* **81** 3122 From scanning electron
> microscope observation of the crystals, the periodic error was determined
> to be within 50 nm.

**periodic inequality** *n. Astron.* (now *rare*) a recurring perturbation in the orbit of a celestial object due to the gravitational attraction of another body.

> **1830** *Philos. Trans.* (Royal Soc.) **120** 340 The periods of the \*periodic inequalities of all the elliptic constants due to the action of the resisting medium are fractional parts of the periodic time of the planet. **1927** *Proc. National Acad. Sci. U.S.A.* **13** 834 The periodic inequality in the photometric formula can be accounted for by the progressive motion of the periastron.

**periodic law** *n. Chem.* the law that the chemical elements, when listed in order of their atomic numbers (originally, atomic weights), fall into recurring groups, so that elements with similar properties occur at regular intervals.

> **1872** *Philos. Mag.* **43** 251 The regular progression in physical and chemical properties observable in members of the same family..are either consequences of, or closely related to, these '\*periodic laws'. **1907** *Science* 4 Jan. 10/2 Professor J. J. Thomson has succeeded in picturing the periodic law as an almost immediate consequence of the atomic structure which he has proposed. **1996** *Isis* **87** 595 The reception of the periodic law of the elements..has attracted only a handful of historians, although the story of its discovery and verification is well known.

**periodic system** *n. Chem.* = *periodic classification* n.

> **1875** *Chem. News* 24 Dec. 294/1 These characters of [gallium]..have been obtained..by considering its place in the \*periodic system of the elements. **1969** J. W. VAN SPRONSEN (*title*) The periodic system of chemical elements. **2001** *Slavic Rev.* **60** 757 Mendeleyeev is best known as the formulator of the periodic system of chemical elements.

**periodic table** *n. Chem.* a table of the elements arranged according to the periodic law; *spec.* one in which they are arranged in order of atomic number, usually in rows, such that groups of elements possessing analogous electronic structures, and hence exhibiting similar chemical properties, form vertical columns (groups) of the table.

> **1890** *Science* 21 Feb. 126/2 The horizontal series in the \*periodic table to which the element belongs. **1930** *Engineering* 21 Mar. 372/2 The sequence of the elements in the old periodic table with its eight groups and seven periods. **1990** *Sciences* Jan.-Feb. 4/3 When the elements are merely indexed by atomic weight, a list results, but when that list is

arranged so that similar elements appear in vertical columns..the list becomes the periodic table.

**periodic time** n. (*a*) *Astron.* = <u>PERIOD</u> n. 7b; (*b*) *Science* = <u>PERIOD</u> n. 7e.

**1715** tr. D. Gregory *Elements Astron.* I. I. §84. 192 If the Sun were retained by the same Force [*sc.* gravity], propagated so far as itself, the Cubes of the Distances of the Sun and Moon..would have the same ratio as the Squares of their \*Periodic Times. **1862** W. FROUDE *Rolling of Ships* 75 All ships having the same 'periodic time', or period of natural roll, when artificially put in motion in still water, will go through the same series of movements. **1870** *Nature* 6 Oct. 461/1 The periodic time of a wave, its length.., and its speed of advance, are all related to each other by laws. **1977** *Whitaker's Almanack* 156/1 The squares of the periodic times vary as the cubes of the semi-major axes.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

## queue, *n.*

SECOND EDITION 1989

(kjuː)  Also 9 **queu**. [a. F. *queue*, OF. *coue, cue, coe*:—L. *cauda* tail: see <u>CUE</u> *n.*[3]]

**1.** *Her.* The tail of a beast.
**queue fourché(e**, having a forked or double tail.

> **1592** W. WYRLEY *Armorie* 41 Gold ramping Lion queue doth forked hold.
> **1864** BOUTELL *Her. Hist. & Pop.* xiv. (ed. 3) 164 The lion of Gueldres is
> also queue fourchée. **1868** CUSSANS *Her.* (1893) 86 A Lion, with its tail
> between its legs, is said to be *Coward*; when furnished with two tails,
> *Queue fourché*, or *Double queued*.

