## NETFLIX, INC. vs. BLOCKBUSTER INC.

## CASE NO. C 06 2361 WHA (JCS)

### NETFLIX, INC.'S

# EXHIBIT 2 (Part 1 of 2)

TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

Case 3:06-cv-02361-WHA    Document 89-5    Filed 11/15/2006    Page 2 of 12

# *The* American Heritage® Dictionary

*of the English Language*

FOURTH EDITION



HOUGHTON MIFFLIN COMPANY
Boston   New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
    p.   cm.
    ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
    (hardcover with CD ROM)
    1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                                        00-025369

Manufactured in the United States of America


Frédéric Bartholdi


bartizan
El Morro fortress,
San Juan, Puerto Rico


Clara Barton


bascule
a bascule bridge

of the Bible. His published works include *Church Dogmatics* (1932). —**Barth′i•an** *adj.*
**Bar•thel•me** (bär′thəl-mē′), **Donald** 1931–1989. American writer whose sometimes surrealistic stories of modern American life have been published in collections such as *Unspeakable Practices, Unnatural Acts* (1968).
**Barthes** (bärt), **Roland** 1915–1980. French critic who applied semiology, the study of signs and symbols, to literary and social criticism. His works include *Mythologies* (1957).
**Bar•thol•di** (bär-thŏl′dē, -tôl-dē′), **Frédéric Auguste** 1834–1904. French sculptor best known for his monumental figure of *Liberty Enlightening the World,* the Statue of Liberty in New York Harbor, presented to the United States by France and dedicated in 1886.
**Bar•tho•lin's gland** (bär′tl-ĭnz, -thə-lĭnz) *n. Anatomy* Either of two small compound racemose glands located on either side of the vaginal orifice that secrete a lubricating mucus and are homologous to the bulbourethral glands in the male. [After Caspar *Bartholin* (1585–1629), Danish physician.]
**Bar•thol•o•mew** (bär-thŏl′ə-myōō′), **Saint.** Sometimes called **Na•than•ael** (nə-thăn′yəl) One of the 12 Apostles. According to tradition, he visited India and Ethiopia and was martyred in Armenia.
**bar•ti•zan** (bär′tĭ-zən, bär′tĭ-zăn′) *n.* A small, overhanging turret on a wall or tower. [Alteration of *bratticing,* timberwork, from BRATTICE.] —**bar′ti•zaned** *adj.*
**Bar•tles•ville** (bär′tlz-vĭl′) A city of northeast Oklahoma north of Tulsa. It is a trade center in a ranching and oil-producing region. Population: 34,256.
**Bart•lett** (bärt′lĭt) *n.* A widely grown variety of pear with yellowish skin and soft, juicy white flesh, eaten fresh or often canned. [After Enoch *Bartlett* (1779–1860).]
**Bartlett, John** 1820–1905. American publisher and editor who compiled *Familiar Quotations* (1855) and a Shakespearean concordance (1894).
**Bartlett, Robert Abram** Known as "Captain Bob." 1875–1946. American explorer who accompanied Robert E. Peary's expedition to the North Pole (1909) and led numerous other Arctic voyages.
**Bar•tók** (bär′tŏk′, -tôk′), **Béla** 1881–1945. Hungarian pianist and composer whose works, including the music for the opera *Duke Bluebeard's Castle* (1911) and *Concerto for Orchestra* (1943), combine Eastern European folk music with dissonant harmonies. —**Bar•tók′i•an** *adj.*
**Bar•to•lom•me•o** (bär-tŏl′ə-mā′ō, -tō′lŏm-mā′ō), **Fra** Originally Bartolommeo di Pagolo del Fattorino. 1475?–1517. Italian painter of the Florentine school whose works include *The Vision of Saint Bernard* (1500–1507) and *Madonna della Misericordia* (1515).
**Bar•ton** (bär′tn), **Clara** Full name Clarissa Harlowe Barton. 1821–1912. American administrator who did battlefield relief work during the Civil War and organized the American Red Cross (1881).
**Bar•tram** (bär′trəm), **John** 1699–1777. American botanist who established the first botanical garden in the colonies (1728) and corresponded with European botanists, thus introducing many American species to Europe. His son **William Bartram** (1739–1823) was also a botanist.
**Bar•uch** (băr′ək, bə-rōōk′) *n. Abbr.* **Bar.** or **Ba** See table at *Bible.*
**Ba•ruch** (bə-rōōk′), **Bernard Mannes** 1870–1965. American stockbroker, public official, and political adviser for every President from Woodrow Wilson to John F. Kennedy.
**bar•ware** (bär′wâr′) *n.* The glassware and other items used in preparing alcoholic drinks.
**bar•y•cen•ter** (băr′ĭ-sĕn′tər) *n.* See **center of mass.** [Greek *barus,* heavy; see g<sup>w</sup>erə-¹ in Appendix I + CENTER.]
**bar•y•on** (băr′ē-ŏn′) *n.* Any of a family of subatomic particles, including the nucleon and hyperon multiplets, that participate in strong interactions, are composed of three quarks, and are generally more massive than mesons. Also called *heavy particle.* See table at **subatomic particle.** [Greek *barus,* heavy; see g<sup>w</sup>erə-¹ in Appendix I + –ON¹.] —**bar′y•on′ic** *adj.*
**baryon number** *n. Abbr.* **B** A quantum number equal to the difference between the number of baryons and the number of antibaryons in a system of subatomic particles. It remains the same throughout any reaction.
**Ba•rysh•ni•kov** (bə-rĭsh′nĭ-kôf′), **Mikhail Nikolayevich** Born 1948. Soviet-born ballet dancer and choreographer who, after performing with the Kirov Ballet in Leningrad (now St. Petersburg), defected to the United States (1974), where he danced for and later directed the American Ballet Theater. In 1990 he helped found the White Oak Dance Project, a modern-dance company, which he directs.
**bar•y•sphere** (băr′ĭ-sfîr′) *n.* See **centrosphere** (sense 2). [Greek *barus,* heavy; see g<sup>w</sup>erə-¹ in Appendix I + SPHERE.]
**ba•ry•ta** (bə-rī′tə) *n.* Any of several barium compounds, such as barium sulfate. [New Latin, from Greek *barutēs,* weight, from *barus,* heavy. See g<sup>w</sup>erə-¹ in Appendix I.]
**ba•ry•tes** (bə-rī′tēz) *n.* Variant of **barite.**
**bar•y•ton** (băr′ĭ-tŏn′) *n.* A bowed string instrument of the 18th century, similar to the bass viol, but having sympathetic strings on the rear of the fingerboard.
**bar•y•tone** (băr′ĭ-tōn′) *n.* **1.** *Music* Variant of **baritone. 2.** *Linguistics* A word that has a heavy stress or pitch accent on its penultimate syllable. ❖ *adj.* *Linguistics* Relating to or being a word that has a heavy stress or pitch accent on its penultimate syllable.
**Bar•zun** (bär′zŭn), **Jacques Martin** Born 1907. French-born American educator, author, and historian whose works include *Darwin,* *Marx, Wagner* (1941), *The American University* (1968), and *The Use and Abuse of Art* (1974).

**BAS** *abbr.* **1.** Bachelor of Agricultural Science **2.** Bachelor of Applied Science
**bas•al** (bā′səl, -zəl) *adj.* **1a.** Of, relating to, located at, or forming a base. **b.** *Botany* Located at or near the base of a plant stem, or at the base of any other plant part: *basal placentation.* **2.** Of primary importance; basic. —**bas′al•ly** *adv.*
**basal body** *n.* A cellular organelle associated with the formation of cilia and flagella and similar to the centriole in structure. Also called *basal granule, kinetosome.*
**basal cell** *n.* A type of cell found in the deepest layer of the epithelium.
**basal ganglion** *n.* Any of several masses of gray matter embedded in the cerebral hemispheres that are involved in the regulation of voluntary movement. Also called *basal nucleus.*
**basal granule** *n.* See **basal body.**
**basal metabolic rate** *n. Abbr.* **BMR** The rate at which energy is used by an organism at complete rest, measured in humans by the heat given off per unit time, and expressed as the calories released per kilogram of body weight or per square meter of body surface per hour.
**basal metabolism** *n. Abbr.* **BM** The minimum amount of energy required to maintain vital functions in an organism at complete rest, measured by the basal metabolic rate in a fasting individual who is awake and resting in a comfortably warm environment.
**basal nucleus** *n.* See **basal ganglion.**
**basal reader** *n.* A textbook compiled to teach people, especially young children, to read.
**ba•salt** (bə-sôlt′, bā′sôlt′) *n.* **1.** A hard, dense, dark volcanic rock composed chiefly of plagioclase, pyroxene, and olivine, and often having a glassy appearance. **2.** A kind of hard unglazed pottery. [Latin *basaltēs,* alteration of *basanītēs,* touchstone, from Greek *basanītēs (lithos),* from *basanos,* of Egyptian origin.] —**ba•sal′tic** (-sôl′tĭk) *adj.*
**BASc** *abbr.* **1.** Bachelor of Agricultural Science **2.** Bachelor of Applied Science
**bas•cule** (băs′kyōōl) *n.* A device or structure, such as a drawbridge, counterbalanced so that when one end is lowered the other is raised. [French, seesaw : *bas,* low (from Medieval Latin *bassus*) + *cul,* bottom (from Latin *cūlus,* rump; see **(s)keu–** in Appendix I).]
**base**¹ (bās) *n.* **1.** The lowest or bottom part: *the base of a cliff.* **2.** *Biology* **a.** The part of a plant or animal organ that is nearest to its point of attachment. **b.** The point of attachment of such an organ. **3a.** A supporting part or layer; a foundation: *built on a base of solid rock.* **b.** A basic or underlying element; infrastructure: *the nation's industrial base.* **4.** The fundamental principle or underlying concept of a system or theory; a basis. **5.** A fundamental ingredient; a chief constituent: *a paint with an oil base.* **6.** The fact, observation, or premise from which a reasoning process is begun. **7a.** *Games* A starting point, safety area, or goal. **b.** *Baseball* Any one of the four corners of an infield, marked by a bag or plate, that must be touched by a runner before a run can be scored. **8.** A center of organization, supply, or activity; a headquarters. **9a.** A fortified center of operations. **b.** A supply center for a large force of military personnel. **10.** A facial cosmetic used to even out the complexion or provide a surface for other makeup; a foundation. **11.** *Architecture* The lowest part of a structure, such as a wall, considered as a separate unit: *the base of a column.* **12.** *Heraldry* The lower part of a shield. **13.** *Linguistics* A morpheme or morphemes regarded as a form to which affixes or other bases may be added. **14.** *Mathematics* **a.** The side or face of a geometric figure to which an altitude is or is thought to be drawn. **b.** The number that is raised to various powers to generate the principal counting units of a number system. The base of the decimal system, for example, is 10. **c.** The number raised to the logarithm of a designated number in order to produce that designated number; the number at which a chosen logarithmic scale has the value 1. **15.** A line used as a reference for measurement or computations. **16.** *Chemistry* **a.** Any of a class of compounds whose aqueous solutions are characterized by a bitter taste, a slippery feel, the ability to turn litmus blue, and the ability to react with acids to form salts. **b.** A substance that yields hydroxyl ions when dissolved in water. **c.** A substance that can act as a proton acceptor. **d.** A substance that can donate a pair of electrons to form a covalent bond. **17.** *Electronics* **a.** The region in a transistor between the emitter and the collector. **b.** The electrode attached to this region. **18.** One of the nitrogen-containing purines (adenine and guanine) or pyrimidines (cytosine, thymine, and uracil) that occurs attached to the sugar component of DNA or RNA. ❖ *adj.* **1.** Forming or serving as a base: *a base layer of soil.* **2.** Situated at or near the base or bottom: *a base camp for the mountain climbers.* **3.** *Chemistry* Of, relating to, or containing a base. ❖ *tr.v.* **based, bas•ing, bas•es 1.** To form or provide a base for: *based the new company in Portland.* **2.** To find a basis for; establish: *a film based on a best-selling novel.* **3.** To assign to a base; station: *troops based in the Middle East.* —**idiom: off base** Badly mistaken. [Middle English, from Old French, from Latin *basis,* from Greek. See g<sup>w</sup>ā– in Appendix I.]

**Synonyms** *base, basis, foundation, ground, groundwork* These nouns all pertain to what underlies and supports. *Base* is applied chiefly to material objects: *the wide base of the pyramid. Basis* is used in a nonphysical sense: "Healthy scepticism is the basis of all accurate observation" (Arthur Conan Doyle). *Foundation* often stresses firmness of support for something of relative magnitude: "Our flagrant disregard for the law attacks the foundation of this society" (Peter D. Relic). *Ground* is used figuratively in the plural to mean a justifiable reason: *grounds for divorce. Groundwork* usually has the sense of a necessary preliminary: "It [the Universal Dec-

laration of Human Rights] has laid the *groundwork for the world's war crimes tribunals*" (Hillary Rodham Clinton).

**base²** (bās) *adj.* **bas·er, bas·est** **1a.** Having or showing a contemptible, mean-spirited, or selfish lack of human decency. See synonyms at **mean²**. **b.** Devoid of high values or ethics: *a base, degrading way of life.* **c.** Inferior in value or quality. **2.** Containing inferior substances: *a base metal.* **3.** *Archaic* Of low birth, rank, or position. **4.** *Obsolete* Short in stature. ❖ *n.* *Obsolete* A bass singer or voice. [Middle English *bas*, low, from Old French, from Medieval Latin *bassus*.] —**base′ly** *adv.* —**base′ness** *n.*

**base·ball** (bās′bôl′) *n.* **1. a.** A game played with a bat and ball by two opposing teams of nine players, each team playing alternately in the field and at bat, the players at bat having to run a course of four bases laid out in a diamond pattern in order to score. **b.** The ball that is used in this game. **2.** A game of darts in which the players attempt to score points by throwing the darts at a target laid out in the form of a baseball diamond.

**base·board** (bās′bôrd′, -bōrd′) *n.* A molding that conceals the joint between an interior wall and the floor. Also called *mopboard*.

**base·born** (bās′bôrn′) *adj.* **1.** Ignoble; contemptible. **2a.** Born of unwed parents; illegitimate. **b.** Of humble birth.

**base·burn·er** (bās′bûr′nər) *n.* A coal stove with a hopper that automatically replenishes itself from above as lower layers of fuel are consumed.

**base community** *n. Roman Catholic Church* A lay group, especially in South America, practicing nonliturgical religious devotions and striving for socioeconomic improvement in the community.

**Base Exchange** (bās) *Abbr.* **BX** A service mark used for general merchandise store services for government employees on a naval or air force base. This service mark, often lowercased, sometimes occurs in print with the meaning "a general merchandise store on a military base": "*The products are distributed at Army and Air Force base exchanges*" (Washington Post).

**base hit** *n. Baseball* A hit by which the batter reaches base safely without incurring an error, fielder's choice, or force play.

