# NETFLIX, INC. vs. BLOCKBUSTER INC.

## CASE NO. C 06 2361 WHA (JCS)

## NETFLIX, INC.'S

# EXHIBIT 2 (Part 2 of 2)

TO

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

Dockets.Justia.com

rently fashionable: *the in thing to wear this season.* **b.** Concerned with or attuned to the latest fashions: *the in crowd.* See synonyms at **fashionable**. **5.** Relating to, understandable to, or coming from an exclusive group: *an in reference.* ❖ *n.* **1.** One that has position, influence, or power: *the ins against the outs.* **2.** *Informal* Influence; power: *had an in with the authorities.* —***idioms:*** **in for** Guaranteed to get or have: *You're in for a big surprise.* **in on** Informed about; participating in: *Only one business partner was not in on the illegal scheme.* **in that** For the reason that. [Middle English, from Old English. See **en** in Appendix I.]

**in$^2$** or **in.** *abbr.* inch

**In** The symbol for the element **indium**.

**IN** *abbr.* Indiana

**.in** *abbr.* India (in Internet addresses)

**in–$^1$** or **il–** or **im–** or **ir–** *pref.* Not: *inarticulate.* Before *l, in-* is usually assimilated to *il-;* before *r* to *ir-;* and before *b, m,* and *p* to *im-.* See Usage Note at **un–$^1$**. [Middle English, from Old French, from Latin. See **ne** in Appendix I.]

**in–$^2$** or **il–** or **im–** or **ir–** *pref.* **1.** In; into; within: *inundation.* Before *l, in-* is usually assimilated to *il-;* before *r* to *ir-;* and before *b, m,* and *p* to *im-.* **2.** Variant of **en–$^1$**. [Middle English, from Old English (from *in,* in; see IN$^1$) and from Old French (from Latin, from *in,* in, within; see **en** in Appendix I).]

**–in** *suff.* **1.** Neutral chemical compound, especially: **a.** Neutral carbohydrate: *inulin.* **b.** Protein or protein derivative: *albumin.* **c.** Lipid or lipid derivative: *lecithin.* **d.** Enzyme: *pancreatin.* **e.** Glycoside: *chitin.* **2.** A pharmaceutical: *rifampin.* **3.** An antibiotic: *penicillin.* **4.** Antigen: *tuberculin.* **5.** Variant of **–ine$^2$** (sense 1). [Variant of –INE$^2$.]

**in•a•bil•i•ty** (ĭn′ə-bĭl′ĭ-tē) *n.* Lack of ability or means.

**in ab•sen•tia** (ĭn ăb-sĕn′shə, -shē-ə) *adv. Abbr.* **i.a.** While or although not present; in absence: *was tried and convicted in absentia.* [Latin *in absentiā* : *in,* in + *absentiā,* ablative of *absentia,* absence.]

**in•ac•ces•si•ble** (ĭn′ăk-sĕs′ə-bəl) *adj.* Not accessible; remote or unapproachable. —**in′ac•ces′si•bil′i•ty** *n.* —**in′ac•ces′si•bly** *adv.*

**in•ac•cu•ra•cy** (ĭn-ăk′yər-ə-sē) *n., pl.* **-cies** **1.** The quality or condition of being inaccurate. **2.** An instance of being inaccurate; an error.

**in•ac•cu•rate** (ĭn-ăk′yər-ĭt) *adj.* Mistaken or incorrect; not accurate. —**in•ac′cu•rate•ly** *adv.* —**in•ac′cu•rate•ness** *n.*

**in•ac•tion** (ĭn-ăk′shən) *n.* Lack or absence of action.

**in•ac•ti•vate** (ĭn-ăk′tə-vāt′) *tr.v.* **-vat•ed, -vat•ing, -vates** To render inactive. —**in•ac′ti•va′tion** *n.*

**in•ac•tive** (ĭn-ăk′tĭv) *adj.* **1.** Not active or tending to be active. **2a.** Not functioning or operating; out of use: *inactive machinery.* **b.** Not being in continuous use or operation: *an inactive bank account.* **3.** Retired from duty or service. **4.** *Chemistry* Not readily participating in chemical reactions. **5.** *Biology* Marked by the absence or reduction of activity, such as the ability to cause infection. **6.** *Medicine* Quiescent. Used especially of a disease. **7.** *Physics* Showing no optical activity in polarized light. —**in•ac′tive•ly** *adv.* —**in′ac•tiv′i•ty, in•ac′tive•ness** *n.*

---

***Synonyms*** *inactive, idle, inert, passive, dormant, torpid, supine* These adjectives mean not involved in or disposed to movement or activity. *Inactive* simply indicates absence of activity: *was retired but not inactive; an inactive factory. Idle* refers to persons who are not doing anything or are not busy: *employees idle because of the strike.* It also refers to what is not in use or operation: *idle machinery. Inert* describes things powerless to move themselves or to produce a desired effect; applied to persons, it implies lethargy or sluggishness, especially of mind or spirit: *"The Honorable Mrs. Jamieson . . . was fat and inert, and very much at the mercy of her old servants"* (Elizabeth C. Gaskell). *Passive* implies being reactive instead of proactive: *"in an hour like this, when the mind has a passive sensibility, but no active strength"* (Nathaniel Hawthorne). *Dormant* refers principally to a state of suspended activity but often implies the possibility of renewal: *dormant feelings of affection. Torpid* suggests sluggishness or apathy: *"It is a man's own fault, it is from want of use, if his mind grows torpid in old age"* (Samuel Johnson). *Supine* implies abject lack of will: *"No other colony showed such supine, selfish helplessness in allowing her own border citizens to be mercilessly harried"* (Theodore Roosevelt).

---

**in•ad•e•qua•cy** (ĭn-ăd′ĭ-kwə-sē) *n., pl.* **-cies** **1.** The quality or condition of being inadequate. **2.** An instance of being inadequate; a failing or lack.

**in•ad•e•quate** (ĭn-ăd′ĭ-kwĭt) *adj.* Not adequate to fulfill a need or meet a requirement; insufficient. —**in•ad′e•quate•ly** *adv.*

**in•ad•mis•si•ble** (ĭn′əd-mĭs′ə-bəl) *adj.* Not admissible: *inadmissible evidence.* —**in′ad•mis′si•bil′i•ty** *n.* —**in′ad•mis′si•bly** *adv.*

**in•ad•ver•tence** (ĭn′əd-vûr′tns) *n.* **1.** The quality or habit of being inadvertent. **2.** An instance of being inadvertent; an oversight or slip. [Middle English, from Old French, from Medieval Latin *inadvertentia* : Latin *in-,* not; see IN–$^1$ + Medieval Latin *advertentia,* advertence; see ADVERTENCE.]

**in•ad•ver•ten•cy** (ĭn′əd-vûr′tn-sē) *n., pl.* **-cies** Inadvertence.

**in•ad•ver•tent** (ĭn′əd-vûr′tnt) *adj.* **1.** Not duly attentive. **2.** Marked by unintentional lack of care. See synonyms at **careless**. —**in′ad•ver′tent•ly** *adv.*

**in•ad•vis•a•ble** (ĭn′əd-vī′zə-bəl) *adj.* Not recommended; unwise: *Running on the ice is inadvisable.* —**in′ad•vis′a•bil′i•ty** *n.*

**in ae•ter•num** (ē-tûr′nəm) *adv.* To eternity; forever. [Latin : *in,* in, for + *aeternum,* all the time to come, from neuter accusative of *aeternus,* eternal.]

**in•al•ien•a•ble** (ĭn-āl′yə-nə-bəl, -ā′lē-ə-) *adj.* That cannot be transferred to another or others: *inalienable rights.* —**in•al′ien•a•bil′i•ty** *n.* —**in•al′ien•a•bly** *adv.*

**in•al•ter•a•ble** (ĭn-ôl′tər-ə-bəl) *adj.* Impossible to alter; unchangeable: *the inalterable routine of a physician.* —**in•al′ter•a•bil′i•ty** *n.* —**in•al′ter•a•bly** *adv.*

**in•am•o•ra•ta** (ĭn-ăm′ə-rä′tə) *n., pl.* **-tas** A woman with whom one is in love or has an intimate relationship. [Italian *innamorata,* feminine of *innamorato,* inamorato. See INAMORATO.]

**in•am•o•ra•to** (ĭn-ăm′ə-rä′tō) *n., pl.* **-tos** A man with whom one is in love or has an intimate relationship. [Italian *innamorato,* from past participle of *innamorare,* to enamor : *in-,* into (from Latin; see IN–$^2$) + *amore,* love (from Latin *amor,* from *amāre,* to love).]

**in-and-in** (ĭn′ənd-ĭn′) *adv.* Repeatedly within the same or closely related stocks: *to breed pigs in-and-in.* —**in′-and-in′** *adj.*

**in-and-out** (ĭn′ənd-out′) *adj.* Involving the purchase and sale of a single security within a short period of time.

**in•ane** (ĭn-ān′) *adj.* **-an•er, -an•est** One that lacks sense or substance: *interrupting with inane comments; angry with my inane roommate.* [Latin *inānis,* empty, lacking sense.] —**in•ane′ly** *adv.*

**in•an•i•mate** (ĭn-ăn′ə-mĭt) *adj.* **1.** Not having the qualities associated with active, living organisms. See synonyms at **dead**. **2.** Not animated or energetic; dull. **3.** *Grammar* Belonging to the class of nouns that stand for nonliving things: *The word* car *is inanimate; the word* dog *is animate.* —**in•an′i•mate•ly** *adv.* —**in•an′i•mate•ness** *n.*

**in•a•ni•tion** (ĭn′ə-nĭsh′ən) *n.* **1.** Exhaustion, as from lack of nourishment or vitality. **2.** The condition or quality of being empty. [Middle English *inanisioun,* emptiness, from Old French *inanicion,* exhaustion from hunger, from Late Latin *inānītiō, inānītiōn-,* emptiness, from *inānītus,* past participle of *inānīre,* to make empty, from Latin *inānis,* empty.]

**in•an•i•ty** (ĭ-năn′ĭ-tē) *n., pl.* **-ties** **1.** The condition or quality of being inane. **2.** Something empty of meaning or sense.

**I•nan•na** (ĭ-nä′nä) *n. Mythology* The chief Sumerian goddess, associated with fertility, the natural world, and war, and later equated with the Babylonian Ishtar. [Sumerian *in-an-ak,* lady of the sky : *in,* variant of *nin,* lady + *an,* sky + *-ak,* genitive suff.]

**in an•tis** (ăn′tĭs) *adj.* **1.** Having a recessed portico with a row of columns between the antae, as in some Greek temples. **2.** Of or being the portico or columns in such an arrangement. [From Latin *in antīs,* among the pilasters : *in,* in + *antīs,* ablative of *antae,* pilasters, antae.]

**in•ap•peas•a•ble** (ĭn′ə-pē′zə-bəl) *adj.* Difficult or impossible to appease: *inappeasable resentment.*

**in•ap•pe•tence** (ĭn-ăp′ĭ-təns) also **in•ap•pe•ten•cy** (-tən-sē) *n.* Lack of appetite. —**in•ap′pe•tent** *adj.*

**in•ap•pli•ca•ble** (ĭn-ăp′lĭ-kə-bəl, ĭn′ə-plĭk′ə-) *adj.* Not applicable: *rules inapplicable to day students.* —**in•ap′pli•ca•bil′i•ty** *n.* —**in•ap′pli•ca•bly** *adv.*

**in•ap•po•site** (ĭn-ăp′ə-zĭt) *adj.* Not pertinent; unsuitable. —**in•ap′po•site•ly** *adv.* —**in•ap′po•site•ness** *n.*

**in•ap•pre•cia•ble** (ĭn′ə-prē′shə-bəl) *adj.* Too small to be noticed or make a significant difference; negligible: *inappreciable fluctuations in temperature.* —**in′ap•pre′cia•bly** *adv.*

**in•ap•pre•cia•tive** (ĭn′ə-prē′shə-tĭv, -shē-ā′tĭv, -shē-ə-) *adj.* Feeling or showing no appreciation; unappreciative. —**in′ap•pre′cia•tive•ly** *adv.* —**in′ap•pre′cia•tive•ness** *n.*

**in•ap•proach•a•ble** (ĭn′ə-prō′chə-bəl) *adj.* Not approachable: *a cold, inapproachable person.* —**in′ap•proach′a•bil′i•ty** *n.* —**in′ap•proach′a•bly** *adv.*

**in•ap•pro•pri•ate** (ĭn′ə-prō′prē-ĭt) *adj.* Unsuitable or improper. —**in′ap•pro′pri•ate•ly** *adv.* —**in′ap•pro′pri•ate•ness** *n.*

**in•apt** (ĭn-ăpt′) *adj.* **1.** Inappropriate: *an inapt remark.* **2.** Inept: *inapt handling of the project.* —**in•apt′ly** *adv.* —**in•apt′ness** *n.*

**in•ap•ti•tude** (ĭn-ăp′tĭ-to͞od′, -tyo͞od′) *n.* **1.** Lack of talent or ability. **2.** The quality or state of being inappropriate.

**in•ar•gu•a•ble** (ĭn-är′gyo͞o-ə-bəl) *adj.* Not arguable. —**in•ar′gu•a•bly** *adv.*

**I•na•ri** (ĭn′ə-rē, ē′när′ē), **Lake** A lake of northern Finland with an outlet to the Arctic Ocean. The island-studded lake is a tourist attraction.

**in•ar•tic•u•late** (ĭn′är-tĭk′yə-lĭt) *adj.* **1.** Uttered without the use of normal words or syllables; incomprehensible as speech or language: *"a cry . . . that . . . sank down into an inarticulate whine"* (Jack London). **2.** Unable to speak; speechless: *inarticulate with astonishment.* **3.** Unable to speak with clarity or eloquence: *an inarticulate debater.* **4.** Going unexpressed: *inarticulate sorrow.* **5.** *Biology* Not having joints or segments. —**in′ar•tic′u•late•ly** *adv.* —**in′ar•tic′u•late•ness, in′ar•tic′u•la•cy** (-lə-sē) *n.*

**in•ar•tis•tic** (ĭn′är-tĭs′tĭk) *adj.* **1.** Not conforming to the principles or criteria of art: *"Never would she resort to the inartistic expedient of modifying her work to suit the popular taste"* (Edith Wharton). **2.** Lacking taste or interest in art. —**in′ar•tis′tic•al•ly** *adv.*

**in•as•much as** (ĭn′əz-mŭch′) *conj.* **1.** Because of the fact that; since. **2.** To the extent that; insofar as.

**in•at•ten•tion** (ĭn′ə-tĕn′shən) *n.* Lack of attention, notice, or regard.

**in•at•ten•tive** (ĭn′ə-tĕn′tĭv) *adj.* Exhibiting a lack of attention; not attentive. —**in′at•ten′tive•ly** *adv.* —**in′at•ten′tive•ness** *n.*

**in•au•di•ble** (ĭn-ô′də-bəl) *adj.* Impossible to hear: *an inaudible conversation.* —**in•au′di•bil′i•ty** *n.* —**in•au′di•bly** *adv.*

**in•au•gu•ral** (ĭn-ô′gyər-əl) *adj.* **1.** Of, relating to, or characteristic of an inauguration. **2.** Initial; first: *the inaugural issue of a fashion magazine.* ❖ *n.* **1.** An inauguration. **2.** A speech given by a person being formally inducted into office.

**in•au•gu•rate** (ĭn-ô′gyə-rāt′) *tr.v.* **-rat•ed, -rat•ing, -rates** **1.** To



**I•ta•bu•na** (ē'tə-bōō'nə) A city of eastern Brazil south-southeast of Salvador. It is a cacao-producing center. Population: 185,165.

**it•a•col•u•mite** (ĭt'ə-kŏl'yə-mīt') *n.* A variety of sandstone that is flexible when cut into thin slabs. [After *Itacolumi* (Itacolomi), a mountain of east-central Brazil.]

**I•ta•güí** (ē'tä-gwē') A city of northwest-central Colombia, a manufacturing suburb of Medellín. Population: 139,050.

**ital.** *abbr.* **1.** italic **2.** italics

**Ital.** *abbr.* **1.** Italian **2.** Italy

**I•tal•ian** (ĭ-tăl'yən) *adj.* Of or relating to Italy or its people, language, or culture. ❖ *n.* **1a.** A native or inhabitant of Italy. **b.** A person of Italian descent. **2.** The Romance language of the Italians and an official language of Switzerland. [Middle English, from Latin *Italiānus*, from *Italia*, Italy.]

**I•tal•ian•ate** (ĭ-tăl'yə-nāt', -nĭt) *adj.* Italian in character: *Italianate buildings.*

**Italian bread** *n.* An oval or oblong loaf of bread with a crisp crust.

**Italian East Africa** A former federation of Italian-held territories in eastern Africa, including Ethiopia, Eritrea, and part of present-day Somalia. It was formed in 1936 and lasted until the British World War II invasion of 1941.

**I•tal•ian•ism** (ĭ-tăl'yə-nĭz'əm) *n.* **1.** An Italian idiom or custom. **2.** A quality characteristic of Italy or its people.

**I•tal•ian•ize** (ĭ-tăl'yə-nīz') *v.* **-ized, -iz•ing, -iz•es** —*tr.* To give an Italian aspect to. —*intr.* To adopt Italian speech, manners, or customs. —**I•tal'ian•i•za'tion** (-yə-nĭ-zā'shən) *n.*

♦ **Italian sandwich** *n.* *Chiefly Maine* See **submarine** (sense 2).

**Italian Somaliland** A former Italian colony of eastern Africa comprising the eastern and southern portions of present-day Somalia. In 1960 Italian Somaliland was combined with British Somaliland to form Somalia.

**Italian sonnet** *n.* See **Petrarchan sonnet.**

**I•tal•ic** (ĭ-tăl'ĭk, ī-tăl'-) *adj.* **1.** Of or relating to ancient Italy or its peoples or cultures. **2.** Of or relating to the branch of the Indo-European language family that includes Latin, Faliscan, Oscan, Umbrian, and the Romance languages. **3. italic** Of or being a style of printing type patterned on a Renaissance script with the letters slanting to the right: *This sentence is printed in italic type.* ❖ *n.* **1.** The Italic branch of Indo-European. **2.** Italic print or typeface. Often used in the plural. [Latin *Italicus*, from *Italia*, Italy.]

