## NETFLIX, INC. vs. BLOCKBUSTER INC.

### CASE NO. C 06 2361 WHA (JCS)

### NETFLIX, INC.'S

# EXHIBIT 3 (Part 2 of 2)

TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

Dockets.Justia.com

it·a·con·ic acid \ˌī-tə-ˌkä-nik-\ n [ISV, anagram of *aconitic acid*, C₅H₆(COOH)₂, fr. *aconite*] (ca. 1872) : a crystalline dicarboxylic acid C₅H₆O₄ obtained usu. by fermentation of sugars with molds (genus *Aspergillus*) and used as a monomer for polymers and polyesters

ital *abbr* italic; italicized

¹Ital·ian \i-ˈtal-yən, ī-, also ē-\ n (14c) 1 a : a native or inhabitant of Italy   b : a person of Italian descent   2 : the Romance language of the Italians

²Italian *adj* (15c) : of, relating to, or characteristic of Italy, the Italians, or Italian

Ital·ian·ate \-yə-ˌnāt, ̄ -əˈ-at-ed; -at·ing *often cap* (1567) : ITALIANIZE

Ital·ian·ate \-nət, -ˌnāt\ *adj* (1572) : Italian in quality or characteristics

Italian dressing *n* (ca. 1902) : a salad dressing flavored esp. with garlic and oregano

Italian greyhound *n* (1743) : any of a breed of toy dogs resembling the standard greyhound in miniature

Ital·ian·ise *often cap*, *Brit var of* ITALIANIZE

Ital·ian·ism \ə-ˈtal-yə-ˌni-zəm, i- also ī-\ *n* (1594)   1 a : a quality characteristic of Italy or the Italian people   b : a characteristic feature of Italian occurring in another language   2 a : specialized interest in or emulation of Italian qualities or achievements   b : promotion or love of Italian policies or ideals

ital·ian·ize \ə-ˈtal-yə-ˌnīz, i- *also* ī-\ *vb* -ized; -iz·ing *often cap*, *vi* (ca. 1611) : to act Italian; *specif* : to follow the style or technique of recognized Italian painters ~ *vt* : to make Italian (as in appearance or behavior) — Ital·ian·i·za·tion \-ˌtal-yə-nə-ˈzā-shən\ n

Italian parsley *n* (1972) : a flat-leaved parsley

Italian sandwich *n* (ca. 1953) : SUBMARINE 2

Italian sonnet *n* (1613) : a sonnet consisting of an octave rhyming *abba abba* and a sestet rhyming in any of various patterns (as *cde cde* or *cdc dcd*) — called also *Petrarchan sonnet*

¹ital·ic \ə-ˈta-lik, i-, ī-\ *adj* (1598)   1 a : of or relating to a type style with characters that slant upward to the right (as in "*these words are italic*") — compare ROMAN   b : of or relating to a style of slanted cursive handwriting developed in the 15th and 16th centuries   2 *cap* : of or relating to ancient Italy, its peoples, or their Indo-European languages

²italic *n* (1676)   1 : an italic character or type   2 *cap* : a branch of the Indo-European language family that includes Latin, Oscan, and Umbrian — see INDO-EUROPEAN LANGUAGES table

ital·i·cise *Brit var of* ITALICIZE

ital·i·cize \ə-ˈta-lə-ˌsīz, i-, ī-\ *vt* -cized; -ciz·ing (1795)   1 : to print in italics or underscore with a single line   2 : EMPHASIZE ⟨the microphone ~ every curdled top note — P. G. Davis⟩ — ital·i·ci·za·tion \-ˌta-lə-sə-ˈzā-shən\ *n*

ita·lo- \i-ˈta-lō *also* i-ˈta-lō\ *comb form*   1 : Italian ⟨*Italophile*⟩   2 : Italian and ⟨*Italo-Austrian*⟩

Ita·lo·phile \i-ˈta-lə-ˌfīl, ē-ˈta-lō-\ *adj* (ca. 1902) : friendly to or favoring what is Italian — Italophile *n*

¹itch \ˈich\ *vb* [ME *icchen*, fr. OE *giccan*; akin to OHG *jucchen* to itch] *vi* (bef. 12c)   1 a : to have an itch ⟨her arm ~ed⟩   b : to produce an itchy sensation ⟨long underwear that ~es⟩   2 : to have a restless desire or hankering for something ⟨were ~ing to go outside⟩ ~ *vt*   1 : to cause to itch   2 : VEX, IRRITATE

²itch *n* (bef. 12c)   1 a : an uneasy irritating sensation in the upper surface of the skin usu. held to result from mild stimulation of pain receptors   b : a skin disorder accompanied by such a sensation; *esp* : a contagious eruption caused by a mite (*Sarcoptes scabiei*) that burrows in the skin and causes intense itching   2 a : a restless usu. constant often compulsive desire ⟨an ~ to travel⟩   b : LUST, PRURIENCE — itch·i·ness \ˈi-chē-nəs\ *n* — itchy \ˈi-chē\ *adj*

it'd \ˈit-əd, (ˌ)it-\ (1859) : it had : it would

¹-ite *n suffix* [fr. L *-īta*, *-ītes*, fr. Gk *-ītēs*]   1 : native : resident ⟨*Brooklynite*⟩   b : descendant ⟨*Ephraimite*⟩   c : adherent : follower ⟨*Jacobite*⟩ ⟨*Puseyite*⟩   2 a (1) : product ⟨*metabolite*⟩   (2) : commercially manufactured product ⟨*ebonite*⟩   b : -ITOL ⟨*mannite*⟩   3 NL -*ites*, fr. L] : fossil ⟨*ammonite*⟩   4 : mineral ⟨*erythrite*⟩ : rock ⟨*anorthosite*⟩   5 [F, fr. L *-ita*, *-itas*] : segment or constituent part of a body or of a bodily part ⟨*somite*⟩ ⟨*dendrite*⟩

²-ite *n suffix* [F, alter. of *-ate* -ate, fr. NL *-atum*] : salt or ester of an acid with a name ending in *-ous* ⟨*nitrite*⟩

¹item \ˈī-təm\ *adv* [ME, fr. L, fr. *ita* thus] (14c) : and in addition : ALSO — used to introduce each article in a list or enumeration

²item \ˈī-təm\ *n* (1561)   1 *obs* : WARNING, HINT   2 : a distinct part in an enumeration, account, or series : ARTICLE   3 : an object of attention, concern, or interest   4 : a separate piece of news or information   5 : a couple in a romantic or sexual relationship

**syn** ITEM, DETAIL, PARTICULAR mean one of the distinct parts of a whole. ITEM applies to each thing specified separately in a list or in a group of things that might be listed or enumerated ⟨*every item on the list*⟩. DETAIL applies to one of the small component parts of a larger whole such as a task, building, painting, narration, or process ⟨*leave the details to others*⟩. PARTICULAR stresses the smallness, singleness, and esp. the concreteness of a detail or item ⟨*a description that included few particulars*⟩.

³item \ˈī-təm\ *vt* (1601)   1 *archaic* : COMPUTE, RECKON   2 *archaic* : to set down the particular details of

item·ise *Brit var of* ITEMIZE

item·i·za·tion \ˌī-tə-mə-ˈzā-shən\ *n* (1894) : the act of itemizing; *also* : an itemized list

item·ize \ˈī-tə-ˌmīz\ *vt* -ized; -iz·ing (1857) : to set down in detail or by particulars : LIST ⟨*itemized all expenses*⟩

it·er·ance \ˈi-tə-rən(t)s\ *n* (1604) : REPETITION 1a

it·er·ant \ˈi-rənt\ *adj* (1626) : marked by repetition, reiteration, or recurrence ⟨~ echoes⟩

it·er·ate \ˈi-tə-ˌrāt\ *vt* -at·ed; -at·ing [L *iteratus*, pp. of *iterare*, fr. *iterum* again; akin to L *is* he, that, *ita* thus, Skt *itara* the other, *iti* thus] (1533) : to say or do again or again and again : REITERATE

it·er·a·tion \ˌi-tə-ˈrā-shən\ *n* (15c)   1 : the action or a process of iterating or repeating: as   a : a procedure in which repetition of a sequence of operations yields results successively closer to a desired result   b : the repetition of a sequence of computer instructions a specified number of times or until a condition is met — compare RECURSION   2 : one execution of a sequence of operations or instructions in an itera-

tion   3 : VERSION, INCARNATION ⟨the latest ~ of the operating system⟩

it·er·a·tive \ˈi-tə-ˌrā-tiv, -rə-\ *adj* (15c) : involving repetition: as   a : expressing repetition of a verbal action   b : relating to or being iteration — it·er·a·tive·ly *adv*

ith·y·phal·lic \ˌi-thi-ˈfa-lik\ *adj* [LL *ithyphallicus*, fr. Gk *ithyphallikos*, fr. *ithyphallos* erect phallus, fr. *ithys* straight + *phallos* phallus] (1791)   1 : of or relating to the phallus carried in procession in ancient festivals of Bacchus   2 a : having an erect penis — usu. used of figures in an art representation   b : OBSCENE, LEWD

itin·er·an·cy \ī-ˈti-nə-rən(t)-sē\ *n* (1789)   1 : a system (as in the Methodist Church) of rotating ministers who itinerate   2 : the act of itinerating   b : the state of being itinerant

itin·er·ant \-rənt\ *adj* [LL *itinerant-*, *itinerans*, prp. of *itinerari* to journey, fr. L *itiner-*, *iter* journey, way; akin to Hitt *itar* way, L *īre* to go — more at ISSUE] (ca. 1576) : traveling from place to place; *esp* : covering a circuit ⟨~ preacher⟩ — itinerant *n* — itin·er·ant·ly *adv*

itin·er·ary \ī-ˈti-nə-ˌrer-ē, ə-, -ˈti-nə-rē\, *Brit* -ˈti-nə-rē, -ˈti-nrē\ *n, pl* -ar·ies (15c)   1 : the route of a journey or tour or the proposed outline of one   2 : travel diary   3 : a traveler's guidebook — itinerary *adj*

itin·er·ate \ī-ˈti-nə-ˌrāt, ə-\ *vi* -at·ed; -at·ing (1775) : to travel a preaching or judicial circuit — itin·er·a·tion \-ˌti-nə-ˈrā-shən\ *n*

-itious *adj suffix* [L *-icius*, *-itius*] : of, relating to, or having the characteristics of ⟨*excrementitious*⟩

-itis *n suffix, pl* -itises *also* -itides *or* -ites [NL, fr. L & Gk; L, fr. Gk, fr. fem. of *-itēs* -ite]   1 : disease or inflammation ⟨*bronchitis*⟩   2 *plsn* -itises : condition likened to a disease — chiefly in nonce formations ⟨*televisionitis*⟩

it'll \ˈi-tᵊl\ (1824) : it will : it shall

ITO *abbr* International Trade Organization

-itol *n suffix* [ISV *-it- + -ol*] : polyhydroxy alcohol usu. related to a sugar ⟨*mannitol*⟩

its \ˈits, əts\ *adj* (ca. 1507) : of or relating to it or itself esp. as possessor, agent, or object of an action ⟨going to ~ kennel⟩ ⟨a child proud of ~ first drawings⟩ ⟨~ final enactment into law⟩

it's \ˈits, əts\ (ca. 1555) : it is : it has

it·self \it-ˈself, ət-, *Southern also* -ˈsef\ *pron* (bef. 12c)   1 : that identical one — compare IT   1 — used reflexively ⟨watched the cat giving ~ a bath⟩, for emphasis ⟨the letter ~ was missing⟩, or in absolute constructions ⟨~ a splendid specimen of classic art, it has been exhibited throughout the world⟩   2 : its normal, healthy, or sane condition ⟨the dog isn't quite itself today⟩   — *in itself* : INTRINSICALLY ⟨was not in itself bad⟩ — *itself* is in its own reality

it·ty-bit·ty \ˌi-tē-ˈbi-tē *or* ˌi-sē-ˈbi-tē\ *adj* [prob. fr. baby talk for *little bit*] (1938) : extremely small : TINY

ITU *abbr*   1 International Telecommunication Union   2 International Typographical Union

ITV *abbr* instructional television

-ity *n suffix, pl* -ities [MF *-ité*, fr. L *-itat-*, *-itas*, fr. *-i-* (stem vowel of adjs.) + *-tat-*, *-tas* -ity; akin to Gk *-tēt-*, *-tēs* -ity] : quality : state : degree ⟨*alkalinity*⟩ ⟨*theatricality*⟩

IU *abbr* international unit

IUD \ˌī-(ˌ)yü-ˈdē\ *n* (1965) : INTRAUTERINE DEVICE

-ium *n suffix* [NL, fr. L, ending of some neut. nouns]   a : chemical element ⟨*sodium*⟩   b : cation ⟨*tetrazolium*⟩   2 *pl* -iums *or* -ia [NL, fr. L, fr. Gk *-ion*] : small one : mass — esp. in botanical terms ⟨*pollinium*⟩

¹IV \ˈī-ˈvē\ *adj* or *n pl* IVs [*intravenous*] (ca. 1955) : an apparatus used to administer a fluid (as of medication, blood, or nutrients) intravenously; *also* : a fluid administered by IV

²IV *abbr* intravenous; intravenously

-ive *adj suffix* [MF *-ive*, fr. L *-ivus*] : that performs or tends toward an (indicated) action ⟨*amative*⟩

I've \ˈīv, əv\ (1586) : I have

iver·mec·tin \ˌī-vər-ˈmek-tən\ *n* [perh. fr. *di-* + NL *avermitilis* (specific epithet of *Streptomyces avermitilis*, bacterium from which it is derived) + E *-ect-* (of unknown origin) + *-in*] (1981) : a drug mixture of two structurally similar semisynthetic lactones that is used in veterinary medicine as an anthelmintic, acaricide, and insecticide and in human medicine to treat onchocerciasis

IVF *abbr* in vitro fertilization

ivied \ˈī-vēd\ *adj* (ca. 1771)   1 : overgrown with ivy   2 : ACADEMIC

ivo·ry \ˈīv-rē, ˈī-və-rē\ *n, pl* -ries [ME *ivorie*, fr. AF *ivoire*, *ivurie*, fr. L *eboreus* of ivory, fr. *ebor-*, *ebur* ivory, fr. Egypt *3b*, *3bw* elephant, ivory] (13c)   1 a : the hard creamy-white modified dentine that composes the tusks of a tusked mammal (as an elephant, walrus, or narwhal)   b : a tusk that yields ivory   2 : a variable color averaging a pale yellowish white   3 *pl* : something (as a piano key) made of ivory or of a similar substance — ivory *adj*

ivory-bill \ˈī-və-rē-ˌbil\ *n* (1787) : IVORY-BILLED WOODPECKER

ivory-billed woodpecker \-ˈbild-\ *n* (1811) : a very large black-and-white woodpecker (*Campephilus principalis*) of the southeastern U.S. and Cuba that has a showy red crest in the male and is presumed extinct in the U.S.

ivory black *n* (1634) : a fine black pigment made by calcining ivory

ivory nut *n* (ca. 1847) : the nutlike seed of a So. American palm (*Phytelephas macrocarpa*) constituting a very hard endosperm used for carving and turning — called also VEGETABLE IVORY

ivory tower *n* [trans. of F *tour d'ivoire*] (1911)   1 : an impractical often escapist attitude marked by aloof lack of concern with or interest in practical matters or urgent problems   2 : a secluded place that affords the means of treating practical issues with an impractical often escapist attitude; *esp* : a place of learning — ivory-tower *adj* — ivory-tow·er·ish \ˌī-və-rē-ˈtau̇(-ə)-rish\ *adj*

ivory-tow·ered \-ˈtau̇(-ə)rd\ *adj* (1937) : divorced from reality and practical matters ⟨an ~ recluse⟩

¹ivy \ˈī-vē\ *n, pl* ivies [ME, fr. OE *īfig*; akin to OHG *ebah* ivy] (bef. 12c)   1 : a widely cultivated ornamental climbing or prostrate or sometimes shrubby chiefly Eurasian vine (*Hedera helix*) of the ginseng family with evergreen leaves, small yellowish flowers, and black berries   2 : POISON IVY   3 *often cap* : an Ivy League college

**J**

ŋy ̄al [fr. the older U.S. coll-

ivy League *adj* of long-estab-lished and as high in so-cial-characteristic of th-

ŋy Leaguer *n* 1 insi-wis ̄ is-wis, i-\ ̆ uinly, OB wit-ki-kə-i-ˌvik-ˈsl̄-̇a burning wə-̇ ho-di̇d ˈi-k-so-ˈvik ̇ solu-de. ze der tick-feeding on usu-ivar ̇e-yar ̈ ̇ n-the second mo-ase MONTH tai-

sharp object : strike with a thrusts with a blow

ə-̇an (in 1872) : livered with th-ab-ber ̇Iŋ-a-ə-dnt. orig-~ vt : to spell-abber n (1770) ̇ab-ber-wock Lewis Carroll ̇ab-ber-wo murdĭ] (1774) massive black ̇ ib-o-ran-di joṅrandi] (ca shrubs (*Pilo-are a source ̇a-bot tou-ȟ s-a pleated fr-woman's bloc-̇a-bo-t-ca-bu Brazilian tree warm regions ̇a-cal ̇Iŋə-̈kal ̇ a thatched ro-chinked with-ə-a-mar ̇I-jə-̈Tupi-Guaran-family (Arac-green or bron-tropical. Am-along sharp b-̇a-ca-na ̇Ijȧ-̈jacana, fr. i-: any of a fam-legged and l-birds that fre-marshes and-ə-aca-ran-da [Tupi jakaran-jacaranda ha-family with l-̇aci-nth ̇Ijā-a flowering p-̇aok ̇Ijak\, n-nickname fr-

: flowing freely like water **2** : having the properties of a liquid : being neither solid nor gaseous **3 a** : shining and clear ⟨large ∼ eyes⟩ **b** : being musical and free of harshness in sound **c** : smooth and unconstrained in movement **d** : articulated without friction and capable of being prolonged like a vowel ⟨a ∼ consonant⟩ **4 a** : consisting of or capable of ready conversion into cash ⟨∼ assets⟩ **b** : capable of covering current liabilities quickly with current assets — **liq·uid·i·ty** \li-ˈkwi-də-tē\ *n* — **liq·uid·ly** \ˈli-kwəd-lē\ *adv* — **liq·uid·ness** *n*

²**liquid** *n* (1530) **1** : a liquid consonant **2** : a fluid (as water) that has no independent shape but has a definite volume and does not expand indefinitely and that is only slightly compressible

