Netflix, Inc. v. Blockbuster, Inc. Doc. 89 Att. 8

# NETFLIX, INC. vs. BLOCKBUSTER INC.

**CASE NO. C 06 2361 WHA (JCS)**

**NETFLIX, INC.'S**

# EXHIBIT 4 (Part 1 of 2)

TO

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

*filed on November 15, 2006*

Dockets.Justia.com

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
    unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
    and the Merriam-Webster editorial staff.
        p.    cm.
        ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
    (carrying case).—ISBN 0-87779-206-2 (imperial buckram).
        1. English language—Dictionaries.  I. Gove, Philip Babcock,
    1902–1972.   II. Merriam-Webster, Inc.
    PE1625.W36
    423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

**bar·som** \'bärsəm\ *n* -s [Per *barsam*, fr. MPer *barsum*, fr. Av *barəsman*; akin to Skt *barhis* sacrificial grass, *brhati* he plucks] : a bundle of sacred twigs or metal rods used by priests in Zoroastrian ceremonies

**bar spade** *n* [¹*bar*] : a trenching spade with a cutting blade welded across the ends of three parallel bars for use in spading wet sticky soil

**bar·spoon** \'ₛ,ₛ\ *n* [¹*bar* (counter) + *spoon*] : a spoon equivalent to a teaspoon that is used in measuring ingredients for mixed drinks

**bar·stool** \'ₛ,ₛ\ *n* [¹*bar* (counter) + *stool*] : a high stool that usu. has a round seat fixed permanently on a central post

**bart** \'bärt, 'bät\ *n* -s *often cap* [by abbr.] : BARONET

**bar tack** *n* [¹*bar*] : a reinforcement for points of strain in clothing consisting of a bar-shaped line of small stitches worked across several threads — **bartacked** \'ₛ,ₛ\ *adj*

**bar–tailed godwit** \'ₛ,ₛ-\ *n* : a godwit (*Limosa lapponica*) that has a slightly curved bill, a closely barred tail, and relatively short legs and that breeds in extreme northern Europe and Asia and winters chiefly in Africa and Australasia

**bar·tangi** \bär'täŋē\ *n, pl* **bartangi** *or* **bartangis** *usu cap* [fr. the *Bartang* river valley, Tadzhik S.S.R., U.S.S.R.] **1** : an Iranian people from the Bartang river valley in the western Pamirs **2** : a member of the Bartangi people

**bar·tend** \'bär,tend, 'bä,-\ *vi* -ED/-ING/-S [back-formation fr. *bartender*] : to act as a bartender esp. professionally

**bar·tend·er** \-ə(r)\ *n* -s [¹*bar* (counter) + *tender*] : one that serves alcoholic beverages at a bar : BARKEEPER

¹**bar·ter** \'bärd·ər, 'bäl, |tə(r)\ *vb* **bartered**; **bartered**; **bartering** \|d·əriŋ, |təriŋ *also* |·triŋ\ **barters** [ME *bartren*, fr. MF *barater* to cheat, exchange] *vt* **1** : to trade by exchanging one commodity for another ⟨~*ed* for furs with tobacco and rum⟩ : TRUCK ⟨stores ~*ing* with farmers⟩ **2** : to trade in intangible or nonmaterial values ⟨~ for success at the price of happiness⟩ ~ *vt* **1** : to trade or exchange by bartering ⟨Indians . . . ~*ed* their services for "ironmongery" —C.B.Hitchcock⟩ **2** : to trade or exchange (as an ideal or intangible value) for a material or unworthy consideration — often used with *away* ⟨would cheerfully ~ away all the social gains of the last century for one first-class new symphony —Hunter Mead⟩

²**barter** \"\ *n* -s **1** : the act or practice of carrying on trade by bartering : an exchange of goods for goods ⟨the former system of ~ has virtually ceased to exist, replaced by money economy —H.S.Tschopik⟩ **2** : the thing given in exchange in bartering ⟨the trinkets were ~ for food and manual service from the natives⟩

¹**barth·ian** \'bärd·ēən, -rthē-\ *adj, usu cap* [Karl *Barth* †1968 Swiss theologian + E *-ian*] : of or relating to Barth or to his theology which has exercised a formative influence in the development of the neoorthodox school of Protestant theology

²**barthian** \"\ *n* -s *usu cap* : a follower or adherent of the theology of Karl Barth

**barth·ian·ism** \-,nizəm\ *n* -s *usu cap* : the Barthian crisis theology or dialectical theology that rejects theological liberalism and its emphasis on empirical methods and stresses instead reliance on supernatural revelation

**barth·ite** \'bär,thīt, -rd·,īt\ *n* -s [G *barthit*, fr. *Barth*, 20th cent. mining engineer in southwestern Africa + G *-it* -ite] : CONICHALCITE

**bar·tho·lin·itis** \,bärthələ'nīd·əs, -rt°l-\ *n, pl* **bartholin·ites** \-ī,tēz\ *sometimes cap* [NL, fr. ISV (glands of) *Bartholin* + NL *-itis*] : inflammation of the glands of Bartholin

**bartholin's gland** *n, usu cap B* : GLAND OF BARTHOLIN

**bar·ti·zan** \'bärd·əzən, |ₛₛ'zan\ *n* -s [alter. of ME *bretasynge*, fr. *bretasce* parapet — more at BRATTICE] : a small structure (as a turret) overhanging or projecting from a building near an entrance for lookout or defense or for support of a flagpole — **bar·ti·zaned** \-nd\ *adj*

bartizans

**bar·ton** \'bärt°n\ *n* -s [ME *berton*, fr. OE *beretūn* threshing floor, barn, fr. *bere* barley + *tūn* enclosure — more at BARLEY, TOWN] **1** *dial Eng* : a large farm; *esp* : a demesne farm or the demesne lands of a manor **2** *dial Eng* **a** : a farmyard or the outbuildings behind a farmhouse **b** : a poultry yard or hen coop

**bar·ton·el·la** \,bärt°n'elə\ *n* [NL, fr. A.L.*Barton* †1909 Peruvian physician + NL *-ella*] **1** *cap* : the type genus of Bartonellaceae including the causative organism of Oroya fever and verruga peruana in man **2** -s *sometimes cap* : any member of the genus *Bartonella*

**bar·ton·el·la·ce·ae** \,bärt°n,e'lāsē,ē\ *n pl, cap* [NL, fr. *Bartonella*, type genus + *-aceae*] : a family of microorganisms (order Rickettsiales) that invade blood and tissue cells of man and other vertebrates and are often transmitted by bloodsucking arthropods

**bar·ton·el·lo·sis** \-'lōsəs\ *n, pl* **bartonello·ses** \-ō,sēz\ *sometimes cap* [NL, fr. *Bartonella* + *-osis*] : a disease of man and other mammals orig. in the valleys of the Andes of Peru but now in other parts of So. America characterized by severe anemia and high fever followed by an eruption like warts on the skin and caused by an organism (*Bartonella bacilliformis*) like rickettsia that invades the red blood cells and is transmitted by sandflies (genus *Phlebotomus*)

¹**bar·to·nia** \bär'tōnēə\ [NL, fr. Benjamin S. *Barton* †1815 Amer. botanist + NL *-ia*] *syn of* MENTZELIA

²**bartonia** \"\ *n* [NL, fr. B.S.*Barton* + NL *-ia*] **1** -s : MENTZELIA 2a **2** *cap* : a genus of very small herbs (family Gentianaceae) with scalelike leaves and small yellow flowers

**bar tracery** *n* [¹*bar*] : decorative architectural tracery that is formed by the curves and intersections of the molded bars of mullions

**bar·tra·mia** \bär'trāmēə\ *n, cap* [NL, fr. William *Bartram* †1823 Am. naturalist + NL *-ia*] : a genus (the type of the family Bartramiaceae) of acrocarpous mosses with globular capsules which dry in ridges and folds

**bar·tra·mi·an sandpiper** *or* **bartramian plover** \(')bär-;trāmēən-\ *n, usu cap B* [William *Bartram* + E *-ian*] : UPLAND PLOVER

**bar·tram oak** \'bär·trəm-\ *n, usu cap B* [after John *Bartram* †1777 Am. botanist] : an oak (*Quercus heterophylla*) of the eastern U.S. usu. considered a natural hybrid between the northern red oak and the willow oak

**bartram's sandpiper** *n, usu cap B* [after William *Bartram*] : UPLAND PLOVER

**bartree** \'ₛ,ₛ\ *n* -s [¹*bar* + *tree*] : WARPING BOARD

**barts** *pl of* BART

**bart·sia** \'bärtsēə\ *n* [NL, irreg. fr. Johann *Bartsch* †1738 Ger. physician in Surinam + NL *-ia*] **1** *cap* : a small genus of partly parasitic herbs (family Scrophulariaceae) of the northern hemisphere with opposite leaves and showy irregular flowers in terminal leafy spikes — see ALPINE BARTSIA **2** -s : any plant of the genus *Bartsia*

**ba·rukh·zy** \bə'rüksē\ *also* **barukhzy hound** *n* -ES *often cap B* [Russ, fr. Pashto *Bārakzī* people of Afghanistan] : AFGHAN HOUND

**barunduki** *var of* BARONDUKI

**barway** \'ₛ,ₛ\ *n* [¹*bar* + *way*] : a gateway closed by bars usu. fitting into posts

**bar winding** *n* [¹*bar*] : an armature winding consisting of a series of metallic bars connected at their extremities

**bar·wing** \'ₛ,ₛ\ *n* [so called fr. the wide white wing stripe] *Austral* : WHITE-EYED DUCK

**bar·wise** \'ₛ,wīz\ *also* **bar·ways** \-,wāz\ *adv* [¹*bar* + *-wise* or *-ways*] **1** *heraldry* : in the direction of a bar : HORIZONTALLY **2** *heraldry* : in a line in the direction of a bar — used of two or more charges esp. when not across the middle of the field; compare *in fess* at FESS

**barwood** \'ₛ,ₛ\ *n* [¹*bar* + *wood*] : a hard red dyewood of tropical Africa from a tree of the genus *Pterocarpus* but supposed by some to be camwood; *also* : redwood from any of several other African trees

**bar-wound** \'ₛ,ₛ\ *adj* : made with bar winding

**bary-** *comb form* [Gk *bary-*, fr. *barys* — more at GRIEVE] : heavy ⟨*barylite*⟩ ⟨*barysphere*⟩

**bar·y·cen·ter** \'barə,sentə(r)\ *n* -s [part trans. of G *baryzentrum*, fr. *bary-* + *zentrum* center] : CENTER OF MASS — **bar·y·cen·tric** \,ₛₛ'sentrik, -ēk\ *adj*

**bar·ye** \'barē\ *n* -s [F, fr. Gk *barys* heavy] : ²BAR 2

**bar·y·lambda** \,barə'lamdə\ *n, cap* [NL, fr. *bary-* + Gk *lambda*, the letter; fr. the shape of the upper molars] : a genus of large powerful herbivorous mammals (order Pantodonta) from the upper Paleocene of Colorado that have tails like kangaroos and small heads

**bar·y·lite** \'barə,līt\ *n* -s [ISV *bary-* + *-lite*; orig. formed as G *barylit*] : a mineral $BaBe_2Si_2O_7$ consisting of rare silicate of barium and beryllium occurring in colorless prismatic crystals (hardness 7, sp. gr. 4.03)

**ba·ryp·o·da** \bə'ripədə\ [NL, fr. *bary-* + *-poda*] *syn of* EMBRITHOPODA

**ba·rys·i·lite** \bə'risə,līt, ,barə'si,līt\ *n* -s [Sw *barysil* (fr. *bary-* + *silikon* silicon) + E *-ite*] : a rare lead silicate $Pb_3Si_2O_7$ occurring in white cleavable masses

**bar·y·sphere** \'barə,sfi(ə)r, -iə\ *n* -s [ISV *bary-* + *-sphere*] : the heavy interior portion of the earth within the lithosphere

**baryt-** *or* **baryto-** *comb form* [ISV, fr. *baryta*] : baryta : barytic ⟨*barytocalcite*⟩

**ba·ry·ta** \bə'rīd·ə\ *n* -s [alter. of *barytes* — more at BARITE] : any of several compounds of barium; *esp* : barium monoxide

**baryta paper** *n* : paper that is coated with a preparation of barium sulfate in gelatin and used after calendering as a support for the light-sensitive emulsion used in photography

**baryta water** *n* : an aqueous solution of barium hydroxide

**baryta white** *n* : barium sulfate used as a pigment or extender

**baryta yellow** *n* : BARIUM YELLOW 2

**baryte** *or* **barytes** *var of* BARITE

**ba·ryt·ic** \bə'rid·ik\ *adj* [*baryta* + *-ic*] : of or relating to baryta

**bar·y·tine** \'barə,tēn\ *n* -s [F, fr. *baryte* barite + *-ine*] : BARITE

**ba·ry·to·cal·cite** \bə,rīd·ə+\ *n* -s [*baryt-* + *calcite*] : a mineral $BaCa(CO_3)_2$ consisting of white monoclinic barium calcium carbonate (hardness 4, sp. gr. 3.66)

**bar·y·ton** \'barə,tän\ *n* -s [F — more at BARITONE] **1** : BARITONE 2, 3 **2** [G, fr. It *baritono* — more at BARITONE] : a tenor vox humana organ stop of 16- or 8-foot pitch

¹**bar·y·tone** \'barə,tōn\ *adj* [Gk *barytonos*, lit., deep-sounding — more at BARITONE] : having an unaccented final syllable — used esp. in Greek grammar

²**barytone** \"\ *n* -s : a barytone word (as Greek *philos* "dear" contrasted with *sophos* "wise")

³**barytone** *var of* BARITONE

¹**bas** *pres 3d sing of* BA, *pl of* BA

²**bas** \'bəs\ *adv* [Hindi *bas*, fr. Per] *India* : ENOUGH, STOP — often used interjectionally

**bas** *abbr* basso

**ba·sad** \'bā,sad\ *adv* [¹*base* + *-ad*] : toward the base ⟨with small bony processes lying ~ to the true fin rays⟩

¹**ba·sal** \'bāsəl *also* -āz-\ *adj* [¹*base* + *-al*] **1** : relating to, situated at, or forming the base; *specif* : ¹RADICAL 1a(2) ⟨~ leaves⟩ **2 a** : of or relating to the foundation, base, or essence : FUNDAMENTAL, BASIC, ESSENTIAL ⟨~ texts in reading⟩ **b** : of, relating to, or essential for maintaining the fundamental vital activities of an organism (as respiration, heartbeat, or excretion) : MINIMAL ⟨~ diet⟩ — see BASAL METABOLISM **3** : serving as or serving to induce an initial comatose or unconscious state that forms a basis for further anesthetization ⟨~ narcosis⟩ ⟨~ anesthetic⟩ — **ba·sal·ly** \-əlē,-əlì\ *adv*

²**basal** \"\ *n* -s : a basal part or structure; *esp* : a basal plate of an echinoderm

**basal age** *n* : the mental age level at which all the items on an intelligence test can be creditably passed

**basal area** *n* : the area of a breast-high cross section of a tree or of all the trees in a stand

**basal body** *n* **1** : a minute distinctively staining cell organelle found at the base of a flagellum or cilium and resembling a centriole in structure — called also *blepharoplast* **2** : KINETOPLAST

**basal cell** *n* : one of the innermost cells of the Malpighian layer of the skin

**basal–cell carcinoma** *n* : a skin cancer derived from and preserving the form of the basal cells of the skin

**basal cleavage** *n* : cleavage parallel to the base of a crystal or to the plane of the lateral axes

**basal complex** *n* : FUNDAMENTAL COMPLEX

**basal conglomerate** *n* : a conglomerate that resting on a surface of erosion and consequently marking an unconformity forms the bottom member of a sedimentary series

**basal disk** *n* : an expanded basal portion by which certain stalked sessile organisms are attached to the substrate

**ba·sa·le** \bə'sa(,)lē, -zə-, -ā(,)lē, -ä(,)lē\ *n, pl* **ba·sa·lia** \-lēə\ [NL, fr. E *basal*] : the proximal one of the two or more cartilaginous or bony portions in the axis of any of the paired fins of a fish — compare BASIPTERYGIUM

**basal ganglion** *n* : any of four deeply placed masses of gray matter within each cerebral hemisphere comprising the caudate nucleus, the lenticular nucleus, the amygdaloid nucleus, and the claustrum — usu. used in pl.

**basal granule** *n* : BASAL BODY 1

**ba·sa·lis** \-ləs\ *n, pl* **basa·les** \-,lēz\ [NL, fr. E *basal*] : the basal part of the endometrium that is not shed during menstruation

**basal lamina** *n* : the part of the gray matter of the embryonic neural tube from which the motor nerve roots arise

**basal length** *n, anthrop* : distance from gnathion to basion

**basal metabolic rate** *n* : the rate at which heat is given off by an organism at complete rest usu. determined 12 to 15 hours after ingestion of food and expressed in large calories per square meter of body surface per hour and as a percentage above or below a standard value

**basal metabolism** *n* : the metabolism of an organism in the fasting and resting state when it uses just enough energy to maintain vital cellular activity, respiration, and circulation as measured by the basal metabolic rate

**basal–nerved** \'ₛₛ;ₛ\ *adj, of a leaf* : having the veins radiating from the base

**basal plane** *n* **1** : a plane parallel to the lateral or horizontal axis **2** : a basal pinacoid

**basal plate** *n* : an underlying structure: as **a** : the ventral portion of the neural tube **b** : the part of the decidua of a placental mammal that is intimately fused with the placenta **c** : the part of a coral corallium immediately below the polyp **d** : any of certain chiefly ventral skeletal plates of an echinoderm

**basal ration** *n* : a ration furnishing the necessary energy but lacking in one or more accessory food substances (as vitamins) that may be added in varying proportion for the study of their effects

**basal rot** *n* : a rot affecting the basal parts of a plant; *specif* : a rot of narcissus bulbs due to a fungus (*Fusarium bulbigenum*)

**ba·salt** \bə'sȯlt, 'bā,sȯlt, 'ba,sȯlt *also* 'bā,zȯlt *sometimes* 'basəlt *or* 'bazəlt\ *n* -s [alter. of earlier *basaltes*, fr. L, MS var. of *basanites* touchstone, fr. Gk *basanitēs*, fr. *basanos* touchstone (fr. Egypt *bḫnw*) + *-itēs* -ite] **1** : a dark-gray to black dense to fine-grained igneous rock that is the extrusive equivalent of gabbro, that consists of basic plagioclase, augite, and usu. magnetite with olivine or basalt glass or both sometimes present, that is often vesicular the cavities sometimes being filled with secondary minerals, and that sometimes has a prismatic parting (as in the basalts of the Giant's Causeway, Northern Ireland) and occas. a pillow or ellipsoidal structure **2** *usu* **ba·sal·tes** \bə'sȯl(,)tēz\ : a hard fine-grained black stoneware introduced by Josiah Wedgwood in 1768

**basalt dome** *n* : a broad rounded dome-shaped volcano formed almost exclusively of basaltic lava — compare SHIELD VOLCANO

**basalt glass** *n* : a black glassy form of basalt — called also *hyalobasalt*, *vitrobasalt*

**ba·sal·tic** \bə'sȯltik\ *adj* : relating to, formed of, containing, or resembling basalt ⟨~ lava⟩

**ba·sal·ti·form** \bə'sȯltə,fȯrm\ *adj* [*basalt* + *-iform*] : like basalt in form : COLUMNAR

**basalt–porphyry** *n* : a basalt characterized by prominent phenocrysts of olivine or augite

**bas·aluminite** \,bās+\ *n* -s [*basic* + *alumin-* + *-ite*] : a mineral $Al_4(SO_4)(OH)_{10}·5H_2O$ consisting of a basic hydrated aluminum sulfate found in veinlets in siderite at Irchester and Brighton Hill, England, and in France

**basal wall** *n, bot* : the primary wall in archegoniates that divides the oospore into an anterior and a posterior half

**bas·a·nite** \'basə,nīt, -azə-\ *n* -s [L *basanites* — more at BASALT] **1** : TOUCHSTONE 1 **2** : an extrusive-igneous rock composed of plagioclase, augite, olivine, and either nephelite or leucite

**bas bleu** \bäblœ\ *n, pl* **bas bleus** \-œ(z)\ [F *bas-bleu*, fr. *bas* stocking + *bleu* blue] : BLUESTOCKING 1

**bas·cart** \'ba,skärt\ *n* [blend of *basket* and *cart*] : a waist-high wire basket or pair of baskets on wheels into which shoppers in supermarkets gather their purchases

**bas·cine** *or* **bas·sine** \bə'sēn\ *adj* [F *bassine*, lit., pan, fr. *bassin* basin, fr. OF *bacin* — more at BASIN] *of a watchcase* : having a flush joint that is barely visible

**bascinet** *var of* BASINET

**bas·col·o·gist** \ba'skäləjəst\ *n* -s *usu cap* : a specialist in the Basque language or culture

**bas·col·o·gy** \-əjē\ *n* -ES *usu cap* [*Basco-* (fr. *Basque*) + *-logy*] : the study of the Basque language or culture

**bas·cule** \'ba,skyül\ *n* -s [F, seesaw, fr. MF, alter. (influenced by *bas* low) of earlier *bacule*, fr. *baculer* to punish by beating the buttocks against the ground, fr. *bas* low + *cul* buttocks — more at BASE, CULET] : an apparatus or structure in which one end is counterbalanced by the other on the principle of the seesaw or by weights (as in a bascule bridge)

**bascule bridge** *n* : a counterpoised or balanced drawbridge

**bascule escapement** *n* : the detent escapement in which the detent is pivoted, the tension being supplied by a small hairspring

¹**base** \'bās\ *n, pl* **bas·es** \'bāsəz\ [ME, fr. MF, fr. L *basis*, fr. Gk, step, stepping, base, pedestal, fr. *bainein* to go, step — more at COME] **1 a** : the bottom of something considered as its support : that on which something rests or stands : FOUNDATION ⟨the ~ of the lamp⟩ ⟨the ~ of the pyramid⟩ ⟨the ~ of the mountain⟩ **b** (1) : the lower part of a wall, pier, or column considered as a separate architectural feature (2) : the lower part of a complete architectural design (as of a monument) **c** : one of the lines or surfaces of a geometrical figure from which an altitude is or is thought to be constructed ⟨the ~ of a triangle⟩ **d** : that part of a bodily organ by which it is attached to another more central structure of the organism ⟨the ~ of the thumb⟩ **e** (1) : the part on, to, or in which the frame and operating parts of a mechanism are fastened (2) : the part (as a panelboard) upon which other parts (as buses, switches, terminal and contact parts) are mounted (3) : the insulated part of a lamp bulb or electron tube through which its intervals make electrical connection with the circuit associated with it **f** : ¹BLOCK 4g **2** : the main ingredient ⟨an exotic drink with a rum ~⟩: as **a** (1) : an essential ingredient of an explosive — compare DOUBLE-BASE POWDER, SINGLE-BASE POWDER (2) : the predominating substance held in solution in a crude petroleum or left as a residue on refining ⟨mixed-*base* crudes⟩ — see ASPHALT-BASE, NAPHTHENE-BASE, PARAFFIN-BASE **b** (1) : an inert supporting or carrying ingredient : an absorbent or adsorbent (as kieselguhr in dynamite) : CARRIER 9 — compare DOPE 3a (2) : an active supporting ingredient (as wood pulp mixed with an oxidizing agent in dynamite) **c** (1) : the usu. inactive ingredient of a preparation serving as the vehicle for the active medicinal principle ⟨the fatty ~ of an ointment⟩ (2) : the chief active ingredient of a preparation — called also *basis* **d** (1) : a transparent support for photographic film (2) : the paper support used for photographic paper **3 a** : the fundamental part of something : basic principle : ESSENCE, FOUNDATION, BASIS, GROUNDWORK ⟨tried to furnish criticism with a psychological ~ —C.I.Glicksberg⟩ ⟨rejuvenating the moral ~ of a society—Herbert Agar⟩ **b** (1) : the fundamental unit or pattern of a rhythm or one of its component parts or the norm of this unit (2) : the nuclear pattern in a complex rhythmic figure or system (3) : BASIS 5 **4** *bases pl, archaic* : a skirt often of velvet or brocade and sometimes of mailed armor that reaches from the waist to the knees **5** : the lower or back part of something without reference to its function as a support: as **a** : the lower part of an heraldic field — usu. used in the phrase *in base*; compare ESCUTCHEON **I** **b** : the lowest part of the hilt of a saber **c** : the pavilion of a cut gem **d** : the underside of a cloud ⟨fly below the cloud ~⟩ **6 a** : the point or line from which a start is made in an action or undertaking ⟨plans to make this city his ~ of operation for six to eight weeks —J.A.Loftus⟩ **b** : a line in a survey which when accurately determined in length and position serves as the origin for computing the distances and relative positions of remote points and objects by triangulation **c** (1) : the locality or the installations on which a military force relies for supplies or from which it initiates operations ⟨a large naval ~⟩ ⟨an advanced ~⟩ (2) : the element on which a military movement or formation is regulated **d** : a number (as 5 in $5^4$=4 or $5^3$) that is raised to a power; *esp* : the number that when raised to a power equal to the logarithm of a number yields the number itself ⟨the logarithm of 100 to the ~ 10 is 2 since $10^2$=100⟩ **e** : a number equal to the number of units in a given digit's place that for a given system of writing numbers is required to give the numeral 1 in the next higher place ⟨the decimal system uses a ~ of 10⟩; *also* : such a system of writing numbers using an indicated base ⟨convert from ~ 10 to ~ 2⟩ **f** (1) *historical and comparative linguistics* : ROOT, STEM, THEME; *esp* : one reconstructed from words or from the relationships among words in several languages (as assumed Indo-European *bher-* "to carry" reconstructed from Greek *pherein*, Latin *ferre*, Old English *beran*, and their cognates) (2) *descriptive linguistics* : the word or morpheme, which may be a bound form but not an affix, selected as a convenient point of departure in the analysis of complex words or derivatives (as *play* used in the analysis of *played* and *playful*, *sing* used in the analysis of *sings*, *sang*, *sung*, and *song*, or *acet-* used in the analysis of *acetal* and *acetate*) **g** : the basal pinacoid of a crystal **h** : the quantity equaling 100 from which variations in an index number are measured ⟨the 1946–49 profit ~⟩ **7 a** : the starting place or goal in various games **b** *obs* : PRISONER'S BASE **c** : any one of the four stations at the corners of a baseball infield ⟨was thrown out at first ~⟩ **8 a** : a compound (as lime, ammonia, a caustic alkali, or an alkaloid) capable of reacting with an acid to form a salt either with or without the elimination of water, its aqueous solutions if it is water-soluble having an acrid brackish taste and turning litmus blue : a compound (MOH) containing the hydroxide ion ($OH^-$) or hydroxyl group (OH) that is capable of yielding in aqueous solution a hydroxyl ion together with the cation ($M^+$), the degree of ionization in dilute solutions of strong bases (as sodium hydroxide, calcium hydroxide, and choline) being virtually complete and that of weak bases (as ammonium hydroxide and many organic bases) being in the neighborhood of one percent or less **b** *according to the Brønsted-Lowry system* : a molecule (as ammonia) or ion (as hydroxyl or nitrate) that can take up a proton from an acid : a proton acceptor ⟨the chloride ion is the conjugate ~ of hydrogen chloride⟩ **c** *according to the G.N.Lewis system* : a compound (as ammonia, ether, or benzene) or a negative ion (as hydroxyl) capable of giving up to an acid an unshared pair of electrons which then form a covalent chemical bond — called also *Lewis base* **9** : the least number of natural cards that will form a canasta when a required number of natural or wild cards is added — **off base 1** : completely or absurdly mistaken ⟨any man who said such a thing is certainly *off base*⟩ **2** : by surprise : UNAWARES ⟨the sudden question caught him *off base*⟩

base of a column: *B* upper torus; *C* scotia; *D* lower torus; *F, F, F*, fillets; *M* shaft; *N* plinth

²**base** \"\ *vb* -ED/-ING/-S *vt* **1 a** : to make or form a foundation for ⟨great roofs *based* the tree columns —George Macdonald⟩ **b** : to serve as a base for ⟨these carriers can ~ 100 planes⟩ **c** : to establish or maintain a base for ⟨would be necessary to ~ them at specially designated . . . strategic points —Vera M. Dean⟩ **2** : to use as a base or basis for : ESTABLISH, FOUND — used with *on* or *upon* ⟨~*s* his position on a wide and shrewd scrutiny of man —A.L.Locke⟩ ⟨*basing* her life-sized portrait . . . on contemporary evidence —Harry Levin⟩ ~ *vi* **1** : to become based — used with *on* or *upon* ⟨the value of diamonds ~*s* on the gem value —G.S.Brady⟩ **2** : to establish or main-

tain one's base ⟨would fly on to Luzon after the attack and ~ there overnight —Fletcher Pratt⟩

syn BASE, FOUND, GROUND, BOTTOM, STAY, and REST can mean, in common, to provide with or serve as a basis. BASE now usu. applies to what underlies a belief, a system of thought, a judgment, a hope, and so on ⟨a conviction not *based* on any ascertainable fact⟩ ⟨a tax *based* on prospective earnings⟩ ⟨a religion *based* on faith as much as principle⟩ FOUND is very close to BASE but usu. adds the idea of something consciously advanced as support (of an opinion, a judgment, and so on) ⟨an opinion *founded* on a careful written analysis of facts⟩ ⟨this criticism is *founded* in misconception —B.N.Cardozo⟩ ⟨the terrible old mythic story on which the drama was *founded* —Matthew Arnold⟩ GROUND implies or connotes an implanting (as in the ground) to give solidity and firmness ⟨a love *grounded* in understanding and trust⟩ ⟨*grounded* all his work as a novelist on the faithful study of human nature —M.P.Linehan⟩ ⟨America was *grounded* not in the overthrow of the feudal past but in escape from it —Richard Hofstadter⟩ BOTTOM, rarer in this sense than the other terms, implies a broad and strong base ⟨his report was *bottomed* on sober statistics —*Time*⟩ ⟨*bottomed* on ideas to which everyone subscribes today —C.G.Bowers⟩ STAY implies a support that keeps upright or prevents from falling ⟨*stay* a tipping barn with heavy supporting timbers on one side⟩ ⟨his nature looked coldly upon its early faith and sought to *stay* itself with rational knowledge —H.O.Taylor⟩ REST stresses reliance upon something as a base or fundamental support, usu. figurative ⟨continuing progress based on science and technology . . . the foundation upon which our prosperity and our increasing standard of living *rest* —H.H.Curtice⟩ ⟨their academic reputations *rest*, quite largely, upon their academic power —C.W.Mills⟩ ⟨the cultures of the ancient empires of the Near East, of Greece and Rome, and of medieval Europe, all *rest* on the technical achievements of the Neolithic Age —Benjamin Farrington⟩

³base \"\ *adj* [¹*base*] **1** : constituting or serving as a base ⟨are now setting up a string of ~ camps —*Time*⟩ **2** : BASIC ⟨the right to work is a ~ right —Ira Mosher⟩

