# NETFLIX, INC. vs. BLOCKBUSTER INC.

**CASE NO. C 06 2361 WHA (JCS)**

**NETFLIX, INC.'S**

# EXHIBIT 4 (Part 2 of 2)

TO

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

*filed on November 15, 2006*

Dockets.Justia.com

~ that he had any direct responsibility for what she wrote —Millicent Bell⟩ **c** : the theological attribution of sin or righteousness to one on account of another's sin or righteousness **2** : something imputed **3** : the determining of the significance usu. to final profit of an element or factor or of each element or factor in a total industrial or merchandising process

**im·pu·ta·tion·al** \¦impyə¦tāshən'l, -shnəl\ *adj* : of or relating to imputation

**im·pu·ta·tive** \əm'pyüd·əd·iv, -ü‚tāt|\ *adj* [LL *imputativus*, fr. L *imputatus* + *-ivus* -ive] : transferred by imputation ⟨the ~ sin of Adam⟩ — **im·pu·ta·tive·ly** \|əvlē, -li\ *adv* — **im·pu·ta·tive·ness** \|ivnəs\ *n* -ES

**im·pute** \əm'pyüt, *usu* -üd·+V\ *vt* -ED/-ING/-S [ME *inputen*, fr. L *imputare*, fr. *in-* ²in- + *putare* to consider, think — more at PAVE] **1 a** : to attribute accusingly : lay the responsibility or blame for sometimes falsely or unjustly ⟨accused him of her own fault, in *imputing* to him the wreck of her project —George Meredith⟩ **b** : to credit or ascribe to a person or a cause ⟨*imputing* to me better qualities than I possess⟩ ⟨our vices as well as our virtues have been *imputed* to bodily derangement —B.N.Cardozo⟩ ⟨*imputing* his visit to a wish of hearing that she was better —Jane Austen⟩ often falsely, accusingly, or unjustly ⟨soon began to believe in the opulence *imputed* to me —L.P.Smith⟩ ⟨*imputing* to him a guilt of which he was innocent —Edith Sitwell⟩ ⟨how dare you . . . ~ such monstrous intentions to me —G.B.Shaw⟩ **c** : to make a legal imposition of (as a charge against someone) **d** : to credit by transferal (a virtue or the benefit of a good work) to the account of someone other than the initiating agent **2** *obs* : RECKON, CONSIDER, REGARD **3** : IMPART, GIVE ⟨with his hand he ~*s* life to clay —Samuel Alexander⟩ **4** *obs* : to charge someone with a wrongdoing or crime **syn** see ASCRIBE

**imputed** *adj* : being the value in terms of money or hypothetical income receivable from something one has or owns that would yield real income if one wished (as a house one owns and uses but might rent) ⟨~ rent⟩ ⟨~ income⟩

**im·put·ed·ly** *adv* : by imputation

**imputed value** *n* : the value of a thing determined from its utility rather than by adding the cost of its constituent elements

**im·putrescibility** \¦im+\ *n* : the quality or state of being imputrescible

**im·putrescible** \¦im+\ *adj* [LL *imputrescibilis*, fr. L *in-* ¹in- + LL *putrescibilis* putrescible — more at PUTRESCIBLE] : not subject to putrescence : not capable of putrefaction

**impv** *abbr* imperative

**impx** *abbr* [L *imperatrix*] empress

¹**in** \(')in, ən; *usu* ᵊn *after* t, d, s, *or* z *as in* "split in two"; *often* ᵊm *after* p *or* b *as in* "up in front", *often* ᵊŋ *after* k *or* g *as in* "sick in bed", *often* n *before* ə *as in* "he's in a hurry"\ *prep* [ME, fr. OE; akin to OHG *in*, prep., in, ON *ī*, Goth *in*, L *in*, Gk *en*, OPruss *en*, Russ *v*, *vo*, *vn-*] **1 a** (1) — used as a function word to indicate location or position in space or in some materially bounded object ⟨put the key ~ the lock⟩ ⟨travel ~ Italy⟩ ⟨play ~ the street⟩ ⟨wounded ~ the leg⟩ ⟨read ~ bed⟩ ⟨look up a quotation ~ a book⟩ (2) *chiefly Brit* : ON ⟨squatting down ~ his heels —R.M.Daw⟩ ⟨tramcars which run ~ tracks —*Manual of Firemanship* (Gt. Brit.)⟩ ⟨best dwelling house ~ the island —Padraic Fallon⟩ (3) : INTO ⟨broke ~ pieces⟩ ⟨called ~ council on many occasions —*U.S.Investor*⟩ ⟨threw it ~ the fire⟩ ⟨wouldn't let her ~ the house —*Springfield* (*Mass.*) *Daily News*⟩ **b** (1) — used as a function word to indicate position or location in something immaterial or intangible ⟨saw him ~ my dreams⟩ ⟨the position of the artist ~ society⟩ or the fact of belonging to a group or association ⟨you're ~ the army now⟩ ⟨are you ~ the orchestra⟩ (2) — used as a function word to indicate activity, occupation, or purpose ⟨advanced ~ hot pursuit⟩ ⟨~ search of lost treasure⟩ ⟨~ honor of this event⟩ ⟨what is all this ~ aid of . . . —*Sydney* (*Australia*) *Bull.*⟩ (3) — used as a function word to indicate a position or relationship of authority or responsibility ⟨~ charge of the company's affairs⟩ ⟨~ command of the garrison⟩ (4) : in the course of ⟨~ cooling this material hardens⟩ ⟨drowned ~ crossing the river⟩ (5) — used as a function word to indicate close connection by way of implication or active participation ⟨~ the plot⟩ ⟨~ an amateur play⟩ (6) — used as a function word to indicate engagement in a business identified with a particular commodity ⟨he's ~ oil, he's ~ rice —Ethel Merman⟩ ⟨her mother's family were . . . ~ butter —Mary Manning⟩ ⟨was ~ buttons but had started to expand into novelties —Mary Barrett⟩ **c** (1) — used as a function word to indicate a material, mental, or moral situation or condition ⟨a house ~ ruins⟩ ⟨a boy ~ love⟩ ⟨he's ~ luck⟩ ⟨~ great pain⟩ ⟨up to his waist ~ water⟩ or an environing condition ⟨the city lay ~ darkness⟩ ⟨basking ~ sunshine⟩ (2) — used as a function word to indicate something that envelops or covers ⟨a book bound ~ buckram⟩ ⟨covered ~ mud —Nevil Shute⟩ ⟨covered ~ . . . cotton plaid —*Spiegel's Catalog*⟩ (3) — used as a function word to indicate a cultivated or natural plant cover ⟨valley bottom is ~ grass —P.E. James⟩ ⟨75 percent of all the cropped land is ~ cereals —Samuel Van Valkenburg & Ellsworth Huntington⟩ ⟨most of the surface is ~ woods or brush —L.E.Klimm⟩ (4) — used as a function word to indicate something that is being worn ⟨a tall man ~ a bowler hat —Christopher Isherwood⟩ ⟨racing the horse ~ blinders⟩; often used to indicate a salient characteristic of what is being worn ⟨a lady ~ black⟩ **d** — used as a function word with an accompanying concrete word to indicate a physiological condition or process (as pregnancy or the condition of producing or yielding) ⟨~ lamb⟩ ⟨a cow ~ milk⟩ **e** (1) — used as a function word with an accompanying concrete word to indicate affluence or easy financial circumstances ⟨the Madrileño ~ the money loves to make a splash —E.D.Hauser⟩ ⟨I am generally ~ cash —Lord Byron⟩ (2) — used as a function word to indicate possession or display of some trait or attribute ⟨a gentleman ~ a gray goatee —Al Hine⟩ ⟨the sheep are ~ wool⟩ ⟨the corn's ~ silk and tassel —G.S.Perry⟩ ⟨~ figure slim —W.H.Hudson †1922⟩ **f** : under the influence of (an alcoholic drink) ⟨when ~ liquor, he would scutter up a tree like a squirrel —S.H.Adams⟩ ⟨~ drink⟩ ⟨~ one's cups⟩ **2 a** (1) : within the limits of a space of time expressed or implied ⟨early ~ April⟩ ⟨come ~ time⟩ ⟨~ the days of my childhood⟩ ⟨~ a few minutes he was there⟩ (2) : during the course of : DURING ⟨~ his long journeys throughout the country —Darcy Ribeiro⟩ ⟨~ all that time I never saw him⟩ (3) : during the space of : at any time during : FOR ⟨the coldest day ~ twenty years⟩ ⟨have not seen him ~ months⟩ **b** : AT ⟨united ~ this time of peril⟩ ⟨vested in the governor acting ~ his discretion —*Achievement in the Gold Coast*⟩ **c** — used as a function word to indicate a proportion or rate ⟨the mix was one ~ twenty —F.W.Crofts⟩ **3 a** (1) — used as a function word to indicate means or instrumentality ⟨scribbled and scratched over . . . ~ pencil or nail —William Faulkner⟩ ⟨caught his coat ~ the gate latch —L.Y.Erskine⟩ ⟨treated ~ moist heat —F.D.Smith & Barbara Wilcox⟩ (2) : by virtue of : on account of : for the reason that ⟨it is also complex, ~ being an integral part of a rich and many-sided mind —E.R.Bentley⟩ ⟨resemble the . . . Uplands ~ the fact that generally they provide an environment unfriendly to human occupancy —Samuel Van Valkenburg & Ellsworth Huntington⟩ — often used in the phrase *in that* ⟨a fallacious argument ~ that it is based on false premises⟩ (3) — used as a function word to indicate material or constituents ⟨a memorial ~ Vermont granite —Bernard De Voto⟩ ⟨tell the court . . . ~ what her cargo consisted —F.W.Crofts⟩ ⟨an artist ~ oils⟩ (4) — used as a function word to indicate degree, extent, or measure ⟨flock to his exhibitions ~ thousands —Herbert Read⟩ ⟨~ the main, we are in agreement⟩ ⟨not discouraged ~ the least⟩ (5) — used as a function word to indicate a class of objects ⟨something ~ a vacuum cleaner —John Steinbeck⟩ ⟨the latest thing ~ cars⟩ **b** — used as a function word to indicate manner, form, or arrangement ⟨buying a pig ~ installments —Dodie Smith⟩ ⟨told ~ confidence⟩ ⟨written ~ French⟩ ⟨carry all your funds ~ traveler's checks —Richard Joseph⟩ **c** : with reference to : as concerns ⟨wonder if actors of other countries are as happy ~ their audiences as we are —Phyllis Robbins⟩ ⟨care must be exercised ~ the amount of tannic acid used —C.M.Whittaker & C.C. Wilcock⟩ ⟨~ fall color they have few peers —Laurence Lowry⟩ ⟨Greek ~ language, culture, and religion —Franc Shor⟩ ⟨six feet ~ height⟩ ⟨a library rich ~ manuscripts⟩ ⟨~ the matter of your account⟩ **4 a** — used as a function word to indicate consideration of a thing strictly limited to its own essence, nature, or merits, apart from its relations to others ⟨~ itself, the matter has no importance⟩ ⟨nothing is beautiful ~ itself⟩; compare THING-IN-ITSELF **b** — used as a function word to indicate the specific object, sphere, or aspect to which a qualification is restricted ⟨~ him you have a fine leader⟩ ⟨much remains to be done ~ this field⟩ ⟨a very worthy gentleman, ~ truth⟩ ⟨that we expect ~ persons of your station —W.S. Gilbert⟩ ⟨my trust is ~ the Lord⟩ ⟨believe ~ his good faith⟩ ⟨rich ~ hope —Shak.⟩ **c** (1) : WITHIN — used of an inherent quality, attribute, or significance ⟨has no pity ~ him⟩ ⟨there is nothing ~ that story⟩ (2) : within the capacity or powers of ⟨if I . . . had anything like that ~ me, it would have made itself felt before now —Hamilton Basso⟩ **d** : in spiritual union with ⟨love one's brothers ~ Christ⟩ **e** : within the grant of : in the power or control of ⟨the scholarship is ~ the trustees of the fund⟩ **5** : in the key of ⟨~ F⟩ — **not in it** *slang* : not in the same class : hopelessly outclassed ⟨simply is *not in it* as far as skill and brains are concerned⟩

²**in** \ˈin\ *adv* [ME, fr. OE *in*, *inn*; akin to OHG *in*, adv., in, ON & Goth *inn*, OE *in*, prep.] **1 a** (1) : to or toward the inside esp. of a house or other building : into a certain space : INSIDE ⟨the door is locked, I can't get ~⟩ ⟨opened the window and climbed ~⟩ ⟨broke ~ and made the arrest⟩ (2) : in a particular direction : to or toward some destination ⟨drove 20 miles ~ and walked the rest of the way⟩ ⟨flew ~ on the first plane⟩ ⟨it was shank's mare from there ~ —Shelby Foote⟩ (3) : into a position of proximity : so as to be near some point : NEAR ⟨trackless trolleys able to swing ~ to the curb —*Springfield* (*Mass.*) *Union*⟩ ⟨the enemy closed ~⟩ : at close quarters ⟨advised the infielders to play ~⟩ (4) : so as to envelop gradually with something intangible or nebulous ⟨darkness closed ~⟩ ⟨the fog moved ~⟩ **b** : into the midst or into the surface of something so as to form a part ⟨put ~ some sugar⟩ ⟨mix ~ the flour⟩ ⟨paint ~ another figure⟩ — often used in combination ⟨built-*in* stabilizers⟩ **c** (1) : to its place ⟨fit a piece ~⟩ (2) : so as to conform, agree, or submit : into line ⟨fell ~ with our plans⟩ ⟨will be fit ~⟩ **d** (1) : to or into a particular place ⟨get your orders ~ early⟩ ⟨called us ~ for a conference⟩ (2) : to one's house ⟨had some friends ~ for dinner⟩ ⟨had a girl ~ to serve⟩ **2 a** (1) : within a particular place; *esp* : within the customary place of residence, practice, or business ⟨is your mother ~⟩ ⟨the doctor will be ~ at 2⟩ (2) : in a place that is the goal of a journey or course : at one's destination or terminus ⟨the whole whaling fleet was ~ —H.A.Chippendale⟩ ⟨wild riders of the High Plains, ~ from the ranches —*Amer. Guide Series: Texas*⟩ ⟨is the train ~⟩ ⟨two runs ~ last inning⟩ (3) : in place or position ⟨is the key ~⟩ ⟨had to climb a ladder because the stairs were not yet ~ —*Current Biog.*⟩ ⟨the footings are already ~ —*Building Estimating & Contracting*⟩ **b** (1) : on the interior or inner side : WITHIN ⟨shut a person ~⟩ (2) : so as to confine or surround ⟨snowed ~⟩ ⟨fence cattle ~⟩ (3) : in jail or prison ⟨what offense is he ~ for⟩ (4) *of a ship's sails* : in a furled or stowed condition **c** (1) : in the position of a participant, accomplice, insider, or observer — usu. used with *on* ⟨it's exciting to be ~ on that —May Sarton⟩ ⟨was ~ on the scheme —E.S.Morgan⟩ ⟨let some members of the diplomatic corps ~ on the government's intention —Sydney Gruson⟩ ⟨bankers who are ~ on current . . . thinking —*Wall Street Jour.*⟩ ⟨time his visit so that he might sit ~ on the Civil War —*Theatre Arts*⟩ (2) : in or into participation in a pot by betting as required by the rules ⟨come ~ for three chips⟩ ⟨count me ~⟩ ⟨stay ~ the pot⟩ **d** (1) : in office or power ⟨the Tories were ~ again —John Strachey⟩; *also* : in the position of having won an election ⟨~ by a landslide⟩ (2) : with legal privilege or title : in possession — used of a holding, possession, or seisin ⟨~ by descent⟩ (3) : in someone's good graces : on good terms — usu. used with *with* ⟨~ with the courthouse gang —D.D.McKean⟩ ⟨~ strong with the white folks —Ralph Ellison⟩ (4) : in a specified relation as regards favor, esteem, or terms of association ⟨~ bad with the boss⟩ (5) : in a position of assured or definitive success ⟨by the end of the performance I was ~ —Emmett Kelly⟩ ⟨why, you're ~, fellow —*Amateur Athlete*⟩; *also* : in vogue or style ⟨jewelry is ~ this year —G.A.Wagner⟩ **e** (1) *chiefly Brit* : in or into a burning or lighted condition ⟨blow ~ a fire⟩ ⟨the streetlights . . . were ~ —E.M.Lustgarten⟩ (2) : in season ⟨strawberries are ~⟩ : in cultivation ⟨had some two hundred acres ~ —Eve Langley⟩ : in condition to be harvested : in mature condition ⟨when cotton is ~ their devotion to the crop alters them completely —*Amer. Guide Series: Ark.*⟩ (3) : at bat (as in cricket) ⟨the last man ~⟩ (4) *of an oil well* : in or into production ⟨the well has come ~⟩ (5) : in effect ⟨rationing by points is over and rationing by the purse is ~ —*Economist*⟩ **f** (1) : in one's possession or control : at one's disposal : at hand ⟨the evidence is not all ~ —W.C.Allee⟩ ⟨the answers aren't ~ —Roscoe Drummond⟩ (2) : in a completed or terminated state ⟨when our own crops were ~ —A.W.Barkley⟩ ⟨after harvests are ~⟩ (3) : in evidence : on hand ⟨October was ~, mild and languorous —Maurice Hewlett⟩ (4) : in a specified service or employment ⟨had ~ enough time as mate —H.A.Chippendale⟩ ⟨put ~ a lot of time on that job⟩ **3** : to the end : INDEFINITELY — used as an intensive with *on* ⟨every feeding time from there on ~ —Land Kaderli⟩ — **in for** : certain to experience something, pleasant or unpleasant ⟨*in for* a whale of one hour's entertainment —Goodman Ace⟩ ⟨*in for* a storm⟩ — **in for it 1** : committed to a course **2** : certain to suffer punishment or other unpleasant experience ⟨sees us as ineluctably *in for it* —J.W.Krutch⟩ ⟨will be *in for it* if he doesn't get home on time⟩

³**in** \"\ *vt* **inned**; **inned**; **inning**; **ins** [ME *innen*, fr. OE *innian* to include, go in, fr. *in*, *inn*, adv.] *now dial chiefly Eng* : ENCLOSE, RECLAIM; *also* : HARVEST

⁴**in** \"\ *adj* [²in] **1 a** : that is located inside or within ⟨the ~ part⟩ **b** : that is in position, connection, operation, or power ⟨the ~ party⟩ **c** : having its inning ⟨the ~ team⟩ **2** : that is directed inward : proceeding or bound toward the interior or inner side : INCOMING ⟨the ~ train⟩

⁵**in** \"\ *n* -s [²in] **1** : one who is in office or power or on the inside ⟨wanted to be an ~ —W.A.White⟩ — usu. used in pl. **2** : INFLUENCE, PULL ⟨a matter of ~s versus outs —L.K.Caldwell⟩ ⟨enjoyed some sort of ~ with the commandant —Henriette Roosenburg⟩ ⟨must have an ~ someplace —W.R. Burnett⟩ **3** : a ball hit in bounds in tennis or squash

¹**in-** *or* **il-** *or* **im-** *or* **ir-** *prefix* [ME, fr. MF, OF, & L; ME *in-* fr. OF, fr. L; ME *il-* fr. MF, fr. L, fr. *in-*; ME *im-* fr. OF, fr. L, fr. *in-*; ME *ir-* fr. OF, fr. L, fr. *in-*; akin to OE *un-* — more at UN-] : not : NON-, UN- — usu. *il-* before *l* ⟨*illogical*⟩ and *im-* before *b*, *m*, or *p* ⟨*imbalance*⟩ ⟨*immoral*⟩ ⟨*improvident*⟩ and *ir-* before *r* ⟨*irreducible*⟩ and *in-* before other sounds ⟨*inactive*⟩ ⟨*inapt*⟩ ⟨*inconclusive*⟩

²**in-** *or* **il-** *or* **im-** *or* **ir-** *prefix* [ME, fr. OF, MF, & L; ME *in-* fr. OF *in-*, *en-*, fr. L *in-*, fr. *in* in, into; ME *il-* fr. MF, fr. L, fr. *in*; ME *im-* fr. MF *im-*, *em-*, fr. L *im-*, fr. *in*; ME *ir-* fr. L, fr. *in* — more at ¹IN] **1** : in : within : inward : into : toward : on ⟨*implode*⟩ ⟨*irradicate*⟩ **2** : ¹EN- ⟨*illucidate*⟩ ⟨*imbarn*⟩ ⟨*immarble*⟩ ⟨*impanel*⟩ ⟨*imperil*⟩ ⟨*inspirit*⟩ — in both senses usu. *il-* before *l*, *im-* before *b*, *m*, or *p*, *ir-* before *r*, and *in-* before other sounds

³**in-** *or* **ino-** *comb form* [NL *in-*, fr. Gk, tendon, fr. *in-*, *is*; prob. akin to L *viēre* to plait — more at WITHY] : fiber : fibrous tissue ⟨*initis*⟩ ⟨*inogen*⟩

**-in** \ən, ᵊn, ¦in\ *n suffix* -s [F *-ine*, fr. L *-ina* (with long *i*), fem. of *-inus* (with long *i*) of or belonging to — more at -INE] **1 a** : neutral chemical compound or compound not distinctly basic or acidic ⟨*picrotoxin*⟩ ⟨*hematoporphyrin*⟩ — esp. in names of glycerides ⟨*acetin*⟩ ⟨*stearin*⟩, glycosides ⟨*amygdalin*⟩ ⟨*quercitrin*⟩, proteins ⟨*gelatin*⟩ ⟨*insulin*⟩, and 6-membered heterocyclic compounds ⟨*dioxin*⟩; usu. distinguished from *-ine* **b** : enzyme ⟨*emulsin*⟩ ⟨*myrosin*⟩ — compare -ASE **c** : antibiotic ⟨*penicillin*⟩ ⟨*streptomycin*⟩ **2** : ²-INE 2a, 2b — not used systematically **3** : pharmaceutical product ⟨*niacin*⟩ ⟨*aspirin*⟩

**in** *abbr* **1** inch **2** inlet

**In** *symbol* indium

**INA** *abbr* international normal atmosphere

¹**-i·na** \'īnə, 'ēnə\ *n suffix*, *pl* **-inae** [NL, fr. L, fem. sing. and neut. pl. of *-inus* (with long *i*) ¹-ine] : one or ones related to, resembling, or characterized by — in taxonomic names in biology ⟨*Acarina*⟩ ⟨*Clathrina*⟩ ⟨*Fistulina*⟩

²**-i·na** \'ēnə *sometimes* 'īnə\ *also* **-ine** \¦ēn *sometimes* ¦īn\ *n suffix* -s [prob. fr. It *-ina* (dim. suffix), fr. L *-ina* (with long *i*), fem. of *-inus* (with long *i*) ¹-ine] **1** : musical instrument ⟨*concertina*⟩ ⟨*seraphine*⟩ **2** : musical device ⟨*aeoline*⟩

**in·ability** \¦in+\ *n* [ME *inabilite*, fr. MF *inhabilité*, fr. *in-* ¹in- + *habilité* ability — more at ABILITY] : the quality or state of being unable : lack of ability : lack of sufficient power, strength, resources, or capacity ⟨plead an ~ in mathematics —John Dollard⟩

**in ab·sen·tia** \‚inab'sench(ē)ə, ‚inab-, -sentēə\ *adv* [L] : in absence (as of the accused person or of a person receiving a degree) ⟨awarded a degree *in absentia*⟩ ⟨condemned *in absentia*⟩

**in·absorbability** \¦in+\ *n* : the quality or state of being inabsorbable

**in·absorbable** \"+\ *adj* [¹*in-* + *absorbable*] : not capable of being absorbed

**in ab·strac·to** \‚inəbz'trak(‚)tō, -b'st-\ *adv* [L, in the abstract] : in or from an abstract point of view : in the abstract ⟨the question could not be settled *in abstracto* —Yuen-li Liang⟩ ⟨discovering the problem purely theoretically, *in abstracto* —*Mathematical Biophysics*⟩

**in·acceptable** \¦in+\ *adj* [¹*in-* + *acceptable*] : not acceptable

**in·accessibility** \¦in+\ *n* [prob. fr. MF *inaccessibilité*, fr. *inaccessible* + *-ité* -ity] : the quality or state of being inaccessible

**in·accessible** \¦in+\ *adj* [MF or LL; MF, fr. LL *inaccessibilis*, fr. L *in-* ¹in- + LL *accessibilis* accessible — more at ACCESSIBLE] **1** : not accessible: as **a** : not capable of being reached, entered, or approached ⟨~ except by heavy two-wheeled carts —C.L.Jones⟩ **b** : not capable of being obtained ⟨a rare work, today almost ~⟩ **c** : not easy to form friendly or close relations with : not susceptible to advances or influence : UNAPPROACHABLE ⟨peculiarly ~ to such questioning —Christine Weston⟩ ⟨a cold ~ figure⟩ **d** : difficult or impossible to comprehend or enter into : ABSTRUSE, ESOTERIC ⟨poetry . . . ~ to contemporary criticism —Frederick Morgan⟩ ⟨the novel . . . seems to me among the most ~ —C.J.Rolo⟩ **2** : reflecting or evidencing inaccessibility ⟨a look which was austere, ~ —Ellen Glasgow⟩ ⟨an air of ~ respectability —John Buchan⟩ — **inaccessibleness** \"+\ *n* — **in·accessibly** \"+\ *adv*

**in·accuracy** \(')in, ən+\ *n* [¹*in-* + *accuracy*] **1** : the condition of being inaccurate ⟨avoiding muddle and ~ —W.H. Dowdeswell⟩ **2** : an instance of being inaccurate : MISTAKE, ERROR ⟨when all his *inaccuracies* . . . have been acknowledged —D.C.Peattie & Eleanor R. Dobson⟩

**in·accurate** \(')in, ən+\ *adj* [¹*in-* + *accurate*] : not accurate: as **a** : containing a mistake or error : INCORRECT, ERRONEOUS ⟨an ~ account⟩ **b** : not functioning with accuracy or precision : FAULTY, DEFECTIVE ⟨the limbs are useless and sense organs are ~ —Abram Kardiner⟩ ⟨this thermometer is ~⟩ — **in·accurately** \"+\ *adv* — **in·accurateness** \"+\ *n*

**in·action** \(')in, ən+\ *n* [¹*in-* + *action*] : lack of action or activity : abstention from labor : IDLENESS, LETHARGY ⟨impatience with hypocrisy and ~ —Lillian Smith⟩

**in·activate** \(')in, ən+\ *vt* [*inactive* + *-ate*] : to make inactive: as **a** (1) : to destroy certain biological activities of ⟨~ the complement of normal serum by heat⟩ — compare REACTIVATE (2) : to cause (as an infective agent) to lose disease-producing capacity ⟨~ bacteria⟩ **b** : to remove (a unit) from the active list of a military service without disbanding — **in·activation** \(‚)in, ən+\ *n*

**in·active** \(')in, ən+\ *adj* [¹*in-* + *active*] : not active: as **a** (1) : marked by deliberate or enforced absence of activity or effort : SEDENTARY ⟨forced by illness to lead an ~ life⟩ (2) : not given to action or effort : not diligent, energetic, or industrious : INDOLENT, SLUGGISH ⟨dreamy and ~ by nature⟩ ⟨a very ~ police chief⟩ ⟨the rentier class, an ~ class in the economy —L.R.Klein⟩ **b** (1) : being unused or out of use : lying idle : not functioning ⟨an ~ mine⟩ ⟨an ~ machine⟩ (2) : relating to or consisting of officers and enlisted personnel of the armed forces who are not performing or available for military duties ⟨~ list⟩ ⟨~ reserve⟩ ⟨~ status⟩ (3) : being a commodity for which there is relatively little demand or in which relatively little trading occurs ⟨active, ~ and obsolete sterling patterns —*Christian Science Monitor*⟩ ⟨~ stocks⟩ (4) *of a disease* : not progressing or fulminating : QUIESCENT **c** (1) : chemically inert : UNREACTIVE ⟨~ charcoal⟩ (2) : not exhibiting any action on polarized light : optically neutral — used of stereoisomeric forms of various substances ⟨~ fructose⟩ ⟨~ camphor⟩; compare MES- 4b, RACEMIC

**syn** IDLE, INERT, PASSIVE, SUPINE: INACTIVE applies to anyone or anything not in action or not usu. in action (as in operation or use) or at work ⟨*inactive* machines⟩ ⟨an *inactive* child⟩ ⟨an *inactive* charge account⟩ IDLE applies chiefly to persons without occupation at the moment but usu. without occupation as a general or habitual thing, or to their powers, organs, or implements ⟨give work to an *idle* laborer⟩ ⟨an *idle* lathe⟩ ⟨an *idle* mind⟩ ⟨an *idle* pen⟩ INERT implies lack of power in a thing to set it in motion or by itself to produce a given effect, or suggests in a person a general indisposition to activity ⟨aimless accumulation of precise knowledge, *inert* and unutilized —A.N. Whitehead⟩ ⟨this amorphous spreading of responsibility will result in a sort of *inert*, ponderous bureaucracy —Stanley Walker⟩ ⟨would lie for hours on a chaise longue, so *inert* that the folds of chiffon which dripped from her body to the floor hung as steady as if they were stone —Rebecca West⟩ ⟨the greatest menace to freedom is an *inert* people —L.D.Brandeis⟩ PASSIVE implies immobility or a lack of positive reaction when acted upon by an external force or agent, often implying a submissiveness consisting of failure to be provoked to resistance or of a planned avoidance of any action that will give aid to the dominating force or agent ⟨some of those hours were spent in intensive cerebration, some in *passive* listening to lectures —H.M.Wriston⟩ ⟨*passive* obedience to authority⟩ ⟨*passive* resistance to oppression⟩ SUPINE implies abject inertia or passivity, often from indolence ⟨he is *supine*; he accepts his mother's truculence on his behalf with an indolence of temper which distinguishes him in this, as in all matters —Edward Hyams⟩ ⟨political and religious dissension . . . had split a weary and *supine* people into a dozen factions —P.J. Searles⟩

**in·actively** \"+\ *adv* : in an inactive manner

**inactiveness** \"+\ *n* : the quality or state of being inactive

**in·activity** \¦in+\ *n* : the quality or state of being inactive : IDLENESS, SLUGGISHNESS

**in·adaptability** \¦in+\ *n* : the quality or state of being inadaptable

**in·adaptable** \¦in+\ *adj* [¹*in-* + *adaptable*] : incapable of adaptation : belonging to a fixed type

**in·adaptive** \¦in+\ *adj* [¹*in-* + *adaptive*] : not adaptive

**in·adequacy** \(')in, ən+\ *n* [fr. *inadequate*, after *adequate*: *adequacy*] : the quality or state of being inadequate : INSUFFICIENCY ⟨~ of unemployment benefits —*Collier's Yr. Bk.*⟩

**in·adequate** \(')in, ən+\ *adj* [¹*in-* + *adequate*] : not adequate : INSUFFICIENT, DEFICIENT ⟨~ equipment⟩ ⟨~ leadership⟩ *specif* : lacking the capacity for psychological maturity ⟨the ~ individual⟩ : unable to make adequate social adjustment ⟨an offender coming from an ~ family⟩ ⟨~ parents⟩ — **in·adequately** \"+\ *adv* — **in·adequateness** \"+\ *n* -ES

**in·admissibility** *also* **in·admissability** \¦in+\ *n* : the quality or state of being inadmissible

**in·admissible** *also* **in·admissable** \¦in+\ *adj* [¹*in-* + *admissible*] : not proper to be allowed or received : not admissible ⟨~ behavior⟩ — **in·admissibly** \"+\ *adv*

**in–a–door bed** \'‚‚,‚‚\ *also* **in–a–door** *n* [fr. *In-a-Dor-Bed*, a trademark] : MURPHY BED

¹**in·adu·nate** \¦inə¦d(y)ünət, (')i¦najən-\ *adj* [¹*in-* + L *adunatus*, past part. of *adunare* to unite, fr. *ad-* + *unus* one — more at ONE] : not united; *specif* : having the arms completely free from the calyx — used of a crinoid

²**inadunate** \"\ *n* -s : an inadunate crinoid

**in·ad·ver·tence** \‚inəd'vərt'n(t)s, ‚i‚nad-, -vōt-, -vəit-\ *n* [ML *inadvertentia*, fr. L *in-* ¹in- + *advertent-*, *advertens* (pres. part. of *advertere* to advert) + *-ia* -y — more at ADVERT] **1** : the fact or action of being inadvertent; lack of care or attentiveness : INATTENTION ⟨mistakes proceed from ~⟩ **2** : an effect of inattention : a result of carelessness : an oversight, mistake,

after sentence in her notes⟩ 2 : ACCENTUATE, EMPHASIZE, STRESS: as a : to give sharp prominence to (spoken words) usu. affectedly by the use of some oral speech device esp. exaggerated intonation ⟨she was italicizing every other word with that deadly, glittering brightness that a woman puts on —George Orwell⟩ ⟨italicized words and even phrases surged about in her conversation —Ngaio Marsh⟩ b : to bring out strongly or cause to be highlighted : play up ⟨decorative features that ~ the building's perfect symmetry⟩ ⟨his scorn for the orthodox language and logic of the law is italicized by such wry remarks —Fred Rodell⟩ ⟨serves especially to ~ the principle —N.F.Adkins⟩ ⟨dramatically italicizes the movie's theme —Newsweek⟩ c : to outline sharply : bring into sharp relief ⟨the little carmine smudge of her italicized lips —Bruce Marshall⟩ ~ vi : to use italics ⟨has a habit of italicizing⟩

1ital·i·ote \ə'talē,ōt, -ēət\ also ital·i·ot \-ēət, -ē,ät\ n -s usu cap [Gk Italiōtēs, fr. Italia Italy + -ōtēs -ote] : a Greek inhabitant of ancient Italy

2italiote \"\ adj, usu cap : of or relating to the Italiotes

italo- — see ITAL-

1italo·phile \ə'talə,fīl, 'id·ᵊlō,f-\ also italo·phil \-,fil\ adj, usu cap [Ital- + -phile or -phil] : friendly to or favoring what is Italian ⟨~ policies⟩

2italophile \"\ n -s usu cap : one that is friendly to or favors what is Italian

it·a·ly \'id·ᵊlē, 'itᵊl-, -li, in rapid speech 'itl-\ adj, usu cap [fr. Italy, country in southern Europe] : of or from Italy : of the kind or style prevalent in Italy

ita palm or eta palm \'ēd·ə-\ n [of Arawakan origin; akin to Arawak (Guiana) ité ita palm, Baniva itéul] : MIRITI PALM

itas pl of ITA

ita·uba \,ēd·ə'übə, ,id-·\ n -s [Pg itaúba, fr. Tupi itauba] 1 : a large South American tree (Mezilaurus itauba) of the family Lauraceae that yields a durable russet-brown wood much used in marine and general construction 2 : the wood of the itauba

1itch \'ich\ n -ES [ME icche, yicche, fr. OE gicce, fr. giccan, v.] 1 a : a localized or generalized uneasy sensation (as of a crawling, prickling, stinging) in the upper surface of the skin usu. considered to result from mild stimulation of pain receptors and producing a feeling of irritation in the affected area and eliciting an urge to relieve the affected area by scratching : ITCHING, PRURITUS ⟨had an ~ and scratched it⟩ b : a skin disorder (as a mange) accompanied by such a sensation; esp : a contagious eruption in man and animals that is marked by this sensation experienced to an intense degree and by surface lesions and that is caused by invasion of the skin by an itch mite (Sarcoptes scabiei) that forms minute galleries in the skin and keeps up a constant irritation — usu. used with the ⟨has the ~⟩; compare MANGE 2 a (1) : a restless usu. constant often compulsive desire for or hankering after something : restless longing : uneasy craving ⟨a compelling ~ for money and success —Lee Rogow⟩ ⟨the ~ to travel⟩ ⟨the same restless ~ to be always doing something else —Bertrand Russell⟩ ⟨was uninfected by the ~ of publicity —V.L.Parrington⟩ (2) : a restless craving for sensual esp. sexual gratification : LUST, PRURIENCE ⟨the ~ of the senses —Bruce Marshall⟩ ⟨with meaty good looks and the gross ~ they often portend —Time⟩ ⟨had aroused in him only the vague adolescent ~ of desire which almost any personable woman could satisfy —Aldous Huxley⟩ b : a restless usu. constant inclination toward something : restless propensity : uneasy predisposition or overreadiness ⟨the ~ to justify all conduct on logical grounds —H.J.Muller⟩ ⟨an ~ for activity —Raymond Holden⟩ 3 : a condition of restless ferment : seething agitation : STEW ⟨the ~ of aggressive nationalism —Karl Robson⟩ ⟨was in an ~ to be off —Bruce Marshall⟩ ⟨lived in a constant ~ of irritation —Hesketh Pearson⟩

2itch \"\ vb -ED/-ING/-S [ME ichen, icchen, yicchen, fr. OE giccan; akin to OHG jucchen to itch, MD joken] vi 1 a : to have a localized or generalized uneasy sensation (as of a crawling, prickling, stinging) in the upper surface of the skin : have an itch ⟨seemed to ~ all over⟩ ⟨her arm ~ed⟩ b : to produce such a sensation ⟨heavy winter underwear that ~ed⟩ 2 a : to have a restless usu. constant often compulsive desire for or hankering after something : long restlessly for something : crave something uneasily ⟨and ~ to get their hands on a juicy morsel —D.L.Cohn⟩ ⟨were ~ing to take immediate action —W.F.Hambly⟩ ⟨~ed to see the world⟩ b : to have a restless usu. constant inclination toward something : have a restless propensity for or uneasy predisposition to something : be impatiently eager : be overready ⟨killers who ~ed to kill again —Hal Burton⟩ 3 : to be in a restless ferment : SEETHE, STEW ⟨~ with one curiosity —Milton Bracker⟩ ⟨~es with lechery —J.I.Cope⟩ ~ vt 1 : to cause to have a localized or generalized uneasy sensation (as of a crawling, prickling, stinging) in the upper surface of the skin : cause to have an itch ⟨felt it ~ his leg —Joan Williams⟩ ⟨wool socks that ~ed his feet⟩ 2 : IRK, VEX, IRRITATE ⟨had always been amused . . . where the others were ~ed —Sinclair Lewis⟩

3itch \"\ var of ECHE

itch·i·ly \'ichəlē, -li\ adv : in an itchy manner : NERVOUSLY, RESTLESSLY ⟨holding it ~, as if it were a snake —Time⟩

itch·i·ness \-chēnəs, -chin-\ n -ES : the quality or state of being itchy

1itching adj [fr. pres. part. of 2itch] : that itches: a : having, producing, or marked by an uneasy sensation in the skin ⟨bothered with an ~ back⟩ ⟨an ~ skin eruption⟩ b (1) : having or marked by a restless desire or craving or longing for something ⟨always glad to cater to her ~ public⟩ (2) : restlessly or insatiably seeking after what is novel and different ⟨the time is coming when people will not endure sound teaching, but having ~ ears they will accumulate for themselves teachers to suit their own likings —2 Tim 4:3 (RSV)⟩ (3) : restlessly or insatiably seeking after acquisitions esp. money : AVARICIOUS ⟨had ~ fingers always ready for a bribe⟩ ⟨an ~ palm⟩ c : having or marked by a restless inclination toward or predisposition to something : impatiently eager ⟨~ anxiety —G.M.Trevelyan⟩ ⟨an ~ impulse —B.A.Williams⟩; specif : restlessly disposed to travel about and not to remain long in any one place ⟨born . . . with an ~ foot, he started drifting down through the cattle ranges —W.C.Tuttle⟩ ⟨having had ~ feet in his journalistic days, he had at least six different home towns —Volta Torrey⟩ d : being in a restless ferment : SEETHING, STEWING ⟨~ adolescents⟩

