## <u>NETFLIX, INC. vs. BLOCKBUSTER INC.</u>

### CASE NO. C 06 2361 WHA (JCS)

### NETFLIX, INC.'S

# EXHIBIT 5

TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

Dockets.Justia.com

# WWW.WIKTIONARY.ORG

# based

## From Wiktionary

## English

## Adjective

**based**

1. founded on; having a basis; often used as combining terms
   *That was a soundly **based** argument.*

## Verb

**based** Simple past tense and past participle of base.

1. being derived from (usually followed by `on' or `upon')
   *It's a new film **based** on a best-selling novel.*
2. having a base
   *The ladder is **based** on the even sidewalk for stability.*
3. *(predicate)*: having a base of operations
   *The company is **based** in New York.*

Retrieved from "http://en.wiktionary.org/wiki/based"

- This page was last modified 02:32, 10 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# computer

## From Wiktionary

**Contents**

- 1 English
    - 1.1 Etymology
    - 1.2 Pronunciation
    - 1.3 Noun
        - 1.3.1 Derived terms
        - 1.3.2 Related terms
        - 1.3.3 Translations
    - 1.4 See also

## English

## Etymology

From Latin *computare* meaning to count or compute.

## Pronunciation

- Rhymes: -uːtə(r)

## Noun

**computer** (*plural* **computers**)

1. A programmable device that performs mathematical calculations and logical operations, especially one that can process, store and retrieve large amounts of data very quickly.
2. A person employed to perform computations.

## Derived terms

- computer-aided design
- computer-based teaching
- computer graphics
- computer language
- computer programming
- computer science

## Related terms

- compute
- computation
- computing

## Translations

- Afrikaans: rekenaar                                    - Lithuanian: kompiuteris *m*

- Arabic: حاسوب (Hasoub), كمبيوتر (kambyutr)
- Breton: urzhiataer *m*, -ioù *pl*
- Catalan: ordinador *m*
- Chinese: 電腦, 电脑 (diànnǎo); 計算机 (jìsuànjī)
- Croatian: računalo *n*
- Czech: počítač *m*
- Danish: regnemaskine *c*; computer, datamat *c*
- Dutch: computer *m*
- Dzongkha: ('logrig'we)
- Esperanto: komputilo
- Estonian: arvuti
- Finnish: tietokone
- French: ordinateur *m*
- Frisian: kompjûter
- German: Computer *m*, Rechner *m*
- Greek: υπολογιστής [ipo□□lo□□i□stis] *m* (meaning: calculator/computer, abbreviation of electronic calculator/computer); κομπιούτερ [ko□□mpjute□r] (frequent pronunciation), [ko□□(m)b□ute□r] (rare pronunciation) *m*
- Hebrew: מַחְשֵׁב
- Hindi: संगणक (sanganak)
- Hungarian: számítógép
- Icelandic: tölva
- Ido: komputilo
- Irish: ríomhaire
- Indonesian: komputer
- Interlingua: computator
- Italian: calcolatore *m*, elaboratore *m*, calcolatore elettronico *m*
- Japanese: コンピュータ (kompyūta), 電子計算機 (denshi-keisanki)
- Korean: 컴퓨터 (keompyuteo)
- Latvian: dators *m*, kompjūters *m*

- Lojban: skami
- Maori: rorohiko
- Maltese: kompjuter
- Mongolian: компьютер (kompyuter) *m*
- Norfuk: kohmpyuuta
- Norwegian: datamaskin *m*
- Novial: komputere
- Persian: رایانه (rāyāne)
- Polish: komputer *m*
- Portuguese: computador
- Romanian: computer *n* calculator *n*
- Russian: компьютер (kompyuter) *m*
- Scottish Gaelic: coimpiutair *m*
- Slovak: počítač *m*
- Slovene: računalnik *m*
- Spanish
  ordenador *m* (*Spain, Guatemala, El Salvador, Panama, Honduras, Dominican Republic, Nicaragua*)
  computadora *f* (*Mexico, Puerto Rico, Venezuela, Argentina, Peru, Uruguay, Cuba, Costa Rica, Bolivia*)
  computador *m* (*Chile, Columbia*)
- Swahili: kompyuta (*noun 9/10*)
- Swedish: dator *c*
- Thai: คอมพิวเตอร์
- Turkish: bilgisayar
- Ukrainian: комп'ютер (kompyuter) *m*
- Vietnamese: máy vi tính; máy điện toán
- Volapük: kompütöm
- Yiddish: קאָמפיוטער

## See also

- chip
- data processing
- hardware

- microprocessor
- software

Retrieved from "http://en.wiktionary.org/wiki/computer"

Categories: English nouns | Computing

- This page was last modified 22:01, 17 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# criteria

## From Wiktionary

## English

## Noun

### criteria

1. Plural of criterion.

## Usage note

Although **criteria** is sometimes used as if it were both the plural and the singular form, this is incorrect. The correct singular form is **criterion**.

Retrieved from "http://en.wiktionary.org/wiki/criteria"

- This page was last modified 07:40, 11 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# criterion

## From Wiktionary

<table>
<tr><td>

**Contents**

- 1 English
  - 1.1 Noun
  - 1.2 Usage notes
    - 1.2.1 Translations

</td></tr>
</table>

# English

## Noun

**criterion** (*plural* **criteria**)

1. A standard or test by which individual things or people may be compared and judged.

## Usage notes

Although common, the singular use of criteria is considered incorrect.

