# NETFLIX, INC. vs. BLOCKBUSTER INC.

## CASE NO. C 06 2361 WHA (JCS)

## BLOCKBUSTER INC.'S

# EXHIBIT A (Part 1 of 2)

### TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

Dockets.Justia.com

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# base, *v.*[2]

SECOND EDITION 1989

(beɪs)  in 6 **bace**. [f. BASE *n.*[1]]

**1.** *trans.* To make, lay, or form a foundation for.

> **1587** *Myrr. Mag., Brennus* xl, By bloudshed they doe founde, bace, builde, and prop their state. **1809** J. BARLOW *Columb.* IV. 514 Long toils..Must base the fabric of so vast a throne. **1878** G. MACDONALD *Phantastes* vi. 94 Great roots based the tree-columns.

**2.** To place *on* or *upon* a foundation or logical basis; to found, establish securely, secure. (So mod.F. *baser*.)

> **1841** MYERS *Cath. Th.* IV. §12. 247 The foundations on which any moral judgement..can be based. **1868** ROGERS *Pol. Econ.* iv. 46 These [bank-]notes were based on gold. **1878** HOPPS *Princ. Relig.* iii. 13 Upon this great truth of His eternal goodness and mercy we base all our hopes.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# computer

SECOND EDITION 1989

(kəm'pjuːtə(r))  Also **-or**. [f. COMPUTE *v*. + -ER[1].]

**1.** One who computes; a calculator, reckoner; *spec*. a person employed to make calculations in an observatory, in surveying, etc.

> **1646** SIR T. BROWNE *Pseud. Ep.* VI. vi. 289 The Calenders of these computers. **1704** SWIFT *T. Tub* vii, A very skilful computer. **1744** WALPOLE *Lett. H. Mann* 18 June, Told by some nice computors of national glory. **1855** BREWSTER *Newton* II. xviii. 162 To pay the expenses of a computer for reducing his observations.

**2. a.** A calculating-machine; esp. an automatic electronic device for performing mathematical or logical operations; freq. with defining word prefixed, as *analogue, digital, electronic computer* (see these words).

> **1897** *Engineering* 22 Jan. 104/2 This was..a computer made by Mr. W. Cox. He described it as of the nature of a circular slide rule. **1915** *Chambers's Jrnl.* July 478/1 By means of this computer the task is performed mechanically and almost instantaneously. **1941** *Nature* 14 June 753/2 The telescope drive is of an elaborate nature; the effects of changing refraction, of differential flexure and of errors in the gears are automatically allowed for by a system of 'computers'. **1944** *Times* 8 July 2/2 The Mark XIV consists of..a rectangular box called the computor, which might be described as the brains of the machine. **1946** *Jrnl. Appl. Physics* XVII. 262 (*heading*) A computer for solving linear simultaneous equations. **1946** [see ELECTRONIC *a*. 3]. **1947** [see DIGITAL *a*. 4]. **1957** *Technology* Mar. 9/1 The advent of the electronic digital computer, with its ability to make simple logical decisions, now permits a further step forward by supplementing the brain power required to supervise the control of manufacturing processes. **1957** *Ibid.* July 167/3 At present a computer can read, remember, do arithmetic, make elementary decisions and print its answers. **1958** *Listener* 18 Sept. 413/2 Much work was done..trying to 'programme' a computer to play chess. **1963** *Publishers' Weekly* 5 Aug. 80/1 Computers are being used to speed up the production of justified tape for the operation of typesetting machines. **1964** F. L. WESTWATER *Electronic Computers* i. 1 The popular idea of a computer as an electronic 'brain' is not entirely apt. Basically, a computer is merely a calculating machine,..with the difference that the speed of calculation has been enormously increased.

**b.** *attrib.* and *Comb.*

> **1957** *Economist* 30 Nov. 807/2 Computer-control methods that have already been applied to certain machine tool operations. **1957** I. ASIMOV *Earth is Room Enough* (1960) 11 The decisions on priority are computer-processed. I could in no way alter

those conditions arbitrarily. **1961** *Times* 21 July 3/1 Senior Computer Programmers. **1962** *Science Survey* XX. 322 Functional diagram of computer-controlled milling machine. **1964** *Discovery* Oct. 56/2 Such projects form a part of the developing field of computer-aided design. **1964** R. D. HOPPER in I. L. Horowitz *New Sociol.* 322 The possibilities of ..computer-based thinking. **1964** A. WYKES *Gambling* xi. 259 He must have a computer-like ability to remember all the cards. **1965** *Math. in Biol. & Med.* (*Med. Res. Council*) p. viii, For some time past commerce and industry have been making increasing use of computer-based automatic data processing systems. *Ibid.* 38 It may well be that the computer-assisted treatment will replace the radical operation of temporal lobectomy. *Ibid.* 166 The function of a computer-generated sine wave. **1966** *Performing Right* Oct. 10/1 A veteran computer operator. **1968** *Computers & Humanities* II. 145 The computer-generated concordance is probably the earliest-developed..and most useful application of electronic data processing to literary texts. **1969** BESSINGER & SMITH *Concordance to Beowulf* p. xxiii, We considered writing a computer program to 'translate' the text, word by word, into the hyphenated form. **1970** *Brit. Printer* Feb. 27/1 One of the unnerving things about computer-assisted typesetting is the pace at which developments take place. **1970** *Computers & Humanities* IV. 340 Umlauts..and upper case letters are coded for proper computer typesetting.

   **3.** Special Comb.: **computer-aided** *a.*, performed with the aid of a computer; *esp.* involving one as an integral part of an operation previously performed without one; **computer-literate** *a.*, educated or skilled in the use of computers; also **computer literacy**.

   **1962** J. C. R. LICKLIDER in J. E. Coulson *Programmed Learning* II. 217 (*heading*) Preliminary experiments in *computer-aided teaching. **1963** *AFIPS Conf. Proc.* XXIII. 305/1 A computer-aided design system for general use. **1967** COX & GROSE *Organiz. Bibliogr. Rec. by Computer* V. 114 An experimental vehicle..for on-line computer-aided editing and reformatting of MARC records to adapt the cataloging data for local library use. **1971** C. R. W. W. WRIGHT in B. de Ferranti *Living with Computer* 24 The initial reaction when computer-aided learning is discussed is to imagine vast systems using large and expensive computers. **1984** E. P. DEGARMO et al. *Materials & Processes in Manuf.* (ed. 6) i. 9 It is a natural for the efficient implementation of computer-aided design and computer-aided manufacturing (CAD/CAM) techniques.

   **1970** R. W. BRIGHTMAN *Computer & Junior College* 6 Course work designed to develop *computer literacy — a term describing the general understanding of computers and what they do — is highly recommended. **1985** *Personal Computer World* Feb. 40 (Advt.), You'll catch it on TV, the star of a series of computer literacy programmes.

   **1976** *Resources in Educ.* May 139/1 Benefits of using computers to improve instruction, to provide learner control, and to develop a *computer-literate society are discussed. **1985** *Listener* 28 Feb. 35/1 Without a clear, logical instruction manual, a computer is wholly useless to someone who is not already computer-literate.

ADDITIONS SERIES 1993

**computer**, *n.*

Add:  **[3.] computer virus** = *VIRUS *n.* 2 d.

> **1984** *Computer virus [see *VIRUS *n.* 2 d]. **1986** *Times* 12 Aug. 21/4 A computer virus attack might bring a major weapons system to a standstill,..or wipe out computer-stored intelligence. **1989** *Daily Tel.* 14 Oct. 1/1 A computer virus triggered by the date Friday 13th struck computers at Britain's leading charity for the blind.

---

ADDITIONS SERIES 1997

**computer**, *n.*

Add:  **[3.] computer crime**, (an instance of) crime involving illegal access to or manipulation of electronic data.

