## <u>NETFLIX, INC. vs. BLOCKBUSTER INC.</u>

### CASE NO. C 06 2361 WHA (JCS)

### BLOCKBUSTER INC.'S

# EXHIBIT A (Part 2 of 2)

TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

Dockets.Justia.com

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# list, *n.*[6]                                          SECOND EDITION 1989

(lɪst) [a. F. *liste* = Sp., Pg., It. *lista*; prob. identical with LIST *n.*[3], the special sense being developed from that of 'strip' (of paper): see LIST *n.*[3] 4.]

**a.** A catalogue or roll consisting of a row or series of names, figures, words, or the like. In early use, *esp.* a catalogue of the names of persons engaged in the same duties or connected with the same object; *spec.* a catalogue of the soldiers of an army or of a particular arm; also in †phr. **in** or **within the list(s, in list** (occas. fig.).

   *active list*, a list of those officers in the army or navy who are liable to be called upon for active service. *free list*, (*a*) a list of persons who are allowed free admission to a place of entertainment; (*b*) a list of articles which are exempt from duty under the revenue laws. Also *army list*, CIVIL LIST, *retired list*, *sick list*, etc. (see the first words).

   In specific senses:   (*a*) the titles of the books (to be) published by a particular publisher. So *autumn list*, BACKLIST, *spring list*.   (*b*) an official register of buildings of architectural or historical importance that are statutorily protected from demolition or major alteration. Cf. LIST *v.*[4] 1e.   (*c*) In the National Health Service, a general practitioner's register of patients.

> **1602** SHAKES. *Ham.* I. i. 98 Young Fortinbras..Hath..Shark'd vp a List of Landlesse Resolutes. *Ibid.* ii. 32 The Leuies, The Lists, and full proportions are all made Out of his subiect. **1606** —— *Ant. & Cl.* III. vi. 76 The Thracian King Adullas..The Kings of Mede, and Licoania, With a more larger List of Scepters. **1613** —— *Hen. VIII*, IV. i. 14 'Tis the List Of those that claime their Offices this day. **1622** F. MARKHAM *Bk. War* IV. iii. 130 Pioners..are not reckoned Souldiers, neither come neere by many degrees either to that list or reputation. **1625** BACON *Ess., Of Youth & Age* (Arb.) 257 He was the Ablest Emperour, almost, of all the List. **1633** T. STAFFORD *Pac. Hib.* I. i. (1810) 3 To bee in list 3000 Foot, and 250 Horse. **1646** EVANCE *Noble Ord.* 20 You will not be out of the List long. **1653** HOLCROFT *Procopius* IV. 157 The Battalion was of eight thousand foot, and the Archers of the List. **1655** FULLER *Ch. Hist.* I. v. §10 Their Fear brought in a false List of their Enemies Number. **1696** PHILLIPS (ed. 5), *List*, a Scrowl of the Names of several Persons of the same Quality with whom we have Business, or with whom we have some Relation. A List of the Slain and Wounded in such a Battel. A List of such a ones Creditors. A List of the Prisoners in such a Prison. **1742** YOUNG *Nt. Th.* I. 284 Endless is the list of human ills. **1797** *Encycl. Brit.* (ed. 3) VII. 383/2 The letter-founders have a kind of list, or tariff, whereby they regulate their founts. **1809** LD. MULGRAVE in *G. Rose's Diaries* (1860) II. 358 His name being removed from the List of the Navy. **1847** MARRYAT *Childr. N. Forest* xx, Edward took a list of the contents. **1865** DICKENS *Mut. Fr.* I. ii, She keeps a little list of her lovers. **1874** GREEN *Short Hist.* iii. §4. 128 The earliest classical revival restored Cæsar and Virgil to the list of monastic studies.

> (*a*) **1860** G. H. LEWES *Let.* 4 Jan. in Geo. Eliot *Lett.* (1954) III. 243 It will be well now

to begin announcing it in lists—if not the title at any rate the fact of a new novel being in the press. **1919** *Publisher's Let.* Aug. in T. S. Eliot *Waste Land Drafts* (1971) p. xvi, Mr. Eliot's work is no doubt brilliant, but it is not exactly the kind of material we care to add to our list. **1922** T. S. ELIOT *Let.* 25 June in *Waste Land Drafts* (1971) p. xxii, Knopf said that it was too late for his autumn list this year. **1930** E. WAUGH *Vile Bodies* ii. 28, I suppose you could get the book rewritten in time for the Spring List? **1938** H. R. DENT in J. M. & H. R. Dent *House of Dent* xxiii. 300 It used to be said..that a publisher kept poetry on his lists more for the look of the thing than anything else. **1951** M. SHARP *Lise Lilywhite* xix. 161 Mr Villiers..published chiefly poetry... He had no list, in the trade sense, nor had he travellers. **1964** R. CHURCH *Voyage Home* viii. 166, I should send the book to the house of Dent, whose list it would suit admirably. **1967** E. GRIERSON *Crime of One's Own* viii. 60 Christmas operated like a guillotine on the Autumn lists, leaving only a bare four weeks of selling time.

(b) **1947** *Act 10 & 11 Geo. VI* c. 51 §30 With a view to the guidance of local planning authorities..in relation to buildings of special architectural or historic interest, the Minister shall compile lists of such buildings, or approve..such lists compiled by other persons or bodies of persons. *Ibid.*, So long as any building..is included in any list compiled or approved under this section, no person shall execute..any works for the demolition of the building or for its alteration or extension in any manner which would seriously affect its character. **1968** P. WARD *Conservation & Devel. Historic Towns & Cities* III. 98 Lansdown Parade..is also a Grade II listed building on the Ministry of Housing and Local Government's list of architecturally or historically important buildings.

(c) **1949** *Britannica Bk. of Year* 412/2 Doctors starting their careers..had few patients on their lists. *Ibid.* 413/1 The doctor was free to accept or reject anyone applying to go on his list. **1971** *Reader's Digest Family Guide to Law* 242 A doctor..does not have to give reasons for his refusal to accept a patient on his list. **1974** M. BIRMINGHAM *You can help Me* iii. 56, I asked him if he did not sometimes hanker after..a few wealthy private patients so that he could afford to keep his list shorter.

**b.** *Racing slang.* Short for: The list of geldings in training. Hence ***to put on the list*** = to castrate.

1890 FARMER *Slang, Added to the List*, an abbreviation of 'added to the list of geldings in training'.

†**c.** *American.* The return of particulars of taxable property required to be furnished by the owners. (Cf. LIST *v.*[4] 1b.) *Obs.*

1646 *Virginia Stat.* (1823) I. 329 To the prejudice of many who have duely and according to law presented their lists. 1655 *Connect. Col. Rec.* (1850) I. 279 Sea-Brooke is fyned forty shillings for not sending ye Lists of theire estates to the Courte.

**d.** *Comb.*: **list-betting**, betting on the list of horses displayed in a list shop; **list broker**, a trader in mailing lists; so **list-broking** *vbl. n.*; **list house** = *list shop*; †**list-maker** = LISTER[2] 2; **listman**, one who works in a list shop; a bookmaker; **list**

**price**, the price fixed for an article in the printed list issued by the maker, or by the general body of makers of the particular class of goods; **list processing** *Computing*, the manipulation and use of chained lists and of data in them; freq. *attrib.*; so **list processor**, a processing system, language, etc., for use in list processing; cf. LISP *n.*[2]; **list shop**, an illegal betting shop where prices on future important races were displayed; **list system** (also ***party list system***), a system of voting, common in continental W. Europe, in which voters cast their vote for a list of candidates rather than for an individual candidate; so **list vote, voting**.

**1874** *Porcupine* 18 July 248/2 Mr. Chaplin, M.P., with other horse-owners, have..chuckled greatly at the prospect of *list-betting no longer interfering with their speculations. **1928** *Daily Express* 24 Mar. 1/1 The..gaming laws..were primarily intended only to abolish notorious gaming houses and list-betting in shops and houses.

**1959** *Economist* 7 Feb. 498/1 Publishers now send out circulars to people on mailing lists, bought from a growing class of '*list brokers'. **1967** *Guardian* 27 Dec. 4/2 She is a list broker, which means that she trades in names and addresses.

*Ibid.* 4/4 The magnitude of *list-broking in the United States. **1970** *Daily Tel.* 12 Oct. 17/3 'List broking' in this country could well develop into the sophisticated service industry it is in America.

**1902** 'N. GUBBINS' *Dead Certainties* 71 Most of the '*list-houses' (in Long Acre and elsewhere), whose name was legion, had their shutters up on the morning after Lord Zetland's horse had defeated Pitsford.

**1666** *Connect. Col. Rec.* (1852) II. 48 This Court doth order that ye land..be valued by the *list makers of Stonington.

**1922** *Daily Mail* 6 Nov. 11 Most of the *listmen got scared to death over particular animals in these final handicaps. **1937** PARTRIDGE *Dict. Slang* 486/1 Listman, a ready-money bookmaker.

**1871** *English Mechanic* 10 Nov. 206/2 The *list price for a $\frac{1}{2}$ horse-power engine is £60. c**1883** J. MONTAGU *Let.* in Troubridge & Marshall *John Lord Montagu of Beaulieu* (1930) 30 Now my old machine [*sc.* tandem bicycle] cost £ 26 list price, and we finally got it for £23:10s. owing to discount for ready money. **1928** *Publisher's Weekly* 30 June 2603 The reprint is usually about one-third of the list price of the earlier edition. **1955** *Radio Times* 22 Apr. 51/1 Hand in an old electric shaver..and claim £2 allowance off the list price of a Remington 60. **1967** *Autocar* 28 Dec. 38/3 All 'list' prices are taken from *Autocar's* 'Recommended New Car prices'.

**1959** *Q. Progr. Rep.* (Mass. Inst. Technol. Res. Lab. Electronics) No. 53. 122 A series of programs in *List Processing Language is being written. **1960** *Jrnl. Assoc. Computing Machinery* VII. 87 Statements in the language are written in usual Fortran notation, but with a large set of special list-processing functions appended to the standard

Fortran library. **1970** O. DOPPING *Computers & Data Processing* xix. 313 List processing, a type of non-numerical application, can be programmed in Lisp and IPL-V. **1983** *Listener* 10 Feb. 33/2 There is Fortran, Algol, Cobol and Jovial, along with 'string and list processing' languages such as Comit, Lisp and Slip.

