# NETFLIX, INC. vs. BLOCKBUSTER INC.

## CASE NO. C 06 2361 WHA (JCS)

### BLOCKBUSTER INC.'S

# EXHIBIT B (Part 1 of 2)

TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

# THE NEW LEXICON WEBSTER'S DICTIONARY OF THE ENGLISH LANGUAGE

◆ ◆ ◆

## ENCYCLOPEDIC EDITION

# THE NEW LEXICON WEBSTER'S DICTIONARY OF THE ENGLISH LANGUAGE

◆ ◆ ◆

1988 EDITION

LEXICON PUBLICATIONS, INC.

NEW YORK

COPYRIGHT © 1987 BY LEXICON PUBLICATIONS, INC.

Main dictionary section © 1972 Librairie Larousse as *The Larousse Illustrated International Encyclopedia and Dictionary.* Revised and updated 1987.

*All rights reserved. No part of this book may be reproduced or transmitted in any form by any means electronic, mechanical, or otherwise, whether now or hereafter devised, including photocopying, recording, or by any information storage and retrieval system without express written prior permission from the Publisher.*

PRINTED AND MANUFACTURED IN THE UNITED STATES OF AMERICA

ISBN 0-7172-4535-7

**bar·ra·trous** (bǽrətrəs) *adj* involving or constituting barratry

**bar·ra·try** (bǽrətri:) *pl.* **bar·ra·tries** *n* (*marine law*) fraud or negligence on the part of the master to the prejudice of the shipowner ‖ the purchase or sale of Church or State office or preferment ‖ the offense of stirring up lawsuits, quarrels etc. [O.F. *baraterie*, trickery]

**barred** (bard) *adj.* obstructed by bars ‖ fastened with bars ‖ marked with bars

**bar·rel** (bǽrəl) 1. *n.* a flat-ended, curved cylindrical container, usually made of wood hooped by metal bands, a cask ‖ the amount that a barrel holds ‖ the metal tube of a gun ‖ the cylindrical body or trunk of an animal ‖ the part of a fountain pen containing the ink ‖ the case containing the mainspring of a clock or a watch ‖ the body of a capstan 2. *v pres part.* **bar·rel·ing**, **bar·rel·ling** *past* and *past part.* **bar·reled**, **bar·relled** *v.t.* to put in barrels ‖ to cause to travel very fast ‖ *v i* to travel very fast [fr F *baril*]

**barrel chair** an easy chair with a high rounded back and sides

**barrel distortion** in a television receiver, the bulging-out distortion of the picture received

**barrel organ** an instrument from which music is ground out by turning a handle and causing a cylinder to act mechanically on keys

**barrel roll** (bǽrəlroul) an aerial maneuver in which the plane turns in a complete sideways revolution

**bar·ren** (bǽrən) 1. *adj.* sterile, incapable of bearing (children, fruit etc.) ‖ unprofitable, without result, *barren talk* ‖ unable to produce new ideas, dull 2. *n.* (esp. *pl.*) a tract of poor sandy country with little vegetation [O F *brahain*, original form uncertain]

**bar·re·ra** (bərérə) *n* bullfighting terrain between the matador and the fence, enclosing the bull ring

**Barrès** (bærés), Maurice (1862–1923), French writer, author of 'les Déracinés' (1897), 'la Colline inspirée' (1913), etc.

**bar·rette** (bərét) *n.* (*Am.=Br.* hair slide) a hinged clip shaped in the form of a short, slightly curved bar, for keeping a girl's hair in place [F.]

**bar·ri·cade** (bǽrikeid, bærikéid) 1. *n.* a defense or obstruction, esp. one hastily made across a road or street 2. *v.t. pres. part.* **bar·ri·cad·ing** *past* and *past part.* **bar·ri·cad·ed** to block with a barricade [F]

**Bar·rie** (bǽri:), Sir James Matthew (1860–1937), Scottish playwright and novelist, author of 'The Admirable Crichton' (1902), 'Peter Pan' (1904) etc.

**Bar·ri·en·tos Or·tu·ño** (bærriéntɔsɔrtú:njɔ), René (1920–69), Bolivian air force general who became president (1964) after a coup d'état. As leader of the new Bolivian Revolutionary Front, he was reelected (1966) constitutionally

**bar·ri·er** (bǽri:ər) *n.* an obstacle barring advance or access ‖ (*horse racing*) the movable gate at the starting line ‖ something that hinders progress ‖ a mental or emotional obstacle [O.F. *barrière*]

**barrier reef** a coral reef lying parallel to the shore and separated from it by a lagoon **Barrier Reef** *GREAT BARRIER REEF

**bar·ring** (bárin) *prep.* excluding, bar

**bar·ri·o** (bǽri:ou, bǽrjɔ) *n.* the Spanish-speaking quarter of a U S. town or city ‖ a district of a town or city in Spain or in a Spanish-speaking country

**Bar·ri·os** (bǽrrjɔs), Eduardo (1884–1963), Chilean novelist. His works, notably 'El hermano asno' (1922), show the influence of French skepticism on Spanish social and religious tradition

**Barrios**, Justo Rufino (1835–85), president of Guatemala (1873–85) and a champion of Central American unity. When his diplomatic efforts failed to restore the five-nation Central American confederation, he led an invasion of El Salvador (1885)

**bar·ris·ter** (bǽristər) *n.* (*Br.*) a lawyer having the right to speak and argue in the superior courts [etym. doubtful]

**bar·ris·ter-at-law** (bǽristərətlɔ́) *pl* **bar·ris·ters-at-law** *n.* (*Br*) a barrister

**bar·row** (bǽrou) *n.* a small wheeled handcart ‖ a wheelbarrow [M E *borewe*]

**barrow** *n.* (*archaeol.*) a grave mound, tumulus ‖ (*Br.*, in place names) a hill [O.E. *beorg*, hill]

**Barrow, Point** (bǽrou) the northernmost point of Alaska, on the Arctic Ocean

**Barry** (bǽri:), Sir Charles (1795–1860), British architect. He promoted the neo-Gothic style. His best-known building is the Palace of Westminster

**Barry** (bǽri:), Jeanne Bécu, comtesse du (1743–93), mistress of Louis XV of France. She was guillotined on her return to France (1793) from England, where she had fled

**Barry** (bǽri:), John (1745–1803), the first U S commodore. He won important naval engagements during the Revolutionary War, including the last sea battle of the war in the Gulf of Florida (1783), in which he repulsed three British frigates. His successful training of naval officers, including Stephen Decatur, earned him the title 'Father of our Navy'

**Barrymore** (bǽrimɔr), Anglo-American family of stage and film. Maurice Barrymore (1847–1905), father, and Georgianna Drew (1856–93), mother, acted in England and the U.S. and appeared together in 'Diplomacy' (1886). Their son Lionel (1878–1954), especially known for his role of Dr Gillespie, appeared in other movies such as 'A Free Soul' (1931; Academy Award), 'Grand Hotel' (1932), and 'Dinner at Eight' (1933) His sister Ethel (1879–1959) appeared on the stage in 'Captain Jinks of the Horse Marines' (1901) and 'The Corn is Green' (1940), and in the film 'None But the Lonely Heart' (1944; Academy Award). Their brother John (1882–1942) became a matinee idol who acted in films such as 'A Bill of Divorcement' (1932) and 'Twentieth Century' (1934) They appeared together in 'Rasputin and the Empress' (1932)

**Bar·sac** (barsǽk) *n.* a semisweet white Bordeaux wine from near the Garonne [after *Barsac* in the Gironde]

**bar sinister** an oblique reference to a person's bastardy, from the heraldic term 'bend sinister'

**bar·tend·er** (bártendər) *n.* an attendant at a bar serving alcoholic drinks

**bar·ter** (bártər) 1. *v.t.* to exchange (goods or services against something else) without using money ‖ *v.i.* to engage in such trade 2. *n* trade by exchange ‖ the thing exchanged [perh fr O.F. *barat*, fraud]

**Barth** (bart), Heinrich (1821–65), German explorer. His travels in the Sahara, Sudan and Central Africa (1850–55) began a new era in the exploration of Africa

**Barth** (borθ), John (1930– ), U S. writer, noted for his experimental fiction His novels include 'The Floating Opera' (1956), 'The End of the Road' (1958), 'The Sot-Weed Factor' (1960), 'Giles Goat-Boy' (1966), 'Letters' (1979), and 'Sabbatical' (1982). Short stories are collected in 'Lost in the Funhouse' (1968)

**Barth, Karl** (1886–1968), Swiss Protestant theologian who rejected what he held to be the errors of post-Renaissance humanism in the name of revealed religion and a doctrine of total grace. His teaching is called 'crisis' (Gk =judgment) theology, emphasizing the gulf between the Creator and his creatures, which can be bridged only by God

**Barthélemy** (bærteilmi:), François, marquis de (1747–1830), French statesman. He negotiated the Treaties of Basle (1795), and became a member of the Directory (1797)

**Bar·thol·di** (bærtɔ́ldi:), Frédéric Auguste (1834–1904), French sculptor. He made the Statue of Liberty presented by the French people to the U.S.A. in 1886, and the Lion of Belfort (1880) carved in the living rock, commemorating the defenders of Belfort against the Germans in 1870

**Bar·thol·o·mew** (barθɔ́ləmju:), St (1st c ). one of the 12 Apostles. Feast: Aug. 24

**Bartholomew, Massacre of St** the murder of Huguenots by Catholics in Paris, Orléans, and other French towns which began on St Bartholomew's Day, Aug. 24, 1572 Catherine de' Medici and the Guises persuaded Charles IX to consent to it

**bar·ti·zan** (bártiz'n, bərtizǽn) *n.* a small turret projecting from a wall or tower [form of *brattic·ing*, *BRATTICE]

**Bar·tók** (bártok), Béla (1881–1945), Hungarian composer, editor, folksong scholar and pianist, one of the outstanding European composers of the 20th c. His music often draws on Magyar folk melodies and their strong dance rhythms. He was also a master of classical theory. His work includes six string quartets, concertos for piano, violin, and viola, concerto for orchestra, etc

**Bar·to·lom·me·o** (bartɔləméiou), Fra (1472–1517), Florentine painter, and member of the Dominican order. His secular name was Baccio della Porta. Most of his work was devotional

**Barton** (bárt'n), Clara (1821–1912), founder of the American Red Cross (1881–2)

**Barton, Sir Edmund** (1849–1920), first federal prime minister of Australia (1901)

**Baruch** (bǽruk) disciple and scribe of Jeremiah and presumed author of the book of Baruch in the Old Testament Apocrypha

**Baruch** (bərú:k), Bernard Mannes (1870–1965) U S. financier and statesman, unofficial adviser to Presidents Wilson, Roosevelt and Truman, and also to Winston Churchill, and U.S. representative (1946–51) to the U N Atomic Energy Commission

**bar·ye** (bǽri:) *n.* a bar (in the cgs system) [F fr Gk *barys*, heavy]

**bar·y·on** (bǽri:ɔn) *n* one of a group of eight known fundamental particles having spin quantum number ½, large rest mass and variable electric charge. Baryons include the nucleons in addition to other known particles [fr Gk *barys*, heavy+ *-on*, fundamental particle]

**Baryshnikov** (barífnəkaf), Mikhail (meekhyl') (1948– ), Russian ballet dancer and choreographer who defected to the West in 1974. With the Kirov Ballet at the time of defection, he joined the American Ballet Theatre (1974–8). He is noted for dancing the classics as well as modern dances. 'Push Comes to Shove' (1976) was created for him. He joined the New York City Ballet in 1978 and became its director in 1980. He has also appeared in the films 'The Turning Point' (1978) and 'White Nights' (1985)

**ba·ry·ta** (bəráitə) *n.* any of several compounds of barium [fr. Gk *barus*, heavy]

**baryta water** a suspension of barium hydroxide in water

**ba·ry·tes** (bəráiti:z) *n* native barium sulfate. heavy spar [fr. Gk *barus*, heavy]

**barytone** *BARITONE

**ba·sal** (béis'l, béiz'l) *adj* of, or forming, the base ‖ at or near the base

**Ba·sal·gan·li·a** (beis'lgánli:ə) *n* (*physiol* ) nerve cells connecting cerebrum with other nerves

**basal metabolic rate** the rate at which heat is given off by an organism at complete rest. Measurement of it indicates an individual's general metabolism or state of health

**basal metabolism** the metabolism of an organism in the dormant state, when it uses just enough energy to maintain vital activities, as measured by the basal metabolic rate

**ba·salt** (bəsɔ́lt, bǽsɔlt) *n.* black or dark gray rock, chiefly sodium or potassium alumino-silicates, with some iron, basic in character, supposed to constitute the bulk of the earth beneath its solid crust, and found as intrusions at the surface in some places ‖ black stoneware invented by Wedgwood [fr L *basaltes*, perh fr African]

**bas·cule** (bǽskju:l) *n* a counterbalancing apparatus [F.=seesaw]

**bascule bridge** a counterpoised lift bridge or drawbridge

**base** (beis) *adj* morally low, contemptible ‖ menial, degrading ‖ (of metals) low in value, not precious ‖ (of coins) debased, spurious ‖ (*mus* ) bass [F *bas*]

**base** 1. *n* the bottom, the lowest part, *the base of the skull* ‖ that on which something is mounted or to which it is fixed and on which it stands ‖ groundwork ‖ foundation ‖ the stem or root of a word, to which suffixes are added ‖ (*archit.*) the lower part of a column or wall when treated as a separate feature ‖ the place from which an army or military force starts and where its supplies are ‖ a starting place in certain games, or a place to which players try to get ‖ the essential ingredient of a mixture ‖ (*chem.*) a substance which, dissolved in water, provides hydroxyl ions from its own molecules ‖ (*chem* ) a molecule or ion which can accept protons ‖ (*geom* ) the line or area on which a figure stands ‖ (*securities*) level at which the pressure of lower prices meets strong resistance in creating demand ‖ (*math* ) a number of reference upon which mathematical tables are built, e g. in logarithmic tables ‖ (*biol* ) that end of a part which is attached to the main portion ‖ (*survey.*) the precisely measured distance from which triangulation starts off base (*baseball*) not on one's base ‖ (*pop.*) wrong, mistaken 2. *v t pres. part.* **bas·ing** *past* and *past part* **based** to found (deduc-

*[right column partially cut off:]*
tions etc ), ...
[F. fr. L. fr ...
base addre...
fies related
for each pr...
addresses,
necessary f...
base-ball (b...
U.S.A The
mond, and ...
of the diam...
ers, a game
semisoft an...
pitched, by
the diamon...
base. The ...
stands beh...
each of the
shortstop) ...
field. The ol...
hitting the
mond. Ther...
ball league
U.S.A., and
tries ‖ the t
base·board
skirting bo...
molding, ru
rior wall a
floor
Ba·se·dow's
[after Karl
cian]
base exchar
base.
base hit (ba...
to reach fi...
there
Ba·sel (báz'l
base·less (b...
foundation
Ba·sel-Land
Ba·sel-Stadt
base·ment (
below the g
structure o...
Renaissance
base·ness (t...
being base ...
ba·sen·ji (bə
African bre...
rarely bark:
base pair (g
acid-cytosin
mine or ura...
ba·ses (béisi
bash (bæʃ) ...
(*pop* ) to sm...
*n.* (*pop.*) a
caused by s...
bash·ful (bǽ...
v. *bash*, aba...
bash·i-ba·zo...
belonging to
rious for pl...
head+bazuc
Bash·kir·i·ar...
mous repul...
3,860,000) c
Europe: oil,
grain), hors...
Bash·kirt-se...
Russian pai...
her 'Journal
Ba·shō (báʃc
poet and te...
'Oku no Hos...
ba·sic (béisil
sis ‖ (*chem*
teristics of
containing l
*tall.*) steel ir...
BASIC (*com*
purpose Syr...
language us
programs
basic encycl...
tified milita...
of potential
tack
Basic Englis...
intended as
and for use ...
K. Ogden 'E...
ters of Briti...
tional, Com...
basic health
health servi...

