## NETFLIX, INC. vs. BLOCKBUSTER INC.

### CASE NO. C 06 2361 WHA (JCS)

### BLOCKBUSTER INC.'S

# EXHIBIT B (Part 2 of 2)

TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

*worms and the like* the likes of me (you, him etc.) people of the same rank, class etc. as me (you, him etc.), *such luxury isn't for the likes of me* [O.E. *gelīc*]

**like** 1. *v.t. pres. part.* **lik·ing** *past* and *past part.* **liked** to find pleasing, agreeable or attractive ǁ to be fond of ǁ (with infinitive) to make it a practice (to do something) from prudence, *I like to check his work as he's often inaccurate* ǁ to choose in a spirit of self-congratulation, *he likes to think he never makes mistakes* ǁ (in conditional constructions) to want to have, *he would like a cup of tea* ǁ (in conditional constructions) to wish, *he'd like to help* ǁ (with 'how') to feel about, *how do you like his new play?* 2. *n.* (*pl.*) preferences, *we share the same likes and dislikes* [O.E. *līcian*]

**-like** *suffix* similar to, as in 'dreamlike' ǁ befitting, as in 'ladylike'

**likeable** *LIKABLE

**like·li·hood** (láikli:hud) *n.* probability

**like·ly** (láikli:) 1. *adj. comp.* **like·li·er** *superl.* **like·li·est** probable ǁ plausible, credible, *a likely account* ǁ suitable, promising for a certain purpose, *a likely place for mushrooms* ǁ appearing capable, *a likely candidate* likely to probably going to, *it is likely to be wet* 2. *adv.* (often with 'most' or 'very') probably. *she'll very likely cry when you go* as likely as not, likely as not quite possibly [O.N. *līkligr*]

**like-mind·ed** (láikmáindid) *adj.* of the same opinion

**lik·en** (láikən) *v.t.* (with 'to', 'with') to represent as similar [LIKE *adj.*]

**like·ness** (láiknis) *n.* a similarity, resemblance ǁ a portrait, esp. with respect to its lifelike quality ǁ form, appearance, *in the likeness of a swan* [O.E. *līcnes*]

**like·wise** (láikwaiz) 1. *adv.* similarly, in the same way 2. *conj.* also, moreover [abbr. fr. *in like wise*, in a similar way]

**lik·ing** (láikiŋ) *n.* affection ǁ preference, taste to one's liking meeting with one's approval [O.E. *līcung*]

**li·ku·ta** (li:kú:ta) *pl.* **ma·ku·ta** (mɑkú:ta) *n.* one hundredth of a zaïre ǁ a coin of this value

**li·lac** (láilək, láilæk) 1. *n.* a member of *Syringa*, fam. *Oleaceae*, esp. *S. vulgaris*, a small deciduous tree native to Europe widely cultivated for its highly scented pinkish-mauve flowers, or a cultivated white variety ǁ flowers of these trees ǁ the pinkish-mauve color of *S. vulgaris* 2. *adj.* of this color [F prob. ult fr Pers *līlak*, var. of *nīlak* fr *nīl*, blue]

**Lil·burne** (lílbə:rn), John (c. 1614–57), English political leader. His pamphlets 'England's Birthright' (1645) and 'An Agreement of the People' (1648) advocated an extreme form of republican government and were the basis of the Levellers' program

**lil·i·a·ceous** (ìli:éifəs) *adj.* of, pertaining to, or like a lily [fr. L. *liliaceus* fr. *lilium*, lily]

**Lil·i·en·thal** (líli:əntɑl), Otto (1848–96), German aeronautical engineer. He experimented in the production and piloting of gliders

**Li·li·u·o·ka·la·ni** (li:ljú:oukəlɑ́:ni:), Lydia Kamekeha (1838–1917), queen (1891–3) of the Hawaiian Islands For her disregard of the constitution of 1887, she was overthrown (1893) and a republic was proclaimed (1894). Her attempt (1895) to regain the throne led to the islands becoming (1898) a U.S territory

**Lille** (li:l) an old textile center and commercial city (pop. 177,218) in N.E. France, near the Belgian frontier. University (1530)

**Lil·lie** (lílí:), Frank Rattray (1870–1947), U.S zoologist, best known for his research in embryology He wrote 'The Development of the Chick' (1908, 3rd edn 1952). He was founding-president of the Woods Hole Oceanographic Institution in Massachusetts

**lil·li·pu·tian** (ìləpjú:fən) *adj.* unusually and exceedingly small [fr. *Lilliput*, the island in Swift's 'Gulliver's Travels' where the people were only 6 ins tall]

**Li·long·we** (lilɔ́ŋwei) the capital of Malawi, in the S. central part of the country (pop 102,400)

**lilt** (lilt) *n.* a gentle, pleasing, rising and falling rhythm in songs, voices, etc., *an Irish lilt* ǁ a gay melody with a lightly swinging rhythm ǁ a light swaying or sprightly movement, *a lilt in his step* **lilt·ing** *adj.* having or characterized by a lilt [M.E. *lulte*]

**lil·y** (líli:) *pl.* **lil·ies** *n.* a member of *Lilium*, fam *Liliaceae*, a genus of bulbous, perennial plants, native to the northern hemisphere and widely cultivated for their showy flowers ǁ such a flower ǁ any of various plants of the same family bearing flowers like those of genus *Lilium*, e g. the day lily ǁ something compared to a lily in purity, delicacy, whiteness etc. ǁ (*heraldry*) the fleur-de-lis [O.E. *lilie* fr L. fr Gk]

**lil·y-liv·ered** (líli:lívərd) *adj.* (*rhet.*) cowardly

**lily of the valley** *Convallaria majalis*, fam. *Liliaceae*, a hardy perennial with underground creeping stem native to Europe and E. Asia and cultivated for its small, white, bell-shaped, scented flowers which are also distilled for perfume ǁ the dried rhizome and roots of this plant, yielding a cardiac stimulant and diuretic similar to digitalis

**lily pad** a floating leaf of the water lily

**lil·y-white** (líli:hwáit, líli:wáit) *adj* (usually used ironically) unsoiled by work or dishonest dealings, *lily-white hands* ǁ pure, innocent

**LIM** (*abbr.*) for linear-induction motor, used in air-cushion vehicles

**Li·ma** (lí:ma) the capital (pop. 3,968,972) of Peru, founded by Pizarro (1535). It is eight miles inland from its port Callao, on the central coast. Industries: textiles, food processing, chemicals, engineering Cathedral (1746), university (1551)

**li·ma bean** (láimə) any bean derived from *Phaseolus limensis*, fam. *Papilionaceae*, a tropical American species. They are bushy or tall-growing plants, cultivated for their edible greenish-white seeds ǁ one of these seeds

**limb** (lim) 1. *n.* one of the projecting paired appendages (e.g. arm, leg, wing, fin, parapodium) of an animal body ǁ a large bough of a tree ǁ an arm of a cross ǁ a spur of a mountain ǁ either half of an archery bow out on a limb in a vulnerable position from which there is no going back ǁ (*Br.*) away from the center of activity 2. *v.t.* to tear or cut away a limb of [O.E *lim*]

**limb** *n* the outer edge of the disk of the sun, moon, or other celestial body ǁ the graduated edge of a leveling rod, quadrant etc ǁ (*bot.*) the broader spreading part of a petal, corolla or calyx, contrasted with the narrower basal part [fr L *limbus*, border]

**lim·bate** (límbeit) *adj.* (*biol.*) bordered, as when one color is surrounded by an edging of another [fr. L.L. *limbatus*]

**Lim·be** (límbei) *BLANTYRE-LIMBE

**lim·ber** (límbər) 1. *n* (*mil.*) the detachable ammunition chest of a tractor-drawn gun 2. *v.t.* (*mil.*, usually with 'up') to attach (a limber and gun) to the towing tractor [etym. doubtful]

**limber** 1. *adj.* bending easily, flexible ǁ having a supple body 2. *v.i* (with 'up') to flex one's muscles and make one's limbs supple before some physical exertion ǁ *v.t.* (with 'up') to make supple [perh. fr. LIMB, body appendage]

**lim·bers** (límbərz) *pl. n.* (*naut.*) the gutters on each side of the inner keel which allow the water to drain into the well [etym doubtful]

**lim·bic** (límbik) *adj.* (*physiol.*) of the circumferential portion of the brain

**lim·bo** (límbou) *n.* a dwelling place on the borders of hell to which some theologies consign souls who cannot go to heaven through no fault of their own, esp. the souls of unbaptized children or the souls of the righteous who died before Christ's coming ǁ a place or condition in which people or things lie neglected or forgotten ǁ West Indian dance involving bending backward under a gradually lowered horizontal bar. It is often performed in competition [fr. L *in limbo*, on the border, fr *limbus*, hem, border]

**Lim·bourg** (límbə:rk), Pol de (late 14th c.–early 15th c), Flemish miniaturist, who with his two brothers was responsible for most of the illumination of 'les Très Riches Heures du Duc de Berry' (c. 1411–16)

**Lim·bourg** (líbu:r) a province (area 929 sq. miles, pop 639,000) in N.E Belgium Capital: Hasselt

**Lim·burg** (límbə:rg) the southernmost province (area 846 sq. miles, pop. 1,073,403) of the Netherlands. Capital: Maastricht

**Lim·burg·er** (límbə:rgər) *n.* a soft cheese of pungent odor and strong flavor [after LIMBOURG, Belgium]

**lim·bus** (límbəs) *n.* (*biol.*) a border distinctly marked by color or structure [L = hem. border]

**lim·dis** (límdəs) *adj.* code word meaning available for "limited distribution of documents" (less than 100)

**lime** (laim) 1. *n.* (*chem*) a caustic and highly infusible solid consisting essentially of calcium oxide, obtained when calcium carbonate is strongly heated. It is used in building, agriculture, metallurgy and for the treatment of sewage etc. ǁ birdlime 2. *v.t. pres part.* **lim·ing** *past* and *past part.* **limed** to spread lime over (a field etc.) ǁ to dress (hides), using lime and water ǁ to smear with birdlime [O.E *līm*]

**lime** *n.* *Tilia europa*, fam. *Tiliaceae*, a tree of northern temperate regions with fragrant whitish-yellow blossoms, ornamental heart-shaped leaves and white wood [prob fr earlier *line*, *lind* (older name for LINDEN)]

**lime** *n.* *Citrus aurantifolia*, fam. *Rutaceae*, a citrus tree native to the East Indies and cultivated in the U.S.A and West Indies for its yellowish-green fruits, which are a source of ascorbic acid and yield a juice used in flavoring ǁ this fruit [F fr. Span. fr. Arab]

**lime-burn·er** (láimbə:rnər) *n.* someone who reduces limestone to lime in a limekiln

**lime·kiln** (láimkjln, láimkjl) *n.* a kiln in which chalk or limestone is strongly heated to produce lime

**lime·light** (láimlait) *n.* an intense white light produced when lime is heated in an oxyhydrogen flame, formerly used in signaling and for stage lighting ǁ the flood of publicity accorded to a public figure

**li·men** (láimən) *n* (*psychol.*) the threshold of consciousness, the limit below which a stimulus is not perceived [L.=threshold]

**lime pit** a pit containing lime and water in which hides are soaked to remove the hair ǁ a limestone quarry

**Lim·er·ick** (límərik), Thomas Dongan, 2nd Earl of (1634–1715), Colonial governor of New York (1682–8). He called the first representative assembly in New York, and he fostered a 'Charter of Liberties' and broad religious tolerance. Recognizing the strategic location of his state, he fixed the boundaries between New York and the contiguous colonies and later with Canada

**Limerick** an inland county (area 1,037 sq miles, pop. 161,661) of Munster province, Irish Republic ǁ its county seat (pop. 60,736), the chief port on the west coast Industries: food processing, textiles

**lim·er·ick** (límərik) *n.* a five-lined nonsense verse rhyming *aabba* popularized by Edward Lear. The first, second and fifth lines have three feet and the third and fourth lines have two feet [prob. fr. a chorus 'Will you come up to Limerick?']

**lime·stone** (láimstoun) *n* a hard rock formed by the deposition of organic remains (e g. seashells) that consists mainly of calcium carbonate

**lime-wa·ter** (láimwɒtər, láimwɔtər) *n* an aqueous solution of calcium hydroxide

**lim·ey** (láimi:) *n.* (*pop.*) an Englishman, esp an English sailor [fr. *lime juicer*, a British ship, so called because of the former compulsory use of lime juice to prevent scurvy]

**li·mic·o·line** (laimíkəlain) *adj.* (*zool.*, esp. of birds) living on the shore, e.g, plovers, snipes [fr. L. *limicola* fr *limus*, mud +*colere*, to dwell]

**lim·i·nal** (límin'l) *adj.* (*psychol.*) of or pertaining to the limen [fr. L. *limen* (*liminis*), threshold]

**lim·it** (límit) 1. *n.* (often *pl.*) the furthest extent, amount etc., *the limits of his knowledge* ǁ (often *pl.*) boundary, confines, *within the limits of the estate* ǁ a point which may not or cannot be passed, *speed limit* ǁ an established highest or lowest amount, quantity, size etc., *the limit is six players per game* ǁ (*math.*) either of two values between which an integral is to be evaluated ǁ (*math.*) the value or number to which a mathematical sequence, series or function tends as the independent variable approaches certain prescribed values (e g. ±infinity) ǁ the limit ǁ someone or something that goes too far and cannot be endured within limits within moderation, to a moderate extent, *you can trust him within limits* without limit without restriction 2. *v.t.* to restrict, *limit him to 5,000 words for his review* ǁ to serve as a limit to [fr. F *limite*]

**lim·i·ta·tion** (ìmitéifən) *n.* a limiting or being limited ǁ something that limits ǁ a limit of capability, *he is a brilliant professor but has his limitations as an administrator* ǁ (*law*) the period fixed by statute of limitation after which a claimant cannot bring an action [fr L *limitatio* (*limitationis*)]

**limited company** (*Br*, *abbr.* Limited or Ltd) a company in which the responsibility of a share-

specified drug in water [O F *licur, licour, likeur*]

**liquorice** \*LICORICE

**li·ra** (l'ərə, l'ɪ:rə) *pl* **li·re** (l'ɪ:re), **li·ras** *n*. the standard monetary unit of Italy, consisting of 100 centesimi ‖ a coin or note of this value [Ital.]

**li·ri·pipe** (lɪ'rɪpaɪp) *n* (*hist*.) the long tail of a hood, forming part of academic and clerical dress [etym. doubtful]

**Lis·bo·a** (liːʒbɔə), Antônio Francisco (1730–1814), Brazilian sculptor and architect, famous for his churches and his statues of the prophets (1800) in Congonhas do Campo He was called 'O Aleijardinho' (little crippled one) because his hands were deformed by leprosy

**Lis·bon** (lɪzbən) (*Port*. Lisboa) the capital (pop. 812,385) of Portugal, a great port at the mouth of the Tagus. Industries: food processing, textiles, chemicals, machinery, shipbuilding An earthquake (1755) destroyed half the city, afterwards rebuilt in magnificent style on a symmetrical plan by Pombal. The old quarter (Alfama) has Moorish and medieval buildings University (1910)

**lisle** (laɪl) *n* a fine, tightly twisted cotton thread, used esp. for socks and gloves [fr *Lille*, France, where it was originally made]

**lisp** (lɪsp) 1. *v.i* to mispronounce 's' or 'z' as 'th' ‖ to speak with a lisp or as if with a lisp ‖ *v.t.* to utter with a lisp or as if with a lisp 2. *n* a lisping pronunciation [fr O E *wlisp, wlips* adj., *lisping*]

**Lis·sa·jous** (liːsæʒu:), Jules Antoine (1822–80), French physicist. He is known for his study of the result of combining simple periodic motions at right angles to one another. A Lissajous figure represents the path traced by a body moving under such conditions

**lis·some, lis·som** (lɪsəm) *adj*. lithe, slim and supple (contr. fr. old-fash. *lithesome*)

**List** (list), Friedrich (1789–1846), German economist. A protectionist, he was a leading advocate of the Zollverein

**list** *n*. (Br) the selvage of cloth ‖ a strip of material, esp. a thin strip cut from the edge of a piece of wood ‖ (*pl.*, *hist.*) the fences enclosing a tilting ground ‖ (*pl.*, *hist.*) a tilting ground to enter the lists to become a participant in a contest [O E *liste*, border]

**list** 1. *n* a number of names of persons or things having something in common, written out systematically one beneath or after another, *make a list of the jobs you want done* ‖ a catalog 2. *v.t.* to make a list of ‖ to put on a list ‖ to register (a security) on a stock exchange [F. *liste*]

**list** 1. *n*. (esp of a ship) a lean to one side 2. *v.i* (esp. of a ship) to lean to one side [origin unknown]

**lis·ten** (lɪs'n) *v.i.* to use one's ears consciously in order to hear, *he listened at the door but couldn't tell what they were saying* ‖ to pay attention to speech, music etc , *listen to me instead of gazing out of the window* ‖ to be influenced by, *you mustn't listen to his threats or his promises to listen in* to listen to someone else's conversation ‖ (*old-fash*) to listen to a radio broadcast [Old Northumbrian *lysna*]

**Lis·ter** (lɪstər), Joseph, 1st Baron Lister of Lyme Regis (1827–1912), English surgeon. On the basis of Pasteur's research into fermentation, he introduced the principles of disinfection and antisepsis into surgery

**list·er** (lɪstər) *n* a plow with a double moldboard [ult. fr. LIST (a strip)]

**list·less** (lɪstlɪs) *adj* lacking energy ‖ spent in languor, *a listless afternoon* ‖ uninterested, indifferent, *listless spectators* [fr older *list*, inclination]

**list price** the price of an article as shown in a catalog, advertisement etc.

**Liszt** (list), Franz (1811–86), Hungarian composer and pianist. As a composer he was prolific: he wrote symphonic program music (e.g 'Dante', 1867 and 'Faust', 1857), 20 'Hungarian Rhapsodies', piano concertos, songs, and a vast number of piano pieces and piano transcriptions One of the greatest virtuoso pianists, he evolved new techniques of playing, made harmonic innovations in composition and developed the Romantic idiom

**lit** alt. *past* and *past part*. of LIGHT (to cause to emit light) ‖ alt. *past* and *past part* of LIGHT (to come to rest)

**Li·ta·ni** (liːtɑːni:) a river (90 miles long) of Lebanon, rising, like the Orontes, near Baalbek but flowing south, then west to the Mediterranean north of Tyre

**lit·a·ny** (lɪt'niː) *pl* **lit·a·nies** *n* a prayer of petition used in public worship, esp. processions, recited by the officiant with recurrent responses from the congregation [fr M L *litania, letania* fr. Gk]

**li·tchi, li·chee** (lɪːtʃiː) *n. Litchichinensis*, fam *Sapindaceae*, a tree native to China but cultivated in India and the Philippines for its juicy, edible fruit ‖ this fruit, which has a hard seed and scaly outer shell [fr. Chin. *li-chi*]

**lit·er·ar·ism** (lɪtərərɪzəm) *n*. concern with literary or humanistic values vs. scientism

**lit-crit** (lɪtkrɪt) *n*. literary criticism

**li·ter, li·tre** (lɪːtər) *n*. the metric unit of capacity, defined as the volume of 1 kg of pure, air-free water at 4°C and 760 mm. of pressure (=1,000.028 c c, 1,000 milliliters, and approx. 0 22 gallon or 1.76 pints) [F *litre* fr. L. fr. Gk]

**lit·er·a·cy** (lɪtərəsiː) *n* the condition or quality of being literate

**lit·er·al** (lɪtərəl) 1. *adj*. true in the usual sense of the words used, not metaphorical or exaggerated, *it is to be understood in a poetic, not a literal sense* ‖ (of a translation) following the original closely or even word for word ‖ prosaic, matter-of-fact, *a literal mind* ‖ of, relating to or expressed by a letter of the alphabet, *literal errors* 2. *n.* a literal misprint **lit·er·al·ism** *n* a tendency to interpret words, statements etc. in their literal sense ‖ (in painting, writing etc ) realism **lit·er·al·ist** *n* someone practicing literalism [O F]

**lit·er·ar·i·ly** (lɪtərerɪliː) *adv* in a literary way or manner

**lit·er·ar·i·ness** (lɪtərerɪnɪs) *n*. the state or quality of being literary

**lit·er·ar·y** (lɪtəreriː) *adj* of, being or about literature, *literary criticism* ‖ producing, well versed in or connected with literature, *a literary figure* ‖ characteristic of a written as distinct from a spoken style, *a literary turn of phrase* [fr L. *literarius*]

**literary executor** a person entrusted with a testator's literary property: copyrights, unpublished works etc

**lit·er·ate** (lɪtərit) 1. *adj*. able to read and write 2. *n*. someone who can read and write [fr L. *litteratus*]

**lit·er·a·ture** (lɪtərətʃər) *n*. written compositions in prose or verse, esp. of lasting quality and artistic merit ‖ writings produced in a certain country or during a certain period, *French literature, Romantic literature* ‖ (*rhet*.) the occupation or profession of writing or studying such works ‖ the realm of written composition, *he is famous in literature* ‖ books or treatises on a particular subject, *there is a mass of literature on the Greek theater* ‖ (*pop*.) any printed matter even if devoid of literary merit, e.g travel folders [fr. L. *litteratura*]

