# NETFLIX, INC. vs. BLOCKBUSTER INC.

**CASE NO. C 06 2361 WHA (JCS)**

**BLOCKBUSTER INC.'S**

# EXHIBIT C (Part 1 of 2)

TO

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

*filed on November 15, 2006*

Dockets.Justia.com

AMERICA'S BEST-SELLING DICTIONARY

# Merriam-Webster's Collegiate® Dictionary

Eleventh Edition

®

The Words You Need Today

AN ENCYCLOPÆDIA BRITANNICA® COMPANY

# Merriam-Webster's Collegiate® Dictionary

ELEVENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
p. cm.
Includes index.
ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36 2003
423—dc21 2003003674
CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3456TT:QWV04



barter • basicity 101

cylindrical
:nts of a
fuel outlet
quadruped
ranting no
; position
out or pack
tion
) in barrels

actus

su. dancing
y rhythmic

: by the ac-
' valves that

a mounted
a cloverleaf

nlete revolu-

l—vault·ed

ierh. of Celt
oducing: as
s or matings
; to fruit 2
: DESOLATE
nproductive
LACKING —
:harm ⟨a ~
yn see BARE

; an inferior
nd
ip or bar for

d; -cad·ing
ricade ⟨~ a

dque barrel]
way or pas-
BSTACLE 3

of MF barri-
c
oar] (14c) 1
lock passage
ion or struc-
aphic ~s to
he placental
batants fight
ng immateri-
⟨trade ~s⟩
parallel to a
d winds and

ore and sepa-

CEPTING
; of the open
d, quarter, or
2 : a Spanish
e U.S. esp. in

oar + -ster (as
t the bar and
rior court —

hment whose

akin to OHG
N, MOUND —
ound of earth

barrow] (bef.

carry — more
ARROW 2 : a
pushing it

mark of bas-
irth

es drinks at a

business, ex-

change, alter. of OF *barater* — more at BARRATRY] *vi* (15c) : to trade by exchanging one commodity for another ~ *vt* : to trade or exchange by or as if by bartering — **bar·ter·er** \-tər-ər\ *n*

²**barter** *n* (15c) 1 : the act or practice of carrying on trade by bartering 2 : the thing given in exchange in bartering

**Bar·tho·lin's gland** \'bär-tə-lənz-, 'bär-tᵊl-ənz-\ *n* [Kaspar *Bartholin* †1738 Dan. physician] (1901) : either of two oval racemose glands lying one to each side of the lower part of the vagina and secreting a lubricating mucus — compare COWPER'S GLAND

**bar·ti·zan** \'bär-tə-zən, ˌbär-tə-'zan\ *n* [alter. of ME *bretasinge*, fr. *bretais* parapet — more at BRATTICE] (1801) : a small structure (as a turret) projecting from a building and serving esp. for lookout or defense

**Bart·lett** \'bärt-lət\ *n* [Enoch *Bartlett* †1860 Am. orchardist] (1847) : a pear that has yellowish-green or sometimes red skin and whitish flesh and is the principal commercially produced pear in the U.S.

**Ba·ruch** \bə-'rük, 'bär-ˌük, 'ber-\ *n* [LL, fr. Gk *Barouch*, fr. Heb *Bārūkh*] : a homiletic book included in the Roman Catholic canon of the Old Testament and in the Protestant Apocrypha — see BIBLE table

**bar·ware** \'bär-ˌwer\ *n* (1941) : glassware or utensils used in preparing and serving alcoholic beverages

**bary·on** \'ber-ē-ˌän, 'ba-rē-\ *n* [ISV *bary-* (fr. Gk *barys* heavy) + ²*-on* — more at GRIEVE] (1953) : any of a group of subatomic particles (as nucleons) that are subject to the strong force and are composed of three quarks — **bary·on·ic** \ˌber-ē-'ä-nik, ˌba-rē-\ *adj*

**ba·ry·tes** \bə-'rī-tēz\ *also* **bar·yte** \'ber-ˌīt\ *chiefly Brit var of* BARITE

**barytone** *var of* BARITONE

**BAS** *abbr* 1 bachelor of applied science 2 bachelor of arts and sciences

**bas·al** \'bā-səl, -zəl\ *adj* (1645) 1 a : relating to, situated at, or forming the base b : arising from the base of a stem ⟨~ leaves⟩ 2 a : of or relating to the foundation, base, or essence : FUNDAMENTAL b : of, relating to, or being essential for maintaining the fundamental vital activities of an organism : MINIMAL ⟨a ~ diet⟩ c : used for teaching beginners ⟨~ readers⟩ — **ba·sal·ly** *adv*

**basal body** *n* (1902) : a minute distinctively staining cell organelle found at the base of a flagellum or cilium and identical to a centriole in structure — called also *basal granule, kinetosome*

**basal cell** *n* (ca. 1903) : one of the innermost cells of the deeper epidermis of the skin

**basal ganglion** *n* (ca. 1889) : any of four deeply placed masses of gray matter (as the amygdala) in each cerebral hemisphere — called also *basal nucleus*

**basal metabolic rate** *n* (1922) : the rate at which heat is given off by an organism at complete rest

**basal metabolism** *n* (1913) : the turnover of energy in a fasting and resting organism using energy solely to maintain vital cellular activity, respiration, and circulation as measured by the basal metabolic rate

**ba·salt** \bə-'sȯlt, 'bā-ˌ\ *n* [L *basaltes*, MS var. of *basanites* touchstone, fr. Gk *basanitēs* (*lithos*), fr. *basanos* touchstone, fr. Egypt *bḫnw*] (1601) : a dark gray to black dense to fine-grained igneous rock that consists of basic plagioclase, augite, and usu. magnetite — **ba·sal·tic** \bə-'sȯl-tik\ *adj*

**bas·cule** \'bas-(ˌ)kyül\ *n* [F, seesaw] (1678) : an apparatus or structure (as a drawbridge) in which one end is counterbalanced by the other on the principle of the seesaw or by weights

¹**base** \'bās\ *n, pl* **bas·es** \'bā-səz\ [ME, fr. AF, fr. L *basis*, fr. Gk, step, base, fr. *bainein* to go — more at COME] (13c) 1 a (1) : the lower part of a wall, pier, or column considered as a separate architectural feature (2) : the lower part of a complete architectural design b : the bottom of something considered as its support : FOUNDATION c (1) : a side or face of a geometrical figure from which an altitude can be constructed; *esp* : one on which the figure stands (2) : the length of a base d : that part of a bodily organ by which it is attached to another more central structure of the organism 2 a : a main ingredient ⟨paint having a latex ~⟩ b : a supporting or carrying ingredient (as of a medicine) 3 a : the fundamental part of something : GROUNDWORK, BASIS b : the economic factors on which in Marxist theory all legal, social, and political relations are formed 4 : the lower part of a heraldic field 5 a : the starting point or line for an action or undertaking b : a baseline in surveying c : a center or area of operations: as (1) : the place from which a military force draws supplies (2) : a place where military operations begin (3) : a permanent military installation d (1) : a number (as 5 in $5^{6.44}$ or $5^7$) that is raised to a power; *esp* : the number that when raised to a power equal to the logarithm of a number yields the number itself ⟨the logarithm of 100 to the ~ 10 is 2 since $10^2 = 100$⟩ (2) : a number equal to the number of units in a given digit's place that for a given system of writing numbers is required to give the numeral 1 in the next higher place ⟨the decimal system uses a ~ of 10⟩; *also* : such a system of writing numbers using an indicated base ⟨convert from ~ 10 to ~ 2⟩ (3) : a number that is multiplied by a rate or of which a percentage or fraction is calculated ⟨to find the interest on $90 at 10 percent multiply the ~ 90 by .10⟩ e : ROOT 6 6 a : the starting place or goal in various games b : any one of the four stations at the corners of a baseball infield c : a point to be considered ⟨his opening remarks touched every ~⟩ 7 a : any of various typically water-soluble and bitter tasting compounds that in solution have a pH greater than 7, are capable of reacting with an acid to form a salt, and are molecules or ions able to take up a proton from an acid or able to give up an unshared pair of electrons to an acid b : any of the five purine or pyrimidine bases of DNA and RNA that include cytosine, guanine, adenine, thymine, and uracil 8 : a price level at which a security previously declining in price resists further decline 9 : the part of a transformational grammar that consists of rules and a lexicon and generates the deep structures of a language — **based** \'bāst\ *adj* — **base·less** \'bā-sləs\ *adj* — **off base** 1 : WRONG, MISTAKEN ⟨estimates were way *off base*⟩ 2 : UNAWARES ⟨caught *off base* by the charges⟩

²**base** *vt* **based; bas·ing** (1587) 1 : to make, form, or serve as a base for 2 : to find a base or basis for — usu. used with *on* or *upon*

³**base** *adj* [ME *bas*, fr. AF, fr. LL *bassus* fat, short, low] (14c) 1 *archaic* : of little height 2 *obs* : low in place or position 3 *obs* : BASS 4 *archaic* : BASEBORN 5 a : resembling a villein : SERVILE ⟨a ~ tenant⟩ b : held by villenage ⟨~ tenure⟩ 6 a : being of comparatively low value and having relatively inferior properties (as lack of resistance to corrosion) ⟨a ~ metal such as iron⟩ — compare NOBLE b : containing a larger than usual proportion of base metals ⟨~ silver denarii⟩ 7 a : lacking or indicating the lack of higher qualities of mind or spirit : IGNOBLE b : lacking higher values : DEGRADING ⟨a drab ~ way of life⟩ — **base·ly** *adv* — **base·ness** *n*

*syn* BASE, LOW, VILE mean deserving of contempt because of the absence of higher values. BASE stresses the ignoble and may suggest cruelty, treachery, greed, or grossness ⟨*base* motives⟩. LOW may connote crafty cunning, vulgarity, or immorality and regularly implies an outraging of one's sense of decency or propriety ⟨refused to listen to such *low* talk⟩. VILE, the strongest of these words, tends to suggest disgusting depravity or filth ⟨a *vile* remark⟩.

**base angle** *n* (ca. 1949) : either of the angles of a triangle that have one side in common with the base

**base·ball** \'bās-ˌbȯl\ *n, often attrib* (ca. 1815) : a game played with a bat and ball between two teams of nine players each on a large field having four bases that mark the course a runner must take to score; *also* : the ball used in this game

**baseball cap** *n* (1944) : a cap of the kind worn by baseball players that has a rounded crown and a long visor

**base·board** \-ˌbȯrd\ *n* (1847) : a board situated at or forming the base of something; *specif* : a molding covering the joint of a wall and the adjoining floor

**base·born** \-'bȯrn\ *adj* (1591) 1 : MEAN, IGNOBLE 2 a : of humble birth b : of illegitimate birth

**base exchange** *n* (ca. 1956) : a post exchange at a naval or air force base

**base hit** *n* (1874) : a hit in baseball that enables the batter to reach base safely without benefit of an error or fielder's choice

**BASE jumping** \'bās-\ *n* [*b*uilding, *a*ntenna, *s*pan, *e*arth] (1982) : the activity or sport of parachuting from a high structure (as a building, tower, or bridge) or cliff — **BASE jumper** *n*

**base·line** \'bās-ˌlīn\ *n, often attrib* (1610) 1 : a line serving as a basis; *esp* : one of known measure or position used (as in surveying or navigation) to calculate or locate something 2 a : either of the lines on a baseball field that lead from home plate to first base and third base and are extended into the outfield as foul lines b : BASE PATH 3 : a boundary line at either end of a court (as in tennis or basketball) 4 : a usu. initial set of critical observations or data used for comparison or a control 5 : a starting point ⟨the ~ of this discussion⟩

**base·lin·er** \'bās-ˌlī-nər\ *n* (ca. 1929) : a tennis player who stays on or near the baseline and seldom moves to the net

**base·ment** \'bās-mənt\ *n* [prob. fr. ¹*base*] (1613) 1 : the part of a building that is wholly or partly below ground level 2 : the ground floor facade or interior in Renaissance architecture 3 : the lowest or fundamental part of something; *specif* : the rocks underlying stratified rocks 4 *chiefly NewEng* : a toilet or washroom esp. in a school — **base·ment·less** \-ləs\ *adj*

**basement membrane** *n* (1847) : a thin membranous layer of connective tissue that separates a layer of epithelial cells from the underlying lamina propria

**ba·sen·ji** \bə-'sen-jē, -'zen-\ *n* [prob. modif. of Lingala *mbwa na basenji*, lit., dogs of the bushland people] (1937) : any of a breed of small curly-tailed dogs of African origin that do not bark

**base on balls** (1884) : an advance to first base awarded a baseball player who during a turn at bat takes four pitches that are balls

**base–pair** *vi* (1973) : to participate in formation of a base pair ⟨adenine ~s with thymine⟩

**base pair** *n* (1956) : one of the pairs of nucleotide bases on complementary strands of nucleic acid that consist of a purine on one strand joined to a pyrimidine on the other strand by hydrogen bonds holding together the two strands much like the rungs of a ladder and that include adenine linked to thymine in DNA or to uracil in RNA and guanine linked to cytosine in both DNA and RNA

**base path** *n* (1935) : the area between the bases of a baseball field used by a base runner

**base pay** *n* (1920) : a rate or amount of pay for a standard work period, job, or position exclusive of additional payments or allowances

**base·plate** \'bās-ˌplāt\ *n* (1876) : a plate that serves as a base or support

**base runner** *n* (1867) : a baseball player of the team at bat who is on base or is attempting to reach a base — **base·run·ning** *n*

**bases** *pl of* BASE *or of* BASIS

¹**bash** \'bash\ *vb* [origin unknown] *vt* (1750) 1 : to strike violently : HIT; *also* : to injure or damage by striking : SMASH — often used with *in* 2 : to attack physically or verbally ⟨media ~*ing*⟩ ⟨celebrity ~*ing*⟩ ~ *vi* : CRASH — **bash·er** *n*

²**bash** *n* (1805) 1 : a forceful blow 2 : a festive social gathering : PARTY 3 *chiefly Brit* : TRY, ATTEMPT ⟨have a ~ at it⟩

**bashaw** *var of* PASHA

**bash·ful** \'bash-fəl\ *adj* [obs. *bash* (to be abashed)] (1548) 1 : socially shy or timid : DIFFIDENT, SELF-CONSCIOUS 2 : resulting from or typical of a bashful nature ⟨a ~ smile⟩ *syn* see SHY — **bash·ful·ly** \-fə-lē\ *adv* — **bash·ful·ness** \-fəl-nəs\ *n*

¹**ba·sic** \'bā-sik *also* -zik\ *adj* (1842) 1 a : of, relating to, or forming the base or essence : FUNDAMENTAL ⟨~ truths⟩ b : concerned with fundamental scientific principles : not applied ⟨~ research⟩ 2 : constituting or serving as the basis or starting point ⟨a ~ set of tools⟩ 3 a : of, relating to, containing, or having the character of a chemical base b : having an alkaline reaction 4 : containing relatively little silica ⟨~ rocks⟩ 5 : relating to, made by, used in, or being a process of making steel done in a furnace lined with basic material and under basic slag — **ba·sic·i·ty** \bā-'si-sə-tē\ *n*

²**basic** *n* (1926) 1 : something that is basic : FUNDAMENTAL ⟨get back to ~s⟩ 2 : BASIC TRAINING

**BA·SIC** \'bā-sik\ *n* [*B*eginner's *A*ll-purpose *S*ymbolic *I*nstruction *C*ode] (1964) : a simplified high-level language for programming a computer

**ba·si·cal·ly** \'bā-si-k(ə-)lē *also* -zi-\ *adv* (1903) 1 a : at a basic level : in

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \ḵ, ⁿ, œ, ue, ʸ\ *see* Guide to Pronunciation

quantity, or volume as if by squeezing ⟨~ a computer file⟩ ~ *vi* : to undergo compression *syn* see CONTRACT

²**com·press** \ˈkäm-ˌpres\ *n* [MF *compresse*, fr. *compresser* to compress, fr. LL *compressare*] (1599) **1** : a folded cloth or pad applied so as to press upon a body part **2** : a machine for compressing

**com·pressed** \kəm-ˈprest *also* ˈkäm-ˌ\ *adj* (14c) **1** : pressed together : reduced in size or volume (as by pressure) **2** : flattened as though subjected to compression: **a** : flattened laterally ⟨petioles ~⟩ **b** : narrow from side to side and deep in a dorsoventral direction — **com·pressed·ly** \kəm-ˈprest-lē, -ˈpre-səd-lē\ *adv*

**compressed air** *n* (1669) : air under pressure greater than that of the atmosphere

**com·press·ible** \kəm-ˈpre-sə-bəl\ *adj* (ca. 1691) : capable of being compressed — **com·press·ibil·i·ty** \-ˌpre-sə-ˈbi-lə-tē\ *n*

**com·pres·sion** \kəm-ˈpre-shən\ *n* (15c) **1 a** : the act, process, or result of compressing **b** : the state of being compressed **2** : the process of compressing the fuel mixture in a cylinder of an internal combustion engine (as in an automobile) **3** : the compressed remains of a fossil plant **4** : conversion (as of data, a data file, or a communications signal) in order to reduce the space occupied or bandwidth required — **com·pres·sion·al** \-ˈpresh-nəl, -ˈpre-shə-nᵊl\ *adj*

**compressional wave** *n* (1875) : a longitudinal wave (as a sound wave) propagated by the elastic compression of the medium — called also *compression wave*

**com·pres·sive** \kəm-ˈpre-siv\ *adj* (1572) **1** : of or relating to compression **2** : tending to compress — **com·pres·sive·ly** *adv*

**com·pres·sor** \-ˈpre-sər\ *n* (1839) : one that compresses: as **a** : a muscle that compresses a part **b** : a machine that compresses gases

**com·prise** \kəm-ˈprīz\ *vt* **com·prised; com·pris·ing** [ME, fr. AF *compris*, pp. of *comprendre*, fr. L *comprehendere*] (15c) **1** : to include esp. within a particular scope ⟨civilization as Lenin used the term would then certainly have *comprised* the changes that are now associated in our minds with "developed" rather than "developing" states —*Times Lit. Supp.*⟩ **2** : to be made up of ⟨a vast installation, *comprising* fifty buildings —Jane Jacobs⟩ **3** : COMPOSE, CONSTITUTE ⟨a misconception as to what ~*s* a literary generation —William Styron⟩ ⟨about 8 percent of our military forces are *comprised* of women —Jimmy Carter⟩

*usage* Although it has been in use since the late 18th century, sense 3 is still attacked as wrong. Why it has been singled out is not clear, but until comparatively recent times it was found chiefly in scientific or technical writing rather than belles lettres. Our current evidence shows a slight shift in usage: sense 3 is somewhat more frequent in recent literary use than the earlier senses. You should be aware, however, that if you use sense 3 you may be subject to criticism for doing so, and you may want to choose a safer synonym such as *compose* or *make up*.

