# NETFLIX, INC. vs. BLOCKBUSTER INC.

**CASE NO. C 06 2361 WHA (JCS)**

**BLOCKBUSTER INC.'S**

# EXHIBIT C (Part 2 of 2)

TO

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

*filed on November 15, 2006*

Dockets.Justia.com

**lime–twig** \ˈlīm-ˌtwig\ *n* (15c) **1** : a twig covered with birdlime to catch birds **2** : SNARE

**lime·wa·ter** \-ˌwȯ-tər, -ˌwä-\ *n* (ca. 1500) : an alkaline water solution of calcium hydroxide used as an antacid

**¹lim·ey** \ˈlī-mē\ *n, pl* **limeys** *often cap* [*lime-*juicer + ¹-*y*] (1918) **1** *slang* : a British sailor **2** *slang* : ENGLISHMAN

**²limey** *var of* LIMY

**lim·i·nal** \ˈli-mə-nᵊl\ *adj* [L *limin-, limen* threshold] (1884) **1** : of or relating to a sensory threshold **2** : barely perceptible **3** : of, relating to, or being an intermediate state, phase, or condition : IN-BETWEEN, TRANSITIONAL ⟨in the ~ state between life and death —Deborah Jowitt⟩

**¹lim·it** \ˈli-mət\ *n* [ME, fr. AF *limite*, fr. L *limit-, limes* boundary] (14c) **1 a** : something that bounds, restrains, or confines **b** : the utmost extent **2 a** : a geographic or political boundary **b** *pl* : the place enclosed within a boundary : BOUNDS **3** : LIMITATION **4** : a determining feature or differentia in logic **5** : a prescribed maximum or minimum amount, quantity, or number: as **a** : the maximum quantity of game or fish that may be taken legally in a specified period **b** : a maximum established for a gambling bet, raise, or payoff **6 a** : a number whose numerical difference from a mathematical function is arbitrarily small for all values of the independent variables that are sufficiently close to but not equal to given prescribed numbers or that are sufficiently large positively or negatively **b** : a number that for an infinite sequence of numbers is such that ultimately each of the remaining terms of the sequence differs from this number by less than any given positive amount **7** : something that is exasperating or intolerable — **lim·it·less** \-ləs\ *adj* — **lim·it·less·ly** *adv* — **lim·it·less·ness** *n*

**²limit** *vt* (14c) **1** : to assign certain limits to : PRESCRIBE ⟨reserved the right to ~ use of the land⟩ **2 a** : to restrict the bounds or limits of ⟨the specialist can no longer ~ himself to his specialty⟩ **b** : to curtail or reduce in quantity or extent ⟨we must ~ the power of aggressors⟩ — **lim·it·able** \-mə-tə-bəl\ *adj* — **lim·it·er** *n*

*syn* LIMIT, RESTRICT, CIRCUMSCRIBE, CONFINE mean to set bounds for. LIMIT implies setting a point or line (as in time, space, speed, or degree) beyond which something cannot or is not permitted to go ⟨visits are *limited* to 30 minutes⟩. RESTRICT suggests a narrowing or tightening or restraining within or as if within an encircling boundary ⟨laws intended to *restrict* the freedom of the press⟩. CIRCUMSCRIBE stresses a restriction on all sides and by clearly defined boundaries ⟨the work of the investigating committee was carefully *circumscribed*⟩. CONFINE suggests severe restraint and a resulting cramping, fettering, or hampering ⟨our choices were *confined* by finances⟩.

**lim·i·tary** \ˈli-mə-ˌter-ē\ *adj* (1620) **1** *archaic* : subject to limits **2 a** *archaic* : of or relating to a boundary **b** : LIMITING, ENCLOSING

**lim·i·ta·tion** \ˌli-mə-ˈtā-shən\ *n* (14c) **1** : an act or instance of limiting **2** : the quality or state of being limited **3** : something that limits : RESTRAINT **4** : a certain period limited by statute after which actions, suits, or prosecutions cannot be brought in the courts — **lim·i·ta·tion·al** \-shnəl, -shə-nᵊl\ *adj*

**lim·i·ta·tive** \ˈli-mə-ˌtā-tiv\ *adj* (1530) : LIMITING, RESTRICTIVE

**lim·it·ed** \ˈli-mə-təd\ *adj* (1597) **1 a** : confined within limits : RESTRICTED ⟨~ success⟩ **b** *of a train* : offering faster service esp. by making a limited number of stops **2** : characterized by enforceable limitations prescribed (as by a constitution) upon the scope or exercise of powers ⟨a ~ monarchy⟩ **3** : lacking breadth and originality ⟨a bit ~; a bit thick in the head —Virginia Woolf⟩ — **lim·it·ed·ly** *adv* — **lim·it·ed·ness** *n*

**limited–access** *adj* (1944) *of a road* : having access restricted to a relatively small number of points

**limited edition** *n* (1890) : an issue of something collectible (as books, prints, or medals) that is advertised to be limited to a relatively small number of copies

**limited liability** *n* (1848) : liability (as of a stockholder or shipowner) limited by statute or treaty

**limited liability partnership** *n* (1980) : a partnership in which the partnership is liable as an entity for debts and obligations and the partners are not liable personally

**limited partner** *n* (1907) : a partner in a venture who has no management authority and whose liability is restricted to the amount of his or her investment — compare GENERAL PARTNER

**limited partnership** *n* (1846) : a partnership having one or more general partners and one or more limited partners

**limited war** *n* (1939) : a war whose objective is less than the total defeat of the enemy

**lim·it·ing** \ˈli-mə-tiŋ\ *adj* (1644) **1 a** : functioning as a limit : RESTRICTIVE ⟨~ value⟩ **b** : being an environmental factor (as a nutrient) that limits the population size of an organism **2** : serving to specify the application of the modified noun ⟨*this* in "this book" is a ~ word⟩ — **lim·it·ing·ly** *adv*

**limit point** *n* (1905) : a point that is related to a set of points in such a way that every neighborhood of the point no matter how small contains another point belonging to the set — called also *point of accumulation*

**lim·i·trophe** \ˈli-mə-ˌtrōf, -ˌtrȯf\ *adj* [F, fr. LL *limitrophus* bordering upon, lit., providing subsistence for frontier troops, irreg. fr. L *limit-, limes* boundary + Gk *trophos* feeder, fr. *trephein* to nourish] (1763) : situated on a border or frontier : ADJACENT ⟨the area ~ to the river⟩

**lim·mer** \ˈli-mər\ *n* [ME (Sc)] (15c) **1** *chiefly Scot* : SCOUNDREL **2** *chiefly Scot* : PROSTITUTE

**limn** \ˈlim\ *vt* **limned; limn·ing** \ˈli-miŋ, ˈlim-niŋ\ [ME *limnen* to illuminate (a manuscript), prob. back-formation from *lymnour* illuminator, alter. of *lumenur*, fr. AF *aluminer, enluminer* to illuminate, ultim. fr. L *illuminare*] (1592) **1** : to draw or paint on a surface **2** : to outline in clear sharp detail : DELINEATE **3** : DESCRIBE ⟨the novel ~s the frontier life of the settlers⟩ — **limn·er** \ˈli-mər, ˈlim-nər\ *n*

**lim·net·ic** \lim-ˈne-tik\ *adj* [ISV, fr. Gk *limnē* pool, marshy lake; perh. akin to L *limus* mud — more at LIME] (1899) : of, relating to, or inhabiting the open water of a body of freshwater ⟨~ environment⟩

**lim·nol·o·gy** \lim-ˈnä-lə-jē\ *n* [Gk *limnē* + ISV *-logy*] (ca. 1888) : the scientific study of bodies of freshwater (as lakes) — **lim·no·log·i·cal** \ˌlim-nə-ˈlä-ji-kəl\ *also* **lim·no·log·ic** \-ˈlä-jik\ *adj* — **lim·nol·o·gist** \lim-ˈnä-lə-jist\ *n*

**limo** \ˈli-(ˌ)mō\ *n, pl* **lim·os** (1968) : LIMOUSINE

**Li·moges** \li-ˈmōzh\ *n* [*Limoges*, France] (1844) : enamelware or porcelain made at Limoges

**lim·o·nene** \ˈli-mə-ˌnēn\ *n* [ISV, fr. F *limon* lemon, fr. MF] (1845) : a widely distributed terpene hydrocarbon $C_{10}H_{16}$ that occurs in essential oils (as of oranges or lemons) and has a lemon odor

**li·mo·nite** \ˈlī-mə-ˌnīt\ *n* [G *Limonit*, fr. Gk *leimōn* wet meadow; akin to Gk *limnē* pool] (1823) : a native hydrous ferric oxide of variable composition that is an ore of iron — **li·mo·nit·ic** \ˌlī-mə-ˈni-tik\ *adj*

**Lim·ou·sin** \li-ˈmü-sin, ˈli-mə-ˌzēn, lē-mü-ˈzaⁿ\ *n* [*Limousin*, France] (1920) : any of a French breed of medium-sized yellowish-red cattle bred esp. for meat

**lim·ou·sine** \ˈli-mə-ˌzēn, ˌli-mə-ˈ\ *n* [F, lit., cloak, fr. *Limousin*, France] (1902) **1** : a large luxurious often chauffeur-driven sedan that usu. has a glass partition separating the driver's seat from the passenger compartment **2** : a large vehicle for transporting passengers to and from an airport

**limousine liberal** *n* (1969) : a wealthy political liberal

**¹limp** \ˈlimp\ *vi* [prob. fr. ME *lympen* to fall short; akin to OE *limpan* to happen, *lemphealt* lame] (ca. 1570) **1 a** : to walk lamely; *esp* : to walk favoring one leg **b** : to go unsteadily : FALTER **2** : to proceed slowly or with difficulty ⟨the ship ~ed back to port⟩ — **limp·er** *n*

**²limp** *n* (1818) : a limping movement or gait

**³limp** *adj* [akin to ¹*limp*] (ca. 1706) **1 a** : lacking firm texture, substance, or structure ⟨~ curtains⟩ ⟨her hair hung ~ about her shoulders⟩ **b** : not stiff or rigid ⟨a book in a ~ binding⟩ **2 a** : WEARY, EXHAUSTED ⟨~ with fatigue⟩ **b** : lacking in strength, vigor, or firmness : SPIRITLESS — **limp·ly** *adv* — **limp·ness** *n*

**lim·pa** \ˈlim-pə\ *n* [Sw] (1948) : rye bread made with molasses or brown sugar

**lim·pet** \ˈlim-pət\ *n* [ME *lempet*, fr. OE *lempedu*, fr. ML *lampreda* lamprey] (bef. 12c) **1** : a marine gastropod mollusk (esp. families Acmaeidae and Patellidae) that has a low conical shell broadly open beneath, browses over rocks or timbers in the littoral area, and clings very tightly when disturbed **2** : one that clings tenaciously to someone or something **3** : an explosive device designed to cling magnetically to a metallic surface (as the hull of a ship)

limpet 1

**lim·pid** \ˈlim-pəd\ *adj* [F or L; F *limpide*, fr. L *limpidus*, perh. fr. *lympha* water — more at LYMPH] (1613) **1 a** : marked by transparency : PELLUCID ⟨~ streams⟩ **b** : clear and simple in style ⟨~ prose⟩ **2** : absolutely serene and untroubled *syn* see CLEAR — **lim·pid·i·ty** \lim-ˈpi-də-tē\ *n* — **lim·pid·ly** \ˈlim-pəd-lē\ *adv* — **lim·pid·ness** *n*

**limp·kin** \ˈlim(p)-kən\ *n* [perh. fr. ³*limp*] (1871) : a large brown wading bird (*Aramus guarauna*) of southern Georgia, Florida, and Central and So. America that resembles a bittern but has a longer slightly curved bill, longer neck and legs, and white stripes on head and neck

**limp–wrist·ed** \ˈlimp-ˌris-təd\ *adj* (ca. 1960) **1** : EFFEMINATE **2** : WEAK

**lim·u·lus** \ˈlim-yə-ləs\ *n, pl* **-li** \-ˌlī, -ˌlē\ [NL, genus name, fr. L *limus* oblique, transverse — more at LIMEN] (1837) : HORSESHOE CRAB

**limy** *or* **lim·ey** \ˈlī-mē\ *adj* **lim·i·er; -est** (ca. 1552) **1** : smeared with or consisting of lime : VISCOUS **2** : containing lime or limestone **3** : resembling or having the qualities of lime

**lin** *abbr* lineal; linear

**lin·ac** \ˈli-ˌnak\ *n* (1950) : LINEAR ACCELERATOR

**lin·age** *also* **line·age** \ˈlī-nij\ *n* (1884) : the number of lines of printed or written matter

**lin·al·o·ol** \lə-ˈna-lə-ˌwȯl, lī-, -ˌwōl\ *n* [ISV, fr. MexSp *lináloe*, tree yielding perfume, fr. ML *lignum aloes*, lit., wood of the aloe] (1891) : a fragrant liquid alcohol $C_{10}H_{18}O$ that occurs both free and in the form of esters in many essential oils and is used in perfumes, soaps, and flavoring materials

**linch·pin** *also* **lynch·pin** \ˈlinch-ˌpin\ *n* [ME *lynspin*, fr. *lyns* linchpin (fr. OE *lynis*) + *pin*; akin to MHG *luns* linchpin] (13c) **1** : a locking pin inserted crosswise (as through the end of an axle or shaft) **2** : one that serves to hold together parts or elements that exist or function as a unit ⟨the ~ in the defense's case⟩

**Lin·coln** \ˈliŋ-kən\ *n* [*Lincolnshire*, England] (1837) : any of an English breed of long-wooled mutton-type sheep

**Lin·coln·i·a·na** \(ˌ)liŋ-ˌkō-nē-ˈä-nə, -ˈa-nə, -ˈā-nə\ *n pl* (1921) : materials relating to Abraham Lincoln

**Lincoln's Birthday** \ˈliŋ-kənz-\ *n* (1898) **1** : February 12 observed as a legal holiday in many states of the U.S. **2** : the first Monday in February observed as a legal holiday by some states of the U.S.

**lin·co·my·cin** \ˌliŋ-kə-ˈmī-sᵊn\ *n* [NL *lincolnensis* (specific epithet of *Streptomyces lincolnensis*) + E *-mycin*] (1963) : an antibiotic $C_{18}H_{34}N_2O_6S$ obtained from an actinomycete (*Streptomyces lincolnensis*) and effective esp. against gram-positive bacteria

**Lincs** *abbr* Lincolnshire

**lin·dane** \ˈlin-ˌdān\ *n* [T. van der *Linden*, 20th cent. Belgian chemist] (ca. 1949) : a persistent organochlorine insecticide that consists chiefly of the gamma isomer of BHC

**lin·den** \ˈlin-dən\ *n* [ME, made of linden wood, fr. OE, fr. *lind* linden tree; prob. akin to OE *līthe* gentle — more at LITHE] (1577) **1** : any of a genus (*Tilia* of the family Tiliaceae, the linden family) of deciduous trees of temperate regions that have cordate leaves and a winglike bract attached to the peduncle of the flower and fruit and that are often planted as ornamental and shade trees: as **a** : a commonly cultivated European tree (*T. europaea* syn. *T. vulgaris*) much used for ornamental planting **b** : a tree (*T. americana*) chiefly of the central and eastern U.S. — called also *basswood* **2** : the light fine-grained white wood of a linden; *esp* : BASSWOOD 2

**Lin·dy** \ˈlin-dē\ *n* [prob. fr. *Lindy*, nickname of Charles A. Lindbergh] (1931) : a jitterbug dance originating in Harlem and later developing many local variants — called also *Lindy Hop*

**¹line** \ˈlīn\ *n, often attrib* [ME; partly fr. AF *lingne*, fr. L *linea*, fr. fem. of *lineus* made of flax, fr. *linum* flax; partly fr. OE *line*; akin to OE *līn* flax

: flowing freely like water 2 : having the properties of a liquid : being neither solid nor gaseous 3 a : shining and clear ⟨large ~ eyes⟩ b : being musical and free of harshness in sound c : smooth and unconstrained in movement d : articulated without friction and capable of being prolonged like a vowel ⟨a ~ consonant⟩ 4 a : consisting of or capable of ready conversion into cash ⟨~ assets⟩ b : capable of covering current liabilities quickly with current assets — **li·quid·i·ty** \li-ˈkwi-də-tē\ *n* — **liq·uid·ly** \ˈli-kwəd-lē\ *adv* — **liq·uid·ness** *n*

²**liquid** *n* (1530) 1 : a liquid consonant 2 : a fluid (as water) that has no independent shape but has a definite volume and does not expand indefinitely and that is only slightly compressible

**liq·uid·am·bar** \ˌli-kwə-ˈdam-bər\ *n* [NL, fr. L *liquidus* + ML *ambar*, *ambra* amber] (ca. 1577) 1 : STORAX 1b 2 : any of a genus (*Liquidambar*) of deciduous No. American and Asian trees (as the sweet gum) of the witch-hazel family with monoecious flowers and a spiny globose fruit composed of many woody capsules each having two carpels

**liq·ui·date** \ˈli-kwə-ˌdāt\ *vb* **-dat·ed; -dat·ing** [LL *liquidatus*, pp. of *liquidare* to melt, fr. L *liquidus*] *vt* (ca. 1575) 1 a (1) : to determine by agreement or by litigation the precise amount of (indebtedness, damages, or accounts) (2) : to determine the liabilities and apportion assets toward discharging the indebtedness of b : to settle (a debt) by payment or other settlement 2 *archaic* : to make clear 3 : to do away with 4 : to convert (assets) into cash ~ *vi* 1 : to liquidate debts, damages, or accounts 2 : to determine liabilities and apportion assets toward discharging indebtedness — **liq·ui·da·tion** \ˌli-kwə-ˈdā-shən\ *n*

**liq·ui·da·tor** \ˈli-kwə-ˌdā-tər\ *n* (ca. 1828) : one that liquidates; *esp* : an individual appointed by law to liquidate assets

**liquid crystal** *n* (1891) : an organic liquid whose physical properties resemble those of a crystal in the formation of loosely ordered molecular arrays similar to a regular crystalline lattice and the anisotropic refraction of light

**liquid crystal display** *n* (1968) : LCD

**liq·uid·ize** \ˈli-kwə-ˌdīz\ *vt* **-ized; -iz·ing** (1837) : to cause to be liquid

**liquid measure** *n* (ca. 1678) : a unit or series of units for measuring liquid capacity — see METRIC SYSTEM table, WEIGHT table

¹**li·quor** \ˈli-kər\ *n* [ME *licour*, fr. AF, fr. L *liquor*, fr. *liquēre*] (13c) : a liquid substance: as a : a usu. distilled rather than fermented alcoholic beverage b : a watery solution of a drug c : BATH 2b(1)

²**liquor** *vb* **li·quored; li·quor·ing** \ˈli-k(ə-)riŋ\ *vt* (1502) 1 : to dress (as leather) with oil or grease 2 : to make drunk with alcoholic liquor — usu. used with *up* ~ *vi* : to drink alcoholic liquor esp. to excess — usu used with *up*

**li·quo·rice** *chiefly Brit var of* LICORICE

¹**li·ra** \ˈlir-ə, ˈlē-rə\ *n, pl* **li·re** \ˈlē-(ˌ)rā\ *also* **liras** [It, fr. L *libra*, a unit of weight] (1617) : the basic monetary unit of Italy until 2002

²**lira** *n, pl* **liras** [Turk, fr. It] (1871) — see MONEY table

³**lira** *n, pl* **li·roth** *or* **li·rot** \ˈlē-ˌrōt, -ˌrōth\ [ModHeb, fr. It] (ca. 1946) : the former Israeli pound

⁴**lira** *n, pl* **li·ri** \ˈlē-(ˌ)rē\ [Maltese, fr. It] (ca. 1985) — see MONEY table

**li·ri·ope** \lə-ˈrī-ə-(ˌ)pē\ *n* [NL, fr. *Liriope*, a nymph in Roman mythology] (1946) : any of a genus (*Liriope*) of stemless Asian herbs of the lily family that are widely cultivated as ground cover for their grasslike leaves and small white, blue, or violet flowers

**lir·i·pipe** \ˈlir-ə-ˌpīp\ *n* [ML *liripipium*] (1594) : a pendent part of a tippet; *also* : TIPPET, SCARF

**lisente** *pl of* SENTE

**lisle** \ˈlī(-ə)l\ *n, often attrib* [*Lisle* Lille, France] (1858) : a smooth tightly twisted thread usu. made of long-staple cotton

¹**lisp** \ˈlisp\ *vb* [ME, fr. OE *-wlyspian*; akin to OHG *lispen* to lisp] *vi* (bef. 12c) 1 : to pronounce the sibilants \s\ and \z\ imperfectly esp. by turning them into \th\ and \th\ 2 : to speak falteringly, childishly, or with a lisp ~ *vt* : to utter falteringly or with a lisp — **lisp·er** *n*

