## NETFLIX, INC. vs. BLOCKBUSTER INC.

### CASE NO. C 06 2361 WHA (JCS)

### BLOCKBUSTER INC.'S

# EXHIBIT E

TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

P Premium Content | Register | Log In | Help



# computer

[ Search ]

Dictionary    Thesaurus    Encyclopedia    The Web

ADVERTISEMENT

Top Web Results for "computer"

ADVERTISEMENT

## 6 results for: *computer*

View results from: Dictionary | Thesaurus | Encyclopedia | the Web

*Dictionary.com Unabridged (v 1.0.1)* – Cite This Source
com·put·er [kuhm-**pyoo**-ter] Pronunciation Key - Show IPA Pronunciation
–*noun*
1. Also called processor. an electronic device designed to accept data, perform prescribed mathematical and logical operations at high speed, and display the results of these operations. Compare ANALOG COMPUTER, DIGITAL COMPUTER.
2. a person who computes; computist.

[Origin: 1640-50; COMPUTE + -ER[1]; cf. MF *computeur*]
—*Related forms*
com·put·er·like, *adjective*

*Dictionary.com Unabridged (v 1.0.1)*
*Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.*

*American Heritage Dictionary* – Cite This Source
com·put·er (kəm-pyōō′tər)  Pronunciation Key 🔊
*n.*

1. A device that computes, especially a programmable electronic machine that performs high-speed mathematical or logical operations or that assembles, stores, correlates, or otherwise processes information.
2. One who computes.

(Download Now or Buy the Book)
*The American Heritage® Dictionary of the English Language, Fourth Edition*

*Published by Houghton Mifflin Company. All rights reserved.*

*WordNet* – Cite This Source
computer

n 1: a machine for performing calculations automatically [syn: computing machine, computing device, data processor, electronic computer, information processing system] 2: an expert at calculation (or at operating calculating machines) [syn: calculator, reckoner, figurer, estimator]

*WordNet ® 2.0, © 2003 Princeton University*

*Free On-line Dictionary of Computing* – Cite This Source
computer

<publication> A journal of the IEEE Computer Society.

(1995-03-10)

*The Free On-line Dictionary of Computing, © 1993-2005 Denis Howe*

*Free On-line Dictionary of Computing* – Cite This Source
computer

<computer> A machine that can be programmed to manipulate symbols. Computers can perform complex and repetitive procedures quickly, precisely and reliably and can quickly store and retrieve large amounts of data.

The physical components from which a computer is constructed (electronic circuits and input/output devices) are known as "hardware". Most computers have four types of hardware component: CPU, input, output and memory. The CPU (central processing unit) executes programs ("software") which tell the computer what to do. Input and output (I/O) devices allow the computer to communicate with the user and the outside world. There are several kinds of memory - fast, expensive,

magnetic tape) to hold programs and data between jobs.

See also analogue computer.

(1995-03-10)

*The Free On-line Dictionary of Computing, © 1993-2005 Denis Howe*

*On-line Medical Dictionary* – Cite This Source
computer

computer: in CancerWEB's On-line Medical Dictionary

*On-line Medical Dictionary, © 1997-98 Academic Medical Publishing & CancerWEB*

ADVERTISEMENT

Perform a new search, or try your search for "computer" at:

    Amazon.com – Shop for books, music and more
    HighBeam Research – 32 million documents from leading publications
    Merriam-Webster – Search for definitions
    Reference.com – Encyclopedia Search
    Reference.com – Web Search powered by Google
    Thesaurus.com – Search for synonyms and antonyms

About Dictionary.com | Privacy Policy | Terms of Use | Link to Us | Contact Us

Copyright © 2006, Lexico Publishing Group, LLC. All rights reserved.

Premium Content | Register | Log In | Help

**electronic**

Search

Dictionary    Thesaurus    Encyclopedia    The Web

ADVERTISEMENT

Top Web Results for "electronic"

ADVERTISEMENT

# 5 results for: *electronic*

View results from: Dictionary | Thesaurus | Encyclopedia | the Web

*Dictionary.com Unabridged (v 1.0.1)* – Cite This Source

e·lec·tron·ic [i-lek-**tron**-ik, ee-lek-] Pronunciation Key - Show IPA Pronunciation

*–adjective*
1. of or pertaining to electronics or to devices, circuits, or systems developed through electronics.
2. of or pertaining to electrons or to an electron.
3. (of a musical instrument) using electric or electronic means to produce or modify the sound.
4. of, pertaining to, or controlled by computers, or computer products and services.

