# NETFLIX, INC. vs. BLOCKBUSTER INC.

## CASE NO. C 06 2361 WHA (JCS)

### BLOCKBUSTER INC.'S

# EXHIBIT F

TO

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

Definition of queue - WordReference.com Dictionary

# WordReference.com English Dictionary

Look up: [_____] [English definition] [Search]

| See Also: |
|---|
| question master |
| questionnaire |
| question of fact |
| question of law |
| question sheet |
| question time |
| quetch |
| quetzal |
| quetzal bird |
| Quetzalcoatl |
| queue |
| queue up |
| Quezon City |
| quiaquia |
| quibble |
| quibbler |
| quibbling |
| Quiche |
| quiche Lorraine |
| quick |
| quick assets |

| Links: |
|---|
| • Search Tips. |
| • Forums. |
| • Support WR. |
| • Link to WR. |
| • Bookmark this site. |
| • Suggestions. |

**queue:** in Spanish | in French | in Italian
in context | images

Adapted From: WordNet 2.0 Copyright 2003 by Princeton University. All rights reserved.

**queue**
A    *noun*
   1    **queue**
       *a braid of hair at the back of the head*
   Category Tree:
    entity
      •object; physical object
        •natural object
          •covering; natural covering; cover
            •body covering
              •hair
                •hairdo; hair style; coiffure
                  •braid; plait; tress; twist
                    •**queue**

   2    **queue**
       *(information processing) an ordered list of tasks to be performed or messages to be transmitted*
   Category Tree:
    abstraction
      •relation
        •social relation
          •communication
            •message; content; subject matter; substance
              •information; info
                •database
                  •list; listing
                    •**queue**
                      •push-down queue

Definition of queue - WordReference.com Dictionary

    **3**  **queue**, waiting line
        *a line of people or vehicles waiting for something*
    Category Tree:
   group; grouping
    •arrangement
     •formation
      •line
       •**queue**, waiting line
        •unemployment line
        •ticket line
        •reception line
        •gas line
        •chow line
        •checkout line
        •breadline; bread line

**B**  *verb*
  **1**  line up, queue up, **queue**
      *form a queue, form a line, stand in line;*
      *"Customers lined up in front of the store"*
  Category Tree:
  be
   •rest
    •stand; stand up
     •line up, queue up, **queue**

Look up "queue" at Merriam-Webster
Look up "queue" at dictionary.com

**Forum discussions with the word(s) 'queue' in the title:**
cut queue or jump queue
Tail and queue
If I am on the queue.....
I am in the queue waiting to buy my coffee.
- Ask a question yourself.
- Visit the English Only Forum.

Copyright © 2005 WordReference.com