# NETFLIX, INC. vs. BLOCKBUSTER INC.

## CASE NO. C 06 2361 WHA (JCS)

## BLOCKBUSTER INC.'S

# EXHIBIT G

TO

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

*filed on November 15, 2006*

queue

**NIST**
National Institute of Standards and Technology

# queue

(data structure)

**Definition:** A collection of items in which only the earliest added item may be accessed. Basic operations are add (to the *tail*) or enqueue and delete (from the *head*) or dequeue. Delete returns the item removed. Also known as "first-in, first-out" or FIFO.

**Formal Definition:** It is convenient to define delete or dequeue in terms of remove and a new operation, front. The operations new(), add(v, Q), front(Q), and remove(Q) may be defined with *axiomatic semantics* as follows.

1. new() returns a queue
2. front(add(v, new())) = v
3. remove(add(v, new())) = new()
4. front(add(v, add(w, Q))) = front(add(w, Q))
5. remove(add(v, add(w, Q))) = add(v, remove(add(w, Q)))

where Q is a queue and v and w are values.

**Also known as** FIFO.

**Generalization** (I am a kind of ...)
*abstract data type*.

**Specialization** (... is a kind of me.)
*bounded queue*.

**See also** *deque*, *stack*, *priority queue*, *first come, first served*.

Author: PEB

## Implementation

queue

(Java). Darius Bacon's functional implementation (Scheme).

## More information

Demonstrations with dynamic array, fixed array, and linked list implementations.

---

Go to the Dictionary of Algorithms and Data Structures home page.

---

If you have suggestions, corrections, or comments, please get in touch with Paul E. Black.

Entry modified 4 January 2005.
HTML page formatted Wed Apr 19 12:22:59 2006.

Cite this as:
Paul E. Black, "queue", in *Dictionary of Algorithms and Data Structures* [online], Paul E. Black, ed., U. S. National Institute of Standards and Technology. 4 January 2005. (accessed TODAY) Available from: http://www.nist.gov/dads/HTML/queue.html

