KEKER & VAN NEST, LLP
Jeffrey R. Chanin (No. 103649)
Daralyn J. Durie (No. 169825)
Ashok Ramani (No. 200020)
Eugene M. Paige (No. 202849)
710 Sansome Street
San Francisco, CA 94111-5400
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jrc@kvn.com
       ddurie@kvn.com
       axr@kvn.com
       emp@kvn.com

Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@agsk.com
       wobrien@agsk.com
       tchen@agsk.com
       dthomas@agsk.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>Defendants.<br><br>AND RELATED COUNTER ACTION | CASE NO. C 06 2361 WHA (JCS)<br><br>Referred To The Hon. Joseph C. Spero For Discovery Matters<br><br>**STIPULATION AND [PROPOSED] ORDER RE FURTHER PROCEEDINGS ON PENDING DISCOVERY MOTIONS** |

Plaintiff and Counterdefendant, Netflix, Inc., and Defendant and Counterclaimant, Blockbuster Inc. (collectively, "the Parties"), jointly submit this stipulation pursuant to the Court's Order of November 15, 2006, with respect to further proceedings on Blockbuster's Motion to Compel Further Responses to Its First Set of Requests for Production, Netflix's Motion to Compel Further Responses to its First Set of Requests for Production, and Netflix's Motion for a Protective Order Re Non-Party Subpoenas, all of which were previously scheduled for hearing on December 8, 2006 (collectively, the "Pending Discovery Motions").

Unless the parties have resolved all outstanding issues on the Pending Discovery Motions before December 8, 2006, the respective lead trial counsel for the Parties shall hold a further in-person conference on those motions on December 8, 2006, beginning at 9:00 a.m. in the Honorable Joseph C. Spero's courtroom.

The Parties shall file a stipulation with the Court detailing the orders that they agree the Court should enter on the Pending Discovery Motions, along with a description of whatever issues remain for decision by the court on those motions, no later than Thursday, December 14, 2006.

The Parties respectfully request that the Court schedule a hearing on any issues that remain, as set forth in that stipulation, on Friday, January 12, 2007, at 9:00 a.m.

Respectfully submitted.

DATED: November 20, 2006        KEKER & VAN NEST, LLP

By  /s/
Ashok Ramani
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

DATED: November 20, 2006        ALSCHULER GROSSMAN STEIN & KAHAN LLP

By  *William J. O'Brien/ by* (signature)
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.