1  KEKER & VAN NEST, LLP
   Jeffrey R. Chanin (No. 103649)
2  Daralyn J. Durie (No. 169825)
   Ashok Ramani (No. 200020)
3  Eugene M. Paige (No. 202849)
   710 Sansome Street
4  San Francisco, CA 94111-5400
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188
   Email: jrc@kvn.com
6         ddurie@kvn.com
          axr@kvn.com
7         emp@kvn.com

8  Attorneys for Plaintiff and Counterdefendant,
   Netflix, Inc.
9
   ALSCHULER GROSSMAN STEIN & KAHAN LLP
10 Marshall B. Grossman (No. 35958)
   William J. O'Brien (No. 99526)
11 Tony D. Chen (No. 176635)
   Dominique N. Thomas (No. 231464)
12 The Water Garden
   1620 26th Street
13 Fourth Floor, North Tower
   Santa Monica, CA 90404-4060
14 Telephone: 310-907-1000
   Facsimile: 310-907-2000
15 Email: mgrossman@agsk.com
          wobrien@agsk.com
16        tchen@agsk.com
          dthomas@agsk.com
17
   Attorneys for Defendant and Counterclaimant,
18 Blockbuster Inc.

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21 | NETLIX, INC., a Delaware corporation, | CASE NO. C 06 2361 WHA (JCS)

22 | Plaintiff,

23 | vs. | Referred To The Hon. Joseph C. Spero For Discovery Matters

24 | BLOCKBUSTER INC., a Delaware corporation, DOES 1-50, | **STIPULATION AND [PROPOSED] ORDER RE FURTHER PROCEEDINGS ON PENDING DISCOVERY MOTIONS**

25 | Defendants.

27

28 | AND RELATED COUNTER ACTION

Plaintiff and Counterdefendant, Netflix, Inc., and Defendant and Counterclaimant, Blockbuster Inc. (collectively, "the Parties"), jointly submit this stipulation pursuant to the Court's Order of November 15, 2006, with respect to further proceedings on Blockbuster's Motion to Compel Further Responses to Its First Set of Requests for Production, Netflix's Motion to Compel Further Responses to its First Set of Requests for Production, and Netflix's Motion for a Protective Order Re Non-Party Subpoenas, all of which were previously scheduled for hearing on December 8, 2006 (collectively, the "Pending Discovery Motions").

Unless the parties have resolved all outstanding issues on the Pending Discovery Motions before December 8, 2006, the respective lead trial counsel for the Parties shall hold a further in-person conference on those motions on December 8, 2006, beginning at 9:00 a.m. in the Honorable Joseph C. Spero's courtroom.

The Parties shall file a stipulation with the Court detailing the orders that they agree the Court should enter on the Pending Discovery Motions, along with a description of whatever issues remain for decision by the court on those motions, no later than Thursday, December 14, 2006.

The Parties respectfully request that the Court schedule a hearing on any issues that remain, as set forth in that stipulation, on Friday, January 12, 2007, at 9:00 a.m.

Respectfully submitted.

DATED: November 20, 2006    KEKER & VAN NEST, LLP

By /s/
Ashok Ramani
Attorneys for Plaintiff and Counterdefendant,
Netflix, Inc.

DATED: November 20, 2006    ALSCHULER GROSSMAN STEIN & KAHAN LLP

By William J. O'Brien/ by (en)
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

Dated: November 21, 2006

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA