Netflix, Inc. v. Blockbuster, Inc.                                                                                 Doc. 94 Att. 1
District of Columbia live database - Docket   Document 94-2   Filed 11/27/2006   file:///home/pn/Desktop/DktRpt.html
Case 3:06-cv-02361-WHA                                        Page 1 of 12

JURY, TYPE-A

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:04-cv-01649-HHK

| | |
|---|---|
| MOLECULAR DIAGNOSTICS LABORATORIES v. HOFFMANN-LA ROCHE, INC. et al | Date Filed: 09/23/2004 |
| Assigned to: Judge Henry H. Kennedy | Jury Demand: Plaintiff |
| Cause: 15:15 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **MOLECULAR DIAGNOSTICS LABORATORIES** | represented by | **Michael D. Hausfeld**<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964<br>(202) 408-4600<br>Fax: (202) 408-4699<br>Email: mhausfeld@cmht.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Scott E. Gant**<br>BOIES, SCHILLER & FLEXNER<br>5301 Wisconsin Avenue, NW<br>Suite 800<br>Washington, DC 20015<br>(202) 237-2727<br>Email: sgant@bsfllp.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Paul Thomas Gallagher**<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C<br>1100 New York Avenue, NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>(202) 408-4600<br>Fax: (202) 408-4699<br>Email: pgallagher@cmht.com<br>*ATTORNEY TO BE NOTICED* |
| | | **William A. Isaacson**<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, NW<br>Suite 800<br>Washington, DC 20015<br>(202)237-2727<br>Fax: (202) 237-6131<br>Email: wisaacson@bsfllp.com<br>*ATTORNEY TO BE NOTICED* |

Dockets.Justia.com

**Brian A. Ratner**
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500
Washington, DC 20005
(202) 589-2271
Fax: (202) 408-4699
Email: bratner@cmht.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**HOFFMANN-LA ROCHE, INC.**    represented by    **Asim Varma**
ARNOLD & PORTER
555 12th Street, NW
Washington, DC 20004-1206
(202) 942-5180
Email: asim_varma@aporter.com
*LEAD ATTORNEY*

**Joseph M. Ruggiero**
ARNOLD & PORTER, LLP
555 12th Street, NW
Suite 322
Washington, DC 20004
(202) 942-6568
Email: joseph.m.ruggiero@verizon.com
*TERMINATED: 04/21/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hadrian R. Katz**
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004-1206
(202) 942-5707
Fax: 202-942-5999
Email: katzha@aporter.com
*ATTORNEY TO BE NOTICED*

**Heather Holden Brooks**
ARNOLD & PORTER, LLP
555 12th Street, NW
Washington, DC 20004-1206
(202) 942-6309
Fax: (202) 942-5999
Email: holden_brooks@aporter.com
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Ralph-Mudge**
ARNOLD & PORTER
555 12th Street, NW
Washington, DC 20004-1206
(202) 942-5485

        Fax: (202) 942-5999
        Email: amy_mudge@aporter.com
        *TERMINATED: 04/22/2005*
        *ATTORNEY TO BE NOTICED*

        **Cathy Hoffman**
        ARNOLD & PORTER
        555 12th Street, NW
        Washington, DC 20004-1206
        (202) 942-5000
        Fax: (202) 942-5999
        Email: cathy_hoffman@aporter.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**ROCHE MOLECULAR SYSTEMS, INC.**    represented by    **Asim Varma**
        (See above for address)
        *LEAD ATTORNEY*

        **Joseph M. Ruggiero**
        (See above for address)
        *TERMINATED: 04/21/2005*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Hadrian R. Katz**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Heather Holden Brooks**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Amy Elizabeth Ralph-Mudge**
        (See above for address)
        *TERMINATED: 04/22/2005*
        *ATTORNEY TO BE NOTICED*

        **Cathy Hoffman**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**PE CORPORATION**    represented by    **Joanne M. Guerrera**
        WEIL, GOTSHAL & MANGES, L.L.P.
        1300 Eye Street, NW
        Suite 900
        Washington, DC 20005-1401
        (202) 682-7153
        Fax: 202-857-0939
        Email: joanne.guerrera@weil.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **David J. Lender**

