Alan Himmelfarb
LAW OFFICES OF ALAN HIMMELFARB
2757 Leonis Blvd
Los Angeles, CA 90058
Telephone: (323) 585-8696
Fax: (323) 585-8198
consumerlaw1@earthlink.net

Scott A. Kamber
Ethan Preston
KAMBER & ASSOCIATES, LLC
11 Broadway, 22d Floor
New York, NY 10038
Telephone: (877) 773-5469
Fax: (212) 202-6364
skamber@kolaw.com
epreston@kolaw.com

*Counsel for proposed intervenor,
Dennis Dilbeck*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NETFLIX, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER INC., a Delaware corporation, and DOES 1-50,<br><br>Defendants. | No. C 06 2361 WHA JCS<br>Judge William Alsup<br>**DENNIS DILBECK'S MOTION TO EXTEND TIME TO FILE HIS CONSOLIDATED REPLY** |

**DENNIS DILBECK'S MOTION TO EXTEND TIME TO FILE HIS
CONSOLIDATED REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO INTERVENE**

Dennis Dilbeck ("Dilbeck") respectfully files this Motion to Extend Time to File his Consolidated Reply in Support of his Motion for Leave to Intervene pursuant to N.D. Cal. Civil L.R. 6-3 and states as follows:

Dilbeck filed the instant Motion to Intervene on October 11, 2006. On October 25, 2005, the Court set the hearing for Dilbeck's Motion to Intervene for December 7, 2006 at 8:00 a.m., at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA 94102, in Courtroom 9.

Civil Local Rule 7-4 states that reply briefs are due "not less than 14 days before the hearing date." Pursuant to Civil Local Rule 7-7(d), the October 25 order automatically extended Dilbeck's time to file and serve reply papers to 14 days preceding the new hearing date. Counsel believed the Reply to be timely filed pursuant to Rule 6(a). *Cf.* N.D. Cal. Civil L.R. 1-2(b) (local rules "supplement" and are "construed so as to be consistent with" the Federal Rules of Civil Procedure). Rule 6(a) states:

> In computing any period of time prescribed or allowed . . . by the local rules of any district court the day of the act, event, or default from which the designated period of time begins to run shall not be included. The last day of the period so computed shall be included, unless it is a Saturday, a Sunday, or a legal holiday . . . in which event the period runs until the end of the next day which is not one of the aforementioned days. . . . "[L]egal holiday" includes . . . Thanksgiving Day . . . *and any other day appointed as a holiday . . . by the state in which the district court is held*.

Fed. R. Civ. P. 6(a) (emphasis supplied). Thus, the deadline for Dilbeck's Reply under the first sentence of Rule 6(a) is November 23. However, Counsel read the second sentence of Rule 6(a) to modify Civil Local Rule 7-4's 14-day deadline to run "the end of the next day" after November 23 (Thanksgiving Day), November 24 (a legal holiday pursuant to Cal. Gov't Code § 19853(a)), November 25 (a Saturday), and November 26 (a Sunday) – i.e., November 27. Consequently, counsel believed the Reply was timely filed on today until counsel received a phone call from the Court's clerk, whereupon counsel endeavored to file the Reply as soon as reasonably possible.

It is not counsel's practice to file pleadings in an untimely manner. In this instance, counsel genuinely believed that the interplay between Rule 6(a) and Civil Local Rule 7-4 resulted in a November 27 deadline. Had counsel understood that Civil Local Rule 7-4 could be

interpreted to result in a November 23 deadline, counsel would have filed Dilbeck's Reply on November 23.

WHEREFORE, Dilbeck prays that the Court enter an order extending the time for Dilbeck to file his Consolidated Reply in Support of his Motion for Leave to Intervene to November 27, 2006.

Dated: November 27, 2006

LAW OFFICES OF ALAN HIMMELFARB
By: /s/Alan Himmelfarb
Alan Himmelfarb
2757 Leonis Blvd
Los Angeles, CA 90058
Telephone: (323) 585-8696
Fax: (323) 585-8198
consumerlaw1@earthlink.net

Scott A. Kamber
Ethan Preston
KAMBER & ASSOCIATES, LLC
11 Broadway, 22d Floor
New York, NY 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kolaw.com
epreston@kolaw.com
