1  Alan Himmelfarb
   LAW OFFICES OF ALAN HIMMELFARB
2  2757 Leonis Blvd
   Los Angeles, CA 90058
3  Telephone: (323) 585-8696
   Fax: (323) 585-8198
4  consumerlaw1@earthlink.net

5  Scott A. Kamber
   Ethan Preston
6  KAMBER & ASSOCIATES, LLC
   11 Broadway, 22d Floor
7  New York, NY 10038
   Telephone: (877) 773-5469
8  Fax: (212) 202-6364
   skamber@kolaw.com
9  epreston@kolaw.com

10 *Counsel for proposed intervenor,
   Dennis Dilbeck*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| NETFLIX, INC. a Delaware corporation, | No. C 06 2361 WHA |
|---|---|
| Plaintiff, | Judge William Alsup |
| v. | **(PROPOSED) ORDER GRANTING DILBECK'S MOTION TO EXTEND TIME TO FILE HIS CONSOLIDATED REPLY** |
| BLOCKBUSTER INC., a Delaware corporation, and DOES 1-50, | Date: November 16, 2006 |
| Defendants. | Time: 8:00 a.m. |
| | Location: Courtroom 9, 19th Floor |

**ORDER GRANTING DENNIS DILBECK'S MOTION TO EXTEND TIME TO FILE HIS CONSOLIDATED REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO INTERVENE**

Dennis Dilbeck's Motion to Extend Time to File his Consolidated Reply in Support of his Motion for Leave to Intervene pursuant to N.D. Cal. Civil L.R. 6-3 was filed on November 27, 2006 before the Honorable William Alsup, United States District Court, San Francisco, California. The Court having reviewed the Motion, the Court orders that:

Dennis Dilbeck's Motion to Extend Time to File his Consolidated Reply in Support of his Motion for Leave to Intervene is granted under Civil Local Rule 6-3. The Court orders the time for Dilbeck to file his Consolidated Reply in Support of his Motion for Leave to Intervene is extended to November 27.

1  Dated:
2
3                                              _____
                                               Hon. William Alsup
                                               United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28