Alan Himmelfarb
LAW OFFICES OF ALAN HIMMELFARB
2757 Leonis Blvd
Los Angeles, CA 90058
Telephone: (323) 585-8696
Fax: (323) 585-8198
consumerlaw1@earthlink.net

Scott A. Kamber
Ethan Preston
KAMBER & ASSOCIATES, LLC
11 Broadway, 22d Floor
New York, NY 10038
Telephone: (877) 773-5469
Fax: (212) 202-6364
skamber@kolaw.com
epreston@kolaw.com

*Counsel for proposed intervenor, Dennis Dilbeck*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETFLIX, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER INC., a Delaware corporation, and DOES 1-50,<br><br>Defendants. | No. C 06 2361 WHA<br>Judge William Alsup<br><br>~~(PROPOSED)~~ **ORDER GRANTING DILBECK'S MOTION TO EXTEND TIME TO FILE HIS CONSOLIDATED REPLY**<br><br>Date: November 16, 2006<br>Time: 8:00 a.m.<br>Location: Courtroom 9, 19th Floor |

**ORDER GRANTING DENNIS DILBECK'S MOTION TO EXTEND TIME TO FILE HIS CONSOLIDATED REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO INTERVENE**

Dennis Dilbeck's Motion to Extend Time to File his Consolidated Reply in Support of his Motion for Leave to Intervene pursuant to N.D. Cal. Civil L.R. 6-3 was filed on November 27, 2006 before the Honorable William Alsup, United States District Court, San Francisco, California. The Court having reviewed the Motion, the Court orders that:

Dennis Dilbeck's Motion to Extend Time to File his Consolidated Reply in Support of his Motion for Leave to Intervene is granted under Civil Local Rule 6-3. The Court orders the time for Dilbeck to file his Consolidated Reply in Support of his Motion for Leave to Intervene is extended to November 27.

Dated: November 28, 2006

*IT IS SO ORDERED*
*Judge William Alsup*

_____
Hon. William Alsup
United States District Judge