**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC.,   No. C 06-02361 WHA (JCS)

        Plaintiff(s),

        CLERK'S NOTICE

  v.

BLOCKBUSTER, INC.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     YOU ARE NOTIFIED THAT the hearing on the pending Discovery Motions before Magistrate Judge Spero previously noticed for January 12, 2007, at 9:00 AM, has been reset to **THE SAME DAY, at 9:30 AM,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: December 5, 2006

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Karen L. Hom
Courtroom Deputy