1   KEKER & VAN NEST, LLP
    JEFFREY R. CHANIN - #103649
2   DARALYN J. DURIE - #169825
    ASHOK RAMANI - #200020
3   710 Sansome Street
    San Francisco, CA 94111-1704
4   Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
5
    Attorneys for Plaintiff
6   NETFLIX, INC.

7                          UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9

10

11  NETFLIX, INC., a Delaware corporation,        Case No. C 06 2361 WHA (JCS)

                                   Plaintiff,     **ADMINISTRATIVE MOTION TO FILE
12                                                UNDER SEAL AND RAMANI
         v.                                       DECLARATION IN SUPPORT**
13
    BLOCKBUSTER, INC., a Delaware                 Date:   January 31, 2007
14  corporation, DOES 1-50,                       Time:   TBD
                                                  Dept:   Courtroom 9, 19th Floor
15                                 Defendant.     Judge:  Hon. William H. Alsup

16

17

18  AND RELATED COUNTERCLAIMS

19

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

Plaintiff Netflix, Inc. submits this Request under Civil Local Rules 7-11 and 79-5 to file documents under seal in connection with Netflix's opening claim-construction brief.  Netflix makes this Request in a good-faith effort to maintain the confidentiality of a document relied upon in Netflix's brief that Blockbuster designated as Confidential—Attorneys' Eyes Only under the Protective Order in this case.  This Request is narrowly tailored as required under Local Rule 79-5(b), and there is therefore good cause for filing the following documents under seal.

**Netflix's Claim-Construction Brief**

Netflix requests that its opening claim-construction brief be filed under seal as a particular passage refers to a document that Blockbuster has designated as "Confidential – Attorneys' Eyes Only" under the governing Protective Order. Under paragraph 10 of the Protective Order, Netflix is obligated to lodge this brief with the Court with a request to file them under seal, pursuant to Civil Local Rule 75-5.  Redacted versions of the briefs, suitable for filing in the public docket, are being filed herewith.

**Exhibit to Ramani Declaration**

Concurrently filed in support of Netflix's opening claim construction brief is the Declaration of Ashok Ramani, which attaches the one exhibit that Blockbuster designated "Confidential – Attorneys' Eyes Only" under the Protective Order.

**Exhibit 8**:  This exhibit is a document produced by Blockbuster, Inc. and designated as "Confidential – Attorneys' Eyes Only" under the Protective Order.  Under paragraph 10 of the Protective Order, Netflix is obligated to lodge this document with the Court with a request to file it under seal, pursuant to Civil Local Rule 75-5.

1    Netflix respectfully requests that the Court permit the sealing of the documents set forth

2  above, and order that the Clerk of the Court maintain them in accordance with the provisions of

3  Local Civil Rule 79-5(f).

4

5  Dated:  December 6, 2006                    Respectfully submitted,

6                                             KEKER & VAN NEST, LLP

7

8                                     By: /s/ Ashok Ramani

9                                          JEFFREY R. CHANIN
                                           DARALYN J. DURIE
10                                         ASHOK RAMANI
                                           Attorneys for Plaintiff
11                                         NETFLIX, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**RAMANI DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

I, ASHOK RAMANI, declare and state as follows:

1.      I am an attorney duly licensed to practice before this Court, and am a partner with Keker & Van Nest, LLP, counsel to Plaintiff and Counterclaim-Defendant Netflix, Inc. I have personal knowledge of the facts set forth below, and if called to testify as a witness thereto could do so competently under oath.

2.      In the course of Discovery in this case, defendant Blockbuster produced to Netflix the document attached as Exhibit 8 to my declaration in support of Netflix's Opening Markman brief.  This document contains confidential and proprietary information about Blockbuster's business, such that Blockbuster's counsel has seen fit to designate the document CONFIDENTIAL—ATTORNEYS' EYES ONLY under the governing protective order.  That same order requires that Netflix move to seal the document.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 6th day of December 2006, at San Francisco, California.

By: /s/ Ashok Ramani

385714.01