1 KEKER & VAN NEST, LLP
  JEFFREY R. CHANIN - #103649
2 DARALYN J. DURIE - #169825
  ASHOK RAMANI - #200020
3 710 Sansome Street
  San Francisco, CA 94111-1704
4 Telephone: (415) 391-5400
  Facsimile: (415) 397-7188
5
  Attorneys for Plaintiff
6 NETFLIX, INC.

7
                        UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9

10
11 NETFLIX, INC., a Delaware corporation,         Case No. C 06 2361 WHA (JCS)

12                         Plaintiff,             **[PROPOSED] ORDER TO FILE
                                                  DOCUMENTS UNDER SEAL FOR
13        v.                                      NETFLIX'S OPENING CLAIM-
                                                  CONSTRUCTION BRIEF**
14 BLOCKBUSTER, INC., a Delaware
   corporation, DOES 1-50,                        Date:  January 31, 2007
15                                                Time:  TBD
                           Defendant.             Dept:  Courtroom 9, 19th Floor
16                                                Judge: Hon. William H. Alsup

17 AND RELATED COUNTERCLAIMS

18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL FOR NETFLIX'S OPENING CLAIM-
CONSTRUCTION BRIEF
CASE NO. C 06 2361 WHA (JCS)

1    Netflix's request to file under seal certain documents in connection with its motions for
2  summary judgment is GRANTED.  The Clerk will maintain said documents in accordance with
3  the provisions of Civil Local Rule 79-5(f).
4    IT IS SO ORDERED.

6  Dated:
                                                                HON. WILLIAM H. ALSUP
7                                                               United States District Court Judge