# EXHIBIT 4

Dockets.Justia.com

*lix: Rent as many DVDs as you want for $20 a month. No late fees.    Page 1 of 2

   

Welcome!
Returning Member? Please sign in.

Back to Home Page
Get FREE DVD Rentals!

**Find movies, actors & genres:**
[         ] SEARCH

Recommendations
New Releases
Critics' Picks
Netflix Top 100 NEW!

**GENRES**
- See All Genres
- Action & Adventure
- Anime
- Children & Family
- Classics
- Comedy
- Documentary
- Drama
- Foreign
- Gay & Lesbian
- Horror
- Indie
- Music & Concert
- Romance
- Sci-Fi & Fantasy
- Special Interest
- Sports
- Television
- Thrillers

**COLLECTIONS**
- See All Collections
- '70s Cinema
- Family Fare!
- FX Showcase
- Indie's Greatest Hits
- Mating and Dating
- Movies with Mockery
- Star-Crossed Lovers
- Steamy Cinema
- Summer Blockbusters
- Tough Guys
- True-Life Tales
- Wacky Comedy

Academy Awards
AFI Top 100 Movies
Must-See DVDs
Easter Eggs
Special Features
Member Favorites
By Studio


Give Netflix Gift Certificates!
Click here

# NETFLIX.COM TRANSFORMS DVD BUSINESS ELIMINATING LATE FEES AND DUE DATES FROM MOVIE RENTALS

### NetFlix.com's New Marquee Program Creates Near "DVD-on-Demand"

**SILICON VALLEY, CA (December 16, 1999)** – Poised to transform the movie rental marketplace and establish Netflix as the world's largest provider of DVD rentals-online and offline-the company today launched its Marquee program it was announced by Netflix CEO, Reed Hastings. The new subscription service by Netflix, one of the Top 25 Online Merchants, eliminates due dates and late fees by creating a near "DVD-on-demand" service. Marquee members get four DVD rentals per month with no due dates or late fees for a set monthly fee of $15.95, thus enabling subscribers to watch what they want, when they want.

"Movie renters are fed up with due dates and late fees," said Hastings. "NetFlix.com's Marquee program puts the joy back into movie rental. With no due dates, our customers can stock up on rental movies and always keep a few on top of their television, ready for impulse viewing." "NetFlix.com has shown itself to be an innovator by taking advantage of the 'mail-ability' of DVD to launch an online DVD rental business that was never possible with VHS," said Tom Adams, President, Adams Media Research. "Now, with its 'no due date' Marquee program, the company has the potential to revolutionize the DVD rental market that we estimate will grow explosively to over $1 billion by 2002."

MARQUEE PROGRAM DETAILS
With the availability of every DVD title published and two-day nationwide delivery, as well as on-site reviews and DVD information, Netflix offers consumers an unmatched level of convenience. With no due dates, consumers can stock up on rental movies and maintain a selection of titles for impulse viewing. Taking these consumer benefits one step further, Netflix's Marquee program provides customers with an even greater movie rental experience. Listed below are the details of the program:

- Rental Terms: There are no due dates and late fees on movie rentals. Members select four DVD movies per month from Netflix's unlimited selection of DVD titles for a flat monthly fee of $15.95, with the option to cancel at any time. In addition, Marquee members also receive a reduced rental rate of $3.98 (which includes shipping) on all subsequent rentals. Members can only keep four rental movies at home at a time.

- Return Policy: Once a customer has viewed a film, they simply send it back to Netflix in the pre-paid mailer.

- Membership: New and existing Netflix customers may join Netflix's Marquee program by visiting the store's website, www.netflix.com.

- Automatic Movie Replenishment: Customers may take advantage of a special feature

http://www.netflix.com/Static?id=1018                        10/8/02

NFLIX0000293

Netflix: Rent as many DVDs as you want for $20 a month. No late fees.   Page 2 of 2

**Press Room**
**Netflix In the News**
**Netflix Awards**
**Customer Testimonials**
**About Netflix**
**Executive Profiles**
**Press Release Archive**

which will allow them to pre-select an unlimited number of DVDs. Members simply return one of their DVDs and the next one of their pre-orders is automatically shipped to them.

**About Netflix:**

NetFlix.com, the world's largest online DVD rental store, offers every DVD title published for rental. The Netflix online rental store, located at www.netflix.com, provides reviews, articles and recommendations to make finding movies simple and convenient. Netflix has promotional partnerships with Sony, Toshiba, RCA/Thomson, Panasonic, Pioneer, Musicland, and others. Founded in 1997, Netflix, which has raised more than $50 million in venture capital funding, is headquartered in Los Gatos, California.

CONTACT:

BENDER/HELPER IMPACT, 310/473-4147

Shawna Lynch, Ext. 276   Leslie Furuta, Ext. 257   Missy Davy, Ext. 240
shawna_lynch@bhimpact.com  leslie_furuta@bhimpact.com  missy_davy@bhimpact.com

NETFLIX.COM, 408/399-3700
Allison Koch
akoch@netflix.com

enter>

Home | Rental Queue | Your Account | Customer Service | Free Newsletters
Gift Certificates | Contact Us | Affiliates | Press Room | About Us | Privacy Policy | Jobs | Investor Relations
© 1997-2002 Netflix, Inc. All rights reserved. Terms of Use. {102}

http://www.netflix.com/Static?id=1018   10/8/02

NFLIX0000294