# EXHIBIT 6

Dockets.Justia.com

| Notice of Allowability | Application No. 10/438,727 | Applicant(s) HASTINGS ET AL. |
|---|---|---|
| | Examiner Andrew Joseph Rudy | Art Unit 3627 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address*--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>31 January 2005</u>.

2. ☒ The allowed claim(s) is/are <u>55-105</u>.

3. ☒ The drawings filed on <u>14 May 2003</u> are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
     1. ☐ Certified copies of the priority documents have been received.
     2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
     3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
     1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .
   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)
1. ☒ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .
7. ☒ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____ .

U.S. Patent and Trademark Office
PTOL-37 (Rev. 1-04)                     Notice of Allowability            Part of Paper No./Mail Date 20051026

NFLIX0000902

| Continuation Sheet (PTOL-37) | Application No. |
|---|---|

1. Please note the pertinent references of interest cited on the attached PTO-892. None of these references aniticipate Applicant's claim language under 35 USC 102, nor provide a proper basis for a 35 USC 103 rejection.

3. Applicant's PTO 1449 citation, received by the PTO on June 15, 2005, was reviewed. Note the attached PTO-1449. The reference cited does not aniticipate Applicant's claim language under 35 USC 102, nor provide a proper basis for a 35 USC 103 rejection.

7. Applicant's Terminal Disclaimer received October 5, 2005 obviates any potential double patenting rejection regarding United States Patent 6,584,450.
    Applicant's Letter to Examiner received October 17, 2005 obviates any patenting rejection, either independtly or a combination thereof, regarding the four references cited from the 10/17/05 LETTER, and the other art of record in the present Application.

8. Applicant's January 31, 2005 Amendment and REMARKS are on point and agreed with by the Examiner, in juxtaposition to the claim language and prior art of record. No computer-implemented method/system for renting movies comprising providing electronic digital information, establishing in digital form a movie rental queue comprising an ordered list, causing to be delivered to a customer a specified number of movies after delivery criteria are satisfied and electronically updating the queue, in combination with the other claim language has been disclosed by the prior art. The Examiner finds no prior art to anticipate the claim language under any section of 35 USC 102. The Examiner finds no motivation to combine or make obvious, under 35 USC 103, from any reference(s) cited throughout the prosecution history to arrive at Applicant's claim language. Further, no 35 USC 101 issues are present. In sum, Applicant's claims are deemed to fully meet USPTO patentability requirements.

Andrew Joseph Rudy
Primary Examiner
Art Unit 3627
571-272-6789

December 5, 2005

2

NFLIX0000903