# EXHIBIT 8
# HAS BEEN FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER