# EXHIBIT 9

Dockets.Justia.com

# The American Heritage® Dictionary
## of the English Language

FOURTH EDITION



HOUGHTON MIFFLIN COMPANY
Boston   New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
    p.    cm.
    ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
    (hardcover with CD ROM)
    1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                            00-025369

Manufactured in the United States of America



Frédéric Bartholdi



bartizan
El Morro fortress,
San Juan, Puerto Rico



Clara Barton



bascule
a bascule bridge

148

of the Bible. His published works include *Church Dogmatics* (1932). —**Barth′i•an** *adj.*

**Bar•thel•me** (bär′thəl-mē′), **Donald** 1931–1989. American writer whose sometimes surrealistic stories of modern American life have been published in collections such as *Unspeakable Practices, Unnatural Acts* (1968).

**Barthes** (bärt), **Roland** 1915–1980. French critic who applied semiology, the study of signs and symbols, to literary and social criticism. His works include *Mythologies* (1957).

**Bar•thol•di** (bär-thôl′dē, -tōl-dē′), **Frédéric Auguste** 1834–1904. French sculptor best known for his monumental figure of *Liberty Enlightening the World*, the Statue of Liberty in New York Harbor, presented to the United States by France and dedicated in 1886.

**Bar•tho•lin's gland** (bär′tl-ĭnz, -thə-lĭnz) *n. Anatomy* Either of two small compound racemose glands located on either side of the vaginal orifice that secrete a lubricating mucus and are homologous to the bulbourethral glands in the male. [After Caspar *Bartholin* (1585–1629), Danish physician.]

**Bar•thol•o•mew** (bär-thŏl′ə-myōō′), **Saint.** Sometimes called **Na•than•ael** (nə-thăn′yəl) One of the 12 Apostles. According to tradition, he visited India and Ethiopia and was martyred in Armenia.

**bar•ti•zan** (bär′tĭ-zən, bär′tĭ-zăn′) *n.* A small, overhanging turret on a wall or tower. [Alteration of *bratticing*, timberwork, from BRATTICE.] —**bar′ti•zaned** *adj.*

**Bar•tles•ville** (bär′tlz-vĭl′) A city of northeast Oklahoma north of Tulsa. It is a trade center in a ranching and oil-producing region. Population: 34,256.

**Bart•lett** (bärt′lĭt) *n.* A widely grown variety of pear with yellowish skin and soft, juicy white flesh, eaten fresh or often canned. [After Enoch *Bartlett* (1779–1860).]

**Bartlett, John** 1820–1905. American publisher and editor who compiled *Familiar Quotations* (1855) and a Shakespearean concordance (1894).

**Bartlett, Robert Abram** Known as "Captain Bob." 1875–1946. American explorer who accompanied Robert E. Peary's expedition to the North Pole (1909) and led numerous other Arctic voyages.

**Bar•tók** (bär′tŏk′, -tôk′), **Béla** 1881–1945. Hungarian pianist and composer whose works, including the music for the opera *Duke Bluebeard's Castle* (1911) and *Concerto for Orchestra* (1943), combine Eastern European folk music with dissonant harmonies. —**Bar•tók′i•an** *adj.*

**Bar•to•lom•me•o** (bär-tōl′ə-mā′ō, -tō′lŏm-mā′ō), **Fra** Originally Bartolommeo di Pagolo del Fattorino. 1475?–1517. Italian painter of the Florentine school whose works include *The Vision of Saint Bernard* (1500–1507) and *Madonna della Misericordia* (1515).

**Bar•ton** (bär′tn), **Clara** Full name Clarissa Harlowe Barton. 1821–1912. American administrator who did battlefield relief work during the Civil War and organized the American Red Cross (1881).

**Bar•tram** (bär′trəm), **John** 1699–1777. American botanist who established the first botanical garden in the colonies (1728) and corresponded with European botanists, thus introducing many American species to Europe. His son **William Bartram** (1739–1823) was also a botanist.

**Bar•uch** (bâr′ək, bə-rōōk′) *n. Abbr.* **Bar.** or **Ba** See table at **Bible.**

**Ba•ruch** (bə-rōōk′), **Bernard Mannes** 1870–1965. American stock broker, public official, and political adviser for every President from Woodrow Wilson to John F. Kennedy.

**bar•ware** (bär′wâr′) *n.* The glassware and other items used in preparing alcoholic drinks.

**bar•y•cen•ter** (băr′ĭ-sĕn′tər) *n.* See **center of mass.** [Greek *barus*, heavy; see gʷerə-¹ in Appendix I + CENTER.]

**bar•y•on** (băr′ē-ŏn′) *n.* Any of a family of subatomic particles, including the nucleon and hyperon multiplets, that participate in strong interactions, are composed of three quarks, and are generally more massive than mesons. Also called *heavy particle.* See table at **subatomic particle.** [Greek *barus*, heavy; see gʷerə-¹ in Appendix I + –ON¹.] —**bar′y•on′ic** *adj.*

**baryon number** *n. Abbr.* **B** A quantum number equal to the difference between the number of baryons and the number of antibaryons in a system of subatomic particles. It remains the same throughout any reaction.

**Ba•rysh•ni•kov** (bə-rĭsh′nĭ-kôf′), **Mikhail Nikolayevich** Born 1948. Soviet-born ballet dancer and choreographer who, after performing with the Kirov Ballet in Leningrad (now St. Petersburg), defected to the United States (1974), where he danced for and later directed the American Ballet Theater. In 1990 he helped found the White Oak Dance Project, a modern-dance company, which he directs.

**bar•y•sphere** (băr′ĭ-sfîr′) *n.* See **centrosphere** (sense 2). [Greek *barus*, heavy; see gʷerə-¹ in Appendix I + SPHERE.]

**ba•ry•ta** (bə-rī′tə) *n.* Any of several barium compounds, such as barium sulfate. [New Latin, from Greek *barutēs*, weight, from *barus*, heavy. See gʷerə-¹ in Appendix I.]

**bar•y•tes** (bə-rī′tēz) *n.* Variant of **barite.**

**bar•y•ton** (băr′ĭ-tŏn′) *n.* A bowed string instrument of the 18th century, similar to the bass viol, but having sympathetic strings on the rear of the fingerboard.

**bar•y•tone** (băr′ĭ-tōn′) *n.* **1.** *Music* Variant of **baritone. 2.** *Linguistics* A word that has a heavy stress or pitch accent on its penultimate syllable. ❖ *adj. Linguistics* Relating to or being a word that has a heavy stress or pitch accent on its penultimate syllable.

**Bar•zun** (bär′zŭn), **Jacques Martin** Born 1907. French-born American educator, author, and historian whose works include *Darwin,*

*Marx, Wagner* (1941), *The American University* (1968), and *The Use and Abuse of Art* (1974).

**BAS** *abbr.* **1.** Bachelor of Agricultural Science **2.** Bachelor of Applied Science

**bas•al** (bā′səl, -zəl) *adj.* **1a.** Of, relating to, located at, or forming a base. **b.** *Botany* Located at or near the base of a plant stem, or at the base of any other plant part: *basal placentation.* **2.** Of primary importance; basic. —**bas′al•ly** *adv.*

**basal body** *n.* A cellular organelle associated with the formation of cilia and flagella and similar to the centriole in structure. Also called *basal granule, kinetosome.*

**basal cell** *n.* A type of cell found in the deepest layer of the epithelium.

**basal ganglion** *n.* Any of several masses of gray matter embedded in the cerebral hemispheres that are involved in the regulation of voluntary movement. Also called *basal nucleus.*

**basal granule** *n.* See **basal body.**

**basal metabolic rate** *n. Abbr.* **BMR** The rate at which energy is used by an organism at complete rest, measured in humans by the heat given off per unit time, and expressed as the calories released per kilogram of body weight or per square meter of body surface per hour.

**basal metabolism** *n. Abbr.* **BM** The minimum amount of energy required to maintain vital functions in an organism at complete rest, measured by the basal metabolic rate in a fasting individual who is awake and resting in a comfortably warm environment.

