# EXHIBIT 10

Dockets.Justia.com

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2003 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
p. cm.
Includes index.
ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36 2003
423—dc21 2003003674
CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

2TT:QWV03

change, alter. of OF *barater* — more at BARRATRY] *vi* (15c) : to trade by exchanging one commodity for another ~ *vt* : to trade or exchange by or as if by bartering — **bar·ter·er** \ˈbär-tər-ər\ *n*

²**barter** *n* (15c) **1** : the act or practice of carrying on trade by bartering **2** : the thing given in exchange in bartering

**Bar·tho·lin's gland** \ˈbär-thə-lənz-, ˈbär-tᵊl-ənz-\ *n* [Kaspar *Bartholin* †1738 Dan. physician] (1901) : either of two oval racemose glands lying one to each side of the lower part of the vagina and secreting a lubricating mucus — compare COWPER'S GLAND

**bar·ti·zan** \ˈbär-tə-zən, ˌbär-tə-ˈzan\ *n* [alter. of ME *bretasinge*, fr. *bretais* parapet — more at BRATTICE] (1801) : a small structure (as a turret) projecting from a building and serving esp. for lookout or defense

**Bart·lett** \ˈbärt-lət\ *n* [Enoch *Bartlett* †1860 Am. orchardist] (1847) : a pear that has yellowish-green or sometimes red skin and whitish flesh and is the principal commercially produced pear in the U.S.

**Ba·ruch** \bə-ˈrük, ˈbär-ˌük, ˈber-\ *n* [LL, fr. Gk *Barouch*, fr. Heb *Bārūkh*] : a homiletic book included in the Roman Catholic canon of the Old Testament and in the Protestant Apocrypha — see BIBLE table

**bar·ware** \ˈbär-ˌwer\ *n* (1941) : glassware or utensils used in preparing and serving alcoholic beverages

**bary·on** \ˈber-ē-ˌän, ˈba-rē-\ *n* [ISV *bary-* (fr. Gk *barys* heavy) + ²*-on* — more at GRIEVE] (1953) : any of a group of subatomic particles (as nucleons) that are subject to the strong force and are composed of three quarks — **bary·on·ic** \ˌber-ē-ˈä-nik, ˌba-rē-\ *adj*

**ba·ry·tes** \bə-ˈrī-tēz\ *also* **bar·yte** \ˈber-ˌīt\ *chiefly Brit var of* BARITE

**barytone** *var of* BARITONE

**BAS** *abbr* **1** bachelor of applied science **2** bachelor of arts and sciences

**bas·al** \ˈbā-səl, -zəl\ *adj* (1645) **1 a** : relating to, situated at, or forming the base **b** : arising from the base of a stem ⟨~ leaves⟩ **2 a** : of or relating to the foundation, base, or essence : FUNDAMENTAL **b** : of, relating to, or being essential for maintaining the fundamental vital activities of an organism : MINIMAL ⟨a ~ diet⟩ **c** : used for teaching beginners ⟨~ readers⟩ — **ba·sal·ly** *adv*

**basal body** *n* (1902) : a minute distinctively staining cell organelle found at the base of a flagellum or cilium and identical to a centriole in structure — called also *basal granule, kinetosome*

**basal cell** *n* (ca. 1903) : one of the innermost cells of the deeper epidermis of the skin

**basal ganglion** *n* (ca. 1889) : any of four deeply placed masses of gray matter (as the amygdala) in each cerebral hemisphere — called also *basal nucleus*

**basal metabolic rate** *n* (1922) : the rate at which heat is given off by an organism at complete rest

**basal metabolism** *n* (1913) : the turnover of energy in a fasting and resting organism using energy solely to maintain vital cellular activity, respiration, and circulation as measured by the basal metabolic rate

**ba·salt** \bə-ˈsȯlt, ˈbā-ˌ\ *n* [L *basaltes*, MS var. of *basanites* touchstone, fr. Gk *basanitēs* (*lithos*), fr. *basanos* touchstone, fr. Egypt *bḫnw*] (1601) : a dark gray to black dense to fine-grained igneous rock that consists of basic plagioclase, augite, and usu. magnetite — **ba·sal·tic** \bə-ˈsȯl-tik\ *adj*

**bas·cule** \ˈbas-(ˌ)kyül\ *n* [F, seesaw] (1678) : an apparatus or structure (as a drawbridge) in which one end is counterbalanced by the other on the principle of the seesaw or by weights

¹**base** \ˈbās\ *n, pl* **bas·es** \ˈbā-səz\ [ME, fr. AF, fr. L *basis*, fr. Gk, step, base, fr. *bainein* to go — more at COME] (13c) **1 a (1)** : the lower part of a wall, pier, or column considered as a separate architectural feature **(2)** : the lower part of a complete architectural design **b** : the bottom of something considered as its support : FOUNDATION **c (1)** : a side or face of a geometrical figure from which an altitude can be constructed; *esp* : one on which the figure stands **(2)** : the length of a base **d** : that part of a bodily organ by which it is attached to another more central structure of the organism **2 a** : a main ingredient ⟨paint having a latex ~⟩ **b** : a supporting or carrying ingredient (as of a medicine) **3 a** : the fundamental part of something : GROUNDWORK, BASIS **b** : the economic factors on which in Marxist theory all legal, social, and political relations are formed **4** : the lower part of a heraldic field **5 a** : the starting point or line for an action or undertaking **b** : a baseline in surveying **c** : a center or area of operations: as **(1)** : the place from which a military force draws supplies **(2)** : a place where military operations begin **(3)** : a permanent military installation **d (1)** : a number (as 5 in $5^{6.44}$ or $5^7$) that is raised to a power; *esp* : the number that when raised to a power equal to the logarithm of a number yields the number itself ⟨the logarithm of 100 to the ~ 10 is 2 since $10^2 = 100$⟩ **(2)** : a number equal to the number of units in a given digit's place that for a given system of writing numbers is required to give the numeral 1 in the next higher place ⟨the decimal system uses a ~ of 10⟩; *also* : such a system of writing numbers using an indicated base ⟨convert from ~ 10 to ~ 2⟩ **(3)** : a number that is multiplied by a rate or of which a percentage or fraction is calculated ⟨to find the interest on $90 at 10 percent multiply the ~ 90 by .10⟩ **e** : ROOT 6 **6 a** : the starting place or goal in various games **b** : any one of the four stations at the corners of a baseball infield **c** : a point to be considered ⟨his opening remarks touched every ~⟩ **7 a** : any of various typically water-soluble and bitter tasting compounds that in solution have a pH greater than 7, are capable of reacting with an acid to form a salt, and are molecules or ions able to take up a proton from an acid or able to give up an unshared pair of electrons to an acid **b** : any of the five purine or pyrimidine bases of DNA and RNA that include cytosine, guanine, adenine, thymine, and uracil **8** : a price level at which a security previously declining in price resists further decline **9** : the part of a transformational grammar that consists of rules and a lexicon and generates the deep structures of a language — **based** \ˈbāst\ *adj* — **base·less** \ˈbā-sləs\ *adj* — **off base** **1** : WRONG, MISTAKEN ⟨estimates were way *off base*⟩ **2** : UNAWARES ⟨caught *off base* by the charges⟩

²**base** *vt* **based; bas·ing** (1587) **1** : to make, form, or serve as a base for **2** : to find a base or basis for — usu. used with *on* or *upon*

³**base** *adj* [ME *bas*, fr. AF, fr. LL *bassus* fat, short, low] (14c) **1** *archaic* : of little height **2** *obs* : low in place or position **3** *obs* : BASS **4** *archaic* : BASEBORN **5 a** : resembling a villein : SERVILE ⟨a ~ tenant⟩ **b** : held by villenage ⟨~ tenure⟩ **6 a** : being of comparatively low value and having relatively inferior properties (as lack of resistance to corrosion) ⟨a ~ metal such as iron⟩ — compare NOBLE **b** : containing a larger than usual proportion of base metals ⟨~ silver denarii⟩ **7 a** : lacking or indicating the lack of higher qualities of mind or spirit : IGNOBLE **b** : lacking higher values : DEGRADING ⟨a drab ~ way of life⟩ — **base·ly** *adv* — **base·ness** *n*

***syn*** BASE, LOW, VILE mean deserving of contempt because of the absence of higher values. BASE stresses the ignoble and may suggest cruelty, treachery, greed, or grossness ⟨*base* motives⟩. LOW may connote crafty cunning, vulgarity, or immorality and regularly implies an outraging of one's sense of decency or propriety ⟨refused to listen to such *low* talk⟩. VILE, the strongest of these words, tends to suggest disgusting depravity or filth ⟨a *vile* remark⟩.

**base angle** *n* (ca. 1949) : either of the angles of a triangle that have one side in common with the base

**base·ball** \ˈbās-ˌbȯl\ *n, often attrib* (ca. 1815) : a game played with a bat and ball between two teams of nine players each on a large field having four bases that mark the course a runner must take to score; *also* : the ball used in this game

**baseball cap** *n* (1944) : a cap of the kind worn by baseball players that has a rounded crown and a long visor

**base·board** \-ˌbȯrd\ *n* (1847) : a board situated at or forming the base of something; *specif* : a molding covering the joint of a wall and the adjoining floor

**base·born** \-ˈbȯrn\ *adj* (1591) **1** : MEAN, IGNOBLE **2 a** : of humble birth **b** : of illegitimate birth

**base exchange** *n* (ca. 1956) : a post exchange at a naval or air force base

**base hit** *n* (1874) : a hit in baseball that enables the batter to reach base safely without benefit of an error or fielder's choice

**BASE jumping** \ˈbās-\ *n* [*b*uilding, *a*ntenna, *s*pan, *e*arth] (1982) : the activity or sport of parachuting from a high structure (as a building, tower, or bridge) or cliff — **BASE jumper** *n*

**base·line** \ˈbās-ˌlīn\ *n, often attrib* (1610) **1** : a line serving as a basis; *esp* : one of known measure or position used (as in surveying or navigation) to calculate or locate something **2 a** : either of the lines on a baseball field that lead from home plate to first base and third base and are extended into the outfield as foul lines **b** : BASE PATH **3** : a boundary line at either end of a court (as in tennis or basketball) **4** : a usu. initial set of critical observations or data used for comparison or a control **5** : a starting point ⟨the ~ of this discussion⟩

**base·lin·er** \ˈbās-ˌlī-nər\ *n* (ca. 1929) : a tennis player who stays on or near the baseline and seldom moves to the net

**base·ment** \ˈbās-mənt\ *n* [prob. fr. ¹*base*] (1613) **1** : the part of a building that is wholly or partly below ground level **2** : the ground floor facade or interior in Renaissance architecture **3** : the lowest or fundamental part of something; *specif* : the rocks underlying stratified rocks **4** *chiefly NewEng* : a toilet or washroom esp. in a school — **base·ment·less** \-ləs\ *adj*

