# EXHIBIT 13

Dockets.Justia.com

Entry printed from *Oxford English Dictionary Online*

Copyright © Oxford University Press 2006

---

# in, *prep.*

SECOND EDITION 1989

(ɪn)  Forms: α. 1- **in**; also 3 *Orm.* **inn**, 5 **yn**(**e**, **ynne**. β. 2-6 **i**, **i**-, 3-4 **y**, 6- **i'**. [Common Teut. = OFris., OS., OHG., Goth. *in*, ON. *í* (Sw., Da. *i*), cognate with L. *in*, Gr. ἐν.

   In OE., in all those texts in which the word occurs, the full form *in* is used, but in early ME. the apocopated *i* became common in certain dialects.

   In the *Ormulum*, *inn* ( = *in*) is employed before vowels and *h*, and *i* before all consonants except *h*. Early southern texts, such as the *Lamb.* and *Cott. Homilies*, *Juliana*, *St. Kath.*, *St. Marher.*, *Ancr. R.*, etc., show a similar tendency, but with more or less irregularity, the MSS. often differing in this respect; on the whole, *i* is preferred when the prep. precedes the definite article or the demonstrative pronouns, as *i þe*, *i þis*, *i þat*. In some of these texts (*Ancr. R.*, *Lamb. Hom.*) the relations of the two forms are further complicated by the use of INE, which also appears (e.g. in *Ayenb.*, *Owl & Night.*, *Shoreham*) where *i* is rare or altogether wanting. The prevalence of *i* in these southern texts suggests that Ormin's use of this form was not due to Scandinavian influence, especially as northern writers (including Scottish down to 1600) always employed *in*, though *i'* is common in the modern dialects. In standard English from the time of Chaucer *in* has been the normal form; but former colloquial usage is sometimes retained in verse in the combination *i' th'*, or as an archaism in *i' faith*.

   *c*1175 *Lamb. Hom.* 79 þe uisces iþe wetere and fuȝeles iþe lufte. **c1200** ORMIN Ded. 5 Broþerr min i Godess hus. *Ibid.* 506 To serrvenn i þe temmple. *c*1205 LAY. 1231 Biȝende France i þet west. **a1240** *Sawles Warde* in *Cott. Hom.* 245, I þis hus is þe huse lauerd. **1610** SHAKES. *Temp.* I. ii. 84 All hearts i' th state. *Ibid.* 130 Ith' dead of darkenesse. *Ibid.* II. i. 147 I' th' Commonwealth. **a1734** [see 29]. **1785** BURNS *Vision* I. ii, Whan the day had clos'd his e'e, Far i' the west. **1855** BROWNING *Bp. Blougram's Apol.* 2 Cool i'faith! We ought to have our Abbey back you see.]

   *General Sense*:— The preposition expressing the relation of inclusion, situation, position, existence, or action, within limits of space, time, condition, circumstances, etc. In ancient times, expressing also (like L. *in*) motion or direction from a point outside to one within limits; the two senses being determined by the case of the word expressing the limits, the former taking the *dative* (originally locative), the latter the *accusative* or case of direction. These cases being subsequently levelled, this distinction ceased to be practicable, and the latter relation is now ordinarily expressed by the compound *in-to*, INTO; but there are various locutions in which (either

because the accompanying verb conveys the sense of motion, or through the preservation of an ancient phrase without analysis) *in* still expresses motion from without to within.

In OE. (as in OS. and to some extent in OFris.) the prep. *in* was displaced by the prep. *on* (WGer. *an*, Goth. *ana*), so that in classical and late WSaxon, and to some extent in other OE. dialects, *on* was used for both *on* and *in*, an emphatic or distinctive sense of 'in' being however expressed by *innan*. (See full details in Dr. T. Miller, *OE. Version of Bede*, Introd. xxxiii-xliv.) In Anglian, esp. in the north and west, *in* remained (though, under WSax. influence, often displaced by *on* in documents); and in ME. the distinction of *in* and *on* was gradually restored, though many traces of their former blending still remain. (See sense 2.)

The formal coincidence of *in* with the L. prep. *in* (with which it is originally cognate) led to its being employed, in translating from L., in senses or uses which were idiomatic in L., but not originally English. These also have affected the current contextual use of the preposition.

### I. Of position or location.

Primarily *in* (of position) is opposed to *out of*: anything which is *in* a given space is not *out of* it, and *vice versa*. The compound *with-in*, is mainly an equivalent of *in* emphasizing the relation to limits. The simple relation-words nearest in sense to *in* are *at* and *on*, with which *in* sometimes has common ground, e.g. '*in* or *at* Oxford', '*in* or *on* a street', '*in* or *on* behalf of a man'. *In* may also have common ground with *with*, as 'to travel *in* or *with* a caravan, a railway train, etc.'.

### 1. a. Of place or position in space or anything having material extension: Within the limits or bounds of, within (any place or thing).

May relate to a space of any size, however large or small: e.g. *in* the universe, *in* the world, *in* heaven, *in* hell, *in* the earth, *in* the sea (otherwise *on* the earth, *on* the sea, *at* sea), *in* a ship, vessel, *in* a field, wood, forest, desert, wilderness (but *on* a heath, moor, or common), *in* (U.S. *on*) a street, *in* a house, carriage, box, drawer, nut-shell, drop of water, etc.

Also (U.S.) *in* school, attending a school, receiving education at a school = (U.K.) *at school* (cf. SCHOOL *n*.[1] 1b). In former times *in school* was also used in Britain in the sense 'attending a school': see quot. *c*1205 s.v. SCHOOL *n*.[1] 1b. Also *c*900 *Bæda's Eccl. Hist.* (1890) 190/12 Sum leornungmon in scole Scotta cynnes; *a*1350 *Harley Lyrics* (1948) 63 Whil y wer a clerc in scole.

*a*700 *Epinal Gloss.* 549 In curia, in maethlae. *c*825 *Vesp. Psalter* viii. 2 Hu wundurlic is noma ðin in alre eorðan. *c*1175 *Lamb. Hom.* 7 þa children pleȝeden in þere strete. *Ibid.* 23 þa men þe beoð in þe castel. *c*1205 LAY. 17490 In þan brade uelde. **1297** R. GLOUC. (Rolls) 2

Engelond Iset in þe on ende of þe worlde as al in þe west. *c*1330 R. BRUNNE *Chron. Wace* (Rolls) 8253 þey are now saylynge in þe se. **1362** LANGL. *P. Pl.* A. I. 114 Summe in þe Eir, and summe in þe Eorþe, and summe in helle deope. **1426** *E.E. Wills* (1882) 73 My bachous in Wodestrete. **1470-85** MALORY *Arthur* X. i, In euery place he asked..after sir Launcelot, but in no place he coude not here of hym. **1551** RECORDE *Pathw. Knowl.* I. xxvii, The circle is not named to be drawen in a triangle, because it doth not touche the sides of the triangle. **1608** TOPSELL *Serpents* (1658) 741 Dryed in a furnace. **1653**-**1756** In the open air [see AIR *n.* 3b]. **1660** WOOD *Life* 4 Dec. (O.H.S.) I. 350 His chamber in Merton Coll. *a*1707 BP. PATRICK *Autobiog.* (1839) 105, I never saw greater devotion in any countenance. **1711** ADDISON *Spect.* No. 10 ¶4 Spectators, who live in the World without having anything to do in it. **1818** SHELLEY *Rev. Islam* X. xv, The fish were poisoned in the streams; the birds In the green woods perished. **1828** SCOTT *F.M. Perth* ii, Adjacent to Couvrefew Street in which they lived. **1848** J. F. COOPER *Jack Tier* I. iii. 80 *In* a vessel is as correct as *in* a coach, and *on* a vessel, as wrong as can be; but you can say *on board* a vessel, though not 'on the boards of a vessel'. **1849** MACAULAY *Hist. Eng.* I. i. 150 The restored wanderer reposed safe in the palace of his ancestors. **1852** DICKENS *Bleak Ho.* vi, The wind's in the East. **1855** KINGSLEY *Heroes, Perseus* I. 4 They are..in the open sea. **1873** TRISTRAM *Moab* viii. 157 An orderly in the doorway. **1898** F. MONTGOMERY *Tony* 9 In a somewhat crowded train. **1916** 'TAFFRAIL' *Pincher Martin* xiv. 248 'When I was in the old *Somerset*, in nineteen-nine,' somebody would start the ball rolling, 'we had a fellow who'——. **1942** *Short Guide Gt. Brit.* (U.S. War Dept.) 8 The tales of Scott and Robert Louis Stevenson which many of you read in school. **1972** R. QUIRK et al. *Gram. Contemp. Eng.* 310 He's {at school (BrE) / in school (AmE)} (= 'He attends/is attending school'). He's in school (= (in BrE) 'He's actually inside the building—not, *eg* on the playing fields').

**b.** After *in*, the article is often omitted, esp. when the function of the place is the prominent notion; as in *bed*, in *chancery*, in *chapel*, in *church*, in *court*, in *hall*, in *prison*, in *school*, in *town*: see the ns.

*in earth*, *in sea*, follow *in heaven*, *in hell*, which are treated like geographical proper names: see c.

*c*1175 *Lamb. Hom.* 59 In eorðe, in heuene is his mahte. *a*1300 *Cursor M.* 11793 (Gött.) Alle þai drouned in see. **1389** in *Eng. Gilds* (1870) 5 Be he in toun oþer out of toun. **1398** TREVISA *Barth. De P.R.* VI. xii. (1495) 196, I suffre not a woman to teche in chyrche. **1593** SHAKES. *3 Hen. VI*, III. ii. 70, I had rather lye in Prison. **1675** tr. *Machiavelli's Prince* (Rtldg.) 297 Strasburg..has a million of florins..in bank. **1744** BERKELEY *Siris* §77 A large glass every hour..taken in bed. **1852** DICKENS *Bleak Ho.* ii, In

Chancery. Between John Jondyce [etc.]. *Mod.* Hundreds lay languishing in prison.

**c.** *In* is used with the proper names of continents, seas, countries, regions, provinces, and other divisions, usually also of large cities, esp. the capital of a country, and of the city or town in which the speaker lives. Cf. AT *prep.* 2.

*c*900 *O.E. Chron.* an. 894 þa ᵹegaderedon þa þe in Norþhymbrum buᵹeað & on East Englum. **971** *Blickl. Hom.* 211 Wæs he..in Italia afeded, in Ticinan þære byriᵹ. *c*1205 LAY. 10712 Wes Allec þe king in are temple in Lundenne. *a*1300 *Cursor M.* 24765 Willam basterd, þat warraid in jngland ful hard. **1526** TINDALE *Matt.* iv. 13 Jesus..went and dwelte in Capernaum. **1686** F. SPENCE tr. *Varilla's Ho. Medicis* 176 The worthiest man in Europe. **1841** THACKERAY *Gt. Hoggarty Diam.* ix, We wished her at—Bath; certainly not in London. **1849** MACAULAY *Hist. Eng.* ii. I. 158 The Presbyterian system was fully established nowhere but in Middlesex and Lancashire.

**†2.    a.** = ON (of position). *Obs.*

Partly a reaction from the blending of *in* with *on* in OE.; but partly also transl. L. *in*, and partly due to a different notion in reference to the n.

