| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JEFFREY R. CHANIN - #103649 |
| 2 | DARALYN J. DURIE - #169825 |
| | ASHOK RAMANI - #200020 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | NETFLIX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, | Case No. C 06 2361 WHA (JCS) |
| Plaintiff, | [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL FOR NETFLIX'S OPENING CLAIM-CONSTRUCTION BRIEF |
| v. | |
| BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50, | Date: January 31, 2007 |
| | Time: TBD |
| Defendant. | Dept: Courtroom 9, 19th Floor |
| | Judge: Hon. William H. Alsup |
| AND RELATED COUNTERCLAIMS | |

---

[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL FOR NETFLIX'S OPENING CLAIM-
CONSTRUCTION BRIEF
CASE NO. C 06 2361 WHA (JCS)

1   Netflix's request to file under seal certain documents in connection with its motions for
2   summary judgment is GRANTED.  The Clerk will maintain said documents in accordance with
3   the provisions of Civil Local Rule 79-5(f).
4   IT IS SO ORDERED.

6   Dated: December 7, 2006

    _____
    HON. WILLIAM H. ALSUP
    United States District Court Judge