## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 7, 2006

Case No.  C 06-02361 WHA

Title: NETFLIX, INC v. BLOCKBUSTER, INC

Plaintiff Attorneys: Jeffrey Chanin; Gene Paige

Defense Attorneys: Marshall Grossman

Intervener: Alan Himmelfarb; Scott Kamber

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

### PROCEEDINGS

1)   Motion to Intervene - Taken Under Submission

2)

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**