KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterclaim Defendant,
NETFLIX, INC.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
MARSHALL B. GROSSMAN - #35958
WILLIAM J. O'BRIEN - #99526
TONY D. CHEN - #176635
DOMINIQUE N. THOMAS - #231464
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ONE-DAY EXTENSION OF TIME FOR SUBMISSION OF STIPULATION REGARDING DISCOVERY DISPUTES**<br><br>Hearing Date: Jan. 12, 2007<br>Time: 9:30 A.M.<br>Courtroom: A, 15th Floor<br>Magistrate Judge: Joseph C. Spero<br><br>Complaint Filed: April 4, 2006 |

STIPULATION AND [PROPOSED] ORDER FOR ONE-DAY EXTENSION OF TIME FOR SUBMISSION OF
STIPULATION REGARDING DISCOVERY DISPUTES
CASE NO. C 06 2361 WHA (JCS)

1  Plaintiff and Counter-Defendant, Netflix, Inc., and Defendant and
2  Counterclaimant, Blockbuster Inc., through their respective counsel of record, hereby stipulate
3  and agree as follow:
4      1.    It was previously stipulated and ordered that the parties file by December
5  14, 2006, a stipulation detailing the orders that they agree the Court should make on (a) Netflix's
6  pending motion to compel further responses from Blockbuster to Netflix's First Set of Requests
7  for Production, (b) Netflix's pending motion for a protective order as to certain Blockbuster
8  document subpoenas to third-parties, and (c) Blockbuster's pending motion to compel further
9  responses from Netflix to Blockbuster's First Set of Requests for Production, along with a
10 description of whatever issues remain for decision by the Court regarding those motions.  These
11 three motions are currently scheduled for hearing on January 12, 2007.
12     2.    Counsel for Netflix and Blockbuster conducted an additional in-person
13 conference about these motions on December 8, 2006, and have been working diligently to
14 resolve the outstanding issues.  The parties have now reached agreement on the large majority of
15 these issues, and there appears to be a serious prospect that they will be able to resolve every
16 such issue.  However, unanticipated complexities have arisen late in the process of trying to
17 define and document a mutually satisfactory resolution of the few remaining issues, and counsel
18 are unexpectedly finding themselves unable to complete the stipulation before midnight
19 December 14, 2006.

1
STIPULATION AND [PROPOSED] ORDER FOR ONE-DAY EXTENSION OF TIME FOR SUBMISSION OF
STIPULATION REGARDING DISCOVERY DISPUTES
CASE NO. C 06 2361 WHA (JCS)

3. The parties therefore stipulate and respectfully request that the time for filing of the stipulation referred to above be extended one day to December 15, 2006.

Dated: December 14, 2006         KEKER & VAN NEST, LLP

By: /S/
Eugene Paige
Attorneys for Plaintiff and Counte/claim Defendant,
NETFLIX, INC.

Dated: December 14, 2006         ALSCHULER GROSSMAN STEIN & KAHAN LLP

By: /S/
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

**PURSUANT TO STIPULATION, IT SO ORDERED**.

Dated: _____    _____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE