KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterclaim Defendant,
NETFLIX, INC.

ALSCHULER GROSSMAN STEIN & KAHAN LLP
MARSHALL B. GROSSMAN - #35958
WILLIAM J. O'BRIEN - #99526
TONY D. CHEN - #176635
DOMINIQUE N. THOMAS - #231464
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NETFLIX, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>  v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>                              Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**NOTICE OF LODGING OF [CORRECTED] STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DISPUTES**<br><br>Hearing Date: Jan. 12, 2007<br>Time: 9:30 A.M.<br>Courtroom: A, 15th Floor<br>Magistrate Judge: Joseph C. Spero<br><br>Complaint Filed: April 4, 2006 |
|---|---|

NOTICE OF LODGING OF [CORRECTED] STIPULATION AND
[PROPOSED] ORDER REGARDING DISCOVERY DISPUTES
CASE NO. C 06 2361 WHA (JCS)

Dockets.Justia.com

Plaintiff and Counter-Defendant, Netflix, Inc., and Defendant and Counterclaimant, Blockbuster Inc., through their respective counsel of record, hereby stipulate and agree as follows:

1. On December 15, 2006, the parties filed a Stipulation and [Proposed] Order Regarding Discovery Disputes (the "Stipulation"). Because of an error in creating a PDF file of the Stipulation for electronic filing, the Stipulation as filed on December 15 was not the final version as agreed between the parties. As filed, the Stipulation omitted several final edits.

2. Accordingly, concurrently with this Notice, the parties are submitting a "[Corrected] Stipulation and [Proposed] Order Regarding Discovery Disputes," which incorporates the inadvertently omitted edits (as well as correcting one other, subsequently detected, typographical error). The parties respectfully request entry of an order on the Corrected Stipulation.

Dated: December 19, 2006        KEKER & VAN NEST, LLP

By: _____/S/_____
Eugene M. Paige
Attorneys for Plaintiff and Counterclaim Defendant,
NETFLIX, INC.

Dated: December 19, 2006        ALSCHULER GROSSMAN STEIN & KAHAN LLP

By: _____/S/_____
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.