# BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
## DECEMBER 20, 2006
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT A

### IDENTIFICATION OF PRIOR ART
### Prior Art Patents and Published Patent Applications

|   | Country of Origin/ Publisher | Patent/ Publication Number | Title | Issued to/ Filed by | Date of Issue/ Publication | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 1. | Europe | 0,286,130 A2 | Automatic Article Renting Machine | Yoshida | 10/12/1988 | *Yoshida* | BB00004230 – 4231 |
| 2. | U.S. | 4,839,875 | Technique for Automatic Tracking of Cassette Rentals and Managing of Information Related Thereto | Kuriyama *et al.* | 06/13/1989 | *Kuriyama* | BB00004454 – 4476 |
| 3. | Europe | 0,329,076 A2 | Apparatus for Selling/Lending Video Cassettes | Koya | 08/23/1989 | *Koya* | BB00003815 – 3832 |
| 4. | U.S. | 5,007,518 | Apparatus for Renting Articles | Crooks *et al.* | 04/16/1991 | *Crooks* | BB00004198 – 4227 |
| 5. | U.S. | 5,088,586 | Automatic Renting Apparatus | Isobe *et al.* | 02/18/1992 | *Isobe* | BB00003146 – 3157 |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|  | Country of Origin/ Publisher | Patent/ Publication Number | Title | Issued to/ Filed by | Date of Issue/ Publication | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 6. | U.S. | 5,172,413 | Secure Hierarchial Video Delivery System and Method | Bradley *et al.* | 12/15/1992 | *Bradley* | BB00004435 – 4453 |
| 7. | U.S. | 5,291,554 | Shared-Price Custom Video Rentals via Interactive TV | Morales | 03/01/1994 | *Morales* | BB00004493 – 4503 |
| 8. | U.S. | 5,396,417 | Product Distribution Equipment and Method | Burks *et al.* | 03/07/1995 | *Burks* | BB00004504 – 4543 |
| 9. | Japan | 07-085151 | Rental Management System for Video and Music Software | Hironori | 03/31/1995 | *Hironori* | BB00004504 – 4543 |
| 10. | U.S. | 5,459,306 | Method and System for Delivering On Demand, Individually Targeted Promotions | Stein *et al.* | 10/17/1995 | *Stein* | BB00012482 - 12491 |
| 11. | Canada | 2,207,868 | System and Method for Scheduling Broadcast of and Access to Video Programs and other Data Using Customer Profiles | Herz *et al.* | 06/06/1996 | *Herz* | BB00003193 – 3311 |
| 12. | U.S. | 5,632,681 | Universal Electronic Video Game Renting/Distributing System | Bakoglu | 05/27/1997 | *Bakoglu* | BB00012492 – 12497 |
| 13. | U.S. | 5,646,992 | Assembly, Distribution, and Use of Digital Information | Subler *et al.* | 07/08/1997 | *Subler* | BB00005224 – 5248 |
| 14. | U.S. | 5,654,746 | Secure Authorization and Control Method and Apparatus for a Game Delivery Service | McMullan, Jr. *et al.* | 08/05/1997 | *McMullan* | BB00012498 – 12521 |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|  | **Country of Origin/ Publisher** | **Patent/ Publication Number** | **Title** | **Issued to/ Filed by** | **Date of Issue/ Publication** | **Short Name** | **Bates Numbers** |
|---|---|---|---|---|---|---|---|
| 15. | U.S. | 5,699,526 | Ordering and Downloading Resources from Computerized Repositories | Siefert | 12/16/1997 | *Siefert* '526 | BB00001277 – 1391 |
| 16. | U.S. | 5,734,823 | Systems and Apparatus for Electronic Communication and Storage of Information | Saigh *et al.* | 03/31/1998 | *Saigh* | BB00003619 – 3640 |
| 17. | U.S. | 5,734,853 | Set Top Terminal for Cable Television Delivery Systems | Hendricks *et al.* | 03/31/1998 | *Hendricks* | BB00012522 – 12614 |
| 18. | U.S. | 5,860,068 | Method and System for Custom Manufacture and Delivery of A Data Product | Cook | 01/12/1999 | *Cook* | BB00003641 – 3649 |
| 19. | U.S. | 5,892,900 | Systems and Methods for Secure Transmission Management and Electronic Rights Protection | Ginter *et al.* | 04/06/1999 | *Ginter* | BB00012615 – 12974 |
| 20. | U.S. | 5,897,623 | Interface Method for Providing Information about Items on A List for Interactive Television | Fein *et al.* | 04/27/1999 | *Fein* | BB00006226 – 6245 |
| 21. | U.S. | 5,898,594 | Method and Apparatus for Enabling a Selection of Catalog Items | Leason *et al.* | 04/27/1999 | *Leason* | BB00003116 – 3132 |
| 22. | U.S. | 5,991,791 | Security Aspect of Computer Resource Repositories | Siefert | 11/23/1999 | *Siefert* '791 | BB00001427 – 1541 |
| 23. | U.S. | 6,026,403 | Computer System for Management of Resources | Siefert | 02/15/2000 | *Siefert* '403 | BB00001542 – 1657 |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|  | **Country of Origin/ Publisher** | **Patent/ Publication Number** | **Title** | **Issued to/ Filed by** | **Date of Issue/ Publication** | **Short Name** | **Bates Numbers** |
|---|---|---|---|---|---|---|---|
| 24. | U.S. | 6,480,855 B1 | Managing A Resource on A Network Where Each Resource Has An Associated Profile with An Image | Siefert | 11/12/2002 | *Siefert* '855 | BB00001701 – 1815 |
| 25. | U.S. | 6,502,096 B1 | Computerized Asset Management System | Siefert | 12/31/2002 | *Siefert* '096[1] | BB00001816 – 1931 |

---

[1] *Siefert* '526, '791, '403, '855 and '095 are hereinafter referred to collectively as "NCR".