# BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
## DECEMBER 20, 2006
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT B

### IDENTIFICATION OF PRIOR ART
### Prior Art Publications

|  | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 1. | Wanger, *et al.* | Automated Circulation System in Libraries Serving the Blind and Physically Handicapped: A Reference Guide for Planning | | Cuadra Associates | 05/15/1981 | *Reference Guide* | BB00008174 – 8465 |
| 2. | Anguilla | Southern Retailer Says 'Video Library' Makes Bookkeeping A Breeze | Video Retailing | | July 1982 | *Multi-Video Article* | BB00012975 |
| 3. | | Regional Reports: Central Region | Video Store | | Jan. 1985 | *Pop*Card Article No. 1* | BB00012976 |
| 4. | | Pop*Card Franchise Purchased | The Oklahoman | The Oklahoman | 07/22/1984 | *Pop*Card Article No. 2* | BB00013058 |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|  | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 5. |  | Finally, the No-Limit Video Tape Library! | The Oklahoman | The Oklahoman | 04/02/1982 | *Pop*Card Ad No. 1* | BB00013052 |
| 6. |  | Get the Best Seat in the House | The Oklahoman | The Oklahoman | 12/24/1984 | *Pop*Card Ad No. 2* | BB00013053 |
| 7. |  | Hurry! Free! Footloose Raiders of the Lost Ark Disney Gold Your Choice When You Join Pop*Card! The No-Limit Videotape Library for 90 Days! | The Oklahoman | The Oklahoman | 11/07/1984 | *Pop*Card Ad No. 3* | BB00013054 |
| 8. |  | Free! Cabbage Patch Doll | The Oklahoman | The Oklahoman | 05/25/1985 | *Pop*Card Ad No. 4* | BB00013056 |
| 9. |  | Free! Raiders of the Lost Ark! When You Join Pop*Card The No-Limit Videotape Library! | The Oklahoman | The Oklahoman | 12/09/1983 | *Pop*Card Ad No. 5* | BB00013057 |
| 10. |  | Belly? Then You Need Pop*Card The No-Limit Videotape Library | The Oklahoman | The Oklahoman | 05/20/1984 | *Pop*Card Ad No. 6*[1] | BB00013059 |
| 11. |  | It-Had-To-Happen Department: Newest Ways to Rent Videos | Changing Times (pre-1986), p. 9, October 1985 | Kiplinger | Oct. 1985 | *Video Hit Article* | BB00004581 |

---

[1] "*Pop*Card Articles Nos. 1-2*" and "*Pop*Card Ads Nos. 1-6*" are hereinafter referred to collectively as "*Pop*Card publications.*"

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|  | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 12. | Dreyfuss | French Twist | Fortune | Time Inc. | 05/13/1985 | *Cine Club Article No. 1* | BB00012207, 13025-13027 |
| 13. |  | It-Had-To-Happen Department: Newest Ways to Rent Videos | Changing Times (pre-1986), p. 9, October 1985 | Kiplinger | Oct. 1985 | *Cine Club Article No. 2* | BB00004581 |
| 14. |  |  | PR Newswire | PR Newswire Association | 09/10/1985 | *Cine Club Article No. 3* | BB00013047 - 13048 |
| 15. |  | Pssst! Hey, You! Wanna Buy 'Terminator' Cheap? | Daily News |  | 1985 | *Cine Club Article No. 4* | BB00013028 |
| 16. |  | The Cine Club Viewer | Newsletter | Cine Club | July 1985 | *Cine Club Newsletter* | BB00013032 – 13033 |
| 17. |  | Fast Track | New York |  | 10/07/1985 | *Cine Club Article No. 5* | BB00013029 |
| 18. |  | Exclusive in New York | Daily News |  | 10/31/1985 | *Cine Club Ad No. 1* | BB00013031 |
| 19. | Morabito |  | Letter with flyer | Cine Club | 11/25/1985 | *Cine Club Flyer* | BB00013034 – 13035 |
| 20. |  | Exclusive in New York | Daily News |  | 12/23/1985 | *Cine Club Ad No. 2*[2] | BB00013030 |

