# BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION

## DECEMBER 20, 2006
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT G

### CLAIM CHART
### (Claims 1 through 15)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| Claim 1 | |
| A method for renting items to customers, the method comprising the computer-implemented steps of: | 1[1].<br>*Reference Guide*: pp. 61, 115, 121-123, 177, 181, 192[2]<br>*Functional Requirements*: C.01, C.02, C.04, C.05 and C.06.<br>*Maxcess*: pp1-3.<br>*Sirsi*: pp.243-246.<br>*Auto Librarian*: Figs. 1, 2, 3 and 4, pp. 235-243.<br><br>*Yoshida*: Figs. 1, 8a, 8b, 8c, 8d and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 13–col. 14, ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a, 4b and 6, col. 4, ln. 35–col. 8, ln. 30.<br>*Crook*: Figs. 1-12 and 15, col. 4, lns. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2, 5 and 6, col 1, ln. 63–col. 4, ln. 5. |

---

[1] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

[2] The specific citation to a portion of a reference is provided to indicate that it is Blockbuster's present knowledge or belief that the cited portion contains invalidating prior art, which shall not be construed as to suggest that it is the only portion that contains invalidating prior art.

Dockets.Justia.com

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Sieferti '526*: Figs. 39-40, col. 17, lns. 13–23.<br><br>*Burks*: Fig. 2-6, col. 7, ln. 51– col. 21, ln. 63.<br>*Hironori*: Fig.1, para. 0011–0017.<br>*Subler*: Figs. 2-3, col. 5, ln. 35–col. 10, ln. 41.<br><br>*Morales*: Fig. 6, col. 7, ln. 32–col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51–col. 35, ln. 36; col. 38, lns 5–35.<br>*Saigh*: Fig. 9, col. 11, ln. 18–col. 12, ln. 67.<br>*Ginter*: Fig. 72A-C, D, col. 263, ln. 10–col. 264, ln. 42.<br><br>*Cook*: Fig. 1, col. 4, ln. 8–col. 7, ln. 45.<br>*Fein*: Figs. 6A-6D, col. 5, ln. 1–col. 10. ln. 19.<br>*Leason*: Figs. 2A and 5A, col. 5, ln. 26–col. 11, ln. 48.<br>*Video Vendor Services, Video Vendor User Manual*, pp. 20-21.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11.<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147.<br>*Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Avis Services, Avis Article*, p. 6, *Avis 1997 Web Pages*, pp. BB00011942-47.<br>*TiVo Services, TiVo Report*, pp. 38-41.<br>*Bradley*, Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25.<br>*Netflix Services, Netflix Web Pages No. 1*, pp. BB00013060-63. |
| receiving one or more item selection criteria that indicates two or more items that a customer desires to rent; | 1a.<br>*Reference Guide*: pp. 115, 177<br>*Functional Requirements*: C.01, C.02, C.05 and C.06.<br>*Maxcess*: pp1-2.<br>*Sirsi*: pp.243-244.<br>*Auto Librarian*: Figs. 1 and 2, pp. 235-238.<br><br>*Yoshida*: Figs. 1, 8a, 8b and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 13–col. 14, ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a and 4b, col. 4, ln. 35–col. 8, ln. 4.<br>*Crook*: Fig. 1, col. 4, lns. 15–63.<br>*Isobe*: Figs. 1 and 6, col 1, ln. 63–col. 4, ln. 5.<br><br>*Burks*: Fig. 2-6, col. 7, ln. 51– col. 21, ln. 63.<br>*Hironori*: Fig.1, para. 0011–0017.<br>*Subler*: Figs. 2-3, col. 5, ln. 35–col. 10, ln. 41.<br><br>*Morales*: Fig. 6, col. 7, ln. 32–col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51–col. 35, ln. 36; col. 38, lns 5–35.<br>*Saigh*: Fig. 9, col. 11, ln. 18–col. 12, ln. 67.<br>*Ginter*: Fig. 72A-C, col. 263, ln. 10–col. 264, ln. 42.<br><br>*Cook*: Fig. 1, col. 4, ln. 8–col. 7, ln. 45.<br>*Fein*: Figs. 6A-6D, col. 5, ln. 1–col. 10. ln. 19.<br>*Leason*: Figs. 2A and 5A, col. 5, ln. 26–col. 11, ln. 48. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Video Vendor Services, Video Vendor User Manual*, pp. 20-21. <br><br> *Multi Video Services, Multi Video Article*, pp. 22-23. <br> *Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147. <br> *Video Hit Services, Video Hit Article*, p. 9. <br> *Cine Club Services, Cine Club Article No. 1*, p. 8. <br> *Campus Video Services, Campus Video Article*, bottom of mid. col. <br><br> *AudioQueue Services, AudioQueue Catalog No. 1*, p. 65. <br> *BTCC* <br> *Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. <br> *Talking Book World Services, Talking Book World Article*, pp 1-2 <br> *Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46. <br><br> *Avis Services, Avis 1997 Web Pages*, pp. BB00011942-47. <br> *TiVo Services, TiVo Report*, pp. 38-41. <br> *Netflix Services, Netflix Web Pages No. 1*, pp. BB00013060-63. |
| providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria; | 1b. <br> *Reference Guide*: pp. 121, 181, 192. <br> *Functional Requirements*: C.06. <br> *Maxcess*: pp.1-2. <br> *Sirsi*: pp.244-245. <br> *Auto Librarian*: Figs. 4 and 5, pp. 240-243. <br><br> *Yoshida*: Figs. 1, 8c and 8d, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 34–col. 12, ln. 51. <br> *Kuriyama*: Fig. 7, col. 4, lns. 24–35. <br> *Koya*: Figs. 1a and 6, col. 4, ln. 35–col. 5, ln. 45; col. 8, lns. 22–30. <br> *Crook*: Figs. 1 and 15, col. 4, lns. 15–63; col. 8, ln. 66–col. 10, ln. 36. <br> *Isobe*: Figs. 5 and 6, col 3, ln. 33–col. 4, ln. 5. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Sieferti '526*: Figs. 39-40, col. 17, lns. 13–23.<br>*Ginter*: Fig. 72D, col. 264, lns. 28–42.<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147.<br>*Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*Avis Services, Avis Article*, p. 6.<br>*TiVo Services, TiVo Report*, pp. 38-41<br>*Bradley*, Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25.<br>*Netflix Services, Netflix Web Pages No. 1*, pp. BB00013060-63. |
| and in response to receiving any of the items provided to the customer, providing to the customer two or more other items indicated by the one or more item selection criteria, | 1c.<br>*Reference Guide*: pp. 61, 123, 192.<br>*Functional Requirements*: C.04.<br>*Maxcess*: pp. 1-3.<br>*Sirsi*: pp.244-246.<br>*Auto Librarian*: Figs. 3 and 4, pp. 235-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 34–col. 14, ln. 14. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–35; col, 5, ln. 13–col. 6, ln. 64.<br>*Koya*: Figs. 1a and 6, col. 4, ln. 35–col. 5, ln. 45; col. 8, lns. 22–30.<br>*Crook*: Figs. 2-12, col. 4, ln. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63–col. 4, ln. 5.<br><br>*Ginter*: Fig. 72C, col. 263, ln. 49–col. 264, ln. 27.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11.<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147.<br>*Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*TiVo Services, TiVo Report, pp. 38-41* |
| wherein a total current number of items provided to the customer does not exceed the specified number. | 1d.<br>*Reference Guide*: pp. 61, 123, 192.<br>*Functional Requirements*: C.04.<br>*Maxcess*: pp. 1-3.<br>*Sirsi*: pp.244-246.<br>*Auto Librarian*: Figs. 3 and 4, pp. 235-243. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
|  | *Yoshida*: e.g. Figs. 1, 8c and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 34–col. 14, ln. 14.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–35; col, 5, ln. 13–col. 6, ln. 64.<br>*Koya*: Figs. 1a and 6, col. 4, ln. 35–col. 5, ln. 45; col. 8, lns. 22–30.<br>*Crook*: Figs. 2-12, col. 4, ln. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63–col. 4, ln. 5.<br><br>*Ginter*: Fig. 72C, col. 263, ln. 49–col. 264, ln. 27.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11.<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147.<br>*Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46. |
| Claim 2 |  |
| A method as recited in claim 1, | 2.  *See* Contention 1. |
| wherein a total number of items provided to the customer within a specified period of | 2a.<br>*Multi Video Services* |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| time does not exceed a specified limit. | *Pop\*Card Services*<br>*Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services*<br>*Video Vendor Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Services*<br><br>*Reference Guide*: p. 192.<br>*Maxcess*: p 3.<br>*Sirsi*: pp.244-245.<br>*Auto Librarian*: Figs. 3 and 4, pp. 240-243.<br><br>*Yoshida*: Figs. 1, 8c and 8d, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 34–col. 14, ln. 14.<br><br>*Ginter*: Fig. 72C, col. 263, ln. 49–col. 264, ln. 27.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11. |
