# BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
## DECEMBER 20, 2006
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT H

### CLAIM CHART
### (Claims 16 through 30)

| Elements of Claims 16 through 30 | Prior Art Disclosure |
|---|---|
| Claim 16 | |
| A method for renting items to customers, the method comprising the computer-implemented steps of: | 16. *See* Contention 1. |
| receiving one or more item selection criteria that indicates two or more items that a customer desires to rent; | 16a. *See* Contention 1a. |
| providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria; | 16b. *See* Contention 1b. |
| and in response to receiving any of the items provided to the customer, providing to the customer two or more other items indicated by the one or more item selection criteria, | 16c. *See* Contention 1c. |
| wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | 16d. *See* Contention 2a. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 16 through 30 | Prior Art Disclosure |
|---|---|
| Claim 17 | |
| A method as recited in claim 16, | 17.  *See* Contention 16. |
| wherein the total current number of items provided to the customer does not exceed the specified number. | 17a.  *See* Contention 1d. |
| Claim 18 | |
| A method as recited in claim 16, | 18.  *See* Contention 16. |
| further comprising if the total number of items provided to the customer within the specified period of time is less than the specified limit, then increasing the specified limit for another specified period of time. | 18a.  *See* Contention 3a. |
| Claim 19 | |
| A method as recited in claim 16, | 19.  *See* Contention 16. |
| wherein the one or more item selection criteria indicates a desired order for the two or more items that a customer desires to rent, | 19a.  *See* Contention 4a. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria, | 19b.  *See* Contention 4b. |
| and the step of providing to the customer two or more other items indicated by the one or more item selection criteria includes providing to the customer two or more other items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria. | 19c.  *See* Contention 4c. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 16 through 30 | Prior Art Disclosure |
|---|---|
| Claim 20 | |
| A method as recited in claim 19, | 20. *See* Contention 19. |
| further comprising if a particular item from the two or more items indicated by the one or more item selection criteria is not available, then providing another item from the two or more items based upon the desired order indicated by the one or more item selection criteria. | 20a. *See* Contention 5a. |
| Claim 21 | |
| A method as recited in claim 16, | 21. *See* Contention 16. |
| wherein the one or more item selection criteria specifies two or more preferred item attributes, | 21a. *See* Contention 6a. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer up to a specified number of two or more items that have two or more of the two or more preferred item attributes specified by the one or more item selection criteria, | 21b. *See* Contention 6b. |
| and the step of providing to the customer two or more other items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer two or more other items that have two or more of the two or more preferred item attributes specified by the one or more item selection criteria. | 21c. *See* Contention 6c. |
| Claim 22 | |
| A method as recited in claim 16, | 22. *See* Contention 16. |
| further comprising: establishing, based upon the one or more item | 22a. *See* Contention 7a. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 16 through 30 | Prior Art Disclosure |
|---|---|
| selection criteria, an item rental queue for the customer, | |
| wherein the item rental queue contains two or more entries that specify the two or more items that the customer desires to rent; | 22b.  *See* Contention 7b. |
| and in response to receiving back any of the items provided to the customer, selecting the two or more other items from the item rental queue. | 22c.  *See* Contention 7c. |
| Claim 23 | |
| A method as recited in claim 16, | 23.  *See* Contention 16. |
| further comprising in response to receiving a customer notification, providing to the customer a second set of two or more other items indicated by the one or more item selection criteria. | 23a.  *See* Contention 8a. |
| Claim 24 | |
| A method as recited in claim 16, | 24.  *See* Contention 16. |
| further comprising in response to expiration of a specified amount of time, providing to the customer a second set of two or more other items indicated by the one or more item selection criteria. | 24a.  *See* Contention 9a. |
| Claim 25 | |
| A method as recited in claim 16, | 25.  *See* Contention 16. |
| further comprising in response to a specified date being reached, providing to the customer a second set of two or more other items indicated by the one or more item selection criteria. | 25a.  *See* Contention 10a. |
| Claim 26 | |
| A method as recited in claim 16, | 26.  *See* Contention 16. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 16 through 30 | Prior Art Disclosure |
|---|---|
| further comprising in response to a specified fee being received, providing to the customer a second set of two or more other items indicated by the one or more item selection criteria. | 26a. *See* Contention 11a. |
| Claim 27 | |
| A method as recited in claim 16, | 27. *See* Contention 16. |
| wherein items are provided to the customer by mail. | 27a. *See* Contention 12a. |
| Claim 28 | |
| A method as recited in claim 16, | 28. *See* Contention 16. |
| wherein items are provided to the customer by a delivery agent. | 28a. *See* Contention 13a. |
| Claim 29 | |
| A method as recited in claim 16, | 29. *See* Contention 16. |
| wherein: the two or more items are two or more movies, | 29a. *See* Contention 14a. |
| the one or more item selection criteria are two or more movie selection criteria, | 29b. *See* Contention 14b. |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving two or more movie selection criteria that indicates two or more movies that a customer desires to rent, | 29c. *See* Contention 14c. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the two or more movie selection criteria, | 29d. *See* Contention 14d. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 16 through 30 | Prior Art Disclosure |
|---|---|
| and the step of in response to receiving any of the items provided to the customer, providing to the customer two or more other items indicated by the one or more item selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit includes in response to receiving any of the movies provided to the customer, providing to the customer two or more other movies indicated by the two or more movie selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | 29e.  *See* Contentions 14a, 14b, 16c and 16d. |
| Claim 30 | |
| A method as recited in claim 16, | 30.  *See* Contention 16. |
| wherein: the two or more items are two or more games, | 30a.  *See* Contention 15a. |
| the one or more item selection criteria are two or more game selection criteria, | 30b.  *See* Contention 15b. |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving two or more game selection criteria that indicates two or more games that a customer desires to rent, | 30c.  *See* Contention 15c. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more games indicated by the two or more game selection criteria, | 30d.  *See* Contention 15d. |
| and the step of in response to receiving any of the items provided to the customer, providing to the customer two or more other items | 30e.  *See* Contentions 15a, 15b, 16c and 16d. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 16 through 30 | Prior Art Disclosure |
|---|---|
| indicated by the one or more item selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit includes in response to receiving any of the games provided to the customer, providing to the customer two or more other games indicated by the two or more game selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | |