# BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
## DECEMBER 20, 2006
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT I

### CLAIM CHART
**(Claims 31 through 35)**

| Elements of Claims 31 through 35 | Prior Art Disclosure |
|---|---|
| Claim 31 | |
| A method for renting movies to customers, the method comprising the computer-implemented steps of: | 31. *See* Contentions 1 and 14a. |
| receiving one or more movie selection criteria from a customer that indicates two or more movies that the customer desires to rent; | 31a. *See* Contentions 1a, 14a and 14b. |
| providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria; | 31b. *See* Contentions 1b, 14a and 14b. |
| and in response to a return of any of the movies provided to the customer, providing to the customer one or more other movies indicated by the one or more movie selection criteria, | 31c. *See* Contentions 1c, 14a and 14b. |
| wherein a total current number of movies provided to the customer does not exceed the specified number. | 31d. *See* Contentions 1d, 14a and 14b. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 31 through 35 | Prior Art Disclosure |
|---|---|
| Claim 32 | |
| A method as recited in claim 31, | 32. *See* Contention 31. |
| wherein the one or more movie selection criteria specifies an order in which the customer desires to receive the movies, | 32a. *See* Contentions 4a, 14a and 14b. |
| the step of providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the move selection criteria in the order specified by the one or more movie selection criteria, | 32b. *See* Contentions 4b, 14a and 14b. |
| and the step of providing to the customer one or more other movies specified by the one or more movie selection criteria includes providing to the customer one or more other movies specified by the one or more movie selection criteria in the order specified by the one or more movie selection criteria. | 32c. *See* Contentions 4c, 14a and 14b. |
| Claim 33 | |
| A method as recited in claim 31, | 33. *See* Contention 31. |
| wherein the one or more movie selection criteria specifies movie attributes preferred by the customer, | 33a. *See* Contentions 6a, 14a and 14b. |
| the step of providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria includes automatically selecting and providing to the customer up to a specified number of the two or more movies that have the specified movie attributes preferred by the customer, | 33b. *See* Contentions 6b, 14a and 14b. |

EXHIBIT I: CLAIM CHART (Claims 31 through 35)
Page 2 of 3

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 31 through 35 | Prior Art Disclosure |
|---|---|
| and the step of providing to the customer one or more other movies specified by the one or more movie selection criteria includes automatically selecting and providing to the customer one or more other movies that have the specified movie attributes preferred by the customer. | 33c.  *See* Contentions 6c, 14a and 14b. |
| Claim 34 | |
| A method as recited in claim 31, | 34.  *See* Contention 31. |
| wherein movies are provided to the customer by mail. | 34a.  *See* Contentions 12a, 14a and 14b. |
| Claim 35 | |
| A method as recited in claim 31, | 35.  *See* Contention 31. |
| wherein movies are provided to the customer by a delivery agent. | 35a.  *See* Contentions 13a, 14a and 14b. |