# BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION

## DECEMBER 20, 2006
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT J

### CLAIM CHART
**(Claims 36 through 50)**

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| Claim 36 | |
| A computer-readable medium for renting items to customers, the computer-readable medium carrying one or more sequences of one or more instructions which, when executed by one or more processors, cause the one or more processors to perform the computer-implemented steps of: | 36[1]. *Reference Guide*: pp. 61, 115, 121-123, 177, 181, 192[2] *Functional Requirements*: C.01, C.02, C.04, C.05 and C.06. *Maxcess*: pp1-3. *Sirsi*: pp.243-246. *Auto Librarian*: Figs. 1, 2, 3 and 4, pp. 235-243. *Yoshida*: Figs. 1, 8a, 8b, 8c, 8d and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 13–col. 14, ln. 15. *Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–col. 6, ln. 64. *Koya*: Figs. 1a, 1b, 4a, 4b and 6, col. 4, ln. 35–col. 8, ln. 30. *Crook*: Figs. 1-12 and 15, col. 4, lns. 15–col. 19, ln. 30. *Isobe*: Figs. 1, 2, 5 and 6, col 1, ln. 63–col. 4, ln. 5. |

---

[1] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.
[2] The specific citation to a portion of a reference is provided to indicate that it is Blockbuster's present knowledge or belief that the cited portion contains invalidating prior art, which shall not be construed as to suggest that it is the only portion that contains invalidating prior art.

