# BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS

## DECEMBER 20, 2006
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT C

### IDENTIFICATION OF PRIOR ART
### Prior Art Public Use, Public Knowledge, Sales and Offers for Sale[1]

| | **Public Use** | **Person/Entity** | **Date of Use** | **Short Name** |
|---|---|---|---|---|
| **1.** | Subscription-based video rental service with monthly fees that allowed a member to rent as many video cassettes as the member wanted (1 at a time) at no extra cost and keep them for as long as the member wanted without incurring late fees. | Multi-Video, Will Espin Charlotte, North Carolina | No later than July 1982 | *Multi-Video services*[2] |
| **2.** | Video rental service with membership programs that allowed a member to rent 1 or 2 video tapes at a time at no extra cost and keep them for as long as the member wanted, and, upon returning the tapes, the member could receive another 1 or 2 tapes in exchange. | Pop*Card, Linda Verin Oklahoma City, OK | No later than January 1985 | *Pop*Card services*[3] |

---

[1] Hereafter collectively "Public Use" or "Use."
[2] *"Multi-Video Article"* and *"Multi-Video services"* are hereinafter referred to collectively as *"Multi-Video."*
[3] *"Pop*Card publications"* and *"Pop*Card services"* are hereinafter referred to collectively as *"Pop*Card."*

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 7,024,381 B1)

| | **Public Use** | **Person/Entity** | **Date of Use** | **Short Name** |
|---|---|---|---|---|
| 3. | Subscription-based video rental service with monthly fees that allowed a member to rent as many video cassettes as the member wanted (1 at a time) at no additional charge. | Video Hit Parade<br>Red Bank, NJ | No later than October 1985 | *Video Hit services*[4] |
| 4. | Subscription-based video rental service with monthly fees that allowed a member to rent 3 to 7 videos at a time at no extra charge and keep them as long as the member wanted without incurring late fees. | Cine Club Video,<br>Jacques-Henri Djian,<br>Guy Desombre<br>Manhattan, New York | No later than October 1985 | *Cine Club services*[5] |
| 5. | Subscription-based audio and video tape rental service that allowed a member to rent 2 tapes at a time at no extra charge and keep them as long as the member wanted without incurring late fees. | AudioQueue,<br>Duane Ramm,<br>Mark Ramm<br>Covesville, Virginia | No later than 1989 | *AudioQueue services*[6] |
| 6. | Subscription-based financial training courses on computer readable disks, CR-ROMs and video tapes | Bankers Training & Consulting Co.,<br>Dean Pichee,<br>Jean Dunaway | In the 1980s | *BTCC* |
| 7. | Subscription-based audio book rental service with quarterly fees that allowed a member to rent 1 to 2 tapes at a time and keep them as long as the member wanted with no late fees. | Talking Book World,<br>Richard Simtob<br>Southfield, Michigan | No later than 1994 | *Talking Book World services*[7] |
| 8. | Computer software for video rental services that had reservation features | Multipost Retail Systems,<br>Harry Magerman | No later than 1995 | *Video Vendor services*[8] |

---

[4] *"Video Hit Article"* and *"Video Hit services"* are hereinafter referred to collectively as *"Video Hit."*
[5] *"Cine Club publication"* and *"Cine Club services"* are hereinafter referred to collectively as *"Cine Club."*
[6] *"AudioQueue publication"* and *"AudioQueue services"* are hereinafter referred to collectively as *"AudioQueue."*
[7] *"Talking Book World Article"* and *"Talking Book World services"* are hereinafter referred to collectively as *"TBW."*
[8] *"Video Vendor User Manual"* and *"Video Vendor services"* are hereinafter referred to collectively as *"Video Vendor."*

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTIONS
(U.S. PATENT NO. 7,024,381 B1)

| | **Public Use** | **Person/Entity** | **Date of Use** | **Short Name** |
|---|---|---|---|---|
| 9. | Online vehicle rental service with features allowing users to select vehicles and make reservations online | Avis Rent A Car | No later than May 1996 | *Avis services*[9] |
| 10. | Video rental store that offered subscription plan (3 out at a time with flat monthly fee) | Campus Video, Charles Annable Oberlin, Ohio | No later than 1996 | *Campus Video services*[10] |
| 11. | Book rental services that features an ordered list for customers to indicate the order of receiving their desired books | Books on Tape, Duvall Hecht, Ron Pravell | No late than February 1997 | *Books on Tape services*[11] |
| 12. | Business training program library service that allows members to subscribe to pay a period fee and obtain up to 5 programs at a time and keep them as long as they want and return them for exchange of new programs | Business Training Library St. Louis, Missouri | No later than April 1998 | *Business Training Library services*[12] |
| 13. | TV broadcast program storage, distribution and retrieval functions | TiVo | No later than March 1999 | *TiVo services*[13] |
| 14. | Online DVD rental services provided by Netflix | Netflix Inc. | No later than April 27, 1999 | *Netflix service*[14] |

---

[9] *"Avis publication"* and *"Avis services"* are hereinafter referred to collectively as *"Avis."*
[10] *"Campus Video Article"* and *"Campus Video services"* are hereinafter referred to collectively as *"Campus Video."*
[11] *"Books On Tape publications"* and *"Books on Tape services"* are hereinafter referred to collectively as *"BOT."*
[12] *"Business Training Library Web Pages"* and *"Business Training Library services"* are hereinafter referred to collectively as *"BTL."*
[13] *"TiVo publications"* and *"TiVo services"* are hereinafter referred to collectively as *"TiVo."*
[14] *"Netflix publications"* and *"Netflix services"* are hereinafter referred to collectively as *"Netflix."*