# BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
## DECEMBER 20, 2006
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT D

### CLASSIFICATIONS, COMBINATIONS AND MOTIVATIONS
**(Part 1)**

|  | **Short Name** | **Classification[1]** | **In Combination with** | **Motivation for Combination or Modification[2]** |
|---|---|---|---|---|
| **1.** | *Yoshida* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting electronic hardware and software technologies and functional features of computer implemented video rental kiosk machines to improve item rental business |
| **2.** | *Kuriyama* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting electronic hardware and software technologies and functional features of computer implemented video rental kiosk machines to improve item rental business |

---

[1] A reference classified under 35 U.S.C. § 102 is one which Blockbuster contends to anticipate one or more claims of United States Patent No. 7,024,381 B1; and/or a reference classified under 35 U.S.C. § 103 is one which Blockbuster contends to render one or more claims of said patent obvious.

[2] *See also* the motivations listed in Exhibits E and F.

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  | **Short Name** | **Classification**[1] | **In Combination with** | **Motivation for Combination or Modification**[2] |
|---|---|---|---|---|
| **3.** | *Koya* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting electronic hardware and software technologies and functional features of computer implemented video rental kiosk machines to improve item rental business |
| **4.** | *Crooks* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting electronic hardware and software technologies and functional features of computer implemented video rental kiosk machines to improve item rental business |
| **5.** | *Isobe* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting electronic hardware and software technologies and functional features of computer implemented video rental kiosk machines to improve item rental business |
| **6.** | *Bradley* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting video content storage, distribution and selection technologies used in TV broadcast systems to improve item rental business |
| **7.** | *Morales* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting digital electronic telecommunication technologies for conducting e-commerce on the Internet to improve item rental business |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  | Short Name | Classification[1] | In Combination with | Motivation for Combination or Modification[2] |
|---|---|---|---|---|
| 8. | *NCR* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting computer implemented method for ordering and downloading resources/contents based on searching their digital profiles/attributes over a telecommunication network to improve item rental business |
| 9. | *Saigh* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting digital electronic telecommunication technologies for conducting e-commerce on the Internet to improve item rental business |
| 10. | *Hendricks* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting digital electronic telecommunication technologies for conducting e-commerce on the Internet to improve item rental business |
| 11. | *Cook* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting computer hardware systems and software program technologies with user friendly features for allowing a user to make and update a list of desired and/or reserved items to improve item rental business |
| 12. | *Ginter* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting digital electronic telecommunication technologies for conducting e-commerce on the Internet to improve item rental business |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|   | **Short Name** | **Classification**[1] | **In Combination with** | **Motivation for Combination or Modification**[2] |
|---|---|---|---|---|
| **13.** | *Fein* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting video content storage, distribution and selection technologies used in TV broadcast systems to improve item rental business |
| **14.** | *Leason* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting computer hardware systems and software program technologies with user friendly features for allowing a user to make and update a list of desired and/or reserved items to improve item rental business |
| **15.** | *Reference Guide* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting library practices with computer implemented subscription based no late fee book-lending programs to improve item rental business |
| **16.** | *Functional Requirements* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting library practices with computer implemented subscription based no late fee book-lending programs to improve item rental business |
| **17.** | *Maxcess* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting library practices with computer implemented subscription based no late fee book-lending programs to improve item rental business |
| **18.** | *Sirsi* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting library practices with computer implemented subscription based no late fee book-lending programs to improve item rental business |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  | **Short Name** | **Classification**[1] | **In Combination with** | **Motivation for Combination or Modification**[2] |
|---|---|---|---|---|
| **19.** | *Auto Librarian* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting library practices with computer implemented subscription based no late fee book-lending programs to improve item rental business |
| **20.** | *Multi-Video* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting brick and mortar video store rental practice with subscription based no late fee charge programs to improve item rental business |
| **21.** | *Pop*Card* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting brick and mortar video store rental practice with subscription based no late fee charge programs to improve item rental business |
| **22.** | *Video Hit* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting brick and mortar video store rental practice with subscription based no late fee charge programs to improve item rental business |
| **23.** | *Cine Club* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting brick and mortar video store rental practice with subscription based no late fee charge programs to improve item rental business |
| **24.** | *Campus Video* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting brick and mortar video store rental practice with subscription based no late fee charge programs to improve item rental business |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  | Short Name | Classification[1] | In Combination with | Motivation for Combination or Modification[2] |
|---|---|---|---|---|
| 25. | *AudioQueue* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting subscription based no late fee practices utilized in audio book and tape rental business to improve item rental business |
| 26. | *BTCC* | 35 U.S.C. § 102/ 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting subscription based no late fee practices utilized in audio book and tape rental business to improve item rental business |
| 27. | *BTL Web Pages* | 35 U.S.C. § 102/ 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting subscription based no late fee practices utilized in audio book and tape rental business to improve item rental business |
| 28. | *BTL Services* | 35 U.S.C. § 102/ 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting subscription based no late fee practices utilized in audio book and tape rental business to improve item rental business |
| 29. | *BTL* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting subscription based no late fee practices utilized in audio book and tape rental business to improve item rental business |
| 30. | *TBW* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting subscription based no late fee practices utilized in audio book and tape rental business to improve item rental business |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  | Short Name | Classification[1] | In Combination with | Motivation for Combination or Modification[2] |
|---|---|---|---|---|
| 31. | *BOT* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting subscription based no late fee practices utilized in audio book and tape rental business to improve item rental business |
| 32. | *Video Vendor* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting computer hardware systems and software program technologies with user friendly features for allowing a user to make and update a list of desired and/or reserved items to improve item rental business |
| 33. | *Avis* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting telecommunication systems and computer software technologies for conducting online car rental business to improve item rental business |
| 34. | *TiVo* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting video content storage, distribution and selection technologies used in TV broadcast systems to improve item rental business |
| 35. | *Netflix* | 35 U.S.C. § 103 | By itself or in combination with any one or more of the references cited herein | Adopting Netflix prior per-item online DVD rental business to improve item rental business |
| 36. | Any combination of references cited above | 35 U.S.C. § 103 | Any combination of references cited above | Improving item rental business |