# BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION

## DECEMBER 20, 2006
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT I

### CLAIM CHART
**(Claims 24 through 33)**

| Elements of Claims 24 through 33 | Prior Art Disclosure |
|---|---|
| Claim 24 | |
| A computer-implemented method for renting movies to customers, the method comprising: | 24.  *See* Contention 1. |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 24a.  *See* Contention 1a. |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | 24b.  *See* Contention 1b. |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list, | 24c.  *See* Contention 1c. |
| wherein the customer is not charged a fee for retaining one or more movies beyond a specified time associated with delivery; | 24d. *Multi Video Services, Multi Video Article*, pp. 22-23. *Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147. *Video Hit Services, Video Hit Article*, p. 9. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

|  |  |
|---|---|
|  | *Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>BTCC<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; | 24e.  *See* Contention 1d. |
| and in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | 24e.  *See* Contention 1d. |
| Claim 25 | |
| A computer-implemented method as recited in claim 24, | 25.  *See* Contention 24. |
| wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | 25a.  *See* Contention 2a. |
| Claim 26 | |
| A computer-implemented method as recited in claim 24, | 26.  *See* Contention 24. |
| wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | 26a.  *See* Contention 3a. |
| Claim 27 | |
| A computer-implemented method as recited in claim 24, | 27.  *See* Contention 24. |
| wherein updating the movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | 27a.  *See* Contention 4a. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| Claim 28 | |
|---|---|
| A computer-implemented method as recited in claim 24, | 28. *See* Contention 24. |
| wherein the two or more movies for renting to the customer are selected by the customer. | 28a. *See* Contention 5a. |
| Claim 29 | |
| A computer-implemented method as recited in claim 24, | 29. *See* Contention 24. |
| further comprising determining the order of the two or more movies based upon one or more preferences of the customer. | 29a. *See* Contention 6a. |
| Claim 30 | |
| A computer-implemented method as recited in claim 24, | 30. *See* Contention 24. |
| wherein the delivery of the selected movie comprises delivery by mail. | 30a. *See* Contention 7a. |
| Claim 31 | |
| A computer-implemented method as recited in claim 24, | 31. *See* Contention 24. |
| wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | 31a. *See* Contention 8a. |
| Claim 32 | |
| A computer-implemented method as recited in claim 24, | 32. *See* Contention 24. |
| wherein the delivery criteria comprises receipt of the movie by mail. | 32a. *See* Contention 9a. |
| Claim 33 | |
| A computer-implemented method as recited in claim 24, | 33. *See* Contention 24. |

BLOCKBUSTER'S AMENDED PRELIMINARY INVALIDITY CONTENTION
(U.S. PATENT NO. 7,024,381 B1)

| | |
|---|---|
| wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | 33a.  *See* Contention 10a. |