# NETFLIX, INC. v. BLOCKBUSTER INC.

## Case No. 06 2361 WHA (JCS)

# EXHIBIT B

TO

## DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF BLOCKBUSTER'S BRIEF ON CLAIM CONSTRUCTION

*Filed on December 27, 2006*

| HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS |

TimesSelect Fre

**The New York Times**

# Job Market

○ Job Market
○ All NYT

WORLD   U.S.   N.Y. / REGION   BUSINESS   TECHNOLOGY   SCIENCE   HEALTH   SPORTS   OPINION   ARTS   STYLE   TRAVE   AUTOS

FIND A JOB   POST YOUR RESUME   MY ACCOUNT   CAREER NEWS & ADVICE   EMPLOYER CENTRAL   ALL CI

THE BOSS

More Articles in Job Ma

## Out of Africa, Onto the Web

As told to AMY ZIPKIN.
Published: December 17, 2006

SIGN IN TO E-MAIL
OR SAVE THIS

PRINT

SHARE

ARTICLE TOOLS
SPONSORED BY
HISTORY BOYS

MY father was an attorney for the Department of Health, Education and Welfare in the Nixon administration. One weekend when I was about 12, my parents, sisters and I were invited to Camp David, when the president wasn't there. Elliot Richardson, who held several cabinet positions, invited us. We rode around in golf carts, had a tour and I saw that President Nixon had a gold-colored toilet seat.


Fred Prouser/Reuters

I took a year off between high school and college and sold Rainbow vacuum cleaners door to door. I started it as a summer job and found I liked it. As a sales pitch, I cleaned the carpet with the vacuum the customer had and then cleaned it with the Rainbow.

I wanted to go to a small liberal arts school and went to Bowdoin College in Maine. I majored in math because I found the abstractions beautiful and engaging.

I was very interested in serving my country and first joined the Marine Corps in their Platoon Leader Class, a sort of officers' candidate school. I spent summers in the Marines and between sophomore and junior year I was in Quantico, Va., in boot camp.

I found myself questioning how we packed our backpacks and how we made our beds. My questioning wasn't particularly encouraged, and I realized I might be better off in the Peace Corps. I petitioned the recruiting office and left the Marines.

After a yearlong application process for the Peace Corps, I left college early on my graduation day to begin my training. I was assigned to a high school with 800 students in northwest Swaziland. I taught geometry, algebra and differential equations.

### REED HASTINGS

*Founder and C.E.O., Netflix*

**DATE OF BIRTH**
Oct. 8, 1960

**BIRTHPLACE**
Boston

**HOBBIES**
Snowboarding and swimming

**FAVORITE MOVIE**
"Sophie's Choice"

**RECENTLY READ BOOK**
"Blind Side" by Michael Lewis

**FAVORITE QUOTATION**
"Those who say it can't be done should get out of the way of those doing it."
(Chinese proverb)

We were in a rural part of the country. We had no electricity and cooked with propane and wood. Corn was our staple. I lived in a thatch hut and slept on a cot. The high school graduation was really colorful. The celebrations were traditional and there were a lot of color wraps and furs. I was one of the few in Western dress.

I went home once in three years, for my sister's wedding, about 9 to 10 months after I got there. I was home for five days. I flew to Boston and when I returned it was a 12- to 14-hour trip to Johannesburg, then another four hours to reach the homestead in Swaziland. When I arrived, I could still smell the party, the roses and the Champagne on my clothes. It was challenging. I missed lots of parts of America.

In 1985, I decided to go to graduate school in computer science. I took a two-hour bus trip to Mbabane, the Swaziland capital, to take the Graduate Record Examination. I didn't get into my first choice, which was M.I.T. I got accepted to Stanford. I had never been to California and arrived in late summer. Driving up to the campus I saw palm trees. It was dry and brown. I asked myself, "Where's the ivy?" Within a week I had fallen in love with California.

After graduate school, I worked for Schlumberger and then went to work for a start-up. I started my first company, Pure Software, in 1991. I was 31. As the company grew from 10 to 40 to 120 to 320 to 640 employees, I found I was definitely underwater and over my head.

I was doing white-water kayaking at the time, and in kayaking if you stare and focus on the problem you are much more likely to hit danger. I focused on the safe water and what I wanted to happen. I didn't listen to the skeptics. The company was acquired by Rational Software in 1997.

I got the idea for Netflix after my company was acquired. I had a big late fee for "Apollo 13." It was six weeks late and I owed the video store $40. I had misplaced the cassette. It was all my fault. I didn't want to tell my wife about it. And I said to myself, "I'm going to compromise the integrity of my marriage over a late fee?" Later, on my way to the gym, I realized they had a much better business model. You could pay $30 or $40 a month and work out as little or as much as you wanted.



MOST POPULAR