Netflix, Inc. v. Blockbuster, Inc. Doc. 118 Att. 9

# NETFLIX, INC. v. BLOCKBUSTER INC.

Case No. 06 2361 WHA (JCS)

# EXHIBIT I

TO

**DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF BLOCKBUSTER'S BRIEF ON CLAIM CONSTRUCTION**

*Filed on December 27, 2006*

Dockets.Justia.com

a mouth will hold it ne 2 : a small qua- ment or a statement

larval mouthparts

or appendage near in gathering or eating

aced at or formin- s in the mouth or b- sses or interpret- lawyer eing a method of is placed tightly ov- ctim's lungs by blo- them usu. antiseptic liquid freshening the breath arousing the appetite — mouth-wa-ter

589) 1 : marked by GARRULOUS fr. MF, ram — mou- has been sheared

1 : capable of bein- ~ holidays) — mov- \'mü-və-bəl-nəs\ n

n article of furniture

mover, movoir, fr. L vi (13c) 1 a (1) : to on with a continuous toward a certain site (moved into second checkers ~ along moving with the times PART c : to chan- life or activities in 3 : to change position take action : ACT in a usual way b began to ~) c ('s turn 6 : to make range hands by bei- he bowels : EVACUATE (2) : to dislodge transfer (as a piece b to cause to go or pass tion (~ the flag to cause to operate machine) c : to cause to change pos- doing of something n) 5 a : to stir by such kindness) b show of emotion (the make a formal applic- assembly (moved the to void 9 : to cause ouse Brit : to chang-

et or keep in motion the fact of changing esses transmission tentated by water nuous motion and a ship driven agroun d suggests a great m- ion). (as in chess) b : to gain an objective early was a smart c tion c : one of a p- location e : an act ove 1 : in a state is constantly on the ng progress (said

of work — move it toward it movement : FIRM ness n act or process of (2) : a particular strategic shifting military unit CY, TREND (detected ized activities work promote or attain of a mechanism : the rhythmic tinct structural and themes and : particular rhythm y (as in a painting b : the vibrant onstantly hold a

...t's interest (as a quickly moving action-filled plot) 6 a : an act of voiding the bowels b : matter expelled from the bowels at one passage

mov·er \'mü-vər\ n (14c) : one that moves or sets something in motion; *esp* : one whose business or occupation is the moving of household goods from one residence to another

mover and shaker *n, pl* movers and shakers (1951) : a person who is active or influential in some field of endeavor

mov·ie \'mü-vē\ *n* [*moving picture*] (1902) 1 : MOTION PICTURE 2 *pl* : a showing of a motion picture 3 *pl* : the motion-picture medium or industry

mov·ie·dom \'mü-vē-dəm\ *n* (1916) : FILMDOM

mov·ie·go·er \-,gō-ər\ *n* (1923) : FILMGOER — mov·ie·go·ing \-,gō-iŋ\ *n, often attrib*

mov·ie·mak·er \-,mā-kər\ *n* (1915) : one who makes movies — mov·ie·mak·ing \-,mā-kiŋ\ *n*

mov·ing *adj* (14c) 1 a : marked by or capable of movement b : of or relating to a change of residence (~ expenses) c : used for transferring furnishings from one residence to another (a ~ van) d : involving a motor vehicle that is in motion (a ~ violation) 2 a : producing or transferring motion or action b : stirring deeply in a way that evokes a strong emotional response — mov·ing·ly \'mü-viŋ-lē\ *adv*

*syn* MOVING, IMPRESSIVE, POIGNANT, AFFECTING, TOUCHING, PATHETIC mean having the power to produce deep emotion. MOVING may apply to any strong emotional effect including thrilling, agitating, saddening, or calling forth pity or sympathy (a *moving* appeal for contributions). IMPRESSIVE implies compelling attention, admiration, wonder, or conviction (an *impressive* list of achievements). POIGNANT applies to what keenly or sharply affects one's sensitivities (a *poignant* documentary on the homeless). AFFECTING is close to MOVING but most often suggests pathos (an *affecting* deathbed reunion). TOUCHING implies arousing tenderness or compassion (the *touching* innocence in a child's eyes). PATHETIC implies moving to pity or sometimes contempt (*pathetic* attempts to justify misconduct).

