# <u>NETFLIX, INC. v. BLOCKBUSTER INC.</u>

## Case No. 06 2361 WHA (JCS)

# EXHIBIT J

TO

## DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF BLOCKBUSTER'S BRIEF ON CLAIM CONSTRUCTION

*Filed on December 27, 2006*

Dockets.Justia.com



orangutan



orchid 1



order 3b: 1 Corinthian, 2 Doric, 3 Ionic

\b\ abut \²\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\aù\ out \ch\ chin \e\ bet \ē\ easy \g\ go \h\ hit \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ò\ law \òi\ boy \th\ thin \th\ the \ü\ loot \ù\ foot
\y\ yet \zh\ vision, beige \k, ⁿ, œ, ū, ¹\ see Guide to Pronunciation