# NETFLIX, INC. v. BLOCKBUSTER INC.

Case No. 06 2361 WHA (JCS)

# EXHIBIT K

TO

# DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF BLOCKBUSTER'S BRIEF ON CLAIM CONSTRUCTION

*Filed on December 27, 2006*

: flowing freely like water 2 : having the properties of a liquid : being neither solid nor gaseous 3 a : shining and clear (large ~ eyes) b : being musical and free of harshness in sound c : smooth and unconstrained in movement d : articulated without friction and capable of being prolonged like a vowel (a ~ consonant) 4 a : consisting of or capable of ready conversion into cash (~ assets) b : capable of covering current liabilities quickly with current assets — liq·uid·i·ty \li-'kwi-də-tē\ n — liq·uid·ly \'li-kwəd-lē\ adv — liq·uid·ness n

²liquid n (1530) 1 : a liquid consonant 2 : a fluid (as water) that has no independent shape but has a definite volume and does not expand indefinitely and that is only slightly compressible

liq·uid·am·bar \,li-kwə-'dam-bər\ n [NL, fr. L liquidus + ML ambar, ambra amber] (ca. 1577) 1 : STORAX 1b 2 : any of a genus (Liquidambar) of deciduous No. American and Asian trees (as the sweet gum) of the witch-hazel family with monoecious flowers and a spiny globose fruit composed of many woody capsules each having two carpels

liq·ui·date \'li-kwə-,dāt\ vb -dat·ed; -dat·ing [LL liquidatus, pp. of liquidare to melt, fr. L liquidus] vt (ca. 1575) 1 a (1) : to determine by agreement or by litigation the precise amount of (indebtedness, damages, or accounts) (2) : to determine the liabilities and apportion assets toward discharging the indebtedness b : to settle (a debt) by payment or other settlement 2 archaic : to make clear 3 : to do away with 4 : to convert (assets) into cash ~ vi 1 : to liquidate debts, damages, or accounts 2 : to determine liabilities and apportion assets toward discharging indebtedness — liq·ui·da·tion \,li-kwə-'dā-shən\ n

liq·ui·da·tor \'li-kwə-,dā-tər\ n (ca. 1828) : one that liquidates; esp : an individual appointed by law to liquidate assets

liquid crystal n (1891) : an organic liquid whose physical properties resemble those of a crystal in the formation of loosely ordered molecular arrays similar to a regular crystalline lattice and the anisotropic refraction of light

liquid crystal display n (1968) : LCD

liq·uid·ize \'li-kwə-,dīz\ vt -ized; -iz·ing (1837) : to cause to be liquid

liquid measure n (ca. 1678) : a unit or series of units for measuring liquid capacity — see METRIC SYSTEM table, WEIGHT table

¹li·quor \'li-kər\ n [ME licour, fr. AF, fr. L liquor, fr. liquēre] (13c) : a liquid substance; as a : a usu. distilled rather than fermented alcoholic beverage b : a watery solution of a drug — : BATH 2b(1)

²liquor vb li·quored; li·quor·ing \'li-k(ə-)riŋ\ vt (1502) 1 : to dress (as leather) with oil or grease 2 : to make drunk with alcoholic liquor — usu. used with up ~ vi : to drink alcoholic liquor esp to excess — usu used with up

li·quo·rice chiefly Brit var of LICORICE

¹li·ra \'lir-ə, 'lē-rō\ n, pl li·re \'lē-(,)rā\ also liras [It, fr. L libra, a unit of weight] (1617) : the basic monetary unit of Italy until 2002

²lira n, pl liras (Turk, fr. It) (1871) — see MONEY table

³lira n, pl li·roth or li·rot \lē-,rōt, -,rōth\ [ModHeb, fr. It] (ca. 1946) : the former Israeli pound

