# NETFLIX, INC. v. BLOCKBUSTER INC.

Case No. 06 2361 WHA (JCS)

# EXHIBIT L

TO

**DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF BLOCKBUSTER'S BRIEF ON CLAIM CONSTRUCTION**

*Filed on December 27, 2006*

Dockets.Justia.com

electric organ • electronic mail 401

...ena and laws of electricity 3 : keen contagious excitement ⟨could feel the ~ in the room⟩

**electric organ** *n* (1773) : a specialized tract of tissue (as in the electric eel) in which electricity is generated

**electric ray** *n* (1774) : any of various round-bodied short-tailed rays (family Torpedinidae) of warm seas with a pair of electric organs

**elec·tri·fi·ca·tion** \i-ˌlek-trə-fə-ˈkā-shən, ē-\ *n* (1748) 1 : an act or process of electrifying 2 : the state of being electrified

**elec·tri·fy** \i-ˈlek-trə-ˌfī, ē-\ *vt* -fied; -fy·ing (1745) 1 a : to charge with electricity b (1) : to equip for use of electric power (2) : to supply with electric power (3) : to amplify (music) electronically 2 : to excite intensely or suddenly ⟨the news *electrified* the nation⟩

**elec·tro·acous·tics** \i-ˌlek-trō-ə-ˈkü-stiks\ *n pl but sing in constr* (1927) : a science that deals with the transformation of acoustic energy into electric energy or vice versa — **elec·tro·acous·tic** \-tik\ *adj*

**elec·tro·anal·y·sis** \-ə-ˈna-lə-səs\ *n* (1903) : chemical analysis by electrolytic methods — **elec·tro·an·a·lyt·i·cal** \-ˌit-i-kəl\ *adj*

**elec·tro·car·dio·gram** \-ˈkär-dē-ə-ˌgram\ *n* (ca. 1904) : the tracing made by an electrocardiograph; *also* : the procedure for producing an electrocardiogram

**elec·tro·car·dio·graph** \-ˌgraf\ *n* (1913) : an instrument for recording the changes of electrical potential occurring during the heartbeat used esp. in diagnosing abnormalities of heart action — **elec·tro·car·dio·graph·ic** \-ˌkär-dē-ə-ˈgra-fik\ *adj* — **elec·tro·car·dio·graph·i·cal·ly** \-fi-k(ə-)lē\ *adv* — **elec·tro·car·di·og·ra·phy** \-dē-ˈä-grə-fē\ *n*

**elec·tro·cau·tery** \-ˈkȯ-tə-rē\ *n* (ca. 1884) : cauterization of tissue by means of an instrument heated by an electric current

**elec·tro·chem·is·try** \-ˈke-mə-strē\ *n* (1814) : a science that deals with the relation of electricity to chemical changes and with the interconversion of chemical and electrical energy — **elec·tro·chem·i·cal** \-ˈke-mi-kəl\ *adj* — **elec·tro·chem·i·cal·ly** \-k(ə-)lē\ *adv* — **elec·tro·chem·ist** \-ˈke-mist\ *n*

**elec·tro·con·vul·sive** \i-ˌlek-trō-kən-ˈvəl-siv\ *adj* (1947) : of, relating to, or involving convulsive response to electroshock ⟨~ shocks⟩

**electroconvulsive therapy** *n* (1948) : ELECTROSHOCK THERAPY

**elec·tro·cor·ti·co·gram** \i-ˌlek-trō-ˈkȯr-ti-kə-ˌgram\ *n* (1939) : an electroencephalogram made with the electrodes in direct contact with the brain

**elec·tro·cute** \i-ˈlek-trə-ˌkyüt\ *vt* -cut·ed; -cut·ing [*electr-* + *-cute* (as in *execute*)] (1889) 1 : to execute (a criminal) by electricity 2 : to kill by electric shock — **elec·tro·cu·tion** \-ˌlek-trə-ˈkyü-shən\ *n*

**elec·trode** \i-ˈlek-ˌtrōd\ *n* (1834) 1 : a conductor used to establish electrical contact with a nonmetallic part of a circuit 2 : an element in a semiconductor device (as a transistor) that emits or collects electrons or holes or controls their movements

