# NETFLIX, INC. v. BLOCKBUSTER INC.

## Case No. 06 2361 WHA (JCS)

# EXHIBIT M

TO

## DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF BLOCKBUSTER'S BRIEF ON CLAIM CONSTRUCTION

*Filed on December 27, 2006*



LOS ANGELES PUBLIC LIBRARY
CENTRAL LIBRARY
DEPT OF SCIENCE, TECHNOLOGY & PATENTS
630 W. 5TH ST
LOS ANGELES, CA 90071

# MODERN DICTIONARY of ELECTRONICS

SEVENTH EDITION

REVISED AND UPDATED

Rudolf F. Graf

621.
3803
G736
1999



Newnes

Boston   Oxford   Auckland   Johannesburg   Melbourne   New Delhi

DEC 1 7 2002

Newnes is an imprint of Butterworth-Heinemann

Copyright © 1999 by Rudolf F. Graf

 A member of the Reed Elsevier Group

All rights reserved

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher

∞ Recognizing the importance of preserving what has been written, Butterworth-Heinemann prints its books on acid-free paper whenever possible

Butterworth-Heinemann supports the efforts of American Forests and the Global ReLeaf program in its campaign for the betterment of trees, forests, and our environment

Library of Congress Cataloging-in-Publication Data

Graf, Rudolf F.
  Modern dictionary of electronics / Rudolf F. Graf — 7th ed.,
  revised and updated
      p.   cm.
  ISBN 0-7506-9866-7 (alk. paper)
  1. Electronics — Dictionaries  I. Title
  TK7804.G67  1999
  621.381'03—dc21                              99-17889
                                                  CIP

British Library Cataloguing-in-Publication Data
A catalogue record for this book is available from the British Library

The publisher offers special discounts on bulk orders of this book
For information, please contact:
Manager of Special Sales
Butterworth-Heinemann
225 Wildwood Avenue
Woburn, MA 01801-2041
Tel: 781-904-2500
Fax: 781-904-2620

For information on all Butterworth-Heinemann publications available, contact our World Wide Web home page at: http://www.bh.com

10 9 8 7 6 5 4 3 2 1

Typeset by Laser Words, Madras, India
Printed in the United States of America

electron-beam welding — electronic commutator                                                                 246        247

**electron-beam welding** — 1 The process of using a focused beam of electrons to heat materials to the fusion point 2 Process in which a welder generates a stream of electrons traveling at up to 60 percent of the speed of light. It focuses the beam to a small, precisely controlled spot in a vacuum and converts the kinetic energy into an extremely high temperature on impact with the work piece

**electron-bombarded semiconductor amplifier** — Abbreviated EBS amplifier An amplifier consisting of an electron-gun modulation system, semiconductor target, and output coupling network all within a glass or ceramic envelope The semiconductor target is a pair of silicon diodes, each consisting of two metallic electrodes with a pn junction under the top contact Amplifier operation is based on the fact that a modulated electron beam can control the current in a reverse-biased semiconductor junction

**electron-bombardment-induced conductivity** — In a multimode display storage tube, a process by which the image on the surface of the cathode-ray tube is erased by the use of an electron gun.

**electron charge** — Also called elementary charge The charge of a single electron Its value is $1.602189 \times 10^{-19}$ coulomb The fundamental unit of electrical charge

**electron-coupled oscillator** — Abbreviated ECO A circuit using a multigrid tube in which the cathode and two grids operate as a conventional oscillator and the electron stream couples the plate-circuit load to the oscillator

**electron coupling** — In vacuum (principally multigrid) tubes, the transfer of energy between electrodes as electrons leave one and go to the other

**electron device** — Any device in which the passage of electrons through a vacuum, gas, or semiconductor is the device's principal means of conduction

**electron diffraction** — 1 The phenomenon or the technique of producing diffraction patterns through the incidence of electrons on matter 2 The bending of an electron stream that occurs when the stream travels through a medium such as very thin metal foil.

