# NETFLIX, INC. v. BLOCKBUSTER INC.

## Case No. 06 2361 WHA (JCS)

# EXHIBIT N

TO

**DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF BLOCKBUSTER'S BRIEF ON CLAIM CONSTRUCTION**

*Filed on December 27, 2006*

# The American Heritage® Dictionary

*of the English Language*

FOURTH EDITION



HOUGHTON MIFFLIN COMPANY
Boston   New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
   p.   cm.
   ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
   (hardcover with CD ROM)
   1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                      00-025369

Manufactured in the United States of America

electrolytic | electrostatic precipitation



electromagnetic spectrum
electromagnetic spectrum frequencies in hertz
A. gamma rays
B. x-rays
C. ultraviolet rays
D. visible light
E. infrared rays
F. microwaves
G. radio waves



electrostatic generator
The ribbons and dome of this Van de Graaff generator become negatively charged and are repelled from each other.

electrostatic precipitation
Purified air is the byproduct of an electrostatic precipitator, in which an ionizer gives a positive charge to dirt particles which then adhere to a negatively charged collector.

izes when dissolved or molten to produce an electrically conductive medium. 2. *Physiology* Any of various ions, such as sodium, potassium, or chloride, required by cells to regulate the electric charge and flow of water molecules across the cell membrane.
**e•lec•tro•lyt•ic** (ĭ-lĕk′trə-lĭt′ĭk) *adj.* 1a. Of or relating to electrolysis. b. Produced by electrolysis 2. Of or relating to electrolytes. —**e•lec′tro•lyt′i•cal•ly** *adv.*
**electrolytic cell** *n.* 1. A cell containing an electrolyte through which an externally generated electric current is passed by a system of electrodes in order to produce an electrochemical reaction 2. A cell containing an electrolyte in which an electrochemical reaction produces an electromotive force.
**e•lec•tro•lyze** (ĭ-lĕk′trə-līz′) *tr.v.* -lyzed, -lyz•ing, -lyz•es To cause to decompose by electrolysis.
**e•lec•tro•mag•net** (ĭ-lĕk′trō-măg′nĭt) *n.* A magnet consisting essentially of a coil of insulated wire wrapped around a soft iron core that is magnetized only when current flows through the wire.
**e•lec•tro•mag•net•ic** (ĭ-lĕk′trō-măg-nĕt′ĭk) *adj.* Of or exhibiting electromagnetism —**e•lec′tro•mag•net′i•cal•ly** *adv.*
**electromagnetic field** *n.* The field of force associated with electric charge in motion, having both electric and magnetic components and containing a definite amount of electromagnetic energy.
**electromagnetic pulse** *n. Abbr.* EMP The pulse of intense electromagnetic radiation generated by certain physical events, especially by a nuclear explosion high above the earth.
**electromagnetic spectrum** *n.* The entire range of radiation extending in frequency from approximately $10^{23}$ hertz to 0 hertz or, in corresponding wavelengths, from $10^{-13}$ centimeter to infinity and including, in order of decreasing frequency, cosmic-ray photons, gamma rays, x-rays, ultraviolet radiation, visible light, infrared radiation, microwaves, and radio waves.
**electromagnetic unit** *n. Abbr.* EMU Any of various systems of units for electricity and magnetism based on a system of equations in which the permeability of free space is taken as unity and by means of which the abampere is defined as the fundamental unit of current.
