# NETFLIX, INC. v. BLOCKBUSTER INC.

## Case No. 06 2361 WHA (JCS)

# EXHIBIT P

TO

## DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF BLOCKBUSTER'S BRIEF ON CLAIM CONSTRUCTION

*Filed on December 27, 2006*

**im·per·me·able** \(ˌ)im-ˈpər-mē-ə-bəl\ *adj* [LL *impermeabilis*, fr. LL *permeabilis* permeable] (1697) : not permitting passage (as of a fluid) through its substance; *broadly* : IMPERVIOUS — **im·per·me·abil·i·ty** \-ˌpər-mē-ə-ˈbi-lə-tē\ *n*

**im·per·mis·si·ble** \ˌim-pər-ˈmi-sə-bəl\ *adj* (1858) : not permissible — **im·per·mis·si·bil·i·ty** \-ˌmi-sə-ˈbi-lə-tē\ *n* — **im·per·mis·si·bly** \-ˈmi-sə-blē\ *adv*

**im·per·son·al** \(ˌ)im-ˈpərs-nəl, -ˈpər-sə-nəl\ *adj* [ME, fr. LL *impersonalis*, fr. L *in-* + LL *personalis* personal] (15c) **1 a** : denoting the verbal action of an unspecified agent and hence used with no expressed subject (as *methinks*) or with a merely formal subject (as *rained* in *it rained*) **b** *of a pronoun* : INDEFINITE **2 a** : having no personal reference or connection ⟨~ criticism⟩ **b** : not engaging the human personality or emotions ⟨the machine as compared with the hand tool is an ~ agency —John Dewey⟩ **c** : not existing as a person : not having human qualities or characteristics — **im·per·son·al·i·ty** \ˌim-ˌpər-sə-ˈna-lə-tē\ *n* — **im·per·son·al·ly** \-ˈpərs-nə-lē, -ˈpər-sə-nə-lē\ *adv*

**im·per·son·al·ize** \(ˌ)im-ˈpərs-nə-ˌlīz, -ˈpər-sə-nə-\ *vt* (ca. 1899) : to make impersonal ⟨technology that ~s the learning process⟩ — **im·per·son·al·i·za·tion** \-ˌpərs-nə-lə-ˈzā-shən, -ˌpər-sə-nə-\ *n*

**im·per·son·ate** \im-ˈpər-sə-ˌnāt\ *vt* -at·ed; -at·ing (1715) **1** : to assume or act the character of : PERSONATE — **im·per·son·a·tion** \-ˌpər-sə-ˈnā-shən\ *n* — **im·per·son·a·tor** \-ˈpər-sə-ˌnā-tər\ *n*

**im·per·ti·nence** \(ˌ)im-ˈpərt-nən(t)s, -ˈpər-tə-nən(t)s\ *n* (1603) **1** : the quality or state of being impertinent: as **a** : IRRELEVANCE, INAPPROPRIATENESS **b** : INCIVILITY, INSOLENCE **2** : an instance of impertinence

**im·per·ti·nen·cy** \-ən(t)-sē, -nən(t)-\ *n, pl* -cies (1589) : IMPERTINENCE

**im·per·ti·nent** \(ˌ)im-ˈpər-tə-nənt, -ˈpərt-nənt\ *adj* [ME, fr. AF, fr. LL *impertinent-, impertinens*, fr. L *in-* + *pertinent-, pertinens*, prp. of *pertinēre* to pertain] (14c) **1** : not pertinent : IRRELEVANT **2 a** : not restrained within due or proper bounds esp. of propriety or good taste ⟨~ curiosity⟩ **b** : given to or characterized by insolent rudeness ⟨an ~ answer⟩ — **im·per·ti·nent·ly** *adv*

*syn* IMPERTINENT, OFFICIOUS, MEDDLESOME, INTRUSIVE, OBTRUSIVE mean given to thrusting oneself into the affairs of others. IMPERTINENT implies exceeding the bounds of propriety in showing interest or curiosity or in offering advice ⟨resented their *impertinent* interference⟩. OFFICIOUS implies the offering of services or attentions that are unwelcome or annoying ⟨*officious* friends made the job harder⟩. MEDDLESOME stresses an annoying and usu. prying interference in others' affairs ⟨a *meddlesome* landlord⟩. INTRUSIVE implies a tactless or otherwise objectionable thrusting into others' affairs ⟨tried to be helpful without being *intrusive*⟩. OBTRUSIVE stresses improper or offensive conspicuousness of interfering actions ⟨expressed an *obtrusive* concern for his safety⟩.

