# NETFLIX, INC. v. BLOCKBUSTER INC.

Case No. 06 2361 WHA (JCS)

# EXHIBIT Q

TO

# DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF BLOCKBUSTER'S BRIEF ON CLAIM CONSTRUCTION

*Filed on December 27, 2006*

**fe·cund** \'fē-kənd, 'fe-\ *adj* [ME, fr. AF, fr. L *fecundus* — more at FEMININE] (15c) **1** : fruitful in offspring or vegetation : PROLIFIC **2** : intellectually productive or inventive to a marked degree ⟨a ~ imagination⟩ *syn* see FERTILE — **fe·cun·di·ty** \fi-'kən-də-tē, fe-\ *n*

**fe·cun·date** \'fē-kən-ˌdāt, 'fe-\ *vt* -dat·ed; -dat·ing [L *fecundatus*, pp. of *fecundare*, fr. *fecundus*] (ca. 1631) **1** : to make fecund **2** : IMPREGNATE — **fe·cun·da·tion** \ˌfē-kən-'dā-shən, ˌfe-\ *n*

**Fed** *abbr* federal

**fed** *abbr* [*short for* federal] (1916) **1** *often not cap* : a federal agent, officer, or official — usu. used in pl **2 a** : FEDERAL RESERVE BOARD **b** : FEDERAL RESERVE SYSTEM

**fe·da·yeen** \ˌfe-dä-'yēn, -ˌdā-\ *n, pl* fe-da-yeen \-'(y)ēn\ [Ar *fidāʾī*, lit., one who sacrifices himself] (1955) : a member of an Arab commando group operating esp. against Israel — usu. used in pl.

**fed·er·al** \'fe-d(ə-)rəl\ *adj* [L *foeder-, foedus* compact, league; akin to L *fidere* to trust — more at BIDE] (1660) **1** *archaic* : of or relating to a compact or treaty **2 a** : formed by a compact between political units that surrender their individual sovereignty to a central authority but retain limited residuary powers of government **b** : of or constituting a form of government in which power is distributed between a central authority and a number of constituent territorial units **c** : of or relating to the central government of a federation as distinguished from the governments of the constituent units **3** *cap* : advocating or friendly to the principle of a federal government with strong centralized powers; *esp* : of or relating to the American Federalists **4** *often cap* : of, relating to, or loyal to the federal government or the Union armies of the U.S. in the American Civil War **5** *cap* : being or belonging to a style of architecture and decoration current in the U.S. following the American Revolution — **fed·er·al·ly** \-d(ə-)rə-lē\ *adv*

**Federal** *n* (1861) **1** : a supporter of the U.S. government in the Civil War; *esp* : a soldier in the federal armies **2** : FED 1 — usu. used in pl.

**federal case** *n* (1955) : BIG DEAL ⟨don't make a *federal case* out of it⟩

**federal court** *n* (1789) : a court established by a federal government; *esp* : one established under the constitution and laws of the U.S.

**federal district** *n* (ca. 1934) : a district set apart as the seat of the central government of a federation

**federal district court** *n* (1948) : a district trial court of law and equity that hears cases under federal jurisdiction

**fed·er·al·ese** \ˌfe-d(ə-)rə-'lēz, -'lēs; 'fe-d(ə-)rə-ˌ\ *n* (1944) : BUREAUCRATESE

**federal funds** *n pl* (1950) : reserve funds lent overnight by one Federal Reserve bank to another

**fed·er·al·ism** \'fe-d(ə-)rə-ˌli-zəm\ *n* (1787) **1 a** *often cap* : the distribution of power in an organization (as a government) between a central authority and the constituent units — compare CENTRALISM **b** : support or advocacy of this principle **2** *cap* : Federalist principles

**fed·er·al·ist** \-list\ *n* (1787) **1** : an advocate of federalism: as **a** *often cap* : an advocate of a federal union between the American colonies after the Revolution and of the adoption of the U.S. Constitution **b** *often cap* : WORLD FEDERALIST **2** *cap* : a member of a major political party in the early years of the U.S. favoring a strong centralized national government — **federalist** *adj, often cap*

**fed·er·al·i·za·tion** \ˌfe-d(ə-)rə-lə-'zā-shən\ *n* (ca. 1860) **1** : the act of federalizing **2** : the state of being federalized

**fed·er·al·ize** \'fe-d(ə-)rə-ˌlīz\ *vt* -ized; -iz·ing (1801) **1** : to unite in or under a federal system **2** : to bring under the jurisdiction of a federal government

**Federal Reserve bank** *n* (1914) : one of 12 reserve banks set up under the Federal Reserve Act to hold reserves and discount commercial paper for affiliated banks in their respective districts

**Federal Reserve Board** *n* (1920) : a 7-member board of governors overseeing the Federal Reserve System

**Federal Reserve System** *n* (1919) : the central banking system of the U.S. consisting of 12 districts with a Federal Reserve bank in the principal commercial city of each district

