# NETFLIX, INC. v. BLOCKBUSTER INC.

Case No. 06 2361 WHA (JCS)

# EXHIBIT R

TO

# DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF BLOCKBUSTER'S BRIEF ON CLAIM CONSTRUCTION

*Filed on December 27, 2006*

bounding or protecting an area  3 : outer limits — often used in pl  4 : the part of a basketball court outside the three-point line
per·my·si·um \ˌper-ə-'mi-zhē-əm, -zē-\ n, pl -sia \-zhē-ə, -zē-\ [NL, ir. fr. peri- + Gk mys mouse, muscle — more at MOUSE] (ca. 1842) : the connective-tissue sheath that surrounds a muscle and forms sheaths for the bundles of muscle fibers
peri·na·tal \-'nā-t'l\ adj (1952) : occurring in, concerned with, or being in the period around the time of birth 〈~ mortality〉 〈~ care〉 — peri·na·tal·ly \-t'l-(l)ē\ adv
peri·na·tol·o·gy \ˌper-ə-ˌnā-'tä-lə-jē\ n (1969) : a branch of medicine concerned with perinatal care — peri·na·tol·o·gist \-jist\ n
perineum \ˌper-ə-'nē-əm\ n, pl -nea \-'nē-ə\ [ME, fr. LL perinaion, fr. Gk, fr. peri- + inan to empty out; perh. akin to Skt iṇāti he sets in motion] (15c) : an area of tissue that marks externally the approximate boundary of the outlet of the pelvis and gives passage to the urinogenital ducts and rectum; also : the area between the anus and the posterior part of the external genitalia — per·i·ne·al \-'nē-əl\ adj
peri·neu·ri·um \ˌper-ə-'nùr-ē-əm, -'nyùr-\ n, pl -ria \-ē-ə\ [NL, fr. peri- + Gk neuron nerve — more at NERVE] (1842) : the connective-tissue sheath that surrounds a bundle of nerve fibers
pe·ri·od \'pir-ē-əd\ n [ME periode, fr. MF, fr. ML, L, & Gk; ML periodus period of time, punctuation mark, fr. L & Gk; L, rhetorical period, fr. Gk periodos circuit, period of time, rhetorical period, fr. peri- + hodos way] (ca. 1530)  1 : the completion of a cycle, a series of events, or a single action : CONCLUSION  2 a (1) : an utterance from one full stop to another : SENTENCE  (2) : a well-proportioned sentence of several clauses  (3) : PERIODIC SENTENCE  b : a musical structure or melodic section usu. composed of two or more contrasting or complementary phrases and ending with a cadence  3 a : the full pause with which the utterance of a sentence closes  b : END, STOP  4 obs : GOAL, PURPOSE  5 a (1) : a point. used to mark the end (as of a declarative sentence or an abbreviation)  (2) — used interjectionally to emphasize the finality of the preceding statement (I don't remember — ~)  b : a rhythmical unit in Greek verse composed of a series of two or more cola  6 a : a portion of time determined by some recurring phenomenon  b (1) : the interval of time required for a cyclic motion or phenomenon to complete a cycle and begin to repeat itself  (2) : a number k that does not change the value of a periodic function f when added to the independent variable; esp : the smallest such number  c : a single cyclic occurrence of menstruation : STAGE  b : a chronological division of geologic time longer than an epoch and included in an era  c : a stage of culture having a definable place in time and space  8 a : one of the divisions of the academic day  b : one of the divisions of the playing time of a game
syn PERIOD, EPOCH, ERA, AGE mean a division of time. PERIOD may designate an extent of time of any length 〈periods of economic prosperity〉. EPOCH applies to a period begun or set off by some significant or striking quality, change, or series of events 〈the steam engine marked a new epoch in industry〉. ERA suggests a period of history marked by a new or distinct order of things 〈the era of global communications〉. AGE is used frequently of a fairly definite period dominated by a prominent figure or feature 〈the age of Samuel Johnson〉.
²period adj (1905) : of, relating to, or representing a particular historical period 〈~ furniture〉 〈~ costumes〉
pe·ri·od·ic \ˌpir-ē-'ä-dik\ adj (1642)  1 a : occurring or recurring at regular intervals  b : occurring repeatedly from time to time  2 a : consisting of or containing a series of repeated stages, processes, or digits : CYCLIC 〈~ decimals〉 〈a ~ vibration〉  b : being a function any value of which recurs at regular intervals  3 : expressed in or characterized by periodic sentences
per·i·od·ic acid \ˌpər-(ˌ)ī-'ä-dik-\ n [ISV per- + iodic] (1836) : any of the strongly oxidizing acids (as H₅IO₆ or HIO₄) that are the most highly oxidized acids of iodine
¹pe·ri·od·i·cal \ˌpir-ē-'ä-di-kəl\ adj (1601)  1 : PERIODIC  2 a : published with a fixed interval between the issues or numbers  b : published in, characteristic of, or connected with a periodical
²periodical n (1798) : a periodical publication
periodical cicada n (1890) : SEVENTEEN-YEAR LOCUST
pe·ri·od·i·cal·ly \ˌpir-ē-'ä-di-k(ə-)lē\ adv (1646)  1 : at regular intervals of time  2 : from time to time : FREQUENTLY
pe·ri·od·ic·i·ty \ˌpir-ē-ə-'di-sə-tē\ n (1833) : the quality, state, or fact of being regularly recurrent or having periods
periodic law n (1872) : a law in chemistry: the elements when arranged in the order of their atomic numbers show a periodic variation of atomic structure and of most of their properties
periodic sentence n (ca. 1928) : a usu. complex sentence that has no subordinate or trailing elements following its principal clause (as in "yesterday while I was walking down the street, I saw him")
periodic table n (1895) : an arrangement of chemical elements based on the periodic law
pe·ri·od·i·za·tion \ˌpir-ē-ə-də-'zā-shən\ n (1938) : division (as of history) into periods
peri·odon·tal \ˌper-ē-ō-'dän-t'l\ adj (1854)  1 : investing or surrounding a tooth  2 : of or affecting periodontal tissues or regions 〈~ diseases〉 — peri·odon·tal·ly \-t'l-ē\ adv
periodontal membrane n (1899) : the fibrous connective-tissue layer covering the cementum of a tooth and holding it in place in the jawbone
peri·odon·tics \-'dän-tiks\ n pl but sing or pl in constr [NL periodontium periodontal tissue, fr. peri- + Gk odont-, odous, odōn tooth — more at TOOTH] (ca. 1944) : a branch of dentistry that deals with diseases of the supporting and investing structures of the teeth including the gums, cementum, periodontal membranes, and alveolar bone — peri·odon·tist \-'dän-tist\ n
peri·odon·ti·tis \ˌper-ē-(ˌ)ō-ˌdän-'tī-təs\ n [NL] (1872) : inflammation of the supporting structures of the teeth and esp. the periodontal membrane
peri·odon·tol·o·gy \-ˌdän-'tä-lə-jē\ n (1914) : PERIODONTICS
period piece n (1940) : a work (as of literature, art, furniture, cinema, or music) whose special value lies in its evocation of a historical period
peri·onych·i·um \ˌper-ē-ō-'ni-kē-əm\ n, pl -ia \-kē-ə\ [NL, fr. peri- + Gk onych-, onyx nail — more at NAIL] (ca. 1879) : the tissue bordering the root and sides of a fingernail or toenail
peri·op·er·a·tive \ˌper-ē-'ä-p(ə-)rə-tiv, -pə-ˌrā-\ adj (1966) : relating to, occurring in, or being the period around the time of a surgical operation 〈~ morbidity〉 〈~ nursing〉
peri·os·te·al \ˌper-ē-'äs-tē-əl\ adj (1830)  1 : situated around or produced external to bone  2 : of, relating to, or involving the periosteum
peri·os·te·um \-tē-əm\ n, pl -tea \-tē-ə\ [NL, fr. LL periosteon, fr. Gk, neut. of periosteos around the bone, fr. peri- + osteon bone — more at OSSEOUS] (1597) : the membrane of connective tissue that closely invests all bones except at the articular surfaces

