1    ALSCHULER GROSSMAN STEIN & KAHAN LLP
     Marshall B. Grossman (No. 35958)
2    William J. O'Brien (No. 99526)
     Tony D. Chen (No. 176635)
3    Dominique N. Thomas (No. 231464)
     The Water Garden
4    1620 26th Street
     Fourth Floor, North Tower
5    Santa Monica, CA 90404-4060
     Telephone: 310-907-1000
6    Facsimile: 310-907-2000
     Email: mgrossman@agsk.com
7           wobrien@agsk.com
            tchen@agsk.com
8           dthomas@agsk.com

9    Attorneys for Defendant and Counterclaimant,
     Blockbuster Inc.

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13

14   NETFLIX, INC., a Delaware corporation,        CASE NO. C 06 2361 WHA (JCS)

                    Plaintiff,                      **[PROPOSED] ORDER TO FILE
15                                                  DOCUMENT UNDER SEAL IN
          vs.                                       SUPPORT OF BLOCKBUSTER'S
16                                                  CLAIM-CONSTRUCTION BRIEF
     BLOCKBUSTER INC., a Delaware corporation,      AND TO WITHDRAW DOCUMENT
17   DOES 1-50,                                     FILED PUBLICLY**

18                  Defendants.                     Hearing Date:    January 31, 2007
                                                    Time:            1:30 p.m.
19   ─────────────────────────────────             Courtroom:       9, 19th Floor
                                                    Judge:           Hon. William H. Alsup
20   AND RELATED COUNTER ACTION.                    Complaint Filed: April 4, 2006

21              Blockbuster's request to file under seal a Confidential Appendix to the Declaration

22   of William J. O'Brien in Support of Blockbuster's Claim-Construction Brief and to withdraw the

23   previously filed Exhibit G to that declaration from the public record is GRANTED. The Clerk

24   will maintain the Confidential Appendix in accordance with Civil Local Rule 79-5(f).

25   DATED: _____, 2006

26                                   _____
                                     Hon. William H. Alsup
27                                   United States District Judge

28

ALSCHULER
GROSSMAN
STEIN &                              [PROPOSED] ORDER TO FILE DOCUMENT
KAHAN LLP                            UNDER SEAL C 06 2361 WHA (JCS)