1 | ALSCHULER GROSSMAN LLP
2 | Marshall B. Grossman (No. 35958)
   | William J. O'Brien (No. 99526)
3 | Tony D. Chen (No. 176635)
   | Dominique N. Thomas (No. 231464)
4 | The Water Garden
   | 1620 26th Street
5 | Fourth Floor, North Tower
   | Santa Monica, CA  90404-4060
6 | Telephone:  310-907-1000
   | Facsimile:  310-907-2000
7 | Email:  mgrossman@alschuler.com
   |         wobrien@alschuler.com
8 |         tchen@alschuler.com
   |         dthomas@alschuler.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>  Defendants. | CASE NO. C 06 2361 WHA (JCS)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |
| AND RELATED COUNTER ACTION. | Complaint Filed:  April 4, 2006 |

ALSCHULER
GROSSMAN
LLP

NOTICE OF CHANGE OF FIRM NAME
C 06 2361 WHA (JCS)

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective January 1, 2007, Alschuler Grossman Stein & Kahan LLP has changed its name to:

ALSCHULER GROSSMAN LLP

Our address and telephone numbers will remain the same:
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

Telephone: (310) 907-1000
Facsimile: (310) 907-2000

In our email addresses, "agsk" has been changed to "alschuler":
mgrossman@alschuler.com
wobrien@alschuler.com
tchen@alschuler.com
dthomas@alschuler.com

DATED: January 2, 2007          ALSCHULER GROSSMAN LLP


By_____/S/_____
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.