ALSCHULER GROSSMAN STEIN & KAHAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@agsk.com
       wobrien@agsk.com
       tchen@agsk.com
       dthomas@agsk.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC., a Delaware corporation,<br>DOES 1-50,<br><br>Defendants.<br><br>AND RELATED COUNTER ACTION. | CASE NO. C 06 2361 WHA (JCS)<br><br>[PROPOSED] ORDER TO FILE DOCUMENT UNDER SEAL IN SUPPORT OF BLOCKBUSTER'S CLAIM-CONSTRUCTION BRIEF AND TO WITHDRAW DOCUMENT FILED PUBLICLY<br><br>Hearing Date: January 31, 2007<br>Time: 1:30 p.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. William H. Alsup<br>Complaint Filed: April 4, 2006 |

Blockbuster's request to file under seal a Confidential Appendix to the Declaration of William J. O'Brien in Support of Blockbuster's Claim-Construction Brief and to withdraw the previously filed Exhibit G to that declaration from the public record is GRANTED. The Clerk will maintain the Confidential Appendix in accordance with Civil Local Rule 79-5(f).

DATED: January 2__, ~~2006~~ 2007

IT IS SO ORDERED
_____
Hon. William H. Alsup
United States District Judge

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

[PROPOSED] ORDER TO FILE DOCUMENT
UNDER SEAL C 06 2361 WHA (JCS)