KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>                      Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**DECLARATION OF EUGENE PAIGE IN SUPPORT OF NETFLIX'S CLAIM-CONSTRUCTION REPLY BRIEF**<br><br>Date: January 31, 2007<br>Time: 1:30 p.m.<br>Dept: Courtroom 9, 19th Floor<br>Judge: Hon. William H. Alsup |

PAIGE DECLARATION IN SUPPORT OF NETFLIX'S CLAIM-CONSTRUCTION REPLY BRIEF
CASE NO. C 06 2361 WHA (JCS)

1   I, EUGENE M. PAIGE, declare and state as follows:

2   1.    I am an attorney duly licensed to practice before this Court, and am an associate with Keker & Van Nest, LLP, counsel to Plaintiff and Counterclaim-Defendant Netflix, Inc. I have personal knowledge of the facts set forth below, and if called to testify as a witness thereto could do so competently under oath.

3   2.    Attached hereto as Exhibit A is a true and correct copy of pages 188-189 from the transcript of the deposition of Eric P. Meyer, taken September 22, 2006.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 10th day of January 2007, at San Francisco, California.

/s/ Eugene M. Paige