# EXHIBIT A

Dockets.Justia.com

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4      -------------------------------

5      NETFLIX, INC., a Delaware        )        **Certified Copy**

6      corporation,                     )

7                    Plaintiff,         ) No. C 06 2361 WHA

8            vs.                        ) VOLUME I

9      BLOCKBUSTER INC., a Delaware      )

10     corporation, DOES 1-50,          )

11                   Defendants.        )

12     -------------------------------

13     AND RELATED COUNTER ACTION.      )

14     -------------------------------

15

16

17         Deposition of ERIC P. MEYER, at

18         1620 26th Street, Santa Monica,

19         California, commencing at 9:05 A.M.,

20         Friday, September 22, 2006, before

21         Judith A. Mango, CSR No. 5584.

22

23

24

25     PAGES 1 - 268

                                                                1

```
 1      Q.    Yes.                                          03:08 PM

 2      A.    It does not ring a bell.

 3      Q.    Have you ever seen a patent application in

 4  your life?

 5      A.    Patent application?                           03:08 PM

 6      Q.    Yes, sir.

 7      A.    I don't think I have seen an application.

 8      Q.    Have you ever seen a patent?

 9      A.    I have seen patents.

10      Q.    How many times have you seen patents?         03:09 PM

11      A.    A few times.  Not many times.

12      Q.    What's a few?

13      A.    Probably between 10 and 40.

14      Q.    14 or 40?

15      A.    40.                                           03:09 PM

16      Q.    40.  When did you see your first patent?

17      A.    I don't remember.

18      Q.    How long ago?

19      A.    I have no idea.

20      Q.    When did you see your last patent?            03:09 PM

21      A.    Within the last few years, I would say.

22      Q.    Have you seen a patent within the last two

23  weeks?

24      A.    No.

25      Q.    Do you know how to read a patent?             03:09 PM
                                                                188
```

```
1        A.    No.                                          03:09 PM

2        Q.    So what do you do when you see patents?

3   Just kind of hold them up and look at them?

4        A.    You look at the title and then you notice

5   the verbiage is nonreadable for the common mortal.      03:09 PM

6        Q.    So what have you looked at the patents for?

7        A.    You don't always look -- you look at a lot

8   of documents you don't search for and you can look at

9   documents because you are curious.

10       Q.    Have you ever read any NetFlix patents?       03:10 PM

11       A.    I have glanced at the NetFlix patent when it

12  came out.

13       Q.    How many NetFlix patents are there?

14       A.    I don't know.

15       Q.    How many have you looked at?                  03:10 PM

16       A.    At least one.

17       Q.    Is it fair to say you looked to see if you

18  were named as an inventor?

19       A.    I knew I was not named as an inventor.

20       Q.    How did you know you were not named as an     03:10 PM

21  inventor?  Let me rephrase.  Let me rephrase the

22  question.

23       A.    I was still at NetFlix but I don't remember.

24       Q.    Did somebody tell you that you were not

25  being named as an inventor?                             03:11 PM
                                                                189
```

```
 1   STATE OF CALIFORNIA        ) ss:

 2   COUNTY OF LOS ANGELES      )

 3

 4       I, JUDITH A. MANGO, CSR No. 5584, do hereby

 5   certify:

 6

 7       That the foregoing deposition of ERIC P. MEYER

 8   was taken before me at the time and place therein set

 9   forth, at which time the witness was placed under

10   oath and was sworn by me to tell the truth, the whole

11   truth, and nothing but the truth;

12

13       That the testimony of the witness and all

14   objections made at the time of the examination were

15   recorded stenographically by me and were thereafter

16   transcribed under my direction and supervision, and

17   that the foregoing pages contain a full, true and

18   accurate record of all proceedings and testimony to

19   the best of my skill and ability.

20

21       I further certify that I am neither counsel for

22   any party to said action, nor am I related to any

23   party to said action, nor am I in any way interested

24   in the outcome thereof.

25
```

263

1          IN WITNESS WHEREOF, I have subscribed my name

2     this 4th day of October, 2006.

3

4

5

6     _____

7          JUDITH A. MANGO, CSR No. 5584

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

264