| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JEFFREY R. CHANIN - #103649 |
| 2 | DARALYN J. DURIE - #169825 |
| | ASHOK RAMANI - #200020 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | Email: jrc@kvn.com |
| | djd@kvn.com |
| 6 | axr@kvn.com |
| 7 | Attorneys for Plaintiff and Counterclaim-defendant, |
| | NETFLIX, INC. |
| 8 | |
| | ALSCHULER GROSSMAN LLP |
| 9 | Marshall B. Grossman (No. 35958) |
| | William J. O'Brien (No. 99526) |
| 10 | Tony D. Chen (No. 176635) |
| | Dominique N. Thomas (No. 231464) |
| 11 | The Water Garden |
| | 1620 26th Street |
| 12 | Fourth Floor, North Tower |
| | Santa Monica, CA 90404-4060 |
| 13 | Telephone: 310-907-1000 |
| | Facsimile: 310-907-2000 |
| 14 | Email: mgrossman@alschuler.com |
| | wobrien@alschuler.com |
| 15 | tchen@alschuler.com |
| | dthomas@alschuler.com |
| 16 | Attorneys for Defendant and Counterclaimant, |
| | Blockbuster Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NETFLIX, INC., a Delaware corporation, | | Case No. C 06 2361 WHA |
| | Plaintiff, | **STIPULATION REQUESTING CONTINUANCE OF HEARING DATE** |
| v. | | Complaint filed: April 4, 2006 |
| BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50, | | |
| | Defendant. | |
| AND RELATED COUNTERCLAIMS | | |

1   WHEREAS, Netflix, Inc. and Blockbuster Inc. (collectively, "the parties") filed in November of 2006 cross-motions to compel and a motion for protective order, and subsequently reached agreement on the majority of the contested issues in those motions by way of a stipulation filed on December 15, 2006;[1]

WHEREAS, the parties have diligently attempted to reach agreement on the remaining issues and are currently endeavoring to reach agreement on a stipulation resolving those remaining issues;

WHEREAS, the parties presently have a hearing scheduled for Friday, January 12, 2006 on the remaining issues in dispute, with briefing on the issues remaining in dispute scheduled to be filed today;

WHEREAS, the parties believe that additional time spent negotiating the terms of a stipulation resolving the remaining issues is likely to enable them either to reach complete agreement on a stipulation, obviating the need for a hearing, or to significantly narrow any issues that remain to be presented for resolution at a hearing;

WHEREAS, the parties understand that Magistrate Judge Spero is available on January 26 to hear argument on any remaining issues, should the parties prove unable to resolve all of the issues involved;

THEREFORE, the parties hereby jointly request that the hearing presently scheduled for Friday, January 12, 2007 at 9:30 a.m. be continued until Friday, January 26, 2007 at 9:30 a.m., with the parties to submit either a finalized stipulation, or briefing that includes each side's proposed order and arguments for why that proposed order should be adopted, no later than Wednesday, January 24, 2007.

---

[1] A corrected version of that stipulation was filed on December 19, 2006, and the Court entered an Order pursuant to the corrected version of that stipulation on December 20, 2006.

1 | Dated: January 10, 2007                                    Respectfully submitted,

2 |                                                             KEKER & VAN NEST, LLP

3 |

4 |                                                             By:    /s/ _____
5 |                                                             Eugene M. Paige
                                                                Attorneys For Plaintiff and Counterclaim
                                                                Defendant NETFLIX, INC.
6 | Dated: January 10, 2007                                     Respectfully submitted,

7 |                                                             ALSCHULER GROSSMAN LLP

8 |

9 |                                                             By:    /s/ _____
                                                                William J. O'Brien
10 |                                                            Attorneys For Defendant and
                                                                Counterclaimant BLOCKBUSTER INC.
11 |

12 |     Pursuant to stipulation, IT IS SO ORDERED.

13 |

14 | Dated: January 11, 2007

15 |

16 |                                                            By: _____
17 |                                                            THE HONORABLE JOSEPH C. SPERO
                                                                UNITED STATES MAGISTRATE JUDGE
18 |

---

2
STIPULATION REQUESTING CONTINUANCE OF HEARING DATE
CASE NO. C 06 2361 WHA

387711.01