KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email:  jrc@kvn.com
djd@kvn.com
axr@kvn.com

Attorneys for Plaintiff and Counterclaim-defendant,
NETFLIX, INC.

ALSCHULER GROSSMAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000
Email:  mgrossman@alschuler.com
wobrien@alschuler.com
tchen@alschuler.com
dthomas@alschuler.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>                                  Plaintiff,<br><br>     v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>                                  Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA<br><br>**STIPULATION REQUESTING CONTINUANCE OF HEARING DATE**<br><br>Complaint filed:  April 4, 2006 |

1. WHEREAS, Netflix, Inc. and Blockbuster Inc. (collectively, "the parties") filed in November of 2006 cross-motions to compel and a motion for protective order, and subsequently reached agreement on the majority of the contested issues in those motions by way of a stipulation filed on December 15, 2006;[1]

2. WHEREAS, the parties have diligently attempted to reach agreement on the remaining issues and are currently endeavoring to reach agreement on a stipulation resolving those remaining issues;

3. WHEREAS, the parties presently have a hearing scheduled for Friday, January 12, 2006 on the remaining issues in dispute, with briefing on the issues remaining in dispute scheduled to be filed today;

4. WHEREAS, the parties believe that additional time spent negotiating the terms of a stipulation resolving the remaining issues is likely to enable them either to reach complete agreement on a stipulation, obviating the need for a hearing, or to significantly narrow any issues that remain to be presented for resolution at a hearing;

5. WHEREAS, the parties understand that Magistrate Judge Spero is available on January 26 to hear argument on any remaining issues, should the parties prove unable to resolve all of the issues involved;

THEREFORE, the parties hereby jointly request that the hearing presently scheduled for Friday, January 12, 2007 at 9:30 a.m. be continued until Friday, January 26, 2007 at 9:30 a.m., with the parties to submit either a finalized stipulation, or briefing that includes each side's proposed order and arguments for why that proposed order should be adopted, no later than Wednesday, January 24, 2007.

---

[1] A corrected version of that stipulation was filed on December 19, 2006, and the Court entered an Order pursuant to the corrected version of that stipulation on December 20, 2006.

Dated:  January 10, 2007                                        Respectfully submitted,

                    KEKER & VAN NEST, LLP

                By:   /s/ _____
                    Eugene M. Paige
                    Attorneys For Plaintiff and Counterclaim
                    Defendant NETFLIX, INC.

Dated:  January 10, 2007                                        Respectfully submitted,

                    ALSCHULER GROSSMAN LLP

                By:   /s/ _____
                    William J. O'Brien
                    Attorneys For Defendant and
                    Counterclaimant BLOCKBUSTER INC.

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  January 11, 2007

                By: _____
                  THE HONORABLE
                  UNITED STATES MAGISTRATE JUDGE

*[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*