1  ALSCHULER GROSSMAN LLP
   Marshall B. Grossman (No. 35958)
2  William J. O'Brien (No. 99526)
   Tony D. Chen (No. 176635)
3  Dominique N. Thomas (No. 231464)
   The Water Garden
4  1620 26th Street
   Fourth Floor, North Tower
5  Santa Monica, CA  90404-4060
   Telephone:  310-907-1000
6  Facsimile:  310-907-2000
   Email:  mgrossman@alschuler.com
7          wobrien@alschuler.com
           tchen@alschuler.com
8          dthomas@alschuler.com

9  Attorneys for Defendant and Counterclaimant,
   Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NETFLIX, INC., a Delaware corporation, | CASE NO. C 06 2361 WHA (JCS) |
|---|---|
| Plaintiff, | **REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TECHNOLOGY TUTORIAL ON JANUARY, 17, 2007** |
| vs. | |
| BLOCKBUSTER INC., a Delaware corporation, DOES 1-50, | |
| Defendants. | Hearing Date: Jan. 17, 2007<br>Time: 1:30 P.M.<br>Courtroom: 9, 19th Floor<br>Judge: William H. Alsup<br>Complaint Filed: April 4, 2006 |
| AND RELATED COUNTER ACTION. | |

Defendant and Counterclaimant, Blockbuster Inc., hereby requests permission to bring into Courtroom 9 on January 17, 2007, the following equipment necessary for the Technology Tutorial in this case scheduled for 1:30 P.M. on that day:

§   Two laptop computers with computer mouse(s) and portable hard drive(s);

§   One digital projector;

1 § One projection screen;
2 § One switching box; and
3 § Various extension cords, audio and video cables, power strips,
4 and duct tape.
5 Counsel for Blockbuster will make the equipment available for shared
6 use by counsel for Netflix.

RESPECTFULLY SUBMITTED,

Dated: January 12, 2007   ALSCHULER GROSSMAN LLP

By: /S/
William J. O'Brien
Attorneys for Defendant and
Counterclaimant,
BLOCKBUSTER INC.

**IT SO ORDERED**.

Dated: _____   _____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE