ALSCHULER GROSSMAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000
Email:  mgrossman@alschuler.com
         wobrien@alschuler.com
         tchen@alschuler.com
         dthomas@alschuler.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>Defendants.<br><br>AND RELATED COUNTER ACTION. | CASE NO. C 06 2361 WHA (JCS)<br><br>**REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TECHNOLOGY TUTORIAL ON JANUARY, 17, 2007**<br><br>Hearing Date: Jan. 17, 2007<br>Time: 1:30 P.M.<br>Courtroom: 9, 19th Floor<br>Judge: William H. Alsup<br>Complaint Filed: April 4, 2006 |

Defendant and Counterclaimant, Blockbuster Inc., hereby requests permission to bring into Courtroom 9 on January 17, 2007, the following equipment necessary for the Technology Tutorial in this case scheduled for 1:30 P.M. on that day:

- Two laptop computers with computer mouse(s) and portable hard drive(s);
- One digital projector;

- One projection screen;
- One switching box; and
- Various extension cords, audio and video cables, power strips, and duct tape.

Counsel for Blockbuster will make the equipment available for shared use by counsel for Netflix.

RESPECTFULLY SUBMITTED,

Dated: January 12, 2007        ALSCHULER GROSSMAN LLP

By: ___/S/_____
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

**IT SO ORDERED**.

Dated: January 16, 2007

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE