ALSCHULER GROSSMAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000
Email:  mgrossman@alschuler.com
      wobrien@alschuler.com
      tchen@alschuler.com
      dthomas@alschuler.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>    vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>      Defendants. | CASE NO. C 06 2361 WHA (JCS)<br><br>**REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TECHNOLOGY TUTORIAL ON JANUARY, 17, 2007**<br><br>Hearing Date:  Jan. 17, 2007<br>Time:  1:30 P.M.<br>Courtroom:  9, 19th Floor<br>Judge:  William H. Alsup<br>Complaint Filed:  April 4, 2006 |
| AND RELATED COUNTER ACTION. | |

Defendant and Counterclaimant, Blockbuster Inc., hereby requests permission to bring into Courtroom 9 on January 17, 2007, the following equipment necessary for the Technology Tutorial in this case scheduled for 1:30 P.M. on that day:

- Two laptop computers with computer mouse(s) and portable hard drive(s);
- One digital projector;

1  ▪   One projection screen;

2  ▪   One switching box; and

3  ▪   Various extension cords, audio and video cables, power strips,

4  and duct tape.

5  Counsel for Blockbuster will make the equipment available for shared

6  use by counsel for Netflix.

7  RESPECTFULLY SUBMITTED,

8  Dated:  January 12, 2007    ALSCHULER GROSSMAN LLP

9

10

11  By: ___/S/_____

12  William J. O'Brien
Attorneys for Defendant and
Counterclaimant,
13  BLOCKBUSTER INC.

14

15  **IT SO ORDERED**.

16

17

18  Dated:  _____January 16, 2007_____

19  _____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

ALSCHULER
GROSSMAN
LLP

919492_1.DOC          2          REQUEST AND [PROPOSED] ORDER RE
COURTROOM EQUIPMENT FOR TECHNOLOGY
TUTORIAL ON 1/17/2007 - C 06 2361 WHA (JCS)