KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterclaim Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>    v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>                              Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TECHNOLOGY TUTORIAL ON JANUARY 17, 2007**<br><br>Hearing Date: Jan. 17, 2007<br>Time: 1:30 P.M.<br>Courtroom: 9, 19th Floor<br>Judge: William H. Alsup |

1
REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TECHNOLOGY
TUTORIAL ON JANUARY 17, 2007
CASE NO. C 06 2361 WHA (JCS)

Dockets.Justia.com

Plaintiff and Counterclaim Defendant, Netflix, Inc., hereby requests permission to bring into Courtroom 9 on January 17, 2007, the following equipment necessary for the Technology Tutorial in this case scheduled for 1:30 P.M. on that day:

- One laptop computer with computer mouse and portable hard drive;
- Various extension cords, audio and video cables, power strips.

Dated: January 16, 2007                                     KEKER & VAN NEST, LLP


By:     /s/Ashok J. Ramani
        ASHOK J. RAMANI
        Attorneys for Plaintiff
        NETFLIX, INC.


**IT SO ORDERED**.

Dated:    January 16, 2007                              _____
                                                        HONORABLE WILLIAM H. ALSUP
                                                        UNITED STATES DISTRICT JUDGE