KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterclaim Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>Defendant. | Case No. C 06 2361 WHA (JCS)<br><br>**REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TECHNOLOGY TUTORIAL ON JANUARY 17, 2007**<br><br>Hearing Date: Jan. 17, 2007<br>Time: 1:30 P.M.<br>Courtroom: 9, 19th Floor<br>Judge: William H. Alsup |
| AND RELATED COUNTERCLAIMS | |

---

1

REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TECHNOLOGY
TUTORIAL ON JANUARY 17, 2007
CASE NO. C 06 2361 WHA (JCS)

Plaintiff and Counterclaim Defendant, Netflix, Inc., hereby requests permission to bring into Courtroom 9 on January 17, 2007, the following equipment necessary for the Technology Tutorial in this case scheduled for 1:30 P.M. on that day:

- One laptop computer with computer mouse and portable hard drive;
- Various extension cords, audio and video cables, power strips.

Dated: January 16, 2007

KEKER & VAN NEST, LLP

By: ___/s/Ashok J. Ramani_____
ASHOK J. RAMANI
Attorneys for Plaintiff
NETFLIX, INC.

**IT SO ORDERED**.

Dated: January 16, 2007

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

2
REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TECHNOLOGY TUTORIAL ON JANUARY 17, 2007
CASE NO. C 06 2361 WHA (JCS)