# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>January 17, 2007</u>

Case No.  <u>C 06-02361 WHA</u>

Title: <u>NETFLIX</u> v. <u>BLOCKBUSTER</u>

Plaintiff Attorneys: Ashok Ramani; Eugene Paige; Jeffrey Chanin

Defense Attorneys: William O'Brien; Tony Chen

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Belle Ball</u>

## PROCEEDINGS

1)   <u>Tutorial - HELD</u>

2)   _____

Continued to <b>1/31/07 at 1:30 pm</b>   for Claim Construction Hearing

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**