**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC.,                                   No. C 06-02361 WHA (JCS)

        Plaintiff(s),
                                                 CLERK'S NOTICE
   v.

BLOCKBUSTER, INC.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     YOU ARE NOTIFIED THAT pursuant tot he Further Stipulation and Order Regarding

Discovery Disputes, the hearing on the pending Discovery Motions before Magistrate Judge Spero,

previously noticed for January 26, 2007, at 9:30 AM, has been VACATED.

Dated:  January 25, 2007

                            FOR THE COURT,
                            Richard W. Wieking, Clerk

                            *Karen L. Hom*

                by: _____
                            Karen L. Hom
                            Courtroom Deputy

Dockets.Justia.com