KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and
Counterclaim Defendant,
NETFLIX, INC.

ALSCHULER GROSSMAN LLP
MARSHALL B. GROSSMAN - #35958
WILLIAM J. O'BRIEN - #99526
TONY D. CHEN - #176635
DOMINIQUE N. THOMAS - #231464
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>Defendants.<br><br>AND RELATED COUNTER ACTION. | CASE NO. C 06 2361 WHA (JCS)<br><br>**JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR CLAIM CONSTRUCTION HEARING ON JANUARY 31, 2007**<br><br>Hearing Date: January 31, 2007<br>Time: 1:30 P.M.<br>Courtroom: 9, 19th Floor<br>Judge: William H. Alsup<br>Complaint Filed: April 4, 2006 |

JOINT REQUEST AND [PROPOSED] ORDER RE
COURTROOM EQUIPMENT FOR CLAIM CONSTRUCTION
HEARING ON 1/31/07 - C 06 2361 WHA (JCS)

Dockets.Justia.com

Plaintiff and Counter-Defendant, Netflix, Inc., and Defendant and Counterclaimant, Blockbuster Inc., hereby jointly request permission to bring into Courtroom 9 on January 31, 2007, the following equipment necessary for the Claim Construction Hearing in this case scheduled for 1:30 P.M. on that day:

1. By Netflix's counsel:
   a. Three laptop computers with optional computer mouse(s) and portable hard drive(s);
   b. One projection screen; and
   c. Various extension cord(s), audio and/or video cable(s), and power strip(s).
2. By Blockbuster's counsel:
   a. Two laptop computers with optional computer mouse(s) and portable hard drive(s);
   b. One digital projector; and
   c. Various extension cord(s), audio and/or video cable(s), power strip(s), and duct tape(s).

Counsel for Netflix will make the projector screen available for shared use by counsel for Blockbuster, and counsel for Blockbuster will make the digital projector available for shared use by counsel for Netflix. The parties also request

///
///
///
///
///
///
///
///
///

1  that, if counsel for either party becomes unable to bring one of these items, then
2  counsel for the other party be authorized to bring such an item instead.

Dated: January 25, 2007          KEKER & VAN NEST, LLP


By: ___/S/_____
Ashok Ramani
Attorneys for Plaintiff and Counterclaim
Defendant, NETFLIX, INC.

Dated: January 25, 2007          ALSCHULER GROSSMAN LLP


By: ___/S/_____
Tony D. Chen
Attorneys for Defendant and
Counterclaimant,
BLOCKBUSTER INC.


**IT SO ORDERED**.


Dated: January 29, 2007          _____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

3

JOINT REQUEST AND [PROPOSED] ORDER RE
COURTROOM EQUIPMENT FOR CLAIM CONSTRUCTION
HEARING ON 1/31/07 - C 06 2361 WHA (JCS)