## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 31, 2007

Case No.  C 06-02361 WHA

Title: NETFLIX  v.  BLOCKBUSTER

Plaintiff Attorneys: Jeff Chanin; Ashok Ramani; Pat Montgomery; Kevin Reed
                    (David Hyman and Charlotte Falla - representative)

Defense Attorneys: William O'Brien; Tony Chen
                  (Brian Stevenson - representative)

Deputy Clerk:  Dawn Toland

Court Reporter: Belle Ball

### PROCEEDINGS

1)   Claim Constructions - HELD

2)   

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**