**3:06-cv-02361-WHA** Netflix, Inc. v. Blockbuster, Inc.
William H. Alsup, presiding
Joseph C. Spero, referral
**Date filed:** 04/04/2006 **Date of last filing:** 01/31/2007

# Attorneys

| | | |
|---|---|---|
| **Asim M. Bhansali**<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>415-391-5400<br>415-397-7188 (fax)<br>amb@kvn.com<br>  *Assigned: 04/04/2006*<br>  *ATTORNEY TO BE NOTICED* | representing | **Netflix, Inc.**<br>*(Plaintiff)* |
| **Jeffrey R. Chanin**<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>415-391-5400<br>415-397-7188 (fax)<br>jrc@kvn.com<br>  *Assigned: 04/04/2006*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Netflix, Inc.**<br>*(Plaintiff)* |
| **Tony D. Chen**<br>Alschuler Grossman LLP<br>1620 26th Street<br>4th Floor, North Tower<br>Santa Monica, CA 90404<br>310-907-1000<br>310-907-2000 (fax)<br>tchen@alschuler.com<br>  *Assigned: 06/13/2006*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **Blockbuster, Inc.**<br>*(Counter-claimant)* |
| | | **Blockbuster, Inc.**<br>*(Defendant)* |
| | | **Blockbuster, Inc.**<br>*(Counter-claimant)* |
| **Daralyn J. Durie**<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>415-391-5400 | representing | **Netflix, Inc.**<br>*(Plaintiff)* |

415-397-7188 (fax)
ddurie@kvn.com
  *Assigned: 04/04/2006*
  *ATTORNEY TO BE NOTICED*

**Marshall B Grossman**
The Water Garden
Fourth Floor, North Tower, 4th Floor
1620 26th Street
Santa Monica, CA 90404-4060
310-907-1000
310-907-2000 (fax)
mgrossman@alschuler.com
  *Assigned: 06/13/2006*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Blockbuster, Inc.**
*(Counter-claimant)*

**Blockbuster, Inc.**
*(Defendant)*

**Alan Himmelfarb**
Law Offices of Himmelfarb & Himmelfarb
2757 Leonis Blvd
Vernon, CA 90058
323- 585-8696
Consumerlaw1@earthlink.net
  *Assigned: 10/11/2006*
  *TERMINATED: 12/07/2006*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Mr. Dennis Dilbeck**
*TERMINATED: 12/07/2006*
*(Intervenor Pla)*
PRO SE

**Leo L. Lam**
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704
415-391-5400
leo@kvn.com
  *Assigned: 08/02/2006*
  *ATTORNEY TO BE NOTICED*

representing

**Netflix, Inc.**
*(Plaintiff)*

**William J. O'Brien**
Alschuler Grossman LLP
1620 26th St., Ste. 4000N
Santa Monica, CA 90404-4060
310-907-1000
310-907-2000 (fax)
wobrien@alschuler.com
  *Assigned: 06/08/2006*
  *ATTORNEY TO BE NOTICED*

representing

**Blockbuster, Inc.**
*(Defendant)*

|  |  |  |
|---|---|---|
|  |  | **Blockbuster, Inc.**<br>*(Counter-claimant)* |
| **Eugene M. Paige**<br>Keker & Van Nest, L.L.P.<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>(415) 391-5400<br>(415) 397-7188 (fax)<br>EMP@kvn.com<br>  *Assigned: 09/06/2006*<br>  *ATTORNEY TO BE NOTICED* | representing | **Netflix, Inc.**<br>*(Counter-defendant)* |
|  |  | **Netflix, Inc.**<br>*(Plaintiff)* |
| **Ashok Ramani**<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>415-391-5400<br>415-397-7188 (fax)<br>axr@kvn.com<br>  *Assigned: 10/02/2006*<br>  *ATTORNEY TO BE NOTICED* | representing | **Netflix, Inc.**<br>*(Plaintiff)* |
|  |  | **Netflix, Inc.**<br>*(Counter-defendant)* |
| **Kevin Thayer Reed**<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>(415) 676-2294<br>(415) 397-7188 (fax)<br>kreed@kvn.com<br>  *Assigned: 05/02/2006*<br>  *ATTORNEY TO BE NOTICED* | representing | **Netflix, Inc.**<br>*(Plaintiff)* |
| **Dominique Naomi Thomas**<br>Alschuler Grossman LLP<br>1620 26th Street, Fourth Floor<br>North Tower<br>Santa Monica, CA 90404-4060<br>310-907-1000<br>310-907-2000 (fax)<br>dthomas@alschuler.com<br>  *Assigned: 07/06/2006*<br>  *ATTORNEY TO BE NOTICED* | representing | **Blockbuster, Inc.**<br>*(Counter-claimant)* |

**Blockbuster, Inc.**
*(Defendant)*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/07/2007 10:19:17 | | | |
| **PACER Login:** | ep0290 | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 3:06-cv-02361-WHA |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |