ALSCHULER GROSSMAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000
Email: mgrossman@alschuler.com
       wobrien@alschuler.com
       tchen@alschuler.com
       dthomas@alschuler.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>      vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>          Defendants.<br><br>AND RELATED COUNTER ACTION. | CASE NO. C 06 2361 WHA (JCS)<br><br>**[PROPOSED] ORDER RE DENNIS DILBECK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER L.R. 3-12**<br><br>Judge:   Hon. William H. Alsup<br>Complaint Filed: April 4, 2006 |

The Court having reviewed the papers filed in support of and in opposition to Dennis Dilbeck's Administrative Motion to consider whether *Dennis Dilbeck v. Netflix, Inc.*, No. C 07-00643 PVT (N.D. Cal.) is related to *Netflix, Inc. v. Blockbuster Inc.*, No. C 06 2361 WHA (N.D. Cal.) **HEREBY ORDERS** that the cases **ARE NOT RELATED** as defined in Civil L.R. 3-12(a).

Dated: _____     _____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE