# EXHIBIT D

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

EUGENE M. PAIGE
EPAIGE@KVN.COM

December 20, 2006

**VIA FEDERAL EXPRESS**

William J. O'Brien, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, 4th Floor, North Tower
Santa Monica, CA 90404-4060

Re: *Netflix, Inc. v. Blockbuster, Inc.*, Case No. C-06-2361 WHA

Dear Bill:

Pursuant to the agreement between the parties reached on December 8, 2006, enclosed for service is a copy of Netflix's Second Supplemental Amended Response to Blockbuster's First Set of Interrogatories. As the parties also agreed that Blockbuster would amend its Preliminary Invalidity Contentions by today, I will look forward to receiving Blockbuster's amended Preliminary Invalidity Contentions shortly.

In addition, Blockbuster indicated at our meet-and-confer of December 8 that it would provide us with the information required to be disclosed under Paragraph 14 of Judge Alsup's Supplemental CMC Order, but as of today Netflix has not received that information. Please forward the required information promptly.

Thank you for your attention to these matters, and please do not hesitate to contact me should you wish to discuss them further.

Sincerely,

Eugene M. Paige

Enclosure

386668.01