# EXHIBIT J

Dockets.Justia.com

# ALSCHULER GROSSMAN LLP
## ATTORNEYS AT LAW

WILLIAM J. O'BRIEN
ATTORNEY AT LAW
WOBRIEN@ALSCHULER.COM
Direct Dial: 310-255-9033
Direct Fax: 310-907-2033

OUR FILE NUMBER
12460-200704

February 23, 2007

By Facsimile

Eugene M. Paige, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Re:   *Netflix, Inc. v. Blockbuster, Inc.*
      U.S. District Court, N.D. Cal., Case No. C-06-2361 WHA (JCS)

Dear Gene:

      This is to follow-up on issues discussed with you and Daralyn Durie on Wednesday.

      You asked about financial statements for Blockbuster Online. We have located financial statements through calendar year 2005. These were included on the disk that I sent you earlier today by Federal Express. It is our understanding that Blockbuster Online's financial statements for calendar year 2006 have not yet been finalized. However, we should be able to provide you shortly with statements through the third-quarter of 2006. We believe that we will be able to send these to you by the end of next week.

      You asked about document retention policies. We have located applicable documents and included them in the disk sent to you earlier today.

      You asked about Board of Directors minutes related to Blockbuster Online. We have located some presentations to the Board and documents referring to the Board and included them on the disk sent to you earlier today. Assembling responsive minutes is in progress. Obtaining them, reviewing them, and making any required redactions will take at least a few days.

      You asked about documents from John Antioco and Shane Evangelist. We have located some additional documents to or from Mr. Antioco or Mr. Evangelist and produced them on the disk sent to you earlier today. At this writing, we are still attempting to confirm whether an additional search of files pertaining to them is appropriate.

      You asked about documents related to Blockbuster Total Access. We have located some such documents, which were produced on the disk sent to you earlier today. Blockbuster

Eugene M Paige, Esq.
February 23, 2007
Page 2

will search for additional responsive documents related to Total Access.

You asked about several categories of documents as described in your letter of January 25. Having reviewed Requests Nos. 1, 7, and 24 of Netflix's Requests for Production, we did not agree that the categories of documents referred to in your January 25 letter are necessarily responsive to any of those Requests. However, without making any commitment at this time, we will inquire into whether further search for some or all of such documents is appropriate.

You asked about emails and attachments. Investigating these issues is taking some time because of personnel changes and unavailability. We are still attempting to confirm that all appropriate media were appropriately searched. We are also attempting to confirm the extent to which email attachments are available.

In addition, you asked about the completion of our privilege log. We are working diligently to complete logging of privileged documents. We will send you a substantially updated log by Monday, March 5, 2007. We intend to send you a complete log by Monday, March 12.[1]

Very truly yours,

William J. O'Brien

WJO:js
922317_1.DOC

---

[1] As you know, Netflix has requested that Blockbuster search for and produce additional documents. Any additional privileged documents located after March 12 as a result of additional searching will be promptly logged.