KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>                                 Plaintiff,<br><br>        v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>                                 Defendant. | Case No. C 06 2361 WHA (JCS)<br><br>**[PROPOSED] ORDER ON NETFLIX'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM BLOCKBUSTER, INC.**<br><br>Complaint filed:        April 4, 2006 |

Having considered the Motion of Netflix, Inc. ("Netflix") to compel the production of documents from Blockbuster, Inc. ("Blockbuster") and Blockbuster's Opposition thereto, Netflix's Reply, and the argument of counsel, with good cause appearing, it is hereby ORDERED as follows:

Blockbuster shall immediately provide Netflix with the information required by Paragraph 14 of the Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup (May 2, 2006). In that disclosure, Blockbuster shall specifically state the extent to which the email of its high-level executives, such as John Antioco and Shane Evangelist, has been searched and produced.

To the extent that Blockbuster has email responsive to Netflix's document requests that has not yet been produced, such email shall be immediately produced. In addition, Blockbuster

1    shall produce all attachments to its responsive emails along with those emails to the extent that

2    those attachments remain in existence.

3          IT IS SO ORDERED.

4    Dated:

5

6                                    _____

7                                         HON. JOSEPH C. SPERO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CASE NO. C 06 2361 WHA (JCS)