1   KEKER & VAN NEST, LLP
    JEFFREY R. CHANIN - #103649
2   DARALYN J. DURIE - #169825
    ASHOK RAMANI - #200020
3   710 Sansome Street
    San Francisco, CA  94111-1704
4   Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
5
    Attorneys for Plaintiff
6   NETFLIX, INC.

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  NETFLIX, INC., a Delaware corporation,        Case No. C 06 2361 WHA

12                              Plaintiff,        **[PROPOSED] ORDER ON PLAINTIFF
                                                  NETFLIX'S NOTICE OF MOTION AND MOTION
13           v.                                   UNDER CIVIL L.R. 7-11 FOR RELIEF FROM
                                                  MARCH 13, 2007 DEADLINE IN CASE
14  BLOCKBUSTER, INC., a Delaware                 MANAGEMENT ORDER**
    corporation, DOES 1-50,
15
                                Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

391545.01                    [Proposed] Order On Plaintiff Netflix's Notice Of Motion And Motion Under Civil L.R. 7-11 For Relief From
                                                  March 13 Deadline In Case Management Order
                                                  Case No. C 06 2361 WHA

                                                                                              Dockets.Justia.com

1

2     Having considered Plaintiff Netflix's Administrative Motion for Relief from March 13

3 Deadline in Case Management Order, the Court finds that it is well taken and should be

4 **GRANTED**.  The deadline for Plaintiff Netflix to file discovery motions in this case is hereby

5 extended from March 13, 2007 to and including April 12, 2007.

6

7     **IT IS SO ORDERED.**

8 Dated:

9

10     _____

11                          Honorable William H. Alsup
                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

391545.01