# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 06-02361 JCS**

**CASE NAME: NETFLIX, INC. v. BLOCKBUSTER, INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: March 9, 2007    **TIME**: 29 mins | **COURT REPORTER**: Belle Ball |
| **COUNSEL FOR PLAINTIFF:** <br> Eugene Paige (telephonic) <br> Daralyn Duri (telephonic) | **COUNSEL FOR DEFENDANT:** <br> William O'Brien (telephonic) <br> Marshall Grossman (telephonic) |

() Status Conf.    () P/T Conf.    () Discovery Conf.    () Further Case Mgmt. Conf.

**OTHER PROCEEDINGS:**            **RULING:**

1. Pla's Motion to Compel Production of Documents from Blockbuster [Docket No. 157]

___

**ORDERED AFTER HEARING:**

Dft's shall report on the following: what was deleted, what can be recovered, the earliest possible time in which production can be made of recovered materials, earliest date on which materials from existing back-up tapes can be produced as it relates to the Hollywood Act transaction.

___

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    () Court

**CASE CONTINUED TO:** 03/13/7 at 1:30 PM for continued hearing on Pla's Motion to Compel (telephonic)

cc:     Chambers, Karen