1  KEKER & VAN NEST, LLP
   JEFFREY R. CHANIN - #103649
2  DARALYN J. DURIE - #169825
   ASHOK RAMANI - #200020
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff
6  NETFLIX, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | NETFLIX, INC., a Delaware corporation,   | Case No. C 06 2361 WHA
12 |                           Plaintiff,     | [PROPOSED] ORDER ON PLAINTIFF
   |                                          | NETFLIX'S NOTICE OF MOTION AND MOTION
13 |     v.                                   | UNDER CIVIL L.R. 7-11 FOR RELIEF FROM
   |                                          | MARCH 13, 2007 DEADLINE IN CASE
14 | BLOCKBUSTER, INC., a Delaware            | MANAGEMENT ORDER
   | corporation, DOES 1-50,
15 |
   |                           Defendant.
16 |

---

[Proposed] Order On Plaintiff Netflix's Notice Of Motion And Motion Under Civil L.R. 7-11 For Relief From
March 13 Deadline In Case Management Order
Case No. C 06 2361 WHA

391545.01

1
2  Having considered Plaintiff Netflix's Administrative Motion for Relief from March 13
3  Deadline in Case Management Order, the Court finds that it is well taken and should be
4  **GRANTED**.  The deadline for Plaintiff Netflix to file discovery motions in this case is hereby
5  extended from March 13, 2007 to and including April 12, 2007.
6
7  **IT IS SO ORDERED.**
8  Dated:  March 12, 2007

_____
Honorable William H. Alsup
United States District Judge

---

1
[Proposed] Order On Plaintiff Netflix's Notice Of Motion And Motion Under Civil L.R. 7-11 For Relief From
March 13 Deadline In Case Management Order
Case No. C 06 2361 WHA