# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**CASE NO. C 06-02361 WHA (JCS)**

**CASE NAME: NETFLIX,INC. v. BLOCKBUSTER,INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: March 13, 2007    **TIME: 31 mins** | **COURT REPORTER**: Kathy Wyatt |
| **COUNSEL FOR PLAINTIFF:**<br>Eugene Paige (telephonic)<br>Daralyn Durie (telephonic) | **COUNSEL FOR DEFENDANT:**<br>William O'Brien (telephonic) |

() Status Conf.    () P/T Conf.    (X) Discovery Conf.    () Further Case Mgmt. Conf.

**OTHER PROCEEDINGS:**                                           **RULING:**

1. Pla's Motion to Compel Production of Documents from Blockbuster [Docket No. 157]

_____

**ORDERED AFTER HEARING:**

All of the recovered e-mails for the period of time that were deleted during the pendency of this litigation until February 2007 shall be produced by 4/6/7.

The production shall occur on a rolling basis.

To the extend possible, e-mail production shall be prioritized so that the e-mails that contain the names of the witnesses who will be deposed this month and in April shall be produced first.

_____

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    () Court

**CASE CONTINUED TO:**    03/20/07 at 2:00 PM, for a telephonic status conference re: report on Kroll progress (special setting).

cc:    Chambers, Karen