ALSCHULER GROSSMAN LLP
Marshall B. Grossman (No. 35958)
William J. O'Brien (No. 99526)
Tony D. Chen (No. 176635)
Dominique N. Thomas (No. 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000
Email:  mgrossman@alschuler.com
        wobrien@alschuler.com
        tchen@alschuler.com
        dthomas@alschuler.com

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>  Defendants.<br><br>AND RELATED COUNTER ACTION. | CASE NO. C 06 2361 WHA (JCS)<br><br>**[PROPOSED] ORDER ON BLOCKBUSTER'S MOTION TO ENLARGE TIME FOR DEPOSITION OF MARC RANDOLPH AND ANY RELATED MOTION**<br><br>Hearing Date:  N/A under L.R. 6-3(d), 7-11(c)<br><br>Judge:  Hon. William H. Alsup<br>Complaint Filed:  April 4, 2006 |

1   Having considered Defendant Blockbuster Inc.'s Motion to Enlarge
2   Time for Deposition of Marc Randolph and Any Related Motion, and finding good
3   cause to do so, the Court hereby grants the motion and orders that the deadlines for
4   Blockbuster to conduct the deposition of Marc B. Randolph and file any related
5   discovery motions are hereby extended to and including May 27, 2007.
6   DATED:

                                    _____
                                    Honorable William H. Alsup
                                    United States District Judge

ALSCHULER
GROSSMAN
LLP

2

[PROPOSED] ORDER ON BLOCKBUSTER'S
MOTION TO ENLARGE TIME
C 06 2361 WHA (JCS)