IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1–50,<br><br>Defendants.<br>_____ /<br>AND RELATED COUNTERACTION<br>_____ / | No. C 06-02361 WHA<br><br>**ORDER DENYING DEFENDANTS' MOTION TO ENLARGE TIME FOR DEPOSITION OF MARC RANDOLPH AND ANY RELATED MOTION** |

Good cause not shown, Blockbuster's motion to enlarge time to take the deposition of Marc Randolph and file any related motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE