# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 06-02361 WHA (JCS)**

**CASE NAME: NETFLIX, INC. v. BLOCKBUSTER, INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: March 20, 2007    **TIME**: 21 mins | **COURT REPORTER**: Sahar McVickar |
| **COUNSEL FOR PLAINTIFF:** <br> Daralyn Durie (telephonic) | **COUNSEL FOR DEFENDANT:** <br> William O'Brien (telephonic) <br> Marshall Grossman (telephonic) |

() Status Conf.   () P/T Conf.   () Discovery Conf.   () Further Case Mgmt. Conf.

**OTHER PROCEEDINGS:**                                   **RULING:**

1. Telephonic Status Conference re: Kroll progress

---

**STATUS:**

Defendant stated that they shall produce, by 4/6/7, all recovered e-mails and production will begin this week on a rolling basis, with priority e-mails containing names produced first.

**ORDERED AFTER HEARING:**

The Court will not change the final deadline of 4/6/7 for production of all of the recovered e-mails.

---

**ORDER TO BE PREPARED BY:**   () Plaintiff   () Defendant   () Court

**CASE CONTINUED TO:** 03/26/07 at 2:00 PM, for a telephonic status conference re: report on Kroll progress (special setting).

cc:   Chambers, Karen