# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## <u>CIVIL MINUTES</u>

**CASE NO.  C 06-02361 WHA (JCS)**

**CASE NAME: NETFLIX,INC. v. BLOCKBUSTER,INC.**

**MAGISTRATE JUDGE JOSEPH C. SPERO**      **COURTROOM DEPUTY**:  Karen Hom

**DATE**: March 26, 2007        **TIME: 30 mins**      **COURT REPORTER**: Debra Pas

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**
**Daralyn Durie (telephonic)**             **William O'Brien (telephonic)**
**Eugene Paige (telephonic)**              **Marshall Grossman (telephonic)**

---

**PROCEEDINGS:**                          **RULING:**

**1. Further Status Conference**                     **Held**

_____

**ORDERED AFTER HEARING:**

**Production of the recovered documents shall be completed by 4/6/7.  The parties shall work out a stipulation re: quality control issues so that production can be completed by 4/6/7.**
**Parties shall contact Judge Spero's clerk with a contact phone number.**

_____

**ORDER TO BE PREPARED BY:**    **() Plaintiff**      **() Defendant**      **() Court**

**CASE CONTINUED TO:**    **04/02/07 at 8:30 a.m., for a further status conference re: production of recovered documents. (Special setting)**

**cc:**      **Chambers, Karen**