1  KEKER & VAN NEST, LLP
   JEFFREY R. CHANIN - #103649
2  DARALYN J. DURIE - #169825
   ASHOK RAMANI - #200020
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff
6  NETFLIX, INC.

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | NETFLIX, INC., a Delaware corporation, | Case No. C 06 2361 WHA
12 |                          Plaintiff,    | **[PROPOSED] ORDER ON PLAINTIFF NETFLIX'S NOTICE OF MOTION AND MOTION UNDER CIVIL L.R. 7-11 FOR RELIEF FROM APRIL 12, 2007 DISCOVERY MOTION DEADLINE**
13 |     v.                                 |
14 | BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50, |
15 |                          Defendant.    |

---

[Proposed] Order on Plaintiff Netflix's Notice of Motion and Motion Under Civil L.R. 7-11 For Relief From
April 12, 2007 Discovery Motion Deadline
Case No. C 06 2361 WHA

Dockets.Justia.com

1
2  Having considered Plaintiff Netflix's Administrative Motion for Relief from April 12,
3  2007 Discovery Motion Deadline, the Court finds that it is well taken and should be
4  **GRANTED**.  The deadline for Plaintiff Netflix to file discovery motions in this case is hereby
5  extended from April 12, 2007 to and including April 19, 2007.
6
7  **IT IS SO ORDERED.**
8  Dated:
9
10
11                                         Honorable William H. Alsup
                                           United States District Judge

392807.01

1
[Proposed] Order on Plaintiff Netflix's Notice of Motion and Motion Under Civil L.R. 7-11 For Relief From
April 12, 2007 Discovery Motion Deadline
Case No. C 06 2361 WHA