# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 06-02361 WHA (JCS)**

**CASE NAME: NETFLIX, INC. v. BLOCKBUSTER, INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 2, 2007   **TIME**: 14 mins | **COURT REPORTER**: Kathy Powell |
| **COUNSEL FOR PLAINTIFF:**<br>Daralyn Durie (telephonic)<br>Eugene Paige (telephonic) | **COUNSEL FOR DEFENDANT:**<br>William O'Brien (telephonic)<br>Marshall Grossman (telephonic) |

**PROCEEDINGS:**                                      **RULING:**

1. Further Status Conference                          Held

**NOTES:**

Dft reported that based on their progress, the production of recovered documents shall be completed by 4/9/7. Parties have resolved the issue that was submitted in a letter dated 3/30/7 from Plaintiff. Parties will seek an extension of their deadlines from Judge Alsup.

_____

**ORDERED AFTER HEARING:**

_____

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     ( ) Court

**CASE CONTINUED TO:**   04/06/07 at 2:30 PM for a further telephonic status conference.

cc:     Chambers, Karen