| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| 2 | JEFFREY R. CHANIN - #103649<br>DARALYN J. DURIE - #169825 |
| 3 | ASHOK RAMANI - #200020<br>710 Sansome Street |
| 4 | San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Plaintiff<br>NETFLIX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, | Case No. C 06 2361 WHA |
| Plaintiff, | **[PROPOSED] ORDER ON PLAINTIFF NETFLIX'S NOTICE OF MOTION AND MOTION UNDER CIVIL L.R. 7-11 FOR RELIEF FROM APRIL 12, 2007 DISCOVERY MOTION DEADLINE** |
| v. | |
| BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50, | |
| Defendant. | |

[Proposed] Order on Plaintiff Netflix's Notice of Motion and Motion Under Civil L.R. 7-11 For Relief From
April 12, 2007 Discovery Motion Deadline
Case No. C 06 2361 WHA

Dockets.Justia.com

1
2  Having considered Plaintiff Netflix's Administrative Motion for Relief from April 12,
3  2007 Discovery Motion Deadline, the Court finds that it is well taken and should be
4  **GRANTED**.  The deadline for Plaintiff Netflix to file discovery motions in this case is hereby
5  extended from April 12, 2007 to and including April 19, 2007.
6
7  **IT IS SO ORDERED.**
8  Dated:  April 3, 2007.

_____
Honorable William H. Alsup
United States District Judge

13  No further extensions to this deadline will be granted.

---

1
[Proposed] Order on Plaintiff Netflix's Notice of Motion and Motion Under Civil L.R. 7-11 For Relief From
April 12, 2007 Discovery Motion Deadline
Case No. C 06 2361 WHA

392807.01