# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 06-02361 WHA (JCS)**

**CASE NAME: NETFLIX,INC. v. BLOCKBUSTER,INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 6, 2007   **TIME**: 45 mins | **COURT REPORTER**: Kathy Wyatt |
| **COUNSEL FOR PLAINTIFF:**<br>Daralyn Durie (telephonic)<br>Eugene Paige (telephonic) | **COUNSEL FOR DEFENDANT:**<br>Marshall Grossman (telephonic) |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Status Conference | Held |
| 2. Plaintiff's April 5 letter, construed as Plaintiff's Motion to Compel Production of Unredacted Board Minutes | Granted in part, denied in part. |

**ORDERED AFTER HEARING:**

Parties shall set up a conference call # for the 4/19/7 telephonic status conference hearing and provide the call-in number and password to the Court. By 4/16/7, Defendant shall submit, for in camera, review redacted and unredacted Board Minutes for final decision by the Court. The Court will issue a ruling on the redaction before 4/23/7. Dft waives their right to appeal any decision on the propriety of those redactions.

**ORDER TO BE PREPARED BY:**   () Plaintiff   () Defendant   (X) Court

**CASE CONTINUED TO:** 04/19/07 at 8:30 AM for a further telephonic status conference re: recovered documents (special setting)

cc:   Chambers, Karen