**2.** A long plait of hair worn hanging down behind, from the head or from a
wig; a pig-tail.

> **1748** SMOLLETT *Rod. Rand.* (1760) II. xlix. 116 A..coat over which his
> own hair descended in a leathern queue. **1774** GOLDSM. *Nat. Hist.* II. v.
> 100 The largeness of the doctor's wig arises from the same pride with the
> smallness of the beau's queue. **1802** JAMES *Milit. Dict., Queue*..an
> appendage that every British soldier is directed to wear in lieu of a club.
> **1843** LE FEVRE *Life Trav. Phys.* I. I. viii. 183 Old cocked-hats, and tied
> queues, still stalk about the town. **1888** W. R. CARLES *Life in Corea* iii.
> 40 These boys were all bachelors, and wore their hair in a queue down
> their backs. **1904** L. HEARN *Japan: an Attempt at Interpretation* xii. 257
> All classes excepting the nobility, samurai, Shinto priests, and doctors,
> shaved the greater part of the head, and wore queues. **1947** R. BENEDICT
> *Chrysanthemum & Sword* iv. 77 Insignia and distinctive dress of caste
> were outlawed—even queues had to be cut. **1959** E. TUNIS *Indians* 117/1
> The Hopi had brown skins and straight black hair. Men wore it either in a
> queue bound up in the back or in the long bob they inherited from the
> Basket-makers. **1976** 'D. FLETCHER' *Don't whistle 'Macbeth'* 22 One of
> her habitual wigs..that..ended in a pert *queue* at the back.

**3.** A number of persons ranged in a line, awaiting their turn to proceed, as
at a ticket-office; also, a line of carriages, etc. Also *transf.* and *fig.* **to jump**

*the queue*: see JUMP *v.* 10c.

> **1837** CARLYLE *Fr. Rev.* I. VII. iv, That talent..of spontaneously standing in queue, distinguishes..the French People. **1862** THACKERAY *Philip* II. viii. 177 A half-mile *queue* of carriages was formed along the street. **1876** C. M. DAVIES *Unorth. Lond.* (ed. 2) 120 A long queue, like that outside a Parisian theatre. **1903** E. CHILDERS *Riddle of Sands* xxvi. 298, I joined a *queue* of three or four persons who were waiting their turn, flattened myself between them and the partition till I heard him walk out. **1943** E. M. ALMEDINGEN *Frossia* ii. 64 Paulina had a mind above bread queues and unlit streets. **1951** *Jrnl. R. Statistical Soc.* B. XIII. 152 My own interest in the subject arose from a correspondence..about queues of taxis in station yards and of customers in retail shops. **1953** *Times* 5 Nov. 4/2 It would be for the Commons to discuss whether the claim of the judges on salaries in the queue of claims should be met before others. **1956** *Newsweek* 9 Jan. 43/1 In Leningrad, Gershwin's music and Heyward's 'Porgy' were anticipated by a two-day queue for tickets priced up to $15 apiece in rubles. **1958** *Listener* 20 Nov. 839/3 After the war the railways had to take their place in the queue after housing and housing repairs. **1966** *Rep. Comm. Inquiry Univ. Oxf.* II. 279 In arts and social studies, most of those with a college post before a university post were tutorial fellows in the 'queue' for a CUF lectureship. **1968** *Sci. Amer.* Aug. 96/1 Airplanes stacked over an airport, shoppers,..freight cars lined up for unloading at a railroad terminal and messages seeking a free path through a telegraph network all have one thing in common: they are members of a queue, or a line waiting for a service. **1969** *Listener* 28 Aug. 267/3 Are we going to wait until Marxism and socialism have conquered the world, and then stand there last in the queue, waiting for its return to us? **1977** *Spare Rib* May 19/4 Women in poor areas are always at the end of the queue for anything.

**4.** A support for the butt of a lance.

> **1855** in OGILVIE *Suppl.* **1860** HEWITT *Ancient Armour* Suppl. 647 The butt of the lance..is supported by the piece called the queue: this was of iron, and made fast to the body-armour by screws.

**5. a.** 'The tail-piece of a violin or other instrument.'   **b.** 'The tail of a note' (Stainer & Barrett *Dict. Mus. Terms* 1876).