**BASE jump** (bās) *n.* A parachute jump from high structures and precipitous earth formations, typically from heights of 305 meters (1,000 feet) or less. [B(UILDING) + *a(ntenna tower)* + S(PAN)¹ + E(ARTH) + JUMP.] —**BASE′-jump′** *v.* —**BASE jumper** *n.*

**Ba·sel** (bä′zəl) also **Basle** (bäl) A city of northern Switzerland on the Rhine River. It is one of the oldest intellectual centers in Europe. Population: 175,781.

**base·less** (bās′lĭs) *adj.* Having no basis or foundation in fact; unfounded.

**Synonyms** *baseless, groundless, idle, unfounded, unwarranted* These adjectives mean being without a basis or foundation in fact: *a baseless accusation; groundless rumors; idle gossip; unfounded suspicions; unwarranted jealousy.*

**base level** *n.* The lowest level to which a land surface can be reduced by the action of running water.

**base line** or **base·line** (bās′līn′) *n.* **1a.** A line serving as a basis, as for measurement, calculation, or location. **b.** A measurement, calculation, or location used as a basis for comparison. **2.** *Baseball* The base path. **3.** *Sports* **a.** The boundary line at either end of a court, as in basketball or tennis. **b.** The area near this boundary line: *made a basket from the base line.* **c.** A style of play in tennis in which the player remains near the base line and rarely approaches the net.

**base·man** (bās′mən) *n. Baseball* A player assigned to first, second, or third base.

♦**base·ment** (bās′mənt) *n.* **1.** The substructure or foundation of a building. **2.** The lowest habitable story of a building, usually below ground level. **3.** *Geology* A complex of undifferentiated igneous and metamorphic rocks underlying sedimentary strata. **4.** *Slang* The last place or lowest level, as in competitive standings. **5.** *Chiefly New England* A public toilet, especially one in a school. [Probably BASE¹ + -MENT (perhaps influenced by French *soubassement*, subfoundation).]

**basement membrane** *n.* A thin, delicate layer of connective tissue underlying the epithelium of many organs. Also called *basement lamina*.

**ba·sen·ji** (bə-sĕn′jē) *n., pl.* **-jis** A dog of a breed originally from Africa, having a short, smooth, reddish-brown coat and characterized by the absence of a bark. [Of Bantu origin; akin to Tshiluba *ba-senji*, inhabitants of the hinterland : *ba-*, pl. n. pref. + *-senji*, hinterland.]

**base on balls** *n., pl.* **bases on balls** *Baseball Abbr.* **BB** An advance to first base that is awarded to a batter who takes four pitches that are balls.

**base pair** *n.* The pair of nitrogenous bases, consisting of a purine linked by hydrogen bonds to a pyrimidine, that connects the complementary strands of DNA or of hybrid molecules joining DNA and RNA. The base pairs are adenine-thymine and guanine-cytosine in DNA, and adenine-uracil and guanine-cytosine in RNA.

**base-pair·ing** (bās′pâr′ĭng) *n.* The hydrogen bonding of complementary nitrogenous bases, one purine and one pyrimidine, in DNA and in hybrid molecules joining DNA and RNA.

**base path** *n. Baseball* The area within which a base runner must stay when running between bases.

**base pay** *n.* An amount or a rate of compensation for a specified position of employment or activity excluding any other payments or allowances.

**base runner** *n. Baseball* A member of the team at bat who has safely reached or is trying to reach a base. —**base′run′ning** (bās′rŭn′ĭng) *n.*

**ba·ses** (bā′sēz′) *n.* Plural of **basis.**

**bash** (băsh) *v.* **bashed, bash·ing, bash·es** —*tr.* **1.** To strike with a heavy, crushing blow: *The thug bashed the hood of the car with a sledgehammer.* **2.** To beat or assault severely: *The police arrested the men who bashed an immigrant in the park.* **3.** *Informal* To criticize (another) harshly, accusatorially, and threateningly: "*He bashed the . . . government unmercifully over the . . . spy affair*" (Lally Weymouth). —*intr. Informal* To engage in harsh, accusatory, threatening criticism. ❖ *n.* **1.** *Informal* A heavy, crushing blow. **2.** *Slang* A celebration; a party. [Origin unknown.] —**bash′er** *n.*

**Ba·shan** (bā′shən) An ancient region of Palestine northeast of the Sea of Galilee in present-day southern Syria.

**ba·shaw** (bə-shô′) *n.* A pasha. [Arabic *bāšā*, from Turkish *paşa*. See PASHA.]

**bash·ful** (băsh′fəl) *adj.* **1.** Shy, self-conscious, and awkward in the presence of others. See synonyms at **shy¹**. **2.** Characterized by, showing, or resulting from shyness, self-consciousness, or awkwardness. [From Middle English *basshe*, from *basshed*, past participle of *basshen*, to be discomfited, probably variant of *abaishen*. See ABASH.] —**bash′ful·ly** *adv.* —**bash′ful·ness** *n.*

**Ba·sho** (bä′shō, bä-shō′), Matsuo 1644-1694. Japanese poet known for his composition of haiku infused with the spirit of Zen Buddhism.

**basi–** or **baso–** *pref.* **1.** Base; lower part: *basipetal.* **2.** Chemical base; chemically basic: *basophil.* [From Latin *basis*, base. See BASIS.]

**ba·sic** (bā′sĭk) *adj.* **1.** Of, relating to, or forming a base; fundamental: "*Basic changes in public opinion often occur because of shifts in concerns and priorities*" (Atlantic). **2.** Of, being, or serving as a starting point or basis: *a basic course in Russian; a set of basic woodworking tools.* **3.** *Chemistry* **a.** Of or relating to a base. **b.** Containing a base, especially in excess of acid. **c.** Alkaline. **4.** *Geology* Containing little silica, as igneous rocks. ❖ *n.* **1.** An essential, fundamental element or entity: *the basics of math.* **2.** Basic training. —**ba·sic′i·ty** (-sĭs′ĭ-tē) *n.*

**BA·SIC** or **Ba·sic** (bā′sĭk) *n.* A simple programming language. [B(*eginner's*) A(*ll-purpose*) S(*ymbolic*) I(*nstruction*) C(*ode*).]

**ba·si·cal·ly** (bā′sĭ-kə-lē, -klē) *adv.* **1.** In a basic way; fundamentally or essentially: *Throughout the ordeal, he remained basically the same.* **2.** For the most part; chiefly: *They basically do what they are supposed to.*

**ba·si·chro·mat·ic** (bā′sĭ-krō-măt′ĭk) *adj.* Easily stained with basic dye.

**basic process** *n.* A method of steel production that uses a furnace lined with a basic refractory material.

**basic training** *n.* The initial period of training of a recruit in the armed forces.

**ba·sid·i·a** (bə-sĭd′ē-ə) *n.* Plural of **basidium.**

**ba·sid·i·o·carp** (bə-sĭd′ē-ə-kärp′) *n.* A basidium-bearing structure found in such basidiomycetous fungi as mushrooms and puffballs. [BASIDI(UM) + -CARP.]

**ba·sid·i·o·my·cete** (bə-sĭd′ē-ō-mī′sēt′, -mī-sēt′) *n.* Any of various members of a large group of fungi bearing sexually produced spores on a basidium. The group includes puffballs, shelf fungi, rusts, smuts, and mushrooms. [BASIDI(UM) + -MYCETE.] —**ba·sid′i·o·my·ce′tous** (-mī-sē′təs) *adj.*

**ba·sid·i·o·spore** (bə-sĭd′ē-ə-spôr′, -spōr′) *n.* A sexually produced fungal spore borne on a basidium. —**ba·sid′i·o·spo′rous** *adj.*

**ba·sid·i·um** (bə-sĭd′ē-əm) *n., pl.* **-i·a** (-ē-ə) A small, specialized club-shaped structure typically bearing four basidiospores at the tips of minute projections. The basidium is unique to basidiomycetes and distinguishes them from other kinds of fungi. [BAS(I)– + Latin *-idium*, diminutive suff. (from Greek *-idion*).] —**ba·sid′i·al** *adj.*

**Ba·sie** (bā′sē), William Known as "Count Basie." 1904-1984. American musician. A pianist, band leader, and composer, he was a major force in jazz music and was especially famous for his Big Band sound.

**ba·si·fixed** (bā′sə-fĭkst′) *adj. Botany* Attached by the base, as certain anthers are to their filaments.

**ba·si·fy** (bā′sə-fī′) *tr.v.* **-fied, -fy·ing, -fies** *Chemistry* **1.** To convert into a base. **2.** To make alkaline. —**ba′si·fi·ca′tion** (-fĭ-kā′shən) *n.* —**ba′si·fi′er** *n.*

**bas·il** (băz′əl, bā′zəl) *n.* **1a.** An Old World aromatic annual herb (*Ocimum basilicum*) in the mint family, cultivated for its leaves. Also called *sweet basil.* **b.** The leaves of this plant used as a seasoning. **2.** Any of various plants in the genus *Ocimum*, native to warm regions, having aromatic foliage and terminal clusters of small, usually white flowers. [Middle English, from Old French *basile*, from Medieval Latin *basilicum*, from Greek *basilikon*, from neuter of *basilikos*, royal. See BASILICA.]

**Bas·il** (băz′əl, băs′-, bā′zəl, -səl), Saint. Known as "the Great." A.D. 330?-379? Greek Christian leader who was bishop of Caesarea in Cappadocia after A.D. 370 and a vigorous opponent of Arianism.

**Ba·si·lan Islands** (bä-sē′län′) A group of islands in the southern Philippines separated from southwest Mindanao by the narrow **Basilan Strait. Basilan Island** is the largest island in the group.

**ba·si·lar** (băs′ə-lər) also **ba·si·lar·y** (-lĕr′ē) *adj.* Of, relating to, or located at or near the base, especially the base of the skull: *the basilar artery*. [New Latin *basilāris*, from Latin *basis*, base. See BASIS.]

**basilar membrane** *n.* A membranous portion of the cochlea in the mammalian inner ear that supports the organ of Corti.

**Bas·il·don** (băz′əl-dən, bā′zəl-) An urban district of southeast England east-northeast of London. It has varied light industries. Population: 161,699.

**bas·i·lect** (băs′ə-lĕkt′) *n.* The variety of speech that is most remote



**basenji**



**Count Basie**



**basil**
sweet basil
*Ocimum basilicum*



149

compulsion or obsession. ❖ *n.* A person with behavior patterns governed by a compulsion. —**com·pul′sive·ly** *adv.* —**com·pul′sive·ness, com·pul·siv′i·ty** (kŏm′pŭl-sĭv′ĭ-tē, kəm-) *n.*

**com·pul·so·ry** (kəm-pŭl′sə-rē) *adj.* **1.** Obligatory; required: *a compulsory examination.* **2.** Employing or exerting compulsion; coercive. ❖ *n., pl.* **-ries** *Sports* An element, such as a dive or school figure, required of all competitors in an athletic competition. Often used in the plural. —**com·pul′so·ri·ly** *adv.* —**com·pul′so·ri·ness** *n.*

**com·punc·tion** (kəm-pŭngk′shən) *n.* **1.** A strong uneasiness caused by a sense of guilt. See synonyms at **penitence**. **2.** A sting of conscience or a pang of doubt aroused by wrongdoing or the prospect of wrongdoing. See synonyms at **qualm**. [Middle English *compunccioun*, from Old French *componction*, from Late Latin *compūnctiō, compūnctiōn-*, puncture, sting of conscience, from Latin *compūnctus*, past participle of *compungere*, to sting : *com-*, intensive pref.; see COM- + *pungere*, to prick; see **peuk-** in Appendix I.] —**com·punc′tious** (-shəs) *adj.* —**com·punc′tious·ly** *adv.*

**com·pur·ga·tion** (kŏm′pər-gā′shən) *n.* An ancient form of trial in which an accused person could call 11 people to swear to their belief in his innocence. [Late Latin *compūrgātiō, compūrgātiōn-*, complete purification, from Latin *compūrgātus*, past participle of *compūrgāre*, to purify completely : *com-*, intensive pref.; see COM- + *pūrgāre*, to purify; see **peuə-** in Appendix I.]

**com·pu·ta·tion** (kŏm′pyōō-tā′shən) *n.* **1a.** The act or process of computing. **b.** A method of computing. **2.** The result of computing. **3.** The act of operating a computer. —**com′pu·ta′tion·al** *adj.* —**com′pu·ta′tion·al·ly** *adv.*

**com·pute** (kəm-pyōōt′) *v.* **-put·ed, -put·ing, -putes** —*tr.* **1.** To determine by mathematics, especially by numerical methods: *computed the tax due.* See synonyms at **calculate**. **2.** To determine by the use of a computer. —*intr.* **1.** To determine an amount or number. **2.** To use a computer. ❖ *n.* Computation: *amounts beyond compute.* [French *computer*, from Old French, from Latin *computāre* : *com-*, com- + *putāre*, to reckon; see **pau-²** in Appendix I. N., Late Latin *computus*, from Latin *computāre*, to compute.] —**com·put′a·bil′i·ty** *n.* —**com·put′a·ble** *adj.*

**com·put·er** (kəm-pyōō′tər) *n.* **1.** A device that computes, especially a programmable electronic machine that performs high-speed mathematical or logical operations or that assembles, stores, correlates, or otherwise processes information. **2.** One who computes.

**computer age** *n.* The current era as characterized by the development, applications, and sociopolitical consequences of computer technology.

**com·put·er-aid·ed design** (kəm-pyōō′tər-ā′dĭd) *n. Abbr.* **CAD** The use of computer programs and systems to design detailed two- or three-dimensional models of physical objects, such as mechanical parts, buildings, and molecules.

**computer-aided manufacturing** *n. Abbr.* **CAM** The process of using specialized computers to control, monitor, and adjust tools and machinery in manufacturing.

**computer crime** *n.* Criminal activity directly related to the use of computers, specifically illegal trespass into the computer system or database of another, manipulation or theft of stored or on-line data, or sabotage of equipment and data. —**computer criminal** *n.*

**com·put·er·dom** (kəm-pyōō′tər-dəm) *n.* The world of computers and those who use them.

**com·put·er·ese** (kəm-pyōō′tə-rēz′, -rēs′) *n.* The technical language of those involved in computer technology.

**computer graphics** *n.* (*used with a sing. or pl. verb*) **1.** The set of technologies used to create art with computers. **2.** Art or designs created using such technologies.

**com·put·er·ist** (kəm-pyōō′tər-ĭst) *n.* One who uses a computer or is enthusiastic about computer technology.

**com·put·er·ize** (kəm-pyōō′tə-rīz′) *tr.v.* **-ized, -iz·ing, -iz·es** **1.** To furnish with a computer or computer system. **2.** To enter, process, or store (information) in a computer or system of computers. —**com·put′er·iz′a·ble** *adj.* —**com·put′er·i·za′tion** (-tər-ĭ-zā′shən) *n.*

**com·put·er·ized** (kəm-pyōō′tə-rīzd′) *adj.* Of or relating to a computer or the use of a computer.

**computerized axial tomography** *n. Abbr.* **CAT** Tomography in which computer analysis of a series of cross-sectional scans made along a single axis of a bodily structure or tissue is used to construct a three-dimensional image of that structure. The technique is used in diagnostic studies of internal bodily structures, as in the detection of tumors or brain aneurysms.