**I•tal•i•cism** (ĭ-tăl'ĭ-sĭz'əm) *n.* An Italianism, especially a word or idiom borrowed from or suggestive of the Italian language.

**i•tal•i•cize** (ĭ-tăl'ĭ-sīz', ī-tăl'-) *tr.v.* **-cized, -ciz•ing, -ciz•es 1.** To print in italic type. **2.** To underscore (written matter) with a single line to indicate italics. **3.** To emphasize: *"italicizing the upper extremity of the pitch spectrum with flute or piccolo"* (Arthur Berger). —**i•tal'i•ci•za'tion** (-sĭ-zā'shən) *n.*

**I•tal•o•phile** (ĭ-tăl'ə-fīl') *n.* An admirer of Italy or of its people, language, or culture. —**I•tal'o•phil'i•a** (-fĭl'ē-ə) *n.*

**It•a•ly** (ĭt'l-ē) **1.** A peninsula of southern Europe projecting into the Mediterranean Sea between the Tyrrhenian and Adriatic seas. **2.** A country of southern Europe comprising the peninsula of Italy, Sardinia, Sicily, and several smaller islands. It was settled in antiquity by Italic tribes, Etruscans, and Greek colonists. The non-Roman peoples were gradually supplanted as the power of Rome grew from the fourth century B.C. After the fall of the Roman Empire (A.D. 476), Italy was ruled by various barbarian tribes, local families, and popes. Nationalism in the 19th century led to unification under King Victor Emmanuel II in 1870. Italy became a fascist state under Benito Mussolini, whose regime (1922–1943) was allied with Germany in World War II. After surrendering to the Allies in 1943, Italy was reconstituted as a republic in 1946. Rome is the capital and the largest city. Population: 57,193,000.

**I•tas•ca** (ī-tăs'kə) A lake of northwest Minnesota. It was identified in 1832 as the source of the Mississippi River.

**itch** (ĭch) *n.* **1.** An irritating skin sensation causing a desire to scratch. **2.** Any of various skin disorders, such as scabies, marked by intense irritation and itching. **3.** A restless desire or craving for something: *an itch to travel.* ❖ *v.* **itched, itch•ing, itch•es** —*intr.* **1a.** To feel, have, or produce an itch. **b.** To have a desire to scratch. **2.** To have a persistent, restless craving. —*tr.* **1.** To cause to itch. **2.** To scratch (an itch). [Middle English *yicche*, from Old English *gicce*, from *giccan*, to itch.]

**itch mite** *n.* A parasitic mite (*Sarcoptes scabiei*) that burrows into the skin and causes scabies.

**itch•y** (ĭch'ē) *adj.* **-i•er, -i•est 1.** Having or causing an itching sensation. **2.** Restless or nervous. —**itch'i•ness** *n.*

**it'd** (ĭt'əd) **1.** Contraction of *it had.* **2.** Contraction of *it would.*

**–ite¹** *suff.* **1.** Native or resident of: *New Jerseyite.* **2a.** Descendant of: *Levite.* **b.** Adherent or follower of: *Luddite.* **3.** A part of an organ, body, or bodily part: *somite.* **4a.** Rock; mineral: *graphite.* **b.** Fossil: *trilobite.* **5a.** Product: *metabolite.* **b.** A commercial product: *ebonite.* [Middle English, from Old French, from Latin *-ītēs, -īta,* from Greek *-ītēs.*]

**–ite²** *suff.* A salt or ester of an acid named with an adjective ending in *-ous: sulfite.* [Alteration of –ATE².]

**i•tem** (ī'təm) *n.* **1.** A single article or unit in a collection, enumeration, or series. **2.** A clause of a document, such as a bill or charter. **3.** An entry in an account. **4a.** A bit of information; a detail. **b.** A short piece in a newspaper or magazine. **5.** A romantically involved couple: *"[They] . . . were an item for a year and a half."* (Peter J. Boyer). ❖ *adv.* Also; likewise. Used to introduce each article in an enumeration or list. ❖ *tr.v.* **i•temed, i•tem•ing, i•tems** *Archaic* To compute. [From Middle English, also, moreover, from Latin. See **i-** in Appendix I.]

**Synonyms** *item, detail, particular* These nouns denote an individual, often specialized element of a whole: *a shopping list with many items; discussed the details of their trip; furnished the particulars of the accident.*

**Word History** The word *item* seems to us to be very much a noun, whether it refers to an article in a collection or a bit of information. But it began its life in English (first recorded before 1398) as an adverb meaning "moreover, also, in addition." *Item* was typically used in front of each object listed in an inventory, as we might put *also.* This use in English simply reflects a meaning of the word in Latin. However, it is easy to see how *item* could be taken to stand for the thing that it preceded, and so we get, for example, the sense "an article included in an enumeration." The first such usages are found in the 16th century, while the sense "a bit of information" is not found until the 19th century.

**i•tem•ize** (ī'tə-mīz') *v.* **-ized, -iz•ing, -iz•es** —*tr.* **1.** To place or include on a list of items: *itemized her expenses on the proper form.* **2.** To list the items of: *itemized the expense account.* —*intr.* To list deductions from taxable income on a tax return: *This benefit is available only to taxpayers who itemize.* —**i'tem•i•za'tion** (ī'tə-mī-zā'shən) *n.* —**i'tem•iz'er** *n.*

**item veto** *n.* See **line-item veto.**

**it•er•ance** (ĭt'ər-əns) *n.* Iteration.

**it•er•ant** (ĭt'ər-ənt) *adj.* Marked by iteration; repeating.

**it•er•ate** (ĭt'ə-rāt') *tr.v.* **-at•ed, -at•ing, -ates** To say or perform again; repeat. See synonyms at **repeat.** [Latin *iterāre, iterāt-,* from *iterum,* again. See **i-** in Appendix I.]

**it•er•a•tion** (ĭt'ə-rā'shən) *n.* **1.** The act or an instance of iterating; repetition. **2.** *Mathematics* A computational procedure in which a cycle of operations is repeated, often to approximate the desired result more closely. **3.** *Computer Science* **a.** The process of repeating a set of instructions a specified number of times or until a specific result is achieved. **b.** One cycle of a set of instructions to be repeated: *After ten iterations, the program exited the loop.*

**it•er•a•tive** (ĭt'ə-rā'tĭv, -ər-ə-tĭv) *adj.* **1.** Characterized by or involving repetition, recurrence, reiteration, or repetitiousness. **2.** *Grammar* Frequentative.

**Ith•a•ca** (ĭth'ə-kə) **1.** A city of southwest-central New York on Cayuga Lake south-southwest of Syracuse. It is the seat of Cornell University (chartered 1865). Population: 29,541. **2.** See **Itháki.**

**I•thá•ki** (ē-thä'kē) also **Ith•a•ca** (ĭth'ə-kə) An island of western Greece in the Ionian Islands. According to tradition, it was the home of Odysseus, the hero of Homer's *Odyssey.*

**ith•y•phal•lic** (ĭth'ə-făl'ĭk) *adj.* **1.** Of or relating to the phallus carried in the ancient festival of Bacchus. **2.** Having the penis erect. Used of graphic and sculptural representations. **3.** Lascivious; salacious. [Late Latin *ĭthyphallicus,* from Greek *ithuphallikos,* from *ithuphallos,* erect phallus : *ithus,* straight + *phallos,* phallus; see **bhel-²** in Appendix I.]

**i•tin•er•an•cy** (ī-tĭn'ər-ən-sē, ī-tĭn'-) also **i•tin•er•a•cy** (-ə-sē) *n., pl.* **-cies** A state or system of itinerating, especially in the role or office of public speaker, minister, or judge.

**i•tin•er•ant** (ī-tĭn'ər-ənt, ī-tĭn'-) *adj.* Traveling from place to place, especially to perform work or a duty: *an itinerant judge; itinerant labor.* ❖ *n.* One who travels from place to place. [Late Latin *itinerāns, itinerant-,* present participle of *itinerārī,* to travel, from Latin *iter, itiner-,* journey. See **ei-** in Appendix I.] —**i•tin'er•ant•ly** *adv.*

**i•tin•er•ar•y** (ī-tĭn'ə-rĕr'ē, ī-tĭn'-) *n., pl.* **-ies 1.** A route or proposed route of a journey. **2.** An account or record of a journey. **3.** A guidebook for travelers. ❖ *adj.* **1.** Of or relating to a journey or route. **2.** Traveling from place to place; itinerant. [Middle English *itinerarie,* from Late Latin *itinerārium,* account of a journey, from neuter of *itinerārius,* of traveling, from Latin *iter, itiner-,* journey. See **ei-** in Appendix I.]

**i•tin•er•ate** (ī-tĭn'ə-rāt', ī-tĭn'-) *intr.v.* **-at•ed, -at•ing, -ates** To travel from place to place. [Late Latin *itinerārī, itinerāt-,* from Latin *iter, itiner-,* journey. See **ITINERARY.**] —**i•tin'er•a'tion** *n.*

**–itious** *suff.* Relating to or characterized by: *cementitious* [From Latin *-icius* and *-icius,* adj. suffixes.]

**–itis** *suff.* **1.** Inflammation or disease of: *laryngitis.* **2.** Excessive preoccupation with, indulgence in, reliance on, or possession of the qualities of: *televisionitis.* [Greek *-itis,* from feminine of *-ītēs,* adj. suff. (originally modifying feminine noun *nostos,* disease).]

**it'll** (ĭt'l) Contraction of *it will.*

**I•to** (ē'tō'), Prince **Hirobumi** 1841–1909. Japanese politician who helped draft the constitution of 1889 and served as prime minister (1885–1888, 1892–1896, 1898, and 1900–1901).

**ITO** *abbr.* International Trade Organization

**it•ra•con•a•zole** (ĭt'rə-kŏn'ə-zōl) *n.* A broad-spectrum antifungal agent administered orally to treat a variety of fungal infections. [*itra-* (shortening and alteration of *triazolo-,* containing three azole groups : TRI- + AZOLE-) + (MI)CONAZOLE.]

**its** (ĭts) *adj.* The possessive form of **it.** Used as a modifier before a noun: *The airline canceled its early flight to New York.* [Alteration of *it's* : IT + –'s.]

**Usage Note** *Its* is the possessive form of the pronoun *it* and is correctly written without an apostrophe. It should not be confused with the contraction *it's* (for *it is* or *it has*), which should always have an apostrophe.

**it's** (ĭts) **1.** Contraction of *it is.* **2.** Contraction of *it has.* See Usage Note at **its.**



**Italy**



**Agustín de Iturbide**
19th-century colored
engraving

it
as
Tl
its
ve
its
I•
in
Sh
it
Ve
IT
It
Tl
Rc
I•
lut
(1
ov
–i
Fr
IU
IU
–i
ne
IV
I(t
IV
I•
"I
vic
un
Iv
fir
Sw
I•
kē
Uł
Au
tht
I•
M(
–i
tiv
I'v
Iv
wc
do
wc
Iv
pa
pic
IV
i•
ed
I•
i•
wh
tht
tai
ph
ivo
M(
po
ish
Lat
ph
i•
i•
tin
an
biL
iv(
I•
cot
to
ivo
iv(
is 1

**liquid crystal** *n.* Any of various liquids in which the atoms or molecules are regularly arrayed in either one dimension or two dimensions, the order giving rise to optical properties, such as anisotropic scattering, associated with the crystals.

**liq•uid-crys•tal display** (lĭk′wĭd-krĭs′tal) *n. Abbr.* **LCD** A low-power flat-panel display used in many laptop computers, calculators and digital watches, made up of a liquid crystal that is sandwiched between layers of glass or plastic and becomes opaque when electric current passes through it. The contrast between the opaque and transparent areas forms visible characters.

**li•quid•i•ty** (lĭ-kwĭd′ĭ-tē) *n.* **1.** The state of being liquid. **2.** The quality of being readily convertible into cash: *an investment with high liquidity.* **3.** Available cash or the capacity to obtain it on demand: *a bank that is increasing its liquidity by shortening the average term of its loans.*

**liq•ui•dize** (lĭk′wĭ-dīz′) *tr.v.* **-dized, -diz•es, -diz•ing** To make liquid.

**liquid measure** *n.* **1.** The measurement of liquid capacity. **2.** A unit or system of units of liquid capacity.

**liq•ui•fy** (lĭk′wə-fī′) *v.* Variant of **liquefy.**

**liq•uor** (lĭk′ər) *n.* **1.** An alcoholic beverage made by distillation rather than by fermentation. **2.** A rich broth resulting from the prolonged cooking of meat or vegetables, especially greens. Also called *pot liquor.* **3.** An aqueous solution of a nonvolatile substance. **4.** A solution, emulsion, or suspension for industrial use. ❖ *tr.v.* **-uored, -uor•ing, -uors** **1.** To steep (malt, for example). **2.** *Slang* To make drunk with alcoholic liquor. Often used with *up: was all liquored up.* [Middle English *licour,* a liquid, from Old French, from Latin *liquor,* from *liquēre,* to be liquid.]

**li•quo•rice** (lĭk′ər-ĭs, -ĭsh) *n. Chiefly British* Variant of **licorice.**

**li•ra** (lîr′ə, lē′rä) *n., pl.* **li•re** (lîr′ā, lē′rĕ) or **li•ras** *Abbr.* **l.** See table at **currency.** [Italian, from Old Italian, from Old Provençal *liura,* from Latin *libra,* a unit of weight, pound.]

**lir•i•pipe** (lĭr′ə-pīp′) *n.* A long scarf or cord attached to and hanging from a hood. [Medieval Latin *liripipium.*]

**Lis•bon** (lĭz′bən) The capital and largest city of Portugal, in the western part of the country on the Tagus River estuary. An ancient Iberian settlement, it was held by the Phoenicians and Carthaginians, taken by the Romans in 205 B.C., and conquered by the Moors c. A.D. 714. Reconquered by the Portuguese in 1147, it flourished in the 16th century during the heyday of colonial expansion in Africa and India. The city was devastated by a major earthquake in 1755. Population: 663,315.

**li•sen•te** (lē-sĕn′tā) *n.* Plural of **sente.**

**lisle** (līl) *n.* **1.** A fine, smooth, tightly twisted thread spun from long-stapled cotton. **2.** Fabric knitted of this thread, used especially for hosiery and underwear. [After *Lisle* (Lille), France.]

**lisp** (lĭsp) *n.* **1.** A speech defect or mannerism characterized by mispronunciation of the sounds (s) and (z) as (th) and (*th*). **2.** A sound of or like a lisp: *"The carpenter['s] . . . plane whistles its wild ascending lisp"* (Walt Whitman). ❖ *v.* **lisped, lisp•ing, lisps** —*intr.* **1.** To speak with a lisp. **2.** To speak imperfectly, as a child does. —*tr.* To pronounce with a lisp. [From Middle English *lispen,* to lisp, from Old English *-wlyspian* (in *āwlyspian,* to lisp), from *wlisp,* lisping.] —**lisp′er** *n.*

**LISP** (lĭsp) *n.* A programming language designed to process data consisting of lists. It is widely used in artificial intelligence research. [*lis(t) p(rocessing).*]

**lis•some** also **lis•som** (lĭs′əm) *adj.* **1.** Easily bent; supple. **2.** Having the ability to move with ease; limber. [Alteration of LITHESOME.] —**lis′some•ly** *adv.* —**lis′some•ness** *n.*

**list¹** (lĭst) *n.* **1.** A series of names, words, or other items written, printed, or imagined one after the other: *a shopping list; a guest list; a list of things to do.* **2.** A considerable number; a long series: *recited a list of dates memorized.* ❖ *v.* **list•ed, list•ing, lists** —*tr.* **1.** To make a list of; itemize: *listed his previous jobs.* **2.** To enter in a list; register: *listed each item received.* **3.** To put (oneself) in a specific category: *lists herself as an artist.* **4.** *Archaic* To recruit. —*intr.* **1.** To have a stated list price: *a radio that lists for ten dollars over the sale price.* **2.** *Archaic* To enlist in the armed forces. [French *liste,* from Old French, from Old Italian *lista,* of Germanic origin.] —**list′er** *n.*

**list²** (lĭst) *n.* **1a.** A narrow strip, especially of wood. **b.** *Architecture* See **listel. c.** A border or selvage of cloth. **2.** A stripe or band of color. **3a.** An arena for jousting tournaments or other contests. Often used in the plural. **b.** A place of combat. **c.** An area of controversy. **4.** A ridge thrown up between two furrows by a lister in plowing. **5.** *Obsolete* A boundary; a border. ❖ *tr.v.* **list•ed, list•ing, lists** **1.** To cover, line, or edge with list. **2.** To cut a thin strip from the edge of. **3.** To furrow or plant (land) with a lister. [Middle English, from Old English *līste.*]

**list³** (lĭst) *n.* An inclination to one side, as of a ship; a tilt. ❖ *intr. & tr.v.* **list•ed, list•ing, lists** To lean or cause to lean to the side: *The damaged ship listed badly to starboard. Erosion first listed, then toppled the spruce tree.* [Origin unknown.]

**list⁴** (lĭst) *intr. & tr.v.* **list•ed, list•ing, lists** *Archaic* To listen or listen to. [Middle English *listen,* from Old English *hlystan.* See **kleu-** in Appendix I.]

**list⁵** (lĭst) *Archaic v.* **list•ed, list•ing, lists** —*tr.* To be pleasing to; suit. —*intr.* To be disposed; choose. ❖ *n.* A desire or an inclination. [Middle English *listen,* to desire, please, from Old English *lystan.* See **las-** in Appendix I.]

**lis•tel** (lĭs′tal) *n. Architecture* A narrow border, molding, or fillet. Also called *list.* [French, from Italian *listello,* diminutive of *lista,* border, of Germanic origin.]

**lis•ten** (lĭs′ən) *intr.v.* **-tened, -ten•ing, -tens** **1.** To make an effort to hear something: *listen to the radio; listening for the bell.* **2.** To pay attention; heed: *"She encouraged me to listen carefully to what country people*

*called mother wit"* (Maya Angelou). ❖ *n.* An act of listening: *Would you like to give the CD a listen before buying it?* —*phrasal verb:* **listen in** **1.** To listen to a conversation between others; eavesdrop. **2.** To tune in and listen to a broadcast. [Middle English *listenen,* alteration (influenced by *listen,* to list, listen; see LIST⁴) of Old English *hlysnan;* see **kleu-** in Appendix I.] —**lis′ten•er** *n.*

**lis•ten•a•ble** (lĭs′ə-nə-bəl) *adj.* Being such that listening is pleasurable: *an undistinguished but listenable song.* —**lis′ten•a•bil′i•ty** *n.*

**lis•ten•er•ship** (lĭs′ə-nər-shĭp′, lĭs′nər-) *n.* The people who listen to a radio program or station.

**list•er** (lĭs′tər) *n.* A plow equipped with a double moldboard that turns up the soil on each side of the furrow, often having an attached drill for seed planting. [From LIST².]