**liq·uid·am·bar** \ˌli-kwə-ˈdam-bər\ *n* [NL, fr. L *liquidus* + ML *ambar*, *ambra* amber] (ca. 1577) **1** : STORAX **1b 2** : any of a genus (*Liquidambar*) of deciduous No. American and Asian trees (as the sweet gum) of the witch-hazel family with monoecious flowers and a spiny globose fruit composed of many woody capsules each having two carpels

**liq·ui·date** \ˈli-kwə-ˌdāt\ *vb* **-dat·ed; -dat·ing** [LL *liquidatus*, pp. of *liquidare* to melt, fr. L *liquidus*] *vt* (ca. 1575) **1 a** (1) : to determine by agreement or by litigation the precise amount of (indebtedness, damages, or accounts) (2) : to determine the liabilities and apportion assets toward discharging the indebtedness of **b** : to settle (a debt) by payment or other settlement **2** *archaic* : to make clear **3** : to do away with **4** : to convert (assets) into cash ∼ *vi* **1** : to liquidate debts, damages, or accounts **2** : to determine liabilities and apportion assets toward discharging indebtedness — **liq·ui·da·tion** \ˌli-kwə-ˈdā-shən\ *n*

**liq·ui·da·tor** \ˈli-kwə-ˌdā-tər\ *n* (ca. 1828) : one that liquidates; *esp* : an individual appointed by law to liquidate assets

**liquid crystal** *n* (1891) : an organic liquid whose physical properties resemble those of a crystal in the formation of loosely ordered molecular arrays similar to a regular crystalline lattice and the anisotropic refraction of light

**liquid crystal display** *n* (1968) : LCD

**liq·uid·ize** \ˈli-kwə-ˌdīz\ *vt* **-ized; -iz·ing** (1837) : to cause to be liquid

**liquid measure** *n* (ca. 1678) : a unit or series of units for measuring liquid capacity — see METRIC SYSTEM table, WEIGHT table

¹**liquor** \ˈli-kər\ *n* [ME, fr. AF, fr. L *liquor*, fr. *liquēre*] (13c) **1 a** : a liquid substance: as **a** : a usu. distilled rather than fermented alcoholic beverage **b** : a watery solution of a drug **c** : BATH 2b(1)

²**liquor** *vb* **li·quored; li·quor·ing** \ˈli-k(ə-)riŋ\ *vt* (1502) **1** : to dress (as leather) with oil or grease **2** : to make drunk with alcoholic liquor — usu. used with *up* ∼ *vi* : to drink alcoholic liquor esp. to excess — usu. used with *up*

**li·quo·rice** *chiefly Brit var of* LICORICE

¹**li·ra** \ˈlir-ə, *N Engl also* ˈli-rə\ *n, pl* **li·re** \ˈli-(ˌ)rā\ *also* **liras** [It, fr. L *libra*, a unit of weight] (1617) : the basic monetary unit of Italy until 2002

²**lira** *n, pl* **liras** [Turk, fr. It] (1871) — see MONEY table

³**lira** *n, pl* **li·roth** *or* **li·rot** \lē-ˈrōt, -ˈrōth\ [ModHeb, fr. It] (ca. 1946) : the former Israeli pound

**li·ra** *n, pl* **li·ri** \ˈlē-(ˌ)rē\ [Maltese, fr. It (ca. 1985)] — see MONEY table

**li·ri·ope** \lə-ˈrī-ə-(ˌ)pē\ *n* [NL, fr. *Liriope*, a nymph in Roman mythology] (1946) : any of a genus (*Liriope*) of stemless Asian herbs of the lily family that are widely cultivated as ground cover for their grasslike leaves and small white, blue, or violet flowers

**lir·i·pipe** \ˈlir-ə-ˌpīp\ *n* [ML *liripipium*] (1594) : a pendent part of a tippet; *also* : TIPPET, SCARF

**lisle** \ˈlīl\ *n, often attrib* [*Lisle* Lille, France] (1858) : a smooth tightly twisted thread usu. made of long-staple cotton

¹**lisp** \ˈlisp\ *vb* [ME, fr. OE *-wlyspian*; akin to OHG *lispen* to lisp] *vi* (bef. 12c) **1** : to pronounce the sibilants \s\ and \z\ imperfectly esp. by turning them into \th\ and \t͟h\ **2** : to speak falteringly, childishly, or with a lisp ∼ *vt* : to utter falteringly or with a lisp — **lisp·er** *n*

²**lisp** *n* (ca. 1625) **1** : a speech defect or affectation characterized by lisping **2** : a sound resembling a lisp

**LISP** \ˈlisp\ *n* [*list* processing] (1959) : a computer programming language that is designed for easy manipulation of data strings and is used extensively for work in artificial intelligence

**lis·some** *also* **lis·som** \ˈli-səm\ *adj* [alter. of *lithesome*] (1763) **1 a** : easily flexed **b** : LITHE 2 **2** : NIMBLE — **lis·some·ly** *adv* — **lis·some·ness** *n*

¹**list** \ˈlist\ *vb* [ME *lysten*, fr. OE *lystan*; akin to OE *lust* desire, lust] *vt* (bef. 12c) *archaic* : PLEASE, SUIT ∼ *vi, archaic* : WISH, CHOOSE

²**list** *n* [ME, prob. fr. *lysten*] (13c) *archaic* : INCLINATION, CRAVING

³**list** *vb* [ME, fr. OE *hlystan*, fr. *hlyst* hearing; akin to OB *hlysnan* to listen] *vi* (bef. 12c) *archaic* : LISTEN ∼ *vt, archaic* : to listen to : HEAR

⁴**list** *n* [ME, fr. OE *līste*; akin to OHG *līsta* border, edge, Alb *leth*] (bef. 12c) **1** : a band or strip of material: as **a** : SELVAGE **b** : a narrow strip of wood cut from the edge of a board **2** *pl, but sing or pl in constr* **a** : an arena for combat (as jousting) **b** : a field of competition or controversy **3** *obs* : LIMIT, BOUNDARY **4** : STRIPE

⁵**list** *n* (1635) **1** : to cast away a narrow strip from the edge of **2** : to prepare or plant (land) in ridges and furrows with a lister

⁶**list** *n* [origin unknown] (1582) : a deviation from the vertical : TILT; *also* : the extent of such a deviation

⁷**list** *vt* (1626) : to tilt to one side; *esp, of a boat or ship* : to tilt to one side in a state of equilibrium (as from an unbalanced load) — compare HEEL ∼ *vi* : to cause to list

⁸**list** *n* [F *liste*, fr. It. *lista*, of Gmc origin; akin to OHG *līsta* edge] (1602) **1 a** : a simple series of words or numerals (as the names of persons or objects) ⟨a guest ∼⟩ **b** : an official roster : ROLL **2** : CATALOG, CHECKLIST **3** : the total number to be considered or included ⟨a situation that heads their ∼ of troubles⟩

⁹**list** *vt* (1614) **1 a** : to make a list of : ENUMERATE **b** : to include on a list : REGISTER **2** : to place (oneself) in a specified category ⟨∼ himself as a political liberal⟩ **3** *archaic* : RECRUIT ∼ *vi* **1** *archaic* : ENLIST **2** : to become entered in a catalog with a selling price ⟨a car that ∼s for $12,000⟩ — see also \li-ˈstōl\ *n*

**lis·tel** \lis-ˈtel, lis-ˈtel\ *n* [F, fr. It *listello*, dim. *of lista* fillet, roster] (1598) : a narrow band in architecture : FILLET

¹**lis·ten** \ˈli-sᵊn\ *vb* **lis·tened; lis·ten·ing** \ˈlis-niŋ, ˈli-sᵊn-iŋ\ [ME *listnen*, fr. OE *hlysnan*; akin to Skt *śroṣati* he hears, OE *hlūd* loud] *vt* (bef. 12c) *archaic* : to give ear to : HEAR ∼ *vi* **1** : to pay attention to sound ⟨∼ to music⟩ **2** : to hear something with thoughtful attention : give con-

---

sideration ⟨∼ to a plea⟩ **3** : to be alert to catch an expected sound ⟨∼ for his step⟩ — **lis·ten·er** \ˈlis-nər, ˈli-sᵊn-ər\ *n*

²**listen** *n* (1788) : an act of listening

**lis·ten·able** \ˈlis-nə-bəl, ˈli-sᵊn-ə-\ *adj* (1942) : agreeable to listen to

**lis·ten·er·ship** \ˈlis-nər-ˌship, ˈli-sᵊn-ər-\ *n* (1943) : the audience for a radio program or recording; *also* : the number or kind of that audience

**listen in** *vi* (1905) **1** : to tune in to or monitor a broadcast **2** : to listen to a conversation without participating in it; *esp* : EAVESDROP — **lis·ten·er-in** \ˈlis-nər-ˈin, ˌli-sᵊn-ər-\ *n*

**listening post** *n* (1942) : a center for monitoring electronic communications (as of an enemy)

**list·er** \ˈlis-tər\ *n* (1682) : one that lists or catalogs

²**lister** *n* [*list*] (1887) : a plow with a double moldboard often equipped with subsoiling attachment and used mainly where rainfall is limited

**lis·te·ri·o·sis** \lis-ˌtir-ē-ˈō-səs\ *n, pl* **-o·ses** \-ˌsēz\ [NL, fr. *Listeria*, fr. Joseph *Lister*] (1941) : a serious encephalitic disease of a wide variety of animals that is caused by a bacterium (*Listeria monocytogenes*) and that in animals is often fatal but in humans is usu. not fatal

**list·ing** \ˈlis-tiŋ\ *n* (1641) **1** : an act or instance of making or including in a list **2** : something that is listed

**list·less** \ˈlist-ləs\ *adj* [ME *listles*, fr. *list*] (15c) : characterized by lack of interest, energy, or spirit ⟨a ∼ melancholy attitude⟩ *syn* see LANGUID — **list·less·ly** *adv* — **list·less·ness** *n*

**list price** *n* (1871) : the basic price of an item as published in a catalog, price list, or advertisement before any discounts are taken

**List·serv** \ˈlist-ˌsərv\ *trademark* — used for software for managing e-mail transmissions to and from a list of subscribers

¹**lit** \ˈlit\ *past and past part of* LIGHT

²**lit** *n* [by shortening] (1850) : LITERATURE — **lit** *adj*

³**lit** *adj* [pp. of *light*] (1904) : affected by alcohol : DRUNK

**lit** *abbr* **1** liter **2** literal; literally

**lit·a·ny** \ˈli-tə-nē, ˈlit-nē\ *n, pl* **-nies** [ME *letanie*, fr. AF & LL, & ML *litania*, fr. LGk *litaneia*, fr. Gk, entreaty, fr. *litanos* suppliant] (13c) **1 a** : a prayer consisting of a series of invocations and supplications by the leader with alternate responses by the congregation **b** : a resonant or repetitive chant ⟨a ∼ of cheering phrases —Herman Wouk⟩ **c** : a usu. lengthy recitation or enumeration ⟨a familiar ∼ of complaints⟩ **2** : a sizable series or set ⟨a ∼ of problems⟩

**li·tas** \ˈlē-ˌtäs\ *n, pl* **li·tai** \-ˌtī\ *or* **li·tu** \-ˌtü\ [Lith (nom. *pl. litai*, gen. pl. *litų*), fr. initial letters of NL *Lituania*, F *Lituanie*, etc.] (1923) — see MONEY table

**Lit B** *var of* LITT B

**litch·i** *var of* LYCHEE

**lit crit** \ˈlit-ˌkrit\ *n* (1963) : literary criticism

**Lit D** *var of* LITT D

**lite** \ˈlīt\ *adj* **1** : LIGHT 9a **2** : diminished or lacking in substance or seriousness ⟨∼ news⟩; *specif* : being an innocuous or unthreatening version — often used postpositively ⟨it is film noir ∼ —James Greenberg⟩

**-lite** *n comb form* [F, alter. of *-lithe*, fr. Gk *lithos* stone] : mineral ⟨*rhodolite*⟩ : rock ⟨*aerolite*⟩ : fossil ⟨*coprolite*⟩

**li·ter** \ˈlē-tər\ *n* [F *litre*, fr. ML *litra*, a measure, fr. Gk, a weight] (1797) : a metric unit of capacity equal to one cubic decimeter — see METRIC SYSTEM table

**lit·er·a·cy** \ˈli-t(ə-)rə-sē\ *n* (1883) : the quality or state of being literate

**lit·er·al** \ˈli-t(ə-)rəl\ *adj* [ME, fr. MF, fr. ML *litteralis*, fr. L, of a letter, *littera* letter] (14c) **1 a** : according with the letter of the scriptures **b** : adhering to fact or to the ordinary construction or primary meaning of a term or expression : ACTUAL ⟨liberty in the ∼ sense is impossible —B. N. Cardozo⟩ **c** : free from exaggeration or embellishment ⟨the ∼ truth⟩ **d** : characterized by a concern mainly with facts ⟨a ∼ mind⟩ **2** *obs* : of, relating to, or expressed in letters **3** : reproduced word for word : EXACT, VERBATIM ⟨a ∼ translation⟩ — **lit·er·al·i·ty** \ˌli-tə-ˈra-lə-tē\ *n* — **lit·er·al·ness** \ˈli-t(ə-)rəl-nəs\ *n*

²**literal** *n* (1622) : a small error usu. of a single letter (as in writing)

**lit·er·al·ism** \ˈli-t(ə-)rə-ˌli-zəm\ *n* (1644) **1** : adherence to the explicit substance of an idea or expression ⟨biblical ∼⟩ **2** : fidelity to observable fact : REALISM — **lit·er·al·ist** \-list\ *n* — **lit·er·al·is·tic** \ˌli-t(ə-)rə-ˈlis-tik\ *adj*

**lit·er·al·ize** \ˈli-t(ə-)rə-ˌlīz\ *vt* **-ized; -iz·ing** (1826) : to make literal

**lit·er·al·ly** \ˈli-t(ə-)rə-lē, ˈli-trə-lē\ *adv* (1533) **1** : in a literal sense or manner : ACTUALLY ⟨took the remark ∼⟩ ⟨was ∼ insane⟩ **2** : in effect : VIRTUALLY ⟨will ∼ turn the world upside down to combat cruelty or injustice —Norman Cousins⟩

*usage* Since some people take sense 2 to be the opposite of sense 1, it has been frequently criticized as a misuse. Instead, the use is pure hyperbole intended to gain emphasis, but it often appears in contexts where no additional emphasis is necessary.

**lit·er·ary** \ˈli-tə-ˌrer-ē\ *adj* (1749) **1 a** : of, relating to, or having the characteristics of humane learning or literature **b** : BOOKISH 2 **c** : of or relating to books **2** : WELL-READ **3** : of or relating to authors or scholars or to their professions — **lit·er·ar·i·ly** \ˌli-tə-ˈrer-ə-lē\ *adv* — **lit·er·ar·i·ness** \ˈli-tə-ˌrer-ē-nəs\ *n*

**lit·er·ate** \ˈli-tə-rət\ *adj* [ME *literat*, fr. L *litteratus* marked with letters, literate, fr. *littera* letters, literature, fr. *littera* letter] (15c) **1 a** : EDUCATED, CULTURED **b** : able to read and write **2** : versed in literature or creative writing : LITERARY **b** : LUCID, POLISHED ⟨a ∼ essay⟩ **c** : having knowledge or competence ⟨computer-literate⟩ ⟨politically ∼⟩ — **lit·er·ate·ly** *adv* — **lit·er·ate·ness** *n*

²**literate** *n* (ca. 1550) **1** : an educated person **2** : a literate person and writer

**li·te·ra·ti** \ˌli-tə-ˈrä-(ˌ)tē\ *n pl* [also: It. *litterati*, fr. L, pl. of *litteratus*] (1621) **1** : the educated class; *also* : INTELLIGENTSIA **2** : persons interested in literature or the arts

**lit·er·a·tim** \ˌli-tə-ˈrā-təm, -ˈrä-\ *adv or adj* [ML, fr. L *littera*] (1643) : letter for letter ⟨printed ∼ from the manuscript —I. A. Gordon⟩

**lit·er·a·tion** \ˌli-tə-ˈrā-shən\ *n* [L *littera* + E *-ation*] (ca. 1889) : the representation of sound or words by letters

**lit·er·a·tor** \ˈli-tə-ˌrā-tər\ *n* (1791) : LITTERATEUR

**lit·er·a·ture** \ˈli-tə-rə-ˌchu̇r, ˈli-trə-chər, ˈli-t(ə-)r-ˌchu̇r, -chər, -ˌtu̇r\ *n* [ME, fr. AF, fr. L *litteratura* writing, grammar, learning,