⁴base \"\ *adj* -ER/-EST [ME *bas*, fr. MF, fr. ML *bassus* fat, short, low] **1** *archaic* : of little height : not high or tall ⟨the cedar stoops not to the ~ shrub's foot —Shak.⟩ **2** *obs* : low in place or position ⟨fall to the ~ earth from the firmament —Shak.⟩ **3** *obs* : ³BASS **4** *archaic* **a** : of humble birth or position : LOWLY, PLEBEIAN, POOR ⟨~ in kind and born to be a slave —William Cowper⟩ **b** : of illegitimate birth : BASTARD ⟨Edmund the ~ shall top the legitimate —Shak.⟩ **5 a** : like a villein : SERVILE ⟨a ~ tenant⟩ **b** : held by villenage ⟨~ tenure⟩ **6** : of inferior quality : SHABBY, COARSE, DEBASED: as **a (1)** : alloyed with inferior metal ⟨~ gold⟩ **(2)** : made of inferior metal ⟨~ coins of aluminum⟩ **b** *of language* : not classical ⟨~ Latin⟩ **7** : having no dignity of sentiment or trustworthiness : LOW-MINDED, MEANSPIRITED, SHAMEFUL, IGNOBLE, UNWORTHY ⟨seemed a ~ betrayal of idealism —L.M.Sears⟩ **8** : lacking higher values : DEGRADING, MENIAL ⟨citizens go on existing with a ~ mechanical kind of life like that of insects —Stephen Spender⟩ **9** : of comparatively little value : not precious — compare BASE METAL

syn LOW, VILE: BASE stresses the ignoble; it may suggest cruelty, treachery, greed, or grossness ⟨all those features which distinguish the errors of magnanimous and intrepid spirits from *base* and malignant crimes —T.B.Macaulay⟩ ⟨*base* self-centered indulgence and selfish ambition —W.R.Inge⟩ LOW may connote crafty cunning, vulgarity, or immorality ⟨a man who by exercising a *low* sort of cunning, has managed to grab three or four millions of money selling bad whiskey —G.B. Shaw⟩ ⟨some sporting events of a *low* type, such as setting on men, women, or animals to fight —G.M.Trevelyan⟩ VILE, the most extreme of these three words, often suggests depravity or filth ⟨a jeering intention in his meanly unctuous tone, something more *vile* than mere cruelty —Joseph Conrad⟩ ⟨*vile* abuse and unbelievable blasphemies poured from her snarling lips —W.H.Wright⟩ ⟨the jail was a *vile* place, in which most kinds of debauchery and villainy were practiced, and where dire diseases were bred —Charles Dickens⟩ or, unlike BASE and LOW, is often used as a strong synonym for *objectionable* or *poor* ⟨curses . . . for the *vile* drinks he had been the means of introducing there —W.M.Thackeray⟩

⁵base [⁴*base*] *obs var of* ²BASS

base angle *n* [¹*base*] : the horizontal angle between the base line and the orienting line in artillery fire measured from the base line in the same direction as angles are measured by the sight on the gun

base·ball \ˈ·,·\ *n*, *often attrib* [¹*base* (goal) + *ball*] **1** : a game played with a ball, bat, and gloves between 2 teams of 9 players each on a large field centering upon 4 bases that form the corners of a square 90 feet on each side, each team having a turn at bat and in the field during each of the 9 innings that constitute a normal game, the winner being the team that scores the most runs — see BALL 3a, b, STRIKE, OUT; FAIR BALL, FOUL BALL; INFIELD, OUTFIELD **2** : a ball having a cork or rubber center wound tightly with twine and covered with two pieces of bleached white horsehide stitched together, officially from 5 to 5¼ ounces in weight and from 9 to 9¼ inches in circumference **3** : a form of seven-card stud poker in which nines and threes are wild and threes and fours when dealt face up give the recipient certain special privileges

baseball field: *1* pitcher, *2* catcher, *3* first baseman, *4* second baseman, *5* third baseman, *6* shortstop, *7* left fielder, *8* center fielder, *9* right fielder, *a* first base, *b* second base, *c* third base, *d* home plate, *e* batter's box, *f* catcher's line, *g* foul line, *h* coach's box

baseball stitch *n* : a stitch for making two edges just meet worked under and over from the inside outward and used esp. in seaming baseball covers and mending tears in sails

base·board \ˈ·,·\ *n* [¹*base* + *board*] : a board situated at or forming the base of something ⟨the ~ of a camera⟩; *specif* : a protecting or finish molding of board or other material covering the joint of a wall and the adjoining floor

baseboard heating *n* : panel heating by means of baseboards

base·born \ˈ·ˈ·\ *adj* [⁴*base* + *born*] **1 a** : of humble birth : LOWLY **b** : of illegitimate birth : BASTARD **2** : MEANSPIRITED, IGNOBLE

base box *n* : a unit of area for tin plate and terneplate equal to 31,360 square inches or 217.78 square feet or 20.232 square meters corresponding to the area covered by 112 plates of 14 by 20 inches each

base broom *n* : WOODWAXEN

base bullion *n* [⁴*base*] : crude lead containing silver or gold and silver

base burner *n* [¹*base*] : a stove in which the fuel is fed from a hopper as the lower layer is consumed

base circle *n* [¹*base*] : the circle of an involute gear wheel from which the involute forming the outline of the tooth face is generated

base coat *n* [³*base*] **1** : the plaster underlying the finish coat and consisting of a single coat or of separately applied scratch coat and brown coat **2** : PRIMING 1b(2)

base course *n* [³*base*] **1 a** : the first or lowest course of a wall (as of a foundation wall or of the wall of a building above the basement) **b** : the bottom layer of material laid down in the construction of a pavement **2** *of a ship* : a straight-line course ⟨the destroyer turned back to *base course*⟩

base-court \ˈ·,·\ *n* [MF *basse-court*, fr. *basse* (fem. of *bas* low) + *court* — more at BASE] **1 a** : the lower or outer court of a castle or mansion : BAILEY **b** : the rear courtyard of a farmhouse **2** : an English inferior court of law

based \ˈbāst\ *adj* [¹*base* + *-ed*] : having a base or having as a base ⟨firmly ~ ice⟩ ⟨a soundly ~ argument⟩

ba·se·dow's disease \ˈbäzə,dōz-\ *n*, *usu cap B* [after Karl von *Basedow* †1854 Ger. physician] : EXOPHTHALMIC GOITER

base elbow *n* [¹*base*] : a cast-iron pipe bend having a flange or pad cast on it as a seat for a supporting column or bracket

base esquire *n* [⁴*base*] *heraldry* : the lower of the halves of a canton divided diagonally

base exchange *n* [¹*base*] : CATION EXCHANGE

base fee *or* base fee simple *n* [³*base*] **1** : a determinable fee; *broadly* : a defeasible fee-simple estate (as a conditional fee) **2** *obs* **a** : an estate held by a tenant at the will of his lord or superior **b** : the status of an estate conveyed by a tenant in tail out of possession as a fee simple without proper adherence to the relevant rules of law

base·hearted \ˈ·ˈ·\ *adj* : having a base heart

base hit *n* [¹*base*] : a hit in baseball that enables the batter to reach base safely with no error being made and no base runner being forced out on the play

base horehound *n* [⁴*base*] **1** : WHITE DEAD NETTLE **2** : a common European woundwort (*Stachys germanica*) with ashy gray foliage and pinkish white flowers

base knob *n* [¹*base*] : a knob often made partly of rubber and fastened to a baseboard to prevent a door from striking the wall

bâ·sel \ˈbäzəl, ˈbäz-\ *adj*, *usu cap* [fr. *Basel*, Switzerland] : of or from the city of Basel, Switzerland : of the kind or style prevalent in Basel

base·less \ˈbāsləs\ *adj* [¹*base* + *-less*] : having no base : GROUNDLESS ⟨a ~ fear⟩ — base·less·ly *adv* — base·less·ness *n* -ES

¹baselevel \ˈ·ˌ··\ *n* [¹*base* + *level*] : the level below which a land surface cannot be reduced by running water

²baselevel \"\ *vt* : to reduce to or toward the condition of a plain at baselevel

baselevel plain \ˈ·,··-\ *n* : a plain produced by the degradation of a region to its baselevel — compare PENEPLAIN

base line *n* [¹*base*] : a main line taken as or representing a base: as **a** : BASE 6b; *specif* : a line extending east and west from a chosen reference point on a principal meridian and forming with the meridian a pair of coordinate axes for locating township and section corners — used in U.S. public-land surveying **b** : the line joining the base piece and the base point in artillery fire **c** : the lowest horizontal line in a profile drawing of a ship used as a base for vertical measurements **d** *of a perspective drawing* : the line formed by the intersection of the ground plane and the picture plane **e** : the area within which a baseball player must keep when running between bases **f** : the back line at each end of a tennis court — see TENNIS illustration **g** : the lower horizontal guideline for aligning capitals in freehand lettering **h** : a known quantity used as a control for further experimentation

base·lin·er \ˈbās,līnə(r)\ *n* -S [*base line* + *-er*] : a tennis player who usu. plays near the base line

ba·sel·la \bəˈselə, -ˈze-\ *n*, *cap* [NL, prob. fr. a native name in India] : a genus of herbaceous annual or biennial vines (the type of the family Basellaceae) having sessile flowers on thickened pedicels and being natives of tropical Asia and Africa where they are used as potherbs — see MALABAR NIGHTSHADE

ba·sel·la·ce·ae \,basəˈlāsē,ē, -azə-\ *n pl*, *cap* [NL, fr. *Basella*, type genus + *-aceae*] : a small family of usu. climbing herbs (order Caryophyllales) sometimes included in the Chenopodiaceae but distinguished by having the calyx and corolla dissimilar — bas·el·la·ceous \ˌ··ˈ·shəs\ *adj*

base·ly *adv* [⁴*base* + *-ly*] : in a base manner : DISHONORABLY, IGNOBLY, SHAMEFULLY ⟨few . . . have been clearly and ~ faithless to their society —C.W.deKiewiet⟩

base·man \ˈbāsmən\ *n*, *pl* basemen : a man stationed at a base

base map *n* [³*base*] : a map having only essential outlines and used for the plotting or presentation of specialized data of various kinds

base·ment \ˈbāsmənt\ *n* -S *often attrib* [prob. fr. ¹*base* + *-ment*] **1** : the architectural member that serves as a pedestal or substructure for the main order; *specif* : the ground floor facade in Renaissance architecture **2 a** : the part of a building that is wholly or partly below ground level; *esp* : such a room having overlaid or hard-surface flooring and housing a furnace — compare CELLAR **b** : the interior at ground level in a basement house or in a building having a basement facade **3** : the lowest or fundamental part of anything ⟨the ~ of the fountain —Charles Dickens⟩ **4 a** : BASEMENT COMPLEX **b** : a compact firm rock underlying less firmly consolidated earth materials ⟨atolls can grow on various types of ~s —F.P.Shepard⟩ **5** *chiefly New Eng* : an indoor school toilet or washroom ⟨the boy's ~⟩

*B* basement

basement complex *n* **1** : the assemblage of metamorphic and igneous rocks underlying stratified rocks in a particular region **2** : the Archean rocks — compare FUNDAMENTAL COMPLEX

basement house *n* : a dwelling in which the principal drawing rooms are located at least one story above ground level with the main entrance at ground level or one story above and reached by exterior steps

basement membrane *n* : a delicate connective tissue membrane commonly composed of a single layer of flat cells and underlying the epithelial cells of many organs

base metal *n* [⁴*base*] **1** : a metal or alloy (as zinc, lead, or brass) of comparatively low value and relatively inferior in certain properties (as resistance to corrosion) — opposed to *noble metal* **2** : the metal to which a coating or plating is applied : the metal existing underneath a coating or plating **3** : the chief constituent of any alloy **4** : the metal composing parts to be welded

base molding *n* [¹*base*] : a molding along the upper margin of a baseboard or other plinth

bas·en·dite \ˈbāˈsen,dīt\ *n* -S [¹*base* + *endite*] : either of a pair of lobes attached at the end of each of the specialized paired appendages of a crustacean — compare ENDITE, EXITE

base·ness \ˈbāsnəs\ *n* -ES [⁴*base* + *-ness*] **1** : the quality or state of being base ⟨moral ~⟩ **2** : a base act or trait ⟨perpetrate a ~ so unmixed —Robert Browning⟩

base net *n* [¹*base*] : a system of triangles and quadrilaterals including and immediately adjacent to a base line in a triangulation system

ba·sen·ji \bəˈsenjē\ *n* [of Bantu origin; akin to Lingala & Tshiluba *basenji*, pl. of Lingala *mosenji*, Tshiluba *musenji* native, inhabitant of the hinterland] **1** *usu cap* : an African breed of small compact curly-tailed chestnut-brown dogs that rarely bark **2** -S *sometimes cap* : any dog of the Basenji breed

base of fire [¹*base*] : an element of or one or more military units that give supporting fire to an attacking unit

base on balls [¹*base*] : an advance to first base given to a baseball player who during his time at bat receives four pitches outside the strike zone ⟨was given an intentional *base on balls* in the seventh inning⟩ — called also *pass*, *walk*

base paper *or* base stock *n* [¹*base*] : BODY PAPER

base path *n* [¹*base*] : the area between the bases of a baseball field used by a base runner

base pay *or* base salary *or* base wage *n* [³*base*] : BASIC WAGE; *specif* : the minimum pay for a given rank or grade of a member of the armed forces ⟨retired for life upon three-quarters of his *base pay* —Nancy B. Shea⟩

base period *n* [³*base*] : a period of business or economic activity used as a basis or reference point esp. for indexing, calculating, estimating, or adjudicating prices, taxes, compensation, income, and production

base piece *n* [³*base*] : the piece of a gun battery for which the initial firing data are computed

baseplate \ˈ·,·\ *n* [¹*base* + *plate*] **1** : a plate that serves as a base or support: as **a** : the foundation plate of heavy machinery (as of a steam engine) : BEDPLATE **b** : the steel or cast-iron plate on which a column rests **c** : the metal plate that serves as a base and firing support for the breech end of a mortar **2 a** : the portion of an artificial denture in contact with the jaw **b** : the sheet of plastic material used in the making of trial denture plates

baseplug \ˈ·,·\ *n* [¹*base* + *plug*] : an electric wall receptacle; *esp* : one in or near the baseboard

base price *n* [³*base*] **1** : a price for a standard commodity from which variations are readily computed (as by a formula) **2** : a price before discounts and extras

baser *comparative of* BASE

base rate *n* [³*base*] : an established and usu. guaranteed rate of pay per unit of time (as per hour or day) or for production at the standard rate

base right *n* [³*base*] : the right in Scots law acquired by a disponee taking feudal property to hold as subvassal

base ring *n* [¹*base*] **1** : a projecting band of metal around the breech of a muzzle-loading cannon — see CANNON illustration **2** : the circular base of a heavy gun carriage

base rocker *or* base rocking chair *n* [¹*base*] : a rocking chair fastened upon a base that is usu. mounted on casters

base runner *n* [¹*base*] : a baseball player of the team at bat who is on base or is attempting to reach a base — base·running \ˈ·,··\ *n*

bases *pl of* BASE *or of* BASIS, *pres 3d sing of* BASE

base shoe *n* [¹*base*] : a narrow molding often of quarter round joining the bottom of a baseboard and the floor

basest *superlative of* BASE

base stock method *n* [¹*base*] : an accounting method of valuing inventories by carrying on the books a minimum quantity of a commodity at the same low fixed price from year to year and valuing the quantity in excess of the minimum at a separate price which is usu. the lower of cost or market value — compare LAST IN, FIRST OUT

base stone *n* [³*base*] : FOOTING STONE

base surge *n* [¹*base*] : the cloud of mist, water, and debris that spreads outward from the surface point of an underwater atomic explosion

base time *n* [³*base*] : the time calculated as the normal time required by a qualified individual working at normal pace for completion of a given work cycle with no allowance for delay or fatigue and personal needs

¹bash \ˈbash, -aa(ə)-,-ai-\ *vb* -ED/-ING/-S [origin unknown] *vt* : to strike violently : BEAT, KNOCK ⟨~ him on the head with a club⟩ : smash by a blow — often used with *in* ⟨the tree ~*ed* in the roof⟩ ~ *vi* **1** : CRASH ⟨the car ~*ed* into a tree⟩ **2** *Brit* : HIT, KNOCK ⟨a branch ~*ing* against the house⟩; *also* : to punch with the fist — bash one's ear *chiefly Austral* : to talk long and insistently to one

²bash \"\ *n* -ES **1** *chiefly Brit* : a forceful blow **2** *slang Brit* : a good time : ENTERTAINMENT

ba·sha \bäˈshä, ˈ·(,)·\ *n* -S [Assamese] : an Assamese hut typically made of bamboo and grass

bash·am's mixture \ˈbashəmz-\ *n*, *usu cap B* [after William R. *Basham* †1877 Eng. physician] : an aromatic solution of iron and ammonium acetate formerly used as a hematinic

bashaw *often cap*, *var of* PASHA

bash·er \ˈbashə(r), -aash-,-aish-\ *n* -S [¹*bash* + *-er*] : one that bashes; *esp*, *chiefly Austral* : a criminal who beats and robs his victims

bash·ful \ˈbashfəl, -aash-, -aish-\ *adj* [obs. *bash* to be abashed (fr. ME *basshen*, short for *abasshen*) + *-ful* — more at ABASH] **1** : inclined to shrink from public attention : socially shy or timid : SELF-CONSCIOUS, DIFFIDENT ⟨he hesitated, awkward and ~, shifted his weight from one leg to the other —Jack London⟩ ⟨they considered themselves a tough outfit and weren't ~ about letting anybody know it —F.B. Gipson⟩ **2** : characterized by, showing, or resulting from extreme sensitiveness, self-consciousness, or shyness ⟨found that ~ words tumbling from his tongue's end really spelled themselves out into sensible talk —Carl Sandburg⟩ syn see SHY

bashful billy *n*, *usu cap 2d B* : LORIS 1b

bash·ful·ly \-fəlē, -li\ *adv* : in a bashful manner

bash·ful·ness \-fəlnəs\ *n* -ES : the quality or state of being bashful

bashi-ba·zouk \,bashēbəˈzük\ *n* -S [Turk *başı bozuk* irregular soldier, fr. *baş* head, leader + *bozuk* depraved, corrupt] **1 a** : a member of an irregular ill-disciplined auxiliary of the Ottoman Empire **b** : IRREGULAR **2** : a turbulent ill-disciplined person

bashing *n* -S [fr. gerund of ¹*bash*] : BEATING ⟨they have both had a ~⟩

bash·kir \(ˈ)bashˌki(ə)r\ *n*, *pl* bashkir *or* bashkirs *usu cap* [Russ, of Turkic origin; akin to Jagatai *badžkyr* Bashkir, Chuvash *puškart*] **1 a** : a Turkic-speaking Muslim people between the Volga and the Ural mountains regarded as tatarized Finns **b** : a member of the Bashkir people **2** : the language of the Bashkirs

bash·lyk *also* bash·lik \(ˈ)bashˌlik\ *n* -S [Russ *bashlyk*, fr. Turk *başlık* hood, fr. *baş* head] : a protective hood with long ends for use as a scarf worn esp. by the Russian military

ba·si \ˈbäsē\ *n* -S [native name in the Philippines] : a fermented beverage prepared by natives of the Philippines

basi- *in pronunciations below* ˌ·· = ˌbāsē (*bef vowels or consonants*) *or* -sə (*bef consonants*)\ *also* baso- *comb form* [ISV, fr. L *basis*] **1 a** : base : lower part ⟨*basi*petal⟩ **b** : at or near the base ⟨*basi*fixed⟩ ⟨*basi*glandular⟩ **c** : of or belonging to the base of ⟨*basi*cranial⟩ **2 a** : chemical base ⟨*basi*fy⟩ **b** : subsilicic and ⟨*basi*ophitic⟩

ba·si·al \ˈbāsēəl\ *adj* [*basi-* + *-al*] : of or relating to the basion

¹ba·si·branchial \ˌ·· *at* BASI- + \ *adj* [*basi-* + *branchial*] : of, relating to, or being a median bone or cartilage at the ventral point of a branchial arch

²basibranchial \"\ *n* -S : a basibranchial bone or cartilage

ba·si·bregmatic height \ˌ··+ . . . -\ *var of* BASION-BREGMA HEIGHT

¹ba·sic \ˈbās|ik, |ēk *sometimes* -āz|\ *adj* [¹*base* + *-ic*] **1** : of, relating to, or forming the base or essence : FUNDAMENTAL, ESSENTIAL, IRREDUCIBLE ⟨a ~ fact⟩ ⟨a ~ argument⟩ ⟨~ truths⟩ **2** : constituting or serving as the basis or starting point ⟨a ~ house⟩ **3 a** : of, relating to, or characteristic of a base ⟨~ groups⟩ ⟨~ nitrogen⟩ — compare ALKALINE **b** : having an alkaline reaction ⟨~ compounds⟩ ⟨a ~ catalyst⟩ **c** *of salts* : derived by partial neutralization ⟨~ lead carbonate⟩ ⟨~ bismuth chloride⟩ **d** : containing or involving the use of alkaline material ⟨a furnace with a ~ lining⟩ — see BASIC PROCESS **e** : base-forming ⟨lime is a ~ oxide⟩ **4** *of rocks* : containing relatively little silica : SUBSILICIC — opposed to *acid* **5** : relating to or made by a basic process ⟨~ steel⟩ ⟨~ rails⟩ **6** *of language* : having a vocabulary that consists of a very small number of words but that can be used to convey a wide range of ideas or information ⟨~ French⟩ **7** : assigned for general duties within a military organization ⟨a ~ private⟩ **8** : prescribed and nominal — used of standards (as of size) that are the basis for the calculation of allowances and tolerances

²basic \"\ *n* -S **1** : something that is basic : FUNDAMENTAL — usu. used in pl. ⟨the ~*s* of honesty⟩ ⟨the ~*s* of sewing⟩ **2** : BASIC TRAINING ⟨took his ~ at Keesler Field⟩

basic airman *n* : an airman undergoing basic training in the U.S. Air Force

ba·si·cal·ly \|ək(ə)lē, |ēk-, -li\ *adv* : FUNDAMENTALLY, ESSENTIALLY

basic anxiety *n*, *psychol* : a feeling of helplessness and personal isolation

basic crew *n* **1** : the group or number of employees considered necessary for continuous operation (as of a business or factory) **2** : a limited number or prescribed group of employees subject to guaranteed wage provisions in a labor contract

basic crop *or* basic commodity *n* : an agricultural product deemed of sufficient economic or political importance to be designated by the U.S. Congress for special production controls or price supports

basic dress *n* : a simple classic dress usu. of a solid color and adaptable to many occasions by a change of accessories

basic dye *or* basic color *n* : any of various chiefly synthetic dyes reacting as bases because of the presence of certain nitrogen-containing groups (as amino groups), producing clear

Case 3:06-cv-02361-WHA Document 89-9 Filed 11/15/2006 Page 6 of 12

⟨hand down a ~⟩; *esp* : a thing intermediate between or blending qualities of two different things ⟨a ~ solution⟩

[2]**compromise** \"\ *vb* -ED/-ING/-S *vt* 1 *obs* a *of an arbiter* : to adjust or settle (a difference) between parties b : to bind by mutual agreement 2 *of factions* : to adjust or settle by partial mutual relinquishment of principles, position, or claims : settle by coming to terms ⟨husband and wife *compromised* their differences⟩ 3 a : to put in jeopardy : endanger (as life, reputation, or dignity) by some act that cannot be recalled : expose to suspicion, discredit, or mischief ⟨~ one's conscience⟩ ⟨~ national security⟩ b : to cause (a person) embarrassment, humiliation, or shame by improper erotic advances or by allowing the suspicion of such to arise ⟨in those days a girl was *compromised* if she danced more than twice with the same man⟩ c : to reveal or expose to unauthorized persons and esp. to an enemy (the nature, details, or workings of classified matter or a classified device) ⟨capture of a number of unenciphered messages will ~ the cryptographic system⟩ ~ *vi* 1 : to come to a settlement or agreement by mutual concession ⟨union and employer agreed to ~⟩ 2 : to make a shameful or disreputable concession ⟨rather die than ~⟩ — often used with *with* ⟨gave up a lucrative editorial position . . . rather than ~ with his principles —H.L.Smith b.1906⟩

**compromise formation** *n* : a psychic product, symptom, symbol, or dream form that expresses simultaneously and partially satisfies both the unconscious impulse and the defense against it

**compromise joint** *n* : a step joint used for joining two rails of different sizes or shapes

**com·pro·mis·sion** \,kämprə'mishən\ *n* -s [ME *compromissioun*, fr. ML *compromission-*, *compromissio*, fr. L *compromissus* (past part. of *compromittere*) + *-ion-*, *-io* -ion] 1 a : delegation of a dispute to arbiters b : delegation of the right to elect to one or more persons 2 : the act or action of jeopardizing (as one's moral or ethical principles)

**compromit** *vt* **compromitted; compromitted; compromitting; compromits** [ME *compromitten*, fr. L *compromittere* to promise mutually to abide by the decision of an arbiter — more at COMPROMISE] *obs* : COMPROMISE

[1]**com·provincial** \¦käm+\ *adj* [ML *comprovincialis*, fr. L *com-* + *provincialis* provincial] : of the same archiepiscopal province ⟨a ~ bishop⟩

[2]**comprovincial** \"\ *n* -s : one of the bishops of a particular archiepiscopal province ⟨a primate's control over his ~s⟩

**comps** *pl of* COMP, *pres 3d sing of* COMP

**comp·si·lu·ra** \,kämpsə'lùrə\ *n, cap* [NL] : a genus of tachinid flies including one (*C. concinnata*) that is important in the biological control of several destructive phytophagous moths (as the gypsy, brown-tail, and satin moths)

**comp·sog·na·thus** \kämp'sägnəthəs\ *n, cap* [NL, fr. Gk *kompso-* (fr. *kompsos* elegant) + NL *-gnathus* -gnathous; prob. akin to Lith *švankus* proper] : a genus of very small carnivorous saurischian dinosaurs (suborder Theropoda) from the Upper Jurassic of Bavaria with long hind limbs and three-toed feet much like those of a bird

**comp·so·thlyp·i·dae** \,kämpsəth'lipə,dē\ [NL, fr. *Compsothlypis*, genus of passerine birds + *-idae*] *syn of* PARULIDAE

[1]**compt** \'kaunt, 'käm(p)t\ *archaic var of* COUNT

[2]**compt** *adj* [L *comptus*, past part. of *comere* to arrange, adorn, fr. *co-* + *emere* to buy (in preliterary Latin, to take) — more at REDEEM] *obs* : NEAT, SPRUCE, POLISHED

**compt** *abbr* 1 compartment 2 comptroller

**compt·er** \'kauntə(r), 'käm(p)t-\ *n* -s [alter. (influenced by F *compter* to calculate, count) of *counter* — more at COUNT] *archaic Brit* : a prison used esp. for debtors

**comptible** *adj* [alter. (influenced by *-ible*) of earlier *comptable*, alter. (influenced by MF *comptable* responsible) of *countable* — more at COUNTABLE (responsible)] 1 *obs* : RESPONSIBLE, ANSWERABLE 2 *obs* : SENSITIVE

**comptie** *var of* COONTIE

**comp·ton effect** \'käm(p)tən-\ *also* **compton scattering** *n, usu cap C* [after Arthur H. *Compton* †1962 Am. physicist who first observed it] : the scattering of an X-ray or gamma-ray photon upon impact with an electron within an atom accompanied by transfer of a part of the photon's energy to the electron with consequent loss of frequency — compare COMPTON SHIFT

**compton electron** *n, usu cap C* : an electron ejected from an atom by the impact of incident radiation in the Compton effect

**compton shift** *n, usu cap C* : the increase in X-ray or gamma-ray wavelength resulting from the transfer of energy that accompanies the scattering of photons in the Compton effect

**comp·trol·ler** \kən'trōlə(r), 'käm(p)t-, käm(p)'t-, 'kän,t-, kän't-\ *n* -s [ME, alter. (influenced by MF *compte* account, count) of *conterroller* controller — more at CONTROLLER, COUNT] 1 : a controller esp. of accounts or finances 2 : a public officer whose duty it is to supervise accounts and determine the propriety of expenditures ⟨Army Comptroller in the office of the chief of staff at Washington—*Current Biog.*⟩

**comptroller general** *n, pl* **comptrollers general** : an officer in the U.S. federal government charged with the adjustment of all claims for or against the government and with the investigation of all matters related to the receipt, disbursement, and application of public funds

**comptroller of the currency** *usu cap both Cs* : an official of the Treasury Department of the U.S. government who exercises general control over all national banks and over the issue of federal reserve notes

**comp·trol·ler·ship** \-,ship\ *n* -s : CONTROLLERSHIP

**com·pul·sa·tive** \kəm'pəlsəd·iv\ *adj* [obs. *compulse* to compel (fr. ME *compulsen*, fr. L *compulsus*, past part. of *compellere*) + *-ative*] *obs* : COMPULSORY

**com·pul·sa·to·ry** \kəm'pəlsə,tōrē\ *adj* [obs. *compulse* + *-ate* + *-ory*] : COMPULSORY ⟨~ taxes⟩

**com·pul·sion** \kəm'pəlshən\ *n* -s [ME *compulsioun*, fr. MF or LL; MF *compulsion*, fr. LL *compulsion-*, *compulsio*, fr. L *compulsus* (past part. of *compellere* to compel) + *-ion-*, *-io* -ion — more at COMPEL] 1 a : an act of compelling : a driving by force, power, pressure, or necessity ⟨I do not assert that rational reform can wholly dispense with physical ~ —J.A. Hobson⟩ ⟨by ~ of the swirling currents —Mark Twain⟩ ⟨acting under ~, not on his own free will⟩ b : a force or agency that compels ⟨it is a shapeless book and it lacks the ~ of the best narrative —John Buchan⟩ c : a condition marked by compelling, by forced action or assent ⟨peonage is service to a private master at which a man is kept by bodily ~ against his will —O.W.Holmes †1935⟩ 2 : an irresistible impulse to perform an irrational act the performance of which tends to disturb a neurotic doer but not a psychotic — compare OBSESSION **syn** see FORCE

**compulsion neurosis** *n* : OBSESSIVE-COMPULSIVE NEUROSIS

**com·pul·si·tor** \kəm'pəlsətər\ *n* -s [*compulsit-* (irreg. fr. *compulsatory*) + *-or*] *Scots law* : a compulsory agent or means (as a mandate)

[1]**com·pul·sive** \kəm'pəlsiv, -sēv *also* -səv\ *adj* [obs. *compulse* + *-ive*] 1 : having power to compel ⟨admonishing the people in a strangely ~, resonant voice, to be orderly —L.C.Douglas⟩ : exercising or applying compulsion ⟨forced to adopt ~ measures to collect taxes⟩ 2 *archaic* : produced or caused by compulsion : FORCED 3 : of, having to do with, caused by, or suggestive of psychological compulsion or obsession ⟨mechanical lovemaking, ~ drinking, and considerations of suicide —J.W. Aldridge⟩ — **com·pul·sive·ly** \-sivlē, -li\ *adv* — **com·pul·sive·ness** *n* -ES

[2]**compulsive** \"\ *n* -s 1 : a compelling force ⟨cultural ~s⟩ 2 : one who is subject to a psychological compulsion ⟨the excessive cleanliness of the ~, who is struggling against instinctual demands for dirt and disorder —G.S.Blum⟩

**com·pul·so·ri·ly** \-s(ə)rəlē, -li\ *adv* : in a compulsory manner ⟨candidates . . . must be ~ examined —Barbara Wootton⟩

**com·pul·so·ri·ness** \-rēnəs, -rin-\ *n* -ES : the quality or state of being compulsory

[1]**com·pul·so·ry** \kəm'pəls(ə)rē, -ri\ *adj* [ML *compulsorius* coercive, fr. L *compulsus* (past part. of *compellere*) + *-orius* -ory] 1 : demanded, directed, or designated by authority : ENFORCED, MANDATORY ⟨~ retirement⟩ ⟨~ vaccination⟩ ⟨fees ~ for all applicants⟩ 2 : having the power of compulsion : COERCIVE, COMPELLING ⟨~ measures⟩ 3 a *of education* : requiring or insuring under law a minimum literary level and usu. promoted in the case of minors by attendance of an authorized school up to a specified age limit b : obligatory esp. for the fulfillment of degree or graduation requirements ⟨for science majors biology and astronomy are ~⟩