2itching n -s [ME icchinge, yicching, fr. gerund of icchen, yicchen to itch — more at ITCH] : ITCH 1a, 2

itch mite n 1 : any of several minute parasitic mites that burrow into the skin of man and animals and cause itch; esp : a mite of any of several varieties of a species (Sarcoptes scabiei) that causes the itch, is about 1/60 of an inch long, and has a round-ovate body and three-jointed legs and mandibles resembling minute needles 2 Austral : CHIGGER

itchweed \'ₑ,ₑ\ n : a white hellebore (Veratrum album) of Europe

itchwood \'ₑ,ₑ\ also itchwood tree n : a tree (Semecarpus vitiensis) of the Pacific islands with an irritant milky juice

itchy \'ichē, -chi\ adj, usu -ER/-EST 1 : ITCHING: as a : having, affected by, or resembling an itch or the itch ⟨dirty ~ vagabonds⟩ ⟨an ~ disease⟩ b : that causes or tends to cause itching ⟨an ~ sweater⟩ ⟨the thermometer leaped in a day from wind-bitten chill to ~ warmth —Sinclair Lewis⟩ c (1) : filled with restless desire or longing or craving for something ⟨fresh out of high school and ~ for excitement —Time⟩ (2) : restlessly craving sensual esp. sexual gratification : LUSTING, PRURIENT ⟨~ young profligates⟩ d : restlessly or compulsively driven toward action : impatiently eager ⟨an ~ reformer —W.L.Sullivan⟩ ⟨when some local rifleman shows evidence of an ~ trigger finger —Horace Sutton⟩ 2 : nervously restless : JUMPY, RESTIVE ⟨gets ~ if you're not around⟩

1-ite \,īt, usu ,īd·+V\ n suffix -s [ME, fr. OF & L; OF, fr. L -ita, -ites, fr. Gk -itēs (n. & adj. suffix)] 1 a : native : inhabitant : resident ⟨Gothamite⟩ ⟨Brooklynite⟩ ⟨New Hampshirite⟩ : occupant : dweller ⟨flatite⟩ ⟨trailerite⟩ b : descendant : offspring ⟨Adamite⟩ c (1) : adherent : follower : supporter ⟨Jacobite⟩ : advocate ⟨Darwinite⟩ : devotee ⟨Browningite⟩ (2) : member of a (specified) group or organization or movement ⟨Puseyite⟩ 2 a (1) : substance produced through some (specified) process ⟨anabolite⟩ ⟨catabolite⟩ (2) : commercially manufactured product ⟨ebonite⟩ ⟨lyddite⟩ ⟨vulcanite⟩ b : -ITOL — esp. in commercial names ⟨dulcite⟩ 3 [NL -ites, fr. L] : fossil ⟨corallite⟩ ⟨filicite⟩ 4 : mineral ⟨erythrite⟩ : rock ⟨chromitite⟩ 5 [F, fr. L -ita, -ites] : segment or constituent part of a body or of a bodily part ⟨somite⟩ ⟨dendrite⟩

2-ite \"\ n suffix -s [F, alter. of -ate (fr. NL -atum) — more at -ATE] : salt or ester of an acid with a name ending in -ous ⟨nitrite⟩ ⟨sulfite⟩

itea \'id·ēə, 'īd··\ n [NL, fr. Gk, willow — more at WITHY] 1 cap : a genus of shrubs (family Saxifragaceae) having racemes of small white flowers with linear petals and a 2-valved capsular fruit — see VIRGINIA WILLOW 2 -s : any plant of the genus Itea

1item \'īd·əm, 'ītəm, 'ī,tem\ adv [ME, fr. L, fr. ita thus, prob. after L idit, that: idem the same — more at ITERATE] 1 : and in addition : LIKEWISE, ALSO — used to introduce and call special attention to a new fact or particular or statement ⟨a length of chain, ~ a hook —Philip Guedalla⟩ 2 a — used to introduce and call special attention to an initial statement and to each of the new statements that follow that are viewed as forming a related series with the initial statement b — used to introduce and call special attention to a single statement that is not viewed as one of a related series c — used (1) to introduce and signalize an initial particular or detail and each of the new particulars or details that follow that are viewed as forming a related group with the initial particular or detail or (2) to introduce and signalize each individual thing (as an article of household goods, an article of apparel, an object in an art collection, a book in a library) belonging to an aggregate of individual things that are being listed one after the other in an enumeration (as an inventory or similar list)

2item \'īd·əm, 'ītəm\ n -s [ME, fr. item (adv.), fr. L] 1 a obs : an admonition or warning b now dial : HINT, INTIMATION, INKLING 2 a (1) : an individual particular or detail singled out from a group of related particulars or details ⟨support him down to the ~ —Time⟩; esp : a small or tiny detail ⟨a courteous writer will stop short of rubbing into our minds the last ~ of all that he means —C.B.Montague⟩ (2) : a detail of information : piece of information ⟨gave names and addresses and other relevant ~s⟩ (3) : an individualizing or distinguishing mark or part or quality or characteristic ⟨an ~ of his customary appearance —Bernard DeVoto⟩ : FEATURE ⟨carefully studied each ~ in the landscape⟩ ⟨more than one ~ in the decorative features of the room was highly original⟩ : TRAIT ⟨he was pleased by every unlikeness to things American, by every ~ he could hail as characteristic —H.G.Wells⟩ ⟨inherited ~s from both ancestral lines, whether hair color or intelligence —Ruth Benedict⟩ b (1) : an individual thing (as an article of household goods, an article of apparel, an object in an art collection, a book in a library) singled out from an aggregate of individual things (as those being enumerated in a bill or inventory or similar list) ⟨was charged for three ~s⟩ ⟨glanced at each ~ in the list⟩ : individual object : ARTICLE ⟨cherished ~s of Americana —Jerome Weidman⟩ (2) : something singled out from a specified or implied category of things of the same kind ⟨bread, meat, and other food ~s⟩ ⟨an important ~ of international trade⟩ ⟨various ~s of clothing⟩ ⟨thousands of ~s of mail⟩ (3) : a thing of a particular class or kind as contrasted with a related thing of another class or kind ⟨the real ~ in the series —H.J.Laski⟩ (4) : something produced by manufacturing or manual labor or in some other way : a piece of goods : PRODUCT, COMMODITY ⟨a fast-selling ~⟩ ⟨marketing a variety of ~s⟩ ⟨where only a very few ~s are sold in bulk —A.S.Igleheart⟩ (5) : a check or draft or other financial instrument c (1) : a film or stage presentation or similar production : SHOW ⟨a bright new ~ on Broadway⟩ ⟨had seen this ~ brilliantly danced —Winthrop Sargeant⟩ (2) : one of the parts of such a production ⟨the main ~ of the show was to be a program of native dances —Ursula G. Bower⟩ d Brit : a selection of instrumental or sung music : musical selection : piece of music ⟨before even the first ~ is played listeners are relaxed and receptive —Clifford Lawson-Reece⟩ 3 a : an object of attention or concern or interest to a specified degree ⟨an ~ of great importance⟩ or in a specified field ⟨an essential ~ for every home⟩ or to a specified individual ⟨excellent pictures add to the value of this book as a shipman's ~ —George Horne b. 1902⟩ ⟨an ~ of historical interest to the collector —Edith Diehl⟩ — compare COLLECTOR'S ITEM b : one of usu. two or more points of discussion or consideration : TOPIC, SUBJECT, MATTER ⟨there was one more ~ he wanted to speak about⟩ ⟨the index of the book listed all ~s covered⟩ ⟨added another ~ to the agenda⟩ 4 a (1) : something that forms a contributory or component part or section of something specified ⟨mentioned a separate ~ of income⟩ ⟨obliteration of religion as an ~ of state policy —Hartzell Spence⟩ (2) : one of the elements or circumstances or influences that contributes to producing an indicated result : FACTOR ⟨a major ~ of school expense⟩ (3) : a subdivision of a cultural trait : a particular cultural factor or small group of such factors b : something usu. written down that forms part of a larger whole: as (1) : one of a series of separate listings (as each of the separate details given in a statement of charges for goods ordered or as each of the separate credits or debits detailed in a book of account) : ENTRY (2) : a brief line (as a remark, observation, comment) or a paragraph or two having a largely self-contained theme or subject and forming a contributory part of a more extensive piece of writing (as a newspaper column, diary, journal) (3) : a brief news bulletin or news report : a brief piece of news ⟨one ~ of news reached him after another, each more harassing than the one before —C.S.Forester⟩ (4) : a piece of writing (as an article, story, poem) usu. relatively short in length that forms a contributory part of a longer work (as an anthology, reference book, periodical) ⟨contributed a couple of ~s to the magazine⟩ (5) : a subordinate provision : CLAUSE ⟨may also veto ~s of proposed legislation and accept the parts of which they approve —A.N.Christensen⟩ c (1) : a unit of measurement (as a question, statement) in a test or scale (as of mental aptitude) (2) : a unit of correlated information (as the data indicated on a business punch card) about an individual person or thing 5 a : something unspecified : an indeterminate thing ⟨her shopping bag was loaded with miscellaneous ~s she had bought⟩ b : something routine in a group of routine things : a run-of-the-mill thing ⟨just one more ~ in a busy day⟩ ⟨is an event, not a mere ~ in the year's publishing list —D.W.Brogan⟩

syn ITEM, DETAIL, and PARTICULAR can signify one of the things, either separate and distinct or considered so, that constitute a whole. ITEM applies chiefly to each thing in a list of things or in a group of things that lend themselves to listing ⟨an item in a laundry list⟩ ⟨each item of income⟩ ⟨an item in an inventory⟩ ⟨the first item confronting the mason in the building of footings and foundations for a new building is the excavation —J.R.Dalzell⟩ DETAIL in this connection applies to each separate thing which enters into the building, form, or construction of something as a house, a painting, narrative, or operation ⟨details of the building's architecture⟩ ⟨the details of modern life which pass daily under our eyes —Matthew Arnold⟩ ⟨the details of my employment —Mary W. Shelley⟩ ⟨a painter's fine execution of details⟩ PARTICULAR in this connection implies a relationship with any whole and stresses that relationship more than ITEM or DETAIL, emphasizing the smallness, singleness, and concreteness of each item or detail in the whole ⟨we know nothing of their language, and only . . . minor particulars of their social customs and religion —R.W. Murray⟩ ⟨the real question is what is the world . . . and that can be revealed only by the study of all nature's particulars —William James⟩ ⟨things are necessary or probable in kinds or species not simply as particulars —John Dewey⟩

3item \"\ vt -ED/-ING/-S 1 archaic : to figure up : COMPUTE, RECKON 2 archaic : to set down the particular details of : make a note or memorandum of

4item \"\ usu cap — a communications code word for the letter i

iteming n -s [prob. fr. E dial. iteming (taken as pres. part.) trifling, fidgeting, fr. 2item + -ing] dial Eng : lack of earnestness : FRIVOLITY

item·iza·tion \,īd·əmə'zāshən, ,ītə-, -,mī'z-\ n -s : the action of itemizing

item·ize \'ₑₑ,mīz\ vt -ED/-ING/-S see -ize in Explan Notes [2item + -ize] 1 a (1) : to set down item by item : analyze or arrange or present item by item ⟨itemizing the cost⟩ ⟨itemized all expenses⟩ (2) : to specify the separate items of : list each item of ⟨itemized their contributions to charity⟩ b : to make due note of as an item : list as an item ⟨must ~ each piece of property —R.B.Gehman⟩ 2 : to note or state the separate particulars or details of item by item ⟨itemized in a glowing eulogy his contribution to science⟩ — item·iz·er \-zə(r)\ n -s

itemized adj : arranged or presented with each item listed and detailed ⟨asked for an ~ bill⟩ ⟨an ~ account⟩ syn see CIRCUMSTANTIAL

item veto n : power of an executive (as a governor) to veto separate items of a bill (as an appropriation bill) without vetoing the entire bill

iter \'ī,te(ə)r, 'ī,-\ n -s see sense 2 [L, journey, way, passage, right of way, fr. ire to go — more at ISSUE] 1 [ML, fr. L] : EYRE 2 pl iti·nera \ə'tinərə, ī'-\ or iters a : an ancient Roman road b Roman law : the right to pass over another's land on foot or by horseback — compare ACTUS 3 : an anatomical passage; specif : AQUEDUCT OF SYLVIUS

it·er·ance \'id·ərən(t)s, 'itər-\ n -s [iterate + -ance (prob. after utterance)] : REPETITION, REITERATION, REPETITIOUSNESS, RECURRENCE

it·er·an·cy \-nsē,-nsi\ n -ES : the quality of being iterant : REPETITION, REITERATION, REPETITIOUSNESS, RECURRENCE

it·er·ant \-nt\ adj [L iterant-, iterans, pres. part. of iterare] : marked by repetition or reiteration or by repetitiousness or recurrence ⟨~ echoes⟩

it·er·ate \-ə,rāt, usu -ād·+V\ vt -ED/-ING/-S [L iteratus, past part. of iterare to iterate, fr. iterum again, anew; akin to L is he, that, ita thus, Skt itara the other, iti thus] : REITERATE ⟨iterated his complaint⟩ syn see REPEAT

iterated integral n : an integral of a function of several variables that is evaluated by finding the definite integral with respect to one variable and then the definite integral of the result with respect to the second and so continuing until the desired accuracy is achieved

it·er·a·tion \,ₑₑ'rāshən\ n -s [ME iteracioun, fr. L iteration-, iteratio, fr. iteratus (past part.) + -ion-, -io -ion] : the action of repeating or reiterating : REPETITION, REITERATION ⟨constant ~ of the theme of a world out of joint —R.C.Carpenter⟩

1it·er·a·tive \'ₑₑ,rā|d·|iv, ,rə|, |t|, |ēv also |əv\ adj [MF iteratif, fr. LL iterativus frequentative, fr. L iteratus (past part.) + -ivus -ive] 1 : marked by or involving repetition or reiteration or repetitiousness or recurrence ⟨~ methods⟩ ⟨~ poetic imagery⟩ 2 : serving or tending to repeat; specif, of a verb form or aspect : expressing repetition of an action — compare FREQUENTATIVE, REDUPLICATIVE — it·er·a·tive·ly \|əvlē, -li\ adv — it·er·a·tive·ness \|ivnəs, |ēv- also |əv-\ n -ES

2iterative \"\ n -s : a word expressing repetition of an action

1-i·tes \'īd·(,)ēz, 'ī(,)tēz\ n suffix, pl -ites [NL — more at 1-ITE] : organism or fossil like (a specified group) or from (an indicated place) — chiefly in generic names usu. of fossils ⟨Agavites⟩ ⟨Malayites⟩

2-ites pl of -ITIS

ith·a·gine \'ithə,jīn\ n -s [NL Ithaginis] : BLOOD PHEASANT

ithag·i·nis \ə'thajənəs\ n, cap [NL, irreg. fr. Gk ithagenēs legitimate, aboriginal] : a genus consisting of the blood pheasants

1ith·er \'ithə(r)\ dial Brit var of OTHER

2ither \"\ dial Brit var of EITHER

ithu·ri·el's spear \ə'th(y)ürēəlz-\ n, usu cap I [so called fr. the phrase Ithuriel with his spear in Paradise Lost (4:810) by John Milton †1674, Eng. poet] : GRASSNUT 2

1ithy·phal·lic \,ithə'falik\ n -s [LL ithyphallicus, adj.] 1 : a piece of verse having an ithyphallic meter 2 : an obscene piece of verse

2ithyphallic \ₑₑ'ₑₑ\ adj [LL ithyphallicus, fr. Gk ithyphallikos, fr. ithyphallos phallus + -ikos -ic] 1 a : having a meter typically used in hymns sung at ancient festivals honoring the Greek and Roman god of revelry Bacchus ⟨written in ~ verse⟩; specif : having the meter of a trochaic dimeter brachycatalectic (–◡–◡––) b (1) : of or relating to festivals anciently celebrated in honor of Bacchus ⟨~ processions⟩ (2) : of or relating to the phallus carried in processions held during these festivals 2 a : having an erect or tumid penis — usu. used of figures in an art representation (as a statue or drawing) ⟨the curious and enigmatical semidisguised human figures are ~ —G.Baldwin Brown⟩ ⟨sketches of ~ bulls⟩ b (1) : LUSTFUL (2) : OBSCENE

ithy·phal·lus \,ₑₑ'faləs\ [NL, fr. Gk ithyphallos phallus, erect penis, fr. ithys straight + phallos penis; akin to Skt sādhati he comes to his goal — more at BLOW] syn of PHALLUS

-it·ic \'id·|ik, |it|, |ēk\ adj suffix [F -itique, fr. MF, fr. L -iticus, fr. Gk -itikos, fr. -itis (n. & adj. suffix) + -ikos -ic] : of, resembling, or marked by — in adjectives formed from nouns usu. ending in -ite ⟨dendritic⟩ and -itis ⟨bronchitic⟩ and sometimes from other nouns ⟨dactylitic⟩

-itides pl of -ITIS

itie \'id·ē, 'ī,tī\ n -s usu cap [by alter. and shortening] : ITALIAN — usu. used disparagingly

-ities pl of -ITY

itinera pl of ITER

itin·er·a·cy \ī'tin(ə)rəsē, -si also ə't-\ n -ES [2itinerate + -cy] : ITINERANCY

itin·er·an·cy \-rənsē, -si\ n -ES 1 a (1) : the action of itinerating ⟨preached to many people in the course of his ~⟩ (2) : the condition of being itinerant ⟨the ~ of a medieval minstrel⟩ b : a system (as in the Methodist Church) of rotating ministers who itinerate ⟨features of the episcopacy and the ~ —F.S. Mead⟩ 2 a : official work or duty that involves traveling about from place to place (as in covering a preaching circuit) ⟨returned to the ~ —J.W.Johnston⟩ b : a group of persons (as preachers, judges) having such work or duty ⟨a member of the ~⟩

1itin·er·ant \-rənt\ adj [LL itinerant-, itinerans, pres. part. of itinerari to journey, fr. L itiner-, iter journey — more at ITER] 1 : that travels about from place to place ⟨an ~ agricultural worker⟩ ⟨an ~ theatrical troupe⟩; esp : that travels about in covering a circuit ⟨an ~ preacher⟩ 2 : marked by itinerancy ⟨lived an ~ life⟩ ⟨the ~ ministry⟩ : given or done or held in the course of traveling about from place to place ⟨~ discourses⟩ ⟨~ teaching⟩ ⟨~ sketching⟩ ⟨~ tent meetings⟩ — itin·er·ant·ly adv

2itinerant \"\ n -s : one that travels about from place to place; esp : one that travels about in covering a circuit

itin·er·ar·i·um \(,)ī,tinə'ra(a)rēəm, ə,t-\ or itinerary n, pl itineraria or itinerariums or itineraries [ML itinerarium (also, account of a journey, itinerary), fr. LL] : a prayer given in the Roman Catholic breviary that is used for a person who is about to travel

1itin·er·ary \ī'tinə,rerē, -,reri also ə't- or -nərē or -nəri\ n -ES [ME itinerarie, fr. LL itinerarium, neut. of itinerarius of a journey, itinerary] 1 a (1) : a course of travel : route of a journey or tour or trip ⟨an ~ that took them through Canada⟩ (2) : an official or royal tour or circuit or visitation : PROGRESS ⟨when Queen Elizabeth I made one of her periodical itineraries of Kent —Richard Church⟩ b : a plan or outline of a prospective route to be followed in the course of traveling or touring : sketch of the prospective course of a journey or trip ⟨discussed their ~ before leaving⟩ 2 a : a travel account : record of a journey or tour or trip : travel diary ⟨wrote the ~ in the course of the expedition⟩ b : a guidebook with information designed for travelers or tourists : ROADBOOK ⟨a helpful ~⟩ 3 archaic : ITINERANT

2itinerary \"\ adj [LL itinerarius, fr. L itiner-, iter journey + -arius -ary] 1 : of or relating to traveling or journeying or touring; specif : of or relating to routes or roads followed in traveling or journeying or touring ⟨the ~ system developed by the ancient Romans⟩ 2 archaic : ITINERANT

1itin·er·ate \ī'tinə,rāt also ə't-; usu -ād·+V\ vb -ED/-ING/-S [LL itineratus, past part. of itinerari to journey — more at ITINERANT] vi : to travel about from place to place; esp : to travel about in covering a circuit ⟨itinerating missionaries⟩ ⟨itinerating judges⟩ ~ vt, archaic : to travel through : TRAVERSE ⟨~ the country —G.F.Townsend⟩ — itin·er·a·tion \(,)ī,tinə'rāshən also ə,t-\ n -s

2itin·er·ate \-,rət, -,rāt\ adj [LL itineratus (past part.)] : ITINERANT ⟨~ newspapermen —Turner Catledge⟩

Case 3:06-cv-02361-WHA Document 89-10 Filed 11/15/2006 Page 4 of 12

**li·ri·o·pe** \lə'rīə(,)pē\ *n, cap* [NL, after *Liriope*, a nymph in Roman mythology] : a genus of stoloniferous scapose grass-leaved herbs (family Liliaceae) with short thick rhizomes and small whitish or blue or violet flowers in racemes or spikes and with a superior ovary — see LILYTURF

**lir·i·pipe** \'lirə,pīp\ *also* **lir·i·poop** \-,püp\ *n* [ML *liripipium*] **1** : a very long tippet orig. an extension of the peak of a hood and later attached to a medieval chaperon or forming part of the old clerical and academic dress **2** *obs* : something (as a lesson, a role) to be learned

[1]**lirk** \'lirk\ *n* -s [ME (northern dial.) *lerk*] *Scot* : WRINKLE

[2]**lirk** \"\ *vb* -ED/-ING/-S *Scot* : WRINKLE

**li·roc·o·nite** \lī'räkə,nīt\ *n* -s [F, fr. Gk *leiros* resembling a lily, delicate (fr. *leirion* lily) + *konis* powder (fr. *konis* dust) + F *-ite* — more at LILY, INCINERATE] : a basic hydrous aluminum copper arsenate $Cu_2Al(AsO_4)(OH)_4.4H_2O$ occurring in monoclinic crystals of a sky-blue or verdigris-green color (hardness 2–2.5, sp. gr. 2.88–2.99)

[1]**lis** \'lēs\ *n, pl* **lis** *or* **lisses** [F, lit., lily, fr. OF, fr. pl. of (assumed) *lil*, fr. L *lilium* — more at LILY] : FLEUR-DE-LIS

[2]**lis** *var of* LISS

[3]**lis** *pl of* LI

**li·sa** \'lēsə\ *n* -s [Sp, fr. OSp *liça*] **1** : either of two gray mullets (*Mugil cephalus* or *M. curema*) of the tropical western Atlantic highly regarded as table fishes **2** *also* **lisa fran·ce·sa** \-fran'sāsə\ [*lisa francesa* fr. Sp, lit., French lisa] : TENPOUNDER 1

**li·saw** \'lē,sȯ\ *also* **li·shaw** \,shȯ\ *n, pl* **lisaw** *or* **lisaws** *usu cap* : LISU

**lis·bon** \'lizbən\ *adj, usu cap* [fr. *Lisbon*, Portugal] : of or from Lisbon, the capital of Portugal : of the kind or style prevalent in Lisbon

**lis·e·ran purple** \'lizərən-\ *n* [*liseran* prob. by shortening & alter. fr. *alizarin*] : a strong reddish purple that is bluer, lighter, and stronger than average fuchsia purple and redder and paler than purple orchid or phlox purple

**lish** \'lish\ *adj* [origin unknown] *dial Brit* : lithe and quick : NIMBLE

**li·si** \'lēsē\ *n* -s [native name in the Solomon islands] : a Solomon islands canoe built of planks and with a high upturned stem and stern

**lisk** \'lisk\ *n* -s [ME *leske*, of Scand origin; akin to ON *ljóski* groin, OSw & ODan *ljuske*; akin to OE *lēosca* groin, MLG *lēsche* groin, MD *liese* thin skin, G dial. (Switzerland) *lösch* loose, OE *losian* to get lost — more at LOSE] *dial Brit* : GROIN

**lis·keard·ite** \li'skär,dīt, -kȧ,d-\ *n* -s [*Liskeard*, town in Cornwall, England, its locality + E *-ite*] : a mineral $(Al, Fe)_3(AsO_4)(OH)_6.5H_2O$ consisting of a basic hydrous arsenate of aluminum and iron

**lisle** \'līl, *esp before pause or consonant* 'līəl\ *or* **lisle thread** *n* -s [fr. *Lisle* (now *Lille*), France, where it was first manufactured] : a smooth tightly twisted thread usu. made in two or more plies of long-staple cotton and used chiefly in making hosiery, underwear, and gloves

[1]**lisp** \'lisp *sometimes in mockery* 'lithp\ *vb* -ED/-ING/-S [ME *wlispen, lispen*, fr. OE *-wlyspian*; akin to MD & MHG *lispen* to speak unclearly, stammer, stutter, lisp, Norw dial. *leispa*, Sw *läspa*] *vi* **1 a** : to pronounce the sibilants *s* and *z* imperfectly esp. by giving them the sound of *th* ⟨imperfect adjustment of the organs of speech causes children to ~⟩ ⟨some people ~ when they first wear an upper denture —H.E. Kessler⟩ **b** : to speak falteringly or with a lisp ⟨look you ~, and wear strange suits —Shak.⟩ ⟨children often ~ when they first learn to talk⟩ **2** : to make a sound resembling a lisp ⟨bits of dirty newspaper ~*ed* along —Elizabeth Taylor⟩ ~ *vt* : to utter falteringly or with a lisp ⟨at his mother's knee first ~*s* his ABC's⟩ ⟨*l* is ~*ed* for the *r* which the baby can't pronounce —E.C.Smith⟩ ⟨demurely lowers her eyes and ~*s* a soft reply⟩

[2]**lisp** \"\ *n* -s **1** : a speech defect or affectation characterized by the imperfect pronunciation of sibilants, esp. the substitution of interdental sounds : act of lisping ⟨spoke with an engaging ~ —Charles Dickens⟩ **2** : a sound resembling a lisp ⟨the rhythmic ~ of sandal straps —L.C.Douglas⟩

**lis pen·dens** \'lis'pen,denz\ *n* [L] **1** : a pending lawsuit **2** : a written notice usu. required by law to be recorded in a public registry office of a pending lawsuit identifying the principals, the court, and the specific property in controversy **3** : the legal doctrine that one dealing with or purchasing an interest in property involved in pending litigation with actual or constructive knowledge of the existence of that litigation is subject to all the rights of others adjudicated in that litigation

**lisp·er** \'lispə(r); *see pronunc at* LISP\ *n* -s [ME *lyspare*, fr. *lispen* to lisp + *-are* -er] : one that lisps

[1]**lisp·ing** \-piŋ\ *n* -s [ME, fr. gerund of *lispen* to lisp] **1** : defective pronunciation of sibilants (interdental ~) **2** : [2]LISP 2 ⟨the first ~*s* of Greek art —Florence Simmonds⟩ ⟨low ~*s* of the summer rain —H.W.Longfellow⟩

[2]**lisping** *adj* [fr. pres. part. of [1]*lisp*] : characterized by a lisp or lisping — **lisp·ing·ly** *adv*

**lis·pund** \'lispənd\ *or* **lis·pound** \-,paund, -,pənd\ *n* -s [LG *lispund*, fr. MLG *lispunt, livespunt*, fr. *lis, lives* Livonian + *punt* pound; akin to OHG *phunt* pound — more at POUND] : any of various units of weight of the Shetland and Orkney islands varying from 12 to 30 or more pounds

**liss** *or* **lis** \'lis\ *n, pl* **lisses** [IrGael *lios*, fr. MIr *liss, less*; akin to W *llys* court] : an ancient Irish fortification or storage place enclosed by a circular mound or trench or both

**liss-** *or* **lisso-** *comb form* [NL, fr. Gk *lissos, lispos, lisphos*; prob. akin to OE *līm* lime — more at LIME] : smooth ⟨*Lissencephalous*⟩ ⟨*Lissoflagellata*⟩

**lis·sa·jous figure** \'lēsə,zhü-\ *also* **lissajous curve** *n, usu cap L* [after Jules A. *Lissajous* †1880 Fr. physicist] : any of an infinite variety of curves formed by combining two mutually perpendicular simple harmonic motions, commonly exhibited by the oscilloscope, and used in studying frequency, amplitude, and phase relations of harmonic variables

**lis·sam·phib·ia** \,li,sam'fibēə\ *n pl, cap* [NL, fr. *liss-* + *Amphibia*] : a primary division of smooth-skinned amphibians comprising the existing orders — compare STEGOCEPHALIA

**lis·sau·er's tract** \'li,saüə(r)z-\ *n, usu cap L* [after Heinrich *Lissauer* †1891 Ger. neurologist] : a slender column of white matter between the dorsal gray column and the periphery of the spinal cord

**lisse** \'lēs\ *n* -s [F *lice, lisse* heddle, warp, lisse, fr. L *licia*, pl. of *licium* thread, thrum] : a silk gauze used for dresses and trimmings

**lis·sen·ceph·a·la** \,li(,)sen'sefələ, ,sən-, -s'n-\ *n pl, cap* [NL, fr. *liss-* + *-encephala* (fr. Gk *enkephalos* brain) — more at ENCEPHAL-] *in some classifications* : eutherian mammals having a brain with few or no cerebral convolutions and including the edentates, bats, insectivores, and rodents

**lis·sen·cephalic** \,li(,)sensə'falik, -lēk\ *or* **lis·sen·ceph·a·lous** \-(,)sen'sefələs, -,sən-, -s'n-\ *adj* [*liss-* + *encephalic, -encephalous*] **1** : having a smooth cerebrum without convolutions **2** [NL *Lissencephala* + E *-ic* or *-ous*] : of or relating to the Lissencephala — **lis·sen·ceph·a·ly** \,ₛ(,)ₛ'sefəlē\ *n*

**lisses** *pl of* LIS

**lis·so·flagellata** \,lisō+\ *n pl, cap* [NL, fr. *liss-* + *Flagellata*] *in some esp former classifications* : an order or other major division of Mastigophora comprising all the flagellates that lack a protoplasmic collar — compare CHOANOFLAGELLATA — **lis·so·flagellate** \"+\ *n* -s

[1]**lis·some** *also* **lis·som** \'lisəm\ *adj* [alter. of *lithesome*] **1** : easily flexed : SLENDER, LITHE, LIMBER ⟨~ girl⟩ ⟨as ~ as a hazel wand —Alfred Tennyson⟩ **2** : quick and light in action : NIMBLE ⟨~ grace of the cat tribe —James Stevenson-Hamilton⟩ **syn** see SUPPLE

[2]**lis·some** \'lisəm\ *adv* : in a lissome manner : SUPPLELY, NIMBLY ⟨*lissome*-swaying hips —Ednah P. Hayes⟩

**lis·some·ness** *n* -ES : the quality or state of being lissome

**lis·sot·ri·chi** \li'sä·trə,chī\ [NL, fr. *liss-* + *-trichi*] *syn of* LEIOTRICHI

**lis·sot·ri·chous** \-kəs\ *adj* [*liss-* + *-trichous*] : LEIOTRICHOUS

**lis·sot·ri·chy** \-kē\ *n* -ES [*liss-* + *-trichy*] : the racial characteristic of having straight hair

**lissu** *usu cap, var of* LISU

[1]**list** \'list\ *vb* **listed** *or* **list**; **listed** *or* **list**; **listing**; **lists** [ME *lusten, lysten, listen*, fr. OE *lystan*; akin to OS *lustian* to desire, long for, OHG *lusten*, ON *lysta*; causative-denominatives fr. the root of E [1]*lust*] *vt* : to give pleasure to : GRATIFY, SUIT ⟨could have my being while it ~*ed* me —W.J.Locke⟩ ~ *vi* : to have a desire or inclination : CHOOSE, WISH ⟨allowed that mind of mine to stray thereafter as it ~*ed* —Rafael Sabatini⟩

[2]**list** \"\ *n* -s [ME, prob. fr. *listen*, v.] **1** *archaic* : INCLINATION, CRAVING, DESIRE ⟨which I have neither ~ nor leisure to recount —Thomas Fuller⟩ **2** *archaic* : personal inclination : WILL ⟨by the law of the land, and not the arbitrary ~ . . . of any man living —Edmund Hickeringill⟩

[3]**list** \"\ *vb* **listed** *or* **list**; **listed** *or* **list**; **listing**; **lists** [ME *listen*, fr. OE *hlystan* — more at LISTEN] *vi* : to give ear : LISTEN ⟨she talks and I am fain to ~ —Robert Frost⟩ ~ *vt, archaic* : to listen to : HEAR ⟨teach your ears to ~ me with more heed —Shak.⟩

[4]**list** \"\ *n* -s [ME *liste, list*, fr. OE *līste*; akin to MLG *līste* edge, border, OHG *līsta*, Alb *leth* edge, bank, border] **1 a** *obs* : a strip of cloth ⟨gartered with a red and blue ~ —Shak.⟩ **b** : a band or strip of any material; *esp* : a narrow strip of wood cut from the edge of a plank or board **c** : LISTEL **d** *archaic* : LISTER RIDGE **e** (1) : the first thin coat of tin applied in the manufacture of tin plate (2) : a rim of tin left on an edge of tin plate after it is coated **2 lists** *pl but sing or pl in constr* [influenced in meaning by MF *lice* lists, of Gmc origin; akin to OHG *lista* edge, border] **a** : a tilting arena or the palisade enclosing it ⟨give proof of your knightly worth in the ~*s* tomorrow —Rafael Sabatini⟩ **b** : an arena for any kind of combat ⟨entered the ~*s* against the bull —Frank Yerby⟩ **c** : a controversy or field of competition ⟨enter the ~*s* . . . for or against practical programs of population resettlement —Ethel Albert⟩ ⟨a thick skin and a ready wit make him a good candidate for the political ~*s*⟩ ⟨one of Ireland's major industries . . . has now entered the dollar-earning ~*s* —B.M.Woolf⟩ **3** *obs* **a** : a line marking a limit or extent : BOUNDARY ⟨the very ~, the very utmost bound of all our purposes —Shak.⟩ **b** : a railing or railed enclosure esp. used as an exercising ground ⟨a ~ to ride horses in, much frequented by the gallants in summer —John Evelyn⟩ **4 a** *chiefly Brit* : a strip forming the edge of a woven fabric : SELVAGE ⟨pieces having tightly woven ~*s* which curl badly should be sewn together . . . and dyed in tubular form —C.M.Whittaker & C.C.Wilcock⟩ **b** *archaic* : a material resembling selvage ⟨have had ~ nailed round my doors, and stopping every crack —Mary Delany⟩ **5** : a streak of color : STRIPE ⟨a hackle with a blue or dun ~ —J.E.Leisenring⟩; *specif* : a dark stripe along the midline of a horse's back

[5]**list** \"\ *vt* **listed** *or* **list**; **listed** *or* **list**; **listing**; **lists** [ME *listen*, fr. *liste, list*, n.] **1** *obs* : to put a border around : EDGE **2** : to cut away a narrow strip (as sapwood) from the edge of (staves, air-dried and ~*ed* —F.P.Hankerson) **3 a** : to prepare (land) for a crop or check (soil) from blowing by making ridges and furrows with a lister — compare LISTING 2 **b** : to plant (a field) with a lister

[6]**list** \"\ *n* -s [F *liste*, fr. MF, group of people, roster, fr. OIt *lista* band, stripe, row, group, roster, of Gmc origin; akin to OHG *lista* edge, border — more at [4]LIST] **1 a** : a simple series of words or numerals (as the names of persons or objects) ⟨guest ~⟩ ⟨grocery ~⟩ ⟨there were 109 publications . . . but the casualty ~ was long, too —*Amer. Guide Series: Wash.*⟩; *specif* : an official roster : ROLL ⟨drawing up a ~ for . . . party nomination —Richard Scammon⟩ — compare ACTIVE LIST, BLACKLIST, RETIRED LIST **b** : INDEX, CATALOG, CHECKLIST ⟨the card catalog in a library . . . is used mainly as a finding ~ —Saul Herner⟩ ⟨the . . . disc jumped to the top of the hit ~ in ten days —R.G.Hubler⟩ ⟨the publisher added the book to his fall ~⟩ ⟨put eggs on the shopping ~⟩ ⟨check the ~ of qualifications for a job⟩ **c** : the total number to be considered or included ⟨among the essentials of true democracy, responsible citizenship comes high on the ~⟩ ⟨added spelling reform to the ~ of his interests —W.B.Shaw & E.S.Bates⟩ **2** : a record of individual holdings of real and personal property subject to taxation ⟨tax the grand ~ a definite percentage . . . for school revenue —*Amer. Guide Series: Vt.*⟩ **3** : the total register of securities admitted to trading on a stock exchange ⟨there were many . . . strong individual stocks in the ~ —*Springfield (Mass.) Union*⟩ **4** : LIST PRICE ⟨set your own ~, take a big markup and still undersell the field —*Office Appliances*⟩

[7]**list** \"\ *vb* -ED/-ING/-S *vt* **1 a** : to make a list of : ENUMERATE ⟨~ five reasons why you enjoyed the book⟩ ⟨it is now possible . . . to ~ all the amino acids necessary —*Americana Annual*⟩ ⟨~ the specialized agencies of the United Nations⟩ **b** : to include on a list : REGISTER, RECORD: as (1) : to enter (taxable property) on an official list (2) : to enter (a stock or other security) in the list of those officially admitted to dealings on the exchange (3) : to place (property) in the hands of a real-estate agent for sale or rent (4) : to enter in a price list **c** : to declare to be : GIVE ⟨increased confidence . . . was ~*ed* as a reason for the increase in spending —*Dun's Rev.*⟩ ⟨twenty-four books . . . two of them ~*ed* as essential library acquisitions —Anthony Boucher⟩ **d** : to put in writing : SHOW ⟨the only membership he ~*s* is in a professional society⟩ **2 a** *obs* : to put into a category : CLASSIFY ⟨virtues are ~*ed* in the rank of invisible things —Thomas Traherne⟩ **b** : to put (oneself) down — used with *as* ⟨~*s* himself as a political liberal⟩ **3** *archaic* : to recruit or appoint into or as if into military service ⟨will ~ you for my soldier —Sir Walter Scott⟩ ~ *vi* **1** *archaic* : to enlist in or as if in the armed forces ⟨he is going to ~ with us, and be our clergyman —George Borrow⟩ **2** : to become entered in a catalog with a selling price ⟨the wrench alone ~*s* at $3 —*Industrial Equipment News*⟩

[8]**list** \"\ *vb* -ED/-ING/-S [origin unknown] *vi* : to lean to one side : CANT, TILT ⟨she ~*s* steeply to port —H.W.Baldwin⟩ ⟨the trees . . . all ~*ed* to leeward —Frances G. Patton⟩ ~ *vt* : to cause to list ⟨shift tanks and bulldozers in transport's holds, ~*ing* the ships —K.M.Dodson⟩