## Translations

- Catalan: criteri *n*
- Danish: kriterium *sb.*
- Dutch: criterium *n*
- Finnish: kriteeri
- Esperanto: kriterio
- Estonian: kriteerium
- French: critère *m*
- German: Kriterium *n*
- Italian: criterio *m*
- Portuguese: critério *sg*
- Spanish: criterio

Retrieved from "http://en.wiktionary.org/wiki/criterion"

Categories: English nouns with irregular plurals | Greek derivations

- This page was last modified 11:28, 19 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# desire

## From Wiktionary

| Contents |
|---|
| ■ 1 English |
|    ■ 1.1 Pronunciation |
|    ■ 1.2 Verb |
|       ■ 1.2.1 Translations |
|    ■ 1.3 Noun |
|       ■ 1.3.1 Translations |
|    ■ 1.4 Translations to be checked |

## English

| Rank of this word in the English language, from analyzing texts from Project Gutenberg. | | | | | | |
|---|---|---|---|---|---|---|
| probably | especially | placed | **#563: desire** | greater | army | horse |

## Pronunciation

- Audio (US)[?, file]

## Verb

**to desire** (*third-person singular simple present* **desires**, *present participle* **desiring**, *simple past* **desired**, *past participle* **desired**)

1. More formal or stronger word for want.
   *I **desire** to speak with you.*
2. Another word for want, connoting emotion.
   *She has been **desiring** him since they first met.*

### Translations

**formal or strong**

- Portuguese: desejar
- Russian: желать (želáť')

**connoting emotion**

- Portuguese: desejar
- Russian: желать (želáť'), вожделеть (vožd'el'éť')

## Noun

**desire** (*plural* **desires**)

1. Someone or something wished for.
   *It is my **desire** to speak with you*
   *You're my heart's **desire**.*

2. (*uncountable*) Strong attraction, particularly romantic.
> *His **desire** for her kept him awake at night.*
3. (*uncountable*) The feeling of desire.
> *Too much **desire** can seriously affect ones judgement.*

## Translations

**something wished for**

- French: désir *m*
- German: Begehren *n*
- Italian: desiderio *m*

- Old English: lust
- Russian: желание (želánije) *n*
- Slovene: želja *f*

**strong attraction**

- French: désir *m*
- German: Begehren *n*
- Italian: desiderio *m*

- Old English: lust
- Russian: желание (želánije) *n*, вожделение (vožd'el'énije) *n*, влечение (vl'ečénije)
- Slovene: poželenje *n*

**feeling of desire**

- French: désir *m*
- German: Begehren *n*
- Italian: desiderio *m*

- Old English: lust
- Russian: желание (želánije) *n*, вожделение (vožd'el'énije) *n*
- Slovene: poželenje *n*

## Translations to be checked

*The translations below need to be checked and inserted into the appropriate tables above, removing any numbers. Numbers do not necessarily match those in definitions. See instructions at Wiktionary:How to check translations.*

- Danish: ønske (1), lyst (2)
- Finnish: haluta
- German: begehren (1,2), wünschen (2)
- Greek: επιθυμία, επιθυμώ, θέλω
- Indonesian: birahi, nafsu, keinginan, kehendak
- Italian: desiderare (1,2)
- Romanian: dorință *f*, vrere *f*
- Spanish: desear, (me gustaría...)
- Telugu: కోరిక (kOrika), కోరు (kOru)

Retrieved from "http://en.wiktionary.org/wiki/desire"

Categories: English verbs | English nouns | Check translations | Translations to be checked (Danish) | Translations to be checked (Finnish) | Translations to be checked (German) | Translations to be checked (Greek) | Translations to be checked (Indonesian) | Translations to be checked (Italian) | Translations to be checked (Romanian) | Translations to be checked (Spanish) | Translations to be checked (Telugu) | Emotions | Positive words | 1000 English basic words

- This page was last modified 11:00, 20 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary

- Disclaimers

# desired

## From Wiktionary

(Redirected from Desired)

## English

## Verb form

**desired**

1. past tense of *to desire*

Retrieved from "http://en.wiktionary.org/wiki/desired"

- This page was last modified 15:52, 8 May 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

electronic - Wiktionary

# electronic

## From Wiktionary

**Contents**

- 1 English
    - 1.1 Etymology
    - 1.2 Pronunciation
    - 1.3 Adjective

## English

| | | | Rank of this word in the English language, from analyzing texts from Project Gutenberg. | | | |
|---|---|---|---|---|---|---|
| account | party | sight | **#455: electronic** | sea | necessary | idea |

## Etymology

From Latinised Greek "*electrinus*" "made of amber", from Ancient Greek ἤλεκτρον (*elektron*) "amber", from ηλέκτωρ (*elektor*) "shiny, bright", from ἤλιος (*elios*) "sun".

## Pronunciation

- Audio (US)$^{?, \text{file}}$

## Adjective

electronic

1. (*physics*, *chemistry*): Of or pertaining to an electron or electrons.
2. Operating on the physical behavior of electrons, especially in semiconductors.
3. Generated by an electronic (2) device (*electronic music*).

Retrieved from "http://en.wiktionary.org/wiki/electronic"

Categories: Greek derivations | Physics | Chemistry

- This page was last modified 07:01, 14 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# electronically

## From Wiktionary

## English

## Adverb

**electronically**

1. in an electronic manner; pertaining to technology.

Retrieved from "http://en.wiktionary.org/wiki/electronically"

Category: English adverbs

- This page was last modified 11:32, 5 June 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# fee

## From Wiktionary

> ## Contents
>
> - 1 English
>     - 1.1 Etymology
>     - 1.2 Pronunciation
>     - 1.3 Noun
>         - 1.3.1 Translations

## English

| | | | Rank of this word in the English language, from analyzing texts from Project Gutenberg. | | | |
|---|---|---|---|---|---|---|
| servant | doctor | Michael | **#996: fee** | excellent | Peter | instant |

## Etymology

Old English feoh.

## Pronunciation

- IPA: /fiː/
- fē
- Audio (US)[?, file]
- Rhymes: -iː

## Noun

fee (fees)

1. a monetary payment charged for professional services.