> **1972** *New Scientist* 2 Mar. 497/3 A growth business indeed, with the highest growth in the unspectacular areas: fraud, credit-card cheating, *computer crimes. **1990** *Sun* (Baltimore) 7 Mar. c3/4 That seat-of-the-pants approach to cracking computer crime isn't taught in the police academy.

**computer dating**, the use of a computer to match potential partners, according to prespecified criteria of compatibility, desirability, etc.; matchmaking by computer.

> **1966** *Look* 22 Feb. 35/1 With all the joys and ploys of *computer dating, social life at sexually segregated schools in the Ivy League remains plenty anxiety-laden. **1968** *Economist* 3 Feb. 18/1 The present fad for computer-dating—matching people with people. **1990** P. WESTCOTT *Finding Someone to Love* vii. 86 There are other computer dating agencies, but, there's little doubt that Dateline is the biggest and most successful.

**computer-friendly** *adj.*,  (*a*) suitable for use with computers, compatible with computers;  (*b*) (of a person) well-disposed towards computers; computer-literate: cf. *-FRIENDLY, *FRIENDLY *a.* 5 c.

> **1982** *Christian Science Monitor* 30 Apr. B16/2 The challenge of making the microcomputer revolution '*computer friendly'..was also a primary concern. **1983** *U.S. Banker* July 36 The new computer-friendly VISA Electron card 'speaks' three computer languages. **1983** *National Jrnl.* (U.S.) 24 Sept. 4/4 We did not become more computer-friendly. They [*sc.* computers] became more people-friendly. **1989** *Guardian* 10 Aug. 19/4 Headmasters become factory managers, chosen because they are accountants or computer-friendly. **1991** *Southwest Sampler* (U.S.) Summer II. 27/1 Siggins even offers computer-friendly desks with built-in keyboard trays.

**computer game**, a game played on a computer, *esp.* one involving graphics and operating in real time; also, a software package for such a game.

**1965** *Times Educ. Suppl.* 14 May 1480/1 We have found that it is very instructive to use what we call *the computer game* in this respect. **1966** *Jrnl. Canad. Operational Res. Soc.* 115 *Game, computer*, a simulation of a competitive situation carried out completely on a computer in which the only human intervention is by the players themselves issuing orders. **1972** A. M. PARKS *Computerized Games & Simulations for Speech Communication* 3 As far as could be determined, there have been no computer games designed specifically for the speech communication classes. **1988** D. LODGE *Nice Work* III. ii. 120 Sandra and Gary squabbled over the TV, Sandra wanting to watch the *Eastenders* omnibus and Gary wanting to play a computer game. **1993** *Wired* (Premiere issue) I. 66 Zero's life revolves around computer games. He only ventures out of his six-mat in Kawagoe to acquire new gameboards.

**computer graphic,** (a) *pl.*, the use of a computer linked to a VDU to generate and manipulate visual images; (b) a visual image produced or modified by means of a computer; usu. in *pl.*

**1965** *Proc. AFIPS Conf.* XXVII. 883/2 Only with the most recent advances in computer speed and scope performance has a real-time on-line *computer graphics system become practicable. **1986** *Master Photographer* Oct. 42/3 More and more labs are also becoming involved in computer graphics—enabling highly complex graphic presentations to be quickly converted to a photographic form without the need for expensive and time consuming artwork. **1991** H. RHEINGOLD *Virtual Reality* II. v. 119 By this method, the computer graphics were converted to video format. **1992** *Industry Week* 7 Dec. 62/4 The inventor is in front of a computer graphic which gains depth through the technique. **1993** *N.Y. Times* 24 Oct. v. 15/1 Inside the visitor center, the interactive exhibits use computer graphics, touch screens and speakers to offer information.

**computer science,** the branch of knowledge that deals with the construction, operation, programming, and applications of computers.

**1961** *IRE Trans. Electronic Computers* X. 759 The author describes his discussions with several important Soviet personalities in the *computer sciences. **1964** *New Scientist* 30 Apr. 327/3 (Advt.), Successful completion of the course leads to a Diploma in Computer Science. **1982** S. BELLOW *Dean's December* iii. 32 For a while he had taken special courses in computer science. **1991** MORNINGSTAR & FARMER in M. Benedikt *Cyberspace* (1993) 298 Cyberspace architects will benefit from study of the principles of sociology and economics as much as from the principles of computer science.

**computer scientist,** a specialist in computer science.

**1968** *Brit. Jrnl. Psychiatry* CXIV. 1497/1 Psychiatry may perhaps be able to learn something from the *computer-scientists; but it is just as likely that the computer-scientists will be able to learn from the psychiatrists. **1992** *Personal Computer World* Jan. 366/1 Neural networks are now an established and important part of the computer scientist's toolkit.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# criterion

SECOND EDITION 1989

(kraɪˈtɪərɪən) Pl. **criteria**; less commonly **-ons**. [a. Gr. κριτήριον a means for judging, test, standard, f. κριτής judge. In 17th c. often written in Gr. letters.]

**†a.** An organ, faculty or instrument of judging.

> **1647** H. MORE *Poems* Pref., Wits that have..so crusted and made hard their inward κριτήριον by over-much and trivial wearing it. **1678** CUDWORTH *Intell. Syst.* 23 According to Empedocles, the Criterion of Truth is not Sense but Right Reason.

**b.** A test, principle, rule, canon, or standard, by which anything is judged or estimated.

> **1622** BP. HALL *Serm.* 15 Sept. Wks. (1627) 490 All the false κριτήρια that vse to beguile the iudgment of man. **1661** FULLER *Worthies* I. 129 The moving hereof [a statue] was made the Criterion of womens chastity. **1768** BLACKSTONE *Comm.* III. 330 Some mode of probation or trial, which the law of the country has ordained for a criterion of truth and falshood. **1788** A. HUGHES *Henry & Isab.* I. 17 Regular uniformity and the straight line were the criterions of taste and beauty. **1795** *Fate of Sedley* I. 168 Lord Stokerland [is] the criterion of gallantry and politeness. **1856** FROUDE *Hist. Eng.* (1858) I. i. 18 We have no criterion by which, in these matters, degrees of good and evil admit of being measured.

**†c.** A distinguishing mark or characteristic attaching to a thing, by which it can be judged or estimated. *Obs.*

> **1613** JACKSON *Creed* I. v. Wks. I. 37 This sincerity in teaching..is the true κριτήριον or touchstone, the livery or cognizance of a man speaking by the Spirit of God. **1678** GALE *Crt. Gentiles* III. 138 Take these Criteria or distinctive notes of Durandisme.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# desire, *v.*

SECOND EDITION 1989

(dɪˈzaɪə(r)) Also 3-7 **desyre**, 4 **desirre**, 4-5 **disire**, **-yre**, 4-6 **desir**, 5 **dissire**, **-yre**, **desier**, **desyr**, **disere**, 5-6 **dessire**, **-yre**, **dyssire**, **-yre**, 6 **dissier**. [ME. a. OF. *desire-r* (earlier *desidrer*, *desirrer*) = Pr. *desirar*, It. *desiare*, *disirare*, Rom. type *desirare*:—L. *dēsīderāre* to miss, long for, desire: see DESIDERATE *v.*]

**1.** *trans.* To have a strong wish for; to long for, covet, crave.    **a.** with *simple obj.*

> **c1230** *Hali Meid.* 11 Ant þenne wile..þe king of alle kinges desire þe to leofmon. **1340** *Ayenb.* 244 þer is..al þet herte may wylnj, and of guod desiri. **a1400-50** *Alexander* 922 To þe kyng he kest slik a hate, þat he desiris his deth. **1538** STARKEY *England* I. i. 21 Of al thyng best and most to be desyryd. **1607-12** BACON *Ess., Empire* (Arb.) 294 It is a miserable state of minde to have few thinges to desier, and manie thinges to feare. **1670** MILTON *Hist. Eng.* IV. Wks. (1851) 169 Offa..a comely Person.. much desir'd of the people; and such his virtue..as might have otherwise been worthy to have reigned. **1832** TENNYSON *'Of old sat Freedom on the heights'*, Her open eyes desire the truth. **1871** R. ELLIS *Catullus* lxii. 50 Many a wistful boy and maidens many desire it. **1875** JOWETT *Plato* (ed. 2) I. 201 Do not all men desire happiness?