---

**1959** *List processor [see LISP *n.*²]. **1963** *Communications Assoc. Computing Machinery* VI. 524/1 SLIP is a list processing system in which each list cell carries both a forward and a backward link as well as a datum... SLIP is a descendant of at least four earlier list processors.

---

**1875** *Encycl. Brit.* III. 619/1 '*List shops', where the proprietors kept a bank against all comers, and backers could stake their money in advance on a horse..sprung up..leading to..flagrant dishonesty.

---

[**1901** T. R. & H. P. C. ASHWORTH *Proportional Representation* vii. 162 The *Liste Libre*, or Free List system,..applies the proportional principle not to individual candidates but to parties.] **1908** J. KING *Electoral Reform* vii. 87 In the Party *List System the elector gives his vote for the party list, on which the candidate is enrolled, when he gives a vote to any candidate. **1911** *Encycl. Brit.* XXXIII. 115/2 In the 'list systems'..candidates are grouped in lists. **1926** HOAG & HALLETT *Proportional Representation* v. 60 Most of the countries which use list systems..have been successful in securing reasonable accuracy in the assignment of seats to parties. **1971** G. K. ROBERTS *Dict. Political Analysis* 115 *List system*, a system of election, based on proportional representation of parties or similar groups, each of which presents a list of candidates. The voter then casts his vote for one of these lists.

---

**1911** J. H. HUMPHREYS *Proportional Representation* viii. 180 *List votes form a pool from which the candidates of the list draw in succession as many votes as are necessary. **1954** B. & R. NORTH tr. *M. Duverger's Pol. Parties* I. i. 44 The list vote (*scrutin de liste*), operating within the framework of a large constituency, obliges the..local branches of the party to establish amongst themselves a strong system of articulation within the constituency, so that they can agree upon the composition of the lists.

---

*Ibid.* 45 Belgium, where at the end of the nineteenth century party structure was amongst the strongest in Europe: it coincided with *list-voting. **1958** W. J. M. MACKENZIE *Free Elections* ix. 75 List voting is almost always associated with formulae for distributing seats.

---

## ADDITIONS SERIES 1997

**list**, *n.*⁶

Senses a-c, d in Dict. become 1 a-c, 2 respectively. Add:    **1. d.** *Computing.* A formalized representation of a list, used as a data structure (see also *linked list* s.v.

*LINKED *ppl. a.* 2) or in list processing (see below, sense 2).

> **1956** <u>NEWELL</u> & <u>SIMON</u> in *IRE Trans. Information Theory* II. 64/1 The storage memories consist of lists. A list holds either a whole logic expression or some set of elements generated during a process, such as a set of elements having certain properties. **1973** <u>C. W. GEAR</u> *Introd. Computer Sci.* vii. 272 Even if the list is ordered, however, we cannot use a binary search since it is scattered through memory and we cannot access its midpoint directly. **1980** C. S. FRENCH *Computer Sci.* x. 53 Lists provide a flexible way of handling data items in order. **1986** *Practical Computing* Oct. 106/1 The Card Index File module can contain up to 36 different databases, which are known as lists.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# ordered, *a.*¹ (and *n.*)

DRAFT REVISION Sept. 2004

*Brit.* /ˈɔːdəd/, *U.S.* /ˈɔrdərd/  Forms: ME **orderede, orderyd, ordird, ordrede, ordrid, ordyrde**, ME-15 **ordryd**, ME-16 **ordred**, ME-18 **orderd**, ME- **ordered**. [< ORDER *v.* + -ED¹.]

†**1.** In holy orders; ordained. Also: belonging to a religious order. Occas. as *n.*: ordained persons as a class. *Obs.*

> **c1330** in T. Wright *Polit. Songs Eng.* (1839) 329 Nu is pride maister in everich ordred hous. **c1390** CHAUCER *Parson's Tale* 782 If he be ordred, he is irreguler. **a1400** (c1303) R. MANNYNG *Handlyng Synne* (Harl.) 1541 þese ordryd men..Here wurdys owtȝ to be feyr & clene. **c1475** (c1445) R. PECOCK *Donet* 75 Manye parties or degrees..of the comounte be ordeyned..The vje, prelatis or curatis wiþ vndir hem helpers, as louȝer preestis and oþire ordrid men. **1615** J. WADSWORTH in W. Bedell *Lett.* 13 Neither doe the Orderer nor the Ordered giue nor receiue the Orders as a Sacrament.

**2. a.** Set in order; arranged, disposed; disciplined, regulated, or controlled. Freq. with modifying word, as *ill*, *well*, etc. See also WELL-ORDERED *ppl. a.* 1.
Formerly also: †made ready; prepared (*obs.*).

> **a1400** (a1325) *Cursor Mundi* (Coll. Phys.) 23267 Nein ordird angels [a1400 *Vesp.* orders of angels] þai forsok Quen þai þaim to þe warlau tok. **1526** *Househ. Ord.* 235 That the napery be not torne nor rent or otherwise evill-ordered. **1555** *Hereford Munic. MSS* (transcript) 205 Whiche sorte of well ordred men are most mete to consult upon the good ord[e]r and state of the Realme. **1579** L. TOMSON tr. J. Calvin *Serm. Tim.* 70/2 The verie Barbarians..haue a more ordered state in truth and justice. **1612** T. TAYLOR *Αρχὴν Ἁπάντων* ii. 14 Pure hands, chast eyes, an ordered tongue. **1712** J. ADDISON *Spectator* No. 417 ¶5 Like a well ordered Garden. **1741** *Locke's Ess. Human Understanding* (ed. 12) I. II. xxi. 219 The eternal Law and Nature of Things must not be alter'd to comply with his ill-ordered Choice. **1850** J. S. BLACKIE tr. Æschylus *Lyrical Dramas* II. 230 Strong in the ordered ranks of war Forth they went. **1862** M. E. BRADDON *Lady Audley* xxxviii, In one of the principal hotels..sitting at a neatly-ordered supper-table. **1872** J. G. WHITTIER *Brewing of Soma* 79 And let our ordered lives confess The beauty of Thy peace. **1915** F. M. HUEFFER *Good Soldier* IV. ii. 233 To me..they appeared like tender, ordered and devoted people. **1962** K. A. PORTER *Ship of Fools* 26 Dr. Schumann crossed the deck with the ordered step of an old military man. **1988** *Jrnl. Afr. Hist.* **29** 102 The nominal heroes of the Angolan revolution are the peasants, but their participation in the carnival was meagre and ill-ordered.

**b.** *Mil.* **ordered arms**: a position assumed by a soldier in which a firearm is held vertically on the right side with its butt touching the ground (cf. ORDER *v.* 1c).

*a*1689 W. CLELAND *Coll. Several Poems & Verses* (1697) 97 Like Foot Souldiers when they stand At Ordered Arms, waiting Command. **1847** *Infantry Man.* (1854) 40b, Any movement can take place from ordered arms. **1869** *Catholic World* Jan. 480/1 He..saw the two companies of Austrians drawn up at ordered arms. **1885** *Cent. Mag.* Feb. 633/1 He had received his death-wound with the very troops I had found standing at ordered arms. **1914** *Times* 25 Nov. 5 They..fell into line with ordered arms but without a stitch of clothing.

**c.** *Math.* Of a set: having a transitive binary relation '>' (usually read 'greater than') among its elements such that for any pair of elements $a$ and $b$, $a > b$, $b > a$, or $b = a$. *partially ordered*: see PARTIALLY *adv.* 2b. See also WELL-ORDERED *ppl. a.* 2.

**1901** *Bull. Amer. Math. Soc.* 7 225 Consider the ordered assemblage 1, 2,... $n'$,..$n$,..$n''$, where $n'$, $n$ and $n''$ are definite and subject to the condition that, in ($S$), $n'$ comes before $n$ and the latter before $n''$. **1906** W. H. YOUNG & G. C. YOUNG *Theory of Sets of Points* vi. 121 A set in given order will be called an ordered set... Its components..may be distinguished as ordered components. **1941** G. BIRKHOFF & S. MacLANE *Surv. Mod. Algebra* ii. 55 There are many other ordered fields: the field of real numbers, the field..of numbers $a + b \sqrt{} 2$,..and other subfields of the real number field. **1990** *Glasgow Math. Jrnl.* 32 351 Let $G$ be an ordered group and let $x \in G$ be such that $1 < x$.

**d.** *Math.* Designating a pair, triple, or higher multiple of elements $a$, $b$, ($c$,...) such that $(a, b,...) = (u, v,...)$ if and only if $a = u$, $b = v$, etc.

**1904** *Trans. Amer. Math. Soc.* 5 350 Each ordered pair of elements determines a unique element that precedes it, a unique element that follows it and a unique middle element. **1953** *Mind* 62 541 A notion so little abstruse as that of an ordered pair. **1963** H. J. RYSER *Combinatorial Math.* i. 5 Let $S$ be a set and let $(a_1, a_2, ..., a_r)$ be an ordered $r$-tuple of not necessarily distinct elements of $S$. **1983** R. B. J. T. ALLENBY *Rings, Fields & Groups* (1989) (BNC) p. xvii, Hamilton replaced the objectionable $a + ib$ by the prdered pair $(a, b)$ of real numbers.

**3.** Commanded; requested; prescribed, designated. Now *rare*.

**1780** W. COWPER *Table Talk* 560 Thus genius rose and set at ordered times. **1796** *Instr. & Regulations Cavalry* 180 The divisions of squadrons make their ordered degree of wheel. **1892** *Daily News* 14 June 5/3 Leave hawks and owls, even..the weasel, to play their ordered parts. **1898** *Daily News* 23 Apr. 8/2 The ordered business of the day was Committee of Supply on the Civil Service Estimates. **1992** *Taos* (New Mexico) *News* 1 Oct. C2/5 (*Advt.*) Custom ordered kitchen with built in china hutch.