tions etc ), *what do you base your suspicions on?* [F. fr. L. fr. Gk]

**base address** (*computer*) a number that modifies related addresses, noting a reference point for each program. When added to the relative addresses, this provides an absolute address necessary for machine transfer of data

**base·ball** (béisbɔl) *n.* the national game of the U.S.A. The field is divided into infield, or diamond, and outfield. The bases are at the corners of the diamond. There are two teams of 9 players, a game having 9 innings. The ball, which is semisoft and covered in leather, is thrown, or pitched, by the pitcher from about the center of the diamond to the batter on the home plate or base. The bat is about 3 ft long. The catcher stands behind the batter, one fielder guards each of the three bases and the rest (other than shortstop) are placed strategically in the outfield. The object of the game is to score 'runs' by hitting the ball and running round the diamond. There are two main professional baseball leagues and about 40 minor ones in the U.S.A., and the game has spread to many countries ‖ the ball used

**base·board** (béisbɔrd, béisbɔurd) *n.* (*Am.=Br.* skirting board) a board, often with a decorative molding, running along the bottom of an interior wall and covering the join of wall and floor

**Ba·se·dow's disease** (bázədouz) exopthalmus (after Karl von *Basedow* (1799-1854), G. physician]

**base exchange** commissary at an armed forces base

**base hit** (*baseball*) a hit which enables a batter to reach first base before the ball is thrown there

**Ba·sel** (báz'l) \*BASLE

**base·less** (béislis) *adj* groundless, without foundation

**Ba·sel-Land** (báz'llɑnt) \*BASLE

**Ba·sel-Stadt** (báz'lʃtɑt) \*BASLE

**base·ment** (béismənt) *n.* the story of a building below the ground floor ‖ (*archit.*) a supporting structure on which the main order, e g of a Renaissance château, rests

**base·ness** (béisnis) *n.* the state or quality of being base ‖ a base act

**ba·sen·ji** (baséndʒi:) *n.* a small dog of an ancient African breed. It is chestnut brown in color, and rarely barks [Afrik.=bush thing]

**base pair** (*gen.*) two nucleotides in a nucleic acid-cytosine and guanine or adenine and thymine or uracil, all of which constitute DNA

**ba·ses** (béisi:z) *pl.* of BASIS ‖ (béisiz) *pl* of BASE

**bash** (bæʃ) 1. *v.t.* (*pop.*) to strike violently ‖ (*pop.*) to smash or buckle ‖ *v i.* to crash, collide 2. *n.* (*pop.*) a violent blow ‖ (*pop*) the damage caused by such a blow [imit.]

**bash·ful** (bæfful) *adj* shy, self-conscious [fr. obs. v *bash*, *abash*]

**bash·i·ba·zouk** (bæʃi:bəzu:k) *n.* (*hist.*) a soldier belonging to the irregular Turkish troops, notorious for plundering and cruelty [Turk *bashi*, head+*bazuq*, disorderly

**Bash·kir·i·an A.S.S.R.** (bʌfkfəri:ən) an autonomous republic (area 54,233 sq. miles, pop 3,860,000) of the R.S F.S.R., U.S.S.R. in S.E. Europe: oil, coal, steel, copper, agriculture (esp grain), horse breeding

**Bash·kirt·seff** (bʌʃkfərtsef), Marie (1860-84), Russian painter who lived in Paris, famous for her 'Journal' (1887)

**Ba·shō** (bájou), Matsuo (1643-94), Japanese poet and teacher of haiku prosody, author of 'Oku no Hosomichi' (1689)

**ba·sic** (béisik) *adj*. fundamental ‖ forming a basis ‖ (*chem.*) relating to or having the characteristics of a base ‖ (*geol.*) an igneous rock containing between 45% and 55% silica ‖ (*metall.*) steel made by a nonsilica process

**BASIC** (*computer acronym*) for Beginners All-purpose Symbolic Instruction Code, computer language using many terms in English in its programs

**basic encyclopedia** (*mil.*) compilation of identified military installations and physical areas of potential significance as objectives for attack

**Basic English** a selection of 850 English words intended as a possible international language and for use in learning English, invented b C K. Ogden. 'Basic' is formed from the initial letters of British, American, Scientific, International, Commercial

**basic health services** minimum supply of health services that should be generally and uniformly available in order to assure a population's adequate health and protection from disease, or to meet some other criteria or standards

**ba·sic·i·ty** (beisísiti:) *n.* the degree to which a compound is basic ‖ the number of ionizible hydrogen atoms in an acid. being equal to the number of equivalents of a base that will react with 1 mole of the compound

**basic slag** a by-product of steel manufacture, used as a fertilizer because of its high content of phosphorus

**basic training** training in the basic elements of military service etc.

**ba·sid·i·o·my·cete** (bəsidi:oumaisi:t) *n* a member of *Basidiomycetes*, a large class of the most highly developed fungi, predominantly sexual in their mode of reproduction and possessing a basidium. The class includes both parasitic forms (e g rusts and smuts) and saprophytic forms (e.g mushrooms) **ba·sid·i·o·my·ce·tous** *adj.* [fr N.L. *Basidiomycetes*]

**ba·sid·i·o·spore** (bəsidi:ouspɔr, bəsidi:ouspour) *n.* a spore produced by a basidium

**ba·sid·i·um** (bəsidi:əm) *pl.* **ba·sid·i·a** (bəsidi:ə) *n.* (*bot.*) a conidiophore characteristic of basidiomycetes, bearing usually a fixed number (four) of basidiospores [fr. L. fr Gk dim of *basis*, base]

**Bas·il** (bæz'l), St. (c. 329-79), Greek patriarch. He preserved his Church from Arianism and secured the triumph of the Nicene definitions at the Council of Constantinople (381). He is one of the founders of monasticism Feast: June 14

**bas·il** (bæz'l) *n.* a member of *Ocimum*, fam. *Labiatae*, a genus of aromatic plants, esp. *O basilicum*, sweet basil, and *O. minimum*, bush basil, used as culinary herbs [O F *basile* fr L *basilisca*)

**bas·i·lar membrane** (bæsəlɑr) the membrane partitioning part of the cochlea which translates mechanical vibrations into nerve impulses

**ba·si·lect** (béisilekt) *n* dialect of the lower classes *Cf* ACROLECT

**Basil I** 'the Macedonian' (c. 812-86), Byzantine emperor (867-86). He gained the throne by murdering two rivals. He introduced legal and financial reforms and tried unsuccessfully to heal the religious schism between East and West

**Basil II** 'Bulgaroctonus' (c. 957-1025), Byzantine emperor (963-1025) In a reign of almost continuous warfare and expansion, he inflicted great atrocities on the Bulgarians (986-1018)

**ba·sil·ic** (bəsílik) *adj* (*anat*) of a large vein of the upper arm [fr F fr L *basilicus*, kingly fr Gk]

**ba·sil·i·ca** (bəsílikə, bəzílikə) *n.* a large Catholic church ranking next to a cathedral, and having certain privileges There are four major basilicas, all in Rome, and several minor ones. A basilica is built to an oblong ground plan, with an apse. The nave roof is generally higher than that of the flanking aisles [L fr. Gk *basilikē*, royal (edifice)]

**Ba·si·li·ca·ta** (bəzi:li:káta) (formerly Lucania) a mountainous region (area 3,856 sq. miles, pop 617,300) on the Gulf of Taranto, S. Italy

**bas·i·lisk** (bæsəlisk, bæzəlisk) *n.* a member of *Basiliscus*, fam. *Iguanidae*, a genus of small Central American lizards. They have a crest on the head which can be inflated at will ‖ a mythical African reptile allegedly hatched by a serpent from a cock's egg, its breath or look being said to be fatal [fr L fr Gk *basiliskos*, little king]

**ba·sin** (béis'n) *n* a hollow vessel for holding a liquid ‖ a dock, or group of docks ‖ a tract of land drained by a river and its tributaries ‖ (*geol.*) a depression in older strata in which more recent strata may have been deposited [O.F *bacin*]

**bas·i·net** (bæsinet) *n.* (*hist.*) a light steel helmet with a visor [O.F. *bacinet*, dim of *bacin*, basin]

**ba·si·on** (béisi:on) *n.* the midpoint of the front rim of the foramen magnum [Mod. L.]

**ba·sis** (béisis) *pl.* **ba·ses** (béisi:z) *n* a foundation, base ‖ an underlying principle ‖ the main ingredient in a mixture ‖ (*commodities*) the difference between the spot or cash price of a commodity and the futures price of the same or a related commodity, usu. computed to the near future. This difference may represent different time periods, product forms, qualities and locations ‖ (*math*) a set of linearly independent vectors in a vector space, in which each vector in the space is a linear combination of vectors from the set [fr. L fr. Gk]

**bask** (bæsk, bɑsk) *v.i.* to luxuriate in warmth and light, or in something compared with these, *to bask in reflected glory* [O N. *bathask*, to bathe oneself]

**Bas·ker·ville** (bæskərvil), John (1706-75), English printer. His editions of Milton, the Bible and the Latin classics were set in type designed by himself. This has been revived for machine composition

**bas·ket** (bæskit, báskit) *n.* a vessel (often of wicker or other flexible material), for containing shopping, laundry, wastepaper etc ‖ the quantity contained in a basket ‖ the passenger part of a balloon ‖ a goal in basketball [origin unknown]

**bas·ket·ball** (bæskitbɔl, báskitbɔl) *n.* a fast indoor or outdoor ball game played by two teams of five men or six women. A circular open-bottomed basket is fixed 10 ft above the ground at each end of the court, and a goal is scored by throwing the ball into the opponent's basket Basketball originated at Springfield College, Mass., in 1891 ‖ the ball used

**basket chair** a deep wicker armchair

**Basket Maker** a member of an early Indian culture supposed by archaeologists to have inhabited the southwest region of North America between 100 and 700 A D

**bas·ket·ry** (bæskitri:, báskitri:) *n.* the art of making baskets ‖ things worked in cane, osiers etc.

**Basket Three** accord negotiated at Helsinki, Finland, espousing belief in the free movement of people and ideas and national self-determination; signed by 33 nations at Helsinki as part of 1975 Conference on Security and Cooperation in Europe *Cf* HELSINKI AGREEMENT

**basket weave** a style of weaving in which the pattern imitates the interlacing of a plaited basket

**bas·ket·work** (bæskitwɔrk, báskitwɔrk) *n* basketry

**basking shark** *Cetorhinus maximus*, the largest species of shark

**Basle** (bɑ:l) (F. *Bâle*, G. *Basel*) a former canton of Switzerland at the junction of the Swiss, German and French frontiers, divided since 1833 into Basel-Land (area 164 sq miles, pop. 219,822, capital Liestal) and Basel-Stadt (area 14 sq. miles, pop. 203,915) ‖ the capital (pop. 182,143) of the latter, a commercial center with chemical, pharmaceutical and silk ribbon industries University (1460), Romanesque cathedral

**Basle, Council of** an ecclesiastical council (1431-49) for Church reform, the settlement of the Hussite wars. and the reunion of Christendom. It became a struggle for supremacy between pope and council

**Basle, Treaties of** treaties signed Apr. 5 and July 22, 1795 by Prussia, Spain and France. France retained the left bank of the Rhine, and gave up all her conquests beyond the Pyrenees Spain surrendered Santo Domingo to France, which gave the latter all Hispaniola, but Spain recovered Santo Domingo in the Treaty of Paris (1814). Prussia and Spain left the coalition against France (\*FRENCH REVOLUTIONARY WARS)

**ba·so·phil** (béisəfil) *n.* a basophile

**ba·so·phile** (béisəfail) *n.* (*biol*) a cell or tissue readily stained with basic dyes, e g. a leucocyte possessing this property **ba·so·phil·ic** (beisofílik) *adj* readily stained with basic dyes

**Basque** (bæsk) 1. *n* a native of the Pyrenees region on the Bay of Biscay in France and Spain. The Basques, thought to be one of the oldest races in Europe, resisted conquest by the Romans, Visigoths, Moors and Franks, and defeated Charlemagne at Roncesvalles (778). They established (824) the kingdom of Navarre ‖ the Basque language 2. *adj* of the Basques or their language [F.]

**basque** (bæsk) *n.* a continuation of the bodice of a dress below the waist, separate from the skirt and over it [F.]

**Basque country** (F. Pays basque) a region of France in the Western Pyrenees, now included in Pyrénées Atlantiques department. It consists of the French share of old Navarre, with smaller former Basque states north of it. The mountains produce cattle, lumber, cereals, vines, and hydroelectricity. The coast, on the Bay of Biscay, has many resorts (Biarritz, Hendaye, Saint-Jean-de-Luz)

---

CONCISE PRONUNCIATION KEY: (a) æ, cat; ɑ, car; ɔ fawn; ei, snake. (e) e, hen; i:, sheep; iə, deer; ɛə, bear. (i) i, fish; ai, tiger; ɜ:, bird. (o) o, ox; au, cow; ou. goat; u, poor; ɔi, royal. (u) ʌ, duck; u, bull; u:, goose; ə, bacillus; ju:, cube. x, loch; θ, *think*; ð, bother; z, Zen; ʒ, corsage; dʒ, savage; ŋ, orangutang; j. yak; ʃ, *fish*; tʃ, *fetch*; 'l, rabble; 'n, redden Complete pronunciation key appears inside front cover

**com·pos men·tis** (kómpəsméntis) *adj* (*law*) sane, in one's right mind [L.]

**com·post** (kómpoust) *v.t.* to treat with compost ‖ to make into compost [O F *composter*]

**compost** *n.* a mixture of vegetable matter, lime etc., used for fertilizing land [O F *composte*, compound]

**Compostela** *SANTIAGO DE COMPOSTELA

**com·po·sure** (kəmpóuʒər) *n* a settled state of mind, calm self-possession

**com·pote** (kómpout) *n.* fruit stewed with sugar [F.]

**com·pound** 1. (kómpaund, kəmpáund) *adj.* made up of separate substances or parts ‖ (*bot*) composed of a number of similar parts forming a common whole 2. (kómpaund) *n* something made up from things combined together ‖ (*chem.*) a substance formed of two or more ingredients of constant proportion by weight ‖ (*gram*) a word composed of two or more other words or elements 3. (kəmpáund) *v t* to make (a new whole) by combining elements ‖ to combine (elements) to make a new whole ‖ to settle (a debt) by agreed partial payment ‖ to compute (interest) on the total of the principal and the interest which has accrued regularly at intervals ‖ *v.i.* to settle a debt by compromise, *they compounded for $100* to compound a felony to avoid prosecuting a criminal for private motives [O.F. *compondre*, to put together]

**com·pound** (kómpaund) *n.* (in many countries) enclosed land around a house, factory etc [prob Malay *kampong*, enclosure]

**compound eye** an eye made up of many simple eyes, arranged in a convex base of tissue and covered by a chitinous cornea, e g in insects and crustaceans