**lith·arge** (lɪθɑːrdʒ) *n*. (*chem*.) fused yellow-orange lead monoxide, PbO [fr O F *litarge* fr L. fr. Gk]

**lithe** (laɪð) *adj*. slim, sinewy and supple ‖ indicating suppleness and agility, *the lithe movements of a panther* [O.E *lithe*, gentle]

**lith·i·a** (lɪθɪːə) *n*. lithium oxide, Li$_2$O

**li·thi·a·sis** (lɪθaɪəsɪə) *n* (*med*) the formation of gravel-like crystals in the body, esp. in the gall and urinary bladders [Mod. L fr Gk fr. *lithos*, stone]

**lith·ic** (lɪθɪk) *adj*. of or pertaining to stone [fr Gk *lithos*, stone]

**lithic** *adj*. of or pertaining to lithium

**lith·i·um** (lɪθɪəm) *n* an element of the alkali metal group (symbol Li. at. no 3, at mass 6.939). It is the lightest known metal and is used in alloys [fr. Gk *lithos*, stone]

**lithium batteries** lightweight electric batteries used in watches

**lith·og·en·ous** (lɪθɒdʒənəs) *adj* originating from stone

**lith·o·graph** (lɪθəɡræf, lɪθəɡrɑf) 1. *v.t*. to print by the process of lithography 2. *n*. an impression or print so made **li·thog·ra·pher** (lɪθɒɡrəfər) *n*. someone skilled in lithography [LITHOGRAPHY]

**lith·o·graph·ic** (lɪθəɡræfɪk) *adj* of, pertaining to or produced by lithography

**li·thog·ra·phy** (lɪθɒɡrəfiː) *n*. the art or process of printing from a smooth surface (a prepared stone, aluminum or zinc) on which the image to be printed is ink-receptive, the rest being ink-repellent (\*OFFSET) [fr. Gk *lithos*, stone *+graphos*, written]

**lith·o·log·i·cal** (lɪθəlɒdʒɪkl) *adj* of or relating to lithology

**li·thol·o·gy** (lɪθɒlədʒiː) *n*. the study of stones and rocks ‖ the nature of a rock or rock formation described in terms of its composition, color, texture and structure [fr Gk *lithos*, stone*+logos*, word]

**lith·o·marge** (lɪθəmɑrdʒ) *n* a smooth, closely packed kaolin [fr. Mod L. *lithomarga* fr Gk *lithos*, stone*+L. marga*, marl]

**lith·o·phyte** (lɪθəfaɪt) *n*. (*bot*) a plant growing on rock or stone [fr Gk *lithos*, stone*+phuton*, plant]

**lith·o·pone** (lɪθəpoʊn) *n*. a white pigment, consisting of a mixture of zinc sulfide and barium sulfate, used in the manufacture of linoleum, paint etc. [fr. Gk *lithos*, stone *+ponos*, work]

**lith·o·print** (lɪθəprɪnt) *n* a lithograph

**lith·o·sphere** (lɪθəsfɪər) *n*. (*geol*.) the earth's solid exterior crust (cf. ATMOSPHERE, cf. HYDROSPHERE) [fr Gk *lithos*, stone+SPHERE]

**lith·o·spher·ic** (lɪθəsfɪərɪk) *adj* (*geol*) of the rocky crust of the earth

**li·thot·o·my** (lɪθɒtəmiː) *n* (*med*.) a surgical operation to remove a stone from the bladder [fr L.L. *lithotomia* fr Gk fr *lithos*, stone*+tomia*, a cutting]

**li·thot·ri·ty** (lɪθɒtrɪtiː) *n*. (*med*.) the crushing of a stone in the bladder so that it can pass through the urethra [fr Gk *lithos*, stone*+tripsis*, rubbing]

**Lith·u·a·ni·a** (lɪθuːeɪniːə) a constituent republic (area 25,170 sq miles, pop. 3,399,000) of the U.S.S R in N.E. Europe, on the Baltic. Capital: Vilnius. It is a low-lying region with many lakes. Agriculture: root crops, cereals, cattle Resources: timber. Industries: heavy engineering, shipbuilding and building materials Lithuania developed as an independent unit against the Teutonic Knights (13th c.), and its power grew until unification with Poland (1386). Acquired by Russia (1795), it became an independent republic (1919) and a constituent republic (1940)

**Lith·u·a·ni·an** (lɪθuːeɪniːən) 1. *adj* of or pertaining to Lithuania, its language or people 2. *n*. a native or inhabitant of Lithuania ‖ the Baltic language of Lithuania

**lit·i·gant** (lɪtɪɡənt) 1. *adj*. engaged in a lawsuit 2. *n*. someone engaged in a lawsuit [F.]

**lit·i·gate** (lɪtɪɡeɪt) *pres. part*. **lit·i·gat·ing** *past* and *past part*. **lit·i·gat·ed** *v.i* to go to law, to carry on a lawsuit ‖ *v.t.* to contest at law **lit·i·ga·tion** *n* [fr. L. *litigare* (*litigatus*)]

**li·ti·gious** (lɪtɪdʒəs) *adj*. fond of engaging in lawsuits ‖ subject to dispute at law ‖ of or about lawsuits [fr. F. *litigieux*]

**lit·mus** (lɪtməs) *n* a dye obtained from various lichens, esp *Roccella tinctoria*, fam. *Roccellaceae*, turned red by acid and blue by alkali [fr M. Du. *leecmos*]

**litmus paper** absorbent paper treated with litmus, used as an indicator for acids and alkalis

**litmus test** originally a paper used to test acidity and alkalinity; by extension, 'an acid test,' a definitive test —**litmusless** *adj* neutral

**li·top·tern** (laɪtɒptɜːrn) *n*, a member of *Litopterna*, an extinct order of hoofed herbivorous mammals of the Paleocene to the Pleistocene epochs, confined to South America [fr. Gk *litos*, smooth*+pterna*, heel]

**li·to·tes** (laɪtoʊtiːz) *pl*. **li·to·tes** *n* understatement in which an affirmation is expressed by the negative of its contrary, often used for emphasis or ironically, e.g 'the loss was no lighting matter' ‖ an instance of this (cf. HYPERBOLE, cf. MEIOSIS) [Gk *litotēs* fr *litos*, plain, simple]

**litre** \*LITER

**lit·ter** (lɪtər) 1. *n*. rubbish, e.g scraps of paper, orange peel etc , lying about in disorder ‖ a state of disorder or untidiness ‖ the young brought forth at one birth by a multiparous animal, esp. a sow or bitch ‖ straw or other bedding provided for animals or as a protection for plants ‖ the top layer of leaves, twigs and other organic matter on a forest floor ‖ a stretcher ‖ (*hist* ) a couch with a curtained canopy for carrying a passenger 2. *v.t* to be litter in (a place) ‖ to leave litter in (a place) ‖ to throw down as litter ‖ to bed down (an animal) with straw etc ‖ to cover (a floor) with straw etc ‖ *v i* (of an animal) to bring forth young [A F. *litere*. O F *litiere*, bed]

**litter bag** a container, usu. of plastic, used for rubbish disposal —**litterbin** *n*

**lit·ter·bug** (lɪtərbʌɡ) *n* someone who drops litter on a street or in some other public area

**met·a·phor** (métəfər, métəfor) *n.* a figure of speech in which a name or quality is attributed to something to which it is not literally applicable, e.g. 'an icy glance', 'nerves of steel' (cf. SIMILE) **met·a·phor·ic** (metəfórik, metəfórik), **met·a·phor·i·cal** *adjs* [F. *métaphore* fr. L fr Gk]

**met·a·phys·i·cal** (metəfízikˈl) 1. *adj.* of or pertaining to a school of 17th-c. English poets, including Donne, Herbert, Vaughan, Crashaw, who blended emotion with intellectual ingenuity, and made much use of the conceit 2. *n* a poet of this school

**met·a·phy·si·cian** (metəfizíʃən) *n* a person schooled in metaphysics [F *métaphysicien*]

**me·ta·phys·ics** (metəfíziks) *n.* the branch of philosophy dealing with the first principles of things. It includes ontology and cosmology [older *metaphysic* fr. M.L. *metaphysica* fr. Gk *ta metaphusika*, (the books of Aristotle) after the 'Physics']

**met·a·plasm** (métəplæzəm) *n.* (*biol.*) lifeless material derived from protoplasm **met·a·plas·mic** *adj.* [fr. Gk *meta*, after+PROTOPLASM]

**met·a·psy·chol·o·gy** (metəsaikólədʒi) *n.* the study of the philosophical aspects of psychology and of its role in the physical universe [fr. Gk *meta*, with+PSYCHOLOGY]

**met·a·ram·i·nol** ($C_9H_{13}NO_2$) (metərǽminol) *n.* (*pharm.*) sympathomimetic drug used to shrink mucosa; marketed as Aramine or Pressonel

**met·a·so·ma·tism** (metəsóumətizəm) *n.* metasomatosis [fr. Gk *meta*, changed by+Gk *sōma*, body]

**met·a·so·ma·to·sis** (metəsoumətóusis) *n.* (*geol.*) an extension of the process of metamorphism, in which the chemical composition of rocks undergoes partial change [Mod. L fr Gk *meta*, changed in+*sōma*, body]

**met·a·sta·ble** (métəstéibˈl) *adj.* (*phys.*, *chem.*, e.g of a supercooled liquid) precariously stable [fr. Gk *meta*, after+STABLE]

**Me·ta·sta·sio** (metəstázjo), (Pietro Trapassi, 1698–1782), Italian poet and author of many librettos

**me·tas·ta·sis** (metǽstəsis) *pl.* **me·tas·ta·ses** (metǽstəsi:z) *n.* the spreading of disease from one part of the body to another, e.g. in cancer ‖ an instance of this **me·tás·ta·size** *pres. part.* **me·tas·ta·siz·ing** *past* and *past part.* **me·tas·ta·sized** *v.i.* to spread by metastasis [L L fr Gk=transition]

**met·a·tar·sal** (metətórsˈl) *adj* of or pertaining to the metatarsus

**met·a·tar·sus** (metətórsəs) *pl.* **met·a·tar·si** (metətórsai) *n.* the part of the human foot, esp. the bones, between the ankle and toes ‖ the corresponding part in animals [Mod. L fr Gk *meta*, behind+*tarsos*, flat of the foot]

**me·tath·e·sis** (metǽθisis) *pl* **me·tath·e·ses** (metǽθisi:z) *n.* (*gram.*) the interchange of position between sounds in a word ‖ (*chem.*) double decomposition **met·a·thet·i·cal** (metəθétikˈl) *adj* [fr. L L fr. Gk=transposition]

**met·a·tho·rax** (metəθóræks, metəθóuræks) *pl* **met·a·tho·rax·es**, **met·a·tho·ra·ces** (metəθórəsi:z, metəθóurəsi:z) *n.* the rear segment of the thorax of an insect [Mod. L fr. Gk *meta*, behind+THORAX]

**Me·tau·rus** (mitóros) a river of central Italy, scene of Rome's decisive victory (207 B C) over Hasdrubal in the 2nd Punic War

**Me·tax·as** (mitǽksəs), Ioannis (1871–1941), Greek general He was dictator of Greece (1936–41) and defeated (1940) the Italians in their invasion of Greece

**met·a·zo·an** (metəzóuən) 1. *n.* any member of the order *Metazoa*, which includes all animal organisms of more than one cell, except usually sponges (*Parazoa*) 2. *adj* pertaining to the order *Metazoa* or to a metazoan **met·a·zó·ic** *adj* [fr. Gk *meta*, later+*zōon*, animal]

**mete** (mi:t) *pres. part.* **met·ing** *past* and *past part.* **met·ed** *v t.* (with 'out') to distribute, apportion, deal out, *to mete out punishment* [O E *metan*, to measure]

**Me·tel·lus** (matélos), Lucius Caecilius (d. c. 221 B.C.), Roman consul (251 B.C.) He defeated the Carthaginian attack on Sicily in the 1st Punic War

**Metellus   Mac·e·don·i·cus** (mæsidónikəs), Quintus Caecilius (d. 115 B C), Roman praetor (148 B.C) He conquered Macedonia (146 B.C.)

**Metellus Nu·mid·i·cus** (nu:mídikəs, nju:mídikəs), Quintus Caecilius (d. c. 91 B.C.), Roman consul (109 B.C) and commander in the war against Jugurtha

**Metellus Scip·i·o** (sípi:ou), Quintus Caecilius (d. 46 B.C.), Roman consul (52 B.C.) An ally of Pompey, he fought unsuccessfully against Julius Caesar

**met·em·psy·cho·sis** (metempsaikóusis, metemsikóusis) *pl* **met·em·psy·cho·ses** (metempsikóusi:z, metemsikóusi:z) *n.* transmigration of souls ‖ an instance of this [L L fr. Gk *metempsuchōsis*]

**me·te·or** (mí:ti:ər) *n.* a solid body from outer space, which glows with the heat generated by friction as it enters the earth's atmosphere [fr Mod. L. *meteorum* fr. Gk *meteōra* pl, astronomical phenomena]

**me·te·or·ic** (mi:ti:órik, mi:ti:órik) *adj.* of or pertaining to meteors ‖ brilliant and rapid, *a meteoric rise to fame* ‖ of, relating to or originating in the earth's atmosphere **me·te·ór·i·cal·ly** *adv.* [fr. M L. *meteoricus*, of the high atmosphere, and fr METEOR]

**me·te·or·ite** (mí:ti:ərait) *n* a meteor which reaches the surface of the earth in solid form, either in one piece or in fragments

**me·te·or·oid** (mí:ti:ərɔid) *n* a meteor, whether within or outside the earth's atmosphere

**me·te·or·oi·dal** (mi:ti:ərɔidˈl) *adj* of a meteoroid

**me·te·or·o·log·ic** (mi:ti:ərəlódʒik) *adj.* meteorological **me·te·or·o·lóg·i·cal** of or pertaining to meteorology

**me·te·or·ol·o·gist** (mi:ti:əróladʒist) *n.* a specialist in meteorology [fr Gk *meteōrologos*]

**me·te·or·ol·o·gy** (mi:ti:ərólədʒi:) *n.* the study of conditions in the earth's atmosphere, esp for making weather forecasts ‖ the general weather conditions of a region [fr. Gk *meteōrologia* fr. *meteōra*, atmospheric phenomena+*logos*, word]

**me·te·o·sat** (mí:ti:əsæt) *n.* meteorological satellite made by Aerospatiale of France and launched by Cosmos (consortium of France, Italy, and Germany) in 1977, as part of GARP (worldwide Global Atmospheric Research Program)

**me·te·pa** ($C_9H_{18}N_3OP$) (métipə) *n* (*chem*) an insect sterilizing agent

**me·ter** (mí:tər) 1. *n.* an instrument for measuring and recording the amount of flow of something (e.g. gas) or the amount of duration of use of something 2. *v t* to measure with a meter ‖ (esp. *Am*) to stamp (mail) with a postage meter [prob fr METE]

**me·ter**, esp. *Br*. **me·tre** (mí:tər) *n.* (*abbr.* m.) the fundamental unit of length in the metric system, defined as the length measured in vacuo of 1,650,763 73 wavelengths of the light emitted by krypton (isotope 86) in the transition $_2P_{10}-^5D_5$. (This definition, officially adopted by the International Conference on Weights and Measures in 1960, did not change the length of the meter, but only the standard by which it is defined.) 1m.=about 39.37 ins [fr. F *mètre* fr. Gk *metron*, measure]

**meter**, esp. *Br*. **metre** *n* the rhythmic recurrence of patterns within a line of poetry or in lines of poetry, based e g. on stress or on number of syllables or on a combination of these or on number of feet ‖ musical rhythm [O.E *meter* fr. L. *metrum* fr. Gk *metron*, measure]

**meter candle** *LUX

**meter-kilogram-second system**, *Br.* **metre-kilogram-second system** (*abbr* mks) a metric system of units based on the meter, kilogram and second as the units of length, mass and time

**meter maid** attendant who oversees meter parking, issuing summonses for violations of parking violations

**meth·a·done** (méθədoun) a synthetic narcotic used to relieve pain and to detoxify drug addicts. First used in Germany during the 2nd world war as a substitute for morphine, it reduces chronic pain. Because its properties and effects imitate heroin, it has become a popular treatment for gradual heroin withdrawal

**meth·am·phet·a·mine** ($C_{10}H_{15}N$) (meθæmfétəmi:n) *n.* (*pharm.*) a central nervous system stimulant similar to amphetamine, used in treating narcolepsy, Parkinson's disease, alcoholism, depression, and obesity, with many side effects; marketed under many trade names *also* desoxyphedrine, methylamphetamine

**meth·ane** (méθein) *n.* an odorless, colorless, inflammable hydrocarbon, $CH_4$, which forms explosive mixtures with air. It results from the decay of organic matter (*MARSH GAS) and is found in natural gas and in coal mines (*FIRE-DAMP). It is an important constituent of coal gas. It is the first of the alkanes [METHYL]

**methane sulfomate** [$CH_3SO_3H$] (*chem*) a salt or ester of methane sulfonic acid *also* mesylate

**me·than·o·gens** (meθǽnədʒenz) *n.* (*biol.*) methane-producing organisms believed to have evolved more than 3 5 billion years ago *also* archaebacteria

**meth·a·nol** (méθənɔl) *n.* methyl alcohol, a colorless poisonous liquid, $CH_3$ OH, originally obtained from wood, and now made synthetically It is used as a solvent, in denaturing ethyl alcohol, and in the manufacture of formaldehyde etc. [METHANE]

**meth·a·pyr·i·lene** [$C_{14}H_{19}N_3S$] (meθəpírili:n) *n.* (*pharm.*) antihistamine ingredient in many sleeping pills banned by U.S. Food and Drug Administration in 1979 as cancer-causing in animals *also* thenylpyramine

**meth·a·qua·lone** [$C_{16}H_{14}N_2O$] (meθǽkwəloun) *n.* (*pharm*) non-barbituate sedative and hypnotic used as a tranquilizer; marketed as Quaalude, Sopor, and Parest

**meth·i·cil·lin** [$C_{17}H_{20}N_2O_6S$] (meθəsílən) *n.* (*pharm.*) synthetic penicillin, used esp. against penicillin-resistant staphylococci; marketed as Celbenin and Staphcillin

**meth·od** (méθəd) *n* a way of doing something ‖ a procedure for doing something ‖ orderliness in doing, planning etc., *to lack method* ‖ an orderly arrangement or system **me·thod·i·cal** (meθódikˈl) *adj.* [fr. L fr Gk *methodos* fr. *meta*, after+*hodos*, way]

**method** or **method acting** school of acting based in identifying with the feelings of the character portrayed, so that the actor "becomes" the character; devised by Russian actor Konstantin Stanislavski

**Meth·od·ism** (méθədʒizəm) *n.* the tenets and organization of several Protestant denominations which sprang from the revival within the Church of England led by John and Charles Wesley from 1729. Theologically, Methodism is Arminian in sympathy. Its organization depends on lay preachers, on the weekly meeting, and on the annual conference which is its supreme authority. It spread rapidly after 1739 in England and North America and was formally separated from the Church of England (1791). It has about 13½ million members, about two thirds being in the U.S A.