¹**com·pro·mise** \ˈkäm-prə-ˌmīz\ *n* [ME, mutual promise to abide by an arbiter's decision, fr. AF *compromisse*, fr. L *compromissum*, fr. neut. of *compromissus*, pp. of *compromittere* to promise mutually, fr. *com-* + *promittere* to promise — more at PROMISE] (15c) **1 a** : settlement of differences by arbitration or by consent reached by mutual concessions **b** : something intermediate between or blending qualities of two different things **2** : a concession to something derogatory or prejudicial ⟨a ~ of principles⟩

²**compromise** *vb* **-mised; -mis·ing** *vt* (1598) **1** *obs* : to bind by mutual agreement **2** : to adjust or settle by mutual concessions **3 a** : to expose to suspicion, discredit, or mischief ⟨his reputation has been *compromised*⟩ **b** : to reveal or expose to an unauthorized person and esp. to an enemy ⟨confidential information was *compromised*⟩ **c** : to cause the impairment of ⟨a *compromised* immune system⟩ ⟨a seriously *compromised* patient⟩ ~ *vi* **1 a** : to come to agreement by mutual concession **b** : to find or follow a way between extremes **2** : to make a shameful or disreputable concession ⟨wouldn't ~ with their principles⟩ — **com·pro·mis·er** *n*

**compt** \ˈkaunt, ˈkäm(p)t\ *archaic var of* COUNT

**comp·trol·ler** \kən-ˈtrō-lər, ˈkäm(p)-ˌ, käm(p)-ˈ\ *n* [ME, alter. of *countreroller* controller] (15c) **1** : a royal-household official who examines and supervises expenditures **2** : a public official who audits government accounts and sometimes certifies expenditures **3** : CONTROLLER 1c — **comp·trol·ler·ship** \-ˌship\ *n*

**com·pul·sion** \kəm-ˈpəl-shən\ *n* [ME, fr. AF or LL; AF, fr. LL *compulsion-*, *compulsio*, fr. L *compellere* to compel] (15c) **1 a** : an act of compelling : the state of being compelled **b** : a force that compels **2** : an irresistible persistent impulse to perform an act (as excessive hand washing); *also* : the act itself

**com·pul·sive** \-ˈpəl-siv\ *adj* (1588) **1** : having power to compel **2** : of, relating to, caused by, or suggestive of psychological compulsion or obsession ⟨~ actions⟩ ⟨a ~ gambler⟩ — **com·pul·sive·ly** *adv* — **com·pul·sive·ness** *n* — **com·pul·siv·i·ty** \kəm-ˌpəl-ˈsi-və-tē, ˌkäm-\ *n*

**com·pul·so·ry** \kəm-ˈpəls-rē, -ˈpəl-sə-\ *adj* (1581) **1** : MANDATORY, ENFORCED ⟨~ retirement⟩ **2** : COERCIVE, COMPELLING ⟨~ measures⟩ — **com·pul·so·ri·ly** \-rə-lē\ *adv*

**com·punc·tion** \kəm-ˈpəŋ(k)-shən\ *n* [ME *compunccioun*, fr. AF *compunction*, fr. LL *compunction-*, *compunctio*, fr. L *compungere* to prick hard, sting, fr. *com-* + *pungere* to prick — more at PUNGENT] (14c) **1 a** : anxiety arising from awareness of guilt ⟨~*s* of conscience⟩ **b** : distress of mind over an anticipated action or result ⟨showed no ~ in planning devilish engines of . . . destruction —Havelock Ellis⟩ **2** : a twinge of misgiving : SCRUPLE ⟨cheated without ~⟩ *syn* see PENITENCE, QUALM — **com·punc·tious** \-shəs\ *adj*

**com·pur·ga·tion** \ˌkäm-(ˌ)pər-ˈgā-shən\ *n* [LL *compurgation-*, *compurgatio*, fr. L *compurgare* to clear completely, fr. *com-* + *purgare* to purge] (ca. 1658) : the clearing of an accused person by oaths of others who swear to the veracity or innocence of the accused

**com·pur·ga·tor** \ˈkäm-(ˌ)pər-ˌgā-tər\ *n* (1533) : one who under oath vouches for the character or conduct of an accused person

**com·put·able** \kəm-ˈpyü-tə-bəl\ *adj* (1646) : capable of being computed — **com·put·abil·i·ty** \-ˌpyü-tə-ˈbi-lə-tē\ *n*

**com·pu·ta·tion** \ˌkäm-pyu-ˈtā-shən, -pyü-\ *n* (15c) **1 a** : the act or action of computing : CALCULATION **b** : the use or operation of a computer **2** : a system of reckoning **3** : an amount computed — **com·pu·ta·tion·al** \-shnəl, -shə-nᵊl\ *adj* — **com·pu·ta·tion·al·ly** *adv*

**com·pute** \kəm-ˈpyüt\ *vb* **com·put·ed; com·put·ing** [L *computare* — more at COUNT] *vt* (1616) : to determine esp. by mathematical means ⟨~ your income tax⟩; *also* : to determine or calculate by means of a computer ~ *vi* **1** : to make calculation : RECKON **2** : to use a computer

**computed tomography** *n* (1974) : radiography in which a three-dimensional image of a body structure is constructed by computer from a series of plane cross-sectional images made along an axis — called also *computed axial tomography*, *computerized axial tomography*, *computerized tomography*

**com·put·er** \kəm-ˈpyü-tər\ *n, often attrib* (1646) : one that computes; *specif* : a programmable usu. electronic device that can store, retrieve, and process data — **com·put·er·dom** \-dəm\ *n* — **com·put·er·less** \-ləs\ *adj* — **com·put·er·like** \-ˌlīk\ *adj*

**com·put·er·ese** \-ˌpyü-tə-ˈrēz, -ˈrēs\ *n* (ca. 1960) : jargon used by computer technologists

**com·put·er·ise** *chiefly Brit var of* COMPUTERIZE

**com·put·er·ist** \kəm-ˈpyü-tə-rist\ *n* (1973) : a person who uses or operates a computer

**com·put·er·ize** \kəm-ˈpyü-tə-ˌrīz, -tər-ˌīz\ *vt* **-ized; -iz·ing** (1957) **1** : to carry out, control, or produce by means of a computer ⟨*computerized* music⟩ **2** : to equip with computers ⟨~ public schools⟩ **3 a** : to store in a computer ⟨~ data⟩ **b** : to put in a form that a computer can use ⟨~ paperwork⟩ — **com·put·er·iz·able** \-ˌpyü-tə-ˈrī-zə-bəl\ *adj* — **com·put·er·i·za·tion** \-ˌpyü-tə-rə-ˈzā-shən\ *n*

**com·put·er·nik** \kəm-ˈpyü-tər-ˌnik\ *n* (1968) : a computer enthusiast or expert

**com·put·er·phobe** \-ˌfōb\ *n* (1976) : a person who experiences anxiety about computers and esp. about their use — **com·put·er·pho·bia** \-ˌpyü-tər-ˈfō-bē-ə\ *n* — **com·put·er·pho·bic** \-ˈfō-bik\ *adj*

**comr** *abbr* commissioner

**com·rade** \ˈkäm-ˌrad, -rəd, *esp Brit* -ˌrād\ *n* [MF *camarade* group sleeping in one room, roommate, companion, fr. OSp *camarada*, fr. *cámara* room, fr. LL *camera*, *camara* — more at CHAMBER] (1544) **1 a** : an intimate friend or associate : COMPANION **b** : a fellow soldier **2** [fr. its use as a form of address by communists] : COMMUNIST — **com·rade·li·ness** \-lē-nəs\ *n* — **com·rade·ly** *adj* — **com·rade·ship** \-ˌship\ *n*

**com·rad·ery** \ˈkäm-ˌra-d(ə-)rē, -rə-drē, -ˌrā-d(ə-)rē\ *n* (1879) : CAMARADERIE

**Comsat** \ˈkäm-ˌsat\ *service mark* — used for communications services involving an artificial satellite

**Com·stock·ery** \ˈkäm-ˌstä-kə-rē *also* ˈkəm-\ *n* [Anthony *Comstock* + E *-ery*] (1905) **1** : strict censorship of materials considered obscene **2** : censorious opposition to alleged immorality (as in literature)

**Com·stock·ian** \käm-ˈstä-kē-ən *also* ˌkəm-\ *adj* (1921) : of or relating to Comstockery

**com·symp** \ˈkäm-ˌsimp\ *n* [*com*munist + *symp*athizer] (ca. 1961) *usu disparaging* : a person sympathetic to Communist causes

**Comt·ian** *or* **Comt·ean** \ˈkäm(p)-tē-ən, ˈkōⁿ(n)-tē-\ *adj* (1846) : of or relating to Auguste Comte or his doctrines — **Comt·ism** \ˈkäm(p)-ˌtizəm, ˈkōⁿ(n)-\ *n* — **Comt·ist** \ˈkäm(p)-tist, ˈkōⁿ(n)-\ *adj or n*

¹**con** \ˈkän\ *vt* **conned; con·ning** [ME *connen* to know, learn, study, alter. of *cunnen* to know, infin. of *can* — more at CAN] (13c) **1** : to commit to memory **2** : to study or examine closely

²**con** *var of* CONN

³**con** *adv* [ME, short for *contra*] (15c) : on the negative side : in opposition ⟨so much has been written pro and ~⟩

⁴**con** *n* (1589) **1** : an argument or evidence in opposition **2** : the negative position or one holding it ⟨an appraisal of the pros and ~*s*⟩

⁵**con** *adj* [by shortening] (1889) : CONFIDENCE ⟨a ~ artist⟩ ⟨a ~ game⟩

⁶**con** *vt* **conned; con·ning** (1896) **1** : SWINDLE ⟨accused of *conning* retirees out of their savings⟩ **2** : MANIPULATE 2b **3** : PERSUADE, CAJOLE

⁷**con** *n* (1901) : something (as a ruse) used deceptively to gain another's confidence; *also* : a confidence game : SWINDLE

⁸**con** *n* [by shortening] (1893) : CONVICT

⁹**con** *n* [short for *consumption*] (1915) *slang* : a destructive disease of the lungs; *esp* : TUBERCULOSIS

¹⁰**con** *abbr* **1** [L *conjunx*] consort **2** consolidated **3** consul **4** continued

**con-** — see COM-

**con·al·bu·min** \ˌkän-al-ˈbyü-mən\ *n* [*com-* + *albumin*] (1900) : a protein of the white of egg that binds with metal ions (as of iron and copper)

**con amo·re** \ˌkän-ə-ˈmȯr-ē, ˌkōn-ə-ˈmȯr-(ˌ)ā\ *adv* [It] (1739) **1** : with love, devotion, or zest **2** : in a tender manner — used as a direction in music

**con ani·ma** \kän-ˈa-nə-ˌmä, kōn-ˈä-ni-\ *adv* [It, lit., with spirit] (ca. 1906) : in a spirited manner — used as a direction in music

**co·na·tion** \kō-ˈnā-shən\ *n* [L *conation-*, *conatio* act of attempting, fr. *conari* to attempt — more at DEACON] (ca. 1837) : an inclination (as an instinct, a drive, a wish, or a craving) to act purposefully : IMPULSE 3 — **co·na·tive** \ˈkō-nə-tiv, ˈkä-, ˈkō-ˌnā-\ *adj*

**con brio** \kän-ˈbrē-(ˌ)ō, kōn-\ *adv* [It, lit., with vigor] (1798) : in a vigorous or brisk manner — often used as a direction in music

**conc** *abbr* **1** concentrate; concentrated; concentration **2** concrete

**con·ca·nav·a·lin** \ˌkän-kə-ˈna-və-lən\ *n* [*com-* + *canavalin*, a noncrystalline globulin found in the jack bean, fr. NL *Canavalia*, genus name of the jack bean] (1917) : a protein that occurs in the jack bean and is a mitogen and hemagglutinin

¹**con·cat·e·nate** \kän-ˈka-tə-nət, kən-\ *adj* [ME, fr. LL *concatenatus*, pp. of *concatenare* to link together, fr. L *com-* + *catena* chain] (15c) : linked together

²**concatenate** \-ˌnāt\ *vt* **-nat·ed; -nat·ing** (1598) : to link together in a series or chain — **con·cat·e·na·tion** \(ˌ)kän-ˌka-tə-ˈnā-shən, kən-\ *n*

¹**con·cave** \kän-ˈkāv, ˈkän-ˌ\ *adj* [ME, fr. L *concavus*, fr. *com-* + *cavus* hollow — more at CAVE] (15c) **1** : hollowed or rounded inward like the inside of a bowl **2** : arched in : curving in — used of the side of a curve or surface on which neighboring normals to the curve or surface converge and on which lies the chord joining two neighboring points of the curve or surface

²**con·cave** \ˈkän-ˌkāv\ *n* (1552) : a concave line or surface

**crim con** *abbr* criminal conversation

**crime** \'krīm\ *n* [ME, fr. AF, fr. L *crimen* accusation, reproach, crime; prob. akin to L *cernere* to sift, determine] (14c) **1 :** an act or the commission of an act that is forbidden or the omission of a duty that is commanded by a public law and that makes the offender liable to punishment by that law; *esp* **:** a gross violation of law **2 :** a grave offense esp. against morality **3 :** criminal activity ⟨efforts to fight ~⟩ **4 :** something reprehensible, foolish, or disgraceful ⟨it's a ~ to waste good food⟩ *syn* see OFFENSE — **crime·less** \-ləs\ *adj*

**crime against humanity** (1945) **:** atrocity (as extermination or enslavement) that is directed esp. against an entire population or part of a population on specious grounds and without regard to individual guilt or responsibility even on such grounds

**crime against nature** (1828) **:** SODOMY

**¹crim·i·nal** \'kri-mə-nᵊl, 'krim-nəl\ *adj* [ME, fr. AF or LL; AF *criminal*, fr. LL *criminalis*, fr. L *crimin-, crimen* crime] (15c) **1 :** relating to, involving, or being a crime ⟨~ neglect⟩ **2 :** relating to crime or to the prosecution of suspects in a crime ⟨~ statistics⟩ ⟨brought ~ action⟩ **3 :** guilty of crime; *also* **:** of or befitting a criminal ⟨a ~ mind⟩ **4 :** DISGRACEFUL — **crim·i·nal·ly** *adv*

**²criminal** *n* (ca. 1626) **1 :** one who has committed a crime **2 :** a person who has been convicted of a crime

**criminal conversation** *n* (1732) **:** adultery considered as a tort

**criminal court** *n* (1678) **:** a court that has jurisdiction to try and punish offenders against criminal law

**crim·i·nal·ist** \'kri-mə-nᵊl-ist\ *n* (1951) **:** a specialist in criminalistics

**crim·i·nal·is·tics** \ˌkri-mə-nᵊl-'is-tiks, ˌkrim-nə-'lis-\ *n pl but sing in constr* (1943) **:** application of scientific techniques in collecting and analyzing physical evidence in criminal cases

**crim·i·nal·i·ty** \ˌkri-mə-'na-lə-tē\ *n* (1611) **1 :** the quality or state of being criminal **2 :** criminal activity ⟨urban ~⟩

**crim·i·nal·ize** \'kri-mə-nᵊl-ˌīz, 'krim-nə-ˌlīz\ *vt* **-ized; -iz·ing** (ca. 1956) **:** to make illegal **:** OUTLAW; *also* **:** to turn into a criminal or treat as criminal — **crim·i·nal·i·za·tion** \ˌkri-mə-nᵊl-ə-'zā-shən, ˌkrim-nə-lə-'zā-\ *n*

**criminal law** *n* (1769) **:** the law of crimes and their punishments

**criminal lawyer** *n* (1869) **:** a lawyer who specializes in criminal law; *esp* **:** a lawyer who represents defendants in criminal cases

**crim·i·nate** \'kri-mə-ˌnāt\ *vt* **-nat·ed; -nat·ing** [L *criminatus*, pp of *criminari*, fr. *crimin-, crimen* accusation] (1645) **:** INCRIMINATE — **crim·i·na·tion** \ˌkri-mə-'nā-shən\ *n*

**crimini** *var of* CREMINI

**crim·i·nol·o·gy** \ˌkri-mə-'nä-lə-jē\ *n* [It *criminologia*, fr. L *crimin-, crimen* + It *-o-* + *-logia* -logy] (1882) **:** the scientific study of crime as a social phenomenon, of criminals, and of penal treatment — **crim·i·no·log·i·cal** \-mə-nᵊl-'ä-ji-kəl\ *adj* — **crim·i·no·log·i·cal·ly** \-k(ə-)lē\ *adv* — **crim·i·nol·o·gist** \ˌkri-mə-'nä-lə-jist\ *n*

**crim·i·nous** \'kri-mə-nəs\ *adj* (15c) **:** CRIMINAL

**crim·i·ny** \'kri-mə-nē, 'krī-\ *interj* [perh. alter. of *jiminy, gemini*, mild oath, prob. euphemism for LL *Jesu domine* Jesus Lord!] (1681) — used as a mild oath or to express surprise

**¹crimp** \'krimp\ *vt* [D or LG *krimpen* to shrivel; akin to MD *crampe* hook, cramp] (1712) **1 :** to cause to become wavy, bent, or pinched: as **a :** to form (leather) into a desired shape **b :** to give (synthetic fibers) a curl or wave like that of natural fibers **c :** to pinch or press together (as the margins of a pie crust) in order to seal **2 :** to be an inhibiting or restraining influence on **:** CRAMP ⟨sales had been ~*ed* by credit controls —*Time*⟩ — **crimp·er** \'krim-pər\ *n*

**²crimp** *n* (1863) **1 :** something produced by or as if by crimping: as **a :** a section of hair artificially waved or curled **b :** a succession of waves (as in wool fiber) **c :** a bend or crease formed in something **2 :** something that cramps or inhibits **:** RESTRAINT, CURB

**³crimp** *n* [perh. fr. ¹*crimp*] (1758) **:** a person who entraps or forces men into shipping as sailors or into enlisting in an army or navy