²**lisp** *n* (ca. 1625) 1 : a speech defect or affectation characterized by lisping 2 : a sound resembling a lisp

**LISP** \ˈlisp\ *n* [*list processing*] (1959) : a computer programming language that is designed for easy manipulation of data strings and is used extensively for work in artificial intelligence

**lis·some** *also* **lis·som** \ˈli-səm\ *adj* [alter. of *lithesome*] (1763) 1 a : easily flexed b : LITHE 2 2 : NIMBLE — **lis·some·ly** *adv* — **lis·some·ness** *n*

¹**list** \ˈlist\ *vb* [ME *lysten*, fr OE *lystan*; akin to OE *lust* desire, lust] *vt* (bef. 12c) *archaic* : PLEASE, SUIT ~ *vi, archaic* : WISH, CHOOSE

²**list** *n* [ME, prob. fr. *lysten*] (13c) *archaic* : INCLINATION, CRAVING

³**list** *vb* [ME, fr. OE *hlystan*, fr. *hlyst* hearing; akin to OE *hlysnan* to listen] *vi* (bef. 12c) *archaic* : LISTEN ~ *vt, archaic* : to listen to : HEAR

⁴**list** *n* [ME, fr. OE *līste*; akin to OHG *līsta* edge, Alb *leth*] (bef. 12c) 1 : a band or strip of material: as a : LISTEL b : SELVAGE c : a narrow strip of wood cut from the edge of a board 2 *pl but sing or pl in constr* a : an arena for combat (as jousting) b : a field of competition or controversy 3 *obs* : LIMIT, BOUNDARY 4 : STRIPE

⁵**list** *vt* (1635) 1 : to cut away a narrow strip from the edge of 2 : to prepare or plant (land) in ridges and furrows with a lister

⁶**list** *n* [origin unknown] (1582) : a deviation from the vertical : TILT; *also* : the extent of such a deviation

⁷**list** *vi* (1626) : to tilt to one side; *esp, of a boat or ship* : to tilt to one side in a state of equilibrium (as from an unbalanced load) — compare HEEL ~ *vt* : to cause to list

⁸**list** *n* [F *liste*, fr. It *lista*, of Gmc origin; akin to OHG *līsta* edge] (1602) 1 a : a simple series of words or numerals (as the names of persons or objects) ⟨a guest ~⟩ b : an official roster : ROLL 2 : CATALOG, CHECKLIST 3 : the total number to be considered or included ⟨a situation that heads their ~ of troubles⟩

⁹**list** *vt* (1614) 1 a : to make a list of : ENUMERATE b : to include on a list : REGISTER 2 : to place (oneself) in a specified category ⟨~*s* himself as a political liberal⟩ 3 *archaic* : RECRUIT ~ *vi* 1 *archaic* : ENLIST 2 : to become entered in a catalog with a selling price ⟨a car that ~*s* for $12,000⟩ — **list·ee** \li-ˈstē\ *n*

**lis·tel** \ˈlis-tᵊl, lis-ˈtel\ *n* [F, fr. It *listello*, dim. of *lista* fillet, roster] (1598) : a narrow band in architecture : FILLET

¹**lis·ten** \ˈli-sᵊn\ *vb* **lis·tened; lis·ten·ing** \ˈlis-niŋ, ˈli-sᵊn-iŋ\ [ME *listnen*, fr. OE *hlysnan*; akin to Skt *śroṣati* he hears, OE *hlūd* loud] *vt* (bef. 12c) *archaic* : to give ear to : HEAR ~ *vi* 1 : to pay attention to sound ⟨~ to music⟩ 2 : to hear something with thoughtful attention : give consideration ⟨~ to a plea⟩ 3 : to be alert to catch an expected sound ⟨~ for his step⟩ — **lis·ten·er** \ˈlis-nər, ˈli-sᵊn-ər\ *n*

²**listen** *n* (1788) : an act of listening

**lis·ten·able** \ˈlis-nə-bəl, ˈli-sᵊn-ə-\ *adj* (1942) : agreeable to listen to

**lis·ten·er·ship** \ˈlis-nər-ˌship, ˈli-sᵊn-ər-\ *n* (1943) : the audience for a radio program or recording; *also* : the number or kind of that audience

**listen in** *vi* (1905) 1 : to tune in to or monitor a broadcast 2 : to listen to a conversation without participating in it; *esp* : EAVESDROP — **lis·ten·er–in** \ˌlis-nər-ˈin, ˌli-sᵊn-ər-\ *n*

**listening post** *n* (1942) : a center for monitoring electronic communications (as of an enemy)

¹**list·er** \ˈlis-tər\ *n* (1682) : one that lists or catalogs

²**lister** *n* [⁵*list*] (1887) : a double-moldboard plow often equipped with a subsoiling attachment and used mainly where rainfall is limited

**lis·te·ri·o·sis** \lis-ˌtir-ē-ˈō-səs\ *n, pl* **-o·ses** \-ˌsēz\ [NL, fr. *Listeria*, fr. Joseph *Lister*] (1941) : a serious encephalitic disease of a wide variety of animals that is caused by a bacterium (*Listeria monocytogenes*) and that in animals is often fatal but in humans is usu. not fatal

**list·ing** \ˈlis-tiŋ\ *n* (1641) 1 : an act or instance of making or including in a list 2 : something that is listed

**list·less** \ˈlist-ləs\ *adj* [ME *listles*, fr. ¹*list*] (15c) : characterized by lack of interest, energy, or spirit ⟨a ~ melancholy attitude⟩ *syn see* LANGUID — **list·less·ly** *adv* — **list·less·ness** *n*

**list price** *n* (1871) : the basic price of an item as published in a catalog, price list, or advertisement before any discounts are taken

**List·serv** \ˈlist-ˌsərv\ *trademark* — used for software for managing e-mail transmissions to and from a list of subscribers

¹**lit** \ˈlit\ *past and past part of* LIGHT

²**lit** *n* [by shortening] (1850) : LITERATURE — **lit** *adj*

³**lit** *adj* [pp. of ³*light*] (1904) : affected by alcohol : DRUNK

⁴**lit** *abbr* 1 liter 2 literal; literally

**lit·a·ny** \ˈli-tə-nē, ˈlit-nē\ *n, pl* **-nies** [ME *letanie*, fr. AF & LL; AF, fr. LL *litania*, fr. LGk *litaneia*, fr. Gk, entreaty, fr. *litanos* suppliant] (13c) 1 : a prayer consisting of a series of invocations and supplications by the leader with alternate responses by the congregation 2 a : a resonant or repetitive chant ⟨a ~ of cheering phrases —Herman Wouk⟩ b : a usu. lengthy recitation or enumeration ⟨a familiar ~ of complaints⟩ c : a sizable series or set ⟨a ~ of problems⟩

**li·tas** \ˈlē-ˌtäs\ *n, pl* **li·tai** \-ˌtī\ *or* **li·tu** \-ˌtü\ [Lith (nom. pl. *litai*, gen. pl. *litų*), fr. initial letters of NL *Lituania*, F *Lituanie*, etc.] (1923) — see MONEY table

**Lit B** *var of* LITT B

**litchi** *var of* LYCHEE

**lit crit** \ˈlit-ˌkrit\ *n* (1963) : literary criticism

**Lit D** *var of* LITT D

**lite** \ˈlīt\ *adj* 1 : ⁴LIGHT 9a 2 : diminished or lacking in substance or seriousness ⟨~ news⟩; *specif* : being an innocuous or unthreatening version — often used postpositively ⟨it is film noir ~ —James Greenberg⟩

**-lite** *n comb form* [F, alter. of *-lithe*, fr. Gk *lithos* stone] : mineral ⟨rhodo*lite*⟩ : rock ⟨aero*lite*⟩ : fossil ⟨stromato*lite*⟩

**li·ter** \ˈlē-tər\ *n* [F *litre*, fr. ML *litra*, a measure, fr. Gk, a weight] (1797) : a metric unit of capacity equal to one cubic decimeter — see METRIC SYSTEM table

**lit·er·a·cy** \ˈli-t(ə-)rə-sē\ *n* (1883) : the quality or state of being literate

¹**lit·er·al** \ˈli-t(ə-)rəl\ *adj* [ME, fr. MF, fr. ML *litteralis*, fr. L, of a letter, fr. L *littera* letter] (14c) 1 a : according with the letter of the scriptures b : adhering to fact or to the ordinary construction or primary meaning of a term or expression : ACTUAL ⟨liberty in the ~ sense is impossible —B. N. Cardozo⟩ c : free from exaggeration or embellishment ⟨the ~ truth⟩ d : characterized by a concern mainly with facts ⟨a very ~ man⟩ 2 : of, relating to, or expressed in letters 3 : reproduced word for word : EXACT, VERBATIM ⟨a ~ translation⟩ — **lit·er·al·i·ty** \ˌli-tə-ˈra-lə-tē\ *n* — **lit·er·al·ness** \ˈli-t(ə-)rəl-nəs\ *n*

²**literal** *n* (1622) : a small error usu. of a single letter (as in writing)

**lit·er·al·ism** \ˈli-t(ə-)rə-ˌliz-əm\ *n* (1644) 1 : adherence to the explicit substance of an idea or expression ⟨biblical ~⟩ 2 : fidelity to observable fact : REALISM — **lit·er·al·ist** \-list\ *n* — **lit·er·al·is·tic** \ˌli-t(ə-)rə-ˈlis-tik\ *adj*

**lit·er·al·ize** \ˈli-t(ə-)rə-ˌlīz\ *vt* **-ized; -iz·ing** (1826) : to make literal — **lit·er·al·i·za·tion** \ˌli-t(ə-)rə-lə-ˈzā-shən\ *n*

**lit·er·al·ly** \ˈli-tə-rə-lē, ˈli-trə-lē, ˈli-tər-lē\ *adv* (1533) 1 : in a literal sense or manner : ACTUALLY ⟨took the remark ~⟩ ⟨was ~ insane⟩ 2 : in effect : VIRTUALLY ⟨will ~ turn the world upside down to combat cruelty or injustice —Norman Cousins⟩

*usage* Since some people take sense 2 to be the opposite of sense 1, it has been frequently criticized as a misuse. Instead, the use is pure hyperbole intended to gain emphasis, but it often appears in contexts where no additional emphasis is necessary.

**lit·er·ary** \ˈli-tə-ˌrer-ē\ *adj* (1749) 1 a : of, relating to, or having the characteristics of humane learning or literature b : BOOKISH 2 c : of or relating to books 2 a : WELL-READ b : of or relating to authors or scholars or to their professions — **lit·er·ar·i·ly** \ˌli-tə-ˈrer-ə-lē\ *adv* — **lit·er·ar·i·ness** \ˈli-tə-ˌrer-ē-nəs\ *n*

**literary executor** *n* (1868) : a person entrusted with the management of the papers and unpublished works of a deceased author

¹**lit·er·ate** \ˈli-tə-rət *also* ˈli-trət\ *adj* [ME *literat*, fr. L *litteratus* marked with letters, literate, fr. *litterae* letters, literature, fr. pl. of *littera*] (15c) 1 a : EDUCATED, CULTURED b : able to read and write 2 a : versed in literature or creative writing : LITERARY b : LUCID, POLISHED ⟨a ~ essay⟩ c : having knowledge or competence ⟨computer-literate⟩ ⟨politically ~⟩ — **lit·er·ate·ly** *adv* — **lit·er·ate·ness** *n*

²**literate** *n* (ca. 1550) 1 : an educated person 2 : a person who can read and write

**li·te·ra·ti** \ˌli-tə-ˈrä-(ˌ)tē\ *n pl* [obs. It *litterati*, fr. L, pl. of *litteratus*] (1621) 1 : the educated class; *also* : INTELLIGENTSIA 2 : persons interested in literature or the arts

**lit·er·a·tim** \ˌli-tə-ˈrā-təm, -ˈrä-\ *adv or adj* [ML, fr. L *littera*] (1643) : letter for letter ⟨printed ~ from the manuscript —I. A. Gordon⟩

**lit·er·a·tion** \ˌli-tə-ˈrā-shən\ *n* [L *littera* + E *-ation*] (ca. 1889) : the representation of sound or words by letters

**lit·er·a·tor** \ˈli-tə-ˌrā-tər, ˌli-tə-ˈrä-ˌtȯr\ *n* (1791) : LITTERATEUR

**lit·er·a·ture** \ˈli-tə-rə-ˌchu̇r, ˈli-trə-ˌchu̇r, ˈli-tə(r)-ˌchu̇r, -chər, -ˌtyu̇r, -ˌtu̇r\ *n* [ME, fr AF, fr L *litteratura* writing, grammar, learning, fr L

**me·ter–kilogram–second** *adj* (1888) : of, relating to, or being a system of units using the meter, kilogram, and second as its base units — abbr *mks*

**meter maid** *n* (1957) : a woman assigned by a police or traffic department to write tickets for parking violations

**me·ter·stick** \'mē-tər-,stik\ *n* (1931) : a measuring stick one meter long that is marked off in centimeters and usu. millimeters

**met·es·trus** \,met-'es-trəs\ *n* [NL] (1923) : the period of regression that follows estrus

**met·for·min** \met-'fȯr-mən\ *n* [*methyl* + *-formin* (as in *phenformin*, an earlier antidiabetic drug)] (1961) : a drug $C_4C_{11}N_5$ used in the form of its hydrochloride to treat type 2 diabetes

**meth** \'meth\ *n* (1966) : METHAMPHETAMINE

**meth-** or **metho-** *comb form* [ISV, fr. *methyl*] : methyl ⟨*meth*acrylic⟩

**meth·ac·ry·late** \,me-'tha-krə-,lāt\ *n* [ISV] (1865) **1** : a salt or ester of methacrylic acid **2** : an acrylic resin or plastic made from a derivative of methacrylic acid

**meth·acryl·ic acid** \,me-thə-'kri-lik-\ *n* [ISV] (1865) : an acid $C_4H_6O_2$ used esp. in making acrylic resins or plastics

**meth·a·done** \'me-thə-,dōn\ *also* **meth·a·don** \-,dän\ *n* [*meth*yl + *am*ino + *d*iphenyl + *-one*] (1947) : a synthetic addictive narcotic drug $C_{21}H_{27}NO$ used esp. in the form of its hydrochloride for the relief of pain and as a substitute narcotic in the treatment of heroin addiction

**meth·am·phet·amine** \,me-tham-'fe-tə-,mēn, -thəm-, -mən\ *n* (1949) : an amine $C_{10}H_{15}N$ used medically in the form of its crystalline hydrochloride esp. in the treatment of obesity and often used illicitly as a stimulant — called also *methedrine*; compare ICE 7

**meth·a·na·tion** \,me-thə-'nā-shən\ *n* (1926) : the production of methane esp. from carbon monoxide and hydrogen

**meth·ane** \'me-,thān, *Brit usu* 'mē-\ *n* [ISV] (1867) : a colorless odorless flammable gaseous hydrocarbon $CH_4$ that is a product of decomposition of organic matter and of the carbonization of coal, is used as a fuel and as a starting material in chemical synthesis, and is the simplest of the alkanes

**meth·a·nol** \'me-thə-,nȯl, -,nōl\ *n* [ISV] (1894) : a light volatile flammable poisonous liquid alcohol $CH_3OH$ used esp. as a solvent, antifreeze, or denaturant for ethyl alcohol and in the synthesis of other chemicals

**meth·aqua·lone** \me-'tha-kwə-,lōn\ *n* [*meth-* + *-a-* (of unknown origin) + *quinoline* + *azole* + *-one*] (1961) : a sedative and hypnotic nonbarbiturate drug $C_{16}H_{14}N_2O$ that is habit-forming — compare QUAALUDE

**meth·e·drine** \'me-thə-,drēn, -drən\ *n* [fr. *Methedrine*, a trademark] (1939) : METHAMPHETAMINE

**me·theg·lin** \mə-'the-glən\ *n* [W *meddyglyn*] (15c) : [1]MEAD

**met·he·mo·glo·bin** \,met-'hē-mə-,glō-bən\ *n* [ISV] (1870) : a soluble brown crystalline basic blood pigment that differs from hemoglobin in containing ferric iron and in being unable to combine reversibly with molecular oxygen

**met·he·mo·glo·bi·ne·mia** \,met-,hē-mə-,glō-bə-'nē-mē-ə\ *n* [NL] (1888) : the presence of methemoglobin in the blood

**me·the·na·mine** \mə-'thē-nə-,mēn, -mən\ *n* [*methene* (methylene) + *amine*] (1926) : hexamethylenetetramine esp. when used in the form of an organic salt to treat urinary tract infections

**meth·i·cil·lin** \,me-thə-'si-lən\ *n* [*meth-* + *penicillin*] (1961) : a semisynthetic penicillin $C_{17}H_{19}N_2O_6NaS$ used esp. in the form of its sodium salt against beta-lactamase-producing staphylococci

**me·thinks** \mi-'thiŋ(k)s\ *vb impersonal, past* **me·thought** \-'thȯt\ [ME *me thinketh*, fr. OE *mē thincth*, fr. *mē* (dat. of *ic* I) + *thincth* seems, fr. *thyncan* to seem — more at I, THINK] (bef. 12c) *archaic* : it seems to me

**me·thi·o·nine** \mə-'thī-ə-,nēn\ *n* [ISV, fr. *methyl* + *thion-* + [2]*-ine*] (1928) : a crystalline sulfur-containing essential amino acid $C_5H_{11}NO_2S$ that occurs in the levorotatory form as a constituent of many proteins

**meth·od** \'me-thəd\ *n* [ME, prescribed treatment, fr. L *methodus*, fr. Gk *methodos*, fr *meta-* + *hodos* way] (15c) **1** : a procedure or process for attaining an object: as **a** (1) : a systematic procedure, technique, or mode of inquiry employed by or proper to a particular discipline or art (2) : a systematic plan followed in presenting material for instruction **b** (1) : a way, technique, or process of or for doing something (2) : a body of skills or techniques **2** : a discipline that deals with the principles and techniques of scientific inquiry **3 a** : orderly arrangement, development, or classification : PLAN **b** : the habitual practice of orderliness and regularity **4** *cap* : a dramatic technique by which an actor seeks to gain complete identification with the inner personality of the character being portrayed

*syn* METHOD, MODE, MANNER, WAY, FASHION, SYSTEM mean the means taken or procedure followed in achieving an end. METHOD implies an orderly logical arrangement usu. in steps ⟨effective teaching *methods*⟩. MODE implies an order or course followed by custom, tradition, or personal preference ⟨the preferred *mode* of transportation⟩. MANNER is close to MODE but may imply a procedure or method that is individual or distinctive ⟨an odd *manner* of conducting⟩. WAY is very general and may be used for any of the preceding words ⟨has her own *way* of doing things⟩. FASHION may suggest a peculiar or characteristic way of doing something ⟨rushing about in his typical *fashion*⟩. SYSTEM suggests a fully developed or carefully formulated method often emphasizing rational orderliness ⟨a filing *system*⟩.