[Origin: 1900-05; ELECTRON + -IC]

—*Related forms*
e·lec·tron·i·cal·ly, *adverb*

*Dictionary.com Unabridged (v 1.0.1)*
*Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.*

*American Heritage Dictionary* – Cite This Source

e·lec·tron·ic (ĭ-lĕk-trŏn'ĭk, ē'lĕk-)  Pronunciation Key
*adj.*

1. Of or relating to electrons.
2. Of, based on, operated by, or otherwise involving the controlled conduction of electrons or other charge carriers, especially in a vacuum, gas, or semiconducting material.
3. Of, relating to, or produced by means of electronics: *electronic*

4. Of or relating to music produced or altered by electronic means, as by a tape recorder or synthesizer.
5. Of, implemented on, or controlled by a computer or computer network.

e·lec'tron'i·cal·ly *adv.*

(Download Now or Buy the Book)
*The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2000 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

*Merriam-Webster's Medical Dictionary* – Cite This Source
Main Entry: elec·tron·ic
Pronunciation: i-"lek-'trän-ik
Function: *adjective*
: of or relating to electrons or electronics —elec·tron·i·cal·ly /-i-k(ə-)lē/ *adverb*

*Merriam-Webster's Medical Dictionary, © 2002 Merriam-Webster, Inc.*

*WordNet* – Cite This Source
electronic

adj 1: of or relating to electronics; concerned with or using devices that operate on principles governing the behavior of electrons; "electronic devices" 2: of or concerned with electrons; "electronic energy"

*WordNet ® 2.0, © 2003 Princeton University*

*On-line Medical Dictionary* – Cite This Source
electronic

electronic: in CancerWEB's On-line Medical Dictionary

*On-line Medical Dictionary, © 1997-98 Academic Medical Publishing & CancerWEB*

ADVERTISEMENT

Perform a new search, or try your search for "electronic" at:

Amazon.com – Shop for books, music and more
HighBeam Research – 32 million documents from leading publications
Merriam-Webster – Search for definitions
Reference.com – Encyclopedia Search
Reference.com – Web Search powered by Google
Thesaurus.com – Search for synonyms and antonyms

About Dictionary.com | Privacy Policy | Terms of Use | Link to Us | Contact Us

Copyright © 2006, Lexico Publishing Group, LLC. All rights reserved.



Premium Content | Register | Log In | Help

electronics

[ Search ]

Dictionary    Thesaurus    Encyclopedia    The Web

ADVERTISEMENT

ADVERTISEMENT

Top Web Results for "electronics"

# 4 results for: *electronics*

View results from: Dictionary | Thesaurus | Encyclopedia | the Web

*Dictionary.com Unabridged (v 1.0.1)* - Cite This Source
e·lec·tron·ics  [i-lek-**tron**-iks, ee-lek-] Pronunciation Key - Show IPA Pronunciation
  *–noun*
  (*used with a singular verb*) the science dealing with the development and application of devices and systems involving the flow of electrons in a vacuum, in gaseous media, and in semiconductors.

  [Origin: 1905-10; see ELECTRONIC, -ICS]

*Dictionary.com Unabridged (v 1.0.1)*
*Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.*

*American Heritage Dictionary* – *Cite This Source*
e·lec·tron·ics (ĭ-lĕk'trŏn'ĭks, ē'lĕk-)  Pronunciation Key 🔊
*n.*
  1. (*used with a sing. verb*) The science and technology of electronic phenomena.
  2. (*used with a pl. verb*) Electronic devices and systems: *The electronics aboard the new aircraft are very sophisticated.*

(*Download Now or Buy the Book*)
*The American Heritage® Dictionary of the English Language, Fourth Edition*
Copyright © 2000 by Houghton Mifflin Company.
Published by Houghton Mifflin Company. All rights reserved.