WEIL, GOTSHAL & MANGES, L.L.P.
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8153
Fax: (212) 310-8007
Email: david.lender@weil.com
*ATTORNEY TO BE NOTICED*

**John E. Scribner**
WEIL, GOTSHALL & MANGES, L.L.P.
1501 K Street, NW
Washington, DC 20005
(202) 857-0939
*ATTORNEY TO BE NOTICED*

**David Nelson Southard**
WEIL, GOTSHAL & MANGES, L.L.P.
1501 K Street, NW
Washington, DC 20005
(202) 682-7276
Fax: (202) 857-0939
Email: david.southard@weil.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**PE BIOSYSTEMS GROUP**            represented by **Joanne M. Guerrera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Lender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Scribner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Nelson Southard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**THE PERKIN-ELMER CORPORATION**   represented by **Joanne M. Guerrera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Lender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Scribner**
(See above for address)
*ATTORNEY TO BE NOTICED*

|   |   |   |
|---|---|---|
|   |   | **David Nelson Southard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |   |   |
| **PE APPLIED BIOSYSTEMS** | represented by | **Joanne M. Guerrera**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **David J. Lender**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   |   | **John E. Scribner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   |   | **David Nelson Southard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |   |   |
| **APPLERA CORPORATION** | represented by | **Joanne M. Guerrera**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|   |   | **David J. Lender**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   |   | **John E. Scribner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   |   | **David Nelson Southard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |   |   |
| **ROCHE DIAGNOSTICS CORPORATION** | represented by | **Heather Holden Brooks**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2004 | 1 | COMPLAINT against APPLERA CORPORATION, HOFFMANN-LA ROCHE, INC., PE APPLIED BIOSYSTEMS, PE BIOSYSTEMS GROUP, PE CORPORATION, ROCHE MOLECULAR SYSTEMS, INC., THE PERKIN-ELMER CORPORATION (Filing fee $ 150) filed by MOLECULAR DIAGNOSTICS LABORATORIES.(lc, ) (Entered: 09/27/2004) |

| | | |
|---|---|---|
| 09/23/2004 | 2 | RULE 26a1 STATEMENT. (lc, ) (Entered: 09/27/2004) |
| 09/23/2004 | | Summons (7) Issued as to APPLERA CORPORATION, HOFFMANN-LA ROCHE, INC., PE APPLIED BIOSYSTEMS, PE BIOSYSTEMS GROUP, PE CORPORATION, ROCHE MOLECULAR SYSTEMS, INC., THE PERKIN-ELMER CORPORATION. (lc, ) (Entered: 09/29/2004) |
| 10/19/2004 | 3 | MOTION for Order *for Entry of Pretrial Order No. 1* by MOLECULAR DIAGNOSTICS LABORATORIES. (Attachments: # 1 [Proposed] Pretrial Order No. 1)(Ratner, Brian) (Entered: 10/19/2004) |
| 10/28/2004 | 4 | MOTION for Leave to Appear Pro Hac Vice for John E. Scribner by APPLERA CORPORATION, PE APPLIED BIOSYSTEMS, PE BIOSYSTEMS GROUP, PE CORPORATION, THE PERKIN-ELMER CORPORATION. (lc, ) (Entered: 11/01/2004) |
| 10/28/2004 | 5 | MOTION for Leave to Appear Pro Hac Vice for David J. Lender by APPLERA CORPORATION, PE APPLIED BIOSYSTEMS, PE BIOSYSTEMS GROUP, PE CORPORATION, THE PERKIN-ELMER CORPORATION. (lc, ) (Entered: 11/01/2004) |
| 11/02/2004 | | Minute order granting 4 defendants' motion for leave to appear pro hac vice. John E. Scribener is permitted to appear pro hac vice on behalf of PE Defendants in this matter. Re: 5 granting defendants' motion for leave to appear pro hac vice. David J. Lender is permitted to appear pro hac vice on behalf of PE Defendants in this matter. Signed by Judge Henry H. Kennedy, Jr., on November 2, 2004. Official paperless order (FL, ) Modified on 11/2/2004 (FL, ). (Entered: 11/02/2004) |
| 11/27/2004 | 6 | ORDER granting 3 Motion for Scheduling Order (Kennedy, Henry) (Entered: 11/27/2004) |
| 11/29/2004 | | Set Deadlines: Answer due by 12/3/2004. (rew, ) (Entered: 11/29/2004) |
| 11/30/2004 | 7 | NOTICE of Appearance by Amy Elizabeth Ralph-Mudge on behalf of HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC. (Ralph-Mudge, Amy) (Entered: 11/30/2004) |
| 12/03/2004 | 8 | NOTICE of Appearance by Cathy Hoffman on behalf of HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC. (Hoffman, Cathy) (Entered: 12/03/2004) |
| 12/03/2004 | 9 | MOTION to Dismiss by APPLERA CORPORATION, PE APPLIED BIOSYSTEMS, PE BIOSYSTEMS GROUP, PE CORPORATION, THE PERKIN-ELMER CORPORATION. (Attachments: # 1 Text of Proposed Order Proposed Dismissal Order# 2 Exhibit A# 3 Exhibit B# 4 Certificate of Service# 5 Memorandum in Support)(Southard, David) (Entered: 12/03/2004) |
| 12/03/2004 | 10 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC. (Ralph-Mudge, Amy) (Entered: 12/03/2004 |