**basal nucleus** *n.* See **basal ganglion.**

**basal reader** *n.* A textbook compiled to teach people, especially young children, to read.

**ba•salt** (bə-sôlt′, bā′sôlt′) *n.* **1.** A hard, dense, dark volcanic rock composed chiefly of plagioclase, pyroxene, and olivine, and often having a glassy appearance. **2.** A kind of hard unglazed pottery. [Latin *basaltēs*, alteration of *basanītēs*, touchstone, from Greek *basanītēs (lithos)*, from *basanos*, of Egyptian origin.] —**ba•sal′tic** (-sôl′tĭk) *adj.*

**BASc** *abbr.* **1.** Bachelor of Agricultural Science **2.** Bachelor of Applied Science

**bas•cule** (băs′kyōōl) *n.* A device or structure, such as a drawbridge, counterbalanced so that when one end is lowered the other is raised. [French, seesaw : *bas*, low (from Medieval Latin *bassus*) + *cul*, bottom (from Latin *cūlus*, rump; see **(s)keu–** in Appendix I).]

**base¹** (bās) *n.* **1.** The lowest or bottom part: *the base of a cliff.* **2.** *Biology* **a.** The part of a plant or animal organ that is nearest to its point of attachment. **b.** The point of attachment of such an organ. **3a.** A supporting part or layer; a foundation: *built on a base of solid rock.* **b.** A basic or underlying element; infrastructure: *the nation's industrial base.* **4.** The fundamental principle or underlying concept of a system or theory; a basis. **5.** A fundamental ingredient; a chief constituent: *a paint with an oil base.* **6.** The fact, observation, or premise from which a reasoning process is begun. **7a.** *Games* A starting point, safety area, or goal. **b.** *Baseball* Any one of the four corners of an infield, marked by a bag or plate, that must be touched by a runner before a run can be scored. **8.** A center of organization, supply, or activity; a headquarters. **9a.** A fortified center of operations. **b.** A supply center for a large force of military personnel. **10.** A facial cosmetic used to even out the complexion or provide a surface for other makeup; a foundation. **11.** *Architecture* The lowest part of a structure, such as a wall, considered as a separate unit: *the base of a column.* **12.** *Heraldry* The lower part of a shield. **13.** *Linguistics* A morpheme or morphemes regarded as a form to which affixes or other bases may be added. **14.** *Mathematics* **a.** The side or face of a geometric figure to which an altitude is or is thought to be drawn. **b.** The number that is raised to various powers to generate the principal counting units of a number system. The base of the decimal system, for example, is 10. **c.** The number raised to the logarithm of a designated number in order to produce that designated number; the number at which a chosen logarithmic scale has the value 1. **15.** A line used as a reference for measurement or computations. **16.** *Chemistry* **a.** Any of a class of compounds whose aqueous solutions are characterized by a bitter taste, a slippery feel, the ability to turn litmus blue, and the ability to react with acids to form salts. **b.** A substance that yields hydroxyl ions when dissolved in water. **c.** A substance that can act as a proton acceptor. **d.** A substance that can donate a pair of electrons to form a covalent bond. **17.** *Electronics* **a.** The region in a transistor between the emitter and the collector. **b.** The electrode attached to this region. **18.** One of the nitrogen-containing purines (adenine and guanine) or pyrimidines (cytosine, thymine, and uracil) that occurs attached to the sugar component of DNA or RNA. ❖ *adj.* **1.** Forming or serving as a base: *a base layer of soil.* **2.** Situated at or near the base or bottom: *a base camp for the mountain climbers.* **3.** *Chemistry* Of, relating to, or containing a base. ❖ *tr.v.* **based, bas•ing, bas•es 1.** To form or provide a base for: *based the new company in Portland.* **2.** To find a basis for; establish: *a film based on a best-selling novel.* **3.** To assign to a base; station: *troops based in the Middle East.* —**idiom: off base** Badly mistaken. [Middle English, from Old French, from Latin *basis*, from Greek. See gʷā– in Appendix I.]

**Synonyms** *base, basis, foundation, ground, groundwork* These nouns all pertain to what underlies and supports. *Base* is applied chiefly to material objects: *the wide base of the pyramid. Basis* is used in a nonphysical sense: "Healthy scepticism is the basis of all accurate observation" (Arthur Conan Doyle). *Foundation* often stresses firmness of support for something of relative magnitude: "Our flagrant disregard for the law attacks the foundation of this society" (Peter D. Relic). *Ground* is used figuratively in the plural to mean a justifiable reason: *grounds for divorce. Groundwork* usually has the sense of a necessary preliminary: "It [the Universal Dec-

laration of Human Rights] *has laid the groundwork for the world's war crimes tribunals*" (Hillary Rodham Clinton).

**base²** (bās) *adj.* **bas•er, bas•est 1a.** Having or showing a contemptible, mean-spirited, or selfish lack of human decency. See synonyms at **mean².** **b.** Devoid of high values or ethics: *a base, degrading way of life.* **c.** Inferior in value or quality. **2.** Containing inferior substances: *a base metal.* **3.** *Archaic* Of low birth, rank, or position. **4.** *Obsolete* Short in stature. ❖ *n.* **1.** *Obsolete* A bass singer or voice. [Middle English *bas*, low, from Old French, from Medieval Latin *bassus*.] —**base′ly** *adv.* —**base′ness** *n.*

**base•ball** (bās′bôl′) *n.* **1. a.** A game played with a bat and ball by two opposing teams of nine players, each team playing alternately in the field and at bat, the players at bat having to run a course of four bases laid out in a diamond pattern in order to score. **b.** The ball that is used in this game. **2.** A game of darts in which the players attempt to score points by throwing the darts at a target laid out in the form of a baseball diamond.

**base•board** (bās′bôrd′, -bōrd′) *n.* A molding that conceals the joint between an interior wall and the floor. Also called *mopboard.*

**base•born** (bās′bôrn′) *adj.* **1.** Ignoble; contemptible. **2a.** Born of unwed parents; illegitimate. **b.** Of humble birth.

**base•burn•er** (bās′bûr′nər) *n.* A coal stove with a hopper that automatically replenishes itself from above as lower layers of fuel are consumed.

**base community** *n. Roman Catholic Church* A lay group, especially in South America, practicing nonliturgical religious devotions and striving for socioeconomic improvement in the community.

**Base Exchange** (bās) *Abbr.* **BX** A service mark used for general merchandise store services for government employees on a naval or air force base. This service mark, often lowercased, sometimes occurs in print with the meaning "a general merchandise store on a military base": "*The products are distributed at Army and Air Force base exchanges*" (Washington Post).

**base hit** *n. Baseball* A hit by which the batter reaches base safely without incurring an error, fielder's choice, or force play.

**BASE jump** (bās) *n.* A parachute jump from high structures and precipitous earth formations, typically from heights of 305 meters (1,000 feet) or less. [B(UILDING) + *a(ntenna tower)* + S(PAN)¹ + E(ARTH) + JUMP.] —**BASE′-jump′** *v.* —**BASE jumper** *n.*

**Ba•sel** (bä′zəl) *also* **Basle** (bäl) A city of northern Switzerland on the Rhine River. It is one of the oldest intellectual centers in Europe. Population: 175,781.

**base•less** (bās′lĭs) *adj.* Having no basis or foundation in fact; unfounded.

*Synonyms* baseless, groundless, idle, unfounded, unwarranted These adjectives mean being without a basis or foundation in fact: *a baseless accusation; groundless rumors; idle gossip; unfounded suspicions; unwarranted jealousy.*

**base level** *n.* The lowest level to which a land surface can be reduced by the action of running water.

**base line** *or* **base•line** (bās′līn′) *n.* **1a.** A line serving as a basis, as for measurement, calculation, or location. **b.** A measurement, calculation, or location used as a basis for comparison. **2.** *Baseball* The base path. **3.** *Sports* **a.** The boundary line at either end of a court, as in basketball or tennis. **b.** The area near this boundary line: *made a basket from the base line.* **c.** A style of play in tennis in which the player remains near the base line and rarely approaches the net.

**base•man** (bās′mən) *n. Baseball* A player assigned to first, second, or third base.

♦**base•ment** (bās′mənt) *n.* **1.** The substructure or foundation of a building. **2.** The lowest habitable story of a building, usually below ground level. **3.** *Geology* A complex of undifferentiated igneous and metamorphic rocks underlying sedimentary strata. **4.** *Slang* The last place or lowest level, as in competitive standings. **5.** *Chiefly New England* A public toilet, especially one in a school. [Probably BASE¹ + –MENT (perhaps influenced by French *soubassement*, subfoundation).]