**basement membrane** *n* (1847) : a thin membranous layer of connective tissue that separates a layer of epithelial cells from the underlying lamina propia

**ba·sen·ji** \bə-ˈsen-jē, -ˈzen-\ *n* [prob. modif. of Lingala *mbwa na basenji*, lit., dogs of the bushland people] (1937) : any of a breed of small curly-tailed dogs of African origin that do not bark

**base on balls** (1884) : an advance to first base awarded a baseball player who during a turn at bat takes four pitches that are balls

**base–pair** *vi* (1973) : to participate in formation of a base pair ⟨adenine ~s with thymine⟩

**base pair** *n* (1956) : one of the pairs of nucleotide bases on complementary strands of nucleic acid that consist of a purine on one strand joined to a pyrimidine on the other strand by hydrogen bonds holding together the two strands much like the rungs of a ladder and that include adenine linked to thymine in DNA or to uracil in RNA and guanine linked to cytosine in both DNA and RNA

**base path** *n* (1935) : the area between the bases of a baseball field used by a base runner

**base pay** *n* (1920) : a rate or amount of pay for a standard work period, job, or position exclusive of additional payments or allowances

**base·plate** \ˈbās-ˌplāt\ *n* (1876) : a plate that serves as a base or support

**base runner** *n* (1867) : a baseball player of the team at bat who is on base or is attempting to reach a base — **base·run·ning** *n*

**bases** *pl of* BASE *or of* BASIS

¹**bash** \ˈbash\ *vb* [origin unknown] *vt* (1750) **1** : to strike violently : HIT; *also* : to injure or damage by striking : SMASH — often used with *in* **2** : to attack physically or verbally ⟨media ~*ing*⟩ ⟨celebrity ~*ing*⟩ ~ *vi* : CRASH — **bash·er** *n*

²**bash** *n* (1805) **1** : a forceful blow **2** : a festive social gathering : PARTY **3** *chiefly Brit* : TRY, ATTEMPT ⟨have a ~ at it⟩

**bashaw** *var of* PASHA

**bash·ful** \ˈbash-fəl\ *adj* [obs. *bash* (to be abashed)] (1548) **1** : socially shy or timid : DIFFIDENT, SELF-CONSCIOUS **2** : resulting from or typical of a bashful nature ⟨a ~ smile⟩ ***syn*** see SHY — **bash·ful·ly** \-fə-lē\ *adv* — **bash·ful·ness** \-fəl-nəs\ *n*

¹**ba·sic** \ˈbā-sik *also* -zik\ *adj* (1842) **1 a** : of, relating to, or forming the base or essence : FUNDAMENTAL ⟨~ truths⟩ **b** : concerned with fundamental scientific principles : not applied ⟨~ research⟩ **2** : constituting or serving as the basis or starting point ⟨a ~ set of tools⟩ **3 a** : of, relating to, containing, or having the character of a chemical base **b** : having an alkaline reaction **4** : containing relatively little silica ⟨~ rocks⟩ **5** : relating to, made by, used in, or being a process of making steel done in a furnace lined with basic material and under basic slag — **ba·sic·i·ty** \bā-ˈsi-sə-tē\ *n*

²**basic** *n* (1926) **1** : something that is basic : FUNDAMENTAL ⟨get back to ~*s*⟩ **2** : BASIC TRAINING

**BA·SIC** \ˈbā-sik\ *n* [*B*eginner's *A*ll-purpose *S*ymbolic *I*nstruction *C*ode] (1964) : a simplified high-level language for programming a computer

**ba·si·cal·ly** \ˈbā-si-k(ə-)lē *also* -zi-\ *adv* (1903) **1 a** : at a basic level : in

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k̲, ⁿ, œ, ue, ʸ\ *see* Guide to Pronunciation

**impulsion • inarguable** 627

pulsion : IMPETUS **c** : a wave of excitation transmitted through tissues and esp. nerve fibers and muscles that results in physiological activity or inhibition **3 a** : a sudden spontaneous inclination or incitement to some usu. unpremeditated action **b** : a propensity or natural tendency usu. other than rational **4 a** : the product of the average value of a force and the time during which it acts : the change in momentum produced by the force **b** : PULSE 4a *syn* see MOTIVE

**im·pul·sion** \im-ˈpəl-shən\ *n* (15c) **1 a** : the act of impelling : the state of being impelled **b** : an impelling force **c** : an onward tendency derived from an impulsion **2** : IMPULSE 3a **3** : COMPULSION 2

**im·pul·sive** \im-ˈpəl-siv\ *adj* (15c) **1** : having the power of or actually driving or impelling **2 a** : arising from an impulse ⟨an ~ decision⟩ **b** : prone to act on impulse ⟨an ~ young man⟩ **3** : acting momentarily *syn* see SPONTANEOUS — **im·pul·sive·ly** *adv* — **im·pul·sive·ness** *n* — **im·pul·siv·i·ty** \-ˌpəl-ˈsi-və-tē\ *n*

**im·pu·ni·ty** \im-ˈpyü-nə-tē\ *n* [MF or L; MF *impunité*, fr. L *impunitat-, impunitas*, fr. *impune* without punishment, fr. *in-* + *poena* punishment — more at PAIN] (1532) : exemption or freedom from punishment, harm, or loss ⟨laws were flouted with ~⟩

**im·pure** \(ˌ)im-ˈpyu̇r\ *adj* [ME, fr. MF & L; MF, fr. L *impurus*, fr. *in-* + *purus* pure] (15c) : not pure: as **a** : LEWD, UNCHASTE **b** : containing something unclean : FOUL ⟨~ water⟩ **c** : ritually unclean **d** : mixed or impregnated with an extraneous and usu. unwanted substance ⟨an ~ chemical⟩ — **im·pure·ly** *adv* — **im·pure·ness** *n*

**im·pu·ri·ty** \(ˌ)im-ˈpyu̇r-ə-tē\ *n, pl* **-ties** (15c) **1** : something that is impure or makes something else impure ⟨removing *impurities* from water⟩ **2** : the quality or state of being impure

**im·pu·ta·tion** \ˌim-pyə-ˈtā-shən\ *n* (1581) **1** : the act of imputing: as **a** : ATTRIBUTION, ASCRIPTION **b** : ACCUSATION ⟨denied any ~ of unfairness⟩ **c** : INSINUATION **2** : something imputed — **im·pu·ta·tive** \im-ˈpyü-tə-tiv\ *adj* — **im·pu·ta·tive·ly** *adv*

**im·pute** \im-ˈpyüt\ *vt* **im·put·ed; im·put·ing** [ME, fr. AF *imputer*, fr. L *imputare*, fr. *in-* + *putare* to consider] (14c) **1** : to lay the responsibility or blame for often falsely or unjustly **2** : to credit to a person or a cause : ATTRIBUTE ⟨our vices as well as our virtues have been *imputed* to bodily derangement —B. N. Cardozo⟩ *syn* see ASCRIBE — **im·put·abil·i·ty** \-ˌpyü-tə-ˈbi-lə-tē\ *n* — **im·put·able** \-ˈpyü-tə-bəl\ *adj*

**¹in** \ˈin, ən, ᵊn\ *prep* [ME, fr. OE; akin to OHG *in* in, L *in*, Gk *en*] (bef. 12c) **1 a** — used as a function word to indicate inclusion, location, or position within limits ⟨~ the lake⟩ ⟨wounded ~ the leg⟩ ⟨~ the summer⟩ **b** : INTO 1 ⟨went ~ the house⟩ **2** — used as a function word to indicate means, medium, or instrumentality ⟨written ~ pencil⟩ ⟨bound ~ leather⟩ **3 a** — used as a function word to indicate limitation, qualification, or circumstance ⟨alike ~ some respects⟩ ⟨left ~ a hurry⟩ **b** : INTO 2a ⟨broke ~ pieces⟩ **4** — used as a function word to indicate purpose ⟨said ~ reply⟩ **5** — used as a function word to indicate the larger member of a ratio ⟨one ~ six is eligible⟩

**²in** \ˈin\ *adv* (bef. 12c) **1 a (1)** : to or toward the inside esp. of a house or other building ⟨come ~⟩ **(2)** : to or toward some destination or particular place ⟨flew ~ on the first plane⟩ **(3)** : at close quarters : NEAR ⟨play close ~⟩ **b** : so as to incorporate ⟨mix ~ the flour⟩ — often used in combination ⟨built-*in* bookcases⟩ **c** : to or at an appropriate place ⟨fit a piece ~⟩ **2 a** : within a particular place; *esp* : within the customary place of residence or business ⟨the doctor is ~⟩ **b** : in the position of participant, insider, or officeholder — often used with *on* ⟨~ on the joke⟩ **c (1)** : on good terms **(2)** : in a specified relation ⟨~ bad with the boss⟩ **(3)** : in a position of assured or definitive success **d** : in vogue or season **e** *of an oil well* : in production **f** : in one's presence, possession, or control ⟨after the crops are ~⟩ **g** : from a condition of indistinguishability to one of clarity ⟨fade ~⟩ — **in for** : certain to experience ⟨*in for* a rude awakening⟩

**³in** \ˈin\ *adj* (1599) **1 a** : that is located inside or within ⟨the ~ part⟩ **b** : that is in position, operation, or power ⟨the ~ party⟩ **c** : INSIDE 2 **2** : that is directed or bound inward : INCOMING ⟨the ~ train⟩ **3 a** : extremely fashionable ⟨the ~ thing to do⟩ **b** : keenly aware of and responsive to what is new and fashionable ⟨the ~ crowd⟩

**⁴in** \ˈin\ *n* (1764) **1** : one who is in office or power or on the inside ⟨a matter of ~s versus outs⟩ **2** : INFLUENCE, PULL ⟨enjoyed some sort of ~ with the commandant —Henriette Roosenburg⟩

**⁵in** *abbr* **1** inch **2** inlet

**In** *symbol* indium

**IN** *abbr* Indiana

**¹in-** *or* **il-** *or* **im-** *or* **ir-** *prefix* [ME, fr. AF, fr. L; akin to OE *un-*] : not : NON-, UN- — usu. *il-* before *l* ⟨*il*logical⟩, *im-* before *b, m*, or *p* ⟨*im*balance⟩ ⟨*im*moral⟩ ⟨*im*practical⟩, *ir-* before *r* ⟨*ir*reducible⟩, and *in-* before other sounds ⟨*in*conclusive⟩

**²in-** *or* **il-** *or* **im-** *or* **ir-** *prefix* [ME, fr. AF, fr. L, fr. *in* in, into] **1** : in : within : into : toward : on — usu. *il-* before *l* ⟨*il*luviation⟩, *im-* before *b, m*, or *p* ⟨*im*mingle⟩, *ir-* before *r* ⟨*ir*radiance⟩, and *in-* before other sounds ⟨*in*filtrate⟩ **2** : ¹EN- ⟨*im*brute⟩ ⟨*im*peril⟩ ⟨*in*spirit⟩