*Beowulf* (Z.) 1952 Hio syððan well in gum-stole gode mære..breac. *a*1000 *Riddles* xli. 98 (Gr.) Ne hafu ic in heafde hwite loccas. *a*1000 *Cædmon's Dan.* 723 (Gr.) Engel drihtnes..wrat þa in waᵹe worda ᵹerynu. *c*1250 *Meid. Maregr.* xlvii, Ho..Sette ir fot in is necke. **1297** R. GLOUC. (Rolls) 6179 Me slou is folc aboute in eche syde. *a*1300 *Cursor M.* 8136 An heremite þar þai fand at ham, In þat montan. *Ibid.* 11819 In his heued he has þe scall. *a*1300 etc., In a chair [see CHAIR *n.* 1]. *c*1305 *St. Andrew* 42 in *E.E.P.* (1862) 99 In þe Rode as þi louerd deide: ic wole sette þe. *c*1380 WYCLIF *Wks.* (1880) 457 þe pope sittiþ in his troone. *c*1430 *Pilgr. Lyf Manhode* II. xcviii. (1869) 111 þat oon bar þat ooþer in hire nekke. *c*1449 PECOCK *Repr.* II. ii. 138 Sette him up an hiᵹe in the eend of a long pole. *Ibid.* v. 166 Write sum..carect with cole..in the wal. **1480** *Robt. Devyll* 28 He kneled downe in the floore. *a*1550 *Christis Kirke Gr.* xviii, His wyfe hang in his waist. **1607** TOPSELL *Four-f. Beasts* (1658) 241 The Rider must lay the rains in his neck. **1664** MARVELL *Corr.* Wks. 1872-5 II. 157 *note*, Farr from making any favourable impressions in the Tzar. **1692** S. PATRICK *Answ. Touchstone* 89 Antichrist is long ago in the Throne of the Roman Church. **1701** *Stanley's Hist. Philos.* Biog. 10 He..spent his Time in the Solitary Top of a Mountain. **1730** A. GORDON *Maffei's Amphith.* 42 Flattering Fame is..generally in the magnifying Side.

**†b.** = AT. *Obs.*

> **1647** CLARENDON *Hist. Reb.* VI. §85 Then was the General..in the head of his Regiment..shot in the thigh. **1653** HOLCROFT *Procopius* 20 The Barbarians came up close, with Gelimer in the head of them. **1671** MILTON *P.R.* I. 98 Ere in the head of nations he appear.

**3.** *In* is now regular with collectives thought of as singular (*in an army*, *a crowd*); *among* with plurals, or collectives thought of as plural (*among the people*); but through Latin influence *in* was formerly used also with plurals.

> *c*825 *Vesp. Psalter* lxvi. 3 Ðæt we oncnawen..in allum ðiodum hælu ðin. *a*900 CYNEWULF *Crist* 195 in *Exeter Bk.*, ᵹen strengre is þæt ic..scyle..lifᵹan siþþan fracoð in folcum. *c*950 *Lindisf. Gosp.* Luke i. 28 ᵹebloedsad ðu in wifum. *c*1380 WYCLIF *Sel. Wks.* III. 445 Freris wold not here þis publischt in þe pepul. **1388** —— *Ps.* lxvi. 3 [lxvii. 2] That we knowe thi weie on erthe, thin heelthe in alle folkis. **1535** COVERDALE *Judith* viii. 21 Seinge ye are the honorable and elders in the people of God.

**4.** With numerals, nouns of quantity, and the like, expressing ratio or rate. Esp. of a gradient.

> **1598** W. PHILLIPS *Linschoten* (1864) 171 Commonly worth fiue and twenty or thirty in the hundred profit. *a*1613 OVERBURY *Char., Creditour* Wks. (1856) 161 He takes ten groats i' th' pound. **1703** MOXON *Mech. Exerc.* 239 Dearer..by about six Shillings in a Thousand. **1726** LEONI tr. *Alberti's Archit.* I. 74/1 A very good Rise for a slope is half an inch in every three foot. **1732** NEAL *Hist. Purit.* I. Pref. 7 Not one beneficed clergyman in six was capable of composing a sermon. **1761** WESLEY *Jrnl.* 23 June (1827) III. 62 Ninety-nine in a hundred were attentive. **1830**, etc. [see ONE 5b]. **1840** [see GRADE *n.* 10]. **1861**, **1868** [see GRADIENT *n.* 1]. **1869** *Bradshaw's Railway Manual* XXI. 318 The gradients and curves are generally favourable, the steepest gradient being 1 in 82$\frac{1}{2}$. **1892** *Law Times* XCII. 147/1 A debtor..offered 6*s.* 8*d.* in the pound. **1923** *Michelin Guide Gt. Brit.* (ed. 7) facing p. 277, Gradients on roads are shown thus:..1 in 20 to 1 in 14. 1 in 14 to 1 in 10. 1 in 10 and over. **1973** E. COURSE *Railways S. Eng.: Main Lines* i. 29 Over the nineteen and a half miles from Redhill to Tonbridge the maximum gradient was 1 in 250.

**5. a.** Defining the particular part of anything in which it is affected.

> *a*1225 *Ancr. R.* 112 A lutel ihurt i þen eie derueð more þen deð a muchel iðe hele. *a*1300 *Cursor M.* 7224 Man aght to dred þe brand þat brint him

forwit in his hand. *Ibid.* 12184 Leui was wrath..And gaf him in þe heued a dint. *a*1533 LD. BERNERS *Huon* cxlviii. 558 Huon..kyst her in the mouth. *a*1618 RALEIGH *Prerog. Parl.* (1628) 45 He was knock't in the head by Parliament. *a*1626 MIDDLETON *More Dissemblers* V. i, There's many..Whom I have nipp'd i' th' ear. **1703** MOXON *Mech. Exerc.* 36 You must mend it in that place. **1795** *Hist.* in *Ann. Reg.* 70 A masked battery took them in flank. **1858** CARLYLE *Fredk. Gt.* IX. ix. II. 491 King of the Two Sicilies..whom Naples, in all ranks of it, willingly homages as such. **1898** *Tit-Bits* 17 Sept. 484/1 The horse..is blind in one eye.

**b.** In phrases implying incidental distribution, e.g. *in parts*, *in places*.

**1905** [see CURATE 2b]. **1922** D. H. LAWRENCE *England, my England* 132 And I sensed I was a prisoner, for the snow was everywhere deep, and drifted in places. **1924** A. D. SEDGWICK *Little French Girl* II. v, The long iron staircase down the face of the cliff was almost as steep as a fire escape in places. **1973** *Listener* 8 Feb. 167/2 The Appeal Court..found the [Warhol] film dull, dreary, and offensive in parts.

**6.** Expressing relation to that which covers, clothes, or envelopes, its material, its colour, etc., = clothed in, wearing, enveloped in, bound in, etc.: as a lady *in a court dress*, *in a Gainsborough hat*, *in muslin*, *in mourning*, *in white*, *in curl-papers*, a man *in armour*, *in slippers*, *in a wig*, a parcel *in brown paper*, etc. (*in* ARMS, and other idiomatic uses: see the substantives.) Cf. also 13b.

*a*1000 *Cædmon's Exod.* 212 (Gr.) Sæton æfter beorᵹum in blacum reafum. *a*1240 *Wohunge* in *Cott. Hom.* 277 Poure þu wunden was irattes and i clutes. *c*1300 *Havelok* 1767 Comes a ladde in a ioupe. **13..** *Coer de L.* 5616 Our Crystene men ben armyd weel Both in yren and in steel. *c*1386 CHAUCER *Knt.'s T.* 1261 Som wol ben armed in an haubergeon And in bristplate and in a light gypon. *c*1430 *Life St. Kath.* (1884) 17 þe company of martirs clothed alle in purpul. **1581** J. BELL *Haddon's Answ. Osor.* 28b, The same was gaynsayd by some men in armes. **1710** ADDISON *Tatler* No. 221 ¶1 A little Boy in a black Coat. **1843** *Blackw. Mag.* LIV. 195 A lovely girl in mourning is sitting. **1843** *Fraser's Mag.* XXVIII. 324 A lady in black velvet is seated. **1868** DICKENS *Uncomm. Trav.* xx, A compactly-made handsome man in black.

**7.** The physical sense of location often passes into one more immaterial; e.g. *in a book*, *in an author*, come to mean 'in the course of the narrative or subject' of the book, or the writings of the author; *in a company*, *college*, *association*, or *party*, *in the army*, *the navy*, and the like, become =

'belonging to, or in the membership of the company, party, the army', etc. *in* COMPANY, *in* LEAGUE, etc.: see the ns.

> *c*890 *O.E. Chron.* an. 878 þara monna þe in þam here weorþuste wæron. *c*1175 *Lamb. Hom.* 7 þis witeȝede dauid..in þe saltere. *a*1225 *Ancr. R.* 400 Ase he seið þuruh Sein Johan iðe Apocalipse. 1297 R. GLOUC. (Rolls) 56 We ssulleþ her after in þise boc telle of al þis wo. *c*1340 *Cursor M.* 15563 (Fairf.) We salle ga in company & suffre baþe a sare. *c*1460 *Towneley Myst.* xvi. 202 Syrs, I pray you inquere in all wrytyng, In vyrgyll, in homere, And all other thyng Bot legende. 1548 LATIMER *Ploughers* (Arb.) 17 All things that are written in Goddes boke. 1657 BP. KING *Poems* III. ix. (1843) 90 Let it no more in History be told. 1662 STILLINGFL. *Orig. Sacr.* III. ii. §5 So true is that of Balbus in Tully when he comes to discourse of the Nature of God. 1709 ADDISON *Tatler* No. 131 ⁋11 A Friend of mine in the Army. 1849 MACAULAY *Hist. Eng.* iii. I. 325 The place of the clergyman in society had been completely changed by the Reformation. 1887 A. GILCHRIST in *Century Guild Hobby Horse* 13 Eblis in the Koran, Cain in the Bible are scarce so black as this royal phantom in his Escurial. 1890 *Law Times Rep.* LXIII. 685/2 The plaintiff applied for shares in this company.

**8.** With non-physical realms, regions of thought, departments or faculties of the mind, spheres of action, etc., treated as having extension or content.

> *c*888 K. ÆLFRED *Boeth.* i, Se wæs in boccræftum & on woruldþeawum se rihtwisesta. *a*1000 *Cædmon's Dan.* 732 (Gr.) Sohton þa swiðe in sefan ȝehydum. *a*1225 *Leg. Kath.* 607 In hire mod inwið. *c*1300 *Havelok* 122 Sho is mikel in mi þouht. *c*1400 *Three Kings Cologne* xiv. 50 ȝif þe werkis of god myȝt be comprehendit in mannys wit or reson. *c*1470 HENRY *Wallace* I. 2 Hald in mynde thar nobille worthi deid. 1601 CORNWALLYES *Ess.* II. xlv, In no course is it more behovefull then in the life of a Souldier. 1645 FULLER *Good Th. in Bad T.* (1841) 33, I discover an arrant laziness in my soul. 1670 SIR S. CROW in *12th Rep. Hist. MSS. Comm.* App. v. 16 In my opinion a better designe. *a*1770 JORTIN *Serm.* (1771) IV. vi. 114 A faith which dwells in the memory hath no influence on the heart. 1826 J. WILSON *Noct. Ambr.* Wks. 1855 I. 240 How canst thou thus in fancy burn with fruitless fires? 1849 MACAULAY *Hist. Eng.* vi. II. 39 All the thirty were in politics vehemently opposed to the prisoner.

**II.** Of situation, condition, state, occupation, action, manner, form, material, and other circumstances and attributes.

**9. a.** Of situation, i.e. kind or nature of position: e.g. *in the dust*, *in the mud*, *in snow*, *in clover*, *in hot water*. Often idiomatic: see the ns.

*a*900 C<small>YNEWULF</small> *Crist* 561 in *Exeter Bk.*, In cwic-susle ʒehynde & ʒehæfte. *c*1175 *Lamb. Hom.* 47 Ieremie þe prophete stod..in þe uenne up to his muðe. **12..** *Relig. Songs* in Wright *Owl & Night.* (Percy Soc.) 75 Ich schal bernen in fur and chiverin in ise. **1382** W<small>YCLIF</small> *Job* xlii. 6 Therfore I myself repreue me, and do penaunce in dead cole and askis. **1481** C<small>AXTON</small> *Godfrey* cci. 293 Habandouned in ordure and fylthe. **1592** S<small>HAKES.</small> *Ven. & Ad.* 94 She bathes in water. **1697** D<small>RYDEN</small> *Virg. Georg.* III. 548 A hilly Heap, seven Cubits deep in Snow. *Ibid.* IV. 545 The sacred Altars are involv'd in Smoak. **1765** M<small>RS.</small> H<small>ARRIS</small> in *Priv. Lett. Ld. Malmesbury* (1870) I. 125 We are kept, to use the modern phrase, in *hot water.* **1849** T<small>ENNYSON</small> *In Mem.* Prol. iii, Thou wilt not leave us in the dust. **1886** *Law Times* LXXX. 166/2 Hall..found his working about eighteen inches deep in water.