---

[2] "*Cine Club Articles Nos. 1-5*", "*Cine Club Newsletter*", "*Cine Club Flyer*" and "*Cine Club Ads. 1-2*" are hereinafter referred to collectively as "*Cine Club publications.*"

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|   | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 21. | Rodriguez | Functional Requirements | Access Self-Study, Vol. 7 | Texas State Library Division for the Blind & Physically Handicapped | 12/15/1987 | *Functional Requirements* | BB00008466 – 8479 |
| 22. |  | Have You Heard The Best Idea for Maintaining Your Competitive Edge? | Brochure | Tape Rental Library Inc. | 1997? | *AudioQueue Brochure* | BB00012226 – 12241 |
| 23. |  | Audio Cassettes | 1988 Catalog | Tape Rental Library Inc. | 1988 | *AudioQueue Catalog No. 1* | BB00012242 – 12310 |
| 24. |  | Audio Cassettes | 1997 Catalog | Tape Rental Library Inc. | 1997 | *AudioQueue Catalog No. 2* | BB00012311 – 12363 |
| 25. |  | Audio Cassettes | 1995 Catalog | Tape Rental Library Inc. | 1995 | *AudioQueue Catalog No. 3* | BB00012364 – 12426 |
| 26. |  | Audio Cassettes | 1998 Catalog | Tape Rental Library Inc. | 1998 | *AudioQueue Catalog No. 4*[3] | BB00012427 – 12481 |
| 27. | Hattery *et al.* | Maxcess Makes It Easy: A Midrange Library System | Information Retrieval & Library Automation | Lomond Publications, Inc. | April 1993 | *Maxcess* | BB00003020 - 3024 |

---

[3] "*AudioQueue Brochure*" and "*AudioQueue Catalogs Nos.. 1-4*" are hereinafter referred to collectively as "*AudioQueue publications.*"

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|  | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 28. |  | Welcome to the Web! Avis Rent-A-Car | Internet for Business, Issue 1, p. 6 | Financial Times, Telecoms & Media Publishing | May/June 1996 | *Avis Article* | BB00003183 – 3184 |
| 29. |  | Avis Rent-A-Car web pages | avis.com archive.org | Avis | 1996 | *Avis 1996 Web Pages* | BB00011978 – 11986; BB00011989 – 11990 |
| 30. |  | Avis Rent-A-Car web pages | avis.com archive.org | Avis | 1997 | *Avis 1997 Web Pages* | BB00011937 – 11977; BB00011987 – 11988; BB00011991 – 12053 |
| 31. |  | Avis Rent-A-Car web pages | avis.com archive.org | Avis | 1998 | *Avis 1998 Web Pages* | BB00011927 |
| 32. |  | Avis Rent-A-Car web pages | avis.com archive.org | Avis | 1999 | *Avis 1999 Web Pages*[4] | BB00011928 – 11930; BB00011933 – 11936; BB000112054 |

---

[4] "*Avis Article*" and "*Avis 1996-1999 Web Pages*" are hereinafter referred to collectively as "*Avis publications.*"

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

| | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 33. | | Books On Tape On-line Order Form | booksontape.com archive.org | Books On Tape | 02/14/1997 | *Books On Tape Web Pages No. 1* | BB00012211 – 12213 |
| 34. | | More About B-O-T & Frequently Asked Questions | booksontape.com archive.org | | 05/08/1999 | *Books On Tape Web Pages No. 2*[5] | BB00013037 – 13046; BB00012214 |
| 35. | | Sirsi Corporation | Library Technology Reports: Vendors of Integrated Library Systems, p. 239 | American Library Association | March-April 1997 | *Sirsi* | BB00003056 |
| 36. | Kuehner | Serving Book Listeners Audio-Only Bookstore to Open in Solon | The Plain Dealer, p. 1B | The Plain Dealer, Cleveland, Ohio | 11/11/1998 | *Talking Book World Article* | BB00004576 – 4577 |
| 37. | Magerman | User Manual | Video Vendor | Multipost Retail Systems | No later than 1995 | *Video Vendor User Manual* | BB00012223 – 12225 |
| 38. | | Now Offering 30 Day Free Trial | bizlibrary.com archive.org | Business Training Library | No later than April 1998 | *Business Training Library Web Pages* | BB00013049 – 13051 |
| 39. | | Advertisement | Oberlin News Tribune | Oberlin News Tribune | 12/01/1998 | *Campus Video Article* | BB00013036 |