| Claim 3 | |
| A method as recited in claim 2, | 3.  *See* Contention 2. |
| further comprising if the total number of items provided to the customer within the specified period of time is less than the specified limit, then increasing the specified limit for another specified period of time. | 3a.<br>*Multi Video Services*<br>*Pop\*Card Services*<br>*Video Hit Services*<br>*Cine Club Services* |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
| --- | --- |
|  | *Campus Video Services*<br>*Video Vendor Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Web Services*<br><br>*Reference Guide*: pp. 121, 193.<br>*Maxcess*: p 3.<br>*Sirsi*: pp.244-246.<br>*Auto Librarian*: Figs. 3 and 4, pp. 240-243. |
| Claim 4 | |
| A method as recited in claim 1, | 4.  *See* Contention 1. |
| wherein the one or more item selection criteria indicates a desired order for the two or more items that a customer desires to rent, | 4a.<br>*Multi Video Services*<br>*Pop\*Card Services*<br>*Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Web Services*<br><br>*Reference Guide*: pp. 127, 135 and 163-169.<br>*Functional Requirements*: C.08. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Maxcess*: p 2.<br>*Sirsi*: pp.242-245.<br>*Auto Librarian*: Figs. 1-22, pp. 235-236.<br><br>*Koya*: Figs. 6, 7a and 7b, col. 4, ln. 35-col. 9, ln. 42.<br>*Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63-col. 4, ln. 5.<br><br>*Siefert '526*: Figs. 58-60, col. 18, ln. 35-col. 19, ln. 20.<br><br>*Subler*: Fig. 17, col. 13, ln. 20-col. 14, ln. 37.<br>*Leason*: Figs. 1, 2A and 5A, col. 4, ln. 15-col. 11, ln. 47.<br>*Cook*: Fig. 1, col. 6, ln. 7-col.7, ln. 45.<br>*Video Vendor Services, Video Vendor User Manual*: pp. 20-21. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria in the desired order indicated by the item selection criteria, | 4b.<br>*Multi Video Services*<br>*Pop\*Card Services*<br>*Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Web Services*<br><br>*Reference Guide*: pp. 127, 135 and 163-169.<br>*Functional Requirements*: C.08.<br>*Maxcess*: p 2.<br>*Sirsi*: pp.242-245.<br>*Auto Librarian*: Figs. 1-22, pp. 235-236. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Koya*: <u>e.g.</u> Figs. 6, 7a and 7b, col. 4, ln. 35-col. 9, ln. 42.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, col. 1, ln. 63-col. 4, ln. 5.<br><br>*Siefert* '526: Figs. 58-60, col. 18, ln. 35-col. 19, ln. 20.<br><br>*Subler*: Fig. 17, col. 13, ln. 20-col. 14, ln. 37.<br>*Leason*: Figs. 1, 2A and 5A, col. 4, ln. 15-col. 11, ln. 47.<br>*Cook*: Fig. 1, col. 6, ln. 7-col.7, ln. 45.<br>*Video Vendor Services, Video Vendor User Manual*: pp. 20-21. |
| and the step of providing to the customer two or more other items indicated by the one or more item selection criteria includes providing to the customer two or more other items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria. | 4c.<br>*Multi Video Services*<br>*Pop\*Card Services*<br>*Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Web Services*<br><br>*Reference Guide*: pp. 127, 135 and 163-169.<br>*Functional Requirements*: C.08.<br>*Maxcess*: p 2.<br>*Sirsi*: pp.242-245.<br>*Auto Librarian*: Figs. 1-22, pp. 235-236.<br><br>*Koya*: <u>e.g.</u> Figs. 6, 7a and 7b, col. 4, ln. 35-col. 9, ln. 42.<br>*Isobe*: <u>e.g.</u> Figs. 1, 2 and 5, col. 1, ln. 63-col. 4, ln. 5. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
|  | *Siefert* '526: Figs. 58-60, col. 18, ln. 35-col. 19, ln. 20.<br><br>*Subler*: Fig. 17, col. 13, ln. 20-col. 14, ln. 37.<br>*Leason*: Figs. 1, 2A and 5A, col. 4, ln. 15-col. 11, ln. 47.<br>*Cook*: Fig. 1, col. 6, ln. 7-col.7, ln. 45.<br>*Video Vendor Services, Video Vendor User Manual*: pp. 20-21. |
| Claim 5 | |
| A method as recited in claim 4, | 5. *See* Contention 4. |