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| **Elements of Claims 36 through 50** | **Prior Art Disclosure** |
|---|---|
| | *Sieferti '526*: Figs. 39-40, col. 17, lns. 13–23.<br><br>*Subler*: Figs. 1-5, col. 4, ln. 12–col. 10, ln. 53.<br><br>*Morales*: Fig. 6, col. 7, ln. 32–col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51–col. 35, ln. 36; col. 38, lns 5–35.<br>*Saigh*: Fig. 9, col. 11, ln. 18–col. 12, ln. 67.<br>*Ginter*: Fig. 72A-C, D, col. 263, ln. 10–col. 264, ln. 42.<br><br>*Cook*: Fig. 1, col. 4, ln. 8–col. 7, ln. 45.<br>*Fein*: Figs. 6A-6D, col. 5, ln. 1–col. 10. ln. 19.<br>*Leason*: Figs. 2A and 5A, col. 5, ln. 26–col. 11, ln. 48.<br>*Video Vendor Services, Video Vendor User Manual*, pp. 20-21.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11.<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147.<br>*Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*Avis Services, Avis Article*, p. 6, *Avis 1997 Web Pages*, pp. BB00011942-47. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| | *TiVo Services, TiVo Report,* pp. 38-41.<br>*Bradley*, Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25.<br>*Netflix Services, Netflix Web Pages No. 1*, pp. BB00013060-63. |
| receiving one or more item selection criteria that indicates two or more items that a customer desires to rent; | 36a. *See* Contention 1a. |
| providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria; | 36b. *See* Contention 1b. |
| and in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, | 36c. *See* Contention 1c. |
| wherein a total current number of items provided to the customer does not exceed the specified number. | 36d. *See* Contention 1d. |
| Claim 37 | |
| A computer-readable medium as recited in claim 36, | 37. *See* Contention 36. |
| wherein the total number of items provided to the customer within a specified period of time does not exceed a specified limit. | 37a. *See* Contention 2a. |
| Claim 38 | |
| A computer-readable medium as recited in claim 37, further comprising one or more | 38. *See* Contentions 36 and 37. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| sequences of one or more instructions which, when executed by the one or more processors, cause the one or more processors to perform the step of: | |
| if the total number of items provided to the customer within the specified period of time is less than the specified limit, then increasing the specified limit for another specified period of time. | 38a.  *See* Contention 3a. |
| Claim 39 | |
| A computer-readable medium as recited in claim 36, | 39.  *See* Contention 36. |
| wherein the one or more item selection criteria indicates a desired order for the two or more items that a customer desires to rent, | 39a.  *See* Contention 4a. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria, | 39b.  *See* Contention 4b. |
| and the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes | 39c.  *See* Contention 4c. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| **Elements of Claims 36 through 50** | **Prior Art Disclosure** |
|---|---|
| providing to the customer one or more other items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria. | |
| Claim 40 | |
| A computer-readable medium as recited in claim 39, further comprising one or more sequences of one or more instructions which, when executed by the one or more processors, cause the one or more processors to perform the step of: | 40.  *See* Contention 39. |
| if a particular item from the two or more items indicated by the one or more item selection criteria is not available, then providing another item from the two or more items based upon the desired order indicated by the one or more item selection criteria. | 40a.  *See* Contention 5a. |
| Claim 41 | |
| A computer-readable medium as recited in claim 36, | 41.  *See* Contention 36. |
| wherein the one or more item selection criteria specifies one or more preferred item attributes, | 41a.  *See* Contention 6a. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes automatically selecting and | 41b.  *See* Contention 6b. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| providing to the customer up to a specified number of two or more items that have one or more of the one or more preferred item attributes specified by the one or more item selection criteria, | |
| and the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer one or more other items that have one or more of the one or more preferred item attributes specified by the one or more item selection criteria. | 41c.  *See* Contention 6c. |
| Claim 42 | |
| A computer-readable medium as recited in claim 36, | 42.  *See* Contention 36. |
| further comprising: establishing, based upon the one or more item selection criteria, an item rental queue for the customer, | 42a.  *See* Contention 7a. |
| wherein the item rental queue contains one or more entries that specify the two or more items that the customer desires to rent; | 42b.  *See* Contention 7b. |
| and in response to receiving back any of the items provided to the customer, selecting the one or more other items from the item rental queue. | 42c.  *See* Contention 7c. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| Claim 43 | |
| A computer-readable medium as recited in claim 36, | 43.  *See* Contention 36. |
| further comprising in response to receiving a customer notification, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 43a.  *See* Contention 8a. |
| Claim 44 | |
| A computer-readable medium as recited in claim 36, | 44.  *See* Contention 36. |
| further comprising in response to expiration of a specified amount of time, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 44a.  *See* Contention 9a. |
| Claim 45 | |
| A computer-readable medium as recited in claim 36, | 45.  *See* Contention 36. |
| further comprising in response to a specified date being reached, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 45a.  *See* Contention 10a. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| Claim 46 | |
| A computer-readable medium as recited in claim 36, | 46.  *See* Contention 36. |
| further comprising in response to a specified fee being received, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 46a.  *See* Contention 11a. |
| Claim 47 | |
| A computer-readable medium as recited in claim 36, | 47.  *See* Contention 36. |
| wherein items are provided to the customer by mail. | 47a.  *See* Contention 12a. |
| Claim 48 | |
| A computer-readable medium as recited in claim 36, | 48a.  *See* Contention 36. |
| wherein items are provided to the customer by a delivery agent. | 48a.  *See* Contention 13a. |
| Claim 49 | |
| A computer-readable medium as recited in claim 36, | 49.  *See* Contention 36. |
| wherein: the two or more items are two or more movies, | 49a.  *See* Contention 14a. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| the one or more item selection criteria are one or more movie selection criteria, | 49b. *See* Contention 14b. |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more movie selection criteria that indicates two or more movies that a customer desires to rent, | 49c. *See* Contention 14c. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria, | 49d. *See* Contention 14d. |
| and the step of in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number includes in response to receiving any of the movies provided to the customer providing to the customer one or more other movies indicated by the one or more movie selection criteria, wherein a total current number of movies provided to the customer does not exceed the specified number. | 49e. *See* Contention 14e. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| Claim 50 | |
| A computer-readable medium as recited in claim 36, | 50.  *See* Contention 36. |
| wherein: the two or more items are two or more games, | 50a.  *See* Contention 15a. |
| the one or more item selection criteria are one or more game selection criteria, | 50b.  *See* Contention 15b. |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more game selection criteria that indicates two or more games that a customer desires to rent, | 50c.  *See* Contention 15c. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more games indicated by the one or more game selection criteria, | 50d.  *See* Contention 15d. |
| and the step of in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total current number of items provided to the customer does not exceed the specified number | 50e.  *See* Contention 15e. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 36 through 50 | Prior Art Disclosure |
|---|---|
| includes in response to receiving any of the games provided to the customer, providing to the customer one or more other games indicated by the one or more game selection criteria, wherein a total current number of games provided to the customer does not exceed the specified number. | |