moving picture *n* (1896) : MOTION PICTURE

Mov·i·ola \,mü-vē-'ō-lə\ *trademark* — used for a device for editing motion-picture film and synchronizing the sound

¹mow \'mau̇\ *n* [ME, heap, stack, fr. OE *mūga*; akin to ON *mūgi* heap] (bef. 12c) 1 : a piled-up stack (as of hay or fodder); *also* : a pile of hay or grain in a barn 2 : the part of a barn where hay or straw is stored

²mow \'mō\ *vb* mowed; mowed *or* mown \'mōn\; mow·ing [ME, fr. OE *māwan*; akin to OHG *māen* to mow, L *metere* to reap, mow, Gk *aman*] *vt* (bef. 12c) 1 a : to cut down with a scythe or sickle or machine b : to cut the standing herbage (as grass) of 2 a (1) : to kill or destroy in great numbers or mercilessly (machine guns ~*ed* down the enemy) (2) : to cause to fall : KNOCK DOWN b : to overcome swiftly and decisively : ROUT (~*ed* down the opposing team) ~ *vi* : to cut down standing herbage (as grass) — mow·er \'mō(-ə)r\ *n*

³mow \'mau̇, 'mō\ *n* [ME *mowe*, fr AF *mowe*, of Gmc origin; akin to MD *mouwe* protruding lip] (14c) : GRIMACE

⁴mow \'mau̇, 'mō\ *vi* (15c) : to make grimaces

moxa \'mäk-sə\ *n* [NL, fr. Jp *mogusa*] (1675) : a soft woolly mass prepared from the ground young leaves of a Eurasian artemisia (esp. *Artemisia vulgaris*) that is used in traditional Chinese and Japanese medicine typically in the form of sticks or cones which are ignited and placed on or close to the skin or used to heat acupuncture needles

mox·i·bus·tion \,mäk-si-'bəs-chən\ *n* [*moxa* + *-i-* + *-bustion* (as in *combustion*)] (1910) : the therapeutic use of moxa

mox·ie \'mäk-sē\ *n* [fr. *Moxie*, a trademark for a soft drink] (1930) 1 : ENERGY, PEP 2 : COURAGE, DETERMINATION 3 : KNOW-HOW

moyen-âge \mwä-ye-'näzh\ *adj* [F *moyen âge* Middle Ages] (1849) : of or relating to medieval times

moz·za·rel·la \,mät-sə-'re-lə\ *n* [It, dim. of *mozza*, a kind of cheese, fr. *mozzare* to cut off, fr. *mozzo* cut off, docked, fr VL *mutius*, alter. of L *mutilus*] (1911) : a moist white unsalted unripened cheese of mild flavor and a smooth rubbery texture

moz·zet·ta \mōt-'se-tə\ *n* [It, prob fr. *mozzo* cut off] (1774) : a short cape with a small ornamental hood worn over the rochet by Roman Catholic prelates

¹MP \'em-'pē\ *n* (1921) 1 [*military police*] : a member of the military police 2 [*member of Parliament*] : an elected member of a parliament

²MP *abbr* 1 melting point 2 metropolitan police 3 milepost

MPA *abbr* master of public administration

MPAA *abbr* Motion Picture Association of America

MPEG \'em-,peg\ *n* [*Moving Pictures Experts Group*] (1988) 1 : any of a group of computer file formats for the compression and storage of digital video and audio data 2 : a computer file (as of a movie) in an MPEG format

mpg *abbr* miles per gallon

mph *abbr* miles per hour

MPH *abbr* master of public health

M phase *n* [*mitosis*] (1945) : the period in the cell cycle during which cell division takes place — compare G₁ PHASE, G₂ PHASE, S PHASE