⁴lira n, pl li·ri \'lē-(,)rē\ [Maltese, fr. It] (ca 1985) — see MONEY table

li·ri·ope \lə-'rī-ə-(,)pē\ n [NL, fr. Liriope, a nymph in Roman mythology] (1946) : any of a genus (Liriope) of stemless Asian herbs of the lily family that are widely cultivated as ground cover for their grasslike leaves and small white, blue, or violet flowers

lir·i·pipe \'li-rə-,pīp\ n [ML liripipium] (1594) : a pendent part of a tippet; also : TIPPET, SCARF

lisente pl of SENTE

lisle \'lī(-ə)l\ n, often attrib [Lisle Lille, France] (1858) : a smooth tightly twisted thread usu. made of long-staple cotton

¹lisp \'lisp\ vb [ME, fr. OE -wlyspian; akin to OHG lispen to lisp] vi (bef. 12c) 1 : to pronounce the sibilants \s\ and \z\ imperfectly esp. by turning them into \th\ and \th\ 2 : to speak falteringly, childishly, or with a lisp ~ vt : to utter falteringly or with a lisp — lisp·er n

²lisp n (ca. 1625) 1 : a speech defect or affectation characterized by lisping 2 : a sound resembling a lisp

LISP \'lisp\ n [list processing] (1959) : a computer programming language that is designed for easy manipulation of data strings and is used extensively for work in artificial intelligence

lis·some also lis·som \'li-səm\ adj [alter of lithesome] (1763) 1 a : easily flexed b : LITHE 2 2 : NIMBLE — lis·some·ly adv — lis·some·ness n

¹list \'list\ vb [ME lysten, fr OE lystan; akin to OE lust desire, lust] vt (bef. 12c) archaic : PLEASE, SUIT ~ vi, archaic : WISH, CHOOSE

²list n [ME, prob. fr. lysten] (13c) archaic : INCLINATION, CRAVING

³list vb [ME, fr. OE hlystan, fr. hlyst hearing; akin to OE hlysnan to listen] vi (bef. 12c) archaic : LISTEN ~ vt, archaic : to listen to : HEAR

⁴list n [ME, fr. OE liste; akin to OHG lista edge, Alb leth] (bef. 12c) 1 a : band or strip of material; as a : LISTEL b : SELVAGE c : a narrow strip of wood cut from the edge of a board 2 pl but sing or pl in constr a : an arena for combat (as jousting) b : a field of competition or controversy 3 obs : LIMIT, BOUNDARY 4 : STRIPE

⁵list vt (1635) 1 : to cut away a narrow strip from the edge of 2 : to prepare or plant (land) in ridges and furrows with a lister

⁶list n [origin unknown] (1582) : a deviation from the vertical : TILT; also : the extent of such a deviation

⁷list vi (1626) 1 : to tilt to one side; esp, of a boat or ship : to tilt to one side in a state of equilibrium (as from an unbalanced load) — compare HEEL ~ vt : to cause to list

⁸list n [F liste, fr. It lista, fr. Gmc origin; akin to OHG lista edge] (1602) 1 a : a simple series of words or numerals (as the names of persons or objects) (a guest ~) b : an official roster 2 : CATALOG, CHECKLIST 3 : the total number to be considered or included (a situation that heads their ~ of troubles)

⁹list vt (1614) 1 : to make a list of : ENUMERATE b : to include on a list : REGISTER 2 : to place (oneself) in a specified category (~s himself as a political liberal) 3 archaic : RECRUIT ~ vi 1 archaic : ENLIST 2 : to become entered in a catalog with a selling price (a car that ~s for $12,000) — list·ee \li-'stē\ n

lis·tel \'lis-t'l, lis-'tel\ n [F, fr. It listello, dim of lista fillet, roster] (1598) : a narrow band in architecture : FILLET

¹lis·ten \'li-s'n\ vb lis·tened; lis·ten·ing \'lis-niŋ, 'li-s'n-iŋ\ [ME listnen, fr. OE hlysnan; akin to Skt śroṣati he hears, OE hlūd loud] vi (bef. 12c) archaic : to give ear to : HEAR ~ vi 1 : to pay attention to sound (~ to music) 2 : to hear something with thoughtful attention : give consideration (~ to a plea) 3 : to be alert to catch an expected sound (~ for his step) — lis·ten·er \'lis-nər, 'li-s'n-ər\ n