**¹elec·tro·de·pos·it** \i-ˌlek-trō-di-ˈpä-zət\ *n* (1864) : a deposit formed in or at an electrode by electrolysis

**²electrodeposit** *vt* (1882) : to deposit (as a metal or rubber) by electrolysis — **elec·tro·de·po·si·tion** \-ˌde-pə-ˈzi-shən, -ˌdē-pə-\ *n*

**elec·tro·der·mal** \i-ˌlek-trō-ˈdər-məl\ *adj* (1940) : of or relating to electrical activity in or electrical properties of the skin

**elec·tro·des·ic·ca·tion** \-ˌlek-trō-ˌde-si-ˈkā-shən\ *n* (1919) : the drying up of tissue by a high-frequency electric current applied with a needle-shaped electrode — called also *fulguration*

**elec·tro·di·al·y·sis** \i-ˌlek-trō-dī-ˈa-lə-səs\ *n* (1921) : dialysis accelerated by an electromotive force applied to electrodes adjacent to the membranes — **elec·tro·di·a·lyt·ic** \-ˌdī-ə-ˈli-tik\ *adj*

**elec·tro·dy·nam·ics** \-dī-ˈna-miks\ *n pl but sing in constr* (1827) : a branch of physics that deals with the effects arising from the interactions of electric currents with magnets, with other currents, or with themselves — **elec·tro·dy·nam·ic** \-mik\ *adj*

**elec·tro·en·ceph·a·lo·gram** \-in-ˈse-f(ə-)lə-ˌgram\ *n* [ISV] (1934) : the tracing of brain waves made by an electroencephalograph

**elec·tro·en·ceph·a·lo·graph** \-ˌgraf\ *n* [ISV] (1936) : an apparatus for detecting and recording brain waves — **elec·tro·en·ceph·a·log·ra·pher** \-ˌse-fə-ˈlä-grə-fər\ *n* — **elec·tro·en·ceph·a·lo·graph·ic** \-ˌse-f(ə-)lə-ˈgra-fik\ *adj* — **elec·tro·en·ceph·a·lo·graph·i·cal·ly** \-fi-k(ə-)lē\ *adv* — **elec·tro·en·ceph·a·log·ra·phy** \-ˈlä-grə-fē\ *n*

**elec·tro·fish·ing** \i-ˈlek-trō-ˌfi-shiŋ\ *n* (1950) : fishing that employs a direct electric current to attract and usu. temporarily immobilize fish for easy capture

**elec·tro·form** \i-ˈlek-trə-ˌfȯrm\ *vt* (1931) : to form (shaped articles) by electrodeposition on a mold — **electroform** *n*

**elec·tro·gen·ic** \i-ˌlek-trə-ˈje-nik\ *adj* (ca. 1890) : of or relating to the production of electrical activity in living tissue ⟨an ~ pump⟩ — **elec·tro·gen·e·sis** \-ˈje-nə-səs\ *n*

**elec·tro·gram** \i-ˈlek-trə-ˌgram\ *n* (ca. 1935) : a tracing of the electrical potentials of a tissue (as the brain or heart) made by means of electrodes placed directly in the tissue instead of on the surface of the body

**elec·tro·hy·drau·lic** \i-ˌlek-trō-hī-ˈdrȯ-lik, -ˈdrä-\ *adj* (1922) 1 : of or relating to a combination of electric and hydraulic mechanisms 2 : involving or produced by the action of very brief but powerful pulse discharges of electricity under a liquid resulting in the generation of shock waves and highly reactive chemical species ⟨an ~ effect⟩

**elec·tro·jet** \i-ˈlek-trə-ˌjet\ *n* (1955) : a concentration of atmospheric electric current found in the regions of strong auroral displays and along the magnetic equator

**elec·tro·ki·net·ic** \i-ˌlek-trō-kə-ˈne-tik, -kī-\ *adj* (1873) : of or relating to the motion of particles or liquids that results from or produces a difference of electric potential