**electron-diffraction camera** — A special evacuated camera equipped with means for holding a specimen and bombarding it with a sharply focused beam of electrons. A cylindrical film placed around the specimen records the electrons that may be scattered or diffracted by it

**electron drift** — The movement of electrons in a definite direction through a conductor, as opposed to the haphazard transfer of energy from one electron to another by collision

**electronegative** — Having an electric polarity that is negative.

**electronegative developer** — A developer containing negatively charged toner particles

**electron emission** — The freeing of electrons into space from the surface of a body under the influence of heat, light, impact, chemical disintegration, or a potential difference

**electron emitter** — In a cathode tube, the electrode that serves as a source for electrons

**electron filter lens** — An electrostatic device that uses an electric potential barrier to allow the transmittance of electrons at or above a set level of energy while stopping the passage of those below it

**electron flow** — The movement of electrons from a negative to a positive point in a metal or other conductor, or from a negative to a positive electrode through a liquid, gas, or vacuum

**electron gun** — 1 An electrode structure that produces and may control focus and may deflect and converge one or more electron beams 2 A device for producing and accelerating a beam of electrons 3 The portion of a TV picture tube or cathode-ray tube that produces the stream of electrons and may also focus and center the stream 4 The source of the electron beam in a picture tube, comprising a cathode plus several focusing electrodes that collimate and focus the electron beam into a spot on the screen. In a color tube there may be three electron guns usually integrated into a single unit (unitized gun), or a single gun for the three colors



A—CATHODE
B—GRID
C—PREACCELERATOR
D—FOCUSING
E—ACCELERATOR

*Electron gun.*

**electronic** — 1 Pertaining to that branch of science which deals with the motion, emission, and behavior of currents of free electrons, especially in vacuum, gas, or phototubes and special conductors or semiconductors This is contrasted with electric, which pertains to the flow of large currents in metal conductors 2 Of or pertaining to devices, circuits, or systems using the principle of electron flow through a conductor Examples: electronic control, electronic equipment, electronic instrument, electronic circuit

**electronic autopilot** — An arrangement of gyroscopes, electronic amplifiers, and servomotors for detecting deviations in the flight of an aircraft and applying the required corrections directly to its control cables.

**electronic balance** — Weighing balance that uses forces produced by known currents to balance unknown currents, and thereby unknown weights, very accurately to within parts of a microgram

**electronic "bug"** — A keying system that converts the Morse signals from a hand key into correctly proportioned and spaced dots and dashes

**electronic bulletin board** — A shared file where users can enter information for other users to read or download Many bulletin boards are set up according to general topics and are accessible throughout a network.

**electronic calculator** — Electronic device for arithmetic and logarithmic computations; may also include digital printer and computer.

**electronic camouflage** — Use of electronic means or exploitation of electronic characteristics to reduce, submerge, or eliminate the radar-echoing properties of a target

**electronic carburetor** — A fuel-metering actuator in which the air/fuel ratio is controlled by continual variations of the metering rod position in response to an electronic control signal

**electronic charge** — The quantity of charge represented or possessed by one electron It is equal to $1.602189 \times 10^{-19}$ coulomb

**electronic circuit** — A circuit containing one or more electron tubes, transistors, integrated circuits, magnetic amplifiers, etc

**electronic commutator** — A type of switch that provides a continuous switching or sampling of a number of circuits by means of a radial-beam electronic tube or electronic switching circuit

**electronic confusi**
a target appears to occu appears to that radar bea

**electronic control** tion The control of a m devices.

**electronic control**

**electronic count** counting up to several mi

**electronic count** reviated ECCM 1 Equi electronic systems sucl systems to operate effe to disrupt or jam thei electronic warfare inv friendly and effective spectrum despite the en 3. Retaliatory tactics us electronic countermeasu

**electronic co** ECM 1 All measures to enemy electronic system tions There are two di reconnaissance, and oct 2 That division of elec taken to prevent or red the electromagnetic spe as chaff and barrage ji methods to deceive the opposing operators that 3. Methods of jamming ation of enemy electron

**electronic counte** lection and sorting o the purpose of measu 2. Examination of the d selection and switching little or no time delay

**electronic coupl** electrical energy from i electron stream in a vai

**electronic crow** device generally used ir current from more delic breaker, or the like has

**electronic data e**

**electronic data p** 1 Operations on data equipment 2 Use of ck and read information o motion In accounting, information system and

**electronic data**- viated EDP center A cally operated equipme to simplify the interp by instrumentation inst agencies

**electronic data**- reviated EDPM A mar used primarily in or v system.

**electronic data** machine, or group of machines capable c classifying, computing numerical accounting t

**electronic deco**p dilation, alteration, ob magnetic radiations ir enemy to obtain misle