**electromagnetic wave** *n.* A wave of energy having a frequency within the electromagnetic spectrum and propagated as a periodic disturbance of the electromagnetic field when an electric charge oscillates or accelerates
**e•lec•tro•mag•net•ism** (ĭ-lĕk′trō-măg′nĭ-tĭz′əm) *n.* 1. Magnetism produced by electric charge in motion. 2. The physics of electricity and magnetism.
**e•lec•tro•me•chan•i•cal** (ĭ-lĕk′trō-mə-kăn′ĭ-kəl) *adj.* Relating to a mechanical device or system that is actuated or controlled by electricity.
**e•lec•tro•met•al•lur•gy** (ĭ-lĕk′trō-mĕt′l-ûr′jē) *n.* The use of electric and electrolytic processes to purify metals or reduce metallic compounds to metals. —**e•lec′tro•met′al•lur′gi•cal** *adj.*
**e•lec•trom•e•ter** (ĭ-lĕk-trŏm′ĭ-tər, ē′lĕk-) *n.* An instrument for measuring voltage.
**e•lec•tro•mo•tive** (ĭ-lĕk′trō-mō′tĭv) *adj.* Of, relating to, or producing electric current.
**electromotive force** *n. Abbr.* EMF The energy per unit charge that is converted reversibly from chemical, mechanical, or other forms of energy into electrical energy in a battery or dynamo.
**e•lec•tro•my•o•gram** (ĭ-lĕk′trō-mī′ə-grăm′) *n. Abbr.* EMG A graphic record of the electrical activity of a muscle as recorded by an electromyograph
**e•lec•tro•my•o•graph** (ĭ-lĕk′trō-mī′ə-grăf′) *n.* An instrument used in the diagnosis of neuromuscular disorders that produces an audio or visual record of the electrical activity of a skeletal muscle by means of an electrode inserted into the muscle or placed on the skin. —**e•lec′tro•my′o•graph′ic** *adj.* —**e•lec′tro•my′o•graph′i•cal•ly** *adv.* —**e•lec′tro•my•og′ra•phy** (-mī-ŏg′rə-fē) *n.*
**e•lec•tron** (ĭ-lĕk′trŏn′) *n. Abbr.* e A stable subatomic particle in the lepton family having a rest mass of $9.1066 \times 10^{-28}$ grams and a unit negative electric charge of approximately $1.602 \times 10^{-19}$ coulombs. See table at subatomic particle. [ELECTR(IC) + -ON′.]
**e•lec•tro•neg•a•tive** (ĭ-lĕk′trō-nĕg′ə-tĭv) *adj.* 1. Having a negative electric charge. 2. Tending to attract electrons to form a chemical bond 3. Capable of acting as a negative electrode.
**electron gun** *n.* The electrode, especially in a cathode-ray tube, that produces a beam of accelerated electrons.
**electron hole** *n.* See hole (sense 9)
**e•lec•tron•ic** (ĭ-lĕk-trŏn′ĭk, ē′lĕk-) *adj.* 1. Of or relating to electrons. 2. Of, based on, operated by, or otherwise involving the controlled conduction of electrons or other charge carriers, especially in a vacuum, gas, or semiconducting material. 3. Of, relating to, or produced by means of electronics: *electronic navigation; electronic books* 4. Of or relating to music produced or altered by electronic means, as by a tape recorder or synthesizer. 5. Of, implemented on, or carried out by a computer or computer network. —**e•lec•tron′i•cal•ly** *adv.*
**electronic fetal monitor** *n. Abbr.* EFM A device used during labor to monitor fetal heartbeat and maternal uterine contractions
**electronic mail** *n.* E-mail.
**e•lec•tron•ics** (ĭ-lĕk-trŏn′ĭks, ē′lĕk-) *n.* 1. *(used with a sing. verb)* The science and technology of electronic phenomena. 2. *(used with a pl. verb)* Electronic devices and systems: *The electronics aboard the new aircraft are very sophisticated.*
**electron lens** *n.* Any of various devices that use an electric or magnetic field to focus a beam of electrons