**im·per·turb·able** \ˌim-pər-ˈtər-bə-bəl\ *adj* [ME, fr. LL *imperturbabilis*, fr. L *in-* + *perturbare* to perturb] (15c) : marked by extreme calm, impassivity, and steadiness : SERENE *syn* see COOL — **im·per·turb·abil·i·ty** \-ˌtər-bə-ˈbi-lə-tē\ *n* — **im·per·turb·ably** \-ˈtər-bə-blē\ *adv*

**im·per·vi·ous** \(ˌ)im-ˈpər-vē-əs\ *adj* [L *impervius*, fr. *in-* + *pervius* pervious] (1640) **1 a** : not allowing entrance or passage : IMPENETRABLE ⟨a coat ~ to rain⟩ **b** : not capable of being damaged or harmed ⟨a carpet ~ to rough treatment⟩ **2** : not capable of being affected or disturbed ⟨~ to criticism⟩ — **im·per·vi·ous·ly** *adv* — **im·per·vi·ous·ness** *n*

**im·pe·ti·go** \ˌim-pə-ˈtē-(ˌ)gō, -ˈtī-\ *n* [ME, fr. L, fr. *impetere* to attack — more at IMPETUS] (14c) : an acute contagious staphylococcal or streptococcal skin disease characterized by vesicles, pustules, and yellowish crusts

**im·pe·trate** \ˈim-pə-ˌtrāt\ *vt* -trat·ed; -trat·ing [L *impetratus*, pp. of *impetrare*, fr. *in-* + *patrare* to accomplish — more at PERPETRATE] (ca. 1534) **1** : to obtain by request or entreaty **2** : to ask for : ENTREAT — **im·pe·tra·tion** \ˌim-pə-ˈtrā-shən\ *n*

**im·pet·u·os·i·ty** \im-ˌpe-chə-ˈwä-sə-tē, -chū-ˈä-\ *n, pl* -ties (15c) **1** : the quality or state of being impetuous **2** : an impetuous action or impulse

**im·pet·u·ous** \im-ˈpech-wəs, -ˈpe-chə-, -chū-əs\ *adj* [ME, fr. AF, fr. LL *impetuosus*, fr. L *impetus*] (14c) **1** : marked by impulsive vehemence or passion ⟨an ~ temperament⟩ **2** : marked by force and violence of movement or action ⟨an ~ wind⟩ *syn* see PRECIPITATE — **im·pet·u·ous·ly** *adv* — **im·pet·u·ous·ness** *n*

**im·pe·tus** \ˈim-pə-təs\ *n* [L, assault, impetus, fr. *impetere* to attack, fr. *in-* + *petere* to go to, seek — more at FEATHER] (1641) **1 a** (1) : a driving force : IMPULSE (2) : INCENTIVE, STIMULUS **b** : stimulation or encouragement resulting in increased activity **2** : the property possessed by a moving body in virtue of its mass and its motion — used of bodies moving suddenly or violently to indicate the origin and intensity of the motion

**im·pi·e·ty** \(ˌ)im-ˈpī-ə-tē\ *n, pl* -ties (14c) **1** : the quality or state of being impious : IRREVERENCE **2** : an impious act

**im·pinge** \im-ˈpinj\ *vi* **im·pinged; im·ping·ing** [L *impingere*, fr. *in-* + *pangere* to fasten, drive in — more at PACT] (1605) **1** : to strike or dash esp. with a sharp collision ⟨I heard the rain ~ upon the earth —James Joyce⟩ **2** : to have an effect : make an impression ⟨waiting for the germ of a new idea to ~ upon my mind —Phyllis Bentley⟩ **3** : ENCROACH, INFRINGE ⟨~ on other people's rights⟩ — **im·pinge·ment** \-ˈpinj-mənt\ *n*

**im·pi·ous** \ˈim-pē-əs, (ˌ)im-ˈpī-\ *adj* [L *impius*, fr. *in-* + *pius* pious] (1542) : not pious : lacking in reverence or proper respect (as for God or one's parents) : IRREVERENT — **im·pi·ous·ly** *adv*

**imp·ish** \ˈim-pish\ *adj* (1652) : of, relating to, or befitting an imp; *esp* : MISCHIEVOUS — **imp·ish·ly** *adv* — **imp·ish·ness** *n*