**fed·er·ate** \'fe-d(ə-)rət\ *adj* [L *foederatus*, fr. *foeder-, foedus*] (1710) : united in an alliance or federation : FEDERATED

**fed·er·ate** \'fe-də-ˌrāt\ *vi* -at·ed; -at·ing (1580) : to join in a federation

**federated church** *n* (1898) : a local church uniting two or more congregations that maintain different denominational ties — compare UNION CHURCH

**fed·er·a·tion** \ˌfe-də-'rā-shən\ *n* (1787) **1** : an encompassing political or societal entity formed by uniting smaller or more localized entities: as **a** : a federal government **b** : a union of organizations **2** : the act of creating or becoming a federation; *esp* : the forming of a federal union

**fed·er·a·tive** \'fe-də-ˌrā-tiv, 'fe-d(ə-)rə-\ *adj* (1690) : of, relating to, or formed by federation ⟨a ~ republic⟩ — **fed·er·a·tive·ly** *adv*

**fedn** *abbr* federation

**fe·do·ra** \fi-'dōr-ə\ *n* [*Fédora* (1882), drama by V. Sardou] (1891) : a low soft felt hat with the crown creased lengthwise

**fed up** *adj* (1900) : tired, sated, or disgusted beyond endurance

**fee** \'fē\ *n* [ME, fr. AF *fé, fief*; of Gmc origin; akin to OE *feoh* cattle, property, OHG *fihu* cattle; akin to L *pecus* cattle, *pecunia* money] (14c) **1 a** (1) : an estate in land held in feudal law from a lord on condition of homage and service (2) : a piece of land so held **b** : an inherited or heritable estate in land **2 a** : a fixed charge **b** : a sum paid or charged for a service — **in fee** : in absolute and legal possession

**fee** *vt* feed; fee·ing (15c) *chiefly Scot* : HIRE **2** : TIP 2

**fee·ble** \'fē-bəl\ *adj* **fee·bler** \-b(ə-)lər\; **fee·blest** \-b(ə-)ləst\ [ME *feble*, fr. AF, fr. L *flebilis* lamentable, wretched, fr. *flere* to weep — more at BLEAT] (12c) **1 a** : markedly lacking in strength **b** : indicating weakness **2 a** : deficient in qualities or resources that indicate vigor, authority, force, or efficiency **b** : INADEQUATE, INFERIOR *syn* see WEAK — **fee·ble·ness** \-bəl-nəs\ *n* — **fee·bly** \-blē\ *adv*

**fee·ble-mind·ed** \ˌfē-bəl-'mīn-dəd\ *adj* (1534) **1** *obs* : IRRESOLUTE, VACILLATING **2** : mentally deficient **3** : FOOLISH, STUPID — **fee·ble-mind·ed·ly** *adv* — **fee·ble-mind·ed·ness** *n*

**fee·blish** \'fē-b(ə-)lish\ *adj* (1674) : somewhat feeble

**feed** \'fēd\ *vb* fed \'fed\; feed·ing [ME *feden*, fr. OE *fēdan*; akin to OE *fōda* food — more at FOOD] *vt* (bef. 12c) **1 a** : to give food to **b** : to give as food **2 a** : to furnish something essential to the development, sustenance, maintenance, or operation of ⟨reading ~s the mind⟩ **b** : to supply (material to be operated on) to a machine **3** : to produce or provide food for **4 a** : SATISFY, GRATIFY **b** : SUPPORT, ENCOURAGE **5 a** (1) : to supply for use or consumption (2) : CHANNEL, ROUTE **b** (1) : to supply (a signal) to an electronic circuit (2) : to send (as by wire or satellite) to a transmitting station for broadcast **6** : to supply (a fellow actor) with cues and situations that make a role more effective **7** : to pass a ball or puck to (a teammate) esp. for a shot at the goal ~ *vi* **1 a** : to consume food : EAT **b** : PREY — used with *on*, *upon*, or *off* **2** : to become nourished or satisfied or sustained as if by food **3 a** : to become channeled or directed **b** : to move into a machine or opening in order to be used or processed

²**feed** *n* (1576) **1 a** : an act of eating **b** : MEAL; *esp* : a large meal **2 a** : food for livestock; *specif* : a mixture or preparation for feeding livestock **b** : the amount given at each feeding **3 a** : material supplied (as to a furnace or machine) **b** : a mechanism by which the action of feeding is effected **c** : the motion or process of carrying forward the material to be operated upon (as in a machine) **d** : the act or process of feeding a signal (as an audio or video transmission); *also* : the signal being fed **4** : the action of passing a ball or puck to a team member who is in position to score

**feed·back** \'fēd-ˌbak\ *n* (1919) **1** : the return to the input of a part of the output of a machine, system, or process (as for producing changes in an electronic circuit that improve performance or in an automatic control device that provide self-corrective action) **2 a** : the partial reversion of the effects of a process to its source or to a preceding stage **b** : the transmission of evaluative or corrective information about an action, event, or process to the original or controlling source; *also* : the information so transmitted **3** : a rumbling, whining, or whistling sound resulting from an amplified or broadcast signal (as music or speech) that has been returned as input and retransmitted