## PERIODIC TABLE

This is a common long form of the table. Roman numerals and letters heading the vertical columns indicate the groups (There are differences of opinion regarding the letter designations, but those given here are probably the most generally used. Also, international standards favor numbering the groups 1–18 from left to right using Arabic numerals, but the designations shown below remain quite common.) The horizontal rows represent the periods, with two series removed from the two very long periods and represented below the main table. Atomic numbers are given above the symbols for the elements. Compare ELEMENT table

| IA[1] | | | | | | | | | | | | | | | | VIIA[3] | VIIIA[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 H | IIA[2] | | | | | | | | | | | IIIA | IVA | VA | VIA | 1 H | 2 He |
| 3 Li | 4 Be | | | | | | | | | | | 5 B | 6 C | 7 N | 8 O | 9 F | 10 Ne |
| 11 Na | 12 Mg | IIIB | IVB | VB | VIB | VIIB | VIII | | | IB | IIB | 13 Al | 14 Si | 15 P | 16 S | 17 Cl | 18 Ar |
| 19 K | 20 Ca | 21 Sc | 22 Ti | 23 V | 24 Cr | 25 Mn | 26 Fe | 27 Co | 28 Ni | 29 Cu | 30 Zn | 31 Ga | 32 Ge | 33 As | 34 Se | 35 Br | 36 Kr |
| 37 Rb | 38 Sr | 39 Y | 40 Zr | 41 Nb | 42 Mo | 43 Tc | 44 Ru | 45 Rh | 46 Pd | 47 Ag | 48 Cd | 49 In | 50 Sn | 51 Sb | 52 Te | 53 I | 54 Xe |
| 55 Cs | 56 Ba | 57 *La | 72 Hf | 73 Ta | 74 W | 75 Re | 76 Os | 77 Ir | 78 Pt | 79 Au | 80 Hg | 81 Tl | 82 Pb | 83 Bi | 84 Po | 85 At | 86 Rn |
| 87 Fr | 88 Ra | 89 †Ac | 104 Rf | 105 Db | 106 Sg | 107 Bh | 108 Hs | 109 Mt | 110 Ds | | | | | | | | |

| *LANTHANIDE SERIES | 58 Ce | 59 Pr | 60 Nd | 61 Pm | 62 Sm | 63 Eu | 64 Gd | 65 Tb | 66 Dy | 67 Ho | 68 Er | 69 Tm | 70 Yb | 71 Lu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| †ACTINIDE SERIES | 90 Th | 91 Pa | 92 U | 93 Np | 94 Pu | 95 Am | 96 Cm | 97 Bk | 98 Cf | 99 Es | 100 Fm | 101 Md | 102 No | 103 Lr |

[1] Group IA (excluding hydrogen) comprises the alkali metals
[2] Group IIA comprises the alkaline earth metals
[3] Group VIIA (excluding hydrogen) comprises the halogens
[4] Group VIIIA (also called group Zero) comprises the noble gases