**6.** (Perh. a different word.) A barrel or cask capable of holding approximately one and a half hogsheads of liquid, usu. wine.

**1777** P. THICKNESSE *Year's Journey* I. vi. 47 The carriage of a queue of wine from Dijon to Dunkirk..costs an hundred livres..but if sent in the bottle, the carriage will be just double. **1851** C. REDDING *Hist. & Descr. Mod. Wines* v. 91 The names applied in various wine districts of France to the casks which they use, differ without reference to the measure; in the department of the Marne, the *tonneau* is called the *queue*. **1931** W. E. MEAD *Eng. Medieval Feast* iii. 81 In 1385-6 Jean de Neele declared that his household used in one year between six and seven 'queues' of verjuice or between 2,346 and 2,737 litres. **1956** *Atlantic Monthly* June 94/2 In Burgundy the barrel is called *pièce* and contains from 226 to 228 liters, in the Mâconnais 215 liters, in the Beaujolais 216 liters, in Alsace 114 liters. In the Champagne it's called a *queue* and contains 216 liters.

**7.** *attrib.* and *Comb.*, as **queue day, discipline, driving, form, number, system, theory** (hence **queue-theoretic** adj.); **queue-barging** *vbl. n.*, = QUEUE-JUMPING.

**1977** *Time Out* 30 Sept.-6 Oct. 15/1 The elaborate queue system is an attempt to eliminate queue barging.

---

**1908** *Daily Chron.* 4 Aug. 3/4 It was queue day at the Franco-British Exhibition yesterday. At 6 o'clock..a line of people a quarter of a mile long extended on either side of the Flip Flap. **1951** *Jrnl. R. Statistical Soc.* B. XIII. 152 The queue-discipline is the rule or moral code determining the manner in which the customers form up into a queue and the manner in which they behave while waiting. **1972** *Guardian* 29 Aug. 2/1 The high standard of British queue discipline.

---

**1970** *Sunday Tel.* 20 Dec. 7/5 Yet another factor contributing to fast 'queue' driving in fog on motorways..is that drivers with their families as passengers tend to drive quickly for fear that a car behind might ram them.

---

**1902** *Westm. Gaz.* 14 Nov. 10/1 From the pens to the steps of the car the intending passengers will go in queue form, as now adopted with so much success at most of the theatres. **1956** R. BRADDON *Nancy Wake* I. i. 9 Each day they received queue numbers so that they could take up their correct positions next morning.

---

**1941** *New Statesman* 27 Dec. 523/2 The argument that the queue system is fair to everybody. **1966** S. BEER *Decision & Control* ix. 176 This

thoroughly basic situation is so important in operational research as applied to dynamic systems that a whole branch of mathematical statistics, known as queue theory, has been developed round it. *Ibid.* 178 Some of the earliest queue-theoretic notions were developed around the problem of the doctor's waiting room.

---

ADDITIONS SERIES 1993

**queue,** *n.*

Add:    **[3.] b.** *Computing.* A list of data items, commands, etc. stored in such a way that the most recently stored item cannot be, or by software convention is not, retrieved before all of the previously stored items have been retrieved. (Also formerly, = STACK *n.* 1 f.)

1963 BROOKS & IVERSON *Automatic Data Processing* vi. 310 If a pool is organized as a backward-chained stack, then the component next taken from the pool is the component last added to it. The queue of components in the pool therefore obeys a so-called last-in-first-out, or LIFO discipline. **1970** H. A. RODGERS *Dict. Data Processing Terms* 86/2 *Queue,*..an ordered sequence of items waiting to be serviced according to their order. **1983** *Austral. Personal Computer* Aug. 98/3 To use an array 'Q' to represent a queue is almost as simple. All you need is a pointer 'S' to the start of the queue and a pointer 'E' to the end of the queue.

# Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

## rental, *n.*                                    SECOND EDITION 1989

(ˈrɛntəl) Also 4-8 **rentall**, 6 **-aill**, **-ayl**. [a. AF. *rental* (Godef.) or ad. Anglo-Lat. *rentale* (Du Cange): see RENT *n.*[1] and -AL[1].]