**computerized tomography** *n. Abbr.* **CT** Computerized axial tomography.

**computer literacy** *n.* The ability to operate a computer and to understand the language used in working with a specific system or systems. —**computer literate** *adj.*

**computer virus** *n.* A computer program that is designed to replicate itself by copying itself into the other programs stored in a computer. It may be benign or have a negative effect, such as causing a program to operate incorrectly or corrupting a computer's memory.

**Comr.** *abbr.* commissioner

**com·rade** (kŏm′răd′, -rəd) *n.* **1.** A person who shares one's interests or activities; a friend or companion. **2.** often **Comrade** A fellow member of a group, especially a fellow member of the Communist Party. [French *camarade*, from Old French, roommate, from Old Spanish *camarada*, barracks company, roommate, from *camara*, room, from Late Latin *camera*. See CHAMBER.] —**com′rade·ship′** *n.*

**Word History** A comrade can be socially or politically close, a closeness that is found at the etymological heart of the word *comrade*. In Spanish the Latin word *camara*, with its Late Latin meaning "chamber, room," was retained, and the derivative *camarada*, with the sense "roommates, especially barrack mates," was formed. *Camarada* then came to have the general sense "companion." English borrowed the word from Spanish and French, English *comrade* being first recorded in the 16th century. The political sense of *comrade*, now associated with Communism, had its origin in the late-19th-century use of the word as a title by socialists and communists in order to avoid such forms of address as *mister*. This usage, which originated during the French Revolution, is first recorded in English in 1884.

**com·rade·ry** (kŏm′răd-rē, -rā-də-, -rəd-rē) *n.* Camaraderie; comradeship. [Alteration (influenced by COMRADE) of CAMARADERIE.]

**Com·sat** (kŏm′săt′) A trademark used for a communications satellite.

**Com·stock** (kŏm′stŏk′, kŭm′-), **Anthony** 1844–1915. American reformer. As organizer and secretary of the New York Society for the Suppression of Vice, he became notorious for his moral crusades against literature and artwork that he considered obscene.

**Com·stock·er·y** (kŏm′stŏk′ə-rē, kŭm′-) *n.* Censorship of literature and other forms of expression and communication because of perceived immorality or obscenity. [After Anthony COMSTOCK.]

**Comstock Lode** A rich vein of gold and silver discovered in 1859 at Virginia City in western Nevada. Because of wasteful mining techniques, it was largely abandoned by 1898.

**com·symp** (kŏm′sĭmp′) *n. Slang* A Communist Party sympathizer. [COM(MUNIST) + SYMP(ATHIZER).]

**Comte** (kônt), **(Isidore) Auguste (Marie François)** 1798–1857. French philosopher known as the founder of positivism. He also established sociology as a systematic study. —**Com′ti·an** (kôN′tē-ən, kŏm′-) *adj.*

**Com·tism** (kŏm′tĭz′əm, kôN′-) *n.* The philosophy of Auguste Comte; positivism. —**Com′tist** *n.*

**con¹** (kŏn) *adv.* In opposition or disagreement; against: *debated the issue pro and con.* ❖ *n.* **1.** An argument or opinion against something. **2.** One who holds an opposing opinion or view. [Short for CONTRA.]

**con²** (kŏn) *tr.v.* **conned, con·ning, cons** **1.** To study, peruse, or examine carefully. **2.** To learn or commit to memory. [Middle English *connen*, to know, from Old English *cunnan*. See **gnō-** in Appendix I.] —**con′ner** *n.*

**con³** or **conn** (kŏn) *Nautical tr.v.* **conned, con·ning, cons** or **conns** To direct the steering or course of (a vessel). ❖ *n.* **1.** The station or post of the person who steers a vessel. **2.** The act or process of steering a vessel. [From *cond*, from Middle English *conduen*, from Old French *conduire*, from Latin *condūcere*, to lead together. See CONDUCE.]

**con⁴** (kŏn) *Slang tr.v.* **conned, con·ning, cons** To swindle (a victim) by first winning his or her confidence; dupe. ❖ *n.* A swindle. ❖ *adj.* Of, relating to, or involving a swindle or fraud: *a con artist; a con job.* [Short for CONFIDENCE.]

**con⁵** (kŏn) *n. Slang* A convict.

**con.** *abbr.* **1.** concerto **2.** *Law* conclusion **3.** *Latin* conjunx (wife) **4.** consolidate **5. Con.** consul **6.** continued

**con–** *pref.* Variant of **com-**.

**Con·a·kry** (kŏn′ə-krē) The capital and largest city of Guinea, in the southwest part of the country on the Atlantic Ocean. It is on an island connected with the mainland by causeway. Population: 600,000.

**con a·mo·re** (kŏn′ ə-môr′ē, -mōr′-, kōn′ ä-mô′rā) *adv.* **1.** *Music* Lovingly; tenderly. Used chiefly as a direction. **2.** With devotion or zeal. [Italian : *con*, with + *amore*, love.]

**Co·nant** (kō′nənt), **James Bryant** 1893–1978. American educator who was president of Harvard University (1933–1953) and served as ambassador to West Germany (1955–1957).

**co·na·tion** (kō-nā′shən) *n. Psychology* The aspect of mental processes or behavior directed toward action or change and including impulse, desire, volition, and striving. [Latin *cōnātiō, cōnātiōn-*, effort, from *cōnātus*, past participle of *cōnārī*, to try.] —**co·na′tion·al, co′na·tive** (kō′nə-tĭv, kŏn′ə-) *adj.*

**con bri·o** (kŏn brē′ō, kōn) *adv. Music* With great energy; vigorously. Used chiefly as a direction. [Italian : *con*, with + *brio*, vigor.]

**con·cat·e·nate** (kŏn-kăt′n-āt′, kən-) *tr.v.* **-nat·ed, -nat·ing, -nates** **1.** To connect or link in a series or chain. **2.** *Computer Science* To arrange (strings of characters) into a chained list. ❖ *adj.* (-nĭt, -nāt′) Connected or linked in a series. [Late Latin *concatēnāre, concatēnāt-* : *com-*, com- + *catēnāre*, to bind (from Latin *catēna*, chain).] —**con·cat′e·na′tion** *n.*

**con·cave** (kŏn-kāv′, kŏn′kāv′) *adj.* Curved like the inner surface of a sphere. ❖ *n.* A concave surface, structure, or line. ❖ *tr.v.* **-caved, -cav·ing, -caves** To make concave. [Middle English, from Latin *concavus* : *com-*, intensive pref.; see COM- + *cavus*, hollow; see **keuə-** in Appendix I.] —**con·cave′ly** *adv.* —**con·cave′ness** *n.*

**con·cav·i·ty** (kŏn-kăv′ĭ-tē) *n., pl.* **-ties** **1.** The state of being curved like the inner surface of a sphere. **2.** A surface or structure configured in such a curve: "*a perfect concavity of white sand lined with palm … trees*" (Islands).

**con·ca·vo-con·cave** (kŏn-kā′vō-kŏn-kāv′) *adj.* Concave on both surfaces; biconcave. Used of a lens.

**con·ca·vo-con·vex** (kŏn-kā′vō-kŏn-vĕks′) *adj.* **1.** Concave on one side and convex on the other. **2.** Having greater curvature on the concave side than on the convex side. Used of a lens.







con³

**concave**
left to right: biconcave, plano-concave, and concavo-convex lenses

**criminate.** [Latin *crīminārī, crīmināt-*, to accuse, from *crīmen, crīmin-,* accusation. See CRIME.] —**crim′i·na′tion** *n.* —**crim′i·na′tive,** **crim′i·na·to′ry** (-nə-tôr′ē, -tōr′ē) *adj.* —**crim′i·na′tor** *n.*

**cri·mi·ni** (krə-mē′nē) *n.* Variant of **cremini.**

**crim·i·no·gen·ic** (krĭm′ə-nə-jĕn′ĭk) also **crim·o·gen·ic** (krī′mə-) *adj.* Producing or tending to produce crime or criminality: *"Alcohol is the most criminogenic substance in America"* (James B. Jacobs).

**crim·i·nol·o·gy** (krĭm′ə-nŏl′ə-jē) *n.* The scientific study of crime, criminals, criminal behavior, and corrections. [Italian *criminologia*: Latin *crīmen, crīmin-,* accusation; see CRIME + Latin *-logia,* -logy.] —**crim′i·no·log′i·cal** (-nə-lŏj′ĭ-kəl) *adj.* —**crim′i·no·log′i·cal·ly** *adv.* —**crim′i·nol′o·gist** *n.*

**crim·o·gen·ic** (krī′mə-jĕn′ĭk) *adj.* Variant of **criminogenic.**

**crimp**[1] (krĭmp) *tr.v.* **crimped, crimp·ing, crimps** 1. To press or pinch into small regular folds or ridges: *crimp a pie crust.* 2. To bend or mold (leather) into shape. 3. To cause (hair) to form tight curls or waves. 4. To have a hampering or obstructive effect on: *Supplies of foreign oil were crimped by the embargo.* ❖ *n.* 1. The act of crimping. 2. Something made by or as if by crimping, as: **a.** Hair that has been tightly curled or waved. **b.** A series of curls, as of wool fibers. **c.** A crease or bend. 3. An obstructing or hampering agent or force: *Rising interest rates put a crimp in new home construction.* [Dutch or Low German *krimpen,* from Middle Dutch or Middle Low German.] —**crimp′er** *n.*

**crimp**[2] (krĭmp) *n.* A person who tricks or coerces others into service as sailors or soldiers. ❖ *tr.v.* **crimped, crimp·ing, crimps** To procure (sailors or soldiers) by trickery or coercion. [Origin unknown.]

**crimp·y** (krĭm′pē) *adj.* **-i·er, -i·est** Full of crimps; wavy. —**crimp′i·ness** *n.*

**crim·son** (krĭm′zən) *n.* A deep to vivid purplish red to vivid red. ❖ *tr. & intr.v.* **-soned, -son·ing, -sons** To make or become deeply or vividly red. [Middle English *cremesin,* from Old Spanish *cremesín,* Old Italian *cremesino,* or Medieval Latin *cremesīnus,* all from Arabic *qirmizīy,* from *qirmiz,* kermes insect. See KERMES.] —**crim′son** *adj.*

**cringe** (krĭnj) *intr.v.* **cringed, cring·ing, cring·es** 1. To shrink back, as in fear; cower. 2. To behave in a servile way; fawn. ❖ *n.* An act or instance of cringing. [Middle English *crengen,* to bend haughtily, probably ultimately from Old English *cringan,* to give way.]

**crin·gle** (krĭng′gəl) *n.* A small ring or grommet of rope or metal fastened to the edge of a sail. [Low German *kringel,* diminutive of *kring,* ring, from Middle Low German.]

**crin·kle** (krĭng′kəl) *v.* **-kled, -kling, -kles** —*intr.* 1. To form wrinkles or ripples. 2. To make a soft crackling sound; rustle. —*tr.* To cause to crinkle. ❖ *n.* A wrinkle, ripple, or fold. [From Middle English *crinkled,* full of turnings.] —**crin′kly** *adj.*

**crin·kle·root** (krĭng′kəl-rōōt′, -rŏŏt′) *n.* A woodland plant (*Cardamine diphylla*) of eastern North America, having fleshy rootstocks, trifoliolate leaves, and clusters of white or pinkish flowers.

**cri·noid** (krī′noid′) *n.* Any of various echinoderms of the class Crinoidea, including the sea lilies and feather stars, that are characterized by a cup-shaped body, feathery radiating arms, and either a stalk or claw-like structure with which they are able to attach to a surface. ❖ *adj.* Of or belonging to the Crinoidea. [From New Latin *Crinoīdea,* class name : Greek *krinon,* lily + Greek *-oeidēs,* -oid.]

**crin·o·line** (krĭn′ə-lĭn) *n.* 1. A coarse stiff fabric of cotton or horsehair used especially to line and stiffen hats and garments. 2. A petticoat made of this fabric. 3. A hoop skirt. [French, from Italian *crinolino* : *crino,* horsehair (from Latin *crīnis,* hair; see **sker-**[2] in Appendix I) + *lino,* flax (from Latin *līnum;* see **līno-** in Appendix I).] —**crin′o·line, crin′o·lined** (-lĭnd) *adj.*

**cri·num** (krī′nəm) *n.* Any of various bulbous plants of the genus *Crinum,* native to warm regions and having strap-shaped leaves and showy umbels of variously colored flowers. Also called **spider lily.** [New Latin *Crinum,* genus name, from Greek *krinon,* lily.]

**cri·ol·lo** (krē-ō′lō, -yō) *n., pl.* **-los** (-lōz, -yōs) A Spanish American of European, usually Spanish descent. ❖ *adj.* 1. Of or relating to a criollo or criollos. 2. Indigenous to or characteristic of a Spanish-American country: *criollo cattle; a criollo dish.* [Spanish. See CREOLE.]

**cri·o·sphinx** (krī′ə-sfĭngks′) *n.* A sphinx with the head of a ram. [Greek *krios,* ram; see **ker-**[1] in Appendix I + SPHINX.]

**crip** (krĭp) *n.* **1.** *Offensive Slang* Used as a disparaging term for a person or animal that is partially disabled or unable to use a limb or limbs. **2.** *Slang* Something that is easily accomplished, especially an undemanding academic course. [Short for CRIPPLE.]

**cripes** (krīps) *interj.* Used to express annoyance, anger, or dismay. [Alteration of CHRIST.]

**crip·ple** (krĭp′əl) *n.* **1.** A person or animal that is partially disabled or unable to use a limb or limbs: *cannot race a horse that is a cripple.* **2.** A damaged or defective object or device. ❖ *tr.v.* **-pled, -pling, -ples 1.** To cause to lose the use of a limb or limbs. **2.** To disable, damage, or impair the functioning of: *a strike that crippled the factory.* [Middle English *crepel,* from Old English *crypel.*] —**crip′pler** *n.*

**Crip·ple Creek** (krĭp′əl) A city of central Colorado in the Rocky Mountains southwest of Colorado Springs. After 1891 it was the center of a thriving gold-producing area but declined as deposits were exhausted. Population: 584.

**cri·sis** (krī′sĭs) *n., pl.* **-ses** (-sēz) **1a.** A crucial or decisive point or situation; a turning point. **b.** An unstable condition, as in political, social, or economic affairs, involving an impending abrupt or decisive change. **2.** A sudden change in the course of a disease or fever, toward either improvement or deterioration. **3.** An emotionally stressful event or traumatic change in a person's life. **4.** A point in a story or drama when a conflict reaches its highest tension and must be resolved. [Middle English, from Latin, judgment, from Greek *krisis,* from *krīnein,* to separate, judge. See **krei-** in Appendix I.]