**Lis•ter** (lĭs′tər), **Joseph.** First Baron Lister. 1827–1912. British surgeon. He demonstrated in 1865 that carbolic acid was an effective antiseptic agent, decreasing postoperative fatalities from infection.

**lis•te•ri•a** (lĭ-stîr′ē-ə) *n.* Any of various rod-shaped, gram-positive bacteria of the genus *Listeria,* which includes the causative agent of listeriosis. [New Latin *Listeria,* genus name, after Joseph LISTER.]

**lis•te•ri•o•sis** (lĭ-stîr′ē-ō′sĭs) *n.* A bacterial disease caused by *Listeria monocytogenes,* affecting wild and domestic animals and sometimes humans and characterized by fever, meningitis, and encephalitis.

**list•ing** (lĭs′tĭng) *n.* **1.** An entry in a list or directory: *the first listing in the telephone book.* **2.** A list: *a listing of physicians.* **3.** *Computer Science* A printout of a program or data set.

**list•less** (lĭst′lĭs) *adj.* Lacking energy or disinclined to exert effort; lethargic: *reacted to the latest crisis with listless resignation.* [Middle English *listles* : probably from *liste,* desire (from *listen,* to desire; see LIST⁵) + *-les, -lesse,* -less.] —**list′less•ly** *adv.* —**list′less•ness** *n.*

**list price** *n.* A basic published or advertised price, often subject to discount.

**list•serv•er** (lĭst′sûr′vər) *n.* A file server that is used in the management of e-mail for members of a discussion group.

**Liszt** (lĭst), **Franz** 1811–1886. Hungarian composer and piano virtuoso. His best-known compositions include the *Dante Symphony* (1856) and the *Faust Symphony* (1853–1861).

**lit¹** (lĭt) *v.* A past tense and a past participle of **light¹.** See Usage Note at **light¹.** ❖ *adj. Informal.* Drunk or drugged. Often used with *up.*

**lit²** (lĭt) *v.* A past tense and a past participle of **light².**

**lit³** (lĭt) *n. Informal* Literature: *enjoyed my course in French lit.*

**lit.** *abbr.* **1.** liter **2a.** literal **b.** literally **3.** literary **4.** literature

**lit•a•ny** (lĭt′n-ē) *n., pl.* **-nies** **1.** A liturgical prayer consisting of a series of petitions recited by a leader alternating with fixed responses by the congregation. **2.** A repetitive or incantatory recital: *"the litany of layoffs in recent months by corporate giants"* (Sylvia Nasar). [Middle English *letanie,* from Old French, from Medieval Latin *letanīa,* from Late Latin *litanīa,* from Late Greek *litaneia,* from *litaneuein,* to entreat, from *litanos,* entreating, from *litē,* supplication.]

**li•tas** (lĭt′äs) *n.* See table at **currency.** [Lithuanian *lītas.*]

**LitB** *abbr. Latin* Litterarum Baccalaureus (Bachelor of Letters; Bachelor of Literature)

**li•tchi** also **li•chee** or **ly•chee** (lē′chē) *n., pl.* **-tchis** also **-chees** **1.** A Chinese tree (*Litchi chinensis*) that bears bright red fruits, each of which has a large single seed with a white, fleshy, edible aril. **2.** The nutlike fruit of this tree. Also called *litchi nut.* [Chinese (Mandarin) *lì zhī* : *lì,* litchi + *zhī,* twig.]

**lit crit** (krĭt) *n. Informal* Literary criticism.

**LitD** *abbr. Latin* Litterarum Doctor (Doctor of Letters; Doctor of Literature)

**lite** (līt) *adj. Slang* Having less substance or weight or fewer calories than something else: *"lite music, shimmering on the surface and squishy soft at the core"* (Mother Jones). [Alteration of LIGHT².]

**-lite** *suff.* Stone; mineral; fossil: *coprolite.* [French, alteration of *-lithe,* from Greek *lithos,* stone.]

**li•ter** (lē′tər) *n. Abbr.* **l** or **lit.** A metric unit of volume equal to approximately 1.056 liquid quarts, 0.908 dry quart, or 0.264 gallon. See table at **measurement.** [French *litre,* from obsolete *litron,* measure of capacity, from Medieval Latin *litra,* from Greek, unit of weight.]

**lit•er•a•cy** (lĭt′ər-ə-sē) *n.* **1.** The condition or quality of being literate, especially the ability to read and write. See Usage Note at **literate.** **2.** The condition or quality of being knowledgeable in a particular subject or field: *cultural literacy; biblical literacy.*

**lit•er•al** (lĭt′ər-əl) *adj.* **1.** Being in accordance with, conforming to, or upholding the exact or primary meaning of a word or words. **2.** Word for word; verbatim: *a literal translation.* **3.** Avoiding exaggeration, metaphor, or embellishment; factual; prosaic: *a literal description; a literal mind.* **4.** Consisting of, using, or expressed by letters: *literal notation.* **5.** Conforming or limited to the simplest, nonfigurative, or most obvious meaning of a word or words. ❖ *n. Computer Science* A letter or symbol that stands for itself as opposed to a feature, function, or entity associated with it in a programming language: *$ can be a symbol that refers to the end of a line, but as a literal, it is a dollar sign.* [Middle English, from Old French, from Late Latin *litterālis,* of letters, from Latin *littera, litera,* letter. See LETTER.] —**lit′er•al•ness** *n.*

**lit•er•al•ism** (lĭt′ər-ə-lĭz′əm) *n.* **1.** Adherence to the explicit sense of a given text or doctrine. **2.** Literal portrayal; realism. —**lit′er•al•ist** *n.* —**lit′er•al•is′tic** *adj.*

**lit•er•al•ize** (lĭt′ər-ə-līz′) *tr.v.* **-ized, -iz•ing, -iz•es** To make literal.

**lit•er•al•ly** (lĭt′ər-ə-lē) *adv.* **1.** In a literal manner; word for word: *translated the Greek passage literally.* **2.** In a literal or strict sense: *Don't*



liquid crystal layer   mirror

polarizers



**liquid-crystal display**
*top:* When turned off, polarized light reflects off a mirror, passes through the liquid crystal layer, and leaves the display looking white. *bottom:* When turned on, polarized light is blocked by the rear polarizer. Without the reflection of light, affected areas of the liquid crystal layer look black.



**Franz Liszt**
detail from an 1838 portrait by Henri Lehmann (1814–1882)



**litchi**
*Litchi chinensis*

| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ◆ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in dictionary (dĭk′shə-nĕr′ē)

**1021**

**mousse•line** (mōōs-lēn′) *n.* **1.** A fine sheer fabric resembling muslin, originally made in Mosul, Iraq. **2.** A hollandaise sauce to which whipped cream has been added. **3.** An aspic containing whipped cream. [French. See MUSLIN.]

**mousseline de soie** (də swä′) *n., pl.* **mousse•lines de soie** (mōōs-lēn′) A fine crisp fabric made of silk or rayon. [French : *mousseline*, muslin + *de*, of + *soie*, silk.]

**mous•tache** (mŭs′tăsh′, mə-stăsh′) *n.* Variant of **mustache.**

**mous•ta•chio** (mə-stăch′ō, -stăsh′ē-ōd′, -stä′shōd, -shē-ō′) *adj.* Variant of **mustachio.**

**Mous•te•ri•an** (mōō-stîr′ē-ən) *adj.* Designating or belonging to a Middle Paleolithic culture following the Acheulian, associated with Neanderthals and characterized by the use of flake tools. [French *moustérien*, after *Le Moustier*, a cave in southwest France.]

**mous•y** also **mous•ey** (mou′sē, -zē) *adj.* **-i•er, -i•est** **1.** Resembling a mouse, especially: **a.** Having a drab, pale brown color: *mousy hair.* **b.** Having small sharp features: *a mousy face.* **c.** Quiet; timid; shy. **2.** Infested with mice.

**mouth** (mouth) *n., pl.* **mouths** (mouthz) **1a.** The body opening through which an animal takes in food. **b.** The cavity lying at the upper end of the alimentary canal, bounded on the outside by the lips and inside by the oropharynx and containing in higher vertebrates the tongue, gums, and teeth. **c.** This cavity regarded as the source of sounds and speech. **d.** The opening to any cavity or canal in an organ or a bodily part. **2.** The part of the lips visible on the human face. **3.** A person viewed as a consumer of food: *has three mouths to feed at home.* **4.** A pout, grimace, or similar expression. **5a.** Utterance; voice: *gave mouth to her doubts.* **b.** A tendency to talk excessively or unwisely. **c.** Impudent or vulgar talk: *Watch your mouth.* **6.** A spokesperson: a mouthpiece. **7.** A natural opening, as the part of a stream or river that empties into a larger body of water or the entrance to a harbor, canyon, valley, or cave. **8.** The opening through which a container is filled or emptied. **9.** The opening between the jaws of a vise or other holding or gripping tool. **10.** *Music* **a.** An opening in the pipe of an organ. **b.** The opening in the mouthpiece of a flute across which the player blows. ❖ *v.* (mouth) **mouthed, mouth•ing, mouths** —*tr.* **1.** To speak or pronounce, especially: **a.** To declare in a pompous manner; declaim: *mouthing his opinions of the candidates.* **b.** To utter without conviction or understanding: *mouthing empty compliments.* **c.** To form soundlessly: *I mouthed the words as the others sang.* **d.** To utter indistinctly; mumble. **2.** To take or move around in the mouth. —*intr.* **1.** To orate affectedly; declaim. **2.** To grimace. —*phrasal verb:* **mouth off** *Slang* **1.** To express one's opinions or complaints in a loud, indiscreet manner. **2.** To speak impudently; talk back. —*idiom:* **down in** (or **at) the mouth** Discouraged; sad; dejected. [Middle English, from Old English *mūth*. See **men-²** in Appendix I.]

**mouth•breed•er** (mouth′brē′dər) *n.* Any of various fishes, especially of the genera *Haplochromis* and *Tilapia*, that carry their eggs and young in the mouth.

**mouth•ful** (mouth′fŏŏl′) *n.* **1.** The amount of food or other material that can be placed or held in the mouth at one time. **2.** A small amount to be tasted or eaten. **3.** A long word, name, or phrase that is difficult to pronounce. **4.** An important or perceptive remark: *You said a mouthful!*

**mouth harp** *n.* See **harmonica** (sense 1).

**mouth•ing** (mou′thĭng) *n.* A bombastic or empty phrase or speech. Often used in the plural: *mouthings about sin and morality.*

**mouth organ** *n.* **1.** See **harmonica** (sense 1). **2.** See **panpipe.**

**mouth•part** (mouth′pärt′) *n.* Any of the parts of the mouth of an insect or other arthropod, especially a part or an organ adapted to a specific way of feeding.

**mouth•piece** (mouth′pēs′) *n.* **1.** A part, as of a musical instrument or a telephone, that functions in or near the mouth. **2.** *Sports* A protective rubber device worn over the teeth, as by boxers. **3.** *Informal* One, such as a spokesperson, through which views are expressed. **4.** *Slang* A defense lawyer.

**mouth-to-mouth resuscitation** (mouth′tə-mouth′) *n.* A technique used to resuscitate a person who has stopped breathing, in which the rescuer presses his or her mouth against the mouth of the victim and, allowing for passive exhalation, forces air into the lungs at intervals of several seconds.

**mouth•wash** (mouth′wŏsh′, -wôsh′) *n.* A flavored, usually antiseptic solution used for cleaning the mouth and freshening the breath.

**mouth•wa•ter•ing** or **mouth-wa•ter•ing** (mouth′wô′tər-ĭng) *adj.* Appealing to the sense of taste; appetizing: *the mouthwatering aroma of a baking pie.*

**mouth•y** (mou′thē, -thē) *adj.* **-i•er, -i•est** **1.** Annoyingly talkative. **2.** Given to ranting or bombast. —**mouth′i•ness** *n.*

**mou•ton** (mōō′tŏn′) *n.* Sheepskin that has been sheared and processed to resemble beaver or seal. [French, sheep, from Old French. See MUTTON.]

**mou•ton•née** (mōō′tə-nā′) also **mou•ton•néed** (-nād′) *adj. Geology* Rounded by glacial action into a shape likened to a sheep's back. Used of a rock formation. [Short for French *roche moutonnée* : *roche*, rock + *moutonnée*, fleecy, past participle of *moutonner*, to make fleecy (from *mouton*, sheep; see MOUTON).]

**mov•a•ble** also **move•a•ble** (mōō′və-bəl) *adj.* **1.** Possible to move: *a movable stove; a movable rock.* **2.** Varying in date from year to year: *a movable holiday.* **3.** *Law* Of or relating to personal property that can be moved. ❖ *n.* **1.** Something, especially a piece of furniture, that can be moved. **2.** *Law* Personal property. Often used in the plural. —**mov′a•bil′i•ty, mov′a•ble•ness** *n.* —**mov′a•bly** *adv.*

**movable feast** *n.* A religious holiday, such as Easter, that changes in date from year to year.

**movable type** *n. Printing* Type in which each character is cast on a separate piece of metal.

**move** (mōōv) *v.* **moved, mov•ing, moves** —*intr.* **1.** To change in position from one point to another: *moved away from the window.* **2.** To progress in sequence; go forward: *a novel that moves slowly.* **3.** To follow a specified course: *Earth moves around the sun.* **4.** To progress toward a particular state or condition: *moving up in the company; moved into the lead.* **5.** To go from one residence or location to another; relocate. **6.** To start off; depart. **7.** To be disposed of by sale: *Woolens move slowly in the summer.* **8.** To change posture or position; stir: *was afraid to move.* **9.** *Games* To change the position of a piece in a board game. **10.** To be put in motion or to turn according to a prescribed motion. Used of machinery. **11.** To exhibit great activity or energy. **12.** To initiate an action; act. **13.** To be active in a particular environment: *moves in diplomatic circles.* **14.** To stir the emotions: *words that have the power to move.* **15.** To make a formal motion in parliamentary procedure: *move for an adjournment.* **16.** To evacuate. Used of the bowels. —*tr.* **1.** To change the place or position of: *moved her office; could not move his arm.* **2.** To cause to go from one place to another: *moved the crowd away.* **3.** *Games* To change (a piece) from one position to another in a board game: *moved a pawn.* **4.** To change the course of: *moved the discussion to other matters.* **5.** To dislodge from a fixed point of view, as by persuasion: *"Speak to him, ladies, see if you can move him"* (Shakespeare). **6.** To prompt to an action; rouse: *Anger moved her to speak out.* **7a.** To set or keep in motion. **b.** To cause to function. **c.** To cause to progress or advance. **8a.** To arouse the emotions of; affect. **b.** To excite or provoke to the expression of an emotion: *The film moved me to tears.* See synonyms at **affect¹. 9a.** To propose or request in formal parliamentary procedure: *moved that a vote be taken.* **b.** To make formal application to (a court, for example). **10.** To dispose of by sale: *moved the new merchandise quickly.* **11.** To cause (the bowels) to evacuate. ❖ *n.* **1a.** The act or an instance of moving. **b.** A particular manner of moving: *made some intricate moves on the dance floor.* **2.** A change of residence or location. **3.** *Games* **a.** An act of transferring a piece from one position to another in board games. **b.** The prescribed manner in which a piece may be played. **c.** A participant's turn to make a play. **4.** An action taken to achieve an objective; a maneuver: *a move to halt the arms race.* —*phrasal verb:* **move in** To begin to occupy a residence or place of business. —*idioms:* **get a move on** *Informal* To get started; get going. **move in on 1.** To make intrusive advances toward; intrude on. **2.** To attempt to seize control of: *moving in on their territory.* **on the move 1.** Busily moving about; active: *A nurse is on the move all day.* **2.** Going from one place to another: *troops on the move.* **3.** Making progress; advancing: *a technology that is clearly on the move.* [Middle English *moven*, from Old French *movoir*, from Latin *movēre.* See **meua-** in Appendix I.]

**move•a•ble** (mōō′və-bəl) *adj. & n.* Variant of **movable.**

**move•ment** (mōōv′mənt) *n.* **1a.** The act or an instance of moving; a change in place or position. **b.** A particular manner of moving. **2.** A change in the location of troops, ships, or aircraft for tactical or strategic purposes. **3a.** A series of actions and events taking place over a period of time and working to foster a principle or policy: *a movement toward world peace.* **b.** An organized effort by supporters of a common goal: *a leader of the labor movement.* **4.** A tendency or trend: *a movement toward larger kitchens.* **5.** A change in the market price of a security or commodity. **6a.** An evacuation of the bowels. **b.** The matter so evacuated. **7.** The suggestion or illusion of motion in a painting, sculpture, or design. **8.** The progression of events in the development of a literary plot. **9.** The rhythmical or metrical structure of a poetic composition. **10.** *Music* A self-contained section of an extended composition. **11.** A mechanism, such as the works of a watch, that produces or transmits motion.

**movement therapy** *n.* See **dance therapy.**

**mov•er** (mōō′vər) *n.* **1.** One that moves: *a fast mover in corporate circles.* **2.** One that transports household or office goods from one location to another as an occupation. Often used in the plural.

**mover and shaker** *n., pl.* **movers and shakers** One who wields power and influence in a sphere of activity: *"the importance of hanging out with the movers and shakers of the art world"* (Richard Colvin).

**mov•ie** (mōō′vē) *n.* **1a.** A sequence of photographs projected onto a screen with sufficient rapidity as to create the illusion of motion and continuity. **b.** A connected cinematic narrative represented in this form. **2.** A showing of a movie. Often used in the plural: *During the movie, the person in front of me kept talking. Would you like to go to the movies tonight?* **3.** **movies** The movie industry. [Shortening and alteration of MOVING PICTURE.]