_er's_ interest (as a quickly moving action-filled plot)   **6 a :** an act of voiding the bowels   **b :** matter expelled from the bowels at one passage
**mov·er** \'mü-vər\ _n_ (14c) **:** one that moves or sets something in motion; _esp_ **:** one whose business or occupation is the moving of household goods from one residence to another
**movers and shakers**, _n pl_ **movers and shakers** (1951) **:** a person who is active or influential in some field of endeavor
**mov·ie** \'mü-vē\ _n_ [_moving picture_] (1902) **1 :** MOTION PICTURE   **2** _pl_ **:** showing of a motion picture   **3** _pl_ **:** the motion-picture medium or industry
**mov·ie·dom** \'mü-vē-dəm\ _n_ (1916) **:** FILMDOM
**mov·ie·go·er** \-,gō-ər\ _n_ (1923) **:** FILMGOER — **mov·ie·go·ing** \-,gō-iŋ, -,gō-\ _n or adj_, _often attrib_
**mov·ie·mak·er** \-,mā-kər\ _n_ (1915) **:** one who makes movies — **mov·ie·mak·ing** \-,mā-kiŋ\ _n_
**moving** _adj_ (14c) **1 a :** marked by or capable of movement   **b :** of or relating to a change of residence (~ expenses)   **c :** used for transferring furnishings from one residence to another (a ~ van)   **d :** involving a motor vehicle that is in motion (a ~ violation)   **2 a :** producing or transferring motion or action   **b :** stirring deeply in a way that evokes a strong emotional response (a ~ story of a faithful dog) — **mov·ing·ly** \'mü-viŋ-lē\ _adv_
**syn** MOVING, IMPRESSIVE, POIGNANT, AFFECTING, TOUCHING, PATHETIC mean having the power to produce deep emotion. MOVING may apply to any strong emotional effect including thrilling, agitating, saddening, or calling forth pity or sympathy (a _moving_ appeal for contributions). IMPRESSIVE implies compelling attention, admiration, wonder, or conviction (an _impressive_ list of achievements). POIGNANT applies to what keenly or sharply affects one's sensitivities (a _poignant_ documentary on the homeless). AFFECTING is close to MOVING but most often suggests pathos (an _affecting_ deathbed reunion). TOUCHING implies arousing tenderness or compassion (the _touching_ innocence in a child's eyes). PATHETIC implies inability to pity or some-times contempt (_pathetic_ attempts to justify misconduct).
**moving picture** _n_ (1896) **:** MOTION PICTURE
**mov·i·o·la** \,mü-vē-'ō-lə\ _trademark_ — used for a device for editing motion-picture film and synchronizing the sound
**mow** \'maú\ _n_ [ME, heap, stack, fr. OE _müga_; akin to ON _mügi_ heap] (bef. 12c) **1 :** a piled-up stack (as of hay or fodder); _also_ **:** a pile of hay or grain in a barn   **2 :** the part of a barn where hay or straw is stored
**mow** \'mō, _vb_ mowed; mowed _or_ mown \'mōn\; mowing \'mō(-)iŋ\ [ME, fr. OE _māwan_; akin to OHG _māen_ to mow, L _metere_ to reap, mow, Gk _āmān_] _vt_ (bef. 12c) **1 a :** to cut down with a scythe or sickle or machine   **b :** to cut the standing herbage (as grass) of   **2 a** (1) **:** to kill or destroy in great numbers or mercilessly (machine guns _—ed down_ the enemy)   (2) **:** to cause to fall **:** KNOCK DOWN   **b :** to overcome swiftly and decisively **:** ROUT (~ed down the opposing team) ~ _vi_ **:** to cut down standing herbage (as grass) — **mow·er** \'mō(-ə)r\ _n_
**mow** \'maú, 'mō\ _vi_ [ME _mowe_, fr. AF _mowue_, of Gmc origin; akin to MD _mouwe_ protruding lip] (14c) **:** GRIMACE
**mow** \'maú, 'mō\ _vi_ (15c) **:** to make grimaces
**moxa** \'mäk-sə\ _n_ [NL, fr. Jp _mogusa_] (1675) **:** a soft woolly mass prepared from the ground young leaves of a Eurasian artemisia (esp. _Artemisia vulgaris_) that is used in traditional Chinese and Japanese medicine typically in the form of sticks or cones which are ignited and placed on or close to the skin or used to heat acupuncture needles
**moxa·bus·tion** \,mäk-sə-'bəs-chən\ _n_ [_moxa_ + -_i-_ + -_bustion_ (as in combustion)] (1910) **:** the therapeutic use of moxa
**Mox·ie** \'mäk-sē\ _n_ [fr. _Moxie_, a trademark for a soft drink] (1930) **1** _ENERGY, PEP_   **2 :** COURAGE, DETERMINATION   **3 :** KNOW-HOW, EXPERTISE
**moy·en âge** \mwä-ye-'näzh\ _adj_ [F _moyen âge_ Middle Ages] (1849) **:** of or relating to medieval times
**moz·za·rel·la** \,mät-sə-'re-lə\ _n_ [It, dim. of _mozza_, a kind of cheese, fr. _mozzare_ to cut off, fr. _mozzo_ cut off, docked, fr. VL *_mutius_, alter. of L _mutilus_] (1911) **:** a moist white unsalted unripened cheese of mild flavor and a smooth rubbery texture
**moz·zet·ta** \mōt-'se-tə\ _n_ [It, prob. fr. _mozzo_ cut off (1774) **:** a short cape with a small ornamental hood worn over the rochet by Roman Catholic prelates
**MP** \'em-'pē\ _n_ (1921) **1** [_military police_] **:** a member of the military police   **2** [_member of Parliament_] **:** an elected member of a parliament
**mp** _abbr_ **1** melting point   **2** metropolitan police   **3** milepost
**MPA** _abbr_ master of public administration
**MPAA** _abbr_ Motion Picture Association of America
**mpg** _abbr_ miles per gallon
**mph** _abbr_ miles per hour
**MPH** _abbr_ master of public health
**M phase** _n_ [_mitosis_] (1945) **:** the period in the cell cycle during which cell division takes place — compare G₁ PHASE, G₂ PHASE, S PHASE
**MPhil** _abbr_ master of philosophy
**mps** _abbr_ meters per second
**MPU** _abbr_ multipurpose vehicle
**MPX** _abbr_ multiplex
**mR** _abbr_ milliroentgen
**Mr.** \'mis-tər, in rapid speech esp in sense 2 ()mis(t)\, _n, pl_ **Messrs.** \'me-sərz\ [Mr. fr. ME, abbr. of _maister_ master; Messrs. abbr. of _Messieurs_, fr. _pl. of Monsieur_] (15c) **1** — used as a conventional title of courtesy before a man's name except when a more formal title is desired or when usage requires the substitution of a title of rank or an honorific or professional title before a man's name   **2** — used in direct address as a conventional title of respect to a man's title of office (may I ask one more question, _Mr._ President)   **3** — used before the name of a place (as a country or city) or of a profession or activity (as a sport) or before some epithet (as _clever_) to form a title applied to a man viewed or recognized as representative of the thing indicated (_Mr._ Baseball)
**Mr. Charlie** \'chär-lē\ _n_ [_Charlie_, fr. _Charles_, proper name] (ca. 1941) _usu disparaging_ **:** a white man **:** white people
**MRCP** _abbr_ medical ready to eat
**MRI** \,em-()är-'ī\ _n_ (1982) **:** MAGNETIC RESONANCE IMAGING; _also_ **:** the procedure in which magnetic resonance imaging is used
**mridanga** \mri-'däŋ-gə, _mridangam_ -gam\ _or_ **mri·dan·gam** \-gəm\ _n_ [Skt _mṛdaṅga_] (1887) **:** a drum of India that is shaped like an elongated barrel and has tuned heads of different diameters

**mRNA** _abbr_ messenger RNA
**Mr. Right** _n_ (1860) **:** a man who would make the perfect husband
**Mrs.** \'mi-səz, -səs, _esp Southern_ 'mi-zəz, -zəs, _or in rapid speech in sense 1_ ()miz, _or before given names_ ()mis\ _n, pl_ **Mes·dames** \mā-'däm, -'dam\ [Mrs. abbr. of _mistress; Mesdames_ fr. F, _pl._ of _Madame_] (ca. 1578)   **1** _a_ — used as a conventional title of courtesy except when usage requires the substitution of a title of rank or an honorific or professional title before a married woman's surname (spoke to _Mrs._ Doe)   **b** — used before the name of a place (as a country or city) or of a profession or activity (as a sport) or before some epithet (as _clever_) to form a title applied to a married woman viewed or recognized as representative of the thing indicated (_Mrs._ Golf)   **2 :** WIFE (took the _Mrs._ to dinner)
**Mrs. Grun·dy** \'grən-dē\ _n_ [fr. a character alluded to in Thomas Morton's _Speed the Plough_ (1798)] (1813) **:** one marked by prudish conventionality in personal conduct
**ms** _abbr_ millisecond
**Ms.** \'miz\ _n, pl_ **Ms·es** _or_ **Mses.** \'mi-zəz\ [prob. blend of _Miss_ and _Mrs._] (1949) — used instead of _Miss_ or _Mrs._ (as when the marital status of a woman is unknown or irrelevant) (_Ms._ Mary Smith)
**MS** _abbr_ **1** [It _mano sinistra_] left hand   **2** manuscript   **3** master of science   **4** military science   **5** Mississippi   **6** motor ship   **7** multiple sclerosis
**MSc** _abbr_ master of science
**msec** _abbr_ millisecond
**msg** _abbr_ message
**MSG** _abbr_ **1** master sergeant   **2** monosodium glutamate
**Msgr** _abbr_ monsignor
**MSgt** _abbr_ master sergeant
**MSH** _abbr_ melanocyte-stimulating hormone
**M16** \,em-()siks-'tēn\ _n_ [model _16_] (1968) **:** a .223 caliber (5.56 millimeter) gas-operated magazine-fed rifle for semiautomatic or automatic operation used by U.S. troops since the mid 1960s
**MSL** _abbr_ mean sea level
**MSN** _abbr_ master of science in nursing
**MSS** _abbr_ manuscripts
**MST** _abbr_ mountain standard time
**MSW** _abbr_ master of social welfare; master of social work
**mt** _abbr_ mount; mountain
**Mt** _abbr_ Matthew
**Mt** _symbol_ meitnerium
**MT** _abbr_ **1** machine translation   **2** metric ton   **3** Montana   **4** mountain
**mtDNA** _abbr_ mitochondrial DNA
**mtg** _abbr_ meeting
**mtge** _abbr_ mortgage
**mth** _abbr_ mountain
**MTO** _abbr_ Mediterranean theater of operations
**mu** \'myü, 'mü\ _n_ [Gk _my_] (1638) **:** the 12th letter of the Greek alphabet — see ALPHABET table
**muc-** _or_ **muci-** _or_ **muco-** _comb form_ [L _muc-_, fr. _mucus_] **1 :** mucus (_mucoprotein_)   **2 :** mucous and mucocutaneous)
**¹much** \'məch\ _adj_ **more** \'mȯr\; **most** \'mōst\ [ME _muche_ large, much, fr. _michel, muchel_, fr. OE _micel, mycel_; akin to OHG _mihhil_ great, large, L _magnus_, Gk _megas_, Skt _mahat_] (13c) **1 a :** great in quantity, amount, extent, or degree (there is ~ truth in what you say) (taken too ~ time)   **b :** great in importance or significance (nothing ~ happened)   **2** _obs_ **:** many in number   **3 :** more than is expected or acceptable **:** more than enough (the large pizza is a bit ~ for one person)
**too much** **1 :** WONDERFUL, EXCITING   **2 :** TERRIBLE, AWFUL
**²much** _adv_ **more; most** (13c)   **1 a** (1) **:** to a great degree or extent **:** CONSIDERABLY (~ happier)   (2) **:** VERY (~ gratified)   **b** (1) **:** FREQUENTLY, OFTEN (~ away from home)   (2) **:** by far (for a long time) (didn't get to work ~ before noon)   **c :** by far (was ~ the brightest student)   **2 :** NEARLY, APPROXIMATELY (looks ~ the way his father did) — **as much**   **1 :** the same in quantity (not quite _as much_ money)   **2 :** to the same degree (likes baseball almost _as much_ as he likes golf)
**³much** _n_ (13c)   **1 :** a great quantity, amount, extent, or degree (gave away ~)   **2 :** something considerable or impressive (was not ~ to look at)
**mu·cha·cho, mu·cha·cha** \mü-'chä-(,)chō, -, _pl_ -chos \,tō\, macho cropped, short] (1591)   **1** _chiefly Southwest_ **:** a male servant   **2** _chiefly Southwest_ **:** a young man
**much as** _conj_ (ca. 1699) **:** however much **:** even though
**much less** _conj_ (1615) **:** not to mention — used esp. in negative contexts to add to one item another denoting something less likely (can hardly grow, _much less_ ripen, till the stock is in the earth —Jonathan Swift) (he is never going to get out of the eighth grade, _much less_ ever make it to college —Thomas Meehan)
**much·ness** \'məch-nəs\ _n_ (14c) **:** the quality or state of being great in quantity, extent, or degree — **much of a muchness :** very much the same
**mu·ci·lage** \'myü-s(ə-)lij\ _n_ [ME _mussilage_, fr. LL _mucilago_ mucus, musty juice, fr. L _mucus_] (15c)   **1 :** a gelatinous substance of various plants (as legumes or seaweeds) that contains protein and polysaccharides and is similar to plant gums   **2 :** an aqueous usu. viscid solution (as of a gum) used esp. as an adhesive
**mu·ci·lag·i·nous** \,myü-sə-'la-jə-nəs\ _adj_ [ME _muscilaginous_, fr. LL _mucilaginosus_, fr. _mucilagin-, mucilago_] (15c)   **1 :** sticky, viscid   **2 :** of, relating to, full of, or secreting mucilage — **mu·ci·lag·i·nous·ly** _adv_
**mu·cin** \'myü-s°n\ _n_ [ISV _muc-_] (1838) **:** any of various mucoproteins that occur esp. in secretions of mucous membranes — **mu·cin·ous** \-s°n-əs, 'myüs-nəs\ _adj_
**¹muck** \'mək\ _n_ [ME _muk_, perh. fr. OE _-moc_; akin to ON _myki_ dung] (13c)   **1 :** soft moist farmyard manure   **2 :** slimy dirt or filth   **3 a :** defamatory remarks or writings   **b :** RUBBISH, NONSENSE (mindless

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \aú\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \ú\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ᵫ, ᵒ\ _see_ Guide to Pronunciation



ancient Greek theater   **b** : a corresponding semicircular space in a Roman theater used for seating important persons   **2 a** : the space in front of the stage in a modern theater that is used by an orchestra   **b** : a forward section of seats on the main floor of a theater   **c** : the main floor of a theater   **3** : a group of musicians including esp. string players organized to perform ensemble music — compare BAND

**or·ches·tral** \ȯr-ˈkes-trəl\ *adj* (ca. 1811)   **1** : of, relating to, or composed for an orchestra   **2** : suggestive of an orchestra or its musical qualities — **or·ches·tral·ly** \-trə-lē\ *adv*

**or·ches·trate** \ˈȯr-kə-ˌstrāt\ *vb* **-trat·ed; -trat·ing** (1880)   **1 a** : to compose or arrange (music) for an orchestra   **b** : to provide with orchestration   **2 a** : to arrange or combine so as to achieve a desired or maximum effect ‹*orchestrated* preparations for the banquet› — **or·ches·tra·tor** \ˈȯr-kə-ˌstrā-shən\ *n*, ca. 1859)   **1** : the arrangement of a musical composition for performance by an orchestra; *also* : orchestral treatment of a musical composition   **2** : harmonious organization ‹develop a world community through ~ of cultural diversities —L. K. Frank› — **or·ches·tra·tion·al** \-shnəl, -shə-n'l\ *adj*

**orchid** \ˈȯr-kəd\ *n* [irreg. fr. NL *Orchis*] (1845)   **1** : any of a large family (Orchidaceae, the orchid family) of perennial epiphytic or terrestrial monocotyledonous plants that usu. have showy 3-petaled flowers with the middle petal enlarged into a lip and differing from the others in shape and color   **2** : a light purple — **orchid·like** \-ˌlīk\ *adj*

**or·chi·da·ceous** \ˌȯr-kə-ˈdā-shəs\ *adj* [NL *Orchidaceae*, family name, fr. *Orchis*] (1838)   **1** : of, relating to, or resembling the orchids   **2** : SHOWY, OSTENTATIOUS

**or·chi·ec·to·my** \ˌȯr-kē-ˈek-tə-mē\ *n, pl* **-mies** [Gk *orchis* + E -*ectomy*] (ca. 1894) : surgical removal of one or both testes

**or·chis** \ˈȯr-kəs\ *n* [NL, fr. L, orchid, fr. Gk, testicle, orchid; akin to MIr *uirrge* testicle] (1562) : ORCHID; *esp* : any of a genus (*Orchis*) of orchids with fleshy roots and a spurred lip



orchid 1

**ord** *abbr*   **1** order   **2** ordinary

**or·dain** \ȯr-ˈdān\ *vb* [ME *ordeinen*, fr. AF *ordener, ordeiner*, fr. LL *ordinare*, fr. L, to put in order, appoint, fr. *ordin-, ordo* order] *vt* (14c)   **1** : to invest officially (as by the laying on of hands) with ministerial or priestly authority   **2** : to establish or order by appointment, decree, or law : ENACT ‹we the people . . . do ~ and establish this Constitution —*U.S. Constitution*› **b** : DESTINE, FOREORDAIN ~ *vi* 1 : to issue an order — **or·dain·er** *n* — **or·dain·ment** \-ˈdān-mənt\ *n*

**or·deal** \ȯr-ˈdē(-ə)l, ȯr-ˌ\ *n* [ME *ordal*, fr. OE *ordāl*; akin to OHG *urteil* judgment, OE *dāl* division — more at DEAL] (bef. 12c)   **1** : a primitive means used to determine guilt or innocence by submitting the accused to dangerous or painful tests believed to be under supernatural control ‹~ by fire›   **2** : a severe trial or experience

**order** \ˈȯr-dər\ *vb* **or·dered; or·der·ing** \ˈȯr-d(ə-)riŋ\ [ME, fr. *ordre*, n.] *vt* (13c)   **1** : to put in order : ARRANGE   **2 a** : to give an order to : COMMAND   **b** : DESTINE, ORDAIN ‹so ~ed by the gods›   **c** : to command to go or come to a specified place ‹~ed back to the base›   **d** : to give an order for ‹~ a meal› ~ *vi* 1 : to bring about order : REGULATE   **2 a** : to issue orders : COMMAND   **b** : to give or place an order — **or·der·able** \-d(ə-)rə-bəl\ *adj* — **or·der·er** \-dər-ər\ *n*

**syn** ORDER, ARRANGE, MARSHAL, ORGANIZE, SYSTEMATIZE, METHODIZE mean to put persons or things into their proper places in relation to each other. ORDER suggests a straightening out so as to eliminate confusion ‹*ordered* her business affairs›. ARRANGE implies a setting in sequence, relationship, or adjustment ‹*arranged* the files numerically›. MARSHAL suggests gathering and arranging in preparation for a particular operation or effective use ‹*marshaling* the facts for argument›. ORGANIZE implies arranging so that the whole aggregate works as a unit with each element having a proper function ‹*organized* the volunteers into teams›. SYSTEMATIZE implies arranging according to a predetermined scheme ‹*systematized* billing procedures›. METHODIZE suggests imposing an orderly procedure rather than a fixed scheme ‹*methodizes* every aspect of daily living›. **syn** see in addition COMMAND