[2]**compulsory** \"\ *n* -ES [ML *compulsorium*, fr. neut. of *compulsorius*, adj.] *archaic* : a measure or means (as a legal injunction) compelling obedience

**compulsory jurisdiction** *n* 1 : a jurisdiction existing by force of law over a person 2 : a mandatory jurisdiction that a state has agreed to accept in certain prescribed matters

**compulsory listing** *n* : MULTIPLE LISTING

**com·punc·tion** \kəm'pəŋ(k)shən\ *n* -s [ME *compunctioun*, fr. MF *componction*, fr. LL *compunction-*, *compunctio*, fr. L *compunctus* (past part. of *compungere* to prick hard, sting fr. *com-* + *pungere* to prick, sting) + *-ion-*, *-io* -ion — more at PUNGENT] 1 a : anxiety of spirit arising from consciousness of sin : deep unease caused by knowledge of guilt ⟨~s of conscience⟩ b : normal human regret, pity, or anxiety : REMORSE ⟨he showed no ~ in planning devilish engines of military destruction —Havelock Ellis⟩ c : a twinge of uneasiness : SCRUPLE ⟨cheating without ~⟩ 2 *archaic* : compassionate sorrow : PITY **syn** see PENITENCE, SCRUPLE

**com·punc·tion·less** \-ləs\ *adj* : lacking compunction

**com·punc·tious** \-shəs\ *adj* [*compunction* + *-ous*] 1 : arising from remorse or regret ⟨~ feelings⟩ 2 : feeling remorse or regret ⟨deeply ~ for his outburst⟩ — **com·punc·tious·ly** *adv*

**com·pur·ga·tion** \,käm(,)pər'gāshən\ *n* -s [LL *compurgation-*, *compurgatio*, fr. L *compurgatus* (past part. of *compurgare* to purify wholly, fr. *com-* + *purgare* to purify) + *-ion-*, *-io* -ion — more at PURGE] : vindication (as from a charge) or testimony or evidence that vindicates; *esp* : the clearing of a defendant or accused person by oaths of persons who swear to his veracity or innocence — often used of the mode of vindication of ecclesiastical courts or of the similar procedure in old Germanic courts; compare WAGER OF LAW

**com·pur·ga·tor** \'käm(,)pər,gād·ər\ *n* -s [ML, fr. L *compurgatus* + *-or*] : one that defends or supports another ⟨spoke most kindly as my ~s —H.J.Laski⟩; *specif* : one that under oath vouches for the blameless character or conduct of an accused person attempting thereby to vindicate him

**com·pur·ga·to·ri·al** \kəm¦pərgə¦tōrēəl, käm¦p-, ¦käm,p-\ *adj* [*compurgatory* + *-al*] : COMPURGATORY

**com·pur·ga·to·ry** \kəm'pərgə,tōrē, (')käm¦p-\ *adj* [*compurgator* + *-ory*] : of or relating to a compurgator or compurgation

**com·put·abil·i·ty** \kəm,pyüd·ə'bilədē, ¦tə'b-, -lətē, -i *also* ,kämpyə¦\ *n* -ES : the quality or state of being computable

**com·put·able** \kəm'pyüd·əbəl, ¦təbəl *also* 'kämpyə¦\ *adj* [L *computabilis*, fr. *computare* + *-abilis* -able] : capable of being computed — **com·put·ably** \-blē\ *adv*

**com·pu·ta·tion** \,kämpyə'tāshən\ *n* -s [ME *computacion*, fr. L *computation-*, *computatio*, fr. *computatus* (past part. of *computare* to compute) + *-ion-*, *-io* -ion] 1 : the act or action of computing : CALCULATION, RECKONING ⟨there had come many from the north — seven, by the squire's ~ —R.L. Stevenson⟩ 2 : a way or system of reckoning ⟨conformity with Roman practice in regard to . . . the ~ of Easter —F.M. Stenton⟩ 3 : the result of computation : amount computed

**com·pu·ta·tion·al** \¦kämpyə¦tāshən°l, -shnəl\ *adj* : having to do with computation ⟨~ errors⟩ ⟨~ aids⟩

**com·pu·ta·tive** \kəm'pyüd·əd·iv *also* 'kämpyə,tād·iv\ *adj* [*compute* + *-ative*] : given to or employing computation

**com·pu·ta·tor** \'kämpyə,tād·ə(r)\ *n* -s [L, fr. *computatus* + *-or*] : COMPUTER

[1]**com·pute** \kəm'pyüt, *usu* -üd·+V\ *n* -s [LL *computus*, fr. L *computare*] : COMPUTATION — used chiefly with *beyond* ⟨future wars will be complex beyond ~ —*U.S. Air Services*⟩

[2]**compute** \"\ *vb* -ED/-ING/-S [L *computare* — more at COUNT] *vt* 1 : to determine or ascertain esp. by mathematical means : arrive at an answer to or sum for ⟨~ a bank balance⟩ ⟨~ the area of a field⟩ ⟨~ the diameter of the sun⟩ 2 *obs* : to make up (as a period of time) ~ *vi* : to make calculation : RECKON ⟨they ~ by weight in selling grain⟩ **syn** see CALCULATE

**com·put·er** *also* **com·pu·tor** \-üd·ə(r), -ütə-\ *n* -s : one that computes: as a : a calculator esp. designed for the solution of complex mathematical problems; *specif* : a programmable electronic device that can store, retrieve, and process data b : any of several devices for making rapid calculations in navigation or gunnery (as the computing of an air position or the range of fire of a gun) c : a person who calculates (as latitudes, longitudes, and areas) for map making from notes made by engineering survey parties

**computing machine** *n* : COMPUTER a

**computing scale** *n* : a weighing machine that indicates both weight and the proper selling price for that weight

**com·put·ist** \kəm'pyüd·əst, -ütə-; 'kämpyətə-\ *n* -s [alter. (influenced by *compute*) of earlier *compotist*, fr. ME *compotiste*, fr. MF, fr. ML *computista*, *compotista*, fr. LL *computus*, *compotus* + L *-ista* -ist] : one skilled in computing (as dates of the calendar, business accounts, astronomical problems)

**com·pu·tus** \'kämpyətəs\ *n* -ES [ML, fr. LL, computation] 1 : a medieval set of tables for calculating astronomical events and movable dates in the calendar 2 *also* **com·po·tus** \-pət-\ [LL] : COMPUTATION, RECKONING

**compy** *abbr* company

**com·quat** *var of* KUMQUAT

**comr** *abbr* commissioner

[1]**com·rade** \'käm,rad, -,rəd, -,raa(ə)d, *Brit sometimes* 'kəm- *or* -,rād\ *n* -s [MF *camarade* group of soldiers sleeping in one room, roommate, companion, fr. OSp *camarada*, fr. *cámara* room, fr. LL *camera* — more at CHAMBER] 1 a *obs* : one that shares the same sleeping quarters as another b : one that shares the same fortunes or experiences as another : intimate friend : COMPANION ⟨an old ~ of fishing and hunting days⟩ — used as a form of address among members of the British Labor party and trade unions and among certain American organizations of a nonpolitical nature c : COMRADE-IN-ARMS ⟨his fallen ~s⟩ 2 a : COMMUNIST ⟨the party had forbidden all ~s to go to court —Paul Hofmann⟩ — used as a form of address ⟨a speech by *Comrade* Jones⟩ b : a person with or suspected of communist or leftist tendencies

[2]**comrade** \"\ *vt* -ED/-ING/-S : to associate in comradeship ⟨the gentlemen *comraded* it with the yeomen —Adrian Bell⟩

**comrade-in-arms** \¦•(,)••¦•\ *n, pl* **comrades-in-arms** : a friend made in military service : a fellow soldier

**com·rade·li·ness** \'•(,)•lēnəs, -lin-\ *n* -ES : CAMARADERIE

**com·rade·ly** \'•(,)•lē, -li\ *adj* : of or like a comrade or partner : suitable to the relation of comrades ⟨a ~ handshake⟩

**com·rade·ry** \-drē, -ri\ *n* -ES [trans. of F *camaraderie*] : CAMARADERIE

**com·rade·ship** \-,ship\ *n* : association as comrades ⟨could offer each other mutual aid and ~ —Oscar Handlin⟩

**coms** *pl of* COM

**comsomol** *usu cap, var of* KOMSOMOL

**com·stock** \'kämz,täk, -m,st- *sometimes* 'kəm-\ *also* **com·stock·er** \-kə(r)\ *n* -s [after Anthony *Comstock* †1915 Am. reformer] : a ludicrous prude esp. in matters relating to morality in art

**com·stock·ery** \-k(ə)rē, -ri\ *n* -ES : PRUDERY; *specif* : prudish concern in hunting down immorality esp. in books, papers, and pictures

**comstock mealybug** *or* **comstock's mealybug** *n, usu cap C* [after John H. *Comstock* †1931 Am. entomologist] : an Asiatic mealybug (*Pseudococcus comstocki*) introduced accidentally into No. America where it is a pest of various cultivated trees (as citrus and apples)

**comte** \kōⁿt\ *n* -s [F, fr. LL *comit-*, *comes* — more at COUNT] : [3]COUNT

**com·tesse** \kōⁿtes\ *n* -s [F, fr. OF *comtesse*, *contesse*, fr. *comte*, *conte* + *-esse* -ess] : COUNTESS

**comt·ian** *also* **comt·ean** \'käm(p)tēən, 'kōnt-, 'kōⁿt-\ *adj, usu cap* [Auguste *Comte* †1857 Fr. mathematician and philosopher + E *-ian* or *-an*] : of or relating to Auguste Comte or his writings or doctrines — compare POSITIVISM

**comt·ism** \-,tizəm\ *n* -s *often cap* [Auguste *Comte* + E *-ism*] : POSITIVISM 1a

**comt·ist** \-,təst\ *adj or n* [Auguste *Comte* + E *-ist*] : POSITIVIST

**co·mu·ni·dad** \kō¦münə¦thä(th)\ *n, pl* **comunida·des** \•,••'thä(,)thäs\ [Sp, *community*, fr. L *communitat-*, *communitas* — more at COMMUNITY] : a relatively independent Peruvian Indian community that developed out of the ayllu, constituted a collective social and economic unit, and also formed an intermediate administrative unit

[1]**con** \'kän\ *vt* **conned; conned; conning; cons** [ME *connen*, alter. (influenced by *con*, 1st & 3d sing. pres. indic., fr. OE, var. of *can*) of *cunnen* — more at CAN] 1 *obs* : to have knowledge of : KNOW 2 a : to study in order to know : regard or examine closely : PERUSE ⟨she had a complete set of "Standard Recitations" which she *conned* on Sundays —Willa Cather⟩ b : to commit to memory by vocal or mental repetition ⟨the orator had *conned* it by heart —S.H.Adams⟩ c : to reflect upon : PONDER ⟨the wise soldier will ~ himself, note his difference from the man he was —Christopher La Farge⟩ — **con thanks** \"-, 'kən-\ *archaic* : to express gratitude : ACKNOWLEDGE

[2]**con** \"\ *var of* CONN

[3]**con** \"\ *adv* [ME, short for [1]*contra*] : on the negative side : in opposition — opposed to *pro* ⟨much was written pro and ~⟩

[4]**con** \"\ *n* -s 1 : the arguments or evidence in opposition to a statement, proposition, or position 2 : the negative position or one holding it : OPPOSITION — opposed to *pro* ⟨an appraisal of the pros and ~s⟩

[5]**con** \"\ *adj* : taking the opposing side : OPPOSITIONAL, NEGATIVE — opposed to *pro* ⟨pro and ~ arguments⟩

[6]**con** \"\ *prep* : in opposition to : on the negative side of : AGAINST — opposed to *pro* ⟨forces pro and ~ the issue⟩

[7]**con** \"\ *n* -s [prob. fr. F *cogner* to beat, fr. OF, fr. L *cuneus* wedge — more at COIN] *now dial Eng* : a rap with the knuckles

[8]**con** \"\ *adj* [by shortening] : [2]CONFIDENCE

[9]**con** \"\ *vt* **conned; conned; conning; cons** 1 : to swindle esp. by the confidence game : DECEIVE, CHEAT ⟨she *conned* a victim out of his savings⟩ 2 : to persuade or lure (a person) to the advantage of the persuader : TRICK, FOOL ⟨he *conned* her into buying an inferior product⟩ 3 : CAJOLE, BLARNEY, SOFT-SOAP ⟨a mealymouthed football coach *conning* a boy with a broken knee into playing —A.J.Liebling⟩

[10]**con** \"\ *n* -s : fraudulent appropriation of money ⟨knew too much about ~ to fall for that one —Herbert Gold⟩

[11]**con** \"\ *n* -s [by shortening] *slang* : CONVICT

[12]**con** \"\ *n* -s [by shortening] *slang* : CONDUCTOR 2c

[13]**con** \"\ *n* -s [short for *consumption*] *slang* : a destructive disease of the lungs: a : TUBERCULOSIS b : silicosis with superimposed tuberculous infection

[1]**con-** — see COM-

[2]**con-** *or* **cono-** *comb form* [Gk *kōn-*, *kōno-*, fr. *kōnos* — more at HONE] : cone ⟨*conodont*⟩ ⟨*conoplain*⟩ ⟨*conoscope*⟩

**con** *abbr* 1 concerto 2 conclusion 3 conic 4 connecting; connection 5 consol; consolidated 6 [L *conjux*] consort 7 consul 8 continued 9 contra

**con ab·ban·do·no** \¦kä,nabən-'dō(,)nō, ¦kō,-; ¦kō,nä,bän-\ *adv* [It, lit., with abandon] : UNRESTRAINEDLY : BRILLIANTLY — used as a direction in music

**con·a·cas·te** \,känə'kastē\ *n* -s [Sp *conacaste*, *guanacaste*, fr. Nahuatl *cuauhnacaztli*, lit., ear tree, fr. *cuahuitl* tree + *nacaztli* ear; fr. the shape of the fruit] : a tropical American timber tree (*Enterolobium cyclocarpum*) that has coiled ear-shaped fruits and produces a valuable wood

[1]**con·acre** \'kä,nākə(r)\ *n* -s [alter. of earlier *corn-acre*, lit., field of grain] *in a former Irish land system* : the subletting for a single season of small portions of a farm previously prepared for sowing or planting; *also* : a single parcel or tenancy so held

[2]**conacre** \"\ *vt* -ED/-ING/-S : to sublet (land) in conacre

**con af·fet·to** \,känə'fed·(,)ō, ,kōn-\ *adv* [It] : with feeling and tenderness — used as a direction in music

**con agi·li·ta** \-nə¦jilə¦tä\ *adv* [It *con agilità*, lit., with agility] : with liveliness — used as a direction in music

**con agi·ta·zio·ne** \¦kä,najə,tätsē'ōnē, ¦kō,-\ *adv* [It, lit., with agitation] : AGITATEDLY — used as a direction in music

**con·a·kry** *or* **kon·a·kri** *or* **kon·a·kry** \'känəkrē\ *adj, usu cap* [fr. *Conakry*, *Konakri*, *Konakry*, seaport on Tombo Island, Guinea] : of or from Conakry, the capital of Guinea : of the kind or style prevalent in Conakry

**co·nal** \'kōn°l\ *adj* [NL *conus* (*arteriosus*) + E *-al*] : of or relating to the conus arteriosus

**con·albumin** \¦kän+\ *n* -s [*com-* + *albumin*] : a protein of the white of an egg that is obtained from the filtrate from the crystallization of ovalbumin and that combines with iron salts to form a red iron-protein complex

**con al·cu·na li·cen·za** \,kä,nal'künalē'chen(t)(,)sä, ,kō,-, -(t)sə\ *adv* [It] : with some freedom — used as a direction in music

**con amo·re** \,känə'mōrē, ,kōn-, -ōr(,)ā\ *adv* [It] 1 : with love or devotion : with zest or delight ⟨a translation made *con amore* from an obscure early writing⟩ 2 : TENDERLY — used as a direction in music

**con ani·ma** \kä'nanə,mä, kō'nänē,-\ *or* **con ani·mo** \-mō\ *adv* [It] : with spirit — used as a direction in music

**co·nar·i·al** \kō'na(a)rēəl\ *adj* [NL *conarium* + E *-al*] : PINEAL

**conarite** *var of* CONNARITE

**co·nar·i·um** \kō'na(a)rēəm\ *n, pl* **conar·ia** \-ēə\ [NL, fr. Gk *kōnarion*, lit., small cone, dim. of *kōnos* cone — more at HONE] : PINEAL BODY

**co·na·tion** \kō'nāshən\ *n* -s [L *conation-*, *conatio* attempt, fr. *conatus* (past part. of *conari* to attempt) + *-ion-*, *-io* -ion — more at DEACON] 1 : the conscious drive to perform apparently volitional acts with or without knowledge of the origin of the drive — distinguished from *affection* and *cognition* 2 : an instinctually motivated biological striving that may appear in consciousness as volition or desire or in behavior as action tendencies

[1]**co·na·tion·al** \-shən°l, -shnəl\ *adj* [*conation* + *-al*] : CONATIVE 1

[2]**co·na·tion·al** \(')kō¦nashən°l, -naash-, -naish-, -shnəl\ *n* [*co-* + *national*] : a fellow national; *esp* : a fellow member of a minority national group in a state

[3]**conational** \"\ *adj* : of, relating to, or being a conational — **co·na·tion·al·ist** \"+əst\ *n*

[1]**co·na·tive** \'kōnəd·iv, 'kän-\ *adj* [*conation* + *-ive*] 1 : having the characteristics of or involving conation ⟨literature and art appeal as much to the affective and ~ as to the merely cognitive side of man's being —Aldous Huxley⟩ 2 : denoting an attempt to perform an action — used of verb forms or affixes in certain languages

[2]**conative** \"\ *n* -s : a conative verb form, set of verb forms, or affix

**co·na·tus** \kō'nād·əs, -näd-\ *n, pl* **conatus** [NL, fr. L, effort, fr. *conatus*, past part. of *conari* to attempt — more at DEACON] : a natural tendency, impulse, or striving : CONATION — used in Spinozism with reference to the inclination of a thing to persist in its own being

**con bra·vu·ra** \,känbrə'v(y)ürə, ,kōn-\ *adv* [It, lit., with boldness] : BOLDLY, BRILLIANTLY — used as a direction in music

**con brio** \kän'brē(,)ō, kōn-\ *adv* [It, lit., with vigor] : VIGOROUSLY, ENERGETICALLY ⟨a critic who voices his dislikes *con brio* —C.J.Rolo⟩ — often used as a direction in music

**conc** *abbr* 1 concentrated; concentration 2 concentric 3 concerning 4 concrete 5 [L *concilium*] council

**con·cam·er·at·ed** \(')kän¦kamə,rād·əd, kən'k-\ *adj* [L *concameratus* (past part. of *concamerare* to arch over, fr. *com-* + *camerare* to arch, fr. *camera* arch) + E *-ed* — more at CHAMBER] *archaic* : ARCHED, VAULTED

**con·cam·er·a·tion** \(,)kän,kamə'rāshən, kən-\ *n* -s [L *concameration-*, *concameratio*, fr. *concameratus* + *-ion-*, *-io* -ion] 1 : a vaulted construction (as a roof or ceiling) 2 : VAULT 5

**con·canavalin** \¦kän+\ *n* -s [*com-* + *canavalin*] *biochem* : either of two crystalline globulins occurring with canavalin in the jack bean; *esp* : one that is a potent hemagglutinin

[1]**con·cat·e·nate** \(')kän¦kad·ənət, kən'k-, -atən-, -at°n-, *usu* -əd·+V\ *adj* [ME *concatenat*, fr. LL *concatenatus*] : linked together

[2]**con·cat·e·nate** \kän'kad·ə,nāt, kən-, -atə,nāt, -at°n,āt, *usu* -ād·+V\ *vt* -ED/-ING/-S [LL *concatenatus*, past part. of *concatenare*, fr. L *com-* + *catenare* to chain, fr. *catena* chain — more at CHAIN] : to link together : unite in a series or chain ⟨the present work comprises five essays nicely *concatenated* —Richard Hocking⟩

**con·cat·e·na·tion** \(,)kän,kad·ə'nāshən, kən-, -atə'nā-, -at°n'ā-\ *n* -s [LL *concatenation-*, *concatenatio*, fr. *concatenatus* + *-ion-*, *-io* -ion] 1 a : the act of concatenating b : the state of being concatenated : union in a linked series 2 : a series of

— compare LYSIS **b** : a paroxysmal attack of pain, distress, or disordered function ⟨tabetic ~⟩ ⟨cardiac ~⟩ **c** : an emotionally significant event or radical change of status in a person's life **2 a** : the point of time when it is decided whether an affair or course of action shall proceed, be modified, or terminate or course of action shall proceed, be modified, or terminate : decisive moment : turning point **b** : such a point in the course of the action of a play or other work of fiction — compare CLIMAX, RESOLUTION **c** : the immediate sequel to the culminating point of a period of prosperity and rising markets at which the business organism is severely strained and forced liquidation occurs — see BUSINESS CYCLE **3 a** : an unstable state of affairs in which a decisive change is impending ⟨recurrent cabinet *crises* trouble France⟩ **b** : a psychological or social condition characterized by unusual instability caused by excessive stress and either endangering or felt to endanger the continuity of the individual or his group; *esp* : such a social condition requiring the transformation of existing cultural patterns and values **syn** see JUNCTURE

**crisis theologian** *n* : an adherent of crisis theology

**crisis theology** *n* : neoorthodoxy esp. in its pessimistic view of human nature that holds that man and all human institutions are inevitably confounded by their own inner contradictions and that the resultant crisis forces man to despair of his own efforts and possibly to turn to divine revelation and grace in faith

**¹crisp** \ˈkrisp\ *adj* -ER/-EST [ME *crisp, crips* curly, fretted, fr. OE *crisp* curly, fr. L *crispus*; akin to MHG *rispen* to curl, OHG *hrispahi* bush, thicket, ON *rispa* to scratch, W *crych* curly, L *curvus* curved — more at CROWN] **1 a** (1) : CURLY, WAVY; *also* : having close stiff curls or waves or being somewhat wiry and stiff ⟨the short ~ hair of the natives⟩ (2) : having or made up of crisp hair ⟨a ~ hairdo⟩ ⟨the bull is commonly ~er about the forehead than his cows⟩ **b** : having the surface roughened into small folds or curling wrinkles ⟨~ whitecaps blown up by the wind⟩ **c** : CURLED **2 a** : having such a texture as to break apart easily and with a clear-cut fracture : BRITTLE, FRIABLE ⟨~ snow crackling underfoot⟩ **b** *of pastry* : SHORT **c** : firm and fresh : not flabby and wilted ⟨~ lettuces with the dew still on them⟩ **3** : exhibiting or suggesting some combination of qualities characteristic of or attributable to that which is crisp: **a** : sharp, clean-cut, and clear ⟨a ~ illustration⟩ : concise and orderly to the point of terseness ⟨~ military reports⟩ ⟨a ~ reply⟩ **b** : noticeably neat and spruce in appearance or deportment : well-groomed **c** : SPRIGHTLY, BRISK, VIVACIOUS ⟨a ~ manner⟩ : lively and sparkling ⟨~ repartee⟩ ⟨dialogue as ~ as Shaw at his best⟩ **d** : COLD, FROSTY, SNAPPY ⟨~ winter weather⟩; *also* : fresh and invigorating ⟨a ~ odor of pines⟩ ⟨a ~ autumn breeze⟩ **e** *of a trigger* : releasing the firing mechanism smoothly and easily — compare ²CREEP 5d **syn** see INCISIVE

**²crisp** \"\ *vb* -ED/-ING/-S [ME *crispen*, fr. *crisp*, adj.] *vt* **1 a** : CURL, CRIMP ⟨~ her hair⟩ ⟨~ the nap of cloth⟩ **b** : to cause to ripple or undulate irregularly : WRINKLE ⟨a lake ~ed by the west wind⟩ **c** : to make crisp ⟨~ing celery in ice water⟩ **2** : to cause to crackle ⟨the wheels ~ the gravel⟩ **3** : to fold (cloth) into lengths ~ *vi* **1** : CURL, RIPPLE ⟨her fingers ~ed on the tablecloth —Rebecca West⟩ ⟨leaves ~ing and fluttering in the sunlight⟩ **2** : to become crisp ⟨bread ~ing in the oven⟩ ⟨the ground ~ed with frost⟩

**³crisp** \"\ *n* -S [¹*crisp*] : something crisp or brittle ⟨dinner burned to a ~⟩: as **a** *slang* : BANK NOTE **b** *chiefly Brit* : POTATO CHIP — usu. used in pl.

**cris·pate** \ˈkriˌspāt, -spət\ *or* **cris·pat·ed** \-ˌspād·əd\ *adj* [*crispate* fr. L *crispatus*, past part. of *crispare* to curl, fr. *crispus* curly; *crispated* fr. L *crispatus* + E *-ed*] : having a crisped appearance : irregularly curled or crinkled : CRISPED

**cris·pa·tion** \kriˈspāshən\ *n* -S [L *crispatus* + E *-ion*] **1** : the act or process of curling : the state of being curled : UNDULATION **2** : a slight shrinking or spasmodic contraction ⟨few men can look down from a great height without creepings and ~s —O.W.Holmes †1894⟩

**crisped** *adj* [ME, curled, fr. past part. of *crispen* to curl — more at CRISP] **1** : made crisp : curled esp. in ringlets : RIPPLED **2** : contorted or twisted ⟨the ~ leaves of the cabbage⟩

**crisp·en** \ˈkrispən\ *vb* -ED/-ING/-S [¹*crisp* + *-en*] *vt* : to make crisp ⟨celery ~ed by frost⟩ ~ *vi* : to become crisp ⟨a pasty ~ing in the oven⟩

**crisp·er** \ˈkrispə(r)\ *n* -S : one that crisps; *specif* : a closed container intended to prevent loss of moisture from fresh produce stored in a mechanical refrigerator

**cris·pin** \ˈkrispən\ *n* -S [after St. *Crispin* †ab287 patron saint of shoemakers] : SHOEMAKER, COBBLER

**crisp·i·ness** \ˈkrispēnəs, -pin-\ *n* -ES : CRISPNESS, BRITTLENESS, FLAKINESS

**crisply** *adv* : in a crisp manner ⟨never spoke or wrote except ~ —R.H.Rovere⟩

**crisp·ness** \ˈkrispnəs\ *n* -ES [ME *cryspeness*, fr. *cryspe*, crisp + *-ness*] : the quality or state of being crisp

**crispy** \ˈkrispē, -pi\ *adj* -ER/-EST [ME, curly, fr. ¹*crisp* + *-y*] : CRISP

**criss** \ˈkris\ *n* -ES [alter. of ¹*crest*] : a wooden stand with a curved top on which crest tiles are shaped

**cris·sal** \ˈkrisəl\ *adj* [NL *crissalis*, fr. *crissum* + L *-alis* -al] : relating to or having a crissum — used chiefly in vernacular names of birds ⟨a ~ bunting⟩

**crissal thrasher** *n* : a thrasher (*Toxostoma crissalis*) occurring in the southwestern U.S. and distinguished by colored crissal feathers

**¹criss·cross** \ˈkriˌskrȯs *also* -rȧs\ *n* -ES [alter. of *christcross*] **1** : CHRISTCROSS; *esp* : MARK 2b(1) **2** *archaic* : TICKTACKTOE **3** : a crisscross pattern or something made up of one : NETWORK ⟨a ~ of greenery overhead —*New Yorker*⟩ **4** : something disordered or at cross purposes : confused state ⟨the fallacy which leads to this ~ of interpretations and opinions is the familiar one of confusing what the poet creates with what he represents —Susanne K. Langer⟩ ⟨a depressing ~ of figures⟩ **5** : a play in football in which the paths of two offensive players cross; *also* : a pass pattern in which two receivers cross to opposite sides of the field

**²crisscross** \"\ *vb* -ED/-ING/-ES *vt* **1** : to mark or score with intersecting lines ⟨~ the fat with a sharp knife⟩ **2** : to pass back and forth through or over ⟨British ships ~ed the seas⟩ ~ *vi* **1** : to go or pass back and forth ⟨birds ~ing in the blue⟩ **2** : to run toward opposite sides of the football field (as on a pass pattern) ⟨had the ends ~ downfield to confuse the pass defenders⟩

**³crisscross** \"\ *also* **criss·crossed** \ˈ-ˌ-\ *adj* : marked or characterized by crisscrossing ⟨his ~ course⟩ : so arranged that constituent parts cross ⟨a ~ bodice⟩ ⟨~ fires⟩ : disposed in or made up of crossing lines ⟨~ threads⟩ ⟨a ~ pattern⟩

**⁴crisscross** \"\ *adv* **1** : in opposite directions : in a way to cross something else : by crossing one another **2** : with opposition or hindrance : at cross-purposes : AWRY, ASKEW, CONTRARILY ⟨things go ~⟩

**criss·crossing** \ˈ-ˌ-\ *also* **crisscross breeding** *n* : a system of breeding domestic animals involving the use of purebred sires of two breeds alternately or crossbred females of the same breeds in such an order that the females are always bred to the males with which they have least blood in common — compare ROTATION CROSSING

**crisscross inheritance** *n* : inheritance of sex-linked characters transmitted from fathers to daughters or from mothers to sons

**crisscross-row** \ˈ-ˌ-\ *n* [alter. of *christcross-row*] : ALPHABET

**crisset** *var of* CRESSET

**cris·sum** \ˈkrisəm\ *n, pl* **cris·sa** \-sə\ [NL, fr. L *crissare*, *crisare* to wiggle the backside while having sexual intercourse (said of a woman); akin to OE *hrīth* fever, *scrīthan* to go, move around, OHG *hritto* fever, *scrītan* to go, step, ON *hrīth* storm, attack, *skrītha* to creep, glide, W *cryd* fever, *ysgryd* shiver, Lith *skrytis* felly of a wheel, and prob. to L *curvus* curved — more at CROWN] : the part of a bird surrounding the cloacal opening; *also* : the feathers covering that region : the under tail coverts

**cris·ta** \ˈkristə\ *n, pl* **cris·tae** \-ˌstē, -ˌstī\ [L — more at ¹CREST] : CREST, RIDGE: as **a** : the keel of a carinate sternum **b** : CRISTA ACUSTICA **c** : a membranous spiral fold running the length of the body of certain spirochetes **d** : an elevation of the surface of a bone for the attachment of a muscle or tendon

**crista acus·ti·ca** \-əˈküstəkə\ *n, pl* **cristae acusti·cae** \-təˌkē, -ˌsē, -ī\ [NL, lit., acoustic crest] **1** : one of the areas of specialized sensory epithelium in the ampullae of the semicircular canals of the ear serving as end organs for the labyrinthine sense **2** : an auditory organ on the fore tibia of certain insects (as most grasshoppers)

**cris·tate** \ˈkriˌstāt, -ˌstət\ *also* **cris·tat·ed** \-ˌstād·əd\ *adj* [L *cristatus*, fr. *crista* crest + *-atus* -ate] : having a crista or crest : CRESTED

**cris·ta·tel·la** \ˌkristəˈtelə\ *n, cap* [NL, fr. L *cristatus* + NL *-ella*] : a genus (class Phylactolaemata) comprising freshwater bryozoans that form elongated creeping gelatinous colonies with the zooids restricted to the upper surface