[9]**list** \"\ *n* -s **1** : a deviation from the vertical : CANT, TILT ⟨water flooding into the hold gave the ship a heavy ~ to starboard⟩ ⟨there was a faint forward ~ to his body as he walked —Lawrence Williams⟩ **2** : a tendency to incline : LEANING ⟨a . . . political ~ to the left —Paul Woodring⟩

**list·able** \'listəbəl\ *adj* [[7]*list* + *-able*] : capable of being listed; *specif* : TAXABLE

**list·ed** \'listəd\ *adj* [ME, fr. *liste, list* edge + *-ed* — more at LIST (edge)] **1** : striped or banded with color ⟨~ pig⟩ **2** : planted or prepared for planting with a lister ⟨~ corn⟩ ⟨~ ground⟩ **3** : reduced in width by having a strip removed from the edge — used of a board ⟨~ barrel staves⟩

[2]**listed** *adj* [fr. past part. of [7]*list*] : incorporated in a list; *specif* : admitted to trading on a stock exchange ⟨~ securities⟩ ⟨~ stock⟩

**list·ee** \li'stē\ *n* -s [[7]*list* + *-ee*] : one that is included in a list

**lis·tel** \'list'l\ *n* -s [F, fr. It *listello*, dim. of *lista* band, stripe — more at LIST (roll)] *archit* : a narrow band or list : FILLET

[1]**lis·ten** \'lis'n\ *vb* **listened**; **listened**; **listening** \-s(ᵊ)niŋ\ **listens** [ME *listnen*, alter. (influenced by *listen* to listen, fr. OE *hlystan*, fr. *hlyst* hearing) of OE *hlysnan*; akin to OHG *lūstrēn* to listen, ON *hlust* hearing, ear, OIr *cluas* ear, Skt *śroṣati* he hears, OE *hlūd* loud — more at LOUD] *vt, archaic* : to give ear to : HEAR ⟨lady, vouchsafe to ~ what I say —Shak.⟩ ~ *vi* **1** : to pay attention to sound : perceive with the ear ⟨stood erect and quiet as if ~*ing* —O.E.Rölvaag⟩ ⟨partial heart block may be determined by ~*ing* with the stethoscope —H. G.Armstrong⟩ ⟨he'd ~ nervously to the gunfire —Ira Wolfert⟩ ⟨liked to follow him about and talk with him or ~ to him ask . . . devastating questions of their elders —Irwin Edman⟩ — often used in imperative ⟨~ to this from a great philosopher —Brand Blanshard⟩; used dial. with *at* ⟨~ at that mother bird —J.H.Stuart⟩ ⟨got a radio . . . we could ~ at —Vereen Bell⟩ **2** : to hear with thoughtful attention : consider seriously : HEED ⟨have heard but not ~*ed* —R.L.Shayon⟩ ⟨frame an issue to which voters would ~ —F.L.Paxson⟩ ⟨had not the slightest intention of ~*ing* to the grievances of the colonies —H.E.Scudder⟩ **3** : to be alert to catch an expected sound — usu. used with *for* ⟨~*ed* for his step in the hall⟩ **4** *slang* : to make an impression on a listener : SOUND ⟨it doesn't ~ right —Mark Reed⟩ ⟨it ~*s* to me as though the wise guys had been giving him a tip to lay off —*New Republic*⟩ ⟨why do some bands ~ better than others —*Musical Enterprise*⟩

[2]**listen** \"\ *n* -s : an act of listening ⟨listened, and with each ~ the game grew clearer —Rudyard Kipling⟩

**lis·ten·able** \-s(ᵊ)nəbəl\ *adj* : agreeable to the ear ⟨produces highly ~ music —Norman Cousins⟩

**lis·ten·er** \-s(ᵊ)nə(r)\ *n* -s **1** : one that listens ⟨to enjoy conversation means to be a good ~ as well as a good talker⟩ ⟨this book . . . is not intended to appeal to the musicologist nor yet to the untrained ~ —Ralph Hill⟩ ⟨dogs make good ~*s* on a frontline patrol⟩ **2** : one that sets himself to hear ⟨~*s* wrote in to congratulate the radio actor on his performance⟩; *specif* : AUDITOR 5

**listener-in** \'ₛ(ₛ)ₛ'ₛ\ *n, pl* **listeners-in** [*listen in* + *-er*] : one that listens in : AUDITOR, EAVESDROPPER

**lis·ten·er·ship** \'ₛ(ₛ)ₛ,ship\ *n* : the extent of a radio audience or the appeal of a radio program in number of listeners ⟨broadcasting in so many languages . . . it is hard even to guess at our ~ —Osmond Dowling⟩ ⟨nor were they or the company disappointed by the ~ of the program —*Advertising Age*⟩

**listen in** *vi* **1** : to tune in to or monitor a transmission ⟨*listened in* last night to Continental stations —B.L.K. Henderson⟩ ⟨*listen in* on the submarine-bell receivers for the noises made by the propellers of passing vessels —*Scientific American*⟩ ⟨*listen in* on the enemy's communications line⟩ **2** : to give ear to a conversation without participating in it ⟨I remember *listening in* while a foreman and his girl workers were discussing who was going to work —Sam Pollock⟩; *esp* : EAVESDROP ⟨*listen in* on a party line⟩ ⟨when they speak from a telephone booth in a hotel, everybody sitting in the lobby *listens in* —A.T.Weaver⟩

[1]**lis·ten·ing** \'lis(ᵊ)niŋ\ *n* -s [ME *listning*, fr. gerund of *listnen* to listen] : the act of one that listens; *esp* : the monitoring of a foreign broadcast ⟨methods used internally to combat foreign ~ —Tangye Lean⟩

[2]**listening** *adj* [fr. pres. part. of [1]*listen*] **1** : alert to or receptive of sound ⟨two underwater ~ stations —J.W.Cross⟩; *specif* : receiving radio broadcasts ⟨~ homes . . . were presumably exposed to the product's other forms of advertising —T.J. Allard⟩ **2** : facilitating the reception of sound ⟨~ galleries⟩ ⟨wore his ~ button in his ear —William Faulkner⟩

**listening post** *n* **1** : a center for gathering intelligence concerning an adversary ⟨a master hand at reading political riddles, with a thousand *listening posts* throughout the country —Charles Michelson⟩ ⟨establishment of normal diplomatic relations . . . will give us *listening posts* behind the bamboo curtain —N.D.Palmer⟩; *specif* : a concealed forward military position occupied during periods of reduced visibility for the purpose of detecting enemy activity by listening **2** : a shortwave radio station capable of monitoring foreign broadcasts ⟨a *listening post*, whither high-powered radio sets daily brought news and views direct from all the continents —*Christian Science Monitor*⟩

[1]**list·er** \'listə(r)\ *n* -s [[7]*list* + *-er*] : one that lists or catalogs: as **a** : ASSESSOR 2 ⟨once every four years the ~*s* . . . reappraise all the real and personal property in the township —J.A. Kouwenhoven⟩ **b** : an employee of a woodworking establishment who estimates the cost of materials and labor for work done **c** : a laundry worker who itemizes the articles in bundles of soiled laundry

[2]**lister** \"\ *n* -s [[5]*list* + *-er*] **1** : a double-moldboard plow that throws a ridge of earth both ways, is frequently equipped to prepare a seedbed at the bottom of the furrow by means of a small subsoiling attachment, and is used mainly in growing sorghum, corn, and cotton in the central and southern great plains where rainfall is limited — called also *middlebreaker*, *middle-burster*, *middlebuster*, *middlesplitter* **2** *or* **lister-planter** \'ₛₛ,ₛₛ\ : a lister plow with an attachment for dropping seeds into the furrow

**lis·tera** \'listərə\ *n, cap* [NL, after Martin *Lister* †1712 Eng. physician] : a genus of opposite-leaved orchids native to the north temperate and arctic zones and having racemose greenish flowers without spurs — see TWAYBLADE

**lis·ter bag** *also* **lys·ter bag** \'listə(r)-\ *n, usu cap L* [after Col. William J. *Lyster* †1947 Am. army medical officer] : a canvas water bag used esp. for supplying troops with chemically treated drinking water

**lister cultivator** *n* [[2]*lister*] : a cultivator usu. having blades designed to throw soil toward the roots of a crop, two heavy furrow balance wheels, and two wheels to hold the machine on the ridges

[1]**lis·ter·el·la** \,listə'relə\ [NL, fr. Joseph *Lister* †1912 Eng. surgeon and bacteriologist + NL *-ella*] *syn of* LISTERIA

[2]**listerella** \"\ *n* -s : LISTERIA 2

**lis·te·ria** \li'stirēə\ *n* [NL, fr. Joseph *Lister* + NL *-ia*] **1** *cap* : a genus of small gram-positive flagellated bacterial rods (family Corynebacteriaceae) of which the chief and type species (*L. monocytogenes*) causes infectious mononucleosis in man and a wide variety of infections in mammals **2** -s : any bacterium of the genus *Listeria* — called also *listerella*

**lis·te·ri·an** \(')li'stirēən\ *adj, often cap* [Joseph *Lister* + E *-ian*] : of or relating to listerism or to Joseph Lister

**lis·te·ri·o·sis** \(,)li,stirē'ōsəs\ *also* **lis·ter·el·lo·sis** \,listərə'lōsəs\ *n, pl* **listerio·ses** *also* **listerello·ses** \-ō,sēz\ [NL, fr. *Listeria* or *Listerella* + *-osis*] : a serious commonly fatal disease of a great variety of wild and domestic mammals and birds and occas. man caused by a bacterium (*Listeria monocytogenes*) and taking the form of a severe encephalitis accompanied by disordered movements usu. ending in paralysis, fever, monocytosis, and sometimes abortion — compare CIRCLING DISEASE

**lis·ter·ism** \'listə,rizəm\ *n* -s *often cap* [Joseph *Lister* + E *-ism*] **1** : the use of an antiseptic on the field of a surgical operation **2** : aseptic and antiseptic surgery

**lis·ter·ize** \-,rīz\ *vt* -ED/-ING/-S *often cap* [Joseph *Lister* + E *-ize*] : to treat by means of listerian methods

**lister ridge** *n* : a raised strip of ground thrown up by a lister to form a seedbed

**l'i·stes·so tem·po** \lē'ste(,)sō'tem(,)pō\ *adv* [It] : in the same tempo as before — used as a direction in music

**listful** *adj* [[3]*list* + *-ful*] *obs* : ATTENTIVE ⟨the shepherd swains . . . with greedy ~ ears —Edmund Spenser⟩

[1]**list·ing** \'listiŋ\ *n* -s [ME, fr. *liste, list* strip, selvage + *-ing* — more at LIST (strip)] **1** : [4]LIST 4a **2 a** : the furrowing of soil esp. for seedbeds in which row crops are sown in the furrows **b** : the method of planting crops in a furrow with a lister **3** : a narrow strip cut from the edge of a board

[2]**listing** *n* -s [fr. gerund of [7]*list*] **1** *archaic* : ENLISTMENT **2 a** : an act or instance of making or including in a list or catalog; *specif* : the admission of securities to trading on a securities exchange **b** : [6]LIST 1 ⟨made a ~ of the ten most intelligent animals —Charles Mulvey⟩ ⟨an important annotated ~ —*Middle East Jour.*⟩ **3 a** : an authorization to a real-estate broker to sell or rent property **b** : a broker's record of available properties **c** : a piece of property listed with a real-estate broker

**list·less** \'listləs\ *adj* [ME *listles*, fr. *list* desire + *-les* -less — more at LIST (desire)] : characterized by lack of inclination or impetus to exertion : LANGUID, SPIRITLESS ⟨~ stance⟩ ⟨~ voice⟩ ⟨a cold and ~ day of autumn —Edith Sitwell⟩ ⟨hearings . . . have been ~, seldom drawing more than two committee members —*New Republic*⟩ **syn** see LANGUID

**list·less·ly** *adv* : in a listless manner ⟨shook hands rather ~ —A.S.Crockett⟩

**list·less·ness** *n* -ES : the quality or state of being listless

**list price** *n* : the basic price of an item as published in a catalog, price list, or advertisement but subject to trade, quantity, and other discounts

**lists** *pres 3d sing of* LIST, *pl of* LIST

**list system** *n* : a system of proportional representation under which a voter chooses between party lists each containing as many names as there are representatives to be chosen and the number of candidates declared elected from each list is determined by the percentage cast for each list out of the total vote ⟨all of the *list systems* . . . give the voter little or no discretion in choosing particular candidates —H.F.Gosnell⟩ — compare HARE SYSTEM, PREFERENTIAL VOTING, SINGLE TRANSFERABLE VOTE

**li·su** *or* **lis·su** \'lē,sü\ *n, pl* **lisu** *or* **lisus** *or* **lissu** *or* **lissus**

or removed from one place or position to another ⟨*moved* the chair to a different part of the room⟩ (2) : to dislodge or displace from a fixed position : force loose or out : BUDGE ⟨the knife had sunk deeply into the wood and couldn't be *moved*⟩ ⟨was unable to ~ him from his obstinate convictions⟩ **b** : to transfer (a piece used in some games, as checkers or chess) from one position to another **c** : to take off or lift or tip (one's hat, cap) in salutation ⟨*moved* his hat politely when he saw her⟩ **d** : to cause to be disposed of or cause to change hands through sale or rent — usu. used in passive ⟨the new cars were *moved* very quickly⟩ **2 a** (1) : to cause to go or cause to keep on going continuously from one point or place to another ⟨*moved* the flag slowly up and down as a signal⟩ (2) : to cause to advance or cause to keep on advancing ⟨*moving* the troops farther into enemy territory⟩ **b** (1) : to activate into operating or functioning or working in a designed or usual or expected way : ACTUATE ⟨this button ~*s* the whole mechanism⟩ (2) : to cause (as an implement) to go or act or be driven or agitated in a direction or manner designed to produce a particular result ⟨*moved* the handle first to the left and then to the right and the door finally opened⟩ **c** : to put into activity or cause to continue in activity : rouse up from inactivity : cause not to remain at rest ⟨the breeze *moved* the branches of the trees⟩ ⟨news that *moved* them from their torpor⟩ **3** : to cause (the self or a part of the self) to change position or posture or otherwise exhibit outward activity ⟨*moved* his lips but not a sound could be heard⟩ **4** : to prompt or impel or rouse to the doing of something by reason of being a motive or incentive or similar influence : serve as an influence on the mind or will of : PERSUADE ⟨the happiness that could be his *moved* him to acting swiftly⟩ ⟨the logic and sanity of the argument *moved* them to reconsider the plan⟩ **5 a** (1) : to stir the emotions of : affect emotionally : rouse the feelings or passions of ⟨was greatly *moved* by such kindness⟩; *esp* : to cause to experience emotions of tenderness or compassion or sympathy ⟨her grief deeply *moved* them⟩ (2) : to affect in such a way as to lead to an indicated manifestation of emotion or passion ⟨a story that *moved* them to tears⟩ ⟨ingratitude that *moved* him to anger⟩ **b** *archaic* : to bring forth or excite or evoke (an indicated reaction) ⟨the exaggerations of both the great parties in the state *moved* his scorn —T.B.Macaulay⟩ **6 a** *obs* : to make an appeal to : earnestly solicit : BEG **b** : to make a formal application to (as a legislative body) — used with *for* ⟨*moved* the assembled delegates for reconsideration of the bill⟩ **7** : to propose (as a question, resolution) formally in a deliberative assembly for consideration and determination ⟨*moved* that the meeting adjourn⟩ **8** : to cause (the bowels) to eject fecal matter

**syn** ACTUATE, DRIVE, IMPEL: MOVE indicates simply the fact of altering position or place of setting or keeping going or in motion ⟨*move* furniture about the room⟩ ⟨the car *moves* slowly in low gear⟩ ⟨a plane *moved* across the sky⟩ ⟨retail prices *moved* steadily upward —*Americana Annual*⟩ ACTUATE, generally used in connection with machinery or mechanisms, lays stress upon the communication of the power to work or set in action; in application to persons the activation is usu. a specified motive ⟨as you entered a driveway you could throw out a short electrical impulse which would *actuate* equipment installed in the garage to open the doors mechanically —*Science Yr. Bk.*⟩ ⟨figurines which once performed amusing antics *actuated* by power from a waterwheel —*Amer. Guide Series: Conn.*⟩ ⟨*actuated* by altruistic motives⟩ ⟨*actuated* by jealousy⟩ DRIVE often signifies providing or communicating the power to set and keep in action ⟨a small turbine engine *drives* the wheel⟩ generally stresses the movement imparted, often suggesting the effect of speed or force ⟨the engine *drives* the crane back and forth across the short elevated track⟩ ⟨a propeller-*driven* plane⟩ ⟨a blade *driven* at a terrific speed by a small engine sliced the material into small strips⟩ ⟨*drive* a rod through a wall⟩ IMPEL, usu. used in figurative applications, is to drive with a great impetus ⟨he was *impelled* down the stairs by a pair of powerful arms⟩ ⟨*impelled* by a sense of duty —R.M.Lovett⟩ ⟨the motives which *impelled* him to take up and carry forward so difficult and thankless a work —V.L.Parrington⟩

**syn** MOVE, REMOVE, SHIFT, TRANSFER can mean, in common, to change or cause to change from one place to another. MOVE in itself implies no more than the motion or activity except in the special sense of to move one's habitation ⟨*move* along a street⟩ ⟨*move* a chair back⟩ ⟨*move* into a new house⟩ REMOVE usu. adds to MOVE the implication of a change from a normal, original, or usual location, station, or occupation; it is preferred to MOVE when the idea of eradicating is stressed ⟨*remove* a box from a shelf⟩ ⟨*remove* a wart from a finger⟩ ⟨*remove* faults by effort of will⟩ SHIFT throws emphasis on the change of location or direction, often suggesting unrest or instability ⟨*shift* from job to job⟩ ⟨*shift* from foot to foot⟩ ⟨the wind *shifted* to the east⟩ ⟨help a man *shift* a bureau to one side⟩ TRANSFER commonly implies a change from hand to hand, from one mode of conveyance to another, from one depository to another ⟨*transfer* a heavy package from one hand to the other⟩ ⟨*transfer* from the train to the bus⟩ ⟨*transfer* property from a man to his son⟩ ⟨*transfer* one's affection from person to person easily⟩

**²move** \"\ *n* -s **1 a** (1) : the action of moving a piece (as in checkers, chess) (2) : the turn of a player to move a piece (as in checkers, chess) **b** : advantage in end play in checkers or chess depending on which player must move in a given position — used with *the* ⟨after the exchange White has the ~ and wins⟩ — compare OPPOSITION 4b **2 a** : a step taken so as to gain some objective : a calculated procedure : MANEUVER ⟨made a clever ~ that outwitted all his rivals⟩ ⟨what's our next ~⟩ **b** (1) : the action of moving from a motionless position : the action of becoming active after previously being stationary or otherwise inactive ⟨the silence was appalling and no one dared to make a ~⟩ (2) : the action of rising from table ⟨sat there politely, waiting for someone else to make the first ~⟩ (3) : an incipient or initial action of moving esp. out of or away from a place ⟨was bored with their company, but no one seemed ready to make a ~⟩ **c** : a change of abode or location ⟨will make their ~ to the city next week⟩ **3 a** : a nominal period of time during which a certain amount of work can on the average be done or produced and which is sometimes used as a basis for paying a worker in proportion to the work actually done or produced **b** : the amount of work theoretically capable of being done or produced in the course of such a period of time — **on the move** *adv (or adj)* **1** : in a state or process of moving about from place to place ⟨his is a salesman and is constantly *on the move*⟩ **2 a** : in a state or process of moving ahead or making progress ⟨said that civilization is always *on the move*⟩ **b** : in a state of marked activity or distinct motion ⟨was not content to twiddle his thumbs but wanted to be *on the move*⟩

**moveable** *var of* MOVABLE

**moved** *past of* MOVE

**move·less** \'müvləs\ *adj* : that is without movement : MOTIONLESS, FIXED, IMMOBILE ⟨banks of ~ cloud hung about the horizon —George Meredith⟩ ⟨a crowd of quite 200 persons, standing ~ —Arnold Bennett⟩ — **move·less·ly** *adv* — **move·less·ness** *n* -ES

**move·man** \-,man, -mən\ *n, pl* **movemen** : a worker in an industrial plant who keeps materials or products moving on schedule from one operation or processing job to the next

**move·ment** \-vmənt, *in rapid speech sometimes* -bm-\ *n* -s [ME *movement, mevement*, fr. MF *movement, mouvement*, fr. *movoir, mouvoir* to move + *-ment* — more at MOVE] **1 a** (1) : the action or process of moving; *esp* : change of place or position or posture ⟨the ~ of pioneers to the West⟩ ⟨studying the ~ of planets⟩ (2) : a particular instance or manner of such moving ⟨made an impatient ~⟩ ⟨was entranced with her graceful ~*s*⟩ **b** (1) : a tactical or strategic shifting of a military unit (as an army division) : MANEUVER (2) : the orderly advance or progress of a military unit toward some point or in the course of some maneuver ⟨a steady ~ of troops over the border⟩ **c** : ACTION, ACTIVITY — usu. used in pl. ⟨carefully watched the ~*s* of the crowd⟩ **d** : a change or marked direction in the price of a commodity or stock ⟨an upward ~ in the price of coffee⟩ **2 a** (1) : a particular impulse or inclination (as of the will) ⟨had some good ~*s* in him —W.M.Thackeray⟩ ⟨a ~ of the will toward what appears good⟩ (2) : TENDENCY, TREND ⟨an age marked by a strong ~ toward materialism⟩ (3) : a progression in a particular direction or toward a particular objective ⟨was not sure toward what conclusion the ~ of the argument was leading⟩ **b** (1) : a series of actions taken by a body of persons to achieve an objective (2) : the body of persons taking part in such a series of actions **3** : the moving parts of a mechanism that transmit a definite motion or transform motion; *esp* : a delicate train of wheelwork (as in a watch) **4 a** : MOTION 9 **b** : the rhythmic character or quality of a musical composition ⟨a dance ~⟩ **c** : TIME 7c **d** : TEMPO **e** : a distinct structural unit or division complete in its own key, rhythmic structure, and themes, and forming part of an extended musical composition ⟨a ~ of a suite⟩ ⟨the largo ~⟩ **5 a** (1) : a quality in a fine arts work (as a piece of sculpture, a painting) of representing or suggesting motion (2) : a quality in a fine arts work of dynamic rhythm and of harmonious variation and progression and of freedom from incongruity and from monotony **b** (1) : the quality in a piece of prose or poetry of being vibrant and alive through having a quickly moving plot or an abundance of interesting incidents or through having a fresh smooth stimulating style or through some other device that engages the constant interest of the reader (2) : the particular rhythmic flow of a piece of poetry : CADENCE **6 a** : an act of evacuation of the bowels **b** : matter evacuated from the bowels at one passage : STOOL

**movent** *var of* MOVANT

**mov·er** \'müvə(r)\ *n* -s [ME *mover, mever*, fr. *moven, meven* to move + *-er* — more at MOVE] : one that moves: as **a** (1) : one that sets something into motion : ACTUATOR ⟨viewing God as the ~ of the universe⟩ (2) : one that incites or instigates to action or that promotes an action that has been begun ⟨hotheaded ~*s* of rebellion⟩ (3) : one that proposes something in a deliberative assembly ⟨the ~ of a resolution⟩ (4) : one whose business or occupation is the moving of household goods from one residence to another **b** (1) : one that is in motion or that is capable of motion ⟨a deer is a fast ~⟩ (2) : MIGRANT; *specif* : one participating in the extensive 19th century migration to the West of the U.S.

**moves** *pres 3d sing of* MOVE, *pl of* MOVE

**mov·ie** \'müvē, -vi\ *n* -s [*moving picture* + *-ie*] **1 a** : MOTION PICTURE ⟨saw her favorite star in a new ~⟩ **b** : material or method suitable for motion pictures ⟨a novel with a plot that is good ~⟩ ⟨a style of direction that was authentic ~⟩ **2** : a theater designed or used for the presentation of motion pictures ⟨dropped in at a neighborhood ~⟩ **3 movies** *pl* **a** (1) : motion pictures considered esp. as a source of entertainment or as an art form — usu. used with *the* ⟨liked nothing better than the ~*s*⟩ (2) : the motion-picture industry ⟨worked for years in the ~*s*⟩ **b** : a showing of a motion picture — used with *the* ⟨felt like going to the ~*s*⟩

**mov·ie·dom** \'ˌˌdəm\ *n* -s : FILMDOM

**moviegoer** \'ˌˌˌˌ\ *n* : one that goes to see motion pictures esp. frequently

**moviegoing** \'ˌˌˌˌ\ *n* : the act or habit of going to see motion pictures

**movie house** *n* : an indoor theater designed for the public presentation of motion pictures

**movieland** \'ˌˌˌ\ *n* : FILMDOM

**moviemaker** \'ˌˌˌˌ\ *n* : one engaged in the production of motion pictures : a motion-picture magnate

**mo·vi·men·to** \ˌmōvəˈmen(ˌ)tō\ *n* -s [It, lit., movement, fr. *movere* to move (fr. L *movēre*) + *-mento* -ment — more at MOVE] : TEMPO

**mov·ing** *see pres part at* ¹MOVE\ *adj* [ME, fr. pres. part. of *moven* to move — more at MOVE] **1 a** : that is marked by or capable of movement : that is not fixed or stationary ⟨a moving device with ~ parts⟩ **b** : that advances or progresses ⟨living in a ~ world⟩ **2 a** (1) : that causes or produces or carries on motion or action or change : ACTUATING ⟨the ~ force of a machine⟩ (2) : that originates or instigates or promotes something ⟨was one of the ~ spirits behind the plan⟩ **b** : that stirs up or arouses or plays upon the emotions : that affects one's feelings or influences the mental outlook emotionally : that affects the sensibilities ⟨a ~ plea for justice⟩ ⟨a ~ tale of heroism⟩ **c** : that excites interest and discussion and controversy : VITAL ⟨one of the ~ questions of the day⟩

**syn** IMPRESSIVE, POIGNANT, AFFECTING, TOUCHING, PATHETIC: MOVING applies to any strong emotional excitation, including thrilling, entrancing, saddening, or calling forth pity and sympathy ⟨a modern version of the hero who for the good of mankind exposed himself to the agonies of the damned. It is always a *moving* subject —W.S.Maugham⟩ ⟨a *moving* revelation of child life in an orphanage —Mary MacColl⟩ IMPRESSIVE may describe that which forcibly commands attention, respect, admiration, awe, wonder, or conviction ⟨he was especially *impressive* before a court or jury and on account of his masterly arguments and effective oratorical powers the courtroom was always filled when it was known that he would speak —Marie B. Owen⟩ ⟨the southern entrance is *impressive*, with great rock walls rising abruptly on each side of the river bed in barren and forbidding grandeur —*Amer. Guide Series: Texas*⟩ POIGNANT refers to whatever keenly or sharply affects one's sensitivities, now esp. to whatever compels pity ⟨the most *poignant* of all perfumes: that which rises from a meadow on a July night —Kenneth Roberts⟩ ⟨that tenderness became sometimes so *poignant* that perhaps neither of us knew whether it was joy or pain —Havelock Ellis⟩ ⟨is anything in the world more *poignant* than youth and love —Virgil Thomson⟩ AFFECTING applies to whatever deeply moves the emotions; it is less specific than others in this list but is commonly used in situations involving pathos ⟨funeral the next day was a more *affecting* spectacle than anything ever seen in his theater —Green Peyton⟩ TOUCHING may describe that which calls forth tenderness or compassion ⟨a clean sober little maid, with a very *touching* upward look of trust —John Galsworthy⟩ ⟨when an aging man begins to cry in front of his colleagues, he presents a *touching* spectacle —Francis Hackett⟩ PATHETIC suggests pity for sorrow and distress, but unlike others in this group and like the word *pitiful* it may connote blended pity and amusement or contempt for weakness, inadequacy, and futility ⟨infant mortality, as the *pathetic* little cemeteries bore witness, was cruelly high —Allan Nevins & H.S.Commager⟩ ⟨her death has all the *pathetic* uselessness of martyrdom —Oscar Wilde⟩ ⟨staged the *pathetic* little rebellion of 1798 against England. It ended in quick disaster —Paul Blanshard⟩ ⟨this southern tradition was *pathetic* because it was but a remnant of an old aristocratic society —Reinhold Niebuhr⟩

**moving average** *n* : the average of statistical data (as in a time series) computed over a progressively shifting interval

**moving cluster** *n* **1** : a cluster of stars that have common motions in space **2** : an open cluster comparatively near the sun whose individual proper motions may be measured

**moving-coil** \'ˌˌˌ\ *adj* **1** : operated by the force exerted upon a movable electric-current-carrying coil suspended in a magnetic field ⟨a *moving-coil* galvanometer⟩ **2** : operating by means of an electric-current-carrying coil or a single conductor that moves in a magnetic field (as in a dynamic loudspeaker or a dynamic pickup)

**moving-iron meter** \'ˌˌˌ(ˌ)-\ *n* : an instrument in which a vane or plunger of soft iron is moved by the magnetic field set up by a coil carrying the current to be measured — called also *iron-vane meter*

**mov·ing·ly** *adv* : in a moving manner : in such a way as to touch one's feelings or sensibilities : TOUCHINGLY, AFFECTINGLY ⟨spoke ~ of the country's glorious past⟩ ⟨writes ~ of his disappointment —Jay Walz⟩

**moving picture** *see pres part at* ¹MOVE\ *n* : MOTION PICTURE

**moving sidewalk** *n* : a sidewalk constructed on the principle of an endless belt or a series of such belts side by side and moving at different gradated speeds so that a person stepping on it will be carried along

**moving staircase** *or* **moving stairway** *n* : a set of stairs arranged like an endless belt and power driven so that the steps or treads may be made to ascend or descend continuously — called also *escalator*

**mo·vin·gui** *or* **mo·vin·gue** \mōˈviŋgē\ *n* -s [native name in western Africa] **1** : a West African leguminous tree (*Distemonanthus benthamianus*) having straw-colored wood with evident pores **2** : the wood of the movingui used esp. for veneers

**¹mow** \'mau̇\ *n* -s [ME *mowe, mow, mough*, fr. OE *mūga, mūha, mūwa*; akin to MHG *mūche* disease of a horse's foot, *mocke* lump, ON *mūgi, mūgr* crowd, heap, Gk *mykōn* heap] **1** : a stack or heap of hay or straw or grain or similar produce esp. when stored in a barn **2** : the part of a barn where hay, straw, or grain is stored

**²mow** \"\ *vi* -ED/-ING/-S [ME *mowen*, fr. *mowe*, n.] : to stack or store in or as if in a haymow — usu. used with *away*

**³mow** \'mō\ *vb* **mowed**; **mowed** *or* **mown**; **mowing**; **mows** [ME *mowen*, fr. OE *māwan*; akin to OHG *māen* to mow, MLG *meien, meigen*, MD *maeyen* to mow, L *metere* to reap, mow, W *medi* to reap, Gk *aman* to cut, mow, reap] *vt* **1 a** (1) : to cut down (as standing grass, grain) with a scythe or sickle or machine; *esp* : to crop (relatively short standing grass) close to the ground with a lawn mower ⟨agreed to ~ the grass once a week⟩ **b** : to cut the standing grass or grain or similar produce of with a scythe or sickle or machine ⟨~*ed* the field so as to provide the cattle with fodder⟩; *esp* : to crop close to the ground the relatively short standing grass of with a lawn mower ⟨~*ed* the lawn regularly⟩ **2 a** (1) : to kill or destroy in rapid succession and in great numbers and indiscriminately ⟨~*ed* down with machine-gun fire⟩ (2) : to kill or destroy with sudden savage swiftness and without mercy or concern ⟨was ~*ed* down by gunmen after being lured from his home —Len Arthur⟩ (3) : to cause to fall from a standing position with sudden impetuous force : cause to tumble from an upright position : bowl over : knock over : knock down ⟨burst through the revolving door and ~*ed* down a couple of shoppers⟩ **b** : to meet and overcome swiftly and completely and decisively : make short work of : utterly crush : ROUT, SMASH ⟨~ down the opposition —Ira Wolfert⟩ ~ *vi* : to cut down standing grass or grain or similar produce with a scythe or sickle or machine

**⁴mow** *also* **mowe** \'mau̇, 'mō\ *n* -s [ME *mowe*, fr. MF *moue*, of Gmc origin; akin to MD *mouwe* thick or protruding lip] : a contortion of the face or lips; *esp* : a mocking or derisive grimace ⟨watched the monkeys making ~*s* at us⟩

**⁵mow** \"\ *vi* -ED/-ING/-S [ME *mowen*, fr. *mowe*, n.] **1** : to contort the face esp. so as to produce a mocking or derisive expression : make faces ⟨when the unintelligent brute force that lies at the bottom of society is made to growl and ~ —R.W.Emerson⟩ **2** : to keep the lips constantly moving and contorting without actually speaking ⟨then he jabbers and ~*s* and trembles —Rudyard Kipling⟩

**⁶mow** *var of* MOU

**mowburnt** \'ˌˌ\ *adj* : fermented or moldy through being stored in a mow while still damp ⟨~ hay⟩

**mow·die** \'mōdi\ *var of* MOUDIE

**mow·er** \'mō(ə)r, -ōə\ *n* -s [³*mow* + *-er*] **1** *also* **mowing machine** : an agricultural implement for cutting standing grass or grain or similar produce consisting of a reciprocating knife or sickle operated through guards or fingers and driven by a connecting rod from a crank and of gearing governing the speed of the crank and of dividers to divide the cut produce from the standing produce **2** : LAWN MOWER

**mow·ha** \'mau̇hə\ *n* -s [Hindi *mahūā* — more at MAHUA] : MAHUA

**mowhay** \'ˌˌ\ *n* [¹*mow* + *hay*] *dial Eng* : STACKYARD

**mowing** *n* -s [fr. gerund of ³*mow*] **1** : the amount of produce (as grass or grain) mowed at one time **2** : HAYFIELD

**mowie** \'mōl\ *var of* MOOL

**mown** *past part of* MOW

**mow·ra** *or* **mow·rah** \'mau̇rə\ *n* -s [Hindi *mahūā* — more at MAHUA] : MAHUA

**mowrah butter** *or* **mowrah oil** *also* **mahua butter** *n* : a bitter-tasting white or yellow soft fat obtained from the seeds of various East Indian trees of the genus *Madhuca* (as *M. latifolia* and *M. longifolia*) and used in soap, candles, and foods — compare INDIAN BUTTER

**mowrah meal** *n* : a meal produced as a by-product of mowrah butter and used to kill earthworms in lawns and other fine turfs and in greenhouses

**mows** \'mōz\ *n pl* [fr. pl. of obs. *mow* jest, fr. ME *mowe* grimace, jest — more at MOW] *chiefly Scot* : something that causes laughter : a laughing matter ⟨it's not ~ to be out at such a time —J.M.Barrie⟩

**mowt** \'mōt, 'mau̇t\ [ME *moghte*] *chiefly dial past of* MAY

**moxa** \'mäksə\ *n* -s [NL, fr. Jap *mogusa*] **1** : a soft woolly mass prepared from the young leaves of various wormwoods of eastern Asia and used esp. in Japanese popular medicine as a cautery by being ignited on the skin **2** : any of various substances applied and ignited like moxa as a counterirritant

**mox·ie** \'mäksē, -si\ *n* -s [fr. *Moxie*, a trademark for a soft drink] **1** *slang* : ENERGY, PEP, LIFE ⟨he shook out of my grip, but there wasn't much ~ in it —P.W. Denzer⟩ **2** *slang* **a** (1) : COURAGE, PLUCK ⟨had plenty of ~ and was afraid of nothing⟩ (2) : AUDACITY, NERVE ⟨only in the outposts of the British Empire do males have the ~ to regularly wear shorts in mixed company —*Fortnight*⟩ **b** : STAMINA, BACKBONE, GUTS ⟨show that mob in the stadium that you've got the old ~ —*Saturday Rev.*⟩

**mox·ie·ber·ry** \'ˌˌ — *see* BERRY\ *also* **mox·ie** \'ˌˌ\ *or* **mox·ie·plum** \'ˌˌˌ\ *n* [origin unknown] : CREEPING SNOWBERRY

**moy** *abbr* money

**moy·en** \'mȯi(y)ən\ *n* -s [ME, fr. MF *meien, moien, moyen* — more at MEAN] **1 a** *chiefly Scot* : a means of doing something **b** *obs* : MEDIATION, INTERCESSION **2** *chiefly Scot* : a course of action

**moyen-âge** \ˌmwäyəˈnäzh\ *adj, often cap M&A* [F *moyen âge* middle age; trans. of NL *Medium Aevum* — more at MIDDLE-AGE] : of, relating to, or suggestive of medieval times : MIDDLE-AGE ⟨a *moyen-âge* costume⟩

**mo·zab·ite** \mōˈzaˌbīt, ˈmōzə-\ *n* -s *cap* [F, fr. *Mzab* (*M'zab*), group of oases in Ghardaïa territory, Algeria + F *-ite*] : a Berber of the Ibadite sect holding to a literal interpretation of the Koran

**mo·zam·bi·can** \ˌmōzəmˈbēkən, -ˌzam-\ *adj, usu cap* [*Mozambique*, colony in southeastern Africa + E *-an*] : of or relating to Mozambique or its inhabitants

**mo·zam·bique** \ˌmōzəmˈbēk -ˌzam-\ *n* -s [fr. *Mozambique*, colony in southeastern Africa] : a lightweight dress fabric in small fancy patterns that is loosely woven with a cotton warp and a mohair weft

**moz·ar·ab** \mōˈzarəb *also* -zer-\ *n, usu cap* [Sp *mozárabe*, fr. Ar *Musta'rib* would-be Arab, fr. *'Arab* Arab] : a Spanish Christian in the period of Muslim domination of Spain from about the 9th century to the 15th century

**moz·ar·a·bic** \(ˈ)mōˈzarəbik\ *adj, usu cap* [F *mozarabique*, fr. Sp *mozárabe* + F *-ique* -ic] : of, relating to, or used by Mozarabs ⟨*Mozarabic* poetry⟩ ⟨the *Mozarabic* liturgy⟩

**mo·zar·te·an** *also* **mo·zar·ti·an** \(ˈ)mōtˈsärd·ēən\ *adj, usu cap* [Wolfgang A. *Mozart* †1791 Austrian composer + E *-ean*, *-ian*] : of, relating to, or characteristic of Mozart or his music

**mozca** *usu cap, var of* MUISCA

**mo·zo** \'mō(ˌ)sō\ *n* -s [Sp, lit., boy, fr. OSp *moço*] **1** *chiefly Southwest* **a** : a male hired to assist with household work or to attend to various small jobs or to do chiefly manual work of a usu. somewhat heavy or menial kind: as (1) : a male servant : male domestic (2) : HANDYMAN (3) : a luggage porter (4) : LABORER **b** : a waiter in a restaurant or other dining room **2** *chiefly Southwest* : a male hired to assist with a train of pack animals

**moz·za·rel·la** \ˌmätsəˈrelə, ˌmōt-\ *n* -s [It, dim. of *mozza*, a kind of cheese, fr. *mozzare* to cut off] : a moist white rubbery unsalted cheese that has a somewhat acid flavor