## Translations

- CJK Characters: 費, 费
- Chinese: 費, 费
- Czech: poplatek *m*, honorář *m*
- Dutch: prijs *m*
- Finnish: maksu, taksa
- French: honoraires *pl*
- German: Gebühr *f*
- Greek: αμοιβή *f*

- Italian: tassa *f*
- Japanese: 料金
- Korean: 요금
- Portuguese: taxa *f*
- Russian: гонорар *m*
- Spanish: honorario *m*

Retrieved from "http://en.wiktionary.org/wiki/fee"

- This page was last modified 13:27, 13 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy

- About Wiktionary
- Disclaimers

# implement

### From Wiktionary

**Contents**

- 1 English
  - 1.1 Pronunciation 1
    - 1.1.1 Noun
      - 1.1.1.1 Translations
  - 1.2 Pronunciation 2
    - 1.2.1 Verb
      - 1.2.1.1 Translations

## English

## Pronunciation 1

/ˈɪmpləmənt/

### Noun

**implement** (*plural:* **implements**)

1. A tool or instrument for working with.
   *They carried an assortment of gardening **implements** in the truck.*

### Translations

- Dutch: gereedschap *n*, hulpmiddel *n*
- Finnish: työkalu, väline
- French: instrument *m*
- Kurdish: amûr, alet, alav, hacet, halet

## Pronunciation 2

/ˌɪmpləmˈent/

### Verb

**to implement** (*third-person singular simple present* **implements**, *present participle* **implementing**, *simple past* **implemented**, *past participle* **implemented**)

1. to bring about; to put into practice
   *It's a good thought, but it will be a difficult thing to **implement**.*

### Translations

- Dutch: implementeren, toepassen (in de praktijk), uitwerken
- Finnish: toteuttaa, panna toimeen
- French: appliquer, exécuter, établir
- Kurdish: bi cih anîn, bi cih kirin
- Polish: wprowadzić
- Spanish: implementar
- Telugu: అమలుపరచు (amaluparachu)

Retrieved from "http://en.wiktionary.org/wiki/implement"

Category: English verbs

- This page was last modified 20:02, 5 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# implemented

## From Wiktionary

## English

## Verb

**implemented**

1. Past tense of *to implement.*

Retrieved from "http://en.wiktionary.org/wiki/implemented"

Category: English verbs that lack inflection template

- This page was last modified 09:29, 13 August 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# in

## From Wiktionary

*See also* **IN**, **In**, **-in**, **in-**, **-in-** *and* **ín**

---

## Contents

- 1 English
    - 1.1 Pronunciation
    - 1.2 Homophones
    - 1.3 Etymology
        - 1.3.1 Preposition
        - 1.3.2 Related terms
        - 1.3.3 Translations
    - 1.4 Etymology
        - 1.4.1 Adverb
        - 1.4.2 Translations
        - 1.4.3 Noun
        - 1.4.4 Antonyms
- 2 Dutch
    - 2.1 Pronunciation
    - 2.2 Preposition
- 3 German
    - 3.1 Preposition
- 4 Interlingua
    - 4.1 Preposition
- 5 Italian
    - 5.1 Preposition
    - 5.2 Usage notes
- 6 Japanese
    - 6.1 Noun
- 7 Latin
    - 7.1 Preposition
- 8 Old English
    - 8.1 Etymology
    - 8.2 Preposition
- 9 Old High German
    - 9.1 Etymology
    - 9.2 Preposition
- 10 Romanian
    - 10.1 Etymology
    - 10.2 Noun
- 11 Slovenian
    - 11.1 Conjunction
- 12 Swedish
    - 12.1 Preposition
        - 12.1.1 Antonym
    - 12.2 See also
- 13 Volapük
    - 13.1 Preposition

---

# English

| Rank of this word in the English language, from analyzing texts from Project Gutenberg. |
| --- |

| of | and | to | **#5: in** | I | that | was |
|----|-----|----|-----------|---|------|-----|

## Pronunciation

- AHD: /ĭn/
- IPA: /ɪn/
- SAMPA: /In/
- Audio (US)?, file
    Rhymes: -□n

## Homophones

- inn

## Etymology

Old English *in*

## Preposition

**in**

1. Contained by.
     *The dog is **in** the kennel.*
2. Surrounded by.
     *We are **in** the city walls.*
3. Part of; a member of.
     *One **in** a million.*
4. Pertaining to (that particular thing).
     *He has passed **in** English.*

## Related terms

- inner
- inside
- into
- in love
- in turn
- within

## Translations

**in**

- Albanian: në
- Arabic: في (fi), ب (bi-)
- Basque: -an *(locative)*
- Bosnian: u
- Bulgarian: в (v)
- Catalan: a (1,2) , en (3,4)
- Croatian: u

- Japanese: に (ni), の中に (のなかに, no náka ni), で (de)
- Korean: ...의 안에 (...ui ane)
- Latin: in
- Norwegian: av
- Novial: **in**

- Czech: v
- Dutch: in
- Dyirbal: -ŋga / -ga / -□a *(locative)*
- Esperanto: en
- Finnish: -ssa / -ssä *(inessive)*
- French: dans
- German: in
- Greek, Ancient: ἐν (en), εἰς (eis)
- Greek, Modern: σε (se)
- Hawaiian: i, iā; ma
- Hebrew: ...בּ (be...)
- Hindi: अन्दर (andar), में (me.n), भीतर (bhītar)
- Hungarian: -ban / -ben *(inessive)*
- Icelandic: í, inni
- Ido: en
- Igbo: nịme
- Indonesian: di
- Interlingua: in
- Irish: i
- Italian: in

- Pashto: په (pe)
- Polish: w
- Portuguese: em
- Quechua: -pi *(locative)*
- Romanian: în
- Russian: в (v)
- Scottish Gaelic: anns
- Serbian:
    - Cyrillic: у
    - Roman: u
- Slovenian: v
- Spanish: en
- Swahili: m- / mu- *(noun class 18)*
- Swedish: inne; i, på
- Tagalog: sa, nasa
- Tajik: дар (dar)
- Thai: ใน (nai)
- Turkish: -da / -de *(locative)*
- Vietnamese: ở
- Yiddish: אין (in)
- Yoruba: ní
- Yup'ik: -mi *sg*, -gni *dual*, -ni *pl (localis case)*