**b.** with *inf.*: To wish, long (*to be, have, do*).

> **a1300** *Cursor M.* 10486 (Cott.) Suilk a worthi sun..Als sco desird for to haf. **c1400** MANDEVILLE (Roxb.) xiv. 62 Desirand to see þare wifes and þare childer. **c1425** *Hampole's Psalter* Metr. Pref. 29 Who so desires it to know. **1509** HAWES *Past. Pleas.* XVIII. vi, To speke wyth her gretly desyrynge. **1602** SHAKES. *Ham.* IV. v. 140 If you desire to know the certaintie. **1697** DRYDEN *Æneid* II. init., Since..Troy's disast'rous end [you] desire to know. **1875** JOWETT *Plato* (ed. 2) IV. 30 They do not desire to bring down their theory to the level of their practice.

**c.** with *obj. clause.*

> **c1340** *Cursor M.* 1801 (Trin.) þenne desired þo caitifs badde þat þei had ben by noe ladde. **c1600** SHAKES. *Sonn.* lxi. 3 Dost thou desire my slumbers should be broken? **1784** COWPER *Tiroc.* 811 To you..Who wise yourselves, desire your sons should learn Your wisdom. **1850** TENNYSON *In Mem.* LI. 1 Do we indeed desire the dead Should still be near us? **1859** —— *Lancelot & Elaine* 1089 You desire your child to live.

**2.** *intr.* (or *absol.*) To have or feel a desire.

> **1393** GOWER *Conf.* II. 5 For she, which loveth him to-fore, Desireth ever more and more. **1611** BIBLE *Prov.* xiii. 4 The soule of the sluggard desireth, and hath nothing. **1620** SHELTON *Quix.* III. v, He that will not when he may, when he desireth shall have

nay. *a*1831 A. KNOX *Rem.* I. 37 In moral matters, to desire, and possess, differ in degree, rather than reality. **1875** JOWETT *Plato* (ed. 2) I. 68 He who desires, desires that of which he is in want.

**†b.** Const. *after, to,* etc. *Obs.*

*a*1300 *Holy Rode* 347 in *Leg. Rood* 46 þo desirede þe quene muche after þe nailes þre War-wiþ our lord was Inailed to þe tre. *a*1325 *Prose Psalter* xli[i]. 1 As þe hert de-siret to þe welles of waters, so de-sired my soule to þe, Lord. **1477** NORTON *Ord. Alch.* Proem in Ashm. (1652) 6 Every estate desireth after good. **1549-62** STERNHOLD & H. *Ps.* cxliii. 6 My soule desireth after thee.

**†3.** *trans.* Of things: To require, need, demand.

**1577** B. GOOGE *Heresbach's Husb.* I. (1586) 29 It desyreth a moyst ground, riche and good. **1587** GOLDING *De Mornay* xxvi. 397 True beautie desireth no painting. **1591** SPENSER *Tears of Muses* 541 A doleful case desires a dolefull song. **1607** TOPSELL *Four-f. Beasts* 292 There be many kindes of Mise, and every one of them desireth a particular tractate.

**4.** To long for (something lost); to feel the loss of, miss, regret, desiderate. (In quot. 1614, *pass.*, to be missed, to be wanting.) *Obs.* or *arch.*

**1557** NORTH tr. *Gueuara's Diall Pr.* 232 b/2 On the death of thy child Verissimus, thy sonne so much desired. **1611** BIBLE *2 Chron.* xxi. 20 He reigned in Ierusalem eight yeeres, and departed without being desired. **1614** SELDEN *Titles Hon.* 142 Otherwise..Pharaohs discretion would have been much desired. **1658** ROWLAND *Moufet's Theat. Ins.* Ep. Ded., That the Reader..may not desire an Epistle, or complain that there is one wanting. **1869** TENNYSON *Holy Grail* 897 And now his chair desires him here in vain.

**5.** To express a wish for (an object); to ask for, request.
Const. **a.** with *simple obj.*: to d. a thing; **b.** to d. a thing *of, from* (†*at*) a person (*arch.*); **c.** with *inf. obj.*; to d. *to know, have,* etc., something; **d.** with *obj. clause,* to d. *that...*

**a.** *c*1314 *Guy Warw.* (A.) 399 Erls, doukes of þe best..Me [Felice] haue desired apliʒt, þat neuer of me hadde siʒt. *c*1350 *Will. Palerne* 4583, I desired þis damisele..To haue hire to þi broþer..Ac hire moder in no maner hire nold me graunte. *c*1450 *Merlin* 27 When thei wiste that Vortiger disered the pees, they were gladde. **1656** *Burton's Diary* (1828) I. 39, I move that his Highness's advice may be desired in it. **1754** CHATHAM *Lett. Nephew* iv. 21 If you are forced to desire farther information.. do it with proper apologies. **1841** LANE *Arab. Nts.* I. 97, I had spared thee, but thou desiredst my death.

**b.** *c*1400 *Destr. Troy* 7897 þai..sent to þat souerain..dessirond full depely delyuerans of hir. **1535** COVERDALE *1 Kings* ii. 16 Now desyre I one peticion of the. —— *Job* xxxi. 16 When the poore desyred eny thinge at me, haue I denyed it them? **1651** SIR E. NICHOLAS in *N. Papers* (Camden) 282 What you desire from mee. **1666** PEPYS *Diary* 5 Dec., I gave him my song..which he has often desired of me.

**c. c1400** *Destr. Troy* 1022 To these kynges he come..And to haue of hor helpe hertely dissyred. **1450** W. SOMNER in *Four C. Eng. Lett.* 4 The maister desyryd to wete yf the shepmen wolde holde with the duke. **1563** ABP. PARKER *Corr.* (Parker Soc.) 191, I..thereupon desired to have the Council's letters. **1785** *Mod. Times* I. 16 He desired never to hear any thing of me. **1828** SCOTT *F.M. Perth* xxxiii, He alighted at the Dominican Convent, and desired to see the Duke of Albany. **1887** BOWEN *Virg. Æneid* III. 358 Speech I crave of the seer, and desire his counsel to learn.

**d. 1404** *Rolls of Parlt.* III. 549/1 The Comunes desiren that the Kyng shulde leve upon his owne. **1656** *Burton's Diary* (1828) I. 80, I desire it may not die. **1689** *Tryal Bps.* 19 We desire it may be read in English for we don't understand Law-Latin. **1738** SWIFT *Pol. Conversat.* 98 Run to my Lady M——; and desire she will remember to be here at Six. **1823** SOUTHEY *Hist. Penins. War* I. 176 He desired Velarde would write to the court.

**6.** To express a wish to (a person); to request, pray, entreat.    †**a.** with *simple object*: to make a request to (*obs.*);    †**b.** to d. a person a thing, or *of* a thing (*obs.*);    **c.** to d. a person *to do* something (the most freq. construction);    **d.** to d. a person *that*, or *of* a person *that*...

† **a. 1526-34** TINDALE *John* xii. 21 Certayne Grekes..cam to Philip..and desired him, sayinge: Syr we wolde fayne se Iesus. **1563-87** FOXE *A. & M.* (1596) 32/2 John spake unto him, and desired him in like maner and contestation as before.