'**orderedness** *n.*, the quality or fact of being ordered or regulated.

**1724** R. WODROW *Life J. Wodrow* (1828) 183 The *orderedness, sureness and everlasting nature of the Covenant. **1935** *Jrnl. Theol. Stud.* 36 314 The belief that the world's orderedness or knowability is an expression of mind. **1992** *Daily Tel.* 20 Aug. 13/2 Uncle Vanya and the three sisters find no release from the stultifying orderedness of their lives.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# periodic, *adj.*¹ and *n.*

DRAFT REVISION Dec. 2005

*Brit.* /ˌpɪərɪˈɒdɪk/, *U.S.* /ˌpɪriˈɑdɪk/  Forms: 16-17 **periodick**, 16- **periodic**. [< French *périodique* (of symptoms) recurring at regular intervals (15th cent. in Middle French), (of the recurring motion of a celestial object) completed within a fixed period (1634), characterized by the use of rhetorical periods (1671), (of a magazine, journal, etc.) published at regular intervals (1721; 1872 as noun in this sense) and its etymon classical Latin *periodicus* intermittent (Pliny, of fevers), in post-classical Latin also characterized by the use of rhetorical periods (5th cent.) < Hellenistic Greek περιοδικός of or relating to the recurring motion of a celestial object, recurrent, intermittent (of fevers), characterized by the use of rhetorical periods < ancient Greek περίοδος PERIOD *n.* + -ικός - IC *suffix*. Cf. earlier PERIODICAL *adj.*

With use as noun (see sense B.) cf. earlier PERIODICAL *adj.* 1.]

## A. *adj.*¹

**1.** *Astron.* Of or relating to the recurring motion of a celestial object, esp. in its orbit or apparent orbit.

**1642** J. HOWELL *Instr. Forreine Trav.* (1869) 87 In as short a compas of time as the Sun finisheth his periodic annuall motion. **1694** W. HOLDER *Disc. Time* vi. 69 The moon has two accounts of her circuit,..one her periodic month, or month of peragration:..the other is her synodic month. **1769** *Philos. Trans. 1768* (Royal Soc.) **58** 179 The duplicate proportion of the periodic month to the anomalistic month. **1833** J. F. W. HERSCHEL *Astron.* viii. 248 A direct method of ascertaining the periodic time of each planet. **1893** R. S. BALL *Story of Sun* 97 What the periodic time of the Moon would have been if our satellite had been devoid of mass. **1941** *Philos. Trans.* (Royal Soc.) A. **239** 205 In order to examine the stability of the periodic motion [of Saturn's rings]..we shall find it necessary to proceed to approximations. **1992** S. P. MARAN *Astron. & Astrophysics Encycl.* 54/2 Astrometric binaries are pairs in which the companion cannot be seen directly, but its presence may be inferred from the periodic motion of the brighter star.

**2. a.** *Med.* and *Veterinary Med.* Of, relating to, or characterized by regularly recurring symptoms; (of symptoms) recurring at regular intervals.

**1661** R. LOVELL Πανζωορυκτολογια 365 The boulimos is a great periodick appetite, often ending in nauseousnesse. **1742** E. YOUNG *Complaint* VI. 154 Periodic Potions for the Sick. **1805** *Med. Jrnl.* 14 88 The fevers of the periodic class exhibit great variety of condition. **1898** T. C. ALLBUTT *Syst. Med.* V. 577 Slight periodic throbbing pains in the joints. **1928** *Arch. Neurol. & Psychiatry* 19 865 The 'explosive' phenomena selected were infantile convulsions, breath-holding, head-banging and a miscellaneous group of periodic attacks. **1957** *Science* 27 Sept. 611/1 In patients other than schizophrenic,

DMAE produces relief of periodic headache, functional bowel distress, and chronic fatigue syndromes. *1990 Brain* **113** 1372 Acetazolamide, initially tried in analogy with its effect in familial periodic ataxia.., has been used by 12 patients.

**b.** Recurring at regular intervals, regular; (more generally) recurring or reappearing intermittently.

**1750** H. WALPOLE *Let.* 2 Apr. in *Lett. to H. Mann* (1834) II. 328, I have advised several who are going to keep their next earthquake in the country to take the bark for it, as it is so periodic. **1834** T. CARLYLE *Sartor Resartus* III. viii. 92/2 Such a minnow is man;..his Ocean the immeasurable All; his Monsoons and periodic Currents the mysterious Course of Providence. **1856** T. DE QUINCEY *Confessions* in *Select. Grave & Gay* V. 25 The fretting..of anxiety, which..he kept alive by this periodic exaction. **1873** T. HARDY *Pair of Blue Eyes* II. xii. 252 His hopes for the best had been but periodic interruptions of a chronic fear of the worst. **1885** *Jrnl. Hellenic Stud.* **6** 344/2 The twenty-second periodic celebration of the Trajaneia. **1940** G. TAYLOR *Austral.* viii. 181 The red soils indicate that the material has been peroxidized under a hot sun in an arid climate not subjected to periodic flooding. **1977** *Washington Post* 20 Feb. K6 The home-video idea..is making one of its periodic bids for attention. **1998** *Borneo Bull.* (Nexis) 7 Apr., There are two inter-monsoon periods in a year occurring before the periodic monsoon. **2002** N. DRURY *Dict. Esoteric* 77/2 There have been periodic clashes with the Royal Canadian Mounted Police.

**c.** *Math.* Of a function: such that the dependent variable returns to the same value at constant intervals of the independent variable (starting from any value of the independent variable).

**1820** C. BABBAGE *Examples Functional Equations* 4 To find periodic functions of the $n$th order. **1850** J. F. W. HERSCHEL in *Philos. Trans.* (Royal Soc.) **140** 400 If $Ax$, $Bx$, &c. be simply constant, the function may be termed a periodic one, since it assumes in periodic and constantly recurring succession the values A, B, C..N, A, B, &c. *ad infinitum*. **1882** G. M. MINCHIN *Uniplanar Kinematics* 13 A function of a variable, $x$, is said to be a periodic function..if its values repeat themselves for values of the variable differing by a constant. **1926** *Proc. London Math. Soc.* **25** 495 H. Bohr..has constructed the theory of almost periodic functions. **1990** *IMA Jrnl. Numerical Anal.* **10** 523 Each $2\pi$-periodic function $v$ has a Fourier expansion.

**d.** *Physics.* Of a physical phenomenon or structure: varying in such a way that the same state or attribute is regularly repeated in time or space; having a physical structure of this nature; exhibiting periodicity.

**1836** *Philos. Trans.* (Royal Soc.) **126** 136 It may be expected, like other tidal inequalities, to be resolvable into a non-periodic and a periodic part. **1859** S. PARKINSON *Optics* (1866) 104 The cylindrical beams transmitted through these annular lenses sweep the horizon and produce a revolving or periodic light. **1899** W. S. FRANKLIN & R. B. WILLIAMSON *Elem. Alternating Currents* v. 59 If a periodic force of given maximum value and given frequency acts upon the body..the body will be set vibrating at the same frequency as that of the force. **1934** *Nature* 16 June 916/1 The

electron extracted from the atom may only move through the periodic field of the lattice with certain discrete energies. **1967** *Brain* **90** 821 The rods showed a crystalline structure with characteristic periodic patterns. **1990** *New Scientist* 30 June 65/3 Slowly altering the value of R2 made the circuit pass through alternating regions of chaos and regular, periodic oscillations.

**3.** Of verbal or written style: characterized by the use of rhetorical periods (PERIOD *n.* 16); elevated, formal, ornamental.

1701 tr. J. Le Clerc *Lives Primitive Fathers* 276 Those Letters are not writ in a Periodick Style, as the Orations. **1709** E. WARD *Humours of Coffee-house* in *Writings* IV. 51 E'ery Sentence so precisely stiff, Was gravely stop'd with periodick whiff. **1828** T. DE QUINCEY *Elem. Rhetoric* in *Blackwood's Mag.* Dec. 898/1 The splendour of his periodic diction, with his fine delivery, compensated his defect in imagery. **1860** G. P. MARSH *Lect. Eng. Lang.* xvii. 361 The Italian resembles the Latin in independence of fixed laws of periodic arrangement. **1875** B. JOWETT tr. Plato *Dialogues* (ed. 2) III. 527 Anaxagoras never attained to a connected or periodic style. **1937** J. P. MARQUAND *Late George Apley* i. 4, I could not avoid thinking of all the other lives which I had heard read out from that platform in sonorous, periodic sentences. **1992** *Amer. Scholar* Autumn 492/2 He wrote..wondrously intricate periodic sentences embedded in impressively lengthy, neatly pointed paragraphs.

**4.** = PERIODICAL *adj.* **5.** Now *rare.*

1835 I. TAYLOR *Spiritual Despotism* i. 19 The despotism of the Periodic Press. **1873** *Appletons' Jrnl.* 8 Mar. 339/1 Those whose nameless voices communicate, through the infinite reverberations of the periodic press, ideas whose originators we meanwhile lose sight of. **1904** *Westm. Gaz.* 30 Apr. 5/2 There is in all these respects no better model for the journalist or periodic writer. **1930** H. G. WELLS *Autocracy of Mr. Parham* II. iv. 128 The need of a stronger and clearer guidance in our periodic literature. **1996** *Russ. Rev.* **55** 9 The periodic press or literary almanacs and publicistic ventures of the period.

**5.** *Chem.* Of or relating to the periodicity of the elements. Cf. *periodic classification* n. at Special uses, *periodic law* n. at Special uses, *periodic system* n. at Special uses, *periodic table* n. at Special uses

1872 *Philos. Mag.* **43** 251 The regular progression in physical and chemical properties observable in members of the same family..are either consequences of, or closely related to, these 'periodic laws'. **1897** *Science* 1 Oct. 500/1 Let us turn our attention to..the atomic weight of argon, and its anomalous position in the periodic scheme of the elements. **1925** *Science* 20 Feb. 208/2 To establish the important facts concerning these missing elements, their location in the periodic scheme, [etc]. **1989** in *Chemists through Years* (Royal Soc. Chem.) (1994) II. 154/2 Element 87, owing to its position in the periodic chart, is the most electropositive element.