**compound fraction** a complex fraction

**compound fracture** a broken bone which has lacerated surrounding tissue and usually has pierced the skin

**compound interest** (*finance*) interest calculated on the sum of principal plus accrued interest

**compound leaf** a leaf whose blade is divided by one or more commissures into a number of distinct leaflets

**compound lens** a lens made of two or more pieces joined together or mounted on a common axis and designed to eliminate an aberration or aberrations

**compound number** a number composed of more than one denomination or unit, e g 3 yds 2 ft 6 ins

**compound sentence** (*gram.*) a sentence made of two or more simple sentences, neither subordinate to the other (e.g. 'he came and I went')

**com·pre·hend** (kɔmprihénd) *v.t.* to understand, grasp the meaning or significance of, esp. by an effort of sympathy ‖ to include, *education comprehends the training of many kinds of ability* [fr. L. *comprehendere*]

**com·pre·hen·si·bil·i·ty** (kɔmprihensəbíliti:) *n* the state or quality of being comprehensible

**com·pre·hen·si·ble** (kɔmprihénsəb'l) *adj* capable of being understood, **com·pre·hén·si·bly** *adv.* [fr L. *comprehensibilis*]

**com·pre·hen·sion** (kɔmprihénʃən) *n.* the act of understanding ‖ the faculty of understanding ‖ the capacity to include ‖ sympathetic understanding of differing opinions [fr L. *comprehensio* (*comprehensionis*)]

**com·pre·hen·sive** (kɔmprihénsiv) *adj* including much, *politics is a comprehensive term* ‖ all-inclusive, *a comprehensive charge* ‖ able to understand much, *a comprehensive mind* [fr L. *comprehensivus*]

**com·press** (kómpres) *n* a soft pad of cloth, pressing on to some part of the body to relieve pain etc ‖ a wet cloth held by a waterproof bandage to relieve inflammation ‖ a device for pressing cotton into bales [F *compresse*]

**com·press** (kəmprés) *v t* to reduce the volume, duration etc of, by or as if by pressure ‖ to condense, express concisely **com·préssed** *adj.* pressed together ‖ condensed ‖ flattened ‖ (*bot.*) flattened laterally ‖ (*zool.*, e.g. of flatfish) flattened from side to side [O.F. *compresser*]

**compressed air** air under a pressure greater than atmospheric pressure, used esp as a source of power

**compressed speech** tape-recorded speech with some sounds eliminated and the reproduction speeded up

**com·press·i·bil·i·ty** (kəmpresəbíliti:) *n* the capacity to be compressed

**com·press·i·ble** (kəmprésəb'l) *adj* capable of being compressed

**com·pres·sion** (kəmpréʃən) *n* a compressing or being compressed **com·prés·sive** *adj* having the tendency to compress [F ]

**com·pres·sor** (kəmprésər) *n.* (*anat.*) a muscle which compresses a part of the body ‖ (*engin.*) a machine, such as a pump, that compresses air, gases, fuel mixtures etc [L. that which compresses]

**com·prise, com·prize** (kəmpráiz) *pres part* **com·pris·ing, com·priz·ing** *past* and *past part.* **com·prised, com·prized** *v.t.* to be made up of, consist of, *the course comprises 10 lessons* ‖ to include, contain, *this month's figures are comprised in the total* [fr F *comprendre* (*compris*)]

**com·pro·mise** (kómprəmaiz) 1. *n.* a method of reaching agreement in a dispute, by which each side surrenders something that it wants ‖ an agreement so reached ‖ a course of action intermediate between extremes, *he sent flowers as a compromise between calling and writing* ‖ a placing in jeopardy, *a compromise of one's integrity* 2. *v. pres. part* **com·pro·mis·ing** *past* and *past part* **com·pro·mised** *v.i.* to settle a dispute by a compromise ‖ *v t.* to bring into danger or under suspicion, or expose to loss of reputation [F. *compromis*]

**Compromise of 1850** a series of acts passed (1850) by Congress providing that each newly acquired territory should decide on its own slave or free status. The terms of the compromise aroused great bitterness, and the issue was fought out in the Civil War

**Compromise of 1877** an arrangement which settled the disputed U.S. presidential contest of 1876 between Rutherford Hayes and Samuel Tilden. It created an Electoral Commission composed of five representatives each from the House, the Senate, and the Supreme Court, selecting eight Republicans and seven Democrats who voted along party lines. Southern Democrats accepted Hayes' election in return for the demilitarization of the South, the appointment of a southerner in the cabinet, and financial aid in the construction of a southwest railroad. It ended the period of black participation in politics

**comp·tom·e·ter** (kɔmptómitər) *n.* a calculating machine [fr F. *compter*, to count fr. L *computare*, to compute+METER]

**Comp·ton** (kómptən), Arthur Holly (1892–1962), American physicist distinguished for his work on gamma rays, X rays and other radiations. For his discovery of the Compton effect he was awarded a Nobel prize (1927)

**Comp·ton-Bur·nett** (kómptənbə́:rnet), Ivy (1892–1969), English novelist, author of 'Men and Wives' (1931), 'Elders and Betters' (1944), 'Mother and Son' (1955) etc., witty novels presenting mainly in dialogue a grotesque world of hypocrisy and wickedness, but arousing compassion

**Compton effect** the effect whereby X rays are scattered on impact with electrons in matter, accompanied by energy transfer to the electrons and a change in wavelength [after A H Compton]

**Compton scattering** the Compton effect

**comp·trol·ler** (kəntróulər) *n* (only in official titles) a controller

**com·pul·sion** (kəmpʌ́lʃən) *n.* a compelling ‖ (*psychol.*) a feeling of being compelled to some irrational action which is always unnecessary and often repetitive (*OBSESSIVE-COMPULSIVE NEUROSIS) [F ]

**com·pul·sive** (kəmpʌ́lsiv) 1. *adj.* compelling ‖ (*psychol.*) irrationally compelling 2. *n.* (*psychol.*) a person subject to compulsive drives [fr. L. *compellere* (*compulsus*), to compel]

**com·pul·so·ri·ly** (kəmpʌ́lsərili:) *adv* in a compulsory manner

**com·pul·so·ry** (kəmpʌ́lsəri:) *adj* that must be done or suffered, involving the force of compulsion [fr. L. *compellere* (*compulsus*), to compel]

**com·punc·tion** (kəmpʌ́ŋkʃən) *n* the pricking of conscience [O F.]

**com·put·a·ble** (kəmpjú:təb'l) *adj.* able to be computed

**com·pu·ta·tion** (kɔmpjutéiʃən) *n.* the act of computing

**computational linguistics** study of languages utilizing the computer

**com·pute** (kəmpjú:t) *pres. part* **com·put·ing** *past* and *past part.* **com·put·ed** *v t.* to calculate **com·pút·er, com·pú·tor** *n.* someone who computes ‖ a computing machine [F *computer*] —Computers may be designed to carry out complex and lengthy mathematical analytical operations very rapidly, to control industrial operations, or to undertake routine clerical work The analogue computer is a specialized calculating machine which operates with numbers represented by measurable quantities of given magnitudes, e g. mechanical movement, voltages, resistance etc. A digital computer is more versatile and operates electronically with numbers expressed as digits in a given (usually binary) number scale

**computer dating system** for selecting social or romantic companions by matching compatible personalities through a computer program

**computer graphics** art derived by programming computer output to create a design or picture

**com·put·er·ese** (kəmpju:təríːz) *n* computer workers' jargon

**com·put·er·ize** (kəmpjú:təraiz) *v.* 1. to adapt records and procedures for filing and processing by a computer. 2. to equip with computers — **computerizable** *adj.* —**computerization** *v*

**computerized tomography** *CAT SCANNER

**computer language** material organized in a system so as to be comprehensible to a computer, e.g., ALGOL, COBOL, FORTRAN

**computer music** synthesized music created and produced by computer programming, sometimes including utilization of sounds not produced by musical instruments *Cf* ELECTRONIC MUSIC

**computer science** the study of computer hardware and software technology and operations —**computer scientist** *n.*

**computer terminal** input/output device for a computer system

**com·put·er·y** (kəmpjú:təri:) *n.* the use of computers

**com·rade** (kómræd, *Br* kómrid) *n.* an intimate companion who shares one's work or pleasures **cóm·rade·ship** *n.* [older *camerade* fr. F.]

**COMSAT** (*acronym*) for Communications Satellite Corporation, a privately owned satellite-launching corporation providing international maritime and domestic satellite services under 1962 Communications Satellite Act

**Com·stock** (kʌ́mstɒk, kʌ́mstok), Anthony (1844–1915), U.S. antivice crusader. He sponsored the Act of Congress (1873) which barred from the U S. mails all matter deemed 'obscene, lewd, lascivious, indecent, filthy or vile'

**com·symp** (kómsimp) *n.* (used disparagingly) a Communist sympathizer

**Com·tat-Ve·nais·sin** (kɔ̃tævɔnessɛ̃) a former papal possession (1274–1791) in France, in the Rhône valley and the Maritime Alps With Orange and Avignon, it forms Vaucluse department (*PROVENCE) Historic capital: Carpentras

**Comte** (kɔ̃t), Auguste (1798–1857), French mathematician and philosopher, founder of positivism, and preacher of a religion of humanity. His 'Cours de philosophie positive' (1830–42) was one of the seminal works of the 19th c.

**con** (kɔn) *pres. part* **con·ning** *past* and *past part* **conned** *v.t* (*old-fash.*) to learn by heart ‖ to study carefully, *to con a lesson* [fr O E *cunnian*, to test and O.E *cunnan*, to know]

**con** *pres part* **con·ning** *past* and *past part.* **conned** *v.t.* (*Am* ) to deceive by a confidence trick or tricks

**con** *PRO AND CON (shortened fr. L *contra*, against]

**con** *CONN

**con-** *prefix* (used before sounds other than b, p, m, l, r) with [fr L., form of *com*-]

**Co·na·kry** (kɔ́nækri:) the capital and chief port (pop 527,700) of Guinea, on the island of Tumbo. Exports: ores, bananas Industries: food processing, engineering

**Co·nant** (kóunənt), James Bryant (1893–1978), U.S. educator and chemist He was appointed (1933) president of Harvard University and (1953) U S. high commissioner for West Germany, becoming ambassador (1955–7)

**co·na·tion** (kounéiʃən) *n* (*philos.*) the power or act of willing, striving **con·a·tive** (kónətiv, kóunətiv) *adj. (philos )* pertaining to conation ‖ (*gram.*, of verbal aspect) expressing endeavor [fr L. *conatio* (*conationis*) fr *conari*, to try]

**con·cat·e·nate** (kɒnkǽt'neit) 1. *v t* *pres. part.* **con·cat·e·nat·ing** *past* and *past part.* **con·cat·e·nat·ed** (*rhet.*) to link together 2. *adj.* (*rhet* ) linked together, forming a chain or series **con·cat·e·ná·tion** *n* (*rhet* ) linkage, *a concatenation of events* [fr L. *concatenare* (*concatenatus*) fr *catena*, chain]

**copy** unfairly ‖ to plagiarize ‖ to line with timbers or planks [O.E. *crib, cribb*]

**crib·bage** (kríbidʒ) *n* a game played by two, three or four people with playing cards. The score is kept with pegs on a special board

**crib death** (*med.*) the sudden death of an infant in apparent good health, for undiagnosed causes *also* sudden infant death syndrome

**crib·ri·form** (kríbrəfɔrm) *adj.* (*anat., bot*) perforated, sievelike [Mod L *cribriformis* fr *cribrum*, sieve]

**crib-work** (kríbwərk) *n.* a structure of logs built with the layers at right angles to one another ‖ concrete-filled boxes used to carry bridge foundations

**Crick, (krik) Francis** (1916– ), English physicist and biochemist who collaborated with James D. Watson and Maurice Wilkins to determine the molecular (double helix) structure of DNA, for which they shared the 1962 Nobel Prize for physiology/medicine

**crick** (krik) 1. *n.* a sudden sharp pain or cramp in the muscles, esp. of the neck 2. *v.t* to twist or strain (a muscle), causing a crick [prob imit ]

**crick·et** (kríkit) *n* a member of *Gryllidae*, a family of insects allied to the cicada, distinguished by long cerci and filamentous antennae. The males 'chirp' by rubbing their fore wings together and, like the females, have structures (tympanal organs) for perceiving sound [O F. *criquet*]

**cricket** *n.* the outdoor team game described below not cricket (*pop*) not fair or sportsmanlike [O.F. *criquet*, a stick to aim at] —Cricket is played between two teams of 11 players on a prepared turf field having a central pitch 22 yards long, with wickets (3 stumps with transverse bails) in the ground at either end. The bat is of willow with a bound cane handle (not more than 38 ins in length overall, 4½ ins in width). The ball is leather-covered (about 5½ ounces and about 9 ins in circumference) The batting side sends in two batsmen, who score runs by hitting the ball and running the length of the pitch, or by hitting the ball over the boundary line A batsman may be put out in many ways: bowled, caught, stumped, run out, 1.b w. (leg before wicket). Each batsman is replaced, until 10 men have been put out, or the captain has declared. The other team then goes in to try to score more runs than the first did. The game consists of either one or two innings by each team. Test matches are played between the national teams of England, Australia (since 1877), South Africa, the West Indies, New Zealand, India, Pakistan

**cri·coid** (kráikɔid) 1. *adj.* (*anat.*) ring-shaped 2. *n.* a ring of cartilage in the larynx [fr Mod L *cricoides* fr. Gk]

**cri·du·chat syndrome** (kri:du:ʃa) genetic form of mental retardation in which one symptom is a mewing cry

**cried** *past* and *past part.* of CRY

**cri·er** (kráiər) *n.* an official who makes public announcements in a court ‖ a town crier [M E *criere* fr. O.F.]

**crime** (kraim) *n.* a violation of the law, esp a serious one ‖ such acts in general, *an increase in crime* ‖ (*loosely*) a foolish or ill-considered action, *it's a crime to waste that whiskey* [F ]

**Cri·me·a** (kraimí:ə, krimí:ə) a peninsula (area 10,136 sq miles) of the S. Ukraine, U S S R, with mountains on the south coast. There are many resorts Towns: Simferopol, Sevastopol, Kerch, Yalta

**Cri·me·an** (kraimí:ən, krimí:ən) *adj.* of or relating to the Crimea

**Crimean War** (kraimí:ən, krimí:ən) the war (1853–6) declared on Russia by Turkey (Oct. 1853) by Britain and France (Mar 1854), and by Sardinia (Jan. 1855) The causes were Russian expansion in the Balkans and the dispute over the guardianship of the Holy Places in Palestine Battles included Balaclava (the Charge of the Light Brigade) and Inkerman (1854). Sevastopol was taken by the Allies (1855) and the war was ended by the Treaty of Paris (1856) Florence Nightingale organized medical services. The first Victoria Crosses were awarded

**crim·i·nal** (krímin'l) 1. *adj.* relating to crime ‖ guilty of crime 2. *n.* someone who has committed a crime crim·i·nal·i·ty (kriminǽliti:) *n.* the quality or state of being criminal [F *criminel*] crim·i·nal·iz·a·tion (kriminˈlizéiʃən) *n.* making subject to criminal penalties, e g , smoking marijuana

**crim·i·nate** (krímineit) *pres. part.* crim·i·nat·ing *past* and *past part.* crim·i·nat·ed *v.t.* to accuse of crime ‖ to prove guilty of crime, (more usually) incriminate crim·i·na·tion *n.* crim·i·na·tive, crim·i·na·to·ry (kríminətɔri, krímina tɔuri:) *adjs* [fr. L *criminatus* fr *crimen* (*criminis*), crime]