**Meth·od·ist** (méθədist) 1. *n.* an adherent of Methodism 2. *adj* pertaining to or belonging to Methodism

**Methodius**, St *CYRIL AND METHODIUS

**meth·od·ize** (méθədaiz) *pres. part.* **meth·od·iz·ing** *past* and *past part.* **meth·od·ized** *v t.* to make orderly, classify or systematize

**meth·od·ol·o·gy** (meθədólədʒi:) *pl.* **meth·od·ol·o·gies** *n.* a branch of philosophy dealing with the science of method or procedure ‖ a system of methods and rules applied in a science **meth·od·o·log·i·cal** (meθəd'lódʒikˈl) *adj* [fr. Mod L *methodologia* or F. *méthodologie*]

**meth·ol·y·flu·rane** [$C_3N_4Cl_2F_2O$] (meθolifljú:rein) *n.* (*pharm.*) a nonexplosive general anesthetic; marketed as Penthrane

**meth·o·trex·ate** [$C_{20}H_{22}N_8O_5$] (meθətréksait) *n.* (*pharm*) toxic drug used to combat folic acid in treatment of psoriasis and leukemia *also* amethropterin

**Meth·u·en Treaty** (méθju:ən) a commercial agreement (1703) between Portugal and England, by which England conceded a preferential tariff on Portuguese wines and Portugal allowed the import of English woolens. It was an economic link between the two countries until 1835 and helped to popularize the drinking of port in England. The agreement was negotiated by John Methuen (c 1650–1706), British ambassador to Portugal

**Me·thu·se·lah** (məθú:zələ, məθjú:zələ) Hebrew patriarch, Noah's grandfather, who lived 969 years (Genesis v, 27). He is taken as the standard of phenomenal longevity

**meth·yl** (méθəl) *n.* the organic alkyl radical $CH_3$, of methanol etc [F. *méthyle*, G *methyl* ult. fr. Gk *methu*, wine+*hulē*, wood]

**methyl acetate** a volatile, combustible, fragrant ester, $CH_3COOCH_3$. used chiefly as a solvent

**methyl alcohol** methanol

**meth·yl·a·pro·pine bromide** [$C_{11}H_{22}NO_3CH_3Br$] (meθəlaprópui:n) *n.* (*pharm*) dosage form of atropine that depresses the nervous system; marketed as Metropine *also* atropine methylbromide

## Mount Holyoke College     654     Mozart

**ship** etc. [Ital. *montambanco, montimbanco* fr *monta in banco*, mount on a bench]

**Mount Hol·yoke College** (hóuljouk, hóuli:ouk) a U.S. educational institution for women founded (1836) by Mary Lyon at South Hadley, Mass., as Mount Holyoke Female Seminary In 1893 it was rechartered and renamed

**Mountie** *MOUNTY

**mount·ing** (máuntiŋ) *n.* a support or setting for a jewel, picture etc.

**Mount McKinley National Park** a U.S. nature reserve (area 3,030 sq miles) in S. central Alaska, established (1917) by Congress

**Mount Rainier National Park** a U.S. nature reserve (area 100 sq miles) in the Cascade Range of Washington

**Mount Rushmore National Memorial** a sculpture of the heads of George Washington, Thomas Jefferson, Abraham Lincoln, and Theodore Roosevelt, carved (1927–41) by Gutzon Borglum on the northeast side of Mt Rushmore in the living rock. Each head is about 60 ft high The portraits represent the founding, expansion, preservation, and unification of the U.S.A.

**Mount Vernon** (vớ:rnən) the home and burial place of George Washington in N.E Virginia on the Potomac, near Washington, D.C.

**Mount·y, Mount·ie** (máunti:) *pl.* **Mount·ies** *n.* (*pop.*) a member of the Royal Canadian Mounted Police

**mourn** (mɔrn) *v.i.* to express or feel grief esp. because of a death, *to mourn for a friend* ‖ to show customary tokens of grief for a given period after someone's death, e.g. to wear mourning ‖ *v.t.* to express or feel grief for (a dead person, someone's death etc.) [O E *murnan*]

**Mourne, Mountains of** (mɔrn) a range in S.E. Co. Down, Northern Ireland: Slieve Donard, 2,796 ft

**mourn·er** (mɔ́rnər) *n.* a person who mourns ‖ a person attending a funeral

**mourn·ful** (mɔ́rnfəl) *adj.* feeling or showing sadness, *a mournful expression* ‖ doleful, causing sadness, *a mournful tune*

**mourn·ing** (mɔ́rniŋ) *n.* grieving, lamentation ‖ the customary period during which a dead person is mourned ‖ the special clothes or tokens worn by a mourner

**mourning dove** *Zenaidura macrura Carolinensis*, a small wild dove of the U.S.A. with a mournful cry

**mouse** (maus) 1. *pl* **mice** (mais) *n.* any of a large number of rodents resembling rats but smaller, with hairless tails, esp. one of the smaller members of genus *Mus*, fam. *Muridae*, e.g. *M. musculus*, the house mouse, a common pest found in most parts of the world ‖ a timid or retiring person 2. *v.i, pres. part.* **mous·ing** *past and past part.* **moused** (esp of a cat) to hunt and catch mice **mous·er** *n.* an animal, esp. a cat, that is particularly good at catching mice [O.E. *mūs*]

**mouse-trap** (máustræp) *n.* a device for catching mice

**mousey** *MOUSY

**mous·sa·ka** (mu:sakó) *n.* dish of ground lamb or beef and sliced eggplant, popular in Greece and Turkey

**mousse** (mu:s) *n.* a frothy frozen dessert of flavored whipped cream or a substitute of thin cream, egg white, gelatin etc. [F ]

**mous·tache, mus·tache** (məstáʃ, məstáʃ, mʌ́stæʃ) *n.* the hair on the upper lip, esp. of a man ‖ (*zool.*) bristles or hair around an animal's mouth [F. fr. Ital. fr. Gk]

**Mous·te·ri·an, Mus·tie·ri·an** (mu:stiəri:ən) *adj.* of a middle Paleolithic epoch characterized by the use of flake tools, and associated with Neanderthal man [after *Le Moustier* cave in S.W. France]

**mous·y, mous·ey** (máusi:) *comp.* **mous·i·er** *super.* **mous·i·est** *adj.* of, like or pertaining to a mouse, *a mousy smell* ‖ mouse-colored, *mousy hair* ‖ (of a person) lacking personality or drive

**mouth** 1. (mauθ) *pl.* **mouths** (mauðz) *n.* a cavity in the head containing the teeth for mastication, and the tongue, palate etc. for voice production, and bounded by the lips ‖ the external opening of the lips as a facial feature ‖ the opening in an animal's body through which food is taken in, regarded as the beginning of the alimentary canal ‖ a person viewed as something to be fed ‖ the mouth as the source of speech, *this sounds strange in your mouth* ‖ a horse's mouth with respect to its responsiveness to the pressure of the bit, *a hard mouth* ‖ the part of a river where it empties into the sea **down in the mouth** depressed, dejected **to keep one's mouth shut** to say nothing, remain silent **to put words into someone's mouth** to represent someone as having said something he did not say ‖ to tell someone what to say **to take the words out of someone's mouth** to say just what someone else was about to say 2. *v.* (mauð) *v.t.* to say, esp. in an affected manner ‖ to shape (words) with the lips without saying them ‖ to train (a horse) to the bit ‖ *v.i.* to speak in an affected manner ‖ to make a grimace **móuth·ful** *n.* the amount of food etc. that will go into the mouth easily to say *a mouthful* (*pop.*) to say something strikingly apt or true [O E. *mūth*]

**mouth organ** a harmonica

**mouth·part** (máuθpɔrt) *n.* (*zool.*) a structure in the region of the mouth (e.g. of an insect)

**mouth·piece** (máuθpi:s) *n.* the part of a wind instrument to which the player's lips are applied ‖ something placed at the mouth, e.g. part of a horse's bit passing between the teeth ‖ the part of a tobacco pipe which is placed in the mouth ‖ the part of a telephone into which one speaks ‖ a spokesman, e.g. a person or newspaper delivering the opinion of others

**mov·a·bil·i·ty, move·a·bil·i·ty** (mu:vəbíliti:) *n.* the state or quality of being movable

**mov·a·ble, move·a·ble** (mú:vəb'l) 1. *adj.* capable of being moved ‖ (of property) that can be moved from a house, personal ‖ (of a religious feast) changing its date from year to year 2. *n.* an article, esp. of furniture, that can be moved from a house (cf. FIXTURE) [O.F. Br *movable*]

**move** (mu:v) 1. *v.* *pres. part.* **mov·ing** *past and past part.* **moved** *v t* to change the location or position of, *to move a table* ‖ to cause to become active, stir, *to move water around with a stick* ‖ to arouse the feelings (esp. of pity, sympathy etc.) of, *his account moved her deeply* ‖ to influence, impel, prompt, *her advice moved him to action* ‖ to cause (the bowels) to eject feces ‖ to propose formally in an assembly, *to move a vote of thanks* ‖ *v.i.* to be made active, stir, *a few leaves moved in the wind* ‖ to change location or position ‖ (with 'for') to make an appeal, application etc. in a law court, *the plaintiff moved for a rehearing* ‖ to be active, spend one's time, *he moves in literary circles* ‖ to change one's residence ‖ (often with 'on') to depart or start to depart ‖ to make progress, *the work moves slowly* ‖ (chess, checkers etc.) to change the position of a piece as part of the game ‖ to take action, *we must move at once in this matter* ‖ (of the bowels) to eject feces as the spirit moves one when one feels inclined to move out (in) to remove one's belongings from (take them into) a residence **to move up** to advance, e.g. when standing in line 2. *n.* a calculated maneuver made to gain some advantage ‖ (chess, checkers etc.) the moving of a piece, or the turn of a player to move ‖ a change of place or residence, *we plan a move in the spring* **on the move** moving from place to place ‖ progressing ‖ departing **to get a move on** (*pop* ) to hurry up **to make a move** to stir, *don't make a move or I'll shoot* ‖ **to go to a different place** ‖ to take action [M.E fr. A.F. *mover*, O.F. *movoir*]

**moveability** *MOVABILITY

**moveable** *MOVABLE

**move·ment** (mú:vmənt) *n.* the act or process of moving ‖ an instance of this ‖ an impulse, *he felt a movement of pity for them* ‖ the development of the action in a prose work ‖ the rhythmic quality of a poem ‖ the illusion of motion in a painting, sculpture etc. ‖ the moving parts of a mechanism (esp of clockwork) ‖ (*mus.*) a tonally self-contained structural division of a symphony, sonata etc. ‖ (*mus*) the character of a composition with regard to rhythm and tempo ‖ a series of acts and events planned towards a definite end by a body of people, *the civil rights movement* ‖ a tactical moving of troops as part of a military or naval maneuver ‖ an emptying of the bowels ‖ the matter thus emptied ‖ (*commerce*) a change or trend in the price of some commodity or stock [O F.]

**mov·er** (mú:vər) *n.* a person who or thing that moves, esp a person who moves a formal proposal ‖ someone who professionally moves people's belongings from one residence to another

**mo·vie** (mú:vi:) *n.* (*Am.=Br.* film) a sequence of pictures projected on a screen from a developed and prepared film, esp with an accompanying sound track ‖ a theater where such pictures are shown regularly to the public **the movies** such entertainment in general ‖ this entertainment as a branch of industry ‖ a particular example of such entertainment, *let's go to the movies tonight* [MOVING PICTURES]

**movie camera** (*Am.=Br.* cinecamera) a camera for making movies, usually amateur, and using narrower film (16 or 8 mm ) than is used in the movie industry

**mov·ie·go·er** (mú:vi:gouər) *n* (*Am =Br* cinemagoer) a person who goes frequently to the movies

**movie house** a building where movies are shown

**mov·ing** (mú:viŋ) *adj.* changing place, posture etc., *moving parts* ‖ causing movement or action, *a moving belt* ‖ affecting the feelings, esp feelings of tenderness, pity, sympathy etc

**moving picture** a movie (sequence of pictures)

**moving staircase** an escalator

**mow** (mou) *past part.* **mowed, mown** (moun) *v.t.* to cut (grass etc ) with a scythe, sickle, lawn mower etc. ‖ (with 'down') to cause to fall in great numbers, *mowed down by machine-gun fire* ‖ *v.i.* to cut grass etc [O E. *māwan*]

**mow** (mau) *n.* a stack of hay, grain etc., esp. in a barn ‖ the place in a barn where hay etc. is stored [O.E. *mūga*, heap]

**mox·a** (mókso) *n.* (*med.*) a Japanese wormwood used medically as a cauterizing agent

**mox·i·bus·tion** (mɔksəbʌ́stʃən) *n.* therapeutic technique of applying heat by slowly burning moxa sticks held near diseased areas or acupuncture pressure points

**Mo·zam·bique** (mouzəmbí:k) a country (area 302,250 sq. miles, pop. 13,413,000) on the S.E African coast. Capital: Maputo. People and language: mainly Bantu with small Portuguese and Asian minorities Official language: Portuguese. The land is divided between wide coastal plains and grassy or wooded interior highlands (2,000–8,000 ft), from which several rivers (esp. the Limpopo and the Zambezi) flow east across the country The northern savanna is one of Africa's chief big-game regions Average yearly temperatures (F ): 71°–78° along the coasts, higher in river valleys. Rainfall: 30 ins in the south, 56 ins in the north. Chief occupations: subsistence agriculture (millet, manioc, sweet potatoes), sugar growing on plantations with conscripted labor Exports: sugar, corn, raw and spun cotton, cashew nuts, copra, sisal, minerals (beryl, bauxite), labor to South African mines. Livestock: oxen, goats Chief ports: Maputo, Quelimane, Sofala, Pemba Mozambique was under Arab influence when it was captured by the Portuguese (early 16th c ) and became a center of the slave trade until 1878. An insurrection developed (1964) against the Portuguese and Mozambique achieved its independence (1975). It became a base for guerrilla forces from Rhodesia (now Zimbabwe) and South Africa until a 1979 cease-fire with Rhodesia (1979) and a nonaggression pact with South Africa (1984) were signed

**Moz·ar·ab** (mouzǽrəb) *n* (*hist.*) a medieval Spanish Christian under allegiance to a Moorish king but allowed to follow his own religion **Moz·ár·a·bic** *adj.* [Span. *Mozarabic* fr Arab. *musta'rib*, would-be Arab]

**Mo·zart** (móutsart), Wolfgang Amadeus (1756–91), Austrian composer He showed a phenomenal, perhaps unique, musical precocity, beginning to compose at about the age of five. In his short life he produced a vast output, but remained poor, although his genius was acknowledged. Mozart assimilated a great variety of musical influences and mastered all the musical forms of his time In spite of the great ease and speed with which he composed, his music shows a continuous growth in expressive power: the purity and grace which characterize his style, and constitute its immediate appeal, do not preclude emotional intensity and depth. Mozart's works include 41 numbered symphonies, of which the last three (all written in 1788) are esp. outstanding, a clarinet concerto (1791), concertos for piano, violin, French horn etc., string quartets, sonatas, serenades, divertimenti and many other orchestral and chamber works, the 'Requiem' (1791, finished after his death by Süssmayr, a pupil), other Masses and religious music, songs, and many operas, incl. 'The Abduction from the Seraglio' (1782), 'The Marriage of Figaro' (1786), 'Don Giovanni' (1787), 'Cosi fan tutte' (1790) and 'The Magic Flute' (1791)

---

CONCISE PRONUNCIATION KEY: (a) æ, cat; a, car; ɔ fawn; ei, snake. (e) e, hen; i:, sheep; iə, deer; ɛə, bear. (i) i, fish; ai, tiger; ɔ:, bird. (o) o, ox; au, cow; ou, goat; u, poor; ɔi, royal. (u) ʌ, duck; u, bull; u:, goose; ə, bacillus; ju:, cube. x, loch; θ, think; ð, bother; z, Zen; ʒ, corsage; dʒ, savage; ŋ, orangutang; j, yak; ʃ, fish; tʃ, fetch; 'l, rabble; 'n, redden   Complete pronunciation key appears inside front cover

**or·a·cy** (ɔ́rəsi:) *n.* ability to hear and speak, from "literacy." The term was coined by British surgeon Andrew Wilkinson

**O·ra·dea Ma·re** (ɔrádjəmáre) (*Hung.* Nagyrórad, *G.* Grosswardein) a city (pop. 178,407) of W Rumania (Transylvania). Industries: cotton and silk textiles, metallurgy. Greek Orthodox and Roman Catholic cathedrals (18th c.)

**o·ral** (ɔ́rəl, óurəl) 1. *adj.* using speech rather than writing, spoken, *an oral examination* ‖ of or relating to the mouth, *oral surgery* ‖ done or taken by the mouth, *an oral dose* ‖ (*phon.*) spoken through the mouth with the nasal passage closed 2. *n.* an oral examination [fr. L. *os* (*oris*), mouth]

**oral history** a cohesive record of an individual life or of an event (usu. relevant as social history) assembled through systematic interviewing of the person or persons concerned

**O·ran** (ɔrɑn) a port (pop 500,000) of W. Algeria, in a rich agricultural district. Industries: chemicals and plastics, metalwork, tobacco, wool, clothing

**O·range** (ɔrɑ́ʒ) a market town (pop. 26,468) of Vaucluse, S France, north of Avignon. Its Roman remains include an amphitheater, triumphal arch and aqueduct

**or·ange** (ɔ́rindʒ, órindʒ) 1. *n.* the reddish-yellow, globose or nearly globose fruit (a large berry) of any of certain trees of genus *Citrus*, fam. *Rutaceae*, which are native to China and Indochina but widely cultivated in tropical and subtropical climates ‖ any evergreen tree of genus *Citrus* which bears oranges, esp *C. sinensis*, the common or sweet orange, *C. aurantium*, the Seville (or sour or bitter) orange, and *C reticulata*, the mandarin orange ‖ the color of the fruit, a reddish yellow 2. *adj.* having the color orange [M.E *orenge, orange* fr. O F fr. Arab. *nāranj*]

**or·ange·ade** (ɔrindʒéid, ɔrindʒéid) *n.* a drink made from sweetened orange juice with water added ‖ a carbonated soft drink resembling this

**orange blossom** the white sweet-smelling flowers of the orange tree, traditionally carried in bridal bouquets

**Orange Bowl** the postseason college football game in Miami, Fla.

**Orange, Cape** a cape on the north coast of Brazil, near the French Guiana border

**orange-flower water** a solution of the essential oil (neroli) of the Seville orange, used in perfumery and in cooking

**orange forces** (*mil.*) those forces used in an enemy role during military maneuvers

**Orange Free State** a central province (area 49,866 sq. miles, pop. 1,932,000) of South Africa. Capital: Bloemfontein. It consists largely of high, undulating plains Agriculture: stock raising (cattle and sheep), cereals. Resources: gold, coal, oil Industries: fertilizer, agricultural machinery, clothing, cement. HISTORY The region was occupied by Bushmen, Bechuanas and Zulus when the first Dutch settlements were made (early 19th c.). Boer settlers arrived (1836) as a result of the Great Trek, and established a republic (1837). It was annexed by Britain (1848) but became independent (1854) as the Orange Free State. Disagreements between the Boer government and the British led to the Boer War, in which Britain annexed the Orange Free State (1900). It was incorporated in the Union of South Africa (1910)

**Orange-man** (ɔ́rindʒmən, órindʒmən) *pl.* **Orange-men** (ɔ́rindʒmən, órindʒmən) *n.* a member of a Protestant political organization founded (1795) to maintain Protestant ascendancy in Ireland. Branches of the organization, now devoted to upholding Protestantism generally, have been formed in many English-speaking countries [after William III of England, prince of Orange]

**orange pekoe** a black tea from India or Sri Lanka made from the small top leaves only

**Orange River** the chief river (1,300 miles long) of South Africa, rising in the Drakensberg range in Lesotho and flowing westward through Orange Free State and Cape Province to the Atlantic. Chief tributary: the Vaal A sandbar near its mouth prevents navigation The Orange River Project (begun 1962) has harnessed the river for irrigation and hydroelectricity

**or·ang·e·ry** (ɔ́rindʒəri:, órindʒəri:, ɔ́rindʒri:, órindʒri:) *pl.* **or·ang·e·ries** *n* a building specially designed for growing oranges in cool climates, and for protecting trees and shrubs against frost [F *orangerie* fr *oranger*, orange tree]

**orange stick** a small slender stick of orangewood designed for manicuring nails

**or·ange·wood** (ɔ́rindʒwud, órindʒwud) *n.* the wood of the orange tree used esp. for carving

**o·rang·u·tan** (ɔrǽŋutæn, ourǽŋutæn) *n. Pongo pygmaeus*, a large heavy reddish-brown anthropoid ape found in Borneo and Sumatra It is well developed for arboreal life. having long, powerful arms, with hooking hands. Adult males may exceed 4 ft in height and 160 lbs in weight [fr. Malay *orang utan*, man of the forest]

**O·ra·şul Sta·lin** (ɔ́rəʃulstǽlin) *BRASOV

**o·rate** (ɔréit, ouréit) *pres. part.* **o·rat·ing** *past and past part.* **o·rat·ed** *v.i.* to hold forth in a bombastic style [fr L *orare* (*oratus*), to pray, and back-formation fr. ORATION]

**o·ra·tion** (ɔréiʃən, ouréiʃən) *n* a formal speech or discourse, esp. one given on a ceremonial occasion [fr. L. *oratio* (*orationis*)]

**or·a·tor** (ɔ́rətər, órətər) *n.* a person who speaks in public, esp. one distinguished by his eloquence [A.F. *oratour*]

**Or·a·to·ri·an** (ɔrətɔ́ri:ən, ɔrətóuri:ən, orətɔ́ri:ən, orətóuri:ən) *n* a member of the Congregation of the Oratory

**or·a·tor·i·cal** (ɔrətɔ́rik'l, ɔrətórik'l) *adj* of or relating to an orator or to oratory ‖ given to using oratory [fr L. *orator*, oratory]

**or·a·to·ri·o** (ɔrətɔ́ri:ou, ɔrətóuri:ou, orətɔ́ri:ou, orətóuri:ou) *n.* a dramatic musical composition, esp. on a religious theme, with arias, recitative and choruses and with orchestral accompaniment, performed as a concert, without action, costume or scenery [Ital., used originally of musical services at the Oratory of St Philip Neri in Rome]

**or·a·to·ry** (ɔ́rətɔri:, ɔ́rətóuri:, órətɔri:, órətóuri:) *pl.* **or·a·to·ries** *n.* a chapel or a private place of worship [fr. L *oratorium*, place of prayer]