**⁴crimp** *vt* (1812) **:** to trap into military or sea service **:** IMPRESS

**crimpy** \'krim-pē\ *adj* **crimp·i·er; -est** (1888) **:** FRIZZY

**¹crim·son** \'krim-zən\ *n* [ME *crimisin*, fr. OSp *cremesin*, fr. Ar *qirmizī*, fr. *qirmiz* kermes] (15c) **:** any of several deep purplish reds

**²crimson** *adj* (15c) **:** of the color crimson

**³crimson** *vt* (1601) **:** to make crimson ~ *vi* **:** to become crimson; *esp* **:** BLUSH

**crimson clover** *n* (1839) **:** an annual European clover (*Trifolium incarnatum*) that has cylindrical heads of crimson flowers and is cultivated in the U.S. esp. as a cover crop

**¹cringe** \'krinj\ *vi* **cringed; cring·ing** [ME *crengen*; akin to OE *cringan* to yield, MHG *krank* weak] (13c) **1 :** to draw in or contract one's muscles involuntarily (as from cold or pain) **2 :** to shrink in fear or servility **3 :** to behave in an excessively humble or servile way **4 :** to recoil in distaste ⟨Americans *cringed* ... at the use of a term now regarded as a slur —William Safire⟩ *syn* see FAWN — **cring·er** *n*

**²cringe** *n* (1597) **:** a cringing act; *specif* **:** a servile bow

**crin·gle** \'kriŋ-gəl\ *n* [LG *kringel*, dim. of *kring* ring] (1627) **:** a loop or grommet at the corner of a sail to which a line is attached

**¹crin·kle** \'kriŋ-kəl\ *vb* **crin·kled; crin·kling** \-k(ə-)liŋ\ [ME *crynkelen*; akin to OE *cringan* to yield] *vi* (14c) **1 a :** to form many short bends or ripples **b :** WRINKLE **2 :** to give forth a thin crackling sound **:** RUSTLE ⟨*crinkling* silks⟩ ~ *vt* **:** to cause to crinkle **:** make crinkles in

**²crinkle** *n* (1596) **1 :** WRINKLE, CORRUGATION, PUCKER **2 :** any of several virus diseases of plants marked by crinkling of leaves — **crinkly** \-k(ə-)lē\ *adj*

**cri·noid** \'krī-ˌnȯid\ *n* [ultim. fr. Gk *krinon* lily] (1847) **:** any of a large class (Crinoidea) of echinoderms usu. having a somewhat cup-shaped body with five or more feathery arms — compare FEATHER STAR, SEA LILY — **crinoid** *adj*

crinoid

**crin·o·line** \'kri-nə-lən\ *n* [F, fr. It *crinolino*, fr. *crino* horsehair (fr. L *crinis* hair) + *lino* flax, linen, fr. L *linum* — more at CREST] (1830) **1 :** an open-weave fabric of horsehair or cotton that is usu. stiffened and used esp. for interlinings and millinery **2 :** a full stiff skirt or underskirt made of crinoline; *also* **:** HOOPSKIRT — **crinoline** *or* **crin·o·lined** \-lənd\ *adj*

**cri·o·llo** \krē-'ōl-(ˌ)yō, -'ō-(ˌ)yō\ *n, pl* **-llos** [Sp — more at CREOLE] (1604) **1 a :** a person of pure Spanish descent born in Spanish America **b :** a person born and usu. raised in a Spanish-American country **2 :** a domestic animal of a breed or strain (as of cattle) developed in Latin America; *esp, often cap* **:** any of a breed of hardy muscular ponies orig. developed in Argentina — **criollo** *adj*

**cripes** \'krīps\ *interj* [euphemism for *Christ*] (1910) — used as a mild oath

**¹crip·ple** \'kri-pəl\ *n* [ME *cripel*, fr. OE *crypel*; akin to OE *crēopan* to creep — more at CREEP] (bef. 12c) **1 a** *sometimes offensive* **:** a lame or partly disabled person or animal **b :** one that is disabled or deficient in a specified manner ⟨a social ~⟩ **2 :** something flawed or imperfect

**²cripple** *adj* (13c) **:** being lame, flawed, or imperfect

**³cripple** *vt* **crip·pled; crip·pling** \-p(ə-)liŋ\ (14c) **1 :** to deprive of the use of a limb and esp. a leg ⟨the accident left him *crippled*⟩ **2 :** to deprive of capability for service or of strength, efficiency, or wholeness ⟨an economy *crippled* by inflation⟩ *syn* see MAIM, WEAKEN — **crip·pler** \-p(ə-)lər\ *n* — **crip·pling·ly** \-p(ə-)liŋ-lē\ *adv*

**cri·sis** \'krī-səs\ *n, pl* **cri·ses** \'krī-ˌsēz\ [ME, fr. L, fr. Gk *krisis*, lit., decision, fr. *krinein* to decide — more at CERTAIN] (15c) **1 a :** the turning point for better or worse in an acute disease or fever **b :** a paroxysmal attack of pain, distress, or disordered function **c :** an emotionally significant event or radical change of status in a person's life ⟨a midlife ~⟩ **2 :** the decisive moment (as in a literary plot) **3 a :** an unstable or crucial time or state of affairs in which a decisive change is impending; *esp* **:** one with the distinct possibility of a highly undesirable outcome ⟨a financial ~⟩ **b :** a situation that has reached a critical phase ⟨the environmental ~⟩ *syn* see JUNCTURE

**¹crisp** \'krisp\ *adj* [ME, fr. OE, fr. L *crispus*; akin to W *crych* curly] (bef. 12c) **1 :** CURLY, WAVY; *also* **:** having close stiff or wiry curls or waves **2 a :** easily crumbled **:** BRITTLE ⟨a ~ cracker⟩ **b :** desirably firm and crunchy ⟨~ lettuce⟩ **3 a :** notably sharp, clean-cut, and clear ⟨a ~ illustration⟩; *also* **:** concise and to the point ⟨a ~ reply⟩ **b :** notably neat ⟨~ new clothes⟩ **c :** BRISK, LIVELY ⟨a ~ tale of intrigue⟩ ⟨~ musical tempi⟩ **d :** briskly cold ⟨~ winter weather⟩; *also* **:** FRESH, INVIGORATING ⟨~ autumn air⟩ ⟨a ~ white wine⟩ **e :** deftly and powerfully executed ⟨a ~ tennis serve⟩ *syn* see FRAGILE — **crisp·ly** *adv* — **crisp·ness** *n*

**²crisp** *vt* (14c) **1 :** CURL, CRIMP **2 :** to cause to ripple **:** WRINKLE **3 :** to make or keep crisp ~ *vi* **1 :** CURL **2 :** RIPPLE **3 :** to become crisp

**³crisp** *n* (14c) **1 a :** something crisp or brittle ⟨burned to a ~⟩ ⟨rye ~s⟩ **b** *chiefly Brit* **:** POTATO CHIP — usu. used in pl. **2 :** a baked dessert of fruit with crumb topping ⟨apple ~⟩

**crisp·bread** \'krisp-ˌbred\ *n* (ca. 1927) **:** a plain dry unsweetened cracker made from crushed grain (as wheat or rye)

**crisp·en** \'kris-pən\ *vt* (1931) **:** to make crisp ~ *vi* **:** to become crisp

**crisp·er** \'kris-pər\ *n* (1835) **:** one that crisps; *specif* **:** a closed container in a refrigerator intended to prevent loss of moisture from fresh produce

**crisp·head** \'krisp-ˌhed\ *n* (1966) **:** ICEBERG LETTUCE

**crispy** \'kris-pē\ *adj* **crisp·i·er; -est** (14c) **1 :** CRISP 1 ⟨~ hair⟩ **2 :** appealingly crunchy **:** CRISP ⟨~ fried chicken⟩ — **crisp·i·ness** *n*

**¹criss·cross** \'kris-ˌkrȯs\ *vb* [obs. *christcross, crisscross* mark of a cross] *vt* (1818) **1 :** to mark with intersecting lines **2 :** to pass back and forth through or over ~ *vi* **1 :** to go or pass back and forth **2 :** OVERLAP, INTERSECT

**²crisscross** *adj* (1840) **:** marked or characterized by crisscrossing — **crisscross** *adv*

**³crisscross** *n* (1833) **1 :** a crisscross pattern **:** NETWORK **2 :** the state of being at cross-purposes; *also* **:** a confused state

**cris·ta** \'kris-tə\ *n, pl* **cris·tae** \-ˌtē, -ˌtī\ [NL, fr. L, crest — more at CREST] (1959) **:** any of the inwardly projecting folds of the inner membrane of a mitochondrion

**crit** *abbr* critical; criticism; criticized

**cri·te·ri·on** \krī-'tir-ē-ən *also* krə-\ *n, pl* **-ria** \-ē-ə\ *also* **-ri·ons** [Gk *kritērion*, fr. *krinein* to judge, decide — more at CERTAIN] (1622) **1 :** a standard on which a judgment or decision may be based **2 :** a characterizing mark or trait *syn* see STANDARD

*usage* The plural *criteria* has been used as a singular for over half a century ⟨let me now return to the third *criteria* —R. M. Nixon⟩ ⟨that really is the *criteria* —Bert Lance⟩. Many of our examples, like the two foregoing, are taken from speech. But singular *criteria* is not uncommon in edited prose, and its use both in speech and writing seems to be increasing. Only time will tell whether it will reach the unquestioned acceptability of *agenda*

**cri·te·ri·um** \krī-'tir-ē-əm, krē-ter-'yōm\ *n* [F *critérium* competition, lit., criterion, fr. LL *criterium*, fr. Gk *kritērion*] (1970) **:** a bicycle race of a specified number of laps on a closed course over public roads closed to normal traffic

**¹crit·ic** \'kri-tik\ *n* [L *criticus*, fr. Gk *kritikos*, fr. *kritikos* able to discern or judge, fr. *krinein*] (1588) **1 a :** one who expresses a reasoned opinion on any matter esp. involving a judgment of its value, truth, righteousness, beauty, or technique **b :** one who engages often professionally in the analysis, evaluation, or appreciation of works of art or artistic performances **2 :** one given to harsh or captious judgment

**²critic** *n* [Gk *kritikē* art of the critic, fr. fem. of *kritikos*] (1651) **1** *archaic* **:** CRITICISM **2** *archaic* **:** CRITIQUE

**crit·i·cal** \'kri-ti-kəl\ *adj* (1547) **1 a :** of, relating to, or being a turning point or specially important juncture ⟨a ~ phase⟩: as **(1) :** relating to or being the stage of a disease at which an abrupt change for better or worse may be expected; *also* **:** being or relating to an illness or condition involving danger of death ⟨~ care⟩ ⟨a patient listed in ~ condition⟩ **(2) :** relating to or being a state in which or a measurement or point at which some quality, property, or phenomenon suffers a definite change ⟨~ temperature⟩ **b :** CRUCIAL, DECISIVE ⟨a ~ test⟩ **c :** INDISPENSABLE, VITAL ⟨a ~ waterfowl habitat⟩ ⟨a component ~ to the operation of a machine⟩ **d :** being in or approaching a state of crisis ⟨a ~ shortage⟩ ⟨a ~ situation⟩ **2 a :** inclined to criticize severely and unfavorably **b :** consisting of or involving criticism ⟨~ writings⟩; *also* **:** of or relating to the judgment of critics ⟨the play was a ~ success⟩ **c :** exercising or involving careful judgment or judicious evaluation ⟨~ thinking⟩ **d :** including variant readings and scholarly emendations ⟨a ~ edition⟩ **3 a :** of sufficient size to sustain a chain

**de·sid·er·ate** \di-ˈsi-də-ˌrāt, -ˈzi-\ *vt* **-at·ed; -at·ing** [L *desideratus*, pp. of *desiderare* to desire — more at DESIRE] (1645) : to entertain or express a wish to have or attain — **de·sid·er·a·tion** \-ˌsi-də-ˈrā-shən, -ˌzi-\ *n* — **de·sid·er·a·tive** \-ˈsi-də-ˌrā-tiv, -ˈsi-d(ə-)rət-, -ˈzi-\ *adj*

**de·sid·er·a·tum** \di-ˌsi-də-ˈrä-təm, -ˌzi-, -ˈrā-\ *n, pl* **-ta** \-tə\ [L, neut. of *desideratus*] (1652) : something desired as essential

¹**de·sign** \di-ˈzīn\ *vb* [ME, to outline, indicate, mean, fr. AF & ML; AF *designer* to designate, fr. ML *designare*, fr. L, to mark out, fr. *de-* + *signare* to mark — more at SIGN] *vt* (14c) **1** : to create, fashion, execute, or construct according to plan : DEVISE, CONTRIVE **2 a** : to conceive and plan out in the mind ⟨he ~*ed* the perfect crime⟩ **b** : to have as a purpose : INTEND ⟨she ~*ed* to excel in her studies⟩ **c** : to devise for a specific function or end ⟨a book ~*ed* primarily as a college textbook⟩ **3** *archaic* : to indicate with a distinctive mark, sign, or name **4 a** : to make a drawing, pattern, or sketch of **b** : to draw the plans for ⟨~ a building⟩ ~ *vi* **1** : to conceive or execute a plan **2** : to draw, lay out, or prepare a design — **de·sign·ed·ly** \-ˈzī-nəd-lē\ *adv*

²**design** *n* (1569) **1 a** : a particular purpose held in view by an individual or group ⟨he has ambitious ~*s* for his son⟩ **b** : deliberate purposive planning ⟨more by accident than ~⟩ **2** : a mental project or scheme in which means to an end are laid down **3 a** : a deliberate undercover project or scheme : PLOT **b** *pl* : aggressive or evil intent — used with *on* or *against* ⟨he has ~*s* on the money⟩ **4** : a preliminary sketch or outline showing the main features of something to be executed ⟨the ~ for the new stadium⟩ **5 a** : an underlying scheme that governs functioning, developing, or unfolding : PATTERN, MOTIF ⟨the general ~ of the epic⟩ **b** : a plan or protocol for carrying out or accomplishing something (as a scientific experiment); *also* : the process of preparing this **6** : the arrangement of elements or details in a product or work of art **7** : a decorative pattern ⟨a floral ~⟩ **8** : the creative art of executing aesthetic or functional designs *syn* see INTENTION, PLAN

¹**des·ig·nate** \ˈde-zig-ˌnāt, -nət\ *adj* [L *designatus*, pp. of *designare*] (1629) : chosen but not yet installed ⟨ambassador ~⟩

²**des·ig·nate** \-ˌnāt\ *vt* **-nat·ed; -nat·ing** (1639) **1** : to indicate and set apart for a specific purpose, office, or duty ⟨~ a group to prepare a plan⟩ **2 a** : to point out the location of ⟨a marker *designating* the battle⟩ **b** : to distinguish as to class ⟨the area we ~ as that of spiritual values —J. B. Conant⟩ **c** : SPECIFY, STIPULATE ⟨to be sent by a *designated* shipper⟩ **3** : DENOTE ⟨associate names with the people they ~⟩ **4** : to call by a distinctive title, term, or expression ⟨a particle *designated* the neutron⟩ — **des·ig·na·tive** \-ˌnā-tiv\ *adj* — **des·ig·na·tor** \-ˌnā-tər\ *n* — **des·ig·na·to·ry** \-nə-ˌtȯr-ē\ *adj*

**designated driver** *n* (1982) : a person chosen to abstain from intoxicants (as alcohol) so as to transport others safely who are not abstaining

**designated hitter** *n* (1973) **1** : a baseball player designated at the start of the game to bat in place of the pitcher without causing the pitcher to be removed from the game **2** : REPRESENTATIVE, SUBSTITUTE

**des·ig·na·tion** \ˌde-zig-ˈnā-shən\ *n* (14c) **1** : the act of indicating or identifying **2** : appointment to or selection for an office, post, or service **3** : a distinguishing name, sign, or title **4** : the relation between a sign and the thing signified

**des·ig·nee** \ˌde-zig-ˈnē\ *n* (1925) : one that is designated

¹**de·sign·er** \di-ˈzī-nər\ *n* (1662) : one that designs: as **a** : one who creates and often executes plans for a project or structure ⟨urban ~*s*⟩ ⟨a theater set ~⟩ **b** : one that creates and manufactures a new product style or design; *esp* : one who designs and manufactures high-fashion clothing ⟨the ~'s new fall line⟩

²**designer** *adj* (1966) **1** : of, relating to, or produced by a designer ⟨~ wallpaper⟩ ⟨wearing a ~ original⟩; *also* : displaying the name, signature, or logo of a designer or manufacturer ⟨~ jeans⟩ **2** : intended to reflect the latest in sophisticated taste or fashion ⟨~ ice cream⟩ ⟨a ~ haircut⟩ **3** : modified artificially (as by genetic engineering) to fulfill individual specifications or meet a need ⟨~ foods⟩ ⟨~ estrogens⟩

**designer drug** *n* (1983) : a synthetic version of a controlled substance (as heroin) that is produced with a slightly altered molecular structure to avoid having it classified as an illicit drug

**de·sign·ing** \di-ˈzī-niŋ\ *adj* (1653) **1** : practicing forethought **2** : CRAFTY, SCHEMING ⟨falling into the snares of a ~ enemy —Charles Dickens⟩

**de·sign·ment** \di-ˈzīn-mənt\ *n* (1583) *obs* : PLAN, PURPOSE

**de·sip·ra·mine** \də-ˈzi-prə-ˌmēn\ *n* [*des*methyl (fr. *des-* + *methyl*) + *imipramine*] (1965) : a tricyclic antidepressant $C_{18}H_{22}N_2$

**de·sir·abil·i·ty** \di-ˌzī-rə-ˈbi-lə-tē\ *n, pl* **-ties** (1824) **1** *pl* : desirable conditions ⟨had understood and studied certain *desirabilities* —D. D. Eisenhower⟩ **2** : the quality, fact, or degree of being desirable

¹**de·sir·able** \di-ˈzī-rə-bəl\ *adj* (14c) **1** : having pleasing qualities or properties : ATTRACTIVE ⟨a ~ woman⟩ **2** : worth seeking or doing as advantageous, beneficial, or wise : ADVISABLE ⟨~ legislation⟩ — **de·sir·able·ness** *n* — **de·sir·ably** \-blē\ *adv*

²**desirable** *n* (1645) : one that is desirable

¹**de·sire** \di-ˈzī(-ə)r, dē-\ *vb* **de·sired; de·sir·ing** [ME, fr. AF *desirer*, fr. L *desiderare*, fr. *de-* + *sider-*, *sidus* heavenly body] *vt* (13c) **1** : to long or hope for : exhibit or feel desire for ⟨~ success⟩ **2 a** : to express a wish for : REQUEST ⟨they ~ an immediate answer⟩ **b** *archaic* : to express a wish to : ASK **3** *obs* : INVITE **4** *archaic* : to feel the loss of ~ *vi* : to have or feel desire

*syn* DESIRE, WISH, WANT, CRAVE, COVET mean to have a longing for. DESIRE stresses the strength of feeling and often implies strong intention or aim ⟨*desires* to start a new life⟩. WISH sometimes implies a general or transient longing esp. for the unattainable ⟨*wishes* for permanent world peace⟩. WANT specif. suggests a felt need or lack ⟨*wants* to have a family⟩. CRAVE stresses the force of physical appetite or emotional need ⟨*craves* sweets⟩. COVET implies strong envious desire ⟨*covets* his rise to fame⟩.