**me·thod·i·cal** \mə-'thä-di-kəl\ *also* **me·thod·ic** \-dik\ *adj* (1570) **1** : arranged, characterized by, or performed with method or order ⟨a ~ treatment of the subject⟩ **2** : habitually proceeding according to method : SYSTEMATIC ⟨~ in his daily routine⟩ — **me·thod·i·cal·ly** \-di-k(ə-)lē\ *adv* — **me·thod·i·cal·ness** \-di-kəl-nəs\ *n*

**meth·od·ise** *Brit var of* METHODIZE

**meth·od·ism** \'me-thə-,di-zəm\ *n* (1739) **1** *cap* **a** : the doctrines and practice of Methodists **b** : the Methodist churches **2** : methodical procedure

**meth·od·ist** \-dist\ *n* (1593) **1** : a person devoted to or laying great stress on method **2** *cap* : a member of one of the denominations deriving from the Wesleyan revival in the Church of England, having Arminian doctrine and in the U.S. modified episcopal polity, and stressing personal and social morality — **methodist** *adj, often cap* — **meth·od·is·tic** \,me-thə-'dis-tik\ *adj*

**meth·od·ize** \'me-thə-,dīz\ *vt* **-ized; -iz·ing** (ca. 1586) : to reduce to method : SYSTEMATIZE *syn* see ORDER

**method of fluxions** (ca. 1719) : DIFFERENTIAL CALCULUS

**meth·od·o·log·i·cal** \,me-thə-də-'lä-ji-kəl\ *adj* (1849) : of or relating to method or methodology — **meth·od·o·log·i·cal·ly** \-k(ə-)lē\ *adv*

**meth·od·ol·o·gist** \-thə-'dä-lə-jist\ *n* (1865) : a student of methodology

**meth·od·ol·o·gy** \,me-thə-'dä-lə-jē\ *n, pl* **-gies** [NL *methodologia*, fr. L *methodus* + *-logia* -logy] (1800) **1** : a body of methods, rules, and postulates employed by a discipline : a particular procedure or set of procedures **2** : the analysis of the principles or procedures of inquiry in a particular field

**meth·o·trex·ate** \,me-thə-'trek-,sāt\ *n* [*meth-* + *-trexate*, of unknown origin] (1955) : a toxic folic acid analog $C_{20}H_{22}N_8O_5$ that is used to treat certain cancers, severe psoriasis, and rheumatoid arthritis

**me·thoxy·chlor** \me-'thäk-si-,klōr\ *n* [*meth-* + *oxy-* + *chlor-*] (1947) : relatively nontoxic organochlorine insecticide $C_{16}H_{15}Cl_3O_2$

**me·thoxy·flu·rane** \me-,thäk-sē-'flür-,ān\ *n* [*meth-* + *oxy-* + *fluor-* + *ethane*] (1962) : a potent nonexplosive inhalational general anesthetic $C_3H_4Cl_2F_2O$ administered as a vapor

**Me·thu·se·lah** \mə-'thü-zə-lə, -'thyü-; -'th(y)üz-lə\ *n* [Heb *Mĕthūshelah*] (14c) **1** : an ancestor of Noah held to have lived 969 years **2** : an oversize wine bottle holding about six liters

**meth·yl** \'me-thəl\ *n* [ISV, back-formation fr. *methylene*] (ca. 1844) : an alkyl radical $CH_3$ derived from methane — **me·thyl·ic** \mə-'thi-lik\ *adj*

**methyl acetate** *n* (1885) : a flammable fragrant liquid $C_3H_6O_2$ used as a solvent and paint remover and in organic synthesis

**methyl alcohol** *n* (ca. 1847) : METHANOL

**me·thyl·amine** \,me-thə-lə-'mēn, -'la-mən; mə-'thi-lə-,mēn\ *n* [ISV] (ca. 1850) : a flammable explosive gas $CH_3NH_2$ with a strong ammoniacal odor used esp. in organic synthesis (as of dyes and insecticides)

**meth·yl·ase** \'me-thə-,lās, -,lāz\ *n* (ca. 1952) : an enzyme that catalyzes methylation (as of RNA or DNA)

**meth·yl·ate** \'me-thə-,lāt\ *vt* **-at·ed; -at·ing** (1852) : to introduce the methyl radical into — **meth·yl·a·tion** \,me-thə-'lā-shən\ *n* — **meth·yl·a·tor** \'me-thə-,lā-tər\ *n*

**methyl bromide** *n* (1871) : a poisonous gaseous compound $CH_3Br$ used chiefly as a fumigant against rodents, worms, and insects

**meth·yl·cel·lu·lose** \,me-thəl-'sel-yə-,lōs, -,lōz\ *n* (1921) : any of various gummy products of cellulose methylation that swell in water and are used esp. as emulsifiers, adhesives, thickeners, and bulk laxatives

**methyl chloroform** *n* (1888) : a methylated derivative $CH_3CCl_3$ of chloroform used esp. as an industrial solvent

**meth·yl·cho·lan·threne** \-kə-'lan-,thrēn\ *n* [*methyl* + *cholic* acid + *anthracene*] (1933) : a potent carcinogenic hydrocarbon $C_{21}H_{16}$

**meth·yl·do·pa** \,me-thəl-'dō-pə\ *n* (1954) : a drug $C_{10}H_{13}NO_4$ used to lower blood pressure

**meth·y·lene** \'me-thə-,lēn, -lən\ *n* [F *méthylène*, fr. Gk *methy* wine + *hylē* wood — more at MEAD] (1835) : a divalent hydrocarbon group $CH_2$ derived from methane

**methylene blue** *n* (ca. 1890) : a basic thiazine dye $C_{16}H_{18}ClN_3S\ 3H_2O$ used esp. as a biological stain, an antidote in cyanide poisoning, and an oxidation-reduction indicator

**methylene chloride** *n* (1880) : a toxic nonflammable liquid $CH_2Cl_2$ used esp. as a solvent, paint remover, and aerosol propellant

**methyl ethyl ketone** *n* (1876) : a flammable liquid compound $C_4H_8O$ similar to acetone and used chiefly as a solvent — abbr. *MEK*

**methyl isocyanate** *n* (1889) : an extremely toxic chemical $CH_3NCO$ used esp. in the manufacture of pesticides — abbr. *MIC*

**meth·yl·mer·cury** \,me-thəl-'mər-kyə-rē, -'mər-k(ə-)rē\ *n* (1915) : any of various toxic compounds of mercury containing the complex $CH_3Hg-$ that often occur as pollutants which accumulate in living organisms (as fish) esp. in higher levels of a food chain

**methyl methacrylate** *n* (1933) : a volatile flammable liquid $C_5H_8O_2$ that polymerizes readily and is used esp. as a monomer for resins

**meth·yl·naph·tha·lene** \,me-thəl-'naf-thə-,lēn, -'nap-\ *n* (ca. 1885) : either of two isomeric hydrocarbons $C_{11}H_{10}$; *esp* : an oily liquid used in determining cetane numbers

**methyl orange** *n* (1881) : an alkaline dye used as a chemical indicator

**methyl parathion** *n* (1957) : a potent synthetic organophosphate insecticide $C_8H_{10}NO_5PS$ that is more toxic than parathion

**meth·yl·phe·ni·date** \,me-thəl-'fe-nə-,dāt, -'fē-\ *n* [*methyl* + *phenyl* + *piperidine* + *acetate*] (1956) : a mild stimulant $C_{14}H_{19}NO_2$ of the central nervous system used in the form of its hydrochloride to treat narcolepsy and hyperactivity disorders (as attention deficit disorder) in children

**meth·yl·pred·nis·o·lone** \-pred-'ni-sə-,lōn\ *n* (1957) : a glucocorticoid $C_{22}H_{30}O_5$ that is a derivative of prednisolone and is used as an anti-inflammatory agent; *also* : any of several of its salts (as an acetate) used similarly

**meth·yl·xan·thine** \-'zan-,thēn\ *n* (1949) : a methylated xanthine derivative (as caffeine, theobromine, or theophylline)

**meth·y·ser·gide** \,me-thə-'sər-,jīd\ *n* [*methyl* + *lysergic* acid + *amide*] (1962) : a serotonin antagonist $C_{21}H_{27}N_3O_2$ used in the form of its maleate esp. in the treatment and prevention of migraine headaches

**met·i·cal** \'me-ti-kəl\ *n, pl* **met·i·cais** \-(,)kī\ *also* **meticals** [Pg, miskal (a unit of weight in Muslim countries), fr. Ar *mithqāl*] (1980) — see MONEY table

**me·tic·u·lous** \mə-'ti-kyə-ləs\ *adj* [L *meticulosus* fearful, irreg. fr. *metus* fear] (1827) : marked by extreme or excessive care in the consideration or treatment of details ⟨a ~ researcher⟩ *syn* see CAREFUL — **me·tic·u·los·i·ty** \-,ti-kyə-'lä-sə-tē\ *n* — **me·tic·u·lous·ly** \-'ti-kyə-ləs-lē\ *adv* — **me·tic·u·lous·ness** \-nəs\ *n*

**mé·tier** *also* **me·tier** \'me-,tyā, me-'\ *n* [F, fr. OF *mestier*, fr. VL **misterium*, alter. of L *ministerium* work, ministry] (1792) **1** : VOCATION, TRADE **2** : an area of activity in which one excels : FORTE *syn* see WORK

**mé·tis** \mā-'tē(s)\ *n, pl* **mé·tis** \-'tē(s), -'tēz\ [F, fr. LL *mixticius* mixed — more at MESTIZO] (1816) : a person of mixed blood; *esp, often cap*

---

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ue, ʸ\ see Guide to Pronunciation

mover • mucinous 813

er's interest (as a quickly moving action-filled plot) **6 a** : an act of voiding the bowels **b** : matter expelled from the bowels at one passage

**mov·er** \'mü-vər\ *n* (14c) : one that moves or sets something in motion; *esp* : one whose business or occupation is the moving of household goods from one residence to another

**mover and shaker** *n, pl* **movers and shakers** (1951) : a person who is active or influential in some field of endeavor

**mov·ie** \'mü-vē\ *n* [*moving picture*] (1902) **1** : MOTION PICTURE **2** *pl* : a showing of a motion picture **3** *pl* : the motion-picture medium or industry

**mov·ie·dom** \'mü-vē-dəm\ *n* (1916) : FILMDOM

**mov·ie·go·er** \-ˌgō-ər\ *n* (1923) : FILMGOER — **mov·ie·going** \-ˌgō-iŋ, -ˌgó(-)iŋ\ *n, often attrib*

**mov·ie·mak·er** \-ˌmā-kər\ *n* (1915) : one who makes movies — **mov·ie·mak·ing** \-ˌmā-kiŋ\ *n*

**moving** *adj* (14c) **1 a** : marked by or capable of movement **b** : of or relating to a change of residence ⟨~ expenses⟩ **c** : used for transferring furnishings from one residence to another ⟨a ~ van⟩ **d** : involving a motor vehicle that is in motion ⟨a ~ violation⟩ **2 a** : producing or transferring motion or action **b** : stirring deeply in a way that evokes a strong emotional response — **mov·ing·ly** \'mü-viŋ-lē\ *adv*

*syn* MOVING, IMPRESSIVE, POIGNANT, AFFECTING, TOUCHING, PATHETIC mean having the power to produce deep emotion. MOVING may apply to any strong emotional effect including thrilling, agitating, saddening, or calling forth pity or sympathy ⟨a *moving* appeal for contributions⟩. IMPRESSIVE implies compelling attention, admiration, wonder, or conviction ⟨an *impressive* list of achievements⟩. POIGNANT applies to what keenly or sharply affects one's sensitivities ⟨a *poignant* documentary on the homeless⟩. AFFECTING is close to MOVING but most often suggests pathos ⟨an *affecting* deathbed reunion⟩. TOUCHING implies arousing tenderness or compassion ⟨the *touching* innocence in a child's eyes⟩. PATHETIC implies moving to pity or sometimes contempt ⟨*pathetic* attempts to justify misconduct⟩.

**moving picture** *n* (1896) : MOTION PICTURE

**Mov·i·ola** \ˌmü-vē-'ō-lə\ *trademark* — used for a device for editing motion-picture film and synchronizing the sound

[1]**mow** \'maù\ *n* [ME, heap, stack, fr. OE *mūga;* akin to ON *mūgi* heap] (bef. 12c) **1** : a piled-up stack (as of hay or fodder); *also* : a pile of hay or grain in a barn **2** : the part of a barn where hay or straw is stored

[2]**mow** \'mō\ *vb* **mowed; mowed** *or* **mown** \'mōn\; **mow·ing** [ME, fr. OE *māwan;* akin to OHG *māen* to mow, L *metere* to reap, mow, Gk *aman*] *vt* (bef. 12c) **1 a** : to cut down with a scythe or sickle or machine **b** : to cut the standing herbage (as grass) of **2 a (1)** : to kill or destroy in great numbers or mercilessly ⟨machine guns ~*ed* down the enemy⟩ **(2)** : to cause to fall : KNOCK DOWN **b** : to overcome swiftly and decisively : ROUT ⟨~*ed* down the opposing team⟩ ~ *vi* : to cut down standing herbage (as grass) — **mow·er** \'mō(-ə)r\ *n*

[3]**mow** \'maù, 'mō\ *n* [ME *mowe*, fr AF *mouve*, of Gmc origin; akin to MD *mouwe* protruding lip] (14c) : GRIMACE

[4]**mow** \'maù, 'mō\ *vi* (15c) : to make grimaces

**moxa** \'mäk-sə\ *n* [NL, fr. Jp *mogusa*] (1675) : a soft woolly mass prepared from the ground young leaves of a Eurasian artemisia (esp. *Artemisia vulgaris*) that is used in traditional Chinese and Japanese medicine typically in the form of sticks or cones which are ignited and placed on or close to the skin or used to heat acupuncture needles

**mox·i·bus·tion** \ˌmäk-si-'bəs-chən\ *n* [*moxa* + *-i-* + *-bustion* (as in *combustion*)] (1910) : the therapeutic use of moxa

**mox·ie** \'mäk-sē\ *n* [fr. *Moxie*, a trademark for a soft drink] (1930) **1** : ENERGY, PEP **2** : COURAGE, DETERMINATION **3** : KNOW-HOW

**moyen-âge** \mwä-ye-'näzh\ *adj* [F *moyen âge* Middle Ages] (1849) : of or relating to medieval times

**moz·za·rel·la** \ˌmät-sə-'re-lə\ *n* [It, dim. of *mozza*, a kind of cheese, fr. *mozzare* to cut off, fr. *mozzo* cut off, docked, fr VL **mutius*, alter. of L *mutilus*] (1911) : a moist white unsalted unripened cheese of mild flavor and a smooth rubbery texture

**moz·zet·ta** \mōt-'se-tə\ *n* [It, prob fr. *mozzo* cut off] (1774) : a short cape with a small ornamental hood worn over the rochet by Roman Catholic prelates

[1]**MP** \'em-'pē\ *n* (1921) **1** [*military police*] : a member of the military police **2** [*member of Parliament*] : an elected member of a parliament

[2]**MP** *abbr* **1** melting point **2** metropolitan police **3** milepost

**MPA** *abbr* master of public administration

**MPAA** *abbr* Motion Picture Association of America

**MPEG** \'em-ˌpeg\ *n* [*M*oving *P*ictures *E*xperts *G*roup] (1988) **1** : any of a group of computer file formats for the compression and storage of digital video and audio data **2** : a computer file (as of a movie) in an MPEG format

**mpg** *abbr* miles per gallon

**mph** *abbr* miles per hour

**MPH** *abbr* master of public health

**M phase** *n* [*m*itosis] (1945) : the period in the cell cycle during which cell division takes place — compare $G_1$ PHASE, $G_2$ PHASE, S PHASE

**MPhil** *abbr* master of philosophy

**mps** *abbr* meters per second

**MP3** \ˌem-(ˌ)pē-'thrē\ *n* [fr. the file extension *.mp3* used for such files, short for *MPEG Audio Layer 3*] (1996) **1** : a computer file format for the compression and storage of digital audio data **2** : a computer file (as of a song) in the MP3 format

**MPV** *abbr* multipurpose vehicle

**MPX** *abbr* multiplex

**mR** *abbr* milliroentgen

**Mr.** \'mis-tər, *in rapid speech esp in sense 2* (ˌ)mis(t)\ *n, pl* **Messrs.** \'me-sərz\ [*Mr*, fr. ME, abbr. of *maister* master; *Messrs.* abbr of *Messieurs*, fr. F, pl. of *Monsieur*] (15c) **1** — used as a conventional title of courtesy except when usage requires the substitution of a title of rank or an honorific or professional title before a man's surname ⟨spoke to *Mr* Doe⟩ **2** — used in direct address as a conventional title of respect before a man's title of office ⟨may I ask one more question, *Mr.* President⟩ **3** — used before the name of a place (as a country or city) or of a profession or activity (as a sport) or before some epithet (as *clever*) to form a title applied to a male viewed or recognized as representative of the thing indicated ⟨*Mr.* Baseball⟩

**Mr. Charlie** \-'chär-lē\ *n* [*Charlie*, fr. *Charles*, proper name] (ca 1941) *usu disparaging* : a white man : white people

**MRE** *abbr* meals ready to eat

**MRI** \ˌem-(ˌ)är-'ī\ *n* (1982) : MAGNETIC RESONANCE IMAGING; *also* : the procedure in which magnetic resonance imaging is used

**mri·dan·ga** \mri-'däŋ-gə, ˌmər-i-\ *or* **mri·dan·gam** \-gəm\ *n* [Skt *mṛdaṅga*] (1887) : a drum of India that is shaped like an elongated barrel and has tuned heads of different diameters

**mRNA** *abbr* messenger RNA

**Mr. Right** *n* (1860) : a man who would make the perfect husband

**Mrs.** \'mi-səz, -səs, *esp Southern* 'mi-zəz, -zəs, *or in rapid speech in sense 1* (ˌ)miz, *or before given names* (ˌ)mis\ *n, pl* **Mes·dames** \mā-'däm, -'dam\ [*Mrs* abbr. of *mistress; Mesdames* fr. F, pl. of *Madame*] (ca. 1578) **1 a** — used as a conventional title of courtesy except when usage requires the substitution of a title of rank or an honorific or professional title before a married woman's surname ⟨spoke to *Mrs.* Doe⟩ **b** — used before the name of a place (as a country or city) or of a profession or activity (as a sport) or before some epithet (as *clever*) to form a title applied to a married woman viewed or recognized as representative of the thing indicated ⟨*Mrs.* Golf⟩ **2** : WIFE ⟨left with the *Mrs.*⟩

**Mrs. Grun·dy** \-'grən-dē\ *n* [fr. a character alluded to in Thomas Morton's *Speed the Plough* (1798)] (1813) : one marked by prudish conventionality in personal conduct

**ms** *abbr* millisecond

**Ms.** \'miz\ *n, pl* **Mss.** *or* **Mses.** \'mi-zəz\ [prob. blend of *Miss* and *Mrs.*] (1949) — used instead of *Miss* or *Mrs.* (as when the marital status of a woman is unknown or irrelevant) ⟨*Ms.* Mary Smith⟩

**MS** *abbr* **1** [It *mano sinistra*] left hand **2** manuscript **3** master of science **4** military science **5** Mississippi **6** motor ship **7** multiple sclerosis

**MSc** *abbr* master of science

**msec** *abbr* millisecond

**msg** *abbr* message

**MSG** *abbr* **1** master sergeant **2** monosodium glutamate

**Msgr** *abbr* monsignor

**MSgt** *abbr* master sergeant

**MSH** *abbr* melanocyte-stimulating hormone

**M16** \ˌem-(ˌ)sik-'stēn\ *n* [*model 16*] (1968) : a .223 caliber (5.56 millimeter) gas-operated magazine-fed rifle for semiautomatic or automatic operation used by U.S. troops since the mid 1960s

**MSL** *abbr* mean sea level

**MSN** *abbr* master of science in nursing

**MSS** *abbr* manuscripts

**MST** *abbr* mountain standard time

**MSW** *abbr* master of social welfare; master of social work

**mt** *abbr* mount; mountain

[1]**Mt** *abbr* Matthew

[2]**Mt** *symbol* meitnerium

**MT** *abbr* **1** machine translation **2** metric ton **3** Montana **4** mountain time

**mtDNA** *abbr* mitochondrial DNA

**mtg** *abbr* meeting

**mtge** *abbr* mortgage

**mtn** *abbr* mountain

**MTO** *abbr* Mediterranean theater of operations

**mu** \'myü, 'mü\ *n* [Gk *my*] (1638) : the 12th letter of the Greek alphabet — see ALPHABET table

**muc-** *or* **muci-** *or* **muco-** *comb form* [L *muc-*, fr. *mucus*] **1** : mucus ⟨*muco*protein⟩ **2** : mucous and ⟨*muco*cutaneous⟩

[1]**much** \'məch\ *adj* **more** \'mōr\; **most** \'mōst\ [ME *muche* large, much, fr. *michel, muchel*, fr OE *micel, mycel;* akin to OHG *mihhil* great, large, L *magnus*, Gk *megas*, Skt *mahat*] (13c) **1 a** : great in quantity, amount, extent, or degree ⟨there is ~ truth in what you say⟩ ⟨taken too ~ time⟩ **b** : great in importance or significance ⟨nothing ~ happened⟩ **2** *obs* : many in number **3** : more than is expected or acceptable : more than enough ⟨the large pizza is a bit ~ for one person⟩ — **too much** **1** : WONDERFUL, EXCITING **2** : TERRIBLE, AWFUL

[2]**much** *adv* **more; most** (13c) **1 a (1)** : to a great degree or extent : CONSIDERABLY ⟨~ happier⟩ **(2)** : VERY ⟨~ gratified⟩ **b (1)** : FREQUENTLY, OFTEN ⟨~ away from home⟩ **(2)** : by or for a long time ⟨didn't get to work ~ before noon⟩ **c** : by far ⟨was ~ the brightest student⟩ **2** : NEARLY, APPROXIMATELY ⟨looks ~ the way his father did⟩ — **as much** **1** : the same in quantity ⟨not quite *as much* money⟩ **2** : to the same degree ⟨likes baseball almost *as much* as he likes golf⟩

[3]**much** *n* (13c) **1** : a great quantity, amount, extent, or degree ⟨gave away ~⟩ **2** : something considerable or impressive

**mu·cha·cho** \mü-'chä-(ˌ)chō\ *n, pl* **-chos** [Sp, prob. fr. *mocho* cropped, shorn] (1591) **1** *chiefly Southwest* : a male servant **2** *chiefly Southwest* : a young man

**much as** *conj* (ca. 1699) : however much : even though

**much less** *conj* (1615) : not to mention — used esp. in negative contexts to add to one item another denoting something less likely ⟨can hardly grow, *much less* ripen, till the stock is in the earth —Jonathan Swift⟩