*Merriam-Webster's Medical Dictionary* – *Cite This Source*
Main Entry: elec·tron·ics
Pronunciation: -iks

Function: *noun plural*
1 *singular in construction* : a branch of physics that deals with the emission, behavior, and effects of electrons (as in electron tubes and transistors) and with electronic devices
2 : electronic devices or equipment

*Merriam-Webster's Medical Dictionary, © 2002 Merriam-Webster, Inc*

*WordNet* - Cite This Source
electronics

n : the branch of physics that deals with the emission and effects of electrons and with the use of electronic devices

*WordNet ® 2.0, © 2003 Princeton University*

ADVERTISEMENT

Perform a new search, or try your search for "electronics" at:

Amazon.com - Shop for books, music and more
HighBeam Research - 32 million documents from leading publications
Merriam-Webster - Search for definitions
Reference.com - Encyclopedia Search
Reference.com - Web Search powered by Google
Thesaurus.com - Search for synonyms and antonyms

About Dictionary.com | Privacy Policy | Terms of Use | Link to Us | Contact Us
Copyright © 2006, Lexico Publishing Group, LLC. All rights reserved.

queue - Definitions from Dictionary com



Home                                                                 Premium: Sign up | Login

ADVERTISEMENT

Dictionary - Thesaurus - Encyclopedia - Web

Top Web Results for "queue"

ADVERTISEMENT

## 3 entries found for *queue*.

**queue**  P **Pronunciation Key** (kyōō)
*n.*

1. A line of waiting people or vehicles.
2. A long braid of hair worn hanging down the back of the neck; a pigtail.
3. *Computer Science.*
   a. A sequence of stored data or programs awaiting processing.
   b. A data structure from which the first item that can be retrieved is the one stored earliest.

**Related ads:**

- Queuing Software
- Queue Management
- Unix Tutorials
- Queuing System
- Data Structures

*intr.v.* **queued, queu·ing, queues**

> To get in line: *queue up at the box office.*

---

[French, from Old French cue, *tail*, from Latin cauda, cōda.]

> **Word History:** When the British stand in queues (as they have been doing at least since 1837, when this meaning of the word is first recorded in English), they may not realize they form a tail. The French word *queue* from which the English word is borrowed is a

queue - Definitions from Dictionary.com

descendant of Latin cōda, meaning "tail." French *queue* appeared in 1748 in English, referring to a plait of hair hanging down the back of the neck. By 1802 wearing a queue was a regulation in the British army, but by the mid-19th century queues had disappeared along with cocked hats. Latin cōda is also the source of Italian *coda*, which was adopted into English as a musical term (like so many other English musical terms that come from Italian). A coda is thus literally the "tail end" of a movement or composition.

[Download Now or Buy the Book]
Source: *The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2000 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

**queue**

n 1: a line of people or vehicles waiting for something [syn: waiting line] 2: (information processing) an ordered list of tasks to be performed or messages to be transmitted 3: a braid of hair at the back of the head v : form a queue, form a line, stand in line; "Customers lined up in front of the store" [syn: line up, queue up]

Source: *WordNet ® 2.0, © 2003 Princeton University*

**queue**

<programming> A first-in first-out data structure used to sequence multiple demands for a resource such as a printer, processor or communications channel. Objects are added to the tail of the queue and taken off the head.

A typical use of queues in an operating system involves a user command which places something on a queue, e.g. a file on a printer queue or a job on a job queue, and a background process or "demon" which takes things off and processes them (e.g. prints or executes them). Another common use is to pass data between an interrupt handler and a user process.

(1995-05-11)

queue - Definitions from Dictionary.com

Source: *The Free On-line Dictionary of Computing, © 1993-2005 Denis Howe*

**Perform a new search,** or try your search for "queue" at:   ADVERTISEMENT

- Amazon.com - Shop for books, music and more
- HighBeam Research - 32 million documents from leading publications
- Merriam-Webster - Search for definitions
- Reference.com - Encyclopedia Search
- Reference.com - Web Search powered by Google
- Thesaurus.com - Search for synonyms and antonyms

Get the **FREE Dictionary.com Toolbar** for your browser now!

From the makers of Dictionary.com

Copyright © 2006, Lexico Publishing Group, LLC. All rights reserved.
About Dictionary.com | Privacy Policy | Terms of Use | Link to Us | **Help** | Contact Us