| 12/03/2004 | 11 | MOTION to Dismiss by HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC.. (Attachments: # 1 Appendix Proposed Order# 2 Exhibit Exhibit A# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C# 5 Exhibit Exhibit D# 6 Exhibit Exhibit E# 7 Exhibit Exhibit F# 8 Exhibit Exhibit G# 9 Exhibit Exhibit H# 10 Exhibit Exhibit I# 11 Exhibit Exhibit J# 12 Exhibit Exhibit K# 13 Exhibit Exhibit L)(Hoffman, Cathy) (Entered: 12/03/2004) |
| --- | --- | --- |
| 12/15/2004 | 12 | NOTICE of Appearance by Joseph M. Ruggiero on behalf of HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC. (lc, ) (Entered: 12/23/2004) |
| 01/14/2005 | 13 | Memorandum in opposition to motion re 11 and 9 filed by MOLECULAR DIAGNOSTICS LABORATORIES. (Attachments: # 1)(Ratner, Brian) (Entered: 01/14/2005) |
| 01/19/2005 | 14 | NOTICE of Appearance by Scott E. Gant on behalf of MOLECULAR DIAGNOSTICS LABORATORIES (Gant, Scott) (Entered: 01/19/2005) |
| 01/26/2005 | 15 | NOTICE of Appearance by Asim Varma on behalf of HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC. (Varma, Asim) (Entered: 01/26/2005) |
| 01/26/2005 | 16 | NOTICE of Appearance by Heather Holden Brooks on behalf of HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC. (Brooks, Heather) (Entered: 01/26/2005) |
| 01/28/2005 | 17 | NOTICE of Appearance by William A. Isaacson on behalf of MOLECULAR DIAGNOSTICS LABORATORIES (Isaacson, William) (Entered: 01/28/2005) |
| 01/28/2005 | 18 | REPLY to opposition to motion re 9 filed by APPLERA CORPORATION, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC., PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS. (Southard, David) (Entered: 01/28/2005) |
| 01/28/2005 | 19 | REPLY to opposition to motion re 11 filed by HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC.. (Hoffman, Cathy) (Entered: 01/28/2005) |
| 02/07/2005 | 20 | NOTICE of Appearance by Hadrian R. Katz on behalf of HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC. (Katz, Hadrian) (Entered: 02/07/2005) |
| 04/21/2005 | 21 | NOTICE OF WITHDRAWAL OF APPEARANCE as to HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC.. Attorney Joseph M. Ruggiero terminated. (Ruggiero, Joseph) (Entered: 04/21/2005) |
| 04/22/2005 | 22 | STIPULATION *Protective Order* by APPLERA CORPORATION, MOLECULAR DIAGNOSTICS LABORATORIES, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC., PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS. (Brooks, Heather) (Entered: 04/22/2005) |