**basement membrane** *n.* A thin, delicate layer of connective tissue underlying the epithelium of many organs. Also called *basement lamina.*

**ba•sen•ji** (bə-sĕn′jē) *n., pl.* **-jis** A dog of a breed originally from Africa, having a short, smooth, reddish-brown coat and characterized by the absence of a bark. [Of Bantu origin; akin to Tshiluba *ba-senji*, inhabitants of the hinterland : *ba-*, pl. n. pref. + -*senji*, hinterland.]

**base on balls** *n., pl.* **bases on balls** *Baseball Abbr.* **BB** An advance to first base that is awarded to a batter who takes four pitches that are balls.

**base pair** *n.* The pair of nitrogenous bases, consisting of a purine linked by hydrogen bonds to a pyrimidine, that connects the complementary strands of DNA or of hybrid molecules joining DNA and RNA. The base pairs are adenine-thymine and guanine-cytosine in DNA, and adenine-uracil and guanine-cytosine in RNA.

**base-pair•ing** (bās′pâr′ĭng) *n.* The hydrogen bonding of complementary nitrogenous bases, one purine and one pyrimidine, in DNA and in hybrid molecules joining DNA and RNA.

**base path** *n. Baseball* The area within which a base runner must stay when running between bases.

**base pay** *n.* An amount or a rate of compensation for a specified position of employment or activity excluding any other payments or allowances.

**base runner** *n. Baseball* A member of the team at bat who has safely reached or is trying to reach a base. —**base′run′ning** (bās′rŭn′ĭng) *n.*

**ba•ses** (bā′sēz′) *n.* Plural of **basis.**

**bash** (băsh) *v.* **bashed, bash•ing, bash•es** —*tr.* **1.** To strike with a heavy, crushing blow: *The thug bashed the hood of the car with a sledgehammer.* **2.** To beat or assault severely: *The police arrested the men who bashed an immigrant in the park.* **3.** *Informal* To criticize (another) harshly, accusatorially, and threateningly: "*He bashed the . . . government unmercifully over the . . . spy affair*" (Lally Weymouth). —*intr. Informal* To engage in harsh, accusatory, threatening criticism. ❖ *n.* **1.** *Informal* A heavy, crushing blow. **2.** *Slang* A celebration; a party. [Origin unknown.] —**bash′er** *n.*

**Ba•shan** (bā′shən) An ancient region of Palestine northeast of the Sea of Galilee in present-day southern Syria.

**ba•shaw** (bə-shô′) *n.* A pasha. [Arabic *bāšā,* from Turkish *paşa.* See PASHA.]

**bash•ful** (băsh′fəl) *adj.* **1.** Shy, self-conscious, and awkward in the presence of others. See synonyms at **shy¹.** **2.** Characterized by, showing, or resulting from shyness, self-consciousness, or awkwardness. [From Middle English *basshe,* from *basshed,* past participle of *basshen,* to be discomfited, probably variant of *abaishen.* See ABASH.] —**bash′ful•ly** *adv.* —**bash′ful•ness** *n.*

**Ba•sho** (bä′shō, bä-shô′), **Matsuo** 1644–1694. Japanese poet known for his composition of haiku infused with the spirit of Zen Buddhism.

**basi–** *or* **baso–** *pref.* **1.** Base; lower part: *basipetal.* **2.** Chemical base; chemically basic: *basophil.* [From Latin *basis,* base. See BASIS.]

**ba•sic** (bā′sĭk) *adj.* **1.** Of, relating to, or forming a base; fundamental: "*Basic changes in public opinion often occur because of shifts in concerns and priorities*" (Atlantic). **2.** Of, being, or serving as a starting point or basis: *a basic course in Russian; a set of basic woodworking tools.* **3.** *Chemistry* **a.** Of or relating to a base. **b.** Containing a base, especially in excess of acid. **c.** Alkaline. **4.** *Geology* Containing little silica, as igneous rocks. ❖ *n.* **1.** An essential, fundamental element or entity: *the basics of math.* **2.** Basic training. —**ba•sic′i•ty** (-sĭs′ĭ-tē) *n.*

**BA•SIC** *or* **Ba•sic** (bā′sĭk) *n.* A simple programming language. [B(eginner's) A(ll-purpose) S(ymbolic) I(nstruction) C(ode).]

**ba•si•cal•ly** (bā′sĭ-kə-lē, -klē) *adv.* **1.** In a basic way; fundamentally or essentially: *Throughout the ordeal, he remained basically the same.* **2.** For the most part; chiefly: *They basically do what they are supposed to.*

**ba•si•chro•mat•ic** (bā′sĭ-krō-măt′ĭk) *adj.* Easily stained with basic dye.

**basic process** *n.* A method of steel production that uses a furnace lined with a basic refractory material.

**basic training** *n.* The initial period of training of a recruit in the armed forces.

**ba•sid•i•a** (bə-sĭd′ē-ə) *n.* Plural of **basidium.**

**ba•sid•i•o•carp** (bə-sĭd′ē-ə-kärp′) *n.* A basidium-bearing structure found in such basidiomycetous fungi as mushrooms and puffballs. [BASIDI(UM) + –CARP.]

**ba•sid•i•o•my•cete** (bə-sĭd′ē-ō-mī′sēt′, -mī-sēt′) *n.* Any of various members of a large group of fungi bearing sexually produced spores on a basidium. The group includes puffballs, shelf fungi, rusts, smuts, and mushrooms. [BASIDI(UM) + –MYCETE.] —**ba•sid′i•o•my•ce′tous** (-mī-sē′təs) *adj.*

**ba•sid•i•o•spore** (bə-sĭd′ē-ə-spôr′, -spōr′) *n.* A sexually produced fungal spore borne on a basidium. —**ba•sid′i•o•spo′rous** *adj.*

**ba•sid•i•um** (bə-sĭd′ē-əm) *n., pl.* **-i•a** (-ē-ə) A small, specialized club-shaped structure typically bearing four basidiospores at the tips of minute projections. The basidium is unique to basidiomycetes and distinguishes them from other kinds of fungi. [BAS(I)– + Latin *-idium,* diminutive suff. (from Greek *-idion.*)] —**ba•sid′i•al** *adj.*

**Ba•sie** (bā′sē), **William** Known as "Count Basie." 1904–1984. American musician. A pianist, band leader, and composer, he was a major force in jazz music and was especially famous for his Big Band sound.

**ba•si•fixed** (bā′sə-fĭkst′) *adj. Botany* Attached by the base, as certain anthers are to their filaments.

**ba•si•fy** (bā′sə-fī′) *tr.v.* **-fied, -fy•ing, -fies** *Chemistry* **1.** To convert into a base. **2.** To make alkaline. —**ba′si•fi•ca′tion** (-fĭ-kā′shən) *n.* —**ba′si•fi′er** *n.*

**bas•il** (băz′əl, băs′əl) *n.* **1a.** An Old World aromatic annual herb *(Ocimum basilicum)* in the mint family, cultivated for its leaves. Also called *sweet basil.* **b.** The leaves of this plant used as a seasoning. **2.** Any of various plants in the genus *Ocimum,* native to warm regions, having aromatic foliage and terminal clusters of small, usually white flowers. [Middle English, from Old French *basile,* from Medieval Latin *basilicum,* from Greek *basilikon,* from neuter of *basilikos,* royal. See BASILICA.]

**Bas•il** (băz′əl, băs′-, bā′zəl, -səl), Saint. Known as "the Great." A.D. 330?–379? Greek Christian leader who was bishop of Caesarea in Cappadocia after A.D. 370 and a vigorous opponent of Arianism.

**Ba•si•lan Islands** (bä-sē′län′) A group of islands in the southern Philippines separated from southwest Mindanao by the narrow **Basilan Strait.** Basilan Island is the largest island in the group.