**¹-in** *n suffix* [F *-ine*, fr. L *-ina*, fem. of *-inus* of or belonging to — more at -EN] **1 a** : neutral chemical compound ⟨insul*in*⟩ **b** : enzyme ⟨pancreat*in*⟩ **c** : antibiotic ⟨penicill*in*⟩ **2** : ²-INE 1a, b ⟨epinephr*in*⟩ **3** : pharmaceutical product ⟨niac*in*⟩

**²-in** *n comb form* [sit-*in*] : organized public protest by means of or in favor of : demonstration ⟨teach-*in*⟩ ⟨love-*in*⟩

**in·abil·i·ty** \ˌi-nə-ˈbi-lə-tē\ *n* [ME *inhabilite* disqualification, fr. ML *inhabilitas*, fr. L *in-* + *habilitas* ability] (15c) : lack of sufficient power, resources, or capacity ⟨his ~ to do math⟩

**in ab·sen·tia** \ˌin-ab-ˈsen(t)-sh(ē-)ə\ *adv* [L] (1886) : in absence ⟨gave him the award *in absentia*⟩

**in·ac·ces·si·ble** \ˌi-nik-ˈse-sə-bəl, (ˌ)i-ˌnak-\ *adj* [ME, fr. MF or LL; MF, fr. LL *inaccessibilis*, fr. L *in-* + LL *accessibilis* accessible] (15c) : not accessible ⟨an ~ area⟩ ⟨an ~ goal⟩ — **in·ac·ces·si·bil·i·ty** \-ˌse-sə-ˈbi-lə-tē\ *n* — **in·ac·ces·si·bly** \-ˈse-sə-blē\ *adv*

**in·ac·cu·ra·cy** \(ˌ)i-ˈna-kyə-rə-sē, -k(ə-)rə-sē\ *n, pl* **-cies** (ca. 1755) **1** : the quality or state of being inaccurate **2** : MISTAKE, ERROR

**in·ac·cu·rate** \-ˈa-kyə-rət, -k(ə-)rət\ *adj* (1738) : not accurate : FAULTY ⟨~ information⟩ — **in·ac·cu·rate·ly** \-kyə-rət-lē, -k(ə-)rət-, -kyərt-\ *adv*

**in·ac·tion** \(ˌ)i-ˈnak-shən\ *n* (1707) : lack of action or activity : IDLENESS

**in·ac·ti·vate** \(ˌ)i-ˈnak-tə-ˌvāt\ *vt* (1906) : to make inactive ⟨chemicals to ~ viruses⟩ — **in·ac·ti·va·tion** \-ˌnak-tə-ˈvā-shən\ *n*

**in·ac·tive** \(ˌ)i-ˈnak-tiv\ *adj* (1664) : not active: as **a (1)** : SEDENTARY **(2)** : INDOLENT, SLUGGISH **b (1)** : being out of use **(2)** : relating to or being members of the armed forces who are not performing or available for military duties **(3)** *of a disease* : QUIESCENT **c (1)** : chemically inert **(2)** : optically neutral in polarized light **d** : biologically inert esp. because of the loss of some quality (as infectivity or antigenicity) — **in·ac·tive·ly** *adv* — **in·ac·tiv·i·ty** \-ˌnak-ˈti-və-tē\ *n*

*syn* INACTIVE, IDLE, INERT, PASSIVE, SUPINE mean not engaged in work or activity. INACTIVE applies to anyone or anything not in action or in operation or at work ⟨on *inactive* status as an astronaut⟩ ⟨*inactive* accounts⟩. IDLE applies to persons that are not busy or occupied or to their powers or their implements ⟨workers were *idle* in the fields⟩. INERT as applied to things implies powerlessness to move or to affect other things; as applied to persons it suggests an inherent or habitual indisposition to activity ⟨*inert* ingredients in drugs⟩ ⟨an *inert* citizenry⟩. PASSIVE implies immobility or lack of normally expected response to an external force or influence and often suggests deliberate submissiveness or self-control ⟨*passive* resistance⟩. SUPINE applies only to persons and commonly implies abjectness or indolence ⟨a *supine* willingness to play the fool⟩.

**in·ad·e·qua·cy** \(ˌ)i-ˈna-di-kwə-sē\ *n, pl* **-cies** (1787) **1** : the quality or state of being inadequate **2** : INSUFFICIENCY, DEFICIENCY

**in·ad·e·quate** \-kwət\ *adj* (1671) : not adequate : INSUFFICIENT ⟨~ equipment⟩; *also* : not capable ⟨was ~ as a leader⟩ — **in·ad·e·quate·ly** *adv* — **in·ad·e·quate·ness** *n*

**in·ad·mis·si·ble** \ˌi-nəd-ˈmi-sə-bəl\ *adj* (1776) : not admissible ⟨~ evidence⟩ — **in·ad·mis·si·bil·i·ty** \-ˌmi-sə-ˈbi-lə-tē\ *n* — **in·ad·mis·si·bly** \-ˈmi-sə-blē\ *adv*

**in·ad·ver·tence** \ˌi-nəd-ˈvər-tᵊn(t)s\ *n* [ME, fr. ML *inadvertentia*, fr. L *in-* + *advertent-, advertens*, prp. of *advertere* to advert] (15c) **1** : the fact or action of being inadvertent **2** : a result of inattention : OVERSIGHT

**in·ad·ver·ten·cy** \-tᵊn(t)-sē\ *n, pl* **-cies** (1592) : INADVERTENCE

**in·ad·ver·tent** \-tᵊnt\ *adj* [back-formation fr. *inadvertence*] (1653) **1** : not focusing the mind on a matter : INATTENTIVE **2** : UNINTENTIONAL ⟨an ~ omission⟩ — **in·ad·ver·tent·ly** *adv*

**in·ad·vis·able** \ˌi-nəd-ˈvī-zə-bəl\ *adj* (1870) : not advisable : not wise or prudent ⟨~ haste⟩ — **in·ad·vis·abil·i·ty** \-ˌvī-zə-ˈbi-lə-tē\ *n*

**-inae** *n pl suffix* [NL *-inae*, fr. L, fem. pl. of *-inus*] : members of the subfamily of — in all names of zoological subfamilies in recent classifications ⟨Fel*inae*⟩

**in·alien·able** \(ˌ)i-ˈnāl-yə-nə-bəl, -ˈnā-lē-ə-nə-\ *adj* [prob. fr. F *inaliénable*, fr. *in-* + *aliénable* alienable] (ca. 1645) : incapable of being alienated, surrendered, or transferred ⟨~ rights⟩ — **in·alien·abil·i·ty** \-ˌnāl-yə-nə-ˈbi-lə-tē, -ˌnā-lē-ə-nə-\ *n* — **in·alien·ably** \-ˈnāl-yə-nə-blē, -ˈnā-lē-ə-nə-\ *adv*

**in·al·ter·able** \(ˌ)i-ˈnȯl-t(ə-)rə-bəl\ *adj* (1541) : not alterable : UNALTERABLE — **in·al·ter·abil·i·ty** \-ˌnȯl-t(ə-)rə-ˈbi-lə-tē\ *n* — **in·al·ter·able·ness** \-ˈnȯl-t(ə-)rə-bəl-nəs\ *n* — **in·al·ter·ably** \-blē\ *adv*

**in·amo·ra·ta** \i-ˌna-mə-ˈrä-tə\ *n* [It *innamorata*, fr. fem. of *innamorato*, pp. of *innamorare* to inspire with love, fr. *in-* (fr. L) + *amore* love, fr. L *amor* — more at AMOROUS] (1651) : a woman with whom one is in love or has intimate relations

**in–and–in** \ˌin-ən(d)-ˈin\ *adv or adj* (1765) : in repeated generations of the same or closely related stock ⟨families . . . of one blood through mating or marrying ~ —F. H. Giddings⟩ ⟨~ breeding⟩

**¹inane** \i-ˈnān\ *adj* **inan·er; -est** [L *inanis*] (1662) **1** : EMPTY, INSUBSTANTIAL **2** : lacking significance, meaning, or point : SILLY ⟨~ comments⟩ *syn* see INSIPID — **inane·ly** *adv* — **inane·ness** \-ˈnān-nəs\ *n*

**²inane** *n* (1677) : void or empty space ⟨a voyage into the limitless ~ —V. G. Childe⟩

**in·an·i·mate** \(ˌ)i-ˈna-nə-mət\ *adj* [ME, fr. LL *inanimatus*, fr. L *in-* + *animatus*, pp. of *animare* to animate] (15c) **1** : not animate: **a** : not endowed with life or spirit ⟨an ~ object⟩ **b** : lacking consciousness or power of motion ⟨an ~ body⟩ **2** : not animated or lively : DULL — **in·an·i·mate·ly** *adv* — **in·an·i·mate·ness** *n*

**in·a·ni·tion** \ˌi-nə-ˈni-shən\ *n* (14c) : the quality or state of being empty: **a** : the exhausted condition that results from lack of food and water **b** : the absence or loss of social, moral, or intellectual vitality or vigor

**inan·i·ty** \i-ˈna-nə-tē\ *n, pl* **-ties** (1603) **1** : the quality or state of being inane: as **a** : lack of substance : EMPTINESS **b** : vapid, pointless, or fatuous character : SHALLOWNESS **2** : something that is inane

**in·ap·par·ent** \ˌi-nə-ˈper-ənt\ *adj* (1626) : not apparent — **in·ap·par·ent·ly** *adv*

**in·ap·peas·able** \ˌi-nə-ˈpē-zə-bəl\ *adj* (1803) : UNAPPEASABLE

**in·ap·pe·tence** \(ˌ)i-ˈna-pə-tən(t)s\ *n* (ca. 1691) : loss or lack of appetite

**in·ap·pli·ca·ble** \(ˌ)i-ˈna-pli-kə-bəl *also* ˌi-nə-ˈpli-kə-\ *adj* (1656) : not applicable : IRRELEVANT — **in·ap·pli·ca·bil·i·ty** \-ˌna-pli-kə-ˈbi-lə-tē *also* ˌi-nə-ˌpli-kə-\ *n* — **in·ap·pli·ca·bly** \(ˌ)i-ˈna-pli-kə-blē *also* ˌi-nə-ˈpli-kə-\ *adv*

**in·ap·po·site** \(ˌ)i-ˈna-pə-zət\ *adj* (1661) : not apposite : not apt or pertinent — **in·ap·po·site·ly** *adv* — **in·ap·po·site·ness** *n*

**in·ap·pre·cia·ble** \ˌi-nə-ˈprē-shə-bəl, -ˈpri-sh(ē-)ə-bəl\ *adj* [prob. fr. F *inappréciable*, fr. MF *inappreciable*, fr. *in-* + *appreciable*] (1802) : too small to be perceived ⟨an ~ amount⟩ — **in·ap·pre·cia·bly** \-blē\ *adv*