**b.** Situation expressed by material instruments: e.g. *in bonds*, *chains*, *fetters*, *leading-strings*, *in a cord*, *a leash*, *a rope*, *a string*, etc.

*a*1200 *Moral Ode* 289 In þo loþe biende. *c*1200 O<small>RMIN</small> 19975 Inn hiss cwarrterrne i bandess. *c*1300 *Beket* 15 Al in feteres and in other bende. **1382** W<small>YCLIF</small> *Isa.* xlv. 14 Bounde in manycles thei shul wende. **1590** S<small>PENSER</small> *F.Q.* I. i. 4 And by her, in a line, a milkewhite lambe she lad. **1611** B<small>IBLE</small> *Job* xxxvi. 8 If they bee bound in fetters, and be holden in cords of affliction. **1712** S<small>TEELE</small> *Spect.* No. 504 ¶5, I am to be hang'd in chains. **1862** C. H<small>UDSON</small> in *Peaks, Passes & Glaciers* Ser. II. I. 209 During the descent..Melchior, Tuckett, and I, who were in the same cord with them, were..obliged to stop until they got down some of the more difficult rocks.

**c.** Situation as to light, darkness, and atmospherical environment.

*Beowulf* (Z.) 87 Se ellengæst..seþe in þystrum bad. *a*1225 *Juliana* 31 As ha þrinne wes i þeosternesse. *a*1300 *Cursor M.* 17811 (Gött.) þe folk in dedeli mirknes stad. **1382** W<small>YCLIF</small> *Isa.* ii. 5 Go wee in the liʒt of the Lord oure God. **1553** T. W<small>ILSON</small> *Rhet.* (1580) 160 Gropyng in the dark. **1605** S<small>HAKES.</small> *Macb.* I. i. 2 When shall we three meet again? In Thunder, Lightning, or in Raine? **1648** B<small>P.</small> H<small>ALL</small> *Breath. Devout Soul* xxix. 46 An inheritance in light: In light incomprehensible, in light inaccessible. **1697** D<small>RYDEN</small> *Virg. Georg.* III. 135 His thick Mane..dances in the Wind. *Ibid.* 473 Where basking in the Sun-shine they may lye. **1855** M<small>ACAULAY</small> *Hist. Eng.* xxi. IV. 593 Privateers and smugglers who put to sea in all weathers. **1887** *Spectator* 27 Aug. 1148 Planting his potatoes in the rain.

**d.** Situation within the range of sensuous observation or the sphere of

action of another. ***in the eyes of***: see EYE *n.* 4c, d.

> **1388** WYCLIF *Ezek.* ix. 5 He seide to hem in myn heryng. *a***1425** in *Rel. Ant.* I. 230 He is God, that all thinge made, and all thinge hath in his power. *c***1460** *Towneley Myst.* i. 15 All is in my sight. **1667** MILTON *P.L.* III. 655 Those seav'n Spirits that stand In sight of God's high Throne. **1780** COWPER *Table T.* 97 There..the group is full in view. **1860** TROLLOPE *Framley P.* I. i, The living of Framley was in the gift of the Lufton family.

**10. a.** Of condition or state, physical, mental, or moral: e.g. *in a blaze*, *in debt*, *in doubt*, *in comfort*, *in health*, *in hope*, *in life*, *in love*, *in pain*, *in sickness*, *in solitude*, *in sorrow*. Also ***in-work*** (nonce-wd.), one who has work.

> *c***825** *Vesp. Psalter* ii. 11 Ðeowiað dryhtne in eȝe [L. *in timore*]. *c***1175** *Lamb. Hom.* 59 He makede mon i rihtwisnesse. **1297** R. GLOUC. (Rolls) 328 Him þoȝte, þe ymage in is slep tolde him is chance. **1340** *Ayenb.* 250 þer he him resteþ, þer he is in pais. *c***1350** *Will. Palerne* 841 He semes bi semblant in sekeness ful harde. *c***1450** *Merlin* 71, I am in certeyn of oon thynge, that he farith well and is in hele. **1535** COVERDALE *2 Chron.* xxi. 19 He dyed in euell diseases. **1602** *2nd Pt. Return fr. Parnass.* III. iii. (Arb.) 43 [He] throwes the booke away in a rage. **1666** PEPYS *Diary* 6 June, All the Court was in a hubbub. **1711** ADDISON *Spect.* No. 15 ¶6 Her Husband..has been in Love with her ever since he knew her. *Ibid.* No. 98 ¶1, I am highly pleased with the Coiffure now in Fashion. **1732** T. LEDIARD *Sethos* II. IX. 273 You are absolutely forbidden speaking to him in private. **1791** MRS. RADCLIFFE *Rom. Forest* ii, Egad, Master, you're in the right. **1793** BEDDOES *Calculus* 214 Supposing that the carbon is in a very attenuated state in the blood. **1846** MRS. GORE *Eng. Char.* 13 No sooner in print, than out of print. The reviews revere him. **1849** MACAULAY *Hist. Eng.* xiv. III. 482 The sea was in a blaze for many miles. **1924** GALSWORTHY *White Monkey* I. xii, The out-of-works and the in-works.

**b.** The condition may be expressed by a concrete n.: e.g. *in calf*, *in kid*, *in cash*, *in drink*, *in liquor*, *in wine*, *in tears*, etc.: see the ns. Cf. also BUD *n.*[1] 4, FLOWER *n.* 10, FOAL *n.* 1b, IN-CALF *a.*, IN-FOAL *a.*, IN-PIG *a.*, LEAF *n.*[1] 3.

> *c***1460** *Towneley Myst.* xii. 111 What, art thou in ayll? *a***1562** G. CAVENDISH *Wolsey* (1893) 217 Havyng a great multitude of artifycers and laborers..dayly in wages. **1593** NASHE *Christs T.* (1613) 25 Sore am I impassioned for the storme thy tranquillity is in child with. **1596** SHAKES.

*1 Hen. IV*, II. iv. 458, I doe not speake to thee in Drinke. **1697** DRYDEN *Virg. Past.* x. 19 For him the lofty Laurel stands in Tears. **1703** *Lond. Gaz.* No. 3971/4 Calve-Skins in the Hair. **1704** *Ibid.* No. 4034/4 John Jackson..aged near 40..in his own Hair. **1754-64** SMELLIE *Midwif.* I. 400 Women in the first child seldom have after-pains. **1799** J. ROBERTSON *Agric. Perth* 196 Where the land has not lain for some time in grass. **1813** M. EDGEWORTH *Let.* 6 Apr. (1971) 10 The coffee tree in *red berry*... The palm tree in *fruit and flower*... The banana in *fruit.* **1847** TENNYSON *Princ.* Prol. 142 Sweet girl-graduates in their golden hair. **1849** MACAULAY *Hist. Eng.* i. I. 123 Leaving their castles in ruins. **1866** ROGERS *Agric. & Prices* I. xxvi. 642 Goats in kid. **1881** SHELDON *Dairy Farming* 8/1 If the cow is in milk. **1882** [see POD *n.*$^2$ 1]. **1972** *Hilliers' Man. Trees & Shrubs* 83 Corylus avellana 'Contorta'... A winter feature when in catkin.

**11. a.** Of occupation or engagement: chiefly with nouns of action and vbl. ns.

*c***1205** LAY. 27767 þer he heom funde i fihte. *a***1300** *Cursor M.* 49 In riot and in rigolage Of all þere liif spend þai þe stage. **1340** *Ayenb.* 7 þe ilke þet dispendeþ þane zonday and þe festes ine zenne and ine hordom. **1502** *Privy Purse Exp. Eliz. of York* (1830) 52 A servaunt..that cam in message to the Quenes grace. **1628** HOBBES *Thucyd.* (1822) 19 The Lacedemonians..are already in labour of the war. **1701** *Stanley's Hist. Philos.* Biog. 10 He..spent his Time..in seriously bemoaning the Follies and Vanity of the World. **1754** HUME *Hist. Eng.* (1812) I. iii. 163 The King, in pursuance of his engagements, had indeed married Editha. **1838** DICKENS *Mem. Grimaldi* iv, In search of plunder. **1884** *Gd. Words* June 400/1 They have..been 'in' almost every variety of crime, from petty larceny down to downright murder.

**b.** In the process of, in the act of; in case of: often equivalent in sense to a temporal clause introduced by *when, while, if, in the event of.*

*c***1400** MANDEVILLE (1839) iii. 19 Wee synne dedly, in schauynge oure berdes. *Ibid.,* Wee synne dedly, in etynge of bestes. **1477** EARL RIVERS (Caxton) *Dictes* 67 Gladdenesse, whiche encresses daily in me in lernynghe wysdom. **?*a*1550** *Life Fisher* in *F.'s Wks.* (E.E.T.S.) II. p. liii, I am not affraid in gevinge you this counsell to take vpon my owne soul all the damage. **1591** SHAKES. *1 Hen. VI*, V. iii. 41 And may ye both be sodainly surpriz'd By bloudy hands, in sleeping on your beds. **1596** —— *Merch. V.* III. ii. 320 In paying it, it is impossible I should liue. **1607** *Stat.* in *Hist. Wakefield Gram. Sch.* (1892) 58 Leaves word thereof att their

howses in theire beinge abrode. **1846** M<sup>c</sup>Culloch *Acc. Brit. Empire* (1854) II. 217 In estimating the chances which any candidate has of succeeding..no one ever thinks of inquiring into the politics of the tenants. **1864** Holme Lee *In Silver Age* (1866) 408 Kindness is not a quality that perishes in the using. *Mod.* He was drowned in crossing the river.

**†c.** After the verb *be*, and some other verbs, *in* was formerly used to express the relation of occupation before a verbal n. where it varied with *a* (A *prep.* 13), and is now omitted, the vbl. n. functioning as a present participle active. *Obs.*

**1509** Hawes *Past. Pleas.* (Percy Soc.) 79 Of many floures..A goodly chaplet she was in makynge. **1535** Stewart *Cron. Scot.* I. 528 Richt quyetlie in hunting he is gone. **1580** Lyly *Euphues* (Arb.) 367 Camilla, whome he founde in gathering of flowers. **1675** Brooks *Gold. Key* Wks. 1867 V. 577 A griping usurer, who was always best when he was most in talking of the world. **1737** Whiston *Josephus, Antiq.* V. ii. §2 They went on still in taking the cities. *Ibid.* IX. xii. §3 He went on in worshipping them. **1808** Southey in C. C. Southey *Life* (1850) III. 137 You saw me in London everlastingly at work in packing my books.

**†d.** *In* (varying with A *prep.* 12) was formerly used with a vbl. n. expressing the action or process to which a thing or person was subjected. (The prep. is now usually omitted, and the vbl. n. functions as a present pple., passive in meaning: e.g. *while the ark was* (*in* or *a*) *building* (= in the process of building, being built). *Obs.* or *arch.*

*c***1400** Mandeville (Roxb.) vi. 21 When þe toure of Babilon was in makyng. **1465** Marg. Paston in *P. Lett.* No. 533 II. 250 Whille the logge at Heylesdon was in the betyng down. *a***1535** Fisher *Serm. Passion* Wks. (1876) 427 So the grasse is euer in eatyng, and neuer full eaten. **1620** *Frier Rush* 36, I haue a new Church in building. **1699** in Picton *L'pool Munic. Rec.* (1883) I. 326 New streets are built and still in building. **1869** Freeman *Norm. Conq.* III. xi. 45 While the symbolic act was in doing.