---

[5] "*Books On Tape Web Pages Nos. 1-2*" are hereinafter referred to collectively as "*Books On Tape publications*."

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|  | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 40. |  | Auto Librarian | Library Technology Reports: Library System Software, p. 234 | American Library Association | March-April 1999 | *Auto Librarian* | BB00003025 – 3038 |
| 41. |  | Annual Report 1998 | Annual Report 1998 | TiVo Inc. | 03/31/1999 | *TiVo Report* | BB00012065 – 12163 |
| 42. | Snoddy | Coming soon: video recorder that picks the programmes | The Times (London) | Times Newspapers Ltd. | 04.28.1999 | *TiVo Article No. 1* | BB00012164-BB0012165 |
| 43. |  | BRIEFLY… | USA Today | Gannett Company, Inc. | 04.28.1999 | *TiVo Article No. 2* | BB00012166 |
| 44. |  | DIRECTV Inc. Announces Equity Investment in TiVo Inc.; DIRECTV, TiVo Partner to Market Personal Television Service | Business Wire | Business Wire, Inc. | 04.27.199 | *TiVo Article No. 3* | BB00012167-BB00012168 |
| 45. | Kuchinskas | IQ News: Analysis – Six Degrees of Television | ADWEEK | A/S/M/ Communications, Inc. | 04.26.1999 | *TiVo Article No. 4* | BB00012169-BB00012170 |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|  | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 46. |  | TiVo Selects Atmel's Smart Card Crytpo Controller for Authentication and Security; AT90SC3232C Offers Highest Security | Business Wire | Business Wire, Inc. | 04.26.1999 | *TiVo Article No. 5* | BB00012171-BB00012172 |
| 47. |  | REPLAY NETWORKS DEALS | Consumer Electronics | Warren Publishing, Inc. | 04.26.1999 | *TiVo Article No. 6* | BB00012173-BB00012174 |
| 48. | Shaffer | Why Digital Devices Will Proliferate; FORGET THE FREE PC | Fortune | Time Inc. | 04.26.199 | *TiVo Article No. 7* | BB00012175-BB00012176 |
| 49. |  | INTERACTIVE VIDEO THE NEXT BATTLEGROUND | INSIDE MULTIMEDIA | Phillips Business Information, Inc. | 04.26.1999 | *TiVo Article No. 8* | BB00012177-BB00012178 |
| 50. | Ojeda-Zapata | DIGITAL DEVICES FUN, BUT PRICES SCARY | Saint Paul Pioneer Press (Minnesota) | Sat Paul Pioneer Press | 04.26.1999 | *TiVo Article No. 9* | BB00012179-BB00012180 |
| 51. |  | INTERACTIVE SERVICES DEBATED | Television Digest | Warren Publishing, Inc. | 04.26.1999 | *TiVo Article No. 10* | BB00012181-BB00012182 |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|  | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 52. | (In VIDEO NOTES) |  | Video Week | Warren Publishing, Inc. | 04.26.1999 | *TiVo Article No. 11* | BB00012183 |
| 53. | Stern and Graser | Techies whip up biz at conflicted confab | Daily Variety | Reed Elsevier Inc. | 04.26.1999 | *TiVo Article No. 12* | BB00012184-BB00012185 |
| 54. | Walker | Getting Personal With Television; New Digital VCRs Tailor Program Selection to Viewers' Tastes – and Time | The Washington Post | The Washington Post | 04.24.1999 | *TiVo Article No. 13* | BB00012186-BB00012188 |
| 55. | Lewis | STATE OF THE ART; Making Television Searchable | The New York Times | The New York Times Company | 04.22.1999 | *TiVo Article No. 14* | BB00012189-BB00012191 |
| 56. | Graser | ORACLE SEES VID ON DEMAND IN TV'S FUTURE | Daily Variety | Reed Elsevier Inc. | 04.21.1999 | *TiVo Article No. 15* | BB00012192-BB00012193 |
| 57. | Graser | Dishing up DishPlayer | Daily Variety | Reed Elsevier Inc. | 04.20.1999 | *TiVo Article No. 16* | BB00012194 |
| 58. | Alexander | Tailor-made TV; The new "digital" VCRs are promising to remove the stress of finding something you enjoy watching on TV. | Star Tribune (Minneapolis, MN) | Star Tribune | 04.20.1999 | *TiVo Article No. 17* | BB00012195-BB00012197 |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|  | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 59. | Haley | TAMING TV NEW HARD-DISK RECORDERS LET VIEWERS PAUSE LIVE TELECASTS AND TAPE SHOWS BY CATEGORY BRINGING TV UNDER CONTROL | San Jose Mercury News (California) | San Jose Mercury News | 04.18.1999 | *TiVo Article No. 18* | BB00012198-BB00012201 |
| 60. | Lewis | STATE OF THE ART; Making Television Searchable | The New York Times | The New York Times Company | 04.22.1999 | *TiVo Article No. 19* | BB00012202-BB00012204 |
| 61. |  | [?] | Business Wire | Business Wire, Inc. | 04.27.1999 | *TiVo Article No. 20* | BB00012205 |
| 62. |  | TiVo Selects Atmel's Smart Cad Crytpo Controller for Authentication and Security; AT90SC3232C Offers Highest Security | Business Wire | Business Wire, Inc. | 04.26.1999 | *TiVo Article No. 21* | BB00012205 |
| 63. |  | [?] | The Washington Post | The Washington Post | 04.24.1999 | *TiVo Article No. 22*[6] | BB00012206 |