| further comprising if a particular item from the two or more items indicated by the one or more item selection criteria is not available, then providing another item from the two or more items based upon the desired order indicated by the one or more item selection criteria. | 5a.<br>*Multi Video Services*<br>*Pop\*Card Services*<br>*Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services*<br>*Video Vendor Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Web Services*<br><br>*Reference Guide*: pp. 175 and 209.<br>*Functional Requirements*: C.08.<br>*Maxcess*: p 2.<br>*Sirsi*: pp.242-245.<br>*Auto Librarian*: Figs. 1-22, pp. 235-236.<br><br>*Koya*: Figs. 6, 7a and 7b, col. 4, ln. 35-col. 9, ln. 42. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63-col. 4, ln. 5. <br><br> *Siefert* '526: Figs. 58-60, col. 18, ln. 35-col. 19, ln. 20. <br><br> *Subler*: Fig. 17, col. 13, ln. 20-col. 14, ln. 37. <br> *Leason*: Figs. 1, 2A and 5A, col. 4, ln. 15-col. 11, ln. 47. <br> *Cook*: Fig. 1, col. 6, ln. 7-col.7, ln. 45. |
| **Claim 6** | |
| A method as recited in claim 1, | 6.  *See* Contention 1. |
| wherein the one or more item selection criteria specifies one or more preferred item attributes, | 6a. <br> *Multi Video Services* <br> *Pop\*Card Services* <br> *Video Hit Services* <br> *Cine Club Services* <br> *Campus Video Services* <br> *Video Vendor Services* <br><br> *AudioQueue Services* <br> *BTCC* <br> *Business Training Library Services* <br> *Talking Book World Services* <br> *Books on Tape Web Services* <br><br> *Reference Guide*: pp. 181-184. <br> *Maxcess*: p 2-3. <br> *Sirsi*: pp.241-244. <br> *Auto Librarian*: Figs. 1-22, pp. 235-240. <br><br> *Siefert* '526: Figs. 18-24, col. 12, ln. 3-col. 14, ln. 24. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Stein*: Fig. 4, col. 6, ln-66-col. 8, ln. 65.<br>*Herz*: Fig. 2, p. 44, ln. 3-p. 47, ln. 25.<br>*Subler*: Figs. 11-12, col. 10, ln. 42-col. 12, ln. 37.<br>*Cook*: Fig. 1, col. 6, ln. 7-col. 7, ln. 45.<br>*Ginter*: Fig. 72D, col. 264, lns. 28-42. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer up to a specified number of two or more items that have one or more of the one or more preferred item attributes specified by the one or more item selection criteria, | 6b.<br>*Multi Video Services*<br>*Pop\*Card Services*<br>*Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services*<br>*Video Vendor Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Web Services*<br><br>*Reference Guide*: pp. 181-184.<br>*Maxcess*: p 2-3.<br>*Sirsi*: pp.241-244.<br>*Auto Librarian*: Figs. 1-22, pp. 235-240.<br><br>*Siefert '526*: Figs. 18-24, col. 12, ln. 3-col. 14, ln. 24.<br><br>*Stein*: Fig. 4, col. 6, ln-66-col. 8, ln. 65.<br>*Herz*: Fig. 2, p. 44, ln. 3-p. 47, ln. 25.<br>*Subler*: Figs. 11-12, col. 10, ln. 42-col. 12, ln. 37.<br>*Cook*: Fig. 1, col. 6, ln. 7-col. 7, ln. 45.<br>*Ginter*: Fig. 72D, col. 264, lns. 28-42. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | |
| and the step of providing to the customer two or more other items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer two or more other items that have one or more of the one or more preferred item attributes specified by the one or more item selection criteria. | 6c.<br>*Multi Video Services*<br>*Pop\*Card Services*<br>*Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services*<br>*Video Vendor Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Web Services*<br><br>*Reference Guide*: pp. 181-184.<br>*Maxcess*: p 2-3.<br>*Sirsi*: pp.241-244.<br>*Auto Librarian*: Figs. 1-22, pp. 235-240.<br><br>*Siefert '526*: Figs. 18-24, col. 12, ln. 3-col. 14, ln. 24.<br><br>*Stein*: Fig. 4, col. 6, ln-66-col. 8, ln. 65.<br>*Herz*: Fig. 2, p. 44, ln. 3-p. 47, ln. 25.<br>*Subler*: Figs. 11-12, col. 10, ln. 42-col. 12, ln. 37.<br>*Cook*: Fig. 1, col. 6, ln. 7-col. 7, ln. 45.<br>*Ginter*: Fig. 72D, col. 264, lns. 28-42. |
| Claim 7 | |