MPhil *abbr* master of philosophy

mps *abbr* meters per second

MP3 \'em-(,)pē-'thrē\ *n* [fr. the file extension *.mp3* used for such files, short for *MPEG Audio Layer 3*] (1996) 1 : a computer file format for the compression and storage of digital audio data 2 : a computer file (as of a song) in the MP3 format

MPV *abbr* multipurpose vehicle

MPX *abbr* multiplex

mR *abbr* milliroentgen

Mr. \'mis-tər, *in rapid speech esp in sense 2* (,)mis(t)\ *n, pl* Messrs. \'me-sərz\ [Mr. fr. ME, abbr. of *maister* master; *Messrs.* abbr of *Messieurs*, fr. F, pl. of *Monsieur*] (15c) 1 — used as a conventional title of courtesy except when usage requires the substitution of a title of rank or an honorific or professional title before a man's surname (spoke to *Mr* Doe) 2 — used in direct address as a conventional title of respect before a man's title of office (may I ask one more question, *Mr.* President) 3 — used before the name of a place (as a country or city) or of a profession or activity (as a sport) or before some epithet (as *clever*) to form a title applied to a male viewed or recognized as representative of the thing indicated (*Mr.* Baseball)

Mr. Charlie \-'chär-lē\ *n* [*Charlie*, fr. *Charles*, proper name] (ca 1941) *usu disparaging* : a white man : white people

MRE *abbr* meals ready to eat

MRI \,em-(,)är-'ī\ *n* (1982) : MAGNETIC RESONANCE IMAGING; *also* : the procedure in which magnetic resonance imaging is used

mri·dan·ga \mri-'däŋ-gə, ,mər-i-\ *or* mri·dan·gam \-gəm\ *n* [Skt *mṛdaṅga*] (1887) : a drum of India that is shaped like an elongated barrel and has tuned heads of different diameters

mRNA *abbr* messenger RNA

Mr. Right *n* (1860) : a man who would make the perfect husband

Mrs. \'mi-səz, -səs, *esp Southern* 'mi-zəz, -zəs, *or in rapid speech in sense 1* (,)miz, *or before given names* (,)mis\ *n, pl* Mes·dames \mā-'dām, -'dam\ [Mrs abbr. of *mistress*; *Mesdames* fr. F, pl. of *Madame*] (ca. 1578) 1 a — used as a conventional title of courtesy except when usage requires the substitution of a title of rank or an honorific or professional title before a married woman's surname (spoke to *Mrs.* Doe) b — used before the name of a place (as a country or city) or of a profession or activity (as a sport) or before some epithet (as *clever*) to form a title applied to a married woman viewed or recognized as representative of the thing indicated (*Mrs.* Golf) 2 : WIFE (left with the *Mrs.*)

Mrs. Grun·dy \-'grən-dē\ *n* [fr. a character alluded to in Thomas Morton's *Speed the Plough* (1798)] (1813) : one marked by prudish conventionality in personal conduct

ms *abbr* millisecond

Ms. \'miz\ *n, pl* Mss. *or* Mses. \'mi-zəz\ [prob. blend of *Miss* and *Mrs.*] (1949) — used instead of *Miss* or *Mrs.* (as when the marital status of a woman is unknown or irrelevant) (*Ms* Mary Smith)

MS *abbr* 1 [It *mano sinistra*] left hand 2 manuscript 3 master of science 4 military science 5 Mississippi 6 motor ship 7 multiple sclerosis

MSc *abbr* master of science

msec *abbr* millisecond

msg *abbr* message

MSG *abbr* 1 master sergeant 2 monosodium glutamate

Msgr *abbr* monsignor

MSgt *abbr* master sergeant

MSH *abbr* melanocyte-stimulating hormone

M16 \,em-(,)sik-'stēn\ *n* [*model 16*] (1968) : a .223 caliber (5.56 millimeter) gas-operated magazine-fed rifle for semiautomatic or automatic operation used by U.S. troops since the mid 1960s