²listen n (1788) : an act of listening

lis·ten·able \'lis-nə-bəl, 'li-s'n-ə-\ adj (1942) : agreeable to listen to

lis·ten·er·ship \'lis-nər-,ship, 'li-s'n-ər-\ n (1943) : the audience for a radio program or recording; also : the number or kind of that audience

listen in vi (1905) 1 : to tune in to or monitor a broadcast 2 : to listen to a conversation without participating in it; esp : EAVESDROP — lis·ten·er-in \,lis-nər-'in, ,li-s'n-ər-\ n

listening post n (1942) : a center for monitoring electronic communications (as of an enemy)

¹list·er \'lis-tər\ n (1682) : one that lists or catalogs

²lister n [?list] (1887) : a double-moldboard plow often equipped with a subsoiling attachment and used mainly where rainfall is limited

lis·te·ri·o·sis \lis-,tir-ē-'ō-səs\ n, pl -o·ses \-,sēz\ [NL, fr. Lister, fr. Joseph Lister] (1941) : a serious encephalitic disease of a wide variety of animals that is caused by a bacterium (Listeria monocytogenes) and that in animals is often fatal but in humans is usu. not fatal

list·ing \'lis-tiŋ\ n (1641) 1 : an act or instance of making or including in a list 2 : something that is listed

list·less \'list-ləs\ adj [ME listles, fr. ²list] (15c) : characterized by lack of interest, energy, or spirit (a ~ melancholy attitude) syn see LANGUID — list·less·ly adv — list·less·ness n

list price n (1871) : the basic price of an item as published in a catalog, price list, or advertisement before any discounts are taken

List·serv \'list-,sərv\ trademark — used for software for managing e-mail transmissions to and from a list of subscribers

¹lit \'lit\ past and past part of LIGHT

²lit n [by shortening] (1850) : LITERATURE — lit adj

³lit adj [pp. of ²light] (1904) : affected by alcohol : DRUNK

⁴lit abbr 1 liter 2 literal; literally

lit·a·ny \'li-tə-nē, 'lit-nē\ n, pl -nies [ME letanie, fr. AF & LL; AF, fr. LL litania, fr. LGk litaneia, fr. Gk. entreaty, fr. litanos supplant] (13c) 1 : a prayer consisting of a series of invocations and supplications by the leader with alternate responses by the congregation 2 a : a resonant or repetitive chant (a ~ of cheering phrases —Herman Wouk) b : a usu. lengthy recitation or enumeration (a familiar ~ of complaints) c : a sizable series or set (a ~ of problems)

li·tas \'lē-,täs\ n, pl li·tai \-,tī\ or li·tu \-,tü\ [Lith (nom. pl. litai, gen. pl. litu), fr. initial letters of NL Lituania, F Lituanie, etc.] (1923) — see MONEY table

Lit B var of LITT B

litchi var of LYCHEE

lit crit \'lit-,krit\ n (1963) : literary criticism

Lit D var of LITT D

lite \'līt\ adj 1 : ¹LIGHT 9a 2 : diminished or lacking in substance or seriousness (~ news); specif : being an innocuous or unthreatening version — often used postpositively (It is film noir ~ —James Greenberg)