**elec·tro·ki·net·ics** \-tiks\ *n pl but sing in constr* (ca. 1925) : a branch of physics dealing with the motion of electric currents or charged particles

**elec·tro·less** \i-ˈlek-ˌtrō-ləs, -trə-\ *adj* (1947) : being or involving deposition of metal by chemical means instead of by electrodeposition

**elec·trol·o·gist** \i-ˌlek-ˈträ-lə-jist\ *n* [blend of *electrolysis* and *-logist* (fr. *-logy* + *-ist*)] (ca. 1902) : a person who removes hair, warts, moles, and birthmarks by means of an electric current applied to the body with a needle-shaped electrode — **elec·trol·o·gy** \-lə-jē\ *n*

**elec·tro·lu·mi·nes·cent** \i-ˌlek-trō-ˌlü-mə-ˈne-sᵊnt\ *adj* (ca. 1909) : of or relating to luminescence resulting from a high-frequency discharge through a gas or from application of a current to a layer of phosphor — **elec·tro·lu·mi·nes·cence** \-sᵊn(t)s\ *n*

**elec·trol·y·sis** \i-ˌlek-ˈträ-lə-səs\ *n* (1834) 1 a : the producing of chemical changes by passage of an electric current through an electrolyte b : subjection to this action 2 : the destruction of hair roots with an electric current

**elec·tro·lyte** \i-ˈlek-trə-ˌlīt\ *n* (1834) 1 : a nonmetallic electric conductor in which current is carried by the movement of ions 2 a : a substance that when dissolved in a suitable solvent or when fused becomes an ionic conductor b : any of the ions (as of sodium or calcium) that in biological fluid regulate or affect most metabolic processes (as the flow of nutrients into and waste products out of cells)

**elec·tro·lyt·ic** \i-ˌlek-trə-ˈli-tik\ *adj* (1842) : of or relating to electrolysis or an electrolyte ⟨an ~ cell⟩; *also* : produced by or used in electrolysis ⟨~ copper⟩ — **elec·tro·lyt·i·cal·ly** \-ti-k(ə-)lē\ *adv*

**elec·tro·lyze** \i-ˈlek-trə-ˌlīz\ *vt* -lyzed; -lyz·ing (1834) : to subject to electrolysis

**elec·tro·mag·net** \i-ˌlek-trō-ˈmag-nət\ *n* (1831) : a core of magnetic material (as iron) surrounded by a coil of wire through which an electric current is passed to magnetize the core

**elec·tro·mag·net·ic** \-mag-ˈne-tik\ *adj* (1821) : of, relating to, or produced by electromagnetism — **elec·tro·mag·net·i·cal·ly** \-ti-k(ə-)lē\ *adv*

**electromagnetic pulse** *n* (1963) : high-intensity electromagnetic radiation generated by a nuclear blast high above the earth's surface and held to disrupt electronic and electrical systems

**electromagnetic radiation** *n* (1902) : energy in the form of electromagnetic waves; *also* : a series of electromagnetic waves

**electromagnetic spectrum** *n* (ca. 1934) : the entire range of wavelengths or frequencies of electromagnetic radiation extending from gamma rays to the longest radio waves and including visible light

**electromagnetic unit** *n* (1855) : any of a system of electrical units based primarily on the magnetic properties of electrical currents

**electromagnetic wave** *n* (1906) : one of the waves that are propagated by simultaneous periodic variations of electric and magnetic field intensity and that include radio waves, infrared, visible light, ultraviolet, X rays, and gamma rays

**elec·tro·mag·ne·tism** \i-ˌlek-trō-ˈmag-nə-ˌti-zəm\ *n* (1828) 1 : magnetism developed by a current of electricity 2 a : a fundamental physical force that is responsible for interactions between charged particles which occur because of their charge and for the emission and absorption of photons, that is about 100 times weaker than the strong force, and that extends over infinite distances but is dominant over atomic and molecular distances — called also *electromagnetic force*; compare GRAVITY 3a(2), STRONG FORCE, WEAK FORCE b : a branch of physical science that deals with the physical relations between electricity and magnetism