**electron micrograph** *n.* A micrograph made by an electron microscope.
**electron microscope** *n.* Any of a class of microscopes that use electrons rather than visible light to produce magnified images, especially of objects having dimensions smaller than the wavelengths of visible light, with linear magnification approaching or exceeding a million ($10^6$)
**electron microscopy** *n.* Microscopy involving use of an electron microscope. —**electron microscopist** *n.*
**electron multiplier** *n.* A vacuum tube in which a single electron produces a large number of secondary electrons by collision with an anode, the process generally being repeated through a number of stages to achieve great amplification of current
**electron neutrino** *n.* A stable elementary particle in the lepton family having a mass of zero, or very close to zero, and no charge. See table at subatomic particle.
**electron optics** *n. (used with a sing. verb)* The science of the control of electron motion by electron lenses in systems or under conditions analogous to those involving or affecting visible light.
**electron pair** *n.* 1. Two electrons functioning or regarded as functioning in concert, especially two electrons that form a nonpolar covalent bond between atoms. 2. The combination of an electron and a positron as produced by a high-energy photon
**electron transport** *n.* The successive passage of electrons from one cytochrome or flavoprotein to another by a series of oxidation-reduction reactions during the aerobic production of ATP, with the electrons originating from an oxidizable substrate and ultimately being passed to molecular oxygen. The oxidation-reduction reactions generate the energy required for the production of ATP.
**electron tube** *n.* A sealed enclosure, either highly evacuated or containing a controlled quantity of gas, in which electrons can be made sufficiently mobile to act as the principal carriers of current between at least one pair of electrodes.
**electron volt** *n. Abbr.* eV A unit of energy equal to the energy acquired by an electron falling through a potential difference of one volt, approximately $1.602 \times 10^{-19}$ joules See table at measurement.
**e•lec•tro•phile** (ĭ-lĕk′trə-fīl′) *n.* A chemical compound or group that is attracted to electrons and tends to accept electrons.
**e•lec•tro•pho•rese** (ĭ-lĕk′trō-fə-rēs′) *tr.v.* -resed, -res•ing, -res•es To subject to electrophoresis [Back-formation from ELECTROPHORESIS.]
**e•lec•tro•pho•re•sis** (ĭ-lĕk′trō-fə-rē′sĭs) *n.* 1. The migration of charged colloidal particles or molecules through a solution under the influence of an applied electric field usually provided by immersed electrodes Also called *cataphoresis* 2. A method of separating substances, especially proteins, and analyzing molecular structure based on the rate of movement of each component in a colloidal suspension while under the influence of an electric field. —**e•lec′tro•pho•ret′ic** (-rĕt′ĭk) *adj.*
**e•lec•tro•pho•ret•o•gram** (ĭ-lĕk′trō-fə-rĕt′ə-grăm′) *n.* A record of the results of an electrophoresis, such as a filter paper on which the components of a mixture are deposited as they migrate under the influence of an electric field. [ELECTROPHORET(IC) + -GRAM.]
**e•lec•troph•o•rus** (ĭ-lĕk-trŏf′ər-əs, ē′lĕk-) *n. pl.* -o•ri (-ə-rī′, -ə-rē′) An apparatus for generating static electricity, consisting of a hard rubber disk that is given a negative charge by friction and a metal plate that is given a net positive charge by induction when in contact with the disk [New Latin : ELECTRO- + Greek *-phoros, -phorous*]
**e•lec•tro•phys•i•ol•o•gy** (ĭ-lĕk′trō-fĭz′ē-ŏl′ə-jē) *n.* 1. The branch of physiology that studies the relationship between electric phenomena and bodily processes. 2. The electric activity associated with a bodily part or function. —**e•lec′tro•phys′i•o•log′ic** (-ə-lŏj′ĭk), **e•lec′tro•phys′i•o•log′i•cal** (-ĭ-kəl) *adj.* —**e•lec′tro•phys′i•o•log′i•cal•ly** *adv.* —**e•lec′tro•phys′i•ol′o•gist** *n.*
**e•lec•tro•plate** (ĭ-lĕk′trə-plāt′) *tr.v.* -plat•ed, -plat•ing, -plates To coat or cover with a thin layer of metal by electrodeposition.
**e•lec•tro•pos•i•tive** (ĭ-lĕk′trō-pŏz′ĭ-tĭv) *adj.* 1. Having a positive electric charge. 2. Capable of acting as a positive electrode. 3. Tending to release electrons to form a chemical bond.
**e•lec•tro•re•cep•tor** (ĭ-lĕk′trō-rĭ-sĕp′tər) *n.* Any of a series of sensory organs in certain fish, such as sharks, skates, and electric eels, that detect electric fields and are located on the head and along the lateral line. —**e•lec′tro•re•cep′tion** *n.*
**e•lec•tro•rhe•ol•o•gy** (ĭ-lĕk′trō-rē-ŏl′ə-jē) *n.* The study of the changes in flow properties that occur in certain fluids exposed to electric fields. —**e•lec′tro•rhe′o•log′i•cal** (-ə-lŏj′ĭ-kəl) *adj.*
**e•lec•tro•scope** (ĭ-lĕk′trə-skōp′) *n.* An instrument used to detect the presence, sign, and in some configurations the magnitude of an electric charge by the mutual attraction or repulsion of metal foils or pith balls —**e•lec′tro•scop′ic** (-skŏp′ĭk) *adj.*
**e•lec•tro•shock** (ĭ-lĕk′trō-shŏk′) *n.* See electroconvulsive therapy.
**electroshock therapy** *n.* See electroconvulsive therapy.
**e•lec•tro•stat•ic** (ĭ-lĕk′trō-stăt′ĭk) *adj.* 1a. Of or relating to electric charges at rest. b. Produced or caused by such charges 2. Of or relating to electrostatics. —**e•lec′tro•stat′i•cal•ly** *adv.*
**electrostatic generator** *n.* Any of various devices, including the electrophorus, the Wimshurst machine, and especially the Van de Graaff generator, that generate high voltages by accumulating large quantities of electric charge
**electrostatic precipitation** *n.* The removal of very fine particles suspended in a gas by electrostatic charging and subsequent precipitation onto a collector in a strong electric field

576