**im·pla·ca·ble** \(ˌ)im-ˈpla-kə-bəl, -ˈplā-\ *adj* [ME, fr. L *implacabilis*, fr. *in-* + *placabilis* placable] (15c) : not placable : not capable of being appeased, significantly changed, or mitigated ⟨an ~ enemy⟩ — **im·pla·ca·bil·i·ty** \-ˌpla-kə-ˈbi-lə-tē, -ˌplā-\ *n* — **im·pla·ca·bly** \-ˈpla-kə-blē, -ˈplā-\ *adv*

**¹im·plant** \im-ˈplant\ *vt* (15c) **1 a** : to fix or set securely or deeply ⟨the ruby ~ed in the idol's forehead⟩ **b** : to set permanently in the consciousness or habit patterns : INCULCATE **2** : to insert in living tissue (as for growth, slow release, or formation of an organic union) ⟨subcutaneously ~ed hormone pellets⟩ ~ *vi* : to undergo implantation ⟨the failure of...

*syn* IMPLANT, INCULCATE, INSTILL, INSEMINATE, INFIX mean to introduce into the mind. IMPLANT implies teaching that makes for permanence of what is taught ⟨*implanted* a love of reading in her students⟩. INCULCATE implies persistent or repeated efforts to impress on the mind ⟨tried to *inculcate* in him high moral standards⟩. INSTILL stresses gradual, gentle imparting of knowledge over a long period of time ⟨*instill* traditional values in your children⟩. INSEMINATE applies to a sowing of ideas in many minds so that they spread through a group or nation ⟨*inseminated* an unquestioning faith in technology⟩. INFIX stresses firmly inculcating a habit of thought ⟨*infixed* a chronic cynicism⟩.

**²im·plant** \ˈim-ˌplant\ *n* (1890) : something (as a graft or device) planted in tissue — compare COCHLEAR IMPLANT

**im·plan·ta·tion** \ˌim-ˌplan-ˈtā-shən\ *n* (1578) **1 a** : the act or process of implanting something **b** : the state resulting from being implanted **2** *in placental mammals* : the process of attachment of the early embryo to the maternal uterine wall

**im·plau·si·ble** \(ˌ)im-ˈplȯ-zə-bəl\ *adj* (ca. 1677) : not plausible : provoking disbelief — **im·plau·si·bil·i·ty** \-ˌplȯ-zə-ˈbi-lə-tē\ *n* — **im·plau·si·bly** \-ˈplȯ-zə-blē\ *adv*

**im·plead** \im-ˈplēd\ *vt* [ME *empleden*, fr. AF *empleder*, fr. *en-* + *pleid* to plead] (14c) : to sue or prosecute at law

**¹im·ple·ment** \ˈim-plə-mənt\ *n* [ME, fr. LL *implementum* action of filling up, fr. L *implēre* to fill up, fr. *in-* + *plēre* to fill — more at FULL] (15c) **1** : an article serving to equip ⟨the ~s of religious worship⟩ **2** : a device used in the performance of a task : TOOL, UTENSIL **3** : one that serves as an instrument or tool ⟨the partnership agreement does not seem to be a very potent ~ —H. B. Hoffman⟩

*syn* IMPLEMENT, TOOL, INSTRUMENT, APPLIANCE, UTENSIL mean a relatively simple device for performing work. IMPLEMENT may apply to anything necessary to perform a task ⟨crude stone *implements*⟩ ⟨farm *implements*⟩. TOOL suggests an implement adapted to facilitate a definite kind or stage of work and suggests the need of skill more strongly than IMPLEMENT ⟨a carpenter's *tools*⟩. INSTRUMENT suggests a device capable of delicate or precise work ⟨the dentist's instruments⟩. APPLIANCE refers to a tool or instrument utilizing a power source and suggests portability or temporary attachment ⟨household *appliances*⟩. UTENSIL applies to a device used in domestic work or some routine unskilled activity ⟨kitchen *utensils*⟩.