**feedback inhibition** *n* (1960) : inhibition of an enzyme controlling an early stage of a series of biochemical reactions by the end product when it reaches a critical concentration

**feed dog** *n* (1858) : a notched piece of metal on a sewing machine that feeds material into position under the needle

**feed·er** \'fē-dər\ *n, often attrib* (14c) **1** : one that feeds: as **a** : one that fattens livestock for slaughter **b** : a device or apparatus for supplying food **2** : one that eats or takes nourishment; *esp* : an animal being fattened or one suitable for fattening **3 a** : one that supplies, replenishes, or connects **b** : TRIBUTARY **2 c** : a heavy wire conductor supplying electricity at some point of an electric distribution system (as from a substation) **d** : BRANCH; *esp* : a branch transportation line **e** : a road that provides access to a major artery

**feeding frenzy** *n* (1973) : a frenzy of eating; *also* : the excited pursuit of something by a group

**feed·lot** \'fēd-ˌlät\ *n* (1889) : a plot of land on which livestock are fattened for market

**feed·stock** \-ˌstäk\ *n* (1932) : raw material supplied to a machine or processing plant

**feed·stuff** \-ˌstəf\ *n* (1856) : FEED 2a; *also* : any of the constituent nutrients of an animal ration

**fee-for-service** *n, often attrib* (1945) : separate payment to a health-care provider for each medical service rendered to a patient ⟨a ~ health plan⟩

¹**feel** \'fēl\ *vb* felt \'felt\; feel·ing [ME *felen*, fr. OE *fēlan*; akin to OHG *fuolen* to feel, L *palpare* to caress] *vt* (bef. 12c) **1 a** : to handle or touch in order to examine, test, or explore some quality **b** : to perceive by a physical sensation coming from discrete end organs (as of the skin or muscles) **2 a** : to undergo passive experience of **b** : to have one's sensibilities markedly affected by **3** : to ascertain by cautious trial — usu. used with *out* **4 a** : to be aware of by instinct or inference **b** : BELIEVE, THINK ⟨say what you really ~⟩ ~ *vi* **1 a** : to receive or be able to receive a tactile sensation **b** : to search for something by using the sense of touch **2 a** : to be conscious of an inward impression, state of mind, or physical condition **b** : to have a marked sentiment or opinion ⟨~s strongly about it⟩ **3** : SEEM ⟨it ~s like spring today⟩ **4** : to have sympathy or pity ⟨I ~ for you⟩ — **feel like** : to have an inclination for ⟨*feel like* a walk?⟩

²**feel** *n* (13c) **1** : SENSATION, FEELING **2** : the sense of touch **3 a** : the quality of a thing as imparted through or as if through touch **b** : typical or peculiar quality or atmosphere; *also* : an awareness of such a quality or atmosphere **4** : intuitive knowledge or ability

**feel·er** \'fē-lər\ *n* (1526) : one that feels: as **a** : a tactile process (as a tentacle) of an animal **b** : something (as a proposal) ventured to ascertain the views of others

**feeler gauge** *n* (1925) : a thin metal strip or wire of known thickness used as a gauge

**feel-good** \'fēl-ˌgu̇d\ *adj* (1977) **1** : relating to or promoting an often specious sense of satisfaction or well-being ⟨a ~ reform program that makes no changes⟩ **2** : cheerfully sentimental : LIGHTHEARTED ⟨a ~ movie⟩

¹**feel·ing** \'fē-liŋ\ *n* (12c) **1 a** (1) : the one of the basic physical senses of which the skin contains the chief end organs and of which the sensations of touch and temperature are characteristic : TOUCH (2) : a sensation experienced through this sense **b** : generalized bodily consciousness or sensation **c** : appreciative or responsive awareness or recognition **2 a** : an emotional state or reaction ⟨a kindly ~ toward the boy⟩ *b pl* : susceptibility to impression : SENSITIVITY ⟨the remark hurt her ~s⟩ **3 a** : the undifferentiated background of one's awareness considered apart from any identifiable sensation, perception, or thought **b** : the overall quality of one's awareness **c** : conscious recognition : SENSE **4 a** : often unreasoned opinion or belief : SENTIMENT **b** : PRESENTIMENT **5** : capacity to respond emotionally esp. with the higher emotions **6** : the character ascribed to something : ATMOSPHERE **7 a** : the quality of a work of art that conveys the emotion of the artist **b** : sympathetic aesthetic response **8** : FEEL 4

*syn* FEELING, EMOTION, AFFECTION, SENTIMENT, PASSION mean a subjective response to a person, thing, or situation. FEELING denotes

\ə\ abut \ˀ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \o\̇ law \ȯi\ boy \th\ thin \t̲h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ᴜᴇ, ʀ\ *see* Guide to Pronunciation