**1. a.** A list or register of the rents due by tenants to a proprietor; a rent-roll. Now *rare*.

> **1362** LANGL. *P. Pl.* A. VII. 83 To ha reles and remission on þat rental I beleeue. **c1440** *Jacob's Well* 41 ʒif a styward fynde in þe old court-rollys & rentallys..þat þou art behynde of þi rente to þi lord. **1523** FITZHERB. *Surv.* 12 What rentes..the lorde ought to haue of his tenauntes can nat be knowen but by the..court rolles, rentayles [etc.]. **1584** *Reg. Privy Council Scot.* III. 698 Bringand with thame..ane just and trew inventour and rentall of the convent. **1709** *Lond. Gaz.* No. 4520/3 The two several Demesnes..to be Sold, and a Rental or Proposals thereof is to be had at Mr. Thomas Norton's. **1824** SCOTT *Redgauntlet* let. xi, I have heard of a thing they call Doomsday-book—I am clear it has been a rental of backganging tenants.

**b.** An income arising from rents received.

> **c1395** *Plowman's Tale* I. 474 Her seruauntes be to them vnholde But they can doublin theyr rentall. **1801** *Lusignan* II. 154 Emily's vast rental offered a mark to his ambition. **1878** LECKY *Eng. in 18th C.* II. vii. 239 Prior, in 1730, calculated the rental spent by absentees in England at about 620,000*l.*

**2. a.** The amount paid or received as rent.

> **1637-50** ROW *Hist. Kirk* (Wodrow Soc.) 42 If any Minister sett his gleib or manse, or any part of the fruits thereof, with diminution of the rentall, that all such tacks be declared null. **1765** BLACKSTONE *Comm.* I. viii. 300 The rental of the kingdom was supposed to be so exceeding low, that one subsidy of this sort did not..amount to more than 70,000*l.* **1844** DISRAELI *Coningsby* III. iii, Lord Everingham..frightened him with visions of rates exceeding rentals.

**b.** A house, flat, car, etc., let out for rent. Chiefly *N. Amer.*

> **1952** *Sat. Even. Post* 22 Nov. 25 Sometimes a mob of hoodlums in a rental forced off the road by pursuing police would get tangled up in their own arsenal. **1968** *Globe & Mail* (Toronto) 3 Feb. 3/3 Habitat, Expo's futuristic housing complex, has started a new life as an ordinary rental development. **1970** *New York* 16 Nov. 42/3 They began breaking up the mills and foundries into rentals for small~time manufacturers. **1972** J. GORES *Dead Skip* xi. 76 The house was a rental, and rental properties meant landladies. **1981** *Nordic Skiing* Jan. 47/1 The ski shop carries complete rentals in all sizes and reservations on rental equipment are accepted.

**3.** *Sc.* A species of lease or 'tack' granted to a 'kindly tenant' (see KINDLY *a.* 3, quot. 1773).

> **1565-6** *Reg. Privy Council Scot.* I. 428 Obtenit ane new tak and rentall thairof. **1580-1** *Ibid.* III. 351 They have..had thair rentalis thairof..for ane certane sowme of entrie. *a*1768 ERSKINE *Inst. Law Scot.* II. vi. §38 (1773) 267 Rentals commonly bear a clause, that the rentaller shall neither assign nor subset.

**4.** The fact or process of renting (in the sense of RENT *v.*[1] 3).

> **1915** *Nat. Real Estate Jrnl.* Nov. 332/2 The duty of the agent to owners whose property he has in charge for rental, requires him to make untiring effort to promptly secure desirable tenants. **1928** *Publishers' Weekly* 12 May 1951 The rental of children's books has not so far been well tested out, as only four of the stores replying have collections of children's books. **1977** *Grimsby Even. Tel.* 31 May 11/2 (Advt.), The property is on rental.

**5.** *attrib.* as **rental agency, agent, boll, book, car, (feu-)duty, house, land, mail, right, roll**; **rental library** chiefly *U.S.*, a library at which a charge is made for the loan of books.

> **1947** S. L. MCMICHAEL *How to operate Real Estate Business* xxvii. 221 The *rental agency must use considerable tact in fitting tenants into the right locations. **1972** J. PHILIPS *Vanishing Senator* III. iv. 136 Couldn't you try rental agencies? **1978** R. LUDLUM *Holcroft Covenant* xiii. 153 The rental agency was not amused, but Holcroft gave them no choice.