**Synonyms** *crisis, crossroad, exigency, head, juncture, pass* These nouns denote a critical point or state of affairs: *a military crisis; government policy at the crossroad; had predicted the health-care exigency; a problem that is coming to a head; negotiations that had reached a crucial juncture; things rapidly coming to a desperate pass.*

**crisis center** *n.* A center staffed especially by volunteers who give support and advice to people experiencing personal crises.

**crisp** (krĭsp) *adj.* **crisp·er, crisp·est 1.** Firm but easily broken or crumbled; brittle: *crisp potato chips.* **2.** Pleasingly firm and fresh: *crisp carrot and celery sticks.* **3a.** Bracing; invigorating: *crisp mountain air.* **b.** Lively; sprightly: *music with a crisp rhythm.* **4.** Conspicuously clean or new: *a crisp dollar bill.* **5.** Marked by clarity, conciseness, and briskness: *a crisp reply.* See synonyms at **incisive. 6.** Having small curls, waves, or ripples. ❖ *v.* **crisped, crisp·ing, crisps** —*tr.* To make or keep crisp. —*intr.* To become or remain crisp. ❖ *n.* **1.** Something crisp or easily crumbled: *The roast was burned to a crisp.* **2.** A dessert of fruit baked with a sweet crumbly topping: *apple crisp.* **3.** *Chiefly British* A potato chip. [Middle English, curly, from Old English, from Latin *crispus.* See **sker-**[2] in Appendix I.] —**crisp′ly** *adv.* —**crisp′ness** *n.*

**cris·pate** (krĭs′pāt′) also **cris·pat·ed** (-pā′tĭd) *adj.* Curled or ruffled, as the margins of certain leaves. [Latin *crispātus,* past participle of *crispāre,* to curl, from *crispus,* curly. See **sker-**[2] in Appendix I.]

**cris·pa·tion** (krĭs-pā′shən) *n.* **1a.** The act of crisping or curling. **b.** The state of being crisped or curled. **2.** A slight involuntary muscular contraction, often producing a crawling sensation of the skin.

**crisped** (krĭspt) *adj. Botany* Crispate.

**crisp·en** (krĭs′pən) *tr. & intr.v.* **-ened, -en·ing, -ens** To make or become crisp; crisp.

**crisp·er** (krĭs′pər) *n.* One that crisps, especially a compartment in a refrigerator used for storing vegetables and keeping them fresh.

**Cris·pin** (krĭs′pĭn) Saint. Third century A.D. Roman shoemaker who with his brother Saint **Crispinian** sought to spread Christianity and was martyred.

**crisp·y** (krĭs′pē) *adj.* **-i·er, -i·est 1.** Firm but easily broken or crumbled; crisp. **2.** Having small curls, waves, or ripples. —**crisp′i·ness** *n.*

**criss·cross** (krĭs′krôs′, -krŏs′) *v.* **-crossed, -cross·ing, -cross·es** —*tr.* **1.** To mark with crossing lines. **2.** To move back and forth through or over: *crisscrossed the country on a speaking tour.* —*intr.* To move back and forth. ❖ *n.* **1.** A mark or pattern made of crossing lines. **2.** A state of being at conflicting or contrary purposes. ❖ *adj.* Crossing one another or marked by crossings. ❖ *adv.* In a manner or direction that crosses or is marked by crossings. [Alteration of Middle English *Cristcrosse,* mark of a cross, short for *Cristcross (me speed),* may Christ's cross (give me success).]

**cris·sum** (krĭs′əm) *n., pl.* **cris·sa** (krĭs′ə) The feathers or area under the tail of a bird surrounding the cloacal opening. [New Latin, from Latin *crīsāre, crissāre,* to move the buttocks during intercourse. See **sker-**[2] in Appendix I.] —**cris′sal** (-əl) *adj.*

**cris·ta** (krĭs′tə) *n., pl.* **-tae** (-tē) **1.** *Anatomy* A crest or ridge, as on the top of a bone. **2.** *Biology* One of the inward projections or folds of the inner membrane of a mitochondrion. [Latin. See **sker-**[2] in Appendix I.]

**cris·tate** (krĭs′tāt′) also **cris·tat·ed** (-tā′tĭd) *adj.* Having or forming a crest or crista. [Latin *cristātus,* from *crista,* tuft. See **sker-**[2] in Appendix I.]

**cri·te·ri·on** (krī-tîr′ē-ən) *n., pl.* **-te·ri·a** (-tîr′ē-ə) or **-te·ri·ons** A standard, rule, or test on which a judgment or decision can be based. See synonyms at **standard.** [Greek *kritērion,* from *kritēs,* judge, from *krīnein,* to separate, judge. See **krei-** in Appendix I.] —**cri·te′ri·al** (-əl) *adj.*

**Usage Note** Like the analogous etymological plurals *agenda* and *data, criteria* is widely used as a singular form. Unlike them, however, it is not yet acceptable in that use.

**crit·ic** (krĭt′ĭk) *n.* **1.** One who forms and expresses judgments of the merits, faults, value, or truth of a matter. **2.** One who specializes especially professionally in the evaluation and appreciation of literary or artistic works: *a film critic; a dance critic.* **3.** One who tends to make harsh or carping judgments; a faultfinder. [Latin *criticus,* from Greek *kritikos,* able to discern, from *kritēs,* judge, from *krīnein,* to separate, judge. See **krei-** in Appendix I.]

**crit·i·cal** (krĭt′ĭ-kəl) *adj.* **1.** Inclined to judge severely and find fault. **2.** Characterized by careful, exact evaluation and judgment: *a critical reading.* **3.** Of, relating to, or characteristic of critics or criticism: *critical acclaim; a critical analysis of Melville's writings.* **4.** Forming or having the nature of a turning point; crucial or decisive: *a critical point in the campaign.* **5a.** Of or relating to a medical crisis: *an illness at the critical stage.* **b.** Being or relating to a grave physical condition especially of a patient. **6.** Indispensable; essential: *a critical element of the plan; a second income that is critical to the family's well-being.* **7.** Being in or verging on a state of crisis or emergency: *a critical shortage of food.* **8.** Fraught with danger or risk; perilous. **9.** *Mathematics* Of or relating to a point at which a curve has a horizontal tangent line, as at a maximum or minimum. **10.** *Chemistry & Physics* Of or relating to the value of a measurement, such as temperature, at which an abrupt change in a quality, property, or state occurs: *A critical temperature of water is 100°C, its boiling point at standard atmospheric pressure.* **11.** *Physics* Capable of sustaining a nuclear chain reaction. —**crit′i·cal·ly** *adv.* —**crit′i·cal·ness** *n.*



431

*ages.* **4.** To have as a goal or purpose; intend. **5.** To create or execute in an artistic or highly skilled manner. —*intr.* **1.** To make or execute plans. **2.** To have a goal or purpose in mind. **3.** To create designs. ❖ *n.* **1a.** A drawing or sketch. **b.** A graphic representation, especially a detailed plan for construction or manufacture. **2.** The purposeful or inventive arrangement of parts or details: *the aerodynamic design of an automobile; furniture of simple but elegant design.* **3.** The art or practice of designing or making designs. **4.** Something designed, especially a decorative or an artistic work. **5.** An ornamental pattern. See synonyms at **figure**. **6.** A basic scheme or pattern that affects and controls function or development: *the overall design of an epic poem.* **7.** A plan; a project. See synonyms at **plan**. **8a.** A reasoned purpose; an intent: *It was her design to set up practice on her own as soon as she was qualified.* **b.** Deliberate intention: *He became a photographer more by accident than by design.* **9.** A secretive plot or scheme. Often used in the plural: *He has designs on my job.* [Middle English *designen*, from Latin *dēsignāre*, to designate. See DESIGNATE.] —**de•sign′a•ble** *adj.*

**des•ig•nate** (dĕz′ĭg-nāt′) *tr.v.* **-nat•ed, -nat•ing, -nates 1.** To indicate or specify; point out. **2.** To give a name or title to; characterize. **3.** To select and set aside for a duty, an office, or a purpose. See synonyms at **allocate, appoint**. ❖ *adj.* (-nĭt) Appointed but not yet installed in office: *the commissioner designate.* [Latin *dēsignāre, dēsignāt-* : *dē-*, de- + *signāre*, to mark (from *signum*, sign; see sek<sup>w</sup>-¹ in Appendix I).] —**des′ig•na•tive, des′ig•na•to′ry** (-nə-tôr′ē, -tōr′ē) *adj.* —**des′ig•na′tor** *n.*

**des•ig•nat•ed driver** (dĕz′ĭg-nā′tĭd) *n.* One who agrees to remain sober, as at a party, in order to be able to drive others home safely.

**designated hitter** *n. Abbr.* **DH** *Baseball* A player designated at the start of a game to bat instead of the pitcher in the lineup.

**des•ig•na•tion** (dĕz′ĭg-nā′shən) *n.* **1.** The act of designating; a marking or pointing out. **2.** Nomination or appointment. **3.** A distinguishing name or title.

**des•ig•nee** (dĕz′ĭg-nē′) *n.* A person who has been designated.

**de•sign•er** (dĭ-zī′nər) *n.* One that produces designs: *a book designer; a dress designer.* ❖ *adj.* **1.** Bearing the name, signature, or identifying pattern of a specific designer: *designer luggage; designer clothing.* **2.** Conceived or created by a designer.

**designer drug** *n.* A drug with properties and effects similar to a known hallucinogen or narcotic but having a slightly altered chemical structure, especially such a drug created in order to evade restrictions against illegal substances.

**designer gene** *n.* A gene modified or created by genetic engineering.

**de•sign•ing** (dĭ-zī′nĭng) *adj.* **1.** Conniving; crafty. **2.** Showing or exercising forethought. —**de•sign′ing•ly** *adv.*

**des•i•nence** (dĕs′ə-nəns) *n.* A grammatical ending; an inflection. [French *désinence*, from Medieval Latin *dēsinentia*, from Latin *dēsinēns, dēsinent-*, present participle of *dēsinere*, to come to an end : *dē-*, off; see DE- + *sinere*, to leave.] —**des′i•nen′tial** (-nĕn′shəl) *adj.*

**de•sip•ra•mine** (dĭ-zĭp′rə-mēn, dĕz′ə-prăm′ĭn) *n.* A tricyclic antidepressant, $C_{18}H_{22}N_2$, used in the treatment of psychological depression. [*desmethyl* (*des-*, variant of DE- + METHYL) + (IM)IPRAMINE.]

**de•sir•a•ble** (dĭ-zīr′ə-bəl) *adj.* **1.** Worth having or seeking, as by being useful, advantageous, or pleasing: *a desirable job in the film industry; a home computer with many desirable features.* **2.** Worth doing or achieving; advisable: *a desirable reform; a desirable outcome.* **3.** Arousing desire, especially sexual desire. ❖ *n.* A desirable person or thing. —**de•sir′a•bil′i•ty, de•sir′a•ble•ness** *n.* —**de•sir′a•bly** *adv.*

**de•sire** (dĭ-zīr′) *tr.v.* **-sired, -sir•ing, -sires 1.** To wish or long for; want. **2.** To express a wish for; request. ❖ *n.* **1.** A wish or longing. **2.** A request or petition. **3.** The object of longing: *My greatest desire is to go back home.* **4.** Sexual appetite; passion. [Middle English *desiren*, from Old French *desirer*, from Latin *dēsīderāre* : *dē-*, de- + *sīdus, sīder-*, star.] —**de•sir′er** *n.*

**Synonyms** *desire, covet, crave, want, wish* These verbs mean to have a strong longing for: *desire peace; coveted the new convertible; craving fame and fortune; wanted a drink of water; got all she wished.*

**de•sir•ous** (dĭ-zīr′əs) *adj.* Having or expressing desire; desiring: *Both sides were desirous of finding a quick solution to the problem.* —**de•sir′ous•ly** *adv.* —**de•sir′ous•ness** *n.*

**de•sist** (dĭ-sĭst′, -zĭst′) *intr.v.* **-sist•ed, -sist•ing, -sists** To cease doing something; forbear. See synonyms at **stop**. [Middle English *desisten*, from Old French *desister*, from Latin *dēsistere* : *dē-*, de- + *sistere*, to bring to a standstill; see stā- in Appendix I.]

**desk** (dĕsk) *n.* **1.** A piece of furniture typically having a flat or sloping top for writing and often drawers or compartments. **2.** A table, counter, or booth at which specified services or functions are performed: *an information desk; a reception desk.* **3.** A department of a large organization in charge of a specified operation: *a newspaper's city desk.* **4.** A lectern. **5.** A music stand in an orchestra. [Middle English *deske*, from Medieval Latin *desca*, table, from Old Italian *desco*, from Latin *discus*, quoit. See DISK.]

**de•skill** (dē-skĭl′) *tr.v.* **-skilled, -skill•ing, -skills 1.** To eliminate the need for skilled labor in (an industry), especially by the introduction of high technology. **2.** To downgrade (a job or occupation) from a skilled to a semiskilled or unskilled position.

**desk•man** (dĕsk′măn′, -mən) *n.* A man who works at a desk, especially a newspaper writer.

**desk•per•son** (dĕsk′pûr′sən) *n.* A person who works at a desk, especially a newspaper writer.

**desk•top** (dĕsk′tŏp′) *n.* The top of a desk. ❖ *adj.* **1.** Designed for use on a desk or table: *a desktop telephone.* **2.** Small enough to fit conveniently in an individual workspace: *a desktop computer.*

**desktop publishing** *n.* The design and production of publications using personal computers with graphics capability.

**des•man** (dĕs′mən) *n., pl.* **-mans** Either of two aquatic, insectivorous, molelike mammals, *Desmana moschata* of eastern Europe and western Asia or *Galemys pyrenaicus* of southwest Europe, having dense brownish fur, a long snout, and a flattened scaly tail. [Short for Swedish *desmanrătta*, muskrat : *desman*, musk (from Middle Low German *desem*, from Medieval Latin *bisamum*, of Semitic origin; see bśm in Appendix II) + *rătta*, rat (akin to Old English *ræt*).]

**des•mid** (dĕs′mĭd) *n.* Any of various green unicellular freshwater algae of the family Desmidiaceae, often forming chainlike colonies. [From New Latin *Desmidiāceae*, family name, from *Desmidium*, type genus, from Greek *desmos*, bond, from *dein*, to bind.]

**Des Moines** (dĭ moin′) The capital and largest city of Iowa, in the south-central part of the state on the Des Moines River. Fort Des Moines was built on the site in 1843, and the surrounding settlement became a city in 1851. It was chosen as state capital in 1857. Population: 193,187.

**Des Moines River** A river rising in southwest Minnesota and flowing about 861 km (535 mi) southeastward across Iowa to the Mississippi River.

**des•mo•pres•sin acetate** (dĕs′mə-prĕs′ĭn) *n.* An analogue of vasopressin used therapeutically as an antidiuretic and in the management of bleeding in individuals with some forms of hemophilia and von Willebrand's disease. [*des(a)m(in)o-*, lacking an amine group (*des-*, variant of DE- + AMINO) + (VASO)PRESSIN.]