**mov•ie•dom** (mōō′vē-dəm) *n.* See **filmdom.**

**mov•ie•go•er** (mōō′vē-gō′ər) *n.* One who goes to see movies. —**mov′ie•go′ing** *adj. & n.*

**mov•ie•mak•er** (mōō′vē-mā′kər) *n.* One that makes movies, especially professionally. —**mov′ie•mak′ing** *adj. & n.*

**mov•ing** (mōō′vĭng) *adj.* **1.** Changing or capable of changing position: *a moving target.* **2.** Relating to or involved in a transfer of furnishings from one location to another: *moving expenses; moving van.* **3.** Causing or producing motion. **4.** Involving a motor vehicle in motion: *a moving violation.* **5.** Arousing or capable of arousing deep emotion: *a moving account of the tragedy.* —**mov′ing•ly** *adv.*

**Synonyms** *moving, stirring, poignant, touching, affecting* These adjectives mean arousing or capable of arousing deep, usually somber emotion. *Moving* is the least specific: *"A ... widow ... has laid her case of destitution before him in a very moving letter"* (Nathaniel Hawthorne).



**mouth**
A. hard palate
B. lips
C. teeth
D. salivary glands
E. trachea
F. esophagus
G. soft palate
H. tongue

with ministerial or priestly authority; confer holy orders on. **b.** To authorize as a rabbi. **2.** To order by virtue of superior authority; decree or enact. **3.** To prearrange unalterably; predestine. See synonyms at **dictate.** [Middle English *ordeinen,* from Old French *ordener, ordein-,* from Latin *ordināre,* to organize, appoint to office, from *ōrdō, ōrdin-,* order. See **ar-** in Appendix I.] —**or•dain′er** *n.* —**or•dain′ment** *n.*

**or•deal** (ôr-dēl′) *n.* **1.** A difficult or painful experience, especially one that severely tests character or endurance. See synonyms at **trial.** **2.** A method of trial in which the accused was subjected to physically painful or dangerous tests, the result being regarded as a divine judgment of guilt or innocence. [Alteration (influenced by DEAL¹) of Middle English *ordal,* trial by ordeal, from Old English *ordāl.* See **dail-** in Appendix I.]

**ordeal bean** *n.* See **Calabar bean.** [So called from its alleged use as a test for witchcraft.]

**or•der** (ôr′dər) *n.* **1.** A condition of logical or comprehensible arrangement among the separate elements of a group. **2a.** A condition of methodical or prescribed arrangement among component parts such that proper functioning or appearance is achieved: *checked to see that the shipping department was in order.* **b.** Condition or state in general: *The escalator is in good working order.* **3a.** The established system of social organization: *"Every revolution exaggerates the evils of the old order"* (C. Wright Mills). **b.** A condition in which freedom from disorder or disruption is maintained through respect for established authority: *finally restored order in the rebellious provinces.* **4.** A sequence or arrangement of successive things: *changed the order of the files.* **5.** The prescribed form or customary procedure: *the order of worship.* **6.** An authoritative indication to be obeyed; a command or direction. **7a.** A command given by a superior military officer requiring obedience, as in the execution of a task. **b. orders** Formal written instructions to report for military duty at a specified time and place. **8a.** A commission or instruction to buy, sell, or supply something. **b.** That which is supplied, bought, or sold. **9a.** A request made by a customer at a restaurant for a portion of food. **b.** The food requested. **10.** *Law* A direction or command delivered by a court or other adjudicative body and entered into the record but not necessarily included in the final judgment or verdict. **11.** *Ecclesiastical* **a.** Any of several grades of the Christian ministry: *the order of priesthood.* **b.** The rank of an ordained Christian minister or priest. Often used in the plural. **c.** The sacrament or rite of ordination. Often used in the plural. **12.** Any of the nine grades or choirs of angels. **13.** A group of persons living under a religious rule: *Order of Saint Benedict.* **14.** An organization of people united by a common fraternal bond or social aim. **15a.** A group of people upon whom a government or sovereign has formally conferred honor for unusual service or merit, entitling them to wear a special insignia: *the Order of the Garter.* **b.** The insignia worn by such people. **16.** A social class. Often used in the plural: *the lower orders.* **17.** A class defined by the common attributes of its members; a kind. **18.** Degree of quality or importance; rank: *poetry of a high order.* **19.** *Architecture* **a.** Any of several styles of classical architecture characterized by the type of column and entablature employed. Of the five generally accepted classical orders, the Doric, Ionic, and Corinthian orders are Greek and the Tuscan and Composite orders are Roman. **b.** A style of building: *a cathedral of the Gothic order.* **20.** *Biology* A taxonomic category of organisms ranking above a family and below a class. See table at **taxonomy. 21.** *Mathematics* **a.** The sum of the exponents to which the variables in a term are raised; degree. **b.** An indicated number of successive differentiations to be performed. **c.** The number of elements in a finite group. **d.** The number of rows or columns in a determinant or matrix. ❖ *v.* **-dered, -der•ing, -ders** —*tr.* **1.** To issue a command or instruction to. **2.** To give a command or instruction for: *The judge ordered a recount of the ballots.* **3.** To direct to proceed as specified: *ordered them off the property.* **4.** To give an order for; request to be supplied with. **5.** To put into a methodical, systematic arrangement. See synonyms at **arrange. 6.** To predestine; ordain. —*intr.* To give an order or orders; request that something be done or supplied. —*idioms:* **in order that** So that. **in order to** For the purpose of. **in short order** With no delay; quickly. **on order** Requested but not yet delivered. **on the order of 1.** Of a kind or fashion similar to; like: *a house on the order of a mountain lodge.* **2.** Approximately; about: *equipment costing on the order of a million dollars.* **to order** According to the buyer's specifications. [Middle English *ordre,* from Old French, variant of *ordene,* from Latin *ōrdō, ōrdin-.* See **ar-** in Appendix I.] —**or′der•er** *n.*

**order arms** *n.* **1.** A position in the military manual of arms in which the rifle is held vertically next to the right leg with its butt resting on the ground. **2.** A command to assume order arms.

**or•der•ly** (ôr′dər-lē) *adj.* **1a.** Free from disorder; neat: *an orderly room.* **b.** Having a systematic arrangement: *an orderly universe.* **2.** Marked by or adhering to method or system: *orderly in the upkeep of his rooms.* **3.** Devoid of violence or disruption; peaceful: *an orderly transition of governments.* ❖ *n., pl.* **-lies 1.** An attendant who does routine, nonmedical work in a hospital. **2.** A soldier assigned to attend and perform various tasks for a superior officer. ❖ *adv.* Systematically; regularly. —**or′der•li•ness** *n.*

---

**Synonyms** *orderly, methodical, systematic* These adjectives mean proceeding in or observant of a prescribed pattern or arrangement. *Orderly* especially implies correct or customary procedure or proper or harmonious arrangement: *an orderly evacuation of the burning building; orderly and symmetrical rows. Methodical* stresses adherence to a logically and carefully planned succession of steps: *methodical instructions for assembly. Systematic* emphasizes observance of a coordinated and orderly set of procedures constituting part of a complex but unitary whole: *systematic research into antigens to combat immune disorders.*

---

**1238**

**order of battle** *n., pl.* **orders of battle 1.** The identification, command structure, strength, and disposition of personnel, equipment, and units of an armed force. **2.** In classical and preindustrial warfare, the scheme and sequence in which units arrived and deployed on the battlefield.

**order of business** *n., pl.* **orders of business** A matter, such as a task, that must be addressed.

**order of magnitude** *n., pl.* **orders of magnitude 1.** An estimate of size or magnitude expressed as a power of ten: *Earth's mass is of the order of magnitude of $10^{22}$ tons; that of the sun is $10^{27}$ tons.* **2.** A range of values between a designated lower value and an upper value ten times as large: *The masses of Earth and the sun differ by five orders of magnitude.*

**order of the day** *n., pl.* **orders of the day 1.** The business to be considered or done by a legislature or other body on a particular day. Often used in the plural. **2.** The characteristic or most significant aspect or activity: *Volatility is the order of the day in the stock market.*

**or•di•nal** (ôr′dn-əl) *adj.* **1.** Being of a specified position in a numbered series: *an ordinal rank of seventh.* **2.** Of or relating to a taxonomic order. ❖ *n.* **1.** An ordinal number. **2.** *Ecclesiastical* **a.** A book of instructions for daily services. **b.** A book of forms for ordination. [Middle English *ordinel,* orderly, regular, from Late Latin *ōrdinālis,* ordinal, from Latin *ōrdō, ōrdin-,* order; see **ar-** in Appendix I. N., sense 2, from Middle English, from Medieval Latin *ōrdināle,* from Late Latin, neuter sing. of *ōrdinālis,* ordinal.]

**ordinal number** *n.* A number indicating position in a series or order. The ordinal numbers are first (1st), second (2nd), third (3rd), and so on.

**or•di•nance** (ôr′dn-əns) *n.* **1.** An authoritative command or order. **2.** A custom or practice established by long usage. **3.** A Christian rite, especially the Eucharist. **4.** A statute or regulation, especially one enacted by a city government. [Middle English *ordinaunce,* from Old French *ordenance,* from Medieval Latin *ōrdinantia,* from Latin *ōrdināns, ōrdinant-,* present participle of *ōrdināre,* to ordain, from *ōrdō, ōrdin-,* order. See **ar-** in Appendix I.]

**or•di•nand** (ôr′dn-ănd) *n. Ecclesiastical* A person who is a candidate for ordination. [From Latin *ōrdinandus,* gerundive of *ōrdināre,* to set in place, appoint. See ORDINATE.]

**or•di•nar•i•ly** (ôr′dn-âr′ə-lē, ôr′dn-ĕr′-) *adv.* **1.** As a general rule; usually: *ordinarily home by six.* **2.** In the commonplace or usual manner: *ordinarily dressed pedestrians on the street.* **3.** To the usual extent or degree: *an ordinarily small profit.*

**or•di•nar•y** (ôr′dn-ĕr′ē) *adj.* **1.** Commonly encountered; usual. See synonyms at **common. 2a.** Of no exceptional ability, degree, or quality; average: *just an ordinary evening out.* **b.** Of inferior quality; second-rate: *a merely ordinary film.* **3.** Having immediate rather than delegated jurisdiction, as a judge. **4.** *Mathematics* Designating a differential equation containing no more than one independent variable. ❖ *n., pl.* **-ies 1.** The usual or normal condition or course of events: *Nothing out of the ordinary occurred.* **2.** *Law* **a.** A judge or other official with immediate rather than delegated jurisdiction. **b.** The judge of a probate court in some states of the United States. **3.** often **Ordinary** *Ecclesiastical* **a.** The part of the Mass that remains unchanged from day to day. **b.** A division of the Roman Breviary containing the unchangeable parts of the office other than the Psalms. **c.** A cleric, such as the residential bishop of a diocese, with ordinary jurisdiction over a specified territory. **4.** *Heraldry* One of the simplest and commonest charges, such as the bend and the cross. **5.** *Chiefly British* **a.** A complete meal provided at a fixed price. **b.** A tavern or an inn providing such a meal. [Middle English *ordinarie,* from Old French, from Latin *ōrdinārius,* from *ōrdō, ōrdin-,* order. See **ar-** in Appendix I.] —**or′di•nar′i•ness** *n.*

**ordinary seaman** *n. Abbr.* **OS** A seaman of the lowest grade in the merchant marine.

**or•di•nate** (ôr′dn-ĭt, -āt′) *adj.* Arranged in regular rows, as the spots on the wings of an insect. ❖ *n. Symbol* **y** The plane Cartesian coordinate representing the distance from a specified point to the x-axis, measured parallel to the y-axis. [Middle English, properly ordered, from Latin *ōrdinātus,* past participle of *ōrdināre,* to set in order, from *ōrdō, ōrdin-,* order. See **ar-** in Appendix I.]

**or•di•na•tion** (ôr′dn-ā′shən) *n.* **1.** The act of ordaining or the state of being ordained. **2.** *Ecclesiastical* The ceremony of consecration to the ministry. **3.** An arrangement or ordering.

**or•di•nes** (ôr′də-nēz′) *n.* A plural of **ordo.**

**ordn.** *abbr.* ordnance

**ord•nance** (ôrd′nəns) *n.* **1.** Military materiel, such as weapons, ammunition, combat vehicles, and equipment. **2.** The branch of an armed force that procures, maintains, and issues weapons, ammunition, and combat vehicles. **3.** Cannon; artillery. [Middle English *ordnaunce,* variant of *ordinaunce,* order, military provision. See ORDINANCE.]

**or•do** (ôr′dō) *n., pl.* **-di•nes** (-də-nēz′) or **-dos** *Roman Catholic Church* An annual calendar containing instructions for the Mass and office to be celebrated on each day of the year. [Medieval Latin *ōrdō,* from Latin, order. See **ar-** in Appendix I.]

**or•don•nance** (ôr′dn-əns, ôr′dô-näns′) *n.* The orderly arrangement of elements in a literary or artistic composition or an architectural plan. [French, variant of Old French *ordenance,* an arranging. See ORDINANCE.]

**Or•dos** (ôr′dōs) A sandy desert plateau region of Nei Monggol (Inner Mongolia) in northern China bounded on the south and east by the Great Wall.

**Or•do•vi•cian** (ôr′də-vĭsh′ən) *adj.* Of or belonging to the geologic time, system of rocks, or sedimentary deposits of the second period of the Paleozoic Era, characterized by the appearance of primitive fishes. See

dles of muscle fibers. [New Latin : PERI– + Greek *mūs*, muscle; see **mūs-** in Appendix I.]

**per•i•na•tal** (pĕr′ə-nāt′l) *adj.* Of, relating to, or being the period around childbirth, especially the five months before and one month after birth: *perinatal mortality; perinatal care.* —**per′i•na′tal•ly** *adv.*

**per•i•na•tol•o•gy** (pĕr′ə-nā-tŏl′ə-jē) *n.* The medical study of the life and development of fetuses and infants during the perinatal period.

**per•i•neph•ri•um** (pĕr′ə-nĕf′rē-əm) *n., pl.* **-ri•a** (-rē-ə) The connective and fatty tissue surrounding a kidney. [New Latin, from Greek *perinephros*, fat around the kidneys : *peri-*, peri- + *nephros*, kidney.] —**per′i•neph′ral** (-nĕf′rəl), **per′i•neph′ri•al** (-rē-əl), **per′i•neph′ric** (-rĭk) *adj.*

**per•i•ne•um** (pĕr′ə-nē′əm) *n., pl.* **-ne•a** (-nē′ə) **1.** The portion of the body in the pelvis occupied by urogenital passages and the rectum, bounded in front by the pubic arch, in the back by the coccyx, and laterally by part of the hipbone. **2.** The region between the scrotum and the anus in males, and between the posterior vulva junction and the anus in females. [Middle English, from Medieval Latin *perinaeon*, from Greek *perinaion* : *peri-*, peri- + *inān*, to excrete.] —**per′i•ne′al** (-nē′əl) *adj.*

**per•i•neu•ri•um** (pĕr′ə-nŏŏr′ē-əm, -nyŏŏr′-) *n., pl.* **-neu•ri•a** (-nŏŏr′ē-ə, -nyŏŏr′-) The sheath of connective tissue enclosing a bundle of nerve fibers. [New Latin : PERI– + Greek *neuron*, nerve; see NEURON.] —**per′i•neu′ri•al** *adj.*

**pe•ri•od** (pîr′ē-əd) *n.* **1.** An interval of time characterized by the occurrence of a certain condition, event, or phenomenon: *a period of economic prosperity.* **2.** An interval of time characterized by the prevalence of a specified culture, ideology, or technology: *artifacts of the pre-Columbian period.* **3.** An interval regarded as a distinct evolutionary or developmental phase: *Picasso's early career is divided into his blue period and rose period.* **4.** *Geology* A unit of time, longer than an epoch and shorter than an era. **5.** Any of various arbitrary units of time, especially: **a.** Any of the divisions of the academic day. **b.** *Sports & Games* A division of the playing time of a game. **6.** *Physics & Astronomy* The time interval between two successive occurrences of a recurrent event or phases of an event; a cycle: *the period of a satellite's orbit.* **7.** An instance or occurrence of menstruation. **8.** A point or portion of time at which something is ended; a completion or conclusion. **9.** The full pause at the end of a spoken sentence. **10.** A punctuation mark (.) indicating a full stop, placed at the end of declarative sentences and other statements thought to be complete, and after many abbreviations. **11.** A sentence of several carefully balanced clauses in formal writing. **12a.** A metrical unit of quantitative verse consisting of two or more cola. **b.** An analogous unit or division of classical Greek or Latin prose. **13.** *Music* A group of two or more phrases within a composition, often made up of 8 or 16 measures and terminating with a cadence. **14.** *Mathematics* **a.** The least interval in the range of the independent variable of a periodic function of a real variable in which all possible values of the dependent variable are assumed. **b.** A group of digits separated by commas in a written number. **c.** The number of digits that repeat in a repeating decimal. For example, $^1/_7 = 0.142857142857...$ has a six-digit period. **15.** *Chemistry* A sequence of elements arranged in order of increasing atomic number and forming one of the horizontal rows in the periodic table. ❖ *adj.* Of, belonging to, or representing a certain historical age or time: *a period piece; period furniture.* ❖ *interj.* Used to emphasize finality, as when expressing a decision or an opinion: *You're not going to the movies tonight, period!* [Middle English *periode*, from Old French, from Medieval Latin *periodus*, from Latin *perihodus*, rhetorical period, from Greek *periodos*, circuit : *peri-*, peri- + *hodos*, way.]

*Synonyms* **period, epoch, era, age, term** These nouns refer to a portion or length of time. *Period* is the most general: *a short waiting period; a difficult period of my life; the Romantic period in music.* *Epoch* refers to a period regarded as being remarkable or memorable: *"We enter on an epoch of constitutional retrogression"* (John R. Green). An *era* is a period of time notable because of new or different aspects or events: *"How many a man has dated a new era in his life from the reading of a book"* (Henry David Thoreau). An *age* is usually a period marked by a distinctive characteristic: *the age of Newton; the Iron Age.* A *term* is a period of time to which limits have been set: *Senators are elected for a term of six years.*

*Word History* Many may have wondered why the word *period* has the sense "punctuation mark (.)" as well as several senses having to do with time. The answer to this question lies in one of the senses of the Greek word *periodos* from which our word is descended. *Periodos*, made up of *peri-*, "around," and *hodos*, "way," in addition to meaning such things as "going around, way around, going around in a circle, circuit," and with regard to time, "cycle or period of time," referred in rhetoric to "a group of words organically related in grammar and sense." The Greek word was adopted into Latin as *perihodos*, which in the Medieval Latin period acquired a new sense related to its use in rhetoric, "a punctuation mark used at the end of a rhetorical period." This sense is not recorded in English until 1609, but the word had already entered English as a borrowing from Old French in the sense "a cycle of recurrence of a disease," first being recorded in a work written around 1425.