**order** *n* [ME, fr. AF *ordre*, fr. ML & L; ML *ordin-, ordo* ecclesiastical order, fr. L, arrangement, group, class; akin to L *ordiri* to lay the warp, begin] (14c)   **1 a** : a group of people united in a formal way: as   (1) : a fraternal society ‹the Masonic *Order*›   (2) : a community under a religious rule; *esp* : one requiring members to take solemn vows   **b** : a badge or medal of such a society; *also* : a military decoration   **2 a** : any of the several grades of the Christian ministry   **b** *pl* : the office of a person in the Christian ministry ‹*cpl* : ORDINATION   **3 a** : a rank, class, or special group in a community or society   **b** : a class of persons or things grouped according to quality, value, or natural characteristics: as (1) : a category of taxonomic classification ranking above the family and below the class   (2) : the broadest category in soil classification   **4 a** (1) : RANK, LEVEL ‹a statesman of the first ~›   (2) : CATEGORY, CLASS ‹in emergencies of this ~› —R. B. Westerfield›   **b** (1) : the arrangement or sequence of objects or of events in time ‹listed the items in ~ of importance› ‹the batting ~›   (2) : a sequential arrangement of mathematical elements   **c** : DEGREE 12a, b   **d** (1) : the number of times differentiation is applied successively ‹derivatives of higher ~›   (2) *of a differential equation* : the order of the derivative of highest order   **e** : the number of columns or



order 8b: 1 Corinthian, 2 Doric, 3 Ionic

rows or columns and rows in a magic square, determinant, or matrix ‹the ~ of a matrix with 2 rows and 3 columns is 2 by 3›   **f** : the number of elements in a finite mathematical group   **5 a** (1) : a sociopolitical system ‹was opposed to changes in the established ~›   (2) : a particular sphere or aspect of a sociopolitical system ‹the present economic ~›   **b** : a regular or harmonious arrangement ‹the ~ of nature›   **6 a** : a prescribed form of a religious service : RITE   **b** : the customary mode of procedure esp. in debate ‹point of ~›   **7 a** : the state of peace, freedom from confused or unruly behavior, and respect for law or proper authority ‹promised to restore law and ~›   **b** : a specific rule, regulation, or authoritative direction : COMMAND   **8 a** : a style of building   **b** : a type of column and entablature forming the unit of a style   **9 a** : state or condition esp. with regard to functioning or repair ‹things were in terrible ~›   **b** : a proper, orderly, or functioning condition ‹their passports were in ~› ‹the phone is out of ~›   **10 a** : a written direction to pay money to someone   **b** : a commission to purchase, sell, or supply goods or to perform work   **c** : goods or items bought or sold   **d** : an assigned or requested undertaking ‹landing men on the moon was a tall ~›   **11** : ORDER OF THE DAY ‹flat roofs were the ~ in the small villages› — **or·der·less** \-ləs\ *adj* — **in order** : APPROPRIATE, DESIRABLE ‹an apology is *in order*› — **in order to** : for the purpose of — **on order** : in the process of being ordered — **on the order of** 1 : after the fashion of : LIKE ‹a genius *on the order* of Newton —D. B. Botkin›   **2** : ABOUT, APPROXIMATELY ‹spent *on the order of* two million dollars› — **to order** : according to the specifications of an order ‹shoes made *to order*›

**order arms** *n* [fr. the command *order arms!*] (1847)   **1** : a command to return the rifle to order arms from present arms or to drop the hand from a hand salute   **2** : a position in the manual of arms in which the rifle is held vertically beside the right leg with the butt resting on the ground

**or·dered** \ˈȯr-dərd\ *adj* (1579) : characterized by order: as   **a** : marked by regularity or discipline ‹led an ~ life›   **b** : marked by regular or harmonious arrangement or disposition ‹an ~ landscape› ‹the ~ crystal structure›   **c** : having elements arranged or identified according to a rule: as (1) : having the property that every pair of different elements is related by a transitive relationship that is not symmetric   (2) : having elements labeled by ordinal numbers ‹an ~ triple has a first, second, and third element›

**or·der·li·ness** \ˈȯrd-ər-lē-nəs\ *n* (1571) : the quality or state of being orderly

**or·der·ly** \-lē\ *adj* (1570)   **1 a** (1) : arranged or disposed in some order or pattern : REGULAR ‹~ rows of houses›   (2) : marked by order : TIDY ‹keeps an ~ desk›   **b** : governed by law : REGULATED ‹an ~ universe›   **c** : METHODICAL ‹an ~ mind›   **2** : well behaved : PEACEFUL ‹an ~ crowd› — **or·der·ly** *adv*

**[2]orderly** *n, pl* **-lies** (1781)   **1** : a soldier assigned to various services (as carrying messages) for a superior officer   **2** : a hospital attendant who does routine or heavy work (as cleaning, carrying supplies, or moving patients)

**order of battle** (1702)   **1** : the disposition of troops or ships ready for combat   **2** : a tabular compilation of units, commanders, equipment, and their locations in a theater of operation

**order of business** [*order of business* (predetermined) sequence of matters to be dealt with by an assembly)] (ca. 1890) : a matter which must be dealt with : TASK ‹the budget was the first *order of business* at the committee meeting›

**order of magnitude** (1875) : a range of magnitude extending from some value to ten times that value

**order of the day** (1698)   **1** : the business or tasks appointed for an assembly for a given day   **2** : the characteristic or dominant feature or activity ‹growth and change are the *order of the day* in every field —Ruth G. Strickland›

**[1]or·di·nal** \ˈȯrd-nəl, ˈȯr-də-n'l\ *n* (14c)   **1** *cap* [ME, fr. ML *ordinale*, fr. LL, neut. of *ordinalis*] : a book of rites for the ordination of deacons, priests, and bishops   **2** [LL *ordinalis*, fr. *ordinalis*, adj.] : ORDINAL NUMBER

**[2]ordinal** *adj* [LL *ordinalis*, fr. L *ordin-, ordo*] (1599)   **1** : of a specified order or rank in a series   **2** : of or relating to a taxonomic order

**ordinal number** *n* (1607)   **1** : a number designating the place (as first, second, or third) occupied by an item in an ordered sequence — see NUMBER table   **2** : a number assigned to an ordered set that designates both the order of its elements and its cardinal number

**or·di·nance** \ˈȯrd-nən(t)s, ˈȯr-də-nən(t)s\ *n* [ME, fr. AF & ML; AF *ordenance* order, disposition, fr. ML *ordinantia*, fr. L *ordinant-, ordinans*, prp. of *ordinare* to put in order — more at ORDAIN] (14c)   **1 a** : an authoritative decree or direction : ORDER   **b** : a law set forth by a governmental authority; *specif* : a municipal regulation   **2** : something ordained or decreed by fate or a deity   **3** : a prescribed usage, practice, or ceremony   *syn* see LAW

**or·di·nand** \ˈȯr-də-ˌnand\ *n* [LL *ordinandus*, gerundive of *ordinare* to ordain] (ca. 1842) : a candidate for ordination

**or·di·nary** \ˈȯr-də-ˌner-ē\ *n, pl* **-nar·ies** [ME *ordinarie*, fr. AF & ML; AF, fr. ML *ordinarius*, fr. L *ordinarius*, adj.] (14c)   **1 a** (1) : a prelate exercising original jurisdiction over a specified territory or group   (2) : a clergyman appointed formerly in England to attend condemned criminals   **b** : a judge of probate in some states of the U.S.   **2** *often cap* : the parts of the Mass that do not vary from day to day   **3** : the regular or customary condition or course of things — usu. used in the phrase *out of the ordinary*   **4 a** *Brit* : a meal served to all comers at a fixed price ‹*chiefly Brit* : a tavern or eating house serving regular meals   **5** : a common heraldic charge (as the bend) of simple form

**[2]ordinary** *adj* [ME *ordinarie*, fr. L *ordinarius*, fr. *ordin-, ordo* order] (15c)   **1** : of a kind to be expected in the normal order of events : ROUTINE, USUAL ‹an ~ day›   **2** : having or constituting immediate or original jurisdiction; *also* : belonging to such jurisdiction   **3** : of common quality, rank, or ability ‹an ~ teenager›   **b** : deficient in

**\ə\** abut   **\ᵊ\** kitten, F table   **\ər\** further   **\a\** ash   **\ā\** ace   **\ä\** mop, mar
**\au̇\** out   **\ch\** chin   **\e\** bet   **\ē\** easy   **\g\** go   **\i\** hit   **\ī\** ice   **\j\** job
**\ŋ\** sing   **\ō\** go   **\o̊\** law   **\o̊i\** boy   **\th\** thin   **\t̲h̲\** the   **\ü\** loot   **\u̇\** foot
**\y\** yet   **\zh\** vision, beige   **\k, ᴺ, œ, ᵫ, ᵿ\** *see* Guide to Pronunciation

bounding or protecting an area  **3** : outer limits — often used in pl  **4** : the part of a basketball court outside the three-point line

**peri·mys·i·um** \per-ə-'mi-zhē-əm, -zē-\ *n, pl* **-sia** \-ə\ [NL, fr. peri- + Gk *mys* mouse, muscle — more at MOUSE] (ca. 1842) : the connective-tissue sheath that surrounds a muscle and forms sheaths for the bundles of muscle fibers

**peri·na·tal** \-'nā-t'l\ *adj* (1952) : occurring in, concerned with, or being in the period around the time of birth 〈~ mortality〉 〈~ care〉 — **peri·na·tal·ly** \-t'l-(l)ē\ *adv*

**peri·na·tol·o·gy** \per-ə-,nā-'tä-lə-jē\ *n* (1969) : a branch of medicine concerned with perinatal care — **peri·na·tol·o·gist** \-jist\ *n*

**per·i·ne·um** \per-ə-'nē-əm\ *n, pl* **-nea** \-'nē-ə\ [ME, fr. LL *perinaion*, fr. Gk, fr. peri- + *inan* to empty out; perh. akin to skt *iṣṇāti* he sets in motion] (15c) : an area of tissue that marks externally the approximate boundary of the outlet of the pelvis and gives passage to the urinogenital ducts and rectum; *also* : the area between the anus and the posterior part of the external genitalia — **per·i·ne·al** \-'nē-əl\ *adj*

**peri·neu·ri·um** \per-ə-'nūr-ē-əm, -'nyūr-\ *n, pl* **-ria** \-ē-ə\ [NL, fr. peri- + Gk *neuron* nerve — more at NERVE] (ca. 1842) : the connective-tissue sheath that surrounds a bundle of nerve fibers

**pe·ri·od** \'pir-ē-əd\ *n* [ME *periode*, fr. MF, fr. ML, L, & Gk; ML *periodus* period of time, punctuation mark, fr. L & Gk; L, rhetorical period, fr. Gk *periodos* circuit, period of time, rhetorical period, fr. peri- + *hodos* way] (ca. 1530)  **1** : the completion of a cycle, a series of events, or a single action : CONCLUSION  **2 a** (1) : an utterance from one full stop to another : SENTENCE  (2) : a well-proportioned sentence of several clauses  (3) : PERIODIC SENTENCE  **b** : a musical structure or melodic section usu. composed of two or more contrasting or complementary phrases and ending with a cadence  **3 a** : the full pause with which the utterance of a sentence closes  **b** : END, STOP  **4** : GOAL, PURPOSE  **5** : a point . used to mark the end (as of a declarative sentence or an abbreviation)  (2) — used interjectionally to emphasize the finality of the preceding statement 〈I don't remember — ~〉  **b** : a rhythmical unit in Greek verse composed of a series of two or more cola  **6 a** : a portion of time determined by some recurring phenomenon  **b** (1) : the interval of time required for a cyclic motion or phenomenon to complete a cycle and begin to repeat itself  (2) : a number *k* that does not change the value of a periodic function *f* when added to the independent variable; *esp* : the smallest such number  **c** : a single cyclic occurrence of menstruation  **7 a** : a chronological division : STAGE  **b** : a division of geologic time longer than an epoch and included in an era  **c** : a stage of culture having a definable place in time and space  **d** : one of the divisions of the academic day  **b** : one of the divisions of the playing time of a game

*syn* PERIOD, EPOCH, ERA, AGE mean a division of time. PERIOD may designate an extent of time of any length 〈*periods* of economic prosperity〉. EPOCH applies to a period begun or set off by some significant or striking quality, change, or series of events 〈the steam engine marked a new *epoch* in industry〉. ERA suggests a period of history marked by a new or distinct order of things 〈the *era* of global communications〉. AGE is used frequently of a fairly definite period dominated by a prominent figure or feature 〈the *age* of Samuel Johnson〉.

**pe·ri·od** *adj* (1905) : of, relating to, or representing a particular historical period 〈~ furniture〉 〈~ costumes〉

**pe·ri·od·ic** \,pir-ē-'ä-dik\ *adj* (1642)  **1 a** : occurring or recurring at regular intervals  **b** : occurring repeatedly from time to time  **2 a**

: consisting of or containing a series of repeated stages, processes, or digits : CYCLIC 〈~ decimals〉 〈a ~ vibration〉  **b** : being a function any value of which recurs at regular intervals  **3** : expressed in or characterized by periodic sentences

**per·iod·ic acid** \,pər-(,)ī-'ä-dik-\ *n* [ISV per- + *iodic*] (1836) : any of the strongly oxidizing acids (as $H_5IO_6$ or $HIO_4$) that are the most highly oxidized acids of iodine

**pe·ri·od·i·cal** \,pir-ē-'ä-di-kəl\ *adj* (1601)  **1** : PERIODIC 1  **2 a** : published with a fixed interval between the issues or numbers  **b** : published in, characteristic of, or connected with a periodical — **pe·ri·od·i·cal·ly** \-k(ə-)lē\ *adv*

**periodical** *n* (1798) : a periodical publication

**periodical cicada** *n* (1890) : SEVENTEEN-YEAR LOCUST

**pe·ri·od·i·cal·ly** \,pir-ē-'ä-di-k(ə-)lē\ *adv* (1646)  **1** : at regular intervals of time  **2** : from time to time : FREQUENTLY

**pe·ri·o·dic·i·ty** \,pir-ē-ə-'di-sə-tē\ *n* (1833) : the quality, state, or fact of being regularly recurrent or having periods

**periodic law** *n* (1872) : a law in chemistry: the elements when arranged in the order of their atomic numbers show a periodic variation of atomic structure and of most of their properties

**periodic sentence** *n* (ca. 1928) : a complex sentence that has no subordinate or trailing elements following its principal clause (as in "yesterday while I was walking down the street, I saw him")

**periodic table** *n* (1895) : an arrangement of chemical elements based on the periodic law

**per·i·odon·tal** \,per-ē-ō-'dän-t'l\ *adj* (1854)  **1** : investing or surrounding a tooth  **2** : of or affecting periodontal tissues or regions 〈~ diseases〉 — **peri·odon·tal·ly** \-t'l-ē\ *adv*

**periodontal membrane** *n* (1899) : the fibrous connective-tissue layer covering the cementum of a tooth and holding it in place in the jawbone

**peri·odon·tics** \-'dän-tiks\ *n pl but sing or pl in constr* [NL *periodontium* periodontal tissue, fr. peri- + Gk *odont-, odous, odōn* tooth — more at TOOTH] (ca. 1944) : a branch of dentistry that deals with diseases of the supporting and investing structures of the teeth including the gums, cementum, periodontal membranes, and alveolar bone — **per·i·odon·tist** \-'dän-tist\ *n*

**peri·odon·ti·tis** \,per-ē-(,)ō-,dän-'tī-təs\ *n* [NL] (1872) : inflammation of the supporting structures of the teeth and esp. the periodontal membrane

**peri·odon·tol·o·gy** \-dän-'tä-lə-jē\ *n* (1914) : PERIODONTICS

**period piece** *n* (1940) : a work (as of literature, art, furniture, cinema, or music) whose special value lies in its evocation of a historical period

**peri·onych·i·um** \,per-ē-ō-'ni-kē-əm\ *n, pl* **-ia** \-kē-ə\ [NL, fr. peri- + Gk *onych-, onyx* nail — more at NAIL] (ca. 1879) : the tissue bordering the root and sides of a fingernail or toenail

**peri·op·er·a·tive** \,per-ē-'ä-p(ə-)rə-tiv, -pə-,rā-\ *adj* (1966) : relating to, occurring in, or being the period around the time of a surgical operation 〈~ morbidity〉 〈~ nursing〉

**peri·os·te·al** \,per-ē-'äs-tē-əl\ *adj* (1830)  **1** : situated around or produced external to bone  **2** : of, relating to, or involving the periosteum

**peri·os·te·um** \-tē-əm\ *n, pl* **-tea** \-tē-ə\ [NL, fr. LL *periosteon*, fr. Gk, neut. of *periosteos* around the bone, fr. peri- + *osteon* bone — more at OSSEOUS] (1597) : the membrane of connective tissue that closely invests all bones except at the articular surfaces

---

## PERIODIC TABLE

This is a common long form of the table. Roman numerals and letters heading the vertical columns indicate the groups. (There are differences of opinion regarding the letter designations, but those given here are probably the most generally used. Also, international standards favor numbering the groups 1–18 from left to right using Arabic numerals, but the designations shown below remain quite common.) The horizontal rows represent the periods, with two series removed from the two very long periods and represented below the main table. Atomic numbers are given above the symbols for the elements. Compare ELEMENT table.

| IA¹ | IIA² | | | | | | | | | | | | IIIA | IVA | VA | VIA | VIIA³ | VIIIA⁴ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | 1 H | 2 He |
| 3 Li | 4 Be | | | | | | | | | | | | 5 B | 6 C | 7 N | 8 O | 9 F | 10 Ne |
| 11 Na | 12 Mg | IIIB | IVB | VB | VIB | VIIB | | VIII | | | IB | IIB | 13 Al | 14 Si | 15 P | 16 S | 17 Cl | 18 Ar |
| 19 K | 20 Ca | 21 Sc | 22 Ti | 23 V | 24 Cr | 25 Mn | 26 Fe | 27 Co | 28 Ni | 29 Cu | 30 Zn | 31 Ga | 32 Ge | 33 As | 34 Se | 35 Br | 36 Kr |
| 37 Rb | 38 Sr* | 39 Y | 40 Zr | 41 Nb | 42 Mo | 43 Tc | 44 Ru | 45 Rh | 46 Pd | 47 Ag | 48 Cd | 49 In | 50 Sn | 51 Sb | 52 Te | 53 I | 54 Xe |
| 55 Cs | 56 Ba | 57 *La | 72 Hf | 73 Ta | 74 W | 75 Re | 76 Os | 77 Ir | 78 Pt | 79 Au | 80 Hg | 81 Tl | 82 Pb | 83 Bi | 84 Po | 85 At | 86 Rn |
| 87 Fr | 88 Ra | 89 #Ac | 104 Rf | 105 Db | 106 Sg | 107 Bh | 108 Hs | 109 Mt | | | | | | | | | | |

| *LANTHANIDE SERIES | 58 Ce | 59 Pr | 60 Nd | 61 Pm | 62 Sm | 63 Eu | 64 Gd | 65 Tb | 66 Dy | 67 Ho | 68 Er | 69 Tm | 70 Yb | 71 Lu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #ACTINIDE SERIES | 90 Th | 91 Pa | 92 U | 93 Np | 94 Pu | 95 Am | 96 Cm | 97 Bk | 98 Cf | 99 Es | 100 Fm | 101 Md | 102 No | 103 Lr |

¹Group IA (excluding hydrogen) comprises the alkali metals.    ³Group VIIA (excluding hydrogen) comprises the halogens.
²Group IIA comprises the alkaline-earth metals.    ⁴Group VIIIA (also called group Zero) comprises the noble gases.