**cris·ti·spi·ra** \-ˈspīrə\ *n, cap* [NL, fr. *cristi-* (fr. L *crista* crest) + L *spira* coil, twist — more at CREST, SPIRE] : a genus of large flexuous coarsely spiral bacteria (family Spirochaetaceae) parasitic in mollusks and having a crista along one side of the body

**cris·ti·vomer** \ˌkristə+\ *n, cap* [NL, fr. *cristi-* + *vomer*] : the genus (family Salmonidae) to which the lake trout belongs

**cris·to·bal·ite** \kriˈstōbəˌlīt\ *n* -S [G *cristobalit*, fr. Cerro San *Cristóbal*, Pachuca, Mexico + G *-it* -ite] : silica occurring in white octahedra stable at high temperature — compare QUARTZ, TRIDYMITE

**cristy** \ˈkristē\ *n* -ES *often cap* [by shortening and alter.] : CHRISTIANIA

**crit** *abbr* critical; criticism; criticized

**critch** \ˈkrich\ *n* -ES [origin unknown] *dial Eng* : an earthenware dish : CROCK

**cri·te·ri·ol·o·gy** \krīˌtirēˈäləjē\ *n* -ES [*criterion* + *-logy*] : the part of logic dealing with the establishment of criteria

**cri·te·ri·on** \krīˈtirēən *sometimes* krəˈ-\ *n, pl* **crite·ria** \-rēə\ *also* **criterions** [Gk *kritērion*, fr. *kritēs* judge, fr. *krinein* to separate, decide — more at CERTAIN] **1** : a characterizing mark or trait ⟨increased speed, climb, and ceiling, three of the four basic *criteria* of air combat —*Science News Letter*⟩ ⟨a special constitutional ~ of that person —*Jour. Amer. Med. Assoc.*⟩ **2** : a standard on which a decision or judgment may be based ⟨the accepted *criteria* of adequate diet⟩ : a standard of reference : YARDSTICK : an identifying indication ⟨what then are the *criteria* of a desirable organization of utilities —*Harper's*⟩ : a basis for discrimination : GROUND **3** : an expression by whose value varieties of a mathematical form may be distinguished ⟨~ of a conic⟩ **syn** see STANDARD

**cri·te·ri·um** \-rēəm\ *n, pl* **crite·ria** \-rēə\ [LL, fr. Gk *kritērion*] : CRITERION

**crith** \ˈkrith\ *n* -S [Gk *krithē* barleycorn (or, a small weight); akin to Gk *kri* barley — more at HORDEUM] : the weight of a liter of hydrogen at 0° C and 760 millimeter pressure (0.08987 gram)

**cri·thid·ia** \krəˈthidēə\ *n* [NL, fr. Gk *krithidion*, dim. of *krithē* barleycorn] **1** *cap* : a genus of flagellates (family Trypanosomatidae) that are exclusively parasites of invertebrates esp. in the digestive tract of insects and that occur typically as elongated forms morphologically like trypanosomes but pass through developmental stages all in a single host in which they are indistinguishable from typical leptomonads and leishmanias **2** -S **a** : any flagellate of the genus *Crithidia* **b** : any flagellate of the family Trypanosomatidae when exhibiting a typical crithidial form

**cri·thid·i·al** \-dēəl\ *adj* [NL *Crithidia* + E *-al*] : of, like, or relating to crithidias : CRITHIDIFORM

**cri·thid·i·form** \-dəˌfȯrm\ *adj* [NL *Crithidia* + E *-form*] : resembling a crithidia in structure

**crith·mene** \ˈkrithˌmēn\ *n* -S [ISV *crithm-* (fr. NL *Crithmum* — genus name of the samphire *Crithmum maritimum* — fr. Gk *krēthmon* samphire) + *-ene*; orig. formed as It *critmene*] : TERPINENE b

**¹crit·ic** \ˈkrid·ik, -itik, -ēk\ *n* -S [MF & L; MF *critique*, fr. L *criticus*, fr. Gk *kritikos*, fr. *kritikos*, adj., able to discern or judge, fr. *kritos* (verbal of *krinein* to judge, discern) + *-ikos* -ic — more at CERTAIN] **1 a** : one who expresses a reasoned opinion on any matter (as a work of art or a course of conduct) involving a judgment of its value, truth, or righteousness, an appreciation of its beauty or technique, or an interpretation **b** : one who engages often professionally in the analysis, artistic evaluation, or appreciation of works of art (as literary or dramatic works) **2** : one given to harsh or captious judgment : CARPER, CAVILER ⟨~s using hindsight in the best tradition of Monday morning quarterbacks⟩

**²critic** \"\ *adj* [MF & L; MF *critique*, fr. L *criticus*, fr. Gk *kritikos*] : CRITICAL

**³critic** \"\ *vb* **criticked**; **criticked**; **criticking**; **critics** [¹*critic*] *vi* : to act as a critic ~ *vt*, *obs* : to pass judgment on : CRITICIZE

**⁴critic** \"\ *n* -S [partly fr. ¹*critic*; partly fr. Gk *kritikē*, fr. fem. of *kritikos*] **1** *archaic* : CRITICISM **2** *archaic* : CRITIQUE

**crit·i·cal** \ˈkrid·əkəl, -itək-, -ēk-\ *adj* [¹*critic* + *-al*] **1 a** : inclined to criticize severely and unfavorably : given to noticing faults and imperfections ⟨cooler and more ~ in temper; hard to please —Willa Cather⟩ **b** : consisting of, marked by, being, or involving criticism ⟨the ~ writings of Swinburne⟩ ⟨a ~ biography⟩ ⟨his ~ insight⟩; *also* : of or in the judgment of critics ⟨the book won wide ~ praise⟩ ⟨the play was a ~ success⟩ **c** : exercising or involving careful judgment or judicious evaluation : DISCRIMINATING, CAREFUL, EXACT ⟨a ~ weighing of all the factors leaves no doubt that the countryman labors under real disadvantages⟩ ⟨a cautious ~ mind⟩ **d** : including variant readings and scholarly emendations ⟨a ~ edition⟩ — compare VARIORUM **2** : of, relating to, or being a turning point or specially important juncture: **a** : indicating or being the stage of a disease at which an abrupt change for better or worse may be anticipated with reasonable certainty ⟨the ~ phase of a fever⟩ **b** : relating to, indicating, or being a state in which or a measurement or point at which some quality, property, or phenomenon suffers a finite change or undergoes drastic alteration ⟨the parabola is a ~ curve through which a conic section passes from an ellipse into a hyperbola⟩ **c** : CRUCIAL, DECISIVE ⟨a ~ analogy between sound and light⟩ ⟨this will be the ~ test in the series⟩ **d** : indispensable for the weathering, the solution, or the overcoming of a crisis; *specif* : essential for the conduct of war but available only in short supply ⟨~ materials⟩ **e** : in or approaching a crisis esp. through economic disorders or by virtue of a disaster ⟨a ~ area⟩ **3 a** : of doubtful issue : attended by risk or uncertainty ⟨our situation became ~ with the early freeze⟩ **b** *of kinds of organisms* (1) : so nearly related as to be distinguished with difficulty ⟨two ~ species⟩ (2) : rare and diminishing in numbers ⟨a ~ element in the local flora⟩ **4** : of sufficient size to sustain or to be capable of sustaining a chain reaction — used of a mass of fissionable material

**syn** HYPERCRITICAL, CENSORIOUS, FAULTFINDING, CARPING, CAPTIOUS, CAVILING: CRITICAL may describe a disposition to find and to stress faults ⟨the attitude of Euripides . . . is so . . . frankly *critical* that a recent writer has even gone so far as to maintain that his main object . . . was to discredit the myths —G.L.Dickinson⟩ Unlike the other words in this list, CRITICAL may describe fair, judicious evaluation ⟨the exemplars of . . . the *critical* spirit, discriminators between the false and the true —P.E.More⟩ The other words in the list are all close in suggestion and are often interchangeable. HYPERCRITICAL and CENSORIOUS indicate a tendency to discover and stress errors and imperfections ⟨exceedingly difficult to please, not . . . because he was *hypercritical* and exacting, but because he was indifferent —Arnold Bennett⟩ ⟨"do you mean that you heard a fellow doubt my wife . . ?" "The world's very *censorious*, old boy" —W.M.Thackeray⟩ FAULTFINDING, sometimes implying lack of background and discrimination, describes a temperament that is exacting and almost impossible to satisfy. CARPING and CAPTIOUS may imply perverse ill-natured faultfinding ⟨these criticisms of a book that is a labor of love may seem ungracious or even *carping* —M.R.Cohen⟩ ⟨after reading a work of such amplitude it seems *captious* to protest that the motivating forces . . . are inadequately analyzed —Geoffrey Bruun⟩ CAVILING suggests frequent petty objections ⟨those *caviling* critics who snipe from the musty back rooms of libraries —Charles Ramsdell⟩ **syn** see in addition ACUTE

critical angle: *AOB*, *AO′B′*, *AO″B″* angles of incidence; *AOC* refracted ray, *AO″C″* totally reflected ray; *AO′B′* critical angle

**critical angle** *n* **1** : the least angle of incidence at which total reflection takes place when a ray of light or other electromagnetic radiation passes through one medium toward another that is less refracting **2** *or* **critical angle of attack** *aeronautics* : the angle of attack at which the flow about an airfoil changes abruptly with corresponding abrupt changes in the lift and drag, an airfoil possibly having two or more critical angles one of which usu. corresponds to the angle of maximum lift

**critical apparatus** *n* : APPARATUS CRITICUS

**critical coefficient** *n* : the ratio of the critical temperature to the critical pressure

**critical constant** *n* : the critical temperature, critical pressure, or critical density of any one substance — usu. used in pl.

**critical density** *n* : the density of a substance in its critical state

**critical flicker frequency** *or* **critical fusion frequency** *n* : the threshold at which light from an intermittent source is seen half the time as flickering and half the time as fused or continuous

**critical idealism** *n* : TRANSCENDENTAL IDEALISM

**crit·i·cal·i·ty** \ˌ--ˈkaləd·ē, -ətē, -i\ *n* -ES : a critical quality or condition — used esp. of fissionable material

**crit·i·cal·ly** \ˈ--k(ə)lē, -li\ *adv* : in a critical manner : with criticism

**crit·i·cal·ness** \-kəlnəs\ *n* -ES : the quality or state of being critical ⟨the ~ of the situation called for quick action⟩

**critical philosophy** *n* : Kantianism esp. with reference to the critical establishment of necessary presuppositions for knowledge

**critical point** *n* **1** *math* : a point on the graph of a function where the derivative of the function is zero or infinite **2** : TRANSFORMATION TEMPERATURE **3 a** : the point on a phase diagram of a pure substance that corresponds to its critical state **b** : CRITICAL STATE

**critical potential** *n* : either the radiation potential or the ionization potential of an atom

**critical pressure** *n* : the pressure exerted by a substance in its critical state

**critical ratio** *n* : the ratio of any one deviation from the mean in a set of observed values of the same statistical variable to the standard deviation of the set or to the corresponding probable error

**critical realism** *n* : a system of philosophical realism that incorporates features approximating to the Kantian theory of knowledge (as that of a group of American realists in 1920)

**critical realist** *n* : one who adheres to or advocates critical realism

**critical size** *n* : the size corresponding to the critical mass

**critical solution temperature** *n* : the temperature at which complete miscibility is reached as the temperature is raised or in some cases lowered — used of two liquids that are partially miscible under ordinary conditions; called also *consolute temperature*

**critical state** *n* : a state attainable by every chemically stable pure substance in which the liquid and the vapor phases have the same density

**critical temperature** *n* **1 a** : the temperature of a substance in its critical state : the highest temperature at which it is possible to separate substances into two fluid phases (vapor and liquid) **b** : the transition temperature of a solid from one allotropic form to another (as the Curie point of a metal) **2** : TRANSFORMATION TEMPERATURE

**critical value** *n*, *math* : the value of the argument or independent variable corresponding to a critical point of a function

**critical velocity** *n* : the greatest velocity with which a fluid can flow through a given conduit without becoming turbulent

**critical volume** *n* : the specific volume of a substance in its critical state : the reciprocal of the critical density

**crit·ic·as·ter** \ˈ--ˌkastə(r), ˌ--ˈ--\ *n* -S [¹*critic* + *-aster*] : an inferior or contemptible critic ⟨should make real critics proud of their vocation and the ~s ashamed of their presumption —W.H.Gardner⟩

**crit·i·cism** \ˈkrid·əˌsizəm, -itə,-\ *n* -S [¹*critic* + *-ism*] **1 a** : the act of criticizing usu. unfavorably : faultfinding disapproval and objection **b** : CRITIQUE **2** *obs* : a subtle point or fine distinction : NICETY, SUBTLETY **3** : the art of evaluating or analyzing with knowledge and propriety works of art or literature ⟨the first principle of ~, which is, to consider the nature of the piece, and the intent of its author —Alexander Pope⟩; *broadly* : similar consideration of other than literary matters (as moral values or the soundness of scientific hypotheses and procedures) **4** : the scientific investigation of literary documents (as the Bible) in regard to such matters as origin, text, composition, character, or history **5** : CRITICAL PHILOSOPHY

**crit·i·ciz·able** \ˈ--ˌsīzəbəl\ *adj* : that may be criticized : subject to criticism

**crit·i·cize** \ˈ--ˌsīz\ *vb* -ED/-ING/-S *see* *-ize in Explan Notes* [¹*critic* + *-ize*] *vi* **1** : to act as a critic : consider and estimate worth or value ⟨the man who did not ~ or reflect —G.L. Dickinson⟩ **2** : to find fault : stress faults, errors, or demerits ⟨an unpleasant person, always *criticizing*⟩ ~ *vt* **1** : to consider the merits and demerits of and judge accordingly : EVALUATE ⟨Dr. Burney *criticized* the manuscript very favorably —Elizabeth Lee⟩ **2** : to stress the faults and demerits of : cavil at ⟨we are trying to get away from the word "management" because it has been lambasted, ridiculed, *criticized*, and blasted —*Personnel Jour.*⟩

**syn** REPREHEND, REPROBATE, BLAME, CENSURE, CONDEMN, DENOUNCE: CRITICIZE, among more erudite persons, is likely to indicate measured judgment or evaluation ⟨he does not *criticize*, he denounces —*Times Lit. Supp.*⟩ Often it means focusing attention on weak points, demerits, failings, and delighting in pointing them out ⟨newspaper policy is attacked, display advertising is *criticized*, features are ridiculed —*Public Relations Jour.*⟩ REPREHEND, now more commonly used with grammatical objects designating things, actions, or qualities than persons, may imply a severe rebuke decided on after deliberate judgment ⟨being to advise or *reprehend* any one, consider whether it ought to be in public or in private . . and in reproving show no signs of choler —George Washington⟩ ⟨the thing to be *reprehended* is the confusing misuse of the word "verse" —C.H.Grandgent⟩ REPROBATE may suggest strong disapproval and firm rejection or final refusal to tolerate or sanction ⟨those peaceful and friendly conferences between capitalists and trade-union leaders which are so *reprobated* by Marxist critics —H.B.Parkes⟩ ⟨he *reprobated* the "paltry jealousy" manifested toward Congress —H.R. Warfel⟩ BLAME is now likely to indicate the placing of responsibility for something bad or unfortunate on a person or thing although it is still sometimes used as a general antonym of *praise* ⟨the general was *blamed* for the defeat⟩ ⟨Heine . . . cared . . . whether people praised his verses or *blamed* them —Matthew Arnold⟩ CENSURE indicates disapproval delivered sternly, often as a reprimand from someone in an authoritative or competent position ⟨the *Times* published an article . . . in which . . . all contemporary literature was *censured* —E. M.Forster⟩ CONDEMN may suggest a severe, unmitigated, final, or definitive judgment which is wholly unfavorable ⟨vice, on this view, is *condemned* because it is a frustration of nature —G.L.Dickinson⟩ ⟨the entire week before election was a holiday and was *condemned* by ministers as a time "to meet, to smoke, to drink, carouse, and raise the devil" —*Amer. Guide Series: N.H.*⟩ DENOUNCE suggests stigmatizing publicly with force, vehemence, or conviction ⟨members of the owning classes, who *denounce* alike the encroachment of the state and of organized labor upon the wealth which they have "made" —J.A.Hobson⟩ ⟨in all ages, priests and monks have *denounced* the growing vices of society —Henry Adams⟩

**crit·i·ciz·er** \-zə(r)\ *n* -S : CRITIC

**criticked** *past of* CRITIC

**criticking** *pres part of* CRITIC

**critics** *pl of* CRITIC, *pres 3d sing of* CRITIC

fabrication ⟨the ~ of the ship's bridge⟩ ⟨his experiments were noted for their simple ~⟩ ⟨the problems of stability were corrected by better ~ in duplicating equipment —R.O.Jordan⟩ **c** : structural constitution or fundamental framework of a musical composition ⟨unacceptable to our sense of melodic ~ —P.H.Lang⟩ ⟨inflated music with ambitious and mystical programmatic ~s —Nicolas Slonimsky⟩ **7 a** : a visual arrangement or disposition of lines, parts, figures, details usu. unified by an implicit key or clue of signification or an artistic motif (as in engravings, medals, textiles, metalwork) ⟨linoleum in a great number of ~s⟩ ⟨the ~s on the reverse of our coins⟩ ⟨an iron balustrade with a ~ of bows and arrows that rises from the eaves of the house —*Amer. Guide Series: Maine*⟩ **b** : a pattern or figuration applied to a surface (as of a vase) : DECORATION ⟨porcelain with carved or engraved floral ~s⟩ ⟨a gold-tooled ~ impressed on bookbindings⟩ **syn** see INTENTION, PLAN

³**design** \"\ *adj* : used as a basis for anticipating practical problems and solving them at the engineering stage — used chiefly in highway designing ⟨the ~ speed of a highway⟩

**des·ig·na·ble** \'dezlgnəbəl, |ēg *sometimes* -es|\ *adj* [L *designare* to mark out + E *-able*] : DISTINGUISHABLE, IDENTIFIABLE ⟨the probability that two parts of the same tree might be designated or ~ by the same term —J.T.Krumpelmann⟩

**de·sig·na·do** \,dezig'nä(,)dō, -ezi-\ *n* -s [Sp. fr. *designado*, past part. of *designar* to designate, fr. L *designare*] : one legally appointed or elected in some Spanish-American countries to succeed the president

**designata** *pl of* DESIGNATUM

**des·ig·nat·able** \'dezig,nād·əbəl, -ēg-, -āta- *sometimes* -es|\ *adj* : capable of being designated

¹**des·ig·nate** \-,nā|t, -,nə|, *usu* |d·+V\ *adj* [L *designatus*, past part. of *designare*] : chosen for an office but not yet installed — used after the noun ⟨called president-elect or president-*designate*⟩ ⟨the pledges of the governor ~⟩

²**des·ig·nate** \-,nāt, *usu* -ād·+V\ *vt* -ED/-ING/-S [L *designatus*, past part. of *designare*, lit., to mark out — more at DESIGN] **1 a** : to point out the location of ⟨a marker *designating* the crest of the flood waters⟩ **b** : to make known directly as if by sign : SIGNIFY, INDICATE ⟨any reasonable task *designated* by the employer⟩ **c** : to distinguish as to class : DENOMINATE, IDENTIFY, LABEL ⟨the area we ~ as that of spiritual values —J.B.Conant⟩ **d** : SPECIFY, STIPULATE ⟨sending food packages to *designated* recipients in Europe⟩ ⟨a gift *designated* by the donor to be used for faculty compensation⟩ **2 a** : to call by a distinctive title, term, or expression ⟨a particle having approximately the mass of a proton but having no charge and so *designated* as a neutron —W.V.Houston⟩ ⟨the four parts were *designated A, B, C,* and *D* in the diagram⟩ **b** : to declare to be : CHARACTERIZE ⟨areas *designated* as strategic⟩ **3** : to name esp. to a post or function **4 a** : to decide upon : NOMINATE, DELEGATE, APPOINT; *esp* : to assign officially by executive or military authority ⟨the operating agency last *designated* by the president⟩ ⟨the tanks had been *designated* to exploit a breakthrough of the enemy's defenses —R.D.Gardner⟩ **b** : to induct in a rank or position ⟨the supreme council is *designated* as the highest organ of state power⟩ ⟨the duke had been *designated* as king of a puppet state⟩ **c** : to choose and set apart (as by public will or in the process of government administration) ⟨a successful *designating* petition places the name of the candidate on the primary ballot —*Bk. of Civic Definitions*⟩ ⟨control dams *designated* for construction⟩ ⟨finally Queen Victoria was asked to ~ a site—B.K.Sandwell⟩ **5** : to serve as a name of : stand for : DENOTE ⟨associate . . . the names with the persons they ~ —Weldon Kees⟩ ⟨names are now given bacteria as a sort of shorthand to ~ a whole series of complicated reactions —Justina Hill⟩ **6** *logic* : to refer to (an abstract or a concrete entity) — used of a sign, word, or linguistic expression

**syn** NAME, NOMINATE, ELECT, APPOINT: DESIGNATE may apply to choosing or detailing a person or group for a certain post by a person or group having power or right to choose ⟨the following deputies were *designated* by the three ministers to carry on the council's work —*Americana Annual*⟩ ⟨the vice-chairman is elected from among the commissioners, and the president *designates* the chairman —*Current Biog.*⟩ NAME differs little from DESIGNATE except that it may more strongly imply public announcement and less strongly suggest official action ⟨the president-elect has not yet *named* his secretary of state⟩ ⟨*named* to the position of general manager⟩ ⟨a council of the realm to advise him and to *name* his successor in the event of his death —*Current Biog.*⟩ NOMINATE today often indicates presentation of a candidate for the approval of or rejection by those who make final decisions ⟨the parties *nominate* their presidential candidates during the summer⟩ ⟨President Truman *nominated* him for promotion to full admiral, an advancement confirmed by the Senate —*Current Biog.*⟩ ELECT may apply to definitive selection by a qualified group from among persons nominated or offering themselves as candidates ⟨*elected* by a large majority of the voters⟩ ⟨*elected* to membership in a general meeting of the club⟩ APPOINT indicates selection without election by a qualified person or group, with or without confirmation by another instrumentality ⟨the president *appoints* postal officials⟩ ⟨by constitutional provision the chief executive *appoints*, not independently (except in a few instances as indicated above), but "by and with the advice and consent of the senate"; to speak with complete accuracy, he nominates, the Senate confirms (by a majority vote of the members present), and he thereupon *appoints* —F.A.Ogg & P.O.Ray⟩

**des·ig·na·tion** \,ᵊᵊ'nāshən\ *n* -s [ME *desygnacion*, fr. L *designation-, designatio*, fr. *designatus* + *-ion-, -io*, -ion] **1** : the act of indicating or identifying by a mark, letter, or sign or by classification or specification ⟨contriving new characters for the ~ of sounds alien to the language⟩ ⟨anciently the law was that the mere repetition of a slander was not actionable if the repetition was accompanied by a ~ of the author —B.N.Cardozo⟩ **2 a** : a distinguishing name : a title earned or awarded ⟨for years the county seat had no proper ~⟩ ⟨as a writer of light verse; but this ~ isn't good enough —Charles Jackson⟩ **b** : NAMING ⟨perhaps the honor that touched him most deeply was the ~ during his last years of the new laboratory —C.H.Herty⟩ ⟨the ~ of degrees for women graduates puzzled the more liberal educators —*Amer. Guide Series: Texas*⟩ **3 a** : appointment or assignment to a post ⟨his next ~ was a second secretaryship at Panama City⟩; *also* : nomination for a political office ⟨seeking to win the Republican primary ~⟩ **b** : delegation, engagement, or allocation for a service ⟨his ~ by Chile and Argentina as umpire of a commission⟩ ⟨the revision of the rest of Matthew and of Genesis and all of Exodus by the ~ of different sections to various members of the committee —I.M.Price⟩ **c** *archaic* : a natural leaning that contributes to one's fitness **4** *obs* : end in view **5** : an allotment of bottom for planting oysters; *also* : the space so allotted **6** *logic* : the relation between a sign, word, or linguistic expression and the object referred to; *also* : MEANING, CONNOTATION

**des·ig·na·tio per·so·nae** \,dezig'näshē,ōpə(r)'sō(,)nē\ *n* [L, designation of the person] : matter designating the persons who are parties to and essential to the validity of a document — compare DESCRIPTIO PERSONAE

¹**des·ig·na·tive** \'dezig,nād·iv, |ēg-, -,nət, |t|, |ēv *also* |əv *sometimes* 'des|\ *adj* [LL *designativus*, fr. L *designatus* + *-ivus* -ive] : serving to designate or indicate

²**designative** \"\ *n* -s : something designative

**des·ig·na·tor** \-,nād·ə(r), -āta-\ *n* -s [LL, fr. L *designatus* + *-or*] : one that designates; *esp* : a designative sign in semantics

**des·ig·na·to·ry** \-,nə,tōrē, -ōr-, -ri\ *adj* : DESIGNATIVE

**des·ig·na·tum** \,dezig'nād·əm\ *n, pl* **designa·ta** \-d·ə\ [L, neut. of *designatus*, past part. of *designare* to designate, design, lit., to mark out — more at DESIGN] : something that is referred to by a word, sign, or linguistic expression whether actually existing or not : the class of objects referred to by a sign, including the null class — contrasted with *denotatum*

**design bedding** *n* : an arrangement of herbaceous plants in a definite pattern of contrasting foliage or blossom ⟨the atrocities of *design bedding* still persist in some public gardens as geometric figures or stylized objects stiffly painted in varied colors of leaf and flowers⟩ — distinguished from *carpet bedding*

**de·signed** \də'zīnd, dē'-\ *adj* : done, performed, or made with purpose and intent often despite an appearance of being accidental, spontaneous, or natural ⟨style . . . is more than the deliberate and ~ creation —Havelock Ellis⟩ **syn** see DELIBERATE

**de·sign·ed·ly** \-nədlē, -li\ *adv* : with definite purpose : PURPOSIVELY, DELIBERATELY

**des·ig·nee** \,dezig'nē *sometimes* -esi-\ *n* -s [*designate* + *-ee*] : one who is designated or delegated ⟨the favorite-son ~ of the New York delegation⟩ ⟨one of the plant supervisors is a union ~⟩

**de·sign·er** \də'zīnə(r), dē'-\ *n* -s **1** : one who conceives plans (as large-scale plans or those for public or social projects) ⟨the ~s of the Fourth Republic provided what France wanted —*Time*⟩ ⟨it is strange that resistance to this proposition seems strongest among some of the most audacious social ~s —Curt Stern⟩ ⟨the planners and ~s, the inciters and leaders without whose evil architecture the world would not have been so long scourged —R.H.Jackson⟩ **2** : one whose work is creating or laying out designs or reproducing designs made by others for products of mechanical, industrial, or practical arts or for architectural structures ⟨a famous industrial ~⟩ ⟨better planners, urban ~s, and landscape artists in our schools —J.L.Sert⟩ **3 a** : one who plans, produces, or creates utilitarian or aesthetic objects ⟨ceramic ~s⟩ ⟨an outstanding book ~ planned the format⟩ ⟨dress ~⟩ **b** : one who plans and directs the fashioning of theatrical stage settings, costumes, and ballet settings

**de·sign·er·ship** \-,ship\ *n* -s : the office or function of a designer : accomplishment as designer

**de·sign·ful** \-nfəl\ *adj* : full of design : INTENTIONAL — **de·sign·ful·ly** \-f(ə)lē\ *adv*

¹**designing** *n* [fr. gerund of ¹*design*] : the art of making designs or sketches ⟨studied ~ under experts⟩

²**designing** *adj* [fr. pres. part. of ¹*design*] **1** : practicing forethought **2** : concealing under a complaisant manner crafty or evil designs esp. for advancing one's own interests : SCHEMING ⟨~ woman⟩ ⟨a selfish and ~ nation, obsessed with the dark schemes of European intrigue —Sir Winston Churchill⟩ ⟨a ~ Providence⟩ — **de·sign·ing·ly** *adv*

**de·sign·less** \-nləs\ *adj* : being without a design — **de·sign·less·ness** *n* -ES

**design patent** *n* : a patent granted to one who has invented any new, original, and ornamental design for an article of manufacture ⟨under a *design patent* the appearance of the article rather than its mechanical function receives protection —*Harvard Law Rev.*⟩

**designs** *pres 3d sing of* DESIGN, *pl of* DESIGN

**de·silicate** \(')dē+\ *vt* [*de-* + *silicate*] : to remove silica or silicate from; *esp* : to cause to undergo desilication

**de·silication** \(,)dē+\ *n* -s : removal of silica from a magma esp. by interaction with limestone and its transfer to the enveloping wall rock where it is fixed in the form of various silicates

**de·silt** \(')dē+\ *vt* [*de-* + *silt* (n.)] : to remove suspended silt from (the water of a stream) ⟨a basin for ~*ing* water⟩

**de·silverization** \(,)dē+\ *n* -s : the act or a process of desilverizing

**de·silverize** *also* **de·silver** \"+\ *vt* [*desilverize* fr. *de-* + *silver* + *-ize*; *desilver* fr. *de-* + *silver*] : to remove the silver from : free from silver ⟨*desilverizing* lead ores⟩ — **de·silverizer** \"+\ *n* -s

**des·i·nence** \'dezənən(t)s, -esə-\ *n* -s [MF, fr. ML *desinentia*, fr. L *desinent-, desinens* + *-ia*] : TERMINATION ⟨the ~ of a verse⟩; *often* : ENDING c (1) ⟨any Russian inflectional form comprehends a stem and a ~ —Roman Jakobson⟩

**des·i·nent** \-nənt\ *adj* [L *desinent-, desinens*, pres. part. of *desinere* to leave off, cease, fr. *de-* + *sinere* to leave — more at SITE] : TERMINAL

**des·i·nen·tial** \;ᵊᵊ;nenchəl\ *adj* **1** : TERMINAL **2** : of, relating to, or being an inflectional ending

**de·sip·i·ence** \də'sipēən(t)s, dē'-\ *also* **de·sip·i·en·cy** \-nsē\ *n, pl* **desipiences** *also* **desipiencies** [L *desipientia*, fr. *desipient-, desipiens* + *-ia*] : relaxed dallying in enjoyment of foolish trifles

**de·sip·i·ent** \-pēənt\ *adj* [L *desipient-, desipiens*, pres. part. of *desipere* to be foolish, fr. *de-* + *-sipere* (fr. *sapere* to have taste, be wise) — more at SAGE] : indulging in desipience ⟨and smiled to see ~ Horace play —Timothy Dwight⟩

**de·sir·abil·i·ty** \də,zīrə'bilədē, dē,-, -ətē, -i\ *n* -ES **1** : the quality, fact, or degree of being desirable or of having worth ⟨they considered the chances and ~ of revolution⟩ **2 desirabilities** *pl* : a desirable condition ⟨we had understood and studied certain *desirabilities* in a truly integrated staff —D.D. Eisenhower⟩

¹**de·sir·able** \-'zīrəbəl\ *adj* [ME, fr. MF, fr. *desirer* + *-able*] **1** : capable of arousing desire : **a** : having the power to attract or bring into demand : of such properties or qualities as to be wished for or sought ⟨one of the city's most ~ neighborhoods⟩ ⟨a plant species that may prove to be commercially ~⟩; *often* : so valuable or excellent as to assure being desired or selected **b** : such as to awake urgent or passionate longing or craving ⟨there are circumstances in which a scoop of dirty water can be supremely ~⟩; *esp* : exciting erotic longing ⟨she was never more ~ than at this moment⟩ **2 a** : worth seeking or doing as advantageous, beneficial, or wise : ADVISABLE, EXPEDIENT ⟨having the footnotes at the back of the book is not nearly so ~⟩ ⟨even if the highest education were ~ for all, which I doubt —Bertrand Russell⟩ ⟨~ freedom and individual responsibility of the elective system —*Official Register of Harvard Univ.*⟩ **b** : suited to the purposes and objectives of normal society ⟨however ~ a common language for all the world may be —I.A.Richards⟩ ⟨the personal opinion of the judge as to what is ~ or undesirable legislation —M.R.Cohen⟩