**moz·zet·ta** *also* **mo·zet·ta** \mōtˈsed·ə, mōˈze-\ *n* -s [It, short for *almozzetta*, irreg. fr. ML *almutia* amice + It *-etta*, dim. suffix] : a short cape with a small ornamental hood worn on occasion over the rochet by some ecclesiastics

**moz·zle** \'mäzəl\ *var of* MOSSIE

**MP** \(ˈ)emˈpē\ *abbr or n* -s **1** : a member of Parliament **2** : a group of military police **3** : a member of a group of military police : a military policeman

**mp** *abbr* melting point

**MP** *abbr* **1** mail payment **2** meeting point **3** memorandum of partnership **4** metropolitan police **5** mezzo piano **6** milepost **7** minister plenipotentiary **8** morning prayer **9** motion picture **10** mounted police **11** multipole **12** municipal police

**m paper** *n, usu cap M* : paper containing minor imperfections and graded second quality — compare N PAPER, P PAPER

**MPB** *abbr* missing persons bureau

**MPG** *abbr, often not cap* miles per gallon

Case 3:06-cv-02361-WHA Document 89-10 Filed 11/15/2006 Page 6 of 12

system ⟨inclined to oppose radical changes in the established ~ —*Amer. Guide Series: Maine*⟩ ⟨symbols of the decaying ~s they headed —Claude Pepper⟩ ⟨the ceremonies are part of the traditional ~ —*Brit. Book News*⟩ **d** (1) *archaic* : a rank, row, or series of objects (2) : level or degree of importance, quality, or value : RANK ⟨a world power of the first ~ —S.L.Sharp⟩ ⟨the productions booked for these communities were of a low ~ —*Amer. Guide Series: Mich.*⟩ ⟨realism of the highest ~ —A.L.Guérard⟩ (3) : a category, type, class, or kind of thing of distinctive character or rank ⟨there is an ~ of mind which is perpetually modern —Edith Hamilton⟩ ⟨cultivated after his fashion the ~ of verse —*Times Lit. Supp.*⟩ ⟨in the same ~ of ideas —O.G.Frazer⟩ ⟨in emergencies of this ~ —R.B.Westerfield⟩ ⟨revolutions are a different ~ of events —John Strachey⟩ ⟨presents a problem of the severest ~ —J.B.Gallagher⟩ **e** (1) : a style of building (2) : a type of column and entablature that with its forms, proportions, and mode of decoration is the unit of a style ⟨Corinthian ~⟩ ⟨Doric ~⟩ (3) : a columnar treatment based on the classic orders **f** (1) : arrangement of objects in position or of events in time (2) : the number of times differentiation is applied successively ⟨derivatives of higher ~⟩ (3) : the order of the highest order derivative in a differential equation (4) : DEGREE 11a, 11b (5) : the number of rows and columns in a matrix ⟨the ~ of a matrix with 2 rows and 3 columns is 2 by 3⟩ (6) : ORDER OF MAGNITUDE 2 **g** (1) : degree or grade in a series based on size or quantity ⟨lines, of the ~ of one third of an inch in diameter —R.E.Coker⟩ (2) : general or approximate size, quantity, or level of magnitude or a figure indicative thereof ⟨a population of the ~ of 40,000 —W.G.East⟩ ⟨all explosions were divided into two general types — low ~ and high ~ —H.A.Holsinger⟩ ⟨at a date of the ~ of 50,000 years ago —R.C.Murphy⟩ ⟨the time period is of the ~ of a thousand years —A.N.Whitehead⟩ **h** : a category of taxonomic classification ranking above the family and below the class and in botany characteristically having a name ending in *-ales* and often being made up of several families — see NATURAL ORDER **i** : position in a sequence of interference or diffraction phenomena ⟨a grating spectrum of the third ~⟩ **j** (1) : a sequential arrangement of mathematical elements (2) : a degree, type, level, or rank within an order ⟨a predicate of a higher ~⟩ **k** : the broadest category in soil classification ⟨zonal ~⟩ ⟨intrazonal ~⟩ **l** : a class of consonants whose common characteristic is that they have the same place of articulation ⟨the bilabials \p\, \b\, \m\ belong to the same ~⟩ **2 a** (1) : the manner in which one thing succeeds another : sequence or succession in space or time ⟨let me tell of these events in their ~⟩ ⟨were issued in a strange ~ —Edward Sackville-West & Desmond Shawe-Taylor⟩ (2) : sequence in respect of value, importance, or some other criterion ⟨good to know the goods in their ~ —R.M.Hutchins⟩ ⟨osmium, iridium and platinum in that ~ are the three heaviest metals known —W.R.Jones⟩ ⟨necessary to establish some ~ of importance —G.P.Wibberley⟩ ⟨the children came in proper ~, first the oldest, then their juniors⟩ (3) : the sequence of constituents as a device for conveying meaning (as in *Cain* [subject] *killed* [predicate] *Abel* [object]) **b** (1) : the totality of arrangements composing some sphere of action or being : a system functioning according to some definite laws or rules ⟨the contemporary economic ~⟩ ⟨our political ~⟩ ⟨should take the lead in reconstructing the social ~ —Paul Woodring⟩ ⟨whose loyalty to the English ~ of things was suspect —*Amer. Guide Series: Mich.*⟩; *also* : a prevailing mode, style, or trend ⟨the new ~ in literary criticism⟩ (2) *obs* : customary mode of procedure : established usage (3) : the customary, established, or prescribed mode of procedure in debate or other business (as of a deliberative or legislative body or a public meeting) ⟨rose to a point of ~⟩ ⟨a book on the rules of ~⟩ (4) : the condition of being in conformity with such a mode of procedure — usu. used in the phrases *in order*, *out of order* ⟨your motion is out of ~⟩ ⟨the amendment was inconsistent with the resolution and hence out of ~ —Walter Goodman⟩ (5) : the attentive, orderly, or decorous behavior or state appropriate to the conduct of deliberative or legislative business ⟨will the meeting please come to ~⟩ — compare CALL TO ORDER **c** (1) : the manner in which something is ordered : ARRANGEMENT, FORMATION, ARRAY ⟨the troops retired in good ~⟩ ⟨in his ~ of battle his center ... was pushed forward —Tom Wintringham⟩ (2) : regular or harmonious arrangement or disposition : SYSTEM, PATTERN, METHOD ⟨there was a feminine ~ in the arrangement —Jean Stafford⟩ ⟨a world whose lack of ~ ... must inspire them with a certain fear —Herbert Read⟩ ⟨the stuff of our lives is ... a tangled web, yet in the end there is ~ —Havelock Ellis⟩ (3) : a condition in which everything is so arranged as to play its proper part ⟨a lover of ~⟩ ⟨values rank and station and ~ above other things in politics —R.G.F.Robinson⟩ ⟨the sense of ~ we associate with the medieval world —Wallace Fowlie⟩ (4) : the rule of law or proper authority : freedom from disturbance : public quiet ⟨restore ~ in a lawless community⟩ ⟨the victory of ~ ... must be assured at all costs —*Times Lit. Supp.*⟩ (5) *archaic* : provision or disposition to achieve some end — usu. used in the phrase *take order* (6) : state or condition with regard to quality, functioning, or repair ⟨a square grand piano in good ~ —D.D.Martin⟩ ⟨found the equipment in the worst possible ~⟩ ⟨erect and maintain in good ~ a gate —*Farmer's Weekly (So. Africa)*⟩ (7) : a sound, proper, orderly, or functioning condition ⟨the finances and plans of the ... institute have been set in ~ —W.G.Penfield⟩ ⟨the telephone is out of ~⟩ ⟨had his place put in ~ —Everett Lloyd⟩ ⟨his passport is not in ~⟩ (8) : the condition of being proper, appropriate, or required by the circumstances — used in the phrases *in order*, *out of order* ⟨this retraction is in ~ —Alexander MacDonald⟩ ⟨your suggestion is completely out of ~⟩ ⟨technically, his conviction was in ~ —S.H.Adams⟩ ⟨nominations for president are now in ~⟩ (9) : ORDER ARMS **d** : a condition of the tobacco leaf in the curing process in which it contains sufficient moisture to be pliable and handled readily without breaking **3 a** (1) : a rule or regulation made by a competent authority ⟨the Board of Aldermen will also be asked to adopt an ~ —*Springfield (Mass.) Daily News*⟩ (2) : an authoritative mandate usu. from a superior to a subordinate : INJUNCTION, INSTRUCTION ⟨refusal to recognize the authority of the emperor amounted to a refusal to take ~s —Clyde Pharr⟩ ⟨an executive ~⟩ ⟨under ~ to sail for home⟩ (3) : a written or oral directive from a senior military or naval officer to a junior telling him what to do but giving him certain freedom of action in complying **b** (1) : a direction by which the payee or holder of negotiable paper prescribes to whom payment shall be made (2) : a commission to purchase, sell, or supply goods : a direction in writing to furnish supplies ⟨~s from the seven canners had been too small —*Pacific Fisherman*⟩ ⟨engines built to the ~ of the Ministry of Supply —O.S.Nock⟩ (3) : a formal written authorization to deliver materials, to perform work, or to do both **c** : a direction or pass to give admittance (as to a building or entertainment) **d** (1) : a command or direction of a court (2) : a direction of a judge or court entered in writing and not entered in a judgment or decree **4 a** (1) : the merchandise, goods, or items ordered as a purchase ⟨should receive your ~ promptly —Sarah Taintor & Kate Monro⟩ ⟨the ~ arrived in good condition⟩ (2) : a serving of food ordered in a public eating place ⟨bring me my ~ right away⟩ ⟨one ~ of mashed potatoes⟩; *also* : an oral or written direction to serve such food ⟨the waitress will take your ~ now⟩ **b** : an assigned or requested undertaking ⟨this is a large ~, which would seem to require a much longer book —K.B.Poole⟩ ⟨trying to move loose horses through snow was almost as tall an ~ —H.L.Davis⟩ — **in order that** *conj* : THAT ⟨invite you *in order that* you may see for yourself⟩ — **in order to** **1** *obs* : in regard or reference to **2** : for the purpose of : as a means to ⟨ran *in order to* get home in time⟩ — **on the order of** : after the fashion of : LIKE ⟨something *on the order of* a state park —W.D.Hartley⟩ ⟨much *on the order of* Great Lakes bulk carriers —*Ships and the Sea*⟩ — **to order** *adv* : in fulfillment of an order given ⟨shoes made *to order*⟩

²**order** \"\ *vb* **ordered**; **ordered**; **ordering** \-d(ə)riŋ\ **orders** [ME *ordren*, fr. *ordre*, n.] *vt* **1 a** (1) : to arrange or dispose according to some plan or with reference to some end : put in a particular order : arrange in a series or sequence ⟨~s the arts and sciences according to their value in his Christian system —H.O.Taylor⟩ (2) *archaic* : to draw up in battle array : ARRAY, MARSHAL (3) : to put in order : make neat or orderly ⟨~ed her dress —D.C.Peattie⟩ **b** : to manage by rule or regulation ⟨~ed his affairs to the tempo of an earlier day —*Amer. Guide Series: Ind.*⟩ ⟨the marshal controlled and ~ed the hall —Doris M. Stenton⟩ ⟨unwilling and unable to ~ their economy in effective fashion —E.S.Furniss b. 1918⟩ **2** : to admit to holy orders **3 a** : to give orders to : COMMAND ⟨~ed the troops to advance⟩ : require or direct (something) to be done ⟨dissolving the Diet and ~ing new elections —F.A. Ogg & Harold Zink⟩ **b** : to ordain by fate : DESTINE ⟨it was so ~ed of God⟩ **c** : to command to go or come to a specified place ⟨was ~ed to a distant post⟩ ⟨~ed home for misbehavior⟩ **d** : to give an order for : secure by an order ⟨having forgotten to ~ his chauffeur —Cleveland Amory⟩ ⟨~ a meal⟩ ⟨~ groceries⟩ **e** : to give a prescription of : PRESCRIBE ⟨the doctor ~ed rest and exercise⟩ **4** *dial chiefly Eng* **a** : to take a particular course with : deal with **b** : to make ready : PREPARE **c** : to bring (a person) into order **5** : to bring (tobacco leaf) into order ~ *vi* **1** : to bring about order : REGULATE, DIRECT ⟨a renascence of the spirit that ~s and controls —H.G.Wells⟩ **2 a** : to issue commands : COMMAND ⟨your turn to ~ next week⟩ **b** : to give or place an order ⟨be sure to ~ before it's too late⟩ **3** : to become the object of an order ⟨slacks are ~ing with renewed strength —*Women's Wear Daily*⟩

**syn** ORDER, ARRANGE, MARSHAL, ORGANIZE, SYSTEMATIZE, METHODIZE can mean to put (a number of things) in their proper places or into a fit place, esp. in an interrelation or organization. ORDER in the sense of to put in a given sequence is somewhat archaic; in more general current use it means to put into an interrelationship thought of as reasoned or effective or to dispose so that system is achieved or confusion or friction is eliminated ⟨the ceremony is not well *ordered*; in fact there is here no single ceremony but a group of separate little rituals —C.L.Jones⟩ ⟨life as it came to him without conscious *ordering* —Virginia Woolf⟩ ⟨free to *order* their affairs as they choose —W.L.Sperry⟩ ⟨trees, lawns, terraces, rock gardens, paved walks, and many benches, all cleverly *ordered* in harmonious composition —*Amer. Guide Series: N. Y. City*⟩ ARRANGE is usu. used to apply to a putting of things in a proper, fit, or pleasing sequence or relationship, often by straightening up or adjusting to fixed circumstantial things, sometimes, however, suggesting contrivance or manipulation of things to a given end ⟨*arrange* the articles on a desk⟩ ⟨each of us *arranges* the world according to his own notion of the fitness of things —Joseph Conrad⟩ ⟨made his bed and *arranged* his room —Willa Cather⟩ ⟨the distressingly difficult task of *arranging* a peaceful world —K.F.Mather⟩ ⟨*arrange* things so that Father could go to Santa Fe —Mary Austin⟩ MARSHAL implies an assembling and arranging (of things, or sometimes diverse elements of a thing) esp. in preparation for or to facilitate a particular move or operation ⟨resources of the government have been *marshaled* in support of science —A.T.Waterman⟩ ⟨*marshals* his facts and arguments with lucidity and detachment —*Times Lit. Supp.*⟩ ⟨*marshaled* the evidence in his client's behalf —H.D.Hazeltine⟩ ⟨*marshal* a case before going into court⟩ ORGANIZE implies an arrangement in which several or many parts function in smooth interrelation ⟨our most successful historians ... can *organize* their materials clearly and cogently —W.G.Carleton⟩ ⟨man, as a highly *organized* whole —H.J.Muller⟩ ⟨*organized* the hospital work of the Crimean war —G.B.Shaw⟩ ⟨the daily routine was gradually *organized* after a fashion —André Maurois⟩ SYSTEMATIZE implies arrangement according to a predetermined scheme ⟨if grammar was to become a rational science, it had to *systematize* itself through principles of logic —H.O.Taylor⟩ ⟨everything was *systematized* to an extraordinary extent. There was a way for doing everything, or rather sixteen, or thirty-six, or some other consecrated number of ways, each distinct and defined and each with a name —Laurence Binyon⟩ METHODIZE differs from SYSTEMATIZE in suggesting more the imposition of orderly procedure than a fixed scheme ⟨modern criticism has developed a number of specialized procedures of its own and *methodized* them, sometimes on the analogy of scientific procedure —S.E. Hyman⟩ **syn** see in addition COMMAND

**order arms** *n* [fr. the imper. phrase *order, arms*] : a position in the manual of arms in which the rifle is held vertically at the right side with the butt on the ground — often used as a command

**order bill of lading** : a negotiable receipt and contract between carrier and shipper by which legal possession of the shipment may be ordered by endorsement from person to person — compare STRAIGHT BILL OF LADING

**orderboard** \ˈ=,=\ *n* : a manual signal used at railroad stations, a vertical position of the signal indicating that there are no orders, a horizontal position indicating to the crew of an approaching train that train orders must be picked up

**order book** *n* **1** : a book in which orders from customers are entered : a specially printed book for making multiple copies of orders including one for the customer **2** *often cap O&B* : a calendar of future business of a session of the English House of Commons or other legislative body of the British Commonwealth — called also *order paper*

**order buyer** *n* : a buyer who purchases (as produce or livestock) for another's account

**ordered** *adj* : characterized by order: as **a** : marked by system, regularity, or discipline : carefully regulated or managed ⟨theirs was an ~ life —C.B.Flood⟩ ⟨my quiet, ~ house —L.P. Smith⟩ **b** : marked by a regular or harmonious arrangement or disposition : arranged or disposed so as to form a pattern ⟨the trim and ~ landscape —Oscar Handlin⟩ ⟨society before the industrial revolution ... was ~ and relatively stable —R.C.Beatty⟩ ⟨the ~ structure of crystals —J.L.Hoard & Seymour Galler⟩ **c** *of a solid solution* : characterized by a regular arrangement of solvent and solute atoms

**ordered lattice** *n* : the crystal lattice of a substitutional alloy in which the substituted atoms occur in a regular order of spacing

**or·der·er** \ˈȯ(r)dərə(r)\ *n* -s [alter. of ME *orderour*, fr. *ordren* to order + *-our* -or — more at ORDER] : one that orders

**order-in-council** \ˈ=,=,=\ *n, pl* **orders-in-council** : an order having the full force of law that is issued by the British monarch acting by and with the advice of the Privy Council or by a governor-general acting by and with the advice of the privy council or similar body of a member nation of the British Commonwealth usu. as a means of giving legal effect to a decision of the cabinet in areas not involving parliamentary action ⟨the promulgation of *orders-in-council* both in pursuance of royal prerogative and under authority of statute —F.A.Ogg & Harold Zink⟩

**ordering** *n* -s [ME, fr. gerund of *ordren* to order] : the act, an instance, or the result of ordering: as **a** : MANAGEMENT, REGULATION ⟨determined to have the ~ of things in its hands —John Buchan⟩ **b** : mode or product of ordering : ARRANGEMENT ⟨the polity is a certain ~ of the inhabitants of the polis —C.H.McIlwain⟩ ⟨the distinction between the two ~s of knowledge —C.W.Berenda⟩ **c** : the process of applying water to tobacco either as steam, moist air, or spray to make it soft and pliable for handling

**or·der·less** \ˈȯ(r)də(r)ləs\ *adj* : lacking order, regularity, or system : DISORDERLY

**or·der·li·ness** \-lēnəs, -lin-\ *n* -ES : the quality or state of being orderly

¹**or·der·ly** \-lē, -li\ *adv* [ME, fr. *ordre*, *order* + *-ly* (adv. suffix)] : in or according to due order : REGULARLY, METHODICALLY, DULY ⟨will find the following lessons ~ arranged —Whitcomb Crichton⟩

²**orderly** \"\ *adj* [¹*order* + *-ly* (adj. suffix)] **1 a** (1) : arranged, disposed, or organized in some order, pattern, or sequence : conforming to a plan : well ordered : REGULAR ⟨the city plan is ~ —*Amer. Guide Series: Mich.*⟩ ⟨~ rows of shacks —*Amer. Guide Series: Fla.*⟩ (2) : not disordered : NEAT, TIDY ⟨found the room and its belongings in ~ condition⟩ **b** : governed by law or system : not haphazard : REGULATED, SYSTEMATIC ⟨gives rise to ~ involuntary motor responses —H.G.Armstrong⟩ ⟨a series of ~ actions at regular hours —Ellen Glasgow⟩ **c** : characterized by methodical ways or procedures : systematic in action or thought ⟨an ~ mind⟩ ⟨an ~ person⟩ **d** : reflecting or exhibiting a methodical mind or temper ⟨admired his ~ ways⟩ **2** : having regard for good order, authority, or rule : not unruly : PEACEFUL, QUIET ⟨thrifty, ~ New England —Allan Nevins & H.S.Commager⟩ ⟨the parts of provincial Africa which lay near the desert were less ~ —James Bryce⟩ **3** : relating to or charged with the transmission of military orders

**syn** ORDERLY, METHODICAL, SYSTEMATIC can apply to what follows closely a set arrangement, design, or pattern. ORDERLY implies an observance of due sequence or proper arrangement as in the disposition of things, in the observance of rules, in keeping a place free from litter, or in the making of a plan or the following of a scheme ⟨an *orderly* setting of a table⟩ ⟨an *orderly* election⟩ ⟨an *orderly* household⟩ ⟨an *orderly* housekeeper⟩ ⟨an *orderly* mind⟩ METHODICAL implies the careful observance of an order of things or actions that is worked out, usu. carefully, in advance or that is logical or inevitable ⟨a *methodical* search for the facts⟩ ⟨a *methodical* course of instruction⟩ ⟨a *methodical* cleaning up of a yard⟩ ⟨a *methodical* housekeeper following a more or less fixed routine⟩ SYSTEMATIC comes close to METHODICAL but puts stress upon the integrity and completeness of the order adopted or followed ⟨a *systematic* course in astronomy⟩ ⟨a cold-blooded and *systematic* destruction of one's enemies⟩ ⟨a *systematic* devotee of physical exercise⟩ ⟨a *systematic* workman⟩

³**orderly** \"\ *n* -ES **1** : a soldier who attends a superior officer to carry his orders or to give other service; *also* : a soldier detailed to look after a room or otherwise assist in a hospital ward **2** : a hospital attendant who does routine or heavy work (as cleaning, carrying supplies, or moving patients to surgery)

**orderly book** *n, Brit* : a book kept at a military headquarters in which orders and instructions received from higher authority are recorded

**orderly officer** *n* **1** *Brit* : OFFICER OF THE DAY **2** *Brit* : ORDERLY

**orderly room** *n* : a room in barracks sometimes occupied by the first sergeant that contains the company, troop, or battery records and is used for company business

**orderly sergeant** *n, archaic* : FIRST SERGEANT

**order of a reaction** : a number that relates the rate of a chemical reaction with the concentrations of the reacting substances : the sum of all the exponents of the terms expressing concentrations of the molecules or atoms determining the rate of the reaction — compare FIRST-ORDER REACTION, SECOND-ORDER REACTION, THIRD-ORDER REACTION, ZERO-ORDER REACTION; MOLECULARITY

**order of battle** **1** : a particular disposition of troops or ships made in preparation for combat **2** : a tabular compilation by unit showing organization, commanders, movements, and other details over an extended time

**order of business** **1** : the precedence or priority under the rules or practice of a deliberative or legislative body in which different proceedings, reports, motions, and general business will be considered or will take place **2** : a program or sequence of different matters or classes of business arranged in the order in which they are to be taken up by an assembly **3** : a matter or problem calling for attention or solution : TASK ⟨the problem of congestion is the first *order of business* with the commission —S.H.Hofstadter⟩

**order of contact** : a numerical measure of contact equal to or less than the number of points that coincide

**order of magnitude** **1** : ORDER 1g(2) ⟨two explosions of the same low *order of magnitude*⟩ **2** : a range of magnitude extending from some value to ten times that value ⟨two quantities are of the same *order of magnitude* if one is no larger than ten times the other, but if one is one hundred times the other it is larger by two *orders of magnitude*⟩

**order of service** : the arrangement of the various parts of a religious service in Protestant Christianity

**order of the day** **1 a** : the order of business appointed for an assembly for a given day : AGENDA ⟨*order of the day* will include three conferences, rosary in common, confessions —*Springfield (Mass.) Union*⟩; *esp* : the order of business appointed for a legislative body for a given day ⟨the House ... proceeded to the *order of the day* —Christopher Morley⟩ **b** : a stage of a bill or other matter that the House of Commons or other legislative body of the British Commonwealth has ordered to be taken under consideration on a particular day **2** : a statement issued by a commander to his troops usu. in commemoration of some achievement **3** : the salient, characteristic, or dominant custom, theme, feature, or activity of a particular time : HALLMARK, KEYNOTE ⟨lavishness is the *order of the day* —Betty Pepis⟩ ⟨minuets, cancan, and ballet were the *order of the day* —*N.Y. Times*⟩ ⟨expansionism was the *order of the* new *day* —R.H.Brown⟩

**order of worship** : the arrangement of the various parts of a worship service within Protestant Christianity

**order paper** *n, often cap O&P* : ORDER BOOK 2

**order pro confesso** *n* : an order in U.S. equity practice that takes a bill as confessed for want of appearance or want of answer

**orders** *pl of* ORDER, *pres 3d sing of* ORDER

**order up** *vt* **1** : to summon up for active military duty : call up ⟨*ordered up* all the militia regiments⟩ **2** : to direct an opposing dealer to take (the trump) into his hand and discard in euchre — compare ASSIST 3a

**or·di·na·ble** \ˈȯ(r)d(ᵊ)nəbəl\ *adj* [ML *ordinabilis*, fr. L *ordinare* to put in order, arrange, appoint + *-abilis* -able — more at ORDAIN] : capable of being ordered or arranged

¹**or·di·nal** \ˈȯrd(ᵊ)nəl, ˈȯ(ə)d-\ *n* -s [ME, fr. ML *ordinale*, fr. LL, neut. of *ordinalis*, adj.] **1** *usu cap* **a** : a book containing directions for Roman Catholic services every day in the year **b** : a collection of forms to be used in the Anglican Communion in the consecration of bishops and the ordination of priests and deacons **2** [LL *ordinalis*, fr. *ordinalis*, adj.] : ORDINAL NUMBER **3** : the divisor in a fraction as spoken or written out (as *hundredth* in *one hundredth* or *hundredths* in *three hundredths*

²**ordinal** \"\ *adj* [LL *ordinalis*, fr. *ordin-*, *ordo* order + *-alis* -al — more at ORDER] **1** : being of a specified order or rank (as sixth) in a numberable series **2** : of or relating to an order ⟨family and ~ names ... of fishes are badly jumbled in the text —*N. Y. Herald Tribune Bk. Rev.*⟩

**ordinal number** *n* : a number designating the place (as first, second, third) occupied by any item in an ordered sequence — distinguished from *cardinal number*; see NUMBER table

**or·di·nance** \ˈȯrd(ᵊ)nən(t)s, ˈȯ(ə)d-\ *n* -s [ME *ordinaunce*, fr. MF & ML; MF *ordenance*, lit., art of ordering, arranging, fr. ML *ordinantia*, fr. L *ordinant-*, *ordinans* (pres. part. of *ordinare* to put in order, arrange, appoint + *-ia* -y — more at ORDAIN] **1 a** : an authoritative decree or direction : ORDER ⟨our swift ~s on their way over the whole earth —Walt Whitman⟩ **b** : a public enactment, rule, or law promulgated by governmental authority: as (1) : one of a number of laws or regulations issued at various periods of English history without the assent of one of the three powers (Crown, House of Lords, and House of Commons) necessary to an act of Parliament (2) : a regulation or decree promulgated in Great Britain by any authority less than the sovereign enacting power (3) : any of several acts of the U. S. Congress under the Articles of Confederation (4) : a local law or regulation enacted by a city council or other similar body under powers delegated to it by the state **2 a** : the act or an instance of ordering or arranging : DIRECTION, DISPENSATION, CONTROL ⟨insistence upon a higher and rational ~ throughout the world —G.G.Coulton⟩ **b** : something ordained or decreed by fate or a deity : a decree or disposition of divine or providential origin ⟨an ~ of the Christian God —G.F.Hudson⟩ **c** *obs* : ordained or appointed place or condition **3 a** : established rule, policy, or practice ⟨a positive ~ ... that there should be no sketching until lessons were done —Arnold Bennett⟩ **b** : an established and fully authoritative religious ceremony, rite, or usage that is not considered a sacrament **syn** see LAW

**or·di·nand** \ˈȯrdə,nand\ *n* -s [LL *ordinandus*, gerundive of *ordinare* to ordain — more at ORDAIN] : a person about to be ordained

¹**or·di·nant** \-d(ᵊ)nənt\ *adj* [L *ordinant-*, *ordinans*, pres. part.] : that ordains, decrees, or regulates

²**ordinant** \"\ *n* -s [LL *ordinant-*, *ordinans*, pres. part.] : a person who ordains

**or·di·nar·i·ate** \,ȯ(r)dᵊnˈerēət, -ē,āt\ *n* -s [¹*ordinary* + *-ate*] **1** : the administrative division of a particular Roman Catholic diocese or archdiocese **2** : a group of members of an Eastern

Case 3:06-cv-02361-WHA Document 89-10 Filed 11/15/2006 Page 7 of 12

**peri·go·ni·al** \¦==¦gōnēəl\ or **peri·go·nal** \¦==¦gōn°l, pə'rigən-\ *adj* [NL *perigonium* + E *-al* or *-al*] : of or relating to a perigonium

**peri·go·ni·um** \,perə'gōnēəm\ *n, pl* **perigo·nia** \-ēə\ [NL, fr. *peri-* + *gon-* + *-ium*] **1** : a perianth esp. of a liverwort — compare PERICHAETIUM **2** : a sac surrounding the generative bodies in the gonophore of a hydroid

**per·i·gor·di·an** \,perə'gȯ(r)dēən\ *adj, usu cap* [*Périgord*, region in southwestern France + E *-ian*] : of or belonging to a Paleolithic culture epoch of western Europe including the Châterperronian and Gravettian phases and characterized by narrow pointed flint knife blades and the art of Lascaux Cave

**peri·gyn·i·al** \,perə¦jinēəl, -gi-\ *adj* [NL *perigynium* + E *-al*] : of or relating to the perigynium

**peri·gyn·i·um** \,==+'==nēəm\ *n, pl* **perigyn·ia** \-ēə\ [NL, fr. *peri-* + *-gynium* (fr. Gk *gynē* woman, wife, pistil + NL *-ium*) — more at QUEEN] **1** : a fleshy cup or tube that surrounds the archegonium of various bryophytes (as of the liverwort group) and that is formed either from the stem apex or from the thallus **2** : the saclike bract that subtends the pistillate flower of sedges of the genus *Carex* and that in fruit becomes a flask-shaped envelope investing the achene

**pe·rig·y·nous** \pə'rijənəs\ *adj* [NL *perigynus*, fr. *peri-* + *-gynus* -gynous] **1** : borne on a ring or cup of the receptacle surrounding a pistil ⟨~ petals⟩ ⟨~ stamens⟩ **2** : having stamens and petals borne on a ring or cup of the receptacle surrounding a pistil and usu. adnate to the calyx although appearing to be situated upon it — compare EPIGYNOUS

**pe·rig·y·ny** \-nē\ *n* -ES [*peri-* + *-gyny*] : the quality or state of being perigynous

**peri·he·li·al** \,perə'hēlēəl\ *adj* [NL *perihelion* + E *-al*] : of or relating to perihelion

**peri·he·lion** \,perə'hēlyən, -lēən\ *n* -S [NL *perihelium, perihelion*, fr. *peri-* + *-helium, -helion* (fr. Gk *hēlios* sun) — more at SOLAR] : periastron in the solar system : the point in the path of a planet, comet, meteor, artificial planetoid, passing star, or other celestial body that is nearest to the sun — opposed to *aphelion*; compare APSIS, PERICENTER, PERIGEE; see APHELION illustration

**peri·hepatitis** \,perə+\ *n* [NL, fr. *peri-* + *hepatitis*] : inflammation of the peritoneal capsule of the liver

**peri·jove** \'perə,jōv\ *n* -S [F *périjove*, fr. *péri-* peri- (fr. Gk *peri-*) + *Jove* (Jupiter), 5th planet from the sun] : the point in the orbit of a satellite of Jupiter nearest the planet's center — compare APOJOVE

**peri·kar·y·al** \,perə¦karēəl\ *adj* [NL *perikaryon* + E *-al*] : of or relating to a perikaryon

**peri·karyon** \,perə+\ *also* **pericaryon** \"\ *n, pl* **perikarya** [NL, fr. *peri-* + Gk *karyon* nut, kernel — more at CAREEN] : the cytoplasmic body of a nerve cell

¹**per·il** \'perəl *sometimes* -(,)ril\ *n* -S [ME, fr. OF, fr. L *periculum, periclum* trial, attempt, danger — more at FEAR] **1** : the situation or state of being in imminent or fearful danger : exposure (as of one's person, property, health, or morals) to the risk of being injured, destroyed, or lost : a position of jeopardy ⟨in constant ~ of death⟩ ⟨a time of moral ~⟩ **2 a** : something that imperils : a source of danger or possible cause of loss : RISK ⟨to lessen the ~s of the streets⟩ ⟨the ~s of a turgid rhetoric —Van Wyck Brooks⟩ ⟨a ~ is marine if it threatens a waterborne vessel —H.L.Haehl⟩ **b** : conduct subjecting one to possible civil or criminal liabilities **3** *archaic* : risk of incurring a penalty or of suffering unhappy consequences in saying or doing something that is prohibited — used as an imprecation ⟨by my soul's ~⟩ ⟨that I speak the truth, my ~ be my proof —Lord Byron⟩ **syn** see DANGER — **at one's peril** : being responsible for any harmful or destructive consequences ⟨a new order in party politics, which party leaders will disregard *at their peril* —A.N.Holcombe⟩ ⟨a person who uses fire is bound to keep it under control *at his peril* —F.D.Smith & Barbara Wilcox⟩

²**peril** \"\ *vt* **periled** *also* **perilled**; **periled** *also* **perilled**; **periling** *also* **perilling**; **perils** : to expose to danger : HAZARD, RISK ⟨and ~*ed* his life daily to find out what would happen if you pulled a Mountain Battery mule's tail —Rudyard Kipling⟩

**peri·lampidae** \,perə'lampə,dē\ *n pl, cap* [NL, fr. *Perilampus*, type genus (fr. Gk *perilampein* to shine around, fr. *peri-* + *lampein* to give light, shine) + *-idae* — more at LAMP] : a small family of Hymenoptera comprising insects that are mostly secondary parasites on other insects (as of the orders Diptera and Hymenoptera)

**pe·ril·la** \pə'rilə\ *n, cap* [NL, perh. dim. of *pera* leather bag, wallet, fr. Gk *pēra*] : a genus of Asiatic mints having four didynamous stamens, a bilabiate fruiting calyx, and rugose nutlets — see BEEFSTEAK PLANT

**per·il·aldehyde** \,perəl+\ *n* [*perilla* (oil) + *aldehyde*] : a liquid compound $C_3H_5C_6H_8CHO$ found esp. in the essential oil of an Asiatic mint (*Perilla frutescens* var. *nankinensis*) and yielding an *anti*-oxime that is about 2000 times sweeter than sucrose; 4-isopropenyl-3,4,5,6-tetrahydro-benzaldehyde

**perilla oil** *n* : a light yellow drying oil obtained from the seeds of mints of the genus *Perilla* and used chiefly in varnish, printing ink, and linoleum and in the Orient as an edible oil

**perilla purple** *n* : a dark purplish red that is paler and slightly bluer than pansy purple, redder and paler than raisin, and bluer and paler than Bokhara

**per·il·less** \'perəlləs *sometimes* -(,)rill-\ *adj* : free from peril

**per·il·ous** \'perələs *sometimes* -eril-\ *adj* [ME, fr. OF *perilleus*, fr. L *periculosus*, fr. *periculum* danger + *-osus* -ous — more at FEAR] **1** : full of, attended with, or involving peril : beset by perils : HAZARDOUS ⟨perpetual struggle for the preservation of a ~ and precarious existence —T.L.Peacock⟩ ⟨feel that ~ fascination which haunts the brow of precipices —Nathaniel Hawthorne⟩ ⟨if crossing the parkway was ~ for them on week-ends, it was risky at all times —E.J.Kahn⟩ **2** : capable of inflicting harm or injury : DREADFUL ⟨foam of ~ seas —John Keats⟩ ⟨a ~ stone cliff high above the river —*Amer. Guide Series: Pa.*⟩ **3** : subject to the possibility of destruction, damage, loss, or grave change at any moment ⟨never lose a sense of the whimsical and ~ charm of daily life —L.P.Smith⟩ ⟨old man who trots along under a ~ tower of painted straw chairs —Gertrude Diamant⟩ **syn** see DANGEROUS

**per·il·ous·ly** *adv* [ME, fr. *perilous* + *-ly*] : in a manner or to a degree involving peril ⟨~ close to defeat⟩

**per·il·ous·ness** *n* -ES : the quality or state of being perilous

**peril point** *n* : the rate in tariff legislation at or below which imports of a commodity reach a volume that endangers business or employment

**perils of the sea** : perils resulting from dangers peculiar to sea navigation : MARINE PERILS; *specif* : perils to a ship or her cargo causing damage to or loss of ship or cargo in the course of navigation on the high seas or navigable waters that in admiralty law is not attributable to latent defects in ship or cargo, to an unseaworthy ship, or to unskillful seamanship

**perils of war** : the war hazards specif. assumed under a policy of insurance

**peri·lymph** \'perə+,-\ *n* [ISV *peri-* + *lymph*] : the fluid between the membranous and bony labyrinths of the ear — compare ENDOLYMPH

**peri·lymphatic** \,perə+\ *adj* [*perilymph* + *-atic* (as in *lymphatic*)] : relating to or containing perilymph

**perimedullary zone** \,perə+...\ *n* [ISV *peri-* + *medullary*] : MEDULLARY SHEATH

**pe·rim·e·ter** \pə'rimədə(r)\ *n* -S *often attrib* [F *périmètre*, fr. L *perimetros*, fr. Gk, fr. *peri-* + *metron* measure — more at MEASURE] **1 a (1)** : the boundary of a closed plane figure ⟨the ~ of a circle⟩ **(2)** : the measure of the boundary of a closed plane figure; *specif* : the sum of the lengths of the line segments forming a polygon **b** : a line or strip bounding or protecting an area ⟨small cities on the ~ of the reservation —Zdenek Salzmann⟩ ⟨digging in behind a barbed-wire ~ with antitank guns —Barrett McGurn⟩ ⟨the ~ of a shopping district⟩ **c** : outer limits ⟨criticism which attempts to bring to literature insights found outside its ~ —C.W.Shumaker⟩ ⟨the ~ of possible excursions was reduced —André Maurois⟩ ⟨House of Representatives report described the ~ of the legislation —*U.S. Code*⟩ **2 a** : an instrument for examining the discriminative powers of different parts of the retina often consisting of an adjustable semicircular arm with a fixation point for the eye and variable stations for the visual stimuli **b** : a similar instrument used in studying auditory space perception — **peri·met·ric** \,perə¦me·trik\ *or* **peri·met·ri·cal** \-trəkəl\ *adj* — **peri·met·ri·cal·ly** \-trək(ə)lē\ *adv* — **pe·rim·e·try** \pə'rimə·trē\ *n* -ES

**peri·me·tri·um** \,perə'mē·trēəm\ *n, pl* **perime·tria** \-trēə\ [NL, fr. *peri-* + *-metrium*] : the peritoneum covering the fundus and ventral and dorsal aspects of the uterus

**peri·morph** \'perə,mȯrf\ *n* [ISV *peri-* + *-morph*] : a crystal of one species enclosing one of another species

**per im·pos·si·bi·le** \,pe,rimpə'sibə,lā, ¦pər,impə'sibə(,)lē\ *adv* [L, lit., through the impossible] : as is impossible ⟨if, *per impossibile*, stones could reason⟩

**peri·my·si·al** \,perə¦miz(h)ēəl\ *adj* [NL *perimysium* + E *-al*] : of, relating to, or being perimysium

**peri·my·si·um** \,==¦miz(h)ēəm\ *n, pl* **perimy·sia** \-ēə\ [NL, irreg. fr. *peri-* + Gk *mys* mouse, muscle + NL *-ium* — more at MOUSE] : the connective-tissue sheath that surrounds a muscle and sends partitions inward which form sheaths for the bundles of muscle fibers; *often* : the portion sheathing the bundles — distinguished from *epimysium*