## Etymology

Old English *inne*

## Adverb

*in*

1. Located indoors, especially: at home or the office and available for conversation
    *Is Mr. Smith **in**?*
2. Moving to the interior of a defined space such as a building or room
    *Suddenly a strange man walked **in**.*
3. (*sports*) Still able to play, e.g. able to bat in cricket and baseball.
    *He went for the wild toss but wasn't able to stay **in**.*

## Translations

- Catalan: dins, a dins
- German: herein, hinein (2)
- Greek: μέσα (mésa)
- Hindi: भीतर (bhītar)

- Hungarian: bent (1), benn (1), be (2)
- Irish: isteach (2)
- Novial: inu
- Spanish: adentro

## Noun

*in*

1. A position of power or a way to get it.
    *His parents got him an **in** with the company*
2. (*in games*) The state of a batter/batsman who is currently batting

**Antonyms**

- out

---

# Dutch

## Pronunciation

/In/

## Preposition

in

1. expressing containment.
    *De geest **in** de fles*: the genie in the bottle

---

# German

## Preposition

in

1. (**in** + *dative*) contained by
2. (**in** + *dative*) pertaining to
3. (**in** + *accusative*) into

Note: The preposition "in" is used with accusative case if the verb shows movement from one place to another, whereas it is used with dative case if the verb shows location.

---

# Interlingua

## Preposition

in

1. in

# Italian

## Preposition

in

1. in
2. to
3. into
4. by

## Usage notes

*When followed by a definite article*, **in** *is combined with the article to give the following combined forms*:

| In + article | Combined form |
| --- | --- |
| in + il | nel |
| in + lo | nello |
| in + l' | nell' |
| in + i | nei |
| in + gli | negli |
| in + la | nella |
| in + le | nelle |

# Japanese

## Noun

**in** (*hiragana* いん)

1. 員: member
2. 因: cause
3. 韻: rhyme

# Latin

## Preposition

**in**

1. (*with ablative*) in, at, on
2. (*with accusative*) into

- *For examples of the use of this word see: citations.*

---

# Old English

## Etymology

Common Germanic *\*in*, whence also Old High German *in*, Old Norse *í*

## Preposition

**in**

1. in

---

# Old High German

## Etymology

Common Germanic *\*in*, whence also Old English *in*, Old Norse *í*

## Preposition

**in**

1. in

---

# Romanian

## Etymology

Latin *linum*

## Noun

in *m*

1. flax

---

## Slovenian

## Conjunction

**in**

1. and

---

## Swedish

## Preposition

**in**

1. into, the direction "from *out* to *in*"

### Antonym

- ut

### See also

- inne

---

## Volapük

## Preposition

**in**

1. in

Retrieved from "http://en.wiktionary.org/wiki/in"

Categories: Sports | nl:Prepositions | German prepositions | Japanese romaji | Japanese nouns | Old English prepositions | Old High German prepositions | Romanian nouns | English prepositions | Latin prepositions | 100 English basic words | English homophones

- This page was last modified 06:53, 25 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# item

## From Wiktionary

**Contents**

- 1 English
  - 1.1 Etymology
  - 1.2 Noun
    - 1.2.1 Synonyms
    - 1.2.2 Translations
  - 1.3 Anagrams
- 2 Latin
  - 2.1 Adverb

## English

## Etymology

The word started as Latin *item* for "also", "in the same manner", and got its present English meaning by people misunderstanding usage in lists where the first entry began "Imprimis" (Latin for "firstly"), and the other entries each started "Item" (Latin for "also"), in former times when most learned people in England knew Latin.

## Noun

**item** (*plural* **items**)

1. A distinct physical object.
   *Tweezers are great for manipulating small items.*
2. A line of text having a legal or semantic meaning.
   *In response to the first item, we deny all wrongdoing.*
3. A matter for discussion in an agenda.
   *The first item for discussion is the budget for next year's picnic.*
4. (*informal*) Two people who are having a relationship with each other.
   *Jack and Jill are an item.*
5. (*psychometrics*) A question on a test, which may include its answers.
   *The exam has 100 items, each of which includes a correct response and three distractors.*

## Synonyms

- (*object*): article, object, thing
- (*line of text having a legal or semantic meaning*):
- (*matter for discussion*): subject, topic
- (*two people who are having a relationship with each other*): couple
- (*psychometrics*): test/assessment question

## Translations

distinct physical object

- Dutch: exemplaar *n*, artikel *n*
- Italian: articolo *m*
- Portuguese: item *m*

- French: chose *m*

line of text·

matter for discussion in an agenda

- Dutch: agendapunt *n*                          - Portuguese: item *m*

informal
    two people who are having a relationship with each other

- Dutch: koppeltje *n*

test assessment question

## Anagrams

- emit
- mite
- time

---

## Latin

## Adverb

**item**

1.  Likewise, also.

Retrieved from "http://en.wiktionary.org/wiki/item"

Categories: English nouns | Psychometrics | Latin adverbs

- This page was last modified 10:31, 20 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# list

## From Wiktionary

## Contents

- 1 English
    - 1.1 Pronunciation
    - 1.2 Etymology 1
        - 1.2.1 Noun
    - 1.3 Etymology 2
        - 1.3.1 Noun
            - 1.3.1.1 Translations
        - 1.3.2 Verb
            - 1.3.2.1 Translations
    - 1.4 Etymology 3
        - 1.4.1 Noun
        - 1.4.2 Verb
- 2 Bosnian
    - 2.1 Noun
        - 2.1.1 Synonyms
- 3 Croatian
    - 3.1 Noun
- 4 Czech
    - 4.1 Noun
- 5 Dutch
    - 5.1 Pronunciation
    - 5.2 Noun
- 6 German
- 7 Icelandic
    - 7.1 Noun
    - 7.2 See also
- 8 Polish
    - 8.1 Pronunciation
    - 8.2 Noun
- 9 Serbian
    - 9.1 Noun
        - 9.1.1 Cyrillic spelling
        - 9.1.2 Synonyms
- 10 Slovak
    - 10.1 Noun

# English

## Pronunciation

- IPA: /lɪst/
- SAMPA: /lIst/
- Audio (US)[?, file]
  Rhymes: -ɪst

## Etymology 1

Old English *līste*. Cognate with Dutch *lijst*, German *Leiste*.