† **b. a1555** HOOPER in Coverdale *Lett. Mart.* (1564) 127 Repente, and desyre god of forgeuenes. **1583** GOLDING *Calvin on Deut.* xviii. 105 If a Childe..desire his Father some fond or euill thing. **1596** SHAKES. *Merch. V.* IV. i. 402, I humbly doe desire your Grace of pardon.

**c. a1533** LD. BERNERS *Huon* lxi. 212, I desyre you to shew me where ye have ben. **c1563** CAVENDISH *Metr. Vis.* in *Life Wolsey* (1825) II. 124 Desyryng me vouchesalve for to consent To wright their myshappe. **1681** TEMPLE *Mem.* III. Wks. 1731 I. 342 The Duke of Monmouth being Chancellor, I desir'd the King to speak to him. **1710** SWIFT *Lett.* 10 Oct. (1767) III. 21 He desires me to dine with him again on Sunday. **1747** *Col. Rec. Pennsylv.* V. 138 Thomas McGee..who was desir'd to do it. **1786** S. HASWELL *Victoria* II. 97 Lady Wealthy..desired her to..desire the steward give her twelve guineas. **1833** MARRYAT *P. Simple* ix, He desired us to 'toe a line,' which means to stand in a row.

**d. 1523** LD. BERNERS *Froiss.* I. cviii. 130, I desyre you that we may abyde in composicyon. **1539** CRANMER *Matt.* xvi. 1 The Pharises also with the Saduces..desyred him that he wolde shewe them a sygne from heuen. **1585** T. WASHINGTON tr. *Nicholay's Voy.* I. xxi. 27 The Bascha sent to desire the Ambassador that the next day he would come to his solemne dynner. **1611** BIBLE *Dan.* ii. 16 Then Daniel went in and desired of the King, that hee would giue him time. **1822** SHELLEY *Chas. I*, II. 456 Go desire Lady Jane She place my lute.

†**7.** To request to know or to be told; to ask.

**c1477** CAXTON *Jason* 95b, Iason..desired the waye. **1708** HEARNE *Collect.* (Oxf. Hist. Soc.) II. 107 Mr. Watts came to me..and desir'd of me whether I were a Congregation Man.

**†8.** To request the presence or attendance of; to invite. *Obs.*

**c1325** *Coer de L.* 6871 Saye, that I hym desyre, And al his cursed cumpany in fere. **1530** PALSGR. 513/2, I desyre to dynner, or to a feest, or any repast, *je semons.* **1554** BRADFORD in Strype *Eccl. Mem.* III. App. xxxi. 85, I was desyred by a neighbour..ayenst this day to dyner. **1583** *Satir. Poem Reform.* xlv. *Leg. Bp. St. Androis* 259 This bischop, beand present thair, Desyrit him hame. **1606** SHAKES. *Tr. & Cr.* IV. v. 150, I would desire My famous Cousin to our Grecian Tents. **1606** G. W[OODCOCKE] tr. *Hist. Ivstine* 88b, Arsinoe..desired Phillip into her Citty Cassandria.

**†b.** To invite a course of action, etc.

**c1314** *Guy Warw.* (A.) 634, þow dost me litel worþschipe, When þou me desirest to schenschipe. **1523** LD. BERNERS *Froiss.* I. cxv. 136 Ye haue desyred vs to a thynge that is great and weyghtie. **1588** SHAKES. *L.L.L.* V. ii. 145 But shall we dance, if they desire vs too't? **1645** CROMWELL *Lett.* 4 Aug., I sent one Mr. Lee to them, To certify the peaceableness of my intentions, and to desire them to peaceableness.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# desired, *ppl. a.*

SECOND EDITION 1989

(dɪˈzaɪəd) [f. prec. + -ED[1].]

**1.** Wished for, longed for, etc.: see the vb.

> **1382** WYCLIF *Haggai* ii. 8 The desirid to alle folkis shal cume. *a***1440** *Found. St. Bartholomew's* 43 To ȝeue the ȝeifte of desirid helth. **1611** SHAKES. *Cymb.* III. v. 62 To her desir'd Posthumus. **1611** BIBLE *Ps.* cvii. 30 So he bringeth them vnto their desired hauen. **1655** EARL OF ORRERY *Parthen.* (1676) 21 At last, the long desired day appear'd. **1855** MACAULAY *Hist. Eng.* IV. 266 The long desired title of Elector of Hanover.

**†2.** Missed, regretted, desiderated. *Obs.*

> *a***1533** LD. BERNERS *Gold. Bk. M. Aurel.* (1546) Ddja, Of the death of suche an entierly desyred husbande.

**†3.** Affected with desire; longing, desirous. [= L. *cupidus.*] *Obs.*

> *a***1300** *Cursor M.* 28505 (Cott.) Gerndand i haf oft ben desird o þire wymmen scen. *c***1489** CAXTON *Blanchardyn* xlii. 158 She..was sore desired to know of hym som gode tydynges. **1598** YONG *Diana* 318 If thy sweete voice..might sound in our desired eares with some happie song.

Hence **deˈsiredly** *adv.*, in a desired manner; †according to one's own desire, *con amore* (obs.; cf. DESIROUSLY); **deˈsiredness**, the condition of being desired.

> **1625** BP. R. MONTAGU *App. Cæsar* 65 He being *Pater misericordiarum*, and wholly, freely, and desiredly, giving, occasioning, procuring, effecting our salvation. **1666** G. ALSOP *Maryland* (1869) 46 Every man lives quietly, and follows his labor and imployment desiredly. *a***1866** J. GROTE *Exam. Util. Philos.* (1870) xix. 327 There being rather want in the sense of *absence* of what should be than want in the sense of desiredness. **1888** P. H. WICKSTEED *Alphabet Econ. Sc.* 8, I am not aware of any recognised word, however, which signifies the quality of being desired. 'Desirableness' conveys the idea that the thing not only is but deserves to be desired. 'Desiredness' is not English, but I shall nevertheless use it as occasion may require. **1889** *Sat. Rev.* 16 Feb. 198/1 His introduction into the English language of 'desiredness'. **1920** A. C. PIGOU *Econ. of Welfare* V. x. 771 The marginal desiredness which money has for them.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# electronic, *a.*

SECOND EDITION 1989

(iːlɛk-, ɛlɛkˈtrɒnɪk) [f. ELECTRON[2] + -IC.]

**1.** Of or pertaining to an electron or electrons.

> **1902** J. A. FLEMING (*title*) The electronic theory of electricity. **1905** A. M. CLERKE *Mod. Cosmogonies* x. 175 An electronic theory of gravitation. **1906** J. B. BURKE *Orig. Life* xi. 191 Three states of electronic aggregation. **1922** J. MILLS *Within the Atom* xi. 147 Whenever electronic impacts give rise to radiation, the energy associated therewith is always proportional to the frequency. *Ibid.* xii. 159 Only in a highly evacuated tube would there be the possibility of large electronic orbits. **1923** *Times Lit. Suppl.* 15 Nov. 763/2 The earth's atmospheric circulation is..dependent upon the sun's electronic emissions. **1927** N. V. SIDGWICK (*title*) The electronic theory of valency. **1928** *Phil. Mag.* VI. 1254 (*title*) Electronic waves and the electron. **1937** *Discovery* July 226/2 Ideas concerning electronic energy and electron levels in atoms *in vacuo.* **1955** C. G. DARWIN in W. Pauli *Niels Bohr* 4 He [*sc.* Planck]..derived the electronic charge as 4·69 × 10$^{-10}$ e.s.u.

**2.** Of or pertaining to electronics; esp. of something operated by the methods, principles, etc., of electronics. *Spec.* of music: produced electronically, without pipes, strings, etc. Also applied to devices producing such music.