**6.** Relating to a particular period of time; relating to or characteristic of a particular period of history (= PERIOD *adj.*).

**1884** J. TAIT *Mind in Matter* IV. 140 A periodic conception of the [six] 'days' would at once suggest itself,..the divine rest embracing an indefinite period. **1937** *Amer. Home* Apr. 165/2 (*advt.*) Those with other preferences will find a 'happy discovery' among our large assortment of various periodic designs. **2001** *Houston* (Texas) *Press* (Nexis) 8 Mar. (Music section), There are plenty of bands playing tunes in periodic style that don't sound authentic to me. They may be playing an old tune, but are they putting themselves into the music?

**B.** *n.*   = PERIODICAL *n.* 2. *rare.*

**1920** C. E. MULFORD *Johnny Nelson* xvii. 222 He says yore puncher was on th'worst bender he's seen in months... That's th' worst of them periodics! You can't never tell when they'll start.

---

SPECIAL USES

**periodic classification** *n. Chem.* the classification of the chemical elements according to the periodic law.

**1881** *Chem. News* 14 Jan. 16/1 The criticism of Prof. Wurtz upon the *periodic classification. **1936** S. GLASSTONE *Recent Adv. Gen. Chem.* i. 36 This elaborate investigation has eliminated all the elements of the first group of the periodic classification. **1995** *Marketing Sci.* **14** G31 Mendeléev's periodic classification of the chemical elements.

**periodic comet** *n. Astron.* a comet with an observably elliptical orbit, esp. one that brings it into the inner solar system at regular intervals.

**1852** E. COOPER *Cometic Orbits* 9 The small inclinations of the orbits of *periodic comets. **1925** *Science* 2 Oct. p. x/2 Brooks's comet [is] one of the seven periodic comets expected to visit the region of the earth this summer. **1992** S. P. MARAN *Astron. & Astrophysics Encycl.* 505/2 The Comet Rendezvous and Asteroid Flyby (CRAF) spacecraft is to accompany the periodic comet Kopff over much of its orbit.

**periodic error** *n. Mech.* and *Physics* an error that recurs at regular intervals and so can be predicted (and therefore corrected for).

**1850** R. W. EMERSON *Montaigne* in *Representative Men* iv. 160 We are golden averages, volitant stabilities, compensated or *periodic errors. **1879** *Amer. Jrnl. Math.* **2** 338 In consequence of the periodic error of the screw, a periodic inequality is produced in the ruling. **1953** K. J. HUME & G. H. SHARP *Pract. Metrol.* (1965) II. v. 31 The periodic error is the error existing in one revolution of the micrometer and is usually caused by 'drunkenness' of the thread or eccentricity of the thimble or its graduations. **2002** *Appl. Physics Lett.* **81** 3122 From scanning electron microscope observation of the crystals, the periodic error was determined to be within 50 nm.

**periodic inequality** *n. Astron.* (now *rare*) a recurring perturbation in the orbit of a celestial object due to the gravitational attraction of another body.

> **1830** *Philos. Trans.* (Royal Soc.) **120** 340 The periods of the *periodic inequalities of all the elliptic constants due to the action of the resisting medium are fractional parts of the periodic time of the planet. **1927** *Proc. National Acad. Sci. U.S.A.* **13** 834 The periodic inequality in the photometric formula can be accounted for by the progressive motion of the periastron.

**periodic law** *n. Chem.* the law that the chemical elements, when listed in order of their atomic numbers (originally, atomic weights), fall into recurring groups, so that elements with similar properties occur at regular intervals.

> **1872** *Philos. Mag.* **43** 251 The regular progression in physical and chemical properties observable in members of the same family..are either consequences of, or closely related to, these '*periodic laws'. **1907** *Science* 4 Jan. 10/2 Professor J. J. Thomson has succeeded in picturing the periodic law as an almost immediate consequence of the atomic structure which he has proposed. **1996** *Isis* **87** 595 The reception of the periodic law of the elements..has attracted only a handful of historians, although the story of its discovery and verification is well known.

**periodic system** *n. Chem.* = *periodic classification* n.

> **1875** *Chem. News* 24 Dec. 294/1 These characters of [gallium]..have been obtained..by considering its place in the *periodic system of the elements. **1969** J. W. VAN SPRONSEN (*title*) The periodic system of chemical elements. **2001** *Slavic Rev.* **60** 757 Mendeleyeev is best known as the formulator of the periodic system of chemical elements.

**periodic table** *n. Chem.* a table of the elements arranged according to the periodic law; *spec.* one in which they are arranged in order of atomic number, usually in rows, such that groups of elements possessing analogous electronic structures, and hence exhibiting similar chemical properties, form vertical columns (groups) of the table.

> **1890** *Science* 21 Feb. 126/2 The horizontal series in the *periodic table to which the element belongs. **1930** *Engineering* 21 Mar. 372/2 The sequence of the elements in the old periodic table with its eight groups and seven periods. **1990** *Sciences* Jan.-Feb. 4/3 When the elements are merely indexed by atomic weight, a list results, but when that list is arranged so that similar elements appear in vertical columns..the list becomes the periodic table.

**periodic time** *n.* (*a*) *Astron.* = PERIOD *n.* 7b; (*b*) *Science* = PERIOD *n.* 7e.

> **1715** tr. D. Gregory *Elements Astron.* I. i. §84. 192 If the Sun were retained by the same Force [*sc.* gravity], propagated so far as itself, the Cubes of the Distances of the Sun and Moon..would have the same ratio as the Squares of their *Periodic Times. **1862** W. FROUDE *Rolling of Ships* 75 All ships having the same 'periodic time', or period of natural roll, when artificially put in motion in still water, will go through the same series of movements. **1870** *Nature* 6 Oct. 461/1 The periodic time of a wave, its length..,

and its speed of advance, are all related to each other by laws. **1977** *Whitaker's Almanack* 156/1 The squares of the periodic times vary as the cubes of the semi-major axes.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# preferred, *ppl. a.*

SECOND EDITION 1989

(prɪˈfɜːd) [f. PREFER + -ED[1].]

**†1.** Put forward, advanced, promoted. *Obs.*

> **1483** *Cath. Angl.* 290/2 Preferryd, *prepositus, prelatus.* **1656** STANLEY *Hist. Philos.* VIII. (1701) 328/1 We call not those things which are in the first place, the preferred or promoted, but those which are in the second.

**2.** That has obtained preferment or promotion.

> **1720** SWIFT *Fates of Clergymen* Wks. 1755 II. II. 28 Censorious upon all his brethren..while they continued meanly preferred. **1772** BURKE *Sp. Acts of Uniformity* Wks. 1812 V. 328 They want to be preferred Clergymen in the Church of England as by Law established, but their consciences will not suffer them to conform to the doctrines and practices of that Church. **1837** ALISON *Hist. Europe* (1850) VIII. xlix. §31. 34 Individual injustice is not to be always excused by the merits of the preferred functionary.

**3. a.** Approved, chosen, or desired by preference.

> **1871** E. F. BURR *Ad Fidem* xiv. 273 Twist, and strain, and mutilate facts, into a preferred shape. **1887** *Lit. World* (U.S.) 23 July 228/1 His preferred plan was to betroth her to the English Prince of Wales.

**b.** Applied to a set of numbers or values forming an approximate geometrical progression and used to determine the officially recommended values of a dimension or other characteristic with which standard components should be made, so as to cover most efficiently the range of possible requirements.

> **1922** *Mech. Engin.* XLIV. 791/1 A careful study of manufactured articles shows that even when sizes are determined by utility or use value, the choice of size is largely arbitrary. It is therefore obvious that if certain numerical values are universally accepted as preferred values, and if they are so spaced and of such extent as to fit in with all requirements met in deciding on sizes to be used, the arbitrary choices may be so made as to yield sizes expressible in terms of these preferred numbers. **1936** *Proc. IRE* XXIV. 159 Preferred numbers are certain numbers that have been selected to be used for standardization purposes in preference to any others. **1962** S. HANDEL *Dict. Electronics* 269 Manufacturers and users of electrical and electronic components such as fixed resistors and capacitors find that there are advantages in standardizing component values and adopt preferred values so that each value differs from the

preceding one by a constant multiplier. **1963** J̲E̲R̲R̲A̲R̲D̲ & M̲C̲N̲E̲I̲L̲L̲ *Dict. Sci. Units* 110 Preferred numbers are conventionally rounded off terms in a geometrical progression whereby a tenth multiple of the initial term is obtained after a predetermined number of terms, viz: $p, pq, pq^2,..pq^{n-1}, pq^n$, where $p$ is the initial number, $n$ is the number of terms and $q$ a factor such that $q^n = 10$.

**4.** Having a prior claim to payment; privileged. ***preferred share, stock***: = PREFERENCE *share, stock.*

> **1864** W̲E̲B̲S̲T̲E̲R̲ s.v. *Prefer, Preferred stock*, stock which takes a dividend before other capital stock;—called, in England, *preferential stock.* **1890** *Cent. Dict.*, Preferred creditor. **1901** *N. Amer. Rev.* Feb. 201 In 1805..he [Marshall] found ..authority for a law making the United States a preferred creditor. **1904** *Q. Rev.* Jan. 194 The preferred stock of a combination is an investment security.

**5.** *transf.* That is exhibited or adopted by a natural system, object, or substance more commonly than, or to the exclusion of, other apparently possible properties or modes of development; ***preferred orientation***, an orientation which crystals in a material tend to adopt or in which they tend to form, usu. because of applied stress.