**crim·i·no·log·i·cal** (kriminˈlódʒik'l) *adj* of or relating to criminology

**crim·i·nol·o·gist** (kriminóləʒist) *n* someone skilled in criminology

**crim·i·nol·o·gy** (kriminólədʒi:) *n.* the scientific study of crime, criminals and penal treatment etc. (*FORENSIC SCIENCE) [fr L *crimen* (*criminis*), crime+Gk *logos*, discourse]

**crimmer** *KRIMMER

**crimp** (krimp) 1. *v.t* to pinch into waves or ridges, *to crimp a pie crust* ‖ to make flutings in ‖ to gash (the flesh of newly killed fish) so that it contracts ‖ to form into shape, esp (*shoemaking*) to mold (leather) into shape ‖ to put a crimp in 2. *n.* a wave or undulation (e g, in the hair) ‖ a corrugation ‖ the act or result of crimping, e.g. the warping of wood from drying too fast to put a crimp in (*pop.*) to cramp or hinder **crimp·y** *comp.* **crimp·i·er** *superl.* **crimp·i·est** *adj.* crimped in appearance [fr M Du *krimpen*, to contract]

**crim·son** (krímzən, krímsən) 1. *n* a deep red color 2. *adj.* of this color 3. *v.t* to cause to become crimson ‖ *v i* to become crimson [fr Span. *cremesin*]

**cringe** (krindʒ) *pres part* cring·ing *past* and *past part.* cringed *v.i.* to cower, shrink in fear ‖ to behave servilely [O E *cringan*, to fall in battle]

**cringle** (kríŋg'l) *n.* (*naut.*) a small piece of rope with a metal eyelet to take another rope for fastening a sail [Du or L G *kringel* dim of *kring*, ring]

**cri·nite** (kráinait) *adj.* (*biol*) hairy [fr L *crinitus*]

**crin·kle** (kríŋk'l) 1. *v. pres. part* crin·kling *past* and *past part.* crin·kled *v.i.* to wrinkle ‖ *v t.* to cause to wrinkle 2. *n.* a crease, wrinkle **crin·kly** *comp* **crin·kli·er** *superl* **crin·kli·est** *adj.* [M.E. *crenklen, crynklen* fr O E *crincan*, to sink in a heap]

**cri·noid** (kráinɔid, krínɔid) 1. *n.* a member of *Crinoidea*, a large class of tropical and fossil echinoderms that may be sessile and that have five or more feathery arms and a centrally placed ventral mouth 2 *adj.* of or relating to crinoids **cri·noi·dal** *adj.* [fr Gk *crinoeidēs*, lilylike]

**crin·o·line** (krín'lin, krín'li:n) *n* a petticoat hooped to make a skirt bell out all around ‖ a stiff fabric originally made of flax and horsehair [F ]

**cri·ol·lo** (kri:óulou, Span. kri:ójo) *n* a Spaniard born in the Americas [Span.]

**crip·ple** (kríp'l) 1. *n.* a badly lamed or disabled person 2. *v.t. pres part.* crip·pling *past* and *past part.* crip·pled to disable, lame ‖ to frustrate, hinder [O.E. *crypel*]

**Cripps** (krips), Sir Stafford (1889–1952), British statesman, barrister and Labour M P. He was ambassador to Russia (1940–2), lord privy seal and leader of the Commons (1942), minister of aircraft production (1942–5), president of the board of trade (1945–7) and chancellor of the exchequer (1947–50)

**cri·sis** (kráisis) *pl* cri·ses (kráisi:z) *n.* the turning point in a disease ‖ the decisive moment, esp. in a tragedy ‖ a time of danger or suspense in politics etc. ‖ to bring to a crisis to bring (affairs) to a culminating point [L fr Gk *krisis*, decision]

**crisis center** antisuicide establishment available for advice by telephone to anyone in a depression crisis

**crisis theology** theology whose point of departure is man's awareness of the inner contradiction in his nature. It is particularly associated with Barth

**crisp** (krisp) 1. *adj* firm and fresh, *crisp lettuce* ‖ fresh and bracing, *a crisp frosty night* ‖ concise, clear and direct, *a crisp style* ‖ (of hair etc.) curly, crinkled 2. *n* (*Br*) potato chip 3. *v t.* to make crisp ‖ *v i.* to become crisp [O E *crisp, cyrps* fr. L.]

**cris·pate** (kríspeit) *adj* (*bot*) crisped or wavy in appearance [fr. L *crispatus*]

**cris·pa·tion** (krispéiʃən) *n* the puckering of the skin caused by the erection of the hairs through cold, fright etc ‖ a curling or being curled [fr L *crispare*, to curl]

**crisp·y** (kríspi:) *comp* crisp·i·er *superl* crisp·i·est *adj.* crisp

**criss·cross** (kriskrɔs, kriskros) 1. *n.* a pattern of crossed lines ‖ crossing currents 2. *adj* having or consisting of crossing lines 3. *adv.* crosswise, in different directions 4. *v.t* to mark with crossing lines ‖ *v.i.* to cross repeatedly ‖ to move crosswise [orig. *Christ's cross* (from the cross written before the alphabet in 16th and 17th-c children's books)]

**crista** (krísta) *n.* (*zool.*) an inward longitudinal fold in the membrane of some bacteria

**cris·tate** (krísteit) *adj* (*biol*) crested [fr. L *cristatus* fr. *crista*, crest]

**cris·te·ros** (kri:stéros) *n.* a Mexican political movement and revolt, esp in Jalisco, during the presidency (1924–8) of Elias Calles, in opposition to the anticlerical provisions in the Constitution which he enforced. No church services were held in Mexico for three years (1926–9), although churches were kept open for private worship [Span.]

**cri·te·ri·on** (kraitíəri:ən) *pl.* cri·te·ri·a (kraitíəri:ə), cri·te·ri·ons *n.* a standard or principle by which a thing is judged [Gk *kritērion*, a means for judging]

**Cri·thid·i·a** (kriθídi:ə) *n* (*zool.*) genus of flagellate protozoan parasites that attacks invertebrate animals

**crit·ic** (krítik) *n.* a person skilled in forming opinions and giving a judgment, esp. on literature, art, music etc. ‖ a professional reviewer ‖ a fault finder [fr. L *criticus* fr Gk]

**crit·i·cal** (krítik'l) *adj.* given to expressing severe judgments or passing unfavorable comment ‖ fond of pointing out shortcomings or error. censorious ‖ of a crisis, *the critical moment* ‖ of critics or criticism, *critical essays* ‖ involving danger or suspense, *a critical operation* ‖ discerning, based on thorough knowledge, *a critical opinion* ‖ (*phys., math.*) denoting a point or state at which a change in properties, characteristics etc. takes place [fr. L *criticus*, discerning]

**critical angle** (*phys*) the smallest angle of incidence at which total internal reflection occurs when a ray of light, or other electromagnetic radiation. travels through a medium to its boundary with a less refracting medium

**critical constant** (esp. *pl*) the critical temperature, pressure or density of a substance

**critical density** the density of a substance in its critical state

**critical idealism** the Kantian doctrine that the mind impresses its forms of sensibility on the original data of the senses and orders them according to the categories of thought (*KANT)

**critical mass** (*nuclear phys*) the point in an accumulation of plutonium at which it could explode a nuclear weapon; by extension, the point of any accumulation that could become explosive

**critical path analysis** system of operational control that uses computer technology to review utilization of resources at each critical point in a program *acronym* CPA *syn* critical path

**critical point** critical state

**critical pressure** the vapor pressure of a liquid at its critical temperature

**critical state** the condition of a substance when its liquid and vapor phases have the same density

**critical temperature** the temperature above which a gas cannot be liquefied by the application of pressure alone

**critical velocity** the velocity of flow of a fluid above which turbulent motion occurs instead of smooth flow

**critical volume** the volume of 1 gram of a substance in its critical state

**crit·i·cism** (krítisizəm) *n* the art of judging merit ‖ a spoken or written judgment concerning some matter resting on opinion ‖ censure, unfavorable comment (*FORM CRITICISM, *HIGHER CRITICISM, *LOWER CRITICISM, *PRACTICAL CRITICISM, *TEXTUAL CRITICISM)

**crit·i·cize** (krítisaiz) *pres part* crit·i·ciz·ing *past* and *past part.* crit·i·cized *v.t.* to assess the merits and demerits of ‖ to censure ‖ *v i* to find fault

**cri·tique** (kriti:k) *n* a critical essay or review [F.]

**Crit·ten·den** (krít'ndən), John Jordan (1787–1863), U.S statesman, known for his unsuccessful 'Crittenden Resolutions' (1860) designed to placate the South by advocating positions favorable to slavery

---

CONCISE PRONUNCIATION KEY: (a) æ, cat; ɑ, car; ɔ fawn; ei, snake. (e) e, hen; i:, sheep; iə, deer; eə, bear. (I) i, fish; ai, tiger; ə:, bird. (o) o, ox; au, cow; ou, goat; u, poor; ɔi, royal. (u) ʌ, duck; u, bull; u:, goose; ə, bacillus; ju:, cube x, loch; θ, think; ð, bother; z, Zen; ʒ, corsage; dʒ, savage; ŋ, orangutang; j, yak; ʃ, fish; tʃ, fetch; 'l, rabble; 'n, redden   Complete pronunciation key appears inside front cover

**der·ma·ti·tis** (dɜːrmətáitis) *n.* a diseased or abnormal condition of the skin [fr. Gk *derma* (*dermatos*), skin]

**der·mat·o·gen** (dɜːrmǽtədʒin) *n.* the young or embryonic epidermis in plants [fr. Gk *derma* (*dermatos*), skin + *gen*, producing]

**der·ma·tol·o·gist** (dɜːrmətólədʒist) *n.* a specialist in dermatology

**der·ma·tol·o·gy** (dɜːrmətólədʒiː) *n.* the branch of medicine dealing with the skin and its diseases [fr. Gk *derma* (*dermatos*), skin + *logos*, discourse]

**der·ma·to·phyte** (dɜːrmǽtəfait) *n.* a fungus living parasitically on the skin of people or animals **der·mat·o·phyt·ic** (dɜːrmætəfítik) *adj.* **der·mat·o·phy·to·sis** (dɜːrmətəfaitóusis) *n.* [fr. Gk *derma* (*dermatos*), skin + *phuton*, plant]

**der·mis** (dɜːrmis) *n.* the inner layer of the skin, consisting of a vascular connective tissue, the cutis [M.L.]

**dé·robe·ment** (déroubmənt) *n.* (*fencing*) evasion maneuver of the hilt to avoid opponent's blade without withdrawing

**der·o·gate** (dérəgeit) *pres. part.* **der·o·gat·ing** *past* and *past part.* **der·o·gat·ed** *v.i.* (with 'from') to detract ∥ (with 'from') to fall away, go astray (esp. in a moral context) [fr. L. *derogare* (*derogatus*), to repeal a law]

**der·o·ga·tion** (dərəgéiʃən) *n.* a lessening or impairing (of power, authority etc.) ∥ detraction [F.]

**de·rog·a·tive** (dirógətiv) *adj.* derogatory

**de·rog·a·to·ry** (dirógətɔri:, dirógətɔuri:) *adj.* disparaging [fr. L. *derogatorius*]

**der·rick** (dérik) *n.* a hoisting apparatus consisting of a boom carrying a tackle at its outer end and pivoted at the other, often to the foot of a central mast, used (esp. aboard ship) for unloading, etc. and in construction work ∥ (*baseball*) to remove a pitcher during a game ∥ a tower or framework over an oil drilling etc. for supporting and manipulating drilling tackle [after the London hangman *Derick* (c. 1600)]

**derrick lift** (*weight lifting*) lift of a dead weight without bending legs

**der·ring-do** (dériŋdúː) deeds of stirring courage, esp such as typify costume drama [M.E fr *durran, dorren*, to dare and *don, do,* to do]

**der·ris** (déris) *n.* a member of *Derris,* fam. *Papilionaceae,* a genus of Far Eastern plants whose roots are a source of rotenone ∥ an insecticide prepared from this [Gk *derris,* a covering]

**der·vish** (dɜːrviʃ) *n.* a member of any of various Moslem ascetic religious orders Many are named after their religious exercises, e.g 'howling' dervishes, 'whirling' dervishes [ult. fr Pers. *darvēsh, darvīsh,* poor, a friar etc.]

**DES** (*pharm abbr.*) for diethylstilbestrol (which see)

**DESC** (*acronym*) for Defense Electronic Supply Center

**des·cant** (déskænt) *n.* (*mus.*) an independent treble melody sung above the main song ∥ a discourse on a theme (suggesting tedious improvisation) [fr. O.F. *deschant*]

**des·cant** (diskǽnt, deskǽnt) *v.i.* to discourse at large, elaborate (often tediously) ∥ to sing a descant [fr. O F. *deschanter*]

**Des·cartes** (deikɑːrt), René (1596–1650), French philosopher, physicist and mathematician. He founded the science of analytical geometry ('la Géométrie', 1637) and discovered the laws of geometric optics While in his scientific work he reasoned as a materialist, In metaphysics he appears as an idealist. He founded modern metaphysics, rejecting Scholasticism and providing the method of reasoning generally called Cartesianism. In 'Discours de la méthode' (1637) he divests himself of all previously held beliefs, to rebuild on his own basis of certitude, i.e. the fact of his self-conscious existence: 'dubito ergo cogito: cogito ergo sum' (I doubt, therefore I think: I think, therefore I am). By intuition and deduction he both reveals the truth of his own existence and restates the ontological argument for the existence of God. His thought is further developed principally in 'Méditations métaphysiques' (published in Latin 1641, and in French 1644), 'Principia philosophiae' (Latin 1644, French 1647) and 'les Passions de l'âme' (1649), as well as in a vast correspondence

**de·scend** (disénd) *v.i* to go downwards, *steps descending to the lower lawn* ∥ to debase oneself, *would he descend to such methods?* ∥ (with 'on') to make a sudden attack, *wolves descended on the flock* ∥ to be transmitted by inheritance ∥ to proceed (in a narration) from earlier to later time ∥ to proceed (in an argument) from the more important to the less important, or from the general to the particular ∥ *v t.* to go down, *to descend a staircase* to be descended from ∥ to come from (a stock or source) [F. *descendre*]

**de·scend·ant, de·scend·ent** (diséndənt) *n.* someone or something descended [F *descendant*]

**de·scent** (disént) *n* a descending ∥ a downward slope ∥ a way down ∥ a moral stooping ∥ lineage, ancestry ∥ (*law*) the transmission of property or title by inheritance [F. *descente*]

**Des·champs** (deiʃɑ̃), Eustache (c. 1346–1406), French poet Besides many ballades and rondeaux he wrote the 'Miroir de mariage' (unfinished in 13,000 lines), full of comedy and satire

**de·school** (diːskúːl) *v* to lessen the availability of schools

**de·scram·bler** (diːskrǽmblər) *n* device for interpreting scrambled messages, e g , in radio or telephone communication

**de·scribe** (diskráib) *pres. part.* **de·scrib·ing** *past* and *past part.* **de·scribed** *v t* to give a description of ∥ (with 'as') to qualify, *would you describe him as brilliant?* ∥ to draw, trace (esp. a geometrical figure) ∥ to move in the outline of, *the arrow described a parabola* [fr L *describere*]

**de·scrip·tion** (diskrípʃən) *n* a verbal account or portrayal of a person, scene, event etc ∥ a technical account, definition, *a botanical description* ∥ sort, kind, *toys of every description* to answer a description to correspond in appearance to a verbal account [F ]

**de·scrip·tive** (diskríptiv) *adj* serving to describe [fr. L. *descriptivus*]

**descriptive botany** the science concerned with the systematic description of plants

**descriptive geometry** the representation on planes of geometric figures, and the geometric determination of angles, distances, intersections etc.