**oratory** *n* the art of public speaking ‖ rhetorical speech or language [fr L *oratoria* (*ars*), (art) of speaking]

**Oratory, Congregation of the** the religious society founded in Rome by St Philip Neri in 1564. Its members are secular priests living in community without vows. They are devoted to preaching, confessing and catechizing

**orb** (ɔrb) 1. *n.* a sphere ‖ a heavenly body, e.g. the sun, moon etc. ‖ a round ball surmounted by a cross, as part of judicial or royal regalia in Christian countries, symbolizing the domination by Christ of secular power 2. *v t.* to form into a circle or sphere ‖ *v.i.* to move in an orbit ‖ to form an orb. [fr. L. *orbis*, ring, circle]

**or·bic·u·lar** (ɔrbíkjulər) *adj* spherical ‖ circular ‖ (*anat.*, e.g. of a muscle) surrounding, encircling ‖ (*bot.*, of a leaf) round or shield-shaped ‖ (of rocks) containing rounded bodies, e g. minerals grouped concentrically [fr F. *orbiculaire* or L. *orbicularis*]

**or·bic·u·late** (ɔrbíkjuleit, ɔrbíkjulit) *adj* orbicular [fr. L. *orbiculatus*]

**or·bit** (ɔ́rbit) 1. *n* the closed path, usually elliptical, in which a planet moves around the sun, or a satellite around the parent body ‖ the path of a body (e.g. a particle) in a force field (cf. ORBITAL) ‖ a sphere of influence or region of activity, *such matters are outside my orbit* ‖ the bony socket of the eye ‖ (*cool*) the border or ring around the eye of a bird 2. *v.i.* to move in an orbit ‖ *v.t.* to revolve in an orbit around ‖ to cause to revolve in an orbit

**or·bit·al** (ɔ́rbit'l) 1. *adj.* of, relating to or describing an orbit 2. *n.* a subdivision of the energy levels of the electronic structure of an atom (or molecule) in which the motion of a single electron is represented in terms of quantized state of angular momentum, that is described mathematically by a wave function [fr F. *orbite* or L. *orbita*, path, orbit]

**orbital index** (*craniometry*) the ratio of the length of the orbit of the eye to its greatest height, multiplied by 100

**orbital injection** (*aerospace*) the process of providing a space vehicle with sufficient velocity to establish an orbit

**orbital steering** (*biochem.*) process by which atoms within enzymes are guided at precise angles to permit them to form new molecular compounds in a biochemical reaction

**or·bit·er** (ɔ́rbitər) *n* (*aerospace*) term applied generically to a spacecraft sent as a probe into orbit around a planet or other celestial body, as contrasted to a probe sent as a surface landing vehicle, or lander

**orc** (ɔrk) *n* a cetacean of the genus *Orcinus* (or *Orca*), esp the killer whale ‖ a grampus [fr *orque* fr L. *orca*, kind of whale]

**Or·ca·gna** (ɔrkɑ́nja), Andrea di Cione (c. 1308–c. 1368), Italian painter, architect and sculptor The tabernacle in Orsanmichele, Florence, is his chief sculptural work. The altarpiece in the Strozzi chapel of S. Maria Novella, Florence, is the only painting certainly by him

**or·ce·in** (ɔrsi:in) *n.* a purple nitrogenous dye, the chief ingredient of archil and cudbear, formed by the action of ammonia and oxygen on orcinol [ORCIN]

**or·chard** (ɔ́rtʃərd) *n* a stretch of land with cultivated fruit trees ‖ the trees collectively [O.E. *ortgeard* prob. fr. L *hortus*, garden+O.E *geard*, fence, enclosure]

**or·ches·tra** (ɔ́rkistrə, órkəstrə) *n.* a large body of instrumental musicians who perform symphonies etc., or a smaller group of musicians who play dinner music or dance music ‖ the instruments of either of such a group ‖ the orchestra pit in a theater ‖ (*Am.*=*Br*. orchestra stalls) the section of seats on the main floor of a theater, esp. the section nearest the stage ‖ the main floor of a theater **or·ches·tral** (ɔrkéstrəl) *adj.* [L. fr Gk *orchēstra*, space where the chorus danced fr. *orcheesthai*, to dance]

**orchestra pit** the pit of a theater, where the orchestra sits

**or·ches·trate** (ɔ́rkistreit) *pres part.* **or·ches·trat·ing** *past and past part.* **or·ches·trat·ed** *v.t* to arrange, score or compose (music) for performance by an orchestra ‖ *v.i.* to arrange etc music in this way **or·ches·tra·tion** *n.*

**or·chid** (ɔ́rkid) *n.* a member of *Orchidaceae*, order *Orchidales*, a family of perennial monocotyledonous terrestrial plants, epiphytes or saprophytes. They are cosmopolitan, and very abundant in the Tropics. The flowers differ from the normal monocotyledonous type, being more varied and complicated, with specialized pollinia and a twisted ovary. Many are cultivated for the brilliance of the flowers ‖ (*pl.*) compliments, praise **or·chi·da·ceous** (ɔrkidéiʃəs) *adj.* of, like or being a member of *Orchidaceae* [fr Mod. L *Orchidaceae* fr L. *orchis* (assumed *orchidis*) fr. Gk *orchis*, testicle (from the shape of the roots)]

**or·chil** (ɔ́rtʃil, ɔ́rkil) *n* archil [O F. *orchel*, *orcheil*]

**or·chis** (ɔ́rkis) *n* an orchid, esp. a member of genus *Orchis* [L. fr. Gk *orchis*, testicle (from the shape of the roots)]

**or·cin** (ɔ́rsin) *n.* orcinol

**or·ci·nol** (ɔ́rsinɔl, ɔ́rsinoul) *n.* a colorless crystalline phenol, $C_6H_3CH_3(OH)_2$, obtained from some lichens, aloes and derivatives of toluene, used to manufacture dyes [fr Mod L *orcina* fr Ital. *orcello*, archil]

**or·dain** (ɔrdéin) *v t.* to consecrate (someone) a Christian deacon, priest etc. ‖ to qualify (a man) as a rabbi ‖ to appoint, decree, establish [A.F *ordeiner, ordeigner* and O. F *ordener* fr. L. *ordinare*, to put in order]

**or·deal** (ɔrdí:l, ɔ́rdi:l, ɔrdí:əl) *n.* a severe or exacting experience that tests character or powers of endurance, *24 hours of motor racing is a heavy ordeal* ‖ (*hist.*) an ancient method of establishing guilt or innocence, esp. in medieval Europe, by making an accused person undergo some painful or difficult physical test and seeing if God sustained him [O.E *ordāl*, *ordēl*]

**or·der** (ɔ́rdər) *n.* a sequence, arrangement, the way one thing follows another, *alphabetical order* ‖ the condition in which everything is controlled as it should be, is in its right place, performing its correct function etc., *to put one's affairs in order* ‖ the proper working of the law, peaceful regularity of public life, *the police restored order after the riots* ‖ the rules, laws and structures which constitute a society, *the social order* ‖ (*philos.*) the natural, moral or spiritual system governing things in the universe ‖ the procedure by which a meeting or other assembly is governed, *a point of order* ‖ conformity with this, *to call a speaker to order* ‖ an authoritative instruction, command ‖ (*commerce*) an instruction to a tradesman or manufacturer to supply goods ‖ the goods supplied ‖ something ordered, e.g. in a restaurant, *has the girl brought your order?* ‖ a pass authorizing admission, *an order to view a house* ‖ (*archit.*) one of the orders of architecture ‖ a military or monastic brotherhood under discipline ‖ a secret fraternity united by common interest or for social purposes, *the Masonic order* ‖ (*pl.*) a social class,

*the lower orders* ∥ a sort or kind, thought of as part of a hierarchy, *sentiments of a noble order* ∥ a group of people distinguished by special award made e.g. by the sovereign, or the award itself, *the order of the Garter* ∥ (*theol.*) one of the nine ranks of angels (*ANGEL) ∥ (*pl., eccles.*) the office of an ordained man in the Christian Church, *in deacon's orders* ∥ (*pl., eccles.*) ordination, *to take holy orders* ∥ (*eccles.*) a prescribed form of service ∥ (*eccles.*) one of the grades in the Christian ministry (*MAJOR ORDERS, *MINOR ORDERS) ∥ (*biol.*, in plant and animal classification) a category of closely allied organisms between family and class ∥ (*pl., mil.*) commands issued by an officer in command or by the competent authority, *standing orders* ∥ (*mil.*) equipment for a given purpose, *full marching order* ∥ (*mil.*) the position of a rifle after the command 'order arms' ∥ (*law*) a decision by a court or judge, usually not a final judgment ∥ (*finance*) a written direction to pay money or surrender goods ∥ (*math.*) degree of complexity, *an equation of the first order* in order in sequence ∥ in good condition ∥ according to the rules, e g of a meeting etc. ∥ suitable, *a toast would be in order* in order that with the intention that, *he worked hard in order that he might leave earlier* in order to (+infin.) for the purpose of (+pres. part.) in short order with no delay, *do it in short order* of the order of about as many as or as large as on order (of goods) requested but not yet delivered on the order of similar to, roughly like in style out of order out of proper sequence ∥ not according to the rules ∥ not in working condition ∥ inappropriate to order according to the specific requirements of the buyer, *a suit made to order* [fr O F ordre fr L ordo]
order *v.t.* to put in order, *to order one's affairs* to give authoritative instruction to (someone) to do something or for (something) to be done ∥ (of fate) to ordain ∥ to request (goods etc ) to be supplied ∥ to prescribe as a remedy, *the doctor ordered complete rest* to order arms (*mil.*) to bring the rifle to an upright position with its butt against one's right foot, and remain at attention [M.E ordren fr. ordre, order]
Or·der·ic Vi·ta·lis (ɔ̄rdərikvaitéilis) (1075–c 1143), Norman chronicler. His 'Historia ecclesiastica' is a valuable source for the history of his times
order-in-coun·cil (ɔ̄rdərinkáunsəl) *pl.* orders-in-coun·cil *n* an order issued by the British sovereign on the advice of the privy council, or by the governor general of a Commonwealth country with the advice of a similar council. Such orders are usually issued to deal with an emergency (e g. those of 1807 and 1809 in answer to the Continental System) or with matters still subject to Crown prerogative (e g. the government of a colony)
or·der·li·ness (ɔ̄rdərli:niə) *n.* the quality or state of being orderly
or·der·ly (ɔ̄rdərli:) 1. *adj.* in good order, well arranged, *an orderly office* ∥ disciplined and peaceable, *an orderly crowd* ∥ (*mil.*) of, relating to or charged with the execution or sending out of orders 2. *pl.* or·der·lies *n*. a soldier attendant on an officer to carry messages, orders, etc ∥ an attendant in charge of cleaning etc. in a hospital, often in a military hospital
orderly market *DISORDERLY MARKET
Orderly Marketing Agreement formal trade agreement between the U.S.A. and a foreign country in which the latter voluntarily agrees to limit, for a specified period, its exports to the U.S.A of a particular industrial commodity, as an alternative to the imposition of quotas or higher tariffs *abbr* OMA
orderly officer (*Br , mil* ) the officer of the day
orderly room a room in a barracks used for administrative workers
orders of architecture the characteristic styles of classical architecture, esp. as applied to columns The five orders are: Doric, Ionic, Corinthian, Tuscan and Composite. The variations occur principally in the capitals but also in the heights of the columns relative to their width
Or·di·nal (ɔ̄rd'n'l) *n.* the service book used in Anglican ordinations ∥ a book of directions for Roman Catholic services for every day in the year [fr. M.L. *ordinale*]
or·di·nal (ɔ̄rd'n'l) 1. *adj.* (of a number) showing position or order in a series, e g. second (cf. CARDINAL NUMBER) ∥ of or relating to an order of plants or animals 2. *n* an ordinal number [fr L.L *ordinalis*, denoting order in a series]

ordinal value (*statistics*) a numerical evaluation representing only rank in a comparison with others
or·di·nance (ɔ̄rd'nəns) *n.* a decree or authoritative order, e g. of a council or municipal government ∥ a religious ceremony or rite that is not a sacrament ∥ (*Br., hist.*) a piece of legislation issued by the sovereign by virtue of the royal prerogative without the approval of parliament [O. F. *ordenance, ordonance*]
or·di·nand (ɔ̄rd'nænd) *n.* a candidate for ordination [fr. L. *ordinandus* fr. *ordinare*, to ordain]
or·di·nar·i·ly (ɔ̄rd'néərili:, ɔ̄rd'nérili:) *adv* generally, in the usual course of events
or·di·nar·i·ness (ɔ̄rdinéri:niə) *n.* the quality of state of being ordinary
or·di·nar·y (ɔ̄rdinéri:) *pl* or·di·nar·ies *n* (*eccles.*) a Church official (e g. an archbishop, or a bishop or his deputy) having ecclesiastical jurisdiction over his territory ∥ (*eccles.*) an order of service, esp. the parts of the Mass that remain the same from day to day ∥ (in certain states of the U S A ) a judge of a court of probate ∥ (*heraldry*) a charge of the simplest, commonest kind ∥ (*Am.=Br.*) penny-farthing) an early type of bicycle, popular about the 1870s, with a very large front wheel and a much smaller back wheel in ordinary (in titles) in regular attendance or service, *physician in ordinary* out of the ordinary unusual, exceptional or remarkable, *the performance was nothing out of the ordinary* [fr. O F. and A. F. *ordinarie* fr. M. L *ordinarius* adj. and *ordinarium* n and fr. ORDINARY adj.]
ordinary *adj.* usual, *the ordinary way of getting there is by ship* ∥ not exceptional or unusual, undistinguished, *he shows only an ordinary amount of skill* [fr. L. *ordinarius*, regular]
ordinary seaman a sailor in the American or British merchant marine or in the Royal Navy, ranking below an able-bodied seaman
ordinary shares (*Br* ) common stock
or·di·nate (ɔ̄rdnit, ɔ̄rd'nit, ɔ̄rd'neit) *n* (*math.*) the vertical or *y*-coordinate in a plane coordinate system [fr. L. *ordinatus*, ordered]
or·di·na·tion (ɔ̄rd'néiʃən) *n* an ordaining or being ordained, esp. into the Christian ministry [fr L. *ordinatio* (*ordinationis*)]
ord·nance (ɔ̄rdnəns) *n.* heavy guns, artillery ∥ military stores and materials (ammunition, small arms etc.) ∥ the branch of the U.S army or the British War Office concerned with the supply of essential stores and the maintenance of arsenals and depots [var. of ORDINANCE]
ordnance datum (*Br.*) mean sea level as defined for the ordnance survey
ordnance survey the government survey of Great Britain and Northern Ireland, including the preparation of official maps
Or·do·vi·cian (ɔ̄rdəvíʃən) *adj.* (*geol.*) of the period or system of the Paleozoic era between the Cambrian and the Silurian (*GEOLOGICAL TIME) the Ordovician the Ordovician period or system of rocks [fr. L *Ordovices*, a Celtic tribe from Wales]
or·dure (ɔ̄rdjuər, ɔ̄rdʒər) *n* excrement, dung [F.]
Or·dzho·ni·kid·ze (ɔ̄rdʒɔnikí:dze) (formerly Dzaudzhikau) the capital (pop 287,000) of the North Ossetian ASSR, RSFSR, USSR Industries: food processing. zinc metallurgy, chemicals
Ore. Oregon
ore (ɔr, our) *n.* a naturally occurring metallic compound from which the metal can be extracted [O E *dr*, brass and O E *óra*, unwrought metal]
öre (ɑ́:rə) *pl* ö·re *n* either of two units of currency of Denmark and Norway equal to 1/100 of a krone ∥ a Swedish unit of currency equal to 1/100 of a krona ∥ a coin of the value of any of these [Dan and Norw *øre* and Swed. *öre* fr L *aureus*, a gold coin]
o·re·ad (ɔ́:riːæd, óuriːæd) *n. (Gk* and *Rom. mythol.*) a mountain nymph [fr L. *Oreas* (*Oreadis*) fr Gk fr. *oros*, mountain]
o·rec·tic (ouréktik, ɔréktik) *adj.* (*philos.*) relating to or characterized by desire or appetite [fr. Gk *orektikos* fr. *oregein*, to desire, grasp after]
ore dressing the separation of an ore from waste material and from other ores
Oreg. Oregon
o·reg·a·no (ɔrégənou, ɔrégənou) *n* origanum [Span *orégano*, wild marjoram]
Or·e·gon (ɔ́rigɔn, ɔ́rigən, ɔ́rigon, ɔ́rigən) (*abbr* Oreg., Ore ) a state (area 96,981 sq. miles, pop 2,649,000) on the N Pacific coast of the U.S A

Capital: Salem Other city: Portland, it is mountainous (wooded Cascade and coast ranges) in the west, with plateaus in the east Agriculture: beef and dairy cattle, wheat. fruit (irrigation is needed in the east) Main resources: timber, nickel, fish. building materials. Industries: lumber and forest products. food processing, metallurgy. State university (1872) at Eugene Oregon was jointly occupied (1818–46) by Britain and the U S A , and was ceded (1846) by Britain to the U S A . of which it became (1859) the 33rd state
Oregon Question (*Am. hist.*) a dispute (1840s) over the western part of the boundary, left undetermined by the Anglo-American boundary commission of 1818, between the U S A and Canada. The dispute was settled (1846) by a treaty extending the boundary along the 49° parallel from the Rocky Mtns to the Pacific coast This gave the present states of Oregon, Washington and Idaho to the U.S.A , while Britain obtained Vancouver Is
Oregon Trail the 2,000-mile overland route from the Missouri to the Columbia which was followed by American pioneers (1840s) moving west to settle in the Oregon region
O·rel (ourél, ɔrél) an agricultural market (pop. 209,000) of the R S F S R , U S S R , 200 miles south of Moscow: engineering industries
O·rel·la·na (ɔreljána, ɔrejána), Francisco de (c. 1470–1550), Spanish explorer who discovered (1542) the Amazon
O·ren·burg (ɔ́renburg, ɔ́ranbɔːrg) (formerly Chkalov 1938–57) a city (pop 482,000) of the central R S F S R., U.S S R , on the Ural River, center of a mining region: metallurgy, engineering. brewing, food processing
O·ren·se (ɔrénse) (*Rom* Aurium) a province (area 2,694 sq. miles, pop 411,339) of N W Spain (*GALICIA)
O·res·tes (ɔrésti:z, ourésti:z) son of Agamemnon and Clytemnestra He killed his mother and her lover, Aegisthus, to avenge their murder of Agamemnon. He was pursued by the Erinyes but was acquitted by the Areopagus
Ö·re·sund (ɑ́:rəsʌnd) the strait (3½–17 miles wide) separating Zealand Is , Denmark, from Sweden
Orff (ɔrf), Carl (1895–1982), German composer. Among his compositions are 'Carmina Burana' (1937), a scenic oratorio based on medieval secular poems, and the dramatic works 'Antigone' (1949) and 'Trionfo di Afrodite' (1955)
Or·ford (ɔ́rfərd), 1st earl of *WALPOLE SIR ROBERT
orfray *ORPHREY
or·gan (ɔ́rgən) *n.* a musical wind instrument, in its modern forms the largest, most versatile, and most powerful of instruments. It sounds when compressed air is passed through its pipes from bellows (usually electrically powered). It is played by manuals (keyboards) and foot pedals, and is controlled by stops which make possible a wide variety of tone qualities ∥ any of several similar keyboard instruments without pipes, e.g. the reed organ and the electric organ ∥ any of certain simple wind instruments of a specified kind, e g a barrel organ ∥ a structure of an animal (e.g. lung, stomach) or of a plant (e g pistil, leaf) adapted for some specific and usually essential function, *the organs of digestion* ∥ a means or instrument of action, *parliament is the chief organ of government in England* ∥ a medium of communication of opinion or information, esp a publication attached to some group, party etc [fr L *organum* fr Gk *organon*, instrument]
or·gan·dy, or·gan·die (ɔ́rgəndi:) *n* a fine, thin, stiff, semitransparent muslin used esp for clothing and curtains [F *organdi*]
organ-grind·er (ɔ́rgəngraindər) *n*. a street musician who plays a barrel organ
or·gan·ic (ɔrgǽnik) *adj.* of or relating to an organ of the body ∥ (*med.*) affecting the structure of the organism or an organ, *an organic disease* (cf. FUNCTIONAL) ∥ (*biol.*) having the physical structure characteristic of living organisms ∥ (*chem.*) of or relating to the compounds of carbon (other than some of its simpler compounds) ∥ inherent, structural, *the organic characteristics of this society* ∥ organized, systematic, esp. having parts that work together in a way that recalls the complex interactions of bodily organs, *the novel is an organic whole* ∥ (*law*) pertaining to the fundamental and constitutional laws by which countries or states are