²**desire** *n* (14c) **1** : conscious impulse toward something that promises enjoyment or satisfaction in its attainment **2 a** : LONGING, CRAVING **b** : sexual urge or appetite **3** : a usu. formal request or petition for some action **4** : something desired

**de·sir·ous** \di-ˈzī(-ə)r-əs\ *adj* (14c) : impelled or governed by desire ⟨~ of fame⟩ — **de·sir·ous·ly** *adv* — **de·sir·ous·ness** *n*

**de·sist** \di-ˈsist, -ˈzist, dē-\ *vi* [ME, fr. AF *desister*, fr. L *desistere*, fr. *de-* + *sistere* to stand, stop; akin to L *stare* to stand — more at STAND] (15c) : to cease to proceed or act *syn* see STOP — **de·sis·tance** \-ˈsis-tən(t)s, -ˈzis-\ *n*

**desk** \ˈdesk\ *n* [ME *deske*, fr. ML *desca*, modif. of OIt *desco* table, fr. L *discus* dish, disc — more at DISH] (14c) **1 a** : a table, frame, or case with a sloping or horizontal surface esp. for writing and reading and often with drawers, compartments, and pigeonholes **b** : a reading table or lectern from which a liturgical service is read **c** : a table, counter, stand, or booth at which a person works **2 a** : a division of an organization specializing in a particular phase of activity ⟨the Russian ~ in the Department of State⟩ **b** : a seating position according to rank in an orchestra ⟨a first-*desk* violinist⟩

**desk-bound** \ˈdesk-ˌbau̇nd\ *adj* (1944) : restricted to work at a desk

**de–skill** \ˌdē-ˈskil\ *vt* (1941) **1** : to reduce the level of skill needed for (a job) **2** : to reduce the level of skill needed for a job by (a worker)

**desk jockey** *n* (1980) : a person whose job involves working at a desk

**desk·man** \ˈdesk-ˌman, -mən\ *n* (1913) : a person who works at a desk; *specif* : a newspaperman who processes news and prepares copy

¹**desk·top** \ˈdesk-ˌtäp\ *n* (1925) **1** : the top of a desk; *also* : an area or window on a computer screen in which icons are arranged in a manner analogous to objects on top of a desk **2** : a desktop computer

²**desktop** *adj* (1958) : of a size that can be conveniently used on a desk or table ⟨~ computers⟩ — compare LAPTOP

**desktop publishing** *n* (1984) : the production of printed matter by means of a desktop computer having a layout program that integrates text and graphics

**desm-** *or* **desmo-** *comb form* [NL, fr. Gk, fr. *desmos*, fr. *dein* to bind — more at DIADEM] : bond : ligament ⟨*desmo*some⟩

**des·mid** \ˈdez-məd\ *n* [ultim. fr. Gk *desmos*] (1862) : any of numerous unicellular or colonial green algae (order Zygnematales, esp. family Desmidiaceae)

desmid

**des·mo·some** \ˈdez-mə-ˌsōm\ *n* (ca. 1932) : a specialized structure of the cell membrane esp. of an epithelial cell that serves as a zone of adhesion to anchor contiguous cells together — **des·mo·som·al** \-ˌsō-məl\ *adj*

¹**des·o·late** \ˈde-sə-lət, ˈde-zə-\ *adj* [ME *desolat*, fr. L *desolatus*, pp. of *desolare* to abandon, fr. *de-* + *solus* alone] (14c) **1** : devoid of inhabitants and visitors : DESERTED **2** : joyless, disconsolate, and sorrowful through or as if through separation from a loved one ⟨a ~ widow⟩ **3 a** : showing the effects of abandonment and neglect : DILAPIDATED ⟨a ~ old house⟩ **b** : BARREN, LIFELESS ⟨a ~ landscape⟩ **c** : devoid of warmth, comfort, or hope : GLOOMY ⟨~ memories⟩ *syn* see ALONE, DISMAL — **des·o·late·ly** *adv* — **des·o·late·ness** *n*

²**des·o·late** \-ˌlāt\ *vt* **-lat·ed; -lat·ing** (14c) : to make desolate: as **a** : to deprive of inhabitants **b** : to lay waste **c** : FORSAKE **d** : to make wretched — **des·o·lat·er** *or* **des·o·la·tor** \-ˌlā-tər\ *n* — **des·o·lat·ing·ly** \-ˌlā-tiŋ-lē\ *adv*

**des·o·la·tion** \ˌde-sə-ˈlā-shən, ˌde-zə-\ *n* (14c) **1** : the action of desolating **2 a** : GRIEF, SADNESS **b** : LONELINESS **3** : DEVASTATION, RUIN ⟨a scene of utter ~⟩ **4** : barren wasteland

**de·sorb** \(ˌ)dē-ˈsȯrb, -ˈzȯrb\ *vt* (1924) : to remove (a sorbed substance) by the reverse of adsorption or absorption

**de·sorp·tion** \-ˈsȯrp-shən, -ˈzȯrp-\ *n* (1924) : the process of desorbing

**desoxy-** — see DEOXY-

**des·oxy·ri·bo·nu·cle·ic acid** \de-ˌzäk-sē-ˈrī-bō-n(y)u̇-ˌklē-ik-, -ˌklā-\ *n* (1931) : DNA

¹**de·spair** \di-ˈsper\ *vb* [ME *despeiren*, fr. AF *desperer*, fr. L *desperare*, fr. *de-* + *sperare* to hope; akin to L *spes* hope — more at SPEED] *vi* (14c) : to lose all hope or confidence ⟨~ of winning⟩ ~ *vt*. *obs* : to lose hope for — **de·spair·er** *n*

²**despair** *n* (14c) **1** : utter loss of hope ⟨a cry of ~⟩ ⟨gave up in ~⟩ **2** : a cause of hopelessness ⟨an incorrigible child is the ~ of his parents⟩

**de·spair·ing** *adj* (1589) : given to, arising from, or marked by despair : devoid of hope *syn* see DESPONDENT — **de·spair·ing·ly** \-iŋ-lē\ *adv*

**des·patch** *chiefly Brit var of* DISPATCH

**des·per·a·do** \ˌdes-pə-ˈrä-(ˌ)dō, -ˈrā-\ *n, pl* **-does** *or* **-dos** [prob. alter. of obs. *desperate* desperado, fr. *desperate*, adj.] (1647) : a bold or reckless criminal; *esp* : a bandit of the western U.S. in the 19th century

**des·per·ate** \ˈdes-p(ə-)rət, -pərt\ *adj* [L *desperatus*, pp. of *desperare*] (15c) **1 a** : having lost hope ⟨a ~ spirit crying for relief⟩ **b** : giving no ground for hope ⟨the outlook was ~⟩ **2 a** : moved by despair ⟨victims made ~ by abuse⟩ **b** : involving or employing extreme measures in an attempt to escape defeat or frustration ⟨made a ~ leap for the rope⟩ **3** : suffering extreme need or anxiety ⟨~ for money⟩ **4** : involving extreme danger or possible disaster ⟨a ~ situation⟩ **5** : of extreme intensity **6** : SHOCKING, OUTRAGEOUS *syn* see DESPONDENT — **des·per·ate·ness** *n*

**des·per·ate·ly** \ˈdes-p(ə-)rət-lē, -pərt-\ *adv* (ca. 1547) **1** : in a desperate manner ⟨struggling ~⟩ **2** : EXTREMELY, TERRIBLY ⟨~ tired⟩ ⟨~ important⟩

**des·per·a·tion** \ˌdes-pə-ˈrā-shən\ *n* (14c) **1** : loss of hope and surrender to despair **2** : a state of hopelessness leading to rashness

**de·spi·ca·ble** \di-ˈspi-kə-bəl, ˈdes-(ˌ)pi-\ *adj* [LL *despicabilis*, fr. L *despicari* to despise] (1553) : deserving to be despised : so worthless or obnoxious as to rouse moral indignation ⟨~ behavior⟩ *syn* see CONTEMPTIBLE — **de·spi·ca·ble·ness** *n* — **de·spi·ca·bly** \-blē\ *adv*

**de·spir·i·tu·al·ize** \(ˌ)dē-ˈspi-ri-chə-)wə-ˌlīz, -chə-ˌlīz, -chü-ə-\ *vt* (1850) : to deprive of spiritual character or influence

**de·spise** \di-ˈspīz\ *vt* **de·spised; de·spis·ing** [ME, fr. AF *despis-*, stem of *despire*, fr. L *despicere*, fr. *de-* + *specere* to look — more at SPY] (14c) **1** : to look down on with contempt or aversion ⟨*despised* the weak⟩ **2** : to regard as negligible, worthless, or distasteful — **de·spise·ment** \-ˈspīz-mənt\ *n* — **de·spis·er** \-ˈspī-zər\ *n*

*syn* DESPISE, CONTEMN, SCORN, DISDAIN mean to regard as unworthy of one's notice or consideration. DESPISE may suggest an emotional response ranging from strong dislike to loathing ⟨*despises* cowards⟩. CONTEMN implies ... low, vile, feeble, or ... moted by advertise... ⟨*scorns* the very th... or supercilious ave... popular music⟩.

¹**de·spite** \di-ˈspīt\ *n* (13c) **1** : the feeling ... SPITE **3 a** : an act ... DISADVANTAGE ⟨I k... tions, even in its ow... **despite of** : in spit...

²**despite** *vt* **de·spit·e...** tempt **2** *obs* : to pr...

³**despite** *prep* (15c) : ...

**de·spite·ful** \di-ˈspī... **spite·ful·ly** \-fə-lē\ ...

**de·spit·eous** \di-ˈsp... spite : MALICIOUS – ...

**de·spoil** \di-ˈspȯi(-ə... *liare*, fr. *de-* + *spolia*... belongings, possessi... **spoil·er** *n* — **de·sp...**

**de·spo·li·a·tion** \di... *despoliare*] (ca. 165...

¹**de·spond** \di-ˈspän... solemnly — more a...

²**despond** *n* (1678) : ...

**de·spon·dence** \di...

**de·spon·den·cy** \-... : DEJECTION, HOPE...

**de·spon·dent** \-dən... *dere*] (ca. 1699) : f... tion, or depression *syn* DESPONDENT ... lost all or nearly a... ing from a convict... about yet another ... of all hope and of... of the kidnapped ... reckless action or ... last *desperate* atte... despair and the ce... ceptance or resign... *less*⟩.

**des·pot** \ˈdes-pət, -... tocrat, fr. *des-* (aki... akin to Skt *dampa*... (1585) **1 a** : a Byz... of the Eastern Orth... military leader du... power and authorit...

**des·pot·ic** \des-ˈpä... tic of a despot — d...

**des·po·tism** \ˈdes-... : despotic exercise ... the ruler has unlim...

**des·qua·mate** \ˈde... pp. of *desquamare*... in scales — **des·q...**

**des·sert** \di-ˈzərt\ ... *servir* to serve, fr. L... of pastry or ice cre... fruit served after a...

**des·sert·spoon** \-... tween a teaspoon a... SERTSPOONFUL

**des·sert·spoon·fu...** sertspoon will hold ... fluid drams

**dessert wine** *n* (17... or afterward

**de·sta·bi·lize** \(ˌ)d... cause (as a governm...

**de·sta·bi·li·za·tio...**

**de·stain** \(ˌ)dē-ˈstā... specimen for micr...

**de–Sta·lin·i·za·tio...** crediting of Stalin

**de·stig·ma·tize** \(... of shame or disgra...

**de Stijl** \də-ˈstīl(-ə)... lished by member... Holland in 1917 ty... ors plus black and...

**des·ti·na·tion** \ˌde... something is destin... pose, or predetern... which something i... travel or an extenc... ⟨a ~ resort⟩

**des·tine** \ˈdes-tən\ ... *destinare*, fr. *de-* + ... (14c) **1** : to decre... assign, or dedicat... priesthood⟩ ⟨a tra... set apart for a spec... ports⟩

**des·ti·ny** \ˈdes-tə-... *tiné*, pp. of *destine*... destined : FORTU... mined course of e... *syn* see FATE

electric organ ◦ electronic mail 401

ena and laws of electricity 3 : keen contagious excitement ⟨could feel the ~ in the room⟩

**electric organ** *n* (1773) : a specialized tract of tissue (as in the electric eel) in which electricity is generated

**electric ray** *n* (1774) : any of various round-bodied short-tailed rays (family Torpedinidae) of warm seas with a pair of electric organs

**elec·tri·fi·ca·tion** \i-ˌlek-trə-fə-ˈkā-shən, ē-ˌ\ *n* (1748) 1 : an act or process of electrifying 2 : the state of being electrified

**elec·tri·fy** \i-ˈlek-trə-ˌfī, ē-ˈ\ *vt* **-fied; -fy·ing** (1745) 1 a : to charge with electricity b (1) : to equip for use of electric power (2) : to supply with electric power (3) : to amplify (music) electronically 2 : to excite intensely or suddenly ⟨the news *electrified* the nation⟩

**elec·tro·acous·tics** \i-ˌlek-trō-ə-ˈkü-stiks\ *n pl but sing in constr* (1927) : a science that deals with the transformation of acoustic energy into electric energy or vice versa — **elec·tro·acous·tic** \-tik\ *adj*

**elec·tro·anal·y·sis** \-ə-ˈna-lə-səs\ *n* (1903) : chemical analysis by electrolytic methods — **elec·tro·an·a·lyt·i·cal** \-ˈlit-i-kəl\ *adj*

**elec·tro·car·dio·gram** \-ˈkär-dē-ə-ˌgram\ *n* (ca. 1904) : the tracing made by an electrocardiograph; *also* : the procedure for producing an electrocardiogram

**elec·tro·car·dio·graph** \-ˌgraf\ *n* (1913) : an instrument for recording the changes of electrical potential occurring during the heartbeat used esp. in diagnosing abnormalities of heart action — **elec·tro·car·dio·graph·ic** \-ˌkär-dē-ə-ˈgra-fik\ *adj* — **elec·tro·car·dio·graph·i·cal·ly** \-fi-k(ə-)lē\ *adv* — **elec·tro·car·di·og·ra·phy** \-dē-ˈä-grə-fē\ *n*

**elec·tro·cau·tery** \-ˈkȯ-tə-rē\ *n* (ca. 1884) : cauterization of tissue by means of an instrument heated by an electric current

**elec·tro·chem·is·try** \-ˈke-mə-strē\ *n* (1814) : a science that deals with the relation of electricity to chemical changes and with the interconversion of chemical and electrical energy — **elec·tro·chem·i·cal** \-ˈke-mi-kəl\ *adj* — **elec·tro·chem·i·cal·ly** \-k(ə-)lē\ *adv* — **elec·tro·chem·ist** \-ˈke-mist\ *n*

**elec·tro·con·vul·sive** \i-ˌlek-trō-kən-ˈvəl-siv\ *adj* (1947) : of, relating to, or involving convulsive response to electroshock ⟨~ shocks⟩

**electroconvulsive therapy** *n* (1948) : ELECTROSHOCK THERAPY

**elec·tro·cor·ti·co·gram** \i-ˌlek-trō-ˈkȯr-ti-kə-ˌgram\ *n* (1939) : an electroencephalogram made with the electrodes in direct contact with the brain

**elec·tro·cute** \i-ˈlek-trə-ˌkyüt\ *vt* **-cut·ed; -cut·ing** [*electr-* + *-cute* (as in *execute*)] (1889) 1 : to execute (a criminal) by electricity 2 : to kill by electric shock — **elec·tro·cu·tion** \-ˌlek-trə-ˈkyü-shən\ *n*

**elec·trode** \i-ˈlek-ˌtrōd\ *n* (1834) 1 : a conductor used to establish electrical contact with a nonmetallic part of a circuit 2 : an element in a semiconductor device (as a transistor) that emits or collects electrons or holes or controls their movements

[1]**elec·tro·de·pos·it** \i-ˌlek-trō-di-ˈpä-zət\ *n* (1864) : a deposit formed in or at an electrode by electrolysis

[2]**electrodeposit** *vt* (1882) : to deposit (as a metal or rubber) by electrolysis — **elec·tro·de·po·si·tion** \-ˌde-pə-ˈzi-shən, -ˌdē-pə-\ *n*

**elec·tro·der·mal** \i-ˌlek-trō-ˈdər-məl\ *adj* (1940) : of or relating to electrical activity in or electrical properties of the skin

**elec·tro·des·ic·ca·tion** \i-ˌlek-trō-ˌde-si-ˈkā-shən\ *n* (1919) : the drying up of tissue by a high-frequency electric current applied with a needle-shaped electrode — called also *fulguration*

**elec·tro·di·al·y·sis** \i-ˌlek-trō-dī-ˈa-lə-səs\ *n* (1921) : dialysis accelerated by an electromotive force applied to electrodes adjacent to the membranes — **elec·tro·di·a·lyt·ic** \-ˌdī-ə-ˈli-tik\ *adj*

**elec·tro·dy·nam·ics** \-dī-ˈna-miks\ *n pl but sing in constr* (1827) : a branch of physics that deals with the effects arising from the interactions of electric currents with magnets, with other currents, or with themselves — **elec·tro·dy·nam·ic** \-mik\ *adj*

**elec·tro·en·ceph·a·lo·gram** \-in-ˈse-f(ə-)lə-ˌgram\ *n* [ISV] (1934) : the tracing of brain waves made by an electroencephalograph