**much·ness** \'məch-nəs\ *n* (14c) : the quality or state of being great in quantity, extent, or degree — **much of a muchness** : very much the same

**mu·ci·lage** \'myü-s(ə-)lij\ *n* [ME *muscilage*, fr. LL *mucilago* mucus, musty juice, fr. L *mucus*] (15c) **1** : a gelatinous substance of various plants (as legumes or seaweeds) that contains protein and polysaccharides and is similar to plant gums **2** : an aqueous usu. viscid solution (as of a gum) used esp. as an adhesive

**mu·ci·lag·i·nous** \ˌmyü-sə-'la-jə-nəs\ *adj* [ME *muscilaginous*, fr. LL *mucilaginosus*, fr. *mucilagin-*, *mucilago*] (15c) **1** : STICKY, VISCID **2** : of, relating to, full of, or secreting mucilage — **mu·ci·lag·i·nous·ly** *adv*

**mu·cin** \'myü-sᵊn\ *n* [ISV *muc-*] (1838) : any of various mucoproteins that occur esp. in secretions of mucous membranes — **mu·cin·ous** \-sᵊn-əs, 'myüs-nəs\ *adj*

---

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \aù\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ó\ law \ói\ boy \th\ thin \t͟h\ the \ü\ loot \ù\ foot \y\ yet \zh\ vision, beige \k̲, ⁿ, œ, ue, ʸ\ *see* Guide to Pronunciation



Case 3:06-cv-02361-WHA Document 89-17 Filed 11/15/2006 Page 6 of 12

orchestral ● ordinary 873

ne smallest and young
ne fish *Arripis georgia*
ne + *rough*, prob. alter.
*tethus atlanticus*) of de
white flesh and is ca
:aland
)nj-, 'ór(-ə)nj-, 'ór(-ə)
t greenhouse for gro

-, 'ór(-ə)nj-\ *n* (1884)
and carving
-in-, 'ór(-ə)n-\ *adj* (17
flavor or color)
ə)n-\ *adj* (1888)

orangutan

delivers an oration
olic speaker
: a member of the Co
unded in Rome in 157
cular priests under obe

589) : of, relating to, or
or·i·cal·ly \-k(ə-)lē\ *adv*
fr. the *Oratorio* di San
ome] (1731) : a lengthy
ng chiefly of recitatives

*torie*, fr. AF, fr LL *ora*
*esp* : a private or inst
tion, house, or church
orical, fr. *orare*] (1594)
ffectively 2 a : public
aking that is character
als chiefly to the emo

lisk, orb] (15c) 1 : any
rounding the earth and
2 *archaic* : something
*esp* : a spherical cele
by a cross symbolizing

2 *archaic* : ENCIRCLE
a an orbit
fr. MF or LL; ML *or*
of *orbis*] (15c) : SPHER
lē\ *adv*
ular or nearly circular

track, prob. fr. *orbi*
ór-bə-t°l\ *adj*
path described by one
earth about the sun or
one complete revolu
ular path 2 : a range
esident's ~⟩ *syn* see

: CIRCLE 2 : to send
~ *vi* : to travel in cir

ally described region
nay contain zero, one

a : a spacecraft de
ng on its surface b

:) of spiders that have
ate wheel-shaped flat

hale, prob. modif. of
WHALE
slands] (1661) : a na
lian *adj*
ort- (fr. L *hortus* gar
planting of fruit trees,
a planting
out hay and pasture
n tufts and has loose

or supervisor of or

*tra*, fr. *orcheisthai* to
: rages] (1606) 1 a
he proscenium in an

ancient Greek theater b : a corresponding semicircular space in a Roman theater used for seating important persons 2 a : the space in front of the stage in a modern theater that is used by an orchestra b : the forward section of seats on the main floor of a theater c : the main floor of a theater 3 : a group of musicians including esp. string players organized to perform ensemble music — compare BAND

**or·ches·tral** \ór-'kes-trəl\ *adj* (ca. 1811) 1 : of, relating to, or composed for an orchestra 2 : suggestive of an orchestra or its musical qualities — **or·ches·tral·ly** \-trə-lē\ *adv*

**or·ches·trate** \'ór-kə-,strāt\ *vt* **-trat·ed; -trat·ing** (1880) 1 a : to compose or arrange (music) for an orchestra b : to provide with orchestration ⟨~ a ballet⟩ 2 : to arrange or combine so as to achieve a desired or maximum effect ⟨*orchestrated* preparations for the banquet⟩ — **or·ches·tra·tor** *also* **or·ches·trat·er** \-,strā-tər\ *n*

**or·ches·tra·tion** \,ór-kə-'strā-shən\ *n* (ca. 1859) 1 : the arrangement of a musical composition for performance by an orchestra; *also* : orchestral treatment of a musical composition 2 : harmonious organization ⟨develop a world community through ~ of cultural diversities —L. K. Frank⟩ — **or·ches·tra·tion·al** \-shnəl, -shə-n°l\ *adj*

**or·chid** \'ór-kəd\ *n* [irreg. fr. NL *Orchis*] (1845) 1 : any of a large family (Orchidaceae, the orchid family) of perennial epiphytic or terrestrial monocotyledonous plants that usu. have showy 3-petaled flowers with the middle petal enlarged into a lip and differing from the others in shape and color 2 : a light purple — **or·chid·like** \-,līk\ *adj*

orchid 1

**or·chi·da·ceous** \,ór-kə-'dā-shəs\ *adj* [NL *Orchidaceae*, family name, fr. *Orchis*] (1838) 1 : of, relating to, or resembling the orchids 2 : SHOWY, OSTENTATIOUS

**or·chi·ec·to·my** \,ór-kē-'ek-tə-mē\ *n*, *pl* **-mies** [Gk *orchis* + E *-ectomy*] (ca. 1894) : surgical removal of one or both testes

**or·chis** \'ór-kəs\ *n* [NL, fr. L, orchid, fr. Gk, testicle, orchid; akin to MIr *uirgge* testicle] (1562) : ORCHID; *esp* : any of a genus (*Orchis*) of orchids with fleshy roots and a spurred lip

**ord** *abbr* 1 order 2 ordnance

**or·dain** \ór-'dān\ *vb* [ME *ordeinen*, fr. AF *ordener*, *ordeiner*, fr. LL *ordinare*, fr. L, to put in order, appoint, fr. *ordin-*, *ordo* order] *vt* (14c) 1 : to invest officially (as by the laying on of hands) with ministerial or priestly authority 2 a : to establish or order by appointment, decree, or law : ENACT ⟨we the people . . . do ~ and establish this Constitution —*U.S. Constitution*⟩ b : DESTINE, FOREORDAIN ~ *vi* : to issue an order — **or·dain·er** *n* — **or·dain·ment** \-'dān-mənt\ *n*

**or·deal** \ór-'dē(-ə)l, 'ór-,\ *n* [ME *ordal*, fr. OE *ordāl*; akin to OHG *urteil* judgment, OE *dāl* division — more at DEAL] (bef. 12c) 1 : a primitive means used to determine guilt or innocence by submitting the accused to dangerous or painful tests believed to be under supernatural control ⟨~ by fire⟩ 2 : a severe trial or experience

[1]**or·der** \'ór-dər\ *vb* **or·dered; or·der·ing** \'ór-d(ə-)riŋ\ [ME, fr. *ordre*, n.] *vt* (13c) 1 : to put in order : ARRANGE 2 a : to give an order to : COMMAND b : DESTINE, ORDAIN ⟨so ~*ed* by the gods⟩ c : to command to go or come to a specified place ⟨~*ed* back to the base⟩ d : to give an order for ⟨~ a meal⟩ ~ *vi* 1 : to bring about order : REGULATE 2 a : to issue orders : COMMAND b : to give or place an order — **or·der·able** \-ə-bəl\ *adj* — **or·der·er** \-dər-ər\ *n*

*syn* ORDER, ARRANGE, MARSHAL, ORGANIZE, SYSTEMATIZE, METHODIZE mean to put persons or things into their proper places in relation to each other. ORDER suggests a straightening out so as to eliminate confusion ⟨*ordered* her business affairs⟩. ARRANGE implies a setting in sequence, relationship, or adjustment ⟨*arranged* the files numerically⟩. MARSHAL suggests gathering and arranging in preparation for a particular operation or effective use ⟨*marshaling* the facts for argument⟩. ORGANIZE implies arranging so that the whole aggregate works as a unit with each element having a proper function ⟨*organized* the volunteers into teams⟩. SYSTEMATIZE implies arranging according to a predetermined scheme ⟨*systematized* billing procedures⟩. METHODIZE suggests imposing an orderly procedure rather than a fixed scheme ⟨*methodizes* every aspect of daily living⟩. *syn* see in addition COMMAND

[2]**order** *n* [ME, fr. AF *ordre*, fr. ML & L; ML *ordin-*, *ordo* ecclesiastical order, fr. L, arrangement, group, class; akin to L *ordiri* to lay the warp, begin] (14c) 1 a : a group of people united in a formal way: as (1) : a fraternal society ⟨the Masonic *Order*⟩ (2) : a community under a religious rule; *esp* : one requiring members to take solemn vows b : a badge or medal of such a society; *also* : a military decoration 2 a : any of the several grades of the Christian ministry b *pl* : the office of a person in the Christian ministry c *pl* : ORDINATION 3 a : a rank, class, or special group in a community or society b : a class of persons or things grouped according to quality, value, or natural characteristics: as (1) : a category of taxonomic classification ranking above the family and below the class (2) : the broadest category in soil classification 4 a (1) : RANK, LEVEL ⟨a statesman of the first ~⟩ (2) : CATEGORY, CLASS ⟨in emergencies of this ~ —R. B. Westerfield⟩ b (1) : the arrangement or sequence of objects or of events in time ⟨listed the items in ~ of importance⟩ ⟨the batting ~⟩ (2) : a sequential arrangement of mathematical elements c : DEGREE 12a, b d (1) : the number of times differentiation is applied successively ⟨derivatives of higher ~⟩ (2) *of a differential equation* : the order of the derivative of highest order e : the number of columns or rows or columns and rows in a magic square, determinant, or matrix ⟨the ~ of a matrix with 2 rows and 3 columns is 2 by 3⟩ f : the number of elements in a finite mathematical group 5 a (1) : a sociopolitical system ⟨was opposed to changes in the established ~⟩ (2) : a particular sphere or aspect of a sociopolitical system ⟨the present economic ~⟩ b : a regular or harmonious arrangement ⟨the ~ of nature⟩ 6 a : a prescribed form of a religious service : RITE b : the customary mode of procedure esp. in debate ⟨point of ~⟩ 7 a : the state of peace, freedom from confused or unruly behavior, and respect for law or proper authority ⟨promised to restore law and ~⟩ b : a specific rule, regulation, or authoritative direction : COMMAND 8 a : a style of building b : a type of column and entablature forming the unit of a style 9 a : state or condition esp. with regard to functioning or repair ⟨things were in terrible ~⟩ b : a proper, orderly, or functioning condition ⟨their passports were in ~⟩ ⟨the phone is out of ~⟩ 10 a : a written direction to pay money to someone b : a commission to purchase, sell, or supply goods or to perform work c : goods or items bought or sold d : an assigned or requested undertaking ⟨landing men on the moon was a tall ~⟩ 11 : ORDER OF THE DAY ⟨flat roofs were the ~ in the small villages⟩ — **or·der·less** \-ləs\ *adj* — **in order** : APPROPRIATE, DESIRABLE ⟨an apology is *in order*⟩ — **in order to** : for the purpose of — **on order** : in the process of being ordered — **on the order of** 1 : after the fashion of : LIKE ⟨a genius *on the order of* Newton —D. B. Botkin⟩ 2 : ABOUT, APPROXIMATELY ⟨spent *on the order of* two million dollars⟩ — **to order** : according to the specifications of an order ⟨shoes made *to order*⟩

order 8b: *1* Corinthian, *2* Doric, *3* Ionic

**order arms** *n* [fr. the command *order arms!*] (1847) 1 : a command to return the rifle to order arms from present arms or to drop the hand from a hand salute 2 : a position in the manual of arms in which the rifle is held vertically beside the right leg with the butt resting on the ground

**or·dered** \'ór-dərd\ *adj* (1579) : characterized by order: as a : marked by regularity or discipline ⟨led an ~ life⟩ b : marked by regular or harmonious arrangement or disposition ⟨an ~ landscape⟩ ⟨the ~ crystal structure⟩ c : having elements arranged or identified according to a rule: as (1) : having the property that every pair of different elements is related by a transitive relationship that is not symmetric (2) : having elements labeled by ordinal numbers ⟨an ~ triple has a first, second, and third element⟩

**or·der·li·ness** \'órd-ər-lē-nəs\ *n* (1571) : the quality or state of being orderly

[1]**or·der·ly** \-lē\ *adj* (1570) 1 a (1) : arranged or disposed in some order or pattern : REGULAR ⟨~ rows of houses⟩ (2) : marked by order : TIDY ⟨keeps an ~ desk⟩ b : governed by law : REGULATED ⟨an ~ universe⟩ c : METHODICAL ⟨an ~ mind⟩ 2 : well behaved : PEACEFUL ⟨an ~ crowd⟩ — **orderly** *adv*

[2]**orderly** *n*, *pl* **-lies** (1781) 1 : a soldier assigned to perform various services (as carrying messages) for a superior officer 2 : a hospital attendant who does routine or heavy work (as cleaning, carrying supplies, or moving patients)

**order of battle** (1702) 1 : the disposition of troops or ships ready for combat 2 : a tabular compilation of units, commanders, equipment, and their locations in a theater of operation

**order of business** [*order of business* (predetermined sequence of matters to be dealt with by an assembly)] (ca. 1890) : a matter which must be dealt with : TASK ⟨the budget was the first *order of business* at the committee meeting⟩

**order of magnitude** (1875) : a range of magnitude extending from some value to ten times that value

**order of the day** (1698) 1 : the business or tasks appointed for an assembly for a given day 2 : the characteristic or dominant feature or activity ⟨growth and change are the *order of the day* in every field —Ruth G. Strickland⟩

[1]**or·di·nal** \'órd-nəl, 'ór-də-nəl\ *n* (14c) 1 *cap* [ME, fr. ML *ordinale*, fr. LL, neut. of *ordinalis*] : a book of rites for the ordination of deacons, priests, and bishops 2 [LL *ordinalis*, fr. *ordinalis*, adj.] : ORDINAL NUMBER

[2]**ordinal** *adj* [LL *ordinalis*, fr. L *ordin-*, *ordo*] (1599) 1 : of a specified order or rank in a series 2 : of or relating to a taxonomic order

**ordinal number** *n* (1607) 1 : a number designating the place (as first, second, or third) occupied by an item in an ordered sequence — see NUMBER table 2 : a number assigned to an ordered set that designates both the order of its elements and its cardinal number

**or·di·nance** \'órd-nən(t)s, 'ór-də-nən(t)s\ *n* [ME, fr. AF & ML; AF *ordenance* order, disposition, fr. ML *ordinantia*, fr. L *ordinant-*, *ordinans*, prp. of *ordinare* to put in order — more at ORDAIN] (14c) 1 a : an authoritative decree or direction : ORDER b : a law set forth by a governmental authority; *specif* : a municipal regulation 2 : something ordained or decreed by fate or a deity 3 : a prescribed usage, practice, or ceremony *syn* see LAW

**or·di·nand** \,ór-də-'nand\ *n* [LL *ordinandus*, gerundive of *ordinare* to ordain] (ca. 1842) : a candidate for ordination

[1]**or·di·nary** \'ór-də-,ner-ē\ *n*, *pl* **-nar·ies** [ME *ordinarie*, fr. AF & ML; AF, fr. ML *ordinarius*, fr. L *ordinarius*, adj.] (14c) 1 a (1) : a prelate exercising original jurisdiction over a specified territory or group (2) : a clergyman appointed formerly in England to attend condemned criminals b : a judge of probate in some states of the U.S. 2 *often cap* : the parts of the Mass that do not vary from day to day 3 : the regular or customary condition or course of things — usu. used in the phrase *out of the ordinary* 4 a *Brit* : a meal served to all comers at a fixed price b *chiefly Brit* : a tavern or eating house serving regular meals 5 : a common heraldic charge (as the bend) of simple form

[2]**ordinary** *adj* [ME *ordinarie*, fr. L *ordinarius*, fr *ordin-*, *ordo* order] (15c) 1 : of a kind to be expected in the normal order of events : ROUTINE, USUAL ⟨an ~ day⟩ 2 : having or constituting immediate or original jurisdiction; *also* : belonging to such jurisdiction 3 a : of common quality, rank, or ability ⟨an ~ teenager⟩ b : deficient in

\ə\ abut \°\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \aù\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ó\ law \ói\ boy \th\ thin \t͟h\ the \ü\ loot \ù\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ue, ʸ\ *see* Guide to Pronunciation

strip bounding or protecting an area 3 : outer limits — often used in pl. 4 : the part of a basketball court outside the three-point line

**peri·my·si·um** \ˌper-ə-ˈmi-zhē-əm, -zē-\ *n, pl* **-sia** \-zhē-ə, -zē-\ [NL, irreg. fr. *peri-* + Gk *mys* mouse, muscle — more at MOUSE] (ca. 1842) : the connective-tissue sheath that surrounds a muscle and forms sheaths for the bundles of muscle fibers

**peri·na·tal** \-ˈnā-tᵊl\ *adj* (1952) : occurring in, concerned with, or being in the period around the time of birth ⟨~ mortality⟩ ⟨~ care⟩ — **peri·na·tal·ly** \-tᵊl-(l)ē\ *adv*

**peri·na·tol·o·gy** \ˌper-ə-ˌnā-ˈtä-lə-jē\ *n* (1969) : a branch of medicine concerned with perinatal care — **peri·na·tol·o·gist** \-jist\ *n*

**per·i·ne·um** \ˌper-ə-ˈnē-əm\ *n, pl* **-nea** \-ˈnē-ə\ [ME, fr. LL *perinaion*, fr. Gk, fr. *peri-* + *inan* to empty out; perh. akin to Skt *iṣṇāti* he sets in motion] (15c) : an area of tissue that marks externally the approximate boundary of the outlet of the pelvis and gives passage to the urinogenital ducts and rectum; *also* : the area between the anus and the posterior part of the external genitalia — **per·i·ne·al** \-ˈnē-əl\ *adj*

**peri·neu·ri·um** \ˌper-ə-ˈnu̇r-ē-əm, -ˈnyu̇r-\ *n, pl* **-ria** \-ē-ə\ [NL, fr *peri-* + Gk *neuron* nerve — more at NERVE] (ca. 1842) : the connective-tissue sheath that surrounds a bundle of nerve fibers

**¹pe·ri·od** \ˈpir-ē-əd\ *n* [ME *periode*, fr. MF, fr. ML, L, & Gk; ML *periodus* period of time, punctuation mark, fr. L & Gk; L, rhetorical period, fr. Gk *periodos* circuit, period of time, rhetorical period, fr. *peri-* + *hodos* way] (ca. 1530) 1 : the completion of a cycle, a series of events, or a single action : CONCLUSION 2 a (1) : an utterance from one full stop to another : SENTENCE (2) : a well-proportioned sentence of several clauses (3) : PERIODIC SENTENCE b : a musical structure or melodic section usu. composed of two or more contrasting or complementary phrases and ending with a cadence 3 a : the full pause with which the utterance of a sentence closes b : END, STOP 4 *obs* : GOAL, PURPOSE 5 a (1) : a point . used to mark the end (as of a declarative sentence or an abbreviation) (2) — used interjectionally to emphasize the finality of the preceding statement ⟨I don't remember — ~⟩ b : a rhythmical unit in Greek verse composed of a series of two or more cola 6 a : a portion of time determined by some recurring phenomenon b (1) : the interval of time required for a cyclic motion or phenomenon to complete a cycle and begin to repeat itself (2) : a number *k* that does not change the value of a periodic function *f* when added to the independent variable; *esp* : the smallest such number c : a single cyclic occurrence of menstruation 7 a : a chronological division : STAGE b : a division of geologic time longer than an epoch and included in an era c : a stage of culture having a definable place in time and space 8 a : one of the divisions of the academic day b : one of the divisions of the playing time of a game

*syn* PERIOD, EPOCH, ERA, AGE mean a division of time. PERIOD may designate an extent of time of any length ⟨*periods* of economic prosperity⟩. EPOCH applies to a period begun or set off by some significant or striking quality, change, or series of events ⟨the steam engine marked a new *epoch* in industry⟩. ERA suggests a period of history marked by a new or distinct order of things ⟨the *era* of global communications⟩. AGE is used frequently of a fairly definite period dominated by a prominent figure or feature ⟨the *age* of Samuel Johnson⟩.