| | | |
|---|---|---|
| 04/22/2005 | 23 | NOTICE OF WITHDRAWAL OF APPEARANCE as to HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC.. Attorney Amy Elizabeth Ralph-Mudge terminated. (Ralph-Mudge, Amy) (Entered: 04/22/2005) |
| 06/02/2005 | 24 | STATUS REPORT *Pursuant to Pretrial Order No. 1, Fed. R. Civ. P. 26, and Local Civ. R. 16.3(d)* by APPLERA CORPORATION, MOLECULAR DIAGNOSTICS LABORATORIES, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC., PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS. (Attachments: # 1 Exhibit 1 - Joint [Proposed] Scheduling Order)(Ratner, Brian) (Entered: 06/02/2005) |
| 07/06/2005 | 25 | Order re 22 the parties shall be governed by the stipulated protective order. Signed by Judge Henry H. Kennedy, Jr., on July 6, 2005. (FL, ) (Entered: 07/06/2005) |
| 07/06/2005 | 26 | Scheduling Order: Pretrial conference scheduled for April 19, 2007, at 9:30 a.m., before Judge Henry H. Kennedy, Jr. Signed by Judge Henry H. Kennedy, Jr., on July 6, 2005. (FL, ) (Entered: 07/06/2005) |
| 07/12/2005 | | Set Deadlines/Hearings: Dispositive Motions due by 2/16/2007. Response to Dispositive Motions due by 3/16/2007. Reply to Dispositive Motions due by 4/6/2005. Pretrial Conference set for 4/19/2007 at 09:30 AM in Courtroom 14 before Judge Henry H. Kennedy. (rew, ) (Entered: 07/12/2005) |
| 12/01/2005 | 27 | Memorandum Opinion and Order. Signed by Judge Henry H. Kennedy, Jr., on December 1, 2005. (FL, ) (Entered: 12/01/2005) |
| 12/15/2005 | 28 | Joint MOTION to Amend/Correct 26 Scheduling Order by HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Hoffman, Cathy) (Entered: 12/15/2005) |
| 12/20/2005 | | Minute order granting 28 joint motion for entry of revised scheduling order. Signed by Judge Henry H. Kennedy, Jr., on December 20, 2005. Official paperless order (FL, ) (Entered: 12/20/2005) |
| 12/20/2005 | 29 | Revised Scheduling Order. Signed by Judge Henry H. Kennedy, Jr., on December 20, 2005. (FL, ) (Entered: 12/20/2005) |
| 12/21/2005 | | Set/Reset Deadlines: Answer due by 1/16/2006. Discovery due by 12/1/2006. Dispositive Motions due by 5/16/2007. Response to Dispositive Motions due by 6/18/2007. Reply to Dispositive Motions due by 7/6/2007. Joinder of Parties due by 2/23/2006. Plaintiff's Motion for class certification due by 4/3/2006. Defendant's Responses due by 6/14/2006 (rew, ) (Entered: 12/21/2005) |
| 01/11/2006 | 30 | WITHDRAWN pursuant to Notice 47.....MOTION for Reconsideration re 27 Memorandum & Opinion *and Alternative Request for Certification Under 28 U.S.C. Section 1292(b)* by MOLECULAR DIAGNOSTICS LABORATORIES. (Attachments: # (1) Exhibit 1# 2 Exhibit 2# 3 Exhibit |