**bas•i•lar** (băs′ə-lər) *also* **bas•i•lar•y** (-lĕr′ē) *adj.* Of, relating to, or located at or near the base, especially the base of the skull: *the basilar artery.* [New Latin *basilāris,* from Latin *basis,* base. See BASIS.]

**basilar membrane** *n.* A membranous portion of the cochlea in the mammalian inner ear that supports the organ of Corti.

**Bas•il•don** (băz′əl-dən, bā′zəl-) An urban district of southeast England east-northeast of London. It has varied light industries. Population: 161,699.

**bas•i•lect** (băs′ə-lĕkt′) *n.* The variety of speech that is most remote



basenji

Count Basie



basil
sweet basil
*Ocimum basilicum*

| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

149

**liquid crystal** *n.* Any of various liquids in which the atoms or molecules are regularly arrayed in either one dimension or two dimensions, the order giving rise to optical properties, such as anisotropic scattering, associated with the crystals.

**liq·uid-crys·tal display** (lĭk'wĭd-krĭs'təl) *n. Abbr.* **LCD** A low-power flat-panel display used in many laptop computers, calculators and digital watches, made up of a liquid crystal that is sandwiched between layers of glass or plastic and becomes opaque when electric current passes through it. The contrast between the opaque and transparent areas forms visible characters.

**li·quid·i·ty** (lĭ-kwĭd'ĭ-tē) *n.* **1.** The state of being liquid. **2.** The quality of being readily convertible into cash: *an investment with high liquidity.* **3.** Available cash or the capacity to obtain it on demand: *a bank that is increasing its liquidity by shortening the average term of its loans.*

**liq·ui·dize** (lĭk'wĭ-dīz') *tr.v.* **-dized, -diz·es, -diz·ing** To make liquid.

**liquid measure** *n.* **1.** The measurement of liquid capacity. **2.** A unit or system of units of liquid capacity.

**liq·ui·fy** (lĭk'wə-fī') *v.* Variant of **liquefy**.

**liq·uor** (lĭk'ər) *n.* **1.** An alcoholic beverage made by distillation rather than by fermentation. **2.** A rich broth resulting from the prolonged cooking of meat or vegetables, especially greens. Also called *pot liquor.* **3.** An aqueous solution of a nonvolatile substance. **4.** A solution, emulsion, or suspension for industrial use. ✧ *tr.v.* **-uored, -uor·ing, -uors 1.** To steep (malt, for example). **2.** *Slang* To make drunk with alcoholic liquor. Often used with *up: was all liquored up.* [Middle English *licour*, a liquid, from Old French, from Latin *liquor*, from *liquēre*, to be liquid.]

**li·quo·rice** (lĭk'ər-ĭs, -ĭsh) *n. Chiefly British* Variant of **licorice**.

**li·ra** (lîr'ə, lē'rä) *n., pl.* **li·re** (lîr'ā, lē'rĕ) or **li·ras** *Abbr.* **l.** See table at **currency**. [Italian, from Old Italian, from Old Provençal *liura*, from Latin *libra*, a unit of weight, pound.]

**lir·i·pipe** (lîr'ə-pīp') *n.* A long scarf or cord attached to and hanging from a hood. [Medieval Latin *liripipium*.]

**Lis·bon** (lĭz'bən) The capital and largest city of Portugal, in the western part of the country on the Tagus River estuary. An ancient Iberian settlement, it was held by the Phoenicians and Carthaginians, taken by the Romans in 205 B.C., and conquered by the Moors c. A.D. 714. Reconquered by the Portuguese in 1147, it flourished in the 16th century during the heyday of colonial expansion in Africa and India. The city was devastated by a major earthquake in 1755. Population: 663,315.

**li·sen·te** (lē-sĕn'tā) *n.* Plural of **sente**.

**lisle** (līl) *n.* **1.** A fine, smooth, tightly twisted thread spun from long-stapled cotton. **2.** Fabric knitted of this thread, used especially for hosiery and underwear. [After *Lisle* (Lille), France.]

**lisp** (lĭsp) *n.* **1.** A speech defect or mannerism characterized by mispronunciation of the sounds (s) and (z) as (th) and (*th*). **2.** A sound of or like a lisp: "*The carpenter['s] . . . plane whistles its wild ascending lisp*" (Walt Whitman). ✧ *v.* **lisped, lisp·ing, lisps** —*intr.* **1.** To speak with a lisp. **2.** To speak imperfectly, as a child does. —*tr.* To pronounce with a lisp. [From Middle English *lispen*, to lisp, from Old English *-wlyspian* (in *āwlyspian*, to lisp), from *wlisp*, lisping.] —**lisp'er** *n.*

**LISP** (lĭsp) *n.* A programming language designed to process data consisting of lists. It is widely used in artificial intelligence research. [*lis(t) p(rocessing)*.]

**lis·some** also **lis·som** (lĭs'əm) *adj.* **1.** Easily bent; supple. **2.** Having the ability to move with ease; limber. [Alteration of LITHESOME.] —**lis'some·ly** *adv.* —**lis'some·ness** *n.*

**list**[1] (lĭst) *n.* **1.** A series of names, words, or other items written, printed, or imagined one after the other: *a shopping list; a guest list; a list of things to do.* **2.** A considerable number; a long series: *recited a list of dates memorized.* ✧ *v.* **list·ed, list·ing, lists** —*tr.* **1.** To make a list of; itemize: *listed his previous jobs.* **2.** To enter in a list; register: *listed each item received.* **3.** To put (oneself) in a specific category: *lists herself as an artist.* **4.** *Archaic* To recruit. —*intr.* **1.** To have a stated list price: *a radio that lists for ten dollars over the sale price.* **2.** *Archaic* To enlist in the armed forces. [French *liste*, from Old French, from Old Italian *lista*, of Germanic origin.] —**list'er** *n.*

**list**[2] (lĭst) *n.* **1a.** A narrow strip, especially of wood. **b.** *Architecture* See **listel**. **c.** A border or selvage of cloth. **2.** A stripe or band of color. **3a.** An arena for jousting tournaments or other contests. Often used in the plural. **b.** A place of combat. **c.** An area of controversy. **4.** A ridge thrown up between two furrows by a lister in plowing. **5.** *Obsolete* A boundary; a border. ✧ *tr.v.* **list·ed, list·ing, lists 1.** To cover, line, or edge with list. **2.** To cut a thin strip from the edge of. **3.** To furrow or plant (land) with a lister. [Middle English, from Old English *liste*.]

**list**[3] (lĭst) *n.* An inclination to one side, as of a ship; a tilt. ✧ *intr. & tr.v.* **list·ed, list·ing, lists** To lean or cause to lean to the side: *The damaged ship listed badly to starboard. Erosion first listed, then toppled the spruce tree.* [Origin unknown.]

**list**[4] (lĭst) *intr. & tr.v.* **list·ed, list·ing, lists** *Archaic* To listen or listen to. [Middle English *listen*, from Old English *hlystan*. See **kleu-** in Appendix I.]

**list**[5] (lĭst) *Archaic* *v.* **list·ed, list·ing, lists** —*tr.* To be pleasing to; suit. —*intr.* To be disposed; choose. ✧ *n.* A desire or an inclination. [Middle English *listen*, to desire, please, from Old English *lystan*. See **las-** in Appendix I.]

**lis·tel** (lĭs'təl) *n. Architecture* A narrow border, molding, or fillet. Also called *list.* [French, from Italian *listello*, diminutive of *lista*, border, of Germanic origin.]

**lis·ten** (lĭs'ən) *intr.v.* **-tened, -ten·ing, -tens 1.** To make an effort to hear something: *listen to the radio; listening for the bell.* **2.** To pay attention; heed: "*She encouraged us to listen carefully to what country people called mother wit*" (Maya Angelou). ✧ *n.* An act of listening: *Would you like to give the CD a listen before buying it?* —**phrasal verb: listen in 1.** To listen to a conversation between others; eavesdrop. **2.** To tune in and listen to a broadcast. [Middle English *listenen*, alteration (influenced by *listen*, to list, listen; see LIST[4]) of Old English *hlysnan*; see **kleu-** in Appendix I.] —**lis'ten·er** *n.*

**lis·ten·a·ble** (lĭs'ə-nə-bəl) *adj.* Being such that listening is pleasurable: *an undistinguished but listenable song.* —**lis'ten·a·bil'i·ty** *n.*

**lis·ten·er·ship** (lĭs'ə-nər-shĭp', lĭs'nər-) *n.* The people who listen to a radio program or station.

**list·er** (lĭs'tər) *n.* A plow equipped with a double moldboard that turns up the soil on each side of the furrow, often having an attached drill for seed planting. [From LIST[2].]