**in·ap·pre·cia·tive** \ˌi-nə-ˈprē-shə-tiv, -ˈpri- *also* -ˈprē-shē-ˌā-\ *adj* (1869) : not appreciative ⟨~ of their workers⟩ — **in·ap·pre·cia·tive·ly** *adv* — **in·ap·pre·cia·tive·ness** *n*

**in·ap·proach·able** \ˌi-nə-ˈprō-chə-bəl\ *adj* (ca. 1828) : not approachable : INACCESSIBLE ⟨her boss came across as ~⟩

**in·ap·pro·pri·ate** \ˌi-nə-ˈprō-prē-ət\ *adj* (1804) : not appropriate : UNSUITABLE — **in·ap·pro·pri·ate·ly** *adv* — **in·ap·pro·pri·ate·ness** *n*

**in·apt** \(ˌ)i-ˈnapt\ *adj* (ca. 1670) : not apt: **a** : not suitable ⟨an ~ analogy⟩ **b** : INEPT — **in·apt·ly** \-ˈnap(t)-lē\ *adv* — **in·apt·ness** \-nəs\ *n*

**in·ap·ti·tude** \(ˌ)i-ˈnap-tə-ˌtüd, -ˌtyüd\ *n* (1620) : lack of aptitude

**in·ar·gu·able** \(ˌ)i-ˈnär-gyə-wə-bəl\ *adj* (ca. 1875) : not arguable : not open to doubt or debate ⟨her impact was substantial and ~⟩

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k̲, ⁿ, œ, ue, ʸ\ *see* Guide to Pronunciation

: flowing freely like water **2** : having the properties of a liquid : being neither solid nor gaseous **3 a** : shining and clear ⟨large ~ eyes⟩ **b** : being musical and free of harshness in sound **c** : smooth and unconstrained in movement **d** : articulated without friction and capable of being prolonged like a vowel ⟨a ~ consonant⟩ **4 a** : consisting of or capable of ready conversion into cash ⟨~ assets⟩ **b** : capable of covering current liabilities quickly with current assets — **li·quid·i·ty** \li-ˈkwi-də-tē\ *n* — **liq·uid·ly** \ˈli-kwəd-lē\ *adv* — **liq·uid·ness** *n*

[2]**liquid** *n* (1530) **1** : a liquid consonant **2** : a fluid (as water) that has no independent shape but has a definite volume and does not expand indefinitely and that is only slightly compressible

**liq·uid·am·bar** \ˌli-kwə-ˈdam-bər\ *n* [NL, fr. L *liquidus* + ML *ambar, ambra* amber] (ca. 1577) **1** : STORAX 1b **2** : any of a genus (*Liquidambar*) of deciduous No. American and Asian trees (as the sweet gum) of the witch-hazel family with monoecious flowers and a spiny globose fruit composed of many woody capsules each having two carpels

**liq·ui·date** \ˈli-kwə-ˌdāt\ *vb* **-dat·ed; -dat·ing** [LL *liquidatus,* pp. of *liquidare* to melt, fr. L *liquidus*] *vt* (ca. 1575) **1 a (1)** : to determine by agreement or by litigation the precise amount of (indebtedness, damages, or accounts) **(2)** : to determine the liabilities and apportion assets toward discharging the indebtedness of **b** : to settle (a debt) by payment or other settlement **2** *archaic* : to make clear **3** : to do away with **4** : to convert (assets) into cash ~ *vi* **1** : to liquidate debts, damages, or accounts **2** : to determine liabilities and apportion assets toward discharging indebtedness — **liq·ui·da·tion** \ˌli-kwə-ˈdā-shən\ *n*

**liq·ui·da·tor** \ˈli-kwə-ˌdā-tər\ *n* (ca. 1828) : one that liquidates; *esp* : an individual appointed by law to liquidate assets

**liquid crystal** *n* (1891) : an organic liquid whose physical properties resemble those of a crystal in the formation of loosely ordered molecular arrays similar to a regular crystalline lattice and the anisotropic refraction of light

**liquid crystal display** *n* (1968) : LCD

**liq·uid·ize** \ˈli-kwə-ˌdīz\ *vt* **-ized; -iz·ing** (1837) : to cause to be liquid

**liquid measure** *n* (ca. 1678) : a unit or series of units for measuring liquid capacity — see METRIC SYSTEM table, WEIGHT table

[1]**li·quor** \ˈli-kər\ *n* [ME *licour,* fr. AF, fr. L *liquor,* fr. *liquēre*] (13c) : a liquid substance: as **a** : a usu. distilled rather than fermented alcoholic beverage **b** : a watery solution of a drug **c** : BATH 2b(1)

[2]**liquor** *vb* **li·quored; li·quor·ing** \ˈli-k(ə-)riŋ\ *vt* (1502) **1** : to dress (as leather) with oil or grease **2** : to make drunk with alcoholic liquor — usu. used with *up* ~ *vi* : to drink alcoholic liquor esp. to excess — usu. used with *up*

**li·quo·rice** *chiefly Brit var of* LICORICE

[1]**li·ra** \ˈlir-ə, ˈlē-rə\ *n, pl* **li·re** \ˈlē-(ˌ)rā\ *also* **liras** [It, fr. L *libra,* a unit of weight] (1617) : the basic monetary unit of Italy until 2002

[2]**lira** *n, pl* **liras** [Turk, fr. It] (1871) — see MONEY table

[3]**lira** *n, pl* **li·roth** *or* **li·rot** \ˈlē-ˌrōt, -ˌrōth\ [ModHeb, fr. It] (ca. 1946) : the former Israeli pound

[4]**lira** *n, pl* **li·ri** \ˈlē-(ˌ)rē\ [Maltese, fr. It] (ca. 1985) — see MONEY table

**li·ri·ope** \lə-ˈrī-ə-(ˌ)pē\ *n* [NL, fr. *Liriope,* a nymph in Roman mythology] (1946) : any of a genus (*Liriope*) of stemless Asian herbs of the lily family that are widely cultivated as ground cover for their grasslike leaves and small white, blue, or violet flowers

**lir·i·pipe** \ˈlir-ə-ˌpīp\ *n* [ML *liripipium*] (1594) : a pendent part of a tippet; *also* : TIPPET, SCARF

**lisente** *pl of* SENTE

**lisle** \ˈlī(-ə)l\ *n, often attrib* [*Lisle* Lille, France] (1858) : a smooth tightly twisted thread usu. made of long-staple cotton

[1]**lisp** \ˈlisp\ *vb* [ME, fr. OE *-wlyspian;* akin to OHG *lispen* to lisp] *vi* (bef. 12c) **1** : to pronounce the sibilants \s\ and \z\ imperfectly esp. by turning them into \th\ and \t͟h\ **2** : to speak falteringly, childishly, or with a lisp ~ *vt* : to utter falteringly or with a lisp — **lisp·er** *n*

[2]**lisp** *n* (ca. 1625) **1** : a speech defect or affectation characterized by lisping **2** : a sound resembling a lisp

**LISP** \ˈlisp\ *n* [*list processing*] (1959) : a computer programming language that is designed for easy manipulation of data strings and is used extensively for work in artificial intelligence

**lis·some** *also* **lis·som** \ˈli-səm\ *adj* [alter. of *lithesome*] (1763) **1 a** : easily flexed **b** : LITHE 2 **2** : NIMBLE — **lis·some·ly** *adv* — **lis·some·ness** *n*

[1]**list** \ˈlist\ *vb* [ME *lysten,* fr. OE *lystan;* akin to OE *lust* desire, lust] *vt* (bef. 12c) *archaic* : PLEASE, SUIT ~ *vi, archaic* : WISH, CHOOSE

[2]**list** *n* [ME, prob. fr. *lysten*] (13c) *archaic* : INCLINATION, CRAVING

[3]**list** *vb* [ME, fr. OE *hlystan,* fr. *hlyst* hearing; akin to OE *hlysnan* to listen] *vi* (bef. 12c) *archaic* : LISTEN ~ *vt, archaic* : to listen to : HEAR

[4]**list** *n* [ME, fr. OE *līste;* akin to OHG *līsta* edge, Alb *leth*] (bef. 12c) **1** : a band or strip of material: as **a** : LISTEL **b** : SELVAGE **c** : a narrow strip of wood cut from the edge of a board **2** *pl but sing or pl in constr* **a** : an arena for combat (as jousting) **b** : a field of competition or controversy **3** *obs* : LIMIT, BOUNDARY **4** : STRIPE

[5]**list** *vt* (1635) **1** : to cut away a narrow strip from the edge of **2** : to prepare or plant (land) in ridges and furrows with a lister

[6]**list** *n* [origin unknown] (1582) : a deviation from the vertical : TILT; *also* : the extent of such a deviation

[7]**list** *vi* (1626) : to tilt to one side; *esp, of a boat or ship* : to tilt to one side in a state of equilibrium (as from an unbalanced load) — compare HEEL ~ *vt* : to cause to list

[8]**list** *n* [F *liste,* fr. It *lista,* of Gmc origin; akin to OHG *līsta* edge] (1602) **1 a** : a simple series of words or numerals (as the names of persons or objects) ⟨a guest ~⟩ **b** : an official roster : ROLL **2** : CATALOG, CHECKLIST **3** : the total number to be considered or included ⟨a situation that heads their ~ of troubles⟩

[9]**list** *vt* (1614) **1 a** : to make a list of : ENUMERATE **b** : to include on a list : REGISTER **2** : to place (oneself) in a specified category ⟨~s himself as a political liberal⟩ **3** *archaic* : RECRUIT ~ *vi* **1** *archaic* : ENLIST **2** : to become entered in a catalog with a selling price ⟨a car that ~s for $12,000⟩ — **list·ee** \li-ˈstē\ *n*

**lis·tel** \ˈlis-tᵊl, lis-ˈtel\ *n* [F, fr. It *listello,* dim. of *lista* fillet, roster] (1598) : a narrow band in architecture : FILLET

[1]**lis·ten** \ˈli-sᵊn\ *vb* **lis·tened; lis·ten·ing** \ˈlis-niŋ, ˈli-sᵊn-iŋ\ [ME *listnen,* fr. OE *hlysnan;* akin to Skt *śroṣati* he hears, OE *hlūd* loud] *vt* (bef. 12c) *archaic* : to give ear to : HEAR ~ *vi* **1** : to pay attention to sound ⟨~ to music⟩ **2** : to hear something with thoughtful attention : give consideration ⟨~ to a plea⟩ **3** : to be alert to catch an expected sound ⟨~ for his step⟩ — **lis·ten·er** \ˈlis-nər, ˈli-sᵊn-ər\ *n*

[2]**listen** *n* (1788) : an act of listening

**lis·ten·able** \ˈlis-nə-bəl, ˈli-sᵊn-ə-\ *adj* (1942) : agreeable to listen to

**lis·ten·er·ship** \ˈlis-nər-ˌship, ˈli-sᵊn-ər-\ *n* (1943) : the audience for a radio program or recording; *also* : the number or kind of that audience