**12. a.** Of manner (way, mode, style, fashion).

**1297** R. Glouc. (Rolls) 1473 In þis manere þe brutons þis lond wuste þo. *c***1305** *Pilate* 56 in *E.E.P.* (1862) 112 þer ne miȝte so neuere non beo in none wise. *c***1489** Caxton *Sonnes of Aymon* xvi. 380 In lyke wyse dyde Alarde. **1559** Bp. Scot *Sp. Parl.* in Strype *Ann. Ref.* (1824) I. App. vii. 408 Every man..sholde..at large speke his mind in conscience in the

contents of all the bills. **1608** W. SLATER *Comm. Malachy* (1650) 196 The things there spoken of cannot in any hand agree to Elias. **1654** CROMWELL *Let.* 20 Jan. in *Carlyle*, What can be made out in this kind? **1691** T. H[ALE] *Acc. New Invent.* 62 In the manner anciently used. **1706** tr. *Dupin's Eccl. Hist. 16th C.* II. III. iv. 81 Begging him to take this their Remonstrance in good part. **1737** WHISTON *Josephus, Antiq.* II. i. §1 He was, in way of jest, called Adom. **1833** H. MARTINEAU *Berkeley the Banker* I. IV. 92 He told several people in confidence. **1849** MACAULAY *Hist. Eng.* v. I. 619 He begged in piteous terms that he might be admitted to the royal presence. **1859** JEPHSON *Brittany* v. 54 The baptistery has been restored in Renaissance.

**b.** Of form, shape, conformation, arrangement, order. [The OE. example has the *accusative.*]

*a*900 CYNEWULF *Crist* 725 in *Exeter Bk.*, þa he..wæs in cildes hiw claðum biwunden. *c*1400 MANDEVILLE (Roxb.) iv. 12 In likness of a dragoun. **1572** J. BOSSEWELL *Armorie* III. 7 Fiue Plates in crosse. **1598** SYLVESTER *Du Bartas* II. II. iii. *Colonies* 391 That vast Extent, where now fell Tartars hant In wandring troops. **1602** SHAKES. *Ham.* III. iv. 210 When in one line two crafts directly meet. **1605** —— *Lear* III. vi. 31 The foul fiend haunts poor Tom in the voice of a nightingale. **1667** MILTON *P.L.* III. 641 Under a Coronet his flowing haire In curles on either cheek plaid. *Ibid.* VII. 459 Among the Trees in Pairs they rose. **1694** LUTRELL *Brief Rel.* (1857) III. 292 The agent..is gone aside, and hath carried with him 2000£ in money belonging to the troop. **1710** ADDISON *Tatler* No. 221 ⁋2 Whether I had best sell my Beetles in a Lump or by Retail. **1776** MICKLE tr. *Camoens' Lusiad* 339 He gives the prelude in a dreary sound. **1807** SOUTHEY *Espriella's Lett.* II. 395 Did he, contrary to the ordinary process, begin in rogue, and end in enthusiast? *c*1820 S. ROGERS *Italy, Advent*, A hawk Flew in a circle, screaming. **1843** *Fraser's Mag.* XXVIII. 695 A cloak falls in easy folds down his back. **1855** MACAULAY *Hist. Eng.* xvi. III. 684 Within a few hours and a few acres had been exhibited in miniature the devastation of the Palatinate. **1891** *Law Rep.* Weekly Notes 82/2 A land company, who afterwards sold the adjoining land in building plots. **1895** *Scot. Antiq.* X. 79 In singles or in pairs men began to put in an appearance.

**c.** Of manner of speech or writing.

*c*900 tr. *Bæda's Hist.* IV. xxiv. [xxiii.] (1890) 332 Heo..ᵹewat to þære ceastre, þe in Englisc is ᵹehaten kwelcaceaster. **1297** R. GLOUC. (Rolls) 2430 þe heye god þat in vre tonge woden icluped is. *c*1315 SHOREHAM 122 Hy makede joye in hare manere And eke in hare langage. *c*1400

MANDEVILLE (Roxb.) ii. 5 þe table..on þe whilk þe tytle was writen in Hebrew, in Grew and in Latyne. **1542** UDALL *Erasm. Apoph.* 106a, An herbe called..in latin, Beta. **1680** EVELYN *Diary* 2 Sept., The discourse is in High Dutch. **1776** *Trial of Nundocomar* 22/2 Sometimes he wrote the bonds..in Nagree, sometimes in Bengal. **1833** H. MARTINEAU *Vanderput & S.* i. 3 He..spoke in a strong French accent. **1845** M. PATTISON *Ess.* (1889) I. 13 Bede is writing in a dead language, Gregory in a living.

**d.** Often dependent upon a superlative or a commendatory epithet: within the sphere of (a particular class or order of things). *colloq.*

**1866** RUSKIN *Crown Wild Olive* ii. §53 The newest and sweetest thing in pinnacles. **1879** [see THING *n.*[1] 7]. **1911** W. J. LOCKE *Glory of Clementina Wing* ii, I may not be the latest thing in dandyism. **1966** G. N. LEECH *Eng. in Advertising* ix. 92 ABC: the first name in entertainment. **1974** *Radio Times* 3 Jan. 58/1 The most dazzling cruises in holiday history.

**13.** Of means or instrumentality: now usually expressed by *with*. †**a.** Illustration of earlier uses. (Often a literalism of translation.) *Obs.*

*c***825** *Vesp. Psalter* ii. 9 Ðu reces hie in ʒerde iserre [L. *in virga ferrea*]. *a***1300** *E.E. Psalter* ibid., In yherde irened salt þou stere þa. **1382** WYCLIF *1 Cor.* iv. 21 Shal I come to ʒou in a ʒerd: or in charite? *c***1450** tr. *De Imitatione* III. xlviii. 119 þan shal Iherusalem be serched in lanternes. **1503** *Act 19 Hen. VII* c. 4 §3 No persone..shall occupie or shote in eny Crosebowe. **1580** LYLY *Euphues* (Arb.) 445 It more delighteth them to talke of Robin hood then to shoot in his bowe. **1693** J. DRYDEN, JUN. in *Dryden's Juvenal* (1697) 367 Penelope knew which of her Suitors cou'd shoot best in her Husband's Bow. **1753** CHESTERFIELD *Lett.* (1792) IV. ccxcix. 19 Getting drunk in Port. **1804** *Naval Chron.* XIII. 147 A French Ship..ballasted in mahogany.

**b.** Uses in which the senses of *in* (*on*) and *with* (*by*) are both present: e.g. to cover *in* or *with* any envelope.

*c***900** tr. *Bæda's Hist.* IV. xxiv. [xxv.] (1890) 346 He eal þa he in ʒehyrnesse ʒeleornian meahte, mid hine ʒemyndʒade. *a***1225** *Leg. Kath.* 1035 In þis an þing he schawde..þet he wes soð godd. *a***1340** HAMPOLE *Psalter* xvii. 48 In herynge of ere he boghed til me. *c***1440** *Jacob's Well* (E.E.T.S.) 137 þou wylt wretthe god in brekyng þe halyday. **1609** BIBLE (Douay) *1 Sam.* xviii. 6 The wemen came..singing and dancing..in timbrels of joy, and in cornettes. **1621** BURTON *Anat. Mel.* III. ii. III. iv. (1651) 495 Whom Iuno for pitty covered in her Apron. **1697** DRYDEN *Virg. Georg.* IV. 19 Progne, with her Bosom stain'd in Blood. **1880**

CHURCH *Spenser* v. 137 He drowns us in words.

**c.** Here may be added the use of *in* after *eat*, *drink*, *pledge*, etc. Also = (eat or drink) out of.

> **1593** SHAKES. *2 Hen. VI*, II. iii. 60, I drinke to you in a Cup of Sack. **1621** BURTON *Anat. Mel.* II. iii. III. (1651) 323 A poor man drinks in a wooden dish, and eats his meat in wooden spoons. **1711** ADDISON *Spect.* No. 15 ⁋4 Whether they keep their coach and six, or eat in plate. **1742** FIELDING *J. Andrewes* IV. ii, He was drinking her ladyship's health below in a cup of her ale.

**14.** Of material, constituents, and the like.

> **1663** GERBIER *Counsel* 94 They paint them also in strong oyle colour thrice over. **1686** tr. *Chardin's Trav.* 75 Our Ships Lading consisted in Salt, Fish, Caveare, Oyle, Biscuite. **1710** ADDISON *Tatler* No. 243 ⁋1 The Statue of an Horse in Brass. **1722** DE FOE *Col. Jack* (1840) 23 It was in gold, all but 14*s*. **1852** DICKENS *Bleak Ho.* vi, Half-length portraits, in crayons. **1891** *Truth* 10 Dec. 1240/2 The long coat was also in green velvet, with sleeves and revers in green cloth.

**15.** Of degree, extent, measure.

> *c***1380** WYCLIF *Sel. Wks.* III. 510 Cristene men..shulde have discerved most þank of God in degre possible to hem. **1601** SHAKES. *Twel. N.* I. v. 61 Misprision in the highest degree. **1649** CROMWELL *Let. to W. Lenthall* 14 Nov. in *Carlyle*, Only, in the general, give me leave humbly to offer [etc.]. **1667** MILTON *P.L.* v. 490 Differing but in degree, of kind the same. **1696** *Dupin's Eccl. Hist. 16th C.* I. 54 In the main they agree with ours. **1737** L. CLARKE *Hist. Bible* (1740) I. IX. 585 Without being in the least discouraged. **1843** *Fraser's Mag.* XXVIII. 647 Tears fell in profusion. **1845** STEPHEN *Comm. Laws Eng.* (1874) I. 79 Any act repealing in whole or in part any former statute. **1875** F. HALL in *Lippincott's Mag.* XVI. 750/1 Drift-wood was lying about in large quantities.

**16.** Expressing object, aim, or purpose: with an abstr. n., as *in affirmation*, *answer*, *denial*, *memory*, *honour*, *proof*, *quest*, *recompense*, *reply*, *return*, *reward*, *scorn*, *search*, *testimony*, *token*, *witness*, *worship*, etc. See farther under the ns.

It is possible that the object here was orig. accusative, and that these expressions came under sense 31.

*a*1225 *Ancr. R.* 30 In hore wurðshipe siggeð oþer les oþer mo. **1297** R. GLOUC. (Rolls) 466 Brut..let vair tabernacle in honur of him rere. *c*1315 SHOREHAM 131 In tokne that pays scholde be. *c*1400 MANDEVILLE (1839) iv. 31 In the worschipe of hem there is a fair chirche. **1526** *Pilgr. Perf.* (W. de W.) 1 Diuyded in to thre bokes, in the honour of the Trinite. **1667** MILTON *P.L.* IX. 552 She thus in answer spake. **1713** ADDISON *Cato* I. ii, I claim in my reward his captive daughter. **1805** SCOTT *Last Minstr.* IV. xii, Loudly the Beattison laughed in scorn. **1821** J. F. COOPER *Spy* viii, He went in quest of his new applicant. *Mod.* A holiday in honour of the event. He has written to the newspaper in reply to his assailant.

   **17.** Expressing reference or relation to something: In reference or regard to; in the case of, in the matter, affair, or province of.
  Used especially with the sphere or department in relation or reference to which an attribute or quality is predicated: see 33b, c, 34-36.

   **18.** With a following n. forming attrib. phrases: ***in-car***, within a car; ***in-career***, of training, etc., received while in employment; ***in-churn***, of a method of machine-milking direct into a churn; ***in-company***, of training, etc., received while in the employment of a company; ***in-depth*** (see DEPTH I. 3c); ***in-person*** (cf. PERSON *n.* 11); ***in-pile***, within a nuclear reactor; ***in-plant***, within a 'plant' or factory; ***in-process*** (cf. PROCESS *n.* 1), of any activity, etc., that is in process; ***in-process gauging*** (see quot. 1968); ***in-sack***, within a sack; ***in-service*** (cf. SERVICE *n.*[1] 1), of training, etc.: received by a person while engaged on some activity; of an object: relating to its reliability, maintenance, etc., while in use. Cf. IN-COLLEGE *a.* (Cf. analogous uses mentioned near end of IN- *prefix*[1]).