---

[6] "*TiVo Report*" and "*TiVo Articles Nos. 1-22*" are hereinafter referred to collectively as "*TiVo publications*."

EXHIBIT B: IDENTIFICATION OF PRIOR ART (Prior Art Publications)
Page 10 of 11

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 6,584,450 B1)

|     | Author | Title | Publication | Publisher | Date | Short Name | Bates Numbers |
|-----|--------|-------|-------------|-----------|------|------------|---------------|
| 64. |        | Netflix.com Featured DVDs for Saturday, January 16, 1999 | netflix.com archive.org | Netflix, Inc. | 01/16/1999 | *Netflix Web Pages No. 1* | BB00013060 – 13063 |
| 65. |        | Netflix.com Featured DVDs for Saturday, January 17, 1999 | netflix.com archive.org | Netflix, Inc. | 01/17/1999 | *Netflix Web Pages No. 2* | BB00013064 – 13067 |
| 66. |        | www.netflix.htm Now with Over 3,200 DVDs to rent Tuesday, April 27, 1999 | netflix.com archive.org | Netflix, Inc. | 04/27/1999 | *Netflix Web Pages No. 3* | BB00013068 – 13070 |
| 67. |        | DVD Movie Rentals Come Online | Newsweek Business Information | Newsweek | 04/15/1998 | *Netflix Article No. 1* | BB00008580 – 8581 |
| 68. |        | First Online DVD Rental Store Opens: Netflix Site Offers Unprecedented Title Selection, Availability and Convenience | Business Wire |  | 04/14/1998 | *Netflix Article No. 2*[7] | BB00008582 – 8584 |

---

[7] "*Netflix Web Pages Nos. 1-3*" and "*Netflix Articles Nos. 1-2*" are hereinafter referred to collectively as "*Netflix publications*."