| A method as recited in claim 1, | 7.  *See* Contention. 1. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| further comprising: establishing, based upon the one or more item selection criteria, an item rental queue for the customer, | 7a.<br>*Multi Video Services*<br>*Pop\*Card Services*<br>*Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Web Services*<br><br>*Reference Guide*: pp. 127, 135 and 163-169.<br>*Functional Requirements*: C.08.<br>*Maxcess*: p 2.<br>*Sirsi*: pp.242-245.<br>*Auto Librarian*: Figs. 1-22, pp. 235-236.<br><br>*Koya*: Figs. 6, 7a and 7b, col. 4, ln. 35-col. 9, ln. 42.<br>*Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63-col. 4, ln. 5.<br><br>*Siefert '526*: Figs. 55-60, col. 18, ln. 35-col. 19, ln. 20.<br><br>*Subler*: Fig. 17, col. 13, ln. 20-col. 14, ln. 37.<br>*Leason*: Figs. 1, 2A and 5A, col. 4, ln. 15-col. 11, ln. 47.<br>*Cook*: Fig. 1, col. 6, ln. 7-col.7, ln. 45.<br>*Video Vendor Services, Video Vendor User Manual*: pp. 20-21. |
| wherein the item rental queue contains two or more entries that specify the two or more items that the customer desires to rent; | 7b.<br>*Multi Video Services*<br>*Pop\*Card Services* |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Web Services*<br><br>*Reference Guide*: pp. 127, 135 and 163-169.<br>*Functional Requirements*: C.08.<br>*Maxcess*: p 2.<br>*Sirsi*: pp.242-245.<br>*Auto Librarian*: Figs. 1-22, pp. 235-236.<br><br>*Koya*: Figs. 6, 7a and 7b, col. 4, ln. 35-col. 9, ln. 42.<br>*Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63-col. 4, ln. 5.<br><br>*Siefert '526*: Figs. 55-60, col. 18, ln. 35-col. 19, ln. 20.<br><br>*Subler*: Fig. 17, col. 13, ln. 20-col. 14, ln. 37.<br>*Leason*: Figs. 1, 2A and 5A, col. 4, ln. 15-col. 11, ln. 47.<br>*Cook*: Fig. 1, col. 6, ln. 7-col.7, ln. 45.<br>*Video Vendor Services, Video Vendor User Manual*: pp. 20-21. |
| and in response to receiving back any of the items provided to the customer, selecting the two or more other items from the item rental queue. | 7c.<br>*Multi Video Services*<br>*Pop*Card Services*<br>*Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services* |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
|  | *AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Web Services*<br><br>*Reference Guide*: pp. 127, 135 and 163-169.<br>*Functional Requirements*: C.08.<br>*Maxcess*: p 2.<br>*Sirsi*: pp.242-245.<br>*Auto Librarian*: Figs. 1-22, pp. 235-236.<br><br>*Koya*: Figs. 6, 7a and 7b, col. 4, ln. 35-col. 9, ln. 42.<br>*Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63-col. 4, ln. 5.<br><br>*Siefert '526*: Figs. 55-60, col. 18, ln. 35-col. 19, ln. 20.<br><br>*Subler*: Fig. 17, col. 13, ln. 20-col. 14, ln. 37.<br>*Leason*: Figs. 1, 2A and 5A, col. 4, ln. 15-col. 11, ln. 47.<br>*Cook*: Fig. 1, col. 6, ln. 7-col.7, ln. 45.<br>*Video Vendor Services, Video Vendor User Manual*: pp. 20-21. |
| Claim 8 | |
| A method as recited in claim 1, | 8.  *See* Contention 1. |
| further comprising in response to receiving a customer notification, providing to the customer a second set of two or more other items indicated by the one or more item selection criteria. | 8a.<br>*Multi Video Services*<br> *Pop\*Card Services*<br>*Video Hit Services.*<br>*Cine Club Services*<br>*Campus Video Services* |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Video Vendor Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Services*<br><br>*Reference Guide*: pp. 61, 115, 121-123, 177, 181, 192<br>*Functional Requirements*: C.01, C.02, C.04, C.05 and C.06.<br>*Maxcess*: pp1-3.<br>*Sirsi*: pp.243-246.<br>*Auto Librarian*: Figs. 1, 2, 3 and 4, pp. 235-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 34–col. 14, ln. 14.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–35; col, 5, ln. 13–col. 6, ln. 64.<br>*Koya*: Figs. 1a and 6, col. 4, ln. 35–col. 5, ln. 45; col. 8, lns. 22–30.<br>*Crook*: Figs. 2-12, col. 4, ln. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63–col. 4, ln. 5.<br><br>*Ginter*: Fig. 72C, col. 263, ln. 49–col. 264, ln. 27.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11. |
| Claim 9 | |
| A method as recited in claim 1, | 9.  *See* Contention 1. |