MSL *abbr* mean sea level

MSN *abbr* master of science in nursing

MSS *abbr* manuscripts

MST *abbr* mountain standard time

MSW *abbr* master of social welfare; master of social work

mt *abbr* mount; mountain

¹Mt *abbr* Matthew

²Mt *symbol* meitnerium

MT *abbr* 1 machine translation 2 metric ton 3 Montana 4 mountain time

mtDNA *abbr* mitochondrial DNA

mtg *abbr* meeting

mtge *abbr* mortgage

mtn *abbr* mountain

MTO *abbr* Mediterranean theater of operations

mu \'myü, 'mü\ *n* [Gk *my*] (1638) : the 12th letter of the Greek alphabet — see ALPHABET table

muc- *or* muci- *or* muco- *comb form* [L *muc-*, fr. *mucus*] 1 : mucus (*mucoprotein*) 2 : mucous and (*mucocutaneous*)

¹much \'məch\ *adj* more \'mȯr\; most \'mōst\ [ME *muche* large, much, fr. *michel*, *muchel*, fr OE *micel*, *mycel*; akin to OHG *mihhil* great, large, L *magnus*, Gk *megas*, Skt *mahat*] (13c) 1 a : great in quantity, amount, extent, or degree (there is ~ truth in what you say) (taken too ~ time) b : great in importance or significance (nothing ~ happened) 2 *obs* : many in number 3 : more than is expected or acceptable : more than enough (the large pizza is a bit ~ for one person) — too much 1 : WONDERFUL, EXCITING 2 : TERRIBLE, AWFUL

²much *adv* more; most (13c) 1 a (1) : to a great degree or extent : CONSIDERABLY (~ happier) (2) : VERY (~ gratified) b (1) : FREQUENTLY, OFTEN (~ away from home) (2) : by or for a long time (didn't get to work ~ before noon) c : by far (was ~ the brightest student) 2 : NEARLY, APPROXIMATELY (looks ~ the way his father did) — as much 1 : the same in quantity (not quite *as much* money) 2 : to the same degree (likes baseball almost *as much* as he likes golf)

³much *n* (13c) 1 : a great quantity, amount, extent, or degree (gave away ~) 2 : something considerable or impressive

mu·cha·cho \mü-'chä-(,)chō\ *n, pl* -chos [Sp, prob. fr. *mocho* cropped, shorn] (1591) 1 *chiefly Southwest* : a male servant 2 *chiefly Southwest* : a young man

much as *conj* (ca. 1699) : however much : even though

much less *conj* (1615) : not to mention — used esp. in negative contexts to add to one item another denoting something less likely (can hardly grow, *much less* ripen, till the stock is in the earth —Jonathan Swift)

much·ness \'məch-nəs\ *n* (14c) : the quality or state of being great in quantity, extent, or degree — much of a muchness : very much the same

mu·ci·lage \'myü-s(ə-)lij\ *n* [ME *muscilage*, fr. LL *mucilago* mucus, musty juice, fr. L *mucus*] (15c) 1 : a gelatinous substance of various plants (as legumes or seaweeds) that contains protein and polysaccharides and is similar to plant gums 2 : an aqueous usu. viscid solution (as of a gum) used esp. as an adhesive

mu·ci·lag·i·nous \,myü-sə-'la-jə-nəs\ *adj* [ME *muscilaginous*, fr. LL *mucilaginosus*, fr. *mucilagin-*, *mucilago*] (15c) 1 : STICKY, VISCID 2 : of, relating to, full of, or secreting mucilage — mu·ci·lag·i·nous·ly *adv*

mu·cin \'myü-sᵊn\ *n* [ISV *muc-*] (1838) : any of various mucoproteins that occur esp. in secretions of mucous membranes — mu·cin·ous \-sᵊn-əs, 'myüs-nəs\ *adj*

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ue, ʸ\ see Guide to Pronunciation