-lite n comb form [F, alter. of -lithe, fr. Gk lithos stone] : mineral (rhodolite) : rock (aerolite) : fossil (stromatolite)

li·ter \'lē-tər\ n [F litre, fr. ML litra, a measure, fr. Gk. a weight] (1797) : a metric unit of capacity equal to one cubic decimeter — see METRIC SYSTEM table

lit·er·a·cy \'li-t(ə-)rə-sē\ n (1883) : the quality or state of being literate

¹lit·er·al \'li-t(ə-)rəl\ adj [ME, fr. MF, fr. ML litteralis, fr. L, of a letter, fr. littera letter] (14c) 1 a : according with the letter of the scriptures b : adhering to fact or to the ordinary construction or primary meaning of a term or expression : ACTUAL (liberty in the ~ sense is impossible —B. N. Cardozo) c : free from exaggeration or embellishment (a very ~ truth) d : characterized by a concern mainly with facts (a very ~ man) 2 : of, relating to, or expressed in letters 3 : reproduced word for word : EXACT, VERBATIM (a ~ translation) — lit·er·al·i·ty \li-tə-'ra-lə-tē\ n — lit·er·al·ness \'li-t(ə-)rəl-nəs\ n

²literal n (1622) : a small error usu. of a single letter (as in writing)

lit·er·al·ism \'li-t(ə-)rə-,li-zəm\ n (1644) 1 : adherence to the explicit substance of an idea or expression (biblical ~) 2 : fidelity to observable fact : REALISM — lit·er·al·ist \-list\ n — lit·er·al·is·tic \,li-t(ə-)rə-'lis-tik\ adj

lit·er·al·ize \'li-t(ə-)rə-,līz\ vt -ized; -iz·ing (1826) : to make literal — lit·er·al·i·za·tion \,li-t(ə-)rə-lə-'zā-shən\ n

lit·er·al·ly \'li-tə-rə-lē, 'li-trə-lē, 'li-tər-lē\ adv (1533) 1 : in a literal sense or manner : ACTUALLY (took the remark ~) (was ~ insane) 2 : in effect : VIRTUALLY (will ~ turn the world upside down to combat cruelty or injustice —Norman Cousins)

usage Since some people take sense 2 to be the opposite of sense 1, it has been frequently criticized as a misuse. Instead, the use is pure hyperbole intended to gain emphasis, but it often appears in contexts where no additional emphasis is necessary.

lit·er·ary \'li-tə-,rer-ē\ adj (1749) 1 a : of, relating to, or having the characteristics of humane learning or literature b : BOOKISH 2 c : of or relating to books 2 a : WELL-READ b : of or relating to authors or scholars or to their professions — lit·er·ar·i·ly \,li-tə-'rer-ə-lē\ adv — lit·er·ar·i·ness \'li-tə-,rer-ē-nəs\ n

literary executor n (1868) : a person entrusted with the management of the papers and unpublished works of a deceased author

¹lit·er·ate \'li-tə-rət also 'li-trət\ adj [ME literat, fr. L litteratus marked with letters, literate, fr. litterae letters, literature, fr. pl. of littera] (15c) 1 a : EDUCATED, CULTURED b : able to read and write 2 a : versed in literature or creative writing : LITERARY b : LUCID, POLISHED (an ~ essay) c : having knowledge or competence (computer-literate) (politically ~) — lit·er·ate·ly adv — lit·er·ate·ness n

²literate n (ca 1550) 1 : an educated person 2 : a person who can read and write

li·te·ra·ti \,li-tə-'rä-(,)tē\ n pl [obs. It litterati, fr. L, pl. of litteratus] (1621) 1 : the educated class; also : INTELLIGENTSIA 2 : persons interested in literature or the arts

lit·er·a·tim \,li-tə-'rä-təm, -'rā-\ adv or adj [ML, fr. L littera] (1673) : letter for letter (printed ~ from the manuscript —J. A. Gordon)

lit·er·a·tion \,li-tə-'rā-shən\ n [L littera + E -ation] (ca. 1889) : the representation of sound or words by letters

lit·er·a·tor \'li-tə-,rā-tər, ,li-tə-'rä-,tör\ n (1791) : LITTÉRATEUR, chár, -chúr, -'li-tə(r)-,chúr, -chər, 'li-

lit·er·a·ture \'li-tə-rə-,chúr, 'li-trə-,chúr, 'li-tə(r)-,chúr, -chər, 'li--,túr\ n [ME, fr AF, fr. L litteratura writing, grammar, learning, fr.