**elec·tro·me·chan·i·cal** \-mə-ˈka-ni-kəl\ *adj* (1888) : of, relating to, or being a mechanical process or device actuated or controlled electrically; *esp* : being a transducer for converting electrical energy to mechanical energy — **elec·tro·me·chan·i·cal·ly** \-k(ə-)lē\ *adv*

**elec·tro·met·al·lur·gy** \-ˈme-tə-ˌlər-jē, *esp Brit* -mə-ˈta-lər-\ *n* (1840) : a branch of metallurgy that deals with the application of electric current either for electrolytic deposition or as a source of heat

**elec·trom·e·ter** \i-ˌlek-ˈträ-mə-tər\ *n* (1749) : any of various instruments for detecting or measuring potential differences or ionizing radiations by means of the forces of attraction or repulsion between charged bodies

**elec·tro·mo·tive force** \i-ˌlek-trō-ˌmō-tiv-, -trə-\ *n* (1827) : something that moves or tends to move electricity : the potential difference derived from an electrical source per unit quantity of electricity passing through the source (as a cell or generator)

**elec·tro·myo·gram** \i-ˌlek-trō-ˈmī-ə-ˌgram\ *n* (1917) : a tracing made by an electromyograph

**elec·tro·myo·graph** \-ˌgraf\ *n* [*electr-* + *my-* + *-graph*] (1948) : an instrument that converts the electrical activity associated with functioning skeletal muscle into a visual record or into sound and is used to diagnose neuromuscular disorders and in biofeedback training — **elec·tro·myo·graph·ic** \-ˌmī-ə-ˈgra-fik\ *adj* — **elec·tro·myo·graph·i·cal·ly** \-fi-k(ə-)lē\ *adv* — **elec·tro·my·og·ra·phy** \-mī-ˈä-grə-fē\ *n*

**elec·tron** \i-ˈlek-ˌträn\ *n* [*electr-* + ²*-on*] (1891) : an elementary particle consisting of a charge of negative electricity equal to about $1.602 \times 10^{-19}$ coulomb and having a mass when at rest of about $9.109 \times 10^{-31}$ kilogram or about 1/1836 that of a proton

**electron cloud** *n* (1926) : the system of electrons surrounding the nucleus of an atom

**elec·tro·neg·a·tive** \i-ˌlek-trō-ˈne-gə-tiv\ *adj* (1813) : having a tendency to attract electrons — **elec·tro·neg·a·tiv·i·ty** \-ˌne-gə-ˈti-və-tē\ *n*

**electron gas** *n* (ca. 1929) : a population of free electrons in a vacuum or in a metallic conductor

**electron gun** *n* (1924) : an electron-emitting cathode and its surrounding assembly (as electromagnets in a cathode-ray tube) for directing, controlling, and focusing a beam of electrons

**elec·tron·ic** \i-ˌlek-ˈträ-nik\ *adj* (1902) 1 : of or relating to electrons 2 a : of, relating to, or utilizing devices constructed or working by the methods or principles of electronics ⟨~ fuel injection⟩ b : implemented on or by means of a computer : involving a computer ⟨~ banking⟩ 3 a : generating musical tones by electronic means ⟨an ~ organ⟩ b : of, relating to, or being music that consists of sounds electronically generated or modified 4 : of, relating to, or being a medium (as television) by which information is transmitted electronically ⟨~ journalism⟩ — **elec·tron·i·cal·ly** \-ni-k(ə-)lē\ *adv*

**elec·tron·i·ca** \i-ˌlek-ˈträ-ni-kə\ *n* [prob. fr. *New Electronica*, recording label of the Brit. firm Beechwood Music Ltd.] (1994) : dance music featuring extensive use of synthesizers, electronic percussion, and samples of recorded music or sound

**electronic countermeasure** *n* (1962) : the disruption of the operation of an enemy's equipment (as by jamming radio or radar signals)

**electronic mail** *n* (1975) : E-MAIL

---

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \ḵ, ⁿ, œ, ue, ʸ\ see Guide to Pronunciation