**²im·ple·ment** \-ˌment\ *vt* (1806) **1** : CARRY OUT, ACCOMPLISH; *esp* : to give practical effect to and ensure of actual fulfillment by concrete measures **2** : to provide instruments or means of expression for — **im·ple·men·ta·tion** \ˌim-plə-mən-ˈtā-shən, -ˌmen-\ *n* — **im·ple·ment·er** or **im·ple·men·tor** \ˈim-plə-ˌmen-tər\ *n*

**im·pli·cate** \ˈim-plə-ˌkāt\ *vt* -cat·ed; -cat·ing [ME, to convey by implication, fr. ML *implicatus*, pp. of *implicare*, fr. L, to entwine, involve — more at EMPLOY] (15c) **1** : to involve as a consequence, corollary, or natural inference : IMPLY **2** *archaic* : to fold or twist together : ENTWINE **3 a** : to bring into intimate or incriminating connection ⟨evidence that ~s him in the bombing⟩ **b** : to involve in the nature or operation of something

**im·pli·ca·tion** \ˌim-plə-ˈkā-shən\ *n* (15c) **1 a** : the act of implicating : the state of being implicated **b** : close connection; *esp* : an incriminating involvement **2 a** : the act of implying : the state of being implied **b** (1) : a logical relation between two propositions that fails to hold only if the first is true and the second is false — see TRUTH TABLE (2) : a logical relationship between two propositions in which the first is true the second is true (3) : a statement exhibiting a relation of implication **3** : something implied: as **a** : SUGGESTION **b** : possible significance ⟨the book has political ~s⟩ — **im·pli·ca·tive** \ˈim-plə-ˌkā-tiv, im-ˈpli-kə-\ *adj* — **im·pli·ca·tive·ly** *adv* — **im·pli·ca·tive·ness** *n*

**im·plic·it** \im-ˈpli-sət\ *adj* [L *implicitus*, pp. of *implicare*] (1599) **1** : capable of being understood from something else though unexpressed : IMPLIED ⟨an ~ assumption⟩ **b** : involved in the nature or essence of something though not revealed, expressed, or developed : POTENTIAL ⟨a sculptor may see different figures ~ in a block of stone —John Dewey⟩ **c** *of a mathematical function* : defined by an expression in which the dependent variable and the one or more independent variables are not separated on opposite sides of an equation — compare EXPLICIT **4 2** : being without doubt or reserve : UNQUESTIONING ⟨an ~ trust⟩ — **im·plic·it·ly** *adv* — **im·plic·it·ness** *n*

**implicit differentiation** *n* (ca. 1889) : the process of finding the derivative of a dependent variable in an implicit function by differentiating each term separately, by expressing the derivative of the dependent variable as a symbol, and by solving the resulting expression for the symbol

**im·plode** \im-ˈplōd\ *vb* **im·plod·ed; im·plod·ing** [*in-* + *-plode* (as in *explode*)] *vi* (1881) **1 a** : to burst inward ⟨a blow causing a vacuum tube to ~⟩ **b** : to undergo violent compression ⟨massive stars which ~⟩ **2** : to collapse inward as if from external pressure; *also* : to become greatly reduced as if from collapsing **3** : to break down or fall apart from within : SELF-DESTRUCT ⟨the firm... *imploded* from greed and factionalism —Jan Hoffman⟩ ~ *vt* : to cause to implode

**im·plore** \im-ˈplȯr\ *vt* **im·plored; im·plor·ing** [MF or L; MF *implorer*, fr. L *implorare*, fr. *in-* + *plorare* to cry out] (ca. 1540) **1** : to call upon in supplication : BESEECH **2** : to call or pray for earnestly : ENTREAT ⟨*implored* the crowd to be quiet⟩ *syn* see BEG — **im·plor·ing·ly** *adv*

**im·plo·sion** \im-ˈplō-zhən\ *n* [*in-* + *-plosion* (as in *explosion*)] (1877) **1** : the inrush of air in forming a suction stop **2** : the action of imploding **3** : the act or action of bringing to or as if to a center; *also* : INTEGRATION ⟨this ~ of cultures makes realistic for the first time the age-old vision of a world culture —Kenneth Keniston⟩ — **im·plo·sive** \-ˈplō-siv, -ziv\ *adj or n*

**im·ply** \im-ˈplī\ *vt* **im·plied; im·ply·ing** [ME *emplien*, fr. AF *empliere*] **1** *obs* : ENFOLD, ENTWINE **2 b** : entangle — more at EMPLOY] (14c) **1** *obs* : ENFOLD, ENTWINE **2** : to involve or indicate by inference, association, or necessary consequence rather than by direct statement ⟨rights ~ obligations⟩ **3** : to contain potentially **4** : to express indirectly ⟨his silence *implied* consent⟩ *syn* see SUGGEST *usage* see INFER

**im·po·lite** \ˌim-pə-ˈlīt\ *adj* [L *impolitus*, fr. *in-* + *politus* polite] (1612) : not polite : RUDE — **im·po·lite·ly** *adv* — **im·po·lite·ness** *n*