---

**1915** *Nat. Real Estate Jrnl.* Nov. 332/2 (*heading*) Duties of *rental agents. **1967** *Boston Sunday Globe* 23 Apr. B43/7 The rental agent is Martin Cerel, Natick realtor. **1979** *N.Y. Rev. Bks.* 17 May 37 (Advt.), Britain's most experienced rental agent is here to give you every assistance with your plans for accommodation.

*a***1768** ERSKINE *Inst. Law Scot.* II. x. §25 (1773) Sometimes the titular..accepted of a stated quantity of corns yearly, commonly called *rental bolls.

**1518-19** *Rec. St. Mary at Hill* 300 Paid for papur for..the *Rentall boke. *a***1768** ERSKINE *Inst. Law Scot.* II. vi. §37 (1773) 267 If the proprietor barely inrol a tenant in his rental-book,..the inrolment is sufficient to defend the tenant. **1824** SCOTT *Redgauntlet* let. xi, I will bear the contents to your credit in the rental-book.

**1962** *Time* 7 Dec. 84/3 Cut-rate *rental cars are generally as clean and well-serviced as the big three. **1978** S. SHELDON *Bloodline* xxxiii. 315 It took almost three hours for Max to drive to Lesgets in a Volkswagen, the cheapest rental car he could find.

**1640-1** *Kirkcudbr. War-Comm. Min. Bk* (1855) 95 The heritor to pey the tenth and twentieth penny for his *rentall dewtie.

**1591** *Reg. Privy Council Scot.* IV. 629 The auld *rentaill few dewitie.

**1953** A. UPFIELD *Murder must Wait* ix. 85 *Rental houses are few..and the demand for them is heavy.

*a***1768** ERSKINE *Inst. Law Scot.* II. vi. §38 (1773) 267 A rentaller..by exchanging his *rental lands..incurs the forfeiture of his right.

**1928** *Publishers' Weekly* 14 July 169 His basement book-store..is now the home of an unusually successful *rental library. **1934** G. CONKLIN *How to run Rental Library* i. 11 The rental library..is strictly limited to that type of book-renting business which is organized for the purpose of profit. **1946** R. CHANDLER *Let.* 9 Jan. (1966) 136 The publishers have co-operated in the rental library swindle over a period of years.

**1820** SCOTT *Monast.* xxxiii, Settling the *rental mails, and feu-duties.

Oxford English Dictionary rental, n.

---

**1838** W. BELL *Dict. Law Scot.* 566 The right was not effectual against singular successors, unless the rentaller could show a *rental right.

---

**1433** *Rolls of Parlt.* IV. 479/2 That the rolles of accounte..and the *rentall rolle..be putte and kepte in the cofre.

---

# Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

## selection

SECOND EDITION 1989

(sɪˈlɛkʃən) [ad. L. *sēlectiōn-em*, n. of action f. *sēligĕre*: see SELECT *v.*]

**1.** The action of selecting or choosing out; also the fact of being selected or chosen.

> **1646-58** SIR T. BROWNE *Pseud. Ep.* III. xxv. (ed. 4) 211 While we single out several dishes, and reject others, the selection seems but arbitrary, or upon opinion. **1744** HARRIS *Three Treat.* Wks. (1841) 83 It should seem, then,..that the essence of right conduct lay in selection and rejection. **1825** COLERIDGE *Aids Refl.* (1843) I. 187 There is [in the instinctive action of insects] selection, but not choice; volition rather than will. **1890** A. J. BELL *Why does Man exist?* xi. 75 Can selection of food-materials by plants be accounted for without consciousness? **1893** J. A. HODGES *Elem. Photogr.* (1907) 113 The careful selection of the point of view.

**2. a.** A particular choice; choice of a particular individual or individuals; *concr.* the (†person or) thing selected; a number of selected (†persons or) things. Often, a passage or a number of extracts from one or more literary works; a musical passage or a sequence of selected musical extracts.