**Des•na** (də-snä′, dyə-) A river rising east of Smolensk in western Russia and flowing about 885 km (550 mi) generally south to the Dnieper River above Kiev, Ukraine.

**des•o•late** (dĕs′ə-lĭt, dĕz′-) *adj.* **1a.** Devoid of inhabitants; deserted: "streets which were usually so thronged now grown desolate" (Daniel Defoe). **b.** Barren; lifeless: *the rocky, desolate surface of the moon.* **2.** Rendered unfit for habitation or use: *the desolate cities of war-torn Europe.* **3.** Dreary; dismal. **4.** Bereft of friends or hope; sad and forlorn. See synonyms at **sad**. ❖ *tr.v.* (-lāt′) **-lat•ed, -lat•ing, -lates 1.** To rid or deprive of inhabitants. **2.** To lay waste; devastate: "*Here we have no wars to desolate our fields*" (Michel Guillaume Jean de Crèvecoeur). **3.** To forsake; abandon. **4.** To make lonely, forlorn, or wretched. [Middle English *desolat*, from Latin *dēsōlātus*, past participle of *dēsōlāre*, to abandon : *dē-*, de- + *sōlus*, alone; see s(w)e- in Appendix I.] —**des′o•late•ly** *adv.* —**des′o•late•ness** *n.* —**des′o•lat′er, des′o•la′tor** *n.*

**des•o•la•tion** (dĕs′ə-lā′shən, dĕz′-) *n.* **1.** The act or an instance of desolating. **2.** The state of being desolate. **3.** Devastation; ruin: *a drought that brought desolation to the region.* **4a.** The state of being abandoned or forsaken; loneliness: *a sense of utter desolation following the death of his parents.* **b.** Wretchedness; misery.

**de•sorb** (dē-sôrb′, -zôrb′) *tr.v.* **-sorbed, -sorb•ing, -sorbs** To remove (an absorbed or adsorbed substance) from. [DE- + (AB)SORB or (AD)SORB.] —**de•sorp′tion** (-sôrp′shən, -zôrp′-) *n.*

**de Soto** (dĭ sō′tō, dĕ), **Hernando** or **Fernando** 1496?–1542. Spanish explorer who landed in Florida in 1539 with 600 men and set out to search for the fabled riches of the north. For the next three years he explored much of southern North America, discovering and crossing the Mississippi River in 1541.

**De So•to** (dĭ sō′tō) A city of northeast Texas, a suburb of Dallas. Population: 30,544.

**de•spair** (dĭ-spâr′) *intr.v.* **-spaired, -spair•ing, -spairs 1.** To lose all hope: *despaired of reaching shore safely.* **2.** To be overcome by a sense of futility or defeat. ❖ *n.* **1.** Complete loss of hope. **2.** One despaired of or causing despair: *unmotivated students that are the despair of their teachers.* [Middle English *despeiren*, from Old French *desperer*, from Latin *dēspērāre* : *dē-*, de- + *spērāre*, to hope; see spē- in Appendix I. N., from Middle English *despeir*, from Anglo-Norman, from Old French *desperer*, to despair.]

**de•spair•ing** (dĭ-spâr′ĭng) *adj.* Characterized by or resulting from despair; hopeless. See synonyms at **despondent**. —**de•spair′ing•ly** *adv.*

**des•patch** (dĭ-spăch′) *v. & n.* Variant of **dispatch**.

**des•per•a•do** (dĕs′pə-rä′dō, -rā′-) *n., pl.* **-does** or **-dos** A bold or desperate outlaw, especially of the American frontier. [Probably from Spanish *desperado, desesperado*, desperate person, from past participle of *desesperar*, to despair, from Latin *dēspērāre*. See DESPAIR.]

**des•per•ate** (dĕs′pər-ĭt) *adj.* **1.** Having lost all hope; despairing. **2.** Marked by, arising from, or showing despair: *the desperate look of hunger; a desperate cry for help.* **3.** Reckless or violent because of despair: *a desperate criminal.* **4.** Undertaken out of extreme urgency or as a last resort: *a desperate attempt to save the family business.* **5.** Nearly hopeless; critical: *a desperate illness; a desperate situation.* **6.** Suffering or driven by great need or distress: *desperate for recognition.* **7.** Extremely intense: *felt a desperate urge to tell the truth.* [Middle English *desperat*, from Latin *dēspērātus*, past participle of *dēspērāre*, to despair. See DESPAIR.] —**des′per•ate•ly** *adv.* —**des′per•ate•ness** *n.*

**des•per•a•tion** (dĕs′pə-rā′shən) *n.* **1.** The condition of being desperate. **2.** Recklessness arising from despair.

**de•spic•a•ble** (dĭ-spĭk′ə-bəl, dĕs′pĭ-kə-) *adj.* Deserving of contempt or scorn; vile. [Late Latin *dēspicābilis*, from Latin *dēspicārī*, to despise. See spek- in Appendix I.] —**de•spic′a•ble•ness** *n.* —**de•spic′a•bly** *adv.*

**De•spi•na** (də-spē′nə) *n.* The satellite of Neptune that is third in distance from the planet. [From Greek *Despoina*, The Mistress, Arcadian



**electromagnetic spectrum**
electromagnetic spectrum frequencies in hertz
A. gamma rays
B. x-rays
C. ultraviolet rays
D. visible light
E. infrared rays
F. microwaves
G. radio waves

**electrostatic generator**
The ribbons and dome of this Van de Graaff generator become negatively charged and are repelled from each other.



**electrostatic precipitation**
Purified air is the byproduct of an electrostatic precipitator, in which an ionizer gives a positive charge to dirt particles which then adhere to a negatively charged collector.

576

izes when dissolved or molten to produce an electrically conductive medium. **2.** *Physiology* Any of various ions, such as sodium, potassium, or chloride, required by cells to regulate the electric charge and flow of water molecules across the cell membrane.
**e•lec•tro•lyt•ic** (ĭ-lĕk'trə-lĭt'ĭk) *adj.* **1a.** Of or relating to electrolysis. **b.** Produced by electrolysis. **2.** Of or relating to electrolytes. —**e•lec'tro•lyt'i•cal•ly** *adv.*
**electrolytic cell** *n.* **1.** A cell containing an electrolyte through which an externally generated electric current is passed by a system of electrodes in order to produce an electrochemical reaction. **2.** A cell containing an electrolyte in which an electrochemical reaction produces an electromotive force.
**e•lec•tro•lyze** (ĭ-lĕk'trə-līz') *tr.v.* **-lyzed, -lyz•ing, -lyz•es** To cause to decompose by electrolysis.
**e•lec•tro•mag•net** (ĭ-lĕk'trō-măg'nĭt) *n.* A magnet consisting essentially of a coil of insulated wire wrapped around a soft iron core that is magnetized only when current flows through the wire.
**e•lec•tro•mag•net•ic** (ĭ-lĕk'trō-măg-nĕt'ĭk) *adj.* Of or exhibiting electromagnetism. —**e•lec'tro•mag•net'i•cal•ly** *adv.*
**electromagnetic field** *n.* The field of force associated with electric charge in motion, having both electric and magnetic components and containing a definite amount of electromagnetic energy.
**electromagnetic pulse** *n. Abbr.* **EMP** The pulse of intense electromagnetic radiation generated by certain physical events, especially by a nuclear explosion high above the earth.
**electromagnetic spectrum** *n.* The entire range of radiation extending in frequency from approximately $10^{23}$ hertz to 0 hertz or, in corresponding wavelengths, from $10^{-13}$ centimeter to infinity and including, in order of decreasing frequency, cosmic-ray photons, gamma rays, x-rays, ultraviolet radiation, visible light, infrared radiation, microwaves, and radio waves.
**electromagnetic unit** *n. Abbr.* **EMU** Any of various systems of units for electricity and magnetism based on a system of equations in which the permeability of free space is taken as unity and by means of which the abampere is defined as the fundamental unit of current.
**electromagnetic wave** *n.* A wave of energy having a frequency within the electromagnetic spectrum and propagated as a periodic disturbance of the electromagnetic field when an electric charge oscillates or accelerates.
**e•lec•tro•mag•net•ism** (ĭ-lĕk'trō-măg'nĭ-tĭz'əm) *n.* **1.** Magnetism produced by electric charge in motion. **2.** The physics of electricity and magnetism.
**e•lec•tro•me•chan•i•cal** (ĭ-lĕk'trō-mə-kăn'ĭ-kəl) *adj.* Relating to a mechanical device or system that is actuated or controlled by electricity.
**e•lec•tro•met•al•lur•gy** (ĭ-lĕk'trō-mĕt'l-ûr'jē) *n.* The use of electric and electrolytic processes to purify metals or reduce metallic compounds to metals. —**e•lec'tro•met'al•lur'gi•cal** *adj.*
**e•lec•trom•e•ter** (ĭ-lĕk-trŏm'ĭ-tər, ē'lĕk-) *n.* An instrument for measuring voltage.
**e•lec•tro•mo•tive** (ĭ-lĕk'trō-mō'tĭv) *adj.* Of, relating to, or producing electric current.
**electromotive force** *n. Abbr.* **EMF** The energy per unit charge that is converted reversibly from chemical, mechanical, or other forms of energy into electrical energy in a battery or dynamo.
**e•lec•tro•my•o•gram** (ĭ-lĕk'trō-mī'ə-grăm') *n. Abbr.* **EMG** A graphic record of the electrical activity of a muscle as recorded by an electromyograph.
**e•lec•tro•my•o•graph** (ĭ-lĕk'trō-mī'ə-grăf') *n.* An instrument used in the diagnosis of neuromuscular disorders that produces an audio or visual record of the electrical activity of a skeletal muscle by means of an electrode inserted into the muscle or placed on the skin. —**e•lec'tro•my'o•graph'ic** *adj.* —**e•lec'tro•my'o•graph'i•cal•ly** *adv.* —**e•lec'tro•my•og'ra•phy** (-mī-ŏg'rə-fē) *n.*
**e•lec•tron** (ĭ-lĕk'trŏn') *n. Abbr.* **e** A stable subatomic particle in the lepton family having a rest mass of $9.1066 \times 10^{-28}$ grams and a unit negative electric charge of approximately $1.602 \times 10^{-19}$ coulombs. See table at **subatomic particle.** [ELECTR(IC) + -ON[1].]
**e•lec•tro•neg•a•tive** (ĭ-lĕk'trō-nĕg'ə-tĭv) *adj.* **1.** Having a negative electric charge. **2.** Tending to attract electrons to form a chemical bond. **3.** Capable of acting as a negative electrode.
**electron gun** *n.* The electrode, especially in a cathode-ray tube, that produces a beam of accelerated electrons.
**electron hole** *n.* See **hole** (sense 9).
**e•lec•tron•ic** (ĭ-lĕk-trŏn'ĭk, ē'lĕk-) *adj.* **1.** Of or relating to electrons. **2.** Of, based on, operated by, or otherwise involving the controlled conduction of electrons or other charge carriers, especially in a vacuum, gas, or semiconducting material. **3.** Of, relating to, or produced by means of electronics: *electronic navigation; electronic books.* **4.** Of or relating to music produced or altered by electronic means, as by a tape recorder or synthesizer. **5.** Of, implemented on, or controlled by a computer or computer network. —**e•lec'tron'i•cal•ly** *adv.*
**electronic fetal monitor** *n. Abbr.* **EFM** A device used during labor to monitor fetal heartbeat and maternal uterine contractions.
**electronic mail** *n.* E-mail.
**e•lec•tron•ics** (ĭ-lĕk-trŏn'ĭks, ē'lĕk-) *n.* **1.** *(used with a sing. verb)* The science and technology of electronic phenomena. **2.** *(used with a pl. verb)* Electronic devices and systems: *The electronics aboard the new aircraft are very sophisticated.*
**electron lens** *n.* Any of various devices that use an electric or magnetic field to focus a beam of electrons.