**pe•ri•od•ic** (pîr′ē-ŏd′ĭk) *adj.* **1.** Having or marked by repeated cycles. **2.** Happening or appearing at regular intervals. **3.** Recurring or reappearing from time to time; intermittent. **4.** Characterized by periodic sentences. —**pe′ri•od′i•cal•ly** *adv.*

*Synonyms* **periodic, sporadic, intermittent, occasional, fitful** These adjectives all mean recurring or reappearing now and then. Something *periodic* occurs at regular or at least generally predictable intervals: *periodic feelings of anxiety.* *Sporadic* implies scattered, irregular, unpredictable, or

isolated instances: *sporadic bombing raids.* *Intermittent* describes something that stops and starts at intervals: *intermittent rain showers.* What is *occasional* happens at random and irregularly: *occasional outbursts of temper.* Something *fitful* occurs in spells and often abruptly: *fitful bursts of energy.*

*Usage Note* In technical use, *periodic* means "at regular or predictable intervals," as in the *Periodic Table of the Elements.* Often, however, *periodic* is used to mean "occasional, intermittent." This usage can be confusing for readers who are accustomed to the narrower sense of the word. Thus the writer who says *Parker's losses at the track were not covered by his periodic wins* invites the (most likely unintended) inference that Parker has a system that enables him to win at regular intervals. The ambiguity can be avoided here by using *occasional* instead.

**per•i•od•ic acid** (pûr′ī-ŏd′ĭk) *n.* A white, crystalline inorganic acid, $HIO_4 \cdot 2H_2O$, used as an oxidizer.

**pe•ri•od•i•cal** (pîr′ē-ŏd′ĭ-kəl) *adj.* **1.** Periodic. **2a.** Published at regular intervals of more than one day. **b.** Of or relating to a publication issued at such intervals. ❖ *n.* A publication issued at regular intervals of more than one day.

**periodical cicada** *n.* A cicada of the genus *Magicicada* of the eastern United States whose 17-year or 13-year life cycle consists almost entirely of a nymphal stage spent underground. Upon emerging from this stage, the periodical cicada transforms into a winged adult, mates, lays eggs, and dies shortly thereafter. Also called *seventeen-year locust.*

**pe•ri•o•dic•i•ty** (pîr′ē-ə-dĭs′ĭ-tē) *n., pl.* **-ties** **1.** The quality or state of being periodic; recurrence at regular intervals. **2.** The repetition of similar properties in chemical elements, as indicated by their positioning in the periodic table.

**pe•ri•od•ic law** (pîr′ē-ŏd′ĭk) *n. Chemistry* The principle that the properties of the elements recur periodically as their atomic numbers increase.

**periodic sentence** *n.* A sentence in which the main clause or its predicate is withheld until the end; for example, *Despite heavy winds and nearly impenetrable ground fog, the plane landed safely.*

**periodic table** *n. Chemistry* A tabular arrangement of the elements according to their atomic numbers so that elements with similar properties are in the same column.

**per•i•o•don•tal** (pĕr′ē-ə-dŏn′tl) *adj.* **1.** Surrounding or encasing a tooth: *a periodontal ligament.* **2.** Relating to or affecting tissue and structures surrounding and supporting the teeth. —**per′i•o•don′tal•ly** *adv.*

**per•i•o•don•tia** (pĕr′ē-ə-dŏn′shə) *n.* Periodontics.

**per•i•o•don•tics** (pĕr′ə-ə-dŏn′tĭks) *n. (used with a sing. verb)* The branch of dentistry that deals with the study and treatment of periodontal disease. —**per′i•o•don′tic, per′i•o•don′ti•cal** *adj.* —**per′i•o•don′tist** *n.*

**per•i•o•nych•i•um** (pĕr′ē-ō-nĭk′ē-əm) *n., pl.* **-i•a** (-ē-ə) The border of epidermal tissue surrounding a fingernail or toenail. [New Latin : PERI– + Greek *onux, onukh-*, nail; see **nogh-** in Appendix I.]

**per•i•os•te•um** (pĕr′ē-ŏs′tē-əm) *n., pl.* **-te•a** (-tē-ə) The dense fibrous membrane covering the surface of bones except at the joints and serving as an attachment for muscles and tendons. [New Latin, from Late Latin *periosteon*, from Greek, from *periosteos*, around the bone : *peri-*, peri- + *osteon*, bone; see **ost-** in Appendix I.] —**per′i•os′te•al** (-tē-əl), **per′i•os′te•ous** (-tē-əs) *adj.*

**per•i•os•ti•tis** (pĕr′ē-ŏs-tī′tĭs) *n.* Inflammation of the periosteum. —**per′i•os•tit′ic** (-tĭt′ĭk) *adj.*

**per•i•os•tra•cum** (pĕr′ē-ŏs′trə-kəm) *n., pl.* **-ca** (-kə) The hard chitinous outer covering of the shell of many mollusks, especially freshwater ones, that protects the shell from the erosive action of water. [New Latin : PERI– + Greek *ostrakon*, shell; see **ost-** in Appendix I.]

**per•i•o•tic** (pĕr′ē-ō′tĭk) *adj.* **1.** Situated around the ear. **2.** Of or relating to the bones immediately around the inner ear.

**per•i•pa•tet•ic** (pĕr′ə-pə-tĕt′ĭk) *adj.* **1.** Walking about or from place to place; traveling on foot. **2. Peripatetic** Of or relating to the philosophy or teaching methods of Aristotle, who conducted discussions while walking about in the Lyceum of ancient Athens. ❖ *n.* **1.** One who walks from place to place; an itinerant. **2. Peripatetic** A follower of the philosophy of Aristotle; an Aristotelian. [Middle English *peripatetik*, from Latin *peripatēticus*, from Greek *peripatētikos*, from *peripatein*, to walk about, or from *peripatos*, covered walk (where Aristotle allegedly lectured) : *peri-*, peri- + *patein*, to walk; see **pent-** in Appendix I.]

**pe•rip•a•tus** (pə-rĭp′ə-təs) *n.* See **onychophoran.** [New Latin *Peripatus*, genus name, from Greek *peripatos*, walking about, from *peripatein*, to walk about. See PERIPATETIC.]

**per•i•pe•te•ia** also **per•i•pe•ti•a** (pĕr′ə-pə-tē′ə, -tī′ə) *n.* A sudden change of events or reversal of circumstances, especially in a literary work. [Greek, from *peripiptein, peripet-*, to change suddenly : *peri-* + *piptein*, to fall; see **pet-** in Appendix I.]

**pe•rip•e•ty** (pə-rĭp′ĭ-tē) *n.* Peripeteia. [French *péripétie*, from Greek *peripeteia*. See PERIPETEIA.]

**pe•riph•er•al** (pə-rĭf′ər-əl) *adj.* **1.** Related to, located in, or constituting an outer boundary or periphery. **2.** Perceived or perceiving near the outer edges of the retina: *peripheral vision.* **3.** *Anatomy* **a.** Of the surface or outer part of a body or organ; external. **b.** Of, relating to, or being part of the peripheral nervous system. **4.** Of minor relevance or importance. **5.** Auxiliary. ❖ *n. Computer Science* An auxiliary device, such as a printer, modem, or storage system, that works in conjunction with a computer. —**pe•riph′er•al•ly** *adv.*

**peripheral nervous system** *n.* The part of the vertebrate nervous system constituting the nerves outside the central nervous system

**1307**



**quetzal**
male resplendent quetzal
*Pharomachrus mocino*





**Manuel
Quezon y Molina**

**quet•zal** (kĕt-säl′) *n., pl.* **-zals** or **-za•les** (-sä′läs) **1.** A Central American bird (*Pharomachrus mocino*) that has brilliant bronze-green and red plumage and, in the male, long flowing tail feathers. **2.** See table at **currency.** [American Spanish, from Nahuatl *quetzalli*, large brilliant tail feather.]

**Quet•zal•co•a•tl** (kĕt-säl′kō-ät′l) *n. Mythology* A god of the Toltecs and Aztecs, one of the manifestations of the sun god Tezcatlipoca and represented as a plumed serpent.

**queue** (kyōō) *n.* **1.** A line of waiting people or vehicles. **2.** A long braid of hair worn hanging down the back of the neck; a pigtail. **3.** *Computer Science* **a.** A sequence of stored data or programs awaiting processing. **b.** A data structure from which the first item that can be retrieved is the one stored earliest. ❖ *intr.v.* **queued, queu•ing, queues** To get in line: *queue up at the box office.* [French, from Old French *cue*, tail, from Latin *cauda, cōda.*]

*Word History* When the British stand in queues (as they have been doing at least since 1837, when this meaning of the word is first recorded in English), they may not realize they form a tail. The French word *queue* from which the English word is borrowed is a descendant of Latin *cōda,* meaning "tail." French *queue* appeared in 1748 in English, referring to a plait of hair hanging down the back of the neck. By 1802 wearing a queue was a regulation in the British army, but by the mid-19th century queues had disappeared along with cocked hats. Latin *cōda* is also the source of Italian *coda,* which was adopted into English as a musical term (like so many other English musical terms that come from Italian). A coda is thus literally the "tail end" of a movement or composition.

**Que•zon City** (kā′sôn′, -sōn′) A city of central Luzon, Philippines, adjoining Manila. Chiefly residential with a textile industry, it was the official capital of the Philippines from 1948 to 1976. Population: 1,676,644.

**Quezon y Mo•li•na** (ē mə-lē′nə, mō-lē′nä), **Manuel Luis** 1878–1944. Philippine politician. The first president of the Philippine Commonwealth (1935–1944), he was forced to flee his country after the Japanese conquest of the Philippine Islands (1941) but continued to lead the government in exile.

**quib•ble** (kwĭb′əl) *intr.v.* **-bled, -bling, -bles** **1.** To evade the truth or importance of an issue by raising trivial distinctions and objections. **2.** To find fault or criticize for petty reasons; cavil. ❖ *n.* **1.** A petty distinction or an irrelevant objection. **2.** *Archaic* A pun. [Probably diminutive of obsolete *quib,* equivocation, perhaps from Latin *quibus,* dative and ablative pl. of *quī,* who, what (from its frequent use in legal documents). See **kʷo-** in Appendix I.] **—quib′bler** *n.*

*Synonyms* quibble, carp, cavil, niggle, nitpick, pettifog These verbs mean to raise petty or frivolous objections or complaints: *quibbling about minor details; a critic who constantly carped; caviling about the price of coffee; an editor who niggled about commas; tried to stop nitpicking all the time; pettifogging about trivialities.*

**quiche** (kēsh) *n.* A rich unsweetened custard pie, often containing ingredients such as vegetables, cheese, or seafood. [French, from German dialectal *Küche,* diminutive of German *Kuchen,* cake. See KUCHEN.]

**Qui•ché** (kē-chā′) *n., pl.* **Quiché** or **-chés** **1.** A member of a Mayan people of Guatemala. **2.** The Mayan language of the Quiché.

**quiche Lor•raine** (lə-rān′, lô-) *n.* A quiche made with cheese and pieces of bacon. [French, after LORRAINE.]

**Quich•ua** (kēch′wə, -wä′) *n.* Variant of Quechua.

**quick** (kwĭk) *adj.* **quick•er, quick•est** **1.** Moving or functioning rapidly and energetically; speedy. **2.** Learning, thinking, or understanding with speed and dexterity; bright: *a quick mind.* **3a.** Perceiving or responding with speed and sensitivity; keen. **b.** Reacting immediately and sharply: *a quick temper.* **4a.** Occurring, achieved, or acquired in a relatively brief period of time: *a quick rise through the ranks; a quick profit.* **b.** Done or occurring immediately: *a quick inspection.* See synonyms at **fast¹. 5.** Tending to react hastily: *quick to find fault.* **6.** *Archaic* **a.** Alive. **b.** Pregnant. ❖ *n.* **1.** Sensitive or raw exposed flesh, as under the fingernails. **2.** The most personal and sensitive aspect of the emotions. **3.** The living: *the quick and the dead.* **4.** The vital core; the essence: *got to the quick of the matter.* ❖ *adv.* **quicker** Quickly; promptly. [Middle English, alive, lively, quick, from Old English *cwicu.* See **gʷei-** in Appendix I.] **—quick′ly** *adv.* **—quick′ness** *n.*

*Usage Note* In speech *quick* is commonly used as an adverb in phrases such as *Come quick.* In formal writing, however, *quickly* is required.

**quick-and-dirt•y** (kwĭk′ən-dûr′tē) *adj.* Cheaply made or done; of inferior quality: *a quick-and-dirty construction project; a quick-and-dirty research report.*

**quick assets** *pl.n.* Liquid assets, including cash on hand and assets readily convertible to cash.

**quick bread** *n.* A bread made with a leavening agent, such as baking powder, that expands during baking and requires no leavening period beforehand.

**quick•en** (kwĭk′ən) *v.* **-ened, -en•ing, -ens** **—tr. 1.** To make more rapid; accelerate. **2.** To make alive; vitalize. **3.** To excite and stimulate; stir: *Such stories quicken the imagination.* **4.** To make steeper. **—intr. 1.** To become more rapid. **2.** To come or return to life: "And the weak spirit quickens" (T.S. Eliot). **3.** To reach the stage of pregnancy when the fetus can be felt to move. **—quick′en•er** *n.*

**quick fix** *n. Slang* A hastily contrived remedy that alleviates a problem only for the time being: "Conversion of sexist English into nonsexist English

is not a quick fix—it is anything but mechanical" (Douglas R. Hofstadter).

**quick-freeze** (kwĭk′frēz′) *tr.v.* **-froze** (-frōz′), **-fro•zen** (-frō′zən), **-freez•ing, -freez•es** To freeze (food) by a process sufficiently rapid to retain natural flavor, nutritional value, or other properties.

**quick•ie** (kwĭk′ē) *n. Informal* Something made or done rapidly. **—quick′ie** *adj.*

**quick kick** *n. Football* A punt made, as on third down, from a running or passing formation in order to surprise the opposing team.

**quick•lime** (kwĭk′līm′) *n.* See lime³ (sense 1b). [Middle English *qwyke lyme,* living lime (translation of Latin *calx vīva*) : *quick, qwyke,* living; see QUICK + *lime, lyme,* lime; see LIME³.]

**quick•sand** (kwĭk′sănd′) *n.* **1.** A bed of loose sand mixed with water, forming a soft shifting mass that yields easily to pressure and tends to engulf any object resting on its surface. **2.** A place or situation into which entry can be swift and sudden but from which extrication can be difficult or impossible. Often used in the plural: "This theory of the future entrapped [them] in the quicksands of Vietnam" (Arthur M. Schlesinger, Jr.). [Middle English *quyksond,* living sand : *quick, quyk,* living; see QUICK + *sand, sond,* sand; see SAND.]

**quick•set** (kwĭk′sĕt′) *n. Chiefly British* **1.** Cuttings or slips of a plant suitable for hedges. **2.** A hedge consisting of these plant cuttings or slips. [QUICK, alive + SET¹.]

**quick•sil•ver** (kwĭk′sĭl′vər) *n.* See mercury (sense 1). ❖ *adj.* Unpredictable; mercurial: "a quicksilver character, cool and willful at one moment, utterly fragile the next" (Sven Birkerts). [Middle English, from Old English *cwicseolfor,* living silver (translation of Latin *argentum vīvum*) : *cwic, cwicu,* alive; see **gʷei-** in Appendix I + *seolfor,* silver; see SILVER.]

**quick•step** (kwĭk′stĕp′) *n.* A march for accompanying quick time.

**quick study** *n.* One who is able to memorize something easily and quickly or is able to understand and deal with something easily and successfully.

**quick-tem•pered** (kwĭk′tĕm′pərd) *adj.* Easily aroused to anger.

**quick time** *n.* A military marching pace of 120 steps per minute.

**quick-wit•ted** (kwĭk′wĭt′ĭd) *adj.* Mentally alert and sharp; keen. See synonyms at **intelligent. —quick′-wit′ted•ly** *adv.* **—quick′-wit′ted•ness** *n.*

**quid¹** (kwĭd) *n.* A cut, as of chewing tobacco. [Middle English *quide,* cud, from Old English *cwidu.*]

**quid²** (kwĭd) *n., pl.* **quid** or **quids** *Chiefly British* A pound sterling. [Possibly from Latin, something, what. See QUIDDITY.]

**Quid•de** (kvĭd′ə), **Ludwig** 1858–1941. German politician and pacifist. He shared the 1927 Nobel Peace Prize.

**quid•di•ty** (kwĭd′ĭ-tē) *n., pl.* **-ties** **1.** The real nature of a thing; the essence. **2.** A hairsplitting distinction; a quibble. [Medieval Latin *quidditās,* from Latin *quid,* what. See **kʷo-** in Appendix I.]

**quid•nunc** (kwĭd′nŭngk′) *n.* A nosy person; a busybody. [Latin *quid nunc?,* what now? : *quid,* what; see **kʷo-** in Appendix I + *nunc,* now; see nu- in Appendix I.]

**quid pro quo** (kwĭd′ prō kwō′) *n., pl.* **quid pro quos** or **quids pro quo** An equal exchange or substitution. [Latin *quid prō quō : quid,* something + *prō,* for + *quō,* ablative of *quid,* something.]