**que·bra·cho** \kā-ˈbrä-(ˌ)chō, ki-\ *n* [AmerSp, alter. of *quiebracha*, fr. Sp *quiebra* it breaks + *hacha* ax] (ca. 1881) **1 a** : any of several trees of southern So. America with hard wood: as **a** : a tree (*Aspidosperma quebracho*) of the dogbane family which occurs chiefly in Argentina and Chile and whose dried bark is used as a respiratory sedative in dyspnea and in asthma **b** : a chiefly Argentine tree (*Schinopsis lorentzii*) of the cashew family with dense wood rich in tannins **2 a** : the wood of a quebracho **b** : a tannin-rich extract of the Argentine quebracho used in tanning leather

**Que·chua** \ˈke-chə-wə, ˈkech-wə\ *n, pl* Quechua *or* Quechuas [Sp, prob. fr. Southern Peruvian Quechua *qhéswa (simi)*, lit., valley speech] (1840) **1** : a family of languages spoken by Indian peoples of Peru, Bolivia, Ecuador, Chile, and Argentina **2 a** : a member of an Indian people of central Peru **b** : a group of peoples forming the dominant element of the Inca Empire — **Que·chu·an** \-wən\ *adj or n*

**que·en** \ˈkwēn\ *n* [ME *quene*, fr. OE *cwēn* woman, wife, queen; akin to Goth *qens* wife, Gk *gynē* woman, Skt *jani*] (bef. 12c) **1 a** : the wife or widow of a king **b** : the wife or widow of a tribal chief **2 a** : a female monarch **b** : a female chieftain **3 a** : a woman eminent in rank, power, or attractions (a *movie* ~) **b** : a goddess or a thing personified as female and having supremacy in a specified realm **c** : an attractive girl or woman; *esp* : a beauty contest winner **4** : the most privileged piece of each color in a set of chessmen having the power to move in any direction across any number of unoccupied squares **5** : a playing card marked with a stylized figure of a queen **6** : the fertile fully developed female of social bees, ants, and termites whose function is to lay eggs **7** : a mature female cat kept *esp.* for breeding **8** *often disparaging* : a male homosexual; *esp* : an effeminate one

**queen** *vt* (1611) **1** : to act like a queen; *esp* : to put on airs — usu. used with *it* (~ *it* over her friends) **2** : to become a queen in chess (the pawn ~*s*) ~ *vi* : to promote (a pawn) to a queen in chess

**Queen Anne** \-ˈan\ *adj* [*Queen Anne* of England] (1863) **1** : of, relating to, or having the characteristics of a style of furniture originating in England under Dutch influence *esp.* during the first half of the 18th century that is marked by extensive use of upholstery, marquetry, and Asian fabrics **2** : of, relating to, or having the characteristics of a style of English building of the early 18th century characterized by modified classic ornament and the use of red brickwork in which even relief ornament is carved

**Queen Anne's lace** *n* (1895) : a widely naturalized Eurasian biennial herb (*Daucus carota*) which has a whitish acrid taproot and flat lacelike clusters of tiny white flowers and from which the cultivated carrot originated — called also *wild carrot*

**queen consort** *n, pl* queens consort (1765) : the wife of a reigning king

**queen·ly** \ˈkwēn-lē\ *adj* queen·li·er; -est (15c) **1** : of, relating to, or befitting a queen **2** : having royal rank **3** : MONARCHICAL — **queen·li·ness** *n* — **queenly** *adv*

**queen mother** *n* (1577) : a queen dowager who is mother of the reigning sovereign

**queen post** *n* (1823) : one of two vertical tie posts in a truss (as of a roof)

**queen regnant** *n, pl* queens regnant (ca. 1639) : a queen reigning in her own right

**Queen's Bench** *n* (1707) : a division of the English superior courts system that hears civil and criminal court cases — used during the reign of a queen

**Queen's Counsel** *n* (1850) : a barrister selected to serve as counsel to the British crown — used during the reign of a queen

**queen-ship** \ˈkwēn-ˌship\ *n* (1536) **1** : the rank, dignity, or state of being a queen **2** : a regal quality like that of a queen

**queen-side** \-ˌsīd\ *n* (1897) : the side of a chessboard containing the file on which the queen sits at the beginning of the game

**queen–size** *adj* (1959) **1** : having dimensions of approximately 60 by 80 inches (about 1.5 by 2.0 meters) — used of a bed; compare FULL-SIZE, KING-SIZE, TWIN-SIZE **2** : of a size that fits a queen-size bed (a ~ sheet)

**queen substance** *n* (1954) : a pheromone secreted by queen bees that is consumed by worker bees and inhibits ovary development

**¹queer** \ˈkwir\ *adj* [origin unknown] (1508) **1 a** : WORTHLESS, COUNTERFEIT (~ money) **b** : QUESTIONABLE, SUSPICIOUS **2 a** : differing in some odd way from what is usual or normal **b** (1) : ECCENTRIC, UNCONVENTIONAL (2) : mildly insane : TOUCHED **c** : absorbed or interested to an extreme or unreasonable degree : OBSESSED **d** (1) *often disparaging* : HOMOSEXUAL (2) *sometimes offensive* : GAY 4b **3** : not quite well — used chiefly with ~*ish* and ~*ish* \~*ish*\ *adj* — **queer·ly** *adv* — **queer·ness** *n*
*usage* Over the past two decades, an important change has occurred in the use of *queer* in sense 2d. The older, strongly pejorative use has certainly not vanished, but a use by some gay people and some academics as a neutral or even positive term has established itself. This development is most noticeable in the adjective but is reflected in the corresponding noun as well. The newer use is sometimes taken to be offensive, *esp.* by older gay men who fostered the acceptance of *gay* in these uses and still have a strong preference for it.

**²queer** *vt* (ca. 1812) **1** : to spoil the effect or success of (~ one's plans) **2** : to put or get into an embarrassing or disadvantageous situation

**³queer** *n* (ca. 1812) : one that is queer; *esp, often disparaging* : HOMOSEXUAL — *usage* see ²QUEER

**queer theory** *n* (1988) : an approach to literary and cultural study that rejects traditional categories of gender and sexuality

**¹quell** \ˈkwel\ *vt* [ME, to kill, quell, fr. OE *cwellan* to kill; akin to OHG *quellen* to torture, kill, *quāla* torment, Lith *gelti* to hurt] (13c) **1** : to thoroughly overwhelm and reduce to submission or passivity (~ a riot) **2** : QUIET, PACIFY (~ fears) — **quell·er** *n*

**²quell** *n* [ME, fr. *quellen* to kill] (15c) **1** *obs* : SLAUGHTER **2** *archaic* : the power of quelling

**quench** \ˈkwench\ *vb* [ME, fr. OE *-cwencan*; akin to OE *-cwincan* to vanish, OFris *quinka*] *vt* (12c) **1 a** : PUT OUT, EXTINGUISH **b** : to put out the light or fire of (~ glowing coals with water) **c** : to cool (as heated metal) suddenly by immersion (as in oil or water) **d** : to cause to lose heat or warmth (you have ~*ed* the warmth of France toward you—Alfred Tennyson) **2 a** : to bring (something immaterial) to an end typically by satisfying, damping, cooling, or decreasing (a rational understanding of the laws of nature can ~ impossible desires —Lucius Garvin) (the praise that ~*es* all desire to read the book —T. S. Eliot) **b** : to terminate by or as if by destroying : ELIMINATE (the Commonwealth party ~*ed* a whole generation of play-acting —Margery Bailey) (~*a* rebellion) **c** : to relieve or satisfy with liquid (~*ed* his thirst at a wayside spring) ~ *vi* **1** : to become extinguished : COOL **2** : to become calm : SUBSIDE — **quench·a·ble** \ˈkwen-chə-bəl\ *adj* — **quench·er** *n* — **quench·less** \-ləs\ *adj*

**que·nelle** \kə-ˈnel\ *n* [F, fr. G *Knödel* dumpling, fr. MHG; akin to OHG *knoto* knot — more at KNOT] (1845) : a poached oval dumpling of pureed forcemeat (as of pike) often served in a cream sauce

**quer·ce·tin** \ˈkwər-sə-tən\ *n* [ISV, fr. L *Quercetum* oak forest, fr. *quercus* oak — more at FIR] (1857) : a yellow crystalline pigment $C_{15}H_{10}O_7$ occurring usu. in the form of glycosides in various plants

**quer·cit·ron** \ˈkwar-ˌsi-trən, ˌkwar-ˈ\ *n* [blend of NL *Quercus* and ISV *citron*] (1794) **1** : a large timber oak (*Quercus velutina*) chiefly of the eastern and central U.S. **2** : the bark of the quercitron that is rich in tannin and a dye containing quercetin; *also* : the dye

**que·rist** \ˈkwir-əst, ˈkwer-\ *n* [L *quaerere* to ask] (1633) : one who inquires

**quern** \ˈkwərn\ *n* [ME, fr. OE *cweorn*; akin to OHG *quirn* hand mill, OCS *žrŭny*] (bef. 12c) : a primitive hand mill for grinding grain

**quer·u·lous** \ˈkwer-(y)ə-ləs, -a-ləs *also* ˈkwir-\ *adj* [ME *querelose*, fr. L *querulus*, fr. *queri* to complain] (15c) **1** : habitually complaining **2** : FRETFUL, WHINING (a ~ voice) — **quer·u·lous·ly** *adv* — **quer·u·lous·ness** *n*

**que·ry** \ˈkwir-ē, ˈkwer-\ *n, pl* queries [alter. of earlier *quere*, fr. L *quaere*, imper. of *quaerere* to ask, fr. L *quaerere*] (ca. 1635) **1** : QUESTION, INQUIRY **2** : a question in the mind : DOUBT **3** : QUESTION MARK 2

**²query** *vi* que·ried; que·ry·ing (1654) **1** : to ask questions of *esp.* with a desire for authoritative information **2** : to ask questions about *esp.* in order to resolve a doubt **3** : to put as a question **4** : to mark with a query *syn* see ASK — **que·ri·er** *n*

**que·sa·dil·la** \ˌkā-sə-ˈdē-ə *also* -ˌthē-* or* -ˈthel-yə\ *n* [MexSp, fr. Sp, cheese pastry, dim. of *quesada*, fr. *queso* cheese, fr. L *caseus*] (1935) : a tortilla filled with a savory mixture, folded, and usu. fried

**¹quest** \ˈkwest\ *n* [ME, fr. AF *queste*, VL **quaesta*, fr. L, fem. of *quaestus*, pp. of *quaerere*] (14c) **1 a** : a jury of inquest **b** : INVESTIGATION **2** : an act or instance of seeking : a PURSUIT, SEARCH **b** : a chivalrous enterprise in medieval romance usu. involving an adventurous journey **3** *obs* : a person or group of persons who search or make inquiry

**²quest** *vi* (14c) **1** *of a dog* **a** : to search a trail **b** : BAY **2** : to go on a quest ~ *vt* **1** : to search for **2** : to ask for — **quest·er** *n*

**ques·tion** \ˈkwes-chən, ˈkwesh-\ *n* [ME, fr. AF, fr. L *question-, questio*, fr. *quaerere* to seek, ask] (14c) **1 a** (1) : an interrogative expression often used to test knowledge (2) : an interrogative sentence or clause **b** : a subject or aspect in dispute or open for discussion : ISSUE; *broadly* : PROBLEM, MATTER **c** (1) : a subject or point of debate or a proposition to be voted on in a meeting (2) : the bringing of such to a vote **d** : the specific point at issue **2 a** : an act or instance of asking : INQUIRY **b** : INTERROGATION; *also* : a judicial or official investigation **c** : torture as part of an examination **d** (1) : OBJECTION, DISPUTE (true beyond ~) (2) : room for doubt or objection (little ~ of his skill) (3) : CHANCE, POSSIBILITY (no ~ of escape)

**²question** *vt* (15c) **1** : to ask a question of or about **2** : to interrogate intensively : CROSS-EXAMINE **3** : DOUBT, DISPUTE **b** : to subject to analysis : EXAMINE ~ *vi* **1** : to ask questions : INQUIRE *syn* see ASK — **ques·tion·er** *n*

**ques·tion·able** \ˈkwes-chə-nə-bəl, ˈkwesh-\ *adj, in rapid speech* \ˈkwesh-nə-\ *adj* (1580) **1** *obs* : inviting inquiry **2** *obs* : liable to judicial inquiry or action **3** : affording reason for being doubted, questioned, or challenged : not certain or exact : PROBLEMATIC (*milk* of ~ purity) (a ~ decision) **4** : attended by well-grounded suspicion of being immoral, crude, false, or unsound : DUBIOUS (~ motives) *syn* see DOUBTFUL — **ques·tion·able·ness** *n* — **ques·tion·ably** \-blē\ *adv*

**ques·tion·ary** \ˈkwes-chə-ˌner-ē, ˈkwesh-\ *n, pl* -ar·ies (1887) : QUESTIONNAIRE

**ques·tion·less** \ˈkwes-chən-ləs, ˈkwesh-\ *adj* (1532) **1** : INDUBITABLE, UNQUESTIONABLE **2** : UNQUESTIONING

**question mark** *n* (1869) **1 a** : something unknown, unknowable, or uncertain **b** : someone (as an athlete) whose condition, talent, or potential for success is in doubt **2** : a mark ? used in writing and printing at the conclusion of a sentence to indicate a direct question

**ques·tion·naire** \ˌkwes-chə-ˈner, ˌkwesh-\ *n* [F, fr. *questionner* to question, fr. MF, fr. *question*, n.] (1899) **1** : a set of questions for obtaining statistically useful or personal information from individuals **2** : a written or printed questionnaire often with spaces for answers **3** : a survey made by the use of a questionnaire

**question time** *n* (1884) : a period in a session of a British parliamentary body during which members may put questions to ministers on matters concerning their departments

**questor** *var of* QUAESTOR

**quet·zal** \ket-ˈsäl, -ˈzäl\ *n, pl* quetzals *or* quet·za·les \-ˈsä-(ˌ)läs, -ˈzä-\ [AmerSp, fr. Nahuatl *quetzalli* tail coverts of the quetzal] (1827) **1** : a Central American trogon (*Pharomachrus mocinno*) that has brilliant green plumage above, a red breast, and in the male long upper tail coverts **2** *pl* quetzales — see MONEY table

**Quet·zal·co·a·tl** \ˌkwet-səl-kə-ˈwä-t*ʾl, ket-, -sal-kwä-, ket-ˌsäl-, -ˌsäl-\ *n* [Nahuatl *Quetzalcōātl*] (1578) : a chief Toltec and Aztec god identified with the wind and air and represented by a feathered serpent

**¹queue** \ˈkyü\ *n* [F, lit., tail, fr. OF *cue, coe*, L *cauda, coda*] (1748) **1** : a braid of hair usu. worn hanging at the back of the head **2** : a waiting line esp. of persons or vehicles **3** : a sequence of messages or jobs held in temporary storage awaiting transmission or processing **4** : a data structure that consists of a list of records such that records are added at one end and removed from the other end

**²queue** *vb* queued; queu·ing *or* queue·ing *vi* (1777) : to arrange or form in a queue ~ *vi* : to line up or wait in a queue — often used with *up* — **queu·er** *n*

**rend** \'rend\ vb **rent** \'rent\ also **rend-ed** \'ren-dad\; **rend-ing** [ME, fr. OE rendan; akin to OFris renda to tear and perh. to Skt randhra hole] vt (bef. 12c) 1 : to remove from place by violence : WREST 2 : to split or tear apart or in pieces by violence 3 : to tear (the hair or clothing) as a sign of anger, grief, or despair 4 a : to lacerate mentally or emotionally b : to pierce with sound c : to divide (as a nation) into contesting factions ~ vi 1 : to perform an act of tearing or splitting 2 : to become torn or split  syn see TEAR

**ren-der** \'ren-dar\ vb **-dered; -der-ing** \-d(ǝ)-riŋ\ [ME rendren, fr. AF rendre to give back, surrender, fr. VL *rendere, alter. of L reddere, partly fr. re- + dare to give & partly fr. re- + dare to put — more at DATE, DO] vt (14c) 1 a : to melt down (~ suet); also : to extract by melting (~ lard) b : to treat so as to convert into industrial fats and oils or fertilizer 2 a : to transmit to another : DELIVER b : GIVE UP, YIELD c : to furnish for consideration, approval, or information: as (1) : to hand down (a legal judgment) (2) : to agree on and report (a verdict) 3 a : to give in return or retribution b ((1) : GIVE BACK, RE-STORE (2) : REFLECT, ECHO c : to give in acknowledgment of dependence or obligation : PAY d : to do (a service) for another 4 a (1) : to cause to be or become : MAKE (consngh rainfall . . . to ~ irrigation unnecessary —P. E. James) (~ed him helpless) (2) : IMPART b (1) : to reproduce or represent by artistic or verbal means : DEPICT (2) : to give a performance of (3) : to produce a copy or version of (the documents are ~ed in the original French) (4) : to execute the motions of (~ a salute) c : TRANSLATE 5 : to direct the execution of : AD-MINISTER (~ justice) 6 : to apply a coat of plaster or cement directly to ~ vi 1 : to give recompense — **ren-der-able** \-d(ǝ)-ra-bal\ adj — **ren-der-er** \-dǝr-ǝr\ n

²**render** (1647) : a return esp. in goods or services due from a feudal tenant to his lord

¹**ren-dez-vous** \'rän-di-,vü, -dä-\ n, pl **ren-dez-vous** \-,vüz\ [MF, fr. rendez vous present yourselves] (1582) 1 a : a place appointed for assembling or meeting  b : a place of popular resort : HAUNT 2 : a meeting at an appointed place and time 3 : the process of bringing two spacecraft together

²**rendezvous** vb **-voused** \-,vüd\; **-vous-ing** \-,vü-iŋ\; **-vous-es** \-,vüz\ vi (1645) : to come together at a rendezvous ~ vt 1 : to bring together at a rendezvous 2 : to meet at a rendezvous