²**desirable** \"\ *n* -s : one that is desirable ⟨a balanced diet and adequate rest are basic ~s for any convalescent⟩ : a person or thing that merits or attracts desire or favorable attention and consideration ⟨fostering the ~s and weeding out the undesirables⟩; *often* : a person regarded as of high social standing and eligibility ⟨moving always in a small circle of ~s he scarcely knew the lower world of clubs and theaters and balls existed⟩

**de·sir·able·ness** \-bəlnəs\ *n* -ES : the fact or quality of being desirable : DESIRABILITY ⟨I am quite ready to accept the ~ of government liability —O.W.Holmes †1935⟩

**de·sir·ably** \-blē, -bli\ *adv* : in a desirable place or manner : to a desirable extent or degree : in accordance with what is considered desirable ⟨land ~ situated in a sheltered river valley⟩

¹**de·sire** \də'zī(ə)r, dē'-\ *vb* -ED/-ING/-S [ME *desiren*, fr. OF *desirer*, fr. L *desiderare* to long for, miss, desire, fr. *de-* + *-siderare* (fr. *sider-, sidus* star, constellation) — more at SIDEREAL] *vt* **1** : to long or hope for : wish for earnestly : exhibit or feel desire for : COVET ⟨men who ~ success must be prepared to work⟩ ⟨he *desired* her approval above all things⟩ ⟨*desiring* only a peaceful haven⟩ **2 a** : to ask or call for (something) : express a wish for : REQUEST ⟨maid services available if *desired*⟩ ⟨they ~ an immediate answer⟩ **b** : to express a wish to (someone) : ASK, REQUEST, ENTREAT ⟨~ him to come in⟩ ⟨they *desired* the conference to reconsider its decision⟩ **3** *obs* : INVITE **4** *archaic* : to feel the loss of ~ *vi* : to desire something or the fulfillment of some aim ⟨he can be, if he so ~s, the complete master of his own cabinet —H.J.Laski⟩

**syn** WISH, WANT, CRAVE, COVET: DESIRE, WISH, and WANT are often used with identical intent though in such situations, usu. everyday ones where the degree of intensity of longing or need is not at issue, DESIRE and WISH occur more frequently than WANT as seeming to confer more dignity on the subject or implying more respectfulness ⟨we can definitely order anything you *wish*⟩ ⟨a position *desired* by young lady —*advt*⟩ DESIRE in more general use, however, emphasizes the strength or ardor of feeling and often implies strong intention or aim ⟨more than any other thing on earth he *desired* to fight for his country —W.A.White⟩ ⟨unions which *desired* to avail themselves of the benefits of the law —*Collier's Yr. Bk.*⟩ ⟨the waitress should not ask if wine is *desired*⟩ WISH is less strong, often suggesting a not usu. intense longing for an object unattained, unattainable, or questionably attainable ⟨Newton's law of gravitation could not be *wished* into existence —H.A.Overstreet⟩ ⟨not to have property, if one *wished* it, was almost a certain sign of shiftlessness —Van Wyck Brooks⟩ WANT is a less formal term than WISH and so is often interchangeable with it in situations where dignity of the subject or respectfulness is not at issue, though generally WANT implies a need or lack ⟨those who *wanted* to live long —Morris Fishbein⟩ ⟨the French *wanted* European unity —*N.Y. Times*⟩ CRAVE implies strongly the force of physical or mental appetite or need (as of hunger, thirst, love, or ambition) ⟨to *crave* peace and security after war⟩ ⟨that eternal *craving* for amusement —Donn Byrne⟩ ⟨what he *craved* was books of poetry and chivalry —E.A.Weeks⟩ COVET implies a strong, eager desire, often inordinate and envious and often for what belongs to another ⟨where water is the most *coveted* and essential resource because its supply is limited —*Amer. Guide Series: Texas*⟩ ⟨we hate no people, and *covet* no people's land —Wendell Willkie⟩

²**desire** \"\ *n* -s [ME, fr. MF *desir*, fr. *desirer*] **1** : conscious impulse toward an object or experience that promises enjoyment or satisfaction in its attainment ⟨with Freud all human behavior seems to be the outcome of ~ — that is, of the search for pleasure —H.M.Parshley⟩ ⟨in all Indian thought since Buddhism, the original sin has been ~, which ensnares the spirit in material incarnation —Weston La Barre⟩ **2 a** : an enduring and passionate longing or intense yearning : an urgently impelling motive toward attainment : CRAVING, APPETENCY ⟨a ~ of serfs to get rid of the feudalism that has held them in a vise from time out of mind —W.O.Douglas⟩ ⟨the ~ for adventure⟩ ⟨if a plebiscite confirms the people's ~ for independence —Vera M. Dean⟩ ⟨humility is the most difficult of all virtues to achieve; nothing dies harder than the ~ to think well of oneself —T.S.Eliot⟩ **b** (1) : a strong physical inclination (2) : erotic urge : sexual attraction or appetite ⟨the full lips thrust out and taut like the flesh of animals distended by fear or ~ —Willa Cather⟩ ⟨~ is the natural consequence of the sexual instinct —W.S.Maugham⟩ **c** : a striving after in intent : a deliberate choice or preference ⟨the conductor's ~ to follow the composer's instructions to the letter⟩ ⟨he expressed a ~ to avoid compulsory measures⟩ **3** : an asking or formal request for some action : PETITION ⟨the yeas and nays of the members of either house on any question shall, at the ~ of one fifth of those present, be entered on the journal —*U.S. Constitution*⟩ **4** : something that is desired : an object of longing ⟨then the leaders got hold of it, took it to pieces and remolded it closer to the heart's ~ —S.H.Adams⟩

**syn** APPETITE, APPETENCY *or* APPETENCE, CONCUPISCENCE, LUST, PASSION, URGE: DESIRE is a general term applicable to any wish or longing of any sort ⟨the *desire* for change, for novelty, for a relief from the monotony of every day —Aldous Huxley⟩ ⟨a *desire* for admiration in general —Herbert Spencer⟩ ⟨the geisha is only what she has been made in answer to foolish human *desire* for the illusion of love mixed with youth and grace, but without regrets or responsibilities —Lafcadio Hearn⟩ APPETITE applies to a desire strongly calling for satisfaction; it may be wide in its application ⟨it gave men a familiarity with the method and outline of Aristotle's logic, and whetted their *appetite* for more —R.W.Southern⟩ ⟨young Nathaniel Bowditch, the future navigator, first fed his *appetite* for mathematical science —S.E.Morison & H.S.Commager⟩ It is likely to be used in reference to sensual desires and needs ⟨he collected guns and women, and his sexual *appetite* was awesome —E.D.Radin⟩ ⟨*appetites* for expensive clothes and jewelry, good food, strong liquor and weak women —Alan Hynd⟩ APPETENCY and APPETENCE may suggest appetite marked by strong craving ⟨the liquid shine of the workmen's eyes, like the eyes of drinking men when they smell liquor, bright with *appetence* —Mary Austin⟩ ⟨that gnawing dissatisfaction which his purely physical *appetencies* create in him again and again —R.W.Stallman⟩ CONCUPISCENCE may apply to any strong craving but commonly applies to strong or inordinate sexual desire ⟨the principle of sin was designated by the Schoolmen as "*concupiscence*", which included inordinate desires in general, the sexual passion being the prominent element —G.P.Fisher⟩ LUST may apply to any exigent desire but commonly is used in reference to crass craving for something unsanctioned, esp. illicit or inordinate sex ⟨no greed for the land or wealth of any other people, no vulgar ambition, no morbid *lust* for material gain at the expense of others —Sir Winston Churchill⟩ ⟨he had the *lust* for money as Martinez had for women —Willa Cather⟩ ⟨in his morning litany he could pray to be kept from lasciviousness, but when night came *lust* might come with it —Carl Van Doren⟩ PASSION indicates compelling, intense emotion or desire or its ardent fulfillment, often in matters sexual ⟨this consuming *passion* for law made him govern himself, keep in restraint the fierce wrath which leaped up within him —H.E.Scudder⟩ ⟨the *passion* of Giovanni and Annabella is not shown as an affinity of temperament due to identity of blood; it hardly rises above the purely carnal infatuation —T.S.Eliot⟩ ⟨and she loved him with a full, happy *passion* that responded frankly and generously to his —Rose Macaulay⟩ URGE is used of a persistent desire or inclination seeking satisfaction ⟨the *urge* of "backward" peoples to move rapidly from feudalism to industrialism, to acquire modern and expensive technology in a hurry and thus drastically raise their living standards —W.G.Carleton⟩ ⟨the *urges* of dishonest hired girls, prostitutes who didn't want to be reformed, or shiftless husbands —Barbara Klaw⟩

**desired** *adj* [ME, fr. past part. of *desiren*] **1** : that is longed or hoped for **2** : predetermined to be suitable or satisfactory : prescribed as requisite : RIGHT ⟨once the ~ level is obtained, the helicopter is in a standstill or hovering attitude —S.A. Constantino⟩ ⟨sawed to the ~ width⟩ — **de·sired·ness** \-ī(ə)rdnəs, -īəd-, -īrəd-\ *n* -ES

**de·sire·ful** \-ī(ə)rfəl, -īəf-\ *adj* [ME, fr. *desire* + *-ful*] **1** *archaic* : DESIRABLE **2** *archaic* : filled with desire : EAGER

**de·sire·less** \-ī(ə)rləs, -īəl-\ *adj* : being without desire

**de·sir·er** \-īrə(r)\ *n* -s [ME, fr. *desiren* + *-er*] : one that desires

**desires** *pres 3d sing of* DESIRE, *pl of* DESIRE

**desiring** *pres part of* DESIRE

**de·sir·ing·ly** *adv* : LONGINGLY, YEARNINGLY

**de·sir·ous** \-ī(ə)rəs\ *adj* [ME, fr. OF *desireus, desirous*, fr. *desir* + *-eus, -ous* -ous] **1 a** : impelled or governed by desire : eagerly wishing : SOLICITOUS ⟨the committee is ~ you should select a suitable speaker⟩ ⟨~ of many things⟩ ⟨~ to ask his help⟩ **b** : eager to obtain : COVETOUS **2** *obs* : expressive of desire **3** *obs* : eager and spirited esp. in combat **4** *archaic* : DESIRABLE, DELECTABLE — **de·sir·ous·ly** *adv* — **de·sir·ous·ness** *n* -ES

**desis** *pl of* DESI

**-de·sis** \,dəsəs\ *n comb form, pl* **-de·ses** \,də,sēz\ [NL, fr. Gk *desis*, fr. *dein* to bind + *-sis* — more at DIADEM] : binding ⟨arthro*desis*⟩

**de·sist** \də'zist, dē'-, -'si-\ *vb* -ED/-ING/-S [MF *desister*, fr. L *desistere*, fr. *de-* + *sistere* to stand, stop, fr. *stare* to stand — more at STAND] *vi* : to give over or leave off : refrain from or forbear continuing an action, activity, or endeavor under way — often used with *from* or *in* ⟨he had made two attempts to shave but his hand had been so unsteady that he had been obliged to ~ —James Joyce⟩ ⟨~*ed* in his effort to press love upon her —Sherwood Anderson⟩ ⟨the city has been ordered to ~ from further levies⟩ — compare CEASE AND DESIST ORDER ~ *vt, obs* : to cease from : DISCONTINUE **syn** see STOP

**de·sis·tance** *also* **de·sis·tence** \-tən(t)s\ *n* -s : the act of desisting : cessation of action ⟨pending ~ from violence⟩

**de·si·tion** \-'zishən, -'si-\ *n* -s [ML *desition-, desitio*, fr. L *desitus* (past part. of *desinere* to leave off, cease) + *-ion-, -io* -ion — more at DESINENT] *archaic* : a cessation of being

**des·i·tive** \'dezəd·iv, -esə-\ *adj* [L *desitus* + E *-ive*] : concluding or expressing a conclusion ⟨a ~ proposition⟩

**de·size** \(')dē, dē+\ *vt* [*de-* + *size* (n.)] : to remove size or sizing from (cloth)

¹**desk** \'desk\ *n* -s [ME *deske*, fr. ML *desca*, modif. of It *desco* board, table, fr. L *discus* dish, disk, quoit — more at DISH] **1 a** : a table, frame, or case that has a sloping or horizontal surface esp. for writing and reading and is often provided with drawers, compartments, and pigeonholes **b** *obs* : BOOKCASE, BOOKSHELF **c** : a reading table or lectern to support the book from which the liturgical service is read that differs from the pulpit from which the sermon is preached **d** : a table, counter, stand, or booth at which a person (as an editor, a police sergeant, a clerk) performs his duties ⟨speeding — at least for first offenders — can be settled for a set fine at the violations ~ —J. C. Ingraham⟩ ⟨leave your key at the ~ when

**electron emission** *n* **1** : the issuing of electrons from a substance (as in photoelectric, thermionic, or radioactive processes) **2** : the rate of electron emission

**electroneutral** \\=¦== *at* ELECTRO- +\\ *adj* [*electr-* + *neutral*] : NEUTRAL 3e — **electroneutrality** \\"+\\ *n*

**electron gas** *n* : a population of free electrons either in a vacuum or in a metallic conductor whose distribution and motions are subject to laws somewhat analogous to those of gas molecules

**electron gun** *n* : the electron-emitting cathode and its surrounding assembly in a cathode-ray tube for directing, controlling, and focusing the stream of electrons to a spot of desired size

**elec·tron·ic** \\ə¦lek¦tränik, ē¦l- *sometimes* e¦l- *or* ¦ē,l- *or* ¦e,l-\\ *adj* [*electron* + *-ic*] **1** : of or belonging to an electron ⟨an ~ rectifier⟩ **2** : of or relating to electronics; *esp* : utilizing devices constructed or working by the methods or principles of electronics ⟨an ~ circuit⟩ ⟨an ~ organ⟩ ⟨an ~ clock⟩ ⟨~ control⟩ — **elec·tron·i·cal·ly** \\-nək(ə)lē, -nēk-, -li\\ *adv*

**electronic brain** *n* : a large computing machine that depends primarily on electronic devices for its operation

**electronic carillon** *n* : CARILLON 1c

**electronic heating** *n* : DIELECTRIC HEATING

**elec·tron·ics** \\ə,lek'träniks, ē,l- *sometimes* ,ē,l- *or* (,)e,l-\\ *n pl but sing in constr* : a branch of physics that deals with the emission, behavior, and effects of electrons in vacuums and gases and with the utilization of electronic devices

**electronic tube** *n* : ELECTRON TUBE

**electron lens** *n* : a device for converging or diverging a beam of electrons by means of either an electric or a magnetic field

**electron micrograph** *n* : a micrograph made with an electron microscope — **electron micrography** *n*

**electron microscope** *n* : an electron-optical instrument in which a beam of electrons focused by means of an electron lens is used to produce an enlarged image of a minute object on a fluorescent screen or photographic plate in a manner analogous to that in which light is used to form the image in a compound microscope — **electron microscopy** *n*

**electron multiplier** *also* **electron multiplier tube** *n* : an electronic device (as an electron tube or a component of an electron tube) that amplifies a corpuscular or photon emission by means of the secondary electron emission produced by it

**elec·tron·o·graph·ic** \\ə,lek¦tränə¦grafik, (,)ē,l-\\ *adj* : done by or designed for electronography ⟨an ~ press⟩ ⟨~ printing⟩

**elec·tro·nog·ra·phy** \\ə,lektrə'nägrəfē, ē,l-\\ *n* -ES [*electron* + *-o-* + *-graphy*] : a printing process in which the ink is transferred by electrostatic action across a gap between printing plate and impression cylinder — called also *onset*

**elec·tron-optical** \\ə¦lek,trän, -,tran+\\ *adj* : of or relating to electron optics

**electron optics** *n* : a branch of electronics that deals with those properties of beams of electrons that are analogous to the properties of rays of light

**electron pair** *n* : a group of two electrons belonging to one atom or shared by two atoms as a chemical bond

**electron-ray tube** *n* : ELECTRIC EYE 2

**electron telescope** *n* : an electron-optical instrument that penetrates obstacles to vision (as fog, smoke, darkness, or distance) by means of infrared rays, the image being focused on a photosensitive cathode that in turn produces the final enlarged electron image on a fluorescent screen

**electron tube** *n* : an electronic device in which conduction by electrons takes place through a vacuum or a gaseous medium within a sealed glass or metal container and which has various common uses (as amplification of electrical energy and the conversion of alternating current to direct current and vice versa) that are based on the controlled flow of electrons

**electron-volt** *n* : a unit of energy equal to the energy gained by an electron in passing from a point of low potential to a point one volt higher in potential: 1.60×10⁻¹² erg

**electrooptic** \\=¦== *at* ELECTRO- + *or* **electrooptical** \\"+\\ *adj* [*electr-* + *optic*, *optical*] : of or relating to electrooptics — **electrooptically** \\"+\\ *adv*

**electrooptics** \\"+\\ *n pl but sing in constr* [ISV *electr-* + *optics*] : a branch of optics that deals with the effects of an electric field upon light traversing it

**electroosmosis** \\"+\\ *also* **electroosmose** \\"+\\ *or* **elec·tros·mo·sis** \\ə¦lek¦trə+, ē¦+\\ *n, pl* **electroosmoses** [NL *electroosmosis*, *electrosmosis*, fr. *electr-* + *osmosis*] : the movement of a conducting liquid (as water in clay) through a porous diaphragm under the action of an electromotive force applied to electrodes on opposite sides of the diaphragm — called also *electroendosmosis* — **electroosmotic** \\=¦== *at* ELECTRO-+\\ *adj* — **electroosmotically** \\"+\\ *adv*

**electrooxidation** \\=¦== *at* ELECTRO-+\\ *n* [*electr-* + *oxidation*] : oxidation at the anode in an electrolytic cell

**elec·tro·phil·ic** \\"+¦filik\\ *adj* [*electr-* + *-philic*] : having an affinity for electrons : electron-seeking : CATIONOID — contrasted with *nucleophilic* ⟨~ reagents⟩ ⟨~ attack on a double bond⟩ — **elec·tro·phil·i·cal·ly** \\-lək(ə)lē\\ *adv*

**elec·tro·phone** \\=·==,fōn\\ *n* [*electr-* + *-phone*] : an instrument (as a theremin) that produces musical tones by means of oscillating electric circuits — **elec·tro·phon·ic** \\=·==¦fänik\\ *adj* — **elec·tro·phon·i·cal·ly** \\-nək(ə)lē\\ *adv*

**elec·tro·pho·re·sis** \\=,==fə'rēsəs\\ *n* [NL, fr. *electr-* + *-phoresis*] : the movement of suspended particles through a fluid under the action of an electromotive force applied to electrodes in contact with the suspension, important applications being in the separation of colloids (as proteins, clay, humus) and the deposition on one of the electrodes of coatings (as of oxides on cathodes for electron tubes and of rubber and synthetic polymers) — called also *cataphoresis* — **elec·tro·pho·ret·ic** \\=·==fə¦red·ik\\ *adj* — **elec·tro·pho·ret·i·cal·ly** \\-d·ək(ə)lē\\ *adv*

¹**elec·troph·o·rus** \\ə,lek'träf(ə)rəs, ē,l- *sometimes* ,ē,l- *or* (,)e,l-\\ *n, pl* **electrophori** \\-fə,rī, -,rē\\ [NL, fr. *electr-* + *-phorus* (fr. Gk *-phoros* -phore)] : an instrument for the production of electric charges by induction consisting of a disk (as of resin, shellac, or ebonite) that is negatively electrified by friction and a metal plate that becomes charged by induction when placed upon the disk, the repelled negative charge being conducted away by momentary contact (as of the operator's finger) after which the plate with its remaining positive charge is removed by its insulating handle

²**electrophorus** \\"\\ *n, cap* [NL, fr. *electr-* + *-phorus*] : a genus of cyprinoid fishes comprising the electric eel and being included in the family Gymnotidae or sometimes made the type of a separate family

**electrophotographic** \\=¦== *at* ELECTRO-+\\ *adj* : of, relating to, or used in electrophotography

**electrophotography** \\"+\\ *n* [*electr-* + *photography*] : photography in which images are produced by electrical means (as in xerography)

**electrophrenic** \\"+\\ *adj* [*electr-* + *phrenic*] : relating to or induced by electrical stimulation of the phrenic nerve ⟨~ respiration⟩

**electrophrenic respiration** *n* : artificial respiration by means of an electrophrenic respirator used esp. in poliomyelitis and other conditions in which the nervous control of breathing is impaired

**electrophrenic respirator** *n* : a device for the regular recurrent electrical stimulation of the phrenic nerve or nerves to induce respiratory movements artificially and induce breathing

**electrophysiologic** \\=¦== *at* ELECTRO- +\\ *or* **electrophysiological** \\"+\\ *adj* [ISV *electrophysiology* + *-ic*, *-ical*] **1** : of or relating to electrophysiology ⟨~ methods⟩ **2** [*electr-* + *physiologic*, *physiological*] : of, relating to, or involving the electrical aspects of physiological processes ⟨~ phenomena⟩ — **electrophysiologically** \\"+\\ *adv*

**electrophysiologist** \\"+\\ *n* : a specialist in electrophysiology

**electrophysiology** \\"+\\ *n* [ISV *electr-* + *physiology*] **1** : a branch of physiology that is concerned with the electric phenomena associated with living bodies and involved in their functional activity **2** : electric phenomena (as of a body part or organ) ⟨the ~ of synaptic transmission⟩

**elec·tro·pism** \\ə'lektrə,pizəm, ē'-\\ *n* [blend of *electr-* and *-tropism*] : ELECTROTROPISM

¹**elec·tro·plate** \\-,plāt\\ *n* [*electr-* + *plate*, n.] : something electroplated; *specif* : ¹ELECTROTYPE 1

²**electroplate** \\"\\ *vt* **1** : to plate with an adherent continuous coating by electrodeposition; *esp* : to plate (a metal or metal-coated or graphite-coated nonmetal serving as cathode during the electrolysis) with a metal ⟨~ a wax recording disc⟩ — compare ELECTROFORM **2** : ELECTROTYPE

**elec·tro·plat·er** \\-ād·ə(r)\\ *n* : one that electroplates : PLATER

**elec·tro·plax** \\-,plaks\\ *n* -ES [NL, fr. *electr-* + Gk *plax* anything flat and broad — more at PLANK] : one of the flattened plates of modified muscle constituting the typical structural element of the electric organ of some fishes

**elec·tro·plexy** \\-,pleksē\\ *n* -ES [*electr-* + *-plexy* (as in *apoplexy*)] *Brit* : ELECTROSHOCK THERAPY

**elec·tro·pneu·mat·ic** \\=¦== *at* ELECTRO- +\\ *adj* [*electr-* + *pneumatic*] : of or relating to a combination of electrical and pneumatic effects : operated by electric and pneumatic power ⟨an ~ signal⟩ — **electropneumatically** \\"+\\ *adv*

**electropolish** \\"+\\ *vt* [*electr-* + *polish*] : to produce a smooth bright surface on (metal) by immersion as an anode in an electrolytic bath

**electropositive** \\"+\\ *adj* [*electr-* + *positive*] **1 a** : charged with positive electricity : having a tendency to pass to the cathode in electrolysis **b** : capable of acting as the negative electrode of a voltaic cell : ANODIC — used esp. in electrical engineering **2 a** : having a tendency to release electrons esp. in an oxidation-reduction reaction : NUCLEOPHILIC ⟨sodium is a highly ~ element⟩ **b** : capable of acting as the positive electrode of a voltaic cell : CATHODIC

**electroprecipitation** \\"+\\ *n* [*electr-* + *precipitation*] : ELECTROSTATIC PRECIPITATION

**elec·tro·pult** \\ə'lektrə,pəlt, -pùlt\\ *n* -s [*electr-* + *-pult* (as in *catapult*)] : an electrical catapult for accelerating airplanes to takeoff speed on a short runway that consists of a car and a track which react with each other as the stator and rotor of an induction motor to give the car great acceleration when enormous electrical power is supplied for a short time

**electropyrexia** \\=¦== *at* ELECTRO- +\\ *n* [NL, fr. *electr-* + *pyrexia*] : artificial fever induced by electrical means for therapeutic purposes

**electroreduction** \\"+\\ *n* [*electr-* + *reduction*] : reduction at the cathode in an electrolytic cell

**electrorefining** \\"+\\ *n* [*electr-* + *refining*] : refining of a metal (as copper) by electrolysis, the crude metal used as the anode going into solution and the pure metal being deposited upon the cathode — called also *electrolytic refining*

**electroresection** \\"+\\ *n* [*electr-* + *resection*] : resection by electric means : ELECTROSURGERY

**elec·tro·ret·i·no·gram** \\"+¦ret'nə,gram\\ *n* [*electr-* + *retina* + *-o-* + *-gram*] : a graphic record of the electric activity of the retina used esp. in the diagnosis of conditions of the retina

**electros** *pl of* ELECTRO

**elec·tro·scope** \\=·==+,skōp\\ *n* [prob. fr. F *électroscope*, fr. *électro-* electr- + *-scope*] : any of various instruments for detecting the presence of an electric charge on a body, for determining whether the charge is positive or negative, or for indicating and measuring intensity of radiation by means of the motion imparted to charged bodies (as strips of gold leaf) suspended from a metal conductor within an insulated chamber — compare ELECTROMETER

**electroshock** \\=¦==+\\ *n* [*electr-* + *shock*] **1** : ³SHOCK 5 **2** : ELECTROSHOCK THERAPY

**electroshock therapy** *n* : the treatment of mental disorder by the induction of coma through use of an electric current

**electrosmosis** *var of* ELECTROOSMOSIS

**electrostatic** \\=¦== *at* ELECTRO- +\\ *adj* [ISV *electr-* + *static*] **1** : of or relating to static electricity or electrostatics **2** : of, relating to, or characterized by a special type of spray painting utilizing electrically charged paint particles to insure complete coating of an object — **electrostatically** \\"+\\ *adv*

**electrostatic bond** *n* : a chemical bond (as an electrovalent bond or a hydrogen bond) characterized by electrostatic attraction between ions or molecules

**electrostatic field** *n* : ELECTRIC FIELD

**electrostatic generator** *n* : an apparatus for the production of heavy electrical discharges at very high voltage commonly consisting of an insulated hollow conductor (as a sphere) that accumulates in its interior the charge continuously conveyed from a source of direct current (as a high-voltage rectifier-transformer) by an endless belt of flexible nonconducting material (as silk, rayon, or paper) revolving on insulated motor-driven drums, the voltage thus generated being used esp. for accelerating charged particles in nuclear bombardment

**electrostatic induction** *n* : induction of an electric charge in a conductor due to the proximity of another charged body

**electrostatic lens** *n* : an electron lens that utilizes an electric field

**electrostatic precipitation** *n* : removal of suspended particles (as dust and acid mists) from a gas (as air or blast-furnace gas) by charging the particles and precipitating them by applying a strong electric field (as by passing the gas between collecting and discharge electrodes in a precipitator) — compare COTTRELL PROCESS

**electrostatics** \\=¦== *at* ELECTRO- +\\ *n pl but sing in constr* : a branch of physics that deals with phenomena due to attractions or repulsions of electric charges but not dependent upon their motion

**electrostatic unit** *n* : any of a system of electrical units based primarily upon forces of interaction between electric charges with the fundamental cgs unit being the statcoulomb — abbr. *esu*

**electrostatic voltmeter** *n* : an electrometer of the electrostatic type graduated to read directly in volts or kilovolts

**electrosteel** \\=·==+,=\\ *n* [*electr-* + *steel*] : ELECTRIC STEEL

**electrostimulation** \\=¦==+\\ *n* [*electr-* + *stimulation*] : electroshock administered in nonconvulsive doses

**electrostriction** \\"+\\ *n* [*electr-* + *-striction* (as in *constriction*)] : deformation of a dielectric body as the result of an applied electric field — compare MAGNETOSTRICTION — **electro·stric·tive** \\"+¦striktiv\\ *adj*

**electrosurgery** \\"+\\ *n* [*electr-* + *surgery*] : diathermy for surgical purposes

**electrosurgical** \\"+\\ *adj* [*electr-* + *surgical*] : of, relating to, or performed by means of electrosurgery

**electrosynthesis** \\"+\\ *n* [NL, fr. *electr-* + *synthesis*] : synthesis accomplished with the aid of electricity; *esp* : synthesis of an organic compound by electrolysis — **electrosynthetic** \\"+\\ *adj* — **electrosynthetically** \\"+\\ *adv*

**electrotactic** \\"+\\ *adj* [*electr-* + *-tactic*] : of or relating to electrotaxis

**electrotaxis** \\"+\\ *n* [NL, fr. *electr-* + *-taxis*] : movement in which an electric current constitutes the directive factor : GALVANOTAXIS

**electrotechnic** \\"+\\ *or* **electrotechnical** \\"+\\ *adj* [*electr-* + *technic*, *technical*] : of or relating to electrotechnology

**electrotechnician** \\"+\\ *n* [*electr-* + *technician*] : a specialist in electrotechnology

**electrotechnics** \\"+\\ *n pl but sing in constr* [*electr-* + *technics*] : ELECTROTECHNOLOGY

**electrotechnology** \\"+\\ *n* [*electr-* + *technology*] : a science that deals with the practical application of electricity

**electrotherapist** \\"+\\ *n* : one that practices electrotherapy

**electrotherapy** \\"+\\ *n* [*electr-* + *therapy*] : treatment of disease by means of electricity (as by diathermy or by means of electrically generated heat) — compare ELECTROSHOCK THERAPY

**electrothermal** \\"+\\ *or* **electrothermic** \\"+\\ *adj* [*electr-* + *thermal* or *thermic*] : relating to both electricity and heat ⟨~ bath⟩; *specif* : relating to the generation of heat by electricity — compare THERMO-ELECTRIC

**electrotin** \\"+tin\\ *vt* [*electr-* + *tin*] : to electroplate with tin

**elec·tro·tome** \\=·==+,tōm\\ *n* [*electr-* + *-tome*] : an electric cutting instrument used in electrosurgery

**electrotone** \\"+,=\\ *n* [*electr-* + *tone*] : ELECTROPHONE

**electrotonic** \\=¦==+\\ *adj* [NL *electrotonus* + E *-ic*] **1** : of, induced by, relating to, or constituting electrotonus ⟨the ~ condition of a nerve⟩ ⟨~ induction of depolarization⟩ **2** : ELECTROPHONIC — **electrotonically** \\"+\\ *adv*

**electrotonicity** \\"+\\ *n* : ELECTROTONUS

**elec·trot·o·nus** \\ə,lek'trätᵊnəs, ē,l- *sometimes* ,ē,l- *or* (,)e,l-\\ *n* [NL, fr. *electr-* + *tonus*] : the altered sensitivity of a nerve when a constant current of electricity passes through any part of it — see ANELECTROTONUS, CATELECTROTONUS

**electrotropic** \\=¦== *at* ELECTRO- +\\ *adj* [*electr-* + *-tropic*] : of or relating to electrotropism

**elec·trot·ro·pism** \\ə,lek'trä·trə,pizəm, ē,l- *sometimes* ,ē,l- *or* (,)e,l-\\ *n* [*electr-* + *-tropism*] : bodily orientation in relation to an electric current : GALVANATROPISM