**peri·natal** \,perə+\ *adj* [ISV *peri-* + *natal*] : occurring at about the time of birth ⟨~ mortality⟩

**per·ine** \'pe,rēn, -rīn\ *n* -S [prob. fr. G, fr. NL *perinium*] : PERINIUM

**per·i·ne·al** \,perə¦nēəl\ *adj* [NL *perineum* + E *-al*] : of or relating to the perineum

**perineo-** *comb form* [NL *perineum*] **1** : perineum ⟨*perineocele*⟩ ⟨*perineoplasty*⟩ ⟨*perineotomy*⟩ **2** : perineum and ⟨*perineovaginal*⟩

**per·i·ne·or·rha·phy** \,perənē'ȯrəfē\ *n* -ES [ISV *perineo-* + *-rrhaphy*] : suture of the perineum usu. to repair a laceration occurring during labor

**peri·nephric** \,perə+\ *adj* [NL *perinephrium* + E *-ic*] **1** : of or relating to the perinephrium **2** : occurring about or surrounding the kidney

**peri·nephritic** \"+\ *adj* [ISV *perinephrit-* (fr. NL *perinephritis*) + *-ic*] : PERINEPHRIC; *also* : of or affected with perinephritis

**peri·nephritis** \"+\ *n* [NL, fr. *perinephrium* + *-itis*] : inflammation of the perinephric tissue

**peri·neph·ri·um** \,perə'nefrēəm\ *n, pl* **perineph·ria** \-ēə\ [NL, fr. Gk *perinephros* fat about the kidneys (fr. *peri-* + *nephros* kidney) + NL *-ium* — more at NEPHRITIS] : the capsule of connective and fatty tissue about the kidney

**per·i·ne·um** *also* **per·i·nae·um** \,perə'nēəm\ *n, pl* **per·i·nea** \-ēə\ [NL, fr. LL *perinaion, perineon*, fr. Gk *perinaion, perineos*, fr. *peri-* + *-inaion, -ineos* (fr. *inan, inein* to empty out, defecate) — more at IRE] : an area of tissue marking externally the approximate boundary of the outlet of the pelvis and as usu. demarked giving passage to the urinogenital ducts and the rectum; *sometimes* : the area between the anus and the posterior part of the external genitalia esp. in the female

**peri·neural** \,perə+\ *adj* [ISV *peri-* + *neural*] : occurring about or surrounding nervous tissue or nerves

**peri·neu·ri·al** \,perə¦n(y)ürēəl\ *adj* [NL *perineurium* + E *-al*] **1** : of or relating to perineurium **2** : PERINEURAL

**peri·neu·ri·um** \,perə'n(y)ürēəm\ *n, pl* **perineu·ria** \-ēə\ [NL, fr. *peri-* + *neur-* + *-ium*] : the connective-tissue sheath that surrounds a bundle of nerve fibers

**pe·rin·i·um** \pə'rinēəm\ *n, pl* **perin·ia** \-ēə\ [NL, fr. *peri-* + *-in-* + *-ium*] : the sculptured outer coat of a pollen grain

**peri·ocular** \,perē+\ *adj* [*peri-* + *ocular*] : surrounding the eyeball but within the orbit ⟨~ space⟩

¹**pe·ri·od** \'pirēəd, 'pēr-\ *n* -S [ME *pariode*, fr. MF *periode*, fr. ML, L, & Gk; ML *periodus* period of time, punctuation mark, fr. L & Gk; L, rhetorical period, fr. Gk *periodos* way around, circuit, period of time, rhetorical period, fr. *peri-* + *hodos* way, journey — more at CEDE] **1 a** *obs* : customary or ordained length of existence : LIFETIME ⟨make plants more lasting than their ordinary ~ —Francis Bacon⟩ **b** : the half-life of a radioactive element **2 a** : an utterance from one full stop to another : SENTENCE; *esp* : a well-proportioned sentence of several clauses ⟨rounded ~s⟩ ⟨stately ~s⟩ **b** : PERIODIC SENTENCE **c** : a musical structure or melodic section usu. of eight or sixteen measures and of two or more contrasting or complementary phrases and ending with a cadence **3 a** : the full pause with which the utterance of a sentence closes **b** : a point of time marking a termination of a course or an action : END, STOP, CESSATION ⟨progress . . . towards the perfection of nature without arriving at a ~ in it —S.F.Mason⟩ ⟨worries, together with . . . disease put a ~ to his honorable life —C.G.Bowers⟩ **4 a** *obs* : final outcome : CONSUMMATION **b** *obs* : the goal of an action or a journey **c** *obs* : a particular point in a progress : MOMENT, OCCASION **d** *obs* : the highest point : CULMINATION **e** : PERORATION ⟨to hear the admiral's ~ to the piece —Lee Rogow⟩ **5 a** : a point used to mark the end of a declarative sentence, the end of an abbreviation (as *Eng., Mr.*), or the end of a paragraph heading or outline heading — often used interjectionally at the end of a statement to indicate and emphasize that the statement is finished and complete without further qualification or discussion ⟨private profit by public servants at the expense of the general welfare is corrupt, ~ —Estes Kefauver⟩ ⟨conclusion that we fought the war to win, ~ —H.W.Baldwin⟩ ⟨not just unlucky in love, but unlucky, ~⟩ **b** : a division of time in a rhythmic series : a temporal unit of measure; *specif* : a rhythmical unit in Greek verse composed of a series of two or more colons **6** : the completion of a cycle, a series of events, or a single action : CONCLUSION ⟨certain cheeses . . . serve as a brilliant ~ for a gay, well-ordered meal —*This Week Mag.*⟩ **7 a** : a portion of time determined by some recurring phenomenon : a division of time in which something is completed and ready to commence and go on in the same order ⟨~ of the earth's orbit⟩ ⟨~ of a flashing beacon⟩ **b** : the interval of time required for a cyclic motion or phenomenon to complete a cycle and begin to repeat itself ⟨the ~ of a pendulum⟩ ⟨~ of an alternating current⟩ being equal to one divided by the frequency **c** : a single cyclic occurrence of menstruation — called also *menstrual period* **8 a** : a chronological division (as of a life, a development) : STAGE ⟨~ of infancy⟩ ⟨~ of preparation and training⟩ ⟨~ of incubation of a disease⟩ **b** : an extent of time that is an epoch or era in the history of civilization ⟨the Reformation ~⟩ ⟨art in the Victorian ~⟩ ⟨furniture of the Empire ~⟩ **c** : a time often of indefinite length but of distinctive or specified character ⟨~s of laziness⟩ ⟨~s of anxiety⟩ ⟨a ~ of wet weather⟩ : SPELL ⟨~ of rising prices⟩ **d** : a division of geologic time longer than an epoch and included in an era **e** : a stage of culture having a definable place in time and space; *specif* : the length of time a pottery style is maintained in a certain area **9** : a number *k* that does not change the value of a periodic function *f* when added to the independent variable: $f(x+k)=f(x)$; *esp* : the smallest such number **10** : a sequence of elements of increasing atomic numbers as represented usu. in horizontal rows in the periodic table from one inert gas to the next and that may be short (as from helium through fluorine or from neon through chlorine) or long (as from argon through bromine) **11 a** : one of the divisions of the academic day : the time appointed for a recitation or lecture or for study, physical training, luncheon, assembly, or other activity : a class hour **b** : one of the portions usu. of equal duration into which the playing time of a game (as hockey, polo) is divided

**syn** EPOCH, ERA, AGE, AEON: PERIOD, the most general of these terms, can designate any extent of time ⟨a *period* of a few seconds⟩ ⟨the *period* of five thousand years prior to recorded history⟩ EPOCH often designates the beginning of a period, esp. a striking or remarkable beginning ⟨this is an *epoch* . . . the end and the beginning of an age —H.G.Wells⟩, but more often designates a period set off by some significant or striking quality, event, or series of related events ⟨an *epoch* in the annals of printing —*Encyc. Americana*⟩ ⟨the Renaissance *epoch* —G.C.Sellery⟩ ERA, often interchangeable with EPOCH in its more frequent meaning, is a period, usu. of history, marked by some new or characterizable order of things ⟨the Victorian *era*⟩ ⟨the Christian *era*⟩ ⟨an *era* of singular crisis and upheaval —J.W.Aldridge⟩ AGE, usu. interchangeable with but possibly more definite than ERA, is used frequently of a period dominated by a central figure or clearly marked feature ⟨the atomic *age*⟩ ⟨the *age* of Shakespeare⟩ ⟨the *age* of Reason⟩ AEON is an immeasurable or indefinitely long period ⟨Mars is a planet which has rusted away, its oxygen having been used up *aeons* ago —J.G.Vaeth⟩ ⟨the hour of waiting seemed an *aeon* to the impatient child⟩

Antecedent Phrase
Consequent Phrase
1st Section
2nd Section
3rd Section
4th Section

period 2c

²**period** \"\ *adj* **1** : relating or belonging to an historical period : deriving from or fashioned after the style prevalent in a particular period ⟨~ furniture⟩ ⟨~ costume⟩ **2** : representing realistically a particular historical period; *esp* : depending largely on evocation of a period for effect ⟨~ play⟩ ⟨~ novel⟩ ⟨an amusing ~ study of manners —*Time*⟩ ⟨~ film⟩

**per·iodate** \¦pər, (')pər+\ *n* -S [ISV *periodic* (*acid*) + *-ate*] : a salt of a periodic acid

**pe·ri·od·ic** \¦pirē¦ädik, ¦pēr-, -dēk\ *adj* [F *périodique*, fr. L *periodicus*, fr. Gk *periodikos*, fr. *periodos* period + *-ikos* -ic — more at PERIOD] **1 a** : characterized by periods : occurring at regular intervals ⟨~ phases of the moon⟩ ⟨~ municipal elections⟩ **b** : occurring repeatedly from time to time : RECURRENT, INTERMITTENT ⟨~ epidemics⟩ ⟨~ drinking sprees⟩ : FREQUENT ⟨one of Bermuda's ~ power failures —*Time*⟩ **2** : consisting of a series of stages or processes that is regularly repeated : CYCLIC ⟨~ vibration⟩ **3** : of or relating to a period ⟨house was pleasant and comfortable, they were too sophisticated to be ~ —*Scribner's*⟩ **4 a** : of or relating to a form of construction found in some Greek odes in which the second and third in a group of four strophes are alike in structure and the first and fourth differ from these and from each other **b** : expressed in or characterized by periodic sentences ⟨~ style⟩

**per·iod·ic acid** \¦pər¦ī¦ädik-, ¦pər¦\ *n* [ISV *per-* + *iodic*] : any of a series of strongly oxidizing acids that are the highest oxygen acids of iodine and may be regarded as derived from a hypothetical iodine heptoxide $I_2O_7$ by union with varying amounts of water: as **a** : a hygroscopic crystalline acid $H_5IO_6$ obtainable by electrolytic oxidation of iodic acid — called also *orthoperiodic acid, paraperiodic acid* **b** : an unstable acid $HIO_4$ that forms stable salts and is obtained as a white residue by dehydration of orthoperiodic acid by heat — called also *metaperiodic acid*

¹**pe·ri·od·i·cal** \¦pirē¦ädəkəl, ¦pēr-, -dēk-\ *adj* [L *periodicus* + E *-al*] **1** : PERIODIC 1 ⟨when the bookmobile pulls in for its ~ call —*Saturday Rev.*⟩ **2 a** : published with a fixed interval usu. longer than a day between the issues or numbers ⟨newspapers and ~ publications⟩ ⟨keeping up with the ~ literature on the arts⟩ **b** : published in, characteristic of, or connected with a periodical ⟨~ book reviews⟩ ⟨~ room in a library⟩

²**periodical** \"\ *n* -S : a magazine or other publication of which the issues appear at stated or regular intervals — usu. used of a publication appearing more frequently than annually but infrequently used of a newspaper

**periodical cicada** *n* : SEVENTEEN-YEAR LOCUST

**pe·ri·od·i·cal·ly** \¦pirē¦ädək(ə)lē, -dēk-, -li\ *adv* **1** : at regular intervals of time **2** : from time to time : RECURRENTLY, FREQUENTLY

## PERIODIC TABLE

This is a common long form of the table. Roman numerals and letters heading the vertical columns indicate the groups (there are differences of opinion regarding the letter designations, those given here being probably the most generally used). The horizontal rows represent the periods, with two series removed from the two very long periods and represented below the main table. Atomic numbers are given above the symbols for the elements, and atomic weights or (in square brackets) mass numbers of the isotopes of longest known half-life are given below the symbols. Compare ELEMENT table

| IA | IIA | IIIB | IVB | VB | VIB | VIIB | VIII | VIII | VIII | IB | IIB | IIIA | IVA | VA | VIA | VIIA | Zero |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 H 1.008 | | | | | | | | | | | | | | | | 1 H 1.008 | 2 He 4.003 |
| 3 Li 6.940 | 4 Be 9.013 | | | | | | | | | | | 5 B 10.82 | 6 C 12.011 | 7 N 14.008 | 8 O 16.000 | 9 F 19.00 | 10 Ne 20.183 |
| 11 Na 22.991 | 12 Mg 24.32 | | | | | | | | | | | 13 Al 26.98 | 14 Si 28.09 | 15 P 30.975 | 16 S 32.066 | 17 Cl 35.457 | 18 Ar 39.944 |
| 19 K 39.100 | 20 Ca 40.08 | 21 Sc 44.96 | 22 Ti 47.90 | 23 V 50.95 | 24 Cr 52.01 | 25 Mn 54.94 | 26 Fe 55.85 | 27 Co 58.94 | 28 Ni 58.71 | 29 Cu 63.54 | 30 Zn 65.38 | 31 Ga 69.72 | 32 Ge 72.60 | 33 As 74.91 | 34 Se 78.96 | 35 Br 79.916 | 36 Kr 83.80 |
| 37 Rb 85.48 | 38 Sr 87.63 | 39 Y 88.92 | 40 Zr 91.22 | 41 Nb 92.91 | 42 Mo 95.95 | 43 Tc [99] | 44 Ru 101.1 | 45 Rh 102.91 | 46 Pd 106.4 | 47 Ag 107.88 | 48 Cd 112.41 | 49 In 114.82 | 50 Sn 118.70 | 51 Sb 121.76 | 52 Te 127.61 | 53 I 126.91 | 54 Xe 131.30 |
| 55 Cs 132.91 | 56 Ba 137.36 | 57 *La 138.92 | 72 Hf 178.50 | 73 Ta 180.95 | 74 W 183.86 | 75 Re 186.22 | 76 Os 190.2 | 77 Ir 192.2 | 78 Pt 195.09 | 79 Au 197.0 | 80 Hg 200.61 | 81 Tl 204.39 | 82 Pb 207.21 | 83 Bi 209.00 | 84 Po 210 | 85 At [210] | 86 Rn 222 |
| 87 Fr [223] | 88 Ra 226.05 | 89 †Ac 227 | | | | | | | | | | | | | | | |

| *LANTHANIDE SERIES | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 Ce 140.13 | 59 Pr 140.92 | 60 Nd 144.27 | 61 Pm [145] | 62 Sm 150.35 | 63 Eu 152.0 | 64 Gd 157.26 | 65 Tb 158.93 | 66 Dy 162.51 | 67 Ho 164.94 | 68 Er 167.27 | 69 Tm 168.94 | 70 Yb 173.04 | 71 Lu 174.99 |

| †ACTINIDE SERIES | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90 Th 232.05 | 91 Pa 231 | 92 U 238.07 | 93 Np [237] | 94 Pu [244] | 95 Am [243] | 96 Cm [248] | 97 Bk [247] | 98 Cf [251] | 99 Es [254] | 100 Fm [253] | 101 Md [256] | 102 No [253] | |

Edward Bok) — **into question** *adv* : up for or subject to discussion in which doubt is cast — usu. used with *bring* or *call* or *come* ⟨bring several of the current beliefs of this sort *into question* —Ralph Linton⟩ ⟨only natural that all the former systems of classifying ancient as well as more recent fossil men should be brought *into question* —R.W.Murray⟩ — **out of question** *archaic* : UNQUESTIONABLY ⟨*out of question*, 'tis Maria's hand —Shak.⟩ — **out of the question** 1 : alien to the question or subject being discussed 2 : not worthy of consideration : not to be thought of ⟨such a course is *out of the question*⟩ 3 : IMPOSSIBLE ⟨sleep during this interval was *out of the question* —T.L.Peacock⟩

²**question** \"\ *vb* **questioned; questioned; questioning** \-es(h)chəniŋ, ÷ -esh(ə)n-\ **questions** [MF *questionner*, fr. *question*, n. — more at ¹QUESTION] *vt* 1 : to ask a question of or about ⟨~*ed* the Indians as to the river's name —*Amer. Guide Series: Minn.*⟩ ⟨~ the absence of a club member⟩ 2 a : to subject to judicial or police examination ⟨~ a suspect⟩ b : to call to account : ACCUSE, CHARGE 3 a (1) : to express doubt about : demonstrate lack of conviction about : CHALLENGE, DISPUTE ⟨the honesty of these writers is unimpeachable, however much their competency may be ~*ed* —Edward Clodd⟩ (2) : to feel doubts about : DOUBT ⟨~*ed* her wisdom in staying on the farm —E.T.Thurston⟩ b : to subject to analysis : EXAMINE, RESEARCH, PONDER, CONSIDER ⟨Babylonian sages who ~*ed* the stars in their efforts to measure time —W.K.Ferguson⟩ ⟨no more accustomed to ~ language itself than to ~ the weather —Stuart Chase⟩ ~ *vi* 1 : to ask questions : INQUIRE 2 *obs* : TALK, CONVERSE, ARGUE **syn** see ASK

**ques·tion·able** \-es(h)chənəbəl, ÷ -esh(ə)n-\ *adj* 1 *obs* : admitting of being questioned : inviting or seeming to invite inquiry 2 *obs* : liable or amenable to judicial inquiry or action 3 : affording reason for being doubted, questioned, or challenged : not certain or exact : not acceptable immediately or without examination : PROBLEMATICAL, UNCERTAIN, UNSAFE ⟨the illustration is ~ but the notion implied may be sound —Samuel Alexander⟩ ⟨canners had taken in any ~ type of fruit at top prices —*Farmer's Weekly (So. Africa)*⟩ ⟨a highly ~ exercise of executive authority —A.F.Westin⟩ ⟨a general storm area . . . making even a daylight flight a ~ venture —C.A. Lindbergh †1974⟩ 4 : attended by well-grounded suspicions of being immoral, crude, false, or unsound : DUBIOUS ⟨the propriety . . . was at least ~ —G.B.Shaw⟩ ⟨the habit of living in ~ neighborhoods —M.D.Geismar⟩ ⟨a ~ insurance broker —Milton Silverman⟩ **syn** see DOUBTFUL

**ques·tion·able·ness** \-bəlnəs\ *n* -ES : the state of being questionable

**ques·tion·ably** \-blē, -bli\ *adv* : in a questionable manner : DOUBTFULLY, DUBIOUSLY, SUSPICIOUSLY ⟨estates her husband had ~ acquired —*Brit. Book News*⟩

¹**ques·tion·ary** \'kwes(h)chə,nerē\ *n* -ES [¹*question* + -*ary* (n. suffix)] : a collection of questions; *esp* : QUESTIONNAIRE ⟨a ~ circulated two years ago to about 5000 laboratories —*Lancet*⟩ ⟨~ containing 102 phrases and locutions —Wallace Rice⟩

²**questionary** \"\ *adj* [¹*question* + -*ary* (adj. suffix)] : put in the form of a question : asking or involving questions

¹**question–begging** \'==,==\ *adj* : that involves the fallacy of petitio principii : that involves an assumption of something whose truth may be questioned ⟨*question-begging* arguments⟩ ⟨*question-begging* epithets⟩ — compare BEG *vt* 3b

²**question–begging** \"\ *n* -S : something that involves an assumption whose truth may be questioned ⟨most of us may think this *question-begging* —*Manchester Guardian Weekly*⟩

**ques·tion·ee** \,==ˈē\ *n* -S : one that is questioned

**ques·tion·er** \'kwes(h)chənə(r), ÷ 'kwesh(ə)n-\ *n* -S : one that questions

¹**questioning** *n* -S [fr. gerund of ²*question*] : the asking of questions : examination by question : INTERROGATION ⟨an age of disillusion, of doubt and ~ —Jawaharlal Nehru⟩ ⟨our ~*s* lose some of their point —Jacob Kohn⟩ ⟨~*s* of suspects⟩

²**questioning** *adj* [fr. pres. part. of ²*question*] 1 : expressing or implying a question ⟨a ~ look⟩ 2 : INQUIRING, INQUISITIVE ⟨a keen ~ mind —C.I.Glicksberg⟩

**ques·tion·ing·ly** *adv* : in a questioning manner ⟨looked ~ at the doctor —G.G.Carter⟩

**ques·tion·ist** \-nəst\ *n* -S 1 a : one that questions esp. intensively or habitually b *obs* : SCHOOLMAN 1 2 *archaic* : a candidate for the bachelor's degree in certain British universities during the last term before final examinations

¹**ques·tion·less** \'==ləs\ *adj* [¹*question* + -*less*] 1 : not to be questioned : INDUBITABLE ⟨remained always its born and ~ master —J.R.Lowell⟩ 2 : UNQUESTIONING ⟨clear mind and ~ faith —Lew Wallace⟩

²**questionless** \"\ *adv*, *archaic* : UNQUESTIONABLY, UNDOUBTEDLY ⟨can ~ write a good hand —George Eliot⟩

**ques·tion·less·ly** *adv* : in a questionless manner

**question mark** *n* 1 : the mark ? used in writing and printing at the conclusion of a sentence to indicate a direct question or usu. in parenthesis after a particular to indicate conjecture or uncertainty or by editors and proofreaders to indicate a queried detail 2 : something unknown, unknowable, or uncertain ⟨the future of the controversial movie . . . will remain a *question mark* at least until today —*Springfield (Mass.) Union*⟩ 3 : VIOLET TIP

¹**ques·tion·naire** *also* **ques·tion·aire** \,kwes(h)chə'na(a)-|(ə)r, -ne|, |ə\ *n* -S [F *questionnaire*, fr. *questionner* to question + -*aire* -ary — more at QUESTION] 1 : a set of questions for obtaining statistically useful or personal information from an individual ⟨devise a special ~ on children's reading habits⟩ ⟨a telephone ~ addressed to six authors —J.K.Hutchens⟩ 2 : a written or printed questionnaire often with spaces for answers 3 : a survey made by the use of a questionnaire ⟨tabulate the results of a ~⟩

²**questionnaire** \"\ *vt* -ED/-ING/-S : to send a questionnaire to or obtain information from by means of a questionnaire ⟨has begun to ~ scientifically trained men —*Textile World*⟩

**question of fact** : FACT IN ISSUE

**question of law** : ISSUE OF LAW

**question of privilege** : a question that concerns the rights or privileges of a legislative body or of any of its members

**question time** *n* : a period in a session of a British parliamentary body during which members may put to a minister questions on matters concerning his department ⟨*question time* . . . is one of parliament's most valuable institutions —*Brit. Parliament*⟩

**quest·man** \'==mən\ *n*, *pl* **questmen** [ME, fr. *quest* + *man*] *archaic* : one legally empowered to solicit alms; *specif* : SIDESMAN 1

**questor** *var of* QUAESTOR

**questrist** *n* -S [*quester* + -*ist*] *obs* : SEEKER, PURSUER ⟨his knights, hot ~*s* after him —Shak.⟩

**quests** *pl of* QUEST, *pres 3d sing of* QUEST

**quet** \'kwet\ *n* -S [origin unknown] *dial Eng* : the common guillemot

**quetch** \'kwech\ *vi* -ED/-ING/-ES [ME *quecchen*, *quicchen*, fr. OE *cweccan* to shake, shake off, move, vibrate — more at QUAKE] 1 *chiefly dial* : TWITCH, STIR ⟨~*ing* with pain⟩ 2 : to break silence : utter a sound

**quête** \'ket\ *n* -S [F, search, quest, collection, fr. OF *queste* — more at QUEST] : a collection of money (as for use as a payment to street musicians or strolling players)

¹**quetsch** \'kwech, 'kve-\ *n* -ES [G, fr. G dial. (Alsace) *quetsch*, *quetsche* plum, fr. a F dial. word akin to OF *davoisne* damson plum, fr. (assumed) VL *damascena*, fr. pl. of L (*prunum*) *Damascenum* — more at DAMSON] : a dry white Alsatian brandy distilled from fermented plum juice

²**quetsch** \"\ *n* -ES [G *quetsche* press, roller, fr. *quetschen* to squeeze, crush, flatten, fr. MHG *quetzen*, *quetschen* to strike, squeeze, crush; akin to MLG *quetsen*, *quessen* to strike against, MD *quetsen*, *quetschen* to injure, wound, break up] 1 : a vat equipped with rollers for applying chemical solutions or sizing to yarn or cloth and used esp. in the slashing process 2 : one of the rollers in a quetsch

**quet·ta** \'kwed·ə\ *adj*, *usu cap* [fr. *Quetta*, town in Baluchistan, Pakistan] : of or belonging to a culture of northern Baluchistan of about the fourth millennium B.C. characterized by pottery decorated in geometric designs with purplish brown or black paint on a buff ground or occas. black on a gray ground

**quet·zal** \ket'säl, -sal\ *also* **que·zal** *or* **que·sal** \kā's-\ *n*, *pl* **quetzals** \-lz\ *or* **quetza·les** \-(,)läs\ [AmerSp, fr. Nahuatl *quetzalli* large brilliant tail feather] 1 *also* **quetzal bird** : a large Central American trogon (*Pharomachrus mocinno*) having a compressed crest, brilliant plumage with the upper-parts and throat iridescent greenish and the underparts crimson, and in the male upper tail coverts often exceeding two feet in length 2 *pl usu quetzales* a : the basic monetary unit of Guatemala — see MONEY table b : a silver coin representing one quetzal c : a note representing one quetzal 3 *quetzales pl but often sing in constr*, *or* **quetzal dance** : a men's longways dance of the Mexican Totonacs dedicated in pre-Columbian times to the quetzal bird as sun symbol and still suggesting the sun with huge disk headdresses

¹**queue** \'kyü\ *n* -S [MF, fr. OF *coe*, *coue* — more at COWARD] 1 : a taillike braid of natural or artificial hair usu. worn hanging at the back of the head and sometimes as part of a wig or as an addition to a hat 2 : a line esp. of persons or vehicles ⟨most of us in the customs ~ —Nancy Debenham⟩ ⟨pedicabs wait for custom . . . in great dead ~*s* —G.S.Gale⟩ ⟨gave up places in the production ~ —*Sperryscope*⟩ 3 : a metal piece attached to the side of the breastplate of a suit of armor and used as a rest for the butt of a lance 4 : the tailpiece of a violin or other stringed instrument 5 : the tail of a musical note

queue 1

²**queue** \"\ *vb* **queued; queued; queuing** *or* **queueing; queues** *vt* : to arrange or form in a queue ~ *vi* : to line up or wait in a queue ⟨the everlasting *queuing* for whatever food was available —J.G.Winant⟩ ⟨the salmon ~*s* to jump the weir —Edward Hyams⟩ — often used with *up* ⟨you had to ~ up at the bus stop —Joseph Wechsberg⟩

**queu·er** \-ü(ə)r, -üə\ *n* -S : one that queues ⟨~*s* were hoping for standing room —*Time*⟩

**que·venne's iron** \kə'venz-\ *n*, *usu cap Q* [after Theodore *Quevenne*, 19th cent. Fr. pharmacist] : REDUCED IRON

**quey** \'kwā\ *n* -S [ME *quy*, *quee*, of Scand origin; akin to Dan *kvie* heifer, Sw & Norw *kviga*, ON *kvīga*; prob. akin to ON *kȳr* cow — more at COW] *dial Brit* : HEIFER

**queyn** \'kwān\ *Scot var of* QUEAN

**que·zon city** \'kā,sōn-\ *adj*, *usu cap Q&C* [fr. *Quezon City*, capital of the Philippines] : of or from Quezon City, capital of the Philippines : of the kind or style prevalent in Quezon City

**quia·quia** \'kēə'kēə\ *n* -S [AmerSp *quiaquia*, prob. fr. *quiaquia*, a kind of rattle made from a tortoise shell, of imit. origin] : ROUND SCAD

¹**quib·ble** \'kwibəl\ *n* -S [prob. dim. of obs. *quib* quibble, perh. fr. L *quibus*, dat. & abl. pl. of *qui* who, which (often used in legal documents) — more at WHO] 1 *archaic* : PUN 2 a (1) : something (as a line of reasoning adopted, an objection made, a distinction drawn, a point advanced) that evades, shifts from, or obscures the real point at issue in some discussion or argument by reason of centering on what is relatively unimportant and often petty or totally irrelevant and that is marked typically by hedging or equivocation ⟨produces more ~*s* and qualifications than it does direct answers —S.L.Payne⟩ (2) : a minor objection or piece of criticism arising typically from an exaggerated tendency to find fault ⟨had a few ~*s* about the quality of the performance⟩ b : argumentation, protestation, or criticism marked by or consisting of quibbles ⟨in discussing this situation there is no room for ~ —W.H.Camp⟩ ⟨a procedure that is open to ~⟩

²**quibble** \"\ *vb* **quibbled; quibbled; quibbling** \-b(ə)liŋ\ **quibbles** *vi* 1 *archaic* : PUN 2 a (1) : to make use of, indulge in, or resort to quibbles ⟨had no desire to ~ when decisive action was called for⟩ (2) : to object to something or criticize something on minor grounds that typically reflect an exaggerated tendency to find fault : CAVIL, CARP ⟨was a peevish critic, always ready to ~⟩ b : to indulge in argumentation, protestation, or criticism marked by or consisting of quibbles : BICKER ⟨the usual *quibbling* over what should be included in the humanities —W.H.Whyte⟩ ~ *vt* : to subject to quibbles ⟨aren't inclined to ~ the point —S.E.Hyman⟩

**quib·bler** \-b(ə)lə(r)\ *n* -S : one that quibbles

¹**quibbling** *n* -S [fr. gerund of ²*quibble*] 1 : the action of one that quibbles 2 : an instance of quibbling ⟨theological ~*s* —Corra Harris⟩

²**quibbling** *adj* [fr. pres. part. of ²*quibble*] : marked by or consisting of quibbles : CARPING, CAVILING ⟨had no patience with ~ criticism⟩ — **quib·bling·ly** *adv*

**qui·ca** \'kēkə\ *n* -S [Pg *cuíca*, fr. Tupi] : FOUR-EYED OPOSSUM

¹**qui·che** \(')kē'chā\ *n*, *pl* **quiche** *or* **quiches** *usu cap* [Sp *quiché*, of AmerInd origin] 1 a : an Indian people of south central Guatemala b : a member of such people 2 : the Mayan language of the Quiché people

²**quiche** \'kēsh\ *n* -S [F, fr. G dial. (Lorraine) *küche*, dim. of *kuche*, *kuchen* cake, fr. OHG *kuocho* — more at CAKE] : a baked custard pie usu. having an added savory ingredient (as chopped ham, seafood, or vegetables)

**qui·choid** \'kē,chōid\ *n* -S *usu cap* [¹*Quiche* + -*oid*] : a linguistic subdivision of the Mayan of Guatemala, El Salvador, and Mexico

**quichua** *usu cap*, *var of* QUECHUA

**quichuan** *usu cap*, *var of* QUECHUAN

¹**quick** \'kwik\ *adj*, *usu* -ER/-EST [ME *quik*, *quike*, fr. OE *cwic*, *cwicu*; akin to OFris & OS *quik* alive, OHG *quec*, ON *kvikr*, Goth *qiwai* (nom. pl.), L *vivus* alive, *vivere* to live, Gk *zōē* life, *bios* mode of life, Lith *gyvas* living, Skt *jīva*] 1 a *archaic* : marked by the presence of life : not dead : LIVING, ALIVE, ANIMATE ⟨shall judge the ~ and the dead —2 Tim 4:1 (AV)⟩ b *archaic* : arrived at a stage of pregnancy at which the motion of the fetus is perceptible ⟨women . . . ~ with child —Oliver Goldsmith⟩ c *chiefly Brit* : formed of living plants ⟨a ~ hedge⟩ 2 : that moves, functions, or is accomplished or obtained swiftly and with vigor, energy, and promptness or that is capable of so moving or functioning or of being so accomplished or obtained : RAPID, SPEEDY: as a (1) : fast in understanding, thinking, or learning : speedy in mental processes : mentally agile : mentally nimble ⟨a ~ mind⟩ ⟨~ thinking⟩ ⟨~ students⟩ (2) : reacting to stimuli with speed and keen sensitivity : delicate and sharp in perception ⟨a ~ sense of the tactful thing to do⟩ ⟨a ~ eye for beauty⟩ (3) : aroused immediately and intensely ⟨~ resentment⟩ ⟨a ~ temper⟩ b (1) : fast in development or occurrence ⟨a ~ succession of events⟩ (2) : done or taking place with rapidity : done or taking place within only a small interval of time ⟨gave her a ~ kiss⟩ ⟨a ~ finish to the race⟩ ⟨gave them a ~ look⟩; *esp* : begun and ended in an instant ⟨a ~ flash of lightning⟩ (3) : rapidly often almost instantaneously accomplished or achieved ⟨a ~ profit⟩ ⟨a ~ victory⟩ (4) : consumed rapidly or hurriedly ⟨had a ~ bite to eat⟩; *esp* : swallowed rapidly or hurriedly ⟨had a ~ drink at the bar⟩ c (1) : marked by speed, readiness, or promptness of action ⟨did a ~ job⟩ ⟨finished it with ~ efficiency⟩ (2) : marked by speed, readiness, or promptness of physical movement ⟨walked with ~ steps⟩ d (1) : inclined to hastiness of action or treatment : OVERHASTY ⟨must not be too ~ in the experiment⟩ (2) : inclined to impatience or anger : easily aroused to impatience or anger ⟨was too ~ with her students⟩ 3 *archaic* a : not stagnant : RUNNING, FLOWING ⟨gently winding valleys, with clear, ~ water —Walter Pater⟩ ⟨sweet and ~ stream —John Evelyn⟩ b : extremely soft and mobile from being mixed with water so as to tend to suck down an object touching the surface ⟨the patch of ~ ground —P.H.Emerson⟩ ⟨~ mud⟩ 4 a (1) *archaic* : burning with intense heat : FIERY ⟨the ~ flames —P.B. Shelley⟩ : GLOWING ⟨a ~ coal —George Herbert⟩ (2) *obs* : rapidly combustible ⟨~ sulfur —Edmund Spenser⟩ b *of soil* : readily absorbing heat by reason of being highly porous in composition 5 *obs* : full of activity : BUSY, BRISK ⟨the markets were very ~ —Henry Best⟩ 6 *obs* a : bitingly sharp in taste or odor : PUNGENT b : stingingly severe : CAUSTIC 7 : turning, curving, or bending at a sharp angle ⟨a ~ turn in the road⟩ 8 : IMBUED, FILLED, CHARGED, INSTINCT ⟨a speech ~ with passion⟩

**syn** PROMPT, READY, APT: QUICK describes ability to respond instantly or rapidly, often an ability native rather than acquired, or a marked capacity for speedy perception or learning ⟨examined the hall and the men who passed, with the same *quick*, sharp cunning with which he had examined the street —Liam O'Flaherty⟩ ⟨a *quick* and brilliant student . . . was elected to Phi Beta Kappa and was the valedictorian of his graduating class —*Current Biog.*⟩ PROMPT may apply to speedy response, often due to training, discipline, preparation, or extreme willingness to serve, sometimes servilely ⟨*prompt* to spring forward when anything was wanted —R.L.Stevenson⟩ ⟨like a competent man of affairs, he was *prompt* in meeting engagements —V.L.Parrington⟩ ⟨a people, gentle, submissive, *prompt* to obey, and accustomed . . . to the inexorable demands of tyranny —Agnes Repplier⟩ READY may suggest speed in response or compliance coupled with willingness, vigilance, impetus, skill, or facility ⟨the young lady proved to be as *ready* as the squire, and the preliminaries [of the marriage] were arranged in little more than five minutes —T.L. Peacock⟩ ⟨their *ready* guns begin to bark —E.L.Beach⟩ ⟨not a *ready* speaker, and so . . . he had written out what he had to say —H.B.Scudder⟩ APT may focus attention on the fact of possession of qualities, such as intelligence or talent, facilitating speedy response ⟨have proved themselves not only *apt* pupils, but in many cases . . . have outstripped their teachers —D.C.Buchanan⟩ ⟨to become *apt* in argument —C.T.Copeland⟩ **syn** see in addition FAST

²**quick** \"\ *adv*, *usu* -ER/-EST [ME *quik*, fr. *quik*, adj.] : QUICKLY

³**quick** \"\ *n* -S [ME *quik*, *quike*, fr. OE *cwic*, *cwicu*, fr. *cwic*, *cwicu*, adj.] 1 *obs* : a living thing 2 *chiefly Brit* : QUICKSET 1 3 [prob. of Scand origin; akin to ON *kvikva*, *kvika* quick (of the flesh), fr. *kvikr* alive — more at ¹QUICK] a : a raw painfully sensitive spot or area of exposed flesh: as (1) : the extremely sensitive flesh underlying a fingernail or toenail (2) : the extremely sensitive flesh underlying a corn, bunion, or callus (3) : the extremely sensitive part of a sore or wound (4) : the sensitive layers of tissue underlying the epidermis b : the inmost sensibilities of an individual ⟨felt hurt to the ~ by their remark⟩ c : the very center of something : the vital essence : HEART ⟨the ~ of the matter⟩ 4 *archaic* : LIFE 12 5 : QUICKSILVER 6 : QUICKIE

⁴**quick** \"\ *vb* -ED/-ING/-S [ME *quiken*, fr. OE *cwiclan*, fr. *cwic*, *cwicu*, adj.] *archaic* : QUICKEN

⁵**quick** \"\ *n* -S [ME (northern dial.) *quike*, prob. of Scand origin; akin to Sw dial. *kvicka*, *kveka*, couch grass, Norw dial. *kvika* — more at QUITCH] : COUCH GRASS 1a

**quick assets** *n pl* : cash, accounts receivable, and other current assets excluding inventories

**quick bead** *n* : a bead that is flush with the surface of a molding — compare COCK BEAD

**quickbeam** \'==,=\ *n* [fr. (assumed) ME *quikbeem*, fr. OE *cwicbēam*, fr. *cwic* alive + *bēam* tree — more at QUICK, BEAM] : ROWAN TREE 1

**quick bread** *n* : a bread (as corn bread, muffins, biscuits) made with a leavening agent (as baking powder, soda) that permits immediate baking of the dough or batter mixture

**quick–break** \'(')=;=\ *adj* : designed to break an electric circuit automatically and quickly esp. so as to shorten arcing and burning ⟨a *quick-break* switch⟩

**quick–change** \'(')=;=\ *adj* : that changes quickly or that is adapted to changing or being changed quickly (as from one function to another) ⟨a *quick-change* tool part⟩