## Noun

**list** (*plural* **lists**)

1. A strip of fabric, especially from the edge of a piece of cloth.
2. Material used for cloth selvage.
   - **1893**: The charwomen are in the habit of taking off their boots at the commissionaire's office, and putting on **list** slippers. — Arthur Conan Doyle, 'The Naval Treaty' (Norton 2005, p.681)
3. (*in plural*) The palisades or barriers used to fence off a space for tilting or jousting tournaments.
   - **1819**: William de Wyvil, and Stephen de Martival, [...] armed at all points, rode up and down the **lists** to enforce and preserve good order among the spectators. — Walter Scott, *Ivanhoe*

## Etymology 2

From Old (and modern) French *liste* 'strip (of paper)', probably cognate with Etymology 1, from Germanic.

## Noun

**list** (*plural* **lists**)

1. A register or roll of paper consisting of an enumeration or compilation of a set of possible items.
2. (*computing*) A codified representation of a list, used to store data or in processing.
3. (*computer languages*) (LISP) a data structure made up of cons pairs the cdr of which contains either another **list** or nil.

### Translations

- German: Liste *f*
- French: liste
- Limburgish: lies
- Japanese: リスト (risuto)

- Norwegian: liste *mf*
- Slovak: zoznam *m*
- Slovene: seznam *m*
- Spanish: lista *f*
- Swahili: orodha *(noun 9/10)*
- Swedish: lista *c*

## Verb

**to list** (*third-person singular simple present* **lists**, *present participle* **listing**, *simple past* **listed**, *past participle* **listed**)

1. To create or recite a list.

### Translations

- Japanese: リストする (risuto suru)

- Norwegian: liste
- Swedish: hacer una lista, leer una lista
- Swahili: kuorodesha
- Swedish: lista

## Etymology 3

Origin unknown.

## Noun

**list** (*plural* **lists**)

1. (*Nautical*) a tilting or careening manoeuvre, which causes the ship to roll. Usually used to describe tilting not under a ship's own power.

## Verb

**to list** (*third-person singular simple present* **lists**, *present participle* **listing**, *simple past* **listed**, *past participle* **listed**)

1. (*Nautical*) to carry out such a manoeuvre

---

## Bosnian

### Noun

**list** *m sg* (*pl*: **listovi** or **lišće**)

1. leaf (*part of a plant*)
2. page (*in a book*)

  - *Note: The plural **lišće** applies only to **leaves** (parts of a plant) and is a collective noun.*

### Synonyms

- liska

---

## Croatian

### Noun

**list**

1. leaf

---

## Czech

### Noun

**list**

1. a leaf
2. letter; a written message

---

# Dutch

## Pronunciation

IPA: /lɪst/

## Noun

**list** *f*

1. a cunning plan

---

# German

See List

---

# Icelandic

## Noun

**list** *f*

1. art

## See also

- tónlist

---

# Polish

## Pronunciation

IPA: /list/

## Noun

**list** *m* (plural **listy**, *locative singular* **liście**)

1.   letter

---

## Serbian

## Noun

**list** *m sg* (*pl*: **listovi** or **lišće**)

1.   leaf (*part of a plant*)
2.   page (*in a book*)

   - *Note: The plural **lišće** applies only to **leaves** (parts of a plant) and is a collective noun.*

### Cyrillic spelling

   - лист

### Synonyms

   - liska

---

## Slovak

## Noun

**list**

1.   letter; a written message

Retrieved from "http://en.wiktionary.org/wiki/list"

Categories: English nouns | Computing | Computer languages | English verbs | Bosnian nouns | Croatian nouns | Czech nouns | Icelandic nouns | Polish nouns | Serbian nouns | 1000 English basic words

- This page was last modified 19:57, 22 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# movie

## From Wiktionary

> ## Contents
>
> - 1 English
>   - 1.1 Pronunciation
>   - 1.2 Etymology
>   - 1.3 Noun
>     - 1.3.1 Derived terms
>     - 1.3.2 Translations

# English

## Pronunciation

- IPA: /□muːvi/
- SAMPA: /'muːvi/
- Audio (US)[?, file]
    Rhymes: -uːvi

## Etymology

From moving picture.

## Noun

movie (*plural* movies)

1. A performance recorded on film, video tape, or videodisc and shown in front of an audience in a theatre.
2. A copy of such recording.
3. Another word for cinema.

## Derived terms

- B-movie

## Translations

- Breton: film *m*
- Bulgarian: филм (film) *m* (1, 2)
- Chinese: 电影 (diàn yǐng)
- Czech: film *m*
- Dutch: film *m*
- Finnish: elokuva
- French: film *m*
- German: Film *m*
- Greek: ταινία (tenía) *f* (meaning: film, abbreviation of cinematographic film), έργο (ér□o) *n* (meaning: work, abbreviation of cinematographic work), φιλμ
- Hebrew: סרט (seret) *m*
- Icelandic: bíómynd *f*, mynd *f*, kvikmynd *f*
- Italian: film *m*
- Korean: 영화 (yeong hwa)
- Polish: film *m*
- Slovak: film *m*
- Spanish: película *f*
- Telugu: చలన చిత్రం (chalana chitram)

(film) *n*

Retrieved from "http://en.wiktionary.org/wiki/movie"