> **1930** *Electronics* Dec. 435 Electronic Musical Instruments..Examples of such instruments are the electronic organ of M. Coupleaux of Paris. **1931** *Ibid.* July 18/1 All recent developments in electronic music in Europe have used the same principle..that of the beat note produced by the interference of two tube-oscillators. **1939** *Nature* 25 June 1119/2 Electronic organs are making us acquainted with the synthesis of musical sounds. **1951** *Times* 23 Oct. 6/3 The electronic camera claims many advantages over its optical counterpart. **1952** KOESTLER *Arrow in Blue* xxix. 271 The final conclusion was suddenly present in my mind—like the result which appears on the dial of electronic calculators. **1953** *Sci. News* XXX. 70 The problem of electronic computing is basically simple, for the fundamental requirement is electrical manipulation of information. **1959** *Observer* 23 Aug. 7/3 Electronic music..makes use of electrically generated sounds recorded on tape and then rearranged into patterns. **1962** *Gloss. Terms Autom. Data Processing* (*B.S.I.*) 7 Electronic data processing (e.d.p.) is a term widely used in the U.S.A. for data processing largely performed by electronic means. **1962** M. MCLUHAN *Gutenberg Galaxy* 275 As we experience the new electronic and organic age with ever stronger indications of its main outlines, the preceding mechanical age becomes quite intelligible.

**3.** Special Combs. as **electronic brain** *colloq.*, = *electronic computer* (see also quot. 1945); **electronic computer**, a computer operated electronically; **electronic flash**, a

flash produced by an electrical discharge through a gas-filled tube and used for high-speed photography; **electronic heating**, dielectric heating (cf. DIELECTRIC B. 1); **electronic mail**, the sending of non-spoken information between individuals over a telecommunication network to a selected location or locations where it is stored for subsequent retrieval, *spec.* in a computer; information sent in this way; so **electronic mailbox**, an individual facility for receiving and storing such information for retrieval by a recipient; **electronic typewriter**, an electric typewriter in which solid-state circuitry is used to provide additional facilities such as storing typed characters.

**1945** *Aero Products* Jan. 22 An 'electronic brain', which helps pilots test-fly new airplanes, has been invented by flight research engineers of Consolidated Vultee Aircraft Corporation. Technically, the device is known as a 'flight recorder'. **1946** *Aircraft Yearbk.* 165 Electronic 'brains' will guide the counter-missile with precision. **1958** *Listener* 11 Dec. 983/1 Automatic digital calculators, sometimes called 'electronic brains', are just over a decade old.

**1946** *Electronics* Aug. 110/1 The servomechanism is part of the computer, and..computers of this type have become known as electronic computers. **1962** *Mod. Lang. Rev.* LVII. 162 An electronic computer [has] been used to index the *Summa Theologiae* of St. Thomas Aquinas.

**1947** *Americana Ann.* 561 The Electronic Flash Gun, made by the Abrams Instrument Corporation. **1949** *British Birds* XLII. 240 The photographs shown..were taken by high-speed electronic flash. **1962** *Listener* 22 Feb. 337/2 The invention of the electronic flash camera has permitted photographs to be taken at much higher speeds than ever before. **1968** *Gloss. Terms Offset Lithogr. Printing (B.S.I.)* 12 *Electronic flash lamp*, a discharge lamp giving a high light output for a very brief period.

**1946** *Sci. News Let.* 26 Jan. 53 The drying and curing of rubber by electronic heating is six times faster than conventional processes. **1959** *Gloss. Packaging Terms (B.S.I.)* 82 *Electronic heating*, heating produced by dielectric loss.

**1977** *Science* 18 Mar. 1161/1 An electronic mail system is becoming practical today, because of the wide availability..of electronic communication channels. *Ibid.*, Electronic mail can be originated by conventional means (typewriter, handwriting, printing). **1982** A. J. MEADOWS et al. *Dict. New Information Technol.* 63/1 A combination of facsimile transmission and telex or teletex makes possible electronic mail systems able to handle both text and graphics. **1982** *Sci. Amer.* Sept. 126/3 Many of the users of terminals and small computers can communicate with one another and with their home offices through one of the half-dozen 'electronic mail' networks now in existence in the U.S. **1984** *Daily Tel.* 3 Dec. 3/3 A major security alert involving the hacking of electronic mail.

**1981** *Computerworld* 28 Dec. ETC/EM features electronic mailboxes, automatic message routing and broadcasting, correspondence archiving, [etc.]. **1983** *Observer* 9 Oct. 12/2 (Advt.), Services such as British Telecom..allow computer terminals to dial up over the telephone network to consult personal electronic mailboxes. **1984** *New*

*Scientist* 4 Oct. 4/3 A value added network..includes services not normally available from the telephone system—services such as code conversion, electronic mailboxes and speed matching.

**1975** *Economist* 20 Sept. 79/2 Rank-Xerox launched a new *electronic typewriter, said to handle 350 words a minute. **1978** *Business Week* 13 Feb. 80/1 Its new line of electronic typewriters will bridge the gap between standard electric typewriters and low-priced word processors. **1984** *Austral. Personal Computer* May 171/1 An electronic typewriter..is capable of simple formatting, storing small amounts of often-typed text.., and will normally have a 'type-ahead' buffer.

ADDITIONS SERIES 1993

**electronic,** *a.*

Add:   **[3.] electronic publishing,** the publishing of text, graphics, and related data in machine-readable form, usu. accompanied by software that enables the user to obtain access to information in ways impossible through the printed medium.

**1977** *U.S. News & World Rep.* 5 Sept. 56/2 The genesis of *electronic publishing at *U.S. News & World Report* dates back five years. **1985** P. LAURIE *Databases* vi. 122 Most of this money goes on paper, printing and physical distribution, and is, of course, saved in electronic publishing.

DRAFT ADDITIONS JUNE 2006

**electronic,** *a.*

▸ **electronic banking,** banking transactions carried out electronically (in later use esp. via the Internet), without involving the physical depositing or receipt of cash or cheques; maintenance of a bank account by means of computer and telecommunications equipment and software.

**1967** *Forbes* 1 Apr. 43/3 With *electronic banking, it will become far more difficult for small, suburban banks to compete with big city banks. **1975** *Business Week* 10 Mar. 26/2 At issue is..whether an electronic banking terminal legally counts as a bank. **1989** *Which?* Sept. 421/1 Despite the increase in electronic banking, you still think the personal touch is important. **2001** *Toronto Star* (Electronic ed.) 17 Jan., Despite the convenience of electronic banking, many Canadians still value having access to branches when they need it.

▸ **electronic cash** = *electronic money.*

[**1967** A. H. ANDERSON et al. (*title*) An electronic cash and credit system.] **1982**

*Business Information Technol.* Apr. 16 \*Electronic cash—or, more properly, 'electronic funds transfer'—will affect every business in the country. **1999** *Newsday* (Electronic ed.) 20 Sept., It will..take time..for electronic cash to catch on. Even then, paper money and coins will likely always be an option.

► **electronic money**, money represented, held, and exchanged in electronic form.

**1967** *Forbes* 1 Apr. 42 (*title*) \*Electronic money. **1971** *Econ. Jrnl.* **81** 728 Electronic money, involving instantaneous deposit accounting and debt settlement, is the next logical step in the long evolution of payment media. **1993** *Locus* June 13/2 We are defending our privacy with cryptography, with anonymous mail forwarding systems, with digital signatures, and with electronic money. **2000** *Toronto Star* (Electronic ed.) 17 June, Electronic money will also change the role of banks and allow other non-bank competitors to introduce electronic money to settle many different kinds of transactions.

► **electronic notebook**, an electronic device likened to or having the functions of a notebook; *spec.* a portable computer, *esp.* one suitable for storing and manipulating memos and other small files (cf. *electronic organizer*); (now) *esp.* such a computer operated by means of a pen-like stylus in conjunction with handwriting-recognition software.