> **1929** *Chem. Abstr.* XXIII. 1051 The detn. of the presence and the quant. description of preferred orientations in cryst. masses. **1954** R̲.̲ L̲.̲ P̲A̲R̲K̲E̲R̲ tr. *Niggli's Rocks & Min. Deposits* v. 153 If the variable attribute (grain diameter, for instance) can be characterized both by size and by frequency, a mean size must first be determined. To this end the central or preferred value (modal value) in the distribution must be sought..or the value of the arithmetic mean..calculated. **1956** *Jrnl. Iron & Steel Inst.* CLXXXIII. 99/2 The Zn coating on galvanized wire shows no preferred orientation. **1956** *Q. Jrnl. Geol. Soc.* CXII. 123 A specimen from Logie Head..shows no apparent preferred orientation of quartzes and the measurements are evenly scattered over the fabric diagram. **1962** E. S. G̲O̲U̲L̲D̲ *Inorg. Reactions & Struct.* (rev. ed.) iii. 64 The configuration with bond directions towards the corners of a regular octahedron..may be shown to be preferred. **1968** M̲.̲ S̲.̲ L̲I̲V̲I̲N̲G̲S̲T̲O̲N̲ *Particle Physics* x. 171 In such a plot, broad peaks are frequently observed centred about specific values of energy. Such a preferred value of energy indicates a state of the system of two particles for which decay into the final products is more probable than for lower or higher values. **1971** *Nature* 4 June 306/2 The wind has a strongly preferred direction up and down the length of the steep-sided Loch. **1974** D. M. A̲D̲A̲M̲S̲ *Inorg. Solids* v. 97 In Chapter 4 we saw that the relative sizes of the ions in a crystal could be related to preferred coordination arrangements.

Hence **pre'ferredness**.

> *a***1866** J. G̲R̲O̲T̲E̲ *Exam. Utilit. Philos.* iii. (1870) 51 This preferability he makes matter again of simple experience..we should rather call it actual preferredness.

DRAFT ADDITIONS DECEMBER 2004

**preferred**, *ppl. a.*

▸ **preferred provider** orig. and chiefly *U.S.*, a health-care provider (such as a doctor, clinic, etc.) offering reduced-cost treatment to subscribers to a particular health-care plan or insurer; freq. *attrib.* (cf. *preferred provider organization*).

> **1982** *Business Week* 8 Feb. 62/3 Employees..are offered financial incentives to utilize designated '*preferred providers'. **2001** *Wall St. Jrnl.* 17 Jan. A10/1 Less-stringent products that have become popular with consumers and employers, including preferred-provider networks and point-of-service plans.

▸ **preferred provider organization** orig. and chiefly *U.S.*, an organization that gives its members access to a network of health-care providers at a much-reduced fee, and also allows patients to consult such providers from outside this network on less advantageous terms; abbreviated *PPO*.

> **1982** *Business Week* 8 Feb. 62/3 Another new form of competitive health plan is the so-called '*preferred-provider organizations'. In such plans, employees are free to go to their regular physicians under their ordinary insurance coverage but are offered financial incentives to utilize designated 'preferred providers'—doctors and hospitals that agree to combine efficient practice styles with discounted fees. **2002** *Time* 28 Jan. 29/3 Preferred provider organization..is a hybrid of managed care, as delivered through an HMO, and the old-fashioned fee-for-service plan. In a PPO, you can go to any doctor you want. But out-of-pocket costs are much higher if you go outside the plan's network of providers.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# queue, *n.*

SECOND EDITION 1989

(kjuː) Also 9 **queu**. [a. F. *queue*, OF. *coue, cue, coe:*—L. *cauda* tail: see CUE *n.*[3]]

**1.** *Her.* The tail of a beast.
***queue fourché(e,*** having a forked or double tail.

> **1592** W. WYRLEY *Armorie* 41 Gold ramping Lion queue doth forked hold. **1864** BOUTELL *Her. Hist. & Pop.* xiv. (ed. 3) 164 The lion of Gueldres is also queue fourchée. **1868** CUSSANS *Her.* (1893) 86 A Lion, with its tail between its legs, is said to be *Coward*; when furnished with two tails, *Queue fourché,* or *Double queued.*

**2.** A long plait of hair worn hanging down behind, from the head or from a wig; a pig-tail.

> **1748** SMOLLETT *Rod. Rand.* (1760) II. xlix. 116 A..coat over which his own hair descended in a leathern queue. **1774** GOLDSM. *Nat. Hist.* II. v. 100 The largeness of the doctor's wig arises from the same pride with the smallness of the beau's queue. **1802** JAMES *Milit. Dict., Queue..*an appendage that every British soldier is directed to wear in lieu of a club. **1843** LE FEVRE *Life Trav. Phys.* I. I. viii. 183 Old cocked-hats, and tied queues, still stalk about the town. **1888** W. R. CARLES *Life in Corea* iii. 40 These boys were all bachelors, and wore their hair in a queue down their backs. **1904** L. HEARN *Japan: an Attempt at Interpretation* xii. 257 All classes excepting the nobility, samurai, Shinto priests, and doctors, shaved the greater part of the head, and wore queues. **1947** R. BENEDICT *Chrysanthemum & Sword* iv. 77 Insignia and distinctive dress of caste were outlawed—even queues had to be cut. **1959** E. TUNIS *Indians* 117/1 The Hopi had brown skins and straight black hair. Men wore it either in a queue bound up in the back or in the long bob they inherited from the Basket-makers. **1976** 'D. FLETCHER' *Don't whistle 'Macbeth'* 22 One of her habitual wigs..that..ended in a pert *queue* at the back.

**3.** A number of persons ranged in a line, awaiting their turn to proceed, as at a ticket-office; also, a line of carriages, etc. Also *transf.* and *fig.* ***to jump the queue***: see JUMP *v.* 10c.

> **1837** CARLYLE *Fr. Rev.* I. VII. iv, That talent..of spontaneously standing in queue, distinguishes..the French People. **1862** THACKERAY *Philip* II. viii. 177 A half-mile *queue* of carriages was formed along the street. **1876** C. M. DAVIES *Unorth. Lond.* (ed. 2) 120 A long queue, like that outside a Parisian theatre. **1903** E. CHILDERS *Riddle of Sands* xxvi. 298, I joined a *queue* of three or four persons who were waiting their turn, flattened myself between them and the partition till I heard him walk out. **1943** E. M. ALMEDINGEN *Frossia* ii. 64 Paulina had a mind above bread queues and unlit streets. **1951** *Jrnl. R. Statistical Soc.* B. XIII. 152 My own interest in the subject arose from a

correspondence..about queues of taxis in station yards and of customers in retail shops.
**1953** *Times* 5 Nov. 4/2 It would be for the Commons to discuss whether the claim of
the judges on salaries in the queue of claims should be met before others. **1956**
*Newsweek* 9 Jan. 43/1 In Leningrad, Gershwin's music and Heyward's 'Porgy' were
anticipated by a two-day queue for tickets priced up to $15 apiece in rubles. **1958**
*Listener* 20 Nov. 839/3 After the war the railways had to take their place in the queue
after housing and housing repairs. **1966** *Rep. Comm. Inquiry Univ. Oxf.* II. 279 In arts
and social studies, most of those with a college post before a university post were
tutorial fellows in the 'queue' for a CUF lectureship. **1968** *Sci. Amer.* Aug. 96/1
Airplanes stacked over an airport, shoppers,..freight cars lined up for unloading at a
railroad terminal and messages seeking a free path through a telegraph network all
have one thing in common: they are members of a queue, or a line waiting for a service.
**1969** *Listener* 28 Aug. 267/3 Are we going to wait until Marxism and socialism have
conquered the world, and then stand there last in the queue, waiting for its return to
us? **1977** *Spare Rib* May 19/4 Women in poor areas are always at the end of the queue
for anything.

**4.** A support for the butt of a lance.

    **1855** in OGILVIE *Suppl.* **1860** HEWITT *Ancient Armour* Suppl. 647 The butt of the
lance..is supported by the piece called the queue: this was of iron, and made fast to the
body-armour by screws.

**5. a.** 'The tail-piece of a violin or other instrument.'   **b.** 'The tail of a note' (Stainer &
Barrett *Dict. Mus. Terms* 1876).

**6.** (Perh. a different word.) A barrel or cask capable of holding approximately one and a
half hogsheads of liquid, usu. wine.

    **1777** P. THICKNESSE *Year's Journey* I. vi. 47 The carriage of a queue of wine from Dijon
to Dunkirk..costs an hundred livres..but if sent in the bottle, the carriage will be just
double. **1851** C. REDDING *Hist. & Descr. Mod. Wines* v. 91 The names applied in various
wine districts of France to the casks which they use, differ without reference to the
measure; in the department of the Marne, the *tonneau* is called the *queue*. **1931** W. E.
MEAD *Eng. Medieval Feast* iii. 81 In 1385-6 Jean de Neele declared that his household
used in one year between six and seven 'queues' of verjuice or between 2,346 and 2,737
litres. **1956** *Atlantic Monthly* June 94/2 In Burgundy the barrel is called *pièce* and
contains from 226 to 228 liters, in the Mâconnais 215 liters, in the Beaujolais 216 liters,
in Alsace 114 liters. In the Champagne it's called a *queue* and contains 216 liters.

**7.** *attrib.* and *Comb.*, as **queue day**, **discipline**, **driving**, **form**, **number**, **system**,
**theory** (hence **queue-theoretic** adj.); **queue-barging** *vbl. n.*, = QUEUE-JUMPING.

    **1977** *Time Out* 30 Sept.-6 Oct. 15/1 The elaborate queue system is an attempt to
eliminate queue barging.

    **1908** *Daily Chron.* 4 Aug. 3/4 It was queue day at the Franco-British Exhibition
yesterday. At 6 o'clock..a line of people a quarter of a mile long extended on either side

of the Flip Flap. **1951** *Jrnl. R. Statistical Soc.* B. XIII. 152 The queue-discipline is the rule or moral code determining the manner in which the customers form up into a queue and the manner in which they behave while waiting. **1972** *Guardian* 29 Aug. 2/1 The high standard of British queue discipline.

**1970** *Sunday Tel.* 20 Dec. 7/5 Yet another factor contributing to fast 'queue' driving in fog on motorways..is that drivers with their families as passengers tend to drive quickly for fear that a car behind might ram them.

**1902** *Westm. Gaz.* 14 Nov. 10/1 From the pens to the steps of the car the intending passengers will go in queue form, as now adopted with so much success at most of the theatres. **1956** R. BRADDON *Nancy Wake* I. i. 9 Each day they received queue numbers so that they could take up their correct positions next morning.