**descriptive linguistics** the branch of linguistic science which describes languages in their existing state without reference to their history or to related languages

**de·scrip·tor** (diskríptər) *n.* (*computer*) a significant word or symbol used to identify and classify data to facilitate retrieval

**de·scry** (diskrái) *pres. part.* **de·scry·ing** *past* and *past part.* **de·scried** *v.t* (*rhet*) to catch sight of ∥ (*rhet*) to manage to see, make out (a distant object) [perh. O F *descrier*]

**des·e·crate** (désikreit) *pres. part.* **des·e·crat·ing** *past* and *past part* **des·e·crat·ed** *v.t.* to outrage the sanctity of, profane **des·e·cra·tion, dés·e·cra·tor** *ns* [DE-+CONSECRATE]

**de·seg·re·gate** (diːségrigeit) *pres. part.* **de·seg·re·gat·ing** *past* and *past part.* **de·seg·re·gat·ed** *v.t.* to free from the practice of segregation (esp. racial) ∥ *v.i.* to abandon the practice of segregation **de·seg·re·ga·tion** *n.*

**de·se·lect** (diːsəlékt) *v.* to dismiss a person from a program or position for which he or she has been selected

**de·sen·si·tize** (diːsénsitaiz) *pres part.* **de·sen·si·tiz·ing** *past* and *past part* **de·sen·si·tized** *v t.* (esp *med*) to reduce the abnormal sensitivity of (the body) to a substance ∥ (*photog.*) to render insensitive to light

**de·sert** (dizɜːrt) *v t* to abandon, forsake, and so break faith with (someone) ∥ to leave entirely unoccupied, *deserted classrooms* ∥ *v.i.* to run away from service in the armed forces [F *déserter*]

**des·ert** (dézərt) *n* a large area of land where there is not enough vegetation to support human life [O F ]
—Deserts cover nearly one third of the earth's land surface, including the icy wastes of the Arctic and Antarctic The term is popularly restricted, however, to the hot deserts. These are, in the northern hemisphere: N. Africa (Sahara), Libya, Saudi Arabia, Syria, Iran. Turkmenistan (Kara Kum), Uzbekistan (Kyzyl Kum), Mongolia (Gobi), North America (Mojave) and, in the southern hemisphere: South Africa (Kalahari), Australia (Great Sandy Desert, Great Victorian Desert etc.), Patagonia and Chile (Atacama)

**de·sert** (dizɜːrt) *n* (esp. *pl.*) a fit reward or punishment. *to get one's deserts* ∥ (esp. *pl.*) worthiness of reward or punishment, *treat him according to his deserts* ∥ merit, promotion is seldom purely on desert [O.F fr *deservir*, to deserve]

**de·sert·er** (dizɜːrtər) *n.* someone who deserts, esp. from the armed forces

**de·ser·tion** (dizɜːrʃən) *n.* a deserting or being deserted ∥ the act or crime of running away from service in the armed forces

**de·serve** (dizɜːrv) *pres. part.* **de·serv·ing** *past* and *past part.* **de·served** *v.t.* to be worthy of, merit ∥ to have a claim on, *the refugees deserve your help* ∥ *v i* to show worthiness, *she was praised as she deserved* **de·sérved** *adj.* **de·serv·ed·ly** (dizɜːrvidliː) *adv.* **de·serv·ing** *adj* [O F. *deservir*]

**des·ha·bille** (dezəbíːl, dezəbíː) *n* dishabille

**dés·ha·bi·llé** (deizæbíːjei) *n.* (*Br*) dishabille

**des·ic·cant** (désikənt) 1. *adj* drying 2. *n* a drying agent

**des·ic·cate** (désikeit) *pres part.* **des·ic·cat·ing** *past* and *past part.* **des·ic·cat·ed** *v.t.* to dry up, *desiccated coconut* ∥ *v.i* to become dried up **des·ic·ca·tion** *n* **des·ic·ca·tive** (desíkətiv) *adj* [fr. L. *desiccare* (*desiccatus*)]

**des·ic·ca·tor** (désikeitər) *n.* (*chem*) a vessel containing a drying agent and used to dry substances or to provide a dry atmosphere ∥ an apparatus for desiccating fruit etc [fr L *desiccare*, to make dry]

**de·sid·er·a·tive** (disídərətiv, disídərejtiv) *adj* (*gram.*, in some languages) of a secondary conjugation signifying a desire for the action or condition denoted by the simple verb, e.g. Skr *pibāmi* 'to drink', *pibāsāmi* 'I wish to drink' [fr L L *desideratives*, pertaining to desire]

**de·sid·er·a·tum** (disjdəréitəm) *pl.* **de·sid·er·a·ta** (disjdəréita) *n* anything missing and felt to be needed [L]

**de·sign** (dizáin) *n.* a decorative pattern ∥ instructions for making something which leave the details to be worked out ∥ the formal structure of a picture ∥ the arrangement of forms, colors, materials etc. that go to make a 'style' (in furniture etc.) ∥ the combination of parts in a whole ∥ a plan conceived in the mind ∥ a purpose, intention ∥ (*pl.*) an intention to get possession of, *to have designs on someone's money* [F *dessein*]

**design** *v.t.* to invent and bring into being ∥ to prepare plans or a sketch or model etc. of (something to be made) ∥ to plan in the mind ∥ to intend for a particular purpose ∥ *v i* to make designs [F. *designer*]

**des·ig·nate** (dézignit, dézigneit) 1. *adj.* (always placed after its noun) appointed to an office but not yet in possession of it. *bishop designate* 2. *v.t* (dézigneit) *pres. part.* **des·ig·nat·ing** *past* and *past part.* **des·ig·nat·ed** to show, identify, *churches are designated on the map by crosses* ∥ (often with 'as') to name, describe, *designated as depressed areas* ∥ to appoint to office [fr. L *designare* (*designatus*), to point out]

**designated hitter** (*baseball*) a player designated at the beginning of a game to substitute at bat for the pitcher (*abbr* DH)

**des·ig·na·tion** (dezignéiʃən) *n.* a designating or being designated ∥ a name or conventional sign serving to identify ∥ nomination to office [fr L *designatio* (*designationis*), a pointing out]

**de·sign·ed·ly** (dizáinidliː) *adv.* intentionally

**de·sign·er** (dizáinər) *n.* someone who designs e g. clothes, theater sets, industrial products

**de·sign·ing** (dizáiniŋ) 1. *n.* the making of designs 2. *adj.* scheming, artful

**des·i·nence** (désinəns) *n* (*gram*, in some languages) an inflectional ending that expresses case and number in the noun and adjective, and person, number and voice in the verb [F]

**des·ip·ra·mine** [C₁₈H₂₂N₂] (desípramiːn) *n* (*pharm.*) antidepressant drug; marketed as Pertofrane and Norpramine *also* desmethylimipramine

**de·sir·a·bil·i·ty** (dizaiərəbílitiː) *n* the quality of being desirable

**de·sir·a·ble** (dizáiərəbˈl) *adj* inspiring the wish to possess, *a desirable property* ∥ that one hopes to find in oneself, in others, or in things, *desirable qualities* **de·sir·a·bly** *adv.* [F. *désirable*]

**de·sire** (dizáiər) *n.* yearning. longing ∥ strong sexual attraction ∥ wish, request, *this was done at his desire* ∥ (*rhet*) the thing desired [O F *désir*]

**desire** *pres part* **de·sir·ing** *past* and *past part* **de·sired** *v.t* to want to have, acquire or bring about (something) ∥ to want (to do something) [O.F. *desirer*]

**de·sir·ous** (dizáiərəs) *adj* wishful, desiring [O.F. *desireus*]

**de·sist** (dizíst, disíst) *v.i* to cease (from doing something) [O F *desister*]

**electromagnetism**      304      **electrostethophone**

tion, X rays, gamma rays and cosmic rays (in order of decreasing wavelength) and each wavelength is associated (*WAVE-PARTICLE DUALITY) with a photon whose energy increases with decreasing wavelength. The speed of electromagnetic waves is $2.998 \times 10^8$ m/sec. in a vacuum. This is regarded in relativistic physics as being a universal constant and the theoretical limit to the speed attainable by a particle or body, even one with a rest mass of 0

e·lec·tro·mag·ne·tism (ilęktroumǽgnitjzam) n. the magnetic force produced by an electric current (e.g., in an electromagnet) ‖ the science which studies the interrelation of electricity and magnetism

e·lec·tro·met·al·lur·gy (ilęktroumét'lə:rdʒi:, ilęktroumətǽlərdʒi:) n. the science of the electrical processes or methods used industrially for separating metals from alloys, or for refining or shaping metals

e·lec·trom·e·ter (ilęktrómitər) n. any of several types of instrument that are actuated by the forces between charged bodies and are used to indicate the presence of ionizing radiation and to measure potential differences, e.g., an electroscope e·lec·tro·met·ric (ilęktroumétrik) adj. e·lec·tro·mét·ri·cal·ly adv. e·lec·trom·e·try (ilęktrómitri:) n

e·lec·tro·mo·tive (ilęktroumóutiv) adj producing electric current

electromotive force (abbr emf) potential difference

electromotive force series electromotive series

electromotive series the chemical elements or ions arranged according to their standard electrode potential, the order usually showing the tendency of any given element to reduce the ones below it in the series (*OXIDATION-REDUCTION POTENTIAL)

e·lec·tro·my·o·graph (ilęktroumáiəgræf) n. device to record electrical voltage generated by body muscles electromyogram (EMG) n

e·lec·tron (ilęktron) n a lepton of rest mass $0.511 \times 10^6$ eV ($9.107 + 10^{-28}$ gm) and electric charge $-1$ (the electron's charge is the fundamental unit of electric charge equal to $1.602 \times 10^{-19}$ coulomb). The electron is a constituent of the atom [ELECTRIC + -on, fundamental particle]

electron affinity the energy required to remove an electron from an ion possessing a single negative charge (cf. IONIZATION POTENTIAL)

e·lec·tro·nar·co·sis (ilęktrounarkóusis) n. (med.) semiconsciousness, sometimes passing to unconsciousness, created by electric shock, used in mental therapy, sometimes by anesthesia Cf ELECTROCONVULSIVE THERAPY

e·lec·tron-beam laser (ilęktronbi:m) a laser controlled by an electron beam, used in presenting graphic data on a video screen

electron diffraction an effect due to the fact that a beam of electrons behaves as a wave of very high frequency (*WAVE-PARTICLE DUALITY) and can therefore be diffracted by slits that are roughly of the order of the atomic dimensions (1 -5 Å) of crystals and dense gases. Electron diffraction is used to study the structure of crystals, surface layers of solids and the molecular structure of gases, by allowing a beam of electrons of known energy (and wavelength) to traverse a material of unknown structure, calculating the atomic dimensions from the diffraction pattern

electron diffraction (optics) the creation of a lattice by the diffraction of atoms in a crystal

e·lec·tro·neg·a·tive (ilęktrounégativ) adj carrying a negative electric charge, and then tending to move to the anode in electrolysis ‖ having a tendency to become negative by gaining electrons

e·lec·tro·neg·a·tiv·i·ty (ilęktrounęgətíviti:) n. the state, quality or degree of being electronegative

electron gun a cathode and the assembly used to control and focus a stream of thermal electrons emitted from it, used esp in a cathode ray tube or X-ray tube

e·lec·tron·ic (ilęktrónik) adj. of or relating to electronics ‖ working or produced by the action of electrons e·lec·trón·i·cal·ly adv. e·lec·trón·ics n. the branch of physics dealing with the behavior of electrons in vacuums and gases, with their conduction, with effects in semiconductors, and with the utilization of these properties for the design of electronic devices

electronic art art form utilizing flashing light displays

electronic banking use of magnetically encoded plastic cards at terminals outside a regular bank location for check cashing, deposits, and other money transfer functions Cf EFT

electronic calculator a calculator that utilizes integrated electronic circuits to perform arithmetic functions

electronic compositor a device for setting type electronically with characters generated by laser beams

electronic computer a device capable of performing systematic sequences of operation upon data, including numerous arithmetic and logic procedures, without intervention by a human operator during the run

electronic countermeasure (mil.) a device designed to misdirect guidance system of an attacking missile

electronic games devices, e g., electronic tennis, that enable players to manipulate electronic impulses viewed on a display screen (usu a television set)

e·lec·tron·i·cize (ilęktrónisaiz) v. to install electronic systems

electronic larynx a device used by those without vocal cords to simulate speech through the use of an electronically controlled artificial larynx inside tube or outside the voice box

electronic lock a security device that responds to a magnetically encoded plastic card

electronic mail system of electronic transmission of postal messages between post offices, e.g., Mailgram, Intelpost

electronic music musical compositions created for tape recording by electronic devices in a laboratory

electronic position indicator a device used to measure ship-to-shore distances by measuring the time elapsed for a radio echo acronym EPI

electronic profilometer a device for measuring roughness by the changing voltage in a stylus passed over a surface

electronic watch a timepiece utilizing battery-powered electronic circuits to activate a tuning fork or quartz crystal to sustain movement

electronic warfare (mil.) military action involving the use of electromagnetic energy to determine, exploit, reduce, or prevent hostile use of the electromagnetic spectrum, and at the same time retaining its friendly use

electron lens a device for converging or diverging a beam of electrons by means of electric and/or magnetic fields. It is used in the electron microscope, cathode ray tube, etc.

electron microprobe (med.) X-ray device that focuses a stream of electrons on a point and measures the backscattered electrons, the resulting radiation fluorescence, etc.

electron microscope a microscope of extremely high magnification and resolving power in which a beam of electrons, focused by means of an electron lens, is made to form an enlarged image of an object on a fluorescent screen or photographic plate. It is used to examine the structure of bacteria, viruses, colloidal particles, etc.