---

CONCISE PRONUNCIATION KEY: (a) æ, cat; ɑ, car; ɔ fawn; ei, snake. (c) e, hen; i:, sheep; iə. deer; cə, bear. (i) i, fish; ai, tiger; əː, bird (o) o, ox; au, cow; ou, goat; u, poor; ɔi, royal. (u) ʌ, duck; u, bull; u:, goose; ə, bacillus; juː, cube   x, loch; θ, think; ð, bother; z, Zen; ʒ, corsage; dʒ, savage; ŋ, orangutang; j, yak; ʃ, fish; tʃ, fetch; 'l, rabble; 'n, redden   Complete pronunciation key appears inside front cover

**per·fec·tor** (pərfēktər) n. a perfecting press [L.=someone who or something that perfects]
**perfect participle** (gram.) past participle
**perfect pitch** absolute pitch (ability to identify a note)
**per·fer·vid** (pərfə́rvid) adj. (rhet.) very or excessively fervent [fr. Mod L perfervidus fr L per- very+fervidus, fervid]
**per·fid·i·ous** (pərfídi:əs) adj. characterized by, involving or guilty of perfidy [fr L perfidiosus]
**per·fi·dy** (pə́rfidi:) pl. per·fi·dies n. treachery, faithlessness ‖ an instance of this [F. perfidie]
**per·fo·li·ate** (pərfóuli:it, pərfóuli:eit) adj. (bot.) of a leaf having the basal lobes united around the stem so that the stem appears to pierce through the leaf [fr. PER-+L folium, leaf]
**per·fo·rate** (pə́rfəreit) pres. part. per·fo·rat·ing past and past part per·fo·rat·ed v.t. to make a hole through, pierce, a perforated eardrum ‖ to make a row of holes through (paper etc.) so that it can easily be pulled into parts ‖ v.i. to make a perforation [fr. L. perforare (perforatus)]
**per·fo·ra·tion** (pə:rfəréifən) n. a perforating or being perforated ‖ a small hole cut or punched into something ‖ a series of holes made in paper etc. to facilitate division ‖ (philately) one of such a series of holes on a sheet of postage stamps ‖ (philately) one of the teeth left on a stamp after it has been torn off the sheet ‖ (philately) a classification according to the number of such teeth per 20 mm. [fr L.L. perforatio (perforationis)]
**per·fo·ra·tor** (pə́rfəreitər) n. a machine for making perforations [fr L perforare, to perforate]
**per·force** (pərfórs, pərfóurs) adv. (rhet.) through necessity [M E. fr O F parforce, by force]
**per·form** (pərfórm) v.t. to do, fulfill, carry out, accomplish (an action, obligation etc ) ‖ to render, execute (a stage role, play, piece of music, dance etc.), esp. before an audience ‖ v i. to execute a stage role, play, piece of music etc , esp. in public, *the soloist performed poorly* ‖ to carry out, accomplish an action, function etc., *the engine performs well in cold weather* **per·fór·mance** n. the act of performing ‖ an instance of this, *there will be no performance of the play tonight* ‖ the quality or manner of performing, *to judge a car's performance* ‖ something performed, a deed, feat etc [M E. fr O F parfourmer, perfourmer]
**performance** what is accomplished, contrasted with capability
**per·form·a·tive** (pərfórmətiv) adj. (linguistics) of a statement of performance; e g , *I go*. Cf CONSTATIVE
**per·fume** (pə́rfju:m, pərfjú:m) n. a sweet smell ‖ a sweet-smelling liquid for personal use prepared from essential oils from flowers or aromatic chemicals and fixed, e g with musk [F. parfum]
**per·fume** (pərfjú:m) pres. part per·fum·ing past and past part. per·fumed v.t. to give a sweet smell to ‖ to apply perfume to **per·fúm·er** n. a person who or firm that makes or sells perfumes **per·fúm·er·y** pl per·fum·er·ies n. a place where perfumes are manufactured ‖ the technique or business of making perfume ‖ perfumes collectively [F. parfumer]
**per·func·to·ri·ly** (pərfʌ́ŋktərili:) adj. in a perfunctory manner
**per·func·to·ri·ness** (pərfʌ́ŋktəri:nis) n. the quality of being perfunctory
**per·func·to·ry** (pərfʌ́ŋktəri:) adj. behaving or performing in an offhand manner without any show of interest or concern ‖ done, given etc. in this way, *a perfunctory kiss* [fr L.L. perfunctorius, done carelessly or superficially]
**per·fuse** (pərfjú:z) v.t. pres. part. per·fus·ing past and past part. per·fused to cover or suffuse with a liquid ‖ to cause (a liquid) to flow over or through something [fr L perfundere (perfusus)]
**per·fu·sion** (pərfjú:ʒən) n. the act or an instance of perfusing, esp. a pouring over of water in baptism [fr. L. perfundere (perfusus)]
**Per·ga·mum** (pə́:rgəmom) an ancient city of N.W. Asia Minor (modern Bergama, Turkey, pop. 20,000) It was a powerful Hellenistic city (3rd–2nd cc. B.C), famous for its library. Remains include the acropolis, amphitheater and temples
**per·go·la** (pə́:rgələ) n. a bower or covered walk made by training climbing plants over a trellis or similar support [Ital.]
**Per·go·le·si** (pergolézi:), Giovanni Battista (1701–36), Italian composer His known works include the comic intermezzo 'La Serva Padrona' (1733), other operas, instrumental music and the 'Stabat Mater' (1736) for women's voices
**per·haps** (pərhǽps) adv. possibly. maybe [fr PER+M E. hap, chance, accident]
**pe·ri** (píəri:) pl pe·ris n (Pers mythol.) a good fairy (originally an evil one) descended from fallen angels and excluded from Paradise ‖ a fairylike creature [fr Pers pári or péri]
**peri-** (péri) prefix around, surrounding ‖ near [Gk prep. and adv.]
**Per·i·an·der** (péri:ændər) (d. 585 B.C.), Greek statesman, tyrant of Corinth (625–585 B.C.), one of the Seven Sages of Greece. Corinth reached a peak of prosperity and culture under his rule
**peri·anth** (péri:ænθ) n. (bot.) the envelope of external floral whorls including calyx and corolla, esp. when these are not easily distinguished ‖ a cover or ring of cells surrounding the archegonium of certain bryophytes [fr Mod L. perianthum fr Gk peri, around+anthos, flower]
**peri·ap·sis**, pl -ses, -sides (péri:ǽpsis) n. (astron) point in a celestial orbit nearest the center of the attraction Cf HIGHER APSIS. LOWER APSIS
**peri·apt** (péri:æpt) n something worn as a charm [F. périapte fr. Gk]
**peri·car·di·ac** (perikárdi:æk) adj pericardial
**peri·car·di·al** (perikárdi:əl) adj of or pertaining to the pericardium
**peri·car·di·um** (perikárdi:əm) pl peri·car·di·a (perikárdi:ə) n. the conical membranous sac enveloping the heart in vertebrates ‖ the cavity surrounding the heart in invertebrates [fr Gk perikardion fr peri. around+kardia, the heart]
**peri·carp** (périkarp) n. (bot.) the ripened walls of a plant ovary (*FRUIT) that may be more or less homogeneous or consist of up to three layers (*ENDOCARP, *MESOCARP, *EPICARP) [fr. Mod L. pericarpium, fr Gk perikarpion, pod, husk fr peri, around+karpos, fruit]
**peri·chon·dri·um** (perikóndri:əm) pl. peri·chon·dri·a (perikóndri:ə) n. the layer of fibrous connective tissue covering the surface of cartilage except at joints [fr PERI-+Gk chondros, cartilage]
**peri·clase** (périkleis) n. oxide of magnesium, MgO, found commonly in metamorphosed magnesian limestones [fr. Mod. L periclasia fr. Gk peri, very+hlasis. breaking (from its perfect cleavage)]
**Per·i·cle·an** (perikli:ən) adj of or concerning Pericles or his time
**Per·i·cles** (périkli:z) (c 495–429 B.C), Athenian statesman, leader of the democratic party and ruler of Athens (c. 460–429 B.C) He was noted for his oratory, his strong, reserved character and his successful policies He strengthened the Athenian maritime empire, lavishly patronized the arts, notably music and the drama, adorned the Acropolis and democratized the regime. He foresaw and provoked the Peloponnesian War, having previously fortified Piraeus and reconstructed the navy His name is given to the most brilliant age of Greek history, 'Periclean Athens' standing for one of the highest achievements of civilization
**peri·cra·ni·um** (perikréini:əm) pl peri·cra·ni·a (perikréini:ə) n the membrane externally surrounding the bony or cartilaginous cranium of a vertebrate [M.L. or Mod L fr Gk fr peri. around+kranion, cranium]
**peri·cy·cle** (périsaik'l) n. (bot ) a thin layer of nonconducting parenchyma cells separating the endodermis from the stele in stems and roots of higher plants and associated with the development of cambium [fr Gk perikuklos fr. peri, around+kuklos, circle]
**peri·cyn·thi·on** (perisínθi:ən) n point in a lunar orbit nearest the moon also perilune Cf APOCYNTHION, APOLUNE
**peri·derm** (péridə:rm) n (bot ) a protective layer developing in the epidermis of many roots, stems and other plant organs that in maturity consists of an initiating layer (phellogen), an inner parenchyma (phelloderm) and an external cork layer (phellem) ‖ (anat.) the outer layer of the epidermis, esp of an embryo ‖ (zool.) the external cuticular layer of a hydroid [Mod L. peridermis fr Gk peri. around+derma. skin]
**pe·rid·i·um** (pərídi:əm) pl. pe·rid·i·a (pərídi:ə), pe·rid·i·ums n the exterior wall which envelopes the sporophore of many fungi [Gk perídion, small wallet]
**peri·dot** (péridot) n. olivine [F. péridot]
**peri·ge·al** (perid3í:əl) adj. perigean
**peri·ge·an** (perid3í:ən) adj of or pertaining to the perigee
**peri·gee** (périd3i:) n (astron.) the point in the orbit of the moon or another satellite of the earth when it is nearest the earth (cf. APOGEE) [F. périgée fr L L. fr Gk peri, around+gḗ, the earth]
**pe·rig·y·nous** (pəríd3inos) adj. (bot., of flowers) having the sepals, petals and stamens on the rim of the receptacle containing the pistil ‖ (bot. of sepals, petals or stamens) borne on this rim [fr Mod L perigynus fr Gk peri, around+guné, woman (used for the pistil)]
**peri·he·li·on** (perihí:li:ən, perihí:ljən) pl peri·he·li·a (perihí:li:ə, perihí:ljə) n. (astron.) the point of a comet's or planet's orbit when it is nearest to the sun (cf. APHELION) [fr Mod L. perihelium fr Gk peri, around+hélios, sun]
**peril** (pérəl) n. risk of serious injury, destruction, disaster, etc ‖ the state of being exposed to such risk at (or to) one's peril taking the risk and assuming the responsibility for the ill effects that are likely to result from it in peril of (rhet.) in danger of losing. in peril of one's life [F. péril]
**peril·ous** (pérələs) adj. involving or exposing one to peril [A.E. perillous]
**perilure** *PERICYNTHION
**Perim** (périm) an island (area 5 sq miles, pop. 300) in the Strait of Bab El Mandeb It is a dependency of the People's Democratic Republic of Yemen
**pe·rim·e·ter** (pərímitər) n the line bounding a closed plane figure or an area on the ground ‖ the length of this line ‖ an optical instrument for testing a person's field of vision **peri·met·ric** (perimétrik) adj. [fr L. perimetros fr Gk fr. peri, around+metron, a measure]
**peri·ne·al** (perini:əl) adj pertaining to or situated in the perineum
**peri·ne·um** (perini:əm) n. the region around the opening of the rectum and bladder [L L fr Gk]
**peri·nu·clear** (perinú:kli:ər) adj (biol ) around a cell nucleus
**pe·ri·od** (píəri:əd) 1 n a portion of time forming a division in a development, life, chronology, timetable, etc , *the Elizabethan period of English history, Picasso's blue period, the school day is divided into 7 periods* ‖ (phys ) the interval of time required for the completion of a single complete cycle of some periodic or cyclical phenomenon (e g. the period of a planetary orbit or the period of a simple harmonic vibration), being equal to the reciprocal of the frequency (cf. WAVELENGTH. cf. WAVE NUMBER) ‖ (chem.) one of the divisions of the periodic table consisting of a sequence of elements of increasing atomic number beginning with an alkali metal and ending with an inert gas ‖ (gram ) a complete, esp. a complex, sentence ‖ a pause marking the completion of a sentence ‖ the symbol (.) denoting this pause, or following an abbreviation, or marking a decimal ‖ a single menstruation ‖ (mus ) a group of (usually) eight or 16 measures divided into two phrases and ending with a cadence, generally forming a statement within a larger composition ‖ (geol ) a division of geological time, part of an era ‖ (pl.) rhetorical language 2. adj. having the characteristics of a particular historical period, *period furniture* [F. période fr L fr. Gk fr peri. around+hodos, way]
**pe·ri·od·ic** (pjəri:ódik) adj occurring again and again, at constant intervals ‖ recurring intermittently ‖ characterized by regularly recurring stages or processes, *the periodic motion of the planets* ‖ (gram , of a sentence) in which the grammatical form and the meaning are not complete until the end is reached **pe·ri·ód·i·cal** 1. adj. periodic ‖ (of a magazine etc.) published at regular intervals ‖ characteristic of or pertaining to such publications 2. n. a periodical publication [F. périodique fr. L. fr. Gk]
**pe·ri·o·dic·i·ty** (pjəri:ədísiti:) pl pe·ri·o·dic·i·ties n the quality or fact of recurring at constant intervals ‖ (elec.) frequency ‖ (chem ) the position of an element in the periodic table [F. périodicité]
**periodic law** a statement in chemistry: the chemical and physical properties of elements depend upon the structure of the atom and vary

**punishment** is sure to come up ‖ a matter, *it's only a question of time* ‖ the subject for or under discussion ▌ a questioning, interrogation, *he broke down under question* beyond question, beyond all question without doubt, certainly in question in doubt ‖under consideration out of the question impossible, not to be thought of to make no question to have no doubts in one's mind to put to the question (*hist.*) to torture (in the exercise of justice) without question without doubt without challenge [A F *questium* fr. O.F *question*]
**question** *v.t* to ask (someone) a question or questions, to dispute, to interrogate ‖ to cast doubt upon, *we question the accuracy of the statistics v.i.* to ask a question or questions **qués‑tion‑a‑ble** *adj.* open to doubt of a dubious, shady character **qués‑tion‑a‑bly** *adv* [O F *questionner*]
**question mark** a punctuation mark (?) after a question
**ques‑tion‑naire** (kwestʃənɛ́ər) *n.* a set of questions drawn up for answering by a number of people independently, usually to provide statistical information ‖ a paper containing such questions ‖ an inquiry using such questions [F.]
**question time** (*parliament*) a period in which ministers reply orally to written questions from members
**questor** \*QUAESTER
**Quet‑ta** (kwétə) a trade, road and rail center (pop. 156,000) of Baluchistan, Pakistan, near the passes leading to Iran and Afghanistan: wool textiles It was largely rebuilt after the earthquake of 1935
**quet‑zal** (ketsál) *n Pharomachrus mocino*, fam *Trogonidae*, a central American bird, with splendid metallic plumage, the male having long, streaming tail feathers According to tradition, it is the bird of liberty and cannot live in captivity, though its plumage never fades in life or death. It has been taken as the emblem and monetary unit of Guatemala [Span. fr. Nahuatl]
**Quet‑zal‑có‑atl** (ketsəlkoúɑːtl) ('plumed serpent') a 9th‑c. pre‑Columbian deity of Mexico, king of the Toltecs, and poet‑philosopher who discovered the supreme divine duality. He was deified as Ehecatl ('god of the winds', or 'god of air and water') and was reputed to have the power of giving life by his mere look. He taught men agriculture, metal work, the arts, and the calendar. Because he disapproved of the growing practice of offering human sacrifices he abandoned the Toltecs for the 'land of black and red' to the east (probably Yucatán), promising his faithful that he would return in another age and under a different guise. The Aztecs, who revered him as the animator of nature, regarded Hernán Cortés as the promised reincarnation
**queue** (kjuː) 1. *n.* (esp. *Br.*) a line of people etc. awaiting their turn ‖ (*computer*) the line‑up of messages waiting to be processed, transmitted, or stored ‖ (*hist.*) a plait of hair hanging at the back of the head, esp. as formerly worn by Chinese men or found on men's wigs in Europe 2. *v i. pres. part.* **queu‑ing** *past* and *past part.* **queued** (esp. *Br.*, often with 'up') to form a queue (esp. *Br.*) to join a queue [F.]
**queuing theory** (*math.*) application of the probability theory relating to waiting time, order, and delays at a point where action is delayed in computers, esp. in handling information from diverse sources
**Que‑ve‑do y Vi‑lle‑gas** (kevéðoɪːviːljégɑs), Francisco Gomez de (1580–1645), Spanish satirical writer, poet and author of political treatises. His picaresque novel 'Historia de la vida del Buscón llamado don Pablos' (1626) is one of the first to trace the psychological development of a hero from his youth
**Que‑zon** (kéɪson), Manuel Luis (1878–1944), Filipino statesman, first president of the Philippine Commonwealth (1935–44) He led his government‑in‑exile in the U.S.A. (1942–4) during the Japanese occupation of the Philippines
**Quezon City** former capital (pop 1,165,865) of the Philippines, in central Luzon overlooking Manila, which it replaced as capital from 1948–76. University (1908)
**quib‑ble** (kwíb'l) 1. *n.* an evasion of the point at issue by petty argumentation, raising purely formal difficulties etc ‖ a piddling piece of fault‑finding 2. *v i pres. part* **quib‑bling** *past* and *past part.* **quib‑bled** to use a quibble or quibbles [perh. dim. of older *quib* fr L. *quibus* ablative and dative pl. of *qui*, who. which]
**Qui‑be‑ron Bay, Battle of** (kiːbrɔ̃) a sea battle (1759) of the Seven Years' War, in which the British under Hawke decisively defeated a French fleet preparing to invade Britain
**Qui‑che** (kiːtʃeɪ) *pl.* **Qui‑che, Qui‑ches** *n.* a member of an Indian people of S. central Guatemala ‖ their Mayan language [Span *Quiché*]
**quiche** (kiːʃ) *n* a pastry shell filled with egg custard into which bits of ham and grated cheese have been added
**quick** (kwik) 1. *adj.* fast‑moving, rapid hurried, *a quick look* ‖ lively, perceptive, alert, responsive, *a quick mind* ‖ prompt, *quick action* ‖ easily aroused, *a quick temper* ‖ hasty, impulsive, *a quick retort* ‖ (*Br*) quickset 2. *n.* the sensitive living flesh, esp. the part under the nail to hurt (or touch or wound) someone to the quick to hurt someone's feelings very deeply the quick and the dead the living and dead 3. *adv* quickly, *come as quick as you can* [O.E. *cwicu*, alive]
**quick assets** (*accounting*) ready cash and goods which can easily be marketed
**quick bread** a kind of bread, muffin etc. made with a leaven which allows it to be baked as soon as mixed
**quick‑en** (kwíkən) *v.t* to accelerate, *to quicken one's pace* ‖ (*rhet*) to restore to life, *to quicken the dead* ‖ to stimulate, rouse, *to quicken someone's interest* ‖ *v i.* to become faster ‖to reach the stage in pregnancy when the fetal movement is perceptible [QUICK adj.]
**quick‑fire** (kwíkfaɪər) *adj* firing or made for firing in quick succession **quickfiring** *adj.*
**quick‑freeze** (kwíkfriːz) *pres. part.* **quick‑freez‑ing** *past* quick‑froze (kwikfróuz) *past part.* quick‑fro‑zen (kwikfróuz'n) *v.t.* to deep‑freeze
**quick grass** couch grass
**quick‑ie** (kwíkiː) *n.* (*pop.*) anything made, produced or consumed quickly, esp. something not requiring much time or effort, e g. a hastily made, cheap film
**quick kick** (*football*) a surprise punt made on the first, second, or third down
**quick‑lime** (kwíklaɪm) *n.* lime (calcium oxide)
**quick‑sand** (kwíksænd) *n.* a mass of unstable sand saturated with water, tending to suck down into it anyone or anything that comes on to it‖ such sand
**quick‑set** (kwíksɛt) 1. *n.* live slips esp of white‑thorn or hawthorn, planted closely to make a hedge ‖ *Br.*) a quickset hedge 2. *adj* (*Br.*, of a hedge etc ) made up of such slips planted in this way
**quick‑sil‑ver** (kwíksɪlvər) 1. *n.* mercury 2. *adj.* (of temperament) changing rapidly and without warning 3. *v.t.* to treat with quicksilver or a compound of this [O E *cwiceolfor* after L *argentum vivum*]
**quick‑step** (kwíkstep) *n.* (*mil.*) a step used in marching quick time ‖ music with this rhythm ‖ a quick dance step, esp. a fast fox‑trot
**quick‑tem‑pered** (kwiktémpərd) *adj.* having a temper that flares up easily
**quick time** (*mil.*) a rate of marching reckoned as (*Am.*) 120 paces of 30 ins to the minute, (*Br*) 128 paces of 33 ins to the minute
**Quick‑tran** (kwíktræn) *n.* (*computer*) programming language for use on IBM 1050 terminal 7044 for time‑sharing for concurrent access to up to 50 remote terminals
**quick‑trans** (kwíktrænz) *n.* (*mil.*) long‑term contract airlift service within continental U.S. for the movement of cargo in support of the logistic system for the military services *Cf* LOGAIR
**quick trick** (*bridge*) a card or combination of cards that can be expected to win the first or second trick in a suit
**quick‑wit‑ted** (kwíkwítid) *adj* having a ready wit ‖quick to understand
**quid** (kwid) *n* a piece of chewing tobacco [var of CUD]
**quid** *pl.* **quid** *n* (*Br., pop.*) a pound sterling quids in (*Br., pop.*) full of winnings; a bet or a gamble [origin unknown]
**quid‑di‑ty** (kwíditiː) *pl.* **quid‑di‑ties** *n.* (*old‑fash.*) the essence of a thing ‖ a quibble [fr. M L *quidditas* fr. *quid*, what]
**quid pro quo** (kwídproukwóu) *n.* something said or done in return for something else, esp by way of retaliation [L.=something for something]