**elec·tro·en·ceph·a·lo·graph** \-ˌgraf\ *n* [ISV] (1936) : an apparatus for detecting and recording brain waves — **elec·tro·en·ceph·a·log·ra·pher** \-ˌse-fə-ˈlä-grə-fər\ *n* — **elec·tro·en·ceph·a·lo·graph·ic** \-ˌse-f(ə-)lə-ˈgra-fik\ *adj* — **elec·tro·en·ceph·a·lo·graph·i·cal·ly** \-fi-k(ə-)lē\ *adv* — **elec·tro·en·ceph·a·log·ra·phy** \-ˈlä-grə-fē\ *n*

**elec·tro·fish·ing** \i-ˈlek-trō-ˌfi-shiŋ\ *n* (1950) : fishing that employs a direct electric current to attract and usu temporarily immobilize fish for easy capture

**elec·tro·form** \i-ˈlek-trə-ˌfȯrm\ *vt* (1931) : to form (shaped articles) by electrodeposition on a mold — **electroform** *n*

**elec·tro·gen·ic** \i-ˌlek-trə-ˈje-nik\ *adj* (ca. 1890) : of or relating to the production of electrical activity in living tissue ⟨an ~ pump⟩ — **elec·tro·gen·e·sis** \-ˈje-nə-sis\ *n*

**elec·tro·gram** \i-ˈlek-trə-ˌgram\ *n* (ca. 1935) : a tracing of the electrical potentials of a tissue (as the brain or heart) made by means of electrodes placed directly in the tissue instead of on the surface of the body

**elec·tro·hy·drau·lic** \i-ˌlek-trō-hī-ˈdrȯ-lik, -ˈdrä-\ *adj* (1922) 1 : of or relating to a combination of electric and hydraulic mechanisms 2 : involving or produced by the action of very brief but powerful pulse discharges of electricity under a liquid resulting in the generation of shock waves and highly reactive chemical species ⟨an ~ effect⟩

**elec·tro·jet** \i-ˈlek-trə-ˌjet\ *n* (1955) : a concentration of atmospheric electric current found in the regions of strong auroral displays and along the magnetic equator

**elec·tro·ki·net·ic** \i-ˌlek-trō-kə-ˈne-tik, -kī-\ *adj* (1873) : of or relating to the motion of particles or liquids that results from or produces a difference of electric potential

**elec·tro·ki·net·ics** \-tiks\ *n pl but sing in constr* (ca. 1925) : a branch of physics dealing with the motion of electric currents or charged particles

**elec·tro·less** \i-ˈlek-ˌtrō-ləs, -trə-\ *adj* (1947) : being or involving deposition of metal by chemical means instead of by electrodeposition

**elec·trol·o·gist** \i-ˌlek-ˈträ-lə-jist\ *n* [blend of *electrolysis* and *-logist* (fr. *-logy* + *-ist*)] (ca. 1902) : a person who removes hair, warts, moles, and birthmarks by means of an electric current applied to the body with a needle-shaped electrode — **elec·trol·o·gy** \-lə-jē\ *n*

**elec·tro·lu·mi·nes·cent** \i-ˌlek-trō-ˌlü-mə-ˈne-sᵊnt\ *adj* (ca. 1909) : of or relating to luminescence resulting from a high-frequency discharge through a gas or from application of a current to a layer of phosphor — **elec·tro·lu·mi·nes·cence** \-sᵊn(t)s\ *n*

**elec·trol·y·sis** \i-ˌlek-ˈträ-lə-səs\ *n* (1834) 1 a : the producing of chemical changes by passage of an electric current through an electrolyte b : subjection to this action 2 : the destruction of hair roots with an electric current

**elec·tro·lyte** \i-ˈlek-trə-ˌlīt\ *n* (1834) 1 : a nonmetallic electric conductor in which current is carried by the movement of ions 2 a : a substance that when dissolved in a suitable solvent or when fused becomes an ionic conductor b : any of the ions (as of sodium or calcium) that in biological fluid regulate or affect most metabolic processes (as the flow of nutrients into and waste products out of cells)

**elec·tro·lyt·ic** \i-ˌlek-trə-ˈli-tik\ *adj* (1842) : of or relating to electrolysis or an electrolyte ⟨an ~ cell⟩; *also* : produced by or used in electrolysis ⟨~ copper⟩ — **elec·tro·lyt·i·cal·ly** \-ti-k(ə-)lē\ *adv*

**elec·tro·lyze** \i-ˈlek-trə-ˌlīz\ *vt* **-lyzed; -lyz·ing** (1834) : to subject to electrolysis

**elec·tro·mag·net** \i-ˌlek-trō-ˈmag-nət\ *n* (1831) : a core of magnetic material (as iron) surrounded by a coil of wire through which an electric current is passed to magnetize the core

**elec·tro·mag·net·ic** \-mag-ˈne-tik\ *adj* (1821) : of, relating to, or produced by electromagnetism — **elec·tro·mag·net·i·cal·ly** \-ti-k(ə-)lē\ *adv*

**electromagnetic pulse** *n* (1963) : high-intensity electromagnetic radiation generated by a nuclear blast high above the earth's surface and held to disrupt electronic and electrical systems

**electromagnetic radiation** *n* (1902) : energy in the form of electromagnetic waves; *also* : a series of electromagnetic waves

**electromagnetic spectrum** *n* (ca. 1934) : the entire range of wavelengths or frequencies of electromagnetic radiation extending from gamma rays to the longest radio waves and including visible light

**electromagnetic unit** *n* (1855) : any of a system of electrical units based primarily on the magnetic properties of electrical currents

**electromagnetic wave** *n* (1906) : one of the waves that are propagated by simultaneous periodic variations of electric and magnetic field intensity and that include radio waves, infrared, visible light, ultraviolet, X rays, and gamma rays

**elec·tro·mag·ne·tism** \i-ˌlek-trō-ˈmag-nə-ˌti-zəm\ *n* (1828) 1 : magnetism developed by a current of electricity 2 a : a fundamental physical force that is responsible for interactions between charged particles which occur because of their charge and for the emission and absorption of photons, that is about 100 times weaker than the strong force, and that extends over infinite distances but is dominant over atomic and molecular distances — called also *electromagnetic force*; compare GRAVITY 3a(2), STRONG FORCE, WEAK FORCE b : a branch of physical science that deals with the physical relations between electricity and magnetism

**elec·tro·me·chan·i·cal** \-mə-ˈka-ni-kəl\ *adj* (1888) : of, relating to, or being a mechanical process or device actuated or controlled electrically; *esp* : being a transducer for converting electrical energy to mechanical energy — **elec·tro·me·chan·i·cal·ly** \-k(ə-)lē\ *adv*

**elec·tro·met·al·lur·gy** \-ˈme-tə-ˌlər-jē, *esp Brit* -mə-ˈta-lər-\ *n* (1840) : a branch of metallurgy that deals with the application of electric current either for electrolytic deposition or as a source of heat

**elec·trom·e·ter** \i-ˌlek-ˈträ-mə-tər\ *n* (1749) : any of various instruments for detecting or measuring potential differences or ionizing radiations by means of the forces of attraction or repulsion between charged bodies

**elec·tro·mo·tive force** \i-ˌlek-trō-ˌmō-tiv-, -trə-\ *n* (1827) : something that moves or tends to move electricity : the potential difference derived from an electrical source per unit quantity of electricity passing through the source (as a cell or generator)

**elec·tro·myo·gram** \i-ˌlek-trō-ˈmī-ə-ˌgram\ *n* (1917) : a tracing made by an electromyograph

**elec·tro·myo·graph** \-ˌgraf\ *n* [*electr-* + *my-* + *-graph*] (1948) : an instrument that converts the electrical activity associated with functioning skeletal muscle into a visual record or into sound and is used to diagnose neuromuscular disorders and in biofeedback training — **elec·tro·myo·graph·ic** \-ˌmī-ə-ˈgra-fik\ *adj* — **elec·tro·myo·graph·i·cal·ly** \-fi-k(ə-)lē\ *adv* — **elec·tro·my·og·ra·phy** \-mī-ˈä-grə-fē\ *n*

**elec·tron** \i-ˈlek-ˌträn\ *n* [*electr-* + [2]*-on*] (1891) : an elementary particle consisting of a charge of negative electricity equal to about $1.602 \times 10^{-19}$ coulomb and having a mass when at rest of about $9.109 \times 10^{-31}$ kilogram or about $\frac{1}{1836}$ that of a proton

**electron cloud** *n* (1926) : the system of electrons surrounding the nucleus of an atom

**elec·tro·neg·a·tive** \i-ˌlek-trō-ˈne-gə-tiv\ *adj* (1813) : having a tendency to attract electrons — **elec·tro·neg·a·tiv·i·ty** \-ˌne-gə-ˈti-və-tē\ *n*

**electron gas** *n* (ca. 1929) : a population of free electrons in a vacuum or in a metallic conductor

**electron gun** *n* (1924) : an electron-emitting cathode and its surrounding assembly (as electromagnets in a cathode-ray tube) for directing, controlling, and focusing a beam of electrons

**elec·tron·ic** \i-ˌlek-ˈträ-nik\ *adj* (1902) 1 : of or relating to electrons 2 a : of, relating to, or utilizing devices constructed or working by the methods or principles of electronics ⟨~ fuel injection⟩ b : implemented on or by means of a computer : involving a computer ⟨~ banking⟩ 3 a : generating musical tones by electronic means ⟨an ~ organ⟩ b : of, relating to, or being music that consists of sounds electronically generated or modified 4 : of, relating to, or being a medium (as television) by which information is transmitted electronically ⟨~ journalism⟩ — **elec·tron·i·cal·ly** \-ni-k(ə-)lē\ *adv*

**elec·tron·i·ca** \i-ˌlek-ˈträ-ni-kə\ *n* [prob. fr. *New Electronica*, recording label of the Brit. firm Beechwood Music Ltd.] (1994) : dance music featuring extensive use of synthesizers, electronic percussion, and samples of recorded music or sound

**electronic countermeasure** *n* (1962) : the disruption of the operation of an enemy's equipment (as by jamming radio or radar signals)

**electronic mail** *n* (1975) : E-MAIL

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ue, ʸ\ *see* Guide to Pronunciation

**electronic publishing** *n* (1977) : publishing in which information is distributed by means of a computer network or is produced in a format for use with a computer

**elec·tron·ics** \i-ˌlek-ˈträ-niks\ *n pl* (1910) **1** *sing in constr* : a branch of physics that deals with the emission, behavior, and effects of electrons (as in electron tubes and transistors) and with electronic devices **2** : electronic components, devices, or equipment

**electron micrograph** *n* (1934) : a micrograph made with an electron microscope — **electron micrography** \-mī-ˈkrä-grə-fē\ *n*

**electron microscope** *n* (1932) : an electron-optical instrument in which a beam of electrons is used to produce an enlarged image of a minute object — **electron microscopist** *n* — **electron microscopy** *n*

**electron multiplier** *n* (1936) : a device utilizing secondary emission of electrons for amplifying a current of electrons

**electron optics** *n pl but sing in constr* (1916) : a branch of physics in which the principles of optics are applied to beams of electrons — **elec·tron–op·ti·cal** \i-ˌlek-ˌträn-ˈäp-ti-kəl\ *adj*

**electron probe** *n* (1962) : a microprobe that uses an electron beam to induce X-ray emissions in a sample

**electron transport** *n* (1951) : the sequential transfer of electrons esp. by cytochromes in cellular respiration from an oxidizable substrate to molecular oxygen by a series of oxidation-reduction reactions

**electron tube** *n* (1922) : an electronic device in which conduction by electrons takes place through a vacuum or a gaseous medium within a sealed glass or metal container and which has various uses based on the controlled flow of electrons

**electron volt** *n* (1930) : a unit of energy equal to the energy gained by an electron in passing from a point of low potential to a point one volt higher in potential : $1.60 \times 10^{-19}$ joule

**elec·tro·oc·u·lo·gram** \i-ˌlek-trō-ˈä-kyə-lə-ˌgram\ *n* [*electr-* + L *oculus* eye + E *-gram* — more at EYE] (1947) : a record of the difference in electrical charge between the front and back of the eye that is correlated with eyeball movement (as in REM sleep) and obtained by electrodes placed on the skin near the eye

**elec·tro·oc·u·log·ra·phy** \-ˌä-kyə-ˈlä-grə-fē\ *n, pl* **-phies** (1951) : the preparation and study of electrooculograms

**elec·tro–op·ti·cal** \i-ˌlek-trō-ˈäp-ti-kəl\ *or* **elec·tro–op·tic** \-ˈäp-tik\ *adj* (1879) **1** : of or relating to electro-optics **2 a** : relating to or being a change in the refractive index of a material due to an electric field ⟨~ effect⟩ **b** : using or being a material that exhibits electro-optical properties ⟨an ~ crystal⟩ **3** : relating to or being an electronic device for emitting, modulating, transmitting, or sensing light — **elec·tro–op·ti·cal·ly** \-k(ə-)lē\ *adv*

**elec·tro–op·tics** \-trō-ˈäp-tiks\ *n pl* (ca. 1889) **1** *sing in constr* : a branch of physics that deals with the effects of an electric field on light traversing it **2** : electro-optical devices

**elec·tro·os·mo·sis** \i-ˌlek-trō-äz-ˈmō-səs, -äs-\ *n* (1906) : the movement of a liquid out of or through a porous material or a biological membrane under the influence of an electric field — **elec·tro·os·mot·ic** \-ˈmä-tik\ *adj*

**elec·tro·phe·ro·gram** \-trə-ˈfir-ə-ˌgram, -ˈfer-\ *n* [*electr-* + *phero-* (fr. Gk *pherein* to carry) + *-gram*] (1951) : ELECTROPHORETOGRAM

**elec·tro·phile** \i-ˈlek-trə-ˌfī(-ə)l\ *n* (1906) : an electrophilic substance (as an electron-accepting reagent)

**elec·tro·phil·ic** \i-ˌlek-trə-ˈfi-lik\ *adj* (1933) **1** *of an atom, ion, or molecule* : having an affinity for electrons : being an electron acceptor **2** : involving an electrophilic species ⟨an ~ reaction⟩ — compare NUCLEOPHILIC — **elec·tro·phi·lic·i·ty** \-trō-fi-ˈli-sə-tē\ *n*

**elec·tro·pho·re·sis** \-trə-fə-ˈrē-səs\ *n* [NL] (1911) : the movement of suspended particles through a medium (as paper or gel) under the action of an electromotive force applied to electrodes in contact with the suspension — **elec·tro·pho·rese** \-ˈrēs, -ˈrēz\ *vt* — **elec·tro·pho·ret·ic** \-ˈre-tik\ *adj* — **elec·tro·pho·ret·i·cal·ly** \-ti-k(ə-)lē\ *adv*

**elec·tro·pho·reto·gram** \-ˈre-tə-ˌgram\ *n* [*electrophoretic* + *-o-* + *-gram*] (1954) : a record that consists of the separated components of a mixture (as of proteins) produced by electrophoresis in a supporting medium (as filter paper)

**elec·troph·o·rus** \i-ˌlek-ˈträ-fə-rəs\ *n, pl* **-ri** \-ˌrī, -ˌrē\ [NL, fr. *electr-* + *-phorus* -phore] (1778) : a device for producing electric charges consisting of a disk that is negatively electrified by friction and a metal plate that becomes charged by induction when placed on the disk

**elec·tro·pho·tog·ra·phy** \i-ˌlek-trō-fə-ˈtä-grə-fē\ *n* (1894) : photography in which images are produced by electrical means (as in xerography) — **elec·tro·pho·to·graph·ic** \-trə-ˌfō-tə-ˈgra-fik\ *adj*

**elec·tro·phys·i·ol·o·gy** \i-ˌlek-trō-ˌfi-zē-ˈä-lə-jē\ *n* (1838) **1** : physiology that is concerned with the electrical aspects of physiological phenomena **2** : electrical phenomena associated with a physiological process (as the function of a body or bodily part) ⟨~ of the eye⟩ — **elec·tro·phys·i·o·log·i·cal** \-zē-ə-ˈlä-ji-kəl\ *also* **elec·tro·phys·i·o·log·ic** \-jik\ *adj* — **elec·tro·phys·i·o·log·i·cal·ly** \-ji-k(ə-)lē\ *adv* — **elec·tro·phys·i·ol·o·gist** \-zē-ˈäl-ə-jist\ *n*

**elec·tro·plate** \i-ˈlek-trə-ˌplāt\ *vt* (1851) : to plate with an adherent continuous coating by electrodeposition

**elec·tro·po·ra·tion** \i-ˌlek-trə-pór-ˈā-shən\ *n* [*electr-* + ²*pore* + *-ation*] (1985) : the application of an electric current to a living surface (as the skin or a cell membrane) in order to open pores or channels through which something (as a drug or DNA) may pass

**elec·tro·pos·i·tive** \i-ˌlek-trō-ˈpä-zə-tiv, -ˈpäz-tiv\ *adj* (1813) : having a tendency to release electrons

**elec·tro·re·cep·tor** \-ri-ˈsep-tər\ *n* (1958) : a vertebrate organ found esp. in fish that contains sensory cells capable of detecting electric fields

**elec·tro·ret·i·no·gram** \-ˈre-tə-nə-ˌgram\ *n* (1936) : a graphic record of electrical activity of the retina used esp. in the diagnosis of retinal conditions

**elec·tro·ret·i·no·graph** \-ˌgraf\ *n* (1962) : an instrument for recording electrical activity in the retina — **elec·tro·ret·i·no·graph·ic** \-ˌre-tə-nə-ˈgra-fik\ *adj* — **elec·tro·ret·i·nog·ra·phy** \-tᵊn-ˈä-grə-fē\ *n*

**elec·tro·scope** \i-ˈlek-trə-ˌskōp\ *n* [prob. fr. F *électroscope*] (1810) : any of various instruments for detecting the presence of an electric charge on a body, for determining whether the charge is positive or negative, or for indicating and measuring intensity of radiation

**elec·tro·shock** \-trō-ˌshäk\ *n* (1941) **1** : ³SHOCK 5 **2** : ELECTROSHOCK THERAPY

**electroshock therapy** *n* (1942) : the treatment of mental disorder and esp. depression by the application of electric current to the head of a usu. anesthetized patient that induces unconsciousness and convulsive seizures in the brain — called also *electroconvulsive therapy*

**elec·tro·stat·ic** \i-ˌlek-trə-ˈsta-tik\ *adj* [ISV] (1856) **1** : of or relating to static electricity or electrostatics **2** : of or relating to painting with a spray that utilizes electrically charged particles to ensure complete coating — **elec·tro·stat·i·cal·ly** \-ˈsta-ti-k(ə-)lē\ *adv*