**²period** *adj* (1905) : of, relating to, or representing a particular historical period ⟨~ furniture⟩ ⟨~ costumes⟩

**pe·ri·od·ic** \ˌpir-ē-ˈä-dik\ *adj* (1642) 1 a : occurring or recurring at regular intervals b : occurring repeatedly from time to time 2 a : consisting of or containing a series of repeated stages, processes, or digits : CYCLIC ⟨~ decimals⟩ ⟨a ~ vibration⟩ b : being a function any value of which recurs at regular intervals 3 : expressed in or characterized by periodic sentences

**per·iod·ic acid** \ˌpər-(ˌ)ī-ˈä-dik-\ *n* [ISV *per-* + *iodic*] (1836) : any of the strongly oxidizing acids (as $H_5IO_6$ or $HIO_4$) that are the most highly oxidized acids of iodine

**¹pe·ri·od·i·cal** \ˌpir-ē-ˈä-di-kəl\ *adj* (1601) 1 : PERIODIC 1 2 a : published with a fixed interval between the issues or numbers b : published in, characteristic of, or connected with a periodical

**²periodical** *n* (1798) : a periodical publication

**periodical cicada** *n* (1890) : SEVENTEEN-YEAR LOCUST

**pe·ri·od·i·cal·ly** \ˌpir-ē-ˈä-di-k(ə-)lē\ *adv* (1646) 1 : at regular intervals of time 2 : from time to time : FREQUENTLY

**pe·ri·od·ic·i·ty** \ˌpir-ē-ə-ˈdi-sə-tē\ *n* (1833) : the quality, state, or fact of being regularly recurrent or having periods

**periodic law** *n* (1872) : a law in chemistry: the elements when arranged in the order of their atomic numbers show a periodic variation of atomic structure and of most of their properties

**periodic sentence** *n* (ca. 1928) : a usu. complex sentence that has no subordinate or trailing elements following its principal clause (as in "yesterday while I was walking down the street, I saw him")

**periodic table** *n* (1895) : an arrangement of chemical elements based on the periodic law

**pe·ri·od·i·za·tion** \ˌpir-ē-ə-də-ˈzā-shən\ *n* (1938) : division (as of history) into periods

**peri·odon·tal** \ˌper-ē-ō-ˈdän-tᵊl\ *adj* (1854) 1 : investing or surrounding a tooth 2 : of or affecting periodontal tissues or regions ⟨~ diseases⟩ — **peri·odon·tal·ly** \-tᵊl-ē\ *adv*

**periodontal membrane** *n* (1899) : the fibrous connective-tissue layer covering the cementum of a tooth and holding it in place in the jawbone

**peri·odon·tics** \-ˈdän-tiks\ *n pl but sing or pl in constr* [NL *periodontium* periodontal tissue, fr. *peri-* + Gk *odont-*, *odous*, *odōn* tooth — more at TOOTH] (ca. 1944) : a branch of dentistry that deals with diseases of the supporting and investing structures of the teeth including the gums, cementum, periodontal membranes, and alveolar bone — **peri·odon·tist** \-ˈdän-tist\ *n*

**peri·odon·ti·tis** \ˌper-ē-(ˌ)ō-ˌdän-ˈtī-təs\ *n* [NL] (1872) : inflammation of the supporting structures of the teeth and esp. the periodontal membrane

**peri·odon·tol·o·gy** \-ˌdän-ˈtä-lə-jē\ *n* (1914) : PERIODONTICS

**period piece** *n* (1940) : a work (as of literature, art, furniture, cinema, or music) whose special value lies in its evocation of a historical period

**peri·onych·i·um** \ˌper-ē-ō-ˈni-kē-əm\ *n, pl* **-ia** \-kē-ə\ [NL, fr. *peri-* + Gk *onych-*, *onyx* nail — more at NAIL] (ca. 1879) : the tissue bordering the root and sides of a fingernail or toenail

**peri·op·er·a·tive** \ˌper-ē-ˈä-p(ə-)rə-tiv, -pə-ˌrā-\ *adj* (1966) : relating to, occurring in, or being the period around the time of a surgical operation ⟨~ morbidity⟩ ⟨~ nursing⟩

**peri·os·te·al** \ˌper-ē-ˈäs-tē-əl\ *adj* (1830) 1 : situated around or produced external to bone 2 : of, relating to, or involving the periosteum

**peri·os·te·um** \-tē-əm\ *n, pl* **-tea** \-tē-ə\ [NL, fr. LL *periosteon*, fr. Gk, neut. of *periosteos* around the bone, fr. *peri-* + *osteon* bone — more at OSSEOUS] (1597) : the membrane of connective tissue that closely invests all bones except at the articular surfaces

## PERIODIC TABLE

This is a common long form of the table Roman numerals and letters heading the vertical columns indicate the groups (There are differences of opinion regarding the letter designations, but those given here are probably the most generally used Also, international standards favor numbering the groups 1–18 from left to right using Arabic numerals, but the designations shown below remain quite common.) The horizontal rows represent the periods, with two series removed from the two very long periods and represented below the main table Atomic numbers are given above the symbols for the elements Compare ELEMENT table

| IA[1] | IIA[2] | IIIB | IVB | VB | VIB | VIIB | VIII | VIII | VIII | IB | IIB | IIIA | IVA | VA | VIA | VIIA[3] | VIIIA[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 H | | | | | | | | | | | | | | | | 1 H | 2 He |
| 3 Li | 4 Be | | | | | | | | | | | 5 B | 6 C | 7 N | 8 O | 9 F | 10 Ne |
| 11 Na | 12 Mg | | | | | | | | | | | 13 Al | 14 Si | 15 P | 16 S | 17 Cl | 18 Ar |
| 19 K | 20 Ca | 21 Sc | 22 Ti | 23 V | 24 Cr | 25 Mn | 26 Fe | 27 Co | 28 Ni | 29 Cu | 30 Zn | 31 Ga | 32 Ge | 33 As | 34 Se | 35 Br | 36 Kr |
| 37 Rb | 38 Sr | 39 Y | 40 Zr | 41 Nb | 42 Mo | 43 Tc | 44 Ru | 45 Rh | 46 Pd | 47 Ag | 48 Cd | 49 In | 50 Sn | 51 Sb | 52 Te | 53 I | 54 Xe |
| 55 Cs | 56 Ba | 57 *La | 72 Hf | 73 Ta | 74 W | 75 Re | 76 Os | 77 Ir | 78 Pt | 79 Au | 80 Hg | 81 Tl | 82 Pb | 83 Bi | 84 Po | 85 At | 86 Rn |
| 87 Fr | 88 Ra | 89 #Ac | 104 Rf | 105 Db | 106 Sg | 107 Bh | 108 Hs | 109 Mt | 110 Ds | | | | | | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *LANTHANIDE SERIES | 58 Ce | 59 Pr | 60 Nd | 61 Pm | 62 Sm | 63 Eu | 64 Gd | 65 Tb | 66 Dy | 67 Ho | 68 Er | 69 Tm | 70 Yb | 71 Lu |
| #ACTINIDE SERIES | 90 Th | 91 Pa | 92 U | 93 Np | 94 Pu | 95 Am | 96 Cm | 97 Bk | 98 Cf | 99 Es | 100 Fm | 101 Md | 102 No | 103 Lr |

[1] Group IA (excluding hydrogen) comprises the alkali metals
[2] Group IIA comprises the alkaline earth metals
[3] Group VIIA (excluding hydrogen) comprises the halogens
[4] Group VIIIA (also called group Zero) comprises the noble gases

**que·bra·cho** \kā-ˈbrä-(ˌ)chō, ki-\ *n* [AmerSp, alter. of *quiebracha*, fr. Sp *quiebra* it breaks + *hacha* ax] (ca. 1881) **1** : any of several trees of southern So. America with hard wood: as **a** : a tree (*Aspidosperma quebracho*) of the dogbane family which occurs chiefly in Argentina and Chile and whose dried bark is used as a respiratory sedative in dyspnea and in asthma **b** : a chiefly Argentine tree (*Schinopsis lorentzii*) of the cashew family with dense wood rich in tannins **2 a** : the wood of a quebracho **b** : a tannin-rich extract of the Argentine quebracho used in tanning leather

**Que·chua** \ˈke-chə-wə, ˈkech-wə\ *n, pl* **Quechua** *or* **Quechuas** [Sp, prob. fr. Southern Peruvian Quechua *qheswa* (*simi*), lit., valley speech] (1840) **1** : a family of languages spoken by Indian peoples of Peru, Bolivia, Ecuador, Chile, and Argentina **2 a** : a member of an Indian people of central Peru **b** : a group of peoples forming the dominant element of the Inca Empire — **Que·chu·an** \-wən\ *adj or n*

[1]**queen** \ˈkwēn\ *n* [ME *quene*, fr. OE *cwēn* woman, wife, queen; akin to Goth *qens* wife, Gk *gynē* woman, Skt *jani*] (bef. 12c) **1 a** : the wife or widow of a king **b** : the wife or widow of a tribal chief **2 a** : a female monarch **b** : a female chieftain **3 a** : a woman eminent in rank, power, or attractions ⟨a movie ~⟩ **b** : a goddess or a thing personified as female and having supremacy in a specified realm **c** : an attractive girl or woman; *esp* : a beauty contest winner **4** : the most privileged piece of each color in a set of chessmen having the power to move in any direction across any number of unoccupied squares **5** : a playing card marked with a stylized figure of a queen **6** : the fertile fully developed female of social bees, ants, and termites whose function is to lay eggs **7** : a mature female cat kept esp. for breeding **8** *often disparaging* : a male homosexual; *esp* : an effeminate one

[2]**queen** *vi* (1611) **1** : to act like a queen; *esp* : to put on airs — usu. used with *it* ⟨~*s* it over her friends⟩ **2** : to become a queen in chess ⟨the pawn ~*s*⟩ ~ *vt* : to promote (a pawn) to a queen in chess

**Queen Anne** \-ˈan\ *adj* [*Queen Anne* of England] (1863) **1** : of, relating to, or having the characteristics of a style of furniture originating in England under Dutch influence esp. during the first half of the 18th century that is marked by extensive use of upholstery, marquetry, and Asian fabrics **2** : of, relating to, or having the characteristics of a style of English building of the early 18th century characterized by modified classic ornament and the use of red brickwork in which even relief ornament is carved

**Queen Anne's lace** *n* (1895) : a widely naturalized Eurasian biennial herb (*Daucus carota*) which has a whitish acrid taproot and flat lacelike clusters of tiny white flowers and from which the cultivated carrot originated — called also *wild carrot*

**queen consort** *n, pl* **queens consort** (1765) : the wife of a reigning king

**queen·ly** \ˈkwēn-lē\ *adj* **queen·li·er**; **-est** (15c) **1** : of, relating to, or befitting a queen **2** : having royal rank **3** : MONARCHICAL — **queen·li·ness** *n* — **queenly** *adv*

**queen mother** *n* (1577) : a queen dowager who is mother of the reigning sovereign

**queen post** *n* (1823) : one of two vertical tie posts in a truss (as of a roof)

d
g
e
f

*de gf* queen posts

**queen regnant** *n, pl* **queens regnant** (ca. 1639) : a queen reigning in her own right

**Queen's Bench** *n* (1707) : a division of the English superior courts system that hears civil and criminal court cases — used during the reign of a queen

**Queen's Counsel** *n* (1850) : a barrister selected to serve as counsel to the British crown — used during the reign of a queen

**queen·ship** \ˈkwēn-ˌship\ *n* (1536) **1** : the rank, dignity, or state of being a queen **2** : a regal quality like that of a queen

**queen·side** \-ˌsīd\ *n* (1897) : the side of a chessboard containing the file on which the queen sits at the beginning of the game

**queen–size** *adj* (1959) **1** : having dimensions of approximately 60 by 80 inches (about 1.5 by 2.0 meters) — used of a bed; compare FULL-SIZE, KING-SIZE, TWIN-SIZE **2** : of a size that fits a queen-size bed ⟨a ~ sheet⟩

**queen substance** *n* (1954) : a pheromone secreted by queen bees that is consumed by worker bees and inhibits ovary development

[1]**queer** \ˈkwir\ *adj* [origin unknown] (1508) **1 a** : WORTHLESS, COUNTERFEIT ⟨~ money⟩ **b** : QUESTIONABLE, SUSPICIOUS **2 a** : differing in some odd way from what is usual or normal **b (1)** : ECCENTRIC, UNCONVENTIONAL **(2)** : mildly insane : TOUCHED **c** : absorbed or interested to an extreme or unreasonable degree : OBSESSED **d (1)** *often disparaging* : HOMOSEXUAL **(2)** *sometimes offensive* : GAY 4b **3** : not quite well — **queer·ish** \-ish\ *adj* — **queer·ly** *adv* — **queer·ness** *n*

*usage* Over the past two decades, an important change has occurred in the use of *queer* in sense 2d. The older, strongly pejorative use has certainly not vanished, but a use by some gay people and some academics as a neutral or even positive term has established itself. This development is most noticeable in the adjective but is reflected in the corresponding noun as well. The newer use is sometimes taken to be offensive, esp. by older gay men who fostered the acceptance of *gay* in these uses and still have a strong preference for it.

[2]**queer** *vt* (ca. 1812) **1** : to spoil the effect or success of ⟨~ one's plans⟩ **2** : to put or get into an embarrassing or disadvantageous situation

[3]**queer** *n* (ca. 1812) : one that is queer; *esp, often disparaging* : HOMOSEXUAL *usage* see [1]QUEER

**queer theory** *n* (1988) : an approach to literary and cultural study that rejects traditional categories of gender and sexuality

[1]**quell** \ˈkwel\ *vt* [ME, to kill, quell, fr. OE *cwellan* to kill; akin to OHG *quellen* to torture, kill, *quāla* torment, Lith *gelti* to hurt] (13c) **1** : to thoroughly overwhelm and reduce to submission or passivity ⟨~ a riot⟩ **2** : QUIET, PACIFY ⟨~ fears⟩ — **quell·er** *n*

[2]**quell** *n* [ME, fr. *quellen* to kill] (15c) **1** *obs* : SLAUGHTER **2** *archaic* : the power of quelling

**quench** \ˈkwench\ *vb* [ME, fr. OE *-cwencan*; akin to OE *-cwincan* to vanish, OFris *quinka*] *vt* (12c) **1 a** : PUT OUT, EXTINGUISH **b** : to put out the light or fire of ⟨~ glowing coals with water⟩ **c** : to cool (as heated metal) suddenly by immersion (as in oil or water) **d** : to cause to lose heat or warmth ⟨you have ~*ed* the warmth of France toward you —Alfred Tennyson⟩ **2 a** : to bring (something immaterial) to an end typically by satisfying, damping, cooling, or decreasing ⟨a rational understanding of the laws of nature can ~ impossible desires —Lucius Garvin⟩ ⟨the praise that ~*es* all desire to read the book —T. S. Eliot⟩ **b** : to terminate by or as if by destroying : ELIMINATE ⟨the Commonwealth party ~*ed* a whole generation of play-acting —Margery Bailey⟩ ⟨~ a rebellion⟩ **c** : to relieve or satisfy with liquid ⟨~*ed* his thirst at a wayside spring⟩ ~ *vi* **1** : to become extinguished : COOL **2** : to become calm : SUBSIDE — **quench·able** \ˈkwen-chə-bəl\ *adj* — **quench·er** *n* — **quench·less** \ˈkwench-ləs\ *adj*

**que·nelle** \kə-ˈnel\ *n* [F, fr. G *Knödel* dumpling, fr. MHG; akin to OHG *knoto* knot — more at KNOT] (1845) : a poached oval dumpling of pureed forcemeat (as of pike) often served in a cream sauce

**quer·ce·tin** \ˈkwər-sə-tən\ *n* [ISV, fr. L *quercetum* oak forest, fr. *quercus* oak — more at FIR] (1857) : a yellow crystalline pigment $C_{15}H_{10}O_7$ occurring usu. in the form of glycosides in various plants

**quer·cit·ron** \ˈkwər-ˌsi-trən, ˌkwər-ˈ\ *n* [blend of NL *Quercus* and ISV *citron*] (1794) **1** : a large timber oak (*Quercus velutina*) chiefly of the eastern and central U.S. **2** : the bark of the quercitron that is rich in tannin and a dye containing quercetin; *also* : the dye

**que·rist** \ˈkwir-əst, ˈkwer-\ *n* [L *quaerere* to ask] (1633) : one who inquires

**quern** \ˈkwərn\ *n* [ME, fr. OE *cweorn*, akin to OHG *quirn* hand mill, OCS *žrŭny*] (bef. 12c) : a primitive hand mill for grinding grain

**quer·u·lous** \ˈkwer-yə-ləs, -ə-ləs *also* ˈkwir-\ *adj* [ME *querelose*, fr. L *querulus*, fr. *queri* to complain] (15c) **1** : habitually complaining **2** : FRETFUL, WHINING ⟨a ~ voice⟩ — **quer·u·lous·ly** *adv* — **quer·u·lous·ness** *n*

[1]**que·ry** \ˈkwir-ē, ˈkwer-\ *n, pl* **queries** [alter. of earlier *quere*, fr. L *quaere*, imper. of *quaerere* to ask] (ca. 1635) **1** : QUESTION, INQUIRY **2** : a question in the mind : DOUBT **3** : QUESTION MARK 2

[2]**query** *vt* **que·ried**; **que·ry·ing** (1654) **1** : to ask questions of esp. with a desire for authoritative information **2** : to ask questions about esp. in order to resolve a doubt **3** : to put as a question **4** : to mark with a query *syn* see ASK — **que·ri·er** *n*

**que·sa·dil·la** \ˌkā-sə-ˈdē-ə *also* -ˈthē- *or* -ˈthēl-yə\ *n* [MexSp, fr. Sp, cheese pastry, dim. of *quesada*, fr. *queso* cheese, fr. L *caseus*] (1935) : a tortilla filled with a savory mixture, folded, and usu. fried

[1]**quest** \ˈkwest\ *n* [ME, fr. AF *queste*, VL **quaesta*, fr. L, fem. of *quaestus*, pp. of *quaerere*] (14c) **1 a** : a jury of inquest **b** : INVESTIGATION **2** : an act or instance of seeking: **a** : PURSUIT, SEARCH **b** : a chivalrous enterprise in medieval romance usu. involving an adventurous journey **3** *obs* : a person or group of persons who search or make inquiry

[2]**quest** *vi* (14c) **1** *of a dog* **a** : to search a trail **b** : BAY **2** : to go on a quest ~ *vt* **1** : to search for **2** : to ask for — **quest·er** *n*

[1]**ques·tion** \ˈkwes-chən, ˈkwesh-\ *n* [ME, fr. AF, fr. L *quaestion-*, *quaestio*, fr. *quaerere* to seek, ask] (14c) **1 a (1)** : an interrogative expression often used to test knowledge **(2)** : an interrogative sentence or clause **b** : a subject or aspect in dispute or open for discussion : ISSUE; *broadly* : PROBLEM, MATTER **c (1)** : a subject or point of debate or a proposition to be voted on in a meeting **(2)** : the bringing of such to a vote **d** : the specific point at issue **2 a** : an act or instance of asking : INQUIRY **b** : INTERROGATION; *also* : a judicial or official investigation **c** : torture as part of an examination **d (1)** : OBJECTION, DISPUTE ⟨true beyond ~⟩ **(2)** : room for doubt or objection ⟨little ~ of his skill⟩ **(3)** : CHANCE, POSSIBILITY ⟨no ~ of escape⟩

[2]**question** *vt* (15c) **1** : to ask a question of or about **2** : to interrogate intensively : CROSS-EXAMINE **3 a** : DOUBT, DISPUTE **b** : to subject to analysis : EXAMINE ~ *vi* : to ask questions : INQUIRE *syn* see ASK — **ques·tion·er** *n*

**ques·tion·able** \ˈkwes-chə-nə-bəl, ˈkwesh-, *in rapid speech* ˈkwesh-nə-\ *adj* (1580) **1** *obs* : inviting inquiry **2** *obs* : liable to judicial inquiry or action **3** : affording reason for being doubted, questioned, or challenged : not certain or exact : PROBLEMATIC ⟨milk of ~ purity⟩ ⟨a ~ decision⟩ **4** : attended by well-grounded suspicions of being immoral, crude, false, or unsound : DUBIOUS ⟨~ motives⟩ *syn* see DOUBTFUL — **ques·tion·able·ness** *n* — **ques·tion·ably** \-blē\ *adv*

**ques·tion·ary** \ˈkwes-chə-ˌner-ē, ˈkwesh-\ *n, pl* **-ar·ies** (1887) : QUESTIONNAIRE

**ques·tion·less** \ˈkwes-chən-ləs, ˈkwesh-\ *adj* (1532) **1** : INDUBITABLE, UNQUESTIONABLE **2** : UNQUESTIONING

**question mark** *n* (1869) **1 a** : something unknown, unknowable, or uncertain **b** : someone (as an athlete) whose condition, talent, or potential for success is in doubt **2** : a mark ? used in writing and printing at the conclusion of a sentence to indicate a direct question