| | | 3)(Ratner, Brian) Additional attachment(s) added on 1/23/2006 (lc, ). Modified on 6/30/2006 (lc, ). (Entered: 01/11/2006) |
|---|---|---|
| 01/11/2006 | 31 | WITHDRAWN pursuant to Notice 47......MOTION for Certification for interlocutory appeal by MOLECULAR DIAGNOSTICS LABORATORIES (see docket entry #30 for document image). (lc, ) Modified on 6/30/2006 (lc, ). (Entered: 01/12/2006) |
| 01/13/2006 | 32 | ANSWER to Complaint with Jury Demand by APPLERA CORPORATION, PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS.(Southard, David) (Entered: 01/13/2006) |
| 01/13/2006 | 33 | ANSWER to Complaint by HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC..(Brooks, Heather) (Entered: 01/13/2006) |
| 01/25/2006 | 34 | Memorandum in opposition to re 30 *Plaintiffs' Motion for Reconsideration* filed by APPLERA CORPORATION, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC., PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION. (Brooks, Heather) Additional attachment(s) added on 1/26/2006 (lc, ). (Entered: 01/25/2006) |
| 01/25/2006 | 35 | ENTERED IN ERROR......Proposed MOTION for Order *for Plaintiffs' Motion to Reconsider* by APPLERA CORPORATION, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC., PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS. (Brooks, Heather) Modified on 1/26/2006 (lc, ). (Entered: 01/25/2006) |
| 01/26/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 35 Proposed MOTION for Order *for Plaintiffs' Motion to Reconsider* was entered in error and document filed has been added to docket entry #34. (lc, ) (Entered: 01/26/2006) |
| 02/06/2006 | 36 | REPLY to opposition to motion re 30 *Reconsideration, and [31] Alternative Request for Certification Under 28 U.S.C. Section 1292(b)* filed by MOLECULAR DIAGNOSTICS LABORATORIES. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Ratner, Brian) (Entered: 02/06/2006) |
| 02/23/2006 | 37 | MOTION to Amend/Correct 1 Complaint, by MOLECULAR DIAGNOSTICS LABORATORIES. (Attachments: # 1 Exhibit 1 - First Amended Class Action Complaint)(Ratner, Brian) (Entered: 02/23/2006) |
| 03/09/2006 | 38 | Memorandum in opposition to re 37 *Motion to Amend* filed by APPLERA CORPORATION, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC., PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS. (Hoffman, Cathy) (Entered: 03/09/2006) |
| 03/20/2006 | 39 | ERRATA *and Filing of Corrected Opposition to 37 Plaintiff's Motion for Leave to Amend* by APPLERA CORPORATION, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR |

| | | |
|---|---|---|
| | | SYSTEMS, INC., PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS. (Brooks, Heather) Modified on 3/21/2006 (lc, ). Modified on 3/21/2006 (lc, ). (Entered: 03/20/2006) |
| 03/24/2006 | 40 | REPLY to opposition to motion re 37 MOTION to Amend/Correct 1 Complaint, filed by MOLECULAR DIAGNOSTICS LABORATORIES. (Attachments: # 1 Exhibit A -- First Amended Class Action Complaint)(Ratner, Brian) (Entered: 03/24/2006) |
| 04/03/2006 | 41 | MOTION to Certify Class by MOLECULAR DIAGNOSTICS LABORATORIES. (Attachments: # 1 Text of Proposed Order)(Ratner, Brian) (Entered: 04/03/2006) |
| 04/03/2006 | 42 | NOTICE *of Manual Filing Under Seal* by MOLECULAR DIAGNOSTICS LABORATORIES (Ratner, Brian) (Entered: 04/03/2006) |
| 04/17/2006 | 43 | MOTION to Certify Class *(PUBLIC VERSION of Memorandum of Law in Support of Motion)* by MOLECULAR DIAGNOSTICS LABORATORIES. (Ratner, Brian) (Entered: 04/17/2006) |
| 04/26/2006 | 44 | STIPULATION *and [Proposed] Order Regarding Depositions Taken in California Litigation and Qui Tam Action* by APPLERA CORPORATION, MOLECULAR DIAGNOSTICS LABORATORIES, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC., PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS. (Ratner, Brian) (Entered: 04/26/2006) |
| 04/27/2006 | | MINUTE ORDER: The parties' stipulation regarding depositions taken in California litigation and Qui Tam Action (#44) is SO ORDERED. (Kennedy, Henry) (Entered: 04/27/2006) |
| 06/02/2006 | 45 | STIPULATION *and Joint [Proposed] Scheduling Order No. 3* by APPLERA CORPORATION, MOLECULAR DIAGNOSTICS LABORATORIES, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC., PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS. (Ratner, Brian) (Entered: 06/02/2006) |
| 06/04/2006 | | MINUTE ORDER: The parties' stipulation and [proposed] scheduling order No.3 45 is SO ORDERED. (Kennedy, Henry) (Entered: 06/04/2006) |
| 06/29/2006 | 46 | STIPULATION re 41 MOTION to Certify Class by APPLERA CORPORATION, MOLECULAR DIAGNOSTICS LABORATORIES, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC., PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS. (Attachments: # 1 [Proposed] Order Granting Class Certification)(Ratner, Brian) (Entered: 06/29/2006) |
| 06/29/2006 | 47 | NOTICE OF WITHDRAWAL OF MOTION by MOLECULAR DIAGNOSTICS LABORATORIES re 30 MOTION for Reconsideration re 27 Memorandum & Opinion *and* |