**Lis·ter** (lĭs'tər), **Joseph.** First Baron Lister. 1827–1912. British surgeon. He demonstrated in 1865 that carbolic acid was an effective antiseptic agent, decreasing postoperative fatalities from infection.

**lis·te·ri·a** (lĭ-stîr'ē-ə) *n.* Any of various rod-shaped, gram-positive bacteria of the genus *Listeria*, which includes the causative agent of listeriosis. [New Latin *Listeria*, genus name, after Joseph LISTER.]

**lis·te·ri·o·sis** (lĭ-stîr'ē-ō'sĭs) *n.* A bacterial disease caused by *Listeria monocytogenes*, affecting wild and domestic animals and sometimes humans and characterized by fever, meningitis, and encephalitis.

**list·ing** (lĭs'tĭng) *n.* **1.** An entry in a list or directory: *the first listing in the telephone book.* **2.** A list: *a listing of physicians.* **3.** *Computer Science* A printout of a program or data set.

**list·less** (lĭst'lĭs) *adj.* Lacking energy or disinclined to exert effort; lethargic: *reacted to the latest crisis with listless resignation.* [Middle English *listles* : probably from *liste*, desire (from *listen*, to desire; see LIST[5]) + *-les, -lesse, -less.*] —**list'less·ly** *adv.* —**list'less·ness** *n.*

**list price** *n.* A basic published or advertised price, often subject to discount.

**list·serv·er** (lĭst'sûr'vər) *n.* A file server that is used in the management of e-mail for members of a discussion group.

**Liszt** (lĭst), **Franz** 1811–1886. Hungarian composer and piano virtuoso. His best-known compositions include the *Dante Symphony* (1856) and the *Faust Symphony* (1853–1861).

**lit**[1] (lĭt) *v.* A past tense and a past participle of **light**[1]. See Usage Note at **light**[1]. ✧ *adj. Informal.* Drunk or drugged. Often used with *up.*

**lit**[2] (lĭt) *v.* A past tense and a past participle of **light**[2].

**lit**[3] (lĭt) *n. Informal Literature: enjoyed my course in French lit.*

**lit.** *abbr.* **1.** liter **2a.** literal **b.** literally **3.** literary **4.** literature

**lit·a·ny** (lĭt'n-ē) *n., pl.* **-nies 1.** A liturgical prayer consisting of a series of petitions recited by a leader alternating with fixed responses by the congregation. **2.** A repetitive or incantatory recital: "*the litany of layoffs in recent months by corporate giants*" (Sylvia Nasar). [Middle English *letanie*, from Old French, from Medieval Latin *letania*, from Late Latin *litania*, from Late Greek *litaneia*, from Greek, entreaty, from *litaneuein*, to entreat, from *litanos*, entreating, from *litē*, supplication.]

**li·tas** (lĭt'äs) *n.* See table at **currency**. [Lithuanian *litas*.]

**LitB** *abbr.* Latin Litterarum Baccalaureus (Bachelor of Letters; Bachelor of Literature)

**li·tchi** also **li·chee** or **ly·chee** (lē'chē) *n., pl.* **-tchis** also **-chees 1.** A Chinese tree (*Litchi chinensis*) that bears bright red fruits, each of which has a large single seed with a white, fleshy, edible aril. **2.** The nutlike fruit of this tree. Also called *litchi nut.* [Chinese (Mandarin) *lì zhī* : *lì*, litchi + *zhī*, twig.]

**lit crit** (krĭt) *n. Informal* Literary criticism.

**LitD** *abbr.* Latin Litterarum Doctor (Doctor of Letters; Doctor of Literature)

**lite** (līt) *adj. Slang* Having less substance or weight or fewer calories than something else: "*lite music, shimmering on the surface and squishy soft at the core*" (Mother Jones). [Alteration of LIGHT[2].]

**-lite** *suff.* Stone; mineral; fossil: *coprolite.* [French, alteration of *-lithe*, from Greek *lithos*, stone.]

**li·ter** (lē'tər) *n. Abbr.* **l** or **lit.** A metric unit of volume equal to approximately 1.056 liquid quarts, 0.908 dry quart, or 0.264 gallon. See table at **measurement**. [French *litre*, from obsolete *litron*, measure of capacity, from Medieval Latin *litra*, from Greek, unit of weight.]

**lit·er·a·cy** (lĭt'ər-ə-sē) *n.* **1.** The condition or quality of being literate, especially the ability to read and write. See Usage Note at **literate**. **2.** The condition or quality of being knowledgeable in a particular subject or field: *cultural literacy; biblical literacy.*

**lit·er·al** (lĭt'ər-əl) *adj.* **1.** Being in accordance with, conforming to, or upholding the exact or primary meaning of a word or words. **2.** Word for word; verbatim: *a literal translation.* **3.** Avoiding exaggeration, metaphor, or embellishment; factual; prosaic: *a literal description; a literal mind.* **4.** Consisting of, using, or expressed by letters: *literal notation.* **5.** Conforming or limited to the simplest, nonfigurative, or most obvious meaning of a word or words. ✧ *n. Computer Science* A letter or symbol that stands for itself as opposed to a feature, function, or entity associated with it in a programming language: *$ can be a symbol that refers to the end of a line, but as a literal, it is a dollar sign.* [Middle English, from Old French, from Late Latin *litterālis*, of letters, from Latin *littera, lītera*, letter. See LETTER.] —**lit'er·al·ness** *n.*

**lit·er·al·ism** (lĭt'ər-ə-lĭz'əm) *n.* **1.** Adherence to the explicit sense of a given text or doctrine. **2.** Literal portrayal; realism. —**lit'er·al·ist** *n.* —**lit'er·al·is'tic** *adj.*

**lit·er·al·ize** (lĭt'ər-ə-līz') *tr.v.* **-ized, -iz·ing, -iz·es** To make literal.

**lit·er·al·ly** (lĭt'ər-ə-lē) *adv.* **1.** In a literal manner; word for word: *translated the Greek passage literally.* **2.** In a literal or strict sense: *Don't*





**liquid-crystal display**
*top:* When turned off, polarized light reflects off a mirror, passes through the liquid crystal layer, and leaves the display looking white.
*bottom:* When turned on, polarized light is blocked by the rear polarizer. Without the reflection of light, affected areas of the liquid crystal layer look black.



**Franz Liszt**
detail from an 1838 portrait by Henri Lehmann (1814–1882)



**litchi**
*Litchi chinensis*

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ' (primary);
' (secondary), as in
dictionary (dĭk'shə-nĕr'ē)

with ministerial or priestly authority; confer holy orders on. **b.** To authorize as a rabbi. **2.** To order by virtue of superior authority; decree or enact. **3.** To prearrange unalterably; predestine. See synonyms at **dictate**. [Middle English *ordeinen*, from Old French *ordener*, *ordein*-, from Latin *ōrdināre*, to organize, appoint to office, from *ōrdō*, *ōrdin*-, order. See **ar-** in Appendix I.] —**or•dain′er** *n.* —**or•dain′ment** *n.*

**or•deal** (ôr-dēl′) *n.* **1.** A difficult or painful experience, especially one that severely tests character or endurance. See synonyms at **trial**. **2.** A method of trial in which the accused was subjected to physically painful or dangerous tests, the result being regarded as a divine judgment of guilt or innocence. [Alteration (influenced by DEAL[1]) of Middle English *ordal*, trial by ordeal, from Old English *ordāl*. See **dail-** in Appendix I.]

**ordeal bean** *n.* See **Calabar bean**. [So called from its alleged use as a test for witchcraft.]

**or•der** (ôr′dər) *n.* **1.** A condition of logical or comprehensible arrangement among the separate elements of a group. **2a.** A condition of methodical or prescribed arrangement among component parts such that proper functioning or appearance is achieved: *checked to see that the shipping department was in order.* **b.** Condition or state in general: *The escalator is in good working order.* **3a.** The established system of social organization: *"Every revolution exaggerates the evils of the old order"* (C. Wright Mills). **b.** A condition in which freedom from disorder or disruption is maintained through respect for established authority: *finally restored order in the rebellious provinces.* **4.** A sequence or arrangement of successive things: *changed the order of the files.* **5.** The prescribed form or customary procedure: *the order of worship.* **6.** An authoritative indication to be obeyed; a command or direction. **7a.** A command given by a superior military officer requiring obedience, as in the execution of a task. **b. orders** Formal written instructions to report for military duty at a specified time and place. **8a.** A commission or instruction to buy, sell, or supply something. **b.** That which is supplied, bought, or sold. **9a.** A request made by a customer at a restaurant for a portion of food. **b.** The food requested. **10.** *Law* A direction or command delivered by a court or other adjudicative body and entered into the record but not necessarily included in the final judgment or verdict. **11.** *Ecclesiastical* **a.** Any of several grades of the Christian ministry: *the order of priesthood.* **b.** The rank of an ordained Christian minister or priest. Often used in the plural. **c.** The sacrament or rite of ordination. Often used in the plural. **12.** Any of the nine grades or choirs of angels. **13.** A group of persons living under a religious rule: *Order of Saint Benedict.* **14.** An organization of people united by a common fraternal bond or social aim. **15a.** A group of people upon whom a government or sovereign has formally conferred honor for unusual service or merit, entitling them to wear a special insignia: *the Order of the Garter.* **b.** The insignia worn by such people. **16.** A social class. Often used in the plural: *the lower orders.* **17.** A class defined by the common attributes of its members; a kind. **18.** Degree of quality or importance; rank: *poetry of a high order.* **19.** *Architecture* **a.** Any of several styles of classical architecture characterized by the type of column and entablature employed. Of the five generally accepted classical orders, the Doric, Ionic, and Corinthian orders are Greek and the Tuscan and Composite orders are Roman. **b.** A style of building: *a cathedral of the Gothic order.* **20.** *Biology* A taxonomic category of organisms ranking above a family and below a class. See table at **taxonomy**. **21.** *Mathematics* **a.** The sum of the exponents to which the variables in a term are raised; degree. **b.** An indicated number of successive differentiations to be performed. **c.** The number of elements in a finite group. **d.** The number of rows or columns in a determinant or matrix. ❖ *v.* **-dered, -der•ing, -ders** —*tr.* **1.** To issue a command or instruction to. **2.** To give a command or instruction for: *The judge ordered a recount of the ballots.* **3.** To direct to proceed as specified: *ordered them off the property.* **4.** To give an order for; request to be supplied with. **5.** To put into a methodical, systematic arrangement. See synonyms at **arrange**. **6.** To predestine; ordain. —*intr.* To give an order or orders; request that something be done or supplied. —*idioms:* **in order that** So that. **in order to** For the purpose of. **in short order** With no delay; quickly. **on order** Requested but not yet delivered. **on the order of 1.** Of a kind or fashion similar to; like: *a house on the order of a mountain lodge.* **2.** Approximately; about: *equipment costing on the order of a million dollars.* **to order** According to the buyer's specifications. [Middle English *ordre*, from Old French, variant of *ordene*, from Latin *ōrdō*, *ōrdin*-. See **ar-** in Appendix I.] —**or′der•er** *n.*

**order arms** *n.* **1.** A position in the military manual of arms in which the rifle is held vertically next to the right leg with its butt resting on the ground. **2.** A command to assume order arms.

**or•der•ly** (ôr′dər-lē) *adj.* **1a.** Free from disorder; neat: *an orderly room.* **b.** Having a systematic arrangement: *an orderly universe.* **2.** Marked by or adhering to method or system: *orderly in the upkeep of his rooms.* **3.** Devoid of violence or disruption; peaceful: *an orderly transition of governments.* ❖ *n., pl.* **-lies 1.** An attendant who does routine, nonmedical work in a hospital. **2.** A soldier assigned to attend and perform various tasks for a superior officer. ❖ *adv.* Systematically; regularly. —**or′der•li•ness** *n.*

---

**Synonyms** *orderly, methodical, systematic* These adjectives mean proceeding in or observant of a prescribed pattern or arrangement. *Orderly* especially implies correct or customary procedure or proper or harmonious arrangement: *an orderly evacuation of the burning building; orderly and symmetrical rows.* *Methodical* stresses adherence to a logically and carefully planned succession of steps: *methodical instructions for assembly.* *Systematic* emphasizes observance of a coordinated and orderly set of procedures constituting a complex but unitary whole: *systematic research into antigens to combat immune disorders.*

**order of battle** *n., pl.* **orders of battle 1.** The identification, command structure, strength, and disposition of personnel, equipment, and units of an armed force. **2.** In classical and preindustrial warfare, the scheme and sequence in which units arrived and deployed on the battlefield.

**order of business** *n., pl.* **orders of business** A matter, such as a task, that must be addressed.

**order of magnitude** *n., pl.* **orders of magnitude 1.** An estimate of size or magnitude expressed as a power of ten: *Earth's mass is of the order of magnitude of $10^{21}$ tons; that of the sun is $10^{27}$ tons.* **2.** A range of values between a designated lower value and an upper value ten times as large: *The masses of Earth and the sun differ by five orders of magnitude.*

**order of the day** *n., pl.* **orders of the day 1.** The business to be considered or done by a legislature or other body on a particular day. Often used in the plural. **2.** The characteristic or most significant aspect or activity: *Volatility is the order of the day in the stock market.*

**or•di•nal** (ôr′dn-əl) *adj.* **1.** Being of a specified position in a numbered series: *an ordinal rank of seventh.* **2.** Of or relating to a taxonomic order. ❖ *n.* **1.** An ordinal number. **2.** *Ecclesiastical* **a.** A book of instructions for daily services. **b.** A book of forms for ordination. [Middle English *ordinel*, orderly, regular, from Late Latin *ōrdinālis*, ordinal, from Latin *ōrdō*, *ōrdin*-, order; see **ar-** in Appendix I. N., sense 2, from Middle English, from Medieval Latin *ōrdināle*, from Late Latin, neuter sing. of *ōrdinālis*, ordinal.]

**ordinal number** *n.* A number indicating position in a series or order. The ordinal numbers are first (1st), second (2nd), third (3rd), and so on.

**or•di•nance** (ôr′dn-əns) *n.* **1.** An authoritative command or order. **2.** A custom or practice established by long usage. **3.** A Christian rite, especially the Eucharist. **4.** A statute or regulation, especially one enacted by a city government. [Middle English *ordinaunce*, from Old French *ordenance*, from Medieval Latin *ōrdinantia*, from Latin *ōrdināns*, *ōrdinant*-, present participle of *ōrdināre*, to ordain, from *ōrdō*, *ōrdin*-, order. See **ar-** in Appendix I.]

**or•di•nand** (ôr′dn-ănd) *n. Ecclesiastical* A person who is a candidate for ordination. [From Latin *ōrdinandus*, gerundive of *ōrdināre*, to set in place, appoint. See ORDINATE.]

**or•di•nar•i•ly** (ôr′dn-âr′ə-lē, ôr′dn-ĕr′-) *adv.* **1.** As a general rule; usually: *ordinarily home by six.* **2.** In the commonplace or usual manner: *ordinarily dressed pedestrians on the street.* **3.** To the usual extent or degree: *an ordinarily small profit.*

**or•di•nar•y** (ôr′dn-ĕr′ē) *adj.* **1.** Commonly encountered; usual. See synonyms at **common**. **2a.** Of no exceptional ability, degree, or quality; average: *just an ordinary evening out.* **b.** Of inferior quality; second-rate: *a merely ordinary film.* **3.** Having immediate rather than delegated jurisdiction, as a judge. **4.** *Mathematics* Designating a differential equation containing no more than one independent variable. ❖ *n., pl.* **-ies 1.** The usual or normal condition or course of events: *Nothing out of the ordinary occurred.* **2.** *Law* **a.** A judge or other official with immediate rather than delegated jurisdiction. **b.** The judge of a probate court in some states of the United States. **3.** often **Ordinary** *Ecclesiastical* **a.** The part of the Mass that remains unchanged from day to day. **b.** A division of the Roman Breviary containing the unchangeable parts of the office other than the Psalms. **c.** A cleric, such as the residential bishop of a diocese, with ordinary jurisdiction over a specified territory. **4.** *Heraldry* One of the simplest and commonest charges, such as the bend and the cross. **5.** *Chiefly British* **a.** A complete meal provided at a fixed price. **b.** A tavern or an inn providing such a meal. [Middle English *ordinarie*, from Old French, from Latin *ōrdinārius*, from *ōrdō*, *ōrdin*-, order. See **ar-** in Appendix I.] —**or′di•nar′i•ness** *n.*

**ordinary seaman** *n. Abbr.* **OS** A seaman of the lowest grade in the merchant marine.

**or•di•nate** (ôr′dn-ĭt, -āt′) *adj.* Arranged in regular rows, as the spots on the wings of an insect. ❖ *n. Symbol* **y** The plane Cartesian coordinate representing the distance from a specified point to the *x*-axis, measured parallel to the *y*-axis. [Middle English, properly ordered, from Latin *ōrdinātus*, past participle of *ōrdināre*, to set in order, from *ōrdō*, *ōrdin*-, order. See **ar-** in Appendix I.]

**or•di•na•tion** (ôr′dn-ā′shən) *n.* **1.** The act of ordaining or the state of being ordained. **2.** *Ecclesiastical* The ceremony of consecration to the ministry. **3.** An arrangement or ordering.

**or•di•nes** (ôr′də-nēz′) *n.* A plural of **ordo**.

**ordn.** *abbr.* ordnance

**ord•nance** (ôrd′nəns) *n.* **1.** Military materiel, such as weapons, ammunition, combat vehicles, and equipment. **2.** The branch of an armed force that procures, maintains, and issues weapons, ammunition, and combat vehicles. **3.** Cannon; artillery. [Middle English *ordnaunce*, variant of *ordinaunce*, order, military provision. See ORDINANCE.]

**or•do** (ôr′dō) *n., pl.* **-di•nes** (-də-nēz′) or **-dos** *Roman Catholic Church* An annual calendar containing instructions for the Mass and office to be celebrated on each day of the year. [Medieval Latin *ōrdō*, from Latin, order. See **ar-** in Appendix I.]

**or•don•nance** (ôr′dn-əns, ôr′dô-näns′) *n.* The orderly arrangement of elements in a literary or artistic composition or an architectural plan. [French, variant of Old French *ordenance*, an arranging. See ORDINANCE.]

**Or•dos** (ôr′dōs) A sandy desert plateau region of Nei Monggol (Inner Mongolia) in northern China bounded on the south and east by the Great Wall.

**Or•do•vi•cian** (ôr′də-vĭsh′ən) *adj.* Of or belonging to the geologic time, system of rocks, or sedimentary deposits of the second period of the Paleozoic Era, characterized by the appearance of primitive fishes. See



**quetzal**
male resplendent quetzal
*Pharomachrus mocino*

**Manuel Quezon y Molina**

**quet·zal** (kĕt-säl′) *n., pl.* **-zals** or **-za·les** (-sä′lās) **1.** A Central American bird (*Pharomachrus mocino*) that has brilliant bronze-green and red plumage and, in the male, long flowing tail feathers. See table at **currency**. [American Spanish, from Nahuatl *quetzalli*, large brilliant tail feather.]

**Quet·zal·co·a·tl** (kĕt-säl′kō-ät′l) *n. Mythology* A god of the Toltecs and Aztecs, one of the manifestations of the sun god Tezcatlipoca and represented as a plumed serpent.

**queue** (kyōō) *n.* **1.** A line of waiting people or vehicles. **2.** A long braid of hair worn hanging down the back of the neck; a pigtail. **3.** *Computer Science* **a.** A sequence of stored data or programs awaiting processing. **b.** A data structure from which the first item that can be retrieved is the one stored earliest. ❖ *intr.v.* **queued, queu·ing, queues** To get in line: *queue up at the box office.* [French, from Old French *cue*, tail, from Latin *cauda, cōda*.]

**Word History** When the British stand in queues (as they have been doing at least since 1837, when this meaning of the word is first recorded in English), they may not realize they form a tail. The French word *queue* from which the English word is borrowed is a descendant of Latin *cōda*, meaning "tail." French *queue* appeared in 1748 in English, referring to a plait of hair hanging down the back of the neck. By 1802 wearing a queue was a regulation in the British army, but by the mid-19th century queues had disappeared along with cocked hats. Latin *cōda* is also the source of Italian *coda*, which was adopted into English as a musical term (like so many other English musical terms that come from Italian). A coda is thus literally the "tail end" of a movement or composition.

**Que·zon City** (kā′sôn′, -sōn′) A city of central Luzon, Philippines, adjoining Manila. Chiefly residential with a textile industry, it was the official capital of the Philippines from 1948 to 1976. Population: 1,676,644.

**Quezon y Mo·li·na** (ē mə-lē′nə, mō-lē′nä), Manuel Luis 1878–1944. Philippine politician. The first president of the Philippine Commonwealth (1935–1944), he was forced to flee his country after the Japanese conquest of the Philippine Islands (1941) but continued to lead the government in exile.

**quib·ble** (kwĭb′əl) *intr.v.* **-bled, -bling, -bles 1.** To evade the truth or importance of an issue by raising trivial distinctions and objections. **2.** To find fault or criticize for petty reasons; cavil. ❖ *n.* **1.** A petty distinction or an irrelevant objection. **2.** *Archaic* A pun. [Probably diminutive of obsolete *quib*, equivocation, perhaps from Latin *quibus*, dative and ablative pl. of *quī*, who, what (from its frequent use in legal documents). See **k**ʷ**o-** in Appendix I.] —**quib′bler** *n.*

**Synonyms** quibble, carp, cavil, niggle, nitpick, pettifog These verbs mean to raise petty or frivolous objections or complaints: *quibbling about minor details; a critic who constantly carped; caviling about the price of coffee; an editor who niggled about commas; tried to stop nitpicking all the time; pettifogging about trivialities.*

**quiche** (kēsh) *n.* A rich unsweetened custard pie, often containing ingredients such as vegetables, cheese, or seafood. [French, from German dialectal *Küche*, diminutive of German *Kuchen*, cake. See KUCHEN.]

**Qui·ché** (kē-chā′) *n., pl.* **Quiché** or **-chés 1.** A member of a Mayan people of Guatemala. **2.** The Mayan language of the Quiché.

**quiche Lor·raine** (lə-rān′, lô-) *n.* A quiche made with cheese and pieces of bacon. [French, after LORRAINE.]

**Quich·ua** (kĕch′wə, -wä′) *n.* Variant of **Quechua**.

**quick** (kwĭk) *adj.* **quick·er, quick·est 1.** Moving or functioning rapidly and energetically; speedy. **2.** Learning, thinking, or understanding with speed and dexterity; bright: *a quick mind.* **3a.** Perceiving or responding with speed and sensitivity; keen. **b.** Reacting immediately and sharply: *a quick temper.* **4a.** Occurring, achieved, or acquired in a relatively brief period of time: *a quick rise through the ranks; a quick profit.* **b.** Done or occurring immediately: *a quick inspection.* See synonyms at **fast**[1]. **5.** Tending to react hastily: *quick to find fault.* **6.** *Archaic* **a.** Alive. **b.** Pregnant. ❖ *n.* **1.** Sensitive or raw exposed flesh, as under the fingernails. **2.** The most personal and sensitive aspect of the emotions; the living: *the quick and the dead.* **4.** The vital core; the essence: *got to the quick of the matter.* ❖ *adv.* **quicker, quickest** Quickly; promptly. [Middle English, alive, lively, quick, from Old English *cwicu*, alive. See **g**ʷ**ei-** in Appendix I.] —**quick′ly** *adv.* —**quick′ness** *n.*

**Usage Note** In speech *quick* is commonly used as an adverb in phrases such as *Come quick.* In formal writing, however, *quickly* is required.

**quick-and-dirt·y** (kwĭk′ən-dûr′tē) *adj.* Cheaply made or done; of inferior quality: *a quick-and-dirty construction project; a quick-and-dirty research report.*

**quick assets** *pl.n.* Liquid assets, including cash on hand and assets readily convertible to cash.

**quick bread** *n.* A bread made with a leavening agent, such as baking powder, that expands during baking and requires no leavening period beforehand.

**quick·en** (kwĭk′ən) *v.* **-ened, -en·ing, -ens** —*tr.* **1.** To make more rapid; accelerate. **2.** To make alive; vitalize. **3.** To excite and stimulate; stir: *Such stories quicken the imagination.* **4.** To make steeper. —*intr.* **1.** To become more rapid. See synonyms at **speed**. **2.** To come or return to life: *"And the weak spirit quickens"* (T.S. Eliot). **3.** To reach the stage of pregnancy when the fetus can be felt to move. —**quick′en·er** *n.*

**quick fix** *n. Slang* A hastily contrived remedy that alleviates a problem only for the time being: *"Conversion of sexist English into nonsexist English* is not a quick fix—*it is anything but mechanical"* (Douglas R. Hofstadter).

**quick-freeze** (kwĭk′frēz′) *tr.v.* **-froze** (-frōz′), **-fro·zen** (-frō′zən), **-freez·ing, -freez·es** To freeze (food) by a process sufficiently rapid to retain natural flavor, nutritional value, or other properties.

**quick·ie** (kwĭk′ē) *n. Informal* Something made or done rapidly. —**quick′ie** *adj.*

**quick kick** *n. Football* A punt made, as on third down, from a running or passing formation in order to surprise the opposing team.

**quick·lime** (kwĭk′līm′) *n.* See **lime**[3] (sense 1b). [Middle English *qwyke lyme*, living lime (translation of Latin *calx vīva*) : *quick, qwyke*, living; see QUICK + *lime, lyme*, lime; see LIME[3].]

**quick·sand** (kwĭk′sănd′) *n.* **1.** A bed of loose sand mixed with water forming a soft shifting mass that yields easily to pressure and tends to engulf any object resting on its surface. **2.** A place or situation into which entry can be swift and sudden but from which extrication can be difficult or impossible. Often used in the plural: *"This theory of the future entrapped [them] in the quicksands of Vietnam"* (Arthur M. Schlesinger, Jr.). [Middle English *quyksond*, living sand : *quick, quyk*, living; see QUICK + *sand, sond*, sand; see SAND.]

**quick·set** (kwĭk′sĕt′) *n. Chiefly British* **1.** Cuttings or slips of a plant suitable for hedges. **2.** A hedge consisting of these plant cuttings or slips. [QUICK, alive + SET[1].]

**quick·sil·ver** (kwĭk′sĭl′vər) *n.* See **mercury** (sense 1). ❖ *adj.* Unpredictable; mercurial: *"a quicksilver character, cool and willful at one moment, utterly fragile the next"* (Sven Birkerts). [Middle English, from Old English *cwicseolfor*, living silver (translation of Latin *argentum vīvum*) : *cwic, cwicu*, alive; see **g**ʷ**ei-** in Appendix I + *seolfor*, silver; see SILVER.]

**quick·step** (kwĭk′stĕp′) *n.* A march for accompanying quick time.

**quick study** *n.* One who is able to memorize something easily and quickly or is able to understand and deal with something easily and successfully.

**quick-tem·pered** (kwĭk′tĕm′pərd) *adj.* Easily aroused to anger.

**quick time** *n.* A military marching pace of 120 steps per minute.

**quick-wit·ted** (kwĭk′wĭt′ĭd) *adj.* Mentally alert and sharp; keen. See synonyms at **intelligent**. —**quick′-wit′ted·ly** *adv.* —**quick′-wit′ted·ness** *n.*

**quid**[1] (kwĭd) *n.* A cut, as of chewing tobacco. [Middle English *quide, cud*, from Old English *cwidu*.]

**quid**[2] (kwĭd) *n., pl.* **quid** or **quids** *Chiefly British* A pound sterling. [Possibly from Latin, something, what. See QUIDDITY.]

**Quid·de** (kvĭd′ə), **Ludwig** 1858–1941. German politician and pacifist. He shared the 1927 Nobel Peace Prize.

**quid·di·ty** (kwĭd′ĭ-tē) *n., pl.* **-ties 1.** The real nature of a thing; the essence. **2.** A hairsplitting distinction; a quibble. [Medieval Latin *quidditās*, from Latin *quid*, what. See **k**ʷ**o-** in Appendix I.]

**quid·nunc** (kwĭd′nŭngk′) *n.* A nosy person; a busybody. [Latin *quid nunc*?, what now? : *quid*, what; see **k**ʷ**o-** in Appendix I + *nunc*, now; see nu- in Appendix I.]

**quid pro quo** (kwĭd′ prō kwō′) *n., pl.* **quid pro quos** or **quids pro quo** An equal exchange or substitution. [Latin *quid prō quō* : *quid*, something + *prō*, for + *quō*, ablative of *quid*, something.]

**qui·es·cent** (kwē-ĕs′ənt, kwī-) *adj.* Being quiet, still, or at rest; inactive. See synonyms at **latent**. [Latin *quiēscēns, quiēscent-*, present participle of *quiēscere*, to rest, from *quiēs*, quiet. See QUIET.] —**qui·es′-cence** *n.* —**qui·es′cent·ly** *adv.*

**qui·et** (kwī′ĭt) *adj.* **-et·er, -et·est 1.** Making little or no noise: *quiet neighbors; a quiet engine.* **2.** Free of loud noise; hushed: *a quiet street.* **3.** Calm and unmoving; still: *a quiet lake.* **4.** Free of turmoil and agitation; untroubled. See synonyms at **still**[1]. **5.** Restful; soothing: *took a quiet afternoon nap; played a quiet tune on the flute.* **6.** Tranquil; serene: *a quiet place in the country.* **7.** Not showy or garish; subdued: *a room decorated in quiet colors.* **8.** Restrained in style; understated: *a quiet strength; a quiet life.* ❖ *n.* The quality or condition of being quiet: *"A menacing quiet fills the empty streets"* (Time). ❖ *v.* **-et·ed, -et·ing, -ets** —*tr.* **1.** To cause to become quiet. **2.** *Law* To make (a title) secure by freeing from all questions or challenges. —*intr.* To become quiet: *The child wouldn't quiet down for me.* [Middle English, from Old French, from Latin *quiētus*, past participle of *quiēscere*, to rest. See **k**ʷ**eiə-** in Appendix I.] —**qui′et·ly** *adv.* —**qui′et·ness** *n.*

**qui·et·en** (kwī′ĭ-tn) *tr. & intr.v.* **-ened, -en·ing, -ens** *Chiefly British* To make or become quiet.

**qui·et·ism** (kwī′ĭ-tĭz′əm) *n.* **1.** A form of Christian mysticism enjoining passive contemplation and the beatific annihilation of the will. **2.** A state of quietness and passivity. —**qui′et·ist** *n.* —**qui′et·is′tic** *adj.*

**qui·e·tude** (kwī′ĭ-tōōd′, -tyōōd′) *n.* Tranquillity. [Late Latin *quiētūdō*, from Latin *quiētus*, resting, from past participle of *quiēscere*, to rest. See QUIET.]

**qui·e·tus** (kwī-ē′təs) *n.* **1.** Something that serves to suppress, check, or eliminate. **2.** Release from life; death. **3.** A final discharge, as of a duty or debt. [Short for Middle English *quietus (est)*, (he is) discharged (of an obligation), from Medieval Latin *quiētus (est)*, from Latin, (he is) at rest. See QUIET.]

**quiff**[1] (kwĭf) *n. Chiefly British* A tuft of hair, especially a forelock. [Origin unknown.]

**quiff**[2] (kwĭf) *n.* A woman regarded as promiscuous. [Origin unknown.]

**quill** (kwĭl) *n.* **1.** The hollow stemlike main shaft of a feather. Also called *calamus*. **2.** Any of the larger wing or tail feathers of a bird. **3.** A writing pen made from the shaft of a feather. **4.** *Music* **a.** A plectrum for a stringed instrument of the clavichord type. **b.** A pipe having a