**listen in** *vi* (1905) **1** : to tune in to or monitor a broadcast **2** : to listen to a conversation without participating in it; *esp* : EAVESDROP — **lis·ten·er–in** \ˌlis-nər-ˈin, ˌli-sᵊn-ər-\ *n*

**listening post** *n* (1942) : a center for monitoring electronic communications (as of an enemy)

[1]**list·er** \ˈlis-tər\ *n* (1682) : one that lists or catalogs

[2]**lister** *n* [[5]*list*] (1887) : a double-moldboard plow often equipped with a subsoiling attachment and used mainly where rainfall is limited

**lis·te·ri·o·sis** \lis-ˌtir-ē-ˈō-səs\ *n, pl* **-o·ses** \-ˌsēz\ [NL, fr. *Listeria,* fr. Joseph *Lister*] (1941) : a serious encephalitic disease of a wide variety of animals that is caused by a bacterium (*Listeria monocytogenes*) and that in animals is often fatal but in humans is usu. not fatal

**list·ing** \ˈlis-tiŋ\ *n* (1641) **1** : an act or instance of making or including in a list **2** : something that is listed

**list·less** \ˈlist-ləs\ *adj* [ME *listles,* fr. [2]*list*] (15c) : characterized by lack of interest, energy, or spirit ⟨a ~ melancholy attitude⟩ **syn** see LANGUID — **list·less·ly** *adv* — **list·less·ness** *n*

**list price** *n* (1871) : the basic price of an item as published in a catalog, price list, or advertisement before any discounts are taken

**List·serv** \ˈlist-ˌsərv\ *trademark* — used for software for managing e-mail transmissions to and from a list of subscribers

[1]**lit** \ˈlit\ *past and past part of* LIGHT

[2]**lit** *n* [by shortening] (1850) : LITERATURE — **lit** *adj*

[3]**lit** *adj* [pp. of [3]*light*] (1904) : affected by alcohol : DRUNK

[4]**lit** *abbr* **1** liter **2** literal; literally

**lit·a·ny** \ˈli-tə-nē, ˈlit-nē\ *n, pl* **-nies** [ME *letanie,* fr. AF & LL; AF, fr. LL *litania,* fr. LGk *litaneia,* fr. Gk, entreaty, fr. *litanos* suppliant] (13c) **1** : a prayer consisting of a series of invocations and supplications by the leader with alternate responses by the congregation **2 a** : a resonant or repetitive chant ⟨a ~ of cheering phrases —Herman Wouk⟩ **b** : a usu. lengthy recitation or enumeration ⟨a familiar ~ of complaints⟩ **c** : a sizable series or set ⟨a ~ of problems⟩

**li·tas** \ˈlē-ˌtäs\ *n, pl* **li·tai** \-ˌtī\ *or* **li·tu** \-ˌtü\ [Lith (nom. pl. *litai,* gen. pl. *litų*), fr. initial letters of NL *Lituania,* F *Lituanie,* etc.] (1923) — see MONEY table

**Lit B** *var of* LITT B

**litchi** *var of* LYCHEE

**lit crit** \ˈlit-ˌkrit\ *n* (1963) : literary criticism

**Lit D** *var of* LITT D

**lite** \ˈlīt\ *adj* **1** : [4]LIGHT 9a **2** : diminished or lacking in substance or seriousness ⟨~ news⟩; *specif* : being an innocuous or unthreatening version — often used postpositively ⟨it is film noir ~ —James Greenberg⟩

**-lite** *n comb form* [F, alter. of *-lithe,* fr. Gk *lithos* stone] : mineral ⟨rhodo*lite*⟩ : rock ⟨aero*lite*⟩ : fossil ⟨stromato*lite*⟩

**li·ter** \ˈlē-tər\ *n* [F *litre,* fr. ML *litra,* a measure, fr. Gk, a weight] (1797) : a metric unit of capacity equal to one cubic decimeter — see METRIC SYSTEM table

**lit·er·a·cy** \ˈli-t(ə-)rə-sē\ *n* (1883) : the quality or state of being literate

[1]**lit·er·al** \ˈli-t(ə-)rəl\ *adj* [ME, fr. MF, fr. ML *litteralis,* fr. L, of a letter, fr. *littera* letter] (14c) **1 a** : according with the letter of the scriptures **b** : adhering to fact or to the ordinary construction or primary meaning of a term or expression : ACTUAL ⟨liberty in the ~ sense is impossible —B. N. Cardozo⟩ **c** : free from exaggeration or embellishment ⟨the ~ truth⟩ **d** : characterized by a concern mainly with facts ⟨a very ~ man⟩ **2** : of, relating to, or expressed in letters **3** : reproduced word for word : EXACT, VERBATIM ⟨a ~ translation⟩ — **lit·er·al·i·ty** \ˌli-tə-ˈra-lə-tē\ *n* — **lit·er·al·ness** \ˈli-t(ə-)rəl-nəs\ *n*

[2]**literal** *n* (1622) : a small error usu. of a single letter (as in writing)

**lit·er·al·ism** \ˈli-t(ə-)rə-ˌliz-əm\ *n* (1644) **1** : adherence to the explicit substance of an idea or expression ⟨biblical ~⟩ **2** : fidelity to observable fact : REALISM — **lit·er·al·ist** \-list\ *n* — **lit·er·al·is·tic** \ˌli-t(ə-)rə-ˈlis-tik\ *adj*

**lit·er·al·ize** \ˈli-t(ə-)rə-ˌlīz\ *vt* **-ized; -iz·ing** (1826) : to make literal — **lit·er·al·i·za·tion** \ˌli-t(ə-)rə-lə-ˈzā-shən\ *n*

**lit·er·al·ly** \ˈli-tə-rə-lē, ˈli-trə-lē, ˈli-tər-lē\ *adv* (1533) **1** : in a literal sense or manner : ACTUALLY ⟨took the remark ~⟩ ⟨was ~ insane⟩ **2** : in effect : VIRTUALLY ⟨will ~ turn the world upside down to combat cruelty or injustice —Norman Cousins⟩

***usage*** Since some people take sense 2 to be the opposite of sense 1, it has been frequently criticized as a misuse. Instead, the use is pure hyperbole intended to gain emphasis, but it often appears in contexts where no additional emphasis is necessary.

**lit·er·ary** \ˈli-tə-ˌrer-ē\ *adj* (1749) **1 a** : of, relating to, or having the characteristics of humane learning or literature **b** : BOOKISH 2 **c** : of or relating to books **2 a** : WELL-READ **b** : of or relating to authors or scholars or to their professions — **lit·er·ar·i·ly** \ˌli-tə-ˈrer-ə-lē\ *adv* — **lit·er·ar·i·ness** \ˈli-tə-ˌrer-ē-nəs\ *n*

**literary executor** *n* (1868) : a person entrusted with the management of the papers and unpublished works of a deceased author

[1]**lit·er·ate** \ˈli-tə-rət *also* ˈli-trət\ *adj* [ME *literat,* fr. L *litteratus* marked with letters, literate, fr. *litterae* letters, literature, fr. pl. of *littera*] (15c) **1 a** : EDUCATED, CULTURED **b** : able to read and write **2 a** : versed in literature or creative writing : LITERARY **b** : LUCID, POLISHED ⟨a ~ essay⟩ **c** : having knowledge or competence ⟨computer-*literate*⟩ ⟨politically ~⟩ — **lit·er·ate·ly** *adv* — **lit·er·ate·ness** *n*

[2]**literate** *n* (ca. 1550) **1** : an educated person **2** : a person who can read and write

**li·te·ra·ti** \ˌli-tə-ˈrä-(ˌ)tē\ *n pl* [obs. It *litterati,* fr. L, pl. of *litteratus*] (1621) **1** : the educated class; *also* : INTELLIGENTSIA **2** : persons interested in literature or the arts

**lit·er·a·tim** \ˌli-tə-ˈrā-təm, -ˈrä-\ *adv or adj* [ML, fr. L *littera*] (1643) : letter for letter ⟨printed ~ from the manuscript —I. A. Gordon⟩

**lit·er·a·tion** \ˌli-tə-ˈrā-shən\ *n* [L *littera* + E *-ation*] (ca. 1889) : the representation of sound or words by letters

**lit·er·a·tor** \ˈli-tə-ˌrā-tər, ˌli-tə-ˈrä-ˌtȯr\ *n* (1791) : LITTERATEUR

**lit·er·a·ture** \ˈli-tə-rə-ˌchu̇r, ˈli-trə-ˌchu̇r, ˈli-tə(r)-ˌchu̇r, -chər, -ˌtyu̇r, -ˌtu̇r\ *n* [ME, fr. AF, fr. L *litteratura* writing, grammar, learning, fr.

teratus] (14c) ... ary work esp. a ... : writings havin[g] ... of permanent c... ⟨what came ou[t] ... —People⟩ **b** : ... guage, country, ... ⟨scientific ~⟩ ... ~⟩ **4** : the ag[gregate] ... **lit·er·a·tus** \ˌli-t... L)] (1704) : a m... **lith** *abbr* lithogr... **lith-** *or* **litho-** *co[mb form]* ... **-lith** *n comb form* ... implement of ... : -LITE ⟨laccol[ith]⟩ ... **li·tharge** \ˈli-ˌth... *lithargyros,* fr. *li*... lead monoxide; ... **lithe** \ˈlīth, ˈlīth\ ... *lentus* slow] (14... : characterized ... with a ~ silen[t] ... able of waists – ... **lithe·some** \ˈlīt... **li·thi·a·sis** \li-ˈt... 1657) : the form... bladder) ... **lith·ic** \ˈli-thik\ ... relating to, or b... **-lithic** *adj comb* ... fied) stage in hu... **lith·i·fy** \ˈli-thə-... RIFY; *esp* : to c... : to become cha... *n* ... **lith·i·um** \ˈli-thi... (1818) **1** : a sc... the lightest me... chemical synth... : a salt of lithiu[m] ... **lithium carbon[ate]** ... and ceramic in[dustries] ... disorder ... **lithium fluorid[e]** ... prisms and cera... **lithium ni·o·ba[te]** ... material LiNbO... sure or the pres... and as a synthe... **litho** \ˈli-(ˌ)thō\ ... PHY 1 ... [1]**lith·o·graph** \ˈli... thography — **li**... [2]**lithograph** *n* (1... \li-ˈthä-gra-fik\ ... **li·thog·ra·phy** ... -graphy] (1813) ... smooth stone o... receptive and th... ing patterns on ... **li·thol·o·gy** \li-ˈ... : the character ... particular set o... **o·log·i·cal** \-ji-... **lith·o·phane** \ˈl... *aphan* diaphan... are made distin[ct] ... **lith·o·phyte** \ˈli... **lith·o·pone** \ˈli-... white pigment ... **lith·o·sol** \ˈli-th... group of shallo[w] ... fragments ... **lith·o·sphere** \ ... body (as the ea[rth]) ... of rock essenti... crust and oute... about 60 miles ... thə-ˈsfir-ik, -ˈsfe... **li·thot·o·my** \li-... *tomein* to perfo... TOME] (1721) : ... stone ... **lith·o·trip·sy** \ˈl... *tribein* to rub - ... waves or crush... nary system int... **lith·o·trip·ter** *a*... *tor,* fr. *lithontri*... *maka tōn) lithō*... : a device for ... pulverizes ston[es] ... water bath ... **Lith·u·a·nian** \ ... : a native or ir... Lithuanian peo... **lit·i·gant** \ˈli-ti-g... **lit·i·gate** \ˈli-tə-... *lit-, lis* lawsuit + ... a legal contest ... contest at law ⟨ ... **tion** \ˌli-tə-ˈgā-...



**orchestral • ordinary** 873

ancient Greek theater **b :** a corresponding semicircular space in a Roman theater used for seating important persons **2 a :** the space in front of the stage in a modern theater that is used by an orchestra **b :** the forward section of seats on the main floor of a theater **c :** the main floor of a theater **3 :** a group of musicians including esp. string players organized to perform ensemble music — compare BAND

**or·ches·tral** \ȯr-ˈkes-trəl\ *adj* (ca. 1811) **1 :** of, relating to, or composed for an orchestra **2 :** suggestive of an orchestra or its musical qualities — **or·ches·tral·ly** \-trə-lē\ *adv*

**or·ches·trate** \ˈȯr-kə-ˌstrāt\ *vt* **-trat·ed; -trat·ing** (1880) **1 a :** to compose or arrange (music) for an orchestra **b :** to provide with orchestration ⟨~ a ballet⟩ **2 :** to arrange or combine so as to achieve a desired or maximum effect ⟨*orchestrated* preparations for the banquet⟩ — **or·ches·tra·tor** *also* **or·ches·trat·er** \-ˌstrā-tər\ *n*

**or·ches·tra·tion** \ˌȯr-kə-ˈstrā-shən\ *n* (ca. 1859) **1 :** the arrangement of a musical composition for performance by an orchestra; *also* **:** orchestral treatment of a musical composition **2 :** harmonious organization ⟨develop a world community through ~ of cultural diversities —L. K. Frank⟩ — **or·ches·tra·tion·al** \-shnəl, -shə-nᵊl\ *adj*

**or·chid** \ˈȯr-kəd\ *n* [irreg. fr. NL *Orchis*] (1845) **1 :** any of a large family (Orchidaceae, the orchid family) of perennial epiphytic or terrestrial monocotyledonous plants that usu. have showy 3-petaled flowers with the middle petal enlarged into a lip and differing from the others in shape and color **2 :** a light purple — **or·chid·like** \-ˌlīk\ *adj*

orchid 1

**or·chi·da·ceous** \ˌȯr-kə-ˈdā-shəs\ *adj* [NL *Orchidaceae*, family name, fr. *Orchis*] (1838) **1 :** of, relating to, or resembling the orchids **2 :** SHOWY, OSTENTATIOUS

**or·chi·ec·to·my** \ˌȯr-kē-ˈek-tə-mē\ *n, pl* **-mies** [Gk *orchis* + E *-ectomy*] (ca. 1894) **:** surgical removal of one or both testes

**or·chis** \ˈȯr-kəs\ *n* [NL, fr. L, orchid, fr. Gk, testicle, orchid; akin to MIr *uirgge* testicle] (1562) **:** ORCHID; *esp* **:** any of a genus (*Orchis*) of orchids with fleshy roots and a spurred lip

**ord** *abbr* **1** order **2** ordnance

**or·dain** \ȯr-ˈdān\ *vb* [ME *ordeinen*, fr. AF *ordener, ordeiner*, fr. LL *ordinare*, fr. L, to put in order, appoint, fr. *ordin-, ordo* order] *vt* (14c) **1 :** to invest officially (as by the laying on of hands) with ministerial or priestly authority **2 a :** to establish or order by appointment, decree, or law **:** ENACT ⟨we the people . . . do ~ and establish this Constitution —*U.S. Constitution*⟩ **b :** DESTINE, FOREORDAIN ~ *vi* **:** to issue an order — **or·dain·er** *n* — **or·dain·ment** \-ˈdān-mənt\ *n*

**or·deal** \ȯr-ˈdē(-ə)l, ˈȯr-ˌ\ *n* [ME *ordal*, fr. OE *ordāl*; akin to OHG *urteil* judgment, OE *dǣl* division — more at DEAL] (bef. 12c) **1 :** a primitive means used to determine guilt or innocence by submitting the accused to dangerous or painful tests believed to be under supernatural control ⟨~ by fire⟩ **2 :** a severe trial or experience

**¹or·der** \ˈȯr-dər\ *vb* **or·dered; or·der·ing** \ˈȯr-d(ə-)riŋ\ [ME, fr. *ordre*, n.] *vt* (13c) **1 :** to put in order **:** ARRANGE **2 a :** to give an order to **:** COMMAND **b :** DESTINE, ORDAIN ⟨so ~*ed* by the gods⟩ **c :** to command to go or come to a specified place ⟨~*ed* back to the base⟩ **d :** to give an order for ⟨~ a meal⟩ ~ *vi* **1 :** to bring about order **:** REGULATE **2 a :** to issue orders **:** COMMAND **b :** to give or place an order — **or·der·able** \-ə-bəl\ *adj* — **or·der·er** \-dər-ər\ *n*

***syn*** ORDER, ARRANGE, MARSHAL, ORGANIZE, SYSTEMATIZE, METHODIZE mean to put persons or things into their proper places in relation to each other. ORDER suggests a straightening out so as to eliminate confusion ⟨*ordered* her business affairs⟩. ARRANGE implies a setting in sequence, relationship, or adjustment ⟨*arranged* the files numerically⟩. MARSHAL suggests gathering and arranging in preparation for a particular operation or effective use ⟨*marshaling* the facts for argument⟩. ORGANIZE implies arranging so that the whole aggregate works as a unit with each element having a proper function ⟨*organized* the volunteers into teams⟩. SYSTEMATIZE implies arranging according to a predetermined scheme ⟨*systematized* billing procedures⟩. METHODIZE suggests imposing an orderly procedure rather than a fixed scheme ⟨*methodizes* every aspect of daily living⟩. ***syn*** see in addition COMMAND

**²order** *n* [ME, fr. AF *ordre*, fr. ML & L; ML *ordin-, ordo* ecclesiastical order, fr. L, arrangement, group, class; akin to L *ordiri* to lay the warp, begin] (14c) **1 a :** a group of people united in a formal way: as **(1) :** a fraternal society ⟨the Masonic *Order*⟩ **(2) :** a community under a religious rule; *esp* **:** one requiring members to take solemn vows **b :** a badge or medal of such a society; *also* **:** a military decoration **2 a :** any of the several grades of the Christian ministry **b** *pl* **:** the office of a person in the Christian ministry **c** *pl* **:** ORDINATION **3 a :** a rank, class, or special group in a community or society **b :** a class of persons or things grouped according to quality, value, or natural characteristics: as **(1) :** a category of taxonomic classification ranking above the family and below the class **(2) :** the broadest category in soil classification **4 a (1) :** RANK, LEVEL ⟨a statesman of the first ~⟩ **(2) :** CATEGORY, CLASS ⟨in emergencies of this ~ —R. B. Westerfield⟩ **b (1) :** the arrangement or sequence of objects or of events in time ⟨listed the items in ~ of importance⟩ ⟨the batting ~⟩ **(2) :** a sequential arrangement of mathematical elements **c :** DEGREE 12a, b **d (1) :** the number of times differentiation is applied successively ⟨derivatives of higher ~⟩ **(2)** *of a differential equation* **:** the order of the derivative of highest order **e :** the number of columns or rows or columns and rows in a magic square, determinant, or matrix ⟨the ~ of a matrix with 2 rows and 3 columns is 2 by 3⟩ **f :** the number of elements in a finite mathematical group **5 a (1) :** a sociopolitical system ⟨was opposed to changes in the established ~⟩ **(2) :** a particular sphere or aspect of a sociopolitical system ⟨the present economic ~⟩ **b :** a regular or harmonious arrangement ⟨the ~ of nature⟩ **6 a :** a prescribed form of a religious service **:** RITE **b :** the customary mode of procedure esp. in debate ⟨point of ~⟩ **7 a :** the state of peace, freedom from confused or unruly behavior, and respect for law or proper authority ⟨promised to restore law and ~⟩ **b :** a specific rule, regulation, or authoritative direction **:** COMMAND **8 a :** a style of building **b :** a type of column and entablature forming the unit of a style **9 a :** state or condition esp. with regard to functioning or repair ⟨things were in terrible ~⟩ **b :** a proper, orderly, or functioning condition ⟨their passports were in ~⟩ ⟨the phone is out of ~⟩ **10 a :** a written direction to pay money to someone **b :** a commission to purchase, sell, or supply goods or to perform work **c :** goods or items bought or sold **d :** an assigned or requested undertaking ⟨landing men on the moon was a tall ~⟩ **11 :** ORDER OF THE DAY ⟨flat roofs were the ~ in the small villages⟩ — **or·der·less** \-ləs\ *adj* — **in order :** APPROPRIATE, DESIRABLE ⟨an apology is *in order*⟩ — **in order to :** for the purpose of — **on order :** in the process of being ordered — **on the order of 1 :** after the fashion of **:** LIKE ⟨a genius *on the order of* Newton —D. B. Botkin⟩ **2 :** ABOUT, APPROXIMATELY ⟨spent *on the order of* two million dollars⟩ — **to order :** according to the specifications of an order ⟨shoes made *to order*⟩

order 8b: *1* Corinthian, *2* Doric, *3* Ionic

**order arms** *n* [fr. the command *order arms!*] (1847) **1 :** a command to return the rifle to order arms from present arms or to drop the hand from a hand salute **2 :** a position in the manual of arms in which the rifle is held vertically beside the right leg with the butt resting on the ground

**or·dered** \ˈȯr-dərd\ *adj* (1579) **:** characterized by order: as **a :** marked by regularity or discipline ⟨led an ~ life⟩ **b :** marked by regular or harmonious arrangement or disposition ⟨an ~ landscape⟩ ⟨the ~ crystal structure⟩ **c :** having elements arranged or identified according to a rule: as **(1) :** having the property that every pair of different elements is related by a transitive relationship that is not symmetric **(2) :** having elements labeled by ordinal numbers ⟨an ~ triple has a first, second, and third element⟩

**or·der·li·ness** \ˈȯrd-ər-lē-nəs\ *n* (1571) **:** the quality or state of being orderly

**¹or·der·ly** \-lē\ *adj* (1570) **1 a (1) :** arranged or disposed in some order or pattern **:** REGULAR ⟨~ rows of houses⟩ **(2) :** marked by order **:** TIDY ⟨keeps an ~ desk⟩ **b :** governed by law **:** REGULATED ⟨an ~ universe⟩ **c :** METHODICAL ⟨an ~ mind⟩ **2 :** well behaved **:** PEACEFUL ⟨an ~ crowd⟩ — **orderly** *adv*

**²orderly** *n, pl* **-lies** (1781) **1 :** a soldier assigned to perform various services (as carrying messages) for a superior officer **2 :** a hospital attendant who does routine or heavy work (as cleaning, carrying supplies, or moving patients)

**order of battle** (1702) **1 :** the disposition of troops or ships ready for combat **2 :** a tabular compilation of units, commanders, equipment, and their locations in a theater of operation

**order of business** [*order of business* (predetermined sequence of matters to be dealt with by an assembly)] (ca. 1890) **:** a matter which must be dealt with **:** TASK ⟨the budget was the first *order of business* at the committee meeting⟩

**order of magnitude** (1875) **:** a range of magnitude extending from some value to ten times that value

**order of the day** (1698) **1 :** the business or tasks appointed for an assembly for a given day **2 :** the characteristic or dominant feature or activity ⟨growth and change are the *order of the day* in every field —Ruth G. Strickland⟩

**¹or·di·nal** \ˈȯrd-nəl, ˈȯr-də-nəl\ *n* (14c) **1** *cap* [ME, fr. ML *ordinale*, fr. LL, neut. of *ordinalis*] **:** a book of rites for the ordination of deacons, priests, and bishops **2** [LL *ordinalis*, fr. *ordinalis*, adj.] **:** ORDINAL NUMBER

**²ordinal** *adj* [LL *ordinalis*, fr. L *ordin-, ordo*] (1599) **1 :** of a specified order or rank in a series **2 :** of or relating to a taxonomic order

**ordinal number** *n* (1607) **1 :** a number designating the place (as first, second, or third) occupied by an item in an ordered sequence — see NUMBER table **2 :** a number assigned to an ordered set that designates both the order of its elements and its cardinal number

**or·di·nance** \ˈȯrd-nən(t)s, ˈȯr-də-nən(t)s\ *n* [ME, fr. AF & ML; AF *ordenance* order, disposition, fr. ML *ordinantia*, fr. L *ordinant-, ordinans*, prp. of *ordinare* to put in order — more at ORDAIN] (14c) **1 a :** an authoritative decree or direction **:** ORDER **b :** a law set forth by a governmental authority; *specif* **:** a municipal regulation **2 :** something ordained or decreed by fate or a deity **3 :** a prescribed usage, practice, or ceremony ***syn*** see LAW

**or·di·nand** \ˌȯr-də-ˈnand\ *n* [LL *ordinandus*, gerundive of *ordinare* to ordain] (ca. 1842) **:** a candidate for ordination

**¹or·di·nary** \ˈȯr-də-ˌner-ē\ *n, pl* **-nar·ies** [ME *ordinarie*, fr. AF & ML; AF, fr. ML *ordinarius*, fr. L *ordinarius*, adj.] (14c) **1 a (1) :** a prelate exercising original jurisdiction over a specified territory or group **(2) :** a clergyman appointed formerly in England to attend condemned criminals **b :** a judge of probate in some states of the U.S. **2** *often cap* **:** the parts of the Mass that do not vary from day to day **3 :** the regular or customary condition or course of things — usu. used in the phrase *out of the ordinary* **4 a** *Brit* **:** a meal served to all comers at a fixed price **b** *chiefly Brit* **:** a tavern or eating house serving regular meals **5 :** a common heraldic charge (as the bend) of simple form

**²ordinary** *adj* [ME *ordinarie*, fr. L *ordinarius*, fr. *ordin-, ordo* order] (15c) **1 :** of a kind to be expected in the normal order of events **:** ROUTINE, USUAL ⟨an ~ day⟩ **2 :** having or constituting immediate or original jurisdiction; *also* **:** belonging to such jurisdiction **3 a :** of common quality, rank, or ability ⟨an ~ teenager⟩ **b :** deficient in

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ue, ʸ\ *see* Guide to Pronunciation

**que·bra·cho** \kā-ˈbrä-(ˌ)chō, ki-\ *n* [AmerSp, alter. of *quiebracha*, fr. Sp *quiebra* it breaks + *hacha* ax] (ca. 1881) **1** : any of several trees of southern So. America with hard wood: as **a** : a tree (*Aspidosperma quebracho*) of the dogbane family which occurs chiefly in Argentina and Chile and whose dried bark is used as a respiratory sedative in dyspnea and in asthma **b** : a chiefly Argentine tree (*Schinopsis lorentzii*) of the cashew family with dense wood rich in tannins **2 a** : the wood of a quebracho **b** : a tannin-rich extract of the Argentine quebracho used in tanning leather

**Que·chua** \ˈke-chə-wə, ˈkech-wə\ *n, pl* **Quechua** *or* **Quechuas** [Sp, prob. fr. Southern Peruvian Quechua *qheswa* (*simi*), lit., valley speech] (1840) **1** : a family of languages spoken by Indian peoples of Peru, Bolivia, Ecuador, Chile, and Argentina **2 a** : a member of an Indian people of central Peru **b** : a group of peoples forming the dominant element of the Inca Empire — **Que·chu·an** \-wən\ *adj or n*

[1]**queen** \ˈkwēn\ *n* [ME *quene*, fr. OE *cwēn* woman, wife, queen; akin to Goth *qens* wife, Gk *gynē* woman, Skt *jani*] (bef. 12c) **1 a** : the wife or widow of a king **b** : the wife or widow of a tribal chief **2 a** : a female monarch **b** : a female chieftain **3 a** : a woman eminent in rank, power, or attractions ⟨a movie ∼⟩ **b** : a goddess or a thing personified as female and having supremacy in a specified realm **c** : an attractive girl or woman; *esp* : a beauty contest winner **4** : the most privileged piece of each color in a set of chessmen having the power to move in any direction across any number of unoccupied squares **5** : a playing card marked with a stylized figure of a queen **6** : the fertile fully developed female of social bees, ants, and termites whose function is to lay eggs **7** : a mature female cat kept esp. for breeding **8** *often disparaging* : a male homosexual; *esp* : an effeminate one

[2]**queen** *vi* (1611) **1** : to act like a queen; *esp* : to put on airs — usu. used with *it* ⟨∼*s* it over her friends⟩ **2** : to become a queen in chess ⟨the pawn ∼*s*⟩ ∼ *vt* : to promote (a pawn) to a queen in chess

**Queen Anne** \-ˈan\ *adj* [*Queen Anne* of England] (1863) **1** : of, relating to, or having the characteristics of a style of furniture originating in England under Dutch influence esp. during the first half of the 18th century that is marked by extensive use of upholstery, marquetry, and Asian fabrics **2** : of, relating to, or having the characteristics of a style of English building of the early 18th century characterized by modified classic ornament and the use of red brickwork in which even relief ornament is carved

**Queen Anne's lace** *n* (1895) : a widely naturalized Eurasian biennial herb (*Daucus carota*) which has a whitish acrid taproot and flat lacelike clusters of tiny white flowers and from which the cultivated carrot originated — called also *wild carrot*

**queen consort** *n, pl* **queens consort** (1765) : the wife of a reigning king

**queen·ly** \ˈkwēn-lē\ *adj* **queen·li·er; -est** (15c) **1** : of, relating to, or befitting a queen **2** : having royal rank **3** : MONARCHICAL — **queen·li·ness** *n* — **queenly** *adv*

**queen mother** *n* (1577) : a queen dowager who is mother of the reigning sovereign

**queen post** *n* (1823) : one of two vertical tie posts in a truss (as of a roof)

*de gf* queen posts

**queen regnant** *n, pl* **queens regnant** (ca. 1639) : a queen reigning in her own right

**Queen's Bench** *n* (1707) : a division of the English superior courts system that hears civil and criminal court cases — used during the reign of a queen

**Queen's Counsel** *n* (1850) : a barrister selected to serve as counsel to the British crown — used during the reign of a queen

**queen·ship** \ˈkwēn-ˌship\ *n* (1536) **1** : the rank, dignity, or state of being a queen **2** : a regal quality like that of a queen

**queen·side** \-ˌsīd\ *n* (1897) : the side of a chessboard containing the file on which the queen sits at the beginning of the game

**queen–size** *adj* (1959) **1** : having dimensions of approximately 60 by 80 inches (about 1.5 by 2.0 meters) — used of a bed; compare FULL-SIZE, KING-SIZE, TWIN-SIZE **2** : of a size that fits a queen-size bed ⟨a ∼ sheet⟩

**queen substance** *n* (1954) : a pheromone secreted by queen bees that is consumed by worker bees and inhibits ovary development

[1]**queer** \ˈkwir\ *adj* [origin unknown] (1508) **1 a** : WORTHLESS, COUNTERFEIT ⟨∼ money⟩ **b** : QUESTIONABLE, SUSPICIOUS **2 a** : differing in some odd way from what is usual or normal **b (1)** : ECCENTRIC, UNCONVENTIONAL **(2)** : mildly insane : TOUCHED **c** : absorbed or interested to an extreme or unreasonable degree : OBSESSED **d (1)** *often disparaging* : HOMOSEXUAL **(2)** *sometimes offensive* : GAY 4b **3** : not quite well — **queer·ish** \-ish\ *adj* — **queer·ly** *adv* — **queer·ness** *n*

*usage* Over the past two decades, an important change has occurred in the use of *queer* in sense 2d. The older, strongly pejorative use has certainly not vanished, but a use by some gay people and some academics as a neutral or even positive term has established itself. This development is most noticeable in the adjective but is reflected in the corresponding noun as well. The newer use is sometimes taken to be offensive, esp. by older gay men who fostered the acceptance of *gay* in these uses and still have a strong preference for it.

[2]**queer** *vt* (ca. 1812) **1** : to spoil the effect or success of ⟨∼ one's plans⟩ **2** : to put or get into an embarrassing or disadvantageous situation

[3]**queer** *n* (ca. 1812) : one that is queer; *esp, often disparaging* : HOMOSEXUAL *usage* see [1]QUEER

**queer theory** *n* (1988) : an approach to literary and cultural study that rejects traditional categories of gender and sexuality

[1]**quell** \ˈkwel\ *vt* [ME, to kill, quell, fr. OE *cwellan* to kill; akin to OHG *quellen* to torture, kill, *quāla* torment, Lith *gelti* to hurt] (13c) **1** : to thoroughly overwhelm and reduce to submission or passivity ⟨∼ a riot⟩ **2** : QUIET, PACIFY ⟨∼ fears⟩ — **quell·er** *n*

[2]**quell** *n* [ME, fr. *quellen* to kill] (15c) **1** *obs* : SLAUGHTER **2** *archaic* : the power of quelling

**quench** \ˈkwench\ *vb* [ME, fr. OE *-cwencan;* akin to OE *-cwincan* to vanish, OFris *quinka*] *vt* (12c) **1 a** : PUT OUT, EXTINGUISH **b** : to put out the light or fire of ⟨∼ glowing coals with water⟩ **c** : to cool (as heated metal) suddenly by immersion (as in oil or water) **d** : to cause to lose heat or warmth ⟨you have ∼*ed* the warmth of France toward you —Alfred Tennyson⟩ **2 a** : to bring (something immaterial) to an end typically by satisfying, damping, cooling, or decreasing ⟨a rational understanding of the laws of nature can ∼ impossible desires —Lucius Garvin⟩ ⟨the praise that ∼*es* all desire to read the book —T. S. Eliot⟩ **b** : to terminate by or as if by destroying : ELIMINATE ⟨the Commonwealth party ∼*ed* a whole generation of play-acting —Margery Bailey⟩ ⟨∼ a rebellion⟩ **c** : to relieve or satisfy with liquid ⟨∼*ed* his thirst at a wayside spring⟩ ∼ *vi* **1** : to become extinguished : COOL **2** : to become calm : SUBSIDE — **quench·able** \ˈkwen-chə-bəl\ *adj* — **quench·er** *n* — **quench·less** \ˈkwench-ləs\ *adj*

**que·nelle** \kə-ˈnel\ *n* [F, fr. G *Knödel* dumpling, fr. MHG; akin to OHG *knoto* knot — more at KNOT] (1845) : a poached oval dumpling of pureed forcemeat (as of pike) often served in a cream sauce

**quer·ce·tin** \ˈkwər-sə-tən\ *n* [ISV, fr. L *quercetum* oak forest, fr. *quercus* oak — more at FIR] (1857) : a yellow crystalline pigment $C_{15}H_{10}O_7$ occurring usu. in the form of glycosides in various plants

**quer·cit·ron** \ˈkwər-ˌsi-trən, ˌkwər-ˈ\ *n* [blend of NL *Quercus* and ISV *citron*] (1794) **1** : a large timber oak (*Quercus velutina*) chiefly of the eastern and central U.S. **2** : the bark of the quercitron that is rich in tannin and a dye containing quercetin; *also* : the dye

**que·rist** \ˈkwir-əst, ˈkwer-\ *n* [L *quaerere* to ask] (1633) : one who inquires

**quern** \ˈkwərn\ *n* [ME, fr. OE *cweorn;* akin to OHG *quirn* hand mill, OCS *žrŭny*] (bef. 12c) : a primitive hand mill for grinding grain

**quer·u·lous** \ˈkwer-yə-ləs, -ə-ləs *also* ˈkwir-\ *adj* [ME *querelose*, fr. L *querulus*, fr. *queri* to complain] (15c) **1** : habitually complaining **2** : FRETFUL, WHINING ⟨a ∼ voice⟩ — **quer·u·lous·ly** *adv* — **quer·u·lous·ness** *n*

[1]**que·ry** \ˈkwir-ē, ˈkwer-\ *n, pl* **queries** [alter. of earlier *quere*, fr. L *quaere*, imper. of *quaerere* to ask] (ca. 1635) **1** : QUESTION, INQUIRY **2** : a question in the mind : DOUBT **3** : QUESTION MARK 2

[2]**query** *vt* **que·ried; que·ry·ing** (1654) **1** : to ask questions of esp. with a desire for authoritative information **2** : to ask questions about esp. in order to resolve a doubt **3** : to put as a question **4** : to mark with a query *syn* see ASK — **que·ri·er** *n*

**que·sa·dil·la** \ˌkā-sə-ˈdē-ə *also* -ˈthē- *or* -ˈthēl-yə\ *n* [MexSp, fr. Sp, cheese pastry, dim. of *quesada*, fr. *queso* cheese, fr. L *caseus*] (1935) : a tortilla filled with a savory mixture, folded, and usu. fried

[1]**quest** \ˈkwest\ *n* [ME, fr. AF *queste*, VL **quaesta*, fr. L, fem. of *quaestus*, pp. of *quaerere*] (14c) **1 a** : a jury of inquest **b** : INVESTIGATION **2** : an act or instance of seeking: **a** : PURSUIT, SEARCH **b** : a chivalrous enterprise in medieval romance usu. involving an adventurous journey **3** *obs* : a person or group of persons who search or make inquiry

[2]**quest** *vi* (14c) **1** *of a dog* **a** : to search a trail **b** : BAY **2** : to go on a quest ∼ *vt* **1** : to search for **2** : to ask for — **quest·er** *n*

[1]**ques·tion** \ˈkwes-chən, ˈkwesh-\ *n* [ME, fr. AF, fr. L *quaestion-, quaestio*, fr. *quaerere* to seek, ask] (14c) **1 a (1)** : an interrogative expression often used to test knowledge **(2)** : an interrogative sentence or clause **b** : a subject or aspect in dispute or open for discussion : ISSUE; *broadly* : PROBLEM, MATTER **c (1)** : a subject or point of debate or a proposition to be voted on in a meeting **(2)** : the bringing of such to a vote **d** : the specific point at issue **2 a** : an act or instance of asking : INQUIRY **b** : INTERROGATION; *also* : a judicial or official investigation **c** : torture as part of an examination **d (1)** : OBJECTION, DISPUTE ⟨true beyond ∼⟩ **(2)** : room for doubt or objection ⟨little ∼ of his skill⟩ **(3)** : CHANCE, POSSIBILITY ⟨no ∼ of escape⟩

[2]**question** *vt* (15c) **1** : to ask a question of or about **2** : to interrogate intensively : CROSS-EXAMINE **3 a** : DOUBT, DISPUTE **b** : to subject to analysis : EXAMINE ∼ *vi* : to ask questions : INQUIRE *syn* see ASK — **ques·tion·er** *n*

**ques·tion·able** \ˈkwes-chə-nə-bəl, ˈkwesh-, *in rapid speech* ˈkwesh-nə-\ *adj* (1580) **1** *obs* : inviting inquiry **2** *obs* : liable to judicial inquiry or action **3** : affording reason for being doubted, questioned, or challenged : not certain or exact : PROBLEMATIC ⟨milk of ∼ purity⟩ ⟨a ∼ decision⟩ **4** : attended by well-grounded suspicions of being immoral, crude, false, or unsound : DUBIOUS ⟨∼ motives⟩ *syn* see DOUBTFUL — **ques·tion·able·ness** *n* — **ques·tion·ably** \-blē\ *adv*

**ques·tion·ary** \ˈkwes-chə-ˌner-ē, ˈkwesh-\ *n, pl* **-ar·ies** (1887) : QUESTIONNAIRE

**ques·tion·less** \ˈkwes-chən-ləs, ˈkwesh-\ *adj* (1532) **1** : INDUBITABLE, UNQUESTIONABLE **2** : UNQUESTIONING

**question mark** *n* (1869) **1 a** : something unknown, unknowable, or uncertain **b** : someone (as an athlete) whose condition, talent, or potential for success is in doubt **2** : a mark ? used in writing and printing at the conclusion of a sentence to indicate a direct question

**ques·tion·naire** \ˌkwes-chə-ˈner, ˌkwesh-\ *n* [F, fr. *questionner* to question, fr. MF, fr. *question*, n.] (1899) **1** : a set of questions for obtaining statistically useful or personal information from individuals **2** : a written or printed questionnaire often with spaces for answers **3** : a survey made by the use of a questionnaire

**question time** *n* (1884) : a period in a session of a British parliamentary body during which members may put questions to ministers on matters concerning their departments

**questor** *var of* QUAESTOR

**quet·zal** \ket-ˈsäl, -ˈsal\ *n, pl* **quetzals** *or* **quet·za·les** \-ˈsä-(ˌ)lās, -ˈsa-\ [AmerSp, fr. Nahuatl *quetzalli* tail coverts of the quetzal] (1827) **1** : a Central American trogon (*Pharomachrus mocinno*) that has brilliant green plumage above, a red breast, and in the male long upper tail coverts **2** *pl quetzales* — see MONEY table

**Quet·zal·co·a·tl** \ˌket-səl-kə-ˈwä-tᵊl, ˌket-, -səl-ˈkwä-; ket-ˌsäl-, -ˌsal-\ *n* [Nahuatl *Quetzalcōātl*] (1578) : a chief Toltec and Aztec god identified with the wind and air and represented by a feathered serpent

[1]**queue** \ˈkyü\ *n* [F, lit., tail, fr. OF *cue, coe*, L *cauda, coda*] (1748) **1** : a braid of hair usu. worn hanging at the back of the head **2** : a waiting line esp. of persons or vehicles **3 a** : a sequence of messages or jobs held in temporary storage awaiting transmission or processing **b** : a data structure that consists of a list of records such that records are added at one end and removed from the other

[2]**queue** *vb* **queued; queu·ing** *or* **queue·ing** *vt* (1777) : to arrange or form in a queue ∼ *vi* : to line up or wait in a queue — often used with *up* — **queu·er** *n*

[1]quib·ble \ˈkw
: to evade th
: CAVIL, CARP
\-b(ə-)lər\ *n*
[2]quibble *n* [prc
shift from the
quiche \ˈkēsh
tard pie usu. l
quiche lor·ra
(1926) : a qui
[1]quick \ˈkwik\
living, *vivere* t
ALIVE **2** : ac
derstanding, t
ing⟩ (2) : r
: aroused imi
velopment or
taking place
speed, readin
steps⟩ **d** : in
cize⟩ **e** : car
dinner⟩ **3 a**
ING, SHIFTIN
: PUNGENT
angle ⟨a ∼ tu
*syn* QUICK,
or hesitation
response an
⟨*quick* refle
note training
emergency i
sponse ⟨bac
sion of qual
that makes c
swer was *ap*
[2]quick *n* (bef.
akin to ON *k*
tive spot or a
: the inmost
center of son
[3]quick *adv* (14
quick assets
assets exclud
quick bread
powder or ba
batter mixtu
quick·en \ˈk
ˈkwik-niŋ\ *vt*
livened : STI
more intense
her steps⟩
steeper ∼ *vi*
enter into a
the soil⟩ **3** :
**4** : to shine n
become mor
\ˈkwi-kə-nər,
*syn* QUICKE
ly. QUICKEN
thing inert ⟨
sizes the im
chanical or
suggests a s
her lectures
or energizin
the dying cl
quick fix *n* (1
to a problem
quick–freeze
-freez·ing (
crystals form
and flavor ar
quick·ie \ˈkw
a hurry: as
picture or bo
quick kick *n*
down made
the opposing
quick·lime \
quick·sand \
*esp* : a deep
jects readily
people into c
quick·set \-
grow esp. in
grown from
[1]quick·sil·ver
[2]quicksilver
: MERCURIA
quick·step \
ifying a marc
quick–tem·p
quick time *n*
inches in len
quick–wit·te
derstanding
ly *adv* — qu
[1]quid \ˈkwid\
pound sterli
[2]quid *n* [E dia
(ca. 1727) :
quid·di·ty \ˈk
*tas* essence,