   **1968** *N.Y. Times* 7 Apr. 1/4 The sound problem was eventually solved with in-car speakers. **1971** *Daily Tel.* (Colour Suppl.) 4 June 39/1 These damp cloths are part of something the manufacturers..don't seem to have heard of; in-car luggage. They seem to think you can put everything in the boot. **1973** *Times* 13 Feb. 24/1 A Lucas spokesman said yesterday: 'I can confirm that we shall be entering the in-car entertainment market this year.'

   **1968** *New Scientist* 3 Oct. 31/2 Whether in-career re-education will be best inside or outside universities is a matter for debate. **1970** *Physics Bull.* June 242/2 The engineers' survey..includes unemployment and in-career training as well as remuneration figures. **1970** *Nature* 28 Nov. 814/2 In-career retraining may become very important in the future.

**1955** J. G. DAVIS *Dict. Dairying* (ed. 2) 745 Probably the most important development has been the introduction of the 'In-Churn System'. In-churn milking passes the milk direct from the cow to the churn. *Ibid.*, In-churn recording..is carried out by means of weighing scales. *Ibid.*, In-churn cooling. **1960** *Farmer & Stockbreeder* 16 Feb. 39/3 This new..unit..provides you with modern in-churn milking.

**1966** *Ann. Rep. Travelers Insurance Co.* (*Hartford, Conn.*) *1966* 26/2 Our in-company training programs. **1969** *Timber Trades Jrnl.* 13 Dec. 35/2 There were twin pillars to training—in-company training and, for young people in particular, further education. **1970** *Times* 28 Apr. 26/7 Having already completed most of the in-company training for the introduction of decimalization.

**1955** L. FEATHER *Encycl. Jazz* i. 21 Although the white jazzmen rarely found opportunities for expressing themselves freely on 'in-person' jobs, the work..on..recording sessions compensated. **1957** S. DANCE in S. Traill *Concerning Jazz* 37 No experience of jazz can be so exciting or so illuminating as the in-person performance. **1959** *Spectator* 9 Oct. 469/1 On any one TV appearance Macmillan and Gaitskell must have been seen by more people than the sum total audience of their in-person tours. **1972** *Jazz & Blues* Nov. 18/1 Her recordings and in-person work illustrate that she is an artist who is always willing to experiment.

**1960** *Times Rev. Industry* Dec. 16/2 Zirconium..is useful for 'in-pile' equipment, such as fuel element supports, tubes for control equipment, flexible hose and packing pieces. **1961** *Times* 10 May 2 The work includes:—out-of-pile and in-pile testing. **1963** B. FOZARD *Instrumentation Nucl. Reactors* iii. 33 The second type of measurement is made with in-pile detectors.

**1943** *Atlantic Monthly* Sept. 55 Few of them participate in in-plant training and upgrading programs. **1958** *Technology* Feb. 414/2 The proportion of in-plant to total training is..low. **1959** *Times* 5 Feb. 2/5 They involve an application of this industry in in-plant technical scale studies. **1967** *Jane's Surface Skimmer Systems 1967-68* 62/2 The power source can be an in-plant air supply system or [etc.]. **1971** *Timber Trades Jrnl.* 21 Aug. 26/3 In-plant treatment will now be extended to other '1800' components.

**1925** *Nat. Assoc. Cost Accountants Yearbk.* 24 Divide the average 'in process' inventories into the amount of transfers to finished stores. **1967**

*New Scientist* 20 Apr. 140/1 In-process gauging, on the machine tool itself, could halt..appalling waste. **1968** *Gloss. Terms Air Gauging* (*B.S.I.*) 13 *In-process gauging*, gauging carried out during processing, e.g. measurement of a workpiece whilst it is being machined. **1971** *Computers & Humanities* VI. 41 In-process corrections, however, are very difficult to make since holes cannot be erased. **1971** *Gloss. Terms Quality Assurance* (*B.S.I.*) 6 *In-process inspection*, product inspection carried out at various discrete stages in manufacture.

**1958** *Times* 24 Nov. 15/4 For drying grass seed.., the in-sack drier had many advantages. **1960** *Farmer & Stockbreeder* 23 Feb. 100/1 (Advt.), Heat for..in-sack grain drying.

**1928** *Rep. Comm. Educ., U.S. Dept. Interior* 30 June 6 The movement for improving preservice and inservice training of teachers for rural schools. **1960** *Guardian* 13 July 5/4 Development of in~service training..for staff nurses. **1963** F. F. LAIDLER *Gloss. Home Econ. Educ.* 48 *In-service training*, the continuing education and training given to a person after he/she has begun to work in a particular occupation. **1964** M. A. K. HALLIDAY et al. *Ling. Sci.* 264 He [*sc.* the primary school teacher] needs an appropriate training in his new task, either during his initial period of training as a teacher or by means of in-service training. **1967** *Technology Week* 23 Jan. 43/2 (Advt.), Such data may well reveal overdesign or design deficiencies, thus providing opportunities for improvement of safety characteristics, in-service reliability. **1972** *Lebende Sprachen* XVII. 72/2 The in-service performance of the trio is likely to dictate the specification for production models which are due to appear before the end of 1971.

## **III.** Of time.

**19. a.** Within the limits of a period or space of time. With *in the day*, *in the night*: cf. *by day*, *by night*, BY *prep.* 19b.

*Beowulf* (Z.) 2 We Gardena in ʒear-daʒum þeod-cyninga þrym ʒe-frunon. *a*900 *O.E. Chron.* an. 709 In foreweardum Danieles daʒum. **1297** R. GLOUC. (Rolls) 9129 In þe sixe & þrittiþe ʒer of his kinedom. **13..** *K. Alis.* 85 By cler candel, in the nyght. **1388** WYCLIF *Gen.* i. 1 In the bigynnyng God made of nouʒt heuene and erthe. *c*1400 MANDEVILLE (1839) Prol. 4, I..passed the see, in the ʒeer of oure lord Jhesu crist MCCCXXII. *c*1500 *Melusine* lxii. 369 He was neuer in his dayes so aferd. **1588** SHAKES. *L.L.L.* I. i. 39 One day in a weeke to touch no foode. **1591** —— *Two Gent.*

III. i. 178 Except I be by Siluia in the night..Vnlesse I looke on Siluia in the day. **1650** TRAPP *Comm. Lev.* xxvi. 26 Common in times of famine. **1655** STANLEY *Hist. Philos.* I. (1701) 36/1 Pittacus was..born in the thirty second Olympiad. **1710** STEELE *Tatler* No. 222 ¶1 Between the Hours of Twelve and Four in the Morning. **1812** T. JEFFERSON *Writ.* (1830) IV. 176, I think our acquaintance commenced in 1764. **1849** MACAULAY *Hist. Eng.* iv. I. 490 In the days of the Commonwealth.

**b.** With other ns. implying time.

**871**-**889** *Charter* in *O.E. Texts* 452 In þissum life ondwardum. **a1000** *Seafarer* 40 (Gr.) In ᵹeoᵹuþe. **a1240** *Wohunge* in *Cott. Hom.* 277, I þi burᵹ tid. *Ibid.*, I þi cildhad. **13..** *Coer de L.* 4049 A spie, That hadde be Crystene in hys youthe. **c1440** *Jacob's Well* (E.E.T.S.) 277 To styen vp to heuen in ᵹoure ende. **1555** EDEN *Decades* 245 They are neyther bytten with coulde in wynter nor molested with heate in summer. **1732** BERKELEY *Alciphr.* I. §11, I never saw a first-rate picture in my life. **1825** T. H. LISTER *Granby* vii. (1836) 43 You must be an archeress in the summer, and a skater in the winter. **1839** THIRLWALL *Greece* VI. 89 The education of the prince in his childhood.

**c.** With processes occupying time.

**1711** ADDISON *Spect.* No. 126 ¶8 In all our Journey from London to his House we did not so much as bait at a Whig Inn. **1721** *Lond. Gaz.* No. 5954/1 In the Passage we had bad Weather. **1802** H. MARTIN *Helen of Glenross* IV. 73 In our descent down life. **1859** J. WHITE *Hist. France* (1860) 90 All the gentlemen's houses you see in a railway excursion.

**20.** Of the length of time occupied; in the course of.

**1297** R. GLOUC. (Rolls) 1818 þer were in a moneþ [*so most MSS.; A has* wiþinne one monþe] seuentene þousend & mo Ymartred. **1388** WYCLIF *Exod.* xxxi. 17 In sixe daies God made heuene and erthe. **c1400** MANDEVILLE (Roxb.) xxxiii. 148 Men may saile it in seuen days. **1526** TINDALE *1 Cor.* xv. 52 We shall be chaunged..in a moment and in the twincklynge of an eye. **1611** BIBLE *Transl. Pref.* 11 The worke hath not bene hudled vp in 72 dayes. **1702** *Eng. Theophrast.* 163 Presumption leads people to infidelity in a trice. **1885** *Manch. Exam.* 15 May 5/6 From the Gatling Gun..a trail of 1,000 bullets can be discharged in a single minute. *Mod.* The voyage to America can now be done in less than 7 days. By working hard he could make one in a week.

**21.** Of a limit of time: before or at the expiration of; within the space of.

*a*1300 *Treat. Science* (1841) 138 Ther nis non..That evereft i-heled beo, ac deyeth in a stounde. **13..** *Seuyn Sag.* (W.) 115 In time of seuen yere He sal be wise withowten were. **1513** M<small>ORE</small> *Rich. III* (1641) 210 He dyed in three moneths. **1706** tr. *Dupin's Eccl. Hist. 16th C.* II. VII. xviii. 261 In Process of Time they might be corrupted. **1782** J<small>OHNSON</small> *Let. to Dr. Taylor* 8 July, I came back from Oxford in ten days. **1843** *Blackw. Mag.* LIV. 305, I rallied in a day or two. **1884** *Law Times Rep.* L. 231/2 Anything put into the defendants' well was certain in time to affect the supply.

**22.** Formerly (and still sometimes) used, where *at*, *on*, *during*, *for* are now in use, or where the preposition is omitted.

*At* is now ordinarily used with a point of time, e.g. *at this time*, *at the moment*, *at day-break*, *at sunset*; *on* in stating the date of an event, e.g. *on the first of May*, *on Monday next*, *on a summer morning*; *during* for the course or continuance of a period, for which *for* is also used, esp. in negative statements, e.g. *he has stayed for a week*, *I have not seen him for a long time*. For all these *in* occurs in earlier or dialectal use.

**a.** = *At*.

*c*1175 *Lamb. Hom.* 121 þas pine..ure drihten þolede..in þisse timan. *a*1225 *St. Marher.* 2 Wes in þe ilke time liuiende..þet eadi meiden. **13..** *K. Alis.* 403 In the dawenyng He made efte his charmyng. *c*1440 *Gesta Rom.* xci. 417 (Addit. MS.) He made this Eyre to sitte with hym..in mete tyme. **1525** L<small>D.</small> B<small>ERNERS</small> *Froiss.* II. cxix. [cxv.] 340 They departed..in the brekynge of the daye. **1604** S<small>HAKES.</small> *Oth.* I. ii. 94 The Duke in Counsell? In this time of the night? *a*1715 B<small>URNET</small> *Own Time* (1823) I. 315 But he..got his offices to be published..in a time when [etc.]. **1807** C<small>RABBE</small> *Par. Reg.* II. 456 No Sunday shower Kept him at home in that important hour. **1873** H<small>AMERTON</small> *Intell. Life* VI. ii. 205 When an architect in the present day has to restore some venerable church.

**b.** = *on*. [The OE. example has the *accusative.*]

*a*900 *O.E. Chron.* an. 626 Her Eanfled..wæs ȝefulwad in þone halȝan æfen Pentecosten. *c*1175 *Lamb. Hom.* 81 þet me sculde in þe ehtuþe dei þet knaue child embsniþen. **1297** R. G<small>LOUC.</small> (Rolls) 8668 In a þores-dai it was. *c*1400 M<small>ANDEVILLE</small> (1839) Prol. 4, I..passed the see..in the day of Seynt Michelle. **1426** in *Surtees Misc.* (1888) 7 In þe Vigil of þe Assumpcion of our Lady. **1597** S<small>HAKES.</small> *2 Hen. IV*, I. ii. 233 Looke you..that our Armies ioyn not in a hot day. **1806-7** J. B<small>ERESFORD</small> *Miseries Hum. Life* (1826) X. l, In a chilling evening..after you have

carefully stirred a very ticklish fire.

**c.** = *during*.

> **1713** S<span>WIFT</span> *Corr.* Wks. 1841 II. 492 In all the time I have been conversant in business, I never before observed [etc.]. **1748** *Anson's Voy.* II. vii. 209 Captain Mitchel, in the whole time of his cruise, had only taken two prizes. *Ibid.* viii. 220 The succeeding four months in which we continued at sea.

**d.** = *for*. (Formerly only in negative sentences.)

> **1470-85** M<span>ALORY</span> *Arthur* X. xxxvi, He made them to swere to were none harneis in a twelue monethe and a day. **1525** L<span>D.</span> B<span>ERNERS</span> *Froiss.* II. xliv. [lxix.] (1812) 422 If they dranke moche..they coulde not helpe themselfe in two dayes after. **1601** H<span>OLLAND</span> *Pliny* (1634) II. 379 Wash it not off in three daies. **1669** P<span>EPYS</span> *Diary* (1879) VI. 1 To Westminster Hall, where I have not been..in some months. **1765** B<span>LACKSTONE</span> *Comm.* I. v. 228 It had not been practiced in some hundreds of years. **1793** S<span>MEATON</span> *Edystone L.* §265 They did not come back in some days. **1889** E. S<span>ALTUS</span> *Tristrem Varick* xiv. 152 He was hungry as he had not been in months. **1924** C. M<span>ACKENZIE</span> *Heavenly Ladder* xvi. 223 Mark had never been near his house in a year. **1957** R. A. H<span>EINLEIN</span> *Door into Summer* (1960) ix. 143 The place smelled like a vault that has not been opened in years. **1971** *Daily Tel.* 1 June 4/8 The first bridge across the Bosphorus in 2,300 years..is now being built. **1972** 'E. M<span>C</span>B<span>AIN</span>' *Sadie when she Died* xiii. 42 Arlene said that she had not played tennis in three years. **1973** *Sci. Amer.* Jan. 53/1 When Mariner 9 reached Mars on November 13, 1971, the greatest dust storm in more than a century was raging.

**e.** Where no preposition is now expressed.

> **1382** W<span>YCLIF</span> *Luke* i. 75 In hoolynesse and riȝtfulnesse bifore him in alle oure dayes. **1523** L<span>D.</span> B<span>ERNERS</span> *Froiss.* I. ccxxxv. 332 In the same euennyng the two marshals..commaunded euery man to drawe to their logynge, and in the next mornyng to be redy at sownyng of the trumpettes. **1603** S<span>HAKES.</span> *Meas. for M.* IV. iv. 9 Why should wee proclaime it in an howre before his entring? **1726** S<span>WIFT</span> *Gulliver* I. i, This engine..set out in four hours after my landing.

**IV.** Pregnant uses: sometimes due to ellipsis.

**23.** With reflexive pronouns: *in himself, in itself,* etc.: in his or its own

person, essence, or nature; apart from any connexion with or relation to others; absolutely.

> *c*1200 ORMIN 3041 Jesu Crist Iss..soþ Godd inn himm sellfenn. **1340** *Ayenb.* 237 þe sacrement þet is ymad..be þe hand of þe kueade ministre ne is naȝt lesse worþ ine himzelue. **1531** TINDALE *Exp. 1 John* (1537) 7 The scripture abydeth pure in herselfe. **1656** *Artif. Handsom.* (1662) 178 Suppose Artificial beautifying of the face be not in it self absolutely unlawful. **1843** MILL *Logic* I. iii. §7 Of things absolutely or in themselves. **1849** RUSKIN *Sev. Lamps* vii. §5. 189 Neither originality, therefore, nor change..are ever to be sought in themselves. **1870** FREEMAN *Norm. Conq.* (ed. 2) I. App. 739 The story may be true in itself.

## 24. In spiritual or mystical union with.

> *c*1315 SHOREHAM 2 Ydemyd we bethe In Adam and ine Eve. **1382** WYCLIF *1 Cor.* xv. 22 As in Adam alle men dyen, so and in Crist alle men schulen be quykenyd. —— *Rev.* xiv. 13 Blessed the deede men, that dien in the Lord. **1548-9** (Mar.) *Bk. Comm. Prayer, Communion* (Coll. ad fin.), Al our woorkes begonne, continued, and ended in thee. **1745** A. BUTLER *Lives of Saints* (1836) I. 23 It was their desire that he might follow his vocation in God.

## 25. In the person or case of.

> *c*1380 WYCLIF *Sel. Wks.* III. 341 þe fend..moved þe emperour of Rome to dowe þis Chirche in þis preest. **1470-85** MALORY *Arthur* IX. xxv, Fy for shame..that euer suche fals treason shold be wrought or vsed in a quene and a kynges syster. **1589** SPENSER *F.Q.* (Let. to Raleigh), Sir Guyon in whome I sette forth Temperaunce. **1603** SHAKES. *Meas. for M.* II. iii. That in the Captaine's but a chollericke word, Which in the Souldier is flat blasphemie. **1653** H. MORE *Antid. Ath.* III. viii. (1712) 111 Which also happen'd in a Maid of his. **1707** *Glossogr. Anglic. Nova, Asa foetida,*..good against fits in women. **1712** ADDISON *Spect.* No. 333 ⁋7 It was..a..bold Thought in our Author, to ascribe the first Use of Artillery to the Rebel Angels. **1821** CLARE *Vill. Minstr.* I. 20 Dread no thief in me! **1854** J. SCOFFERN in *Orr's Circ. Sc., Chem.* 102 This instrument was found in the thermomultiplier of Nobili. **1868** FREEMAN *Norm. Conq.* II. x. 470 How great a captain England possessed in her future King. **1878** MORLEY *Crit. Misc.* Ser. I. *Carlyle* 201 Those who..found in the rules and discipline and aims of that system an acceptable expression for their own disinterested social aspirations.

## 26. a. Belonging to, as an internal quality, attribute, faculty, or capacity,

inherent in; hence, within the ability, capacity, thought, etc. of.

*a*1225 *Ancr. R.* 166 Þer ȝe schulen beon ine þrunge, auh reste and peis is in me. **1377** LANGL. *P. Pl.* B. XIX. 78 Al þe witte of þe worlde was in þo þre kynges. **1388** WYCLIF *John* i. 4 In hym was lijf. *c*1400 MANDEVILLE (Roxb.) xxxiv. 156 And I, in þat in me es, makez þam parceneres of þam. **1591** SHAKES. *Two Gent.* III. i. 179 There is no musicke in the Nightingale. *c*1600 G. HARVEY in *Shaks. C. Praise* 30 Shakespeare's..Lucrece, and his tragedy of Hamlet..have it in them to please the wiser sort. **1605** SHAKES. *Lear* II. iv. 177 'Tis not in thee To grudge my pleasures. *a*1611 BEAUM. & FL. *Maid's Trag.* III. i, It is in me to punish thee. **1678** WANLEY *Wond. Lit. World* V. ii. §16. 469/2 A covetous Pelagian, and one that had nothing of worth in him. **1737** BRACKEN *Farriery Impr.* (1757) II. 129 As to the Notion..I think there is not much in it. **1775** SHERIDAN *St. Patr. Day* I. ii, You did not mean any rudeness, did you, Humphrey? Oh No, in deed, miss; his worship knows it is not in me. **1810** *Q. Rev.* Feb. 193 If a man has it in him, he can do anything any where. **1841** LYTTON *Night & Morning* (ed. 2) I. I. v. 103, I will work for you day and night. I have it in me. **1846** G. E. JEWSBURY *Sel. Lett. to Mrs. Carlyle* (1892) 224, I did care for him once, long and well—better than I have it in me to care for any man now. **1875** JOWETT *Plato* (ed. 2) I. 174 To prefer evil to good is not in human nature. *Ibid.* 332 An enquiry which I shall never be weary of pursuing as far as in me lies. **1889** *Nature* 11 Apr. 500 Anyone who has it in him to do heroic deeds. **1892** I. ZANGWILL *Childr. Ghetto* III. 52 That girl's got it in her, I can tell you. She'll take the shine out of some of our West-Enders. **1895** H. JAMES *Notebks.* (1947) 408, I didn't know I had it in me. **1919** BEERBOHM *Seven Men* 119 He looked to me to 'do something big, one of these days', and that he was sure I had it 'in' me. **1924** *Isis* (Oxf.) 30 Jan. 16/2 He may become a fine actor—he has it in him. **1928** FOY & HARLOW *Clowning through Life* 297, I didn't believe he had it in him. **1938** R. FINLAYSON *Brown Man's Burden* 79 They didn't think Kay had it in him to do it. **1958** *Listener* 13 Nov. 786/2 As between draughts and chess this is outweighed by the fact that there is more 'in' chess. **1960** M. SPARK *Bachelors* i. 2 'You must have it in you,' said Ronald, 'going all the way to Piccadilly for herbs.' **1973** 'E. MCBAIN' *Hail to Chief* ii. 30 If you could find it in yourself to go over to the hospital and identify your brother.

**b. *nothing, not much, little,* etc., *in it*: little or no difference between competitors or any persons or things that are compared. orig. *Racing slang*.**

**1914** in *Concise Oxf. Dict.* **1927** *Observer* 18 Dec. 19/3 The first round there was nothing much in it. In the second round Angus..punched Mansfield round the ring. **1929** S. E. THOMAS *Elem. Econ.* (ed. 4) xxix.

523 While in the course of a year Britain imports considerable quantities of gold, she also exports almost equally large quantities, and on balance there is usually very little in it.

**c. *in it*:** an advantage (to be received from something). Usu. in phr. ***what was*** (or ***is,*** etc.) ***in it for*** (someone).

> **1963** T. PARKER *Unknown Citizen* v. 140 He seemed to have an inbred suspicion of any kind of offered help, he wanted to know why people were giving it, what was in it for them. **1968** *Guardian* 2 Apr. 11/1 The 'Washingtonologists' in Moscow must be getting their files out to see what is in it for the Soviet Union—and for the world. **1971** 'A. GILBERT' *Tenant for Tomb* ii. 39, I can't see what there was in it for Mrs Plum.

**27.** In the hands of; in the control or power of; legally vested in.

> *c*1460 *Towneley Myst.* xvi. 92 In me standys lyfe and dede. **?***a*1500 *Cov. Myst.* (1841) 311 Alle the poer lyth now in the. *a*1532 LD. BERNERS *Huon* lxxxi. 250 You knowe well it is in me to cause Huon to dye. **1607** *Stat.* in *Hist. Wakefield Gram. Sch.* (1892) 65 The election..shall be in the Maister and Fellowes of Emanuel Colledge. *a*1626 BACON *Max. & Uses Com. Law* (1636) 23 Lands possessed without any such title, are in the crowne, and not in him that first entreth. **1708** *New View Lond.* II. 484/1 The Living is a Rectory, the Advowson in the Bp. of London. **1837** WHEWELL *Hist. Induct. Sc.* (1857) I. 30 The government of Greece is in the king. **1884** LD. COLERIDGE in *Law Times Rep.* L. 45/2 The minerals, therefore, are in the trustees.

**28.** Partaking, sharing, associated, or actually engaged in. ***to be in it***, to be one of those actually engaged as partners, competitors, etc.; to be in the running, to be a serious competitor, to count for something.

> **1728** W. CLELAND *Let. on Dunciad* in *Pope's Wks.* (Globe) 359 None, it is plain, was so little in their friendships, or so much in that of those whom they had most abused. **1792** *Hist.* in *Ann. Reg.* 13 Neither the Count d'Artois..nor Mr. de Calonne were in the secret. **1812** J. H. VAUX *Flash Dict.* s.v., To let another partake of any benefit or acquisition you have acquired by robbery or otherwise, is called putting him in it: a family-man who is accidentally witness to a robbery, &c., effected by one or more others, will say to the latter, Mind I'm in it. **1888** *Lady* 25 Oct. 374/1, I thought I really was in it at last, and knew what she meant. **1888** *Longm. Mag.* July 256 To those 'in it' every sound conveys a meaning. **1889** *Spectator* 21 Sept., 'Flying Childers' and 'Eclipse' would not be 'in it' with

our modern cracks. **1902** H. JAMES *Wings of Dove* VI. xx. 298 'You scarcely call him, I suppose, one of the dukes.' 'Mercy, no—far from it. He's not, compared with other possibilities, "in" it.' **1907** F. H. BURNETT *Shuttle* xxxviii. 381 'Hope you had a fine time, Mr. Selden?' 'Fine! I should smile. Fine wasn't in it.' **1912** A. BENNETT *Matador* 272 We were completely outshone. I tell you, we were not *in* it, not anywhere near being in it! **1913** F. L. BARCLAY *Broken Halo* vi. 69 In fact, the Egyptian dynasties weren't in it! She was positively antediluvian! **1915** A. HUXLEY *Let.* Oct. (1969) 82 At present I share Balliol with one..man..who rather repels me at meals by his..habit of shewing satisfaction with the food: Sir Toby Belch was not in it. **1960** L. COOPER *Accomplices* IV. ii. 224, I thought the Party knew all the technique there is about handling people, but they're not in it with the Church. **1964** H. E. F. DONOHUE *Conversations with Nelson Algren* ii. 74 All people are killers, potentially. Tigers aren't in it with people. **1966** 'J. HACKSTON' *Father clears Out* 140 A fight in the snow is a tame affair and not in it with a hot summer contest. **1968** *Globe & Mail* (Toronto) 15 Jan. 9/4 We just weren't in this one... Nobody was going to beat them today.

**29.** Of representative character or capacity, as *in* NAME *of*, *in* RIGHT *of*: see the ns.

**30.** Elliptical for  (*a*) in the name of;  (*b*) in the character of.

*a*1734 NORTH *Lives* (1826) III. 203 'Ay, i' God, is it', said the lord. **1831** F. A. KEMBLE *Let.* in *Rec. Girlhood* II. viii. 229, I am to come out in Bianca, in Milman's 'Fazio'.

**V.** Of motion or direction. See also 16.

**31.** Expressing motion or direction from without to a point within, or transition from one thing to another: = INTO.
  In OE. this was the proper sense of *in* with the accusative: see above. The sense of 'into' is still retained after some verbs, as *put*, *cast*, *split*, *part*, where the sense implies motion, and in some idiomatic phrases which are no longer analysed.

**†a.** Illustrations of earlier usage, now *obs.* or *dial.*

*c*825 *Vesp. Psalter* v. 8 Ic inga, dryhten, in hus ðin. **971** *Blickl. Hom.* 121 þa hie..in þone heofon locodan æfter him. *a*1000 *Hymns* vi. 27 (Gr.) Ne læd þu us..in costunge. *c*1175 *Lamb. Hom.* 3 Goð in þane castel þet is on-ȝein eou. *Ibid.* 45 Muneȝing of þam hali gast þe he sende in his apostles. *c*1220 *Bestiary* 230 Do we ðe bodi in ðe bale. *a*1300 *E.E. Psalter* xxix. 12 [xxx. 11] þou torned mi weping..In blisse. *c*1386

CHAUCER *Knt.'s T.* 11 And broghte hire hoom with hym in his contree. *c*1470 HENRY *Wallace* I. 147 His fadyr Malcom in the Lennox fled. *c*1500 *Melusine* 369 Soone after [she] tourned herself in the figure of a serpent and so vanysshed away. **1509** *Bury Wills* (Camden) 111 Yff ony off my childern happyn to cumme in pouerte. **1535** COVERDALE *2 Esdras* iii. 4 And hast brethed in him the breth of life. **1570** *Tragedie* 127 in *Satir. Poems Reform.* x, Turnit day in nycht and nycht in day. **1596** DALRYMPLE tr. *Leslie's Hist. Scot.* I. 8 Dorpes and wynes..now growne in fair townes. **1680** in *12th Rep. Hist. MSS. Comm.* App. VII. 394 My daughter was brought in bed of another boy. **1697** DRYDEN *Virg. Georg.* III. 645 [The snake] retires..And in some secret Cranny slowly glides. **1785** BURNS *Death & Dr. Horn-bk.* xiv, Deil mak his king's-hood in a spleuchan!

**b.** Illustrations of current usage after the verbs *cast, fall, lay, put, throw, thrust,* etc., *divide, split, break,* etc.

*a*900 *O.E. Chron.* an. 709 Wæs todæled..in tua biscopscira West Seaxna lond. **971** *Blickl. Hom.* 191 His lic..in þa stowe asetton þe Uaticanus hatte. **1154** *O.E. Chron.* an. 1137 ⍔2, & dide ælle in prisun, til hi iafen up here castles. *c*1200 *Trin. Coll. Hom.* 21 And was his holie lichame leid in burieles, in þe holie sepulcre. *c*1330 R. BRUNNE *Chron. Wace* (Rolls) 3618 Iþe barel of gold þey leid ilkon. **1390** GOWER *Conf.* I. 106 Full ofte he heweth up so highe That chippes fallen in his eye. *c*1400 MANDEVILLE (Roxb.) xxxiv. 153 Þe prestez..hewez þe body all in smale pecez. *c*1460 *Towneley Myst.* xxvi. 413 My catyf hart wyll breke in thre. **1491** *Act 7 Hen. VII,* c. 22 Preamble, The seid John..caste the seid writing in the fire. **1590** SHAKES. *Mids. N.* II. i. 108 Hoared headed frosts Fall in the fresh lap of the crimson Rose. **1591** —— *1 Hen. VI,* I. iv. 52 They suppos'd I could..spurne in pieces Posts of Adamant. **1697** DRYDEN *Virg. Georg.* IV. 766 He..in the Billows plung'd his hoary Head. **1836** FONBLANQUE *Eng. under 7 Administ.* (1837) III. 336 Is he put on the shelf, or cast in the lumber-room? *a*1868 M. J. HIGGINS *Ess.* (1875) 118 The most judicious mode of putting a kicker in harness. **1876** MOZLEY *Univ. Serm.* vi. (1877) 142 This dreadful schism..which splits them, as it were, in two beings.

**c.** See also *in the face of*: FACE *n.* 4.

**†32.** The sense of motion or direction formerly gave rise to various modifications. [Cf. L. *in* with *acc.*] *Obs.*   **†a.** = *upon, on.*

*a*1225 *Leg. Kath.* 102 Ha..spende al þet oðer in neodfulle & in nakede. *c*1305 *St. Lucy* 7 in *E.E.P.* 101 In fisciciens heo hadde ispend moche del of hire gode. *c*1430 *Hymns Virg.* 97 þan schal neuere myscheef in þee

falle. **1490** CAXTON *Eneydos* vi. 26 Y$^e$ grete..cryme, perpetred and commysed in the persone of sychee. **1535** STEWART *Cron. Scot.* II. 528 To put handis in ane crownit king. **1557** NORTH *Gueuara's Diall Pr.* 127b/2 To caste their eyes onelye in that that is presente.

**†b.** = *against, towards.*

**a1300** *E.E. Psalter* xliii. 6 [xliv. 5] In þi name for-how in us risand. **a1340** HAMPOLE *Psalter* vi. 1 Forgifynge til him þat synnes in vs. **c1380** WYCLIF *Wks.* (1880) 198 To oure dettouris þat is to men þat han synned in vs.

**†c.** = *over.*

**c1430** LYDG. *Min. Poems* (Percy Soc.) 16 That noon enmyes have in him powere.

**†d.** = *unto, to.*

**1523** LD. BERNERS *Froiss.* I. xxxvi. 50 Sir Water of Manny..dyd set fyre in the strete ioyninge to the castell. *Ibid.* cclxxix. 417 Parte of them that had set the fyre in the towne. **1535** COVERDALE *2 Esdras* iii. 7 Thou appoyntedest death in him, and in his generacions.

**VI.** Constructional uses.

**33.** Expressing the relation which the action of a verb has to some indirect object: forming with the latter an adverbial adjunct to the verb, and often entering with it into an indirect passive: e.g. *to be believed in, to be dealt in, to be engaged in.* (See the verbs individually.) **a.** To *believe, trust, hope* in, and the like. In OE., *believe* took *in* with the accus., = *into, unto, towards* (cf. L. *credere in Deum,* etc.).

**c825** *Vesp. Psalter* ii. 13 Eadʒe alle ða ðe ʒetreowað in hine [L. *confidunt in eum*]. **a1000** *Juliana* 434 in *Exeter Bk.*, þu in ecne god..þinne ʒetreowdes. **c1200** *Trin. Coll. Hom.* 19 He þe bileueð in god. **13..** *K. Alis.* 7348 Alisaunder him gan affye In his owne chivalrie. **c1400** MANDEVILLE (1839) xv. 166 In theise thinges..ther ben many folk that beleeven. **1553** Q. MARY in Strype *Eccl. Mem.* (1721) III. App. i. 3 For the special trust and affiance we have in you. **1753** CHESTERFIELD *Lett.* (1774) IV. 6, I hope in God she will give you the will of exerting them.

**b.** To *partake, share, concur, engage, join, deal* in; to *consist* in; to

*succeed*, *fail*, *increase* in; to *delight*, *exult*, *glory*, *joy*, *rejoice*, *triumph* in; etc.

> *a*1225 *Ancr. R.* 38 ᴣif me..delen in his pinen. *a*1300 *E.E. Psalter* ix. 3, I sal fayne and glade in þe. **1375** BARBOUR *Bruce* IV. 718 Thai men, that will study In the craft of astrology. *c*1585 R. BROWNE *Answ. Cartwright* 68, I partake in another mans offring. **1593** SHAKES. *Lucr.* 77 To those two Armies that would let him goe, Rather then triumph in so false a foe. **1697** DRYDEN *Virg. Georg.* I. 13 Join in my Work. **1776** *Trial of Nundocomar* 68/1, I used, a long time ago, to trade in salt. **1795** *Hist.* in *Ann. Reg.* 5 All classes..concurred in this determination. **1845** S. AUSTIN *Ranke's Hist. Ref.* I. 185 A regular war with France was not to be engaged in without negotiations.

   **c.** With trans. vb.: To *instruct* (a person) in; to *convict*, *condemn*, *mulct* in; to *baffle*, *disappoint*, *limit* in; to *spend* (money, time, etc.) in. To *hold* in (honour, etc.): see HOLD *v.* 12f.

> *a*1300 *Cursor M.* 2610 In despit sco haldes me. **1382** WYCLIF *2 Chron.* xxxvi. 3 The king of Egipt..condempnede the lond in an hundrith talentis of syluer. **1490** CAXTON *Eneydos* vii. 33 To haue some prynce..for tenstructe hym in doctrynes and good maners. **1588** SHAKES. *L.L.L.* II. i. 19 Spending your wit in the praise of mine. *a*1715 BURNET *Own Time* (1823) II. 207 The crown had been..limited in the power of raising money. **1838** THIRLWALL *Greece* xi. II. 24 The Athenians, who had been repeatedly baffled in their attempts. **1893** W. P. COURTNEY in *Acad.* 13 May 413/1 The money expended in the improvement of the site.

   **34.** Expressing the relation of an *adjective* (often ppl.) to some sphere or department to which its qualification is limited: *in* and its object forming an adverbial adjunct of the adjective; e.g. *accomplished*, *adroit*, *at home*, *complete*, *diligent*, *eager*, *eloquent*, *great*, *learned*, *skilled*, *strong*, *weak* in; *attacked*, *grieved*, *hurt*, *marked*, *wounded* in; etc.

> *c*900 tr. *Bæda's Hist.* IV. xxiii[i.]. (1890) 332 Wæs heo..æðele in woruld ᴣebyrdum. *Ibid.* 334 In reᴣollices lifes lare swiðe ᴣeornful. *a*1225 *Leg. Kath.* 525 In alle wittes of worldliche wisdome wiseste o worlde. **1382** WYCLIF *Acts* vii. 22 Moyses..was my3ty in his wordis and werkis. **1477** EARL RIVERS (Caxton) *Dictes* 76 Right connyng in fisike and a good fisicien. **1526** TINDALE *Matt.* v. 3 Blessed are the povre in sprete. **1557** NORTH *Gueuara's Diall Pr.* (1582) 174a, Pirrus..was stout and hardy, valiant in armes, liberall in benefices, pacient in aduersities. **1605** SHAKES. *Macb.* IV. ii. 66 Though in your state of Honor I am perfect.

**1665** B<span>OYLE</span> *Occas. Refl.* (1848) 294 To admire and thank him that is infinite in Beauty, and in goodness. **1711** A<span>DDISON</span> *Spect.* No. 81 ¶2 If Rosalinda is unfortunate in her Mole, Nigranilla is as unhappy in a Pimple. **1833** I. T<span>AYLOR</span> *Fanat.* i. 2 Ignorant in the chief article of the case. **1845** M. P<span>ATTISON</span> *Ess.* (1889) I. 2 Rich in works of the historical class. **1884** *Law Times* LXXVII. 27/2 A railway company was held liable in damages. **1895** *Bookman* Oct. 22/2 Louis [XIV] was..wanting in all the elements of true greatness.

**35.** Expressing the relation of a *substantive* (esp. one that involves an attribute) to a certain sphere.

*c***1200** O<span>RM</span>. 5483 Þe firrste ȝife iss witt & skill Inn heofennlike þingess. **1382** W<span>YCLIF</span> *Dan.* i. 17 God ȝaue to these children science and discipline in ech boke. **1513** D<span>OUGLAS</span> *Æneis* i. Prol. 56 Nane is, nor was..ne ȝit sal haue sic crafte in poetrie. **1571** C<span>AMPION</span> *Hist. Irel.* ix. (1633) 27 The Barbarians highly honoured him for his cunning in all languages. **1699** B<span>URNET</span> *39 Art.* xxv. (1700) 266 In all this Diversity there is no real difference. **1749** F<span>IELDING</span> *Tom Jones* I. x, He was himself a very competent judge in most kinds of literature. *a***1770** J<span>ORTIN</span> *Serm.* (1771) I. iii. 46 Those who have skill in arts..in war..in politics. **1830** T. T<span>AYLOR</span> *Argts. Celsus* etc. 63 Alacrity in the performance of things. **1849** M<span>ACAULAY</span> *Hist. Eng.* i. I. 111 The Houses..would have made no formal change in the constitution. **1859** C. B<span>ARKER</span> *Assoc. Princ.* ii. 56 Young beginners in business. **1884** W. C. S<span>MITH</span> *Kildrostan* 48 Let nothing shake your trust in her.

**36.** Expressing the relation of *number* or *quantity* to the dimension or amount in question: e.g. *length*, *breadth*, *depth*, or the like.

*c***1275** L<span>AY</span>. 21995 Hit his imete in brede fif and twenti fote. **1382** W<span>YCLIF</span> *1 Kings* vi. 2 The hows..hadde sexti cubitis in length and twenti in brede. **1512** *Act 4 Hen. VIII,* c. 1 §1 The said Countie is thre score and ten myle in lenght. **1548** U<span>DALL</span>, etc. *Erasm. Par. Mark* i. (1552) 120 Fewe in numbre. **1710** B<span>ERKELEY</span> *Princ. Hum. Knowl.* Introd. §12 A black line of an inch in length. **1875** J<span>OWETT</span> *Plato* (ed. 2) III. 306 The virtues, which are also four in number. **1882** W. S<span>HARP</span> *D. G. Rossetti* ii. 86 A man six feet two inches in height.

**37.** With a substantive (or adj.), forming an *adverbial phr.*, e.g. *in charity*, *in duty*, *in honour*; *in right*; *in common, in general, in especial*; *in fact, in* (*all*) *probability, in truth, in faith*; *in conclusion, in fine*; *in haste*; *in any case, in every way*; *in* (*all*) *the world*. See the *ns.*; also <span>INDEED</span>.

*a***1300** *Cursor M.* 13402 þai fild a cupp þan son in hast. *c***1386** CHAUCER *Pard. Prol.* 126 But herkneth lordynges in conclusioun Youre likyng is that I schal telle a tale. **1513** MORE *Rich. III*, in Grafton *Chron.* I. 781 In faith man..I was never so sory. **1647** N. BACON *Disc. Govt. Eng.* I. iii. 8 In Charity, therefore, the English Church in those daies must be of mean repute for outward pomp. **1667** PRIMATT *City & C. Build.* 2 Consider..what casualties it may in probability be subject unto. **1721** *St. German's Doctor & Stud.* 309 If a man buy a horse..of him that in right had no property to him. **1802** M. EDGEWORTH *Moral T.* (1816) I. xii. 100 Debts, which he could not, in honour, delay to discharge. **1871** SMILES *Charac.* i. (1876) 11 Every one is..bound in duty, to aim at reaching the highest standard of character. **1881** L. B. WALFORD *Dick Netherby* xiv. 162 Not a shilling in the world.

**38.** In many *prepositional phrases*, as *in* CASE *of*, *in* FACE *of*, *in* FAVOUR *of*, *in* FRONT *of*, *in* HONOUR *of*, *in* LIEU *of*, *in* PRESENCE *of*, *in* RESPECT *of*, *in* SPITE *of*, INSTEAD *of*; *in* REGARD *of, to*, *in* RESPECT *of, to*; *in* ORDER *to*, *in* PROPORTION *to*, *in* RELATION *to*; *in* COMMON *with*, *in* COMPANY *with*, *in* COMPARISON *with*, etc. See these words.

**VII.** *Phrases.*

**39. in so far**: in such measure or degree (as); to such extent (that). Still conventionally written thus (*Hart's Rules for Compositors*, ed. 37, 1967, p. 75) but also freq. as a single word or with hyphens.

**1596** DALRYMPLE tr. *Leslie's Hist. Scot.* v. 269 Britannie was..in sevin Regimentis, deuydet be the Saxonis,..Jnsafar, that a certane and sure ordour of kingis coulde not weil be collected. **1836** H. TAYLOR *Statesman* xxxi. 232 A man's manners have much real and intrinsic significancy, in so far forth as they are the result of his individual nature and taste. **1847** GROTE *Greece* II. xlvii. (1862) IV. 183 Insofar the latter had good reason to complain. **1896** *Act 59 & 60 Vict.* c. 39 §1 (3) In so far as they are temporary in their duration. **1940** *Economist* 6 July 13/2 Insofar as it ensures that trade between the two participating countries shall be reciprocal, it is an extension of compensation trade. **1948** J. STEINBECK *Russ. Jrnl.* (1949) 10 The C-47's are a little run down insofar as upholstery and carpeting go. **1959** B. WOOTTON *Social Sci. & Social Path.* viii. 267 Differentiation between the one and the other will be called for only insofar as it affects the kind of treatment that is likely to be helpful. **1969** *Times* 31 Oct. 29/5 Enforcement, insofar as salaries are concerned, is costing nothing. **1971** *Watsonia* VIII. 205 The results of it will be used here in-so-far as they affect the classification of the group.

**40. in that**: in the fact that; in its being the case that; in presence, view, or consequence of the fact that; seeing that; as, because.

> *c*1440 *Gesta Rom.* II. xxi. 399 (Add. MS.) The child is not apte to serve god, in that he is inparfite. **1523** LD. BERNERS *Froiss.* I. cliv. 186 The kyng of Nauerr..excused hymselfe honorably, in that he departed out of the realme of France. **1535** COVERDALE *Josh.* xxii. 31 We knowe, that y$^e$ Lorde is amonge vs, in that ye haue not trespaced agaynst the Lorde. **1593** SHAKES. *2 Hen. VI*, III. i. 257 Let him dye, in that he is a Fox. *c*1680 BEVERIDGE *Serm.* (1729) II. 302 In that they think they get good by such hearing..they are really the worse for it. **1883** DOBSON *Fielding* i. 18 This is the more likely, in that Arne the musician..was Fielding's contemporary at Eton.

**41.** See also INASMUCH, INSOMUCH, etc.

---

ADDITIONS SERIES 1993

**in**, *prep.*[1]

Add:   **[II.] [18.]** *in-ground* orig. *U.S.*, of an outdoor swimming-pool: built into the ground (as distinct from one placed above ground), esp. at a private residence.

> **1973** *Washington Post* 13 Jan. F16/5 (Advt.), Five bedrooms, two baths, 2 fireplaces and in-ground pool. **1977** *Lancashire Life* Mar. 114/2 (Advt.), 'Pool Services'..Distributors of Above and Inground Do-It-Yourself Pool Kits. **1988** J. FRAME *Carpathians* ix. 62 We've in mind for later an in-ground swimming-pool.

*in-hand* (see HAND *n.* 29), (*a*) held in the hand; also *fig.*; (*b*) *spec.* in *Equestrianism*: used in or involving the leading of a horse by hand.

> **1960** *Encounter* Feb. 36/1 The in-hand attractions of salary, security, and perks. **1963** E. H. EDWARDS *Saddlery* xxiv. 188 There is..an increasing tendency for pony mares..to wear what used to be termed a 'stallion bridle'. As it is now used on everything, I prefer to call it an 'in-hand' bridle. **1974** *Daily Tel.* 3 Apr. 8/8 Take-home ice-cream products..had been subject to 10 p.c. VAT. But of the in-hand products—wrapped ice-creams and ices and lollies on sticks—half have gone up in price. **1978** *Country Life* 18 May 1376/2 Mr and Mrs J. B. Grobbelaar..came from South Africa to Windsor expressly to judge the in-

hand classes. **1985** *Catal. Sale Horse-Drawn Vehicles* (Thimbleby & Shorland) 6 Mar. 1 Set of brown in-hand harness without crupper.

---

DRAFT ADDITIONS SEPTEMBER 2003

**in**, *prep.*[1]

▶ **in**-**home** *a.*, taking place in the home; intended for, available for, or relating to use in the home.

> **1956** in W. Y. Elliott *Television's Impact on Amer. Culture* 347 Movies are the only major TV competitor fighting it strictly on the entertainment level, and outside the home. Radio and publications are challenged both on an advertising and an *in-home basis. **1969** *Times* 8 Oct. 24/3 The in-home sales situation will quickly conquer the tawdry image of doorstep selling currently too common for household utensils, encyclopaedias and insurance, by the introduction..of appointments systems. **1988** *Mod. Painters* Autumn 64/3 He restaged an in-home William Tell act and missed. **1996** R. MISTRY *Fine Balance* i. 58 Her friend Zenobia had a brainwave about in-home haircuts for children. **2001** *Working from Home* Mar. 26/3 Each PC includes two years of free in-home servicing.