| further comprising in response to expiration of a specified amount of time, providing to the customer a second set of two or more | 9a.<br>*Multi Video Services*<br>*Pop\*Card Services* |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| other items indicated by the one or more item selection criteria. | *Video Hit Services.*<br>*Cine Club Services*<br>*Campus Video Services*<br>*Video Vendor Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Services*<br><br>*Reference Guide*: pp. 61, 115, 121-123, 177, 181, 192<br>*Functional Requirements*: C.01, C.02, C.04, C.05 and C.06.<br>*Maxcess*: pp1-3.<br>*Sirsi*: pp.243-246.<br>*Auto Librarian*: Figs. 1, 2, 3 and 4, pp. 235-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 34–col. 14, ln. 14.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–35; col, 5, ln. 13–col. 6, ln. 64.<br>*Koya*: Figs. 1a and 6, col. 4, ln. 35–col. 5, ln. 45; col. 8, lns. 22–30.<br>*Crook*: Figs. 2-12, col. 4, ln. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63–col. 4, ln. 5.<br><br>*Ginter*: Fig. 72C, col. 263, ln. 49–col. 264, ln. 27.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11. |
| Claim 10 | |
| A method as recited in claim 1, | 10.  *See* Contention 1. |

EXHIBIT G: CLAIM CHART (Claims 1 through 15)
Page 20 of 27

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| further comprising in response to a specified date being reached, providing to the customer a second set of two or more other items indicated by the one or more item selection criteria. | 10a.<br>*Multi Video Services*<br>*Pop\*Card Services*<br>*Video Hit Services.*<br>*Cine Club Services*<br>*Campus Video Services*<br>*Video Vendor Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Services*<br><br>*Reference Guide*: pp. 61, 115, 121-123, 177, 181, 192<br>*Functional Requirements*: C.01, C.02, C.04, C.05 and C.06.<br>*Maxcess*: pp1-3.<br>*Sirsi*: pp.243-246.<br>*Auto Librarian*: Figs. 1, 2, 3 and 4, pp. 235-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 34–col. 14, ln. 14.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–35; col, 5, ln. 13–col. 6, ln. 64.<br>*Koya*: Figs. 1a and 6, col. 4, ln. 35–col. 5, ln. 45; col. 8, lns. 22–30.<br>*Crook*: Figs. 2-12, col. 4, ln. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63–col. 4, ln. 5.<br><br>*Ginter*: Fig. 72C, col. 263, ln. 49–col. 264, ln. 27.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| Claim 11 | |
| A method as recited in claim 1, | 11. *See* Contention 1. |
| further comprising in response to a specified fee being received, providing to the customer a second set of two or more other items indicated by the one or more item selection criteria. | 11a.<br>*Multi Video Services*<br>*Pop\*Card Services*<br>*Video Hit Services.*<br>*Cine Club Services*<br>*Campus Video Services*<br>*Video Vendor Services*<br><br>*AudioQueue Services*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Services*<br><br>*Reference Guide*: pp. 61, 115, 121-123, 177, 181, 192<br>*Functional Requirements*: C.01, C.02, C.04, C.05 and C.06.<br>*Maxcess*: pp1-3.<br>*Sirsi*: pp.243-246.<br>*Auto Librarian*: Figs. 1, 2, 3 and 4, pp. 235-243.<br><br>*Yoshida*: <u>e.g.</u> Figs. 1, 8c and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 34–col. 14, ln. 14.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–35; col, 5, ln. 13–col. 6, ln. 64.<br>*Koya*: Figs. 1a and 6, col. 4, ln. 35–col. 5, ln. 45; col. 8, lns. 22–30.<br>*Crook*: Figs. 2-12, col. 4, ln. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63–col. 4, ln. 5.<br><br>*Ginter*: Fig. 72C, col. 263, ln. 49–col. 264, ln. 27. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37. *McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11. |
| Claim 12 | |
| A method as recited in claim 1, | 12.  *See* Contention 1. |
| wherein items are provided to the customer by mail. | 12a. *Siefert* '526: col. 14, ln. 25-col. 15, ln. 36.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65. *BTCC* *Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. *Talking Book World Services, Talking Book World Article*, pp 1-2 *Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*Netflix Services.* |
| Claim 13 | |
| A method as recited in claim 1, | 13.  *See* Contention 1. |
| wherein items are provided to the customer by a delivery agent. | 13a. *Siefert* '526: col. 14, ln. 25-col. 15, ln. 36.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65. *BTCC* *Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. *Talking Book World Services, Talking Book World Article*, pp 1-2 *Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
| --- | --- |
| | *Netflix Services.* |
| Claim 14 | |
| A method as recited in claim 1, | 14.  *See* Contention 1. |
| wherein: the two or more items are two or more movies, | 14a.<br>*Yoshida*: Figs. 1, 8a, 8b, 8c, 8d and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 13–col. 14, ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a, 4b and 6, col. 4, ln. 35–col. 8, ln. 30.<br>*Crook*: Figs. 1-12 and 15, col. 4, lns. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2, 5 and 6, col 1, ln. 63–col. 4, ln. 5.<br><br>*Sieferti '526*: Fig. 1B, col. 5, lns. 9–36.<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147.<br>*Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11.<br><br>*Netflix Services* |
| the one or more item selection criteria are one or more movie selection criteria, | 14b.<br>*Yoshida*: Figs. 1, 8a, 8b, 8c, 8d and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 13–col. 14, ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a, 4b and 6, col. 4, ln. 35–col. 8, ln. 30. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | *Crook*: Figs. 1-12 and 15, col. 4, lns. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2, 5 and 6, col 1, ln. 63–col. 4, ln. 5.<br><br>*Sieferti '526*: Fig. 1B, col. 5, lns. 9–36.<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147.<br>*Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*Netflix Services* |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more movie selection criteria that indicates two or more movies that a customer desires to rent, | 14c. *See* Contentions 14a, 14b and 1a. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria, | 14d. *See* Contentions 14a, 14b and 1b. |
| and the step of in response to receiving any of the items provided to the customer, providing to the customer two or more other items indicated by the one or more item | 14e. *See* Contentions 14a, 14b, 1c and 1d. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number includes in response to receiving any of the movies provided to the customer, providing to the customer two or more other movies indicated by the one or more movie selection criteria, wherein a total current number of movies provided to the customer does not exceed the specified number. | |
| Claim 15 | |
| A method as recited in claim 1, | 15. *See* Contention 1. |
| wherein: the two or more items are two or more games, | 15a.<br>*Sieferti '526*: Fig. 1B, col. 5, lns. 9–36.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11. |
| the one or more item selection criteria are one or more game selection criteria, | 15b.<br>*Sieferti '526*: Fig. 1B, col. 5, lns. 9–36.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11. |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more game selection criteria that indicates two or more games that a customer desires to rent, | 15c. *See* Contentions 15a, 15b and 1a. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 1 through 15 | Prior Art Disclosure |
|---|---|
| | |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more games indicated by the one or more game selection criteria, | 15d.  *See* Contentions 15a, 15b and 1b. |
| and the step of in response to receiving any of the items provided to the customer, providing to the customer two or more other items indicated by the one or more item selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number includes in response to receiving any of the games provided to the customer, providing to the customer two or more other games indicated by the one or more game selection criteria, wherein a total current number of games provided to the customer does not exceed the specified number. | 15e.  *See* Contentions 15a, 15b, 1c and 1d. |