> **1805** W. COOKE *Foote* II. 7 His company generally consisted of men of rank and fashion, some literary characters, and a selection from the stage. **1828** B. OAKLEY (*title*) Selections from Shakspeare. **1837** DICKENS *Pickw.* xxxvii, At this, the assembled selections laughed very heartily. **1857** W. ACTON *Prostitution* vii. 103 [We]..enjoyed in a grim kind of way the 'selection' from some favourite opera. **1865** (*title*) A Selection from the Works of Alfred Tennyson. **1878** C. STANFORD *Symb. Christ* i. 27 They make a selection from His laws, choosing some and rejecting others. **1887** TRAILL in *Contemp. Rev.* Oct. 479 The English public..does not pretend to care for poetry except in 'selections'. **1899** *Observer* 1 Oct. 5/3 The 'selection', which always begins the second part of the concert, was the familiar fantasia on English airs. **1929** *Radio Times* 8 Nov. 411/1 Selection of Songs by T. C. Sterndale Bennett. **1945** S. HUGHES in C. Madge *Pilot Papers* I. 94 The brass band repertoire..consists principally of marches..waltzes and light opera selections. **1968** M. BALL (*title*)

Selections from the classics for chime bar music making.

**b.** *Sporting*. The horse or horses selected by a racing prophet as likely to win or obtain a place.

> **1901** *Scotsman* 12 Mar. 5/2 In 1897..the sporting selections of a highly respectable newspaper..the individual race prophecies numbered 1739.

**c.** in *pl.* 'In tobacco-culture, the choicest leaves and the highest grades of tobacco' (*Funk's Stand. Dict.* 1895).

**3. a.** Applied *spec.* to the action of a breeder in selecting individuals from which to breed, in order to obtain some desired quality or characteristic in the descendants.   **b.** Hence in *Biol.*, used by C. Darwin (*Origin of Species*, 1859) and subsequent writers, to designate any process, whether artificial or natural, which brings about a particular modification of an animal or vegetable type by ensuring that in successive generations the individuals that reproduce their kind shall be those that have transmissible variations from the ancestral form in the direction of this modification.

  **natural selection**: the operation of natural causes by which those individuals of a species that are best adapted to the environment tend to be preserved and to transmit their characters, while those less adapted die out, so that in the course of generations the degree of adaptation to the environment tends progressively to increase. **sexual selection**: that kind of natural selection which arises through the preference by one sex of those individuals of the other sex that have some special characteristic, in consequence of which that characteristic tends to be transmitted, with progressive enhancement in succeeding generations.

> **a. 1837** YOUATT *Sheep* iii. 60 That which enables the agriculturist not only to modify the character of his flock, but to change it altogether..—the principle of selection. **1844** H. D. RICHARDSON *Pigs* 51 In the selection of a boar and sow for breeding, much more attention and consideration are necessary.

> **b. 1857** DARWIN *Lett.* (1887) II. 123 There is such an unerring power at work, or *Natural Selection* (the title of my book), which selects exclusively for the good of each organic being. **1859** —— *Orig. Species* iv. 81 This preservation of favourable variations and the rejection of injurious variations, I call Natural Selection. *Ibid.* iv. 88 And this leads me to say a few words on what I call Sexual Selection. This depends, not on a struggle for existence, but on a struggle between the males for the possession of the females; the result is not death to the unsuccessful

competitor, but few or no offspring. **1868** —— *Var. Anim. & Plants Domest.* (1875) II. 177 The principle of selection may be conveniently divided into three kinds. Methodical selection..Unconscious selection..Natural selection. **1878** TAIT & STEWART *Unseen Universe* v. §170 Thus the struggle for existence bears to natural selection the same relation as man bears to artificial selection. **1882** VINES tr. *Sachs' Bot.* 929 The struggle for existence acts therefore in a certain sense similarly to the selection of the breeder; as the breeder developes only that which is suited to his own purposes... Thus,..through what may be termed metaphorically *Natural Selection* by means of the struggle for existence, —forms are produced which are as well or even better adapted for the purpose of self-preservation than cultivated plants are for the purpose of man.

*transf.* **1860** O. W. HOLMES *Elsie V.* xix, That is the way..physiological democracy is enabled to fight against the principle of selection which would disinherit all the weaker children. **1869** *Fortn. Rev.* June 644 By a sort of critical selection, the cultivated class improves the breed of literary egotists; it suppresses all but the best specimens.

**4.** *Austral.*   **a.** = FREE-SELECTION. Also *attrib.*

**1866** ROGERSON *Poems* 22 Heathcote never was so gay As on the land selection day. **1880** *Victorian Rev.* I. 628 It is surprising that the selectors themselves have not prayed the Government to stop selection for some years at least.

**b.** A piece of land selected or taken up through 'free-selection'.

**1875** *Melbourne Spect.* 21 Aug. 189/3 Jumping selections..is said to be very common now in the Winmera district. **1881** MRS. C. PRAED *Policy & P.* I. 50 He has a selection down the Koorong.

**5. a.** *attrib.* as (sense 1) **selection board, committee, panel, test; selection pressure** *Biol.*, differential mortality or fertility such as tends to make a population adapt genetically; **selection restriction** *Linguistics*, a syntactic or semantic restraint on the concurrence of dependent lexical items; **selection rule** *Physics*, any of a number of rules which describe, within certain limits, which particular quantum transitions can occur in an atom, molecule, etc., and which are 'forbidden'; **selection value**, value (of a variation or peculiarity) as affecting natural selection.

**1940** R. S. LAMBERT *Ariel & all his Quality* xi. 302 Methods of

appointing new staff..by advertising vacancies and setting up selection boards. **1976** L. DEIGHTON *Twinkle, twinkle, Little Spy* xvi. 162 Douglas was sent to a swanky private school..but was still unable to pass the U.S. Army officers' selection board.

**1909** *Daily Graphic* 26 July 6/3 It is safe to believe that the Selection Committee has done its best, the players will do their best, Australia will do its best. **1932** Q. D. LEAVIS *Fiction & Reading Public* I. ii. 22 The Book Society...was started..in 1927..with a Selection Committee of five novelists and journalists. **1978** J. PUDNEY *Thank Goodness for Cake* 97, I was short-listed and looked over by a selection committee.

**1974** *BP Shield Internat.* Oct. 8/1 Conference members..were screened by a selection panel.

**1944** J. S. HUXLEY *On living in Revolution* 79 [In the Australian area] there is less scope for variation,..so that general selection-pressure never became so intense. **1977** J. L. HARPER *Population Biol. of Plants* ii. 46 Groups of species caught in different evolutionary pathways may face the same selective forces, e.g. a selection pressure to disperse.

**1964** KATZ & POSTAL *Integrated Theory of Linguistic Descriptions* ii. 15 Each reading in the dictionary entry for a lexical item must contain a *selection restriction*, i.e., a formally expressed necessary and sufficient condition for that reading to combine with others. **1976** *Word 1971* XXVII. 133 One reason is that the selection restrictions of the verb *throw* require an animate subject.

**1931** H. P. ROBERTSON tr. *H. Weyl's Theory of Groups & Quantum Mech.* iv. 198 The selection rule for the inner quantum number $j$ is obtained in an analogous manner. **1977** I. M. CAMPBELL *Energy & Atmosphere* viii. 218 The origin of the selection rules for radiative transitions between electronically excited states and the ground state lies in fundamental quantum theory.

**1935** *Discovery* Jan. 17/2 The most anxious moment in the design of a selection test now comes. If we take a group of workers..can the new test sort them into their correct relative order? **1967** WILLS & YEARSLEY *Handbk. Managem. Technol.* xi. 202 Are we right to ignore *selection tests*?

**1892** <u>ROMANES</u> *Darwin & After* I. 275 We cannot speak of adaptations as due to natural selection, without thereby affirming that they present what I have elsewhere termed a 'selection value'.

---

**b.** *Forestry.* Used *attrib.* with reference to a system of forest management under which there is a continuing selection of individual trees for felling over the whole area, on the basis of their saleability.

**1891** <u>W. SCHLICH</u> *Man. Forestry* II. 133 The term *selection system* was introduced into India; it is perhaps not an ideal term, since a certain amount of selection is practised in all systems; it has been retained, as none better is at present available. **1911** H. S. GRAVES *Princ. handling Woodlands* ii. 72 The development of the individual trees in a selection stand is somewhat different than in an even-aged stand. **1935** N. C. BROWN *Gen. Introd. Forestry U.S.* viii. 105 The selection method is likely to be best adapted to general silvicultural and economic conditions found in this country. **1950** *Q. Jrnl. Forestry* XLIV. 15 Rabbits are probably the greatest drawback to the selection system or any irregular system in this country. **1979** O. KUTHANOVA tr. *Jenik's Pict. Encycl. Forests* 451 (*caption*) Diagram showing selection felling in a high forest; four stages of forest with alternating generations of trees in man-made clearings.

---

# Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

## 'specified, *ppl. a.*

SECOND EDITION 1989

[f. SPECIFY *v.*]

That is or has been definitely or specifically mentioned, determined, fixed, or settled.

> **1645** *Verney Mem.* (1907) I. 422 That you may add to my fortin the above specifide sum. **1796** *Cavalry Instr.* (1813) 134 All these specified wheelings are in order to make the divisions [etc.]. **1845** McCULLOCH *Taxation* I. iii. (1852) 126 Their incomes die with themselves or cease at specified periods. **1878** H. S. WILSON *Alpine Ascents* i. 2 Engaged by us as chief guide for a specified time.

# Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

## up'date, *v.*

SECOND EDITION 1989

orig. *U.S.*

[UP- 4; cf. UP TO DATE, UP-TO-DATE *advb. phr.*]

> *trans.*   **a.** To bring (information, esp. written material or material recorded in some other form) up to date.

> > **1948** *Time* 11 Oct. 22/1 [The speech] had been corrected and updated after last-minute teletype reports from..Paris. **1959** *Times Lit. Suppl.* 20 Mar. 155/2 He would streamline the production, add a chorus of dancing girls, update the lyrics, and upjazz the music. **1962** C. WALSH *From Utopia to Nightmare* 12 All current allusions have been 'updated' (as of early 1962). **1979** *Ottawa Law Rev.* XI. 815 The entry for 'Hudson's Bay Company' needs to be updated.

> **b.** To supply (a person) with the most recent information; to bring (a person) up to date.

> > **1952** *N.Y. Herald-Tribune* 14 Mar. 21/2 He updated me on a couple of gimmicks. **1970** J. EARL *Tuners & Amplifiers* 7 The book will have appeal, too, to the older hand, allowing him to become quickly updated without the task of researching into piles of technical literature. **1975** *Sunday Times* 16 Nov. 44/4 No doubt I'll update myself in a few weeks and emerge as a real Seventies mum.

> **c.** Of equipment, processes, etc.

> > **1959** *Listener* 4 June 998/1 This prescience has now been 'up-dated', as they say, by reference to nuclear warfare. **1970** *Islander* (Victoria, B.C.) 8 Feb. 7/2 Despite..updating the equipment to include new freezing facilities..this [whaling] venture also folded. **1977** *N.Y. Rev. Bks.* 13 Oct. 45/1 To update the 'dirty test tube' analogy, the effects of the contaminants have been estimated and found to be minor. **1984** *Daily Mail* 1 Dec. 14/1 (Advt.) This way, you can update your equipment whenever you want.

Also **up'dated** *ppl. a.*; **up'dating** *vbl. n.*
Quot. 1910 is an isolated early British example.

> **1910** HARDY *Satires of Circumstance* (1914) 222 Your up-dated modern
> page. **1954** *Newsweek* 27 Sept. 58/1 The new research center is an
> updated transplant of the National Bureau of Standards world-wide radio
> investigations formerly based in Washington. **1959** *Spectator* 31 July
> 134/2 Despite the up-dating and jazzy typographical treatment, one fairly
> quickly perceives an enduring pattern of traditional attitudes. **1974** ADBY
> & DEMPSTER *Introd. Optimization Methods* iv. 96 Round-off errors in the
> computations of the up-dating process can lead to non-positive definitive
> $S_k$ and divergence. **1978** *Jrnl. R. Soc. Arts* CXXVI. 672/1 The plan
> adopted is said to be a revised and updated version of an outline plan for
> the development of the economy produced in 1975.