**electron micrograph** *n.* A micrograph made by an electron microscope.
**electron microscope** *n.* Any of a class of microscopes that use electrons rather than visible light to produce magnified images, especially of objects having dimensions smaller than the wavelengths of visible light, with linear magnification approaching or exceeding a million ($10^6$).
**electron microscopy** *n.* Microscopy involving use of an electron microscope. —**electron microscopist** *n.*
**electron multiplier** *n.* A vacuum tube in which a single electron produces a large number of secondary electrons by collision with an anode, the process generally being repeated through a number of stages to achieve great amplification of current.
**electron neutrino** *n.* A stable elementary particle in the lepton family having a mass of zero, or very close to zero, and no charge. See table at **subatomic particle.**
**electron optics** *n.* *(used with a sing. verb)* The science of the control of electron motion by electron lenses in systems or under conditions analogous to those involving or affecting visible light.
**electron pair** *n.* **1.** Two electrons functioning or regarded as functioning in concert, especially two electrons that form a nonpolar covalent bond between atoms. **2.** The combination of an electron and a positron as produced by a high-energy photon.
**electron transport** *n.* The successive passage of electrons from one cytochrome or flavoprotein to another by a series of oxidation-reduction reactions during the aerobic production of ATP, with the electrons originating from an oxidizable substrate and ultimately being passed to molecular oxygen. The oxidation-reduction reactions generate the energy required for the production of ATP.
**electron tube** *n.* A sealed enclosure, either highly evacuated or containing a controlled quantity of gas, in which electrons can be made sufficiently mobile to act as the principal carriers of current between at least one pair of electrodes.
**electron volt** *n. Abbr.* **eV** A unit of energy equal to the energy acquired by an electron falling through a potential difference of one volt, approximately $1.602 \times 10^{-19}$ joules. See table at **measurement.**
**e•lec•tro•phile** (ĭ-lĕk'trə-fīl') *n.* A chemical compound or group that is attracted to electrons and tends to accept electrons.
**e•lec•tro•pho•rese** (ĭ-lĕk'trō-fə-rēs') *tr.v.* **-resed, -res•ing, -res•es** To subject to electrophoresis. [Back-formation from ELECTROPHORESIS.]
**e•lec•tro•pho•re•sis** (ĭ-lĕk'trō-fə-rē'sĭs) *n.* **1.** The migration of charged colloidal particles or molecules through a solution under the influence of an applied electric field usually provided by immersed electrodes. Also called *cataphoresis.* **2.** A method of separating substances, especially proteins, and analyzing molecular structure based on the rate of movement of each component in a colloidal suspension while under the influence of an electric field. —**e•lec'tro•pho•ret'ic** (-rĕt'ĭk) *adj.*
**e•lec•tro•pho•ret•o•gram** (ĭ-lĕk'trō-fə-rĕt'ə-grăm') *n.* A record of the results of an electrophoresis, such as a filter paper on which the components of a mixture are deposited as they migrate under the influence of an electric field. [ELECTROPHORET(IC) + -GRAM.]
**e•lec•troph•o•rus** (ĭ-lĕk-trŏf'ər-əs, ē'lĕk-) *n., pl.* **-o•ri** (-ə-rī', -ə-rē') An apparatus for generating static electricity, consisting of a hard rubber disk that is given a negative charge by friction and a metal plate that is given a net positive charge by induction when in contact with the disk. [New Latin : ELECTRO- + Greek *-phoros, -phorous.*]
**e•lec•tro•phys•i•ol•o•gy** (ĭ-lĕk'trō-fĭz'ē-ŏl'ə-jē) *n.* **1.** The branch of physiology that studies the relationship between electric phenomena and bodily processes. **2.** The electric activity associated with a bodily part or function. —**e•lec'tro•phys'i•o•log'ic** (-ə-lŏj'ĭk), **e•lec'tro•phys'i•o•log'i•cal** (-ĭ-kəl) *adj.* —**e•lec'tro•phys'i•o•log'i•cal•ly** *adv.* —**e•lec'tro•phys'i•ol'o•gist** *n.*
**e•lec•tro•plate** (ĭ-lĕk'trə-plāt') *tr.v.* **-plat•ed, -plat•ing, -plates** To coat or cover with a thin layer of metal by electrodeposition.
**e•lec•tro•pos•i•tive** (ĭ-lĕk'trō-pŏz'ĭ-tĭv) *adj.* **1.** Having a positive electric charge. **2.** Capable of acting as a positive electrode. **3.** Tending to release electrons to form a chemical bond.
**e•lec•tro•re•cep•tor** (ĭ-lĕk'trō-rĭ-sĕp'tər) *n.* Any of a series of sensory organs in certain fish, such as sharks, skates, and electric eels, that detect electric fields and are located on the head and along the lateral line. —**e•lec'tro•re•cep'tion** *n.*
**e•lec•tro•rhe•ol•o•gy** (ĭ-lĕk'trō-rē-ŏl'ə-jē) *n.* The study of the changes in flow properties that occur in certain fluids exposed to electric fields. —**e•lec'tro•rhe'o•log'i•cal** (-ə-lŏj'ĭ-kəl) *adj.*
**e•lec•tro•scope** (ĭ-lĕk'trə-skōp') *n.* An instrument used to detect the presence, sign, and in some configurations the magnitude of an electric charge by the mutual attraction or repulsion of metal foils or pith balls. —**e•lec'tro•scop'ic** (-skŏp'ĭk) *adj.*
**e•lec•tro•shock** (ĭ-lĕk'trō-shŏk') *n.* See **electroconvulsive therapy.**
**electroshock therapy** *n.* See **electroconvulsive therapy.**
**e•lec•tro•stat•ic** (ĭ-lĕk'trō-stăt'ĭk) *adj.* **1a.** Of or relating to electric charges at rest. **b.** Produced or caused by such charges. **2.** Of or relating to electrostatics. —**e•lec'tro•stat'i•cal•ly** *adv.*
**electrostatic generator** *n.* Any of various devices, including the electrophorus, the Wimshurst machine, and especially the Van de Graaff generator, that generate high voltages by accumulating large quantities of electric charge.
**electrostatic precipitation** *n.* The removal of very fine particles suspended in a gas by electrostatic charging and subsequent precipitation onto a collector in a strong electric field.

targets of linguistic rules and operations. **4a.** The main film presentation at a theater. **b.** A full-length film. **5.** A special attraction at an entertainment. **6.** A prominent or special article, story, or department in a newspaper or periodical. **7.** An item advertised or offered as particularly attractive or as an inducement: *a washing machine with many features.* **8.** *Archaic* **a.** Outward appearance; form or shape. **b.** Physical beauty. ❖ *tr.v.* **-tured, -tur•ing, -tures 1.** To give special attention to; display, publicize, or make prominent. **2.** To have or include as a prominent part or characteristic: *The play featured two well-known actors.* **3.** To depict or outline the features of. **4.** *Informal* To picture mentally; imagine: *Can you feature her in that hat?* [Middle English *feture,* from Old French *faiture,* from Latin *factūra,* a working or making, from *factus,* past participle of *facere,* to make, do. See **dhē-** in Appendix I.]

**fea•tured** (fē′chərd) *adj.* **1.** Given special prominence, attention, or publicity: *a featured item at a sale.* **2.** Having a specified kind of facial features. Often used in combination: *sharp-featured; plain-featured.*

**fea•ture•less** (fē′chər-lĭs) *adj.* Lacking distinguishing characteristics or features: *the featureless landscape of the steppe.*

**Feb.** *abbr.* February

**fe•bric•i•ty** (fĭ-brĭs′ĭ-tē) *n.* The condition of having a fever. [Medieval Latin *febrīcitās,* from Latin *febrīcitāre,* to have a fever, from *febris,* fever.]

**feb•ri•fa•cient** (fĕb′rə-fā′shənt) *n.* A substance that produces fever. ❖ *adj.* Causing fever. [Latin *febris,* fever + –FACIENT.]

**fe•brif•ic** (fĭ-brĭf′ĭk) *adj.* **1.** Producing fever. **2.** Having a fever; feverish. [Latin *febris,* fever + –FIC.]

**feb•ri•fuge** (fĕb′rə-fyōōj′) *n.* A medication that reduces fever; an antipyretic. ❖ *adj.* Acting to reduce fever. [Latin *febris,* fever + –FUGE.]

**feb•rile** (fĕb′rəl, fē′brəl) *adj.* Of, relating to, or characterized by fever; feverish. [Late Latin *febrīlis,* from Latin *febris,* fever.]

**Feb•ru•ar•y** (fĕb′rōō-ĕr′ē, fĕb′yōō-) *n., pl.* **-ies** *Abbr.* **Feb.** The second month of the year in the Gregorian calendar. See table at **calendar**. [Middle English *Februarie,* from Latin *Februārius (mēnsis),* (month) of purification, from *februa,* expiatory offerings, possibly of Sabine origin.]

**Usage Note** Although the variant pronunciation (fĕb′yōō-ĕr′ē) is often censured because it doesn't reflect the spelling of the word, it is quite common in educated speech and is generally considered acceptable. The loss of the first *r* in this pronunciation can be accounted for by the phonological process known as *dissimilation,* by which similar sounds in a word tend to become less similar. In the case of *February,* the loss of the first *r* is also owing to the influence of *January,* which has only one *r.*

**fec.** *abbr.* Latin *fecit* (he or she made or did it)

**fe•cal** (fē′kəl) *adj.* Of, relating to, or composed of feces.

**fe•ces** (fē′sēz) *pl.n. (used with a sing. or pl. verb)* Waste matter eliminated from the bowels; excrement. [Middle English, from Latin *faecēs,* pl. of *faex,* dregs.]

**feck•less** (fĕk′lĭs) *adj.* **1.** Lacking purpose or vitality; feeble or ineffective. **2.** Careless and irresponsible. [Scots *feck,* effect (alteration of EFFECT) + –LESS.] —**feck′less•ly** *adv.* —**feck′less•ness** *n.*

**fec•u•lent** (fĕk′yə-lənt) *adj.* Full of foul or impure matter; fecal. [Middle English, from Latin *faeculentus,* heavy with sediment, from *faex, faec-,* dregs.] —**fec′u•lence** *n.*

**fe•cund** (fē′kənd, fĕk′ənd) *adj.* **1.** Capable of producing offspring or vegetation; fruitful. **2.** Marked by intellectual productivity. See synonyms at **fertile**. [Middle English, from Old French *fecond,* from Latin *fēcundus.* See **dhē(i)-** in Appendix I.]

**fe•cun•date** (fē′kən-dāt′, fĕk′ən-) *tr.v.* **-dat•ed, -dat•ing, -dates 1.** To make fecund or fruitful. **2.** To impregnate; fertilize. [Latin *fēcundāre, fēcundāt-,* from *fēcundus,* fruitful. See FECUND.] —**fe′cun•da′tion** *n.*

**fe•cun•di•ty** (fĭ-kŭn′dĭ-tē) *n.* **1.** The quality or power of producing abundantly; fruitfulness or fertility. **2.** Productive or creative power: *fecundity of the mind.*

**fed** (fĕd) *v.* Past tense and past participle of **feed**.

**Fed** (fĕd) *n. Informal* **1a.** The Federal Reserve System. **b.** The Federal Reserve Board. **2.** often **fed** A federal agent or official.

**fed.** *abbr.* **1.** federal **2.** federated **3.** federation

**fe•da•yee** (fĕ-dä′yē′, -dä′ē′, -dä′-) *n., pl.* **-yeen** (-yēn′, -ēn′) A commando or guerrilla, especially an Arab commando operating in the Middle East. [Arabic *fidā'ī,* one who sacrifices himself, from *fidā',* sacrifice, ransom, from *fadā,* to sacrifice, ransom. See **pdy** in Appendix II.]

**fed•er•a•cy** (fĕd′ər-ə-sē) *n., pl.* **-cies** *Archaic* An alliance; a confederacy. [Short for CONFEDERACY.]

**fed•er•al** (fĕd′ər-əl, fĕd′rəl) *adj.* **1.** Of, relating to, or being a form of government in which a union of states recognizes the sovereignty of a central authority while retaining certain residual powers of government. **2.** Of or constituting a form of government in which sovereign power is divided between a central authority and a number of constituent political units. **3.** Of or relating to the central government of a federation as distinct from the governments of its member units. **4.** Favorable to or advocating federation: *The senator's federal leanings were well known.* **5.** Relating to or formed by a treaty or compact between constituent political units. **6.** **Federal a.** Of, relating to, or supporting Federalism or the Federalist Party. **b.** Of, relating to, or loyal to the Union cause during the American Civil War. **7.** often **Federal** Of, relating to, or being the central government of the United States. **8.** **Federal** Relating to or characteristic of a style of architecture, furniture, and decoration produced in the United States especially in the late 18th and early 19th centuries and characterized by adaptations of classical forms combined with typically American motifs. ❖ *n.* **1. Federal a.** A supporter of the Union during the American Civil War, especially a Union soldier. **b.** A Federalist. **2.** often **Federal** A federal agent or official. [From Latin *foedus, foeder-,* league, treaty. See **bheidh-** in Appendix I.] —**fed′er•al•ly** *adv.*

**federal case** *n.* **1.** *Law* An action or cause that falls under the jurisdiction of a federal court. **2.** *Informal* A major issue that has evolved from a minor problem: *made a federal case out of our tardiness.*

**federal district** also **Federal District** *n.* An area, such as the District of Columbia, that is reserved as the site of the national capital of a federation.

**fed•er•al•ism** (fĕd′ər-ə-lĭz′əm, fĕd′rə-) *n.* **1a.** A system of government in which power is divided between a central authority and constituent political units. **b.** Advocacy of such a system of government. **2. Federalism** The doctrine of the Federalist Party.

**fed•er•al•ist** (fĕd′ər-ə-lĭst, fĕd′rə-) *n.* **1.** An advocate of federalism. **2. Federalist** A member or supporter of the Federalist Party. ❖ *adj.* **1.** Of or relating to federalism or its advocates. **2. Federalist** Of or relating to Federalism or Federalists.

**Federalist Party** *n.* A U.S. political party founded in 1787 to advocate the establishment of a strong federal government and the adoption by the states of the Constitution. The party gained prominence in the 1790s under the leadership of Alexander Hamilton.

**fed•er•al•ize** (fĕd′ər-ə-līz′, fĕd′rə-) *tr.v.* **-ized, -iz•ing, -iz•es 1.** To unite in a federal union. **2.** To subject to the authority of a federal government; put under federal control. —**fed′er•al•i•za′tion** (-lĭ-zā′shən) *n.*

**Federal Republic of Germany** See **West Germany**.

**Federal Reserve System** *n.* A U.S. banking system that consists of 12 federal reserve banks, with each one serving member banks in its own district. This system, supervised by the Federal Reserve Board, has broad regulatory powers over the money supply and the credit structure.

**fed•er•ate** (fĕd′ə-rāt′) *v.* **-at•ed, -at•ing, -ates** —*tr.* To cause to join into a league, federal union, or similar association. —*intr.* To become united into a federal union. ❖ *adj.* (fĕd′ər-ĭt, fĕd′rĭt) United in a federation. [Latin *foederāre, foederāt-,* to ratify an agreement, from *foedus, foeder-,* league, treaty. See **bheidh-** in Appendix I.]

**fed•er•a•tion** (fĕd′ə-rā′shən) *n.* **1.** The act of federating, especially a joining together of states into a league or federal union. **2.** A league or association formed by federating, especially a government or political body established through federal union.

**fed•er•a•tive** (fĕd′ə-rā′tĭv, fĕd′ər-ə-, fĕd′rə-) *adj.* Forming, belonging to, or of the nature of a federation. —**fed′er•a′tive•ly** *adv.*

**Fed•Ex** (fĕd′ĕks′) A trademark used for an express shipping service. This trademark often occurs in print in lowercase as a noun or verb: "For years, people in offices across the United States have talked about 'fedexing packages' and receiving or sending 'fedexes.'" (Laurel Shaper Walters).

**fe•do•ra** (fĭ-dôr′ə, -dōr′ə) *n.* A soft felt hat with a fairly low crown creased lengthwise and a brim that can be turned up or down. [After *Fédora,* a play by Victorien Sardou.]



fedora

**fed up** *adj.* Unable or unwilling to put up with something any longer: *She was fed up with their complaints. I resigned because I was fed up.*

**fee** (fē) *n.* **1.** A fixed sum charged, as by an institution or by law, for a privilege: *a license fee; tuition fees.* **2.** A charge for professional services: *a surgeon's fee.* **3.** A tip; a gratuity. **4.** *Law* An inherited or heritable estate in land. **5a.** In feudal law, an estate in land granted by a lord to his vassal on condition of homage and service. Also called *feud, fief.* **b.** The land so held. ❖ *tr.v.* **feed, fee•ing, fees 1.** To give a tip to. **2.** *Scots* To hire. —*idiom:* **in fee** *Law* In absolute and legal possession. [Middle English *fe,* from Old English *feoh,* cattle, goods, money, and from Anglo-Norman *fee,* fief, from Old French *fief, fief,* of Germanic origin; akin to Old English *feoh.* See **peku-** in Appendix I.]

**Word History** It is possible to see the idea of money taking hold of the human mind by studying a few words that express the notion of wealth or goods. The word *fee* now denotes money paid or received for a service rendered. *Fee* comes from Old English *feoh,* which has three meanings, all equally ancient: "cattle, livestock"; "goods, possessions, movable property"; "money." The Germanic form behind the Old English is *\*fehu,* which derives by Grimm's Law from Indo-European *\*peku-,* "cattle." *\*Fehu* is therefore a cognate of Latin *pecu,* "cattle," also a direct descendant of Indo-European *\*peku-.* Latin *pecu* has several derivatives that ultimately were borrowed into English. One was *pecūnia,* "money," the source of our word *pecuniary.* Another was *peculiāris,* "pertaining to one's *peculium* or property," the source of our word *peculiar.* Finally, our word *peculator* comes from yet a third derivative, *peculātor,* "embezzler of public money, peculator."

**fee•ble** (fē′bəl) *adj.* **-bler, -blest 1a.** Lacking strength; weak. **b.** Indicating weakness. **2.** Lacking vigor, force, or effectiveness; inadequate. See synonyms at **weak**. [Middle English *feble,* from Old French, from Latin *flēbilis,* lamentable, from *flēre,* to weep.] —**fee′ble•ness** *n.* —**fee′bly** *adv.*

**fee•ble-mind•ed** (fē′bəl-mīn′dĭd) *adj.* **1.** *Offensive* Deficient in intelligence. **2.** Exhibiting a marked lack of intelligent consideration and forethought: *feeble-minded excuses; a feeble-minded plan doomed to failure.* **3.** *Obsolete* Irresolute and weak-willed. —**fee′ble-mind′ed•ly** *adv.* —**fee′ble-mind′ed•ness** *n.*

**feed** (fēd) *v.* **fed** (fĕd), **feed•ing, feeds** —*tr.* **1a.** To give food to; supply with nourishment: *feed the children.* **b.** To provide as food or nourishment: *fed fish to the cat.* **2a.** To serve as food for: *The turkey is large enough to feed a dozen.* **b.** To produce food for: *The valley feeds an entire county.* **3a.** To provide for consumption, utilization, or operation:

647

Old French *imparfait*, from Latin *imperfectus* : *in-*, not; see IN-¹ + *perfectus*, perfect; see PERFECT.] —**im·per′fect·ly** *adv.* —**im·per′fect·ness** *n.*

**imperfect fungus** *n.* Any of various fungi of the order Fungi Imperfecti, which reproduce only by asexual means.

**im·per·fec·tion** (ĭm′pər-fĕk′shən) *n.* **1.** The quality or condition of being imperfect. **2.** Something imperfect; a defect or flaw. See synonyms at **blemish**.

**im·per·fec·tive** (ĭm′pər-fĕk′tĭv) *Grammar adj.* Of, related to, or being the aspect that expresses the action denoted by the verb without regard to its beginning or completion. ❖ *n.* **1.** The imperfective aspect. **2.** An imperfective verb form. **3.** A verb having an imperfective form.

**im·per·fo·rate** (ĭm-pûr′fər-ĭt) *adj.* **1.** Having no opening; not perforated. **2.** Not separated by rows of perforations: *imperforate sheets of stamps.* **3.** *Medicine* Lacking a normal opening: *an imperforate anus.* ❖ *n.* An imperforate stamp.

**im·pe·ri·a** (ĭm-pîr′ē-ə) *n.* Plural of **imperium**.

**im·pe·ri·al** (ĭm-pîr′ē-əl) *adj.* **1.** Of, relating to, or suggestive of an empire or a sovereign, especially an emperor or empress: *imperial rule; the imperial palace.* **2.** Ruling over extensive territories or over colonies or dependencies: *imperial nations.* **3a.** Having supreme authority; sovereign. **b.** Regal; majestic. **4.** Outstanding in size or quality. **5.** Of or belonging to the British Imperial System of weights and measures. ❖ *n.* **1.** An emperor or empress. **2.** The top of a carriage. **3.** Something outstanding in size or quality. **4.** A variable size of paper, usually 23 by 33 inches (55.8 by 83.8 centimeters). **5.** A pointed beard grown from the lower lip and chin. [Middle English, from Old French, from Latin *imperiālis*, from *imperium*, command; see EMPIRE. N., sense 5, after the beard of Napoleon III.] —**im·pe′ri·al·ly** *adv.*

**im·pe·ri·al·ism** (ĭm-pîr′ē-ə-lĭz′əm) *n.* **1.** The policy of extending a nation's authority by territorial acquisition or by the establishment of economic and political hegemony over other nations. **2.** The system, policies, or practices of such a government. —**im·pe′ri·al·ist** *adj. & n.* —**im·pe′ri·al·is′tic** *adj.* —**im·pe′ri·al·is′ti·cal·ly** *adv.*

**imperial moth** *n.* A large New World moth (*Eacles imperialis*) having yellow wings with purplish or brownish markings.

**Im·pe·ri·al Valley** (ĭm-pîr′ē-əl) A fertile, irrigated region of southeast California and northeast Baja California, Mexico. Mostly below sea level, it includes the Salton Sea.

**im·per·il** (ĭm-pĕr′əl) *tr.v.* **-iled, -il·ing, -ils** or **-illed, -il·ling, -ils** To put into peril. See synonyms at **endanger**. —**im·per′il·ment** *n.*

**im·pe·ri·ous** (ĭm-pîr′ē-əs) *adj.* **1.** Arrogantly domineering or overbearing. See synonyms at **dictatorial**. **2.** Urgent; pressing. **3.** *Obsolete* Regal; imperial. [From Latin *imperiōsus*, from *imperium*, imperium. See EMPIRE.] —**im·pe′ri·ous·ly** *adv.* —**im·pe′ri·ous·ness** *n.*

**im·per·ish·a·ble** (ĭm-pĕr′ĭ-shə-bəl) *adj.* Not perishable: *imperishable food; imperishable hopes.* —**im·per′ish·a·bil′i·ty, im·per′ish·a·ble·ness** *n.* —**im·per′ish·a·bly** *adv.*

**im·pe·ri·um** (ĭm-pîr′ē-əm) *n., pl.* **-pe·ri·a** (-pîr′ē-ə) **1.** Absolute rule; supreme power. **2.** A sphere of power or dominion; an empire. **3.** *Law* The right or power of a state to enforce the law. [Latin. See EMPIRE.]

**im·per·ma·nent** (ĭm-pûr′mə-nənt) *adj.* Not lasting or durable; not permanent. —**im·per′ma·nence, im·per′ma·nen·cy** *n.*

**im·per·me·a·ble** (ĭm-pûr′mē-ə-bəl) *adj.* Impossible to permeate: *an impermeable membrane; an impermeable border.* —**im·per′me·a·bil′i·ty, im·per′me·a·ble·ness** *n.* —**im·per′me·a·bly** *adv.*

**im·per·mis·si·ble** (ĭm′pər-mĭs′ə-bəl) *adj.* Not permitted; not permissible: *impermissible behavior.* —**im·per′mis·si·bil′i·ty** *n.* —**im·per′mis′si·bly** *adv.*

**im·per·son·al** (ĭm-pûr′sə-nəl) *adj.* **1.** Lacking personality; not being a person: *an impersonal force.* **2a.** Showing no emotion or personality: *an aloof, impersonal manner.* **b.** Having no personal reference or connection: *an impersonal remark.* **c.** Not responsive to or expressive of human personalities: *a large, impersonal corporation.* **3.** *Grammar* **a.** Of, relating to, or being a verb that expresses the action of an unspecified subject, as in *methinks*, "it seems to me"; Latin *pluit*, "it rains"; or, with an expletive subject, *it snowed.* **b.** Indefinite. Used of pronouns. —**im·per′son·al′i·ty** (-sə-năl′ĭ-tē) *n.* —**im·per′son·al·ly** *adv.*

**im·per·son·al·ize** (ĭm-pûr′sə-nə-līz′) *tr.v.* **-ized, -iz·ing, -iz·es** To make impersonal. —**im·per′son·al·i·za′tion** (-lĭ-zā′shən) *n.*

**im·per·son·ate** (ĭm-pûr′sə-nāt′) *tr.v.* **-at·ed, -at·ing, -ates 1.** To assume the character or appearance of, especially fraudulently: *impersonate a police officer.* **2.** To imitate the appearance, voice, or manner of; mimic: *an entertainer who impersonates celebrities.* **3.** *Archaic* To embody; personify. —**im·per′son·a′tion** *n.* —**im·per′son·a′tor** *n.*

**im·per·ti·nence** (ĭm-pûr′tn-əns) *n.* **1.** The quality or condition of being impertinent, especially: **a.** Insolence. **b.** Irrelevance. **2.** An impertinent act or statement.

**im·per·ti·nen·cy** (ĭm-pûr′tn-ən-sē) *n., pl.* **-cies** Impertinence.

**im·per·ti·nent** (ĭm-pûr′tn-ənt) *adj.* **1.** Exceeding the limits of propriety or good manners; improperly forward or bold: *impertinent of a child to lecture a grownup.* **2.** Not pertinent; irrelevant. See synonyms at **irrelevant**. [Middle English, irrelevant, from Old French, from Late Latin *impertinēns, impertinent-* : Latin *in-*, not; see IN-¹ + Latin *pertinēns*, pertinent; see PERTINENT.] —**im·per′ti·nent·ly** *adv.*

**im·per·turb·a·ble** (ĭm′pər-tûr′bə-bəl) *adj.* Unshakably calm and collected. See synonyms at **cool**. —**im·per′turb·a·bil′i·ty, im·per′turb·a·ble·ness** *n.* —**im·per′turb·a·bly** *adv.*

**im·per·vi·ous** (ĭm-pûr′vē-əs) *adj.* **1.** Incapable of being penetrated: *a material impervious to water.* **2.** Incapable of being affected: *impervious to fear.* [From Latin *impervius* : *in-*, not; see IN-¹ + *pervius*, pervious; see PERVIOUS.] —**im·per′vi·ous·ly** *adv.* —**im·per′vi·ous·ness** *n.*



**imperial moth**
*Eacles imperialis*

880

**im·pe·ti·go** (ĭm′pĭ-tī′gō) *n., pl.* **-gos** A contagious bacterial skin infection, usually of children, that is characterized by the eruption of superficial pustules and the formation of thick yellow crusts, commonly on the face. [Middle English, from Latin *impetīgō*, from *impetere*, to attack. See IMPETUS.] —**im′pe·tig′e·nous** (-tĭj′ə-nəs) *adj.*

**im·pet·u·os·i·ty** (ĭm-pĕch′ōō-ŏs′ĭ-tē) *n., pl.* **-ties 1.** The quality or condition of being impetuous. **2.** An impetuous act.

**im·pet·u·ous** (ĭm-pĕch′ōō-əs) *adj.* **1.** Characterized by sudden and forceful energy or emotion; impulsive and passionate. **2.** Having or marked by violent force: *impetuous, heaving waves.* [Middle English, violent, from Old French *impetueux*, from Late Latin *impetuōsus*, from Latin *impetus*, impetus. See IMPETUS.] —**im·pet′u·ous·ly** *adv.* —**im·pet′u·ous·ness** *n.*

**Synonyms** *impetuous, heedless, hasty, headlong, precipitate, sudden* These adjectives describe abruptness or lack of deliberation. *Impetuous* suggests forceful impulsiveness or impatience: "[a race driver who was] flamboyant, impetuous, disdainful of death" (Jim Murray). *Heedless* implies carelessness or lack of responsibility or proper regard for consequences: "Hobbling down stairs with heedless haste, I set my foot full in a pail of water" (Richard Steele). *Hasty* and *headlong* both stress hurried, often reckless action: "Hasty marriage seldom proveth well" (Shakespeare). "In his headlong flight down the circular staircase, ... [he] had pitched forward violently, struck his head against the door to the east veranda, and probably broken his neck" (Mary Roberts Rinehart). *Precipitate* suggests impulsiveness and lack of due reflection: *a precipitate decision.* *Sudden* applies to what becomes apparent abruptly or unexpectedly: *is given to sudden paroxysms of anger.*

**im·pe·tus** (ĭm′pĭ-təs) *n., pl.* **-tus·es 1.** An impelling force; an impulse. **2.** The force or energy associated with a moving body. **3a.** Something that incites; a stimulus. **b.** Increased activity in response to a stimulus: *The approaching deadline gave impetus to the investigation.* [Middle English *impetous*, from Latin *impetus*, from *impetere*, to attack : *in-*, against; see IN-² + *petere*, to go towards, seek; see **pet-** in Appendix I.]

**im·pi·e·ty** (ĭm-pī′ĭ-tē) *n., pl.* **-ties 1.** The quality or state of being impious. **2.** An impious act. **3.** Undutifulness.

**im·pinge** (ĭm-pĭnj′) *v.* **-pinged, -ping·ing, -ping·es** —*intr.* **1.** To collide or strike: *Sound waves impinge on the eardrum.* **2.** To encroach; trespass: *Do not impinge on my privacy.* —*tr.* To encroach upon: "One of a democratic government's continuing challenges is finding a way to protect ... secrets without impinging the liberties that democracy exists to protect" (Christian Science Monitor). [Latin *impingere* : *in-*, against; see IN-² + *pangere*, to fasten; see **pag-** in Appendix I.] —**im·pinge′ment** *n.* —**im·ping′er** *n.*

**im·pi·ous** (ĭm′pē-əs, ĭm-pī′-) *adj.* **1.** Lacking reverence; not pious. **2.** Lacking due respect or dutifulness: *impious toward one's parents.* [From Latin *impius* : *in-*, not; see IN-¹ + *pius*, dutiful.] —**im′pi·ous·ly** *adv.* —**im′pi·ous·ness** *n.*

**imp·ish** (ĭm′pĭsh) *adj.* Of or befitting an imp; mischievous. —**imp′ish·ly** *adv.* —**imp′ish·ness** *n.*

**im·pi·toy·a·ble** (ăN-pē-toi-ä′blə) *n.* A large wine-tasting glass configured so as to enhance taste and amplify aroma. [French, pitiless, from Old French : *in-*, not (from Latin *in-*; see IN-¹) + *piteable*, capable of pity (from *piteer*, to pity, from *pite*, pity; see PITY).]

**im·plac·a·ble** (ĭm-plăk′ə-bəl, -plā′kə-) *adj.* Impossible to placate or appease: *implacable foes; implacable suspicion.* [Middle English, from Old French, from Latin *implācābilis* : *in-*, not; see IN-¹ + *plācābilis*, placable; see PLACABLE.] —**im·plac′a·bil′i·ty, im·plac′a·ble·ness** *n.* —**im·plac′a·bly** *adv.*

**im·plant** (ĭm-plănt′) *v.* **-plant·ed, -plant·ing, -plants** —*tr.* **1.** To set in firmly, as into the ground: *implant fence posts.* **2.** To establish securely, as in the mind or consciousness; instill: *habits that had been implanted early in childhood.* **3.** *Medicine* **a.** To insert or embed (an object or a device) surgically: *implant a drug capsule; implant a pacemaker.* **b.** To graft or insert (a tissue) within the body. —*intr. Embryology* To become attached to and embedded in the uterine lining. Used of a fertilized egg. ❖ *n.* (ĭm′plănt′) Something implanted, especially a surgically implanted tissue or device: *a dental implant; a subcutaneous implant.* [Middle English *implanten*, from Medieval Latin *implantāre* : Latin *in-*; see IN-² + Latin *plantāre*, to plant (from *planta*, a shoot; see PLANT).] —**im·plant′a·ble** *adj.*

**im·plan·ta·tion** (ĭm′plăn-tā′shən) *n.* **1a.** The act or an instance of implanting. **b.** The condition of being implanted. **2.** *Embryology* The process by which a fertilized egg implants in the uterine lining.

**im·plau·si·ble** (ĭm-plô′zə-bəl) *adj.* Difficult to believe; not plausible: *implausible excuses.* —**im·plau′si·bil′i·ty** *n.* —**im·plau′si·bly** *adv.*

**im·plead** (ĭm-plēd′) *tr.v.* **-plead·ed, -plead·ing, -pleads** To sue in court in response to an earlier pleading. [Middle English *empleden*, from Anglo-Norman *empleder*, variant of Old French *emplaidier* : *en-*, intensive pref. (from Latin *in-*; see IN-²) + *plaidier*, to plead; see PLEAD.]

**im·ple·ment** (ĭm′plə-mənt) *n.* **1.** A tool or instrument used in doing work: *a gardening implement.* See synonyms at **tool**. **2.** An article used to outfit or equip. **3.** A means of achieving an end; an instrument or agent. ❖ *tr.v.* (-mĕnt′) **-ment·ed, -ment·ing, -ments 1.** To put into practical effect; carry out: *implement the new procedures.* **2.** To supply with implements. [Middle English, supplementary payment, from Old French *emplement*, act of filling, from Late Latin *implēmentum*, from Latin *implēre*, to fill up : *in-*, intensive pref.; see IN-² + *plēre*, to fill; see **pelə-¹** in Appendix I.] —**im′ple·men·ta′tion** (-mən-tā′shən, -mĕn-) *n.* —**im′ple·ment′er, im′ple·men′tor** *n.*

**im·promp·tu** (ĭm-prŏmp'tōō, -tyōō) *adj.* **1.** Prompted by the occasion rather than being planned in advance: *an impromptu party.* **2.** Spoken, performed, done, or composed with little or no preparation; extemporaneous: *a few impromptu remarks.* See synonyms at **extemporaneous**. ❖ *adv.* With little or no preparation; extemporaneously. ❖ *n.* **1.** Something, such as a speech, that is made or done extemporaneously. **2.** *Music* A short composition, especially for the piano, performed in an offhand or extemporized style. [French, from Latin *in prōmptū*, at hand : *in*, in; see IN-² + *prōmptū*, ablative of *prōmptus*, readiness, from past participle of *prōmere*, to bring forth. See PROMPT.]

**im·prop·er** (ĭm-prŏp'ər) *adj.* **1.** Not suited to circumstances or needs; unsuitable: *improper shoes for a hike; improper medical treatment.* **2.** Not in keeping with conventional mores; indecorous: *improper behavior.* **3.** Not consistent with established truth, fact, or rule; incorrect. **4.** Irregular or abnormal. —**im·prop'er·ly** *adv.* —**im·prop'er·ness** *n.*

**Synonyms** *improper, unbecoming, unseemly, indelicate, indecent, indecorous* These adjectives mean not in keeping with accepted standards of what is right or proper. *Improper* often refers to unethical conduct, a breach of etiquette, or morally offensive behavior: *improper business practices; improper behavior at the dinner table. Unbecoming* suggests what is beneath the standard implied by one's character or position: *language unbecoming to an officer.* What is *unseemly* or *indelicate* is in gross violation of good taste; *indelicate* especially suggests immodesty, coarseness, or tactlessness: *an unseemly use of profanity; an indelicate suggestion. Indecent* refers to what is morally offensive or harmful: *an earthy but not indecent story. Indecorous* implies violation of societal manners: *an indecorous remark about overeating.*

**improper fraction** *n.* A fraction in which the numerator is larger than or equal to the denominator.

**improper integral** *n.* An integral having at least one nonfinite limit or an integrand that becomes infinite between the limits of integration.

**im·pro·pri·e·ty** (ĭm'prə-prī'ĭ-tē) *n., pl.* **-ties 1.** The quality or condition of being improper. **2.** An improper act. **3.** An improper or unacceptable usage in speech or writing.

**im·prov** (ĭm'prŏv') *n. Informal* **1.** Improvisation: *practiced improv with my acting class.* **2.** An improvisation: *did a funny improv about looking for a job.*

**im·prove** (ĭm-prōōv') *v.* **-proved, -prov·ing, -proves** —*tr.* **1.** To raise to a more desirable or more excellent quality or condition; make better. **2.** To increase the productivity or value of (land or property). **3.** To put to good use; use profitably. —*intr.* **1.** To become better. **2.** To make beneficial additions or changes: *improve on the translation.* [Middle English *improwen*, to enclose land for cultivation, from Anglo-Norman *emprouwer*, to turn to profit : Old French *en-*, causative pref. (from Latin *in-*; see IN-²) + Old French *prou*, profit (from Late Latin *prōde*, advantageous; see PROUD).] —**im·prov'a·ble** *adj.* —**im·prov'a·bly** *adv.*

**Synonyms** *improve, better, help, ameliorate* These verbs mean to advance to a more desirable, valuable, or excellent state. *Improve* and *better*, the most general terms, are often interchangeable: *You can improve* (or *better*) *your mind through study; I got a haircut to improve* (or *better*) *my appearance. Help* usually implies limited relief or change: *Gargling helps a sore throat.* To *ameliorate* is to improve circumstances that demand change: *Volunteers were able to ameliorate conditions in the refugee camp.*

**im·prove·ment** (ĭm-prōōv'mənt) *n.* **1a.** The act or process of improving. **b.** The state of being improved. **2.** A change or addition that improves.

**im·prov·i·dent** (ĭm-prŏv'ĭ-dənt) *adj.* **1.** Not providing for the future; thriftless. **2.** Rash; incautious. —**im·prov'i·dence** *n.* —**im·prov'i·dent·ly** *adv.*

**im·prov·i·sa·tion** (ĭm-prŏv'ĭ-zā'shən, ĭm'prə-vī-) *n.* **1.** The act or art of improvising. **2.** Something improvised, especially a musical passage or a dramatic skit. —**im·prov'i·sa'tion·al** *adj.* —**im·prov'i·sa'tion·al·ly** *adv.*

**im·prov·i·sa·tor** (ĭm-prŏv'ĭ-zā'tər) *n.* One who improvises.

**im·prov·i·sa·to·ry** (ĭm-prŏv'ĭ-zə-tôr'ē, -tōr'ē, ĭm'prə-vī'-) also **im·prov·i·sa·to·ri·al** (ĭm-prŏv'ĭ-zə-tôr'ē-əl, -tōr'-) *adj.* **1.** Made up without preparation; improvised. **2.** Of or relating to improvisation: *improvisatory skill.*

**im·pro·vise** (ĭm'prə-vīz') *v.* **-vised, -vis·ing, -vis·es** —*tr.* **1.** To invent, compose, or perform with little or no preparation. **2.** To play or sing (music) extemporaneously, especially by inventing variations on a melody or creating new melodies in accordance with a set progression of chords. **3.** To make or provide from available materials: *improvised a dinner from what I found in the refrigerator.* —*intr.* **1.** To invent, compose, or perform something extemporaneously. **2.** To improvise music. **3.** To make do with whatever materials are at hand. [French *improviser*, from Italian *improvvisare*, from *improvviso*, unforeseen, from Latin *imprōvīsus* : *in-*, not; see IN-¹ + *prōvīsus*, past participle of *prōvidēre*, to foresee; see PROVIDE.] —**im'pro·vis'er, im'pro·vi'sor** *n.*

**im·pru·dence** (ĭm-prōōd'ns) *n.* **1.** The quality or condition of being unwise or indiscreet. **2.** An unwise or indiscreet act.

**im·pru·dent** (ĭm-prōōd'nt) *adj.* Unwise or indiscreet; not prudent. —**im·pru'dent·ly** *adv.*

**im·pu·dence** (ĭm'pyə-dəns) also **im·pu·den·cy** (-dən-sē) *n.* **1.** The quality of being offensively bold. **2.** Offensively bold behavior.

**im·pu·dent** (ĭm'pyə-dənt) *adj.* **1.** Characterized by offensive boldness; insolent or impertinent. See synonyms at **shameless**. **2.** *Obsolete* Immodest. [Middle English, from Latin *impudēns, impudent-* : *in-*, not;

see IN-¹ + *pudēns*, present participle of *pudēre*, to be ashamed.] —**im'pu·dent·ly** *adv.*

**im·pu·dic·i·ty** (ĭm'pyōō-dĭs'ĭ-tē) *n.* Immodesty; shamelessness. [Late Latin *impudīcitās*, from Latin *impudīcus*, immodest : *in-*, not; see IN-¹ + *pudīcus*, modest (from *pudēre*, to be ashamed).]

**im·pugn** (ĭm-pyōōn') *tr.v.* **-pugned, -pugn·ing, -pugns** To attack as false or questionable; challenge in argument: *impugn a political opponent's record.* [Middle English *impugnen*, from Old French *impugner*, from Latin *impugnāre* : *in-*, against; see IN-¹ + *pugnāre*, to fight; see peuk- in Appendix I.] —**im·pugn'a·ble** *adj.* —**im·pugn'er** *n.*

**im·pu·is·sance** (ĭm-pyōō'ĭ-səns, ĭm-pwĭs'əns) *n.* Lack of power or effectiveness; weakness. [Middle English *impuissaunce*, from Old French *impuissance* : *in-*, not; see IN-¹ + *puissance*, power; see PUISSANCE.] —**im·pu'is·sant** *adj.*

**im·pulse** (ĭm'pŭls') *n.* **1a.** An impelling force; an impetus. **b.** The motion produced by such a force. **2.** A sudden wish or urge that prompts an unpremeditated act or feeling; an abrupt inclination: *had an impulse to run away; an impulse of regret that made me hesitate; bought a hat on impulse.* **3.** A motivating force or tendency: "*Respect for the liberty of others is not a natural impulse in most men*" (Bertrand Russell). **4.** *Electronics* A surge of electrical power in one direction. **5.** *Physics* The product obtained by multiplying the average value of a force by the time during which it acts. The impulse equals the change in momentum produced by the force in this time interval. **6.** *Physiology* The electrochemical transmission of a signal along a nerve fiber that produces an excitatory or inhibitory response at a target tissue, such as a muscle or another nerve. ❖ *adj.* Characterized by impulsiveness or acting on impulse: *an impulse shopper; impulse buying.* [Latin *impulsus*, from past participle of *impellere*, to impel. See IMPEL.]

**im·pul·sion** (ĭm-pŭl'shən) *n.* **1.** The act of impelling or the condition of being impelled: "*I do not move ... unless it be under the impulsion of a third party*" (Samuel Beckett). **2.** An impelling force; a thrust. **3.** Motion produced by an impelling force; momentum. **4.** A wish or urge from within; an impulse.

**im·pul·sive** (ĭm-pŭl'sĭv) *adj.* **1.** Inclined to act on impulse rather than thought. **2.** Motivated by or resulting from impulse: *such impulsive acts as hugging strangers; impulsive generosity.* See synonyms at **spontaneous**. **3.** Having force or power to impel or incite; forceful. **4.** *Physics* Acting within brief time intervals. Used especially of a force. —**im·pul'sive·ly** *adv.* —**im·pul'sive·ness, im'pul·siv'i·ty** *n.*

**im·pu·ni·ty** (ĭm-pyōō'nĭ-tē) *n., pl.* **-ties** Exemption from punishment, penalty, or harm. [Latin *impūnitās*, from *impūne*, without punishment : *in-*, not; see IN-¹ + *poena*, penalty (from Greek *poinē*; see kʷei-¹ in Appendix I).]

**im·pure** (ĭm-pyōōr') *adj.* **-pur·er, -pur·est 1.** Not pure or clean; contaminated. **2.** Not purified by religious rite; unclean. **3.** Immoral or sinful: *impure thoughts.* **4.** Mixed with another, usually inferior substance; adulterated. **5.** Being a composite of more than one color or mixed with black or white. **6.** Deriving from more than one source, style, or convention; eclectic: *an impure art form.* —**im·pure'ly** *adv.* —**im·pure'ness** *n.*

**im·pu·ri·ty** (ĭm-pyōōr'ĭ-tē) *n., pl.* **-ties 1.** The quality or condition of being impure, especially: **a.** Contamination or pollution. **b.** Lack of consistency or homogeneity; adulteration. **c.** A state of immorality; sin. **2.** Something that renders something else impure; an inferior component or additive.

**im·put·a·ble** (ĭm-pyōō'tə-bəl) *adj.* Possible to impute or ascribe; attributable: *imputable oversights.* —**im·put'a·bly** *adv.*

**im·pu·ta·tion** (ĭm'pyōō-tā'shən) *n.* **1.** The act of imputing or ascribing; attribution. **2.** Something imputed, ascribed, or attributed. —**im·pu'ta·tive** (ĭm-pyōō'tə-tĭv) *adj.* —**im·pu'ta·tive·ly** *adv.*

**im·pute** (ĭm-pyōōt') *tr.v.* **-put·ed, -put·ing, -putes 1.** To relate to a particular cause or source; attribute the fault or responsibility to: *imputed the rocket failure to a faulty gasket; kindly imputed my clumsiness to inexperience.* **2.** To assign as a characteristic; credit: *the gracefulness so often imputed to cats.* See synonyms at **attribute**. [Middle English *imputen*, from Old French *emputer*, from Latin *imputāre* : *in-*, in; see IN-² + *putāre*, to settle an account; see pau-² in Appendix I.]

**in¹** (ĭn) *prep.* **1a.** Within the limits, bounds, or area of: *was hit in the face; born in the spring; a chair in the garden.* **b.** From the outside to a point within; into: *threw the letter in the wastebasket.* **2.** To or at a situation or condition of: *was split in two; in debt; a woman in love.* **3a.** Having the activity, occupation, or function of: *a life in politics; the officer in command.* **b.** During the act or process of: *tripped in racing for the bus.* **4a.** With the arrangement or order of: *fabric that fell in luxuriant folds; arranged to purchase the car in equal payments.* **b.** After the style or form of: *a poem in iambic pentameter.* **5.** With the characteristic, attribute, or property of: *a tall man in an overcoat.* **6a.** By means of: *paid in cash.* **b.** Made with or through the medium of: *a statue in bronze; a note written in German.* **7.** With the aim or purpose of: *followed in pursuit.* **8.** With reference to: *six inches in depth; has faith in your judgment.* **9.** Used to indicate the second and larger term of a ratio or proportion: *saved only one in ten.* ❖ *adv.* **1.** To or toward the inside: *opened the door and stepped in.* **2.** To or toward a destination or goal: *The mob closed in.* **3.** *Sports* So as to score, as by crossing home plate in baseball: *singled the runner in.* **4.** Within a place, as of business or residence: *The manager is in before anyone else.* **5.** So as to be available to or under one's control: *We can proceed when all the evidence is in.* **6.** So as to include or incorporate: *Fold in the egg whites.* **7.** So as to occupy a position of success or favor: *campaigned hard and was voted in.* **8.** In a particular relationship: *got in bad with their supervisor.* ❖ *adj.* **1.** Located inside; inner. **2.** Incoming; inward: *took the in bus.* **3.** Holding office; having power: *the in party.* **4.** *Informal* **a.** Cur-



883