**qui•es•cent** (kwē-ĕs′ənt, kwī-) *adj.* Being quiet, still, or at rest; inactive. See synonyms at latent. [Latin *quiēscēns, quiēscent-,* present participle of *quiēscere,* to rest, from *quiēs,* quiet. See QUIET.] **—qui•es′cence** *n.* **—qui•es′cent•ly** *adv.*

**qui•et** (kwī′ĭt) *adj.* **-et•er, -et•est** **1.** Making little or no noise: *quiet neighbors; a quiet engine.* **2.** Free of loud noise; hushed: *a quiet street.* **3.** Calm and unmoving; still: *a quiet lake.* **4.** Free of turmoil and agitation; untroubled. See synonyms at still¹. **5.** Restful; soothing: *took a quiet afternoon nap; played a quiet tune on the flute.* **6.** Tranquil; serene: *a quiet place in the country.* **7.** Not showy or garish; subdued: *a room decorated in quiet colors.* **8.** Restrained in style; understated: *a quiet strength; a quiet life.* ❖ *n.* The quality or condition of being quiet: "A menacing quiet fills the empty streets" (Time). ❖ *v.* **-et•ed, -et•ing, -ets** **—tr. 1.** To cause to become quiet. **2.** *Law* To make (a title) secure by freeing from all questions or challenges. **—intr.** To become quiet: *The child wouldn't quiet down for me.* [Middle English, from Old French, from Latin *quiētus,* past participle of *quiēscere,* to rest. See **kʷeiə-** in Appendix I.] **—qui′et•ly** *adv.* **—qui′et•ness** *n.*

**qui•et•en** (kwī′ĭ-tn) *tr. & intr.v.* **-ened, -en•ing, -ens** *Chiefly British* To make or become quiet.

**qui•et•ism** (kwī′ĭ-tĭz′əm) *n.* **1.** A form of Christian mysticism enjoining passive contemplation and the beatific annihilation of the will. **2.** A state of quietness and passivity. **—qui′et•ist** *n.* **—qui′et•is′tic** *adj.*

**qui•e•tude** (kwī′ĭ-tōōd′, -tyōōd′) *n.* Tranquillity. [Late Latin *quiētūdō,* from Latin *quiētus,* resting, from past participle of *quiēscere,* to rest. See QUIET.]

**qui•e•tus** (kwī-ē′təs) *n.* **1.** Something that serves to suppress, check, or eliminate. **2.** Release from life; death. **3.** A final discharge, as of a duty or debt. [Short for Middle English *quietus (est),* (he is) discharged (of an obligation), from Medieval Latin *quiētus (est),* from Latin, (he is) at rest. See QUIET.]

**quiff¹** (kwĭf) *n. Chiefly British* A tuft of hair, especially a forelock. [Origin unknown.]

**quiff²** (kwĭf) *n.* A woman regarded as promiscuous. [Origin unknown.]

**quill** (kwĭl) *n.* **1.** The hollow stemlike main shaft of a feather. Also called *calamus.* **2.** Any of the larger wing or tail feathers of a bird. **3.** A writing pen made from the shaft of a feather. **4.** *Music* **a.** A plectrum for a stringed instrument of the clavichord type. **b.** A pipe having a

**rent¹** (rĕnt) *n.* **1a.** Payment, usually of an amount fixed by contract, made by a tenant at specified intervals in return for the right to occupy or use the property of another. **b.** A similar payment made for the use of a facility, equipment, or service provided by another. **2.** The return derived from cultivated or improved land after deduction of all production costs. **3.** The revenue yielded by a piece of land in excess of that yielded by the poorest or least favorably located land under equal market conditions. Also called *economic rent.* ❖ *v.* **rent•ed, rent•ing, rents** —*tr.* **1.** To obtain occupancy or use of (another's property) in return for regular payments. **2.** To grant temporary occupancy or use of (one's own property or a service) in return for regular payments: *rents out TV sets.* —*intr.* To be for rent: *The cottage rents for $1,200 a month.* —*idiom:* **for rent** Available for use or service in return for payment. [Middle English *rente,* from Old French, from Vulgar Latin *\*rendita,* from feminine past participle of *\*rendere,* to yield, return. See RENDER.] —**rent′a•bil′i•ty** *n.* —**rent′a•ble** *adj.*

**rent²** (rĕnt) *v.* A past tense and a past participle of **rend.** ❖ *n.* **1.** An opening made by rending; a rip. **2.** A breach of relations between persons or groups; a rift.

**rent³** (rĕnt) *n. Slang* A parent. Often used in the plural: *had to stay home with the rents.* [Short for PARENT.]

*Our Living Language* When young people talk about their *rents,* that is, their parents, they are using a slang term that is of interest to language historians, if not necessarily thrilling for parents themselves. The term is a prime example of one of the fundamental characteristics of slang, which continually creates novel ways of expressing what are often rather ordinary things (if parents may be considered ordinary things). Slang has recently produced two expressions for "parents" that have gained wide currency—*rents* and *parental units.* Both expressions demonstrate slang's use of unusual or creative linguistic means to achieve novelty of expression. While there are many slang terms, such as *bod* for body or *rad* for radical, that result from the clipping of unstressed syllables, *rents* is a clipping that drops a stressed syllable, much like the similar term *za,* "pizza." The desire to coin new ways of referring to things also leads speakers of slang to use circumlocutions like *knuckle sandwich* for "punch." *Parental units* falls into this category. It plays on the jargon of bureaucrats and social science, in which the world is viewed as so much data waiting to be quantified. The appearance of terms such as *rents* and *parental units* also shows that all available styles and levels of language can be grist for slang's mill—so long as the material is perceived as irreverent, funny, or just plain cool.

**rent-a-car** (rĕnt′ə-kär′) *n.* **1.** A rented car. **2.** An agency that offers cars and vans for rent.

**rent•al** (rĕn′tl) *n.* **1.** An amount paid or collected as rent. **2.** A piece of property available for renting: *summer rentals by the beach.* **3.** The act of renting. **4.** An agency that rents something. **5.** A list of tenants and schedule of rents. Also called *rent-roll.* ❖ *adj.* Of, relating to, or available for rent: *rental income; rental properties.*

**rent control** *n.* Governmental control and regulation of the amounts charged for rented housing.

**rent•er** (rĕn′tər) *n.* **1.** One that receives payment in exchange for the use of one's property by another. **2.** One that pays rent for the use of another's property; a tenant.

**rent-free** (rĕnt′frē′) *adj.* Not being subject to rent. ❖ *adv.* Not having to pay or not paying rent.

**ren•tier** (rän-tyā′) *n.* A person who lives on income from property or investments. [French, from *rente,* yearly income, from Old French. See RENT¹.]

**Ren•ton** (rĕn′tən) A city of west-central Washington, a suburb of Seattle. It has an extensive aircraft industry. Population: 41,688.

**rent-roll** (rĕnt′rōl′) *n.* See rental (sense 5).

**rent strike** *n.* An agreement among tenants to refuse to pay rent, often in protest of poor services.

**re•num•ber** (rē-nŭm′bər) *tr.v.* **-bered, -ber•ing, -bers** To number again or in a different order.

**re•nun•ci•a•tion** (rĭ-nŭn′sē-ā′shən) *n.* **1.** The act or an instance of renouncing: *the renunciation of all earthly pleasures.* **2.** A declaration in which something is renounced. [Middle English, from Anglo-Norman *renunciacion,* from Latin *renūntiātiō, renūntiātiōn-,* from *renūntiātus,* past participle of *renūntiāre,* to renounce. See RENOUNCE.] —**re•nun′ci•a′tive, re•nun′ci•a•to′ry** (-ə-tôr′ē, -tōr′ē) *adj.*

**Ren•wick** (rĕn′wĭk), James 1818–1895. American architect who designed the Smithsonian Institution in Washington, D.C. (1848), and Saint Patrick's Cathedral in New York City (1853).

**re•o•pen** (rē-ō′pən) *tr. & intr.v.* **-pened, -pen•ing, -pens** **1.** To open or be opened again: *Officials reopened the airport after the snow was cleared. Schools reopen in September.* **2.** To take up again or be taken up again; resume.

**re•or•der** (rē-ôr′dər) *v.* **-dered, -der•ing, -ders** —*tr.* **1.** To order (the same goods) again. **2.** To straighten out or put in order again. **3.** To rearrange. —*intr.* To order the same goods again. ❖ *n.* A further order of goods from the same supplier.

**re•or•gan•i•za•tion** (rē-ôr′gə-nĭ-zā′shən) *n.* **1.** The act or process of organizing again or differently. **2.** A thorough alteration of the structure of a business corporation. —**re•or′gan•i•za′tion•al** *adj.*

**re•or•gan•ize** (rē-ôr′gə-nīz′) *v.* **-ized, -iz•ing, -iz•es** —*tr.* To organize again or anew. —*intr.* To undergo or effect changes in organization. —**re•or′gan•iz′er** *n.*

**re•o•vi•rus** (rē′ō-vī′rəs) *n., pl.* **-rus•es** Any of a group of viruses that contain double-stranded RNA and are associated with various diseases in animals, including human respiratory and gastrointestinal infections. [R(ESPIRATORY) + E(NTERIC) + O(RPHAN) + VIRUS.]

**rep¹** also **repp** (rĕp) *n.* A ribbed or corded fabric of various materials, such as cotton, wool, or silk. [Alteration of French *reps,* from English *ribs,* pl. of RIB.]

**rep²** (rĕp) *n. Informal* A representative.

**rep³** (rĕp) *n.* A unit of absorbed radiation dose, equal to the amount of ionizing radiation that will transfer 93 ergs of energy to 1 gram of water or living tissue. [R(OENTGEN) + E(QUIVALENT) + P(HYSICAL).]

**rep⁴** (rĕp) *n. Informal* **1.** A repertory company. **2.** A repertory theater.

**rep⁵** (rĕp) *n. Informal* Reputation: *"Modern British royalty began with Queen Victoria, who still has a bad rep for being stodgy, straitlaced and—well, Victorian"* (Anthony Holden).

**rep⁶** (rĕp) *n. Informal* A repetition of a particular movement done as exercise, especially in weightlifting.

**Rep.** *abbr.* **1.** representative **2.** republic **3.** Republican

**re•pack•age** (rē-păk′ĭj) *tr.v.* **-aged, -ag•ing, -ag•es** To package again or anew, especially in a more attractive package. —**re•pack′ag•er** *n.*

**re•pag•li•nide** (rĭ-păg′lə-nīd′) *n.* A drug that stimulates the release of insulin from the pancreas, lowers glucose levels in the blood, and is administered orally for the treatment of type 2 diabetes. [RE(LEASE) + PA(NCREAS) + *gli-* (alteration of (HYPO)GLY(CEMIA)) + *(megliti)nide,* compound class to which it belongs.]

**re•paid** (rĭ-pād′) *v.* Past tense and past participle of **repay.**

**re•pair¹** (rĭ-pâr′) *v.* **-paired, -pair•ing, -pairs** —*tr.* **1.** To restore to sound condition after damage or injury; fix: *repaired the broken watch.* **2.** To set right; remedy: *repair an oversight.* **3.** To renew or revitalize. **4.** To make up for or compensate for (a loss or wrong, for example). —*intr.* To make repairs. ❖ *n.* **1a.** The work, act, or process of repairing. **b.** An instance or a result of repairing. Often used in the plural: *My car is in the shop for repairs. We checked the repairs before returning his car.* **2.** General condition after use or repairing: *in good repair.* **3.** Something that has been repaired. [Middle English *reparen, repairen,* from Old French *reparer,* from Latin *reparāre : re-,* re- + *parāre,* to prepare, put in order; see **pera-¹** in Appendix I.] —**re•pair′a•bil′i•ty** *n.* —**re•pair′a•ble** *adj.* —**re•pair′a•bly** *adv.* —**re•pair′er** *n.*

**re•pair²** (rĭ-pâr′) *intr.v.* **-paired, -pair•ing, -pairs** **1.** To betake oneself; go: *repair to the dining room.* **2.** To go frequently or habitually: *repairs to the restaurant every week.* ❖ *n.* **1.** An act of going or sojourning: *our annual repair to the mountains.* **2.** A place to which one goes frequently or habitually; a haunt. [Middle English *repairen,* to return, from Old French *repairier,* from Late Latin *repatriāre,* to return to one's country. See REPATRIATE.]

**re•pair•man** (rĭ-pâr′măn′, -mən) *n.* A man whose occupation is making repairs.

**re•pair•per•son** (rĭ-pâr′pûr′sən) *n.* A repairman or repairwoman.

**re•pair•wom•an** (rĭ-pâr′wŏŏm′ən) *n.* A woman whose occupation is making repairs.

**re•pand** (rĭ-pănd′) *adj. Botany* Having a somewhat wavy margin: *a repand leaf.* [Latin *repandus,* bent backward : *re-,* re- + *pandus,* past participle of *pandere,* to spread out; see **peta-** in Appendix I.]

**rep•a•ra•ble** (rĕp′ər-ə-bəl) *adj.* Possible to repair: *reparable damage to the car; reparable wrongs.* [French *réparable,* from Latin *reparābilis,* from *reparāre,* to repair. See REPAIR¹.] —**rep′a•ra•bil′i•ty** *n.* —**rep′a•ra•bly** *adv.*

**rep•a•ra•tion** (rĕp′ə-rā′shən) *n.* **1.** The act or process of repairing or the condition of being repaired. **2.** The act or process of making amends; expiation. **3.** Something done or paid to compensate or make amends. **4.** **reparations** Compensation or remuneration required from a defeated nation as indemnity for damage or injury during a war. [Middle English *reparacion,* from Old French, from Late Latin *reparātiō, reparātiōn-,* restoration, from Latin *reparātus,* past participle of *reparāre,* to repair. See REPAIR¹.]

*Synonyms reparation, redress, amends, restitution, indemnity* These nouns refer to something given in compensation for loss, suffering, or damage. *Reparation* implies recompense given to one who has suffered at the hands of another: *"reparation for our rights at home, and security against the like future violations"* (William Pitt). *Redress* involves setting an injustice right; the term may imply retaliation or punishment: *"There is no grievance that is a fit object of redress by mob law"* (Abraham Lincoln). *Amends* usually implies the giving of satisfaction for a minor grievance or lesser injury: *How can I make amends for losing my temper? Restitution* is the restoration of something taken illegally: *"He attempted to enforce the restitution of the Roman lands and cities"* (George P.R. James). *Indemnity* implies repayment or reimbursement: *Homeowners demanded indemnity for the damages caused by the riot.*

**re•par•a•tive** (rĭ-păr′ə-tĭv) also **re•par•a•to•ry** (-tôr′ē, -tōr′ē) *adj.* **1.** Tending to repair. **2.** Relating to or of the nature of reparations.

**rep•ar•tee** (rĕp′ər-tē′, -tā′, -är-) *n.* **1.** A swift, witty reply. **2.** Conversation marked by the exchange of witty retorts. See synonyms at **wit¹.** [French *repartie,* from feminine past participle of *repartir,* to retort, from Old French, to retort, to depart again : *re-,* re- + *partir,* to depart (from Latin *partīre,* to divide, from *pars, part-,* part; see **pera-²** in Appendix I).]

**re•par•ti•tion** (rē′pär-tĭsh′ən) *n.* **1.** Distribution; apportionment. **2.** A partitioning again or in a different way. ❖ *tr.v.* **-tioned, -tion•ing, -tions** To partition again; redivide.

**re•pass** (rē-păs′) *v.* **-passed, -pass•ing, -pass•es** —*tr.* **1.** To pass (something) again. **2.** To cause to pass again in the opposite direction. —*intr.* To pass again; go by again. —**re•pas′sage** (-ĭj) *n.*

above and white below, that grows up to about 55 feet (17 meters) in length, and that is found in all the oceans, with the greatest number living in Antarctic waters. [Partial translation of Norwegian *seihval*. See SEI.]

**seize** (sēz) *v.* **seized, seiz•ing, seiz•es** —*tr.* **1.** To grasp suddenly and forcibly; take or grab: *seize a sword.* **2a.** To grasp with the mind; apprehend: *seize an idea and develop it to the fullest extent.* **b.** To possess oneself of (something): *seize an opportunity.* **3a.** To have a sudden overwhelming effect on: *a heinous crime that seized the minds and emotions of the populace.* **b.** To overwhelm physically: *a person who was seized with a terminal disease.* **4.** To take into custody; capture. **5.** To take quick and forcible possession of; confiscate: *seize a cache of illegal drugs.* **6.** also **seise** (sēz) **a.** To put (one) into possession of something. **b.** To vest ownership of a feudal property in. **7.** *Nautical* To bind (a rope) to another, or to a spar, with turns of small line. —*intr.* **1.** To lay sudden or forcible hold of. **2a.** To cohere or fuse with another part as a result of high pressure or temperature and restrict or prevent further motion or flow. **b.** To come to a halt: *The talks seized up and were rescheduled.* **3.** To exhibit symptoms of seizure activity, usually with convulsions. [Middle English *seisen*, from Old French *seisir*, to take possession, of Germanic origin.] —**seiz′a•ble** *adj.* —**seiz′er** *n.*

**sei•zin** (sē′zĭn) *n.* Variant of **seisin**.

**seiz•ing** (sē′zĭng) *n.* *Nautical* **1.** A binding of larger lines made with multiple turns of smaller line. **2.** The smaller line so used.

**sei•zor** also **sei•sor** (sē′zər, -zôr′) *n.* One that takes seisin.

**sei•zure** (sē′zhər) *n.* **1.** The act or an instance of seizing or the condition of being seized. **2.** A sudden attack, spasm, or convulsion, as in epilepsy or another disorder. **3.** A sudden onset or sensation of feeling or emotion.

**Sek•on•di-Ta•ko•ra•di** (sĕk′ən-dē′tä-kə-rä′dē) A city of southwest Ghana on the Gulf of Guinea west-southwest of Accra. The two parts of the city developed around Dutch and English forts built in the 17th century. Population: 93,882.

**se•la•chi•an** (sĭ-lā′kē-ən) *adj.* Of or belonging to the order Selachii of elasmobranch fishes that includes the sharks and in some classifications also the rays and skates. ❖ *n.* A member of this order. [Probably from New Latin *Selachii*, order name, from Greek *selakhios*, cartilaginous, from *selakhos*, cartilaginous fish.]

**se•la•dang** (sĭ-lä′däng) *n.* See **gaur**. [Malay.]

**se•lag•i•nel•la** (sə-lăj′ə-nĕl′ə) *n.* Any of numerous fernlike, usually prostrate plants of the genus *Selaginella*, having small scalelike leaves and bearing spores. [New Latin *Selaginella*, genus name, from Latin *selāgō, selāgin-*, a plant resembling the savin.]

**se•lah** (sē′lə, sĕl′ə) *interj.* Used to conclude a verse in the Psalms. [Hebrew *selā*.]

**sel•dom** (sĕl′dəm) *adv.* Not often; infrequently or rarely. See Usage Note at **rarely**. ❖ *adj.* *Archaic* Infrequent; rare. [Middle English, from Old English *seldum*, alteration of *seldan*.] —**sel′dom•ness** *n.*

**se•lect** (sĭ-lĕkt′) *v.* **-lect•ed, -lect•ing, -lects** —*tr.* To take as a choice from among several; pick out. —*intr.* To make a choice or selection. ❖ *adj.* **1.** Singled out in preference; chosen: *a select few.* **2.** Of special quality or value; choice: *select peaches.* **3.** Of or relating to a lean grade of beef. **4.** Careful or refined in making selections; discriminating. ❖ *n.* **1.** One that is chosen in preference to others or because of special value. **2.** *(used with a pl. verb)* Chosen or preferred items or people considered as a group. Often used with *the.* [Latin *sēligere, sēlēct-*: *sē-*, apart; see s(w)e- in Appendix I + *legere*, to choose; see leg- in Appendix I.] —**se•lec′ta•ble** *adj.* —**se•lect′ness** *n.*

**se•lect•ee** (sĭ-lĕk′tē′) *n.* One who is selected, especially for military service.

**se•lec•tion** (sĭ-lĕk′shən) *n.* **1a.** The act or an instance of selecting or the fact of having been selected. **b.** One that is selected. **2.** A carefully chosen or representative collection of people or things. See synonyms at **choice**. **3.** A literary or musical text chosen for reading or performance. **4.** *Biology* A natural or artificial process that favors or induces survival and perpetuation of one kind of organism over others that die or fail to produce offspring.

**se•lec•tion•ist** (sĭ-lĕk′shə-nĭst) *adj.* also **se•lec•tion•al** (-shə-nəl) Of or relating to the view that evolution or genetic variation occurs chiefly as a result of natural selection. ❖ *n.* One who holds or favors a selectionist view. —**se•lec′tion•ism** *n.*

**se•lec•tive** (sĭ-lĕk′tĭv) *adj.* **1.** Of or characterized by selection; discriminating. **2.** Empowered or tending to select. **3.** *Electronics* Able to reject frequencies other than the one selected or tuned. —**se•lec′tive•ly** *adv.* —**se•lec′tive•ness** *n.*

**selective service** *n.* A system for calling up people for compulsory military service.

**se•lec•tiv•i•ty** (sĭ-lĕk′tĭv′ĭ-tē, sē′lĕk-) *n., pl.* **-ties 1.** The state or quality of being selective. **2.** The degree to which an electronic receiver is selective.

**se•lect•man** (sĭ-lĕkt′măn′, -mən) *n.* One of a board of town officers chosen annually in New England communities to manage local affairs.

**se•lec•tor** (sĭ-lĕk′tər) *n.* One that selects: *the frequency selector of a radio.*

**se•lect•wom•an** (sĭ-lĕkt′wŏŏm′ən) *n.* A woman who is one of a board of town officers chosen annually in New England communities to manage local affairs.

**selen-** *pref.* Variant of **seleno-**.

**sel•e•nate** (sĕl′ə-nāt′) *n.* A salt or ester of selenic acid. [SELEN(IC ACID) + -ATE².]

**Se•le•ne** (sə-lē′nē) *n.* *Greek Mythology* The goddess of the moon.

**Se•len•ga** (sĕl′ĕng-gä′) A river of northern Mongolia and southeast

Russia flowing about 1,207 km (750 mi) east and north to Lake Baikal.

**se•le•nic** (sə-lē′nĭk, -lĕn′ĭk) *adj.* Of, relating to, or containing selenium.

**selenic acid** *n.* A highly corrosive hygroscopic white solid acid with composition $H_2SeO_4$.

**sel•e•nif•er•ous** (sĕl′ə-nĭf′ər-əs) *adj.* Containing selenium: *seleniferous soil.*

**sel•e•nite** (sĕl′ə-nīt′, sĭ-lē′-) *n.* Gypsum in the form of colorless clear crystals. [Latin *selēnītēs*, from Greek *selēnītēs (lithos)*, moon (stone), selenite (so called because it was believed to wax and wane with the moon), from *selēnē*, moon. See SELENIUM.]

**se•le•ni•um** (sĭ-lē′nē-əm) *n. Symbol* **Se** A nonmetallic element, red in powder form, black in vitreous form, and metallic gray in crystalline form, resembling sulfur and obtained primarily as a byproduct of electrolytic copper refining. It is widely used in rectifiers, as a semiconductor, and in xerography. Its photovoltaic and photoconductive actions make it useful in photocells, photographic exposure meters, and solar cells. Atomic number 34; atomic weight 78.96; melting point (of gray selenium) 217°C; boiling point (gray) 684.9°C; specific gravity (gray) 4.79; (vitreous) 4.28; valence 2, 4, or 6. See table at **element**. [Greek *selēnē*, moon (from *selas*, light, brightness) + -IUM.]

**selenium cell** *n.* A photoconductive cell consisting of an insulated selenium strip between two suitable electrodes.

**seleno-** or **selen-** *pref.* **1.** Moon: *selenography.* **2.** Selenium: *selenosis.* [Greek *selēno-*, from *selēnē*, moon. See SELENIUM.]

**sel•e•nog•ra•phy** (sĕl′ə-nŏg′rə-fē) *n.* The study of the physical features of the moon. —**sel′e•nog′ra•pher, sel′e•nog′ra•phist** *n.* —**sel′e•no•graph′ic** (-nə-grăf′ĭk), **sel′e•no•graph′i•cal** (-ĭ-kəl) *adj.* —**sel′e•no•graph′i•cal•ly** *adv.*

**sel•e•nol•o•gy** (sĕl′ə-nŏl′ə-jē) *n.* The astronomical study of the moon. —**sel′e•no•log′i•cal** (-nə-lŏj′ĭ-kəl) *adj.* —**sel′e•nol′o•gist** *n.*

**sel•e•no•sis** (sĕl′ə-nō′sĭs) *n.* Poisoning, especially of livestock, caused by ingesting selenium found in some plants, in the soil, or in some microorganisms.

**Sel•es** (sĕl′əs), Monica Born 1973. Yugoslavian-born American tennis player who between 1990 and 1993 won eight Grand Slam championships. She returned to tennis in 1995 after being stabbed on court in 1993 by a spectator.

**Se•leu•ci•a** (sĭ-lōō′shē-ə, -shə) An ancient city of Mesopotamia on the Tigris River south-southeast of modern Baghdad. Founded c. 300 B.C., it was an important commercial center and the chief city of the empire founded by Seleucus I.

**Se•leu•cid** (sĭ-lōō′sĭd) *adj.* Of or relating to a Hellenistic dynasty founded by Seleucus I after the death of Alexander the Great. It ruled much of Asia Minor from 312 to 64 B.C. ❖ *n.* A member or subject of this dynasty.

**Se•leu•cus I** (sĭ-lōō′kəs) 358?–281 B.C. Macedonian general under Alexander the Great. He founded and ruled (312–281) the Seleucid dynasty after Alexander's death.

**self** (sĕlf) *n., pl.* **selves** (sĕlvz) **1.** The total, essential, or particular being of a person; the individual: *"An actor's instrument is the self"* (Joan Juliet Buck). **2.** The essential qualities distinguishing one person from another; individuality: *"He would walk a little first along the southern walls, shed his European self, fully enter this world"* (Howard Kaplan). **3.** One's consciousness of one's own being or identity; the ego: *"For some of us, the self's natural doubts are given in mesmerizing amplification by way of critics' negative assessments of our writing"* (Joyce Carol Oates). **4.** One's own interests, welfare, or advantage: *thinking of self alone.* **5.** *Immunology* That which the immune system identifies as belonging to the body: *tissues no longer recognized as self.* ❖ *pron.* Myself, yourself, himself, or herself: *a living wage for self and family.* ❖ *adj.* **1.** Of the same character throughout. **2.** Of the same material as the article with which it is used: *a dress with a self belt.* **3.** *Obsolete* Same or identical. [Middle English, selfsame, from Old English. See s(w)e- in Appendix I.]

**self-** *pref.* **1.** Oneself; itself: *self-control.* **2.** Automatic; automatically: *self-loading.* [Middle English, from Old English, from *self*, self. See SELF.]

**self-a•ban•doned** (sĕlf′ə-băn′dənd) *adj.* Lacking self-restraint, especially having completely yielded to one's impulses. —**self′-a•ban′-don•ment** *n.*

**self-a•base•ment** (sĕlf′ə-bās′mənt) *n.* Degradation or humiliation of oneself, especially because of feelings of guilt or inferiority.

**self-ab•ne•ga•tion** (sĕlf′ăb′nĭ-gā′shən) *n.* The setting aside of self-interest for the sake of others or for a belief or principle. —**self′-ab′ne•gat′ing** *adj.*

**self-ab•sorbed** (sĕlf′əb-sôrbd′, -zôrbd′) *adj.* Excessively self-involved. —**self′-ab•sorp′tion** (-sôrp′shən, -zôrp′-) *n.*

**self-a•buse** (sĕlf′ə-byōōs′) *n.* **1.** Abuse of oneself or one's abilities. **2.** Masturbation.

**self-act•ing** (sĕlf′ăk′tĭng) *adj.* Able to act or work automatically.

**self-ac•tu•al•ize** (sĕlf′ăk′chōō-ə-līz′) *intr.v.* **-ized, -iz•ing, -iz•es** To develop or achieve one's full potential. —**self′-ac′tu•al•i•za′-tion** (-ə-lĭ-zā′shən) *n.* —**self′-ac′tu•al•iz′er** *n.*

**self-ad•dressed** (sĕlf′ə-drĕst′) *adj.* Addressed to oneself: *sealed the self-addressed envelope.*

**self-ad•he•sive** (sĕlf′ăd-hē′sĭv) *adj.* Having a surface coated with an adhesive and not needing any substance, such as glue or paste, applied to form a bond: *self-adhesive wallpaper; self-adhesive labels.*

**self-ag•gran•dize•ment** (sĕlf′ə-grăn′dĭz-mənt) *n.* The act or practice of enhancing or exaggerating one's own importance, power, or reputation. —**self′-ag•gran′diz′ing** (-ə-grăn′dī′zĭng) *adj.*

**special court-martial** *n.* In the U.S. armed forces, a court-martial consisting of at least three officers for trying intermediate offenses.

**special delivery** *n.* The delivery of a piece of mail, for an additional charge, by a special messenger rather than by scheduled delivery.

**special education** *n.* Classroom or private instruction involving techniques, exercises, and subject matter designed for students whose learning needs cannot be met by a standard school curriculum.

**special effect** *n.* A visual effect added to a movie or a taped television show during processing. Often used in the plural.

**Spe·cial Forces** (spĕsh′əl) *pl.n.* A branch of the U.S. Army composed of soldiers specially trained in guerrilla fighting.

**special handling** *n.* The handling of fourth-class or parcel-post mail as first-class mail for an extra charge.

**special interest** *n.* A person, group, or organization attempting to influence legislators in favor of one particular interest or issue. —**spe′·cial-in′ter·est** (spĕsh′əl-ĭn′trĭst, -tər-ĭst, -trĕst′) *adj.*

**spe·cial·ism** (spĕsh′ə-lĭz′əm) *n.* 1. Concentration of one's efforts in a given occupation or field of study. 2. A field of specialization.

**spe·cial·ist** (spĕsh′ə-lĭst) *n.* 1. One who is devoted to a particular occupation or branch of study or research: *"Specialists . . . tend to think in grooves"* (Elaine Morgan). 2. A physician whose practice is limited to a particular branch of medicine or surgery, especially one who is certified by a board of physicians: *a specialist in oncology.* 3. Any of several noncommissioned ranks in the U.S. Army that correspond to that of corporal through sergeant first class. —**spe′·cial·ist, spe′·cial·is′tic** *adj.*

**spe·ci·al·i·ty** (spĕsh′ē-ăl′ĭ-tē) *n., pl.* **-ties** 1. A distinguishing mark or feature. 2. **specialities** Special points of consideration; particulars. 3. *Chiefly British* A specialty.

**spe·cial·i·za·tion** (spĕsh′ə-lĭ-zā′shən) *n.* 1. The act of specializing or the process of becoming specialized. 2. *Biology* **a.** Adaptation, as of an organ or organism, to a specific function or environment. **b.** A character, feature, or organism resulting from such adaptation.

**spe·cial·ize** (spĕsh′ə-līz′) *v.* **-ized, -iz·ing, -iz·es** —*intr.* 1. To pursue a special activity, occupation, or field of study. 2. *Biology* To develop so as to become adapted to a specific function or environment; undergo specialization. 3. To concentrate on a particular activity or product: *The shop specializes in mountain-climbing gear.* —*tr.* 1. To make specific mention of; particularize. 2. To give a particular character or function to: *specialized her field of research.* 3. *Biology* To adapt to a particular function or environment; cause to undergo specialization. 4. To specify the payee in endorsing (a check).

**special jury** *n.* See **blue-ribbon jury.**

**spe·cial-needs** or **special needs** (spĕsh′əl-nēdz′) *adj.* Of or relating to people who have specific needs, as those associated with a disability: *special-needs housing; a special needs teacher*

**Special Olympics** *pl.n.* A program of competitive sports events fashioned after the Olympic Games and intended for physically or mentally challenged athletes.

**special pleading** *n.* 1. *Law* Assertion of new or special matter to offset the opposing party's allegations, as an alternative to direct denial. 2. A presentation of an argument that emphasizes only a favorable or single aspect of the question at issue.

**special relativity** *n.* The physical theory of space and time developed by Albert Einstein, based on the postulates that all the laws of physics are equally valid in all frames of reference moving at a uniform velocity and that the speed of light from a uniformly moving source is always the same, regardless of how fast or slow the source or its observer is moving. The theory has as consequences the relativistic mass increase of rapidly moving objects, the Lorentz-Fitzgerald contraction, time dilation, and the principle of mass-energy equivalence. Also called *special theory of relativity.*

**special sense** *n.* Any of the five senses; sight, hearing, smell, taste, or touch.

**special session** *n.* A session of a court or legislative body held in addition to the regular sessions.

**special theory of relativity** *n.* See **special relativity.**

**spe·cial·ty** (spĕsh′əl-tē) *n., pl.* **-ties** 1. A special pursuit, occupation, aptitude, or skill. See synonyms at **forte¹.** 2. A branch of medicine or surgery, such as cardiology or neurosurgery, in which a physician specializes; the field or practice of a specialist. 3. A special feature or characteristic; a peculiarity. 4. The state or quality of being special or distinctive. 5. An item or a product of a distinctive kind or of particular superiority: *French pastry is the chef's specialty.* 6. *Law* A special contract or agreement, especially a deed kept under seal.

**spe·ci·a·tion** (spē′shē-ā′shən, -sē-) *n.* The evolutionary formation of new biological species, usually by the division of a single species into two or more genetically distinct ones. [SPECI(ES) + –ATION.] —**spe′ci·ate′** *v.* —**spe′ci·a′tion·al** *adj.*

**spe·cie** (spē′shē, -sē) *n.* Coined money; coin. —*idiom:* **in specie** 1. In coin. 2. In a similar manner; in kind: *repaid the offense in specie.* 3. *Law* In the same kind or shape; as specified. [From *(in) specie,* (in) the actual form, from Latin *(in) specie,* (in) kind, ablative of *speciēs.* See SPECIES.]

**spe·cies** (spē′shēz, -sēz) *n., pl.* **species** 1. *Biology* **a.** A fundamental category of taxonomic classification, ranking below a genus or subgenus and consisting of related organisms capable of interbreeding. See table at **taxonomy. b.** An organism belonging to such a category, represented in binomial nomenclature by an uncapitalized Latin adjective or noun following a capitalized genus name, as in *Ananas comosus,* the pineapple, and *Equus caballus,* the horse. 2. *Logic* A class of individuals or objects grouped by virtue of their common attributes and assigned a common name; a division subordinate to a genus. **3a.** A kind, variety, or type: *"No*

species of performing artist is as self-critical as a dancer"* (Susan Sontag). **b.** The human race; humankind. 4. *Roman Catholic Church* **a.** The outward appearance or form of the Eucharistic elements that is retained after their consecration. **b.** Either of the consecrated elements of the Eucharist. 5. *Obsolete* **a.** An outward form or appearance. **b.** Specie. [Middle English, logical classification, from Latin *speciēs,* a seeing, kind, form. See **spek-** in Appendix I.]

**spe·cies·ism** (spē′shē-zĭz′əm, -sē-) *n.* Human intolerance or discrimination on the basis of species, especially as manifested by cruelty to or exploitation of animals. —**spe′·cies·ist** *adj. & n.*

**spe·cies-spe·cif·ic** (spē′shēz-spĭ-sĭf′ĭk, -sēz-) *adj.* Limited to or found only in one species: *a species-specific antibody; a species-specific virus.* —**spe′·cies-spec′i·fic′i·ty** (-spĕs′ə-fĭs′ĭ-tē) *n.*

**spec·i·fi·a·ble** (spĕs′ə-fī′ə-bəl) *adj.* Possible to specify: *specifiable complaints.*

**spe·cif·ic** (spĭ-sĭf′ĭk) *adj.* 1. Explicitly set forth; definite. See synonyms at **explicit.** 2. Relating to, characterizing, or distinguishing a species. 3. Special, distinctive, or unique: *specific qualities and attributes.* **4a.** Intended for, applying to, or acting on a particular thing: *a specific remedy for warts.* **b.** Concerned particularly with the subject specified. Often used in combination: *"age-specific voting patterns"* (A. Dianne Schmidley). **5a.** Designating a disease produced by a particular microorganism or condition. **b.** Having a remedial influence or effect on a particular disease. 6. *Immunology* Having an affinity limited to a particular antibody or antigen. **7a.** Designating a customs charge levied on merchandise by unit or weight rather than according to value. **b.** Designating a commodity rate applicable to the transportation of a single commodity between named points. ❖ *n.* **1a.** Something particularly fitted to a use or purpose. **b.** A remedy intended for a particular ailment or disorder. **2a.** A distinguishing quality or attribute. **b. specifics** Distinct items or details; particulars. [Late Latin *specificus* : Latin *speciēs,* kind, species; see SPECIES + Latin *-ficus, -fic.*] —**spe·cif′i·cal·ly** *adv.* —**spec′i·fic′i·ty** (spĕs′ə-fĭs′ĭ-tē) *n.*

**spec·i·fi·ca·tion** (spĕs′ə-fĭ-kā′shən) *n.* 1. The act of specifying. **2a. specifications** A detailed, exact statement of particulars, especially a statement prescribing materials, dimensions, and quality of work for something to be built, installed, or manufactured. **b.** A single item or article that has been specified. 3. An exact written description of an invention by an applicant for a patent.

**specific epithet** *n.* The uncapitalized Latin adjective or noun that follows a capitalized genus name in binomial nomenclature and serves to distinguish a species from others in the same genus, as *saccharum* in *Acer saccharum* (sugar maple). Also called *trivial name.*

**specific gravity** *n.* The ratio of the mass of a solid or liquid to the mass of an equal volume of distilled water at 4°C (39°F) or of a gas to an equal volume of air or hydrogen under prescribed conditions of temperature and pressure. Also called *relative density.*

**specific heat** *n.* 1. The ratio of the amount of heat required to raise the temperature of a unit mass of a substance by one unit of temperature to the amount of heat required to raise the temperature of a similar mass of a reference material, usually water, by the same amount. 2. The amount of heat, measured in calories, required to raise the temperature of one gram of a substance by one Celsius degree.

**specific impulse** *n.* A performance measure for rocket propellants that is equal to units of thrust per unit weight of propellant consumed per unit time. Also called *specific thrust.*

**specific performance** *n.* *Law* The performance of a contract as specified in its terms.

**specific resistance** *n.* Electrical resistivity.

**specific thrust** *n.* See **specific impulse.**

**spec·i·fy** (spĕs′ə-fī′) *tr.v.* **-fied, -fy·ing, -fies** 1. To state explicitly or in detail: *specified the amount needed.* 2. To include in a specification. 3. To state as a condition: *specified that they be included in the will.* 4. To determine or bring about (a specific result): *a gene that specifies the synthesis of a single protein.* [Middle English *specifien,* from Old French *specifier,* from Late Latin *specificāre,* from *specificus,* specific. See SPECIFIC.] —**spec′i·fi′er** *n.*

**spec·i·men** (spĕs′ə-mən) *n.* 1. An individual, item, or part representative of a class, genus, or whole. See synonyms at **example.** 2. A sample, as of tissue, blood, or urine, used for analysis and diagnosis. 3. *Informal* An individual; a person: *a disagreeable specimen.* [Latin, example, from *specere,* to look at. See **spek-** in Appendix I.]

**spe·cious** (spē′shəs) *adj.* 1. Having the ring of truth or plausibility but actually fallacious: *a specious argument.* 2. Deceptively attractive. [Middle English, attractive, from Latin *speciōsus,* from *speciēs,* appearance. See **spek-** in Appendix I.] —**spe′cious·ly** *adv.* —**spe′ci·os′i·ty** (-shē-ŏs′ĭ-tē), **spe′cious·ness** (-shəs-nĭs) *n.*

**speck** (spĕk) *n.* 1. A small spot, mark, or discoloration. 2. A tiny amount; a bit: *not a speck of truth in her story.* ❖ *tr.v.* **specked, speck·ing, specks** To mark with specks. [Middle English *specke,* from Old English *specca.*]

**speck·le** (spĕk′əl) *n.* A speck or small spot, as a natural dot of color on skin, plumage, or foliage. [Middle English *spakle.*] —**speck′le** *v.*

**speck·led** (spĕk′əld) *adj.* 1. Dotted or covered with speckles, especially flecked with small spots of contrasting color. 2. Of a mixed character; motley.

**speckled trout** *n.* See **brook trout.**

**specs** also **specks** (spĕks) *pl.n. Informal* Eyeglasses; spectacles.

**spec·ta·cle** (spĕk′tə-kəl) *n.* **1a.** Something that can be seen or viewed, especially something of a remarkable or impressive nature. **b.** A public performance or display, especially one on a large or lavish scale. **c.** A regrettable public display, as of bad behavior: *drank too much and*



**Special Olympics**
relay runner

1669

the unwashed dishes in the sink. **2.** Plebeian: *the unwashed masses.*

**un•wea•ried** (ŭn-wîr′ēd) *adj.* **1.** Not tired. **2.** Never wearying; tireless. See synonyms at **tireless.** —**un•wea′ried•ly** *adv.*

**un•wed** (ŭn-wĕd′) *adj.* Not married.

**un•weight** (ŭn-wāt′) *tr.v.* **-weight•ed, -weight•ing, -weights** To reduce the pressure on (a ski) by shifting one's weight in order to execute a turn.

**un•well** (ŭn-wĕl′) *adj.* **1.** Being in poor health; sick. **2.** Menstruating.

**un•wept** (ŭn-wĕpt′) *adj.* **1.** Not mourned or wept for: *the unwept dead.* **2.** Not yet shed: *unwept tears.*

**un•whole•some** (ŭn-hōl′səm) *adj.* **1.** Injurious to physical, mental, or moral health; unhealthy. **2.** Suggestive of disease or degeneracy: *an unwholesome pallor.* **3.** Offensive or loathsome. —**un•whole′some•ly** *adv.* —**un•whole′some•ness** *n.*

**un•wield•y** (ŭn-wēl′dē) *adj.* **-i•er, -i•est** Difficult to carry or manage because of size, shape, weight, or complexity: *an unwieldy parcel; an unwieldy bureaucracy.* —**un•wield′i•ly** *adv.* —**un•wield′i•ness** *n.*

**un•willed** (ŭn-wĭld′) *adj.* Involuntary; spontaneous.

**un•will•ing** (ŭn-wĭl′ĭng) *adj.* **1.** Not willing; hesitant or loath: *unwilling to face facts.* **2.** Done, given, or said reluctantly: *unwilling consent.* —**un•will′ing•ly** *adv.* —**un•will′ing•ness** *n.*

**un•wind** (ŭn-wīnd′) *v.* **-wound** (-wound′), **-wind•ing, -winds** —*tr.* **1.** To reverse the winding or twisting of: *unwind a ball of yarn.* **2.** To separate the tangled parts of; disentangle. **3.** To free (someone) of nervous tension or pent-up energy. —*intr.* **1.** To become unwound. **2.** To become free of nervous tension; relax: *liked to unwind with a cocktail before dinner.*

**un•wis•dom** (ŭn-wĭz′dəm) *n.* Lack of wisdom; imprudence or recklessness.

**un•wise** (ŭn-wīz′) *adj.* **-wis•er, -wis•est** Lacking or exhibiting a lack of wisdom; foolish or imprudent: *an unwise decision.* —**un•wise′ly** *adv.*

**un•wish** (ŭn-wĭsh′) *tr.v.* **-wished, -wish•ing, -wish•es** **1.** To retract a wish for. **2.** *Obsolete* To wish out of existence.

**un•wit•ting** (ŭn-wĭt′ĭng) *adj.* **1.** Not knowing; unaware: *an unwitting subject in an experiment.* **2.** Not intended; unintentional: *an unwitting admission of guilt.* [Middle English : *un-*, not; see UN-[1] + *witting,* present participle of *witten,* to know (from Old English *witan;* see **weid-** in Appendix I).] —**un•wit′ting•ly** *adv.*

**un•wont•ed** (ŭn-wôn′tĭd, -wōn′-, -wŭn′-) *adj.* **1.** Not habitual or ordinary; unusual: *"Her unwonted breach of delicacy . . . perplexed him"* (George Meredith). **2.** Not accustomed; unused. —**un•wont′ed•ly** *adv.* —**un•wont′ed•ness** *n.*

**un•work•a•ble** (ŭn-wûr′kə-bəl) *adj.* Not workable, especially not capable of being put into practice successfully; not practicable: *an unworkable scheme.* —**un•work′a•bil′i•ty, un•work′a•ble•ness** *n.* —**un•work′a•bly** *adv.*

**un•world•ly** (ŭn-wûrld′lē) *adj.* **-li•er, -li•est** **1.** Not of this world; spiritual. **2.** Concerned with matters of the spirit or soul. **3.** Not wise to the ways of the world; naive: *"This now is the story of an unworldly young scientist"* (John Simon). —**un•world′li•ness** *n.*

**un•worn** (ŭn-wôrn′, -wōrn′) *adj.* **1.** Not worn out or worn away. **2.** Not worn before; new. **3.** Not stale or overused; fresh.

**un•wor•thy** (ŭn-wûr′thē) *adj.* **-thi•er, -thi•est 1a.** Insufficient in worth; undeserving: *a bad plan unworthy of our consideration.* **b.** Lacking value or merit; worthless. **2.** Not suiting or befitting: *"The acquaintances she had already formed were unworthy of her"* (Jane Austen). **3.** Vile; despicable. —**un•wor′thi•ly** *adv.* —**un•wor′thi•ness** *n.*

**un•wound** (ŭn-wound′) *v.* Past tense and past participle of **unwind.**

**un•wrap** (ŭn-răp′) *tr. & intr.v.* **-wrapped, -wrap•ping, -wraps** To remove the wrapping or wrappings from or become unwrapped.

**un•writ•ten** (ŭn-rĭt′n) *adj.* **1.** Not written or recorded: *an unwritten agreement between friends.* **2.** Having authority based on custom, tradition, or usage rather than documentation: *an unwritten law.* **3.** Not written on; blank.

**un•yield•ing** (ŭn-yēl′dĭng) *adj.* **1.** Not bending; inflexible. **2.** Not giving way to pressure or persuasion; obdurate. —**un•yield′ing•ly** *adv.*

**un•yoke** (ŭn-yōk′) *v.* **-yoked, -yok•ing, -yokes** —*tr.* **1.** To release from or as if from a yoke. **2.** To separate; disjoin. —*intr.* **1.** To remove a yoke. **2.** *Archaic* To stop working.

**un•zip** (ŭn-zĭp′) *tr. & intr.v.* **-zipped, -zip•ping, -zips** To open or unfasten by means of a zipper or become unzipped.

**up** (ŭp) *adv.* **1a.** In or to a higher position: *looking up.* **b.** In a direction opposite to the center of the earth or a comparable gravitational center: *up from the lunar surface.* **2.** In or to an upright position: *sat up in bed.* **3a.** Above a surface: *coming up for air.* **b.** So as to detach or unearth: *pulling up weeds.* **c.** Above the horizon: *as the sun came up.* **4.** Into view or existence: *draw up a will.* **5.** Into consideration: *take up a new topic.* **6.** In or toward a position conventionally regarded as higher, as on a scale, chart, or map: *temperatures heading up; up in Canada.* **7.** To or at a higher price: *stocks that are going up.* **8.** So as to advance, increase, or improve: *Our spirits went up.* **9.** With or to a greater intensity, pitch, or volume: *turn the sound up.* **10.** Into a state of excitement or turbulence: *stir up; rouse up.* **11.** Completely; entirely: *drank it up in a gulp; fastened up the coat.* **12.** Used as an intensifier of the action of a verb: *typed up a list.* **13.** So as to approach; near: *came up and kissed me.* **14.** To a stop: *pulled up in front of the station.* **15.** Each; apiece: *The score was tied at 11 up.* **16.** Apart; into pieces: *tore it up.* **17.** *Nautical* To windward. ❖ *adj.* **1.** Being above a former position or level; higher: *My grades are up. The pressure is up.* **2a.** Out of bed: *was up by seven.* **b.** Standing; erect. **c.**

Facing upward: *two cards up, one down; the up side of a tossed coin.* **3.** Raised; lifted: *a switch in the up position.* **4.** Moving or directed upward: *an up elevator.* **5a.** Marked by increased excitement or agitation; aroused: *Our fighting spirit was up.* **b.** *Informal* Cheerful; optimistic; upbeat. **c.** *Slang* Happily excited; euphoric: *After receiving the award, the performer was really up.* **6.** *Informal* Taking place; going on: *wondered what was up back home.* **7.** Being considered; under study: *a contract that is up for renewal.* **8.** Running as a candidate. **9.** On trial; charged: *The defendant is up for manslaughter.* **10.** Having been finished; over: *Your time is up.* **11.** *Informal* **a.** Prepared; ready: *had to be up for the game.* **b.** Well informed; abreast: *not up on sports.* **12.** Functioning or capable of functioning normally; operational: *Their computers are now up.* **13.** *Sports* Being ahead of one's opponent: *up two strokes in golf.* **14.** *Baseball* At bat. **15.** As a bet; at stake. **16.** *Nautical* Bound; headed: *a freighter up for Panama.* ❖ *prep.* **1.** From a lower to or toward a higher point on: *up the hill.* **2.** Toward or at a point farther along: *two miles up the road.* **3.** In a direction toward the source of: *up the Mississippi.* **4.** *Nautical* Against: *up the wind.* ❖ *n.* **1.** An upward slope; a rise. **2.** An upward movement or trend. **3.** *Slang* A feeling of excitement or euphoria. ❖ *v.* **upped, up•ping, ups** —*tr.* **1.** To increase: *upped their fees; upping our output.* **2.** To raise to a higher level, especially to promote to a higher position. **3.** *Nautical* To raise: *up anchor; up sail.* —*intr.* **1.** To get up; rise. **2.** *Informal* To act suddenly or unexpectedly: *"She upped and perjured her immortal soul"* (Margery Allingham). —*idioms:* **on the up-and-up** (or **up and up**) *Informal* Open and honest. **up against** Confronted with; facing: *up against a strong opponent.* **up to 1.** Occupied with, especially devising or scheming: *a prowler up to no good.* **2.** Able to do or deal with: *didn't feel up to a long drive.* **3.** Dependent on: *The success of this project is up to us.* **4a.** To the point of; as far as: *I'm up to chapter 15 in my book.* **b.** As long as: *allowed up to two hours to finish the test.* **c.** As many as: *seed that yields up to 300 bushels per acre.* [Middle English *up,* upward and *uppe,* on high, both from Old English *ūp.* See **upo** in Appendix I.]

**UP** *abbr.* **1.** underproof **2.** Upper Peninsula

**up-** *pref.* **1.** Up; upward: *upheave.* **2.** Upper: *upland.* [Middle English, from Old English *ūp-, upp-.* See **upo** in Appendix I.]

**up-and-com•ing** (ŭp′ən-kŭm′ĭng) *adj.* Showing signs of advancement and ambitious development: *an up-and-coming executive; an up-and-coming neighborhood.* —**up′-and-com′er** *n.*

**up-and-down** (ŭp′ən-doun′) *adj.* **1.** Characterized by or exhibiting an alternating upward and downward movement. **2.** Variable; changeable. **3.** Vertical.

**U•pan•i•shad** (ōō-păn′ə-shăd′, ōō-pä′nĭ-shäd′) *n.* Any of a group of philosophical treatises contributing to the theology of ancient Hinduism, elaborating on the earlier Vedas. [Sanskrit *upaniṣad* : *upa,* under, near; see **upo** in Appendix I + *ni,* down + *sīdati, sad-,* he sits; see **sed-** in Appendix I.] —**U•pan′i•shad′ic** *adj.*

**u•pas** (yōō′pəs) *n.* **1.** A deciduous tree (*Antiaris toxicaria*) of tropical Africa and Asia that yields a latex used as an arrow poison. **2.** The poison obtained from this tree or from similar trees. [Malay *(pohun) upas,* poison (tree), of Javanese origin.]

**up•beat** (ŭp′bēt′) *n. Music* **1.** An unaccented beat or beats that occur before the first beat of a measure. Also called *anacrusis, pickup.* **2.** The upward stroke made by a conductor to indicate the beat that leads into a new measure. ❖ *adj. Informal* **1.** Optimistic: *an upbeat business forecast.* **2.** Happy; cheerful.

**up-bow** (ŭp′bō′) *n.* A stroke performed on a stringed instrument in which the bow is moved across the strings from its tip to its heel.

**up•braid** (ŭp-brād′) *tr.v.* **-braid•ed, -braid•ing, -braids** To reprove sharply; reproach. See synonyms at **scold.** [Middle English *up-breiden,* from Old English *ūpbrēdan,* to bring forward as a ground for censure : *ūp-,* up- + *bregdan,* to turn, lay hold of.] —**up•braid′er** *n.* —**up•braid′ing•ly** *adv.*

**up•bring•ing** (ŭp′brĭng′ĭng) *n.* The rearing and training received during childhood.

**up•build** (ŭp-bĭld′) *tr.v.* **-built** (-bĭlt′), **-build•ing, -builds** To build up; increase or enlarge: *sand dunes that were upbuilt by the wind.* —**up•build′er** *n.*

**UPC** *abbr.* Universal Product Code

**up•cast** (ŭp′kăst′) *adj.* Directed or thrown upward: *upcast volcanic ash.* ❖ *n.* **1.** Something cast upward. **2.** A ventilating shaft, as in a mine.

**up•chuck** (ŭp′chŭk′) *Slang tr. & intr.v.* **-chucked, -chuck•ing, -chucks** To vomit or experience vomiting.

**up-close** (ŭp′klōs′) *adj.* **1.** Being at very close range: *provided up-close views of rare fish.* **2.** Exhibiting or providing detailed information or firsthand knowledge: *"up-close glimpses of the big money, big deals, and big decisions of America's entrepreneurial giants"* (Harvard Business Review). —**up′ close′** *adv.*

**up•com•ing** (ŭp′kŭm′ĭng) *adj.* Occurring soon; forthcoming.

**up•coun•try** (ŭp′kŭn′trē) *n.* An inland or upland region of a country. ❖ *adj.* Of, located in, or coming from the upcountry. ❖ *adv.* (also ŭp-kŭn′trē) In, to, or toward the upcountry.

**up•date** (ŭp-dāt′) *tr.v.* **-dat•ed, -dat•ing, -dates** To bring up to date: *update a textbook; update the files.* ❖ *n.* (ŭp′dāt′) **1.** Information that updates something. **2.** The act or an instance of bringing something up to date. **3.** An updated version of something.

**Up•dike** (ŭp′dīk′), **John Hoyer** Born 1932. American writer particularly known for his tragicomic novels, such as *Rabbit, Run* (1960) and *Rabbit at Rest* (1990), concerning the trials of middle-class suburbanites.

**up•draft** (ŭp′drăft′) *n.* An upward current of air.

**up•end** (ŭp-ĕnd′) *v.* **-end•ed, -end•ing, -ends** —*tr.* **1.** To stand, set, or turn on one end: *upended the oblong box on the table.* **2.** To invalidate, destroy, or change completely; overthrow: *upended the popular*



**John Updike**



**1889**