**ren-di-tion** \ren-'di-shan\ n (abes. F, fr. MF, alter. of reddition, fr. LL reddition-, redditio, fr. L reddere to return] (1601) : the act or result of rendering: as a : SURRENDER b : TRANSLATION c : PERFOR-MANCE, INTERPRETATION

**ren-dzi-na** \ren-'jē-nǝ\ n [Pol rędzina rich limy soil] (1922) : any of a group of dark grayish-brown intrazonal soils developed in grassy regions of high to moderate humidity from soft calcareous marl or chalk

¹**ren-e-gade** \'re-ni-,gād\ n [Sp renegado, fr. ML renegatus, fr. pp. of renegare to deny, fr. L re- + negare to deny — more at NEGATE] (1583) 1 : a deserter from one faith, cause, or allegiance to another 2 : an individual who rejects lawful or conventional behavior

²**renegade** vi **-gad-ed; -gad-ing** (ca. 1611) : to become a renegade

**ren-e-ga-do** \-dō\ archaic var of RENEGADE

**re-nege** \ri-'neg also -'nāg, -'nēg; rē-\ vb **re-neged; re-neg-ing** [ML renegare] vi (1548) : DENY, RENOUNCE ~ vi 1 obs : to make a denial 2 : REVOKE 3 : to go back on a promise or commitment — **re-neg-er** n

**re-ne-go-tia-ble** \,rē-ni-'gō-sh(ē-)ǝ-bal\ adj (1943) : subject to renegotiation (~ mortgages) (~ rates)

**re-ne-go-ti-ate** \,rē-ni-'gō-shē-,āt\ vt (ca. 1934) : to negotiate again (as to adjust interest rates or repayments or to get more money) (~ a loan) (~ a contract) — **re-ne-go-ti-a-tion** \,rē-ni-,gō-shē-'ā-shan, -sē-'ā-\ n

**re-new** \ri-'nü, -'nyü\ vt (14c) 1 : to make like new : restore to freshness, vigor, or perfection (as we ~ our strength in sleep) 2 : to make new spiritually : REGENERATE 3 a : to restore to existence : REVIVE b : to make extensive changes in : REBUILD 4 : to do again : REPEAT 5 : to begin again : RESUME 6 : REPLACE, REPLENISH (~ water in a tank) 7 a : to grant or obtain an extension of or on (~ a license) b : to grant or obtain an extension on the loan of (~ a library book) ~ vi 1 : to become new or as new 2 : to begin again : RESUME 3 : to make a renewal (as of a lease) — **re-new-er** n

**syn** RENEW, RESTORE, REFRESH, RENOVATE, REJUVENATE mean to make like new. RENEW implies a restoration of what had become faded or disintegrated so that it seems like new (efforts to renew the splendor of the old castle). RESTORE implies a return to an original state after depletion or loss (restored a fine piece of furniture). RE-FRESH implies the supplying of something necessary to restore lost strength, animation, or power (a refreshing drink). RENOVATE suggests a renewing by cleaning, repairing, or rebuilding (the apartment has been entirely renovated). REJUVENATE suggests the restoration of youthful vigor, powers, or appearance (the change in jobs rejuvenated her spirits).

**re-new-able** \-'nü-ǝ-bal, -'nyü-\ adj (1727) 1 : capable of being renewed (~ contracts) 2 : capable of being replaced by natural ecological cycles or sound management practices (~ resources) — **re-new-abil-i-ty** \-,nü-ǝ-'bi-lǝ-tē, -,nyü-\ n — **renewable** n — **re-new-ably** \-'nü-ǝ-blē, -'nyü-\ adv

**re-new-al** \ri-'nü-ǝl, -'nyü-\ n (ca. 1686) 1 : the act or process of renewing : REPETITION 2 : the quality or state of being renewed 3 : something (as a subscription to a magazine) renewed 4 : something used for renewing; specif : an expenditure that betters existing fixed assets 5 : the rebuilding of a large area (as of a city) by a public authority

**reni-** or **reno-** comb form [L renes kidneys] : kidney (reniform)

**re-ni-form** \'re-nǝ-,form, 're-\ adj [NL reniformis, fr. reni- + -formis -form] (ca. 1753) : suggesting a kidney in outline (a ~ nucleus of a cell) — see LEAF illustration

**re-nin** \'rē-nǝn, 're-\ n [ISV, fr. L renes] (1906) : a proteolytic enzyme of the kidney that plays a major role in the release of angiotensin

**re-ni-ten-cy** \'re-nǝ-tan(t)-sē, 'ri-'ni-t'n(t)-\ n (1613) : RESISTANCE, OP-POSITION

**re-ni-tent** \'re-nǝ-tant, ri-'ni-t'nt\ adj [F or L; F rénitent, fr. L renitent-, renitens, prp. of reniti to resist, fr. re- + niti to strive — more at NISUS]

(1701) 1 : resisting physical pressure 2 : resisting constraint or compulsion : RECALCITRANT

**ren-min-bi** \'ren-'min-'bē\ n pl [Chin (Beijing) rénmínbì, fr. rénmín people + bi currency] (1957) : the currency of the People's Republic of China consisting of yuan

**ren-net** \'re-nǝt\ n [ME, fr. (assumed) OE rynet; akin to OE gerennan, fr. ge- together + *rennan to cause to run; akin to OHG rennen to cause to run, OE rinnan to run — more at CO-, RUN] (15c) 1 a : the contents of the stomach of an unweaned animal and esp. a calf b : the lining membrane of a stomach or one of its compartments (as the fourth of a ruminant) used for curdling milk; also : a preparation of the stomach of animals used for this purpose 2 a : RENNIN b : a substitute for rennin

**ren-nin** \'re-nǝn\ n [rennet + -in] (1897) : an enzyme that coagulates milk and is used in making cheese and junkets; esp : one from the mucous membrane of the stomach of a calf

**re-no-gram** \'rē-nǝ-,gram\ n (1952) : a photographic depiction of the course of renal excretion of a radiolabeled substance — **re-no-graph-ic** \,rē-nǝ-'gra-fik\ adj — **re-nog-ra-phy** \rē-'nä-grǝ-fē\ n

**re-nom-i-nate** \(,)rē-'nä-mǝ-,nāt\ vt (1864) : to nominate again esp. for a succeeding term — **re-nom-i-na-tion** \(,)rē-,nä-mǝ-'nā-shan\ n

**re-nounce** \ri-'nau̇n(t)s\ vb **re-nounced; re-nounc-ing** [ME, fr. AF renuncer, fr. L renuntiare, fr. re- + nuntiare to report, fr. nuntius messenger] vt (14c) 1 : to give up, refuse, or resign usu. by formal declaration (~ his errors) 2 : to refuse to follow, obey, or recognize any further : REPUDIATE (~ the authority of the church) ~ vi 1 : to make a renunciation 2 : to fail to follow suit in a card game  syn see ABDI-CATE, ABJURE — **re-nounce-ment** \-'nau̇n(t)s-mant\ n — **re-nounc-er** n

**re-no-vas-cu-lar** \,rē-nō-'vas-kyǝ-lar\ adj (1961) : of, relating to, or involving the blood vessels of the kidneys (~ hypertension)

¹**re-no-vate** \'re-nǝ-,vāt\ vt **-vat-ed; -vat-ing** [L renovatus, pp. of renovare, fr. re- + novare to make new, fr. novus new — more at NEW] (ca. 1522) 1 : to restore to a former better state (as by cleaning, repairing, or rebuilding) 2 : to restore to life, vigor, or activity : REVIVE (the church was renovated by a new ecumenical spirit)  syn see RENEW — **ren-o-va-tion** \,re-nǝ-'vā-shan\ n — **ren-o-va-tive** \'re-nǝ-,vā-tiv\ adj — **ren-o-va-tor** \-,vā-tar\ n

²**renown** \ri-'nau̇n\ n [ME renoun, fr. AF renum, renoun, fr. renomer to report, speak of, fr. re- + nomer to name, fr. L nominare, fr. nomin-, nomen name — more at NAME] (14c) 1 : a state of being widely acclaimed and highly honored : FAME 2 obs : REPORT, RUMOR

**re-nowned** \-'nau̇nd\ adj (14c) : having renown : CELEBRATED  syn see FAMOUS

¹**rent** \'rent\ n [ME rente, fr. AF, payment, income, fr. VL *rendita, fr. fem. of *renditus, pp. of *rendere to yield — more at RENDER] (12c) 1 : property (as a house) rented or for rent 2 a : a usu. fixed periodical return made by a tenant or occupant of property to the owner for the possession and use thereof; esp : an agreed sum paid at fixed intervals by a tenant to the landlord b : the amount paid by a hirer of personal property to the owner for the use thereof 3 a : the portion of the income of an economy (as of a nation) attributable to land as a factor of production in addition to capital and labor b : ECONOMIC RENT — for rent : available for use or service in return for payment

²**rent** vi (15c) 1 : to grant the possession and enjoyment of in exchange for rent 2 : to take and hold under an agreement to pay rent ~ vi 1 : to be for rent 2 a : to obtain the possession and use of a place or article in exchange for rent b : to allow the possession and use of property in exchange for rent  syn see HIRE — **rent-abil-i-ty** \,ren-tǝ-'bi-lǝ-tē\ n — **rent-able** \'ren-tǝ-bal\ adj

³**rent** past and past part of REND

⁴**rent** n [E dial. rent to rend, fr. ME, alter. of renden — more at REND] (1535) 1 : an opening made by or as if by rending 2 : a split in a party or organized group : SCHISM 3 : an act or instance of rending

**rent-a-car** \'ren-tǝ-,kär\ n (1935) : a rented car

**rent-a-cop** n (1971) often disparaging : a security worker (as a guard) who is not a police officer

¹**rent-al** \'ren-t'l\ n (14c) 1 : an amount paid or collected as rent 2 : something that is rented 3 : an act of renting 4 : a business that rents something

²**rental** adj (15c) 1 a : of or relating to rent  b : available for rent 2 : dealing in rental property (~ agency)

**rental library** n (1928) : a commercially operated library (as in a store) that lends books at a fixed charge per book per day — called also lending library

**rent control** n (1931) : government regulation of the amount charged as rent for housing and often also of eviction — **rent-controlled** adj

**rente** \'rä⁼n(t)\ n [F] (1873) : a government security (as in France) paying interest; also : the interest paid

**rent-er** \'ren-tǝr\ n (1655) : one that rents; specif : the lessee or tenant of property

**ren-tier** \rä⁼n-'tyā\ n [F, fr. OF, fr. rente] (ca. 1847) : a person who lives on income from property or securities

**rent strike** n (1966) : a refusal by a group of tenants to pay rent (as in protest against high rates)

**re-nun-ci-a-tion** \ri-,nǝn(t)-sē-'ā-shan\ n [ME renunciacion, fr. AF, fr. L renuntiation-, renuntiatio, fr. renuntiare to renounce] (14c) : the act or practice of renouncing : REPUDIATION; specif : ascetic self-denial — **re-nun-ci-a-tive** \ri-'nǝn(t)-sē-,ā-tiv\ adj — **re-nun-ci-a-to-ry** \-sē-ǝ-,tor-ē\ adj

**re-of-fer** \(,)rē-'ȯ-fǝr, -'ä-\ vt (1920) : to offer (a security issue) for public sale

**re-open** \(,)rē-'ō-pǝn, -'ō-p'm\ vt (1733) 1 : to open again 2 : to take up again : RESUME (~ discussion) 3 : to resume discussion or consideration of (~ a contract) 4 : to begin again ~ vi : to open again (school ~s in September)

**re-or-der** \(,)rē-'ȯr-dǝr\ vt (1650) 1 : to arrange in a different way 2 : to give a reorder for ~ vi : to place a reorder

²**reorder** n (1901) : an order like a previous order placed with the same supplier

**re-or-ga-ni-za-tion** \(,)rē-,ȯr-gǝ-nǝ-'zā-shan, -,org-nǝ-\ n (1813) : the act or process of reorganizing : the state of being reorganized; esp : the

[right margin text partially cut off and illegible]

(ev) vi 1 : SEPARATE, WITHDRAW  2 : to practice or enforce a policy of segregation  3 : to undergo genetic segregation — seg·re·ga·tive \-ˌgā-tiv\ adj

seg·re·gate \ˈse-gri-ˌgāt, -gət\ n (1871) : one that is in some respect separate — seg·re·gate \ˈse-gri-gət\ adj : one that differs genetically from the parental line because of genetic segregation

seg·re·gat·ed adj (1652)  1 a : set apart or separated from others of the same kind or group (a ~ account in a bank)  b : divided in facilities and administered separately for members of different groups or races (~ education)  c : restricted to members of one group or one race by a policy of segregation (~ schools)  2 : practicing or maintaining segregation esp. of races (~ states)

seg·re·ga·tion \ˌse-gri-ˈgā-shən\ n (1555)  1 : the act or process of segregating : the state of being segregated  2 a : the separation or isolation of a race, class, or ethnic group by enforced or voluntary residence in a restricted area, by barriers to social intercourse, by separate educational facilities, or by other discriminatory means  b : the separation for special treatment or observation of individuals or items from a larger group (~ of gifted children into accelerated classes)  3 : the separation of allelic genes that occurs typically during meiosis — seg·re·ga·tion·ist \-sh(ə-)nist\ n (1913) : a person who believes in or practices segregation esp. of races — segregationist adj

se·gue \ˈse-(ˌ)gwā, ˈsā-\ vb imper [It, there follows, fr. seguire to follow, fr. L sequi — more at SUE] (ca. 1740)  1 : proceed to what follows without pause — used as a direction in music  2 : perform the music that follows like that which has preceded — used as a direction in music — segue vi

se·gue vi seg·ued; se·gue·ing (ca. 1913)  1 : to proceed without pause from one musical number or theme to another  2 : to make a transition without interruption from one activity, topic, scene, or part to another (segued smoothly into the next story)

se·gue n (ca. 1937) : the act or an instance of segueing

se·gui·dil·la \ˌse-gə-ˈdē-yə, -ˈdēl-yə\ n [Sp, dim. of seguida, a dance, lit., sequence, fr. seguido, pp. of seguir to follow, fr. L sequi] (1763)  1 a : a Spanish dance with many regional variations  b : the music for such a dance  2 : a Spanish stanza of four or seven short partly assonant verses

sei·cen·to \sā-ˈchen-(ˌ)tō n [It, lit., six-hundred, fr. sei six (fr. L sex) + cento hundred — more at SIX, CINQUECENTO] (ca. 1902) : the 17th century; specif : the 17th century period in Italian literature and art

seiche \ˈsāsh, ˈsēch\ n [F] (ca. 1839) : an oscillation of the surface of a landlocked body of water (as a lake) that varies in period from a few minutes to several hours

seid·el \ˈsī-dᵊl, ˈzī-\ n [G, fr. MHG sīdel, fr. L situla bucket] (1908) : a large glass for beer

Seid·litz powders \ˈsed-ləts-\ n pl [Sedlitz (Sedlčany), village in Bohemia, fr. the similarity of their effect to that of the water of the village] (1815) : effervescing salts consisting of one powder of sodium bicarbonate and Rochelle salt and another of tartaric acid that are mixed in water and drunk as a mild cathartic

sei·gneur \sān-ˈyər\ n, often cap [MF, fr. ML senior, fr. L adj., elder — more at SENIOR] (1592)  1 : a man of rank or authority; esp : the feudal lord of a manor  2 : a member of the landed gentry of Canada — sei·gneur·i·al \-ˈyər-ē-əl, -ˈyər-\ adj (1656) : of, relating to, or befitting a seigneur

sei·gneury \ˈsān-yə-rē\ n, pl -gneur·ies (1630)  1 a : the territory under the government of a feudal lord  b : a landed estate held in Canada by feudal tenure until 1854  2 : the manor house of a Canadian seigneur

sei·gnior \ˈsān-ˌyòr, ˈsān-\ n [ME seynnour, fr. AF seignur, fr. ML seignior] (15c) : SEIGNEUR I

sei·gnior·age or sei·gnor·age \ˈsān-yə-rij\ n [ME seigneurage, fr. AF seignurage right of the lord (esp. to coin money), fr. seignur] (15c) : a government revenue from the manufacture of coins calculated as the difference between the face value and the metal value of the coins

sei·gniory or sei·gnory \ˈsān-yə-rē\ n, pl -gnior·ies or -gnor·ies (14c.)  1 : LORDSHIP, DOMINION; specif : the power or authority of a feudal lord  2 : the territory over which a lord holds jurisdiction

sei·gnor·i·al \sān-ˈyòr-ē-əl\ adj (1796) : of, relating to, or befitting a seignior : MANORIAL

seine \ˈsān\ n [ME, fr. OE segne, fr. L sagena, fr. Gk sagēnē] (bef. 12c) : a large net with sinkers on one edge and floats on the other that hangs vertically in the water and is used to enclose and catch fish when its ends are pulled together or are drawn ashore

seine vb seined; sein·ing vi (1836) : to fish with or catch fish with a seine ~ vt : to fish for or in with a seine

sei·zin also sei·sin \ˈsē-zᵊn\ n [ME seisine, fr. AF, fr. seisir to seize — more at SEIZE] (14c)  1 : the possession of land or chattels  2 : the possession of a freehold estate in land by one having title thereto

seis·mic \ˈsīz-mik, ˈsīs-\ adj [Gk seismos shock, earthquake, fr. seiein to shake; prob. akin to Av thwaeshō fear] (1858)  1 : of, relating to, or caused by an earthquake; also : of or relating to an earth vibration produced by something else (as an explosion or the impact of a meteorite)  2 : of or relating to a vibration on a celestial body (as the moon) comparable to a seismic event on earth  3 : having a strong or widespread impact : EARTHSHAKING (~ social changes) — seis·mi·cal·ly \-mi-k(ə-)lē\ adv

seis·mic·i·ty \sīz-ˈmi-sə-tē, sīs-\ n (1902) : the relative frequency and distribution of earthquakes

seismo- comb form [Gk, fr. seismos] : earthquake : vibration (seismometer)

seis·mo·gram \ˈsīz-mə-ˌgram, ˈsīs-\ n [ISV] (ca. 1891) : the record of an earth tremor by a seismograph

seis·mo·graph \-ˌgraf\ n [ISV] (1858) : an apparatus to measure and record vibrations within the earth and of the ground — seis·mog·ra·pher \sīz-ˈmä-grə-fər, sīs-\ n — seis·mo·graph·ic \ˌsīz-mə-ˈgra-fik, ˌsīs-\ adj — seis·mog·ra·phy \sīz-ˈmä-grə-fē, sīs-\ n

seis·mol·o·gy \sīz-ˈmä-lə-jē, sīs-\ n [ISV] (1858) : a science that deals with earthquakes and with artificially produced vibrations of the earth — seis·mo·log·i·cal \ˌsīz-mə-ˈlä-ji-kəl, -ˈläj-i-\ adj; also seis·mo·log·ic \-ik\ — seis·mol·o·gist \sīz-ˈmä-lə-jist, sīs-\ n

seis·mom·e·ter \sīz-ˈmä-mə-tər, sīs-\ n (1841) : a seismograph measuring the actual movements of the ground (as on the earth or the moon) — seis·mo·met·ric \ˌsīz-mə-ˈme-trik, ˌsīs-\ adj

seis·mom·e·try \sīz-ˈmä-mə-trē, sīs-\ n [ISV] (1858) : the scientific study of earthquakes

sei whale \ˈsā-, ˈsī-\ n [part trans. of Norw seihval, fr. sei coalfish + hval whale] (1912) : a widely distributed dark gray baleen whale (Balaenoptera borealis) that has a ridge on the top of the head and may reach a length of nearly 60 feet (18 meters) — called also sei

seize \ˈsēz\ vb seized; seiz·ing [ME saisen, fr. AF seisir, fr. ML sacire, of Gmc origin; perh. akin to OHG sezzen to set — more at SET] vt (14c)  1 a also seise \ˈsēz\ : to vest ownership of a freehold estate in  b often seise : to put in possession of something (the biographer will be seized of all pertinent papers)  2 a : to take possession of : CONFISCATE  b : to take possession of by legal process  3 a : to possess or take by force : CAPTURE  b : to take prisoner : ARREST  4 a : to take hold of : CLUTCH  b : to possess oneself of : GRASP  c : to understand fully and distinctly : APPREHEND  5 a : to attack or overwhelm physically : AFFLICT (suddenly seized with an acute illness —H. G. Armstrong)  b : to possess (as one's mind) completely or overwhelmingly (seized the popular imagination —Basil Davenport)  6 : to bind or fasten together with a lashing of small stuff (as yarn, marline, or fine wire) ~ vi  1 : to take or lay hold suddenly or forcibly  2 : to cohere to a relatively moving part through excessive pressure, temperature, or friction — used esp. of machine parts (as bearings, brakes, or pistons)  3 : to fail to operate due to the seizing of a part — used of an engine  syn see TAKE — seiz·er n

seiz·ing n (14c)  1 a : the cord or lashing used in binding or fastening  b : the fastening so made — see KNOT illustration  2 : the operation of fastening together or lashing with tarred small stuff

sei·zure \ˈsē-zhər\ n (15c)  1 a : the act, action, or process of seizing : the state of being seized  b : the taking possession of person or property by legal process  2 a : a sudden attack (as of disease); esp : the physical manifestations (as convulsions, sensory disturbances, or loss of consciousness) resulting from abnormal electrical discharges in the brain (as in epilepsy)  b : an abnormal electrical discharge in the brain

se·jant \ˈsē-jənt\ adj [modif. of MF seant, prop. of seoir to sit, fr. L sedēre — more at SIT] (ca. 1500) : SITTING — used of a heraldic animal

¹sel \ˈsel\ chiefly Scot var of SELF

²sel abbr select; selected; selection

se·la·chi·an \sə-ˈlā-kē-ən\ n [ultim. fr. Gk selachos cartilaginous fish + phosphorescent fish; akin to Gk selas brightness] (1835) : any of a variously classified group (Selachii) of cartilaginous fishes that includes the existing sharks and typically most related elasmobranchs (as rays) — se·la·chi·an adj

se·la·gi·nel·la \sə-ˌla-jə-ˈne-lə\ n [NL, fr. L selagin-, selago, a plant resembling the savin] (1891) : any of a genus (Selaginella) of mosslike lower tracheophytes that are related to or grouped with the club mosses and have scalelike leaves and produce one-celled sporangia containing both megaspores and microspores

se·lah \ˈsē-lə, -ˌlä\ interj [Heb selāh] (ca. 1530) : a term of uncertain meaning found in the Hebrew text of the Psalms and Habakkuk carried over untranslated into some English versions

sel·couth \ˈsel-ˌküth\ adj [ME, fr. OE seldcūth, fr. seldan seldom + cūth known — more at UNCOUTH (bef. 12c) archaic : UNUSUAL, STRANGE

¹sel·dom \ˈsel-dəm\ adv [ME, fr. OE seldan; akin to OHG seltan seldom] (bef. 12c) : in few instances : RARELY, INFREQUENTLY

²seldom adj (13c) : RARE, INFREQUENT

¹se·lect \si-ˈlekt\ adj [L selectus, pp. of seligere to select, fr. se- apart (fr. sed, se without) + legere to gather, select — more at SUICIDE, LEGEND] (1565)  1 : chosen from a number or group by fitness or preference  2 a : of special value or excellence : SUPERIOR, CHOICE  b : exclusively or fastidiously chosen with regard to social, economic, or cultural characteristics  3 : judicious or restrictive in choice : DISCRIMINATING (pleased with the ~ appreciation of his books —Osbert Sitwell) — se·lect·able \si-ˈlek-tə-bəl\ adj — se·lect·ness \-ˈlek(t)-nəs\ n — se·lec·tor \si-ˈlek-tər\ n

²select n (1566) : to choose (as by fitness or excellence) from a number or group : pick out ~ vi : to make a choice

³select n (1610) : one that is select — often used in pl.

se·lect·ed \si-ˈlek-təd\ adj (1590) : SELECT; specif : of a higher grade or quality than the ordinary

se·lect·ee \sə-ˌlek-ˈtē\ n (1940)  1 : a person inducted into military service under selective service  2 : a person who is chosen from a group by fitness or preference

se·lec·tion \sə-ˈlek-shən\ n (ca. 1623)  1 : the act or process of selecting : the state of being selected  2 : one that is selected : CHOICE; also : a collection of selected things  3 : a natural or artificial process that results or tends to result in the survival and propagation of some individuals or organisms but not of others with the result that the inherited traits of the survivors are perpetuated — compare DARWINISM, NATURAL SELECTION  syn see CHOICE

se·lec·tion·ist \-sh(ə-)nist\ n (1892) : one who considers natural selection a fundamental factor in evolution — selectionist adj

se·lec·tive \sə-ˈlek-tiv\ adj (1625)  1 : of, relating to, or characterized by selection : selecting or tending to select  2 : highly specific in activity or effect (~ pesticides) (~ absorption) — se·lec·tive·ly adv — se·lec·tive·ness n — se·lec·tiv·i·ty \sə-ˌlek-ˈti-və-tē, sē-\ n

selective serotonin reuptake inhibitor n (1987) : SSRI

selective service n (1917) : a system under which men are called up for military service : DRAFT

se·lect·man \si-ˈlek(t)-ˌman, -ˈlek(t)-ˈman, -ˈlek(t)-mən; ˈsē-ˌlek(t)-ˌman\ n (1635) : one of a board of officials elected in towns of all New England states except Rhode Island to serve as the chief administrative authority of the town

selen- or seleno- comb form [L selen-, fr. Gk selēn-, fr. selēnē moon; at SELENIUM] : moon (selenium) (selenology)

\ə\ abut \ᵊ\ kitten, F table \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job \ŋ\ sing  \ō\ go  \ò\ law  \ò̇i\ boy  \th\ thin  \t̶h̶\ the  \ü\ loot  \u̇\ foot \y\ yet  \zh\ vision, beige  \k, ⁿ, œ, ᵜ, ᵫ\ see Guide to Pronunciation

**1198**  specialized • spectrometer

end or use (*specialized* their study) ~ *vi* **1** : to concentrate one's efforts in a special activity, field, or practice   **2** : to undergo specialization; *esp* : to change adaptively

**specialized** *adj* (1853)   **1** : characterized by or exhibiting biological specialization; *esp* **1** : highly differentiated esp. in a particular direction or for a particular area   **2** : designed, trained, or fitted for one particular purpose or occupation (~ personnel)

**Special K** *n* (1987) : the anesthetic ketamine used illicitly usu. by being inhaled in powdered form esp. for the dreamlike or hallucinogenic state it produces

**spe-cial-ly** \'spe-sh(ə-)lē\ *adv* (14c)   **1** : in a special manner (treated her friends~)   **2 a** : for a special purpose (dresses made ~ for the occasion)   **b** : in particular : SPECIFICALLY (made ~ for you)   **3** : ESPECIALLY 2 (makes a ~ fine curry) (was ~ pleased with the gift)

**special master** *n* (1953) : MASTER 4b

**special needs** *n pl* (1915) : the individual requirements (as for education) of a person with a disadvantaged background or a mental, emotional, or physical disability or a high risk of developing one — **special-needs** *adj*

**special pleading** *n* (1684)   **1** : the allegation of special or new matter to offset the effect of matter pleaded by the opposite side and admitted, as distinguished from a direct denial of the matter pleaded   **2** : misleading argument that presents one point or phase as if it covered the entire question at issue

**special relativity** *n* (1937) : RELATIVITY 3a

**special theory of relativity** (1920) : RELATIVITY 3a

**spe-cial-ty** \'spe-shəl-tē\ *n, pl* **-ties** *often attrib* [ME *specialte*, fr. AF *especialté*, fr. LL *specialitat-, specialitas*, fr. L *specialis* special] (15c)   **1** : a distinctive mark or quality   **2 a** : a special object or class of objects: (as   (1) : a legal agreement embodied in a sealed instrument   (2) : a product of a special kind or of special excellence (fried chicken is my ~)   **b** : the state of being special, distinctive, or peculiar   **3** : something in which one specializes

**spe-ci-a-tion** \,spē-shē-'ā-shən, -sē-\ *n* (1906) : the process of biological species formation — **spe-ci-ate** \'spē-shē-,āt, -sē-\ *vi* — **spe-ci-a-tion-al** \,spē-shē-'ā-shnəl, -shə-, -sha-n[ə]l\ *adj*

**spe-cie** \'spē-shē, -sē\ *n* [*in specie*, fr. L, in kind] (1617) : money in coin — **in specie** : in the same or like form or kind (ready to return insult *in specie*); *also* : in coin

**species** *n* [back-formation fr. *species* (taken as a pl.)] (1647) *nonstand* : SPECIES

**spe-cies** \'spē-(,)shēz, -(,)sēz\ *n, pl* **species** [ME, fr. L, appearance, kind, species, fr. *specere* to look — more at SPY] (14c)   **1 a** : KIND, SORT   **b** : a class of individuals having common attributes and designated by a common name; *specif* : a logical division of a genus or more comprehensive class (confessing sins in ~ and in number)   **c** : the human race : human beings — often used with *the* (survival of the ~ is the nuclear age)   **d** (1) : a category of biological classification ranking immediately below the genus or subgenus, comprising related organisms or populations potentially capable of interbreeding, and being designated by a binomial that consists of the name of a genus followed by a Latin or latinized uncapitalized noun or adjective agreeing grammatically with the genus name   (2) : an individual or kind belonging to a biological species   **e** : a particular kind of atomic nucleus, atom, molecule, or ion   **2** : the consecrated eucharistic elements of the Roman Catholic or Eastern Orthodox Eucharist   **3 a** : a mental image; *also* : a sensible object   **b** : an object of thought correlative with a natural object

²**species** *adj* (1899) : belonging to a biological species as distinguished from a horticultural variety (a ~ rose)

**spe-cies-ism** \'spē-shēz-,izəm, -sēz-\ *n* (1973)   **1** : prejudice or discrimination based on species; *esp* : discrimination against animals   **2** : the assumption of human superiority on which speciesism is based

¹**spe-cif-ic** \spi-'si-fik\ *adj* [LL *specificus*, fr. L *species*, (ca. 1631)   **1 a** : constituting or falling into a specifiable category   **b** : sharing or being those properties of something that allow it to be referred to a particular category   **2 a** : restricted to a particular individual, situation, relation, or effect (a disease ~ to horses)   **b** : exerting a distinctive influence (as on a body part or a disease)(~ antibodies)   **3** : free from ambiguity : ACCURATE (a ~ statement of faith)   **4** : of, relating to, or constituting a species and esp. a biological species   **5 a** : being any of various arbitrary physical constants and esp. one relating a quantitative attribute to unit mass, volume, or area   **b** : imposed at a fixed rate per unit (as of weight or count) (~ import duties) — compare AD VALOREM   *syn* see SPECIAL, EXPLICIT — **spe-cif-i-cal-ly** \-fi-k(ə-)lē\ *adv*

²**specific** *n* (1661)   **1 a** : something peculiarly adapted to a purpose or use   **b** : a drug or remedy having a specifically mitigating effect on a disease (used as a ~ against malaria)   **2 a** : a characteristic quality or trait   **b** : DETAILS, PARTICULARS — usu. used in pl. (haggling over the legal and financial ~s of independence —*Time*)   **c** *pl* : SPECIFICATION 2a

-**specific** *comb form* [²*specific*] : relating or applying specifically to or intended specifically for (gender-*specific*)

**spec-i-fi-ca-tion** \,spe-sə-fə-'kā-shən, -,spes-fə-\ *n* (1633)   **1** : the act or process of specifying   **2 a** : a detailed precise presentation of something or of a plan or proposal for something — usu. used in pl.   **b** : a statement of legal particulars (as of charges or of contract terms); *also* : a single item of such statement   **c** : a written description of an invention for which a patent is sought

**specific epithet** *n* (1906) : the Latin or latinized noun or adjective that follows the genus name in a taxonomic binomial

**specific gravity** *n* (1660) : the ratio of the density of a substance to the density of some substance (as pure water) taken as a standard when both densities are obtained by weighing in air

**specific heat** *n* (1799) : the heat in calories required to raise the temperature of one gram of a substance one degree Celsius

**specific impulse** *n* (1947) : the thrust produced per unit of rate of consumption of the propellant that is usu. expressed in pounds of thrust per pound of propellant used per second and that is a measure of the efficiency of a rocket engine

**spec-i-fic-i-ty** \,spe-sə-'fi-sə-tē\ *n* (1875) : the quality or condition of being specific as **a** : the condition of being peculiar to a particular individual or group of organisms (host ~ of a parasite)   **b** : the condi-

---

-tion of participating in or catalyzing only one or a few chemical reactions (the ~ of an enzyme)

**specific performance** *n* (1750)   **1** : the performance of a legal contract strictly or substantially according to its terms   **2** : an equitable remedy enjoining specific performance

**spec-i-fy** \'spe-sə-,fī\ *vt* **-fied; -fy-ing** [ME *specifien*, fr. AF *specifier*, fr. LL *specificare*, fr. *specificus*] (14c)   **1** : to name or state explicitly or in detail   **2** : to include as an item in a specification — **spec-i-fi-able** \,spe-sə-'fī-ə-bəl\ *adj* — **spec-i-fi-er** \'spe-sə-,fī(-ə)r\ *n*

**spec-i-men** \'spes-mən, 'spes-sə-\ *n* [L, fr. *specere* to look at, look — more at SPY] (1610)   **1** : an individual, item, or part considered typical of a group, class, or whole   **b** : a portion or quantity of material for use in testing, examination, or study (a urine ~)   **2** : something that obviously belongs to a particular category but is noticed by reason of an individual distinguishing characteristic   **b** : PERSON, INDIVIDUAL (he's a tough ~)   **3** : a plant grown for exhibition or in the open to display its full exceptional (~ trees)   *syn* see INSTANCE

**spe-cious** \'spē-shəs\ *adj* [ME, visually pleasing, fr. L *speciosus* beautiful, plausible, fr. *species*] (1513)   **1** *obs* : SHOWY   **2** : having deceptive attraction or allure   **3** : having a false look of truth or genuineness : SOPHISTIC (~ reasoning) — **spe-cious-ly** *adv* — **spe-cious-ness** *n*

¹**speck** \'spek\ *n* [ME *specca*, fr. OE *specca*] (bef. 12c)   **1** : a small discoloration or spot esp. from stain or decay   **2** : a very small amount : BIT   **3** : something marked or marred with specks — **specked** \'spekt\ *adj*

²**speck** *vt* (14c) : to produce specks on or in

¹**speck-le** \'spe-kəl\ *n* [ME; akin to OE *specca*] (15c) : a little speck (as of color)

²**speckle** *vt* **speck-led; speck-ling** \-k(ə-)liŋ\ (15c)   **1** : to mark with speckles   **2** : to be distributed in or like speckles

**speckled perch** *n* (1856) : BLACK CRAPPIE

**speckled trout** *n* (1765)   **1** : BROOK TROUT   **2** : SPOTTED SEA TROUT

**speckle interferometry** *n* (1970) : a technique for generating a clear composite image of a celestial object blurred by atmospheric turbulence in which a large number of short-exposure photographs are mathematically correlated by a computer

**specs** \'speks\ *n pl* [alter. of *spectacles*] (1807) : GLASSES

**spec-ta-cle** \'spek-ti-kəl *also* -,ti-kəl\ *n* [ME, fr. AF, fr. L *spectaculum*, fr. *spectare* to watch, freq. of *specere* to look, look at — more at SPY] (14c)   **1 a** : something exhibited to view as unusual, notable, or entertaining; *esp* : an eye-catching or dramatic public display   **b** : an object of curiosity or contempt (made a ~ of herself)   **2** *pl* : GLASSES **3** : something (as natural markings on an animal) suggesting a pair of glasses

**spec-ta-cled** \-kəld\ *adj* (1607)   **1** : having or wearing spectacles   **2** : having markings suggesting a pair of spectacles (a ~ alligator)

**spectacled bear** *n* (1835) : a black or dark brown bear (*Tremarctos ornatus*) of the Andes mountains with white markings encircling the eyes

¹**spec-tac-u-lar** \spek-'ta-kyə-lər, spek-\ *adj* [L *spectaculum* (1682) : of, relating to, or being a spectacle : STRIKING, SENSATIONAL (a ~ display of fireworks) — **spec-tac-u-lar-ly** *adv*

²**spectacular** *n* (1873) : something that is spectacular; *esp* : an elaborate film, television, or theatrical production

**spec-tate** \'spek-,tāt\ *vi* **spec-tat-ed; spec-tat-ing** [back-formation fr. *spectator*] (1858) : to be present as a spectator (as at a sports event)

**spec-ta-tor** \'spek-,tā-tər, spek-'\ *n, fr. L spectare* to watch] (ca. 1586)   **1** : one who looks on or watches   **2** : a woman's pump usu. having contrasting colors with a perforated design at the toe and sometimes heel — **spectator** *adj* — **spec-ta-tor-i-al** \,spek-tə-'tōr-ē-əl\ *adj* — **spec-ta-tor-ship** \'spek-,tā-tər-,ship, spek-'\ *n*

**spec-ter** *or* **spec-tre** \'spek-tər\ *n* [F *spectre*, fr. L *spectrum* appearance, specter, fr. *specere* to look, look at — more at SPY] (1605)   **1** : a visible disembodied spirit : GHOST   **2** : something that haunts or perturbs the mind : PHANTASM (the ~ of hunger)

**spec-ti-no-my-cin** \,spek-ti-nō-'mī-sən\ *n* (fr. NL *spectabilis*) : a specific epithet of *Streptomyces spectabilis*) + *actinomycin*] (1964) : a white crystalline broad-spectrum antibiotic $C_{14}H_{24}N_2O_7$ produced by a bacterium (*Streptomyces spectabilis*) that is used clinically esp. in the form of its hydrochloride to treat gonorrhea

**spec-tral** \'spek-trəl\ *adj* (1799)   **1** : of, relating to, or suggesting a specter : GHOSTLY   **2** : of, relating to, or made by a spectrum — **spec-tral-ly** \'spek-trə-lē\ *adv*

**spectral line** *n* (1849) : one of a series of lines forming by a spectrograph or similar instrument and corresponding to a narrow portion of the spectrum of the radiation emitted or absorbed by a particular source

**spectro-** *comb form* [NL *spectrum*] : spectrum (*spectroscope*)   **1**

**spec-tro-flu-o-rom-e-ter** \,spek-(,)trō-,flü-ə-'rä-mə-tər, -flō-\ *also* **spec-tro-flu-o-rim-e-ter** \-'ri-\ *n* (1957) : a device for measuring and recording fluorescence spectra — **spec-tro-flu-o-ro-met-ric** \-,flü-ə-rō-'me-trik, -,flōr-\ *adj* — **spec-tro-flu-o-rom-e-try** \-'rä-mə-trē\ *n*

**spec-tro-gram** \'spek-trə-,gram\ *n* [ISV] (1892) : a photographic image, or diagram of a spectrum

**spec-tro-graph** \-,graf\ *n* [ISV] (1884) : an instrument for dispersing radiation (as electromagnetic radiation or sound waves) into a spectrum and recording or mapping the spectrum — **spec-tro-graph-ic** \,spek-tr(ə-'gra-fik\ *adj* — **spec-tro-graph-i-cal-ly** \-fi-k(ə-)lē\ *adv* — **spec-trog-ra-phy** \spek-'trä-grə-fē\ *n*

**spec-tro-he-lio-gram** \,spek-trō-'hē-lē-ə-,gram\ *n* (1905) : a photograph of the sun that is made by monochromatic light and shows the sun's faculae and prominences

**spec-tro-he-lio-graph** \-,graf\ *n* [ISV] (1892) : an apparatus for making spectroheliograms — **spec-tro-he-li-og-ra-phy** \-,hē-lē-'ä-grə-fē\ *n*

**spec-tro-he-lio-scope** \-'hē-lē-ə-,skōp\ *n* [ISV] (1906) : an instrument similar to a spectroheliograph but for visual as distinguished from photographic observations

**spec-trom-e-ter** \spek-'trä-mə-tər\ *n* [ISV] (1874)   **1** : an instrument used for measuring wavelengths of light spectra   **2** : any of various analytical instruments in which an emission (as of particles or radiation) is dispersed according to some property (as mass or energy) and the amount of dispersion is measured

**up-chuck** \ˈəp-ˌchək\ vb (1929) : VOMIT

**up close** adv or adj (1653) : at close range

**up-coast** \ˈəp-ˈkōst\ adv (1909) : up the coast

**up-com-ing** \ˈəp-ˌkə-miŋ\ adj (1943) : FORTHCOMING, APPROACHING

**up-coun-try** \ˈəp-ˌkən-trē\ adj (1910) : of, relating to, or characteristic of an inland, upland, or outlying region ⟨an ∼ farm⟩ — **up-country** n — **up-country** \ˈ-ˌ\ adv

**up-date** \ˌəp-ˈdāt\ vt (1941) : to bring up to date

**up-date** \ˈəp-ˌdāt\ n (1965) 1 : an act or instance of updating 2 : current information for updating something 3 : an up-to-date version, account, or report

**up-do** \ˈəp-ˌdü\ n, pl **updos** [upswept hairdo] (1938) : an upswept hairdo

**up-draft** \ˈəp-ˌdraft, -ˌdräft\ n (ca. 1887) : an upward movement of gas (as air)

**up-end** \ˌəp-ˈend\ vt (1823) 1 : to set or stand on end; also : OVERTURN 2 a : to affect to the point of being upset or flurried ⟨a . . . literary shocker, designed to ∼ the credulous matrons —Wolcott Gibbs⟩ b : DEFEAT, BEAT — vi 1 : to rise on an end

**up-field** \ˈəp-ˈfēld\ adv or adj (ca. 1934) : in or into the part of the field toward which the offensive team is headed

**up-front** \ˌəp-ˈfrənt, ˈəp-ˌ\ adj (1945) 1 : being or coming in or at the front: as a (1) : being in a conspicuous or leading position (2) : FRANK, FORTHRIGHT b : playing in a front line (as in football) 2 : paid or payable in advance

**up front** adv (1937) 1 : in or at the front 2 : in advance 3 : in an upfront manner (1937) : FRANKLY, FORTHRIGHTLY

**up-grade** \ˈəp-ˌgrād\ n (1873) 1 : an upward grade or slope 2 : INCREASE, RISE 3 : IMPROVEMENT

**up-grade** \ˈəp-ˌgrād, ˌəp-ˈ\ vt (1901) 1 : to raise or improve the grade of: as a : to improve (livestock) by use of purebred sires b : to advance to a job requiring a higher level of skill esp. as part of a training program c : to raise the quality of d : to raise the classification and usu. the price of without improving the quality e : to extend the usefulness of (as a device) f : to assign a less serious status to ⟨upgraded the patient's condition to good⟩ — vi : to improve or replace esp. software or a device for increased usefulness — **up-grad-abil-i-ty** or **up-grade-abil-i-ty** \ˌəp-ˌgrā-də-ˈbi-lə-tē\ n — **up-grad-able** or **up-grade-able** \ˈəp-ˌgrā-də-bəl\ adj

**up-growth** \ˈəp-ˌgrōth\ n (1844) : the process of growing upward : DEVELOPMENT; also : a product or result of this

**up-heav-al** \ˌəp-ˈhē-vəl, ˌ(ˌ)əp-ˈhē-\ n (1838) 1 : the action or an instance of upheaving esp. of part of the earth's crust 2 : extreme agitation or disorder : radical change; also : an instance of this

**up-heave** \ˌəp-ˈhēv, ˌ(ˌ)əp-ˈ\ vt (13c) : to heave up : LIFT ∼ vi : to move upward esp. with power — **up-heav-er** n

**up-hill** \ˈəp-ˈhil\ adv (1535) 1 : upward on a hill or incline 2 : against difficulties ⟨seemed to be talking —Willa Cather⟩

**up-hill** \ˈ-ˌhil\ n (1548) : rising ground : ASCENT

**up-hill** \ˈəp-ˈhil\ adj (1613) 1 : situated on elevated ground 2 a : going up : ASCENDING b : being the higher one or part esp. of a set; specif : being nearer the top of an incline 3 : DIFFICULT, LABORIOUS

**up-hold** \ˌ(ˌ)əp-ˈhōld, ˈəp- vt -held \-ˈheld\; -hold-ing (13c) 1 a : to give support to b : to support against an opponent 2 a : to keep elevated b : to lift up syn see SUPPORT — **up-hold-er** n

**up-hol-ster** \ˌəp-ˈhōl-stər, (ˌ)ə-ˈpōl-\ vt -stered; -ster-ing \-st(ə-)riŋ\ [back-formation fr. upholstery] (1849) : to furnish with or as if with upholstery — **up-hol-ster-er** n

**up-hol-stery** \-st(ə-)rē\ n, pl **-ster-ies** [ME upholdestere upholsterer, fr. upholden to uphold, fr. up + holden to hold] (1597) : materials (as fabric, padding, and springs) used to make a soft covering esp. for a seat

**UPI** abbr United Press International

**up-keep** \ˈəp-ˌkēp\ n (1884) 1 : the act of maintaining in good condition : the state of being maintained in good condition 2 : the cost of maintaining in good condition

**up-land** \ˈəp-lənd, -ˌland\ n (1566) 1 : high land esp. at some distance from the sea : PLATEAU 2 : ground elevated above the lowlands along the waters between hills — **upland** adj — **up-land-er** \-lən-dər, -ˌlan-\ n

**upland cotton** n (1819) : a widely cultivated American cotton plant (Gossypium hirsutum) having short- to medium-staple fibers

**upland sandpiper** n (ca. 1890) : a large short-billed American sandpiper (Bartramia longicauda) that frequents fields and prairies — called also upland plover



upland sandpiper

**up-lift** \ˌ(ˌ)əp-ˈlift\ vt (14c) 1 : to lift up : ELEVATE; esp : to cause (a portion of the earth's surface) to rise above adjacent areas 2 : to improve the spiritual, social, or intellectual condition of ∼ vi : RISE — **up-lift-er** n

**up-lift** \ˈəp-ˌlift\ n (ca. 1845) 1 : an act, process, result, or cause of uplifting: as a (1) : the uplifting of a part of the earth's surface (2) : an uplifted mass of land b : a bettering of a condition esp. spiritually, socially, or intellectually c (1) : influences intended to uplift (2) : a social movement to improve esp. morally or culturally 2 : a brassiere designed to hold the breasts up

**up-link** \ˈəp-ˌliŋk\ n (1968) 1 : a communications channel for transmissions to a spacecraft or satellite; also : the transmissions themselves 2 : a facility on earth for transmitting to a spacecraft or satellite — **uplink** vb

**up-load** \ˌ(ˌ)əp-ˈlōd, ˈəp-ˌ\ vt (1983) : to transfer (as data or files) from a computer to the memory of another device (as a larger or remote computer)

**up-man-ship** \ˈəp-mən-ˌship\ n (1959) : ONE-UPMANSHIP

**up-mar-ket** \ˈəp-ˈmär-kət\ adj (1972) : UPSCALE — **upmarket** adv

**up-most** \ˈəp-ˌmōst\ adj (ca. 1555) 1 : UPPERMOST

**up-on** \ə-ˈpȯn, -ˈpän\ prep (12c) : ON

**up-on** \ə-ˈpȯn, -ˈpän\ adv (13c) 1 obs : on the surface : on it 2 obs : THEREAFTER, THEREON

**upper** \ˈə-pər\ adj [ME, compar. of ²up] (14c) 1 a : higher in physical position, rank, or order ⟨the ∼ lip⟩ ⟨∼ management⟩ b : farther inland ⟨the ∼ Mississippi⟩ 2 : constituting the branch of a bicameral legislature that is usu. smaller and more restricted in membership and

possesses greater traditional prestige than the lower house 3 a : constituting a stratum relatively near the earth's surface b cap : being a later epoch or series of the period or system named ⟨Upper Cretaceous⟩ ⟨Upper Paleolithic⟩ 4 : NORTHERN ⟨∼ Manhattan⟩

**upper** n (1789) : one that is upper: as a : the parts of a shoe or boot above the sole b : an upper tooth or denture c : an upper berth — **on one's uppers** : in straitened circumstances : DESTITUTE

**upper** n [up + ¹-er] (ca. 1968) 1 : a stimulant drug; esp : AMPHETAMINE 2 : something that induces a state of good feeling or exhilaration

**up-per-case** \ˌə-pər-ˈkās\ adj [fr. the compositor's practice of keeping capital letters in the upper of a pair of type cases] (1738) : CAPITAL 1

**uppercase** n (ca. 1916) : capital letters

**uppercase** vt -cased; -cas-ing (1949) : to print or set in capital letters

**upper case** n (1683) 1 a : type case containing capitals and usu. small capitals, fractions, symbols, and accents

**upper-class** adj (1837) : of, relating to, or characteristic of the upper class

**upper class** n (1824) 1 : a social class occupying a position above the middle class and having the highest status in a society

**up-per-class-man** \ˌə-pər-ˈklas-mən\ n (1871) : a member of the junior or senior class in a school or college

**upper crust** n (1836) : the highest social class or group; esp : the highest circle of the upper class — **upper-crust** adj

**up-per-cut** \ˈə-pər-ˌkət\ n (1842) : a swinging blow (as in boxing) directed upward with a bent arm — **uppercut** vb

**upper hand** n (15c) : MASTERY, ADVANTAGE, CONTROL ⟨was determined not to let the opposition get the upper hand⟩

**up-per-most** \ˈə-pər-ˌmōst\ adv (15c) 1 : in or into the highest or most prominent position ⟨the ∼ layer⟩ ⟨safety was ∼ in their minds⟩ — **uppermost** adj

**up-per-part** \ˈ-ˌpärt\ n (1526) : a part lying on the upper side (as of a bird)

**upper respiratory** adj (1950) : of, affecting, or being the part of the respiratory system that includes the nose, nasal passages, and nasopharynx ⟨upper respiratory tract⟩ ⟨upper respiratory infection⟩

**up-pish** \ˈə-pish\ adj (1677) : UPPITY — **up-pish-ly** adv — **up-pish-ness** n

**up-pi-ty** \ˈə-pə-tē\ adj [prob. fr. up + -ity (as in persnickity, var. of persnickety)] (1880) : putting on or marked by airs of superiority : ARROGANT, PRESUMPTUOUS ⟨∼ technicians⟩ ⟨a small ∼ country⟩ — **up-pi-ti-ness** also **up-pi-ty-ness** n

**up-raise** \ˌəp-ˈrāz\ vt (14c) : to raise or lift up : ELEVATE

**up-rate** \ˈəp-ˌrāt\ vt (1963) : UPGRADE; specif : to improve the power output of (as an engine)

**up-rear** \ˌ-ˈrir\ vt (14c) 1 : to lift up 2 : ERECT ∼ vi : RISE

**up-right** \ˈəp-ˌrīt\ adj [ME, fr. OE upriht; akin to OHG ūfreht upright, ON uppréttr] (bef. 12c) 1 a : PERPENDICULAR, VERTICAL b : erect in carriage or posture c : having the main axis or a main part perpendicular ⟨∼ freezer⟩ 2 : marked by strong moral rectitude ⟨an ∼ citizen⟩ — **up-right-ly** adv — **up-right-ness** n

**syn** UPRIGHT, HONEST, JUST, CONSCIENTIOUS, SCRUPULOUS, HONORABLE mean having or showing a strict regard for what is morally right. UPRIGHT implies a strict adherence to moral principles ⟨a stern and upright minister⟩. HONEST stresses adherence to such virtues as truthfulness, candor, fairness ⟨known for being honest in business dealings⟩. JUST stresses conscious choice and regular practice of what is right or equitable ⟨workers given just compensation⟩. CONSCIENTIOUS and SCRUPULOUS imply an active moral sense governing all one's actions and painstaking efforts to follow one's conscience ⟨conscientious in the completion of her assignments⟩ ⟨scrupulous in carrying out the terms of the will⟩. HONORABLE suggests a firm holding to codes of right behavior and the guidance of a high sense of honor and duty ⟨a difficult but honorable decision⟩.

**up-right** adv (12c) : vertically upward : in an upright position

**upright** n (1683) 1 : the state of being upright : PERPENDICULAR ⟨a pillar out of ∼⟩ 2 : something that stands upright; esp : a football goalpost — usu. used in pl. 3 : UPRIGHT PIANO

**upright piano** n (1857) : a piano with vertical frame and strings — compare GRAND PIANO

**up-rise** \ˌəp-ˈrīz\ vi **up-rose** \-ˈrōz\; **up-ris-en** \-ˈri-z°n\; **up-ris-ing** \-ˈrī-ziŋ\ (14c) 1 a : to rise to a higher position b (1) : STAND UP (2) : to get out of bed c : to come into view esp. from below the horizon 2 : to rise up in sound — **up-ris-er** \əp-ˈrī-zər, ˈəp-ˌ\ n

**up-rise** \ˈəp-ˌrīz\ n (14c) 1 : an act or instance of uprising 2 : an upward slope

**up-ris-ing** \ˈəp-ˌrī-ziŋ\ n (13c) : an act or instance of rising up; esp : a usu. localized act of popular violence in defiance usu. of an established government **syn** see REBELLION

**up-riv-er** \ˈəp-ˈri-vər\ adv or adj (1774) : toward or at a point nearer the source of a river

**up-roar** \ˈəp-ˌrȯr\ n [by folk etymology fr. D oproer, fr. MD, fr. op up (akin to OE ūp) + roer motion; akin to OE hrēran to stir] (1526) : a state of commotion, excitement, or violent disturbance

**up-roar-i-ous** \ˌəp-ˈrȯr-ē-əs\ adj (1800) 1 : marked by uproar 2 : very noisy and full 3 : extremely funny ⟨an ∼ comedy⟩ — **up-roar-i-ous-ly** adv — **up-roar-i-ous-ness** n

**up-root** \ˌəp-ˈrüt, -ˈrüt, ˈəp-ˌ\ vt (ca. 1620) 1 : to remove as if by pulling up 2 : to pull up by the roots 3 : to displace from a country or traditional habitat **syn** see EXTERMINATE — **up-root-ed-ness** n — **up-root-er** n

**up-rush** \ˈəp-ˌrəsh\ n (1871) 1 : an upward rush (as of gas or liquid) 2 : a sudden increase ⟨an ∼ of energy⟩ ⟨an ∼ of emotion⟩

**UPS** abbr uninterruptible power supply

**ups and downs** n pl (1659) : alternating rise and fall esp. in fortune

**up-scale** \ˈəp-ˈskāl\ adj (1966) : relating to, being, or appealing to affluent consumers; also : of a superior quality — **upscale** adv or n

**up-set** \ˌəp-ˈset, ˈəp-ˌ\ vt **-set**; **-set-ting** vt (1677) 1 : to thicken and shorten (as a heated bar of iron) by hammering on the end : SWAGE 2 : to

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ᵫ, ᵫ, see Guide to Pronunciation