¹**elec·tro·type** \\ə'lektrə,tīp, ē'-\\ *n* [*electr-* + *type*] **1** : a duplicate printing surface made by pressure molding in wax, lead, or other plastic material the surface to be reproduced, dusting the mold with graphite when necessary to make it electroconductive, and electrodepositing on it a thin shell (as of copper) which is then backed up with lead and sometimes given an extra facing of a harder metal (as nickel or chromium) — compare NICKELTYPE **2** : a print made from an electrotype

²**electrotype** \\"\\ *vt* : to make an electrotype from (a printing surface) ~ *vi* : to be reproducible by electrotyping

**elec·tro·typ·er** \\-pə(r)\\ *n* : one that makes electrotypes

**electro-ultrafiltration** \\=¦== *at* ELECTRO- +\\ *n* [*electr-* + *ultrafiltration*] : ultrafiltration brought about by electro-osmosis

**electrovalence** \\"+\\ *or* **electrovalency** \\"+\\ *n* [*electr-* + *valence*, *valency*] : valence characterized by the transfer of one or more electrons from one atom to another with the formation of ions (as in sodium chloride and other simple salts); *also* : the number of positive or negative charges acquired by an atom by the loss or gain of electrons — called also *ionic valence*; distinguished from *covalence* — **electrovalent** \\"+\\ *adj* — **electrovalently** \\"+\\ *adv*

**electrovalent bond** *n* : a chemical bond formed between ions of opposite charge — called also *ionic bond*; distinguished from *covalent bond*

**electroviscosity** \\"+\\ *n* [*electr-* + *viscosity*] : the effect of the presence of ions upon the viscosity of a solution or suspension — **electroviscous** \\"+\\ *adj*

**electroviscous effect** *n* : the increase in viscosity due to an electric charge on solid particles in a solution

**electrowinning** \\"+\\ *n* [*electr-* + *winning*] : the recovery esp. of metals from solutions by electrolysis

**elec·trum** \\ə'lektrəm, ē'-\\ *n* -s [ME, fr. L — more at ELECTRIC] **1** *archaic* : AMBER 2 **2** : a natural pale yellow alloy of gold and silver

**elects** *pres 3d sing of* ELECT

**elec·tu·ary** \\ə'lekchə,werē, ē'-, -ri\\ *n* -ES [ME *electuarie*, fr. L *electuarium*, *electarium*, prob. by folk etymology (influence of *electus*, past part. of *eligere* to elect and *-arium* -ary) fr. Gk *ekleikton*, fr. *ekleichein* to lick up, fr. *ek*, *ex* out + *leichein* to lick — more at ELECT, EX-, LICK] : CONFECTION 1b; *esp* : a medicated paste prepared with honey or other sweet, used in veterinary practice, and administered by smearing on the teeth, gums, or tongue

**el·ee·mos·y·nar** \\,elə'mäsᵊnə(r) *also* -lē(ə)'m- *sometimes* -äzᵊn-\\ *n* -s [ML *eleemosynarius*, fr. LL *eleemosyna* alms + L *-arius* -ary, -ar (n. suffix) — more at ALMS] : one that distributes charity or doles out relief : ALMONER

**el·ee·mos·y·nary** \\-ᵊn,erē, -ri\\ *adj* [ML *eleemosynarius*, fr. LL *eleemosyna* + L *-arius* -ary (adj. suffix)] **1** : of or relating to charity : CHARITABLE, PHILANTHROPIC ⟨a rich man given to many ~ activities⟩ ⟨~ relief⟩ **2 a** : nonprofit and receiving all or a great part of sustaining funds from donations or gifts ⟨about 90 percent of the hospitals are of a governmental, charitable, or ~ and nonprofit character —*U.S. Code*⟩ ⟨churches, lodges, and other ~ institutions —*Sat. Eve. Post*⟩ **b** : provided by an institution of this nature ⟨an ~ education⟩

**eleemosynary corporation** *n* : a corporation organized for charitable purposes — contrasted with *civil corporation*

**el·e·gance** \\'eləgən(t)s, -lēg-\\ *n* -s [MF *elegance*, fr. L *elegantia*, fr. L *elegant-*, *elegans* + *-ia* -y] **1 a** : refined grace or dignified propriety that expresses good breeding or good taste : URBANITY ⟨never looked more radiant, moved with greater ~, ease, or grace, or acted with truer style —John Mason Brown⟩ ⟨waltzes performed with great delicacy and ~ to the music of eight guitars —C.L.Jones⟩ **b** : tasteful richness of design or ornamentation : refined luxury ⟨householders who demand ~ in the chambers they sleep in, no matter what the price tags say —*New Yorker*⟩ **c** : dignified gracefulness or restrained beauty of style : POLISH ⟨a cultivated man should express himself by tongue or pen with some accuracy and ~ —C.W.Eliot⟩ **d** : scientific precision, neatness, and simplicity ⟨the ~ of a mathematical equation —Lewis Mumford⟩ **2** : something that is elegant : REFINEMENT ⟨I flatter myself that we've always preserved the ~s, the finer graces —Elmer Davis⟩ **3** *pharmacy* : the quality or state of being elegant or of having elegant characteristics

**el·e·gan·cy** \\-nsē, -si\\ *n* -ES [ME *elegancie*, fr. L *elegantia*] : ELEGANCE — usu. used in pl. ⟨Lord Chesterfield ... that arbiter of *elegancies* —P.E.More⟩ ⟨*elegancies* such as silk, porcelain, fans, and screens —Victor Purcell⟩

¹**el·e·gant** \\-nt\\ *adj* [MF or L; MF *elegant*, fr. L *elegant-*, *elegans*; akin to L *eligere* to choose, select — more at ELECT] **1 a** : characterized by refined grace or dignified propriety esp. in appearance or manner : tastefully correct and refined ⟨she is not conventionally beautiful ... but she is charming to look at and ~ to her fingertips —John Martin⟩ **b** : characterized by tasteful richness esp. of design or ornamentation : luxurious or sumptuous in a refined way ⟨carrying his briefcase, an ~ piece of luggage of excellent leather and the best bronze hardware —Lionel Trilling⟩ ⟨in the glade, still standing in it, many of them after two hundred years, are thirty-nine ~ white houses —*New Yorker*⟩ **c** : characterized by dignified gracefulness and restrained beauty esp. in style or performance : POLISHED ⟨an ~ novel, one with the richness, restraint, and subtle obliquity which belong properly to elegance —*Saturday Rev.*⟩ **d** : characterized by scientific precision, neatness, and simplicity ⟨mathematicians say of a problem, a demonstration, or a solution in their science, when it exhibits perfect lucidity and form, that it is ~ —Isabel Paterson⟩ **2** *pharmacy* : pleasant in taste, attractive in appearance, and free from objectionable odor ⟨an ~ nontoxic emulsion⟩ **3** : of a high grade or quality : EXCELLENT, FINE, SPLENDID ⟨he agreed with her that it must be an ~ place and he didn't wonder she wanted to go there —J.C.Lincoln⟩ **syn** see CHOICE

²**ele·gant** *or* **élé·gant** \\ālāgäⁿ\\ *n, pl* **elegants** *or* **élégants** \\-äⁿ(z)\\ [F *élégant*, fr. *élégant*, adj., fr. MF *elegant*] : a fashionable man : DANDY

**ele·gante** *or* **élé·gante** \\ālāgäⁿt\\ *n, pl* **elegantes** *or* **élégantes** \\-t(s)\\ [F *élégante*, fr. fem. of *élégant*, adj.] : a fashionable woman

**el·e·gant·ly** \\'eləgəntlē, -lēg-, -li\\ *adv* : in an elegant manner

¹**el·e·gi·ac** \\¦elə¦jīək, -lē¦- *also* -ī,ak; *also* ə'lējē,ak *or* ē'lē-\\ *also* **el·e·gi·a·cal** \\¦elə¦jīəkəl, -lē¦-\\ *adj* [LL *elegiacus*, fr. Gk *elegeiakos*, fr. *elegeion* elegiac couplet, elegy] **1 a** : consisting of two dactylic hexameter lines the second of which is often felt to be pentameter and is made up of two hemistichs each containing two dactyls and a long syllable : consisting of two dactylic hexameter lines the second of which has the short elements omitted in the third and sixth feet — usu. used of classical Greek couplets **b** : comprising or metrically similar to the second line of such a couplet **c (1)** : written in or consisting of such couplets **(2)** : noted for having written poetry in such couplets **d** : of or relating to the period in Greece around the seventh century B.C. when poetry written in such couplets flourished **2** : of, relating to, befitting, or comprising elegy or an elegy ⟨an ~ poem on the death of a friend⟩; *esp* : expressing sorrow or lamentation often for something now past : PLAINTIVE, NOSTALGIC, MELANCHOLY ⟨an ~ regret for departed youth⟩ ⟨an ~ lament for a long-lost tradition⟩ ⟨~ poignance, excruciating nostalgia —Peggy Bennett⟩ **3** : being the meter characteristic of a kinah — compare KINAH METER

²**elegiac** \\"\\ *n* -s : an elegiac couplet, verse, or poem

**elegiac pentameter** *n* : an elegiac hexameter verse

**elegiac stanza** *n* : a quatrain in iambic pentameter with alternate lines rhyming

**ele·gi·am·bus** \\,elə,jī'ambəs, ə,lējē'am-\\ *n, pl* **elegiam·bi** \\-,bī\\ [LL, fr. LGk *elegiambos*, fr. Gk *elegeion* + *iambos* iamb — more at IAMB] : a verse in classical Greek or Latin poetry composed of half an elegiac pentameter and four iambic feet

**el·e·gi·ast** \\,elə'jīəst, -lē'-, -ī,ast; ə'lējē,ast, ē'lē-, -jēəst\\ *n* -s [by alter.] : ELEGIST

**el·e·gist** \\'eləjəst\\ *n* -s [*elegy* + *-ist*] : a composer of an elegy

Roman Catholic prelate) + E *-an*] : of, relating to, or advocating Febronianism
²**febronian** \"\ *n* -s *cap* : an advocate of Febronianism
**fe·bro·ni·an·ism** \-ēə,nizəm\ *n* -s *usu cap* : the principle applied in 1763 to the Roman Catholic Church by Johann N. von Hontheim, suffragan bishop of Treves, that final ecclesiastical authority belongs to the whole church and not merely to the papacy, that papal power is inferior to that of the whole body of the episcopate, and that papal power is limited in matters of doctrine by general church councils and in matters of discipline by national churches
**feb·ru·ary** \+'feb(y)ə,werē, |i, 'febrə,wer| *also* +-b,wer| *or* +-b,rer| *sometimes* +-bə,rer| *or* +-bwər| *or* +-b(ə)r| *or* +-brər| *or* +-b,yer|\ *n, pl* **februaries** *or* **februarys** *usu cap* [ME *februarie*, fr. L *februarius*, fr. *februa*, pl., feast of purification held on the 15th of February + *-arius* -ary; perh. akin to L *fumus* smoke, vapor — more at FUME] : the second month in the Gregorian calendar — abbr. *Feb.*; see MONTH table
**february daphne** *n, usu cap F* : MEZEREON 1
**february fill-dike** \-'‚‚\ *n, usu cap 1st F* : FEBRUARY; *also* : the period of the sun's occupation of Aquarius according to astrology
**feb·ru·a·tion** \,febrə'wāshən\ *n* -s [L *februation-, februatio*, fr. *februatus* (past part. of *februare* to purify, fr. *februa*) + *-ion-, -io* -ion] *archaic* : purification by a religious ceremony
**fec** *abbr* [L *fecit*] he made
**fe·cal** *also* **fae·cal** \'fēkəl\ *adj* [MF *fecal*, fr. L *faec-, faex* dregs, sediment + MF *-al*] : of, relating to, being, or involving feces ⟨~ mass⟩ ⟨~ egg counts⟩
**fe·ca·lith** *also* **fae·ca·lith** \-kə,lith\ *n* -s [*fecal* + *-lith*] : a concretion of dry compact feces occas. formed in the intestine or vermiform appendix
**fe·cal·oid** \-kə,lȯid\ *adj* [ISV *fecal* + *-oid*] : resembling dung
**fe·ces** *also* **fae·ces** \'fē(,)sēz\ *n pl* [ME *feces* (pl.), *fece* (sing.), *fex* (sing.), fr. L *faec-, faex* dregs, sediment] 1 : the sediment formed after infusion or distillation : DREGS, REFUSE 2 : bodily waste discharged through the anus : DUNG, MANURE
**fech·ne·ri·an** \(')fek¦nirēən, -ek¦-\ *adj, usu cap* [Gustav Theodor *Fechner* †1887 Ger. physicist, philosopher, & experimental psychologist + E *-ian*] : of, relating to, or discovered by G. T. Fechner, German physicist considered to be a founder of psychophysics and experimental psychology
**fech·ner's law** \'fekⁿnə(r)z-, -k|\ *n, usu cap F* : WEBER-FECHNER LAW
**fecht** \'fekt\ *Scot var of* FIGHT
**fecial** *var of* FETIAL
**fe·cit** \'fākət\ [L, 3d pers. sing. perf. indic. of *facere* to make, do — more at DO] : (he) created or executed (it) — used with the name of the executing artist or craftsman on a painting, piece of sculpture, or other art object or piece of craftsmanship
**feck** \'fek\ *n* [ME (Sc) *fek*, by shortening & alter. fr. ME *effect*] 1 *Scot* **a** : the greater share : MAJORITY — usu. used with *the* ⟨the ~ of the town council didn't fancy his backers —John Buchan⟩ **b** : PART, PORTION ⟨took the best ~ of a year⟩ ⟨sold the best ~ of the litter⟩ 2 *Scot* : VALUE, WORTH ⟨no ~ would come from it⟩ 3 *Scot* : a number or quantity esp. when large ⟨a whole ~ of them came⟩
**feck·et** \'fekət\ *n* -s [origin unknown] *Scot* : VEST 2a
**feck·ful** \'fekfəl\ *adj* [*feck* + *-ful*] 1 *chiefly Scot* : EFFICIENT, EFFECTIVE 2 *chiefly Scot* **a** : STURDY, TRUSTY **b** : POWERFUL, VIGOROUS — **feck·ful·ly** \-əlē\ *adv, chiefly Scot*
**feck·less** \-kləs\ *adj* [*feck* + *-less*] 1 **a** : weak in mind or body : HELPLESS, INCOMPETENT ⟨a pretty, ~ little widow who is not very good at "managing" —*New Statesman & Nation*⟩ **b** : INEFFICIENT ⟨a day of ~ house heating⟩ 2 : having no real worth or purpose : MEANINGLESS, PURPOSELESS ⟨a ~ figurehead⟩ ⟨what strikes most at first, frequently turns out to be ~ —Amy Lowell⟩ ⟨three years of ~ negotiations —*Time*⟩ 3 **a** : lazy and worthless ⟨here were failure and defeat visiting the energetic along with the ~, the able along with the unable —F.L.Allen⟩ **b** : indifferent to responsibility : UNRELIABLE 4 : awkward and unskilled 5 : UNTHINKING, IRRESPONSIBLE ⟨a certain childish, ~ gaiety⟩ 6 : impractical and shiftless ⟨he was ~, a gambler, a lover of what is called low company, but he was generous —Robert Lynd⟩ — **feck·less·ly** *adv* — **feck·less·ness** *n* -ES
**feck·ly** \-lē\ *adv* [*feck* + *-ly*] 1 *chiefly Scot* : for the most part 2 *chiefly Scot* : ALMOST, NEARLY
**fec·u·la** \'fekyələ\ *n, pl* **fecu·lae** \-,lē\ [NL, fr. L *fēces* dung (fr. L *faeces*, pl. of *faec-, faex* dregs, sediment) + *-ula*] : a fecal pellet of an insect
**fec·u·lence** \-lən(t)s\ *n* -s [F *féculence*, fr. LL *faeculentia*, fr. *faeculentus* + *-ia* -y] 1 : something that is feculent : SEDIMENT, DREGS, FECES 2 : the quality or state of being feculent : MUDDINESS, FOULNESS
**fec·u·len·cy** \-nsē, -si\ *n* -ES [LL *faeculentia*] *archaic* : FECULENCE
**fec·u·lent** \-nt\ *adj* [MF, fr. L *faeculentus*, fr. *faec-, faex* dregs, sediment] : foul with impurities or excrement : covered with filth : abounding in sediment or noxious matter : FECAL
**fe·cund** \'fēkənd, 'fek-\ *adj* [ME *fecund, fecound*, fr. MF *fécond*, fr. L *fecundus* — more at FEMININE] 1 **a** : characterized by having produced many offspring or by having yielded vegetation, fruit, or crops to a marked or satisfying degree ⟨~ pastures⟩ ⟨~ herds⟩ **b** : capable of producing : not sterile or barren : markedly fertile ⟨born into a notably ~ family⟩ 2 : marked by noteworthy intellectual productivity and inventiveness ⟨ideas are, in Paris, so far more numerous and ~ . . . that Paris has on an average some eighty odd daily papers —W.C.Brownell⟩ ⟨a good part of these inventions came to birth — or were further nourished — in the ~ mind of Leonardo da Vinci —Lewis Mumford⟩ **syn** see FERTILE
**fe·cun·date** \'fekən,dāt, 'fēk-\ *vt* -ED/-ING/-S [L *fecundatus*, past part. of *fecundare* to fertilize, fr. *fecundus* fecund] 1 : to make fruitful or prolific ⟨a flow of ideas *fecundating* the very atmosphere of the college⟩ 2 : to make fertile : IMPREGNATE ⟨males are needed to ~ the young virgin females —W.C.Allee⟩ ⟨the sterile eggs of reason never *fecundated* by sense —P.E. More⟩ — **fe·cun·da·tion** \,‚‚'dāshən\ *n* -S
**fe·cun·da·tive** \fē'kəndəd·iv, 'fekən,dād-, 'fēk-\ *adj* : serving to fecundate : making fertile
**fec·un·da·tor** \'fekən,dād·ə(r), 'fēk-\ *n* -s [LL, fr. L *fecundatus* + *-or*] : one that fecundates
**fe·cun·da·to·ry** \fē'kəndə,tōrē\ *adj* : of or relating to fecundation
**fe·cun·di·ty** \fē'kəndəd·ē, -dətē, -i\ *n* -ES [ME *fecundite*, fr. L *fecunditat-, fecunditas*, fr. *fecundus* fecund + *-itat-, -itas* -ity] 1 **a** : the quality or the power of producing fruit esp. in abundance : FRUITFULNESS ⟨the ~ of the earth⟩ **b** : productive quality or power ⟨the ~ of the pocket-book publishers —James Rorty⟩ **c** : richness of imagination or invention ⟨the ~ of Shakespeare's genius⟩ 2 **a** : the power of producing offspring esp. in large numbers or the quality that conduces to this : the potential reproductive capacity (as of a hen) as measured by the individual production of mature eggs and sperm **b** : the power of germinating (as in seeds) **c** : the power or quality of increasing rapidly in number or quantity or of being so increased in number or quantity 3 *archaic* : the power of making fruitful or fertile
¹**fed** \'fed\ *adj* [fr. past part. of *feed*] 1 *of poultry or stock* : specially nourished or fattened for market ⟨a deck of ~ lambs averaging about 95 lbs. —*Chicago Daily Drovers Jour.*⟩ 2 *slang* : FED UP ⟨~ with people scrounging our liquor before four o'clock —J.H.Burns⟩ — **fed to the gills** *or* **fed to the teeth** : FED UP ⟨*fed to the teeth* with this little pension that you euphemistically call a high-grade resort hotel —R.E. Sherwood⟩
²**fed** \"\ *n* -s *often cap* [by shortening] 1 : FEDERAL 1 2 *slang* : FEDERAL 2 ⟨so one night I stole a car and took it over the state line to sell it and the *Feds* got me —H. W. Van Couenhoven⟩
**fed** *abbr* federal; federated; federation
**fedai** *sometimes cap, var of* FIDA'I
**fedarie** *n* -s [alter. (influenced in meaning by L *foeder-, foedus* league) of *feodary*] *obs* : CONFEDERATE, ACCOMPLICE
**fe·da·yee** \fə,da'(y)ē; -dä'-, ‚‚'‚\ *n, pl* **feda·yeen** \-ēn\ [Ar *fidā'ī* one who offers himself for his native land, fr. *fidā'* redemption] : a member of an Arab commando group esp. operating against Israel
**fed·dan** \fə'dän, -dan\ *n, pl* **feddan** *or* **feddans** [Ar *faddān* yoke of oxen, feddan] : an Egyptian unit of area equal to 1.038 acres
**fed·der** \'fedə(r)\ *dial Brit var of* FEATHER
**fed·e·li·ni** \,fed'l'ēnē\ *n* -s [It (pl.), alter. of *fidelini*, dim. of It dial. (Genoese) *fidelli* (pl.) vermicelli, prob. fr. Sp *fideos* (pl.), fr. Judeo-Spanish *fidear* to grow, fr. Ar *fāda* to abound, overflow] : alimentary paste smaller than vermicelli
**fed·er·a·cy** \'fed(ə)rəsē\ *n* -ES [prob. back-formation fr. *confederacy*] *archaic* : ALLIANCE, CONFEDERACY, FEDERATION
¹**fed·er·al** \'fed(ə)rəl\ *adj* [L *foeder-, foedus* league, compact + E *-al*; akin to L *fides* faith — more at FAITH] 1 **a** : of or relating to a compact, league, or treaty; *esp* : of, relating to, or derived from a compact between states which by the terms of the compact surrender their general sovereignty and consolidate into a new state ⟨a ~ union⟩ **b** : of, relating to, or expressing a covenant between God and the human race or its members, esp. the covenant of works and the covenant of grace — compare FEDERAL THEOLOGY 2 **a** : of or relating to a state formed by the consolidation of several states which retain limited residuary powers of government under the common sovereignty of the new state : being or befitting such a state ⟨some ~ states have political parties peculiar to one area⟩ **b** : of, characterized by, or constituting a form of government in which power is distributed among a number of constituent territorial units ⟨~ governments often evolved out of leagues or confederations —C.J.Friedrich⟩ ⟨a ~ system⟩ **c** *often cap* : of or relating to the central government of a nation having the character of a federation as distinguished from the governments of the constituent units (as states or provinces) 3 *usu cap* : advocating or friendly to the principle of a federal government with strong centralized powers; *esp* : of or relating to the American Federalists 4 *often cap* : of, relating to, or loyal to the federal government or the Union armies of the U.S. in the American Civil War 5 *usu cap* : being or belonging to a style of architecture and decoration current in the U.S. following the Revolution and before the period of Classic Revival 6 *of a British university* : consisting of an association of colleges that function to a very large degree as independent units — **fed·er·al·ly** \-rəlē, -li\ *adv*
²**federal** \"\ *n* -s *usu cap* 1 : a supporter of the government of the U.S. in the Civil War; *specif* : a soldier in the federal armies ⟨*Federals* and Confederates lie buried together⟩ 2 : a federal agent or officer
**federal assembly** *n, often cap F&A* : the two parliamentary houses constituting the legislative division of certain governments (as that of Switzerland)
**federal case** *n* : an act or activity that is or is likely to be subject to investigation by one of the criminal-investigation agencies (as the FBI) of the U.S. government
**federal chancellor** *n* : CHANCELLOR 4
**federal council** *n, often cap F&C* 1 : a central legislative group or assembly in certain governments 2 : a central executive council in certain governments (as that of Switzerland)
**federal court** *n* : a court established by authority of a federal government; *esp* : one established under the constitution and laws of the U.S.
**federal deposit insurance** *n* : federal insurance of bank deposits in the U.S. up to a stated limit per depositor created under the Banking Act of 1933
**federal district** *n* : a district set apart by a country as the seat of the national government (as the District of Columbia in the U.S.)
**federal district court** *n* : a district trial court of law and equity that hears cases under federal jurisdiction
**fed·er·al·ese** \¦fed(ə)rə¦lēz, -ēs\ *n* -s *often cap, slang* : prose that is marked by a needlessly involved and awkwardly pretentious sentence structure and use of a jargon of polysyllabic words and that is sometimes said to characterize the documents of federal bureaus in the U.S. ⟨an enigma wrapped in ~ and tied with red tape —*Time*⟩
**fed·er·al·ism** \'fed(ə)rə,lizəm\ *n* -s 1 **a** *often cap* : the federal principle of national, European, or world organization or its support **b** : the principle of federal organization of any group of more or less autonomous units or the support of such a principle 2 *usu cap* : the principles of the Federalists 3 *usu cap* : the principles of federal theology 4 *sometimes cap* : federal control ⟨in the lower schools the trend toward ~ is . . . apparent in the proposal for Federal aid to education —Raymond Moley⟩
¹**fed·er·al·ist** \-ləst\ *n* -s 1 : an advocate of federalism: as **a** *often cap* : an advocate of a federal union between the American colonies after the Revolution and of the formation and adoption of a constitution **b** *often cap* : WORLD FEDERALIST 2 *usu cap* : a member or adherent of the American Federalist party that in the early years of the U.S. was in favor of a strong centralized federal power as opposed to a central government of limited sovereignty and few powers and that went out of existence between 1821 and 1825
²**federalist** \"\ *or* **fed·er·al·is·tic** \¦fed(ə)rə¦listik, -tēk\ *adj* : of, relating to, or favoring federalism or federalists
**fed·er·al·iza·tion** \,fed(ə)rələ'zāshən, -,lī'z-\ *n* -s : the state or process of federalizing or being federalized ⟨the ~ of higher education⟩ ⟨the ~ of post-office employees⟩
**fed·er·al·ize** \'fed(ə)rə,līz\ *vt* -ED/-ING/-S [F *fédéraliser*, fr. *fédéral* federal (prob. fr. E ¹*federal*) + *-iser* -ize] 1 : to unite in or under a federal compact or a federal government ⟨attempting to ~ the independent states of Europe⟩ 2 : to bring under the usu. sole jurisdiction of the federal government ⟨it does not ~ the unemployment-compensation system —H.S. Truman⟩
**federal labor union** *n* : a local labor union affiliated directly with the American Federation of Labor
**federal land bank** *n, usu cap F&L* : one of 12 regional banks established under the Federal Farm Loan Act of 1916 to facilitate the furnishing of capital to farms by making long-term loans available through subsidiary cooperative farm-loan associations or through agents on first mortgages up to one half the value of the farm plus 20 percent of the value of permanent improvements on it
**federal public law** *n* : the federal law as embodied in the rules, regulations, and decisions of public federal administrative agencies entrusted with the enforcement of various federal statutes as distinguished from the decisions of the federal courts interpreting and applying these statutes in individual cases
**federal reserve agent** *n, usu cap F&R* : the director who is designated by the board of governors of the Federal Reserve system as chairman of the board of directors of a Federal Reserve bank and who acts as official representative of the board of governors to the bank
**federal reserve bank** *n, usu cap F&R* : one of 12 banks set up under the Federal Reserve system by the Federal Reserve Act of Dec. 23, 1913, one in each of 12 districts, and serving as banks of reserve and discount for affiliated banks including all national banks and many state banks and trust companies
**federal reserve district** *n, usu cap F&R* : one of the 12 districts set up under the Federal Reserve system each of which contains a Federal Reserve bank
**federal reserve note** *n, usu cap F&R* : a currency note issued by the Federal Reserve banks and secured by a gold-certificate reserve of 25 percent and the balance of 75 percent in gold certificates, commercial paper, or U.S. government obligations
**federal theology** *n* : the theological system which rests upon the beliefs (1) that before the Fall man was under a covenant of works by which God through Adam promised man eternal blessedness if he kept his commandments and (2) that since the Fall man has been under a covenant of grace by which God by his grace promises the same blessings to all who believe in Christ — called also COVENANT THEOLOGY
**federary** *n* -ES [alter. (influenced in form and meaning by L *foeder-, foedus* league) of *feodary*] *obs* : FEDARIE
¹**fed·er·ate** \'fed(ə)rət\ *adj* [L *foederatus*, fr. *foeder-, foedus* league, compact + *-atus* -ate — more at ¹FEDERAL] : united by compact : forming an alliance : FEDERATED
²**fed·er·ate** \'fedə,rāt, *usu* -ād·+V\ *vb* -ED/-ING/-S *vi* : to unite in a league or association ⟨several nations willing to ~⟩ ~ *vt* 1 : to organize into a federal organization ⟨~ the world⟩ ⟨a *federated* state⟩ ⟨the British provinces, then separate but now *federated* as Canada —T.H.LeDuc⟩ 2 : to unite in a league or alliance or federation ⟨officially *federated* with Ethiopia —*Americana Annual*⟩
**federated church** *n* : a local church formed by the coming together of two or more congregations of different denominational backgrounds that unite in a common program while maintaining their separate denominational ties
**fed·er·a·tion** \,fedə'rāshən\ *n* -s [F *fédération* league, alliance, fr. LL *foederation-, foederatio*, fr. L *foederatus* + *-ion-, -io* -ion] 1 : the act of uniting in a league; *esp* : the formation of a single sovereign power by the uniting of separate states, provinces, or colonies so that each retains the management of its own local affairs 2 : something formed by federation: as **a** : a sovereign state formed by the union of several states that have given up certain powers to the central government while retaining for themselves control over local matters — compare CONFEDERATION 2 **b** : a union of societies or organizations ⟨a ~ of labor unions⟩ ⟨a ~ of women's clubs⟩ — **fed·er·a·tion·al** \¦‚‚¦rāshən'l, -shnəl\ *adj*
**fed·er·a·tive** \'fedə,rād·iv, 'fed(ə)rə|, |t|, |ēv *also* |əv\ *adj* [L *foederatus* + E *-ive*] : of or relating to a federation or covenant or its formation : based on or inclined to federation — **fed·er·a·tive·ly** \|əvlē, -li\ *adv*
**fed·er·a·tor** \'fedə,rād·ə(r), -ātə-\ *n* -s [²*federate* + *-or*] : one that forms a federation : one that takes part in a federation
**fe·de ring** \'fā(,)dā-, *It* 'fāādā\ *n* [It *fede* faith, fr. L *fides* — more at FAITH] : a finger ring typically bearing a device in the shape of two clasped hands and used esp. among Europeans as a token of loyalty or faith between two persons; *sometimes* : WEDDING RING
**federita** *var of* FETERITA
**fedifragous** *adj* [L *foedifragus*, fr. *foedi-* (fr. *foedus* league, compact) + *-fragus* (fr. *frangere* to break) — more at ¹FEDERAL, BREAK] *obs* : FAITHLESS, PERFIDIOUS
**fedity** *n* -ES [L *foeditat-, foeditas*, fr. *foedus* foul, ugly + *-itat-, -itas* -ity — more at BEBUNG] *obs* : FOULNESS, VILENESS, IMPURITY
**fedn** *abbr* federation
**fe·do·ra** \fə'dōrə, -dȯrə\ *n* -s *sometimes cap* [*Fédora* (1882), drama by V. Sardou †1908 Fr. playwright] : a soft felt hat with a low crown creased lengthwise and with or without a high roll on the side brim

fedora

**fed up** *adj* : sated to the point of disgust : bored beyond endurance : disgusted and totally out of patience ⟨a generation that is rapidly becoming *fed up* with novels about sensitive young men⟩ ⟨a great many who are *fed up* and disgusted with their jobs —*Encore*⟩ — **fed-up·ness** \(')‚'‚‚\ *n* -ES
¹**fee** *n* -s [ME, fr. OE *feoh* cattle, property, money; akin to OHG *fihu* cattle, ON *fē* cattle, sheep, money, Goth *faihu* money, wealth, L *pecus* cattle, *pecunia* money, *pectere* to comb, Gk *pekein* to comb, *pokos* fleece, Skt *paśu* cattle; basic meaning: to fleece, pluck (wool)] *obs* : personal property : GOODS, LIVESTOCK, MONEY
²**fee** \'fē\ *n* -s [ME, fr. OF *fé, fié, fief*, of Gmc origin; akin to OHG *fihu* cattle] 1 **a** : a heritable estate in land held in English feudal law of a superior lord by whom the estate was granted and who retains rights in the land or tenement and acquires rights against the tenant **b** : a feudal benefice or estate in land held of a feudal lord in feudal law; *also* : the interest or right of the lord in the land so held **c** : territory held in this way **d** : an estate of inheritance — see FEE SIMPLE, FEE TAIL 2 **a** *obs* : PERQUISITE; *esp* : an allowance esp. of food to a cook or of game to a forester **b** *obs* : REWARD, PRIZE **c** *dial Brit* : WAGES; *esp* : those of a servant **d** *obs* : BRIBE **e** *archaic* : GRATUITY, TIP 3 **a** : a fixed charge for admission (as to a museum) **b** : a charge fixed by law or by an institution (as a university) for certain privileges or services ⟨a license ~⟩ ⟨a toll-road ~⟩ ⟨a college-admission ~⟩ ⟨research ~*s*⟩ ⟨laboratory ~*s*⟩ ⟨tuition ~*s*⟩ 4 **a** : a charge fixed by law for the services of a public officer ⟨a sheriff's ~⟩ **b** : compensation often in the form of a fixed charge for professional service or for special and requested exercise of talent or of skill (as by an artist) ⟨a doctor's ~⟩ ⟨a lawyer's retainer ~⟩ ⟨teach them this art if they shall wish to learn it, without ~ or stipulation —*Hippocratic Oath*⟩ 5 *dial Brit* : employment as a servant ⟨I come here to seek a ~⟩ **syn** see WAGE — **in fee** 1 *also* **of fee** : as a feudal fee 2 *also* **at a fee** *or* **with fee** *obs* : in service : under obligation 3 : in fee simple 4 *archaic* : as an absolute and legal possession
³**fee** \"\ *vt* **feed**; **feed**; **feeing**; **fees** [ME *feen* to enfeoff, hire, fr. ²*fee*] 1 *obs* : BRIBE 2 **a** *chiefly Scot* : HIRE ⟨~ a servant⟩ **b** *now dial Brit* : to make use of : EMPLOY ⟨~ every occasion —Shak.⟩ 3 : to reward or pay for usu. personal services rendered or to be rendered : give a gratuity to : TIP ⟨~ a waiter⟩
**feeb** \'fēb\ *n* -s [short for *feebleminded*] *slang* : a feebleminded person ⟨considered purely as playgoers, what ~*s* and addlepates they are —Russell Maloney⟩
**fee bill** *n* : a schedule of the minimum or customary fees charged by lawyers, sheriffs, or other officers of a court for specified services; *also* : a list of the fees taxable as costs in a particular law case
¹**fee·ble** \'fēbəl\ *adj, usu* **feebler** \-b(ə)lə(r)\ **feeblest** \-b(ə)ləst\ [ME *feble*, fr. OF *flebe, feble, foible*, fr. L *flebilis* lamentable, wretched, fr. *flēre* to weep — more at BLEAT] 1 **a** : markedly lacking in normal strength or endurance : WEAK, DEBILITATED, INFIRM ⟨a ~ old man⟩ ⟨~ in mind and body⟩ **b** : unequal to strain : YIELDING, FRAGILE ⟨a shaky buttress providing only ~ support⟩ ⟨a flower with a ~ stem⟩ **c** : indicating weakness or infirmity ⟨taking only ~ steps⟩ ⟨gave a ~ moan⟩ 2 **a** : deficient in qualities or resources that indicate or give vigor, authority, force, or efficiency : not strong or effective (as in character, mental ability, tone, or color) ⟨a ~ personality⟩ ⟨a ~ intelligence⟩ ⟨~ imagery⟩ ⟨a ~ attempt at a novel⟩ **b** : INADEQUATE, INFERIOR ⟨forced to deal with ~ human nature⟩ ⟨could muster only the *feeblest* of thoughts on the occasion⟩ ⟨making ~ excuses⟩ **syn** see WEAK
²**feeble** \"\ *vt* -ED/-ING/-S [ME *feblen*, partly fr. ME *feble*, adj., partly fr. OF *feblir, fleblr* to make or become feeble, fr. *flebe, feble, foible*, adj.] *archaic* : to make feeble : ENFEEBLE
³**feeble** \"\ *n* -s [ME *feble*, fr. *feble*, adj.] 1 *obs* : a feeble person 2 **a** *archaic* : FOIBLE 1 **b** : FOIBLE 2
**feebleminded** \¦‚‚¦‚‚\ *adj* 1 *obs* : irresolute and fainthearted 2 : mentally deficient 3 : FOOLISH, STUPID — **fee·ble·mind·ed·ly** *adv* — **fee·ble·mind·ed·ness** *n* -ES
**fee·ble·ness** *n* -ES [ME *feblenesse*, fr. *feble* + *-nesse* -ness] : the quality or state of being feeble ⟨the old man's halting steps revealed the ~ of his constitution⟩ ⟨the writing was marked by ~ of style and inanity of content⟩
**feeble-wit** \'‚‚,‚\ *n* : one that is deficient in intelligence or common sense
**fee·bling** \'fēb(ə)liŋ\ *n* -s [blend of ¹*feeble* and *-ling*] : one that is feeble in mind or body
**fee·blish** \-lish\ *adj* : somewhat feeble
**fee·bly** \'fēb(ə)lē, -li\ *adv* [ME *febly*, fr. *feble* feeble + *-ly* — more at ¹FEEBLE] 1 : POORLY, SCANTILY, INSUFFICIENTLY ⟨a ~ handled newsreel talk —Gilbert Seldes⟩ 2 : in a feeble manner : INEFFECTIVELY, WEAKLY ⟨a criminal only ~ prosecuted⟩ ⟨nations have ~ tried to humanize and regulate war —Vera M. Dean⟩ : MILDLY ⟨a ~ alcoholic wine⟩ : DIMLY ⟨a light shining ~ through the mist⟩
¹**feed** \'fēd\ *vb* **fed** \'fed\ **fed**; **feeding**; **feeds** [ME *feden*, fr. OE *fēdan*; akin to OHG *fuoten* to feed, ON *fœtha*, Goth *fodjan*; denominative fr. the root of E *food*] *vt* 1 **a** : to give food to : supply with nourishment : satisfy the hunger of ⟨~ several guests⟩ ⟨~ the chickens⟩; *also* : SUCKLE ⟨~ a baby at the breast⟩ **b** : to convey food to the mouth of ⟨a patient so weak he had to be *fed*⟩ ⟨~*ing* a small child in a high chair⟩ **c** : to supply emotional, intellectual, or spiritual sustenance to ⟨looking for what would ~ the soul⟩ ⟨a capacity for love that found nothing to ~ it⟩ **d** : to convey to or into the mind of as if feeding a child ⟨the governed can be unknowingly *fed* with untruths —Harrison Brown⟩ ⟨thought the man was ~*ing* him all kinds of nonsense⟩ 2 **a** : to furnish esp. with something that is essential or that improves or enhances ⟨~*ing* plants with fertilizer⟩ ⟨the intelligence *fed* by reading⟩ ⟨most adults do stop ~*ing* their minds —R.H.Wittcoff⟩ **b** : to supply or

b : to give expression to the person of ⟨music to ~ the hero of the opera⟩

²im·per·son·ate \-s³nət, usu -əd·+V\ adj [²in- + person + -ate (adj. suffix)] : invested with personality ⟨in the dictator all the forces of evil found an ~ expression⟩

im·per·son·a·tion \əm,--'āshən, ,im-\ n : the act of impersonating or the state of being impersonated ⟨arrested for his ~ of an army major⟩ ⟨a man noted for his ~ of women⟩ ⟨the musical ~ of the hero himself —Eric Blom⟩

im·per·son·a·tor \-'--,ād·ə(r), -ātə-\ n : one that impersonates; esp : an entertainer who impersonates an individual, a type of person, an animal, or an inanimate object

im·personification \,im+\ n [²in- + personification] : EMBODIMENT

im·personify \"+\ vt [²in- + personify] archaic : to give a personal form or expression to : PERSONIFY

im·pertinence also impertinency \im+, əm+, or in senses 1a & 2a 'im+;-\ n [impertinence fr. F, fr. ML impertinentia, fr. LL impertinent-, impertinens + L -ia -y; impertinency fr. F impertinence + E -y] 1 : the quality or state of being impertinent: as a : lack of relevance or appropriateness : IRRELEVANCE, UNFITNESS b : lack of due respect for others in conduct : INCIVILITY, INSOLENCE ⟨the ~, the brashness had gone forever —Katharine F. Gerould⟩ 2 : something impertinent or an instance of impertinence: a : an irrelevant thing or matter ⟨at the climax of high tragedy all scenic adjuncts become an ~ —W.B.Adams⟩ b : an impertinent or uncivil act or person ⟨irritated by the man's social faults and ~s⟩ ⟨unwilling to scold the young ~ that was his son⟩

¹im·pertinent \(')im, əm+\ adj [ME, fr. MF, fr. LL impertinent-, impertinens, fr. L in- ¹in- + pertinent-, pertinens, pres. part. of pertinēre to reach out, extend, pertain — more at PERTAIN] 1 a : not pertinent : not significantly belonging or related to the matter in hand : IRRELEVANT, INAPPLICABLE ⟨should rigidly exclude courses of study ~ to their central purposes —H.W.Sams⟩ b obs : not suitable or congruous : INAPPROPRIATE c archaic : FRIVOLOUS, FOOLISH 2 : not restrained within the due or proper bounds esp. of propriety or good breeding in words or actions : guilty of or prone to rudeness or incivility ⟨a child taught not to make ~ remarks to his elders⟩ ⟨approach complete strangers, ask them a battery of ~ questions —S.L.Payne⟩

syn IMPERTINENT, OFFICIOUS, MEDDLESOME, INTRUSIVE, OBTRUSIVE: IMPERTINENT implies a concerning of oneself offensively with what is another's business ⟨all that had occurred to make my former interference in his affairs absurd and impertinent —Jane Austen⟩ ⟨we were secure from all impertinent interference in our concerns —Herman Melville⟩ ⟨something so extremely impertinent in entering upon a man's premises, and using them without paying —William Cowper⟩ OFFICIOUS implies an offering of unwelcome or offensive services, attentions, or assistance ⟨cannot walk home from office, but some officious friend offers his unwelcome courtesies to accompany me —Charles Lamb⟩ ⟨had no desire to call in a detective for fear the man might become an officious nuisance⟩ MEDDLESOME stresses an annoying and usu. prying interference in others' business ⟨turns with scorn upon the Abolitionists and their meddlesome interference with the beneficent ways of Providence —V.L.Parrington⟩ ⟨a vain, meddlesome vagabond, and must needs pry into a secret which certainly did not concern him —Charles Kingsley⟩ INTRUSIVE applies to one who has or something that reveals a disposition to be unduly curious about another's business ⟨made an inconspicuous fourth in their small world, always at hand yet never intrusive —B.A.Williams⟩ ⟨to protect oneself by silence from well-meaning but intrusive friends⟩ OBTRUSIVE is like INTRUSIVE but usu. stresses more objectionable actions than a disposition, suggesting an undue, improper, or offensive conspicuousness of interference ⟨she knelt and watched, quietly, without expressing any obtrusive concern for his safety —Floyd Dell⟩ ⟨the obtrusive attentions of sycophants and henchmen⟩

²impertinent \"\ n : an impertinent person : one that is presumptuous, meddlesome, or insolent

im·per·ti·nent·ly adv [ME, fr. impertinent + -ly] : in an impertinent manner ⟨prying ~ into my affairs⟩

im·per·ti·nent·ness n -ES : IMPERTINENCE

im·per·turb·abil·i·ty \,impər,tərbə'biləd·ē\ n : the quality or state of being imperturbable ⟨no excitement or depression ever disturbed his extraordinary ~⟩

im·per·turb·able \-'tərbəbəl\ adj [ME, fr. LL imperturbabilis, fr. L in- ¹in- + perturbare to perturb + -abilis -able — more at PERTURB] : marked by extreme calm, impassivity, assurance, and steadiness : unlikely to be disconcerted, agitated, or alarmed ⟨hitherto ~, he now showed signs of alarm⟩ ⟨an ~ self-possession —Albert Dasnoy⟩ syn see COOL

im·per·turb·able·ness n -ES : IMPERTURBABILITY ⟨a certain calm indifference, a certain ~ —J.C.Powys⟩

im·per·turb·ably \-blē\ adv : in an imperturbable manner ⟨stalked ~ about the streets . . . or stood impassively in doorways —Green Peyton⟩

im·perturbation \(;)im+\ n [LL imperturbation-, imperturbatio, fr. L in- ¹in- + perturbation-, perturbatio perturbation — more at PERTURBATION] : freedom from agitation : CALMNESS, QUIETUDE

im·perturbed \;im+\ adj [¹in- + perturbed] : not perturbed : CALM

im·per·vi·a·ble \(')im¦pərvēəbəl\ adj [alter. (influenced by impermeable) of impervious] : IMPERVIOUS, IMPERMEABLE

im·pervious \(')im+\ adj [L impervius, fr. in- ¹in- + pervius pervious — more at PERVIOUS] 1 a : not allowing entrance or passage through : IMPENETRABLE ⟨waterproofed so that the coat was ~ to rain⟩ ⟨a steel ~ to bullets⟩ b : not capable of being damaged or harmed ⟨a carpet material ~ to most rough treatment⟩ 2 : not capable of being affected or disturbed ⟨a man ~ to criticism⟩ ⟨looked at her, ~ to her tears —Jean Stafford⟩ : not open ⟨~ to arguments or facts⟩ — im·perviously \"+\ adv — im·perviousness \"+\ n

im·pest \əm'pest\ archaic var of EMPEST

impester vt [MF empestrer — more at PESTER] obs : ENTANGLE, EMBARRASS

im·pe·tig·i·nized \¦impə¦tijə,nīzd\ adj [L impetigin-, impetigo + E -ize + -ed] : secondarily covered with crusts — used of skin diseases or lesions ⟨~ dermatitis⟩

im·pe·tig·i·nous \-,nəs\ adj [LL impetiginosus, fr. L impetigin-, impetigo + -osus -ous] : of, relating to, or like impetigo — im·pe·tig·i·nous·ly adv

im·pe·ti·go \,impə'tē(,)gō, -tī(-\ n -S [L, fr. impetere to attack — more at IMPETUS] : an acute contagious skin disease characterized by the formation of vesicles, pustules, and yellowish crusts and caused by staphylococci or streptococci transmitted by contact between persons or between healthy and infected skin

im·pe·trate \'impə·,trāt\ vt -ED/-ING/-S [L impetratus, past part. of impetrare, fr. in- ²in- + -petrare (fr. patrare to accomplish) — more at PERPETRATE] 1 : to obtain by request or entreaty : PROCURE 2 : to ask for : ENTREAT

im·pe·tra·tion \,impə·'trāshən\ n -S [L impetration-, impetratio, fr. impetratus + -ion-, -io -ion] 1 : the act of impetrating : petition or a procuring by petition 2 Old Eng law : the act of obtaining from Rome by solicitation a benefice which belonged to the disposal of the king or other lay patron of the realm

im·pe·tra·tive \'impə·,trād·iv\ adj [LL impetrativus, fr. L impetratus + -ivus -ive] : of, relating to, or being impetration : consisting of, getting, or tending to get by entreaty

im·pe·tra·to·ry \'impə·trə,tōrē\ adj [L impetratus + E -ory] archaic : IMPETRATIVE

im·pet·u·os·i·ty \(,)im,pechə'wäsəd·ē, əm-, -sətē, -i\ n -ES [MF impetuosité, fr. OF, fr. LL impetuosus + OF -ité -ity] 1 : the quality or state of being impetuous ⟨the ~ of his proposal —Louis Auchincloss⟩ 2 : an impetuous action or impulse ⟨a man driven by impetuosities and whims⟩

im·pet·u·o·so \(,)im,pechə'wō(,)sō, -)zō\ adj (or adv) [It, fr. LL impetuosus] : IMPETUOUS — used as a direction in music

im·pet·u·ous \(')im¦pechəwəs, əm'p-\ adj [ME, fr. MF impetueux, fr. LL impetuosus, fr. L impetus + -osus -ous] 1 : marked by force and violence of movement or action : FURIOUS ⟨an ~ wind⟩ ⟨with ~ speed⟩ ⟨match his more ~ neighbors working furiously at their hobbies —G.B.Shaw⟩ 2 : impulsively vehement in feeling ⟨of a very warm and ~ nature, responded to their affection with quite a tropical ardor —W.M.Thackeray⟩ : hastily or rashly energetic or passionate ⟨~ in his habits . . . lost his temper and punched another officer in the nose —J.G.Cozzens⟩ ⟨restless, energetic, ~, temperamental, and at times a little irascible —A.W.Long⟩

syn see PRECIPITATE

im·pet·u·ous·ly adv : in an impetuous manner ⟨a stream rushing ~ over rocks⟩

im·pet·u·ous·ness n -ES [ME impetuousnes, fr. impetuous + -nes -ness] : the quality or state of being impetuous

im·pe·tus \'impəd·əs, -pətəs\ n -ES [L, attack, assault, impetus, fr. impetere to attack, fr. in- ²in- + petere to go to or toward, rush at, attack, seek — more at FEATHER] 1 a (1) : a driving or impelling force ⟨trying to discover the ~ behind all this activity⟩ : IMPULSE ⟨an intermittent force, each ~ being of only the shortest duration⟩ (2) : INCENTIVE, STIMULUS ⟨felt no ~ to do well in school⟩ b : stimulation or encouragement resulting in increased activity ⟨gave a good deal of ~ to the musical activity of the city⟩ 2 : the property possessed by a moving body in virtue of its mass and its motion — used of bodies moving suddenly or violently to indicate the origin and intensity of the motion rather than the quantity or effectiveness

im·pey·an pheasant \'impēən-\ n [Sir Elijah Impey †1809 Eng. jurist, and Lady Impey †1818 his wife, who introduced the bird into England + E -an] : a monal (Lophophorus impejanus) ranging from Afghanistan to Assam

impf abbr imperfect

im·phee \'im(p)fē\ n -S [Zulu imfe] : any of several African sorghums

im·pi \'impē\ n -S [Zulu] : a body of Kaffir warriors or other southern African native armed men

im·picture \əm+\ vt [²in- + picture (n.)] archaic : to represent as if in a picture : PORTRAY

im·piety \(')im, əm+\ n [MF impieté, fr. L impietat-, impietas, fr. impius impious + -tat-, -tas -ty — more at IMPIOUS] 1 a : the quality or state of being impious : lack of piety : IRREVERENCE, UNGODLINESS ⟨~, in denying the gods recognized by the state —J.S.Mill⟩ b : UNDUTIFULNESS ⟨guilty of filial ~ in showing no respect for his father's advice⟩ 2 : an impious act ⟨his sins turned into his impieties —William Empson⟩

im·pig·no·rate \əm'pignə,rāt\ vt [LL or ML impignoratus, impigneratus, past part. of impignorare, impignerare, fr. L in- ²in- + pignorare, pignerare to pledge — more at PIGNORATE] : PLEDGE, PAWN, MORTGAGE — im·pig·no·ra·tion \-,--'rāshən\ n

imp·ing \'impiŋ\ n -S [ME, fr. gerund of impen to graft — more at IMP] : the process in falconry of mending a broken pinion by inserting one end of a specially prepared needle into the stub of the feather and the other into the shaft of the original feather or a replacement feather

im·pinge \əm'pinj\ vb -ED/-ING/-S [L impingere to strike or push at or against, fr. in- ²in- + -pingere (fr. pangere to fasten, drive in) — more at PACT] vi 1 : to strike or dash esp. with a sharp collision : come into sharp contact — usu. used with on, upon, or against ⟨when an elastic ball ~s upon another —K.K.Darrow⟩ ⟨I heard the rain ~ upon the earth —James Joyce⟩ ⟨the creak of oarlocks impinged on his ear⟩ ⟨something ~s violently on your senses —Peggy Durdin⟩ ⟨a strong light impinging on the eyes and causing a sudden pain⟩ 2 : to come into a relationship as if impinging : make an impression : touch closely or bear directly — usu. used with on or upon ⟨waiting for the germ of a new idea to ~ upon my mind —Phyllis Bentley⟩ ⟨the objects that impinged upon his imagination with the greatest impact —Times Lit. Supp.⟩ ⟨in that line of reasoning we ~ upon an abstruse metaphysical problem⟩ ⟨political forces that ~ on everyone's daily life⟩ 3 : ENCROACH, INFRINGE — usu. used with on ⟨impinging on other people's rights⟩ ⟨not that I want to ~ on any man's recreation —Ezra Pound⟩ ~ vt : to cause (as a gas or a flame) to strike ⟨impinging live steam on the printed surface —Chem. & Engineering News⟩

im·pinge·ment \-mənt\ n -S : the act of impinging or the state of being impinged upon: as a : a sharp collision : a striking or dashing against b : INFLUENCE, EFFECT, ENCROACHMENT, INFRINGEMENT ⟨the ~ of American power upon Asiatic life without adequate comprehension of the vast complexities of Asiatic politics —Reinhold Niebuhr⟩ ⟨the ~ of Russia's security aims upon interests of Britain or the U. S. —Allan Taylor⟩ syn see IMPACT

impingement black n : CHANNEL BLACK

im·pin·gent \-jənt\ adj [L impingent-, impingens, pres. part. of impingere] : IMPINGING ⟨ecological factors ~ upon the production and use of foods —Theodore Stern⟩

im·ping·er \-jə(r)\ n -S : an instrument for collecting samples of dust or other suspended particles esp. in air by impinging a stream of the suspension on a surface or in a liquid (as water)

impinguate vt -ED/-ING/-S [LL impinguatus, past part. of impinguare, fr. L in- ²in- + pinguis fat — more at PINGUID] obs : FATTEN

im·pi·ous \'impēəs, (')im'pīəs\ adj [L impius, fr. in- ¹in- + pius pious — more at PIOUS] : not pious : IRREVERENT: as a : lacking reverence for God, a deity, or for what is sacred : PROFANE, IRRELIGIOUS ⟨an ~ life⟩ b : lacking in proper respect (as for parents or for something usu. held in general respect) ⟨an ~ son⟩ ⟨an ~ flouting of experience —Donagh MacDonagh⟩ ⟨any alteration in the ceremonies that surrounded Thanksgiving would have been considered ~ and heartbreaking by my mother —John Cheever⟩

syn PROFANE, BLASPHEMOUS, SACRILEGIOUS: IMPIOUS usu. implies extreme disrespect for a divinity or his attributes and manifestations ⟨the impious challenge of power divine —William Cowper⟩ ⟨who is there more impious than a backsliding priest? —John Steinbeck⟩ PROFANE in this sense may suggest not only the disrespect involved in IMPIOUS but also desecration, intentional or not, of something to be held inviolate ⟨hitherto no liberal statesman has been so audacious as to "imagine the king's death" and lay profane hands on the divine right of nations to seek their own advantage at the cost of the rest by such means as the rule of reason shall decide to be permissible —Thorstein Veblen⟩ ⟨I collected bones from charnel houses; and disturbed, with profane fingers, the tremendous secrets of the human frame —Mary W. Shelley⟩ BLASPHEMOUS may apply to strong and intentional impiety or profanation fervently expressed or performed or to the harboring and abetting of ideas calculated to lower the awesome dignity of a deity ⟨blasphemous conversation⟩ ⟨it is blasphemous because it attributes to God purposes which we would not respect even in an earthly parent —J.A.Pike⟩ SACRILEGIOUS commonly may describe any flagrant depredation, disrespect, or contempt ⟨sacrilegious in his scandalous burlesques of the gods⟩ All of these words lend themselves to broad and inexact uses.

im·pi·ous·ly adv : in an impious manner

im·pi·ous·ness n : IMPIETY

imp·ish \'impish, -pēsh\ adj : of, relating to, or befitting an imp; esp : MISCHIEVOUS ⟨the spectacle is weird and grotesque, and suggests something ~ and uncanny —John Burroughs⟩ ⟨took ~ delight in pestering his parents⟩ ⟨the child's ~ face⟩ — imp·ish·ly adv — imp·ish·ness n -ES

im·pit·e·ous \(')im'pid·ēəs\ adj [¹in- + piteous] : PITILESS, CRUEL

impl abbr 1 imperial 2 implement

im·placa·bil·i·ty \(,)im,plakə'biləd·ē, əm-, -lətē, -i also -plāk-\ n [LL implacabilitas, fr. L implacabilis + -itas -ity] : the quality or state of being implacable ⟨the ~ of his resentments —Jane Austen⟩ ⟨the ~ of a Greek tragedy —Arthur Schlesinger b. 1917⟩

im·placa·ble \(')im'plakəbəl, əm'p- also -plāk-\ adj [MF or L; MF, fr. L implacabilis, fr. in- ¹in- + placabilis placable — more at PLACABLE] 1 a : not placable : not capable of being appeased or pacified : INEXORABLE ⟨an ~ enemy⟩ ⟨an ~ resentment⟩ ⟨single-minded and ~, even unmerciful, in his servitude to the law —M.S.Mayer⟩ b : incapable of being significantly changed or modified : following a due unalterable course ⟨the ~ lives of plants —Clifford Gessler⟩ ⟨the ~ logic of his career⟩ ⟨the measured, arranged, ~ movement of the universe —A.J.Cronin⟩ 2 : incapable of being relieved or mitigated ⟨an ~ disease⟩ ⟨the horns of an ~ dilemma —J.C. Powys⟩ ⟨his ~ interest in love —William McFee⟩ ⟨watched that ~ blaze of space as far as the mountainous horizon —D.C.Peattie⟩ — im·placa·ble·ness \-bəlnəs\ n — im·placa·bly \-blē,-bli\ adv

im·place·ment \əm'plāsmənt\ n [modif. (influenced by ²in-) of F emplacement — more at EMPLACEMENT] : EMPLACEMENT

im·placentalia \(;)im+\ n pl, cap [NL, fr. ¹in- + Placentalia] in former classifications : the monotremes and marsupials regarded as a systematic unit characterized by the absence or rudimentary development of a placenta

¹im·plant \əm+\ also em·plant \əm,em+\ vt [²in- or ¹en- + plant] 1 a : to fix or set securely or deeply ⟨a ruby ~ed in a gold ring⟩ b : to set or fix as permanent in the consciousness, the psyche, or habit patterns : INSTILL, INCULCATE ⟨~ good habits in children⟩ ⟨~ in a person the idea that the end of the world is near⟩ ⟨such a taste . . . simply cannot be ~ed —H.L.Mencken⟩ 2 archaic : PLANT 3 a : to insert in a living site for growth, formation of an organic union, or absorption b : to insert an implant in ⟨100 patients have been ~ed with nylon ribbons without complications —U.K.Henschke⟩

syn IMPLANT, INCULCATE, INSTILL can mean, in common, to introduce into the mind. IMPLANT implies teaching and stresses a fixing firmly in the mind of what is taught or advocated ⟨the duty of Congress to see that educational institutions implant only sound ideas in the minds of students —Elmer Davis⟩ ⟨the teacher, the parent, or the friend can often do much to implant this conviction —C.W.Eliot⟩ ⟨in me especially, she implanted a respect for pioneering tradition —Rex Ingamells⟩ ⟨sea voyagers . . . may remain to implant their knowledge and practices in the new territory —C.D. Forde⟩ INCULCATE lays stress on repeated persistent efforts to impress on or fix in the mind ⟨it is no part of the duty of a university to inculcate any particular philosophy of life —Walter Moberly⟩ ⟨a means of inculcating in the conscripts intense patriotism and religious devotion to the state —Chitoshi Yanaga⟩ ⟨the seriousness inculcated in men by two cataclysmic world wars —S.P.Lamprecht⟩ INSTILL implies a gradual usu. gentle method of imparting knowledge usu. over a long period of time ⟨the principles which had been instilled in her soul from the time she began to speak —Ruth Park⟩ ⟨schools must plan to instill not only knowledge, but more of permanent refined interests; not only scholarship, but more of character and social purpose —A.C.Ellis⟩ ⟨a profound sense of public duty will be instilled into boys and girls of the governing class as soon as they are able to understand such an idea —Bertrand Russell⟩

²im·plant \'im+,-\ n : something implanted esp. in tissue (as a graft, a small container of radioactive material for treatment of cancer, or a pellet containing hormones to be gradually absorbed)

im·plan·ta·tion \,im,plan·'tāshən, -laan-,-lán-\ n 1 : the act or process of implanting or the state of being implanted: as a : the placement of the root of a tooth in an artificially prepared socket in the jawbone b in placental mammals : the process of attachment of the embryo to the maternal uterine wall c : experimental addition of tissue or other material to an intact embryo d : medical treatment by the insertion of an implant 2 : the spontaneous passage of cells esp. of tumors to a new site with subsequent growth — compare METASTASIS

im·plastic \(')im+\ adj [¹in- + plastic] : not plastic : not readily molded : STIFF — im·plasticity \;im+\ n

im·plausibility \(;)im, əm+\ n 1 : the quality or state of being implausible ⟨put on his guard by the ~ of the man's explanation⟩ 2 : something implausible

im·plausible \(')im, əm+\ adj [¹in- + plausible] : not plausible : having a quality that provokes disbelief ⟨experienced a number of ~ adventures⟩ ⟨gave the teacher an ~ explanation of his absence from school⟩ — im·plausibleness \"+\ n — im·plausibly \"+\ adv

im·pleach \əm+\ vt [²in- + pleach] : PLEACH, INTERWEAVE

im·plead \əm'plēd\ vb [ME empleden, impleden, fr. MF empleider, emplaider, fr. OF empleidier, emplaidier, fr. en- ¹en- + pleidier, plaidier to plead — more at PLEAD] vt 1 a : to institute and prosecute a suit against in a court : sue or prosecute at law ⟨the government, as a general rule, claims an exemption from being sued in its own courts . . . will not permit itself to be ~ed therein —H.M.Hart⟩ b archaic : ACCUSE, IMPEACH 2 archaic : PLEAD 3 : to include or incorporate as part of or party to a legal suit or action ⟨modern procedure permits a defendant to ~ . . . a third person —Herbert Peterfreund⟩ ⟨the bond . . . was ~ed as a part of the motion for judgment —Southeastern Reporter⟩ ~ vi, archaic : PLEAD

im·plead·able \-dəbəl\ adj, archaic : capable of being sued or prosecuted at law

im·plead·er \-də(r)\ n 1 : one that impleads 2 : INTERPLEADER

im·pledge \əm+\ vt [²in- + pledge (n.)] archaic : PLEDGE

¹im·ple·ment \'impləmənt\ n -S [ME, fr. LL implementum action of filling up, fr. L implēre to fill up, finish (fr. in- ²in- + plēre to fill) + -mentum -ment — more at FULL] 1 a : an article (as of apparel or furniture) serving to equip ⟨the ~s of religious worship⟩ b : a tool or utensil forming part of equipment for work ⟨a farm ~⟩ ⟨an ~ of war⟩ ⟨the ~s of his trade⟩ ⟨useful ~s such as axes, chisels, gouges, arrowheads, pestles and mortars, and ornamented pipes —Amer. Guide Series: R.I.⟩ ⟨the need for an ~ to help roll the heavy logs —McGill News⟩ c : one that serves as an instrument or tool ⟨judges striving to be efficient ~s of justice⟩ ⟨the most stringent ~ that could be employed . . . would be withdrawal of safe conduct for Swedish ships plying the Atlantic —Newsweek⟩ 2 Scots law : FULFILLMENT, PERFORMANCE

syn IMPLEMENT, TOOL, INSTRUMENT, APPLIANCE, UTENSIL apply in common to any device usu. relatively simple for performing a mechanical or manual operation. IMPLEMENT applies to anything, usu. a contrivance, necessary to effect an end or perform a task ⟨spades and other gardener's implements⟩ ⟨swords, guns, and implements of war⟩ ⟨propaganda as an implement of cold war⟩ ⟨the quill pen was an early implement of communication⟩ TOOL suggests an implement adapted to facilitate a given work, esp. the work of a craftsman or artisan ⟨carpenter's tools⟩ ⟨a pipe wrench and other plumber's tools⟩ ⟨a new research tool, in the form of a bibliography of all the literature on the arctic put out in the last 75 years —Science⟩ ⟨reference tools like the dictionary and the encyclopedia —English Language Arts⟩ ⟨the breeder uses three basic tools to bring about the genetic improvement of animals . . . selection, inbreeding, and crossing —Science in Farming⟩ INSTRUMENT suggests delicate construction or precision work as in dentistry, surgery, or surveying and may extend beyond mechanical or manual operation as in instruments for recording temperatures or rates of speed or musical instruments or in any more or less precise device for achieving any end ⟨the laboratory instruments necessary to careful scientific research⟩ ⟨an oscilloscope and other radio-testing instruments⟩ ⟨language is the essential instrument for the acquirement and communication of ideas —L.J.Shehan⟩ ⟨in a day when novels were considered instruments of Satan —Amer. Guide Series: N.Y.⟩ APPLIANCE is used usu. for a device which effects work but which is moved by some power other than or in addition to guidance or control by hand ⟨washing machines, vacuum cleaners, and other household appliances⟩ ⟨appliance means current-consuming equipment, fixed or portable; for example, heating, cooking, and small motor-operated equipment —Nat'l Electric Safety Code⟩ ⟨the clutch cleats for the sheet lines, reefing gears, and many other appliances used with the enormous sails —E.J.Schoettle⟩ UTENSIL suggests something useful in accomplishing work, esp. domestic work or work similar to it, and usu. manageable by hand ⟨pipe, pipe cleaners, and other smoking utensils⟩ ⟨a rolling pin, a fork, a frying pan and an oven are the utensils with which she makes her pie —Gilbert Ryle⟩ ⟨kitchen utensils⟩ ⟨fingers were the only eating utensils —H.A.Chippendale⟩

²im·ple·ment \-,ment, -,mənt — see ²-MENT\ vt -ED/-ING/-S 1 a : to carry out : ACCOMPLISH, FULFILL ⟨wondering how he might best ~ his purpose⟩ ⟨continued to clamor for action to ~ the promise —N.Y.Times⟩ ⟨a committee to ~ the plans so well formulated⟩; esp : to give practical effect to and ensure of actual fulfillment by concrete measures ⟨failure to carry out and ~ the will of the majority —Clement Attlee⟩ ⟨an

agency created to ~ the recommendation of the committee⟩ ⟨programs to ~ our foreign policy⟩ b : to provide instruments or means of practical expression for ⟨survey the problem as a whole and ~ the joint interest in an expanding economy —George Soule⟩ 2 : SUPPLEMENT **syn** see ENFORCE

**im·ple·men·tal** \¦ˌˌ¦ment³l\ *adj* : of, relating to, or being an implement or relating to or providing implementation

**im·ple·men·ta·ry** \-ntərē, -n·trē, -ri\ *adj* : providing implementation ⟨~ legislation⟩

**im·ple·men·ta·tion** \ˌˌmən·'tāshən, -(ˌ)men·-\ *n* -S : the act of implementing or the state of being implemented

**im·ple·ment·er** *or* **im·ple·men·tor** \'ˌˌmentə(r)\ *n* -S : one that implements

**im·ple·men·tif·er·ous** \¦ˌˌ(ˌ)ˌ¦tif(ə)rəs\ *adj* : bearing or containing implements ⟨~ strata at an archaeological site⟩

**im·ple·tion** \əm'plēshən\ *n* -S [LL *impletion-, impletio*, fr. L *impletus* (past part. of *implēre* to fill up) + *-ion-, -io* -ion — more at IMPLEMENT] *archaic* : the act of filling or the state of being full

**im·pli·able** \(ˌ)im¦plīəbəl, əm'p-\ *adj* [¹*in-* + *pliable*] : not pliable : INFLEXIBLE

**im·pli·cant** \'impləkənt, -lēk-\ *n* -S [L *implicant-, implicans*, pres. part. of *implicare*] : something that implies (as a proposition)

¹**im·pli·cate** \-kə¦t, -ˌkā¦, *usu* ¦d·+V\ *adj* [L *implicatus*] 1 *obs* : INTERTWINED, ENTANGLED, INVOLVED 2 : IMPLIED, IMPLICIT ⟨content to let this accusation remain ~ in her questions —Osbert Sitwell⟩

²**im·pli·cate** \-ˌkāt, *usu* -ād·+V\ *vt* [L *implicatus*, past part. of *implicare* to infold, involve, implicate, engage — more at EMPLOY] 1 *archaic* : to fold or twist together : INTERWEAVE, ENTWINE ⟨the meeting boughs and *implicated* leaves —P.B. Shelley⟩ 2 : to involve as a consequence, corollary, or natural inference : IMPLY 3 a : to bring into intimate or incriminating connection : involve deeply or unfavorably ⟨evidence *implicating* many high officials in the conspiracy⟩ ⟨an innocent person *implicated* by circumstances in a crime⟩ ⟨all men, even the most virtuous and wise, are *implicated* in historic evil —Reinhold Niebuhr⟩ b : to involve in the nature or operation of something : connect intimately : require or entail as a natural or necessary cause, concomitant, or consequence ⟨local diseases often ~ a general derangement of the system⟩ ⟨each element in life forms part of a cultural mesh: one part *implicates* . . . the other —Lewis Mumford⟩ **syn** see INCLUDE

³**im·pli·cate** *same as adj*\ *n* -S [¹*implicate*] : something (as a proposition) implied or involved ⟨made ethics independent of theology and theology a series of ~s from the moral life —E.E. Aubrey⟩

**im·pli·ca·tion** \ˌˌ'kāshən\ *n* -S [ME *implicacioun*, fr. L *implication-, implicatio*, fr. *implicatus*, + *-ion-, -io* -ion] 1 : the act of implicating or the state of being implicated: a *archaic* : a twisting together : ENTWINEMENT, INTERWEAVING b : close connection, relationship, or involvement (as from long association, logical inevitability, intimate accompaniment) ⟨in the arts, in literature, and in science . . . all these activities were freeing themselves from their religious ~s —Stringfellow Barr⟩ ⟨looked upon railroad operation purely in its engineering ~s —O.S.Nock⟩; *esp* : an incriminating involvement ⟨suspected of ~ in a number of robberies⟩ 2 a : the act of implying or the state of being implied ⟨no concept that by ~ views a functional bureaucracy as the ruling class can be tolerated —K.A.Wittfogel⟩ ⟨speak of their own language with at least an ~ of disparagement —George Sampson⟩ ⟨whether in words or by ~ —O.W.Holmes †1935⟩ b : one of several formal logical relationships or a statement containing propositions in such a relationship: (1) : a logical relationship of the form symbolically rendered "if *p* then *q*" in which *p* and *q* are propositions and in which *p* is false or *q* is true or both; *also* : a statement in this form — called also *material implication* (2) : a logical relationship of the form symbolically rendered "if *p* then strictly *q*" in which *q* is deducible from *p*; *also* : a statement in this form — called also *logical implication, strict implication* c : the symbol used to indicate one of these two formal relationships and rendered "if . . . then" or the logical operation implicit in one of them 3 : something implied ⟨two propositions with a clear ~⟩ : INFERENCE ⟨was aware of the ~ to be found in his remarks⟩ : SUGGESTION, CONNOTATION ⟨tea is very important in British life, and a spectacular rise in its price does have political ~s —Michael Davie⟩ ⟨a book is a bulwark against the ~ of lack of culture —Allan McMahan⟩

**im·pli·ca·tion·al** \¦ˌˌ'kāshən³l, -shnəl\ *adj* : IMPLICATIVE — **im·pli·ca·tion·al·ly** \-³l|ē, -əl|, |i\ *adv*

**im·pli·ca·tive** \'impləˌkād·iv, im'plikəd·-\ *adj* : of, relating to, or being implication or an implication : involving implication ⟨an ~ statement⟩ ⟨an ~ function⟩; *also* : tending to implicate — **im·pli·ca·tive·ly** \-d·əvlē\ *adv* — **im·pli·ca·tive·ness** \-d·ivnəs\ *n* -ES

**im·pli·ca·to·ry** \'impləkəˌtōrē, im'plik-, *chiefly Brit* ¦implə¦kātəri *or* -ā·tri\ *adj* : IMPLICATIVE

**im·plic·it** \(ˈ)im¦plisət, əm'p-, *usu* -əd·+V\ *adj* [L *implicitus*, past part. of *implicare* to infold, involve, implicate, engage — more at EMPLOY] 1 *obs* : tangled or twisted together : INTERWOVEN 2 a (1) : tacitly involved in something else : capable of being understood from something else though unexpressed : capable of being inferred : IMPLIED — compare EXPLICIT ⟨draws no social conclusions of his own, but they are ~ —Robert Lasch⟩ ⟨the artistic standards of our time are . . . ~ rather than codified —Michael Kitson⟩ (2) : involved in the nature or essence of something though not revealed, expressed, or developed : POTENTIAL ⟨the oak is ~ in the acorn⟩ ⟨a sculptor may see different figures ~ in a block of stone —John Dewey⟩ ⟨the drama ~ in an idea becomes explicit when it is shown as a point of view which a person holds and upon which he acts —F.J.Hoffman⟩ b (1) : not appearing overtly : confined in the organism ⟨~ behavior⟩ ⟨~ speech⟩ (2) *of a culture* : capable of being derived only as an implication from behavior : not apparent or overt to the people it characterizes : tacit and underlying 3 a : lacking doubt or reserve : UNQUESTIONING, WHOLEHEARTED ⟨~ obedience⟩ ⟨an ~ trust⟩ b *obs* : UNQUALIFIED, ABSOLUTE ⟨~ ignorance —Francis Bacon⟩ 4 *archaic* : marked by an implicit faith, credulity, or obedience — **im·plic·it·ly** *adv* — **im·plic·it·ness** *n* -ES

**implicit definition** *n* : CONTEXTUAL DEFINITION

**implicit function** *n* : a mathematical function defined by means of a relation that is not solved for the function in terms of the independent variable or variables — opposed to *explicit function*

**im·plic·i·ty** \əm'plisəd·ē\ *n* -ES [prob. fr. F *implicité*, fr. *implicite* implicit (fr. L *implicitus*) + *-té* -ty] : the quality or state of being implicit ⟨the strangeness of a man's life and the ~ with which he accepts it —Albert Camus⟩

**implied** *past of* IMPLY

**implied authority** *or* **implied agency** *n* : authority that is not proved expressly but by inferences and reasonable deductions and that arises out of the language and course of conduct of the principal toward his agent and the agency

**implied contract** *n* 1 : a contract inferred to have been entered into by the parties to it from their conduct or from a special relationship existing between them 2 : QUASI CONTRACT

**im·plied·ly** \əm'plī(ə)dlē\ *adv* [ME, fr. *implied* (past part. of *implien* to imply) + *-ly* — more at IMPLY] : by implication ⟨uncataloged situations will arise and, not being specifically prohibited, will be taken as ~ permitted —W.E.Jackson b. 1919⟩

**implied malice** *n* : malice proved indirectly from all the attendant circumstances when it is impossible to prove the actual state of mind as evincing it — called also *constructive malice*; distinguished from *malice in fact*

**implied power** *n* : a power that is reasonably necessary and appropriate to carry out the purposes of a power expressly granted — usu. used in pl.

**implied trust** *n* 1 : a trust created by operation of law for reasons based on considerations of morality, justice, conscience, and fair dealing, or to prevent unjust enrichment 2 : a trust found by judicial construction to have been intended by the settlor notwithstanding the intent was not clearly manifested in express terms

**implied warranty** *n* : a warranty raised in the operation of law though not expressly made and arising out of a particular transaction for reasons of public policy (as, that a ship chartered is seaworthy, that food sold to people is fit for human consumption, that goods sold are merchantable)

**im·plode** \əm'plōd\ *vi* -ED/-ING/-S [²*in-* + *-plode* (as in *explode*)] : to burst inward ⟨when a vacuum tube breaks it ~s⟩

**im·plo·ra·tion** \ˌimplə'rāshən -lō'r-, -lȯ'r-\ *n* -S [MF or L; MF, fr. L *imploration-, imploratio*, fr. *imploratus* (past part. of *implorare* to implore) + *-ion-, -io* -ion] : earnest supplication : IMPLORING

**im·plore** \əm'plō(ə)r, -ȯ(ə)r, -ōə, -ȯ(ə)\ *vb* -ED/-ING/-S [MF or L; MF *implorer*, fr. L *implorare*, fr. *in-* ²in- + *plorare* to cry out, wail, lament, prob. of imit. origin] *vt* 1 : to call upon in supplication : urgently petition : BESEECH ⟨*implored* his Maker for help out of his trouble⟩ ⟨but don't, I ~ you, let the metropolis monopolize your attention or your time —Richard Joseph⟩ 2 : to call for or pray for earnestly or in supplication ⟨~ someone else's help in a crisis⟩ ⟨~ another chance to prove his innocence⟩ ⟨asked in a voice that *implored* a favorable answer —Aldous Huxley⟩ ~ *vi* : ENTREAT, PRAY ⟨wished he would stop begging and *imploring*⟩ **syn** see BEG

**im·plor·ing·ly** *adv* : in the manner of one that implores : BESEECHINGLY

**im·plor·ing·ness** *n* -ES : the quality or state of one that implores

**im·plo·sion** \əm'plōzhən\ *n* -S [²*in-* + *-plosion* (as in *explosion*)] 1 : the action of imploding — contrasted with *explosion* 2 a : APPLOSION b : the inrush of air in forming a suction stop

¹**im·plo·sive** \-ōs|iv, |ēv *also* -ōz| *or* |əv\ *adj* [²*in-* + *-plosive* (as in *explosive*)] : of, relating to, or being an implosion : formed or uttered with implosion — **im·plo·sive·ly** \|əvlē, -li\ *adv*

²**implosive** \"\ *n* -S : an implosive consonant : SUCTION STOP

**im·ploy** \əm'plȯi\ *archaic var of* EMPLOY

**im·plume** \əm+\ *or* **em·plume** \əmˌem+\ *vt* [²*in-* or ¹*en-* + *plume* (n.)] : to furnish with or as if with plumes

**im·plumed** \(ˈ)im, əm+\ *adj* [¹*in-* + *plumed*] *archaic* : having no feathers

**implunge** *vb* [²*in-* + *plunge*] *obs* : PLUNGE

**im·plu·vi·um** \(ˈ)im¦plüvēəm, əm'p-\ *n, pl* **implu·via** \-ēə\ [L, fr. *in-* ²in- + *-pluvium* (fr. *pluere* to rain) — more at FLOW] : a cistern or tank in the atrium or peristyle of a house of ancient Rome to receive the water falling through the compluvium

impluvium

**im·ply** \əm'plī\ *vt* **implied; implied; implying; implies** [ME *emplien, implien*, fr. MF *emplier*, fr. L *implicare* to infold, involve, implicate, engage — more at EMPLOY] 1 *obs* : ENFOLD, ENTWINE, ENWRAP 2 a : to indicate or call for recognition of as existent, present, or related not by express statement but by logical inference or association or necessary consequence ⟨enrollment in the college *implies* willingness on the part of the student to comply with the requirements and regulations of the college —*Bull. of Mt. Saint Mary's College*⟩ ⟨the philosophy of nature which is *implied* in Chinese art —Lawrence Binyon⟩ ⟨democracy *implies* a number of freedoms⟩ ⟨emergency and crisis ~ conflict —H.S.Langfeld⟩ b : to involve as a necessary concomitant (as by general or logical implication, by signification, or by very nature or essence) ⟨two propositions may ~ a third⟩ ⟨war *implies* fighting⟩ ⟨an acorn *implies* an oak⟩ 3 : to convey or communicate not by direct forthright statement but by allusion or reference likely to lead to natural inference : suggest or hint at ⟨the girl's evasive answer and burning brow seemed to ~ that her suitor had changed his mind —Edith Wharton⟩ ⟨made me sick to hear him ~ that somebody would make a report against him —Joseph Conrad⟩ ⟨the tone of the book was *implied* by shrewd advertisements —J.D.Hart⟩ **syn** see INCLUDE, SUGGEST

**im·pocket** \əm+\ *vt* [²*in-* + *pocket* (n.)] *archaic* : to keep or put in a pocket

**im·po·fo** \əm'pō(ˌ)fō\ *n* -S [Zulu *im-pofu*] : ELAND

**impolder** *var of* EMPOLDER

**im·policy** \əm+\ *n* [¹*in-* + *policy*] : the quality or state of being impolitic : unsuitableness to the end in view : INEXPEDIENCY; *also* : an impolitic act

**impolished** *adj* [¹*in-* + *polished*] *obs* : not polished

**im·polite** \ˌim+\ *adj* [L *impolitus* unpolished, unrefined, fr. *in-* ¹in- + *politus* polished, refined — more at POLITE] : not polite : a *obs* : lacking culture, cultivation, polish b : lacking in politeness, in etiquette, or in consideration of others **syn** see RUDE

**im·po·lite·ly** *adv* : in an impolite manner : RUDELY ⟨~ turning his back on her⟩

**im·po·lite·ness** *n* : the quality or state of being impolite : RUDENESS; *also* : an impolite act or remark

**im·politic** \(ˈ)im, əm+\ *adj* [¹*in-* + *politic, political*] : not politic : contrary to or lacking in policy : UNWISE, INEXPEDIENT ⟨unjust and ~ discriminations between racial and other classes of citizens —E.P.Hutchinson⟩ ⟨would be manifestly ~ to start a brawl —Max Peacock⟩ — **im·politically** \ˌim+\ *adv* — **im·politicalness** \"+\ *n* -ES — **im·politicly** \(ˈ)im, əm+\ *adv* — **im·politicness** \"+\ *n* -ES

**im·pon·der·a·bil·ia** \(ˌ)imˌpändərə'bilēə, əm-, -lyə\ *n pl* [NL, fr. neut. pl. of ML *imponderabilis*] : IMPONDERABLES ⟨it ignores these ~ without which life is no life, history no history, and a people no people —*Amer. Quarterly*⟩

**im·ponderability** \(ˌ)im, əm+\ *n* : the quality or state of being imponderable

¹**im·ponderable** \(ˈ)im, əm+\ *adj* [ML *imponderabilis*, fr. L *in-* ¹in- + LL *ponderabilis* ponderable — more at PONDERABLE] : not ponderable : incapable of being weighed, measured, or evaluated with exactness ⟨supposed that there was an ~ electrical fluid which pervaded all space —S.F.Mason⟩ ⟨such ~ human factors as one's aesthetic sensitivity —Hunter Mead⟩ — **im·ponderableness** \"+\ *n* -ES — **im·ponderably** \"+\ *adv*

²**imponderable** \"\ *n* : an imponderable thing, element, or agency ⟨spiritual ~s⟩ ⟨that huge ~ which enters the courtroom: public opinion —Catherine Bowen⟩ ⟨the overriding importance of ~s in determining human conduct —John Russell b. 1872⟩

**im·ponderous** \(ˈ)im, əm+\ *adj* [¹*in-* + *ponderous*] : having no weight or insignificant weight : very light

**impone** *vt* -ED/-ING/-S [L *imponere* to put upon, impose, fr. *in-* ²in- + *ponere* to put, place — more at POSITION] *obs* : STAKE, WAGER

**im·po·nent** \əm'pōnənt, 'im,p-\ *n* -S [L *imponent-, imponens*, pres. part. of *imponere*] : one that imposes

**imporous** *adj* [¹*in-* + *porous*] *obs* : not porous

¹**im·port** \(ˈ)im'pō(ə)rt, əm'p-, -ȯ(ə)rt, -ōət, -ȯ(ə)t, *usu* |d·+V\ *vb* -ED/-ING/-S [ME *importen*, fr. L *importare* to bring or carry into, introduce, cause, fr. *in-* ²in- + *portare* to carry — more at PORT] *vt* 1 a : to bear or convey as purport, meaning, information, or portent : MEAN, SIGNIFY ⟨his words ~ed that some change in plans had to be made⟩ ⟨the verse then would ~ that the riders have let their freedom . . . get out of hand —Warren Carrier⟩ b *archaic* : EXPRESS, STATE c : to involve as a consequence or inevitable concomitant : IMPLY ⟨honor ~s justice⟩ 2 : to bring from a foreign or external source : introduce from without ⟨food ~ed into the city from surrounding farms⟩ ⟨another murder case . . . distinguished by the local animosities sought to be ~ed into the trial —H.W.H.Knott⟩ ⟨~ed some college boys for the dance⟩; *esp* : to bring (as wares or merchandise) into a place or country from another country ⟨a business that ~ed toys from Japan⟩ ⟨~ed the wheat during the grain shortage⟩ ⟨Icelanders . . . ~ed the literature of the Continent, translating it into their own tongue —Charlton Laird⟩ ⟨Canada also ~s a great many leading scientists —*Report: (Canadian) Royal Commission on Nat'l Development*⟩ — opposed to *export* 3 [MF *importer*, fr. OIt *importare*, fr. L] *archaic* : to be of importance or consequence to : have to do with : have a bearing on : CONCERN ~ *vi* [MF *importer*] : to be of moment or consequence : MATTER ⟨it ~s little that we are early or late⟩ **syn** see MEAN

²**im·port** \'im,p-\ *n* -S 1 : something contained as signification or intention : PURPORT, MEANING ⟨trying vainly to fathom the ~ of the speaker's words⟩ ⟨a gesture whose ~ he knew immediately⟩ 2 : WEIGHT, CONSEQUENCE, SIGNIFICANCE ⟨less concerned about the literary value of his books than about their social ~⟩ ⟨a man of great ~⟩ 3 : something (as an article of merchandise) brought in from an outside source (as a foreign country) ⟨the car was a British ~ —Frances G. Patton⟩ ⟨chief ~s were machinery and vehicles, raw wool and cotton —*Americana Annual*⟩ 4 : IMPORTATION ⟨a proclamation allowing the ~ of an additional 51 million pounds of peanuts —*Time*⟩ **syn** see IMPORTANCE

¹**importable** *adj* [ME, fr. MF, fr. LL *importabilis*, fr. L *in-* ¹in- + *portare* to carry, bear + *-abilis* -able — more at PORT] *obs* : UNENDURABLE, INTOLERABLE

²**im·port·able** \(ˈ)im¦pōr|d·əbəl, əm'p-, -pȯ(r)|, -pōə|, |tə-\ *adj* [¹*import* + *-able*] : capable of being imported ⟨an ~ article of merchandise⟩

**im·por·tance** \əm'pȯr|tᵊn(t)s, -ȯ(ə)|, *chiefly in NewEng & the South* |d·ən- *or* |tən-\ *n* -S [MF, fr. OIt *importanza*, fr. *importante*] 1 a : the quality or state of being important : WEIGHT, SIGNIFICANCE ⟨an event of ~ in the history of the country⟩ ⟨a natural resource of great ~ to industry⟩ b : an important aspect or bearing ⟨this feat has several ~s —*Time*⟩ 2 *obs* : IMPORT, MEANING, SIGNIFICATION 3 *obs* : IMPORTUNITY, SOLICITATION 4 *obs* : a matter of importance

**syn** CONSEQUENCE, SIGNIFICANCE, IMPORT, MOMENT, WEIGHT: IMPORTANCE, the most general of these nouns, signifies a quality or state that is of value or influence, often with the implication that this is in someone's opinion ⟨issues which, whilst not the major significance, have some *importance* —*Current History*⟩ ⟨the *importance* of taking a wide, strategic view has prevailed —A.P.Ryan⟩ ⟨her sense of *importance* will help her —H.M.Parshley⟩ ⟨a position of some *importance* in industry⟩ ⟨clusters of huge inverted pleats that add *importance* to the skirt —Lois Long⟩ When used interchangeably with IMPORTANCE, CONSEQUENCE often applies to social rank, public position, or reputation but more generally implies an importance by reason of effects, results, or interrelationships ⟨a man of some *consequence*⟩ ⟨a subscription library in every town of *consequence* in the country —*Amer. Guide Series: Pa.*⟩ ⟨the newspapers have been demanding these things for years, and nothing of any real and lasting *consequence* ever seems to happen —Herman Kogan⟩ SIGNIFICANCE can be used interchangeably with IMPORTANCE or CONSEQUENCE, although in meaning basically *that which is signified (to anyone)* it usu. stresses strongly the mere fact of having value or worth and sometimes the relativity of that value or worth ⟨a person of some *significance*⟩ ⟨here, in 1864, occurred a battle of some strategic *significance* —*Amer. Guide Series: Ark.*⟩ ⟨a temper tantrum once in a while should be overlooked for it has little *significance* —H.R.Litchfield & L.H.Dembo⟩ ⟨such trivia take on *significance* only if the reader is able to catch the subtle hints of impending disaster —Leland Miles⟩ ⟨a generation of boys and girls who understand the social *significance* of the family —*Current Biog.*⟩ IMPORT usu. stresses, even more than SIGNIFICANCE, the relativity of the value or worth, bringing out the idea of a significance bearing upon or in relation to person or thing specified or strongly implied ⟨the Contemporary Theater, concentrating on plays of sociological *import* —*Amer. Guide Series: Mich.*⟩ ⟨when we allow our mind to dwell upon such considerations as these, the entire *import* of the illustration changes —John Dewey⟩ ⟨the differences between one variety of man and another, points of negligible *import* in medicine —A.L.Kroeber⟩ ⟨other measures of international *import* upon which he voted —*Current Biog.*⟩ MOMENT, very like SIGNIFICANCE or IMPORT though less frequent in oral communication, usu. suggests worthiness of consideration, often stressing the conspicuousness or self-evidence of the significance or worthiness ⟨some excerpts describe matters of greater *moment* than do others —*Times Lit. Supp.*⟩ ⟨the questions before the Department of State were many and of grave *moment* —W.C.Ford⟩ ⟨the material inequalities of our worldly life will be found to be of no *moment* in the hereafter —P.G.Waris⟩ WEIGHT tends to stress largeness of possible consequence or import as of something that must be taken into account or whose presence does or may seriously alter an outcome ⟨men who take the lead, and whose opinions and wishes have great *weight* with the others —J.G.Frazer⟩ ⟨the author's expertness in the field lends *weight* to his conclusions —H.M.Hyman⟩ ⟨a gap between their appreciation of a man's value at any moment and his real *weight* —Hilaire Belloc⟩ ⟨diplomatic questions remained, but they had no such *weight* as those of the wartime —W.C.Ford⟩

**im·por·tan·cy** \-nsē, -nsi\ *n* -ES *archaic* : IMPORTANCE

**im·por·tant** \-nt\ *adj* [MF, fr. OIt *importante* (verbal of *importare* to be important), fr. L *important-, importans*, pres. part. of *importare* to bring or carry in, convey, cause — more at IMPORT] 1 a : marked by or possessing weight or consequence : valuable in content or relationship : SIGNIFICANT ⟨an ~ day in one's life⟩ ⟨an ~ consideration⟩ ⟨a country producing petroleum in ~ quantities⟩ b : significant or large in amount or size ⟨spent ~ money on a small gem for his wife⟩ ⟨an ~ part of the architect's time was devoted to department-store design —*Current Biog.*⟩ 2 a : giving evidence of or seeming to relate to something of consequence ⟨holding the attorney's letter in his hand, and with so solemn and ~ an air that his wife . . . thought the worst was about to befall —W.M.Thackeray⟩ ⟨took long ~ strides in the direction of the courthouse⟩ b : giving evidence of a feeling of personal importance : marked by self-complacency, ostentation, or pompousness ⟨an ~ manner⟩ 3 *obs* : IMPORTUNATE, URGENT — **im·por·tant·ly** *adv* — **im·por·tant·ness** *n* -ES

**im·por·ta·tion** \ˌimˌpōr'tāshən, -pȯ(r)'-, -pōə'- *also* -ˌpə(r)'-\ *n* -S [¹*import* + *-ation*] 1 : the act or practice of bringing in (as merchandise) from an outside or foreign source ⟨the ~ of goods from Holland⟩ ⟨the ~ of foreign labor⟩ 2 : IMPORT 3 ⟨the car was an ~ from Italy⟩

**import credit** *n* : a credit which is opened by an importer with a bank in his own country and upon which the exporter he deals with may draw bills of exchange — compare EXPORT CREDIT

**imported** *past of* IMPORT

**imported cabbageworm** *n* : the larva of the common white cabbage butterfly that is a serious pest of cabbage and related plants

**imported currantworm** *n* : a larval sawfly (*Nematus ribesii*) that is native to Europe but now widespread in No. America and that is very destructive to the foliage of currants, gooseberries, and related plants

**im·por·tee** \ˌimˌpōr'tē, -ˌpər-\ *n* -S [¹*import* + *-ee*] : one that has been imported ⟨~s brought in to harvest the cherry crop⟩

**im·port·er** *pronunc at* ¹IMPORT + ə(r)\ *n* : one that imports; *esp* : one whose business is the importation and sale of goods from a foreign country

**importing** *pres part of* IMPORT

**imports** *pres 3d sing of* IMPORT, *pl of* IMPORT

**im·por·tu·na·cy** \əm'pȯrchənəsē; ˌimpər'tün-, -r·'tyün-\ *n* -ES : IMPORTUNATENESS

**im·por·tu·nate** \əm'pȯrchənət; ˌimpər'tünət, -r·'tyü-\ *adj* [prob. fr. ¹*importune* + *-ate*] 1 : BURDENSOME, TROUBLESOME 2 : troublesomely urgent : unreasonably solicitous : overly persistent in request or demand ⟨an ~ petitioner⟩ ⟨an ~ curiosity⟩ ⟨~ requests for assistance⟩ **syn** see PRESSING

**im·por·tu·nate·ly** *adv* : in an importunate manner

**im·por·tu·nate·ness** *n* -ES : the quality or state of being importunate

¹**im·por·tune** \ˌimpər'tün, -ˌpȯr-, -r·'tyün; əm'pȯrchən, -(ˌ)chün\ *adj* [ME, fr. MF & L; MF *importun*, fr. L *importunus* unfit, troublesome, rude, fr. *in-* ¹in- + *-portunus* (as in *opportunus* fit, convenient) — more at OPPORTUNE] : IMPORTUNATE — **im·por·tune·ly** *adv*

²**importune** \"\ *vb* -ED/-ING/-S [MF or ML; MF *importuner*, fr. ML *importunare*, fr. L *importunus*] *vt* 1 a : to press or urge with frequent or unreasonable requests or troublesome persistence ⟨were being *importuned* to try their luck with the play —Claudia Cassidy⟩ ⟨*importuned* many businessmen to come to Washington —John McDonald⟩ b *archaic* : to request or beg for urgently 2 a : ANNOY, WORRY, TROUBLE b : to make immoral or lewd advances toward ⟨arrested for