**quick–change artist** *n* : an individual adroit at quickly switching from one thing to another; *esp* : a performer skilled at quickly changing costume and makeup

**quick decline** *n* : a disease of grafted citrus trees with bitter orange rootstocks that is identical with or closely related to tristeza in cause and symptoms

**quick·en** \'kwikən\ *vb* **quickened; quickened; quickening** \-k(ə)niŋ\ **quickens** [ME *quickenen*, fr. *quik*, *quike* quick + -*nen* -en — more at QUICK] *vt* 1 a : to make alive : REVIVE ⟨warm spring days that ~ the earth⟩ b : to cause to be enlivened : AROUSE, STIMULATE, EXCITE ⟨~*ing* their interest with vivid details⟩ 2 *archaic* a : KINDLE b : to cause to burn more brightly or more intensely 3 : to make rapid or more rapid : HASTEN, ACCELERATE ⟨~*ed* her steps⟩ 4 a : to make (a curve) sharper b : to make (a slope) steeper 5 : to treat (articles to be plated) with a quickening liquid ~ *vi* 1 : to quicken something 2 : to come to life : become alive : become charged with life ⟨seed that ~*s* and becomes ripe grain⟩ 3 : to reach the stage of gestation at which motion of the fetus is first begun or felt 4 : to shine brightly or more brightly ⟨watched the dawn ~*ing* in the East⟩ 5 : to become rapid or more rapid ⟨her pulse ~*ed* at the sight⟩

**syn** QUICKEN, ANIMATE, ENLIVEN, VIVIFY mean, in common, to make alive or lively. QUICKEN chiefly stresses the renewal of suspended life or growth or the arousing to full activity, usu. suddenly ⟨its characters never *quicken* with the life one feels lurks somewhere within them —Jerome Stone⟩ ⟨grand aspirations which *quicken* the energies of men —M.R.Cohen⟩ ⟨he felt his own blood *quicken* —Elyne Mitchell⟩ ANIMATE emphasizes the imparting of motion and activity, esp. lifelike, to something mechanical or artificial ⟨all living creatures, human and animal, are *animated* by souls or spirits —Frederica de Laguna⟩ ⟨almost every gathering is *animated* by spontaneous folk dancing —*Amer. Guide Series: Mich.*⟩ ⟨a child's *animated* doll⟩ ENLIVEN suggests a stimulus that kindles, exalts, or brightens something usu. dulled, depressed, or torpid ⟨*enliven* the meal by a few foolish jokes —Ellen Glasgow⟩ ⟨the crowded chapel was *enlivened* with bright colors —Josephine Y. Case⟩ ⟨a barrel of home brew on a sledge to *enliven* the occasion —Roderick Finlayson⟩ VIVIFY suggests the renewal of vitality, a freshening or energizing ⟨the room was dead. The essence that had *vivified* it was gone —O.Henry⟩ ⟨the vital force which was *vivifying* the nation at the expense of an occasional lapse from good taste —Agnes Repplier⟩ **syn** see in addition PROVOKE, SPEED

²**quicken** \"\ *or* **quicken tree** *n* -S [ME (northern dial.) *quikentre*, fr. *quik*, *quike* alive, quick + *tre* tree — more at QUICK, TREE] : ROWAN TREE 1

¹**quickening** *adj* [ME, fr. pres. part. of *quickenen* to quicken — more at QUICKEN] : that quickens ⟨as ~ as the ideas . . . that had followed in the wake of the French Revolution —Donald Davidson⟩

²**quickening** *n* -S [ME, fr. gerund of *quickenen* to quicken] : the first motion of a fetus in the uterus felt by the mother usu. somewhat before the middle of the period of gestation

**quickening liquid** *n* : a solution of a salt of mercury in which articles to be plated with silver are plunged before being put into the silver bath

**quicker** *comparative of* QUICK

**quickest** *superlative of* QUICK

**quick fire** *n* : the firing of shots in rapid succession; *esp* : marksmanship fire employed when bobbing targets are specified

**quick–fire** \'(')=;=\ *or* **quick–firing** \'(')=;==\ *adj* : firing or adapted for firing in rapid succession ⟨a *quick-fire* rifle⟩

**quick–firer** \'(')=;==\ *n* -S : a quick-fire gun

¹**quick–freeze** \'=;=\ *vb* [²*quick* + *freeze*] *vt* : to freeze (food) so rapidly for preservation that ice crystals formed are too small to impair seriously the composition of the cells and consequently natural juices and flavor are preserved ~ *vi* 1 : to quick-freeze something 2 : to become quick-frozen

²**quick–freeze** \"\ *also* **quick–freezer** \'=;==\ *n* : FREEZER 1d(1)

**quick grass** *n* : COUCH GRASS 1a

**quick·hatch** \'kwik,hach\ *n* -ES [of Algonquian origin; akin to Cree *kwikkwâhakeisk*, *kikkwâhakes* wolverine, Ojibwa *gwingwâage*, Algonquian Montagnais *karkajou*; derivatives fr. a stem represented by Cree *kwikkw*, *kikkw* to graze (with a shot)] : WOLVERINE

**quick·ie** *also* **quicky** \'kwikē, -ki\ *n*, *pl* **quickies** [¹*quick* + -*ie*, -*y*] : something done or made in a hurry: as a (1) : a hurriedly and cheaply produced motion picture or play (2) : a book or other publication hurriedly written and published b : a hurriedly planned and executed program (as of studies) c : a hurried trip or other activity d : a sudden often unauthorized brief strike of workers e : QUICK ONE

**quick–in–the–hand** \'===;=\ *n* : JEWELWEED b

**quicklier** *archaic comparative of* QUICKLY

**quickliest** *archaic superlative of* QUICKLY

**quicklime** \'=,=\ *n* : the first solid product obtained by calcining limestone : ¹LIME 2a

**quick–lunch** \'=;=\ *n* : an eating establishment (as a lunch

life, vigor, or activity : REVIVE, REGENERATE 2 : to restore to a former state (as of freshness, soundness, purity, or newness of appearance) : make over : RENEW ⟨~ a house⟩ 3 a : to prune (old shrubs or trees) so that the old wood is subsequently replaced by new growth b : to invigorate (old lawns, fields, or pastures) by fertilization or cultivation ~ vi : to become renewed : REVIVE
**renovated butter** n [fr. past part. of renovate] : PROCESS BUTTER
**ren·o·vat·ing·ly** adv [renovating (pres. part. of renovate) + -ly] : in a renovating manner
**ren·o·va·tion** \ˌ==ˈvāshən\ n [ME renovacion, fr. MF or L; MF renovation, fr. L renovation-, renovatio, fr. renovatus (past part. of renovare to renew) + -ion-, -io -ion — more at RENOVATE] 1 : the act or process of renovating : making over : REVIVAL 2 : the state of being renovated
**ren·o·va·tion·ist** \-sh(ə)nəst\ n -s [renovation + -ist] : an advocate of renovation (as of a government)
**ren·o·va·tor** \ˈ==ˌvād·ə(r), -ātə-\ n (LL, fr. L renovatus + -or] 1 : one that renovates (as worn or damaged articles) 2 : a nozzle attachment for the suction pipe of a vacuum cleaner
**¹re·nown** \rəˈnaůn, rēˈ-\ n -s [ME renoun, fr. MF renon, fr. OF, fr. renomer to celebrate, fr. re- + nomer to name, fr. L nominare, fr. nomin-, nomen name — more at NAME] 1 : the state of being widely acclaimed and highly honored (as for signal achievement) ⟨poet of great ~⟩ ⟨the increasing ~ of the university⟩ ⟨win ~ by a deed of heroism⟩ 2 obs a : REPORT, RUMOR; also : good report b : REPUTATION; also : NOTORIETY 3 : something renowned (as a deed) syn see FAME
**²renown** \"\ vt -ED/-ING/-S [MF renommer, fr. OF renomer] : to give renown to : make renowned
**re·nowned** \-nd\ adj [ME renouned, fr. past part. of renoun to renown] : having renown : CELEBRATED ⟨one of the most ~ shrines on the continent⟩ — **re·nowned·ly** \-nədlē, -nd-\ adv — **re·nowned·ness** \-nədnəs, -n(d)n-\ n -ES
**re·nown·er** \-nə(r)\ n -s [renown + -er] : one that gives renown
**rens·se·laer·ite** \ˈren(t)sələˌrīt, ˌren(t)səˈliˌrīt\ n -s [Stephen Van Rensselaer †1839 Am. army officer and politician + E -ite] : a soft compact talc that is an altered pyroxene and is often worked in a lathe into articles (as inkstands)
**¹rent** \ˈrent\ n -s often attrib [ME rente, fr. OF, income from a property, fr. (assumed) VL rendita, fr. fem. of past part. of (assumed) rendere to yield — more at RENDER] 1 also **rents** pl, chiefly dial : a piece of property that the owner allows another to use in exchange for a payment in services, kind, or money : a rented property; esp : an apartment or house that rents 2 obs a : REVENUE, INCOME b : TRIBUTE, TAX, TOLL 3 a : a return made by a tenant or occupant of land or corporeal hereditaments to the owner for the possession and use thereof : a fixed periodical profit in money, provisions, chattels, or services issuing out of lands and tenements in payment for use; esp : a pecuniary sum agreed upon between a tenant and his landlord and paid at fixed intervals by the tenant to the landlord for the use of land or its appendages ⟨~ for a house⟩ b : the amount paid by a hirer or lessee of personal property (as farming stock, machinery) to the owner for the use thereof whether combined with rent for land or not c : a royalty under a mineral lease d : compensation for use and occupation of real estate not arising out of a lease in writing 4 a : the portion of the income of an economy (as of a nation) attributable to land as a factor of production in addition to capital and labor : the income of landowners as a class — compare PROFIT, WAGE b : the income earned by a unit of production (as a market garden, a repairman) beyond the minimum required to make employment in such production worth while by meeting costs and at least equaling other possible employments in returns : the difference between the actual return from a commodity or service and the supply price : ECONOMIC RENT c : income or gain that is a differential return (as the excess of personal earnings of a producer of rare ability over those of an average producer) or as a surplus above costs ⟨entrepreneur's ~ denotes the profits of an ably managed . . . enterprise, conceived of as a differential above the return secured by a marginal undertaking which is barely able to meet its costs —A.A.Young⟩ — see CONSUMER'S SURPLUS, PRODUCER'S SURPLUS — **for rent** : available for use or service in return for payment : to let ⟨a house for rent⟩ : for hire ⟨costumes for rent⟩
**²rent** \"\ vb -ED/-ING/-S [ME renten, fr. rente rent] vt 1 obs : to give revenues or an endowment to : ENDOW 2 : to take and hold under an agreement to pay rent : pay rent for ⟨the tenant ~s the house by the month under a one-year lease⟩ 3 : to grant the possession and enjoyment of for rent : hire out : LET ⟨the owner ~s the house at a reasonable figure⟩ ~ vi 1 : to be for rent ⟨the largest apartment ~s for $800 a year⟩ 2 a : to obtain the possession and use of a place or article for rent ⟨~s from the family in the other apartment⟩ b : to allow the possession and use of property for rent ⟨~s to families with children⟩
**³rent** past of REND
**⁴rent** \ˈrent\ vb [ME renten, alter. (influenced by ³rent) of renden to rend] dial chiefly Eng : REND, TEAR
**⁵rent** \"\ n -s 1 : an opening (as a tear in cloth, a cleft in the earth, a gorge, a crack in wood) made by or as if by rending 2 : a split in a party or organized group : SCHISM 3 : an act or an instance of rending syn see BREACH
**rent·abil·i·ty** \ˌrentəˈbiləd·ē\ n : the quality or state of being rentable
**rent·able** \-təbəl\ adj [²rent + -able] : that can be rented
**rent·age** \ˈrentij\ n -s [¹rent + -age] : RENT, RENTAL
**¹rent·al** \-tᵊl\ n -s [ME, fr. ML rentale, fr. ME rente rent + L -ale, neut. of -alis -al] 1 : RENT-ROLL 2 : an amount paid or collected as rent : income from rent ⟨collected the most ~ of the city's apartment house owners⟩ : return (as a sum of money) given or received as rent : the amount of rent ⟨the average ~ (including gas, electricity, heat, and janitor service) is $8.08 per month for each room —Amer. Guide Series: N.J.⟩ 3 Scots law, obs : a tack usu. for life for a low customary rent granted to kindly tenants 4 : a property (as an apartment, automobile, dinner jacket) that is given for use in return for payment : something rented ⟨moved to a cheaper ~⟩ 5 : an act of renting ⟨~s are made only to . . . established film societies —Saturday Rev.⟩ 6 : a business that rents something
**²rental** \"\ adj 1 : of or relating to rent ⟨~ charges⟩ 2 : that can be or has been rented ⟨~ housing⟩ ⟨a ~ car⟩ ⟨~ books⟩ 3 : dealing in rental property ⟨a ~ agency⟩
**rental collection** n : a collection of books in an otherwise free library (as in a college) that may be borrowed at a daily fee
**rentaler** or **rentaller** n -s [¹rental + -er] obs : KINDLY TENANT
**rental library** n : a commercially operated library (as in a store) that lends books at a usu. fixed charge per book per day ⟨a drug store with a rental library serviced by a concession company⟩ — called also lending library
**rental value insurance** n : insurance against loss to the occupant of the rental value of described premises because of specified damage to such premises
**rent charge** n, pl **rents charge** [¹rent] 1 : a periodical payment made a charge on land by reservation in a conveyance of land for life or in fee simple or granted by deed and expressly giving to the holder who has no reversionary interest in the land the right of distress for arrears — compare RENT SECK 2 Brit : an annual sum charged on land or payable out of the income of land to which attaches a statutory power of distress for arrears
**rent charger** n : the owner of a rent charge
**rent control** n : government regulation of the amount charged as rent for housing and often also of eviction
**rente** \ˈrä͞nt\ n -s [F, income, rent, fr. OF — more at RENT] 1 : annual income under French law on property forever alienated of the same type as the English rents charge, rents seck, and annuities 2 a : interest payable by the government of France and some other European countries on the consolidated debt b : a government security yielding rente
**ren·ten·mark** \ˈrentᵊnˌmärk\ n, sometimes cap [G, fr. rente income (fr. OF) + mark — more at RENT, MARK] : a temporary German monetary unit used for bank notes issued in 1923 to stabilize currency, made equivalent to one billion inflated imperial marks, and superseded by the reichsmark

**¹rent·er** \ˈrentə(r)\ n -s [ME, fr. renten to enjoy the possession of for rent + -er] : one that rents: as a : the lessee or tenant of lands, tenements, or other property b chiefly Brit : a motion-picture distributor
**²ren·ter** \"\ vt -ED/-ING/-S [F rentrer, alter. (influenced by rentrer to enter again, fr. OF, fr. re- + entrer to enter) of MF rentraire, fr. re- + entraire to draw in, fr. OF, fr. en- in- (fr. L in-) + traire to draw, fr. L trahere — more at ENTER, DRAW] : to fine-draw rents in cloth
**³rent·er** \"\ n -s [³rent + -er] : CHIPPER d
**ren·tier** \ˈräⁿ·(ˌ)tyā\ n -s [F, fr. OF, fr. rente + -ier -er] 1 : one who owns rentes 2 : a person who receives a fixed income (as from land, stocks, bonds) : one who lives on income from investments
**renting** pres part of RENT
**rent insurance** n [¹rent] : insurance against loss to a landlord because of suspension of rents resulting from specified damage to rented premises
**¹rent·less** \ˈrentləs\ adj [¹rent + -less] 1 obs : not yielding rent 2 : rent free 3 : UNRENTABLE
**²rentless** \"\ adj [⁵rent + -less] : not torn
**rent of assize** [¹rent] : a fixed rent paid by freeholders or ancient copyholders of an English manor
**rent party** n : a party to which admission is charged with the profits going to pay the host's rent
**rent resolute** n, Old Eng law : crown rents from lands formerly in possession of now dissolved religious bodies
**rent-roll** \ˈ=,=\ n [¹rent + roll] : a register of rents including the names of tenants and the amounts due; also : the total income indicated by such a register
**rents** pl of rent, pres 3d sing of RENT
**rent seck** n, pl **rents seck** [ME rent sek, fr. AF rente seque, lit., dry rent] : a rent reserved or granted like a rent charge orig. not having the right of distress but in England having a power of distress annexed in 1730
**rent service** n [¹rent] : rent reserved out of land held by fealty or other corporeal service and under the common law having attached the right of distress
**rents, issues, and profits** n pl : the total wealth or profit either gross or net after the satisfaction of reasonable expenses arising from the ownership or possession of property
**rent table** n : a round or polygonal table made during the second half of the 18th century in England with small drawers often labeled with the days of the week and possibly used for a simple filing system for rent collecting

rent table

**re·number** \(ˈ)rē+\ vt [ME renombren, fr. re- + nombren to number] : to number again (as with different numbers) ⟨~ the street⟩ ⟨~ pages 15 to 34⟩
**¹re·nun·ci·ant** \rəˈnən(t)sēənt\ n -s [L renuntiant-, renuntians, pres. part. of renuntiare to renounce — more at RENOUNCE] : one who renounces (as the world)
**²renunciant** \"\ adj [L renuntiant-, renuntians] : RENUNCIATIVE
**re·nun·ci·a·tion** \rəˌnən(t)sēˈāshən, rē-, sometimes -ˌnənchē-\ n -s [ME, fr. L renuntiation-, renuntiatio, fr. renuntiatus (past part. of renuntiare to renounce) + -ion-, -io, -ion — more at RENOUNCE] 1 : the act or practice of renouncing : SACRIFICE, REJECTION, REPUDIATION ⟨the ~ of a title⟩ ⟨a ~ of ambitions⟩ ⟨made a ~ of his chairmanship⟩; specif : ascetic self-denial ⟨a life of complete ~ . . . as a nun —C.C.Cregan⟩ 2 Brit : a legal document by which a person appointed in a will to be its executor or a person preferentially entitled to administer the estate of an intestate renounces his right
**re·nun·ci·a·tive** \ˈ===ˌād·iv\ adj [L renuntiatus + E -ive] : marked by or expressive of renunciation
**re·nun·ci·a·to·ry** \ˈ===əˌtōrē\ adj [L renuntiatus + E -ory] : of or relating to renunciation : RENUNCIATIVE
**¹ren·verse** \renˈvərs\ vt -ED/-ING/-S [MF renverser, fr. re- + enverser to invert, fr. OF, fr. envers upside down, fr. L inversus — more at INVERSE] archaic : to turn back : REVERSE, OVERTURN, OVERTHROW
**²ren·ver·sé** \ˌräⁿˌverˈsā\ adj [F, lit., turned back, fr. past part. of renverser to turn back, fr. MF] : consisting of or accompanied by a bending of the head and body from the waist while turning in ballet : REVERSED ⟨a ~ movement⟩
**ren·verse·ment** \renˈvərsmənt\ n -s [F, reversal, inversion, fr. MF, fr. renverser to turn back, turn over + -ment — more at RENVERSE] : an airplane maneuver consisting of a half-roll followed by a half-loop
**ren·voi** \renˈvȯi\ n -s [F, act of sending back, reference, fr. MF, fr. renvoyer to send back, fr. OF, fr. re- + envoyer, envoier to send — more at ENVOY] 1 : the return by a government of an alien to his own country 2 : the reference of a matter involving a conflict of jurisdiction in private international law to the law or courts of a jurisdiction other than the local jurisdiction involved
**re·occupy** \(ˈ)rē+\ vt [re- + occupy] : to occupy again
**re·occur** \ˌrē+\ vi [re- + occur] : to occur again
**re·occurrence** \"+\ n [re- + occurrence] : a second or another occurrence
**re·odorization** \(ˈ)rē+\ n : the act or process of reodorizing or the state of being reodorized
**re·odorize** \(ˈ)rē+\ vt [re- + odorize] : to change the odor of — compare DEODORIZE
**re·open** \(ˈ)rē+\ vb [re- + open] vt 1 : to open again ⟨~ed his eyes⟩ ⟨~ed the school⟩ 2 a : to take up again : RESUME ⟨the right to ~ discussion of matters affecting international peace —Vera M. Dean⟩ b : to resume the discussion or consideration of (a closed matter) ⟨~ the contract to discuss wages —Wall Street Jour.⟩ c : to try or hear (a legal suit or action) anew esp. for the purpose of hearing new evidence 3 : to begin again ⟨~ fire⟩ ⟨~ hostilities⟩ ~ vi : to open again; specif : to resume operations after an interruption or suspension ⟨the store ~ed after a one-week shutdown⟩
**re·opener** \"+\ n : REOPENING CLAUSE
**reopening clause** n : a clause in a collective bargaining contract providing for a reconsideration of an issue (as wages) during the life of the contract
**¹re·order** \(ˈ)rē+\ vb [re- + order] vt 1 : to order again or anew : arrange in a different way : REORGANIZE ⟨our greatest opportunity to ~ our city patterns —Charles Abrams⟩ 2 : to give a reorder for ⟨~ed two dozen blouses of the same style⟩ ~ vi : to place a reorder ⟨when I sell these, I'll ~⟩
**²reorder** \"\ n : an order for the same goods previously ordered from a particular firm or supplier
**re·ordination** \(ˌ)rē+\ n [LL reordination-, reordinatio, fr. reordinatus (past part. of reordinare to ordain again, fr. L re- + LL ordinare to ordain) + L -ion-, -io -ion — more at ORDAIN] : a second or repeated ordination
**re·organization** \"+\ n 1 : the act of reorganizing or the state of being reorganized ⟨a thorough-going ~ of our entire body of subject-matter along new lines —School & Society⟩ 2 a : the rehabilitation of the finances of a business concern under procedures prescribed by federal bankruptcy legislation b : any of various procedures (as recapitalizations or mergers) that affect the tax structure of a corporation under federal income tax legislation 3 : the alteration of the existing structure of governmental units (as bureaus or legislative committees) and the lines of control and authority between them usu. to promote greater efficiency and responsibility
**re·organize** \(ˈ)rē+\ vb [re- + organize] vt : to organize again or anew : change the organization of ⟨~ the department to increase efficiency⟩ ~ vi : to effect a reorganization ⟨with the option then to continue, suspend, or ~ —W.Z.Ripley⟩ — **re·organizer** \"+\ n
**re·orient** \"+\ vt [re- + orient] : to orient again or anew : change the orientation of ⟨suggests that American institutions of higher learning ~ their programs to include professional or vocational training for all —H.J.Carman⟩
**re·orientate** \"+\ vt [re- + orientate] : REORIENT
**re·orientation** \(ˌ)rē+\ n [re- + orientation] : a changed orientation ⟨a ~ of attitudes toward this part of the world —Robert Trumbull⟩

**¹rep** \ˈrep\ n -s [short for reputation] slang : REPUTATION; esp : status in a group (as a street gang)
**²rep** \"\ n -s [prob. short for ³reprobate] : a person given to immoral behavior
**³rep** or **repp** \ˈrep\ n -s [modif. of F reps, modif. of E ribs, pl. of ¹rib] : a clothing and upholstery fabric in plain weave with prominent rounded crosswise ribs that is usu. made by alternating fine and coarse yarns or by the slacking and tensioning of yarns and that is woven from various fibers singly or in combination
**⁴rep** \"\ n -s [short for ²representative] : REPRESENTATIVE; specif : a cowboy who rides in a roundup as the representative of a particular ranch ⟨a ~ from each ranch in the area would see that everything was done fair and square —S.E.Fletcher⟩
**⁵rep** \"\ vi repped; repped; repping; reps : to act as a rep in a roundup ⟨inquired what brand we were repping for —Emma Yates⟩
**⁶rep** \"\ n -s [by shortening] : REPERTORY
**⁷rep** \"\ or **rep unit** n, pl **rep** or **reps** [rep fr. roentgen equivalent physical] : the dosage of any ionizing radiation that will develop the same amount of energy upon absorption in human tissues as one roentgen of X-ray or gamma-ray dosage — compare REM
**rep** abbr 1 repair 2 repeat 3 report; reported; reporter 4 republic; republican
**re·pack** \(ˈ)rē+\ vt [ME repakken, fr. re- + pakken to pack] : to pack again or anew; specif : to put into a different container ⟨~ed tomatoes⟩
**re·package** \"+\ vt [re- + package] : to package again or anew; specif : to put into a more efficient or attractive form
**¹re·paint** \"+\ vt [re- + paint] : to paint again or anew ⟨figures of the past whom I should like to ~ for this generation —H.J.Laski⟩ ⟨~ the house⟩; specif : to paint over (part of a picture) ⟨the painting turned up again heavily ~ed —Time⟩
**²re·paint** \ˈrē+,-, ˌ=ˈ=\ n 1 : the fact of having been repainted ⟨is marred by a clumsy ~⟩ 2 : something repainted
**¹re·pair** \rəˈpa(a)(ə)r, rēˈp-, -pe|, |ə\ vi -ED/-ING/-S [ME repairen, fr. MF repairer, repairier to return, go back to one's own country, dwell, fr. OF repairier, fr. LL repatriare to go back to one's own country, fr. L re- + LL -patriare (fr. L patria native country) — more at EXPATRIATE] 1 a : to betake oneself : GO ⟨summoned me to ~ immediately to the lobby —Horace Sutton⟩ b : to go habitually : RESORT ⟨sacred trees to which they ~ at various times, but especially before harvest —J.G.Frazer⟩ c : to go to a specified place for a specified purpose ⟨~ to the second-floor cafe to drink tea and coffee —C.S.Coon⟩ ⟨~ing to their villages in the rainy season to plant their plots —R.H.Lowie⟩ d : to go for the purpose of assembling : RALLY ⟨raise a standard to which the wise and honest can ~ —George Washington⟩ ⟨a standard of ethical professional conduct to which all architects of good will might ~ —G.B.Cummings⟩ 2 obs : RETURN ⟨all to Athens back again ~ —Shak.⟩
**²repair** \"\ n -s [ME repair, repaire, fr. MF repaire return, dwelling, fr. OF, fr. repairier, v.] 1 : the act or fact of repairing to a place : RESORT ⟨as the day gets warm, ~ is had to the shade of a tree —James Stevenson-Hamilton⟩ 2 chiefly Scot : a concourse esp. of people : FLOCKING 3 : a place of resort : HAUNT ⟨his house became a ~ for rising politicians⟩
**³repair** \"\ vb -ED/-ING/-S [ME repairen, reparen, fr. MF reparer, fr. L reparare, fr. re- + parare to prepare — more at PARE] vt 1 a : to restore by replacing a part or putting together what is torn or broken : FIX, MEND ⟨so neatly ~ed that he could see no trace of the once familiar rents —T.B.Costain⟩ ⟨~ a house⟩ ⟨~ a shoe⟩ b : to restore to a sound or healthy state : RENEW, REVIVIFY ⟨~ his strength⟩ ⟨resume his law practice in order to ~ his private fortune —E.M.Coulter⟩ ⟨~ the tissues of the body⟩ 2 : to make good : REMEDY ⟨the material and moral damage took long to ~ —Jacquetta & Christopher Hawkes⟩ ⟨~ the lack of early education —E.H. Collis⟩ ⟨will ~ his ignominious failure —Bernard DeVoto⟩ 3 : to make up for : compensate for ⟨~ an insult⟩ ⟨~ an injustice⟩ ~ vi : to make repairs syn see MEND
**⁴repair** \"\ n -s 1 a : the act or process of repairing : restoration to a state of soundness, efficiency, or health ⟨the boat was beyond ~⟩ ⟨a thorough ~ of the crazy fabric of human nature —T.L.Peacock⟩ b : an instance or result of repairing ⟨the coat needed only a simple ~⟩ ⟨made a few ~s to the stairs where some boards had come loose⟩ ⟨the ~ to the rug was evident to the eye⟩ c : the replacement of destroyed cells or tissues by new formations 2 a : relative condition with respect to soundness or need of repairing ⟨the car is in reasonably good ~⟩ ⟨the building is in poor ~⟩ b : the state of being in good or sound condition ⟨the house is in ~⟩ ⟨the house is out of ~⟩ ⟨his judgment was in constant ~ —F.A.Swinnerton⟩ 3 **repairs** pl : the portion of maintenance charges expended to keep fixed assets in adequate and efficient operating condition and recorded on the books as expense — contrasted with renewal and replacement
**re·pair·able** \-pa(a)rəbəl, -per-\ adj : capable of being repaired
**re·pair·er** \-pa(a)rə(r), -perə-\ n -s : one that repairs; specif : one whose work is repairing ⟨shoe ~⟩ ⟨watch ~⟩
**re·pair·man** \-pa(a)rmən, -per-\ n, pl **repairmen** : one who repairs; specif : one whose occupation is to make repairs or readjustments in a mechanism ⟨a typewriter ~⟩ ⟨a radio ~⟩
**repair ship** n : a naval auxiliary vessel fitted with shops for the handling of repairs to naval vessels
**repair shop** n : an establishment where repairs are made ⟨a small repair shop that mends all sorts of items⟩
**re·pand** \rəˈpand, rēˈp-\ adj [L repandus bent backward, turned up, fr. re- + pandus bent, crooked; akin to ON fattr bent backward and perh. to L pandere to spread — more at FATHOM] of a leaf : having a slightly undulating margin
**rep·a·ra·ble** \ˈrep(ə)rəbəl also + like REPAIRABLE\ adj [L reparabilis, fr. reparare to repair + -bilis -able] 1 : capable of being mended or put into sound condition : REPAIRABLE ⟨when inspected parts are found defective but ~ —G.J.Stegemerten⟩ 2 : capable of being remedied or made good ⟨~ damage⟩
**rep·a·ra·tion** \ˌrepəˈrāshən\ n -s [ME reparacioun, fr. MF reparation, fr. LL reparation-, reparatio, fr. L reparatus (past part. of reparare to repair) + -ion-, -io -ion — more at REPAIR] 1 a : the act or process of mending or restoring : a repairing or keeping in repair ⟨the ~ of wasted tissue⟩ ⟨a church in need of constant ~⟩ b **reparations** pl : REPAIRS 2 a : the act of making amends, offering expiation, or giving satisfaction for a wrong or injury ⟨the treatment may consist of ~ to and propitiation of the offended spirit —Notes & Queries on Anthropology⟩ b : something done or given as amends or satisfaction ⟨was educated in France at royal expense as ~ for the death of his father —H.C.Nixon⟩ 3 : the payment of damages : INDEMNIFICATION; specif : compensation in money or in materials (as commodities or capital equipment) payable by a defeated nation as war indemnity for direct damages to or expenditures sustained by another nation as a result of hostilities with the defeated nation — usu. used in pl. ⟨extract maximum ~s by dismantling and transferring plants —Karl Loewenstein⟩
**re·par·a·tive** \rəˈparəd·iv, rēˈp-\ adj [LL reparativus, fr. L reparatus (past part. of reparare) + -ivus -ive] 1 : of, relating to, or effecting repair 2 : serving to make amends ⟨does a fine ~ job for several neglected poets —George Dillon⟩
**re·par·a·to·ry** \-arəˌtōrē\ adj [fr. reparative, after such pairs as E preparative: preparatory] : REPARATIVE
**¹rep·ar·tee** \ˌrepə(r)ˈtē, -ˌpärˈt-, -ˌpäˈt-, -tā\ n -s [F repartie, fr. repartir to retort, fr. MF, fr. re- + partir to divide, go away — more at PART] 1 a : a quick and witty reply : a clever retort ⟨won the applause of the audience with his ~ to a heckler⟩ b : a succession of clever retorts ⟨beneath the surface of ~ and mock seriousness —R.M.Weaver⟩ ⟨the constant ~ is artificial and wearying⟩ 2 : adroitness and cleverness in reply : quickness and sharpness in retort ⟨was noted for his ~ and impromptu wit⟩ 3 : the uttering of clever retorts ⟨her skill at ~ has made her many enemies⟩ syn see WIT
**²repartee** \"\ vi reparteed; reparteed; reparteeing; repartees : to make or be able to make clever retorts
**re·par·ti·mi·en·to** \rəˌpärd·əmēˈen·(ˌ)tō, ˌrāˌpärd·əmˈyen-\ n -s [AmerSp, fr. Sp, distribution, fr. repartir to distribute (fr. re- — fr. L — + partir to divide, fr. L partire, partiri) + -miento -ment (fr. L -mentum) — more at PART] : a grant or

Case 3:06-cv-02361-WHA Document 89-10 Filed 11/15/2006 Page 10 of 12

Columbia **b :** a member of such people **2 :** the language of the Sekani people — called also *Montagnard*

**sek·hwan** \'se,kwän\ *n, pl* **sekhwan** *or* **sekhwans** *usu cap* [Chin (Amoy dial.)] **:** one of the distinct aboriginal and agricultural peoples of Formosa

**se·kos** \'sē,käs\ *n* -ES [Gk *sēkos* pen, sacred enclosure] **:** a sacred enclosure or inner sanctuary of an Egyptian temple

**sel** \'sel\ *chiefly Scot var of* SELF

**sel** *abbr* **1** select **2** selected **3** selection **4** selector

**se·la** \'sēlə\ *n* -S [native name in Burma] **:** rice that is heated before milling

**¹se·la·chi·an** \sə'lākēən\ *n* -S [NL *Selachii* + E *-an* (n. suffix)] **:** a fish (as a shark or ray) of the group Selachii

**²selachian** \"\ *adj* [NL *Selachii* + E *-an* (adj. suffix)] **:** of or relating to the Selachii

**se·la·chii** \-kē,ī\ *n pl, cap* [NL, irreg. fr. *selachos* cartilaginous fish; akin to Gk *selas* light, brightness — more at SELEN-] *in some classifications* **:** a variously delimited group of elasmobranch fishes: **a :** a primary division of Pisces that includes all the elasmobranchs and is equivalent to Chondrichthyes **b :** a class or subclass that includes all the elasmobranchs except the chimaeras **c :** a subclass or order that includes the existing sharks and rays as distinguished from the extinct Pleuropterygii and Ichthyotomi **d :** a suborder that includes the existing sharks as distinguished from the rays and is equivalent to Pleurotremata

**¹sel·a·choid** \'selə,kȯid\ *adj* [NL *Selachoidei*] **:** of or relating to the Pleurotremata

**²selachoid** \"\ *n* -S **:** one of the Pleurotremata

**sel·a·choi·dei** \,selə'kȯidē,ī\ [NL, fr. *Selachii* + *-oidei*] *syn of* PLEUROTREMATA

**sel·a·cho·le·ic acid** \¦selə(,)kō¦lēik-, ,••'kō,lēik-\ *n* [*selacholeic* fr. Gk *selachos* cartilaginous fish + *oleic*; fr. its being found in some fish-liver oils] **:** NERVONIC ACID

**sel·a·cho·stome** \'seləkə,stōm, sə'lak-\ *n* -S [NL *Selachostomi*] **:** PADDLEFISH

**sel·a·chos·to·mi** \,selə'kästə,mī\ *n pl, cap* [NL, fr. Gk *selachos* cartilaginous fish + NL *-stomi*] *in some classifications* **:** an order of ganoid fishes comprising the paddlefishes

**sel·a·chos·to·mous** \¦selə¦kästəməs\ *adj* [NL *Selachostomi* + E *-ous*] **:** of or relating to the Selachostomi

**sel·a·chyl alcohol** \'selə,kil-\ *n* [*selachyl* ISV *selach-* (fr. NL *Selachii*) + *-yl*] **:** a liquid unsaturated alcohol $C_{18}H_{35}CH(OH)CH_2OH$ found in the unsaponifiable portion of fish oils (as shark-liver oil); glycerol x-9-octa-decen-yl ether

**se·la·dang** *or* **sa·la·dang** \sə'lä,däŋ\ *or* **sla·dang** \'släd-\ *n* -S [Malay *sĕladang*] **:** the gaur of the Malay archipelago

**seladon green** *var of* CELADON GREEN

**se·lag·i·na·ce·ae** \sə,lajə'nāsē,ē\ [NL, fr. *Selagin-*, *Selago* + *-aceae*] *syn of* SCROPHULARIACEAE

**se·lag·i·nel·la** \sə,lajə'nelə\ *n* [NL, fr. L *selagin-*, *selago*, a plant resembling the savin + *-ella*] **1** *cap* **:** the type and usu. sole genus of the family Selaginellaceae — compare ISOETES **2** -S **:** any plant of the genus *Selaginella*

**se·lag·i·nel·la·ce·ae** \•¦••,nə'lāsē,ē\ *n pl, cap* [NL, fr. *Selaginella*, type genus + *-aceae*] **:** a family of terrestrial chiefly tropical plants (order Lycopodiales) that resemble mosses, have branching stems and scalelike leaves which are many-ranked and uniform or 4-ranked and of 2 kinds spreading in 2 planes, and produce 1-celled sporangia which contain both megaspores and microspores — see SELAGINELLA — **se·lag·i·nel·la·ceous** \•¦•••¦lāshəs\ *adj*

**se·lag·i·nel·la·les** \•,••,nə'lā(,)lēz\ *n pl, cap* [NL, fr. *Selaginella* + *-ales*] **:** an order of lower vascular plants (subclass Lycopodineae) that are sometimes included among the Lycopodiales from which they differ chiefly in having ligulate leaves, four-sided strobiles, and heterosporous reproduction and that are all placed in the single recent genus *Selaginella*

**se·lag·i·nel·li·tes** \-'līd·(,)ēz\ *n, cap* [NL, fr. *Selaginella* + *-ites*] **:** a form genus of Paleozoic heterosporous herbaceous plants that suggest and are probably closely related to members of the genus *Selaginella*

**se·la·go** \sə'lā(,)gō\ *n, cap* [NL, fr. L, a plant resembling the savin] **:** a genus of low African shrubs (family Scrophulariaceae) resembling the heath and having spicate flowers with a nearly regular corolla, four didynamous stamens, a two-celled ovary, and drupaceous or capsular fruit

**se·lah** \'sēlə, -,lä, sə'lä\ *interj* [Heb *selāh*] — used 71 times in the Psalms and 3 times in Habakkuk probably as an exclamation (as *amen* or *hallelujah*) or possibly as a direction to temple musicians or chorus to lift up music or voices ⟨God will . . . uproot you from the land of the living. *Selah* —Ps 52:5 (RSV)⟩

**selas** *pl of* SELA

**sel·couth** \'sel,küth\ *adj* [ME, fr. OE *seldcūth*, fr. *seld-* (fr. *seldan* seldom) + *cūth* familiar, known — more at COUTH] *archaic* **:** UNUSUAL, STRANGE, MARVELOUS ⟨this ~ girl, so rarely fashioned in mind and body —Llewelyn Powys⟩

**seld** \'seld\ *adv* (*or adj*) [ME *selde*, back-formation fr. *seldere* (compar. of *selden* seldom) & *seldeste* (superl. of *selden* seldom), fr. OE *seldor* (compar. of *seldan* seldom) & *seldost* (superl. of *seldan* seldom)] *archaic* **:** SELDOM

**¹sel·dom** \'seldəm\ *adv* [ME *selden*, *seldom*, fr. OE *seldan*, *seldon*, *seldun*; akin to OFris *selden* seldom, OHG *seltan*, ON *sjaldan*, Goth *silda-*; akin to L *sed*, *se* without, *suus* one's own — more at SUICIDE] **:** in few instances **:** RARELY, INFREQUENTLY — opposed to *often* ⟨he ~ changed a conclusion he had formed —A.H.Tuttle⟩

**²seldom** \"\ *adj* [ME, fr. *seldom*, adv.] **:** RARE, INFREQUENT ⟨silence was such a ~ thing —R.O.Bowen⟩ ⟨one of those ~ people whom you can love unashamedly —Loudie Claar⟩ ⟨with her small ~ smile —Ethel Wilson⟩

**sel·dom·ly** *adv* [²*seldom* + *-ly*] *archaic* **:** SELDOM

**sel·dom·ness** *n* -ES **:** INFREQUENCY, RARENESS

**sele** \'sē(ə)l, 'sā(-\ *n* [ME, fr. OE *sǣl* happiness, good fortune, sele — more at SILLY] **1** *dial chiefly Brit* **:** good fortune — usu. used in greetings and proverbial expressions **2** *dial chiefly Brit* **:** TIME, OCCASION — used esp. of opportune or favorable times

**¹se·lect** \sə'lekt\ *adj* [L *selectus*, past part. of *seligere* to separate by picking out, select, fr. *sed-*, *se-* apart (fr. *sed*, *se* without) + *legere* to gather, select — more at IDIOT, LEGEND] **1 :** chosen from a number or group by fitness or preference ⟨the valuable ~ bibliography covers 30 pages —R.L.Morton⟩ ⟨with the Bible and Shakespeare in the ~ library to be taken to the proverbial desert island —J.K.M.Rothenstein⟩ **2 a :** of signal value or excellence **:** SUPERIOR, CHOICE ⟨a workshop for a ~ group of young players —*Current Biog.*⟩ ⟨a ~ company of blue-chip shares —Paul Heffernan⟩ ⟨a ~ group of 30 voices which sings for . . . services —*Bull. of Bates Coll.*⟩ **b :** exclusively or fastidiously chosen often with regard to social, economic, or cultural characteristics ⟨formed literary, charitable, and social clubs with ~ memberships —Oscar Handlin⟩ ⟨whoso has passed the system, then, is . . . one of a close corporation, of a ~ and individual few —G.D.Brown⟩ **3 :** judicious or restrictive in choice **:** DISCRIMINATING ⟨pleased with the ~ appreciation of his books —Osbert Sitwell⟩ ⟨university had its beginnings in a pioneer ~ school —*Alfred Univ. Cat.*⟩ ⟨a change in emphasis . . . from being exclusive and ~ to seeking for all means of outreach —Janet Whitney⟩ **4** *of lumber* **a :** of a generally clear grain **:** of a quality suitable for natural or paint finish **b :** having a large proportion of its area or volume suitable for use in manufacture

**²select** \"\ *n* -S **1 :** one that is select — often used in pl. ⟨quality lumber, notably the ~*s* and clear grades —N.C. Brown⟩ ⟨it is possible to buy ware that is composed wholly of ~*s* —Sally Taylor⟩ ⟨of the oysters he chooses only the ~*s*⟩ **2** *archaic* **:** a select class or group ⟨had his ~ of friends and acquaintance —Roger North⟩

**³select** \"\ *vb* -ED/-ING/-S [L *selectus*, past part. of *seligere* to select] *vt* **:** to choose from a number or group usu. by fitness, excellence, or other distinguishing feature ⟨the difficult task of ~*ing* a presidential candidate —H.D.Jordan⟩ ⟨farmers ~ their own tracts of ground —*Amer. Guide Series: Fla.*⟩ ⟨content to know only those ~*ed* out for him to meet —H.J.Laski⟩ ~ *vi* **:** to choose something from a number or group **:** to make a selection ⟨has ~*ed* and edited well —Alan Devoe⟩ ⟨whatever the basis, ~ with care and foresight⟩

**se·lect·ance** \sə'lektən(t)s\ *n* -S [¹*select* + *-ance*] **:** the selectivity or discrimination in response to signals of slightly different frequency (as in radio reception)

**select committee** *n* **:** a legislative committee appointed to inquire into or to consider a particular matter or bill

**selected** *adj* [fr. past part. of ³*select*] **:** SELECT; *specif* **:** of a higher grade or quality than the ordinary ⟨prefers ~ steel to the mill-run steel⟩

**se·lect·ee** \sə¦lek¦tē\ *n* -S [³*select* + *-ee*] **:** one inducted into military service under selective service **:** DRAFTEE

**se·lec·tion** \sə'lekshən\ *n* -S [L *selection-*, *selectio*, fr. *selectus* (past part. of *seligere* to select) + *-ion-*, *-io* -ion] **1 :** the act or process of selecting **:** the state of being selected ⟨the ~ of the school he should attend —Sidney Lovett⟩ ⟨pilot ~ in this country . . . is not perfect —H.G.Armstrong⟩ ⟨friends applauding his ~ as president⟩ **2 a :** one that is selected **:** CHOICE ⟨each has been a ~ of one of the major book clubs —*Current Biog.*⟩ ⟨discussed with some of his cabinet ~*s* the ways of increasing pressure —*Nation's Business*⟩ **b :** a composition or passage selected for reading or presentation ⟨included . . . musical comedy ~*s* —*Current Biog.*⟩ ⟨culled and copied ~*s* suitable for coming obituaries —Agnes S. Turnbull⟩ ⟨~*s* from the best writers of the era⟩ **c :** a horse, dog, or other contestant selected usu. by a specialist for betting purposes ⟨the trackman's ~*s* often run in the money⟩ **3 a :** a natural or artificial biological process that results or tends to result in preventing some individuals or groups of organisms from surviving and propagating and in allowing others to do so with the result that particular traits of the latter are given pronounced expression — compare DARWINISM, NATURAL SELECTION **b :** the removal at relatively short intervals of mature timber so that continuous natural reproduction of a forest is encouraged and a stand of uneven age maintained — compare SUSTAINED YIELD **4 a :** the act of selecting land **b :** a piece of land taken up in Australian processes of land settlement ⟨~*s* on which . . . women and children helped to grub the land —E.H.Collis⟩ **5 :** the process by which an insurance company accepts or rejects risks **syn** see CHOICE

**selection coefficient** *n* **:** a measure of the survival value of a given gene or mutation by comparison of the growth rate of the experimental form with that of the wild type

**selection forest** *n* **:** a forest in which trees of all age classes are represented

**se·lec·tion·ism** \-shə,nizəm\ *n* -S [ISV *selection* + *-ism*] **:** a system or theory based on the doctrine of natural, artificial, or social selection

**se·lec·tion·ist** \-sh(ə)nəst\ *n* -S **:** one who considers natural selection a fundamental factor in evolution

**selection pressure** *n* **:** the effect of selection on the relative frequency of one or more genes within a population

**selection rule** *n* **:** a rule that states which of all the conceivable changes in the state of a quantized system (atoms, nuclei, or related entities) are physically possible under specified circumstances usu. in terms of the possible numerical changes in the quantum numbers that characterize the system — compare ALLOWED, FORBIDDEN

**selection value** *n* **:** the presumed value of a trait or characteristic for the effective operation of the processes of natural selection

**se·lec·tive** \sə'lektiv, -tēv *also* -təv\ *adj* [L *selectus* (past part. of *seligere* to select) + E *-ive* — more at SELECT] **1 :** of, relating to, or characterized by selection **:** selecting or tending to select ⟨buyers for retail stores have become more and more ~ —Glenn Fowler⟩ ⟨some dyes were highly ~ in their action —S.F.Mason⟩ ⟨monetary controls may be either general or ~ —Jules Backman⟩ ⟨an exceptionally quick and ~ reader —John Mason Brown⟩ **2 :** of, relating to, or constituting the ability of an electrical circuit or apparatus to respond to a specific frequency without interference

**selective absorption** *n* **:** the absorption by a substance of only certain wavelengths of radiation with the coincident exclusion or transmission of others ⟨*selective absorption* of green⟩

**selective assembly** *n* **:** the selection from two or more stocks of the particular parts of a mechanism that will fit with the desired degree of clearance when assembled

**selective cutting** *or* **selective logging** *n* **:** the cutting out of trees that are mature or defective, or of inferior kinds to encourage the growth of the remaining trees in a forest or wood

**selective flotation** *n* **:** the form of flotation in which only one mineral is floated from an ore pulp containing two or more floatable minerals

**se·lec·tive·ly** \-tə̇vlē, -li\ *adv* **:** in a selective manner **:** by selection

**se·lec·tive·ness** \-tivnə̇s, -tēv- *also* -təv-\ *n* -ES **:** the act or process of being selective

**selective radiation** *n* **:** the radiation emitted by a surface whose emissivity is distinctly varied for different wavelengths

**selective reflection** *n* **:** the reflection emitted by a surface that reflects waves of different lengths with varying intensity

**selective service** *n* **:** a system by which men between specified ages are registered, classified, and called up for military service **:** DRAFT

**selective transmission** *n* **:** a transmission for automobiles and similar powered vehicles by which the gear can be changed directly from one speed to any other by a single lever

**se·lec·tiv·i·ty** \sə,lek'tivəd·ē, -vətē, -i *also* (,)sē,l-\ *n* -ES **1 :** the quality or state of being selective ⟨circulation policy which stressed ~ as opposed to mass sales —*Current Biog.*⟩ ⟨the ~ of students in the technical institute —C.V.Newsom⟩ ⟨newer insecticides . . . are tending toward a high degree of ~ —*Industrial & Engineering Chemistry*⟩ **2 a :** the state of possessing or exhibiting selective reflection **b :** a quantitative or qualitative measurement of the degree to which an electrical circuit or apparatus responds to a desired signal and rejects others

**se·lect·ly** \sə'lektlē, -tli\ *adv* [¹*select* + *-ly*] **:** in a select manner **:** with selectivity

**se·lect·man** \sə'lek(t),man, sē'le-,'sle-, -maa(ə)n; (•,)•'• *also* (•)'•,mən; 'sē,lek(t),man, -,lə̇k-, -maa(ə)n, ,•(,)•'• *sometimes* 'si(,)•,• *or* ,si(,)•'• *or* 'se(,)•,• *or* ,se(,)•'•\ *n, pl* **select·men** \-men *for* -man *or* -maa(ə)n *in singular*, -mən *for* -mən *in singular*\ [¹*select* + *man*] **:** a person chosen to exercise special powers in a system of government; *esp* **:** one of a board of officers chosen usu. in staggered three-year terms in towns of all the New England states except Rhode Island to transact and administer the general public business of the town

**select meeting** *n* **:** a meeting of ministers and elders in the Society of Friends

**select mortality table** *n* **:** a mortality table based on medically selected lives

**se·lect·ness** \sə'lek(t)nə̇s\ *n* -ES **:** the quality or state of being select

**se·lec·tor** \-ktə(r)\ *n* -S [LL, fr. L *selectus* (past part. of *seligere* to select) + *-or*] **:** one that selects: as **a :** a person who selects ⟨~ of All-America teams —*Current Biog.*⟩ ⟨the ~ . . . knows good-looking merchandise —*Women's Wear Daily*⟩ ⟨edited by an expert librarian ~ —*Saturday Rev.*⟩ **b (1) :** a person who selects Australian public land to settle on **(2) :** a small farmer of Australia **c :** a mechanical or electrical device for automatically selecting predetermined shapes, sizes, or materials or chosen or actuated for starting or stopping (as an elevator) **d (1) :** the element in a transmission gearshift of an automotive vehicle that is guided by the gearshift lever so that the desired gearshift bar is actuated **(2) :** the lever in an automatic gearshift operated by the driver to select the desired speed **e :** a converter with horizontal tuyeres to produce bottoms and a purified copper in one operation **f :** an electric switch mechanism designed to move over a number of terminals and to select a particular one or group in accordance with the signal received **g :** STATION SELECTOR **h :** an apparatus for operating either or any of two or more railroad signals by a single lever so as automatically to connect the particular signal controlling the route or track for which a switch has been set

**selector coil** *n* **:** an electric coil that when energized will attract and hold in place an armature to permit a predetermined movement of a mechanism

**selector switch** *n* **:** an electric switch that selects a particular circuit or group of circuits (as on a telephone switchboard)

**selects** *pl of* SELECT, *pres 3d sing of* SELECT

**select school** *n* **:** a privately supported and administered elementary or secondary school whose student body is selectively chosen usu. on a sectarian, social, or economic basis ⟨the business of instruction in our universities, colleges, academies, boarding schools, *select schools*, and common schools —*Universal Traveller*⟩

**¹selen-** *or* **seleni-** *also* **seleni-** *comb form* [L *selen-*, fr. Gk *selēn-*, fr. *selēnē* moon; akin to Gk *selas* light, brightness, L *sol* sun — more at SOLAR] **:** moon **:** crescent-shaped ⟨*seleno*morphic⟩ ⟨*Seleni*cereus⟩ ⟨*Selen*arctos⟩

**²selen-** *or* **seleni-** *or* **seleno-** *comb form* [Sw, fr. NL *selenium*] **1 :** selenium ⟨*selen*ic⟩ ⟨*seleni*ferous⟩ ⟨*seleno*bismuthite⟩ **2** *usu* *seleno-* **:** containing bivalent selenium usu. in place of oxygen ⟨*seleno*cyanic⟩ — compare THI-

**selena-** *or* **selen-** *comb form* [ISV, fr. NL *selenium*] **:** containing selenium in place of carbon or regarded as in place of carbon usu. in place of the methylene group $-CH_2-$ ⟨*sel*enacyclopentadiene⟩ ⟨*selen*azole⟩ — compare OXA-, THIA-

**sel·en·arc·tos** \,selən'ärktəs, -,täs\ *n, cap* [NL, fr. ¹*selen-* + Gk *arktos* bear — more at ARCTIC] **:** a genus of mammals (family Ursidae) that includes the Asiatic black bear and is often regarded as indistinguishable from *Ursus*

**sel·e·nate** \'selə,nāt\ *n* -S [Sw *selenat*, fr. *selen* selenic (fr. NL *selenium*) + *-at* -ate] **:** a salt or ester of selenic acid

**se·le·ni·an** \sə'lēnēən\ *adj* [¹*selen-* + *-an*] **:** of, relating to, or designating the moon

**se·le·ni·ate** \-ē,āt\ *n* -S [Sw *seleniat*, fr. *seleni-* (fr. NL *selenium*) + *-at* -ate] **:** SELENATE

**¹se·len·ic** \sə'lenik, -lēn-\ *adj* [¹*selen-* + *-ic*] **:** of, relating to, or like the moon

**²selenic** \"\ *adj* [Sw *selen* selenic (fr. NL *selenium*) + E *-ic*] **:** of, relating to, or containing selenium — used esp. of compounds in which this element has a higher valence than in selenious compounds

**selenic acid** *n* **:** a strong acid $H_2SeO_4$ that is crystalline when pure, that resembles sulfuric acid but is a more powerful oxidizing agent since in hot concentrated form it oxidizes hydrogen chloride and attacks gold and platinum, and that is made by oxidation usu. of selenious acid or selenium dioxide

**se·le·ni·cereus** \sə¦lēnə+\ *n, cap* [NL, fr. ¹*selen-* + *Cereus*] **:** a genus of mostly epiphytic climbing cacti ranging from southern Texas to Argentina and having ribbed or angled and not very spiny stems and immense white night-blooming flowers that are much prized in northern greenhouses

**sel·e·nide** \'selə,nīd, -,nə̇d\ *n* -S [ISV ²*selen-* + *-ide*] **:** a binary compound of selenium usu. with a more electropositive element or radical

**sel·e·nif·er·ous** \¦selə¦nif(ə)rəs\ *adj* [ISV ²*selen-* + *-iferous*] **:** containing or yielding selenium ⟨~ vegetation⟩

**seleniferous plant** *n* **:** a plant that absorbs large quantities of selenium from the soil and retains it within the plant tissues

**sel·e·nin·ic acid** \¦selə¦ninik-\ *n* [ISV ²*selen-* + *-in* + *-ic*] **:** any of a series of organic acids having the general formula $RSeO_2H$ analogous to the sulfinic acids and obtainable by oxidizing diselenides with nitric acid

**se·le·ni·ous** \sə'lēnēəs, 'selən-\ *adj* *also* **sele·nous** [ISV ²*selen-* + *-ious* or *-ous*] **:** of, relating to, or containing selenium — used esp. of compounds in which this element has a lower valence than in selenic compounds

**selenious acid** *n* **:** a poisonous hygroscopic crystalline acid $H_2SeO_3$ that is a weaker acid than sulfurous acid, that is an oxidizing agent yielding selenium as it is reduced and that is made by oxidizing selenium with nitric acid or by dissolving selenium dioxide in water

**se·le·ni·pe·di·um** \sə,lēnə'pēdēəm\ *n, cap* [NL, fr. ¹*selen-* + Gk *pedion* plain, flat surface — more at PEDION] **:** a genus of large reedlike tropical American orchids that is closely related to *Cypripedium* and includes forms with pods used locally as a substitute for vanilla

**¹sel·e·nite** \'selə,nīt\ *n* -S [L *selenites*, fr. Gk *selēnitēs* (*lithos*), lit., (stone) of the moon, fr. *selēnitēs* of the moon (fr. *selēnē* moon + *-itēs* -ite) + *lithos* stone; fr. the belief that it waxed and waned with the moon — more at SELEN-] **:** a variety of gypsum occurring in transparent crystals or crystalline masses

**²selenite** \"\ *n* -S [ISV *selenious* + *-ite*] **:** a salt or ester of selenious acid

**¹sel·e·nit·ic** \¦selə¦nid·ik\ *also* **sel·e·nit·i·cal** \-d·ə̇kəl\ *adj* [¹*selenite* + *-ic* or *-ical*] **:** of, resembling, or containing selenite

**²selenitic** \"\ *adj* [Gk *selēnitēs* of the moon + E *-ic*] **:** of, relating to, or influenced by the moon

**se·le·ni·um** \sə'lēnēəm\ *n* -S [NL, fr. ¹*selen-* + *-ium*; fr. the fact that it is related to an element the name of which (*tellurium*) derives from the Latin word for the planet earth (*tellus*)] **:** a nonmetallic toxic element that is related to sulfur and tellurium and resembles them chemically, that occurs in allotropic forms including an amorphous red powder or black vitreous form, a red crystalline form, and a stable gray metallike form conducting electricity much more readily in the light than in the dark, that is found to a small extent in native sulfur and combined in native sulfides, in a few selenides (as clausthalite), and in various soils and plants, that is obtained usu. as a by-product in the electrolytic refining of copper, and that is used chiefly in photoelectric cells, rectifiers, and other electronic devices, in decolorizing glass, and as a pigment esp. for ruby glass and ceramic glazes and enamels — symbol *Se*; see ELEMENT table

**selenium cell** *n* **:** an insulated strip of selenium suitably mounted with electrodes, designed for use as a photoconductive element, and commonly used in photometric work

**selenium dioxide** *n* **:** a poisonous white crystalline compound $SeO_2$ that sublimes to a yellow-green vapor, that is made by oxidation of selenium with nitric acid or air or by dehydration of selenious acid, and that is used chiefly as a catalyst and an oxidizing agent in organic chemistry (as for oxidizing a methylene group next to a carbonyl group to a second carbonyl group)

**selenium oxychloride** *n* **:** a vesicant liquid compound $SeOCl_2$ that is made usu. by reaction of selenium dioxide and hydrogen chloride or by chlorination of a mixture of selenium and selenium dioxide, that has a high dielectric constant, and that is used chiefly as a solvent

**selenium rectifier** *n* **:** a rectifier employing the asymmetrical conductivity characteristic of selenium

**selenium red** *n* **:** CADMIUM RED 1

**sel·e·nized** \'selə,nīzd\ *adj* [²*selen-* + *-ize* + *-ed*] **:** containing selenium ⟨~ plants from seleniferous soil⟩ ⟨a ~ animal affected by selenosis⟩

**¹seleno-** — see ¹SELEN-

**²seleno-** — see ²SELEN-

**se·le·no·bis·muth·ite** \sə¦lē(,)nō, ¦selə(,)nō+\ *n* [²*selen-* + *bismuth* + *-ite*] **:** a compound containing both selenium and bismuth

**se·le·no·cen·tric** \"+\ *adj* [ISV ¹*selen-* + *-centric*] **:** of or relating to the center of the moon **:** referred to the moon as a center

**se·le·no·cy·a·nate** \"+\ *n* [ISV *selenocyan-* (in *selenocyanic acid*) + *-ate*] **:** a salt or ester of selenocyanic acid

**se·le·no·cy·an·ic acid** \"+...+\ *n* [ISV ²*selen-* + *cyanic*] **:** an acid HSeCN containing selenium analogous to thiocyanic acid

**¹se·len·odont** \sə'lēnə,dänt, -len-\ *adj* [ISV ¹*selen-* + *-odont*] **:** of, relating to, characteristic of, or being molar teeth with crescentic ridges on the crown ⟨~ artiodactyls⟩

**²selenodont** \"\ *n* -S **:** a mammal with selenodont teeth

**se·len·odon·ta** \•,••'däntə\ *n pl, cap* [NL, fr. ¹*selen-* + *-odonta*] *in some classifications* **:** a group of artiodactyls comprising mammals with selenodont teeth and including the Tylopoda and Pecora

**se·len·odon·ty** \•'••,däntē\ *n* -ES [¹*selen-* + *-odonty*] **:** the quality or state of being selenodont

**sel·e·nog·ra·pher** \,selə'nägrəfə(r)\ *n* -S [*selenography* + *-er*] **:** a specialist in selenography

**se·le·no·graph·ic** \sə¦lēnə¦grafik\ *also* **se·le·no·graph·i·cal** \-fə̇kəl\ *adj* [*selenography* + *-ic* or *-ical*] **:** of or relating to selenography — **selenographically** *adv*

**selenographic chart** *n* **:** a map representing the surface of the moon

**sel·e·nog·ra·phy** \,selə'nägrəfē\ *n* -ES [¹*selen-* + *-graphy*] **1 :** the science of the physical features of the moon ⟨attention of astronomers was directed to other fields, and ~ . . . made no further progress —R.B.Baldwin⟩ **2 :** the physical geography of the moon ⟨the first major treatise on descriptive ~ to appear in English for a quarter-century —Joseph Ashbrook⟩

**se·le·no·lite** \sə'lēnᵊl,īt\ *n* -S [²*selen-* + *-lite*] **:** a mineral $SeO_2$ consisting of native selenium dioxide

one has special knowledge: as **a** : a branch of knowledge, science, art, or business to which one devotes oneself whether as an avocation or a profession and usu. to the partial or total exclusion of related matters ⟨a chemist whose ~ is tropical alkaloids⟩ ⟨the major medical *specialties*⟩ **b** : a culture trait characteristic of or restricted to a limited group in a society

**specialty contract** *n* : a contract (as a deed or mortgage) depending for its validity upon the formality of its execution (as in being signed, sealed, and delivered) — called also *formal contract, special contract*

**specialty mark** *n* : insignia worn on an enlisted man's uniform that reveals his specialty or rating — compare RATING BADGE

**special verdict** *n* : a verdict setting forth the specific findings of fact made by the jury on the material issues and leaving the court to make general finding for either party as the law requires on the facts so found

**special vert** *n* : trees in an English crown forest that provide food for deer

**special warranty** *n* : a limited warranty in a transfer or conveyance by which the grantor warrants the property transferred to be free of all liens and encumbrances made by, through, or under him

**spe·ci·ate** \'spēs(h)ē,āt\ *vi* -ED/-ING/-S [back-formation fr. *speciation*] : to form species : differentiate into new species

**spe·ci·a·tion** \,ˌ'āshən\ *n* -S [*speci-* + *-ation*] : formation of biological species or the processes leading to this end whether constituting gradual divergence from related groups (as by an extension of variation) or occurring abruptly by combination or transformation of genomes (as in the formation of polyploid species) — compare MACROEVOLUTION, SALTATION — **spe·ci·a·tion·al** \ˌ'āshən³l, -shnəl\ *adj*

**¹spe·cie** \'spē(,)shē, -,shī *also* -(,)sē *or* -,sī\ *n* -S [fr. the phrase *in specie*, fr. L, in kind] : money in coin ⟨required ~ payments⟩ — **in spe·cie** \ənz'pē(,)shē, -n'sp-, -,shī *also* -(,)sē *or* -,sī; *in senses other than c* " *or* -pēs(h)ē,ē *or* -pēkē,ā\ *adv* **:** in or with the same or like form or kind: as **a** : in kind : SPECIFICALLY ⟨his duties are *in specie* identical with your own⟩ **b** : in the identical form and without alteration or transformation — used chiefly in law ⟨an agreement to be carried out *in specie*⟩ **c** : in coin or coined money ⟨payment *in specie*⟩ **d** : in a like manner or with similar treatment ⟨ready to return insult *in specie*⟩

**²specie** \"\ *n* -S [back-formation fr. *species*] *nonstand* : SPECIES

**specie-** — see SPECI-

**specie jar** *n* [²*specie*] : a blown glass jar with sheet metal top formerly used for storage (as of herbs or stick candies)

**specie payment** *n* [¹*specie*] : payment in coin or bullion as distinguished from payment in paper money

**¹spe·cies** \'spē(,)shēz, -,shīz *also* -(,)sēz *or* -,sīz\ *n, pl* **species** [L, appearance, form, kind, species, beauty — more at SPY] **1 a** : a class of individuals having common attributes and designated by a common name : a logical division of a genus or more comprehensive class : a subclass designated by adding to the name or connotation of a genus some specific difference that limits its application to a restricted group ⟨the triangle is a ~ of plane figure⟩ **b** : a limited kind or group having a distinguishing characteristic; *esp* : one capable of including variant individuals and of being subsumed in a more inclusive category ⟨mineral ~ are made up of varieties having common basic properties⟩ ⟨one ~ of tramp who wanders from workhouse to workhouse —Osbert Sitwell⟩ **c** : the race of man : human beings : HUMANITY ⟨progress of the ~ in science⟩ **d (1)** : a category of biological classification ranking immediately below a genus or subgenus and being denominated in taxonomic usage by a binomial that consists of the name of its genus followed by a Latin or latinized noun or adjective which is usu. not capitalized and agrees grammatically with the genus name : a group of intimately related and physically similar organisms that actually or potentially interbreed and are less commonly capable of fertile interbreeding with members of other groups, that ordinarily comprise differentiated populations limited geographically (as subspecies) or ecologically (as ecotypes) which tend to intergrade at points of contact, and that as a group represent the stage of evolution at which variations become fixed through loss of ability to exchange genes with members of other groups although formerly conceived to be the total progeny of a single distinctive specially created pair — compare NOMENCLATURE 4c; see SPECIFIC EPITHET **(2)** : an individual plant or animal or a kind of plant or animal belonging to a particular species — not used technically **e** : a particular kind of atomic nucleus, atom, molecule, or ion ⟨a great number of new nuclear ~ have been prepared within the last few years in the region of the natural radioactivities —*Science*⟩ ⟨all atoms of a particular radioactive ~ have the same probability of disintegrating —H.D.Smyth⟩ — compare ISOTOPE, NUCLIDE **2 a** : the consecrated eucharistic elements; *specif* : the accidents of the eucharistic bread and wine as distinguished in Roman Catholicism from their substance **b (1)** : a mental image, phantasm, or sensuous presentation **(2)** : an idea or object of thought that is the similitude of an object in nature whether in the guise of a modification of sense or of a purely intellectual correlative of the natural object; *broadly* : FORM, ASPECT, APPEARANCE **c** *obs* : a reflected image : REFLECTION **d** *obs* : an illusory image : PHANTOM **3** *obs* : the essential quality or distinguishing characteristic of something **4 a** : a component part of a compound medicine : SIMPLE **b** : a mixture of chopped or coarsely powdered vegetable drugs; *esp* : one used to prepare an aromatic tea or tisane ⟨a pectoral ~⟩ ⟨an emollient ~⟩ **5** *obs* : money of gold, silver, or other metal : COIN, SPECIE **syn** see CLASS

**²species** \"\ *adj* : constituting, being a member of, or selected from a biological species and not belonging to a horticultural variety of hybrid origin ⟨the China rose is a ~ rose⟩ ⟨native American ~ irises⟩

**species-group** \ˌ'(,)ˌ,ˌ\ *n* : ARTENKREIS

**species-specific** \ˌ'(,)ˌˌ;ˌˌ\ *adj* : exhibiting or characterized by species specificity ⟨a *species-specific* reaction⟩

**species specificity** *n* : the phenomenon involved in the interaction of an agent (as a pathogen, drug, or antigen) and members of a given species that results in a reaction characteristic for that species — compare SUSCEPTIBILITY

**spe·ci·es·ta·ler** \'shpātsē,e,stälər, -ē,es,dä-\ *n* -S [G *speziestaler*, fr. *spezies* specie (fr. L *species* species) + *taler* — more at TALER] : REICHSTALER

**specif** *abbr* **1** specific; specifically **2** specification

**spec·i·fi·able** \'spesə,fīəbəl, ˌˌ'ˌˌˌ\ *adj* : capable of being specified ⟨~ standards⟩ ⟨a ~ logical form⟩

**¹spe·cif·ic** \spə'sifik, -fēk\ *adj* [LL *specificus*, fr. L *species* + *-ficus* -fic] **1** : constituting or falling into the category specified ⟨~ fertilizing agents such as nitrogen or phosphate⟩ **2** : having a real and fixed relationship to and usu. constituting a characteristic of : being peculiar to the thing or relation in question ⟨the ~ qualities of a drug⟩ ⟨a ~ distinction between vice and virtue⟩ ⟨~ symptoms of a disease⟩ **3** : restricted by nature to a particular individual, situation, relation, or effect : PECULIAR ⟨faults ~ to past centuries⟩; as **a** *of a therapeutic agent* : exerting a definitive and distinctive influence on a particular part of the body or on the course of a particular disease ⟨quinine is highly ~ for malaria⟩ **b** *of a parasite* **(1)** : capable of living and reproducing in only one kind of host **(2)** : producing a particular disease **c** *of a disease* : caused by a particular pathogen (as a microorganism) **d** *of an antigen or antibody* : capable of reacting with but one antibody or antigen or with an antibody or antigen in but one way ⟨in complement fixation both antigen and antibody may be either ~ or nonspecific⟩ **4 a** : characterized by precise formulation or accurate restriction (as in stating, describing, defining, reserving) : free from such ambiguity as results from careless lack of precision or from omission of pertinent matter ⟨a ~ statement of faith⟩ ⟨~ analysis of the problem⟩ ⟨a ~ agreement⟩ **b** : intended for or restricted to a particular end or object ⟨a ~ deposit in a bank⟩ **5** : of, relating to, or constituting a species and esp. a taxonomic species ⟨groups of ~ rank⟩ ⟨distinctive ~ characters⟩ **6** : being any of various arbitrary physical constants and esp. one relating a quantitative attribute to unit mass, volume, or area ⟨~ luminous intensity is the luminous intensity per unit area of source⟩ — see SPECIFIC ENTROPY, SPECIFIC GRAVITY, SPECIFIC HEAT, SPECIFIC HUMIDITY **syn** see EXPLICIT, SPECIAL

**²specific** \"\ *n* -S **1 a** : something peculiarly adapted to its purpose, use, or situation **b** : a drug that has a specific mitigating influence on a disease ⟨quinine is a ~ for malaria⟩ **2 a** : a specific or characteristic quality, trait, mark, or other feature **b** : precise details or distinctions : PARTICULARS ⟨music frees us from the ~ and stirs the unconscious depths of our being⟩ **c specifics** *pl* : SPECIFICATION 4 ⟨work out the ~s required for putting his program into effect —*New Republic*⟩ **syn** see REMEDY

**specific absorptive index** *n* : absorbance of radiation per unit thickness of layer and concentration of solution

**spe·cif·i·cal** \-fəkəl\ *adj* [ME, fr. LL *specificus* + ME *-al*] *archaic* : SPECIFIC

**spe·cif·i·cal·i·ty** \ˌˌsə'kalədē, -lətē, -i\ *n* -ES [*specifical* + *-ity*] : the quality or state of being specific

**spe·cif·i·cal·ly** \spə'sifək(ə)lē, -fēk-, -li\ *adv* [*specifical* + *-ly*] **1** : in regard to the matter in question : with reference to a quality or condition that is specified or inherent ⟨water is ~ heavier than ice⟩ ⟨a product of ~ architectural imagination —R.W.Kennedy⟩ **2** : with exactness and precision : in a definite manner ⟨~ denounced the new tax⟩

**spe·cif·i·cate** \-fə,kāt\ *vt* -ED/-ING/-S [LL *specificatus*, past part. of *specificare* to specify — more at SPECIFY] : to give specificity to : SPECIFY

**spec·i·fi·ca·tion** \,spesəfə'kāshən\ *n* -S [ML *specification-, specificatio*, fr. LL *specificatus* + L *-ion-, -io* -ion] **1 a** *obs* : the giving of a definitive or specific quality **b** : conversion of property and esp. of property belonging to another into a new kind of property by labor (as in manufacture); *also* : the acquisition of title in property so produced that results under Roman, Scots, or civil law when the article cannot be reduced to its original form **2** *obs* : natural or specific character : characteristic quality **3** : the act or process of identifying or making specific through the supplying of particularizing detail : a decreasing of generality or vagueness (as of a concept) by determining or supplying characteristics that delimit a more precise applicability; *esp* : the replacement of a variable in a propositional function in symbolic logic by a specific value ⟨"the sky is blue" is obtained by ~ from "*x* is blue"⟩ **4** : a detailed, precise, explicit presentation (as by enumeration, description, or working drawing) of something or a plan or proposal for something: as **a** : a written statement containing a minute description or enumeration of particulars (as of charges against a public officer or of the terms of a contract); *also* : a single article, item, or particular or an allegation of a specific act **b** : a written description of an invention or discovery for which a patent is sought that embodies the manner and process of making, constructing, compounding, and using and concludes with a specific and distinct claim of the part, improvement, or combination which the applicant regards as his discovery or invention — compare CLAIM **c** : a written or printed description of constructional work to be done (as in repairing a house or installing machinery in a factory) forming part of the contract, describing qualities of material and mode of construction, and giving dimension and other information not shown in the drawings — usu. used in pl.

**spec·i·fi·ca·tive** \'spesəfə,kād·iv, spə'sifə,-\ *adj* [LL *specificatus* + E *-ive*] : tending or serving to specify — **spec·i·fi·ca·tive·ly** \-d·əvlē\ *adv*

**specific capacity** *n* : the amount of water furnished under a standard unit head : the amount of water that is furnished under unit lowering of the surface of the water in a well by pumping

**specific character** *n* : a character distinguishing one species from another or from every other species of the same genus

**specific charge** *n* **1** : a charge against specific identifiable property that is essentially the same in effect as a mortgage **2** : the ratio of the electric charge on a particle to its mass

**specific color** *n* : a color having hue and saturation : a chromatic color

**specific conductance** *n* : CONDUCTIVITY

**specific cost** *n* : DIRECT COST

**specific duty** *n* : a duty assessed on an article of a given kind at a flat rate per unit of quantity (as a ton, bushel, or yard) without individual appraisal

**specific dynamic action** *n* : the effect of ingestion and assimilation of food and esp. of protein in increasing the production of heat in the body

**specific energy** *n* : the supposed specific quality of a sensory nerve that has been held to cause it to transmit a particular kind of sensation whatever the nature of the stimulus and that is usu. attributed to interpretive and correlative processes in the central nervous system

**specific entropy** *n* : entropy of a substance per unit mass (as per gram or per mole)

**specific epithet** *n* : the Latin or latinized noun or adjective that follows and agrees grammatically with the genus name in the name of a taxonomic species — called also *trivial name*

**specific gravity** *n* : the ratio of the density of a substance to the density of some substance (as pure water at its temperature of maximum density at 4° C) taken as a standard when both densities are obtained by weighing in air ⟨if one cubic inch of gold weighs in air 19.3 times as much as one cubic inch of water, the *specific gravity* of gold is 19.3⟩

**specific-gravity balance** *n* : a balance used for determining the specific gravity of a liquid or solid by means of the Archimedes' principle

**specific-gravity bottle** *or* **specific-gravity flask** *n* : a pycnometer having the form of a stoppered bottle

**specific-gravity bulb** *n* : a hollow glass bulb so weighted that it will float on a liquid of greater and sink in a liquid of less specific gravity than that marked on the bulb

**specific heat** *n* **1** : the ratio of the quantity of heat required to raise the temperature of a body one degree to that required to raise the temperature of an equal mass of water one degree **2** : the heat in calories required to raise the temperature of one gram of a substance one degree centigrade

**specific humidity** *n* : the mass of water vapor per unit mass of moist air

**specific impulse** *n* : the thrust produced per unit rate of consumption of the propellant usu. specified in pounds of thrust per pound of propellant used per second and forming a measure of the efficiency of performance of a rocket engine

**specific ionization** *n* : the number of ion pairs formed in a gas by an ionizing particle per unit length of its path

**spec·i·fic·i·ty** \,spesə'fisəd·ē, -sətē, -i\ *n* -ES : the quality or state of being specific ⟨contribute a desirable note of ~ to the discussion —H.D.Gideonse⟩; *esp* : the condition of being peculiar to a particular individual or group of organisms ⟨host ~ of a parasite⟩

**spe·cif·i·cize** \spə'sifə,sīz\ *vt* -ED/-ING/-S : to make specific : give a specific quality to

**specific key** *n* : a key for a single cryptographic message or a small group of messages — compare PERIOD KEY

**specific legacy** *n* : a bequest of a particular identifiable and existing thing or part (as a specified animal) out of a testator's estate — compare GENERAL LEGACY

**specific lien** *n* : PARTICULAR LIEN

**specific magnetization** *n* : the ratio of the magnetization of a substance to the density obtained by dividing the magnetic moment of a specimen by its mass

**specific modifier** *n* : a gene that modifies the effect of one or more other genes

**specific name** *n* : the binomial name of a taxonomic species consisting of the name of its genus followed by a specific epithet

**spe·cif·ic·ness** *n* -ES : the quality or state of being specific

**specific performance** *n* : the performance of a legal contract exactly or substantially according to its terms — used chiefly with reference to such performance as decreed by a court of equity in a case where the common-law remedy of damages would be substantially inadequate and the specific performance not unjust to the defendant

**specific rate** *n* : an insurance rate specif. computed for a particular risk : SCHEDULE RATE

**specific refractivity** *n* : the refractivity of a medium divided by its density

**specific resistance** *n* : RESISTIVITY 2b

**specific rotation** *n* : the angle of rotation in degrees of the plane of polarization of a ray of monochromatic light that passes through a tube 1 decimeter long containing the substance in solution at a concentration of 1 gram per milliliter in a polarimeter

**specifics** *pl of* SPECIFIC

**specific stain** *n* : a dye used in histology and microchemistry that has a specific affinity for particular structural elements or chemical compounds

**specific surface** *n* : the ratio of the total surface of a substance (as an adsorbent) to its volume : surface area (as of a finely divided powder) per unit mass

**specific volume** *n* : the volume per unit mass of a substance : the reciprocal of the density

**specific weight** *n* : the weight of a substance per unit volume in absolute units equal to the density multiplied by the acceleration of gravity

**spec·i·fi·er** \'spesə,fī(ə)r, -īə\ *n* -S : one that specifies (as by giving details or particulars); *esp* : a person who draws up specifications (as for obtaining a patent)

**spec·i·fy** \-,fī\ *vb* -ED/-ING/-ES [ME *specifien*, fr. OF *specifier*, fr. LL *specificare*, fr. *specificus* specific] *vt* **1 a** : to mention or name in a specific or explicit manner : tell or state precisely or in detail ⟨~ the uses of a plant⟩ ⟨clearly *specified* the one he meant⟩ ⟨the bequest *specifies* that the recipient must care for the cat⟩ **b** : to include as an item in a specification ⟨~*ing* oak flooring throughout⟩; *also* : to draw specifications of **2** : to make specific : give a specific character or application to ⟨tensions that ~ personal conflicts⟩ ~ *vi* : to speak precisely or in detail : give full particulars **syn** see MENTION

**spec·i·men** \'spesəmən *sometimes* -esm-\ *n* -S [L, fr. *specere* to look, look at — more at SPY] **1 a** : a particular single item, part, aspect, or incident that is typical and indicative of the nature, character, or quality of others in the same class or group ⟨a ~ of the melodramatic fiction of the era —T.S. Eliot⟩ ⟨compared ~s of their handwriting⟩ ⟨repeated a ~ from which the tenor of the conversation could be readily inferred⟩ **b** : a sample or unit (as of merchandise, a mineral, or a plant) that is deliberately selected for examination, display, or study and is usu. chosen as typical of its kind ⟨a ~ cabinet⟩ ⟨~s of a new line of textiles⟩: as **(1)** : a printed sheet showing different styles and sizes of type **(2)** : a sample copy of a printed work; *specif* : a condensed sample containing enough of the typography, illustrations, maps, binding, and other features to give an adequate idea of the complete work **(3)** : a postage stamp printed as a sample and bearing the word *specimen* **(4)** : a portion of material for use in testing ⟨a fecal ~⟩ ⟨wool ~s for staple testing⟩ **2 a** : something that obviously belongs to a particular category but shows or is noticed by reason of some individual distinguishing character or peculiarity ⟨the scavenging pigs, the dirtiest, leanest, and hungriest ~s I have met with —V.G.Heiser⟩ **b** : INDIVIDUAL, PERSON ⟨turned out to be a queer ~⟩ ⟨~s like these fellows that hang around the docks⟩ **syn** see INSTANCE

**specimen plant** *n* : a plant grown for exhibition or in the open to display its full development as distinguished from one in a border or other planting

**specio-** — see SPECI-

**spe·ci·os·i·ty** \,spēshē'äsəd·ē, -sətē, -i\ *n* -ES [ME *speciousitee* beauty, fr. LL *speciositat-, speciositas*, fr. L *speciosus* beautiful + *-itat-, -itas* -ity] **1** : the quality or state of being specious **2** : a specious appearance or thing

**spe·cious** \'spēshəs\ *adj* [ME, fr. L *speciosus* beautiful, showy, plausible, fr. *species* appearance, beauty + *-osus* -ous — more at SPY] **1** *obs* : presenting a pleasing appearance : pleasing in form or look : SHOWY **2** : superficially beautiful or attractive but not so in reality : deceptively beautiful **3** : apparently right or proper : superficially fair, just, or correct but not so in reality : appearing well at first view : PLAUSIBLE ⟨~ reasoning⟩ ⟨a ~ claim⟩ **4** : existing to our senses : actually known or experienced — see SPECIOUS PRESENT — **spe·cious·ly** *adv* — **spe·cious·ness** *n* -ES

**specious present** *n* : the time span of immediate consciousness : interval within which what is earlier may be distinguished from what is later though both are directly present to consciousness

**¹speck** \'spek\ *n* -S [ME *specke*, fr. OE *specca*] **1 a** : a small discoloration in or on something : SPOT, STAIN ⟨a ~ on paper or cloth⟩ ⟨covered with dark ~s⟩ **b** : a small discoloration revealing decay (as in fruit); *broadly* : FLAW, BLEMISH ⟨a reputation without a ~⟩ **2** : a tiny bit of something : a small piece, particle, or amount : MITE ⟨put just a ~ of milk in the tea⟩ ⟨ore sparkling with ~s of gold⟩ ⟨the announcement failed to arouse a ~ of interest⟩ **3 a** : a bacterial or fungous disease of rice characterized by shriveled or specked grains **b** : a disease of plants characterized by small usu. circumscribed lesions — see BACTERIAL SPECK **4** : something marked or marred with specks: as **a** : imperfect but usable fruit ⟨bought a basket of ~s for jelly⟩ **b** : a spotted or speckled fish ⟨when the big ~s begin biting⟩ **5** : a small sand darter (*Ulocentra stigmaea*) common in the southeastern U. S.

**²speck** \"\ *vt* -ED/-ING/-S **1** : to produce specks and esp. blemishes on or in : SPOT, SPECKLE **2** : to remove specks from (as cloth)

**³speck** \"\ *n* -S [ME *spekke*] *dial Eng* : PATCH

**⁴speck** \"\ *n* [D *spek* (fr. MD *spec*) & G *speck*, fr. OHG *spek*; both akin to OE *spec, spic* bacon, blubber, ON *spik*, Skt *sphigī* buttock, *sphāyati* he increases, grows fat — more at speed] *chiefly dial* : fat meat: as **a** : BACON, SALT PORK **b** : the blubber of a whale or other marine mammal **c** *Africa* : the fat of the hippopotamus esp. when cured for use as bacon

**⁵speck** \"\ *vi* -ED/-ING/-S [by shortening and alter.] *Austral* : PROSPECT 1a

**specked** \'spekt\ *adj* [ME, fr. *specke* speck + *-ed*] : marked or marred with or as if with specks : SPOTTED, SPECKLED — **speck·ed·ness** \'spekədnəs\ *n* -ES

**speckeldy** *var of* SPECKLEDY

**speck·er** \'spekə(r)\ *n* -S : one that specks; *esp* : a worker that removes specks from something

**speckfall** \'ˌ,ˌ\ *n* [⁴*speck* + *fall*] : a fall rove through a block for hoisting blubber and bone aboard a whaler

**speck finger** *n* [²*speck* + *finger*] : ERYSIPELOID

**speckier** *comparative of* SPECKY

**speckiest** *superlative of* SPECKY

**speck·i·ness** \'spekēnəs, -kin-\ *n* -ES : the quality or state of being specky

**¹speck·le** \'spekəl\ *n* -S *often attrib* [ME *spakle, speckle*; akin to MD *speckel* speckle, OE *specca* speck] : a small mark, splotch, or speck; *esp* : an irregular natural speck (as of color) ⟨white eggs covered with purplish ~s⟩ ⟨a *speckle*-bellied goose⟩

**²speckle** \"\ *vt* **speckled; speckled; speckling** \-k(ə)liŋ\ **speckles 1** : to mark with small spots or specks : SPECK, SPOT ⟨sunlight *speckling* the lawn⟩ ⟨decided to ~ the finish of the floor⟩ **2** : to dot in the manner of speckles ⟨little lakes *speckled* the land⟩ ⟨a slope *speckled* with houses⟩

**specklebelly** \'ˌˌ,ˌˌ\ *n* [¹*speckle* + *belly*] **1** : WHITE-FRONTED GOOSE **2** : GADWALL

**specklebreast** \'ˌˌ,ˌ\ *also* **speckle-breasted brant** \ˌ;ˌˌ;ˌˌ-\ *or* **speckle-breasted goose** *n* : WHITE-FRONTED GOOSE

**speckle-cheek** \'ˌˌ,ˌ\ *n* : CACTUS WOODPECKER

**speck·led** \'spekəld\ *adj* [ME *spacled*, fr. *spakle* speckle + *-ed*] : covered or marked with speckles : SPOTTED

**speckled alder** *n* : a common shrub (*Alnus rugosa*) of the north temperate zone with oval leaves and catkins that flower much before the leaves expand

**speckled bass** *n* : BLACK CRAPPIE

**speckledbill** \'ˌˌ,ˌ\ *n* : SURF SCOTER

**speckled blotch** *or* **speckled leaf blotch** *n* : a disease of wheat caused by fungi of the genus *Septoria* and characterized by pinhead-sized light-colored leaf spots that later develop into blackish spore pustules

**speckled brant** *n* : WHITE-FRONTED GOOSE

**speckled bullhead** *n* : BROWN BULLHEAD

**speckled crab** *n* : an active shallow-water crab (*Araneus cribrarius*) that is found from Massachusetts to Brazil and is light brown thickly dotted with white or yellow

**speckled hind** *n* : a large grouper (*Epinephelus drummondhayi*) that is umber brown densely covered with small pearly-white or bluish dots and is a common food fish of the Florida coast

**speckled moray** *n* : HAMLET 2

**speck·led·ness** \'spekəldnəs\ *n* -ES : the quality or state of being speckled

upbraider 2517 upon

move suddenly, snatch, weave together — more at UP, BRAID] 1 *obs* : to bring forth as a cause for censure ⟨there will come a time when this shall be ~*ed* to us —Jeremy Taylor⟩ 2 a : to criticize severely : find fault with ⟨~*s* all forms of ceremony —W.B.Yeats⟩ b : to reproach severely : scold vehemently ⟨saw the priest go over to the parents and ~ them for bringing their children to such a place —Francis Stuart⟩ 3 *archaic* : to make queasy : NAUSEATE syn see SCOLD

**up·braid·er** \-də(r)\ *n* -s : one that upbraids

**up·braid·ing·ly** *adv* : in an upbraiding manner

**¹upbreak** \ˌ;ˈ;\ *vb* [ME *upbreken*, fr. *up* + *breken* to break — more at BREAK] *vi* : to break up or open ~ *vt* : to force a way up (as through the surface)

**²upbreak** \ˈ;ˌ\ *n* : an act or instance of breaking up; *esp* : ERUPTION, OUTBURST

**upbreathe** \ˌ;ˈ;\ *vt* [¹*up* + *breathe*] *archaic* : to breathe up or out : EXHALE

**upbringing** \ˈ;ˌ;\ *n* -s [fr. gerund of obs. *upbring* to bring up fr. ME *upbringen*, fr. *up* + *bringen* to bring] : the process of bringing up : early training ⟨by ~ and temperament he is at home in high politics —Alan Campbell-Johnson⟩; *esp* : a particular way of bringing up a child ⟨had a strict old-fashioned ~ —A.W.Barkley⟩

**upbuild** \ˌ;ˈ;\ *vt* [¹*up* + *build*] : to build up ⟨man . . . who can ~ or destroy his home, the earth —Van Wyck Brooks⟩ ⟨an atmosphere favorable to the development of a sense of responsibility and the ~*ing* of character —*Villanova College Cat.*⟩ — **up·build·er** \"+ə(r)\ *n*

**up·by** *also* **up·bye** \ˌəpˈbī\ *adv* [¹*up* + *by*] *chiefly Scot* : up there

**upcard** \ˈ;ˌ\ *n* [²*up* + *card*] 1 a : the card turned up to start the play (as in rummy and stops games) — called also *starter*, *turnup* b : the card at the top of a discard pile or talon 2 : any card properly dealt faceup; *specif* : the first card dealt faceup to a player in stud poker

**¹upcast** \ˌ;ˈ;\ *vt* [ME *upcasten*, fr. *up* + *casten* to cast — more at CAST] : to cast up

**²upcast** \ˈ;ˌ\ *adj* [ME, fr. past part. of *upcasten*] 1 : turned or directed upward ⟨saw that she was blind, her face slightly ~ to her companion's —Lawrence Durrell⟩ 2 : having an upward draft (as in a mine) ⟨the proposed ~ airway —*Economist*⟩

**³upcast** \"\ *n* [¹*upcast*] 1 : ACCIDENT, CHANCE ⟨kissed the jack upon an ~ —Shak.⟩ 2 *chiefly Scot* : REPROACH, TAUNT 3 : an upward dislocation of a stratum 4 : the ventilating shaft (as in a mine) up which the air passes after circulation 5 : material that has been thrown up (as by digging)

**upcheck** \ˈ;ˌ\ *n* [²*up* + *check*] : a satisfactory mark in a test and esp. in a check flight

**upchuck** \ˈ;ˌ\ *vb* [¹*up* + *chuck*] : VOMIT

**upclimb** \ˌ;ˈ;\ *vb* [¹*up* + *climb*] : to climb up : ASCEND — **up·climb·er** \"+ə(r)\ *n*

**upclose** \ˌ;ˈ;\ *vb* [ME *upclosen*, fr. *up* + *closen* to close — more at CLOSE] : to close up : SHUT

**upcoast** \ˈ;ˌ\ *adj* [⁴*up* + *coast*] : situated or going up the coast ⟨the isolated ~ cannery will soon be a thing of the past —*Canadian Geog. Jour.*⟩

**upcome** \ˈ;ˌ\ *n* [²*up* + *come*] 1 *Scot* : the outward appearance of a person 2 *Brit* : RESULT, PRODUCT

**¹upcoming** \ˈ;ˌ;\ *n* -s [ME, fr. *up* + *coming*, gerund of *comen* to come (after *comen up* to come up)] : the action or process of coming up

**²upcoming** \ˈ;ˌ;\ *adj* [¹*up* + *coming*, pres. part. of *come* (after *come up*, v.)] : coming up; *esp* : being in the near future : FORTHCOMING, APPROACHING ⟨the ~ musicals and plays —J.E.Booth⟩

**¹up-country** \ˈ;ˌ;\ *adj* [⁴*up* + *country*, n.] : of, relating to, or characteristic of the interior of a country or a region ⟨lying out there in that *up-country* hospital —John Galsworthy⟩ ⟨the representatives of the *up-country* interests —C.H.Wesley⟩ ⟨the great *up-country* fireplace —Miles Franklin⟩

**²up-country** \"\ *adv* [⁴*up* + *country*, n.] : to or in the interior of a country or a region ⟨marched *up-country* with Indian guides —S.E.Morison⟩ ⟨live *up-country* in comparative isolation —R.J.G.Boothby⟩

**³up-country** \"\ *n* [²*up* + *country*] : the interior of a country or a region

**upcropping** \ˈ;ˌ;\ *n* [³*up* + *cropping*, gerund of *crop* (after *crop up*, v.)] : an act or instance of cropping up : APPEARANCE, OUTCROP ⟨the healthy ~ of sizable plants in modest towns —B.M.Bowie⟩

**upcurl** \ˌ;ˈ;\ *vb* [¹*up* + *curl*] : to curl up ⟨his boots . . . had ~*ing* toes —T.B.Costain⟩

**upcurve** \ˈ;ˌ\ *n* [²*up* + *curve*] : an upward curve

**upcurved** \ˈ;ˈ;\ *adj* [¹*up* + *curved*, past part. of *curve*] : curving upward ⟨has an ~ bill, which he sweeps back and forth through the shallows —*Amer. Guide Series: Wash.*⟩

**¹upcut** \ˌ;ˈ;\ *vt* [¹*up* + *cut*, v.] : to cut (machine work) while the tool is moving upward

**²upcut** \ˈ;ˌ\ *n* [²*up* + *cut*, n.] : an upward cut

**update** \ˌ;ˈ;\ *vt* [¹*up* + *date*] : to bring up to date ⟨the last four chapters read like filler designed to round out, ~, and lengthen a longish article —Carlos Baker⟩ ⟨the motel is like the roadside inn of old, *updated* and lavished with glamour —C.L.Biemiller⟩ — **up·dat·er** \"+ə(r)\ *n*

**up·do** \ˈəpˌdü\ *n* -s [*upswept hairdo*] : an upswept hairdo

**updraft** \ˈ;ˌ\ *n* [²*up* + *draft*] : an upward movement of air or other gas

**updraft kiln** *n* : a vertical kiln in which the heat is blown or directed upward through the kiln

**¹updraw** \ˌ;ˈ;\ *vb* [ME *updrawen*, fr. *up* + *drawen* to draw] : to draw up : pull up

**²updraw** \ˈ;ˌ\ *n* : an act or process of drawing up ⟨with a quick ~ of his knees to the other's chest, broke the grip —Jack London⟩

**upend** \ˌəˈ\ *vb* -ED/-ING/-S [¹*up* + *end*, n.] *vt* 1 : to set on end : turn up an end of ⟨~*ed* a reed basket and sat down —L.C. Douglas⟩ ⟨was caught by a giant wave which ~*ed* him —Leonard Lyons⟩ 2 a : to affect radically : turn upside down ⟨a painstakingly executed literary shocker, designed to ~ the credulous matrons —Wolcott Gibbs⟩ b : BEAT 4a, 4b ⟨one world record and one world champion were ~*ed* during the . . . championships —*Newsweek*⟩ ~ *vi* : to rise on an end : move so as to expose an end ⟨the great fish would then ~ . . . head up, tail straight down in mid-water —William Beebe⟩ ⟨would ~ like ducks and begin to graze —William Beebe⟩

**upey-gan** \ü'pēgən\ *n* -s [Shona] : BLACK RHINOCEROS

**upfeed** \ˈ;ˌ\ *adj* [¹*up* + *feed*, v.] : supplied with a material (as hot water) that is forced upward ⟨an ~ heating system⟩

**upfill** \ˌ;ˈ;\ *vt* [ME *upfillen*, fr. *up* + *fillen* to fill] *archaic* : to fill up

**upfitter** \ˈ;ˌ;\ *n* [²*up* + *fitter* (after *fit up*, v.)] 1 : one that attaches hardware and trim to wooden furniture — called also *fitter* 2 : one that fits and assembles tops to casket bodies and puts in the hinges and other hardware — called also *fitter* 3 : an assembly line worker who installs door handles and other hardware in automobile bodies

**upflare** \ˈ;ˌ\ *n* [²*up* + *flare* (after *flare up*, v.)] : FLARE-UP

**upfling** \ˌ;ˈ;\ *vt* [¹*up* + *fling*] : to fling up

**upflow** \ˈ;ˌ\ *n* [²*up* + *flow* (after *flow up*, v.)] : an upward flow

**upfly** \ˌ;ˈ;\ *vi* [¹*up* + *fly*] : to fly up

**¹upfold** \ˌ;ˈ;\ *vt* [ME *upfolden*, fr. *up* + *folden* to fold] : to fold up

**²upfold** \ˈ;ˌ\ *n* [²*up* + *fold*, n.] : stratified rocks that are folded upward to a crest : ANTICLINE

**upfurled** \ˌ;ˈ;\ *adj* [¹*up* + *furled*, past part. of *furl* (after *furl up*, v.)] : furled upward

**up·gang** \ˈəpˌgaŋ\ *n* [ME (Sc), fr. *up* + *gang* (going)] *chiefly Scot* : ASCENT

**upgather** \ˌ;ˈ;\ *vb* [¹*up* + *gather*] : to gather up

**upglide** \ˈ;ˌ\ *n* [²*up* + *glide*] : an upward glide

**upgliding** \ˈ;ˌ;\ *adj* [¹*up* + *gliding*, pres. part. of *glide* (after *glide up*, v.)] : outgliding with an upward glide (as the vocalic parts of *day* and *dough* when these parts are diphthongal)

**¹upgo** \ˌ;ˈ;\ *vi* [ME *upgon*, *upgan*, fr. *up* + *gon*, *gan* to go — more at GO] : to go up : ASCEND

**²upgo** \ˈ;ˌ\ *n* : ASCENT

**¹upgrade** \ˈ;ˌ\ *n* [²*up* + *grade*, n.] 1 : an upward grade (as of a road) ⟨ran beside his dogs on the ~*s* —Farley Mowat⟩ 2 a : INCREASE ⟨thefts and forgeries have been on the ~ —*New Orleans (La.) Times-Picayune*⟩ b : a rise toward a better state ⟨on the ~ with nothing more than the occasional discomfort —O.W.Holmes †1935⟩

**²upgrade** \ˈ;ˌ\ *adv* [⁴*up* + *grade*, n.] : toward a higher level on an incline ⟨a locomotive going ~ —Danforth Ross⟩

**³upgrade** \ˌ;ˈ;\ *vt* [¹*up* + *grade*, v.] : to raise the grade of: as a : to improve (as livestock) by the use of purebred sires b : to advance to a job requiring a higher level of skill esp. as part of a training program : advance in professional rank c : to raise the quality of (as a manufactured product) d : to raise the classification and usu. the price of (a product) without improving the quality — **up·grad·er** \"+ə(r)\ *n*

**upgrow** \ˌ;ˈ;\ *vi* [ME *upgrowen*, fr. *up* + *growen* to grow] : to grow up

**upgrowth** \ˈ;ˌ\ *n* 1 : the process of growing up : upward growth : DEVELOPMENT ⟨the ~ of the atolls during a rising sea level —F.P.Shepard⟩ ⟨a tremendous ~ of science and practical arts —I.J.Fellner⟩ 2 : a result of upward growth or development; *specif* : PROCESS 4

**¹upgushing** \ˈ;ˌ;\ *adj* [¹*up* + *gushing*, pres. part. of *gush*] : gushing upward

**²upgushing** \ˈ;ˌ;\ *n* -s [²*up* + *gushing*, gerund of *gush*] : an act or instance of gushing upward

**uphang** \ˌ;ˈ;\ *vt* [ME *uphongen*, fr. *up* + *hangen*, *hongen* to hang — more at HANG] : to hang up

**up·haud** \ˌəpˈhȯd\ *chiefly Scot var of* UPHOLD

**up-headed** \ˈ;ˌ;\ *adj* [¹*up* + *headed*] : holding the head upright

**upheaped** \ˌ;ˈ;\ *adj* [ME *upheped*, fr. *up* + *heped*, past part. of *hepen* to heap — more at HEAP] : heaped up : ACCUMULATED

**up·heav·al** \ˌəpˈhēvəl, (ˌ)əˈpē- *sometimes* ˌəpˈhē-\ *n* -s 1 a : the action of upheaving esp. of part of the earth's crust (as by volcanic action) b : an instance of upheaving esp. of the earth's crust 2 a : extreme agitation and disorder (as of society) : radical change : CONVULSION ⟨unless immediate steps are taken . . . the seven-year-old federation will succumb to violent ~ —Leonard Ingalls⟩ b : an instance of extreme disorderly agitation or radical change ⟨the world's peoples are churning in one of history's greatest ~*s* —A.E.Stevenson †1965⟩ ⟨lived through an emotional ~ as shattering as an earthquake —Elizabeth Goudge⟩ syn see COMMOTION

**up·heav·al·ist** \-ləst\ *n* -s : an advocate of the theory that upheaval explains geological changes

**up·heave** \-ēv\ *vb* [ME *upheven*, fr. *up* + *heven* to heave — more at HEAVE] *vt* 1 a : to heave up : LIFT, RAISE ⟨great boulders were *upheaved* by the gold-seekers in their first eager rush —Mary S. Broome⟩ b : to force or throw upward with great power or violence ⟨other parts of the coast . . . may be *upheaved* by deep-seated geologic forces —R.W.Miner⟩ 2 : to disturb extremely : throw into disorder ⟨the coming of the troops *upheaved* the whole province⟩ ~ *vi* : to move upward esp. with power ⟨the surface of the bay . . . *upheaved* with a slow majestic movement —Bayard Taylor⟩ — **up·heav·er** \-və(r)\ *n*

**up·heave·ment** \-vmənt\ *n* -s : UPHEAVAL

**up-hel·ly-aa** \ˌəpˌheləˈä\ *n* -s *usu cap U & H & A* [ME *uphaliday*, fr. *up* + *haliday*, *holiday* holiday] : a festival held in Shetland usu. on the last Tuesday night of January to mark the end of the yule season

**¹uphill** \ˈ;ˌ\ *n* [⁴*up* + *hill*, n.] : rising ground : ASCENT ⟨on the ~ our pace was dragging and stiff —Eve Langley⟩

**²uphill** \ˈ;ˈ;\ *adv* [⁴*up* + *hill*, n.] 1 : upward on a hill or incline ⟨the heavy material . . . is guided ~ —A.M.Gaudin⟩ ⟨these side streets lay ~ —Sacheverell Sitwell⟩ 2 : against difficulties ⟨seemed to be talking ~ —Willa Cather⟩

**³uphill** \"\ *adj* 1 : situated on elevated ground ⟨an ~ city⟩ 2 : ascending or directed toward higher ground : going up ⟨the trail was ~ and steep —Zane Grey⟩ 3 a : presenting difficulties : requiring much effort : DIFFICULT, LABORIOUS ⟨the ~ fight for the abolition of slavery —*London Calling*⟩ ⟨the conversation was all ~ —Irwin Shaw⟩ b : struggling against difficulties

**uphlstg** *abbr* upholstering

**uphoard** *vt* [¹*up* + *hoard*] *obs* : to hoard up

**uphol** *abbr* upholsterer; upholstering; upholstery

**up·hold** \ˈəˌpōd\ *n* [ME (Sc) *uphald*, fr. OE *upheald*, fr. *up* + *heald* hold — more at UP, HOLD] *chiefly Scot* : SUPPORT, STAY

**up·hold** \ˌəpˈhōld, (ˌ)əˈpō- *sometimes* ˌəpˈhō-\ *vt* **up·held** \ˌəpˈheld, (ˌ)əˈpe- *sometimes* ˌəpˈhe-\ **upheld**; **upholding**; **upholds** [ME *upholden*, *upholden*, fr. *up* + *halden*, *holden* to hold — more at HOLD] 1 a : to give support to (as by help or action) : SUSTAIN, MAINTAIN ⟨tried to ~ the morale of the occupied capital —F.L.Paxson⟩ ⟨the patrol went on . . . after the earthquake, thus ~*ing* the finest traditions of this force —Francis Kingdon-Ward⟩ b (1) : to support against an opponent : DEFEND ⟨enough to ~ . . . the air generals against a strong and well-seated opposition —J.G.Cozzens⟩ (2) *dial Brit* : AFFIRM, WARRANT, GUARANTEE ⟨will ~ that you are the coolest hand that I ever came nigh —George Borrow⟩ (3) : to adjudge constitutional or legally valid ⟨his language toward a witness was censured by the court of appeals but his decision *upheld* —*Current Biog.*⟩ c *chiefly Brit* : to keep in good repair : keep on the same level 2 a : to give physical support to : keep elevated ⟨slender Corinthian columns ~ the hipped roof —*Amer. Guide Series: La.*⟩ b : to lift up : RAISE ⟨*upheld* their clenched hands —F.W.Farrar⟩

**up·hold·er** \-də(r)\ *n* [ME *upholdere*, fr. *upholden* (to repair) + *-ere* -er] 1 *archaic* a (1) : a dealer in small goods (2) : a repairer or maker of small goods b : UPHOLSTERER c : UNDERTAKER 4 2 : one that upholds: as a : a physical support b : SUPPORTER, MAINTAINER, DEFENDER ⟨a stout ~ of authority —V.L.Parrington⟩

**up·hol·ster** \(ˌ)əˈpōlstə(r), (ˌ)əˈpō-, -l(t)st-\ *n* -s [ME *upholdester*, fr. *upholden* to uphold (repair) + *-estere*, *-ester* -ster] 1 *archaic* a : one who deals in small goods b : one who repairs or makes small goods 2 *obs* : UPHOLSTERER

**²upholster** \"\ *vt* **upholstered**; **upholstered**; **upholstering** \-t(ə)riŋ\ **upholsters** [back-formation fr. *upholsterer* & *upholstery*] : to furnish with or as if with upholstery ⟨the classic broadcloths . . . that were used to ~ carriages —*Amer. Fabrics*⟩ ⟨a very fat woman ~*ed* in pink satin —S.E.White⟩; *esp* : to cover (a seat) with padding and fabric that is fastened over the padding

**up·hol·stered** \-(r)d\ *adj* : furnished with or as if with upholstery: as a (1) : containing furniture or fittings that are padded and covered with fabric (2) : marked by a high degree of comfort : providing luxury : LUXURIOUS ⟨crossed on the ~ route —Horace Sutton⟩ b : marked by fullness of style ⟨the more lightly and swiftly moving writers of the 17th century rather than the more heavily ~ ones of the earlier Renaissance —Edmund Wilson⟩ c : FAT, FLESHY ⟨~ old dowagers —*Harper's*⟩

**up·hol·ster·er** \-t(ə)rə(r)\ *n* -s [¹*upholster* + *-er*] : one that upholsters; *specif* : one whose occupation is the making or supplying of upholstery

**upholsterer bee** *n* : LEAF-CUTTING BEE

**up·hol·ster·ess** *also* **up·hol·stress** \-t(ə)rəs\ *n* -ES : a female upholsterer

**upholstering** *n* -s : UPHOLSTERY

**up·hol·stery** \-t(ə)rē, -rī\ *n* -ES [¹*upholster* + *-y*] : the materials (as fabric, padding, and springs) used to make a soft covering, esp. for a seat; *specif* : the fabric used to cover a seat

**upholstery leather** *n* : leather made from cattlehides tanned in the whole hide and used esp. for upholstering furniture, automobiles, or airplanes

**uphung** \ˌ;ˈ;\ *adj* [¹*up* + *hung*, past part. of *hang*] : hung up : SUSPENDED

**up jen·kins** \-ˈjeŋkənz\ *n*, *usu cap J* [*Jenkins* fr. the name *Jenkins*] : a game in which the players seated on one side of a table pass a coin along under the table and the captain of the opposing team seated on the other side of the table commands them with the words *up Jenkins* and *down Jenkins* to show their hands and tries to guess which hand holds the coin

**¹upkeep** \ˈ;ˌ\ *n* [²*up* + *keep* (after *keep up*, v.)] 1 a : the act of maintaining in good condition : MAINTENANCE ⟨the building and ~ of roads⟩ b : the state of being maintained in good condition 2 : the cost of maintaining in good condition or supporting ⟨his parents had no feeling that he ought to contribute to their ~ —Rebecca West⟩

**²upkeep** \ˌ;ˈ;\ *vt*, *chiefly Brit* : to maintain in good condition : keep up ⟨found it hard to ~ his family seat — a 45-room twin-turreted castle —*Irish Digest*⟩

**¹up·land** \ˈəplənd, -ˌland, -ˌlan(d)\ *n* [ME *uppeland*, *upland*, fr. *uppe land* in the country, fr. *uppe* on (fr. OE, fr. *uppe*, adv., on high) + *land* — more at UP, LAND] : the rural parts of a country : COUNTRY

**²upland** \"\ *adj* [ME *upland*, fr. *uppeland*, *upland*, n.] *archaic* : of or relating to the country : RUSTIC, PROVINCIAL ⟨Christianity was still an exotic religion, professed by the court, but resisted by a stubborn ~ heathenism —F.M.Stenton⟩

**³upland** \"\ *n* [²*up* + *land*] 1 a : high land esp. far from the sea : PLATEAU b : a region of high land 2 a : ground elevated above the lowlands along rivers or between hills : land above flood level b : an area of land above flood level 3 : UPLAND COTTON — usu. used in pl. but sing. or pl. in constr.

**⁴upland** \"\ *adj* : of or relating to high land: as a : situated on high land esp. away from the sea ⟨an ~ village⟩ ⟨~ provinces⟩ b (1) : living in a relatively high region esp. away from water : frequenting high ground ⟨the woodcock is considered an ~ bird though in reality he belongs to the shore bird family —*Handbk. on Shotgun Shooting*⟩ (2) : of or relating to upland game ⟨~ hunting⟩ ⟨used their favorite ~ guns —*Catalog: Remington Trap & Skeet Equipment*⟩ c : growing, occurring, or developed on high land ⟨~ floras —*Jour. of Geol.*⟩ ⟨pollens seem likely to bring into a deposit a representation of forms farther from the sedimentary basin and more ~ to it —S.A. Cain⟩

**⁵upland** \"\ *adv* [⁴*up* + *land*] : in the interior or higher regions

**upland boneset** *n* : a boneset (*Eupatorium sessilifolium*) of eastern No. America with slender stems and nearly sessile and usu. opposite leaves

**upland cotton** *n*, *often cap U* : any of various usu. short-staple cottons that are cultivated esp. in the U.S. and derived chiefly from a prob. tropical American wild cotton (*Gossypium hirsutum*) — called also *American upland cotton*

**upland cranberry** *n* : BEARBERRY 1

**upland cress** *n* : WINTER CRESS

**up·land·er** \-də(r)\ *n* -s [³*upland* + *-er*] : a native or an inhabitant of an upland

**upland goose** *n* : a wild goose (*Chloëphaga leucoptera*) of Patagonia and the Falkland islands

**upland hickory** *n* : SHAGBARK HICKORY 1

**¹up·land·ish** \ˌəpˈlandish, -aan-, -dēsh\ *adj* [ME *uplondish*, fr. *up* + *land*, *lond* land, country + *-ish*] *archaic* : ⁴UPLAND a

**²uplandish** \"\ *adj* [ME, fr. *uppeland*, *upland* + *-ish*] 1 *obs* : PROVINCIAL, RUSTIC, CRUDE ⟨the rude and ~ plowmen —Thomas More⟩ 2 *obs* : OUTLANDISH

**upland moccasin** *n* : a snake of the southern U.S. that is prob. a dark variety of the copperhead

**upland plover** *also* **upland sandpiper** *n* : a large sandpiper (*Bartramia longicauda*) of eastern No. America that frequents fields and uplands, resembles a plover in habits and in appearance esp. in its short bill, is a fine game bird, and has been nearly exterminated in some states

**upland rice** *n* : any of several rices that can be grown (as in high-rainfall areas) without irrigation — called also *dry rice*; compare LOWLAND RICE

**upland speedwell** *n* : a speedwell (*Veronica officinalis*)

**upland white aster** *n* : a tufted rigid No. American perennial herb (*Aster ptarmicoides*) with rather open loose clusters of white-rayed heads

**upland willow oak** *n* : BLUEJACK

**uplay** \ˌ;ˈ;\ *vt* [¹*up* + *lay*] : to lay up : STORE

**¹upleap** \ˌ;ˈ;\ *vi* [ME *uplepen*, fr. *up* + *lepen* to leap — more at LEAP] : to leap up

**²upleap** \ˈ;ˌ\ *n* : an upward leap

**¹uplift** \ˌ;ˈ;\ *adj* [ME, fr. *up* + *lift*, past part. of *liften* to lift] *archaic* : UPLIFTED

**²up·lift** \ˌəpˈlift *sometimes* ˌəˈpl-\ *vb* [ME *upliften*, fr. *up* + *liften* to lift] *vt* 1 : to raise to a higher physical position : lift up; *specif* : to push up (a part of the earth's surface) above the surrounding area 2 : to improve or attempt to improve the condition of esp. spiritually, socially, culturally, or intellectually ⟨love ~*s* the lover's being —H.O.Taylor⟩ ⟨stirring to ~ their masses from age-old conditions of squalor and ignorance —Howard M. Jones⟩ 3 *Scot* : to take (as money that is owed) into one's possession : COLLECT 4 : RAISE 3 ⟨~*ed* their voices in song⟩ ~ *vi* : to rise esp. because of geologic forces

**³uplift** \ˈ;ˌ\ *n*, *often attrib* : an act, process, result, or cause of uplifting: as a (1) : the uplifting of a part of the earth's surface either uniform throughout a region or differential (as in tilting) ⟨the ~ of continents drained vast areas of land —W.E.Swinton⟩ (2) : an uplifted mass of land ⟨beyond the desert rise the mountains, the first outlying ranges of that vast ~ —Douglas Carruthers⟩ b : the upward pressure of water (as on the base of a structure) c : an elevation of spirit or emotion ⟨should have brought a larger mentality, a more vital ~ —*Cosmopolitan*⟩ d : a bettering of condition : IMPROVEMENT ⟨did for their ~ all that the custom of the times permitted —C.G. Woodson⟩ e (1) : influences that are intended to improve esp. morally or culturally : the ideas of active participants in programs for improvement esp. of moral and cultural standards ⟨night life . . . is conducted in an atmosphere of furious rectitude, fashionable economy, and intellectual ~ —Gilbert Millstein⟩ ⟨all this bosh sounds like ~; I teach my students English —W.G.Perry⟩ ⟨had been delighted when his daily poem and his ~ editorials first proved successful —Willa Cather⟩ (2) : a social movement to improve esp. morally or culturally : the work or cause of uplifting ⟨goes in for public things — very strong on woman suffrage, charities, ~, and pacifism —O.M.Johnson⟩ ⟨owns all the ~ papers —John Buchan⟩ f : a brassiere designed to hold the breasts up

**uplifted** \ˈ;ˈ;\ *adj* [ME, fr. *up* + *lifted*, past part. of *liften* to lift] 1 : RAISED, ELEVATED, IMPROVED 2 *archaic* : ELATED, PROUD — **up·lift·ed·ness** *n* -ES

**up·lift·er** \ˌəpˈliftə(r)\ *n* : one that uplifts; *esp* : a person engaged in or devoted to the improvement of society

**up·lift·ment** \-tmənt\ *n* -s : UPLIFT c, d

**uplock** *vt* [¹*up* + *lock*] : to lock up

**up look** *n* [¹*up*] : a locking device in airplanes that keeps the landing gear up in the retracted position

**¹uplook** \ˌ;ˈ;\ *vi* [ME *uplooken*, fr. *up* + *loken*, *looken* to look — more at LOOK] : to look upward — **up·look·er** \"+ə(r)\ *n*

**²uplook** \ˈ;ˌ\ *n* [²*up* + *look*, n.] : an upward look

**uplying** \ˈ;ˌ;\ *adj* [¹*up* + *lying*, pres. part. of *lie*] : situated or growing on high land

**¹upmaking** \ˈ;ˌ;\ *n* [fr. gerund of obs. Sc *upmake* to make up, fr. ME (Sc) *upmaken*, fr. *up* + *maken* to make — more at MAKE] : an act or action of making up

**²upmaking** \"\ *adj* [fr. pres. part. of obs. Sc *upmake* to make up] *Scot* : making up for a shortcoming : COMPENSATING

**up·most** \ˈəpˌmōst *also chiefly Brit* -ˌməst\ *adj* : UPPERMOST

**up·ness** \ˈəpnəs\ *n* -ES : the state or quality of being up

**up north** *adv*, *often cap N* [⁴*up*] : in or into a more northerly location; *esp* : in or into the part of the U.S. that lies north of Mason and Dixon's Line and the Ohio river

**upo** \əˈpō\ *prep* [ME *uppo*, *upo*, fr. *uppe* & *up* up + *o* on — more at O'] *archaic* : UPON

**¹upon** \əˈpón, əˈpän, ə(ˌ)pän *sometimes* ˌəˈp-\ *prep* [ME *uppon*, *upon*, fr. *uppe* & *up* up + *on*, prep. — more at UP, ON] 1 : ON 2 a : upward so as to be on ⟨jumped ~ the horse⟩ b : in a high position on ⟨built a house ~ the hill⟩ 3 : having a powerful influence on : lying heavily on ⟨the enchantment of the beautiful scenery was still ~ me —Scott Fitzgerald⟩ ⟨the hush ~ the dinner table —Maurice Hewlett⟩ 4 — used as a function word to indicate the one by which an oath is taken or by which one swears ⟨~ my word⟩ 5 *obs* : IN 3b ⟨was ~ this fashion bequeathed me by will —Shak.⟩ 6 a (1) : in or into close proximity or contact with by way of or as if by way of attack ⟨the enemy is ~ us⟩ ⟨despondency fell ~ me —O.S.J. Gogarty⟩ ⟨summer holidays are ~ us —Alex Atkinson⟩ (2) : into sudden esp. unexpected contact with ⟨came ~ the letter in an old desk⟩ ⟨hits ~ a solution⟩ b *archaic* (1) : on the point of ⟨talk with him on this subject, for I see he is ~ settling one —Thomas Gray⟩ (2) : coming close to a specified number ⟨has the largest single group . . . in the world (just —