- This page was last modified 18:19, 18 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# order

## From Wiktionary

**Contents**

- 1 English
    - 1.1 Etymology
    - 1.2 Pronunciation
    - 1.3 Noun
        - 1.3.1 Translations
            - 1.3.1.1 Translations to be checked
    - 1.4 Verb
        - 1.4.1 Translations
    - 1.5 Related terms
    - 1.6 Derived terms

## English

| Rank of this word in the English language, from analyzing texts from Project Gutenberg. | | | | | | | |
|---|---|---|---|---|---|---|---|
| white | means | thus | **#284: order** | near | public | others |

## Etymology

Latin *ordo*

## Pronunciation

- Audio (US)[?, file]
    - Rhymes: -□:(r)də(r)

## Noun

**order** (*plural* **orders**)

1. Arrangement, disposition.
2. Good arrangement; opposite to chaos.
3. A command.
4. A request for some product or service.
5. A religious group.
6. (*taxonomy*) In taxonomy, the classification below class and above family.
7. (*cricket*) The sequence in which a side's batsmen bat; the batting order.
8. (*electronics*) a power of polynomial function in an electronic circuit's block, such as a filter, an amplifier, etc.
    - a 3-stage cascade of a 2nd-order bandpass Butterworth filter.
9. (*chemistry*) a number of a chemical reaction
    - order of a reaction
10. (*graph theory*) a number of vertices in a graph

## Translations

**Arrangement, disposition**

- Dutch: volgorde
- Finnish: järjestys
- French: ordre *m*
- German: Ordnung *f*
- Indonesian: aturan
- Interlingua: ordine
- Italian: ordine *m*

- Japanese: 順序 (jyunjo)
- Polish: porządek *m*
- Portuguese: ordem *f*
- Russian: порядок
- Slovene: red *m*, ureditev *f*
- Spanish: orden *m*
- Swedish: ordning
- Telugu: అమరిక (amaríka)

**Good arrangement**

- Dutch: orde
- Finnish: järjestys
- French: ordre *m*
- German: Ordnung *f*
- Indonesian: aturan
- Interlingua: ordine
- Italian: ordine *m*

- Japanese: 秩序 (chitsujo)
- Polish: porządek *m*
- Portuguese: ordem *f*
- Slovene: red *m*, ureditev *f*
- Russian: порядок
- Spanish: orden *m* (1, 2)
- Telugu: క్రమ పద్ధతి (krama paddhati)

**A command**

- Dutch: order
- Finnish: käsky
- French: ordre *m*
- German: Order *f*, Befehl *m*
- Indonesian: perintah
- Interlingua: ordine
- Italian: ordine *m*, comando *m*

- Japanese: 命令 (meirei)
- Polish: rozkaz *m*
- Portuguese: ordem *f*
- Russian: приказ
- Slovene: ukaz *m*
- Spanish: orden *f*, mandato *m*
- Telugu: ఆదేశము (aadESamu)

**A request for some product or service**

- Dutch: bestelling
- Finnish: tilaus
- French: commande *f*
- German: Order *f*, Bestellung *f*
- Indonesian: pesanan
- Italian: ordinazione *m*

- Japanese: 注文 (chūmon)
- Polish: zamówienie *m*
- Russian: заказ
- Portuguese: encomenda *f*, pedido *m*
- Slovene: naročilo *n*
- Spanish: orden *f*, mandato *m*

**A religious group**

- Dutch: orde
- Finnish: veljeskunta, lahko
- French: ordre *m*
- German: Orden *m*
- Indonesian: ordo
- Interlingua: ordine
- Italian: Ordine *m*

- Polish: zakon *m*
- Portuguese: ordem *f*
- Slovene: red *m*
- Spanish: orden *f*, mandato *m*

**(*taxonomy*) classification**

- Finnish: lahko
- French: ordre *m*
- German: Ordnung *f*

- Japanese: 目 (moku)
- Portuguese: ordem *f*
- Slovene: red *m*

- Indonesian: ordo
- Interlingua: ordine
- Italian: ordine *m*

*(cricket)* **The sequence in which a side's batsmen bat**

- Japanese: 打順 (dajyun)                          - Telugu: వరుస (varusa)

*(electronics)* **a power of polynomial function in a circuit's block**

- Japanese: 次 (ji)

*(chemistry)* **a number of a chemical reaction**

- German: Ordnungszahl *f*
- Japanese: 次 (ji)

*(graph theory)* **a number of vertices in a graph**

- Japanese: 位数 (isū)

### Translations to be checked

*The translations below need to be checked and inserted into the appropriate tables above, removing any numbers.*
*Numbers do not necessarily match those in definitions. See instructions at Wiktionary:How to check translations.*

- Greek: ρυθμός (rythmos or rithmos, anc: rhythmos)     - Norwegian: rekkefølge *m* (*arrangement*)
                                                        - Urdu: منظم, تنظیم, ترتیب, حکم

## Verb

**to order** (*third-person singular simple present* **orders**, *present participle* **ordering**, *simple past* **ordered**, *past participle* **ordered**)

1. To set in (any) order (1).
2. To set in (a good) order (2).
3. To issue a command.
4. To request some product or service.

## Translations

**to set in (any) order**

- Arabic: يرتب
- Dutch: ordenen
- Finnish: järjestää
- German: ordnen

- Indonesian: mengatur
- Interlingua: ordinar
- Italian: ordinare
- Norwegian: ordne
- Portuguese: ordenar
- Spanish: ordenar, arreglar
- Telugu: అమర్చు (amarchu)
- Urdu منظم, تنظیم, ترتیب

**to set in (a good) order**

- Arabic: ترتّب
- Dutch: ordenen *m*
- Finnish: järjestää
- German: ordnen, anordnen

- Indonesian: mengatur
- Interlingua: ordinar
- Italian: ordinare
- Norwegian: ordne
- Portuguese: ordenar *m*
- Spanish: ordenar, arreglar
- Urdu: منظم, تنظیم, ترتیب

**to issue a command**

- Dutch: bevelen
- Finnish: käskeä
- French: commander *m*
- German: befehlen, anordnen

- Indonesian: memerintah
- Interlingua: ordinar
- Italian: ordinare
- Norwegian: beordre
- Old English: ġebannan
- Portuguese: ordenar *m*
- Slovene: ukazati
- Spanish: ordenar, mandar
- Telugu: ఆదేశించు (aadaeSiMchu)

- Urdu: حکم

**to request some product or service**

- Dutch: bestellen
- Finnish: tilata
- German: bestellen, ordern

- Indonesian: memesan
- Italian: ordinare
- Norwegian: bestille
- Portuguese: encomendar *m*, pedir *m*
- Slovene: naročiti
- Spanish: ordenar, pedir
- Urdu: منگانا, کہنا, طلب کرنا

## Related terms

- ordain
- orderly
- ordinal
- ordinary

## Derived terms

- Anton Piller order
- order of precedence
- partial order
- pecking order

Retrieved from "http://en.wiktionary.org/wiki/order"

Categories: English nouns | Taxonomy | Cricket | Electronics | Chemistry | Graph theory | Check translations | Translations to be checked (Greek) | Translations to be checked (Norwegian) | Translations to be checked (Urdu) | English verbs | Positive words | 1000 English basic words

- This page was last modified 19:42, 18 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# periodic

## From Wiktionary

---

**Contents**

- 1 English
    - 1.1 Etymology 1
    - 1.2 Pronunciation
        - 1.2.1 Adjective
            - 1.2.1.1 Derived terms
            - 1.2.1.2 Related terms
            - 1.2.1.3 Translations
                - 1.2.1.3.1 Translations to be checked
    - 1.3 Etymology 2
        - 1.3.1 Adjective
        - 1.3.2 Derived terms

---

## English

## Etymology 1

From Latin *periodicus* or French *périodique* // From Greek περίοδος which is περί- + οδός

## Pronunciation

- Rhymes: -□d□k

## Adjective

**periodic** (*not comparable*)

1. Relative to a period or periods.
2. Having repeated cycles.
3. Occurring at regular intervals.
4. Pertaining to the revolution of a celestial object in its orbit.
5. Periodical.

## Derived terms

- periodic classification
- periodic function
- periodic law
- periodic system
- periodic table

## Related terms

- period
- periodicity

## Translations

**relative to a period or periods**

- Japanese: 周期的 (shūki-teki)

**having repeated cycles**

- French: périodique *m and f*
- Italian: periodico *m*, periodica *f*
- Japanese: 周期的 (shūki-teki)

**occurring at regular intervals**

- Japanese: 周期的 (shūki-teki)

**pertaining to the revolution of a celestial object in its orbit**

- Japanese: 周期的 (shūki-teki)

**periodical**

- Japanese: 周期的 (shūki-teki)

**Translations to be checked**

*The translations below need to be checked and inserted into the appropriate tables above, removing any numbers. Numbers do not necessarily match those in definitions. See instructions at Wiktionary:How to check translations.*

- Spanish: periódico *m*, periódica *f*

## Etymology 2

From *per-* + *iodic*

## Adjective

**periodic**

1. Of or derived from a periodic acid.

## Derived terms

- periodate
- periodic acid

Retrieved from "http://en.wiktionary.org/wiki/periodic"

Categories: English adjectives | Check translations | Translations to be checked (Spanish) | Time

- This page was last modified 03:00, 2 October 2006.
- Content is available under GNU Free Documentation License.

periodic - Wiktionary

- Privacy policy
- About Wiktionary
- Disclaimers

# queue

## From Wiktionary

### Contents

- 1 English
    - 1.1 Etymology
    - 1.2 Pronunciation
        - 1.2.1 Homophones
    - 1.3 Noun
        - 1.3.1 Synonyms
        - 1.3.2 Translations
    - 1.4 Intransitive verb
    - 1.5 Transitive verb
        - 1.5.1 Synonyms
        - 1.5.2 Translations
    - 1.6 See also
- 2 French
    - 2.1 Etymology
    - 2.2 Pronunciation
    - 2.3 Noun
        - 2.3.1 Derived terms

## English

## Etymology

French *queue*, from Latin *cauda*

## Pronunciation

- IPA: /kjuː/

## Homophones

- cue

## Noun

**queue** (*plural* **queues**)

1. (*UK*) A line of people, vehicles or other objects, in which the person or object at the front end is dealt with first, the one behind is dealt with next, and so on, and which newcomers join at the opposite end.
2. (*UK*) A waiting list or other means of organising people or objects into a first-come-first-served order.
3. (*computing*) A data structure in which objects are removed from one end, called the head, and added to the other, called the tail, in an analogous manner to a queue in the sense above. This method of queueing being called first-in first-out is often abbreviated to FIFO.
4. (*computing*) A **queue** having the head and the tail at the same end; a LIFO queue, a stack.

## Synonyms

- (1): line (*US*)

## Translations

- Finnish: jono (1,2)
- French: file $f$ (1, 2)
- German: Warteschlange $f$ (1)
- Hebrew: תור $m$ (1, 2)
- Italian: fila $f$ (1)
- Portuguese: fila $f$ (1, 2, 3)
- Russian: очередь
- Spanish: coleta $f$ (1)
- Swedish: kö
- Danish: kø
- Dutch: (wacht)rij

## Intransitive verb

**to queue** (*present participle* **queuing** *or* **queueing**, *past tense and past participle* **queued**)

1. Of a person or vehicle, to put oneself or itself at the end of a **queue** (in sense 1).
2. Of people or vehicles, to arrange themselves into a queue (in sense 1).

## Transitive verb

**to queue something up**

1. (*computing or informal*) To enqueue, to add something to a queue.

### Synonyms

- (1): join a queue, join the queue
- (2): queue up

### Translations

- Italian: fare la fila (2)
- Swedish: köa

## See also

- dequeue
- double-ended queue
- FIFO
- first-in first-out
- queueing theory
- queue up
- queue-jump

---

# French

## Etymology

Latin *cauda*

## Pronunciation

- IPA: /kø/
- SAMPA: /k2/

## Noun

**queue** *f*

1. tail
2. queue, line
3. (*slang*) penis

## Derived terms

- à la queue leu leu

Retrieved from "http://en.wiktionary.org/wiki/queue"

Categories: English nouns | Computing | fr:Slang

- This page was last modified 20:27, 6 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# rental

## From Wiktionary

## English

## Noun

**rental** (*Plural:* **rentals**)

1. (*slang*)Short term for something that is rented.
   *It's just a rental, so I don't need to take very good care of it.*
2. The payment made to rent something.

Retrieved from "http://en.wiktionary.org/wiki/rental"

Category: Slang

- This page was last modified 22:08, 22 August 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# selection

## From Wiktionary

**Contents**

- 1 English
  - 1.1 Etymology
  - 1.2 Pronunciation
  - 1.3 Noun
    - 1.3.1 Related terms
    - 1.3.2 Translations

# English

## Etymology

From Latin selectus, from seligere "choose out, select," from se- "apart" + legere "to gather, select"

## Pronunciation

- Audio (US)[?, file]

## Noun

**selection** (*plural* **selections**)

1. The process or act of selecting.
   *The large number of good candidates made selection difficult.*
2. Something selected.
   *My final selection was a 1934 Chateau Lafitte.*
3. A variety of items taken from a larger collection.
   *I've brought a selection of fine cheeses to go with your wine.*
4. A musical piece.
   *For my next selection, I'll play* Happy Birthday *in F-sharp minor.*

## Related terms

- select
- natural selection
- sexual selection

## Translations

- German : Auswahl (1,2,3), Selektion (1)
- French : sélection
- Swedish : urval *n* (1,3), val *n* (2)
- Telugu: ఎంపిక (eMpika)

Retrieved from "http://en.wiktionary.org/wiki/selection"

Categories: English nouns | 1000 English basic words

- This page was last modified 23:47, 9 September 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# specified

**From Wiktionary**

## English

## Adjective

**specified**

1. Thoroughly explained; adequately commented.

## Verb

**specified**

1. Simple past and past participle of *to specify*.

Retrieved from "http://en.wiktionary.org/wiki/specified"

- This page was last modified 01:00, 13 October 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# specify

## From Wiktionary

**Contents**

- 1 English
  - 1.1 Verb
  - 1.2 Derived terms
    - 1.2.1 Translations

## English

### Verb

**to specify** (*third-person singular simple present* **specifies**, *present participle* **specifying**, *simple past* **specified**, *past participle* **specified**)

1. to state explicitly, or in detail, or as a condition
2. to include in a specification
3. to bring about a specific result

### Derived terms

- specifically
- specific

### Translations

- Finnish: määrittää, tarkentaa

Retrieved from "http://en.wiktionary.org/wiki/specify"

Category: English verbs

- This page was last modified 10:15, 23 August 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# update

## From Wiktionary

```
┌─────────────────────────────────┐
│ Contents                        │
│                                 │
│  ■ 1 English                    │
│      ■ 1.1 Pronunciation        │
│      ■ 1.2 Transitive verb      │
│          ■ 1.2.1 Translations   │
│      ■ 1.3 Noun                 │
│          ■ 1.3.1 Translations   │
└─────────────────────────────────┘
```

## English

## Pronunciation

- *(verb)*: ŭp'dāt, /□□pde□t/, /"Vpde I t/
- *(noun)*: ŭpdāt', /□p□de□t/, /Vp"de I t/

## Transitive verb

**to update** (*third-person singular simple present* **updates**, *present participle* **updating**, *simple past* **updated**, *past participle* **updated**)

1. To make (something) up to date.
   *I need to update my records to take account of the latest developments.*
2. To advise (a person) so that they are up to date.
   *Update me on what happened while I was away.*

## Translations

**make something up to date**

- Dutch: bijwerken, op punt stellen
- Finnish: päivittää, ajantasaistaa
- French: mettre à jour
- German: aktualisieren
- Italian: aggiornare
- Polish: zaktualizować
- Portuguese: atualizar
- Spanish: actualizar

**advise a person so that they are up to date**

- French: mettre à jour
- Italian: aggiornare

## Noun

**update** (*plural* **updates**)

1. An advisement providing more up-to-date information than currently known.
   *he gave me an **update** on the situation in New York*
2. A change in information, a modification of existing or known data.
   *I just made an **update** to the Wikipedia article on gorillas*
3. An additional piece of information. An addition to existing information.

*I just made an **update** to my blog about my trip to Rome*

4. A modification of something to a more recent, up-to-date version; (*in software*) a minor upgrade.
   *our database receives an **update** every morning at 3 AM*
   *I have a couple of **updates** to install on your laptop*

## Translations

**action of making something up to date**

- Dutch: bijwerking *f*
- Finnish: päivitys
- French: mise à jour *f*

- German: Aktualisierung *f*
- Italian: aggiornamento *m*
- Spanish: actualización *f*

**action of advising someone so that they are up to date**

- French: mise à jour *f*

- Italian: aggiornamento *m*

Retrieved from "http://en.wiktionary.org/wiki/update"

Categories: English heteronyms | English verbs | English nouns

- This page was last modified 22:55, 23 August 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers

# updating

**From Wiktionary**

## English

## Verb

**updating**

1. Present participle of update.

Retrieved from "http://en.wiktionary.org/wiki/updating"

Category: English present participles

- This page was last modified 12:07, 17 September 2006.
- Content is available under GNU Free Documentation License.
- Privacy policy
- About Wiktionary
- Disclaimers