**1970** I. POLUNIN in *Current Anthropol.* **11** 21/3 A final word about pocket-sized tape recorders. Besides their obvious uses as '\*electronic notebooks' in the field, they can provide background data for photographs and films. **1982** *Financial Times* (Nexis) 21 Oct. 11 Rapid advances in computer technology are opening up a new market in portable terminals—electronic notebooks—currently growing at 30 per cent a year in the US. **1994** K. PERRY *Business & European Community* vii. 140 A microprocessor chip..lies at the heart of Apple's Newton portable electronic notebook. **2000** *Press Gaz.* 14 Jan. 13/4 The introduction of wireless connectivity through electronic notebooks and Web phones.

► **electronic organizer**, a pocket-sized computer providing the functions of a personal organizer, such as a facility for storing and retrieving addresses, appointments, etc.

**1983** *N.Y. Times* (Nexis) 12 July C5/1 The image of the shoe box remains in the popular perception of family accounting, and so it is not surprising that someone has come out with an \*electronic organizer that goes by the same name. Designed to perform three 'management assistance functions', Shoebox deals with appointments, to-do reminders and expenses. **2000** *Newsday* (Electronic ed.) 15 Nov., Electronic organizers, used primarily to store data, are gradually developing computer functions.

► **electronic purse**, a smart card or other device on which an amount of electronic money can be deposited and stored, and which may be used to pay for inexpensive items.

**1987** *Financial Times* 27 May 11 Under Midland's experiment, students at the university will use the smart card as a sort of \*electronic purse which keeps records. Each card will have a spending limit written into it. **1995** *Economist* 8 Apr. 97/3 When

lawyers request a particular article from a database, the chip subtracts the cost of the information from its electronic purse. **2001** *Card News* (Electronic ed.) 24 Jan., With a single card, users can purchase food and merchandise from on-site vendors using electronic purse, credit, or debit functions.

▸ **electronic shopping,** the purchase of goods by computer, (in later use) esp. via the Internet.

>   **1981** T. R. LICKLIDER in *Creative Computing* Apr. 78/1 Besides access to the above information bases, the utilities and computer bulletin boards also offer electronic mail, *electronic shopping, user-to-user 'chatting',..and the opportunity to try programming in a dozen languages. **1995** *Economist* 1 July (Internet Survey Suppl.) 21/1 The Internet's most passionate evangelists believe that its radical heritage is not about to be swept away by a tidal wave of conventionality and electronic shopping. **2000** *Evening Post* (Bristol) (Electronic ed.) 16 Sept., For those who look on a trip to The Mall as the next worse thing to being thrown into a pit of deadly scorpions, electronic shopping does have a lot of advantages.

▸ **electronic data interchange,** the transmission of business data, such as orders and invoices, from one computer system to another in accordance with an established protocol; (also, esp. in form **Electronic Data Interchange**), the standard established for such data exchange; abbreviated *EDI.*

>   **1977** *Chilton's Distrib. Worldwide* Feb. 49/1 The increasing number of companies that are interested in TDCC's *Electronic Data Interchange (EDI) Program..accounted for increased attendance. **1987** *Financial Rev.* (Sydney) 4 Aug. 28/2 The Australian Product Number Association..yesterday released its draft standards for electronic data interchange (EDI). **1992** *Computing* 10 Dec. 4/3 The Hong Kong government is planning to build one of the world's largest electronic data interchange systems before the colony is handed over to China in 1997. **2000** *Red Herring* Mar. 328/3 Point-of-sale information which had previously been faxed to headquarters for analysis was replaced by electronic data interchange documents ported via the Web.

**electronic,** *adj.*

▸ **electronic benefits transfer** *n.* (also **electronic benefit transfer**) orig. *U.S.* the electronic delivery of credit to a recipient of government benefits (esp. food stamps), usually via a payment card with which the recipient may make purchases.

>   **1984** *Supermarket News* 11 June 1 His company is the computer consulting firm directing the Reading, Pa., food-stamp *electronic benefits transfer test. **1998** *World in 1998* (Economist Publ.) 112/3 Britain hopes to distribute all social-security benefits..on electronic benefit-transfer cards by 2000. **2002** J. GERINGER in P. J. Andrisani et al. *New Public Managem.* vii. 73 The Electronic Benefits Transfer and Health Passport..are changing the whole public health-care paradigm by giving clients greater responsibility.

▸ **electronic keyboard** *n.* (*a*) a keyboard on a typewriter, musical instrument, etc.,

which operates electronically; (*b*) a (usually portable) musical instrument consisting of a piano-style keyboard and integrated microelectronics; a synthesizer.

**1938** *Oshkosh* (Wisconsin) *Northwestern* 10 Aug. 14/2 Keyboard Concert, demonstration of *electronic keyboard organ. **1953** *Gleaner* (Kingston, Jamaica) 1 June 4 (*advt.*) Hear..George Moxey play the Clavioline the wonder electronic keyboard which reproduces all instrumental tones. **1991** *Gramophone* Jan. 1390/2 No doubt the close recording quality, which makes the piano sound like an electronic keyboard, is partly responsible for the impression of total aridity. **1997** J. SEABROOK *Deeper* i. 30 The ease of typing on the electronic keyboard made it possible to write almost at the speed of thought, in riffs.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# elec'tronically, *adv.*

SECOND EDITION 1989

[f. ELECTRONIC *a.*; see -LY *suffix*[2].]

By electronic means.

**1923** *Science* 31 Aug. 164/2 A vibrationless, but electronically excited molecule. **1943** *Times* 21 Sept. 4/5 Details of 'one of America's best kept military secrets', an electronically-controlled auto pilot for bombing aeroplanes, were disclosed here to-day. **1954** E. E. CUMMINGS *Let.* 8 Dec. (1969) 238 With a flexible (electronically) instrument I could have roared as softly as a seashell. **1954** *Economist* 13 Mar. 791/1 A machine that calculates electronically.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# electronics

SECOND EDITION 1989

(iːlɛk-, ɛlɛk'trɒnɪks)  [Plural of ELECTRONIC *a.* used *subst.* and construed as a singular; cf. *dynamics*, *physics*, etc.]

That branch of physics and technology which is concerned with the study and application of phenomena associated with the movement of electrons in a vacuum, a gas, a semi-conductor, etc., as in thermionic valves, X-ray tubes, etc.

**1910** *Chem. Abstr.* IV. 2767 Radio activity and electronics. **1945** *Times* 15 Oct. 3/2 The committee's report said..that 'knowledge of electronics promises the ability to detonate atomic bombs at great distances by radio'. **1954** *Economist* 30 Oct. 412/2 The stream-lining of operations that..electronics engineers believe to be the main..attraction of computers. **1958** *Listener* 23 Oct. 632/1 The three industries in the American economy where employment is likely to grow the fastest are education, electronics, and chemistry.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

## †fee, *n.*[1]　　　　　　　　　　　　　　　　　SECOND EDITION 1989

*Obs.*

Forms: 1 **fioh, féo,** 1—3 **feoh,** 3-4 **feo,** 3 *south.* **veo,** 2-3 **feh,** 2 *Orm.* **fehh,** 2-6 **fe,** (3 **fæi, feih**), 5-7 **fie,** (6 *Sc.* **fye**), 3-7 **fee.** [Common Teut. and Aryan: OE. *feoh, fioh, féo,* str. neut., corresp. to OFris. *fia,* OS. *fehu* cattle, property (Du. *vee* cattle), OHG. *fihu, fehu* cattle, property, money (MHG. *vihe, vehe,* and mod.Ger. *vieh* has only the sense cattle), ON. *fé* cattle, property, money (Da. *fæ* cattle, beast, Sw. *fä* beast), Goth. *faihu* property, money:—OTeut. *\*fehu:—*OAryan *\*péku-,* whence also Skr. *paçu* masc., L. *pecu* neut. cattle (cf. L. *pecūnia* money).]

**1.** Live stock, cattle, whether large or small. ***wild fee:*** deer.

> **c900** K. ÆLFRED *Laws* xlii, Gif þe becume oðres monnes ӡiemeleas fioh on hand.. ӡecyðe hit him. **a1000** *Salomon & Sat.* 23 (Gr.) Feoh butan ӡewitte. **c1250** *Gen. & Ex.* 783 Ðo sente he after abram..And gaf him lond, and aӡte, and fe. **a1300** *Cursor M.* 1059 (Cott.) þis abel was a hird for fee. **1375** BARBOUR *Bruce* x. 151 Ane That husband ves, and vith his fee Oftsis hay to the peill led he. **c1450** HENRYSON *Mor. Fab.* 80 The keiper of the fie For verie woe woxe wanner nor the weid. **?a1500** *True Thomas* 67 in Jamieson *Pop. Ballads* II. 15, I ride after the wilde fee; My raches rennen at my devys. **1535** STEWART *Cron. Scot.* III. 343 Distroyit war all bowis, flokis and fie.

**2.** Movable property in general; goods, possessions, wealth.

> **c888** K. ÆLFRED *Boeth.* xiv. §2 þa unӡesceadwisan neotena ne wilniaþ nanes oþres feos. **c1000** *Ags. Ps.* cviii. [cix.] 11 His feoh onfon fremde handa. **c1175** *Lamb. Hom.* 109 þe feorðe unþeu is þet þe riche mon..bihude his feh. **c1205** LAY. 4429 þe king him ӡette..feoh & færde. **c1275** *A Luue Ron* 70 in *O.E. Misc.* (1872) 95 Cesar riche of wordes feo. **c1330** *Arth. & Merl.* 418 He..bad he schuld cum him to help And he schuld haue half his fe. **c1460** *Towneley Myst.* 28 Do get in oure gere, oure catalle and fe, In to this vessele here. **1526** SKELTON *Magnyf.* 1993 Alasse, where is nowe my golde and fe? **1596** DRAYTON *Legends* iv. 74 Whose labour'd Anvile only was His Fee.

**3.** Money.

> *Beowulf* 1380 Ic þe þa fæhðe feo leaniӡe. **c870** *Codex Aureus* 5 in *O.E. Texts* (1885) 175 Mid uncre claene feo. **c900** *Bæda's Eccl. Hist.* III. xiv. [xix.] (1891) 216 Forðon ӡif þu þisses monnes fea [*pecunia*] in his synnum deades ne onfenge, ne burne his wiite on þe. **c1000** *Ags. Gosp.* Matt. x. 9 Næbbe ӡe gold ne seolfer ne feoh on eowrum biӡyrdlum. **c1175** *Lamb. Hom.* 91 þa..salden heore ehte and þet feh bitahten þam apostles. **c1200** ORMIN 15968 He selleþþ Haliӡ Gast forr fe. **c1205** LAY. 9176 He miӡte æt-halden heore feoh þe Julius her fatte. **a1225** *Ancr. R.* 326 Vor sunne is þes deofles feih þet he ӡiueð to gauel. **a1300** *Floriz & Bl.* 25 Floriz ne let for ne feo To finden al þat neod beo. **c1425** WYNTOUN *Cron.* VII. viii. 754 Corrupte..wyth þe kyng of Inglandis Fe. **1677** *Lovers*

*Quarrel* 30 in Hazl. *E.E.P.* II. 254 God give you good of your gold, she said, And ever God give you good of your fee.

**4.** *Comb.* **fee-house**, (*a*) in OE., a treasury, (*b*) a cattle-shed.

**c1000** *Ælfric's Voc. Sup.* in Wr.-Wülcker 184 *þrarium*, feohhus. **1483** *Cath. Angl.* 125/1 A Feehouse, *bostar*.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# implement, *v.*

SECOND EDITION 1989

('ɪmplɪmənt) [f. IMPLEMENT *n.*]

**1. a.** *trans.* To complete, perform, carry into effect (a contract, agreement, etc.); to fulfil (an engagement or promise).

> **1806** *Petit. T. Gillies of Balmakewan* 23 (Jam.) This was an obligation incumbent upon him, which the petitioners were entitled to insist that he should implement. **1833** *Act 3 & 4 Will. IV*, c. 46 §90 The decree or order of court has not been duly implemented. **1865** ALEX. SMITH *Summ. Skye* II. 138 He had seen the boatmen, and fully implemented his promise. **1879** *Times* 22 Nov. (Mr. Gladstone in Scotland), On that day..Mr. Gladstone is expected to implement no fewer than three engagements. **1909** *Westm. Gaz.* 30 Aug. 4/3 [The] council has been prepared to implement that agreement. **1950** C. MORRIS *Social Case-Work Gt. Brit.* 7 With the post-war flood of social legislation, social workers are required..to help to implement the laws. **1964** *Ann. Reg. 1963* 102 Henceforward the bargaining..continued until late in the year, with some decisions being announced and implemented piecemeal. **1969** *Times* 3 Sept. 11/6 Three years later Armageddon found him [*sc.* Churchill] ready at the Admiralty with plans and authority to implement that policy. **1972** *Daily Tel.* 27 June 2/7 The provision of the Act of which they are most apprehensive..has yet to be implemented by the Government.

**b.** To carry out, execute (a piece of work).

> **1837** WHITTOCK, etc. *Bk. Trades, Optician* (1842) 354 Any similar invention which he may be employed to implement for the contrivers.

**c.** To fulfil, satisfy (a condition).

> **1857** NICHOL *Cycl. Phys. Sci.* 63/1 The chief mechanical requisites of the barometer are implemented in such an instrument as the following. **1870** R. M. FERGUSON *Electr.* 38 How are the conditions of thermo-electricity implemented by the materials of the earth?

**2.** To complete, fill up, supplement.

> **1843** BURTON *Benthamiana* 166 Projects for implementing wages by pauper relief. **1855** BAIN *Senses & Int.* III. iv. §15 (1864) 604 The hearer must implement the process, by the force of his own mind.

**3.** To provide or fit with implements.

**1886** *Edin. Rev.* Oct. 362 Whether armed for defence, or implemented for industry.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# item, *adv.* and *n.*

SECOND EDITION 1989

('aɪtəm) [a. L. *item* adv., just so, in like manner, moreover, f. *i-s, i-d* he, it + advb. ending -*tem*. Used also in F. as adv. (1290 in Godef. *Compl.*) and as n. from the 16th cent.]

‖**A. *adv.*** Likewise, also. Used to introduce a new fact or statement, or, more frequently, each new article or particular in an enumeration, esp. in a formal list or document, as an inventory, household-book, will, etc.

> **1398** in Rymer *Fœdera* (1709) VIII. 55 Item, it is Accordit and Ordaint that [etc.]. *Ibid.*, Item, for als mykil as [etc.]. **c1400** MANDEVILLE (1839) xxviii. 288 Item, in this Yle..there is a manner of Wode, hard and strong. **1418** in *E.E. Wills* (1882) 31 Item I bequethe to the freres Menours of Bryggenorth..xl s. Item I bequethe..to the ffreres of Wodehouse xl s. **1484** CAXTON *Fables of Alfonce* i, Item my sone suppose it not a lytyll thynge to haue a good Frend. **1556** *Chron. Gr. Friars* (Camden) 56 Item this yere was alle the chaunterys put downe. Item also the wacche at myd~somer was begonne agayne... Item also the byshoppe of Wenchester..preched before the kyng. **1601** SHAKES. *Twel. N.* I. v. 265 It shalbe Inuentoried..As, Item two lippes indifferent redde, Item two grey eyes, with lids to them. **1732** FIELDING *Miser* II. i. Wks. 1882 IX. 308 *Item*, Two muskets, one of which only wants the lock. **1781** COWPER *Truth* 152 Not a grace appears on strictest search, But that she fasts, and, *item*, goes to church. **a1818** in Cruise *Digest* (ed. 2) VI. 337 He..added this clause: '*Item*, all the houses and lands which I have given between my sons, is to this purpose, that [etc.]'.

**B. *n.***

**1.** A statement, maxim, or admonition such as was commonly introduced by the word *item*; a saying with a particular bearing. Hence, generally, an intimation, a hint. Esp. in vbl. phrases, as **to give (take, etc.) an item**, also **to give (take, etc.) item**. Now *U.S. local.*

> **1561** T. NORTON *Calvin's Inst.* IV. xii. (1634) 616 *marg.*, Two Items to the Church of Rome concerning the single life which they require in the order of Priests. **1600** HOLLAND *Livy* XXV. xvi. 559 The Soothsayers aforesaid, had given an Item, and foretold, that this prodigious sight perteined properly unto the chiefe captaine. **1607** HIERON *Wks.* I. 171 'That nothing be lost', it was one of our Sauiours items. **1684** BUNYAN *Pilgr.* II. 150 He..has Need of an Itum, to caution him to take heed, every Moment of the Day. **1704** HEARNE *Duct. Hist.* II. 14 Getting item thereof, he departed to the sea. **1786** E. INCHBALD *Such things are* 51 (in *Br. Theat.*) If my friend had not given me an item of this I should think her downright angry. **a1860** *Spirit of Times* (N.Y.) (Bartlett), The minit yer get item that I'm back, set off for the cross-roads.

**2. a.** An article or unit of any kind included in an enumeration, computation, or sum

total; an entry or thing entered in an account or register, a clause of a document, a detail of expenditure or income, etc.

> **1578** T. WILCOCKS *Serm. Paules* 50 The lawe layeth no Item to youre charge. **1588** *Marprel. Epist.* (Arb.) 39 His grace had need to prouide a bag ful of Items for you if you be so liberal. **1601** CORNWALLIS *Ess.* ix, That makes not the purse emptie, and the household-booke rich in Items. **1607** DEKKER *Knt.'s Conjur.* (1842) 34 Our vaunt' currer..offred to pay some of the tauern items. **1765** COWPER *Let. to J. Hill.* 3 Dec., Wks. 1837 XV. 7 That I may return as particular an answer to your letter as possible, I will take it item by item. **1870** J. YEATS *Nat. Hist. Comm.* 87 Timber is an important item in the national revenue. **1876** GEO. ELIOT *Dan. Der.* iii, I have to spend a good deal in that way; it is a large item. **1961** *Lancet* 12 Aug. 358/2 Questions [set]..included items that the undergraduate who had read something more..than an introductory text could be expected to answer. **1970** *Jrnl. Gen. Psychol.* LXXXII. 63 A person may agree with an item and its opposite because he believes statements worded in the dogmatic (authoritarian) direction but agrees with a reversed item because of the high social desirability of this item.

**b.** A detail of information or news, esp. one in a newspaper.

> **1819** B. E. O'MEARA *Exp. Trans. St. Helena* 11 The general accuracy of these items may be inferred. **1865** LOWELL *Scotch the Snake* Pr. Wks. 1890 V. 241 We cannot estimate the value of the items in our daily newspapers. **1876** —— *Among my Bks.* Ser. II. 130 This item kind of description. **1888** J. INGLIS *Tent Life Tigerland* 2 Filling my sporting journal with many items of more than ordinary interest.

**c.** *Computers.* Any quantity of data treated as a unit, such as a field, a group of fields, or a record.

> **1954** *Computers & Automation* May 17/2 *Item*, a set of one or more fields containing related information. **1958** *Computer Jrnl.* I. 71/1 Let us call the units which are to be sorted items. *Ibid.* 71/2 If every item of data has a unique key, complete sorting will result in each place holding no more than one item. *Ibid.* 72/2 A typical item in commercial data is an 80-column punched card. **1964** A. LYTEL *Fund. Data Processing* (1965) iv. 108 Information is stored in variable-length memory areas called fields... Consecutive fields can be combined to form a larger unit of information called an item. Grouping fields to form an item simplifies the manipulation of related~data fields, and minimizes the number of instruction executions required to move consecutive fields within the main memory. **1967** B. S. WALKER *Introd. Computer Engin.* vi. 157 The field or item is typically a group of letters or numbers, in association, to mean a name, or reference number, or a heading of some kind. **1971** *Computers & Humanities* VI. 67 Each item file is composed of an open-ended sequence of variable length records called 'items', every item being the description of one entity.

**d.** A member of a set of linguistic units.

> **1954** *Word* X. 230 'Items'..are either morphemes or sequences of morphemes, but still one has to contend with the independent status of order, constructions, and

hierarchical structure. Even so, there is a clear difference between taking some phonemic material as 'root' (= item) and some as 'marker' of processes. **1964** R. A. HALL *Introd. Ling.* vi. 34 The first group [of linguistic analysts] wish to limit their description strictly to an enumeration of items and the arrangements or sequences in which they are found... The other group..take into account the passage of time when the observer moves from one part of his material to another... This approach is based on a listing of items involved and of 'processes' which the items 'undergo'. *Ibid.* 35 In some respects, the item-and-process (IP) approach is closer to our traditional type of grammatical description than is the item-and-arrangement (IA) approach. **1964** M. A. K. HALLIDAY et al. *Ling. Sci.* ii. 24 In English..'chair' is a lexical item: it operates as an item in open set choices. 'the', 'chair', the '-s' in 'chairs', 'in case'..are grammatical items. **1970** *Canad. Jrnl. Linguistics* XV. 95 This system grew out of a union of the item-and-process approach to linguistics with automata theory. **1971** T. F. MITCHELL in *Archivum Linguisticum* II. 64 In the English-speaking world of linguists little more than ten short years ago, the talk was of grammatical models labelled 'Item and Arrangement', 'Item and Process', and 'Word and Paradigm'.

**C.** *attrib.* and *Comb.*

**1859** E. H. N. PATTERSON in L. Hafen *Overland Routes to Gold Fields* (1942) 68 This..is one of those cases, probably, that will remain a mystery only to be solved when the great item book of the recording angel shall be opened to justify the final sentence. **1961** *Lancet* 12 Aug. 359/2 Item analysis showed that there were fairly large differences between the groups on a few questions, and these were seen to be due to specific differences in teaching. **1970** *Jrnl. Gen. Psychol.* LXXXII. 166 Item-item and item-test correlations were computed. **1972** *Jrnl. Social Psychol.* LXXXVI. 221 An item analysis technique was used to select those items that discriminated between the high and low scores by 20 percentage points.

## DRAFT ADDITIONS SEPTEMBER 2001

**item**, *adv.* and *n.*

▶ *colloq.* (orig. *U.S.*). A pair of lovers, a couple; ***to be an item***: (of a couple) to be involved in an established romantic or sexual relationship, esp. a socially acknowledged one.

**1970** 'T. COE' *Jade in Aries* xv. 109 'What was Maundy's relationship with Dearborn?' Remington said, 'They were an item once, long ago... Before Ronnie.' **1984** T. MCGUANE *Something to be Desired* v. 48 She and the doctor were soon a hot item. **1996** *Just Seventeen* 14 Aug. 6/2 My mate had a fling with one of his and they hung out together, even though they weren't officially an item. **2000** *Heat* 13 Jan. 20/2 We want to remain friends but we are no longer an item.