**1941** *New Statesman* 27 Dec. 523/2 The argument that the queue system is fair to everybody. **1966** S. BEER *Decision & Control* ix. 176 This thoroughly basic situation is so important in operational research as applied to dynamic systems that a whole branch of mathematical statistics, known as queue theory, has been developed round it. *Ibid.* 178 Some of the earliest queue-theoretic notions were developed around the problem of the doctor's waiting room.

ADDITIONS SERIES 1993

**queue**, *n.*

Add:    **[3.] b.** *Computing.* A list of data items, commands, etc. stored in such a way that the most recently stored item cannot be, or by software convention is not, retrieved before all of the previously stored items have been retrieved. (Also formerly, = STACK *n.* 1 f.)

**1963** BROOKS & IVERSON *Automatic Data Processing* vi. 310 If a pool is organized as a backward-chained stack, then the component next taken from the pool is the component last added to it. The queue of components in the pool therefore obeys a so-called last-in-first-out, or LIFO discipline. **1970** H. A. RODGERS *Dict. Data Processing Terms* 86/2 Queue,..an ordered sequence of items waiting to be serviced according to their order. **1983** *Austral. Personal Computer* Aug. 98/3 To use an array 'Q' to represent a queue is almost as simple. All you need is a pointer 'S' to the start of the queue and a pointer 'E' to the end of the queue.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# rent, *v.*[1]

SECOND EDITION 1989

(rɛnt) [ad. OF. *renter*, f. *rente*; or directly f. RENT *n.*[1]]

†**1.** *trans.* To provide with revenues; to endow.

> **1362** LANGL. *P. Pl.* A. VIII. 35 Treuþe..bad hem..Rule religion and rente [*v.r.* renten] hem betere. **c1475** *Partenay* 5300 That place [he] augmented passingly..And rentid gretly to the house encresse. **1485** CAXTON *Chas. Gt.* 208 He founded, rented, & releued many & dyuers chyrches.

**2. a.** To pay rent for (land, houses, etc.); to take, hold, occupy or use, by payment of rent. Also *absol.*

> **1530** PALSGR. 686/1, I rente, I paye farme hyre. **1603** SHAKES. *Meas. for M.* II. i. 254 If this law hold in Vienna ten yeare, ile rent the fairest house in it, after three pence a Bay. **1622** MABBE tr. *Aleman's Guzman d'Alf.* I. 196 Such beggers as are so disposed, may rent certaine children. **1671** W. BERKELEY in E. D. Neill *Virginia Carolorum* (1886) viii. 335 In Virginia about forty thousand persons..have come to settle and rent. **1716** ADDISON *Drummer* I. i, I'll e'en marry Nell, and rent a bit of Ground of my own. **1763** JEFFERSON *Corr.* Wks. 1859 I. 188, I do not know that I shall have occasion to return, if I can rent rooms in town to lodge in. **1885** *Law Rep.* 15 *Q.B. Div.* 316 The truck in question was rented by the defendant..from the Midland Waggon Co. **1911** M. W. OVINGTON *Half Man* 44 Not only were they unable to rent in neighbourhoods suitable for respectable men and women. **1979** *N.Y. Rev. Bks.* 17 May 6/2 New Yorkers rent. They don't buy.

**b.** To obtain money from (someone) by criminal means or in exchange for homosexual favours. *slang.*

> **1898** O. WILDE *Let.* 11 May (1962) 738 Bosie..is devoted to a dreadful little ruffian aged fourteen... Every time he goes home with Bosie he tries to rent him. **1956** C. MACKENZIE *Thin Ice* xiii. 172 'I reckon you thought I was trying to rent Mr. Fortescue, eh?' 'To do what?' I asked in astonishment at such an expression. 'Get money out of him.'

**3.** To let (*out*) for rent or payment; to hire out. Also *transf.* or *fig.*

> **1546** *Yorks. Chantry Surv.* (Surtees) II. 323 In the same deanes handes, the Shepgate ther, not rented. **1564** in W. H. Turner *Select. Rec. Oxford* (1880) 307 Sydelyng shalbe taken into the most profytt of this Cytye, and to be rentyd and letten also. **1613** J. FLETCHER *Christ's Bloody Sweat* 12 [Soldiers] For prey and spoyle aduenturing to rent

Their liues and soules. **1730** A. GORDON *Maffei's Amphith.* 374 Our Community..rents out those Places which otherwise would be useless. **1737** SWIFT *Let. to J. Barber* 30 Mar., I confess there is no reason why an honourable Society should rent their estate for a trifle. **1817** PAULDING *Lett. from South* II. 64 Our guide..was 'rented' out to the King of England, by the legitimate Prince of Hesse Castle. **1895** *Outing* (U.S.) XXVII. 210/1 A few residents, who eke out a meagre existence by renting boats to the occasional sportsman.

†**4.**  **a.** To pay (a sum) as tribute. *Obs. rare*‾¹.

> **1613** PURCHAS *Pilgrimage* VI. xi. 524 Muley Hamet..conquered Tombuto and Gago:..Laurence Madoc..saith that Tombuto rented threescore quintals of Golde.

†**b.** To produce or bring in as rent. *Obs. rare*‾¹.

> **1774** *Ann. Reg.* 150 The estate of Broughton which rents above 700*l.* per annum was..sold for 14,000*l.*

**5.** *intr.* To let *at* a certain rent. Also const. *for.* Now chiefly *N. Amer.*

> **1784** G. WASHINGTON *Diary* 15 Sept. (1925) II. 292 The Plantation on which Mr. Simpson lives rented well—viz. for 500 Bushels of Wheat. **1805** *New-England Palladium* (Boston) 26 July 3/3 Two convenient Tenaments, for small families, that will rent at 12 pr. cent of what they will be sold for. **1815** SIMOND *Tour Gt. Brit.* I. 313 Arable land rents at £3 and £4, or even £6 an acre. **1828** P. CUNNINGHAM *N.S. Wales* (ed. 3) II. 66 The market-dues for this traffic renting, the present year, at 840*l.* **1947** *Chicago Daily News* 25 Feb. 1/4 (*caption*) 4-room apartment to rent for $120. **1974** *Whig-Standard* (Kingston, Ontario) 11 Jan. 7/2 The smallest 'bedsitter' apartment in central London rents for about $25 per week.

**6.** *trans.* To charge (a person) with rent; to impose a certain rent on (one).

> **1881** *Times* 13 Apr. 11/2 Any tenant, however lightly rented, will..have the strongest inducement to bring his landlord before the Court and to get the rent judicially fixed. **1894** *Daily News* 24 Apr. 6/5 It might deprive them of the power..to rent a man upon his own improvements.

**7. a.** Used (with reference to sense 2) in the form ***rent-a-*** prefixing a noun (usu. with hyphens) to designate the rental of the thing specified, orig. and chiefly a motor vehicle. ***Rentacar*** forms part of a proprietary term in the U.S.

> **1921** *Chicago Central Business & Office Building Directory* 531/1 Rent-a-Ford (*Inc.*) 1450 S. Michigan av. **1924** *Official Gaz.* (U.S. Patent Office) 19 Feb. 503/1 The Rentacar Company, Toledo, Ohio..Rentacar U-Drive..Automobiles. Claims use since Aug. 6, 1921. **1935** *Arch. Dermatol. & Syphilol.* XXXII. 78 A man..who owned a 'rent-a-car' business. **1963** *Fortune* Sept. 78 (Advt.), Avis is only No. 2 in rent a cars. So we have to try harder. **1966** J. GARDNER *Amber Nine* xi. 161 Martin..was at the wheel of the Rent-a-Car Merc. **1969** 'G. BLACK' *Cold Jungle* ix. 137 The rentacar Zephyr was still

waiting on grass. **1971** *E. Afr. Standard* (Nairobi) 13 Apr. 13/6 Rent-a-train and unit-train operations across North America would siphon more than 4 million tons of cargo from the Seaway. **1972** 'G. BLACK' *Bitter Tea* (1973) ii. 26 The key to my rentacar was in one of my damp pockets. **1976** *National Observer* (U.S.) 21 Aug. 7/1 Rent-a-horse service is available from a riding school next door. **1977** *Rolling Stone* 19 May 11/2 His is a typical L.A. rent-a-home.

**b.** In various extended and fanciful uses, as ***rent-a-crowd***, ***rent-a-mob***, etc., to denote the spontaneous acquisition or instant availability (usu. for some transitory purpose) of the thing specified. Also *transf.* in *concr.* senses.

**1961** *Daily Tel.* 21 Dec. 8/6 Dictators!!! When you liberate a territory or mop up a colonialist enclave, are you disappointed and upset to receive only a tepid welcome from the people? Let *rentacrowd* help you! We can supply cheering crowds for all occasions. **1964** C. DRIVER *Disarmers* x. 233 The phenomenon which Peter Simple of the *Daily Telegraph* cruelly christened 'Rentacrowd': London's instantly available progressive claque ready..to demonstrate on a whole range of causes. **1968** *Guardian* 22 Aug. 8/6 Ali..is the only man in Britain at the moment who can summon up a sizable Rentacrowd fast. **1970** *Peace News* 5 Sept. 7/1 One of the chief rentacops was reportedly bitten in the genitals by one of his own dogs. **1970** *Guardian* 27 Oct. 11/5 The strategy was based upon a tactic which Oxford students called Rentamob..a hard core of rioters who could turn a demonstration into a confrontation. **1972** M. JONES *Life on Dole* i. 11 In Merthyr Tydfil it was the day for the demonstration against unemployment... There are no professional marchers—no Rentacrowd—here. **1976** *Times* 27 Jan. 4/1 Squatters in London are reported to be using children in a 'rent-a-kid' system, as a means of being rehoused. **1977** *New Society* 7 July 15/1 Trouble was caused not by ordinary workers, still less by management, but by Rent-a-picket... 'There's always the Rent-a-crowd element that hangs on to strikes.' **1979** *Daily Tel.* 17 Nov. 2/1 Sir John denied that the trade union movement was contaminated by the 'rent-a-mob' philosophy.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# rental, *n.*

SECOND EDITION 1989

('rɛntəl) Also 4-8 **rentall**, 6 **-aill**, **-ayl**. [a. AF. *rental* (Godef.) or ad. Anglo-Lat. *rentale* (Du Cange): see RENT *n.*[1] and -AL[1].]

**1. a.** A list or register of the rents due by tenants to a proprietor; a rent-roll. Now *rare*.

   **1362** LANGL. *P. Pl.* A. VII. 83 To ha reles and remission on þat rental I be-leeue. **c1440** *Jacob's Well* 41 3if a styward fynde in þe old court-rollys & rentallys..þat þou art behynde of þi rente to þi lord. **1523** FITZHERB. *Surv.* 12 What rentes..the lorde ought to haue of his tenauntes can nat be knowen but by the..court rolles, rentayles [etc.]. **1584** *Reg. Privy Council Scot.* III. 698 Brigand with thame..ane just and trew inventour and rentall of the convent. **1709** *Lond. Gaz.* No. 4520/3 The two several Demesnes..to be Sold, and a Rental or Proposals thereof is to be had at Mr. Thomas Norton's. **1824** SCOTT *Redgauntlet* let. xi, I have heard of a thing they call Doomsday-book—I am clear it has been a rental of back-ganging tenants.

**b.** An income arising from rents received.

   **c1395** *Plowman's Tale* I. 474 Her seruauntes be to them vnholde But they can doublin theyr rentall. **1801** *Lusignan* II. 154 Emily's vast rental offered a mark to his ambition. **1878** LECKY *Eng. in 18th C.* II. vii. 239 Prior, in 1730, calculated the rental spent by absentees in England at about 620,000*l.*

**2. a.** The amount paid or received as rent.

   **1637-50** ROW *Hist. Kirk* (Wodrow Soc.) 42 If any Minister sett his gleib or manse, or any part of the fruits thereof, with diminution of the rentall, that all such tacks be declared null. **1765** BLACKSTONE *Comm.* I. viii. 300 The rental of the kingdom was supposed to be so exceeding low, that one subsidy of this sort did not..amount to more than 70,000*l.* **1844** DISRAELI *Coningsby* III. iii, Lord Everingham..frightened him with visions of rates exceeding rentals.

**b.** A house, flat, car, etc., let out for rent. Chiefly *N. Amer.*

   **1952** *Sat. Even. Post* 22 Nov. 25 Sometimes a mob of hoodlums in a rental forced off the road by pursuing police would get tangled up in their own arsenal. **1968** *Globe & Mail* (Toronto) 3 Feb. 3/3 Habitat, Expo's futuristic housing complex, has started a new life as an ordinary rental development. **1970** *New York* 16 Nov. 42/3 They began breaking up the mills and foundries into rentals for small~time manufacturers. **1972** J. GORES *Dead Skip* xi. 76 The house was a rental, and rental properties meant landladies. **1981** *Nordic Skiing* Jan. 47/1 The ski shop carries complete rentals in all sizes and reservations on rental equipment are accepted.

**3.** *Sc.* A species of lease or 'tack' granted to a 'kindly tenant' (see KINDLY *a.* 3, quot. 1773).

> **1565-6** *Reg. Privy Council Scot.* I. 428 Obtenit ane new tak and rentall thairof. **1580-1** *Ibid.* III. 351 They have..had thair rentalis thairof..for ane certane sowme of entrie. *a***1768** ERSKINE *Inst. Law Scot.* II. vi. §38 (1773) 267 Rentals commonly bear a clause, that the rentaller shall neither assign nor subset.

**4.** The fact or process of renting (in the sense of RENT *v.*[1] 3).

> **1915** *Nat. Real Estate Jrnl.* Nov. 332/2 The duty of the agent to owners whose property he has in charge for rental, requires him to make untiring effort to promptly secure desirable tenants. **1928** *Publishers' Weekly* 12 May 1951 The rental of children's books has not so far been well tested out, as only four of the stores replying have collections of children's books. **1977** *Grimsby Even. Tel.* 31 May 11/2 (Advt.), The property is on rental.

**5.** *attrib.* as **rental agency, agent, boll, book, car, (feu-)duty, house, land, mail, right, roll**; **rental library** chiefly *U.S.*, a library at which a charge is made for the loan of books.

> **1947** S. L. MCMICHAEL *How to operate Real Estate Business* xxvii. 221 The *rental agency must use considerable tact in fitting tenants into the right locations. **1972** J. PHILIPS *Vanishing Senator* III. iv. 136 Couldn't you try rental agencies? **1978** R. LUDLUM *Holcroft Covenant* xiii. 153 The rental agency was not amused, but Holcroft gave them no choice.

> **1915** *Nat. Real Estate Jrnl.* Nov. 332/2 (*heading*) Duties of *rental agents. **1967** *Boston Sunday Globe* 23 Apr. B43/7 The rental agent is Martin Cerel, Natick realtor. **1979** *N.Y. Rev. Bks.* 17 May 37 (Advt.), Britain's most experienced rental agent is here to give you every assistance with your plans for accommodation.

> *a***1768** ERSKINE *Inst. Law Scot.* II. x. §25 (1773) Sometimes the titular..accepted of a stated quantity of corns yearly, commonly called *rental bolls.

> **1518-19** *Rec. St. Mary at Hill* 300 Paid for papur for..the *Rentall boke. *a***1768** ERSKINE *Inst. Law Scot.* II. vi. §37 (1773) 267 If the proprietor barely inrol a tenant in his rental-book,..the inrolment is sufficient to defend the tenant. **1824** SCOTT *Redgauntlet* let. xi, I will bear the contents to your credit in the rental-book.

> **1962** *Time* 7 Dec. 84/3 Cut-rate *rental cars are generally as clean and well-serviced as the big three. **1978** S. SHELDON *Bloodline* xxxiii. 315 It took almost three hours for Max to drive to Lesgets in a Volkswagen, the cheapest rental car he could find.

> **1640-1** *Kirkcudbr. War-Comm. Min. Bk* (1855) 95 The heritor to pey the tenth and twentieth penny for his *rentall dewtie.

**1591** *Reg. Privy Council Scot.* IV. 629 The auld \*rentaill few dewitie.

**1953** A. UPFIELD *Murder must Wait* ix. 85 \*Rental houses are few..and the demand for them is heavy.

***a*1768** <u>ERSKINE</u> *Inst. Law Scot.* II. vi. §38 (1773) 267 A rentaller..by exchanging his \*rental lands..incurs the forfeiture of his right.

**1928** *Publishers' Weekly* 14 July 169 His basement book-store..is now the home of an unusually successful \*rental library. **1934** G. CONKLIN *How to run Rental Library* i. 11 The rental library..is strictly limited to that type of book-renting business which is organized for the purpose of profit. **1946** <u>R. CHANDLER</u> *Let.* 9 Jan. (1966) 136 The publishers have co-operated in the rental library swindle over a period of years.

**1820** <u>SCOTT</u> *Monast.* xxxiii, Settling the \*rental mails, and feu-duties.

**1838** <u>W. BELL</u> *Dict. Law Scot.* 566 The right was not effectual against singular successors, unless the rentaller could show a \*rental right.

**1433** *Rolls of Parlt.* IV. 479/2 That the rolles of accounte..and the \*rentall rolle..be putte and kepte in the cofre.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# selection

SECOND EDITION 1989

(sɪˈlɛkʃən) [ad. L. *selectiōn-em*, n. of action f. *sēligĕre*: see SELECT *v.*]

**1.** The action of selecting or choosing out; also the fact of being selected or chosen.

> **1646-58** SIR T. BROWNE *Pseud. Ep.* III. xxv. (ed. 4) 211 While we single out several dishes, and reject others, the selection seems but arbitrary, or upon opinion. **1744** HARRIS *Three Treat.* Wks. (1841) 83 It should seem, then,..that the essence of right conduct lay in selection and rejection. **1825** COLERIDGE *Aids Refl.* (1843) I. 187 There is [in the instinctive action of insects] selection, but not choice; volition rather than will. **1890** A. J. BELL *Why does Man exist?* xi. 75 Can selection of food-materials by plants be accounted for without consciousness? **1893** J. A. HODGES *Elem. Photogr.* (1907) 113 The careful selection of the point of view.

**2. a.** A particular choice; choice of a particular individual or individuals; *concr.* the (†person or) thing selected; a number of selected (†persons or) things. Often, a passage or a number of extracts from one or more literary works; a musical passage or a sequence of selected musical extracts.

> **1805** W. COOKE *Foote* II. 7 His company generally consisted of men of rank and fashion, some literary characters, and a selection from the stage. **1828** B. OAKLEY (*title*) Selections from Shakspeare. **1837** DICKENS *Pickw.* xxxvii, At this, the assembled selections laughed very heartily. **1857** W. ACTON *Prostitution* vii. 103 [We]..enjoyed in a grim kind of way the 'selection' from some favourite opera. **1865** (*title*) A Selection from the Works of Alfred Tennyson. **1878** C. STANFORD *Symb. Christ* i. 27 They make a selection from His laws, choosing some and rejecting others. **1887** TRAILL in *Contemp. Rev.* Oct. 479 The English public..does not pretend to care for poetry except in 'selections'. **1899** *Observer* 1 Oct. 5/3 The 'selection', which always begins the second part of the concert, was the familiar fantasia on English airs. **1929** *Radio Times* 8 Nov. 411/1 Selection of Songs by T. C. Sterndale Bennett. **1945** S. HUGHES in C. Madge *Pilot Papers* I. 94 The brass band repertoire..consists principally of marches..waltzes and light opera selections. **1968** M. BALL (*title*) Selections from the classics for chime bar music making.

**b.** *Sporting*. The horse or horses selected by a racing prophet as likely to win or obtain a place.

> **1901** *Scotsman* 12 Mar. 5/2 In 1897..the sporting selections of a highly respectable newspaper..the individual race prophecies numbered 1739.

**c.** in *pl.* 'In tobacco-culture, the choicest leaves and the highest grades of

tobacco' (*Funk's Stand. Dict.* 1895).

**3. a.** Applied *spec.* to the action of a breeder in selecting individuals from which to breed, in order to obtain some desired quality or characteristic in the descendants.  **b.** Hence in *Biol.*, used by C. Darwin (*Origin of Species*, 1859) and subsequent writers, to designate any process, whether artificial or natural, which brings about a particular modification of an animal or vegetable type by ensuring that in successive generations the individuals that reproduce their kind shall be those that have transmissible variations from the ancestral form in the direction of this modification.

*natural selection*: the operation of natural causes by which those individuals of a species that are best adapted to the environment tend to be preserved and to transmit their characters, while those less adapted die out, so that in the course of generations the degree of adaptation to the environment tends progressively to increase. *sexual selection*: that kind of natural selection which arises through the preference by one sex of those individuals of the other sex that have some special characteristic, in consequence of which that characteristic tends to be transmitted, with progressive enhancement in succeeding generations.

**a. 1837** YOUATT *Sheep* iii. 60 That which enables the agriculturist not only to modify the character of his flock, but to change it altogether..—the principle of selection. **1844** H. D. RICHARDSON *Pigs* 51 In the selection of a boar and sow for breeding, much more attention and consideration are necessary.

**b. 1857** DARWIN *Lett.* (1887) II. 123 There is such an unerring power at work, or *Natural Selection* (the title of my book), which selects exclusively for the good of each organic being. **1859** —— *Orig. Species* iv. 81 This preservation of favourable variations and the rejection of injurious variations, I call Natural Selection. *Ibid.* iv. 88 And this leads me to say a few words on what I call Sexual Selection. This depends, not on a struggle for existence, but on a struggle between the males for the possession of the females; the result is not death to the unsuccessful competitor, but few or no offspring. **1868** —— *Var. Anim. & Plants Domest.* (1875) II. 177 The principle of selection may be conveniently divided into three kinds. Methodical selection..Unconscious selection..Natural selection. **1878** TAIT & STEWART *Unseen Universe* v. §170 Thus the struggle for existence bears to natural selection the same relation as man bears to artificial selection. **1882** VINES tr. *Sachs' Bot.* 929 The struggle for existence acts therefore in a certain sense similarly to the selection of the breeder; as the breeder develops only that which is suited to his own purposes... Thus,..through what may be termed metaphorically *Natural Selection* by means of the struggle for existence,—forms are produced which are as well or even better adapted for the purpose of self-preservation than cultivated plants are for the purpose of man.

*transf.* **1860** O. W. HOLMES *Elsie V.* xix, That is the way..physiological democracy is enabled to fight against the principle of selection which would disinherit all the weaker children. **1869** *Fortn. Rev.* June 644 By a sort of critical selection, the cultivated class improves the breed of literary egotists; it suppresses all but the best specimens.

**4.** *Austral.* **a.** = FREE-SELECTION. Also *attrib.*

**1866** ROGERSON *Poems* 22 Heathcote never was so gay As on the land selection day.

**1880** *Victorian Rev.* I. 628 It is surprising that the selectors themselves have not prayed the Government to stop selection for some years at least.

**b.** A piece of land selected or taken up through 'free-selection'.

**1875** *Melbourne Spect.* 21 Aug. 189/3 Jumping selections..is said to be very common now in the Winmera district. **1881** MRS. C. PRAED *Policy & P.* I. 50 He has a selection down the Koorong.

**5. a.** *attrib.* as (sense 1) ***selection board, committee, panel, test*; selection pressure** *Biol.*, differential mortality or fertility such as tends to make a population adapt genetically; **selection restriction** *Linguistics*, a syntactic or semantic restraint on the concurrence of dependent lexical items; **selection rule** *Physics*, any of a number of rules which describe, within certain limits, which particular quantum transitions can occur in an atom, molecule, etc., and which are 'forbidden'; **selection value**, value (of a variation or peculiarity) as affecting natural selection.

**1940** R. S. LAMBERT *Ariel & all his Quality* xi. 302 Methods of appointing new staff..by advertising vacancies and setting up selection boards. **1976** L. DEIGHTON *Twinkle, twinkle, Little Spy* xvi. 162 Douglas was sent to a swanky private school..but was still unable to pass the U.S. Army officers' selection board.

**1909** *Daily Graphic* 26 July 6/3 It is safe to believe that the Selection Committee has done its best, the players will do their best, Australia will do its best. **1932** Q. D. LEAVIS *Fiction & Reading Public* I. ii. 22 The Book Society...was started..in 1927..with a Selection Committee of five novelists and journalists. **1978** J. PUDNEY *Thank Goodness for Cake* 97, I was short-listed and looked over by a selection committee.

**1974** *BP Shield Internat.* Oct. 8/1 Conference members..were screened by a selection panel.

**1944** J. S. HUXLEY *On living in Revolution* 79 [In the Australian area] there is less scope for variation,..so that general selection-pressure never became so intense. **1977** J. L. HARPER *Population Biol. of Plants* ii. 46 Groups of species caught in different evolutionary pathways may face the same selective forces, e.g. a selection pressure to disperse.

**1964** KATZ & POSTAL *Integrated Theory of Linguistic Descriptions* ii. 15 Each reading in the dictionary entry for a lexical item must contain a *selection restriction*, i.e., a formally expressed necessary and sufficient condition for that reading to combine with others. **1976** *Word 1971* XXVII. 133 One reason is that the selection restrictions of the verb *throw* require an animate subject.

**1931** H. P. ROBERTSON tr. *H. Weyl's Theory of Groups & Quantum Mech.* iv. 198 The selection rule for the inner quantum number *j* is obtained in an analogous manner. **1977** I. M. CAMPBELL *Energy & Atmosphere* viii. 218 The origin of the selection rules

for radiative transitions between electronically excited states and the ground state lies in fundamental quantum theory.

---

**1935** *Discovery* Jan. 17/2 The most anxious moment in the design of a selection test now comes. If we take a group of workers..can the new test sort them into their correct relative order? **1967** WILLS & YEARSLEY *Handbk. Managem. Technol.* xi. 202 Are we right to ignore *selection tests*?

---

**1892** ROMANES *Darwin & After* I. 275 We cannot speak of adaptations as due to natural selection, without thereby affirming that they present what I have elsewhere termed a 'selection value'.

---

**b.** *Forestry.* Used *attrib.* with reference to a system of forest management under which there is a continuing selection of individual trees for felling over the whole area, on the basis of their saleability.

**1891** W. SCHLICH *Man. Forestry* II. 133 The term *selection system* was introduced into India; it is perhaps not an ideal term, since a certain amount of selection is practised in all systems; it has been retained, as none better is at present available. **1911** H. S. GRAVES *Princ. handling Woodlands* ii. 72 The development of the individual trees in a selection stand is somewhat different than in an even-aged stand. **1935** N. C. BROWN *Gen. Introd. Forestry U.S.* viii. 105 The selection method is likely to be best adapted to general silvicultural and economic conditions found in this country. **1950** *Q. Jrnl. Forestry* XLIV. 15 Rabbits are probably the greatest drawback to the selection system or any irregular system in this country. **1979** O. KUTHANOVA tr. *Jenik's Pict. Encycl. Forests* 451 (*caption*) Diagram showing selection felling in a high forest; four stages of forest with alternating generations of trees in man-made clearings.

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

# up'date, *v.*
orig. *U.S.*                                                         SECOND EDITION 1989

[UP- 4; cf. UP TO DATE, UP-TO-DATE *advb. phr.*]

   *trans.*   **a.** To bring (information, esp. written material or material recorded in some other form) up to date.

   **1948** *Time* 11 Oct. 22/1 [The speech] had been corrected and updated after last-minute teletype reports from..Paris. **1959** *Times Lit. Suppl.* 20 Mar. 155/2 He would streamline the production, add a chorus of dancing girls, update the lyrics, and upjazz the music. **1962** C. WALSH *From Utopia to Nightmare* 12 All current allusions have been 'updated' (as of early 1962). **1979** *Ottawa Law Rev.* XI. 815 The entry for 'Hudson's Bay Company' needs to be updated.

   **b.** To supply (a person) with the most recent information; to bring (a person) up to date.

   **1952** *N.Y. Herald-Tribune* 14 Mar. 21/2 He updated me on a couple of gimmicks. **1970** J. EARL *Tuners & Amplifiers* 7 The book will have appeal, too, to the older hand, allowing him to become quickly updated without the task of researching into piles of technical literature. **1975** *Sunday Times* 16 Nov. 44/4 No doubt I'll update myself in a few weeks and emerge as a real Seventies mum.

   **c.** Of equipment, processes, etc.

   **1959** *Listener* 4 June 998/1 This prescience has now been 'up-dated', as they say, by reference to nuclear warfare. **1970** *Islander* (Victoria, B.C.) 8 Feb. 7/2 Despite..updating the equipment to include new freezing facilities..this [whaling] venture also folded. **1977** *N.Y. Rev. Bks.* 13 Oct. 45/1 To update the 'dirty test tube' analogy, the effects of the contaminants have been estimated and found to be minor. **1984** *Daily Mail* 1 Dec. 14/1 (Advt.) This way, you can update your equipment whenever you want.

   Also **up'dated** *ppl. a.*; **up'dating** *vbl. n.*
Quot. 1910 is an isolated early British example.

   **1910** HARDY *Satires of Circumstance* (1914) 222 Your up-dated modern page. **1954** *Newsweek* 27 Sept. 58/1 The new research center is an updated transplant of the National Bureau of Standards world-wide radio investigations formerly based in Washington. **1959** *Spectator* 31 July 134/2 Despite the up-dating and jazzy typographical treatment, one fairly quickly perceives an enduring pattern of traditional

attitudes. **1974** A̲D̲B̲Y̲ & DEMPSTER *Introd. Optimization Methods* iv. 96 Round-off errors in the computations of the up-dating process can lead to non-positive definitive $S_k$ and divergence. **1978** *Jrnl. R. Soc. Arts* CXXVI. 672/1 The plan adopted is said to be a revised and updated version of an outline plan for the development of the economy produced in 1975.