e·lec·tron·o·graph (ilęktrónəgræf) n. a device that produces images on a photographic emulsion through the use of an accelerated beam of electrons electronograph n. the image produced electronography v. the process

e·lec·tron·og·ra·phy (ilęktronógrəfi:) n. production of photographic images using a cathode ray tube

electron synchrotron a device designed to accelerate electrons by striking them against a target that will produce gamma rays

electron telescope (optics) a telescopic device that focuses the infrared light on a photosensitive cathode that converts and enlarges the image Cf ELECTRON MICROSCOPE, SNIPERSCOPE, SNOOPERSCOPE

electron transport system (biochem.) biological oxidizing agents arranged in a sequence of increasing strength to form compounds of oxygen and ultimately, oxygen

electron tube an electronic device that consists of a glass or metal container either evacuated or filled with an inert gas, that contains a cathode or filament emitting a stream of electrons, and one or more grids that regulate the stream on its path to the anode or plate. Electron tubes have many uses in modern electronics, the most common being to amplify the energy of an electrical signal or to convert a direct current to an alternating current and vice versa

electron valve an electron tube

electron volt (phys, symbol eV) a unit of energy equal to that gained by an electron in passing through a difference in potential of one volt. $1eV = 1.6 \times 10^{-12}$ erg

e·lec·tro·nys·tag·mog·ra·phy (ilęktronistægmógrəfi:) n. (med.) process of recording eye movements used in assessing abnormal eye movements electronystagmogram n the record

e·lec·tro·oc·u·lo·gram (ilęktrouókjulagræm) n. (med.) record of measurement of voltage between front and back of eye, used esp. in studying eyeball movement, esp in sleep Cf REM

e·lec·tro·op·tics (ilęktrouóptiks) n the interaction between optics and electronics leading to the transformation of electrical energy into light or vice versa

e·lec·tro·phone (ilęktrəfoun) n. a musical instrument that produces electronic music

e·lec·tro·pho·re·sis (ilęktroufəri:sis) n. the movement of suspended particles in a fluid under the influence of an electric field. The separation and identification of proteins and other colloids and the coating of objects with rubber and synthetic polymers are widely used applications [ELECTRO- + Gk phorēsis, being carried]

e·lec·troph·o·rus (ilęktrófərəs) pl. e·lec·troph·o·ri (ilęktrófərai) n a simple device for the production of an electrostatic charge by induction [fr ELECTRO- + Gk phoros, carried]

e·lec·tro·phren·ic respiration (ilęktrofrénik) a device that stimulates the nerve that controls breathing by electrodes placed appropriately. It was designed as a means of artificial respiration and is often so used

e·lec·tro·plate (ilęktroplęit) 1. v.t pres part. e·lec·tro·plat·ing past and past part. e·lec·tro·plat·ed to plate by electrodeposition 2. n something electroplated ‖ such articles collectively

e·lec·tro·pos·i·tive (ilęktroupózitiv) adj. carrying a positive electric charge, tending to move toward the cathode in electrolysis ‖ having a tendency to become positive by releasing electrons, esp. in redox reactions

e·lec·tro·ret·i·nog·ra·phy (ilęktrouręṭinógræfi:) n. the measurement and recording of electrical activity in the retina electroretinograph n the instrument electroretinographic adj

e·lec·tro·scope (ilęktróskoup) n. (phys) an instrument which detects the presence of an electric charge by means of the motion of a charged indicator brought in the neighborhood of the unknown charge. It can be used to determine whether the charge is positive or negative and to indicate the presence of ionizing radiation e·lec·tro·scop·ic (ilęktroskópik) adj [fr ELECTRO-+ Gk skopein, to observe]

e·lec·tro·shock (ilęktrofók) therapy using an electric current to induce coma

e·lec·tro·sleep (ilęktrosli:p) n. sleep state induced by low-voltage electricity passed through the brain

e·lec·tro·stat·ic (ilęktroustǽtik) adj. relating to static electricity or to electrostatics

e·lec·tro·stat·ic copier (ilęktroustǽtik) device for making copies of written material utilizing a charged powdered carbon toner received as an image from material oppositely charged; e g, the Xerox and Electrofax processes

electrostatic induction the development of a localized charge on a body due to the presence (without contact) of a charged object

electrostatic precipitator air-pollution control device that imparts an electrical charge to particles in a gas stream, causing them to collect on an electrode

electrostatic printer device that prints lines by projecting images onto a drum in electrostatic patterns that attract a powdered ink. These in turn are transferred and fused onto the paper electrostatic printing n

e·lec·tro·stat·ics (ilęktroustǽtiks) n. a branch of physics dealing with the study of the forces of interaction of nonmoving electrical charges (cf. ELECTRODYNAMICS)

electrostatic unit (abbr. esu) one of a system of units based on the forces between two charged particles, o.g , in the cgs system of units the fundamental electrostatic unit is the statcoulomb

e·lec·tro·steth·o·phone (ilęktrostéthəfoun) n (med.) a stethoscope equipped with microphone and amplifier

CONCISE PRONUNCIATION KEY: (a) æ, cat; ɑ, car; ɔ fawn; ei, snake (e) e, hen; i:, sheep; iə, deer; ɛə, bear. (i) i, fish; ai, tiger; əː bird (o) o, ox; au, cow; ou, goat; u, poor; ɔi, royal. (u) ʌ, duck; u, bull; uː, goose; ə, bacillus; juː, cube x, loch; θ, think; ð, bother; z, Zen; ʒ, corsage; dʒ, savage; ŋ, orangutang; j, yak; ʃ, fish; tʃ, fetch; 'l, rabble; 'n, redden Complete pronunciation key appears inside front cover

| feather | 344 | feed, fee'd |

make quivering movements of the stern and tail when searching for the scent ‖ to feather one's nest to accumulate money or property [O.E. *gefithrian*]

**feather** *n* one of the epidermal outgrowths that cover the body of a bird, comprising a hollow quill and shaft from which develops the vane, composed of barbs and barbules. Feathers are light, impervious to water and, being bad conductors of heat, they help to preserve the high body temperature of birds, besides being essential for flight ‖ (usually *pl.*) plumage ‖ the vane of an arrow ‖ a plume worn in a hat ‖ a flaw marked like a feather, e.g. in an eye or a gem ‖ (*rowing*) the action of feathering a feather in one's cap a personal success to be proud of ‖ birds of a feather people of one kind, interest or nature in fine (or high, full) feather in high spirits [O. E. *fether*]

**feather bed** a bed with a soft, thick, feather-filled mattress **feath·er·bed** (féðerbed) *pres. part.* **feath·er·bed·ding** *past* and *past part.* **feath·er·bed·ded** *v.i.* to impose a featherbed rule or work under a featherbed rule ‖ *v.t.* to make conditions unduly easy for, *farmers are featherbedded by the new subsidies*

**featherbed rule** a union rule forcing employers to slow down the pace of work. employ more workers than are needed etc., when work is short

**feath·er·brained** (féðerbreind) *adj* (*pop*) stupidly frivolous

**feath·er·edge** (féðeredʒ) 1. *n.* a fine edge ‖ a board thinner at one edge than the other, used for clapboards etc. 2. *v.t. pres. part.* **feath·er·edg·ing** *past* and *past part* **feath·er·edged** to give a featheredge to, esp to prepare (boards) for weatherboarding etc.

**feath·er·grass** (féðergræs, féðergrɑs) *n.* a grass of the genus *Stipa*, esp *S. pennata* of Europe ‖ *Leptochloa filiformis*, a grass of southern U.S.A. and tropical America

**feath·er·i·ness** (féðerinis) *n.* the quality of being feathery

**feath·er·ing** (féðeriŋ) *n.* the plumage of birds ‖ feathery tufts or fringes of an animal's coat, e.g. a spaniel's ‖ the feathers of an arrow ‖ a featherlike structure or marking, e.g. in flowers ‖ (*archit.*) the points of intersection of foils in window tracery, cusps

**feather star** a free-swimming crinoid echinoderm found in deep marine waters. It has 10 radial arms

**feath·er·stitch** (féðerstitʃ) 1. *n.* a decorative zigzag stitching used in embroidery 2. *v t* to embroider with this stitch

**feath·er·weight** (féðerweit) *n.* a professional boxer whose weight does not exceed 126 lbs. ‖ an amateur boxer whose weight does not exceed (*Am*) 125 lbs or (*Br.*) 126 lbs. ‖ somebody who does not matter much ‖ something very light

**feath·er·y** (féðeri:) *adj* light or soft as a feather, featherlike

**fea·ture** (fíːtʃer) 1. *n.* a part of the face, esp. as regards appearance, *her mouth is her best feature* ‖ (*pl.*) the face in general ‖ the distinctive part, trait or characteristic of a thing, *geographical features*, *the story has some unusual features* ‖ a distinctive article, picture etc. in a newspaper or periodical ‖ (*Am.* = *Br.* feature film) the main item in a movie program 2. *v.t pres. part* **fea·tur·ing** *past* and *past part* **fea·tured** to give prominence to, *the magazine is featuring his articles* ‖ (of a film) to present as the star actor or actress **fea·tured** *adj* displayed, advertised as a special feature **fea·ture·less** *adj* lacking distinctive features [O F *faiture*]

**feature film** (*Br.*) a movie feature

**feb·re·ris·ta** (febrerísta) *n.* a supporter of Paraguay's Partido Revolucionario Febrerista, which gave (Feb. 1936) Paraguayans important social laws, incl an agrarian reform

**fe·brif·u·gal** (fibrifjug'l, febrifjúːg'l) *adj.* relieving fever

**feb·ri·fuge** (febrifjuːdʒ) 1. *adj.* antifebrile 2. *n* a medicine used to relieve fever [F. *fébrifuge*]

**fe·brile** (fíːbril, febril, Br fíːbrail) *adj* of fever ‖ feverish [F]

**Feb.** February

**Feb·ru·ar·y** (fébruːeri:, fébjuːeri:) *n.(abbr.* Feb.) the 2nd month of the year, having 28 days except in leap year, when it has 29 [M E. *feverer* fr. O F.]

**fe·cal, fae·cal** (fíːk'l) *adj,* of or relating to feces

**fe·ces, fae·ces** (fíːsiːz) *pl. n.* bodily waste discharged through the anus [L *faeces* pl. of *faex* dregs]

**Fech·ner** (féknor), Gustav Theodor (1801–87), German philosopher and physicist. He is famous for his theories of mind-body relationships, developed in 'Elemente der Psychophysik' (1860) and 'In Sachen der Psychophysik' (1877)

**feck·less** (féklis) *adj.* shiftless and inefficient [Scot *feck* perh. for EFFECT]

**fec·u·lence** (fékjuːlons) *n* the state of being feculent

**fec·u·lent** (fékjuːlont) *adj.* foul, fecal [F *féculent*]

**fe·cund** (fíːkand, fékand) *adj* prolific, fertile ‖ rich in inventive power, *a fecund imagination* [F *fecond*]

**fe·cun·date** (fíːkondeit, fékandeit) *pres. part* **fe·cun·dat·ing** *past* and *past part* **fe·cun·dat·ed** *v.t.* to make fruitful or prolific ‖ to fertilize, pollinate, impregnate **fe·cun·da·tion** *n* [fr L *fecundare (fecundatus)*]

**fe·cun·di·ty** (fikánditi:) *n.* the quality or state of being fecund [fr. L. *fecunditas*]

**fed** *past* and *past part* of FEED **fed up** disgusted, annoyed

**fe·da·yin** or **fe·da·yeen** (fodæjíːn) *pl n* Arab guerrilla fighters

**fed·er·a·cy** (fédərəsi:) *pl:* **fed·er·a·cies** *n.* an alliance, federation of states [fr L L. *foederatus,* federated]

**fed·er·al** (fédərəl) 1. *adj.* characterizing an agreement between states to unite, forgoing some sovereignty but remaining independent in internal affairs, *a federal union* ‖ pertaining to this consolidated state, *the federal government* ‖ relating to the central government of the U S A ‖ (*Am. hist.*) of or supporting the Union in the Civil War (1861–5) **Fed·er·al** (*Am. hist*) favoring strong centralized government, esp. as advocated by the Federalists 2. *n* Federal (*Am. hist*) a supporter or soldier of the Union in the Civil War (1861–5) [F, *fédéral*]

**Federal Bureau of Investigation** (*abbr.* F.B.I.) the investigating branch of the U S Department of Justice

**Federal Communications Commission** an independent agency of the U.S. government which regulates radio, television and interstate telephone services

**federal district** an area set aside by a country as the seat of its capital, e g the District of Columbia in the U.S.A.

**Federal Emergency Relief Act** (*abbr* FERA), a U.S. Congressional act (1933), part of President Franklin Roosevelt's New Deal program. It provided outright grants to local authorities for unemployment allowances, under the direction of Harry L. Hopkins

**federal funds** *pl. n. (banking)* bank reserves in excess of the Federal Reserve Bank requirement that are available for loans to other banks

**fed·er·al·ism** (fédərəlizəm) *n.* the federal principle of government ‖ the support of this principle **Fed·er·al·ism** (*Am. hist*) the principles of the Federalists [fr. F. *fédéralisme*]

**fed·er·al·ist** (fédərəlist) *n* a supporter of federalism **Fed·er·al·ist** (*Am. hist*) a member of the political group (c. 1787–c. 1823) which favored strong centralized government during the controversy (1787-8) over the adoption of the Constitution, and which was in power 1789-1800 ‖ (*Argentinian hist*) a federalista [fr. F. *fédéraliste*]

**fe·de·ra·lis·ta** (feðeralíːsta) *n.* (*Argentinian hist*) a supporter of regional autonomy and a loose confederation of the provinces. The conflict between federalistas and unitarios was the cause of civil war in Argentina in the 19th c [Span.]

**Federalist Papers, The** a series of essays written (1787–8) by Alexander Hamilton, James Madison, and John Jay to persuade the voters of New York to support ratification of the new U.S. Constitution. Their insight into the problems of a federal system gave the Constitution its system of checks and balances. The 10th essay argues that republican institutions can succeed in a large area with a heterogeneous population

**Federalist Party** a U S political party formed (1789) by those who championed the views of Alexander Hamilton and opposed the views of Thomas Jefferson. The Federalists, generally conservative and rich, favored a strong centralized government and the promotion of industry. Their pro-British opposition to the War of 1812 led to the decline of the party outside its New England base and to its dissolution (1824)

**fed·er·al·ize** (fédərəlaiz) *pres. part.* **fed·er·al·iz·ing** *past* and *past part.* **fed·er·al·ized** *v t* and *i* to unite in a federation

**Federal Republic of Germany** *GERMANY, FEDERAL REPUBLIC OF

**Federal Reserve System** the central banking system of the U.S.A., consisting of 12 Federal Reserve banks, in 12 districts, with a central board. The 12 banks serve as banks of reserve and discount for more than 10,000 affiliated banks, including all national banks. The system was established in 1913

**Federal Theater Project** an organization established (1935) by the U.S. government to provide employment for actors and to provide the disadvantaged with a nationwide theater. It developed the 'Living Newspaper', which presented controversial events using a loose, disconnected dramatic form. The project was branded communistic by the federal government and suppressed (1939)

**Federal Trade Commission** (*abbr.* FTC), a U.S. commission established (1914) to police interstate commerce in order to eliminate 'unfair competition', including false or misleading advertising

**fed·er·ate** (fédəreit) 1. *v. pres. part.* **fed·er·at·ing** *past* and *past part* **fed·er·at·ed** *v.i.* to come together in federation ‖ *v.t.* to organize (states) into a federation 2. *adj* federated [fr L. *foederare (foederatus)*]

**Federated Malay States** *MALAYA

**fed·er·a·tion** (fedəréiʃən) *n.* the act of uniting with a league for common purposes, esp. in forming a sovereign power with control of foreign affairs, defense etc, while each member state retains control of internal matters ‖ a group of states so united ‖ a sovereign state so produced ‖ a federated society, e.g. a league of clubs, societies, trade unions (cf. CONFEDERACY) **fed·er·a·tion·ist** *n* an advocate of federation [F.]

**Federation of Arab Emirates** *UNITED ARAB EMIRATES

**Federation of Rhodesia and Nyasaland** the Central African Federation

**fed·er·a·tive** (fédərətiv, fédəreitiv) *adj* of or relating to federation

**fe·do·ra** (fidɔ́rə, fidóurə) (*Am.*=*Br* trilby) a man's brimmed felt hat with the crown creased lengthwise [after Sardou's play *Fédora* (1882)]

**fee** (fiː) 1. *n* a payment for the services of a professional man (e g. a doctor or lawyer) or a public body (e g a library or professional body) ‖ the entrance charge for an examination etc ‖ (usually *pl*) money paid terminally to a private school ‖ (*law*) inheritable land or estate ‖ (*hist.*) land held in feud 2. *v.t. pres. part.* **fee·ing** *past* and *past part.* **feed, fee'd** (*Br.*) to give a fee to [A.F *fie, fee*, O F. *fieu, fiu, fief*]

**fee·ble** (fíːb'l) *adj.* lacking in energy or strength, weak ‖ lacking in character or intelligence ‖ lacking in effectiveness, *a feeble speech* ‖ dim, unclear, indistinct, *a feeble light* [O F *feble. foible*]

**fee·ble-mind·ed** (fíːb'lmáindid) *adj* mentally deficient ‖ silly, foolish

**feed** (fiːd) 1. *v. pres part.* **feed·ing** *past* and *past part* **fed** (fed) *v.t.* to give food to, *to feed the dog* ‖ to suckle (a baby) ‖ to put food into the mouth of, *the baby can almost feed himself* ‖ to fortify, *to feed one's hopes on horoscopes* ‖ to supply food for, *to feed a big family* ‖ to supply (material) to, *the conveyor belt feeds boxes into the machine* ‖ to feed material to, *the conveyor belt feeds the machine with boxes* ‖ to supply as fuel to, *to feed coal into a furnace* ‖ to supply fuel to ‖ to supply (electrical energy) to ‖ to supply electrical energy to ‖ to be a source of supply of, *two rivers feed the reservoir* ‖ to supply as food, *to feed cream to cats* ‖ (*theater*) to supply (esp. a comedian) with cue lines, improvising material on which he makes jokes ‖ (*games*. e g field hockey) to give a pass to ‖ *v i.* (esp. of animals) to eat to feed on to consume, live on to feed up to give plenty of food to, *a convalescent needs feeding up* ‖ to fatten (stock) 2. *n.* food, esp. for livestock, fodder etc ‖ a meal, esp (*Br.*) a feeding for a baby ‖ the process of feeding a machine with raw material etc ‖ the material thus supplied ‖ the mechanism for such feeding ‖ (*Br.*) a straight man (actor) ‖ the part of the action of a firearm which moves up the cartridge from the clip or magazine to the chamber on the feed (esp. of fish) feeding or searching for food out at feed turned out to graze [O E *fédan*]

**feed, fee'd** *past* and *past part* of FEE

CONCISE PRONUNCIATION KEY: (a) æ, cat; ɑ, car; ɔ fawn; ei, snake. (e) e, hen; iː, sheep; iə, deer; ɛə, bear. (i) i, fish; ai, tiger; əː, bird. (o) o, ox; au, cow; ou, goat; u, poor; ɔi, royal. (u) ʌ, duck; u, bull; uː, goose; ə, bacillus; juː, cube. x, loch; θ, think; ð, bother; z, Zen; ʒ, corsage; dʒ, savage; ŋ, orangutang; j, yak; ʃ, fish; tʃ, fetch; 'l, rabble; 'n, redden   Complete pronunciation key appears inside front cover

iled, esp *Br* im·per·illed *v t.* to expose to danger, esp the danger of loss. *drought imperiled the crops*
im·pe·ri·ous (impɔ́ːriːɔs) *adj.* overbearing in manner ‖ imperative, *imperious necessity* [fr. L. *imperiosus*, imperial]
im·per·ish·a·bil·i·ty (imperiʃəbíliti:) *n* the quality or state of being imperishable
im·per·ish·a·ble (impériʃəbˈl) *adj.* of that which will not perish, decay or be destroyed, *imperishable fame* im·pér·ish·a·bly *adv.*
im·pe·ri·um (impíəriːəm) *n.* supreme authority, empire ‖ (*law*) the right to use the state's power to enforce the law [L.]
im·per·ma·nence (impɔ́ːrmənəns) *n.* the quality or state of being impermanent im·pér·ma·nen·cy *n*
im·per·ma·nent (impɔ́ːrmənənt) *adj.* not permanent
im·per·me·a·bil·i·ty (impəːrmiːəbíliti:) *n* the quality or state of being impermeable
im·per·me·a·ble (impəːrmiːəbˈl) *adj.* not permeable im·pér·me·a·bly *adv* [F or fr L *impermeabilis*]
im·per·son·al (impɔ́ːrsən'l) *adj.* without personal content, reference or quality, *impersonal criticism, an impersonal letter* ‖ (*gram.*, of verbs) without a specified subject or having a subject which does not indicate an actual agent, e.g. 'it rains' ‖ (*gram.*, of pronouns) having indefinite reference, e g 'one', 'people', 'they' etc im·per·son·ál·i·ty *n.* [fr L.L. *impersonalis*]
im·per·son·ate (impɔ́ːrsəneit) *pres. part.* im·per·son·at·ing *past* and *past part* im·per·son·at·ed *v t* to pretend to be (someone else) ‖ to imitate or mimic in order to entertain im·per·son·á·tion *n.* an impersonating or being impersonated im·pér·son·a·tor *n* an entertainer who mimics well-known people [fr L *im-* in + *persona*, person]
im·per·ti·nence (impɔ́ːrt'nəns) *n.* the quality or state of being impertinent ‖ something impertinent im·pér·ti·nen·cy *pl* im·pér·ti·nen·cies *n* [F.]
im·per·ti·nent (impɔ́ːrt'nənt) *adj.* acting or speaking disrespectfully or showing an offensive lack of respect ‖ not pertinent [F. Or fr L *impertinens* (*impertinentis*), not relevant]
im·per·turb·a·bil·i·ty (impəːrtəːrbəbíliti:) *n* the quality or state of being imperturbable
im·per·turb·a·ble (impəːrtɔ́ːrbəbˈl) *adj.* not susceptible to alarm, agitation etc. im·per·túrb·a·bly *adv.* [fr. L L. *imperturbabilis*]
im·per·vi·ous (impɔ́ːrviːɔs) *adj.* impenetrable, *the walls are impervious to damp* ‖ not open (to reason, persuasion etc) [fr L. *impervius*]
im·pe·ti·go (impitáigou) *n* a contagious pustular skin disease caused by streptococci or staphylococci [L fr. *impetere*, to attack]
im·pe·trate (impitreit) *pres. part.* im·pe·trat·ing *past* and *past part*. im·pe·trat·ed *v.t.* (*theol.*) to obtain by entreaty [fr. L *impetrare*, to obtain]
im·pet·u·os·i·ty (impetʃuːɔ́siti:) *n.* the quality or state of being impetuous
im·pet·u·ous (impétʃuːəs) *adj.* showing or acting with impulsiveness ‖ (*rhet.*) rushing violently [F. *impétueux*]
im·pe·tus (impitəs) *n* the force which causes a given motion or activity ‖ a stimulus resulting in increased activity ‖ the property a body possesses due to its mass and speed, esp when moving with violence and suddenness (not used technically) ‖ incentive, driving force [L fr *impetere*, to attack]
Imp·hal (ímphʌl) the capital (pop. 100,366) of Manipur, India
im·pi·e·ty (impáiiti:) *pl.* im·pi·e·ties *n* lack of piety ‖ an impious act [F. *impiété*]
im·pinge (impíndʒ) *pres. part.* im·ping·ing *past* and *past part* im·pinged *v i* (with 'on', 'against') to come into sharp contact ‖ (with 'on') to make an impression (on the mind, senses etc.) ‖ (with 'on') to encroach, *these decrees impinge on our liberties* [fr. L. *impingere*, to drive in]
im·pi·ous (ímpiːɔs) *adj* lacking piety ‖ wicked [fr L. *impius*]
imp·ish (ímpiʃ) *adj.* mischievous
im·plac·a·bil·i·ty (implækəbíliti:) *n* the quality or state of being implacable
im·plac·a·ble (implǽkəbˈl) *adj* not to be placated, deaf to all appeals ‖ inexorable im·plác·a·bly *adv* [F.]
im·plant 1. (implǽnt, implɑ́nt) *v t* to plant deeply or firmly ‖ (*med*) to insert (e.g a living tissue, as in grafting, or drugs for gradual absorption) beneath the skin ‖ (*med*) to introduce (a living embryo) into the uterus of a host mother ‖ to instill firmly in the mind 2. (ímplænt, ímplɑnt) *n* (*med*) the tissue, drug etc. used in implanting [F *implanter*]
im·plan·ta·tion (implæntéiʃən, implɑntéiʃən) *n.* an implanting or being implanted ‖ the passage of cells (esp. of tumors) from one part of the body to another part where they grow again
im·plau·si·ble (implɔ́zəbˈl) *adj.* lacking the appearance of truth, *implausible excuses* im·pláu·si·bly *adv.*
im·ple·ment (ímpləmənt) 1. *n* a tool ‖ a thing or person serving as an instrument 2. *v t.* to carry into effect, *to implement a promise* im·ple·men·tal (ímpləment'l) *adj.* serving as an implement, helpful im·ple·men·tá·tion *n* [perh fr L *implementum*, a filling up]
im·pli·cate (ímplikeit) *pres. part.* im·pli·cat·ing *past* and *past part* im·pli·cat·ed *v.t* to involve, often in an unpleasant, incriminating manner. *to be implicated in a crime* [fr L *implicare* (*implicatus*), to entwine]
im·pli·ca·tion (implikéiʃən) *n.* an implying or being implied ‖ something implied ‖ an implicating or being implicated [fr L. *implicatio* (*implicationis*), an entwining]
im·pli·ca·tive (ímplikeitiv, implíkətiv) *adj.* implicating ‖ of or related to an implication
im·plic·it (implísit) *adj.* understood though not stated, *an implicit agreement* ‖ unquestioning, absolute, *implicit confidence* [F. *implicite* or fr L *implicitus*]
im·plied (impláid) *adj.* suggested without being stated, involved without being specified
implied powers powers that are not specifically granted to Congress by the Constitution of the U.S A. but which can legally be exercised as being necessary for the exercise of other specified powers
im·plode (imploud) *pres part* im·plod·ing *past* and *past part* im·plod·ed *v t.* (*phon*) to pronounce by implosion ‖ *v i* to burst inward [fr IM-+EXPLODE]
im·plore (implɔ́r, implóur) *pres. part.* im·plor·ing *past* and *past part* im·plored *v t* to beseech with great intensity of feeling ‖ to beg for, *to implore mercy* [fr. L. *implorare*, to cry aloud]
im·plo·sion (implóuʒən) *n.* a bursting inwards (opp EXPLOSION) ‖ (*phon*) an internal compression of air, e.g. before sounding 'k', 'p' and 't' im·pló·sive (implóusiv) *adj.* [IMPLODE]
im·ply (implái) *pres part* im·ply·ing *past* and *past part*. im·plied *v.t* to suggest without actually stating, *his questions implied his disbelief* ‖ to involve logically, *lush vegetation implies heavy rainfall* [O F. *emplier*, to enfold]
im·po·lite (impɔláit) *adj* having or showing bad manners [fr. L. *impolitus*, not polished]
im·pol·i·tic (impɔ́litik) *adj* lacking in tact or prudence ‖ inexpedient
im·pon·der·a·bil·i·ty (impɔndərəbíliti:) *n.* the state or quality of being imponderable
im·pon·der·a·ble (impɔ́ndərəbˈl) 1. *adj* having no measurable weight ‖ having an importance impossible to estimate 2. *n.* (usually *pl*) a factor in a situation whose importance is unknowable
im·port 1. (impɔ́rt, impóurt) *v.t.* to bring in (goods) from abroad ‖ to introduce (ideas etc) taken from some outside source ‖ (*rhet*) to mean, imply ‖ *v.i.* (*rhet.*) to be of importance 2. (ímpɔrt, ímpourt) *n* something imported (opp EXPORT) ‖ (*rhet.*) meaning ‖ (*rhet*) importance [fr L *importare*]
im·por·tance (impɔ́rt'ns) *n* the quality of being important [F]
im·por·tant (impɔ́rt'nt) *adj.* producing a great effect, having great influence or significance ‖ mattering greatly, *it is important to find out* ‖ having a high social position ‖ self-important, pompous, *an important manner* [F.]
im·por·ta·tion (impɔrtéiʃən) *n.* an importing or being imported ‖ something imported
im·por·tu·nate (impɔ́rtʃunit) *adj* persistently demanding, esp in an annoying or unreasonable way [fr. L. *importunus*, inopportune]
im·por·tune (impɔrtúːn, impɔrtjúːn, impɔ́rtʃən) *pres. part.* im·por·tun·ing *past* and *past part*. im·por·tuned *v t* to vex (someone) by demanding too often or too vehemently or unreasonably ‖ *v.i.* to be importunate [F *importuner*]
im·por·tu·ni·ty (impɔrtúːniti:, impɔrtjúːniti:) *pl* im·por·tu·ni·ties *n.* the quality or state of being importunate ‖ an importunate demand [F *importunité*]
im·pose (impóuz) *pres. part.* im·pos·ing *past* and *past part*. im·posed *v t.* to place (a tax, fine etc) as a burden ‖ to use superior strength or authority to secure submission to (one's will etc.) ‖ to force others to receive (esp oneself) as guest, companion etc. ‖ to fob off, cause to be accepted as genuine, flawless etc. (what is not) ‖ (*printing*) to arrange (pages) in a form ‖ *v.i.* (with 'on') to take unfair advantage ‖ (with 'on') to use deception im·pós·ing *adj* impressive [F *imposer*]
im·po·si·tion (impɔzíʃən) *n.* an imposing or being imposed ‖ a tax or duty ‖ the taking of an unfair advantage ‖ (*printing*) the arranging of pages in a form ‖ (*Br.*) supplementary work given as punishment at school [fr. L. *impositio* (*impositionis*) fr. *imponere*, to lay on]
imposition of hands (*eccles.*) the laying on of hands in confirmation, ordination etc.
im·pos·si·bil·i·ty (impɔsəbíliti:) *pl.* im·pos·si·bil·i·ties *n* the quality or state of being impossible ‖ something impossible [F *impossibilité*]
im·pos·si·ble (impɔ́səbˈl) *adj* incapable of occurring or being done ‖ unacceptable, *an impossible suggestion* ‖ hard to tolerate, *an impossible woman* im·pós·si·bly *adv* [F or fr. L *impossibilis*]
impossible art conceptual art
im·post (impoust) 1. *n.* a tax, esp a duty on imported goods 2. *v.t* to classify (imported goods) in order to fix duties [O F.]
impost *n*. (*archit*) the upper member of a pillar or entablature on which an arch rests [F. *imposte*]
im·pos·tor, im·post·er (impɔ́stər) *n.* a person pretending to be someone he is not, or pretending to possess a quality he does not have [F *imposteur*]
im·pos·ture (impɔ́stʃər) *n.* deception, esp by an impostor ‖ an instance of this [F.]
im·po·tence (ímpətəns) *n.* the quality or state of being impotent ím·po·ten·cy *n.* [F.]
im·po·tent (ímpətənt) *adj* having no power or force, *impotent gestures* ‖ (of a male) unable to perform the sexual act (cf. STERILE) [F.]
im·pound (impáund) *v.t.* to take into temporary protective legal custody, *to impound stolen goods* ‖ to confine (stray animals) in a pound ‖ to collect (water) in a reservoir
im·pov·er·ish (impɔ́vəriʃ) *v t* to make poor ‖ to exhaust the strength or productivity of (esp soil) im·póv·er·ish·ment *n.* [fr O F *empoverir* (*empoveriss-*)]
im·prac·ti·ca·bil·i·ty (impræktikəbíliti:) *n* the quality or state of being impracticable
im·prac·ti·ca·ble (impræktikəbˈl) *adj.* (of an idea or plan) not feasible ‖ not usable, *an impracticable road* im·prác·ti·ca·bly *adv.*
im·prac·ti·cal (impræktik'l) *adj* not practical ‖ impracticable
im·pre·cate (ímprikeit) *pres. part.* im·pre·cat·ing *past* and *past part.* im·pre·cat·ed *v t* to invoke (evil) ‖ to curse ‖ *v i.* to utter imprecations [fr. L. *imprecari* (*imprecatus*), to pray for, invoke]
im·pre·ca·tion (imprikéiʃən) *n.* cursing ‖ a curse [fr L. *imprecatio* (*imprecationis*)]
im·pre·ca·tor (ímprikeitər) *n* someone who imprecates
im·pre·ca·to·ry (ímprikətɔri:, imprikətɔ́uri:) *adj.* of or relating to imprecation
im·pre·cise (imprisáis) *adj.* not precise, vague
im·preg·na·bil·i·ty (impregnəbíliti:) *n.* the quality or state of being impregnable
im·preg·na·ble (imprégnəbˈl) *adj.* (of an egg etc.) capable of being impregnated
impregnable *adj.* of that which cannot be taken by assault, *an impregnable castle* im·prég·na·bly *adv.* [M.E. *imprenable* fr F.]
im·preg·nate 1. (imprégnit, imprégneit) *adj* impregnated 2. (imprégneit) *v t. pres. part* im·preg·nat·ing *past* and *past part* im·preg·nat·ed to make pregnant ‖ to interpenetrate or saturate ‖ to cause to be interpenetrated or saturated ‖ to imbue (with an idea). *a mind impregnated with mystical doctrine* im·preg·ná·tion *n* an impregnating or being impregnated [fr M.L or L.L. *impraegnatus*]
im·pre·sa·ri·o (imprisɔ́riːou, ìmpresɑ́rjo) *n.* someone who promotes, manages or organizes concerts, variety shows, plays, boxing tournaments etc. [Ital.]
im·pre·scrip·ti·ble (impriskríptəbˈl) *adj* of that which cannot be taken away by any external authority, *the imprescriptible rights of conscience* im·pre·scríp·ti·bly *adv.* [F.]
im·press 1. (imprés) *v.t* to make a mark on (something), using pressure ‖ to make (a mark) on something, using pressure ‖ to have an effect on (the mind, emotions etc) ‖ to cause (an idea) to have an effect. *he impressed its importance on*

Case 3:06-cv-02361-WHA    Document 89-14    Filed 11/15/2006    Page 13 of 13

to join Sardinia. Garibaldi led (1860) an expedition to Sicily, which also joined Sardinia, together with Naples. Victor Emmanuel II was proclaimed (Mar. 17, 1861) king of Italy. Venice was acquired after the Seven Weeks' War (1866) and Rome during the Franco Prussian War (1870–1). Rome became the capital of Italy (1871), but the papacy refused to recognize the loss of its temporal power until 1929, when it was given sovereignty over Vatican City. The French occupation (1881) of Tunisia led Italy to join Germany and Austria in the Triple Alliance (1882). Italian colonization, which began (1882–90) in Eritrea and Italian Somaliland, was stopped (1896) by the Ethiopians. Italy entered (1915) the 1st world war on the side of the Allies, and gained (1919) Trentino-Alto Adige Rijeka was seized (1919) and annexed (1924). The Fascists marched on Rome (1922), formed a government under Mussolini, and organized (1926) a totalitarian state. Italy conquered Ethiopia (1935–6). The Rome-Berlin Axis was formed (1936) with Nazi Germany, and Italy intervened (1936) on behalf of Franco in the Spanish Civil War. Mussolini seized (1939) Albania, and entered (1940) the 2nd world war on the side of Germany. Heavy defeats and social unrest brought about Mussolini's fall (1943). His successor, Badoglio, made peace with the Allies and declared war on Germany (1943). After the liberation (1945), the monarchy was replaced (1946) by a republic. By the peace treaty (1947), Italy lost Istria to Yugoslavia, and her African colonies became independent Italy retained the trusteeship for Italian Somaliland until 1960. Italy received American aid under the Marshall Plan (1947), and joined NATO (1949) and the E.E.C. (1958) The dispute with Yugoslavia over Trieste was settled (1954), and the economy largely restored. The Christian Democrats, the leading party since the war, have been increasingly challenged by a growing Communist party, which won ⅓ of the votes in the 1970s and had a strong local following. Led by Enrico Berlinguer, the Communists espoused Euro-Communism which advocates independence of the Soviets. Labor unrest, government scandals, and extremists' terror tactics disrupted Italy's politics. Coalition governments, consisting of Christian Democrats, Socialists, and Republicans, continued to lead until 1981 when Spadolini, a Republican, became prime minister, to be succeeded in 1983 by Socialist Craxi, who resigned in 1985 but later returned to office

I·ta·ma·ra·ti (itamarati:) the Brazilian Ministry of Foreign Affairs [after the palace which it occupied in Rio de Janeiro]

itch (itʃ) n. an irritation or tickle in the skin ‖ a restless longing, *an itch to travel* the itch scabies [O E. *gicce*]

itch v.i. to feel an irritating or tickling sensation ‖ to have a restless longing [fr O E *giccan*]

itch·i·ness (itʃi:nis) n the quality or state of being itchy

itch mite any of several parasitic mites which burrow into the skin of men and animals, causing itch, esp *Sarcoptes scabiei*, which causes scabies

itch·y (itʃi:) comp. itch·i·er superl. itch·i·est adj. feeling or causing an itch

-ite suffix an adherent of a person or party, as in 'Jacksonite' ‖ a mineral, chemical compound etc., as in 'sulfite' ‖ a part of the body, as in 'somite' ‖ a commercial product, as in 'vulcanite'

i·tem (áitəm) 1. adv likewise (used only when introducing a new article in a list etc.) 2. n. a single article, unit, feature or particular in a list, account, series, collection etc ‖ a piece of news i·tem·ize (áitəmaiz) pres. part i·tem·iz·ing past and past part. i·tem·ized v t. to set down and specify the items of, *to itemize a bill* [L adv =in the same way]

I·té·nez (i:ténes) *GUAPORE

it·er·ate (ítəreit) pres. part. it·er·at·ing past and past part it·er·at·ed v t to say again, repeat [fr L. *iterare (iteratus)*, to do again]

it·er·a·tion (ítəréiʃən) n. an iterating or being iterated ‖ an instance of this ‖ something iterated ‖ (*computer*) technique for calculating by repeating a series of operations until the desired solution is achieved [fr L. *iteratio (iterationis)*]

it·er·a·tive (ítəreitiv, ítərativ) adj repetitious ‖ (*gram*) frequentative [fr F *itératif*]

Ith·a·ca (íθəkə) a Greek island (area 36 sq miles, pop. 4,150) of the Ionian group, the kingdom of Odysseus

ith·y·phal·lic (iθəfǽlik) 1. adj relating to the phallus carried in Bacchic festivals ‖ in the meter (— ⏑— ⏑— —) of the Bacchic hymns ‖ (*art*, of figures in pictures or statues) having an erect penis 2. n a poem in the meter of the Bacchic hymns [fr L. *ithyphallicus* fr Gk fr *ithus*. erect+*phallos*, phallus]

i·tin·er·a·cy (aitínərəsi:, itínərəsi:) pl i·tin·er·a·cies n itinerancy [fr L L *itinerari (itineratus)*, to travel]

i·tin·er·an·cy (aitínərənsi:, itínərənsi:) pl i·tin·er·an·cies n the quality or state of being itinerant ‖ a duty, ministry etc. that involves traveling from place to place ‖ a group of persons engaged in such a duty etc.

i·tin·er·ant (aitínərənt, itínərənt) adj. traveling from place to place ‖ (esp of a judge or a Methodist minister) traveling on circuit ‖ involving travel from place to place [fr L L and M L *itinerans (itinerantis)*]

i·tin·er·ar·y (aitínərəri:, itínərəri:) pl i·tin·er·ar·ies n a route taken or planned ‖ a record or account of a journey ‖ a guidebook [fr L L. *itinerarium*]

i·tin·er·ate (aitínəreit, itínəreit) pres. part. i·tin·er·at·ing past and past part. i·tin·er·at·ed v i (esp of a judge or a Methodist minister) to travel from place to place i·tin·er·a·tion n [fr L L. *itinerari (itineratus)*]

-itis suffix denoting inflammation, as in 'tracheitis' (Sk -*itis*]

it'll (it'l) contr. of IT WILL, IT SHALL

I·to (í:tou), Hirobumi (1841–1909), Japanese statesman, prime minister (1885–8, 1892–6, 1898 and 1900–1) He was largely responsible for the modernization of Japan on Western lines, and drafted the constitution of 1889

its (its) possessive adj. of. pertaining to or belonging to it, *he dropped the pitcher and broke its spout* ‖ experienced, made or done by it

it's (its) contr of IT IS ‖ contr of IT HAS, *it's been a terrible day*

it·self (itsélf) pron refl. form of IT, *the dog has hurt itself* ‖ emphatic form of IT, *the horse itself knows the way* by itself unaided, *the doll sits up by itself* ‖ in isolation, alone, *the house stands by itself* in itself considered for itself alone, intrinsically, *the talk was all right in itself but it went on too long*

I.T.U. *INTERNATIONAL TELECOMMUNICATION UNION

I·tur·bi·de (i:tú:rbi:ðe), Agustín de (1783–1824), Mexican revolutionary, emperor of Mexico (1822–3). He led the Mexican revolt against Spanish rule (1821), and proclaimed an empire (1822), but was forced into exile (1823) He was shot on his return to Mexico

ITV (abbr.) for instructional television

-ity suffix indicating state or quality, as in 'modernity' [M.E -ite fr. F. -ite, L -itas (-itatis)]

It·zá (i:tsá) pl. It·zá, It·zás n a Mexican Indian group of Mayas of Yucatán and Petén (Guatemala) Before the Spanish conquest their capital was Chichén-Itzá They were probably responsible for introducing into Yucatán the worship of Toltec gods including Quetzalcoatl ‖ a member of this group ‖ a dialect spoken by them [Span, of Amerind origin]

IUCD (abbr) for intrauterine contraceptive device

IUD (acronym) for intrauterine device

I·van I (áivan) (c. 1304–41), prince of Vladimir and grand duke of Moscow (1328–40). He greatly increased the size of the grand duchy of Moscow, strengthened its finances, and made Moscow his ecclesiastical capital

Ivan III Va·sil·ie·vich (vəsíljəvitʃ) 'the Great' (1440–1505), grand duke of Moscow (1462–1505). He consolidated the grand duchy of Moscow by conquest and legal reforms, and established autocratic government

Ivan IV Vasilievich 'the Terrible' (1530–84), grand duke of Moscow (1533–84) who took (1547) the title of czar of Russia. His ruthless persecution of the boyars, his destruction of the free cities (Novgorod, 1570) and his conquest of Kazan (1552), Astrakhan (1554) and Siberia created a unified Russian state He killed his own son (1551) in rage

Ivan VI (1740–64), czar of Russia (1740–1) As an infant he was overthrown by the Empress Elizabeth, and murdered after 22 years of imprisonment

I·va·no·vo (ivænəvə) a city (pop. 470,000) of the R.S.F.S.R., U.S.S.R, 145 miles northeast of Moscow. Industries: textiles, engineering, food

I've (aiv) contr. of I HAVE

-ive suffix denoting tendency, function etc., as in 'selective' [partly fr L. -*ivus*, partly F -*if*, -*ive*]

Ives (aivz), Charles Edward (1874–1954), American composer. He experimented with polytonality, multiple rhythms and other techniques in advance of his time. His works include five symphonies and 'Three Places in New England' for orchestra, as well as choral and chamber music and songs

Ives, Frederick Eugene (1856–1937), U.S inventor who contributed to the technique of photoengraving. His inventions include the 'halftone' process (1878), which he developed (1885–6) for commercial production

i·vied (áivi:d) adj covered with ivy

I·vig·tut (í:vigtu:t) a Danish settlement (pop. 200) 175 miles northwest of Cape Farewell on the southwest coast of Greenland Its quarries include one of the world's largest cryolite mines

i·vo·ry (áivəri:, áivri:) pl. i·vo·ries n. the hard creamy-white dentine forming the tusks of the elephant, and the canine teeth of the hippopotamus, narwhal and walrus ‖ the dentine of any teeth ‖ the color of ivory ‖ (*pl*) things made of ivory, esp (*pop*) piano keys, teeth, dice [O F *yvoire*]

ivory black a black pigment made from calcined ivory or from bone black

Ivory Coast a republic (area 124,510 sq miles, pop. 8,890,000) in W Africa. Capital: Abidjan. People: mainly Agni and Boulé (allied to the Ashanti), Kru, Mandingo and Senufo Language: French, Kwa languages, Mandingo and others. Religion: 65% local religions, 23% Moslem, 10% Christian Behind the surf beaches and coastal lagoons lies an alluvial plain 40 miles wide. Inland a plateau rises over 1,000 ft, giving way in the west to the Nimba Mtns (5,000 ft). In the north the predominant rain forest gives way to savanna. Mean temperature: 70°. Rainfall: mainly 80–100 ins, less in the far north Livestock: cattle, sheep, goats Agricultural products: coffee, cocoa, yams, manioc, bananas, cereals incl rice, palm oil, peanuts, shea butter, cotton, pineapples. Minerals: diamonds, gold, manganese Manufactures: palm oil, fruit juice, weaving, pottery Exports: coffee, cocoa, bananas, tropical hardwoods Imports: textiles, metals, cement, wine, fuels and oil. Ports: Abidjan, Sassandra, Tabou. Monetary unit: franc CFA. HISTORY This part of the Guinea coast saw the development of Sudanic kingdoms (13th c.). The Portuguese established settlements to trade in ivory and slaves (16th c.), but were replaced (19th c.) by the French, who established a protectorate over the coastal region (1842). The Ivory Coast became a French colony (1893) and part of French West Africa (1895). It became a member of the French Union (1946) and an autonomous republic within the French Community (1958). It gained complete independence (Aug. 7, 1960) outside the French Community and joined the U.N (1960). It rejoined the Community Felix Houphouët-Boigny has been president since independence

ivory nut the seed of *Phytelephas macrocarpa*, a South American palm which has a very hard endosperm (*VEGETABLE IVORY) used for making buttons etc

ivory tower an image connoting a state of withdrawal from the practical issues of life in society into a world of purely intellectual concerns

i·vy (áivi:) pl i·vies n. *Hedera helix*, fam Araliaceae, an evergreen woody climbing or creeping plant, native to temperate regions of Europe and Asia, often grown as ornament on walls etc. ‖ any of various similar climbing plants (*POISON IVY) [O.E, *ifig*]

Ivy League a group of long-established distinguished colleges of the eastern U S A., comprising Harvard, Yale, Princeton, Cornell, Columbia, Dartmouth, Brown, and the University of Pennsylvania

I·wo (í:wou) a town (pop 214,000) in W. Nigeria, 25 miles northeast of Ibadan

I·wo Ji·ma (í:woudʒí:mə) the largest (area c 8 sq miles) and most important of the Volcano Is in the W Pacific During the 2nd world war it served as a Japanese air base A U S marine

---

CONCISE PRONUNCIATION KEY: (a) æ, cat; a, car; ɔ fawn; ei, snake. (e) e, hen; i:, sheep; iə, deer; cɔ, bear. (i) i, fish; oi, tiger; ə:, bird (o) o, ox; au, cow; ou, goat; u, poor; ɔi, royal. (u) ʌ, duck; u, bull; u:, goose; ə, bacillus; ju:, cube x, loch; θ, think; ð, bother; z, Zen; ʒ, corsage dʒ, savage; ŋ, orangutang; j, yak; ʃ, fish; tʃ, fetch; 'l, rabble; 'n, redden Complete pronunciation key appears inside front cover