**qui‑es‑cence** (kwaɪésəns) *n* the state or quality of being quiescent [fr. L L *quiescentia*]
**qui‑es‑cent** (kwaɪésənt) *adj.* at rest, dormant, inactive [fr. L. *quiescens* (*quiescentis*) fr *quiescere*, to become quiescent]
**qui‑et** (kwáɪət) *n* silence, stillness, the *quiet of the night* ‖ repose, periods of quiet between bursts of activity [fr. L. *quies* (*quietis*)]
**quiet** *adj.* peaceful. calm and undisturbed, *quiet waters* ‖ noiseless, the *machine room was quiet for once* ‖ not speaking at all, *to keep quiet* ‖ making little sound. *quiet footsteps* ‖ having little volume of sound, *a quiet voice* ‖ (of a person or the mind) free from anguish, worry etc. ‖ (of people) having a gentle, reserved manner ‖ (of colors) soft, unobtrusive ‖ (of feeling etc.) private, interior, *a mood of quiet happiness* ‖ tranquil, free from social pressures, *a quiet life* ‖ (of a social function) informal, attended by few people ‖ (*commerce*) characterized by relatively few sales or little business on the quiet (*pop.*) secretly ‖ stealthily [fr L *quietus* or O F *quiet, quiete*]
**quiet** *v.t.* to make quiet ‖ to soothe, *to quiet someone's fears* ‖ *v.i.* (usually with 'down') to become quiet [fr. M L *quietare*]
**qui‑et‑en** (kwáɪət'n) *v.t* (*Br*) to make quiet *v i* (*Br.*) to become quiet
**qui‑et‑ism** (kwáɪətɪzəm) *n* a Christian mystical doctrine of the 17th c., expounded chiefly by Molinos, Madame Guyon and Fénelon. It stressed the annihilation of the self in contemplation so as to allow free course to the divine will It was ethically antinomian, and was condemned by Innocent XI (1687) and Innocent XII (1699) **qui‑et‑ist** *n.* **qui‑et‑is‑tic** *adj* [fr Ital. *quietismo*]
**qui‑e‑tude** (kwáɪətjuːd, kwáɪətʃuːd) *n.* (*rhet.*) stillness, calm [F. *quiétude*]
**qui‑e‑tus** (kwaɪíːtəs) *n* (*rhet.*) death, final dissolution [fr. M L *quietus est*, he is released (from a debt)]
**quiff** (kwif) *n.* (*Br*) a flat curl on the forehead [origin unknown]
**quill** (kwil) 1. *n* the hard, partly hollow stem of a bird's feather by which the feather is attached to the skin ‖ a long feather of a bird's wing or tail ‖ something, esp. a pen or a plectrum, made from the hard stem of a bird's feather ‖ the hollow spine of a porcupine ‖ (*weaving*) a spindle or bobbin ‖(*pharm.*) a roll of dried bark, e g. of cinnamon or cinchona 2. *v.t.* (*weaving*) to wind (thread) onto a spindle or bobbin [etym. doubtful]
**qui‑llai** (kiːjáɪ) *n.* soapbark (tree or bark) [Span.]
**Qui‑lon** (kiːlɔ́ː) a port (pop. 100,000) of Kerala, India, on the Malabar coast. Industries: textiles, woodworking, chemicals, metallurgy
**quilt** (kwilt) 1. *n.* a bedcover made of feathers, flock or other padding between two pieces of fabric, held in place by lines of stitching ‖ an eiderdown ‖ (*esp. Br.*) a bedspread 2. *v.t.* to put padded material into ‖ to stitch or stitch together like a quilt ‖ to make (a quilt) ‖ *v.i.* to make a quilt **quilt‑ing** *n.* the act of quilting ‖ padded material used esp. for making quilts and warm clothes [O.F *cuilte, coilte*]
**quin** (kwin) *n.* (esp *Br*) a quintuplet [QUINTUPLET]
**qui‑nate** (kwáɪnɪt) *adj.* (*bot.*, of a compound leaf) having five leaflets growing from one point [fr. L. *quini*, five each, like BINATE]
**Qui‑nault** (kiːnou), Philippe (1635–88), French dramatist. He wrote libretti for Lully, e.g. 'Cadmus et Hermione' (1673), 'Armide' (1686) and 'Alceste' (1674)
**quince** (kwins) *n. Cydonia oblonga*, fam. *Rosaceae*, a small tree native to central and eastern Asia and cultivated in temperate climates It bears solitary white flowers and pear‑shaped, astringent yellow fruits, used cooked or preserved. The tree is also used as a dwarfing stock for grafting pears ‖ its fruit (orig pl of M E *qe, a quince*)
**quin‑cen‑te‑nar‑y** (kwinséntənɛriː) *pl.* **quin‑cen‑te‑nar‑ies** *n.* a 500th anniversary [fr L *quinque*, five+CENTENARY]
**quin‑cunx** (kwíŋkʌŋks) *n* an arrangement of five objects. e g. the symbols on playing cards, with one at each corner and one in the center ‖ this as a planting unit, esp. for orchards [L fr *quinque*, five+*uncia*, a twelfth]
**Quin‑cy** (kwínziː, kwínsiː), Josiah (1772–1864), U.S. Federalist statesman and president (1829–45) of Harvard University Appointed (1822) judge of the Boston Municipal Court, he was the first to rule that the publication of

| Renoir | 844 | replace |

Illusion' (1937), 'la Bête humaine' (1939), 'la Règle du jeu' (1941), 'The River' (1952)

**Renoir, Pierre Auguste** (1841-1919), French Impressionist painter. Working with Monet in the late 1860s, he painted from nature and also developed the broken-color technique (*MONET). His early paintings include many kinds of subject: portraits, flowers, nudes, modern life, landscapes. After 1882, when he first went to Italy, he supplemented the techniques of Impressionism with much careful working out of the elements of the picture, exploitation of limited (pink and red) color ranges etc. His later subjects are mostly female nudes. These differ from other Impressionist nudes in that there is a fine fleshiness in them, a solidity, and indeed sensuality

**re·nounce** (rináuns) 1. v. pres. part re-nouncing past and past part. re-nounced v.t to refuse to have anything to do with, repudiate ǁ to give up, *to renounce a claim* ǁ to decline or abandon (a legal right) ǁ v.i. (cards) to fail to follow suit through inability to do so ǁ (cards) to revoke 2. n. (cards) an instance of renouncing ǁ (cards) a revoking [fr. F. *renoncer*]

**ren·o·vate** (rénəveit) pres. part ren-o-vat-ing past and past part. ren-o-vat-ed v.t to make as good as new, *to renovate a house* [fr L *renovare* (*renovatus*)]

**ren·o·va·tion** (renəvéiʃən) n a renovating or being renovated [F *rénovation* or fr. L *renovatio* (*renovationis*)]

**ren·o·va·tor** (rénəveitər) n. someone who renovates or restores (e g paintings or furniture)

**re·nown** (ridáun) n public recognition, fame [A F. *renoun*, *renun*]

**re·nowned** (ridáund) adj famous ǁ widely known, *renowned for his generosity* [fr O F *renoumer*, to make famous]

**rent** (rent) n a payment made usually at fixed intervals to an owner of land or property in return for the right to occupy or use it [O F *rente*]

**rent** v.t. to occupy or use (land or property owned by another), paying rent for doing so ǁ to allow another to occupy or use (one's land or property) in return for payment ǁ v.i to command rent, *the house rents at a high sum* [fr O.F. *renter*]

**rent** past and past part. of REND

**rent** n. the result of rending, e g. a tear, hole or gap ǁ a schism [fr obs. *rent* v., *var.* of REND]

**rent·al** (rént'l) 1. n a sum paid as rent ǁ income from rents ǁ a house etc. offered for rent ǁ a renting 2. adj. pertaining to rent [A F ]

**rental library** a library lending books for a fee

**rent·er** (réntər) n. someone who pays rent ǁ someone who permits occupation or use of his land or property in return for rent ǁ (Br) a distributor in the movie business

**rent-free** (réntfri:) 1. adv. without payment of rent 2. adj occupied or used without payment of rent

**ren·tier** (rötjei) n. someone whose income is drawn from his investments or from rents on property [F ]

**rent-roll** (réntroul) n. a list of properties which bring in an income from rent ǁ the total of this income, esp as an indication of market value

**Rentsch·ler** (réntʃlər), Harvey Clayton (1881-1949), U S physicist He pioneered (1922) in refining pure uranium from uranium salts. During the 2nd world war, while employed at Westinghouse Electric Corporation, he was the only man who could provide the three tons of pure uranium needed for the atomic bomb project

**rent strike** a protest action (as against lack of services) by tenants by withholding rents or placing the rents into a special fund, such rents to be paid upon the landlord's compliance with tenants' demands

**re·nun·ci·a·tion** (rinʌnsiéiʃən) n a renouncing. esp. the giving up of a pleasure or of a claim, right etc. ǁ very strict self-denial ǁ (Br) a written statement embodying the giving up of a claim or right re·nun·ci·a·to·ry (rinʌ́nsiətɔri:, rinʌ́nsiətɔuri:) adj [fr L *renunciatio* (*renunciationis*)]

**Ren·wick** (rénwik), James (1792-1863), U.S educator and engineer who became (1853) the first professor emeritus of Columbia University He constructed the Morris Canal, connecting the Hudson and Delaware Rivers, and surveyed (1840) the disputed boundary between the U S.A. and New Brunswick, Canada. which led to the Webster-Ashburton Treaty

**re·o·pen** (ri:óupən) v t to open again ǁ to make a fresh start on

**re·or·der** (ri:ɔ́rdər) 1. v.t to give as a reorder ǁ to reorganize ǁ v i to give a reorder 2. n a repeat order for goods previously supplied

**re·or·gan·i·za·tion** (ri:ɔrgənizéiʃən) n a reorganizing or being reorganized

**re·or·gan·ize** (ri:ɔ́rgənaiz) pres part. re-or-gan-iz-ing past and past part. re-or-gan-ized v t to organize again, usually by rearranging

**re·o·vi·rus** (rj:ouvái̯rəs) (med. acronym) for respiratory enteric orphan virus, any of a group of relatively large (72 millimicrons) RNA viruses, that are parasitic for humans and most animals, and believed to cause intestinal ailments and tumors

**rep, repp** (rep) n. a strong fabric with a finely corded surface, used chiefly in upholstery [fr F *reps*, origin unknown]

**re·paint** 1. (ri:péint) v.t. to paint again 2. (rí:peint) n. a repainting ǁ something repainted ǁ a repainted golf ball

**re·pair** (ripɛ́ər) v i (rhet) to go to a specified place, esp often or as a party [O F *repeirer*, *repairer*]

**repair** 1. v t. to make (something) good, strong, whole etc after damage, injury etc. ǁ to right (a wrong) or make good (a loss) 2. n. a repairing or being repaired ǁ (often pl.) an instance of repairing or the result of this ǁ a state of good condition, *to keep in repair* in good (bad) repair in good (bad) condition (O.F. *reparer*]

**re·pand** (ripǽnd) adj. (of a leaf) having a wavy margin [fr. L *repandus*, bent back]

**rep·a·ra·ble** (répərəb'l) adj able to be repaired or remedied

**rep·a·ra·tion** (repəréiʃən) n. a putting into good condition again or being so repaired ǁ a righting of a wrong ǁ something done or paid as compensation for a wrong ǁ (pl.) the money or services paid by a defeated nation as compensation for the destruction and loss it has inflicted [O F *reparacion*]

**rep·ar·tee** (repɑrtí:, repɑrtéi) n. quick, witty exchange between two speakers, in which each speaker makes a reply which neatly destroys the force of what the other has just said ǁ the practice or art of making such replies [fr F *repartie* fr. *repartir*, to set out again]

**re·par·ti·mien·to** (repɑrti:mjéntə) n. an official act of distribution of Indian workers to Spanish colonists in Latin America, after the decline of the encomienda [Span.]

**re·par·ti·tion** (rj:pɑrtíʃən) n distribution ǁ a fresh distribution

**re·pass** (ri:pǽs, ri:pɑ́s) v t. to pass again ǁ to cause to pass again ǁ v i to pass again, esp in the opposite direction re-pas-sage (ri:pǽsidʒ) n a repassing ǁ the right to repass [F *repasser*]

**re·past** (ri:pǽst, ri:pɑ́st) n (rhet.) a meal ǁ (rhet.) the food eaten at a meal [O.F ]

**re·pa·tri·ate** 1. (ri:péitri:eit, ri:pǽtri:eit) v. pres. part re-pa-tri-at-ing past and past part. re-pa-tri-at-ed v t. to send back to the country of origin ǁ v.i. to go back to the country of origin 2. (ri:péitri:it, ri:pǽtri:it) n. a repatriated person re-pa-tri-a-tion n [fr L L *repatriare* (*repatriatus*)]

**re·pay** (ri:péi) pres. part. re-pay-ing past and past part. re-paid (ri:péid) v.t. to pay back (money) ǁ to pay (someone) back ǁ to return (e.g a service), *to repay someone's kindness* ǁ to recompense, *to be repaid for one's trouble* ǁ to requite, *he repaid the trick by setting his dog on them* ǁ v.i. to make repayment re-pay-a-ble adj able or due to be repaid re-pay-ment n a paying back or an instance of this ǁ the sum repaid [fr. O.F. *repaier*, *rapaier*]

**re·peal** (ripí:l) n. a repealing or an instance of this [A.F. *repel*]

**repeal** v t to cancel, revoke (a decision or enactment previously made) [fr A F. *repeller*, *repeler*]

**re·peat** (ripí:t) 1. v t to say again, *to repeat a statement* ǁ to do or make again, *to repeat a visit* ǁ to say from memory or after someone else ǁ to say to another (what one has oneself been told), *to repeat gossip* ǁ to undergo again, *to repeat an experience* ǁ to cause or allow to recur, *the second room repeats the decorative motif* ǁ (of a student) to take (a course or term) again because of previous failure ǁ v.i. to say or do something again ǁ to occur again ǁ to vote more than once in an election not to bear repeating to be unworthy of being repeated to repeat oneself to say, write or do again what one has already said etc , or something very like it 2. n

a repeating ǁ something repeated ǁ (mus ) a passage to be played twice ǁ (mus.) the symbol for this (:ǁ) re-peat-ed-ly adv over and over again, *she told him repeatedly* re-peat-er n. someone or something that repeats ǁ a repeating watch or clock which strikes the last hour, quarter hour and the subsequent number of minutes when a spring is released ǁ a rifle, shotgun or pistol which can fire a number of times without reloading ǁ a person who repeats in an election ǁ a student who has to repeat a class or term ǁ (telegraphy) an automatic relay for switching a message from a weak circuit to a strong one [fr F. *répéter*]

**repeating decimal** a recurring decimal

**re·pel** (ripél) pres. part. re-pel-ling past and past part re-pelled v.t. to exert a force tending to move (a body) further away, *like magnetic poles repel one another* ǁ to drive back, *to repel an attack* ǁ to repress, *to repel a desire to turn and run* ǁ to discourage, *to repel an offer of friendship* ǁ to cause not to adhere, penetrate etc . *to repel moisture* ǁ to cause to feel aversion, to repulse, *the sight of such luxury repelled him* [fr L. *repellere*]

**re·pel·lent** (ripélənt) 1. adj repelling, driving back ǁ causing aversion 2. n a preparation for repelling insects or pests ǁ a solution which makes a fabric resist moisture, liquids, etc [fr. L. *repellens* (*repellentis*) fr *repellere*, to drive back]

**re·pent** (rí:pənt) adj (bot.) creeping ǁ (zool) crawling [fr L *repens* (*repentis*) fr *repere*, to crawl]

**re·pent** (ripént) v.i. to grieve for sins committed or for things sinfully left undone ǁ (often with 'of') to feel extreme regret for what one has done or forgotten or omitted to do, *he repented of his decision to lend the boy his car* ǁ to change one's mind and regret the original decision, *he thinks he has been clever but he will live to repent* ǁ v t to think with contrition of or do penance for, *to repent one's sins* [fr. F. *repentir*]

**re·pent·ance** (ripéntəns) n the act of repenting ǁ a feeling of contrition or act of penance for sins committed [F.]

**re·pent·ant** (ripéntənt) adj feeling repentance ǁ indicating repentance [F ]

**re·peo·ple** (ri:pí:p'l) pres part re-peo-pling past and past part. re-peo-pled v t to furnish (a region) again with people

**re·per·cus·sion** (rj:pərkʌ́ʃən) n. a recoil, e g of a gun ǁ a reverberation, echo ǁ a usually unanticipated and indirect reaction to some event, *nonratification of the treaty would have grave repercussions* ǁ (mus , in a fugue) the reappearance of the subject and answer after an episode [F. *répercussion* or fr L *repercussio* (*repercussionis*)]

**rep·er·toire** (répərtwɑr, répərtwɔr) n a collection of anecdotes, songs, plays, pieces of music etc which a person or group of persons is able to present or perform ǁ an inventory of capabilities ǁ (computer) the operations that can be contained in a specific code [F. *répertoire*]

**rep·er·to·ry** (répərtɔri:, répərtouri:, Br répətri) pl. rep-er-to-ries n a repertoire ǁ any store or stock (e g of information) that can be drawn on [fr. L. *repertorium*, catalog, storehouse]

**repertory theater**, Br **repertory theatre** a theater where a permanent acting company presents its repertoire of plays

**rep·e·ti·tion** (repitíʃən) n. a repeating or being repeated ǁ something done or said again ǁ the ability of a keyboard instrument to respond to the striking of the same note in rapid succession [O F *repeticion* or fr. L *repetitio* (*repetitionis*)]

**rep·e·ti·tious** (repitíʃəs) adj full of repetition, esp. boringly so [fr L *repetere* (*repetitus*), to repeat]

**re·pet·i·tive** (ripétitiv) adj. repeating or tending to repeat ǁ repetitious [fr L *repetere* (*repetitus*). to repeat]

**re·phrase** (rj:fréiz) pres. part re-phras-ing past and past part re-phrased v t to express again in a different way

**re·pine** (ripáin) pres part re-pin-ing past and past part. re-pined v.i (rhet . often with 'at') to feel or express discontent

**re·pique** (ri:pí:k) 1. n (piquet) the scoring of 30 points from the cards held before play begins 2. v pres part re-piqu-ing past and past part re-piqued v t. (piquet) to make this score against ǁ v i. (piquet) to make this score [fr F. *repic*]

**re·place** (ripléis) pres part re-plac-ing past and past part re-placed v t to put back (some-

**seed plant** a spermatophyte
**seeds·man** (sí:dzmən) pl. **seeds·men** (sí:dzmən) n. a dealer in seeds and other horticultural supplies
**seed vessel** a pericarp
**seed·y** (sí:dí:) comp. **seed·i·er** superl. **seed·i·est** adj having abundant seeds ‖ having run to seed ‖ shabby and in an uncared-for state ‖ in rather poor health
**see·ing** (sí:iŋ) 1. n. the power or faculty of vision ‖ the act of someone who sees 2. adj able to see 3. conj. (usually with 'that') since, considering, *seeing that it is so late you had better go*
**seek** (sí:k) pres. part. **seek·ing** past and past part. **sought** (sɔt) v.t to try to find, *to seek shelter* ‖ to ask for, *to seek advice* ‖ to try to obtain, *he seeks recognition of his work* ‖ (with infin.) to try, *to seek to establish a fact* ‖ v.i. (with 'for') to try to find, *I am seeking for information* [O E sēcan]
**Seek Bus** (mil.) a coordinated communications system for all U.S armed forces linking intelligence and weapons systems for tactical purposes
**seeker** n. (mil.) a homing device that locates its target by heat or other radiation
**seem** (sí:m) v.i to give the impression of being something of a specified kind or of having a specified attribute, *she seems a complete fool, he seems happy* ‖ (with infin.) to give an impression of something specified, *he seems to have a cold* ‖ (with infin.) to have an impression that one is doing or being something specified, *I seem to smell something burning, I seem to be tired today* ‖ to have the appearance of being true, *it seems he died rich* ‖ (in constructions beginning with 'there') to have the appearance of existing, *there seems no reason for believing him* **séem·ing** 1. adj having the false appearance of being, *a seeming friend though a secret enemy* 2. n. appearance, esp. false appearance **séem·ing·ly** adv truly as far as can be judged [M.E. *seme* fr. O N. *sæma*]
**seem·li·ness** (sí:mlí:nis) n the quality or state of being seemly
**seem·ly** (sí:mlí:) comp. **seem·li·er** superl. **seem·li·est** adj. conforming to accepted standards of behavior or appearance [M E fr O N *sœmiligr*]
**seen** past part of SEE
**seep** (sí:p) 1. v.i (of a fluid) to pass slowly through a porous body 2. n. a place where water or petroleum seeps up out of the ground to form a pool **séep·age** n. the act or an instance of seeping ‖ fluid that has seeped through something [perh. fr. O.E. *sipian*, to soak]
**se·er** (sí:ər, sir) n. (rhet.) a wise man gifted with powers of divination [SEE v.]
**seer·suck·er** (slərsʌkər) n. a thin linen, cotton or rayon fabric with a crinkly surface, often having thin stripes with a flat surface [E. Indian corrup. of Pers *shir o shakhar*, milk and sugar, a striped linen garment]
**see·saw** (sí:sɔ) 1. n a plank balanced in the center with its ends free to rise and fall alternately so that a person sitting at one end rises up in the air as one sitting at the other end sinks towards the ground ‖ this alternate rising and falling as a children's amusement ‖ a back-and-forth or up-and-down movement ‖ any situation in which two factors alternately rise and fall or take leading and inferior positions, *the seesaw of supply and demand* 2. v.i to rise and fall alternately on or as if on a seesaw ‖ v.t. to cause to do this 3. adj moving up and down as if on a seesaw [reduplication of SAW v.]
**see-saw principle** (mil.) tendency of defensive weapons development to overtake offensive weapons development, and vice versa
**seethe** (sí:ð) pres. part. **seeth·ing** past and past part **seethed** v.i to bubble violently as if boiling, *seething waters* ‖ to be in a state of rage or turmoil ‖ to be in restless commotion, *seething crowds* [O.E *seothan*]
**seg academies** (seg) n. private secular schools established to evade desegregation laws affecting public schools
**Se·gal** (sí:gəl), George (1924- ), U.S. sculptor known for his life-sized, lifelike, white plaster figures of people, usually set in everyday situations. Part of the 'New Realist' school of artists of the 1960s, he exhibited in significant shows of that time. His works include 'Cinema' (1963), 'a man changing a movie reproduce, and 'The Diner' (1964-6), figures on stools at a counter
**seg·gar** (ségər) n. (Br) a saggar
**seg·ment** (ségmənt) 1. n a part, esp a part separable at a natural junction (e g at a joint) ‖ (geom ) the part of a circle cut off by a chord, or of a sphere cut off by a plane ‖ (geom ) the finite part of a line between two points in the line 2. v.t to separate (something) into segments ‖ v.i to separate into segments ‖ (biol.) to undergo cleavage **seg·men·tal** (segmént'l), **seg·men·ta·ry** (ségmənteri:) adjs **seg·men·ta·tion** (segməntéifən) n. separation into segments, e.g. in the cleavage of a cell or ovum [fr L *segmentum*]
**Se·go·vi·a** (segóvjə) a province (area 2,635 sq. miles, pop 149,286) of N Central Spain (*OLD CASTILE*) ‖ its capital (pop. 41,880): Roman aqueduct. Romanesque churches, 16th-c. cathedral
**Se·grè** (segréi), Emilio Gino (1905- ), U.S. physicist and co-winner (with Owen Chamberlain) of the 1959 Nobel prize in physics for his discovery of the antiproton
**seg·re·gate** (ségrəgeit) pres. part. **seg·re·gat·ing** past and past part **seg·re·gat·ed** v.t. to separate from others of a group, esp to oblige (racial groups) to carry on their activities, schooling etc separately ‖ v.i to be or become segregated ‖ (biol., of chromosome genes) to separate in meiosis **ség·re·gat·ed** adj conforming to a policy of racial segregation [fr. L. *segregare* (*segregatus*), to set apart from the flock]
**seg·re·ga·tion** (segrigéifən) n. a segregating or being segregated ‖ a segregated part, group etc ‖ (biol.) the separation of genes of chromosomes at meiosis **seg·re·ga·tion·ist** n. a person who believes in racial segregation [fr. L L *segregatio* (*segregationis*), a setting apart]
**seg·re·ga·tive** (ségrigeitiv) adj relating to, causing or characterized by segregation [fr M.L. *segregativus*]
**se·gui·dil·la** (seigədí:ljə, seigədí:jə) n. a Spanish poem of a form employing four to seven short lines ‖ a Spanish dance accompanied by castanets ‖ the music for it, in triple time [Span fr *seguida*, sequence]
**sei·cen·to** (seitféntou. setfénto) n. the 17th century in Italian art or literary history [Ital ˜six hundred, used for sixteen hundred]
**seiche** (seif) n. an oscillation of the surface in a lake, caused by barometric pressure changes [F. perh. fr. G.]
**Seid·litz powder** (sédlits) a preparation consisting of two powders, one of tartaric acid, the other of a mixture of sodium bicarbonate and Rochelle salt, which effervesce when mixed together in water, the effervescing liquid being drunk as a mild aperient **Seid·litz powders** Seidlitz powder [after *Seidlitz*. town in Czechoslovakia]
**sei·gneur** (senjə:r, senjɔ:r) n. (hist.) a feudal lord in France or Canada ‖ a lord of the manor in the Channel Is **sei·gneu·ri·al** (seinjɔ:rí:əl) adj. [F]
**sei·gneur·y** (séinjəri:) pl. **sei·gneur·ies** n. (hist.) the territory or estate of a feudal lord, esp an estate held in Canada by feudal tenure (up to 1854), or the manor house itself ‖ the domain of a seigneur in the Channel Is [fr F *seigneurie*]
**sei·gnior** (séinjər) n. (hist.) the feudal lord of a manor [A.F *segnour*, O F. *seignor*]
**sei·gnior·age, sei·gnor·age** (séinjəridʒ) n. (hist.) seigniorial prerogative, e.g the royal right to a percentage levy on bullion used for coinage ‖ the profit made in coining, resulting from the difference between a coin's intrinsic and its face value, as a source of revenue to a government [O F *seignorage*]
**sei·gnio·ri·al, sei·gno·ri·al** (seinjɔ́:ri:əl, seinjóurí:əl) adj of or pertaining to a seignior or sovereign
**sei·gnior·y, sei·gnor·y** (séinjəri:) pl. **sei·gnior·ies, sei·gnor·ies** n. (hist.) the dominion or rights of a seignior [O.F. *seignorie*]
**seignorage** *SEIGNIORAGE*
**seignorial** *SEIGNIORIAL*
**Seine** (sen, *Eng* sein) a river (485 miles long) rising near Dijon, E. France, and flowing northwest to the English Channel Canals link it with the Scheldt, Meuse, Rhine, Saône, Rhône and Loire Ports: Le Havre, Rouen. Paris
**seine** (sein) 1. n a large fishing net, with floats on one edge and weights on the other to make it hang upright in the water. The fish are enclosed in the net when the ends are brought together 2. v.t. and i. pres. part. **sein·ing** past and past part **seined** to fish with a seine [O E *segne*]
**Seine-et-Marne** (seneimæ:rn) a department (area 2,275 sq. miles, pop 755,800) in N France (*ILE-DE-FRANCE*) Chief town: Melun
**Seine-Ma·ri·time** (senmari:ti:m) a department (area 2,448 sq. miles, pop 1,082,300) in N France (*NORMANDY*) Chief town: Rouen
**seise** (law) *SEIZE*
**seisin** *SEIZIN*
**seis·mal** (sáizməl, sáismal) adj seismic
**seis·mic** (sáizmik, sáismik) adj. relating to, characteristic of or produced by an earthquake or earthquakes **séis·mi·cal** adj. **séis·mism** n phenomena characteristic of earthquakes [fr Gk *seismas*, earthquake]
**seis·mo·gram** (sáizməgræm, sáismagræm) n a record made by a seismograph [fr Gk *seismos*. earthquake + *gramma*, a letter]
**seis·mo·graph** (sáizməgræf, sáizməgrəf, sáismagref, sáismagrɔf) n an instrument for recording the period, magnitude and direction of earth tremors **seis·mo·graph·ic** (saizməgrǽfik, saismagrǽfik) adj **seis·mog·ra·phy** (saizmɔ́grəfi, saismɔ́grəfi:) n [fr Gk *seismos*. earthquake + *graphos*, written]
**seis·mo·log·ic** (saizməlɔ́dʒik, saismalɔ́dʒik) adj of or relating to seismology **seis·mo·lóg·i·cal** adj
**seis·mol·o·gy** (saizmɔ́lədʒi:, saismɔ́lədʒi:) n. the scientific study of earthquakes or of artificially induced earth tremors [fr Gk *seismos*, earthquake + *logos*, discourse]
**seis·mom·e·ter** (saizmɔ́mitər, saismɔ́mitər) n an instrument, usually part of a seismograph, which supplies data for measurement of actual ground movements of an earthquake [fr Gk *seismos*, earthquake + *metron*, measure]
**seiz·a·ble** (sí:zəb'l) adj. able to be seized (used esp. of goods that may lawfully be seized)
**seize** (sí:z) pres. part. **seiz·ing** past and past part. **seized** v.t to take suddenly and hold firmly ‖ to take by force, *he seized his sister's toy* ‖ (law) to take legal possession of, *to seize contraband* ‖ (law) to put in possession of ‖ to overwhelm mentally, take sudden mental possession of, *panic seized him* ‖ (often with 'on' or 'upon') to make instant use to one's advantage of (some chance, occasion, opportunity etc.), *to seize upon an excuse* ‖ to arrive at an immediate or sudden understanding of (a meaning etc ), *to seize a point* ‖ (naut ) to fasten with ropes to seize up (of moving mechanical parts) to become locked together because of undue heat, pressure or friction [O.F. *saisir, seisir*]
**sei·zin, sei·sin** (sí:zin) n (law) possession or taking possession of land by freehold ‖ (law) the land so possessed [F *saisine*]
**seiz·ing** (sí:ziŋ) n (naut.) a fastening together with cords ‖ (naut ) cords used for this
**sei·zor** (sí:zər, sí:zɔr) n. (law) a person who takes possession of a freehold estate
**sei·zure** (sí:ʒər) n a seizing or being seized ‖ a sudden attack of an illness, e g of epilepsy
**se·jant** (sí:dʒənt) adj. (heraldry, of an animal) sitting with the forelegs upright [older *seiant* fr O.F.]
**Sek·on·di-Ta·ko·ra·di** (səkɔndí:tɑkərɔ́di:) a seaport and commercial center (pop. 160,900) of W Ghana with an artificial deep-water harbor
**se·lah** (sí:lə, sélə) n. (Bible) a word, possibly denoting a musical rest, found at the end of a stanza in Psalms and in Habakkuk [Heb.]
**Se·lan·gor** (səláŋgər, səláŋgour) a state (area 3,167 sq miles, pop. 1,467,441) of Malaysia in W Malaya Capital: Kuala Lumpur Selangor came under British protection (1874) and joined the Federation of Malaya (1948)
**sel·dom** (séldəm) adv not often, rarely, *seldom at a loss* [O E *seldan*]
**se·lect** (silékt) 1. v t. to take (something or someone preferred, most suitable etc.) from among a number, *to select a book from the shelf* 2. adj. having been selected as the most preferred ‖ socially exclusive, *a select resort* ‖ selecting carefully, discriminating, *select in his choice of books* [fr. L. *seligere* (*selectus*), to collect]
**select committee** a group of members of a legislative body chosen to study and report on a particular matter
**Selected Reserve** (mil.) the portion of the Ready Reserve consisting of units and individual Reservists required to participate in paid inactive-duty training periods and annual training
**se·lec·tion** (silékfən) n. a selecting or being selected ‖ something selected ‖ (biol ) the natural or artificial process by which some members of a species reproduce while others do not, the result being a perpetuation of the characteristics of those who do reproduce (*NATURAL SELECTION*) [fr L *selectio* (*selectionis*)]
**selection fee** a finder's fee

words and phrases [fr. Gk *stenos*, narrow+*tupē*, impression]

**sten·tor** (sténtɔr) *n.* a member of *Stentor*, a genus of trumpet-shaped protozoans, often brightly colored [Mod. L., after *Stentor*, Gk herald in the Iliad who had a powerful voice]

**sten·to·ri·an** (stentɔ́riɔn, stentóuriɔn) *adj* (of the voice, spoken sounds etc.) very loud [after *Stentor*, Gk herald in the Iliad who had a powerful voice]

**step-** (step) *prefix* a combining element used with kinship terms to specify degree of affinity as a result of parental remarriage [O.E. *stēop-*]

**step** (step) *n.* a single movement made by lifting up one foot and setting it down in a different position ‖ the distance covered by such a movement ‖ a manner of moving on foot, *a heavy step* ‖ a mark or sound made by the foot in walking etc. ‖ one of a series of movements in dancing ‖ a set sequence of movements in dancing ‖ (*pl.*) a course followed in walking, *to retrace one's steps* ‖ pace, esp in marching ‖ something on which the foot is placed in ascending or descending ‖ one unit in a flight of stairs or (*pl.*) a flight of esp. outdoor stairs or a series of these ‖ the rung of a ladder ‖ (*Br.*, *pl.*) a stepladder ‖ a very short distance, *a step away* ‖ a degree in a scale, *to go up a step in someone's estimation* ‖ one of a series of stages in a process, activity etc. ‖ (*mus.*) a degree of the staff or scale ‖ (*mus.*) the interval between two such consecutive degrees ‖ (*naut.*) the socket holding a mast ‖ (of a quarry or mine) a shelf or ledge cut in the vertical surface ‖ (*mech.*) the lower bearing on which a vertical shaft rotates in step synchronizing the movements of one's feet with those of others with whom one is walking, marching or dancing out of step not in step step by step gradually to keep step to stay in step to take steps to begin to do what is necessary in order to achieve a certain purpose [O.E. *stæpe*, *stepi*]

**step** *pres. part.* **step·ping** *past* and *past part.* **stepped** *v.i.* to move by performing a step or steps, *please step forward* ‖ to execute a step with the foot ‖ to put or press the foot on something specified, *to step on someone's foot* ‖ (*pop.*) to walk a little way, *step down to the drug store* ‖ to enter into a position, condition etc. as if with a step, *to step into a fortune* ‖ *v.t.* to take (a stride etc.), *step three paces* ‖ to execute the steps of (a dance) ‖ (*naut.*) to fit (a mast) into its socket ‖ to provide with steps to step down to give up a position of authority, retire ‖ to decrease the voltage of (an electric current) using a transformer to step in to intervene to step off to pace (a distance) to step on it (*pop.*) to hurry to step out to begin to walk faster ‖ to go out to have a good time ‖ to leave a room, house etc. for a short time ‖ (*Br.*) to pace (a distance) to step up to increase, *to step up production* ‖ to increase the voltage of (an electric current) using a transformer [O.E. *stepan*, *stæpan*]

**step·broth·er** (stépbrʌðɔr) *n.* one's stepparent's son by a former marriage

**step-by-step** (stépbaistép) *adj.* gradual

**step-by-step diplomacy** the techniques of the Nixon-Ford administrations' efforts from 1973 to 1975 to settle the Arab-Israeli conflict

**step·child** (stéptʃaild) *pl.* **step·chil·dren** (stéptʃildrin) *n.* the child of one's husband or wife by a former marriage [O.E. *stēopcild*]

**step·daugh·ter** (stépdɔtɔr) *n.* a female stepchild [O.E. *stēopdohtor*]

**step·down** (stépdaun) *n.* a decrease in amount, size, power, importance etc.

**step·fa·ther** (stépfɑðɔr) *n.* a male stepparent [O.E. *stēopfæder*]

**Ste·phen** (stíːvɔn) (c. 1097-1154), king of England (1135-54). Ignoring the oath he had sworn to his uncle Henry I that he would support the claim of Henry's daughter Matilda to the English throne, he invaded England on Henry's death (1135) and had himself proclaimed king. Matilda waged a civil war (1139-53) against him, in the course of which Stephen was imprisoned for six months (1141). The war ended when Stephen recognized Matilda's son Henry (later Henry II) as his heir

**Stephen I, St** (c. 969-1038), duke (997-1001) and first king (1001-38) of Hungary He introduced Christianity into his kingdom, and is the patron saint of Hungary. Feast: Sept. 2

**Stephen, St** (d c. 35 A D), the first Christian martyr, whose death by stoning prepared the eyewitness Saul (later St Paul) for his conversion Feast: Dec 26

**Stephen Harding, St** (d 1134), English monastic reformer As abbot of Cîteaux (c. 1109-c 1134) he did much to strengthen the newly formed Cistercian order. Feast: Apr 17

**Ste·phens** (stíːvɔnz), Alexander Hamilton (1812-83), vice-president of the Confederate States during the Civil War. As a champion of states' rights and civil liberty, he opposed the grant of extraconstitutional war powers to President Jefferson Davis. He urged (1864) the unconditional discharge of Federal prisoners in the South

**Ste·phen·son** (stíːvɔnsɔn), George (1781-1848), British engineer. He constructed the first successful steam locomotive (1814) and built the Stockton and Darlington line (1825), the first British passenger railroad. His 'Rocket' won an open competition for locomotives (1829), covering 12 miles in 53 minutes. He and his son Robert (1803-59) engineered many of the earliest railroads, in Britain and abroad

**step·lad·der** (stéplædɔr) *n.* a folding ladder having broad flat steps and a frame hinged to the back

**step·moth·er** (stépmʌðɔr) *n.* a female stepparent [O.E. *stēopmōdor*]

**step·par·ent** (stéppɛɔrɔnt, stéppærɔnt) *n.* the husband or wife of one's mother or father by a remarriage

**steppe** (step) *n.* a vast, treeless, usually level plain in S.E. Europe or Asia [fr Russ. *stepĭ*]

**step·ping-stone** (stépiŋstoun) *n.* a stone, usually one of a series, projecting above the water of a stream, firmly placed in a marsh etc., enabling a crossing to be made by stepping from one stone to the next ‖ a means of advancement

**step·sis·ter** (stépsistɔr) *n.* one's stepparent's daughter by a former marriage

**step·son** (stépsʌn) *n.* a male stepchild [O E *stēopsunu*]

**step-up** (stépʌp) *n.* an increase in amount, size, power, importance etc.

**ste·ra·di·an** (stɔréidiɔn) *n.* unit solid angle, being the solid angle subtended at the center of a sphere by an area of its surface equal to the square of the radius [fr. Gk *stereos*, solid+RADIAN]

**ster·co·ra·ceous** (stɔːrkɔréiʃɔs) *adj* of, relating to or containing dung [fr. L *stercus* (*stercoris*), dung]

**ster·e·o** (stériou, stíːriou) 1. *n.* (*printing*) a stereotype ‖ a stereoscopic method, effect or system, e.g a stereoscopic photograph or a stereophonic sound system 2. *adj.*, of or relating to space ‖ stereoscopic ‖ stereophonic (by shortening)

**ster·e·o·bate** (stériɔbeit, stíːriɔbeit) *n.* (*archit.*) a solid foundation of a building, pillar etc. as visible above ground [F. or L.]

**ster·e·o·chem·is·try** (stériɔukémistriː, stíːriɔukémistriː) *n.* the study of the space arrangement of the atoms in a molecule and their effect on chemical properties [fr Gk *stereos*, solid+CHEMISTRY]

**ster·e·o·gram** (stériɔgræm, stíːriɔgræm) *n.* a stereographic diagram or stereograph [fr Gk *stereos*, solid+*gramma*, a letter]

**ster·e·o·graph** (stériɔgræf, stíːriɔgræf, stériɔgrɑːf, stíːriɔgrɑːf) *n.* a design or picture viewed stereoscopically, or made to represent solid figures in three dimensions **ster·e·og·ra·phy** (stériɔ́grɔfiː, stíːriɔ́grɔfiː) *n.* the technique of drawing solid bodies on a plane surface ‖ stereoscopic photography [fr Gk *stereos*, solid+*graphos*, written]

**ster·e·o·i·so·mer·ic** (stériouaisɔmérik, stíːriouaisɔmérik) *adj.* of, pertaining to or exhibiting stereoisomerism

**ster·e·o·i·som·er·ism** (stériouaisɔ́mɔrizɔm, stíːriouaisɔ́mɔrizɔm) *n.* isomerism which results from different space arrangements of atoms in molecules of the same composition and structural formula (*STRUCTURAL ISOMERISM, cf. OPTICAL ISOMERISM, cf. GEOMETRICAL ISOMERISM) [fr. Gk *stereos*, solid+ISOMERISM]

**ster·e·ol·o·gy** (stériɔ́lɔdʒiː) *n.* the study of three-dimensional objects seen in two dimensions, e.g., in brain studies —**stereological** *adj.* —**stereologically** *adv.*

**ster·e·o·met·ric** (stériɔmétrik, stíːriɔmétrik) *adj.* of or produced by stereometry **ster·e·o·met·ri·cal** *adj* **ster·e·o·met·ri·cal·ly** *adv*

**ster·e·om·e·try** (stériɔ́mitriː, stíːriɔ́mitriː) *n.* the science of determining the volumes of solid figures [fr Gk *stereos*, solid+*-metria*, measurement]

**ster·e·o·phon·ic** (stériɔfónik, stíːriɔfónik) *adj.* of sounds which appear to have their sources distributed in space, even when they are emitted by e.g. two loudspeakers [fr Gk *stereos*, solid+*phōnē*, voice]

**ster·e·op·ti·con** (stériɔ́ptikɔn, stíːriɔ́ptikɔn) *n.* a pair of projectors used in conjunction so that one view seems to dissolve while the next forms [Mod L fr Gk *stereos*, solid+*optikos*, optic]

**ster·e·o·scope** (stériɔskoup, stíːriɔskoup) *n.* a device by which each of two photographs, taken from slightly different angles, is viewed by one eye only, giving the impression of a three-dimensional view **ster·e·o·scop·ic** (stériɔskópik, stíːriɔskópik), **ster·e·o·scop·i·cal** *adjs* **ster·e·o·scóp·i·cal·ly** *adv* **ster·e·os·co·py** (stériɔ́skɔpiː, stíːriɔ́skɔpiː) *n.* [fr. Gk *stereos*, solid+*skopein*, to observe]

**ster·e·o·tape** (stériɔteip) *n.* magnetic tape that records sound stereophonically —**stereotape** *adj*

**ster·e·o·tax·is** (stériɔtǽksis) *n.* (*med.*) three-dimensional location of a point in the nervous system from coordinates guiding an electrode or needle —**stereotaxic** *adj* —**stereotaxically** *adv.*

**ster·e·o·type** (stériɔtaip, stíːriɔtaip) 1. *n.* a plate providing a solid printing surface cast from a mold taken from a body of movable type ‖ a rigidly conventional expression, idea, character etc. 2. *v t pres. part.* **ster·e·o·typ·ing** *past* and *past part.* **ster·e·o·typed** to make (a plate) from movable type ‖ to print (an impression) from a stereotype **stér·e·o·typed** *adj.* lacking originality [F *stéréotype*]

**ster·e·o·typ·y** (stériɔtaipiː, stíːriɔtaipiː) *n.* (*printing*) the process of making, and printing from, stereotype plates ‖ (*med.*) frequent, almost mechanical, repetition of the same action or formulas of speech, as in some cases of schizophrenia [F. *stéréotypie*]

**ster·ic** (stérik) *adj.* pertaining to the spatial arrangement of atoms [fr. Gk *stereos*, solid]

**ste·rig·ma** (stɔrígmɔ) *pl.* **ste·rig·ma·ta** (stɔrígmɔtɔ), **ste·rig·mas** *n.* a filament (esp growing from the basidium of some fungi) from the top of which conidia are produced [Mod. L.]

**ster·ile** (stéral, *Br* esp. stérail) *adj.* lacking the ability to produce offspring ‖ lacking the ability to bear fruit, spores etc. ‖ (of land) unproductive ‖ (*bacteriol.*) free from living microorganisms ‖ lacking in inspiration, ideas etc., *a sterile writer* ‖ leading to no conclusion, *a sterile argument* [fr L *sterilis*]

**ste·ril·i·ty** (stɔrílitiː) *n.* the state or quality of being sterile [fr L. *sterilitas*]

**ster·i·li·za·tion** (stérɔlizéiʃɔn) *n* a sterilizing or being sterilized

**ster·i·lize** (stérɔlaiz) *pres. part.* **ster·i·liz·ing** *past* and *past part.* **ster·i·lized** *v t* to render incapable of producing offspring ‖ to cause (soil) to become unfruitful by the deliberate use of a herbicide, or as the result of natural exhaustion of fertility ‖ to rid (instruments, surgical dressings etc.) of living microorganisms [fr STERILE]

**ster·let** (stɔ́rlit) *n* **Acipenser ruthenus**, fam. Acipenseridae, a small variety of sturgeon prized for its flavor and its caviar [fr Russ. *sterlyadĭ*]

**ster·ling** (stɔ́rliŋ) 1. *n.* the legal currency of England ‖ the legal currency (1707) of Great Britain ‖ (*hist.*) the English silver penny ‖ sterling silver ‖ articles made from sterling silver 2. *adj.* of or relating to British sterling ‖ calculated in terms of British sterling ‖ (of silver) having an accepted standard of purity, usually 925 parts of silver alloyed with 75 parts of copper ‖ made of sterling silver ‖ of excellent quality, *sterling character* [prob. O E perh. fr supposed *steorling*, coin with a star (some Norman coins bore a star)]

**stern** (stɔːrn) *adj* severe, *stern discipline* ‖ uncompromising, *a stern judge* ‖ cold and forbidding in appearance, *a stern landscape, a stern face* ‖ (*rhet*) determined, *stern resolve* [O E *styrne*]

**stern** *n.* the rear end of a ship [prob fr O N *stjörn*, steering]

**sterna** *alt. pl.* of STERNUM

**ster·nal** (stɔ́ːrnl) *adj* of, relating to or situated near the sternum

**stern chase** (*naut.*) a chase in which the pursuing vessel follows in the wake of the vessel being pursued

**stern drive** (*motorboating*) motor with an inboard engine on an outboard drive *also* inboard-outboard

---

CONCISE PRONUNCIATION KEY: (a) æ, cat; ɑ, car; ɔ fawn; ei, snake. (e) e, hen; iː, sheep; iɔ, deer; ɛɔ, bear. (i) i, fish; ai, tiger; ɔː, bird. (o) o, ox; au, cow; ou, goat; u, poor; ɔi, royal. (u) ʌ, duck; u, bull; uː, goose; ɔ, bacillus; juː, cube. x, loch; θ, think; ð, bother; z Zen; ʒ, corsage; dʒ, savage; ŋ, orangutang; j, yak; ʃ, fish; tʃ, fetch; 'l, rabble; 'n, redden. Complete pronunciation key appears inside front cover

to cause (a person or his nerves) to become disordered
**un·strung** (ʌnstrʌŋ) *adj.* having the strings removed or loosened ‖ emotionally distressed
**un·stud·ied** (ʌnstʌdi:d) *adj* unaffected, not artificial
**un·sub·stan·tial** (ʌnsəbstænʃəl) *adj* not having material substance ‖ not very solid ‖ having no real basis of fact
**un·sung** (ʌnsʌŋ) *adj.* not sung ‖ not praised in verse or song, not given recognition. *unsung heroes*
**un·sus·pect·ed** (ʌnsəspéktid) *adj* not suspected ‖ not known or thought to exist
**un·taught** (ʌntɔ́t) *adj.* without formal education ‖ not learned from teachers
**un·teach** (ʌntí:tʃ) *pres part* **un·teach·ing** *past and past part.* **un·taught** (ʌntɔ́t) *v.t.* to cause (someone) to forget something learned ‖ to teach the opposite of (something previously taught)
**Un·ter·mensch** (úntɑrmenʃ) *pl.* **-en** (*German*) an alleged lower species or type of human being *ant* **Übermensch**
**Un·ter·wal·den** (úntərvɔldən) a German-speaking and mainly Catholic canton in central Switzerland. It is divided into Nidwalden (area 106 sq. miles, pop. 28,617) and Obwalden (area 189 sq. miles, pop. 25,865). It formed (1291) part of the original league with Schwyz and Uri which was the nucleus of the Swiss Confederation
**un·thank·ful** (ʌnθǽŋkfəl) *adj.* not thankful ‖ not pleasant and not appreciated, *an unthankful task*
**un·think·a·ble** (ʌnθíŋkəb'l) *adj.* so extraordinary as not to be conceivable to the mind ‖ out of the question, not to be considered as a possibility
**un·think·ing** (ʌnθíŋkiŋ) *adj.* thoughtless or showing lack of thought ‖ lacking the power of thought
**un·ti·dy** (ʌntáidi:) *adj.* not neat or orderly in dress, appearance, habit etc ‖ not kept in proper order, *untidy account books*
**un·tie** (ʌntái) *pres. part.* **un·ty·ing**, **un·tie·ing** *past and past part.* **un·tied** *v.t.* to undo (something tied, fastened or knotted) ‖ *v.i.* (of something tied, fastened or knotted) to become undone
**un·til** (ʌntíl) 1. *prep.* till, to the time of, *we waited until nightfall* (in negative constructions) before (some specified time), *don't come until after dark* 2. *conj.* to the time when ‖ to the degree, place or point that, *he pleaded until he got it* ‖ (in negative constructions) before, *he didn't come until the show began* [M.E. *untill* fr. O.N.]
**un·time·li·ness** (ʌntáimli:nis) *n* the state or quality of being untimely
**un·time·ly** (ʌntáimli:) 1. *adj. comp.* **un·time·li·er** *superl* **un·time·li·est** done or occurring before the proper time, premature ‖ inopportune 2. *adv.* too soon ‖ inopportunely
**un·to** (ʌ́ntu:) *prep.* (*rhet* or *archaic*) to, render *unto Caesar* . ‖ (*rhet* or *archaic*) till, until. *unto this day*
**un·told** (ʌntóuld) *adj* not told ‖ too much or too many to count or measure
**un·touch·a·ble** (ʌntʌ́tʃəb'l) 1. *adj.* not to be touched ‖ immune from criticism or attack 2. *n.* a member of a large group in India belonging to the lowest caste or regarded as having no caste, and formerly excluded from the social and religious privileges of Hinduism The persecution of untouchables was made illegal by the Indian constituent assembly (1949) and the Pakistan constituent assembly (1950)
**un·to·ward** (ʌntɔ́rd, ʌntóurd; ʌntəwɔ́rd) *adj.* fractious, difficult to manage ‖ not favorable or lucky, *untoward circumstances* ‖ unseemly
**un·trav·eled**, esp. *Br.* **un·trav·elled** (ʌntrǽvəld) *adj.* (of a road etc.) not used by travelers ‖ (of a person) not having traveled much
**un·tried** (ʌntráid) *adj* not tested, inexperienced ‖ not tried in court
**un·true** (ʌntrú:) *adj* not true, false ‖ (*rhet.*) unfaithful or disloyal ‖ not perfectly flat, level etc., not forming a perfect right angle etc. **un·tru·ly** *adv.*
**un·truth** (ʌntrú:θ) *pl.* **un·truths** (ʌntrú:θs, ʌntrú:ðz) *n* lack of truthfulness a falsehood
**un·truth·ful** (ʌntrú:θfəl) *adj.* untrue, false ‖ inclined to tell lies
**un·tu·tored** (ʌntú:tərd, ʌntjú:tərd) *adj.* untaught, owing nothing to formal instruction
**un·used** (ʌnjú:zd) *adj.* not currently in use ‖ never having been used ‖ (ʌnjú:st) (with 'to') unaccustomed

**un·u·su·al** (ʌnjú:ʒu:əl) *adj.* rare, different from others ‖ being of or showing a greater or stronger degree than usual, *to work with unusual speed*
**un·ut·ter·a·ble** (ʌnʌ́tərəb'l) *adj.* inexpressibly delightful ‖ unspeakably horrid
**un·var·nished** (ʌnvɑ́rniʃt) *adj.* not varnished ‖ plain, unembellished, *the unvarnished truth*
**Un·ver·dor·ben** (únferdɔrbən), Otto (1806-73), German chemist who was the first to prepare aniline (1826)
**un·voice** (ʌnvɔ́is) *pres. part* **un·voic·ing** *past and past part.* **un·voiced** *v t* (*phon* ) to pronounce without voicing
**un·voiced** (ʌnvɔ́ist) *adj.* not expressed. not spoken ‖ (*phon.*) not voiced
**un·wea·ried** (ʌnwíəri:d) *adj.* doggedly persistent in effort ‖ showing dogged persistence
**un·wept** (ʌnwépt) *adj.* (*rhet* , of tears) not shed ‖ (*rhet.*) not wept for
**un·whole·some** (ʌnhóulsəm) *adj.* not wholesome, not conducive to physical or mental health ‖ morally harmful
**un·wield·i·ly** (ʌnwí:ldili:) *adv* in an unwieldy way
**un·wield·i·ness** (ʌnwí:ldi:nis) *n* the state or quality of being unwieldy
**un·wield·y** (ʌnwí:ldi:) *comp.* **un·wield·i·er** *superl* **un·wield·i·est** *adj.* difficult to handle or manage because of bulk or size ‖ clumsy, ungainly
**un·wil·ling** (ʌnwíliŋ) *adj.* not willing, reluctant ‖ done, said etc. reluctantly
**un·wind** (ʌnwáind) *pres part* **un·wind·ing** *past and past part.* **un·wound** (ʌnwáund) *v.t.* to undo, unroll (what is wound) ‖ (*rhet.*) to sort out or straighten (something muddled or involved) ‖ *v.i.* to become unwound
**un·wise** (ʌnwáiz) *adj* ill-considered ‖ foolish
**un·wit·ting** (ʌnwítiŋ) *adj.* unaware, not knowing ‖ not intentional [O.E. *unwitende*]
**un·wont·ed** (ʌnwɔ́ntid, ʌnwóuntid, ʌnwʌ́ntid) *adj.* unaccustomed ‖ uncommon, rarely met with
**un·world·li·ness** (ʌnwə́:rldli:nis) *n.* the state or quality of being unworldly
**un·world·ly** (ʌnwə́:rldli:) *comp.* **un·world·li·er** *superl.* **un·world·li·est** *adj.* not concerned with worldly matters ‖ not of this world, spiritual
**un·wor·thi·ly** (ʌnwə́:rði:li:) *adv* in an unworthy manner
**un·wor·thi·ness** (ʌnwə́:rði:nis) *n.* the state or quality of being unworthy
**un·wor·thy** (ʌnwə́:rði:) *comp.* **un·wor·thi·er** *superl.* **un·wor·thi·est** *adj.* falling short of what is required, lamentably below standard ‖ (esp with 'of') not deserving ‖ mean, contemptible
**unwound** *past and past part.* of UNWIND
**un·writ·ten** (ʌnrít'n) *adj.* not written ‖ (of laws) not included in the statutes but based on long custom or strong general feeling ‖ not written on
**up** (ʌp) 1. *adv.* from a lower towards a higher location ‖ towards a greater degree of intensity, *warming up* ‖ towards a higher rank or social condition ‖ to a higher amount, value, degree etc., *the property has gone up since he bought it* ‖ from an earlier to a later period, *from youth up* ‖ from below the horizon ‖ (*Br.*) to the capital ‖ in the direction thought of as higher, *going up north* ‖ in or to a standing position ‖ out of bed ‖ in reserve, *to lay up stores* ‖ into view, consideration, action etc. ‖ into a state of excitement, *don't get worked up* ‖ (*baseball*) to a turn at bat, *who is coming up next?* ‖ so as to be even with in space, time, condition etc., *keeping up with the neighbors* ‖ (*naut*) towards the point from which the wind blows ‖ (*sports, games*) ahead of an opponent with respect to points, strokes etc. (*sports, games*) for each side, *the score is 2 up* ‖ (in combination with verbs) used as an intensive, *burn up, eat up, dry up* ‖ (used in combination with verbs without effecting a change in meaning), *to light up one's pipe* 2. *prep.* to, toward or at a higher point on or in, *climb up the stairs* ‖ to or towards a higher condition in or on, *up the social scale* ‖ at a point farther along, *she lives up the road* ‖ toward the source of (a river) up to as far as (a designated part or point), *up to her knees in mud* ‖ as much as, *the elevator will hold up to three people* ‖ until, *up to this time* 3. *adj.* directed toward a position that is higher or that is thought of as higher ‖ in a higher position or condition showing above the ground, *the corn is up* ‖ above the horizon, *the moon is up* ‖ advanced in amount, degree etc. ‖ in a standing position ‖ out of bed ‖ (e.g. of the wind) in an active or agitated state ‖ in an inner

or elevated part of a country or territory ‖ (*Br.*) resident at a university etc ‖ at an end. *our time is up* ‖ happening, being planned etc ‖ (*baseball*) at bat ‖ (*sports, games*) ahead of one's opponent it's all up with there is no hope for up against faced with, confronted with, *up against a difficult problem* up against it in difficulty up and doing actively busy up for before court for (trial) ‖ being considered for (an office etc ) up on (or in) informed about, *she is always well up on the latest fashions* up to doing. *what are they up to?* ‖ equal to (a task etc ) ‖ incumbent upon ‖ dependent on the decision or action of ‖ well aware of, *she's up to his tricks* 4. *n.* (in the phrase) on the up and up getting better and better or more and more successful ‖ straightforward, honest ups and downs periods of good and bad fortune 5. *v. pres. part* **up·ping** *past and past part* **upped** *v i.* (with 'and' and a verb) to take decisive action with regard to some specified matter, *she upped and slapped him on the cheek* ‖ *v t* (*Br.*) to collect together (swans) for their annual marking (cf. SWAN-UPPING) ‖ to increase, *to up taxes* ‖ to bet more than ‖ to move to a higher position, *to up sails* to up with to raise (the arm, a weapon etc ), esp. in a threatening way. *he upped with an ax* [O E *up, uppe*]
**up-** (ʌp) the combining form of UP [O.E.]
**up-an·chor** (ʌ́pæŋkər) *v i* (*naut*) to draw up the anchor before getting under way
**up-and-com·ing** (ʌ́pəŋkʌ́miŋ) *adj* able and energetic and on the way to being successful
**up-and-down** (ʌ́pənddáun) *adj* rising and falling alternately
**U·pan·i·shads** (u:pǽniʃædz, u:pǽniʃədz) the main body of the sacred writings of Hinduism. There are over 100 separate books, most of them consisting of a mixture of stories, dialogues, aphorisms and allegorizings of ideas from the Vedas. The books were written c. 600-c. 300 B C Their most characteristic doctrine is that of monism [Skr. =secret teachings]
**u·pas** (jú:pəs) *n* *Antiaris toxicaria*, fam *Moraceae*, a tall evergreen tree of S.E. Asia yielding a latex used in concocting an arrow poison ‖ this poison [fr. Malay *úpas*, poison (*póhun úpas*, poison tree)]
**up·beat** (ʌ́pbi:t) *n.* (*mus.*) the beat before the main accented note, or the conductor's gesture indicating this
**up·bow** (ʌ́pbou) *n* (in playing a bowed instrument) a stroke from the tip to the heel of the bow (cf. DOWN-BOW)
**up·braid** (ʌpbréid) *v t* to scold, reproach [O E *upbregdan*]
**up·bring·ing** (ʌ́pbriŋiŋ) *n* the process of training and education in childhood and youth
**up·cast** (ʌ́pkæst, ʌ́pkɑst) 1. *adj* directed or inclined upwards, *upcast eyes* 2. *n.* (*mining*) a shaft provided for the upward passage of air ‖ (*mining*) the material cast up in digging
**up·con·vert·er** (ʌ́pkɑnvə́:rtə:r) *n.* (*electr.*) 1. device that converts radiant energy to another form, e g., using a laser beam to produce a three-dimensional image 2. an amplifier that converts input frequency to a greater output frequency —**upconvert** *v t*
**up·coun·try** 1. (ʌ́pkʌ́ntri:) *adj* of. relating to or situated in the interior of a country or region 2. (ʌ́pkʌ́ntri) *n* the interior of a country or region 3. (ʌ́pkʌ́ntri:) *adv* in or toward the interior of a country or region
**up·date** (ʌpdéit) *pres. part* **up·dat·ing** *past and past part.* **up·dat·ed** *v t.* to bring (e.g. matter in a book) up to date by adding or correcting
**Up·dike** (ʌ́pdaik), John (1932- ), U.S. writer of short stories, notably 'Same Door' (1959), and of novels, notably 'Rabbit, Run' (1961), 'The Centaur' (1962). 'Couples' (1968), 'Bech: A Book' (1970), 'A Month of Sundays' (1975), 'Rabbit is Rich' (1981, Pulitzer Prize), 'Bech is Back' (1982) and 'The Witches of Eastwick' (1984)
**up·draft** (ʌ́pdræft, ʌ́pdrɑft) 1. *adj* (of a kiln) in which the heated air passes upward, to an outlet at the top 2. *n* an upward movement of air or other gas
**up·end** (ʌpénd) *v t* to set on end or as if on end ‖ *v i.* to rise on end
**up·field** (ʌpfí:ld) *n* (*football*) area toward the goal post —**upfield** *adj* —**upfield** *adv.*
**up·front** (ʌpfrʌ́nt) *adj* 1. paid in advance 2 straightforward and honest
**up·grade** 1. (ʌ́pgreid) *n.* a rising slope on the upgrade improving ‖ increasing 2. (ʌ́pgréid) *adv.* uphill 3. (ʌ́pgréid) *v t pres part* **up·grad-**