**electrostatic generator** *n* (ca. 1931) : VAN DE GRAAFF GENERATOR

**electrostatic precipitator** *n* (1949) : an electrostatic device in chimney flues that removes particles from escaping gases

**elec·tro·stat·ics** \i-ˌlek-trə-ˈsta-tiks\ *n pl but sing in constr* (1827) : physics that deals with phenomena due to attractions or repulsions of electric charges but not dependent upon their motion

**elec·tro·sur·gery** \i-ˌlek-trō-ˈsər-jə-rē\ *n* (ca. 1882) : surgery by means of diathermy — **elec·tro·sur·gi·cal** \-ˈsər-ji-kəl\ *adj*

**elec·tro·ther·a·py** \-ˈther-ə-pē\ *n* (1881) : the therapeutic use of electricity

**elec·tro·ther·mal** \-ˈthər-məl\ *adj* (1884) : relating to or combining electricity and heat; *specif* : relating to the generation of heat by electricity — **elec·tro·ther·mal·ly** \-mə-lē\ *adv*

**elec·tro·ton·ic** \i-ˌlek-trə-ˈtä-nik\ *adj* (1832) **1** : of, induced by, relating to, or constituting electrotonus **2** : of, relating to, or being the spread of electrical activity through living tissue or cells in the absence of repeated action potentials — **elec·tro·ton·i·cal·ly** \-ni-k(ə-)lē\ *adv*

**elec·trot·o·nus** \i-ˌlek-ˈträ-tə-nəs\ *n* [NL] (1878) : the altered sensitivity of a nerve when a constant current of electricity passes through any part of it

**elec·tro·type** \i-ˈlek-trə-ˌtīp\ *n* (1840) **1** : a duplicate printing surface made by an electroplating process **2** : a copy (as of a coin) made by an electroplating process — **electrotype** *vt* — **elec·tro·typ·er** \-ˌtī-pər\ *n*

**elec·tro·weak** \i-ˈlek-trō-ˌwēk\ *adj* (1978) : of, relating to, or being the unification of electromagnetism and the weak force

**elec·tro·win·ning** \i-ˈlek-trō-ˌwi-niŋ\ *n* (1924) : the recovery esp. of metals from solutions by electrolysis

**elec·trum** \i-ˈlek-trəm\ *n* [ME, fr. L — more at ELECTRIC] (14c) : a natural pale yellow alloy of gold and silver

**elec·tu·ary** \i-ˈlek-chə-ˌwer-ē, -chü-ˌer-\ *n, pl* **-ar·ies** [ME *electuarie*, fr. AF *eletuarie*, fr. LL *electuarium*, prob. fr. Gk *ekleikton*, fr. *ekleichein* to lick up, fr. *ex-* + *leichein* to lick — more at LICK] (14c) : CONFECTION 2b

**el·e·doi·sin** \ˌe-lə-ˈdói-sᵊn\ *n* [irreg. fr. NL *Eledone*, fr. Gk *eledōnē*, a kind of octopus] (1963) : a small protein $C_{54}H_{85}N_{13}O_{15}S$ from the salivary glands of several octopuses (genus *Eledone*) that is a powerful vasodilator and hypotensive agent

**el·ee·mo·sy·nary** \ˌe-li-ˈmä-sə-ˌner-ē, -ˈmō-; -ˈmä-zə-\ *adj* [ML *eleemosynarius*, fr. LL *eleemosyna* alms — more at ALMS] (ca. 1616) : of, relating to, or supported by charity

**el·e·gance** \ˈe-li-gən(t)s\ *n* (ca. 1510) **1 a** : refined grace or dignified propriety : URBANITY **b** : tasteful richness of design or ornamentation ⟨the sumptuous ~ of the furnishings⟩ **c** : dignified gracefulness or restrained beauty of style : POLISH ⟨the essay is marked by lucidity, wit, and ~⟩ **d** : scientific precision, neatness, and simplicity ⟨the ~ of a mathematical proof⟩ **2** : something that is elegant

**el·e·gan·cy** \-gən(t)-sē\ *n, pl* **-cies** (15c) : ELEGANCE

**el·e·gant** \ˈe-li-gənt\ *adj* [MF or L; MF, fr. L *elegant-, elegans*; akin to L *eligere* to select — more at ELECT] (15c) **1** : marked by elegance ⟨~ clothes⟩ ⟨an ~ solution⟩ **2** : of a high grade or quality : SPLENDID ⟨~ gems priced at hundreds of thousands of dollars⟩ *syn* see CHOICE — **el·e·gant·ly** *adv*

**ele·gi·ac** \ˌe-lə-ˈjī-ək, -ˌak *also* i-ˈlē-jē-ˌak\ *also* **el·e·gi·a·cal** \ˌe-lə-ˈjī-ə-kəl\ *adj* [LL *elegiacus*, fr. Gk *elegeiakos*, fr. *elegeion*] (1542) **1 a** : of, relating to, or consisting of two dactylic hexameter lines the second of which lacks the arsis in the third and sixth feet **b (1)** : written in or consisting of elegiac couplets **(2)** : noted for having written poetry in such couplets **c** : of or relating to the period in Greece about the seventh century B.C. when poetry written in such couplets flourished **2** : of, relating to, or comprising elegy or an elegy; *esp* : expressing sorrow often for something now past ⟨an ~ lament for departed youth⟩ — **elegiac** *n* — **el·e·gi·a·cal·ly** \ˌe-lə-ˈjī-ə-k(ə-)lē\ *adv*

**ele·git** \i-ˈlē-jət\ *n* [L, lit., he has chosen, fr. *eligere*] (1504) : a judicial writ of execution by which a defendant's goods and if necessary his or her lands are delivered for debt to the plaintiff until the debt is paid

**el·e·gize** \ˈe-lə-ˌjīz\ *vb* **-gized; -giz·ing** *vi* (1653) : to write an elegy ~ *vt* : to write an elegy on

**el·e·gy** \ˈe-lə-jē\ *n, pl* **-gies** [L *elegia* poem in elegiac couplets, fr. Gk *elegeia, elegeion*, fr. *elegos* song of mourning] (1501) **1** : a poem in elegiac couplets **2 a** : a song or poem expressing sorrow or lamentation esp. for one who is dead **b** : something (as a speech) resembling such a song or poem **3 a** : a pensive or reflective poem that is usu. nostalgic or melancholy **b** : a short pensive musical composition

**elem** *abbr* elementary

**el·e·ment** \ˈe-lə-mənt\ *n* [ME, fr. AF & L; AF, fr. L *elementum*] (13c) **1 a** : any of the four substances air, water, fire, and earth formerly believed to compose the physical universe **b** *pl* : weather conditions; *esp* : violent or severe weather ⟨battling the ~s⟩ **c** : the state or sphere natural or suited to a person or thing ⟨at school she was in her ~⟩ **2** : a constituent part: as **a** *pl* : the simplest principles of a subject of study : RUDIMENTS **b (1)** : a part of a geometric magnitude ⟨an infinitesimal ~ of volume⟩ **(2)** : a generator of a geometric figure; *also* : a line or line segment contained in the surface of a cone or cylinder **(3)** : a basic member of a mathematical or logical class or set **(4)** : one of the individual entries in a mathematical matrix or determinant **c** : a distinct group within a larger group or community ⟨the criminal ~ in the city⟩ **d (1)** : one of the necessary data or values on which calculations or conclusions are based **(2)** : one of the factors determining the outcome of a process **e** : any of the fundamental substances that consist of atoms of only one kind and that singly or in combination constitute all matter **f** : a distinct part of a composite device **g** : a subdivision of a military unit **3** *pl* : the bread and wine used in the Eucharist *syn* ELEMENT, COMPONENT, CONSTITUENT, INGREDIENT mean one of the parts of a compound or complex whole. ELEMENT applies to

**fecund • feeling** 459

**fe·cund** \'fe-kənd, 'fē-\ *adj* [ME, fr. AF, fr. L *fecundus* — more at FEMININE] (15c) **1** : fruitful in offspring or vegetation : PROLIFIC **2** : intellectually productive or inventive to a marked degree ⟨a ~ imagination⟩ *syn* see FERTILE — **fe·cun·di·ty** \fi-'kən-də-tē, fe-\ *n*

**fe·cun·date** \'fe-kən-,dāt, 'fē-\ *vt* **-dat·ed; -dat·ing** [L *fecundatus*, pp. of *fecundare*, fr. *fecundus*] (ca. 1631) **1** : to make fecund **2** : IMPREGNATE — **fe·cun·da·tion** \,fe-kən-'dā-shən, ,fē-\ *n*

**fed** *abbr* federal; federation

**Fed** \'fed\ *n* [short for *federal*] (1916) **1** *often not cap* : a federal agent, officer, or official — usu. used in pl **2 a** : FEDERAL RESERVE BOARD **b** : FEDERAL RESERVE SYSTEM

**fe·da·yee** \fi-,dä-'(y)ē, -,dā-\ *n, pl* **fe·da·yeen** \-'(y)ēn\ [Ar *fidā'ī*, lit., one who sacrifices himself] (1955) : a member of an Arab commando group operating esp. against Israel — usu. used in pl.

**fed·er·al** \'fe-d(ə-)rəl\ *adj* [L *foeder-, foedus* compact, league; akin to L *fidere* to trust — more at BIDE] (1660) **1** *archaic* : of or relating to a compact or treaty **2 a** : formed by a compact between political units that surrender their individual sovereignty to a central authority but retain limited residuary powers of government **b** : of or constituting a form of government in which power is distributed between a central authority and a number of constituent territorial units **c** : of or relating to the central government of a federation as distinguished from the governments of the constituent units **3** *cap* : advocating or friendly to the principle of a federal government with strong centralized powers; *esp* : of or relating to the American Federalists **4** *often cap* : of, relating to, or loyal to the federal government or the Union armies of the U.S. in the American Civil War **5** *cap* : being or belonging to a style of architecture and decoration current in the U.S. following the American Revolution — **fed·er·al·ly** \-d(ə-)rə-lē\ *adv*

**²Federal** *n* (1861) **1** : a supporter of the U.S. government in the Civil War; *esp* : a soldier in the federal armies **2** : FED 1 — usu. used in pl.

**federal case** *n* (1955) : BIG DEAL ⟨don't make a *federal case* out of it⟩

**federal court** *n* (1789) : a court established by a federal government; *esp* : one established under the constitution and laws of the U.S.

**federal district** *n* (ca. 1934) : a district set apart as the seat of the central government of a federation

**federal district court** *n* (1948) : a district trial court of law and equity that hears cases under federal jurisdiction

**fed·er·al·ese** \,fe-d(ə-)rə-'lēz, -'lēs; 'fe-d(ə-)rə-,\ *n* (1944) : BUREAUCRATESE

**federal funds** *n pl* (1950) : reserve funds lent overnight by one Federal Reserve bank to another

**fed·er·al·ism** \'fe-d(ə-)rə-,li-zəm\ *n* (1787) **1 a** *often cap* : the distribution of power in an organization (as a government) between a central authority and the constituent units — compare CENTRALISM **b** : support or advocacy of this principle **2** *cap* : Federalist principles

**fed·er·al·ist** \-list\ *n* (1787) **1** : an advocate of federalism: as **a** *often cap* : an advocate of a federal union between the American colonies after the Revolution and of the adoption of the U.S. Constitution **b** *often cap* : WORLD FEDERALIST **2** *cap* : a member of a major political party in the early years of the U.S. favoring a strong centralized national government — **federalist** *adj, often cap*

**fed·er·al·i·za·tion** \,fe-d(ə-)rə-lə-'zā-shən\ *n* (ca. 1860) **1** : the act of federalizing **2** : the state of being federalized

**fed·er·al·ize** \'fe-d(ə-)rə-,līz\ *vt* **-ized; -iz·ing** (1801) **1** : to unite in or under a federal system **2** : to bring under the jurisdiction of a federal government

**Federal Reserve bank** *n* (1914) : one of 12 reserve banks set up under the Federal Reserve Act to hold reserves and discount commercial paper for affiliated banks in their respective districts

**Federal Reserve Board** *n* (1920) : a 7-member board of governors overseeing the Federal Reserve System

**Federal Reserve System** *n* (1919) : the central banking system of the U.S. consisting of 12 districts with a Federal Reserve bank in the principal commercial city of each district

**¹fed·er·ate** \'fe-d(ə-)rət\ *adj* [L *foederatus*, fr. *foeder-, foedus*] (1710) : united in an alliance or federation : FEDERATED

**²fed·er·ate** \'fe-də-,rāt\ *vt* **-at·ed; -at·ing** (1580) : to join in a federation

**federated church** *n* (1898) : a local church uniting two or more congregations that maintain different denominational ties — compare UNION CHURCH

**fed·er·a·tion** \,fe-də-'rā-shən\ *n* (1787) **1** : an encompassing political or societal entity formed by uniting smaller or more localized entities: as **a** : a federal government **b** : a union of organizations **2** : the act of creating or becoming a federation; *esp* : the forming of a federal union

**fed·er·a·tive** \'fe-də-,rā-tiv, 'fe-d(ə-)rə-\ *adj* (1690) : of, relating to, or formed by federation ⟨a ~ republic⟩ — **fed·er·a·tive·ly** *adv*

**fedn** *abbr* federation

**fe·do·ra** \fi-'dōr-ə\ *n* [*Fédora* (1882), drama by V. Sardou] (1891) : a low soft felt hat with the crown creased lengthwise

**fed up** *adj* (1900) : tired, sated, or disgusted beyond endurance

**¹fee** \'fē\ *n* [ME, fr. AF *fé, fief*, of Gmc origin; akin to OE *feoh* cattle, property, OHG *fihu* cattle; akin to L *pecus* cattle, *pecunia* money] (14c) **1 a (1)** : an estate in land held in feudal law from a lord on condition of homage and service **(2)** : a piece of land so held **b** : an inherited or heritable estate in land **2 a** : a fixed charge **b** : a sum paid or charged for a service — **in fee** : in absolute and legal possession

**²fee** *vt* **feed; fee·ing** (15c) **1** *chiefly Scot* : HIRE **2** : ²TIP 2

**fee·ble** \'fē-bəl\ *adj* **fee·bler** \-b(ə-)lər\; **fee·blest** \-b(ə-)ləst\ [ME *feble*, fr. AF, fr. L *flebilis* lamentable, wretched, fr. *flēre* to weep — more at BLEAT] (12c) **1 a** : markedly lacking in strength **b** : indicating weakness **2 a** : deficient in qualities or resources that indicate vigor, authority, force, or efficiency **b** : INADEQUATE, INFERIOR *syn* see WEAK — **fee·ble·ness** \-bəl-nəs\ *n* — **fee·bly** \-blē\ *adv*

**fee·ble·mind·ed** \,fē-bəl-'mīn-dəd\ *adj* (1534) **1** *obs* : IRRESOLUTE, VACILLATING **2** : mentally deficient **3** : FOOLISH, STUPID — **fee·ble·mind·ed·ly** *adv* — **fee·ble·mind·ed·ness** *n*

**fee·blish** \'fē-b(ə-)lish\ *adj* (1674) : somewhat feeble

**¹feed** \'fēd\ *vb* **fed** \'fed\; **feed·ing** [ME *feden*, fr. OE *fēdan*; akin to OE *fōda* food — more at FOOD] *vt* (bef. 12c) **1 a** : to give food to **b** : to give as food **2 a** : to furnish something essential to the development, sustenance, maintenance, or operation of ⟨reading ~s the mind⟩ **b** : to supply (material to be operated on) to a machine **3** : to produce or provide food for **4 a** : SATISFY, GRATIFY **b** : SUPPORT, ENCOURAGE **5 a (1)** : to supply for use or consumption **(2)** : CHANNEL, ROUTE **b (1)** : to supply (a signal) to an electronic circuit **(2)** : to send (as by wire or satellite) to a transmitting station for broadcast **6** : to supply (a fellow actor) with cues and situations that make a role more effective **7** : to pass a ball or puck to (a teammate) esp. for a shot at the goal ~ *vi* **1 a** : to consume food : EAT **b** : PREY — used with *on, upon,* or *off* **2** : to become nourished or satisfied or sustained as if by food **3 a** : to become channeled or directed **b** : to move into a machine or opening in order to be used or processed

**²feed** *n* (1576) **1 a** : an act of eating **b** : MEAL; *esp* : a large meal **2 a** : food for livestock; *specif* : a mixture or preparation for feeding livestock **b** : the amount given at each feeding **3 a** : material supplied (as to a furnace or machine) **b** : a mechanism by which the action of feeding is effected **c** : the motion or process of carrying forward the material to be operated upon (as in a machine) **d** : the act or process of feeding a signal (as an audio or video transmission); *also* : the signal being fed **4** : the action of passing a ball or puck to a team member who is in position to score

**feed·back** \'fēd-,bak\ *n* (1919) **1** : the return to the input of a part of the output of a machine, system, or process (as for producing changes in an electronic circuit that improve performance or in an automatic control device that provide self-corrective action) **2 a** : the partial reversion of the effects of a process to its source or to a preceding stage **b** : the transmission of evaluative or corrective information about an action, event, or process to the original or controlling source; *also* : the information so transmitted **3** : a rumbling, whining, or whistling sound resulting from an amplified or broadcast signal (as music or speech) that has been returned as input and retransmitted

**feedback inhibition** *n* (1960) : inhibition of an enzyme controlling an early stage of a series of biochemical reactions by the end product when it reaches a critical concentration

**feed dog** *n* (1858) : a notched piece of metal on a sewing machine that feeds material into position under the needle

**feed·er** \'fē-dər\ *n, often attrib* (14c) **1** : one that feeds: as **a** : one that fattens livestock for slaughter **b** : a device or apparatus for supplying food **2** : one that eats or takes nourishment; *esp* : an animal being fattened or one suitable for fattening **3 a** : one that supplies, replenishes, or connects **b** : TRIBUTARY 2 **c** : a heavy wire conductor supplying electricity at some point of an electric distribution system (as from a substation) **d** : BRANCH; *esp* : a branch transportation line **e** : a road that provides access to a major artery

**feeding frenzy** *n* (1973) : a frenzy of eating; *also* : the excited pursuit of something by a group

**feed·lot** \'fēd-,lät\ *n* (1889) : a plot of land on which livestock are fattened for market

**feed·stock** \-,stäk\ *n* (1932) : raw material supplied to a machine or processing plant

**feed·stuff** \-,stəf\ *n* (1856) : FEED 2a; *also* : any of the constituent nutrients of an animal ration

**fee–for–service** *n, often attrib* (1945) : separate payment to a health-care provider for each medical service rendered to a patient ⟨a ~ health plan⟩

**¹feel** \'fēl\ *vb* **felt** \'felt\; **feel·ing** [ME *felen*, fr. OE *fēlan*; akin to OHG *fuolen* to feel, L *palpare* to caress] *vt* (bef. 12c) **1 a** : to handle or touch in order to examine, test, or explore some quality **b** : to perceive by a physical sensation coming from discrete end organs (as of the skin or muscles) **2 a** : to undergo passive experience of **b** : to have one's sensibilities markedly affected by **3** : to ascertain by cautious trial — usu. used with *out* **4 a** : to be aware of by instinct or inference **b** : BELIEVE, THINK ⟨say what you really ~⟩ ~ *vi* **1 a** : to receive or be able to receive a tactile sensation **b** : to search for something by using the sense of touch **2 a** : to be conscious of an inward impression, state of mind, or physical condition **b** : to have a marked sentiment or opinion ⟨~s strongly about it⟩ **3** : SEEM ⟨it ~s like spring today⟩ **4** : to have sympathy or pity ⟨I ~ for you⟩ — **feel like** : to have an inclination for ⟨*feel like* a walk?⟩

**²feel** *n* (13c) **1** : SENSATION, FEELING **2** : the sense of touch **3 a** : the quality of a thing as imparted through or as if through touch **b** : typical or peculiar quality or atmosphere; *also* : an awareness of such a quality or atmosphere **4** : intuitive knowledge or ability

**feel·er** \'fē-lər\ *n* (1526) : one that feels: as **a** : a tactile process (as a tentacle) of an animal **b** : something (as a proposal) ventured to ascertain the views of others

**feeler gauge** *n* (1925) : a thin metal strip or wire of known thickness used as a gauge

**feel–good** \'fēl-,gu̇d\ *adj* (1977) **1** : relating to or promoting an often specious sense of satisfaction or well-being ⟨a ~ reform program that makes no changes⟩ **2** : cheerfully sentimental : LIGHTHEARTED ⟨a ~ movie⟩

**¹feel·ing** \'fē-liŋ\ *n* (12c) **1 a (1)** : the one of the basic physical senses of which the skin contains the chief end organs and of which the sensations of touch and temperature are characteristic : TOUCH **(2)** : a sensation experienced through this sense **b** : generalized bodily consciousness or sensation **c** : appreciative or responsive awareness or recognition **2 a** : an emotional state or reaction ⟨a kindly ~ toward the boy⟩ **b** *pl* : susceptibility to impression : SENSITIVITY ⟨the remark hurt her ~s⟩ **3 a** : the undifferentiated background of one's awareness considered apart from any identifiable sensation, perception, or thought **b** : the overall quality of one's awareness **c** : conscious recognition : SENSE **4 a** : often unreasoned opinion or belief : SENTIMENT **b** : PRESENTIMENT **5** : capacity to respond emotionally esp. with the higher emotions **6** : the character ascribed to something : ATMOSPHERE **7 a** : the quality of a work of art that conveys the emotion of the artist **b** : sympathetic aesthetic response **8** : FEEL 4

*syn* FEELING, EMOTION, AFFECTION, SENTIMENT, PASSION mean a subjective response to a person, thing, or situation. FEELING denotes

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ue, ʸ\ *see* Guide to Pronunciation

**im·per·me·able** \(,)im-ˈpər-mē-ə-bəl\ *adj* [LL *impermeabilis*, fr. L *in-* + LL *permeabilis* permeable] (1697) : not permitting passage (as of a fluid) through its substance; *broadly* : IMPERVIOUS — **im·per·me·abil·i·ty** \-ˌpər-mē-ə-ˈbi-lə-tē\ *n*

**im·per·mis·si·ble** \ˌim-pər-ˈmi-sə-bəl\ *adj* (1858) : not permissible — **im·per·mis·si·bil·i·ty** \-ˌmi-sə-ˈbi-lə-tē\ *n* — **im·per·mis·si·bly** \-ˈmi-sə-blē\ *adv*

**im·per·son·al** \(,)im-ˈpərs-nəl, -ˈpər-sə-nəl\ *adj* [ME, fr. LL *impersonalis*, fr. L *in-* + LL *personalis* personal] (15c) **1 a** : denoting the verbal action of an unspecified agent and hence used with no expressed subject (as *methinks*) or with a merely formal subject (as *rained* in *it rained*) **b** *of a pronoun* : INDEFINITE **2 a** : having no personal reference or connection ⟨~ criticism⟩ **b** : not engaging the human personality or emotions ⟨the machine as compared with the hand tool is an ~ agency —John Dewey⟩ **c** : not existing as a person : not having human qualities or characteristics — **im·per·son·al·i·ty** \-ˌpər-sə-ˈna-lə-tē\ *n* — **im·per·son·al·ly** \-ˈpərs-nə-lē, -ˈpər-sə-nə-lē\ *adv*

**im·per·son·al·ize** \(,)im-ˈpərs-nə-ˌlīz, -ˈpər-sə-nə-\ *vt* (ca. 1899) : to make impersonal ⟨technology that ~s the learning process⟩ — **im·per·son·al·i·za·tion** \-ˌpərs-nə-lə-ˈzā-shən, -ˌpər-sə-nə-\ *n*

**im·per·son·ate** \im-ˈpər-sə-ˌnāt\ *vt* **-at·ed; -at·ing** (1715) : to assume or act the character of : PERSONATE — **im·per·son·a·tion** \-ˌpər-sə-ˈnā-shən\ *n* — **im·per·son·a·tor** \-ˈpər-sə-ˌnā-tər\ *n*

**im·per·ti·nence** \(,)im-ˈpər-tə-nən(t)s, -ˈpərt-nən(t)s\ *n* (1603) **1** : the quality or state of being impertinent: as **a** : IRRELEVANCE, INAPPROPRIATENESS **b** : INCIVILITY, INSOLENCE **2** : an instance of impertinence

**im·per·ti·nen·cy** \-ən(t)-sē, -nən(t)-\ *n*, *pl* **-cies** (1589) : IMPERTINENCE

**im·per·ti·nent** \(,)im-ˈpər-tə-nənt, -ˈpərt-nənt\ *adj* [ME, fr. AF, fr. LL *impertinent-, impertinens*, fr. L *in-* + *pertinent-, pertinens*, prp. of *pertinēre* to pertain] (14c) **1** : not pertinent : IRRELEVANT **2 a** : not restrained within due or proper bounds esp. of propriety or good taste ⟨~ curiosity⟩ **b** : given to or characterized by insolent rudeness ⟨an ~ answer⟩ — **im·per·ti·nent·ly** *adv*

*syn* IMPERTINENT, OFFICIOUS, MEDDLESOME, INTRUSIVE, OBTRUSIVE mean given to thrusting oneself into the affairs of others. IMPERTINENT implies exceeding the bounds of propriety in showing interest or curiosity or in offering advice ⟨resented their *impertinent* interference⟩. OFFICIOUS implies the offering of services or attentions that are unwelcome or annoying ⟨*officious* friends made the job harder⟩. MEDDLESOME stresses an annoying and usu. prying interference in others' affairs ⟨a *meddlesome* landlord⟩. INTRUSIVE implies a tactless or otherwise objectionable thrusting into others' affairs ⟨tried to be helpful without being *intrusive*⟩. OBTRUSIVE stresses improper or offensive conspicuousness of interfering actions ⟨expressed an *obtrusive* concern for his safety⟩.

**im·per·turb·able** \ˌim-pər-ˈtər-bə-bəl\ *adj* [ME, fr. LL *imperturbabilis*, fr. L *in-* + *perturbare* to perturb] (15c) : marked by extreme calm, impassivity, and steadiness : SERENE *syn* see COOL — **im·per·turb·abil·i·ty** \-ˌtər-bə-ˈbi-lə-tē\ *n* — **im·per·turb·ably** \-ˈtər-bə-blē\ *adv*

**im·per·vi·ous** \(,)im-ˈpər-vē-əs\ *adj* [L *impervius*, fr. *in-* + *pervius* pervious] (1640) **1 a** : not allowing entrance or passage : IMPENETRABLE ⟨a coat ~ to rain⟩ **b** : not capable of being damaged or harmed ⟨a carpet ~ to rough treatment⟩ **2** : not capable of being affected or disturbed ⟨~ to criticism⟩ — **im·per·vi·ous·ly** *adv* — **im·per·vi·ous·ness** *n*

**im·pe·ti·go** \ˌim-pə-ˈtē-(ˌ)gō, -ˈtī-\ *n* [ME, fr. L, fr. *impetere* to attack — more at IMPETUS] (14c) : an acute contagious staphylococcal or streptococcal skin disease characterized by vesicles, pustules, and yellowish crusts

**im·pe·trate** \ˈim-pə-ˌtrāt\ *vt* **-trat·ed; -trat·ing** [L *impetratus*, pp. of *impetrare*, fr. *in-* + *patrare* to accomplish — more at PERPETRATE] (ca. 1534) **1** : to obtain by request or entreaty **2** : to ask for : ENTREAT — **im·pe·tra·tion** \ˌim-pə-ˈtrā-shən\ *n*

**im·pet·u·os·i·ty** \im-ˌpe-chə-ˈwä-sə-tē, -chü-ˈä-\ *n*, *pl* **-ties** (15c) **1** : the quality or state of being impetuous **2** : an impetuous action or impulse

**im·pet·u·ous** \im-ˈpech-wəs; -ˈpe-chə-, -chü-əs\ *adj* [ME, fr. AF, fr. LL *impetuosus*, fr. L *impetus*] (14c) **1** : marked by impulsive vehemence or passion ⟨an ~ temperament⟩ **2** : marked by force and violence of movement or action ⟨an ~ wind⟩ *syn* see PRECIPITATE — **im·pet·u·ous·ly** *adv* — **im·pet·u·ous·ness** *n*

**im·pe·tus** \ˈim-pə-təs\ *n* [L, assault, impetus, fr. *impetere* to attack, fr. *in-* + *petere* to go to, seek — more at FEATHER] (1641) **1 a (1)** : a driving force : IMPULSE **(2)** : INCENTIVE, STIMULUS **b** : stimulation or encouragement resulting in increased activity **2** : the property possessed by a moving body in virtue of its mass and its motion — used of bodies moving suddenly or violently to indicate the origin and intensity of the motion

**im·pi·e·ty** \(,)im-ˈpī-ə-tē\ *n*, *pl* **-ties** (14c) **1** : the quality or state of being impious : IRREVERENCE **2** : an impious act

**im·pinge** \im-ˈpinj\ *vi* **im·pinged; im·ping·ing** [L *impingere*, fr. *in-* + *pangere* to fasten, drive in — more at PACT] (1605) **1** : to strike or dash esp. with a sharp collision ⟨I heard the rain ~ upon the earth —James Joyce⟩ **2** : to have an effect : make an impression ⟨waiting for the germ of a new idea to ~ upon my mind —Phyllis Bentley⟩ **3** : ENCROACH, INFRINGE ⟨~ on other people's rights⟩ — **im·pinge·ment** \-ˈpinj-mənt\ *n*

**im·pi·ous** \ˈim-pē-əs, (ˌ)im-ˈpī-\ *adj* [L *impius*, fr. *in-* + *pius* pious] (1542) : not pious : lacking in reverence or proper respect (as for God or one's parents) : IRREVERENT — **im·pi·ous·ly** *adv*

**imp·ish** \ˈim-pish\ *adj* (1652) : of, relating to, or befitting an imp; *esp* : MISCHIEVOUS — **imp·ish·ly** *adv* — **imp·ish·ness** *n*

**im·pla·ca·ble** \(,)im-ˈpla-kə-bəl, -ˈplā-\ *adj* [ME, fr L *implacabilis*, fr. *in-* + *placabilis* placable] (15c) : not placable : not capable of being appeased, significantly changed, or mitigated ⟨an ~ enemy⟩ — **im·pla·ca·bil·i·ty** \-ˌpla-kə-ˈbi-lə-tē, -ˌplā-\ *n* — **im·pla·ca·bly** \-ˈpla-kə-blē, -ˈplā-\ *adv*

**¹im·plant** \im-ˈplant\ *vt* (15c) **1 a** : to fix or set securely or deeply ⟨a ruby ~*ed* in the idol's forehead⟩ **b** : to set permanently in the consciousness or habit patterns : INCULCATE **2** : to insert in living tissue (as for growth, slow release, or formation of an organic union) ⟨subcutaneously ~*ed* hormone pellets⟩ ~ *vi* : to undergo implantation ⟨the failure of · ... *adj* — **im·plant·er** \...

*syn* IMPLANT, INCULCATE, INSTILL, INSEMINATE, ... mean to introduce into the mind. IMPLANT implies teaching that makes for permanence of what is taught ⟨*implanted* a love of reading in her students⟩. INCULCATE implies persistent or repeated efforts to impress on the mind ⟨tried to *inculcate* in him high moral standards⟩. INSTILL stresses gradual, gentle imparting of knowledge over a long period of time ⟨*instill* traditional values in your children⟩. INSEMINATE applies to a sowing of ideas in many minds so that they spread through a class or nation ⟨*inseminated* an unquestioning faith in technology⟩. INFIX stresses firmly inculcating a habit of thought ⟨*infixed* a chronic cynicism⟩.

**²im·plant** \ˈim-ˌplant\ *n* (1890) : something (as a graft or device) implanted in tissue — compare COCHLEAR IMPLANT

**im·plan·ta·tion** \ˌim-ˌplan-ˈtā-shən\ *n* (1578) **1 a** : the act or process of implanting something **b** : the state resulting from being implanted **2** *in placental mammals* : the process of attachment of the early embryo to the maternal uterine wall

**im·plau·si·ble** \(,)im-ˈplȯ-zə-bəl\ *adj* (ca. 1677) : not plausible : provoking disbelief — **im·plau·si·bil·i·ty** \-ˌplȯ-zə-ˈbi-lə-tē\ *n* — **im·plau·si·bly** \-ˈplȯ-zə-blē\ *adv*

**im·plead** \im-ˈplēd\ *vt* [ME *empleden*, fr. AF *empleder*, fr. *en-* + *pleder* to plead] (14c) : to sue or prosecute at law

**¹im·ple·ment** \ˈim-plə-mənt\ *n* [ME, fr. AF, fr. LL *implementum* action of filling up, fr. L *implēre* to fill up, fr. *in-* + *plēre* to fill — more at FULL] (15c) **1** : an article serving to equip ⟨the ~*s* of religious worship⟩ **2** : a device used in the performance of a task : TOOL, UTENSIL **3** : one that serves as an instrument or tool ⟨the partnership agreement does not seem to be a very potent ~ —H. B. Hoffman⟩

*syn* IMPLEMENT, TOOL, INSTRUMENT, APPLIANCE, UTENSIL mean a relatively simple device for performing work. IMPLEMENT may apply to anything necessary to perform a task ⟨crude stone *implements*⟩ ⟨farm *implements*⟩. TOOL suggests an implement adapted to facilitate a definite kind or stage of work and suggests the need of skill more strongly than IMPLEMENT ⟨a carpenter's *tools*⟩. INSTRUMENT suggests a device capable of delicate or precise work ⟨the dentist's *instruments*⟩. APPLIANCE refers to a tool or instrument utilizing a power source and suggests portability or temporary attachment ⟨household *appliances*⟩. UTENSIL applies to a device used in domestic work or some routine unskilled activity ⟨kitchen *utensils*⟩.

**²im·ple·ment** \-ˌment\ *vt* (1806) **1** : CARRY OUT, ACCOMPLISH; *esp* : to give practical effect to and ensure of actual fulfillment by concrete measures **2** : to provide instruments or means of expression for — **im·ple·men·ta·tion** \ˌim-plə-mən-ˈtā-shən, -ˌmen-\ *n* — **im·ple·men·ter** *or* **im·ple·men·tor** \ˈim-plə-ˌmen-tər\ *n*

**im·pli·cate** \ˈim-plə-ˌkāt\ *vt* **-cat·ed; -cat·ing** [ME, to convey by implication, fr. ML *implicatus*, pp. of *implicare*, fr. L, to entwine, involve — more at EMPLOY] (15c) **1** : to involve as a consequence, corollary, or natural inference : IMPLY **2** *archaic* : to fold or twist together : ENTWINE **3 a** : to bring into intimate or incriminating connection ⟨evidence that ~*s* him in the bombing⟩ **b** : to involve in the nature or operation of something

**im·pli·ca·tion** \ˌim-plə-ˈkā-shən\ *n* (15c) **1 a** : the act of implicating : the state of being implicated **b** : close connection; *esp* : an incriminating involvement **2 a** : the act of implying : the state of being implied **b (1)** : a logical relation between two propositions that fails to hold only if the first is true and the second is false — see TRUTH TABLE table **(2)** : a logical relationship between two propositions in which if the first is true the second is true **(3)** : a statement exhibiting a relation of implication **3** : something implied: as **a** : SUGGESTION **b** : a possible significance ⟨the book has political ~*s*⟩ — **im·pli·ca·tive** \ˈim-plə-ˌkā-tiv, im-ˈpli-kə-\ *adj* — **im·pli·ca·tive·ly** *adv* — **im·pli·ca·tive·ness** *n*

**im·plic·it** \im-ˈpli-sət\ *adj* [L *implicitus*, pp. of *implicare*] (1599) **1 a** : capable of being understood from something else though unexpressed : IMPLIED ⟨an ~ assumption⟩ **b** : involved in the nature or essence of something though not revealed, expressed, or developed : POTENTIAL ⟨a sculptor may see different figures ~ in a block of stone —John Dewey⟩ **c** *of a mathematical function* : defined by an expression in which the dependent variable and the one or more independent variables are not separated on opposite sides of an equation — compare EXPLICIT 4 **2** : being without doubt or reserve : UNQUESTIONING ⟨an ~ trust⟩ — **im·plic·it·ly** *adv* — **im·plic·it·ness** *n*

**implicit differentiation** *n* (ca. 1889) : the process of finding the derivative of a dependent variable in an implicit function by differentiating each term separately, by expressing the derivative of the dependent variable as a symbol, and by solving the resulting expression for the symbol

**im·plode** \im-ˈplōd\ *vb* **im·plod·ed; im·plod·ing** [²*in-* + *-plode* (as in *explode*)] *vi* (1881) **1 a** : to burst inward ⟨a blow causing a vacuum tube to ~⟩ **b** : to undergo violent compression ⟨massive stars which ~⟩ **2** : to collapse inward as if from external pressure; *also* : to become greatly reduced as if from collapsing **3** : to break down or fall apart from within : SELF-DESTRUCT ⟨the firm . . *imploded* from greed and factionalism —Jan Hoffman⟩ ~ *vt* : to cause to implode

**im·plore** \im-ˈplȯr\ *vt* **im·plored; im·plor·ing** [MF or L; MF *implorer*, fr. L *implorare*, fr. *in-* + *plorare* to cry out] (ca. 1540) **1** : to call upon in supplication : BESEECH **2** : to call or pray for earnestly : ENTREAT ⟨*implored* the crowd to be quiet⟩ *syn* see BEG — **im·plor·ing·ly** *adv*

**im·plo·sion** \im-ˈplō-zhən\ *n* [²*in-* + *-plosion* (as in *explosion*)] (1877) **1** : the inrush of air in forming a suction stop **2** : the action of imploding **3** : the act or action of bringing to or as if to a center; *also* : INTEGRATION ⟨this ~ of cultures makes realistic for the first time the age-old vision of a world culture —Kenneth Keniston⟩ — **im·plo·sive** \-ˈplō-siv, -ziv\ *adj* or *n*

**im·ply** \im-ˈplī\ *vt* **im·plied; im·ply·ing** [ME *emplien*, fr AF *emplier* to entangle — more at EMPLOY] (14c) **1** *obs* : ENFOLD, ENTWINE **2** : to involve or indicate by inference, association, or necessary consequence rather than by direct statement ⟨rights ~ obligations⟩ **3** : to contain potentially **4** : to express indirectly ⟨his silence *implied* consent⟩ *syn* see SUGGEST *usage* see INFER

**im·po·lite** \ˌim-pə-ˈlīt\ *adj* [L *impolitus*, fr *in-* + *politus* polite] (1739) : not polite : RUDE — **im·po·lite·ly** *adv* — **im·po·lite·ness** *n*

**it·a·con·ic acid** \ˌi-tə-ˈkä-nik-\ *n* [ISV, anagram of *aconitic acid*, $C_3H_3(COOH)_3$, fr. *aconite*] (ca. 1872) : a crystalline dicarboxylic acid $C_5H_6O_4$ obtained usu. by fermentation of sugars with molds (genus *Aspergillus*) and used as a monomer for polymers and polyesters

**ital** *abbr* italic; italicized

[1]**Ital·ian** \ə-ˈtal-yən, i- *also* ˌī-\ *n* (14c) **1 a** : a native or inhabitant of Italy **b** : a person of Italian descent **2** : the Romance language of the Italians

[2]**Italian** *adj* (15c) : of, relating to, or characteristic of Italy, the Italians, or Italian

**Ital·ian·ate** \-yə-ˌnāt\ *vt* -at·ed; -at·ing *often cap* (1567) : ITALIANIZE

**Ital·ian·ate** \-nət, -ˌnāt\ *adj* (1572) : Italian in quality or characteristics

**Italian dressing** *n* (ca. 1902) : a salad dressing flavored esp. with garlic and oregano

**Italian greyhound** *n* (1743) : any of a breed of toy dogs resembling the standard greyhound in miniature

**Ital·ian·ise** *often cap, Brit var of* ITALIANIZE

**Ital·ian·ism** \ə-ˈtal-yə-ˌni-zəm, i- *also* ī-\ *n* (1594) **1 a** : a quality characteristic of Italy or the Italian people **b** : a characteristic feature of Italian occurring in another language **2 a** : specialized interest in or emulation of Italian qualities or achievements **b** : promotion of or love of Italian policies or ideals

**Ital·ian·ize** \ə-ˈtal-yə-ˌnīz, i- *also* ī-\ *vb* -ized; -iz·ing *often cap, vi* (ca. 1611) : to act Italian; *specif* : to follow the style or technique of recognized Italian painters ~ *vt* : to make Italian (as in appearance or behavior) — **Ital·ian·i·za·tion** \-ˌtal-yə-nə-ˈzā-shən\ *n*

**Italian parsley** *n* (1972) : a flat-leaved parsley

**Italian sandwich** *n* (ca. 1953) : SUBMARINE 2

**Italian sonnet** *n* (1613) : a sonnet consisting of an octave rhyming *abba abba* and a sestet rhyming in any of various patterns (as *cde cde* or *cdc dcd*) — called also *Petrarchan sonnet*

[1]**ital·ic** \ə-ˈta-lik, i-, ī-\ *adj* (1598) **1 a** : of or relating to a type style with characters that slant upward to the right (as in "*these words are italic*") — compare ROMAN **b** : of or relating to a style of slanted cursive handwriting developed in the 15th and 16th centuries **2** *cap* : of or relating to ancient Italy, its peoples, or their Indo-European languages

[2]**italic** *n* (1676) **1** : an italic character or type **2** *cap* : a branch of the Indo-European language family that includes Latin, Oscan, and Umbrian — see INDO-EUROPEAN LANGUAGES table

**ital·i·cise** *Brit var of* ITALICIZE

**ital·i·cize** \ə-ˈta-lə-ˌsīz, i-, ī-\ *vt* -cized; -ciz·ing (1795) **1** : to print in italics or underscore with a single line **2** : EMPHASIZE ⟨the microphone ~*s* every curdled top note —P. G. Davis⟩ — **ital·i·ci·za·tion** \-ˌta-lə-sə-ˈzā-shən\ *n*

**Ita·lo-** \i-ˈta-lō *also* ˈi-tə-lō\ *comb form* **1** : Italian ⟨*Italo*phile⟩ **2** : Italian and ⟨*Italo*-Austrian⟩

**Ita·lo·phile** \i-ˈta-lə-ˌfī(-ə)l\ *adj* (ca. 1902) : friendly to or favoring what is Italian — **Italophile** *n*

[1]**itch** \ˈich\ *vb* [ME *icchen*, fr. OE *giccan*; akin to OHG *jucchen* to itch] *vi* (bef. 12c) **1 a** : to have an itch ⟨her arm ~*ed*⟩ **b** : to produce an itchy sensation ⟨long underwear that ~*es*⟩ **2** : to have a restless desire or hankering for something ⟨were ~*ing* to go outside⟩ ~ *vt* **1** : to cause to itch **2** : VEX, IRRITATE

[2]**itch** *n* (bef. 12c) **1 a** : an uneasy irritating sensation in the upper surface of the skin usu. held to result from mild stimulation of pain receptors **b** : a skin disorder accompanied by such a sensation; *esp* : a contagious eruption caused by a mite (*Sarcoptes scabiei*) that burrows in the skin and causes intense itching **2 a** : a restless usu. constant often compulsive desire ⟨an ~ to travel⟩ **b** : LUST, PRURIENCE — **itch·i·ness** \ˈi-chē-nəs\ *n* — **itchy** \ˈi-chē\ *adj*

**it'd** \ˈi-təd, ˌid\ (1859) : it had : it would

[1]**-ite** *n suffix* [fr. L *-ita, -ites*, fr. Gk *-itēs*] **1 a** : native : resident ⟨Brooklyn*ite*⟩ **b** : descendant ⟨Ephraim*ite*⟩ **c** : adherent : follower ⟨Jacobi*te*⟩ ⟨Pusey*ite*⟩ **2 a (1)** : product ⟨metabol*ite*⟩ **(2)** : commercially manufactured product ⟨ebon*ite*⟩ **b** : -ITOL ⟨mann*ite*⟩ **3** [NL *-ites*, fr. L] : fossil ⟨ammon*ite*⟩ **4** : mineral ⟨erythr*ite*⟩ : rock ⟨anorthos*ite*⟩ **5** [F, fr. L *-ita, -ites*] : segment or constituent part of a body or of a bodily part ⟨som*ite*⟩ ⟨dendr*ite*⟩

[2]**-ite** *n suffix* [F, alter. of *-ate* -ate, fr. NL *-atum*] : salt or ester of an acid with a name ending in *-ous* ⟨nitr*ite*⟩

[1]**item** \ˈī-ˌtem, ˈī-təm\ *adv* [ME, fr. L, fr. *ita* thus] (14c) : and in addition : ALSO — used to introduce each article in a list or enumeration

[2]**item** \ˈī-təm\ *n* (1561) **1** *obs* : WARNING, HINT **2** : a distinct part in an enumeration, account, or series : ARTICLE **3** : an object of attention, concern, or interest **4** : a separate piece of news or information **5** : a couple in a romantic or sexual relationship

*syn* ITEM, DETAIL, PARTICULAR mean one of the distinct parts of a whole. ITEM applies to each thing specified separately in a list or in a group of things that might be listed or enumerated ⟨every *item* on the list⟩. DETAIL applies to one of the small component parts of a larger whole such as a task, building, painting, narration, or process ⟨leave the *details* to others⟩. PARTICULAR stresses the smallness, singleness, and esp. the concreteness of a detail or item ⟨a description that included few *particulars*⟩.

[3]**item** \ˈī-təm\ *vt* (1601) **1** *archaic* : COMPUTE, RECKON **2** *archaic* : to set down the particular details of

**item·ise** *Brit var of* ITEMIZE

**item·i·za·tion** \ˌī-tə-mə-ˈzā-shən\ *n* (1894) : the act of itemizing; *also* : an itemized list

**item·ize** \ˈī-tə-ˌmīz\ *vt* -ized; -iz·ing (1857) : to set down in detail or by particulars : LIST ⟨*itemized* all expenses⟩

**it·er·ance** \ˈi-tə-rən(t)s\ *n* (1604) : REPETITION 1a

**it·er·ant** \-rənt\ *adj* (1626) : marked by repetition, reiteration, or recurrence ⟨~ echoes⟩

**it·er·ate** \ˈi-tə-ˌrāt\ *vt* -at·ed; -at·ing [L *iteratus*, pp. of *iterare*, fr. *iterum* again; akin to L *is* he, that, *ita* thus, Skt *itara* the other, *iti* thus] (1533) : to say or do again or again and again : REITERATE

**it·er·a·tion** \ˌi-tə-ˈrā-shən\ *n* (15c) **1** : the action or a process of iterating or repeating: as **a** : a procedure in which repetition of a sequence of operations yields results successively closer to a desired result **b** : the repetition of a sequence of computer instructions a specified number of times or until a condition is met — compare RECURSION **2** : one execution of a sequence of operations or instructions in an iteration **3** : VERSION, INCARNATION ⟨the latest ~ of the operating system⟩

**it·er·a·tive** \ˈi-tə-ˌrā-tiv, -rə-\ *adj* (15c) : involving repetition: as **a** : expressing repetition of a verbal action **b** : relating to or being iterations of an operation or procedure — **it·er·a·tive·ly** *adv*

**ithy·phal·lic** \ˌi-thi-ˈfa-lik\ *adj* [LL *ithyphallicus*, fr. Gk *ithyphallikos*, fr. *ithyphallos* erect phallus, fr. *ithys* straight + *phallos* phallus] (1795) **1** : of or relating to the phallus carried in procession in ancient festivals of Bacchus **2 a** : having an erect penis — usu. used of figures in art representation **b** : OBSCENE, LEWD

**itin·er·an·cy** \ī-ˈti-nə-rən(t)-sē\ *n* (1789) **1** : a system (as in the Methodist Church) of rotating ministers who itinerate **2 a** : the act of itinerating **b** : the state of being itinerant

**itin·er·ant** \-rənt\ *adj* [LL *itinerant-, itinerans*, prp. of *itinerari* to journey, fr. L *itiner-, iter* journey, way; akin to Hitt *itar* way, L *ire* to go — more at ISSUE] (ca. 1576) : traveling from place to place; *esp* : covering a circuit ⟨~ preacher⟩ — **itinerant** *n* — **itin·er·ant·ly** *adv*

**itin·er·ary** \ī-ˈti-nə-ˌrer-ē, ə-, *chiefly Brit* -ˈti-nə-rē\ *n, pl* -ar·ies (15c) **1** : the route of a journey or tour or the proposed outline of one **2** : a travel diary **3** : a traveler's guidebook — **itinerary** *adj*

**itin·er·ate** \ī-ˈti-nə-ˌrāt, ə-\ *vi* -at·ed; -at·ing (1775) : to travel a preaching or judicial circuit — **itin·er·a·tion** \-ˌti-nə-ˈrā-shən\ *n*

**-itious** *adj suffix* [L *-icius, -itius*] : of, relating to, or having the characteristics of ⟨excrement*itious*⟩

**-itis** *n suffix, pl* -itis·es *also* -iti·des *or* -ites [NL, fr. L & Gk; L, fr. Gk, fr. fem. of *-itēs* -ite] **1** : disease or inflammation ⟨bronch*itis*⟩ **2** *pl* *-itises* : condition likened to a disease — chiefly in nonce formations ⟨television*itis*⟩

**it'll** \ˈi-tᵊl\ (1824) : it will : it shall

**ITO** *abbr* International Trade Organization

**-itol** *n suffix* [ISV [1]*-ite* + [1]*-ol*] : polyhydroxy alcohol usu. related to a sugar ⟨manni*tol*⟩

**its** \ˈits, əts\ *adj* (ca. 1507) : of or relating to it or itself esp. as possessor, agent, or object of an action ⟨going to ~ kennel⟩ ⟨a child proud of ~ first drawings⟩ ⟨~ final enactment into law⟩

**it's** \ˈits, əts\ (ca. 1555) : it is : it has

**it·self** \it-ˈself, ət-, *Southern also* -ˈsef\ *pron* (bef. 12c) **1** : that identical one — compare IT 1 — used reflexively ⟨watched the cat giving ~ a bath⟩, for emphasis ⟨the letter ~ was missing⟩, or in absolute constructions ⟨~ a splendid specimen of classic art, it has been exhibited throughout the world⟩ **2** : its normal, healthy, or sane condition — **itself** : in its own nature : INTRINSICALLY ⟨was not *in itself* bad⟩

**it·ty-bit·ty** \ˈi-tē-ˈbi-tē\ *or* **it·sy-bit·sy** \ˈit-sē-ˈbit-sē\ *adj* [prob. fr. baby talk for *little bit*] (1938) : extremely small : TINY

**ITU** *abbr* **1** International Telecommunication Union **2** International Typographical Union

**ITV** *abbr* instructional television

**-ity** *n suffix, pl* -ities [ME *-ite*, fr. L *-itat-, -itas*, fr. *-i-* (stem vowel of adjs.) + *-tat-, -tas* -ty; akin to Gk *-tēt-, -tēs* -ity] : quality : state : degree ⟨alkalin*ity*⟩ ⟨theatrical*ity*⟩

**IU** *abbr* international unit

**IUD** \ˌī-(ˌ)yü-ˈdē\ *n* (1965) : INTRAUTERINE DEVICE

**-ium** *n suffix* **1** [NL, fr. L, ending of some neut. nouns] **a** : a chemical element ⟨sod*ium*⟩ **b** : cation ⟨tetrazol*ium*⟩ **2** *pl* -iums *or* -ia [NL, fr. L, fr. Gk *-ion*] : small one : mass — esp. in botanical terms ⟨pollinium⟩

[1]**IV** \ˌī-ˈvē\ *n, pl* **IVs** [intravenous] (ca. 1955) : an apparatus used to administer a fluid (as of medication, blood, or nutrients) intravenously; *also* : a fluid administered by IV

[2]**IV** *abbr* intravenous; intravenously

**-ive** *adj suffix* [MF *-ive*, fr. L *-ivus*] : that performs or tends toward an (indicated) action ⟨amus*ive*⟩

**I've** \ˈīv, əv\ (1586) : I have

**iver·mec·tin** \ˌī-vər-ˈmek-tən\ *n* [perh. fr. *di-* + NL *avermitilis* (specific epithet of *Streptomyces avermitilis*, bacterium from which it is derived) + E *-ect-* (of unknown origin) + [1]*-in*] (1981) : a drug mixture of two structurally similar semisynthetic lactones that is used in veterinary medicine as an anthelmintic, acaricide, and insecticide and in human medicine to treat onchocerciasis

**IVF** *abbr* in vitro fertilization

**ivied** \ˈī-vēd\ *adj* (ca. 1771) **1** : overgrown with ivy **2** : ACADEMIC

**ivo·ry** \ˈīv-rē, ˈī-və-rē\ *n, pl* -ries [ME *ivorie*, fr. AF *ivoire, ivurie*, fr. L *eboreus* of ivory, fr. *ebor-, ebur* ivory, fr. Egypt *ꜣb, ꜣbw* elephant, ivory] (13c) **1 a** : the hard creamy-white modified dentine that composes the tusks of a tusked mammal (as an elephant, walrus, or narwhal) **b** : a tusk that yields ivory **2** : a variable color averaging a pale yellow **3** *slang* : TOOTH **4** : something (as a piano key) made of ivory or of a similar substance — **ivory** *adj*

**ivo·ry–bill** \-ˌbil\ *n* (1787) : IVORY-BILLED WOODPECKER

**ivo·ry–billed woodpecker** \-ˈbild-\ *n* (1811) : a very large black-and-white woodpecker (*Campephilus principalis*) of the southeastern U.S. and Cuba that has a showy red crest in the male and is presumed extinct in the U.S.

**ivory black** *n* (1634) : a fine black pigment made by calcining ivory

**ivory nut** *n* (ca. 1847) : the nutlike seed of a So. American palm (*Phytelephas macrocarpa*) containing a very hard endosperm used for carving and turning — compare VEGETABLE IVORY

**ivory tower** *n* [trans. of F *tour d'ivoire*] (1911) **1** : an impractical often escapist attitude marked by aloof lack of concern with or interest in practical matters or urgent problems **2** : a secluded place that affords the means of treating practical issues with an impractical often escapist attitude; *esp* : a place of learning — **ivory–tower** *adj* — **ivo·ry–tow·er·ish** \-ˈtau̇-(ə-)rish\ *adj*

**ivo·ry–tow·ered** \-ˈtau̇(-ə)rd\ *adj* (1937) : divorced from reality and practical matters ⟨an ~ recluse⟩

[1]**ivy** \ˈī-vē\ *n, pl* **ivies** [ME, fr. OE *īfig*; akin to OHG *ebah* ivy] (bef. 12c) **1** : a widely cultivated ornamental climbing or prostrate or sometimes shrubby chiefly Eurasian vine (*Hedera helix*) of the ginseng family with evergreen leaves, small yellowish flowers, and black berries **2** : POISON IVY **3** *often cap* : an Ivy League college

ivy 1