**ques·tion·naire** \ˌkwes-chə-ˈner, ˌkwesh-\ *n* [F, fr. *questionner* to question, fr. MF, fr. *question*, n.] (1899) **1** : a set of questions for obtaining statistically useful or personal information from individuals **2** : a written or printed questionnaire often with spaces for answers **3** : a survey made by the use of a questionnaire

**question time** *n* (1884) : a period in a session of a British parliamentary body during which members may put questions to ministers on matters concerning their departments

**questor** *var of* QUAESTOR

**quet·zal** \ket-ˈsäl, -ˈsal\ *n, pl* **quetzals** *or* **quet·za·les** \-ˈsä-(ˌ)lās, -ˈsa-\ [AmerSp, fr. Nahuatl *quetzalli* tail coverts of the quetzal] (1827) **1** : a Central American trogon (*Pharomachrus mocinno*) that has brilliant green plumage above, a red breast, and in the male long upper tail coverts **2** *pl* **quetzales** — see MONEY table

**Quet·zal·co·a·tl** \ˌket-səl-kə-ˈwä-tᵊl, ˌket-, -səl-ˈkwä-; ket-ˌsäl-, -ˌsal-\ *n* [Nahuatl *Quetzalcōātl*] (1578) : a chief Toltec and Aztec god identified with the wind and air and represented by a feathered serpent

[1]**queue** \ˈkyü\ *n* [F, lit., tail, fr. OF *cue*, *coe*, L *cauda*, *coda*] (1748) **1** : a braid of hair usu. worn hanging at the back of the head **2** : a waiting line esp. of persons or vehicles **3 a** : a sequence of messages or jobs held in temporary storage awaiting transmission or processing **b** : a data structure that consists of a list of records such that records are added at one end and removed from the other

[2]**queue** *vb* **queued**; **queu·ing** *or* **queue·ing** *vt* (1777) : to arrange or form in a queue ~ *vi* : to line up or wait in a queue — often used with *up* — **queu·er** *n*

**rend** \ˈrend\ *vb* **rent** \ˈrent\ *also* **rend·ed** \ˈren-dəd\; **rend·ing** [ME, fr. OE *rendan;* akin to OFris *renda* to tear and perh. to Skt *randhra* hole] *vt* (bef. 12c) **1** : to remove from place by violence : WREST **2** : to split or tear apart or in pieces by violence **3** : to tear (the hair or clothing) as a sign of anger, grief, or despair **4 a** : to lacerate mentally or emotionally **b** : to pierce with sound **c** : to divide (as a nation) into contesting factions ~ *vi* **1** : to perform an act of tearing or splitting **2** : to become torn or split *syn* see TEAR

**¹ren·der** \ˈren-dər\ *vb* **ren·dered; ren·der·ing** \-d(ə-)riŋ\ [ME *rendren,* fr. AF *rendre* to give back, surrender, fr. VL **rendere,* alter. of L *reddere,* partly fr. *re-* + *dare* to give & partly fr. *re-* + *-dere* to put — more at DATE, DO] *vt* (14c) **1 a** : to melt down ⟨~ suet⟩; *also* : to extract by melting ⟨~ lard⟩ **b** : to treat so as to convert into industrial fats and oils or fertilizer **2 a** : to transmit to another : DELIVER **b** : GIVE UP, YIELD **c** : to furnish for consideration, approval, or information: as (1) : to hand down (a legal judgment) (2) : to agree on and report (a verdict) **3 a** : to give in return or retribution **b** (1) : GIVE BACK, RESTORE (2) : REFLECT, ECHO **c** : to give in acknowledgment of dependence or obligation : PAY **d** : to do (a service) for another **4 a** (1) : to cause to be or become : MAKE ⟨enough rainfall . . . to ~ irrigation unnecessary —P. E. James⟩ ⟨~*ed* him helpless⟩ (2) : IMPART **b** (1) : to reproduce or represent by artistic or verbal means : DEPICT (2) : to give a performance of (3) : to produce a copy or version of ⟨the documents are ~*ed* in the original French⟩ (4) : to execute the motions of ⟨~ a salute⟩ **c** : TRANSLATE **5** : to direct the execution of : ADMINISTER ⟨~ justice⟩ **6** : to apply a coat of plaster or cement directly to ~ *vi* : to give recompense — **ren·der·able** \-d(ə-)rə-bəl\ *adj* — **ren·der·er** \-dər-ər\ *n*

**²render** *n* (1647) : a return esp. in goods or services due from a feudal tenant to his lord

**¹ren·dez·vous** \ˈrän-di-ˌvü, -dā-\ *n, pl* **ren·dez·vous** \-ˌvüz\ [MF, fr. *rendez vous* present yourselves] (1582) **1 a** : a place appointed for assembling or meeting **b** : a place of popular resort : HAUNT **2** : a meeting at an appointed place and time **3** : the process of bringing two spacecraft together

**²rendezvous** *vb* **-voused** \-ˌvüd\; **-vous·ing** \-ˌvü-iŋ\; **-vouses** \-ˌvüz\ *vi* (1645) : to come together at a rendezvous ~ *vt* **1** : to bring together at a rendezvous **2** : to meet at a rendezvous

**ren·di·tion** \ren-ˈdi-shən\ *n* [obs. F, fr. MF, alter. of *reddition,* fr. LL *reddition-, redditio,* fr. L *reddere* to return] (1601) : the act or result of rendering: as **a** : SURRENDER **b** : TRANSLATION **c** : PERFORMANCE, INTERPRETATION

**ren·dzi·na** \ren-ˈjē-nə\ *n* [Pol *rędzina* rich limy soil] (1922) : any of a group of dark grayish-brown intrazonal soils developed in grassy regions of high to moderate humidity from soft calcareous marl or chalk

**¹ren·e·gade** \ˈre-ni-ˌgād\ *n* [Sp *renegado,* fr. ML *renegatus,* fr. pp. of *renegare* to deny, fr. L *re-* + *negare* to deny — more at NEGATE] (1583) **1** : a deserter from one faith, cause, or allegiance to another **2** : an individual who rejects lawful or conventional behavior

**²renegade** *vi* **-gad·ed; -gad·ing** (ca. 1611) : to become a renegade

**³renegade** *adj* (1705) **1** : having deserted a faith, cause, or religion for a hostile one **2** : having rejected tradition : UNCONVENTIONAL

**re·nege** \ri-ˈneg *also* -ˈnāg, -ˈnig; rē-\ *vb* **re·neged; re·neg·ing** [ML *renegare*] *vt* (1548) : DENY, RENOUNCE ~ *vi* **1** *obs* : to make a denial **2** : REVOKE **3** : to go back on a promise or commitment — **re·neg·er** *n*

**re·ne·go·tia·ble** \ˌrē-ni-ˈgō-sh(ē-)ə-bəl\ *adj* (1943) : subject to renegotiation ⟨~ mortgages⟩ ⟨~ rates⟩

**re·ne·go·ti·ate** \ˌrē-ni-ˈgō-shē-ˌāt\ *vt* (ca. 1934) : to negotiate again (as to adjust interest rates or repayments or to get more money) ⟨~ a loan⟩ ⟨~ a contract⟩ — **re·ne·go·ti·a·tion** \ˌrē-ni-ˌgō-shē-ˈā-shən, -sē-ˈā-\ *n*

**re·new** \ri-ˈnü, -ˈnyü\ *vt* (14c) **1** : to make like new : restore to freshness, vigor, or perfection ⟨as we ~ our strength in sleep⟩ **2** : to make new spiritually : REGENERATE **3 a** : to restore to existence : REVIVE **b** : to make extensive changes in : REBUILD **4** : to do again : REPEAT **5** : to begin again : RESUME **6** : REPLACE, REPLENISH ⟨~ water in a tank⟩ **7 a** : to grant or obtain an extension of or on ⟨~ a license⟩ **b** : to grant or obtain an extension on the loan of ⟨~ a library book⟩ ~ *vi* **1** : to become new or as new **2** : to begin again : RESUME **3** : to make a renewal (as of a lease) — **re·new·er** *n*

*syn* RENEW, RESTORE, REFRESH, RENOVATE, REJUVENATE mean to make like new. RENEW implies a restoration of what had become faded or disintegrated so that it seems like new ⟨efforts to *renew* the splendor of the old castle⟩. RESTORE implies a return to an original state after depletion or loss ⟨*restored* a fine piece of furniture⟩. REFRESH implies the supplying of something necessary to restore lost strength, animation, or power ⟨a *refreshing* drink⟩. RENOVATE suggests a renewing by cleansing, repairing, or rebuilding ⟨the apartment has been entirely *renovated*⟩. REJUVENATE suggests the restoration of youthful vigor, powers, or appearance ⟨the change in jobs *rejuvenated* her spirits⟩.

**re·new·able** \-ˈnü-ə-bəl, -ˈnyü-\ *adj* (1727) **1** : capable of being renewed ⟨~ contracts⟩ **2** : capable of being replaced by natural ecological cycles or sound management practices ⟨~ resources⟩ — **re·new·abil·i·ty** \-ˌnü-ə-ˈbi-lə-tē, -ˌnyü-\ *n* — **renewable** *n* — **re·new·ably** \-ˈnü-ə-blē, -ˈnyü-\ *adv*

**re·new·al** \ri-ˈnü-əl, -ˈnyü-\ *n* (ca. 1686) **1** : the act or process of renewing : REPETITION **2** : the quality or state of being renewed **3** : something renewed; *specif* : an expenditure that betters existing fixed assets **4** : something (as a subscription to a magazine) renewed; *specif* : an expenditure that betters existing fixed assets **5** : the rebuilding of a large area (as of a city) by a public authority

**reni-** *or* **reno-** *comb form* [L *renes* kidneys] : kidney ⟨*reniform*⟩

**re·ni·form** \ˈrē-nə-ˌfȯrm, ˈre-\ *adj* [NL *reniformis,* fr. *reni-* + *-formis* -form] (ca. 1753) : suggesting a kidney in outline ⟨a ~ nucleus of a cell⟩ — see LEAF illustration

**re·nin** \ˈrē-nən, ˈre-\ *n* [ISV, fr. L *renes*] (1906) : a proteolytic enzyme of the kidney that plays a major role in the release of angiotensin

**re·ni·ten·cy** \ˈre-nə-tən(t)-sē, ri-ˈnī-tᵊn(t)-\ *n* (1613) : RESISTANCE, OPPOSITION

**re·ni·tent** \ˈre-nə-tənt, ri-ˈnī-tᵊnt\ *adj* [F or L; F *rénitent,* fr. L *renitent-, renitens,* prp. of *reniti* to resist, fr. *re-* + *niti* to strive — more at NISUS] (1701) **1** : resisting physical pressure **2** : resisting constraint or compulsion : RECALCITRANT

**ren·min·bi** \ˈren-ˈmin-ˈbē\ *n pl* [Chin (Beijing) *rénmínbì,* fr. *rénmín* people + *bì* currency] (1957) : the currency of the People's Republic of China consisting of yuan

**ren·net** \ˈre-nət\ *n* [ME, fr. ME **rennen* to cause to coagulate, fr. OE *gerennan,* fr. *ge-* together + **rennan* to cause to run; akin to OHG *rennen* to cause to run, OE *rinnan* to run — more at CO-, RUN] (15c) **1 a** : the contents of the stomach of an unweaned animal and esp. a calf **b** : the lining membrane of a stomach or one of its compartments (as the fourth of a ruminant) used for curdling milk; *also* : a preparation of the stomach of animals used for this purpose **2 a** : RENNIN **b** : a substitute for rennin

**ren·nin** \ˈre-nən\ *n* [rennet + ¹-*in*] (1897) : an enzyme that coagulates milk and is used in making cheese and junkets; *esp* : one from the mucous membrane of the stomach of a calf

**re·no·gram** \ˈrē-nə-ˌgram\ *n* (1952) : a photographic depiction of the course of renal excretion of a radiolabeled substance — **re·no·graph·ic** \ˌrē-nə-ˈgra-fik\ *adj* — **re·nog·ra·phy** \rē-ˈnä-grə-fē\ *n*

**re·nom·i·nate** \(ˌ)rē-ˈnä-mə-ˌnāt\ *vt* (1864) : to nominate again esp. for a succeeding term — **re·nom·i·na·tion** \(ˌ)rē-ˌnä-mə-ˈnā-shən\ *n*

**re·nounce** \ri-ˈnau̇n(t)s\ *vb* **re·nounced; re·nounc·ing** [ME, fr. AF *renuncer,* fr. L *renuntiare,* fr. *re-* + *nuntiare* to report, fr. *nuntius* messenger] *vt* (14c) **1** : to give up, refuse, or resign usu. by formal declaration ⟨~ his errors⟩ **2** : to refuse to follow, obey, or recognize any further : REPUDIATE ⟨~ the authority of the church⟩ ~ *vi* **1** : to make a renunciation **2** : to fail to follow suit in a card game *syn* see ABDICATE, ABJURE — **re·nounce·ment** \-ˈnau̇n(t)s-mənt\ *n* — **re·nounc·er** *n*

**re·no·vas·cu·lar** \ˌrē-nō-ˈvas-kyə-lər\ *adj* (1961) : of, relating to, or involving the blood vessels of the kidneys ⟨~ hypertension⟩

**ren·o·vate** \ˈre-nə-ˌvāt\ *vt* **-vat·ed; -vat·ing** [L *renovatus,* pp. of *renovare,* fr. *re-* + *novare* to make new, fr. *novus* new — more at NEW] (ca. 1522) **1** : to restore to a former better state (as by cleaning, repairing, or rebuilding) **2** : to restore to life, vigor, or activity : REVIVE ⟨the church was *renovated* by a new ecumenical spirit⟩ *syn* see RENEW — **ren·o·va·tion** \ˌre-nə-ˈvā-shən\ *n* — **ren·o·va·tive** \ˈre-nə-ˌvā-tiv\ *adj* — **ren·o·va·tor** \-ˌvā-tər\ *n*

**¹re·nown** \ri-ˈnau̇n\ *n* [ME *renoun,* fr. AF *renum, renoun,* fr *renomer* to report, speak of, fr. *re-* + *nomer* to name, fr. L *nominare,* fr. *nomin-, nomen* name — more at NAME] (14c) **1** : a state of being widely acclaimed and highly honored : FAME **2** *obs* : REPORT, RUMOR

**²renown** *vt* (15c) : to give renown to

**re·nowned** \-ˈnau̇nd\ *adj* (14c) : having renown : CELEBRATED *syn* see FAMOUS

**¹rent** \ˈrent\ *n* [ME *rente,* fr AF, payment, income, fr VL **rendita,* fr. fem. of **renditus,* pp. of **rendere* to yield — more at RENDER] (12c) **1** : property (as a house) rented or for rent **2 a** : a usu. fixed periodical return made by a tenant or occupant of property to the owner for the possession and use thereof; *esp* : an agreed sum paid at fixed intervals by a tenant to the landlord **b** : the amount paid by a hirer of personal property to the owner for the use thereof **3 a** : the portion of the income of an economy (as of a nation) attributable to land as a factor of production in addition to capital and labor **b** : ECONOMIC RENT — **for rent** : available for use or service in return for payment

**²rent** *vt* (15c) **1** : to grant the possession and enjoyment of in exchange for rent **2** : to take and hold under an agreement to pay rent ~ *vi* **1** : to be for rent **2 a** : to obtain the possession and use of a place or article in exchange for rent **b** : to allow the possession and use of property in exchange for rent *syn* see HIRE — **rent·abil·i·ty** \ˌren-tə-ˈbi-lə-tē\ *n* — **rent·able** \ˈren-tə-bəl\ *adj*

**³rent** *past and past part of* REND

**⁴rent** *n* [E dial. *rent* to rend, fr. ME, alter. of *renden* — more at REND] (1535) **1** : an opening made by or as if by rending **2** : a split in a party or organized group : SCHISM **3** : an act or instance of rending

**rent–a–car** \ˈrent-ə-ˌkär\ *n* (1935) : a rented car

**rent–a–cop** *n* (1971) *often disparaging* : a security worker (as a guard) who is not a police officer

**¹rent·al** \ˈren-tᵊl\ *n* (14c) **1** : an amount paid or collected as rent **2** : something that is rented **3** : an act of renting **4** : a business that rents something

**²rental** *adj* (15c) **1 a** : of or relating to rent **b** : available for rent **2** : dealing in rental property ⟨a ~ agency⟩

**rental library** *n* (1928) : a commercially operated library (as in a store) that lends books at a fixed charge per book per day — called also *lending library*

**rent control** *n* (1931) : government regulation of the amount charged as rent for housing and often also of eviction — **rent–controlled** *adj*

**rente** \ˈräⁿ(n)t\ *n* [F] (1873) : a government security (as in France) paying interest; *also* : the interest paid

**rent·er** \ˈren-tər\ *n* (1655) : one that rents; *specif* : the lessee or tenant of property

**ren·tier** \räⁿ-ˈtyā\ *n* [F, fr. OF, fr. *rente*] (ca. 1847) : a person who lives on income from property or securities

**rent strike** *n* (1964) : a refusal by a group of tenants to pay rent (as in protest against high rates)

**re·nun·ci·a·tion** \ri-ˌnən(t)-sē-ˈā-shən\ *n* [ME *renunciacion,* fr. AF, fr. L *renuntiation-, renuntiatio,* fr. *renuntiare* to renounce] (14c) : the act or practice of renouncing : REPUDIATION; *specif* : ascetic self-denial — **re·nun·ci·a·tive** \ri-ˈnən(t)-sē-ˌā-tiv\ *adj* — **re·nun·ci·a·to·ry** \-sē-ə-ˌtȯr-ē\ *adj*

**re·of·fer** \(ˌ)rē-ˈȯ-fər, -ˈä-\ *vt* (1920) : to offer (a security issue) for public sale

**re·open** \(ˌ)rē-ˈō-pən, -ˈō-pᵊm\ *vt* (1733) **1** : to open again **2 a** : to take up again : RESUME ⟨~ discussion⟩ **b** : to resume discussion or consideration of ⟨~ a contract⟩ **3** : to begin again ~ *vi* : to open again ⟨school ~s in September⟩

**¹re·or·der** \(ˌ)rē-ˈȯr-dər\ *vt* (1656) **1** : to arrange in a different way **2** : to give a reorder for ~ *vi* : to place a reorder

**²reorder** *n* (1901) : an order like a previous order placed with the same supplier

**re·or·ga·ni·za·tion** \(ˌ)rē-ˌȯr-gə-nə-ˈzā-shən, -ˌȯrg-nə-\ *n* (1813) : the act or process of reorganizing : the state of being reorganized; *esp* : the

~ vi 1 : SEPARATE, WITHDRAW 2 : to practice or enforce a policy of segregation 3 : to undergo genetic segregation — seg·re·ga·tive \-ˌgā-tiv\ adj

²seg·re·gate \'se-gri-gət, -ˌgāt\ n (1871) : one that is in some respect segregated; esp : one that differs genetically from the parental line because of genetic segregation

seg·re·gat·ed adj (1652) 1 a : set apart or separated from others of the same kind or group ⟨a ~ account in a bank⟩ b : divided in facilities or administered separately for members of different groups or races ⟨~ education⟩ c : restricted to members of one group or one race by a policy of segregation ⟨~ schools⟩ 2 : practicing or maintaining segregation esp. of races ⟨~ states⟩

seg·re·ga·tion \ˌse-gri-'gā-shən\ n (1555) 1 : the act or process of segregating : the state of being segregated 2 a : the separation or isolation of a race, class, or ethnic group by enforced or voluntary residence in a restricted area, by barriers to social intercourse, by separate educational facilities, or by other discriminatory means b : the separation for special treatment or observation of individuals or items from a larger group ⟨~ of gifted children into accelerated classes⟩ 3 : the separation of allelic genes that occurs typically during meiosis

seg·re·ga·tion·ist \-sh(ə-)nist\ n (1913) : a person who believes in or practices segregation esp. of races — segregationist adj

¹se·gue \'se-(ˌ)gwā, 'sā-\ vb imper [It, there follows, fr. seguire to follow, fr. L sequi — more at SUE] (ca. 1740) 1 : proceed to what follows without pause — used as a direction in music 2 : perform the music that follows like that which has preceded — used as a direction in music

²segue vi se·gued; se·gue·ing (ca. 1913) 1 : to proceed without pause from one musical number or theme to another 2 : to make a transition without interruption from one activity, topic, scene, or part to another ⟨segued smoothly into the next story⟩

³segue n (ca. 1937) : the act or an instance of segueing

se·gui·di·lla \ˌse-gə-'dē-yə, -'dēl-yə\ n [Sp, dim. of seguida, a dance, lit., sequence, fr. seguido, pp. of seguir to follow, fr. L sequi] (1763) 1 a : a Spanish dance with many regional variations b : the music for such a dance 2 : a Spanish stanza of four or seven short partly assonant verses

sei·cen·to \sā-'chen-(ˌ)tō\ n [It, lit., six-hundred, fr. sei six (fr. L sex) + cento hundred — more at SIX, CINQUECENTO] (ca. 1902) : the 17th century; specif : the 17th century period in Italian literature and art

seiche \'sāsh, 'sēch\ n [F] (ca. 1839) : an oscillation of the surface of a landlocked body of water (as a lake) that varies in period from a few minutes to several hours

sei·del \'sī-dᵊl, 'zī-\ n [G, fr. MHG sīdel, fr. L situla bucket] (1908) : a large glass for beer

Seid·litz powders \'sed-ləts-\ n pl [Sedlitz (Sedlčany), village in Bohemia; fr. the similarity of their effect to that of the water of the village] (1815) : effervescing salts consisting of one powder of sodium bicarbonate and Rochelle salt and another of tartaric acid that are mixed in water and drunk as a mild cathartic

sei·gneur \sān-'yər\ n, often cap [MF, fr. ML senior, fr. L, adj., elder — more at SENIOR] (1592) 1 : a man of rank or authority; esp : the feudal lord of a manor 2 : a member of the landed gentry of Canada

sei·gneur·ial \-'yu̇r-ē-əl, -'yər-\ adj (1656) : of, relating to, or befitting a seigneur

sei·gneury \'sān-yə-rē\ n, pl -gneur·ies (1630) 1 a : the territory under the government of a feudal lord b : a landed estate held in Canada by feudal tenure until 1854 2 : the manor house of a Canadian seigneur

sei·gnior \sān-'yȯr, 'sān-ˌ\ n [ME seygnour, fr. AF seignur, fr. ML senior] (14c) : SEIGNEUR 1

sei·gnior·age or sei·gnor·age \'sān-yə-rij\ n [ME seigneurage, fr. AF seignurage right of the lord (esp. to coin money), fr. seignur] (15c) : a government revenue from the manufacture of coins calculated as the difference between the face value and the metal value of the coins

sei·gniory or sei·gnory \'sān-yə-rē\ n, pl -gnior·ies or -gnor·ies (14c) 1 : LORDSHIP, DOMINION; specif : the power or authority of a feudal lord 2 : the territory over which a lord holds jurisdiction

sei·gno·ri·al \sān-'yȯr-ē-əl\ adj (1796) : of, relating to, or befitting a seignior : MANORIAL

¹seine \'sān\ n [ME, fr. OE segne, fr. L sagena, fr. Gk sagēnē] (bef. 12c) : a large net with sinkers on one edge and floats on the other that hangs vertically in the water and is used to enclose and catch fish when its ends are pulled together or are drawn ashore

²seine vb seined; sein·ing vi (1836) : to fish with or catch fish with a seine ~ vt : to fish for or in with a seine

sein·er \'sā-nər\ n (1602) 1 : one who fishes with a seine 2 : a boat used for seining

sei·sin or sei·zin \'sē-zᵊn\ n [ME seisine, fr. AF, fr. seisir to seize — more at SEIZE] (14c) 1 : the possession of land or chattels 2 : the possession of a freehold estate in land by one having title thereto

seis·mic \'sīz-mik, 'sīs-\ adj [Gk seismos shock, earthquake, fr. seiein to shake; prob. akin to Av thwaēshō fear] (1858) 1 : of, subject to, or caused by an earthquake; also : of or relating to an earth vibration caused by something else (as an explosion or the impact of a meteorite) 2 : of or relating to a vibration on a celestial body (as the moon) comparable to a seismic event on earth 3 : having a strong or widespread impact : EARTHSHAKING ⟨~ social changes⟩ — seis·mi·cal·ly \-mi-k(ə-)lē\ adv

seis·mic·i·ty \sīz-'mi-sə-tē, sīs-\ n (1902) : the relative frequency and distribution of earthquakes

seismo- comb form [Gk, fr. seismos] : earthquake : vibration ⟨seismometer⟩

seis·mo·gram \'sīz-mə-ˌgram, 'sīs-\ n [ISV] (ca. 1891) : the record of an earth tremor by a seismograph

seis·mo·graph \-ˌgraf\ n [ISV] (1858) : an apparatus to measure and record vibrations within the earth and of the ground — seis·mog·ra·pher \sīz-'mä-grə-fər, sīs-\ n — seis·mo·graph·ic \ˌsīz-mə-'gra-fik, ˌsīs-\ adj — seis·mog·ra·phy \sīz-'mä-grə-fē, sīs-\ n

seis·mol·o·gy \sīz-'mä-lə-jē, sīs-\ n [ISV] (1858) : a science that deals with earthquakes and with artificially produced vibrations of the earth — seis·mo·log·i·cal \ˌsīz-mə-'lä-ji-kəl, ˌsīs-\ also seis·mo·log·ic \-jik\ adj — seis·mol·o·gist \sīz-'mä-lə-jist, sīs-\ n

seis·mom·e·ter \sīz-'mä-mə-tər, sīs-\ n (1841) : a seismograph measuring the actual movements of the ground (as on the earth or the moon) — seis·mo·met·ric \ˌsīz-mə-'me-trik, ˌsīs-\ adj

seis·mom·e·try \sīz-'mä-mə-trē, sīs-\ n [ISV] (1858) : the scientific study of earthquakes

sei whale \'sā-, 'sī-\ n [part trans. of Norw seihval, fr. sei coalfish + hval whale] (1912) : a widely distributed dark gray baleen whale (Balaenoptera borealis) that has a ridge on the top of the head and may reach a length of nearly 60 feet (18 meters) — called also sei

seize \'sēz\ vb seized; seiz·ing [ME saisen, fr. AF seisir, fr. ML sacire, of Gmc origin; perh. akin to OHG sezzen to set — more at SET] vt (14c) 1 a usu seise \'sēz\ : to vest ownership of a freehold estate in b often seise : to put in possession of something ⟨the biographer will be seized of all pertinent papers⟩ 2 a : to take possession of : CONFISCATE b : to take possession of by legal process 3 a : to possess or take by force : CAPTURE b : to take prisoner : ARREST 4 a : to take hold of : CLUTCH b : to possess oneself of : GRASP c : to understand fully and distinctly : APPREHEND 5 a : to attack or overwhelm physically : AFFLICT ⟨suddenly seized with an acute illness —H. G. Armstrong⟩ b : to possess (as one's mind) completely or overwhelmingly ⟨seized the popular imagination —Basil Davenport⟩ 6 : to bind or fasten together with a lashing of small stuff (as yarn, marline, or fine wire) ~ vi 1 : to take or lay hold suddenly or forcibly 2 a : to cohere to a relatively moving part through excessive pressure, temperature, or friction — used esp. of machine parts (as bearings, brakes, or pistons) b : to fail to operate due to the seizing of a part — used of an engine syn see TAKE — seiz·er n

seiz·ing n (14c) 1 a : the cord or lashing used in binding or fastening b : the fastening so made — see KNOT illustration 2 : the operation of fastening together or lashing with tarred small stuff

sei·zure \'sē-zhər\ n (15c) 1 a : the act, action, or process of seizing : the state of being seized b : the taking possession of person or property by legal process 2 a : a sudden attack (as of disease); esp : the physical manifestations (as convulsions, sensory disturbances, or loss of consciousness) resulting from abnormal electrical discharges in the brain (as in epilepsy) b : an abnormal electrical discharge in the brain

se·jant \'sē-jənt\ adj [modif. of MF seant, prp. of seoir to sit, fr. L sedēre — more at SIT] (ca. 1500) : SITTING — used of a heraldic animal

¹sel \'sel\ chiefly Scot var of SELF

²sel abbr select; selected; selection

se·la·chi·an \sə-'lā-kē-ən\ n [ultim. fr. Gk selachos cartilaginous phosphorescent fish; akin to Gk selas brightness] (1835) : any of a variously classified group (Selachii) of cartilaginous fishes that includes the existing sharks and typically most related elasmobranchs (as rays) — selachian adj

se·lag·i·nel·la \sə-ˌla-jə-'ne-lə\ n [NL, fr. L selagin-, selago, a plant resembling the savin] (1891) : any of a genus (Selaginella) of mosslike lower tracheophytes that are related to or grouped with the club mosses and have scalelike leaves and produce one-celled sporangia containing both megaspores and microspores

se·lah \'sē-lə, -ˌlä\ interj [Heb selāh] (ca. 1530) — a term of uncertain meaning found in the Hebrew text of the Psalms and Habakkuk carried over untranslated into some English versions

sel·couth \'sel-ˌküth\ adj [ME, fr. OE seldcūth, fr. seldan seldom + cūth known — more at UNCOUTH] (bef. 12c) archaic : UNUSUAL, STRANGE

¹sel·dom \'sel-dəm\ adv [ME, fr. OE seldan, akin to OHG seltan seldom] (bef. 12c) : in few instances : RARELY, INFREQUENTLY

²seldom adj (13c) : RARE, INFREQUENT

¹se·lect \sə-'lekt\ adj [L selectus, pp. of seligere to select, fr. se- apart (fr. sed, se without) + legere to gather, select — more at SUICIDE, LEGEND] (ca. 1555) 1 : chosen from a number or group by fitness or preference 2 a : of special value or excellence : SUPERIOR, CHOICE b : exclusively or fastidiously chosen often with regard to social, economic, or cultural characteristics 3 : judicious or restrictive in choice : DISCRIMINATING ⟨pleased with the ~ appreciation of his books —Osbert Sitwell⟩ — se·lect·able \sə-'lek-tə-bəl\ adj — se·lect·ness \sə-'lek(t)-nəs\ n — se·lec·tor \sə-'lek-tər\ n

²select vt (1566) : to choose (as by fitness or excellence) from a number or group : pick out ~ vi : to make a choice

³select n (1610) : one that is select — often used in pl.

se·lect·ed \sə-'lek-təd\ adj (1590) : SELECT; specif : of a higher grade or quality than the ordinary

se·lect·ee \sə-ˌlek-'tē\ n (1940) 1 : a person inducted into military service under selective service 2 : a person who is chosen from a group by fitness or preference

se·lec·tion \sə-'lek-shən\ n (ca. 1623) 1 : the act or process of selecting : the state of being selected 2 : one that is selected : CHOICE; also : a collection of selected things 3 : a natural or artificial process that results or tends to result in the survival and propagation of some individuals or organisms but not of others with the result that the inherited traits of the survivors are perpetuated — compare DARWINISM, NATURAL SELECTION syn see CHOICE

se·lec·tion·ist \-sh(ə-)nist\ n (1892) : one who considers natural selection a fundamental factor in evolution — selectionist adj

se·lec·tive \sə-'lek-tiv\ adj (1625) 1 : of, relating to, or characterized by selection : selecting or tending to select 2 : highly specific in activity or effect ⟨~ pesticides⟩ ⟨~ absorption⟩ — se·lec·tive·ly adv — se·lec·tive·ness n — se·lec·tiv·i·ty \sə-ˌlek-'ti-və-tē, ˌsē-\ n

selective serotonin reuptake inhibitor n (1987) : SSRI

selective service n (1917) : a system under which men are called up for military service : DRAFT

se·lect·man \si-'lek(t)-ˌman, -ˌlek(t)-'man, -'lek(t)-mən; 'sē-ˌlek(t)-ˌman\ n (1635) : one of a board of officials elected in towns of all New England states except Rhode Island to serve as the chief administrative authority of the town

¹selen- or seleno- comb form [L selen-, fr. Gk selēn-, fr. selēnē — more at SELENIUM] : moon ⟨selenium⟩ ⟨selenology⟩

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \ḵ, ⁿ, œ, ue, ʸ\ see Guide to Pronunciation

stentorian ∘ stereotactically 1223

protozoans having a trumpet-shaped body with the mouth at the broad end and with the narrow end often attached to the substrate

**sten·to·ri·an** \sten-'tōr-ē-ən\ *adj* (1605) : extremely loud ⟨~ tones⟩ *syn* see LOUD

**¹step** \'step\ *n* [ME, fr. OE *stæpe;* akin to OHG *stapfo* step, *stampfōn* to stamp] (bef. 12c) **1** : a rest for the foot in ascending or descending: as **a** : one of a series of structures consisting of a riser and a tread **b** : a ladder rung **2 a (1)** : an advance or movement made by raising the foot and bringing it down elsewhere **(2)** : a combination of foot or foot and body movements constituting a unit or a repeated pattern ⟨a dance ~⟩ **(3)** : manner of walking : STRIDE **b** : FOOTPRINT 1 **c** : the sound of a footstep ⟨heard ~s in the hall⟩ **3 a** : the space passed over in one step **b** : a short distance ⟨just a ~ away from the bank⟩ **c** : the height of one stair **4** *pl* : COURSE, WAY ⟨directed his ~s toward the river⟩ **5 a** : a degree, grade, or rank in a scale **b** : a stage in a process ⟨was guided through every ~ of my career⟩ **6** : a frame on a ship designed to receive an upright shaft; *esp* : a block supporting the heel of a mast **7** : an action, proceeding, or measure often occurring as one in a series ⟨taking ~s to improve the situation⟩ **8** : a steplike offset or part usu. occurring in a series **9** : an interval in a musical scale **10** : STEP AEROBICS **11** : a slight lead in or as if in a race ⟨has a ~ on the competition⟩ — **step·like** \-,līk\ *adj* — **stepped** \'stept\ *adj* — **in step 1** : with each foot moving to the same time as the corresponding foot of others or in time to music **2** : in harmony or agreement — **out of step** : not in step ⟨*out of step* with the times⟩

**²step** *vb* **stepped; step·ping** *vi* (bef. 12c) **1 a** : to move by raising the foot and bringing it down elsewhere or by moving each foot in succession **b** : DANCE **2 a** : to go on foot : WALK **b** *obs* : ADVANCE, PROCEED **c** : to be on one's way : LEAVE — often used with *along* **d** : to move briskly ⟨kept us *stepping*⟩ **3** : to press down with the foot ⟨~ on the brake⟩ **4** : to come as if at a single step ⟨*stepped* into a good job⟩ ~ *vt* **1** : to take by moving the feet in succession ⟨~ three paces⟩ **2 a** : to move (the foot) in any direction : SET ⟨the first man to ~ foot on the moon⟩ ⟨hasn't *stepped* foot in our house since the quarrel⟩ **b** : to traverse on foot **3** : to go through the steps of : PERFORM ⟨~ a minuet⟩ **4** : to make erect by fixing the lower end in a step ⟨~ the mast⟩ **5** : to measure by steps ⟨~ off 50 yards⟩ **6 a** : to provide with steps **b** : to make steps in ⟨~ a key⟩ **7** : to construct or arrange in or as if in steps ⟨craggy peaks with terraces *stepped* up the sides —*Time*⟩ — **step on it** : to increase one's speed : hurry up

**step-** *comb form* [ME, fr. OE *stēop-;* akin to OHG *stiof-* step-, OE *astēpan* to deprive, bereave] : related by virtue of a remarriage (as of a parent) and not by blood ⟨*stepparent*⟩ ⟨*stepsister*⟩

**step aerobics** *n pl but sing or pl in constr* (1985) : aerobics that involves repeatedly stepping on and off a raised platform — called also *step training*

**step aside** *vi* (1949) : STEP DOWN

**step·broth·er** \'step-,brə-thər\ *n* (15c) : a son of one's stepparent by a former partner

**step–by–step** \,step-bī-'step\ *adj or adv* (1581) : marked by successive degrees usu. of limited extent : GRADUAL

**step·child** \'step-,chī(-ə)ld\ *n* (bef. 12c) **1** : one that fails to receive proper care or attention ⟨is no longer a ~ in the family of nations —F. R. Smith⟩ **2** : a child of one's wife or husband by a former partner

**step dance** *n* (1887) : a dance in which steps are emphasized rather than gesture or posture

**step·daugh·ter** \'step-,dȯ-tər\ *n* (bef. 12c) : a daughter of one's wife or husband by a former partner

**step–down** \'step-,daůn\ *n* (1922) : a decrease or reduction in size or amount ⟨a ~ in dosage⟩

**step down** *vi* (1890) : RETIRE, RESIGN ~ *vt* **1** : to lower (a voltage) by means of a transformer **2** : to decrease or reduce esp. by one or more steps — **step–down** \'step-,daůn\ *adj*

**step·fam·i·ly** \'step-,fam-lē, -,fa-mə-\ *n* (1873) : a family in which there is a stepparent

**step·fa·ther** \'step-,fä-thər\ *n* (bef. 12c) : the husband of one's mother when distinct from one's natural or legal father

**step function** *n* (ca. 1929) : a mathematical function of a single real variable that remains constant within each of a series of adjacent intervals but changes in value from one interval to the next

**steph·a·no·tis** \,ste-fə-'nō-təs\ *n* [NL, fr. Gk *stephanōtis* fit for a crown, fr. *stephanos* crown, fr. *stephein* to crown] (1843) : any of a genus (*Stephanotis,* esp. *S. floribunda*) of Old World tropical woody vines of the milkweed family with fragrant white waxy flowers having a tubular corolla terminating in five lobes

**step–in** \'step-,in\ *n* (1921) : an article of clothing put on by being stepped into: as **a** : a shoe resembling but usu. having a higher vamp than a pump and having concealed elastic to adjust the fit **b** : short panties for women — usu. used in pl. — **step–in** *adj*

**step in** *vi* (15c) **1 a** : to intervene in an affair or dispute **b** : to act as a replacement **2** : to make a brief informal visit

**step·lad·der** \'step-,la-dər\ *n* (1751) : a ladder that has broad flat steps and two pairs of legs connected by a hinge at the top and that opens at the bottom to become freestanding

**step·moth·er** \-,mə-thər\ *n* (bef. 12c) : the wife of one's father when distinct from one's natural or legal mother

**step out** *vi* (ca. 1533) **1** : to go away from a place usu. for a short distance and for a short time **2** : to go or march at a vigorous or increased pace **3** : DIE **4** : to lead an active social life **5** : to be unfaithful — usu. used with *on* ⟨had been *stepping out* on his wife⟩

**step·par·ent** \'step-,per-ənt\ *n* (1840) : a person who is a stepmother or stepfather

**step·par·ent·ing** \-ən-tiŋ\ *n* (1979) : parenting by a stepparent

**steppe** \'step\ *n* [Russ *step'*] (1671) **1** : one of the vast usu. level and treeless tracts in southeastern Europe or Asia **2** : arid land with xerophilous vegetation found usu. in regions of extreme temperature range and loess soil

**stepped–up** \'stept-'əp\ *adj* (1902) : increased in intensity : ACCELERATED, INTENSIFIED ⟨~ security⟩

**step·per** \'ste-pər\ *n* (1835) : one (as a fast horse or a dancer) that steps

**stepper motor** *n* (1961) : a motor whose driveshaft rotates in small steps rather than continuously — called also *stepping motor*

**step·ping–stone** \'ste-piŋ-,stōn\ *n* (14c) **1** : a stone on which to step (as in crossing a stream) **2** : a means of progress or advancement

**step·sis·ter** \'step-,sis-tər\ *n* (15c) : a daughter of one's stepparent by a former partner

**step·son** \-,sən\ *n* (bef. 12c) : a son of one's husband or wife by a former partner

**step stool** *n* (1946) : a stool with one or two steps that often fold away beneath the seat

**step turn** *n* (1941) : a skiing turn executed in a downhill traverse by lifting the upper ski from the ground, placing it in the desired direction, weighting it, and bringing the other ski parallel

**step–up** \'step-,əp\ *n* (1922) : an increase or advance in size or amount

**step up** *vt* (1902) **1** : to increase (a voltage) by means of a transformer **2** : to increase, augment, or advance esp. by one or more steps ⟨*step up* production⟩ ~ *vi* **1 a** : to come forward ⟨*stepped up* to claim responsibility⟩ **b** : to succeed in meeting a challenge (as by increased effort or improved performance) **2** : to undergo an increase ⟨business is *stepping up*⟩ **3** : to receive a promotion — **step–up** \'step-,əp\ *adj*

**step·wise** \-,wīz\ *adj* (1902) **1** : marked by or proceeding in steps **2** : moving by step to adjacent musical tones

**ster** *abbr* sterling

**-ster** *n comb form* [ME, fr. OE *-estre* female agent; akin to MD *-ster*] **1** : one that does or handles or operates ⟨spin*ster*⟩ ⟨tap*ster*⟩ ⟨team*ster*⟩ **2** : one that makes or uses ⟨song*ster*⟩ **3** : one that is associated with or participates in ⟨game*ster*⟩ ⟨gang*ster*⟩ **4** : one that is ⟨young*ster*⟩

**ster·co·ra·ceous** \,stər-kə-'rā-shəs\ *adj* [L *stercor-, stercus* excrement] (1731) : relating to, being, or containing feces

**stere-** *or* **stereo-** *comb form* [NL, fr. Gk, fr. *stereos* solid — more at STARE] **1** : solid : solid body ⟨*stereo*gram⟩ **2 a** : stereoscopic ⟨*stereo*psis⟩ **b** : having or dealing with three dimensions of space ⟨*stereo*chemistry⟩

**¹ste·reo** \'ster-ē-,ō, 'stir-\ *n, pl* **ste·re·os** (ca. 1823) **1** : STEREOTYPE **2** [by shortening] **a** : stereophonic reproduction **b** : a stereophonic sound system

**²stereo** *adj* (1876) **1 a** : STEREOSCOPIC **b** : produced by or as if by means of a stereotype **2** : STEREOPHONIC

**ste·reo·chem·is·try** \,ster-ē-ō-'ke-mə-strē, ,stir-\ *n* [ISV] (1890) **1** : a branch of chemistry that deals with the spatial arrangement of atoms and groups in molecules **2** : the spatial arrangement of atoms and groups in a compound and its relation to the properties of the compound — **ste·reo·chem·i·cal** \-'ke-mi-kəl\ *adj*

**ste·reo·gram** \'ster-ē-ə-,gram, 'stir-\ *n* [ISV] (1868) **1** : a diagram or picture representing objects with an impression of solidity or relief **2** : STEREOGRAPH

**ste·reo·graph** \-,graf\ *n* [ISV] (1859) : a pair of stereoscopic pictures or a picture composed of two superposed stereoscopic images that gives a three-dimensional effect when viewed with a stereoscope or special spectacles — **stereograph** *vt*

**ste·reo·graph·ic** \,ster-ē-ə-'gra-fik\ *adj* (1704) : of, relating to, or being a delineation of the form of a solid body (as the earth) on a plane ⟨~ projection⟩ — **ste·re·og·ra·phy** \,ster-ē-'ä-grə-fē\ *n*

**ste·reo·iso·mer** \,ster-ē-ō-'ī-sə-mər, ,stir-\ *n* [ISV] (1894) : any of a group of isomers in which atoms are linked in the same order but differ in their spatial arrangement — **ste·reo·iso·mer·ic** \-,ī-sə-'mer-ik\ *adj* — **ste·reo·isom·er·ism** \-ī-'sä-mə-,ri-zəm\ *n*

**ste·re·ol·o·gy** \,ster-ē-'ä-lə-jē, ,stir-\ *n* [ISV] (1963) : a branch of science concerned with inferring the three-dimensional properties of objects or matter ordinarily observed two-dimensionally — **ste·reo·log·i·cal** \-ē-ə-'lä-ji-kəl\ *adj* — **ste·reo·log·i·cal·ly** \-ji-k(ə-)lē\ *adv*

**ste·reo·mi·cro·scope** \-'mī-krə-,skōp\ *n* (1948) : a microscope having a set of optics for each eye to make an object appear in three dimensions — **ste·reo·mi·cro·scop·ic** \-,mī-krə-'skä-pik\ *adj* — **ste·reo·mi·cro·scop·i·cal·ly** \-pi-k(ə-)lē\ *adv*

**ste·reo·phon·ic** \,ster-ē-ə-'fä-nik, ,stir-\ *adj* [ISV] (1927) : of, relating to, or constituting sound reproduction involving the use of separated microphones and two transmission channels to achieve the sound separation of a live hearing — **ste·reo·phon·i·cal·ly** \-ni-k(ə-)lē\ *adv* — **ste·reo·pho·ny** \,ster-ē-'ä-fə-nē, ,stir-; 'ster-ē-ə-,fō-nē, 'stir-\ *n*

**ste·reo·pho·tog·ra·phy** \,ster-ē-ō-fə-'tä-grə-fē, ,stir-\ *n* [ISV] (1903) : stereoscopic photography — **ste·reo·pho·to·graph·ic** \-,fō-tə-'gra-fik\ *adj*

**ste·re·op·sis** \,ster-ē-'äp-səs, ,stir-\ *n* [NL, fr. *stere-* + Gk *opsis* vision, appearance — more at OPTIC] (ca. 1911) : stereoscopic vision

**ste·re·op·ti·con** \-'äp-ti-kən\ *n* [NL, fr. *stere-* + Gk *optikon,* neut. of *optikos* optic] (1863) **1** : a projector for transparent slides often made double so as to produce dissolving views **2** : STEREOSCOPE

**ste·reo·reg·u·lar** \,ster-ē-ō-'re-gyə-lər, ,stir-\ *adj* (1958) : of, relating to, or involving stereochemical regularity in the repeating units of a polymeric structure — **ste·reo·reg·u·lar·i·ty** \-,re-gyə-'lar-ə-tē\ *n*

**ste·reo·scope** \'ster-ē-ə-,skōp, 'stir-\ *n* (1838) : an optical instrument with two eyepieces for helping the observer to combine the images of two pictures taken from points of view a little way apart and thus to get the effect of solidity or depth

**ste·reo·scop·ic** \,ster-ē-ə-'skä-pik, ,stir-\ *adj* (1855) **1** : of or relating to stereoscopy or the stereoscope **2** : characterized by stereoscopy ⟨~ vision⟩ — **ste·reo·scop·i·cal·ly** \-pi-k(ə-)lē\ *adv*

**ste·re·os·co·py** \,ster-ē-'äs-kə-pē, ,stir-; 'ster-ē-ə-,skō-pē, 'stir-\ *n* [ISV] (ca. 1859) **1** : a science that deals with stereoscopic effects and methods **2** : the seeing of objects in three dimensions

**ste·reo·spe·cif·ic** \,ster-ē-ō-spi-'si-fik, ,stir-\ *adj* (1949) : being, produced by, or involved in a stereochemically specific process ⟨many enzymes act as ~ catalysts⟩ ⟨~ plastics⟩ — **ste·reo·spe·cif·i·cal·ly** \-fi-k(ə-)lē\ *adv* — **ste·reo·spec·i·fic·i·ty** \-,spe-sə-'fi-sə-tē\ *n*

**ste·reo·tac·tic** \,ster-ē-ə-'tak-tik, ,stir-\ *adj* (1950) : involving, being, utilizing, or used in a surgical technique for precisely directing the tip of a delicate instrument (as a needle) or beam of radiation in three planes using coordinates provided by medical imaging in order to reach a specific locus in the body — **ste·reo·tac·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \aů\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \ů\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ue, ʸ\ see Guide to Pronunciation

upchuck • upset 1375

**up·chuck** \'əp-,chək\ *vb* (1929) : VOMIT
**up close** *adv or adj* (1653) : at close range
**up·coast** \'əp-'kōst\ *adv* (1909) : up the coast
**up·com·ing** \'əp-,kə-miŋ\ *adj* (1943) : FORTHCOMING, APPROACHING
**up–coun·try** \'əp-,kən-trē\ *adj* (1910) : of, relating to, or characteristic of an inland, upland, or outlying region ⟨an ~ farm⟩ — **up–country** *n* — **up–country** \'əp-'\ *adv*
[1]**up·date** \,əp-'dāt\ *vt* (1941) : to bring up to date
[2]**up·date** \'əp-,dāt\ *n* (1965) 1 : an act or instance of updating 2 : current information for updating something 3 : an up-to-date version, account, or report
**up·do** \'əp-(,)dü\ *n, pl* **updos** [*up*swept hair*do*] (1938) : an upswept hairdo
**up·draft** \'əp-,draft, -,dräft\ *n* (ca. 1887) : an upward movement of gas (as air)
**up·end** \,əp-'end\ *vt* (1823) 1 : to set or stand on end; *also* : OVERTURN 1 2 a : to affect to the point of being upset or flurried ⟨a . . . literary shocker, designed to ~ the credulous matrons —Wolcott Gibbs⟩ b : DEFEAT, BEAT ~ *vi* : to rise on an end
**up·field** \'əp-'fēld\ *adv or adj* (ca. 1934) : in or into the part of the field toward which the offensive team is headed
**up–front** \,əp-'frənt, 'əp-,\ *adj* (1945) : being or coming in or at the front: as a (1) : being in a conspicuous or leading position (2) : FRANK, FORTHRIGHT b : playing in a front line (as in football) c : paid or payable in advance
**up front** *adv* (1937) 1 : in or at the front 2 : in advance 3 : in an up-front manner : FRANKLY, FORTHRIGHTLY
[1]**up·grade** \'əp-,grād\ *n* (1873) 1 : an upward grade or slope 2 : INCREASE, RISE 3 : IMPROVEMENT 2b
[2]**up·grade** \'əp-,grād, ,əp-'\ *vt* (1901) : to raise or improve the grade of: as a : to improve (livestock) by use of purebred sires b : to advance to a job requiring a higher level of skill esp. as part of a training program c : to raise the quality of d : to raise the classification and usu. the price of without improving the quality e : to extend the usefulness of (as a device) f : to assign a less serious status to ⟨*upgraded* the patient's condition to good⟩ ~ *vi* : to improve or replace esp. software or a device for increased usefulness — **up·grad·abil·i·ty** *or* **up·grade·abil·i·ty** \,əp-,grā-də-'bi-lə-tē\ *n* — **up·grad·able** *or* **up·grade·able** \,əp-'grā-də-bəl\ *adj*
**up·growth** \'əp-,grōth\ *n* (1844) : the process of growing upward : DEVELOPMENT; *also* : a product or result of this
**up·heav·al** \,əp-'hē-vəl, (,)ə-'pē-\ *n* (1838) 1 : the action or an instance of upheaving esp. of part of the earth's crust 2 : extreme agitation or disorder : radical change; *also* : an instance of this
**up·heave** \,əp-'hēv, (,)ə-'pēv\ *vt* (13c) : to heave up : LIFT ~ *vi* : to move upward esp. with power — **up·heav·er** *n*
[1]**up·hill** \'əp-'hil\ *adv* (1535) 1 : upward on a hill or incline 2 : against difficulties ⟨seemed to be talking ~ —Willa Cather⟩
[2]**up·hill** \-,hil\ *n* (1548) : rising ground : ASCENT
[3]**up·hill** \-,hil\ *adj* (1613) 1 : situated on elevated ground 2 a : going up : ASCENDING b : being the higher one or part esp. of a set; *specif* : being nearer the top of an incline 3 : DIFFICULT, LABORIOUS
**up·hold** \(,)əp-'hōld\ *vt* **-held** \-'held\; **-hold·ing** (13c) 1 a : to give support to b : to support against an opponent 2 a : to keep elevated b : to lift up *syn* see SUPPORT — **up·hold·er** *n*
**up·hol·ster** \(,)əp-'hōl-stər, (,)ə-'pōl-\ *vt* **-stered**; **-ster·ing** \-st(ə-)riŋ\ [back-formation fr. *upholstery*] (1849) : to furnish with or as if with upholstery — **up·hol·ster·er** \-stər-ər\ *n*
**up·hol·stery** \-st(ə-)rē\ *n, pl* **-ster·ies** [ME *upholdester* upholsterer, fr. *upholden* to uphold, fr. *up* + *holden* to hold] (1597) : materials (as fabric, padding, and springs) used to make a soft covering esp. for a seat
**UPI** *abbr* United Press International
**up·keep** \'əp-,kēp\ *n* (1884) 1 : the act of maintaining in good condition : the state of being maintained in good condition 2 : the cost of maintaining in good condition
**up·land** \'əp-lənd, -,land\ *n* (1566) 1 : high land esp. at some distance from the sea : PLATEAU 2 : ground elevated above the lowlands along rivers or between hills — **upland** *adj* — **up·land·er** \-lən-dər, -,lan-\ *n*
**upland cotton** *n* (1819) : a widely cultivated American cotton plant (*Gossypium hirsutum*) having short- to medium-staple fibers
**upland sandpiper** *n* (ca. 1890) : a large short-billed American sandpiper (*Bartramia longicauda*) that frequents fields and prairies — called also *upland plover*

upland sandpiper

[1]**up·lift** \(,)əp-'lift\ *vt* (14c) 1 : to lift up : ELEVATE; *esp* : to cause (a portion of the earth's surface) to rise above adjacent areas 2 : to improve the spiritual, social, or intellectual condition of ~ *vi* : RISE — **up·lift·er** *n*
[2]**up·lift** \'əp-,lift\ *n* (ca. 1845) 1 : an act, process, result, or cause of uplifting: as a (1) : the uplifting of a part of the earth's surface (2) : an uplifted mass of land b : a bettering of a condition esp. spiritually, socially, or intellectually c (1) : influences intended to uplift (2) : a social movement to improve esp. morally or culturally 2 : a brassiere designed to hold the breasts up
**up·link** \'əp-,liŋk\ *n* (1968) 1 : a communications channel for transmissions to a spacecraft or satellite; *also* : the transmissions themselves 2 : a facility on earth for transmitting to a spacecraft or satellite — **uplink** *vb*
**up·load** \(,)əp-'lōd, 'əp-,\ *vt* (1983) : to transfer (as data or files) from a computer to the memory of another device (as a larger or remote computer)
**up·man·ship** \'əp-mən-,ship\ *n* (1959) : ONE-UPMANSHIP
**up·mar·ket** \'əp-'mär-kət\ *adj* (1972) : UPSCALE — **upmarket** *adv*
**up·most** \'əp-,mōst\ *adj* (14c) : UPPERMOST
[1]**up·on** \ə-'pȯn, -'pän\ *prep* (12c) : ON
[2]**up·on** \ə-'pȯn, -'pän\ *adv* (13c) 1 *obs* : on the surface : on it 2 *obs* : THEREAFTER, THEREON
[1]**up·per** \'ə-pər\ *adj* [ME, compar. of [1]*up*] (14c) 1 a : higher in physical position, rank, or order ⟨the ~ lip⟩ ⟨~ management⟩ b : farther inland ⟨the ~ Mississippi⟩ 2 : constituting the branch of a bicameral legislature that is usu. smaller and more restricted in membership and possesses greater traditional prestige than the lower house 3 a : constituting a stratum relatively near the earth's surface b *cap* : being a later epoch or series of the period or system named ⟨*Upper* Cretaceous⟩ ⟨*Upper* Paleolithic⟩ 4 : NORTHERN ⟨~ Manhattan⟩
[2]**upper** *n* (1789) : one that is upper: as a : the parts of a shoe or boot above the sole b : an upper tooth or denture c : an upper berth — **on one's uppers** : in straitened circumstances : DESTITUTE
[3]**upper** *n* [*up* + [2]-*er*] (ca. 1968) 1 : a stimulant drug; *esp* : AMPHETAMINE 2 : something that induces a state of good feeling or exhilaration
[1]**up·per·case** \,ə-pər-'kās\ *adj* [fr. the compositor's practice of keeping capital letters in the upper of a pair of type cases] (1738) : CAPITAL 1
[2]**uppercase** *n* (ca. 1916) : capital letters
[3]**uppercase** *vt* **-cased**; **-cas·ing** (1949) : to print or set in capital letters
**upper case** *n* (1683) : a type case containing capitals and usu. small capitals, fractions, symbols, and accents
**upper–class** *adj* (1837) : of, relating to, or characteristic of the upper class
**upper class** *n* (1814) : a social class occupying a position above the middle class and having the highest status in a society
**up·per·class·man** \,ə-pər-'klas-mən\ *n* (1871) : a member of the junior or senior class in a school or college
**upper crust** *n* (1836) : the highest social class or group; *esp* : the highest circle of the upper class — **upper–crust** *adj*
**up·per·cut** \'ə-pər-,kət\ *n* (1842) : a swinging blow (as in boxing) directed upward with a bent arm — **uppercut** *vb*
**upper hand** *n* (15c) : MASTERY, ADVANTAGE, CONTROL ⟨was determined not to let the opposition get the *upper hand*⟩
**up·per·most** \'ə-pər-,mōst\ *adv* (15c) : in or into the highest or most prominent position ⟨the ~ layer⟩ ⟨safety was ~ in their minds⟩ — **uppermost** *adj*
**up·per·part** \-,pärt\ *n* (1526) : a part lying on the upper side (as of a bird)
**upper respiratory** *adj* (1950) : of, affecting, or being the part of the respiratory system that includes the nose, nasal passages, and nasopharynx ⟨*upper respiratory* tract⟩ ⟨*upper respiratory* infection⟩
**up·pish** \'ə-pish\ *adj* (1677) : UPPITY — **up·pish·ly** *adv* — **up·pish·ness** *n*
**up·pi·ty** \'ə-pə-tē\ *adj* [prob. fr. *up* + *-ity* (as in *persnickity*, var. of *persnickety*)] (1880) : putting on or marked by airs of superiority : ARROGANT, PRESUMPTUOUS ⟨~ technicians⟩ ⟨a small ~ country⟩ — **up·pi·ti·ness** *also* **up·pi·ty·ness** *n*
**up·raise** \(,)əp-'rāz\ *vt* (14c) : to raise or lift up : ELEVATE
**up·rate** \'əp-,rāt\ *vt* (1965) : UPGRADE; *specif* : to improve the power output of (as an engine)
**up·rear** \-'rir\ *vt* (14c) 1 : to lift up 2 : ERECT ~ *vi* : RISE
[1]**up·right** \'əp-,rīt\ *adj* (bef. 12c) 1 a : PERPENDICULAR, VERTICAL b : erect in carriage or posture c : having the main axis or a main part perpendicular ⟨~ freezer⟩ 2 : marked by strong moral rectitude ⟨an ~ citizen⟩ — **up·right·ly** *adv* — **up·right·ness** *n*
*syn* UPRIGHT, HONEST, JUST, CONSCIENTIOUS, SCRUPULOUS, HONORABLE mean having or showing a strict regard for what is morally right. UPRIGHT implies a strict adherence to moral principles ⟨a stern and *upright* minister⟩. HONEST stresses adherence to such virtues as truthfulness, candor, fairness ⟨known for being *honest* in business dealings⟩ JUST stresses conscious choice and regular practice of what is right or equitable ⟨workers given *just* compensation⟩. CONSCIENTIOUS and SCRUPULOUS imply an active moral sense governing all one's actions and painstaking efforts to follow one's conscience ⟨*conscientious* in the completion of her assignments⟩ ⟨*scrupulous* in carrying out the terms of the will⟩. HONORABLE suggests a firm holding to codes of right behavior and the guidance of a high sense of honor and duty ⟨a difficult but *honorable* decision⟩.
[2]**upright** *adv* (12c) : vertically upward : in an upright position
[3]**upright** *n* (1683) 1 : the state of being upright : PERPENDICULAR ⟨a pillar out of ~⟩ 2 : something that stands upright; *esp* : a football goalpost — usu. used in pl. 3 : UPRIGHT PIANO
**upright piano** *n* (1857) : a piano with vertical frame and strings — compare GRAND PIANO
[1]**up·rise** \,əp-'rīz\ *vi* **up·rose** \-'rōz\; **up·ris·en** \-'ri-zᵊn\; **up·ris·ing** \-'rī-ziŋ\ (14c) 1 a : to rise to a higher position b (1) : STAND UP (2) : to get out of bed c : to come into view esp. from below the horizon 2 : to rise up in sound — **up·ris·er** \,əp-'rī-zər, 'əp-,\ *n*
[2]**up·rise** \'əp-,rīz\ *n* (14c) 1 : an act or instance of uprising 2 : an upward slope
**up·ris·ing** \'əp-,rī-ziŋ\ *n* (13c) : an act or instance of rising up; *esp* : a usu. localized act of popular violence in defiance usu. of an established government *syn* see REBELLION
**up·riv·er** \'əp-'ri-vər\ *adv or adj* (1774) : toward or at a point nearer the source of a river
**up·roar** \'əp-,rōr\ *n* [by folk etymology fr. D *oproer*, fr. MD, fr. *op* up (akin to OE *ūp*) + *roer* motion; akin to OE *hrēran* to stir] (1526) : a state of commotion, excitement, or violent disturbance
**up·roar·i·ous** \,əp-'rōr-ē-əs\ *adj* (1800) 1 : marked by uproar 2 : very noisy and full 3 : extremely funny ⟨an ~ comedy⟩ — **up·roar·i·ous·ly** *adv* — **up·roar·i·ous·ness** *n*
**up·root** \(,)əp-'rüt, -'rut\ *vt* (ca. 1620) 1 : to remove as if by pulling up 2 : to pull up by the roots 3 : to displace from a country or traditional habitat *syn* see EXTERMINATE — **up·root·ed·ness** *n* — **up·root·er** *n*
**up·rush** \'əp-,rəsh\ *n* (1871) 1 : an upward rush (as of gas or liquid) 2 : a sudden increase ⟨an ~ of energy⟩ ⟨an ~ of emotion⟩
**UPS** *abbr* uninterruptible power supply
**ups and downs** *n pl* (1659) : alternating rise and fall esp. in fortune
**up·scale** \'əp-'skāl\ *adj* (1966) : relating to, being, or appealing to affluent consumers; *also* : of a superior quality — **upscale** *adv or vt*
[1]**up·set** \(,)əp-'set\ *vb* **-set**; **-set·ting** *vt* (1677) 1 : to thicken and shorten (as a heated bar of iron) by hammering on the end : SWAGE 2 : to

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \ḵ, ⁿ, œ, ue, ʸ\ see Guide to Pronunciation