| | | |
|---|---|---|
| | | *Alternative Request for Certification Under 28 U.S.C. Section 1292(b)*, [31] MOTION for Certification for interlocutory appeal (Ratner, Brian) (Entered: 06/29/2006) |
| 06/29/2006 | 48 | Consent MOTION to Amend/Correct 1 Complaint,, 37 MOTION to Amend/Correct 1 Complaint, by MOLECULAR DIAGNOSTICS LABORATORIES. (Attachments: # 1 Exhibit 1 -- Revised First Amended Class Action Complaint# 2 [Proposed] Order Granting Plaintiff's Consent Motion)(Ratner, Brian) (Entered: 06/29/2006) |
| 07/05/2006 | 49 | Order granting 41 and 43 class certification. Signed by Judge Henry H. Kennedy, Jr., on July 5, 2006. (FL, ) (Entered: 07/05/2006) |
| 07/05/2006 | 50 | MINUTE ORDER denying 37 Motion to Amend complaint as motion is moot, granting 48 Consent Motion for leave to file revised first amended class action complaint. (Kennedy, Henry) (Entered: 07/05/2006) |
| 07/05/2006 | 51 | Revised First AMENDED Class Action COMPLAINT against ROCHE DIAGNOSTICS CORPORATION, APPLERA CORPORATION, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC., PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS filed by MOLECULAR DIAGNOSTICS LABORATORIES.(lc, ) (Entered: 07/06/2006) |
| 07/24/2006 | 52 | ANSWER to Amended Complaint with Jury Demand by APPLERA CORPORATION, PE CORPORATION, PE BIOSYSTEMS GROUP, THE PERKIN-ELMER CORPORATION, PE APPLIED BIOSYSTEMS. Related document: 51 Amended Complaint, filed by MOLECULAR DIAGNOSTICS LABORATORIES,.(Southard, David) (Entered: 07/24/2006) |
| 07/24/2006 | 53 | ANSWER to Amended Complaint by ROCHE DIAGNOSTICS CORPORATION, HOFFMANN-LA ROCHE, INC., ROCHE MOLECULAR SYSTEMS, INC.. Related document: 51 Amended Complaint, filed by MOLECULAR DIAGNOSTICS LABORATORIES,.(Brooks, Heather) (Entered: 07/24/2006) |
| 07/28/2006 | 54 | MOTION for Order *Approving Form of Notices and Schedule of Notice of Class Certification* by MOLECULAR DIAGNOSTICS LABORATORIES. (Attachments: # 1 Proposed Order (Notices attached as Exhibits 1 & 2))(Ratner, Brian) (Entered: 07/28/2006) |
| 08/04/2006 | 55 | ORDER approving Form of Notices and Schedule of Notice of Class Certification 54. Signed by Judge Henry H. Kennedy on 8/4/06. Attachments: Exhibit 1, Exhibit A, Exhibit 2.(tth, ) Modified on 8/4/2006 (tth, ). (Entered: 08/04/2006) |
| 11/03/2006 | 56 | STATUS REPORT *Regarding Notice of Class Certification* by MOLECULAR DIAGNOSTICS LABORATORIES. (Attachments: # 1 Affidavit of Charlene Young)(Ratner, Brian) (Entered: 11/03/2006) |

**PACER Service Center**

District of Columbia live database - Docket
Case 3:06-cv-02361-WHA   Document 94-2   Filed 11/27/2006   Page 12 of 12
file:///home/pa/Desktop/DktRpt.html

|  | Transaction Receipt | | |
|---|---|---|---|
|  | 11/27/2006 14:18:05 | | |
| **PACER Login:** | ep0290 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-01649-HHK |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |