# BLOCKBUSTER'S FINAL INVALIDITY CONTENTION

## APRIL 11, 2007
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT L

### CLAIM CHART
### (Claims 66 through 80)

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| Claim 66 | |
| An apparatus for renting items to customers comprising: | 66.  *See* Contention 51. |
| an item rental mechanism configured to: | 66a.<br>*Yoshida*: Figs. 1, 8a, 8b, 8c, 8d and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 13–col. 14, ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a, 4b and 6, col. 4, ln. 35–col. 8, ln. 30.<br>*Crook*: Figs. 1-12 and 15, col. 4, lns. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2, 5 and 6, col 1, ln. 63–col. 4, ln. 5.<br><br>*Burks*: Fig. 2-6, col. 7, ln. 51– col. 21, ln. 63.<br>*Hironori*: Fig.1, para. 0011–0017. |
| receive one or more item selection criteria that indicates two or more items that a customer desires to rent; | 66b.  *See* Contention 1a. |

925476_2.DOC

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| provide to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria; and in response to receiving any of the items provided to the customer, | 66c. *See* Contention 1b. |
| providing to the customer one or more other items indicated by the one or more item selection criteria, | 66d. *See* Contention 1c. |
| wherein a total current number of items provided to the customer does not exceed the specified number. | 66e. *See* Contention 1d. |
| Claim 67 | |
| An apparatus as recited in claim 66, | 67. *See* Contention 66. |
| wherein the total number of items provided to the customer within a specified period of time does not exceed a specified limit. | 67a. *See* Contention 2a. |
| Claim 68 | |
| An apparatus as recited in claim 67, | 68. *See* Contention 67. |
| wherein the item rental mechanism is further configured to | 68a. *See* Contention 66a. |
| if the total number of items provided to the customer within the specified period of time is less than the specified limit, then increase the specified limit for another specified period of time. | 68b. *See* Contention 3a. |
| Claim 69 | |
| An apparatus as recited in claim 66, | 69. *See* Contention 66. |
| wherein the one or more item selection criteria indicates a desired order for the two or more items that a customer desires | 69a. *See* Contention 4a. |

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| to rent, | |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria, | 69b. *See* Contention 4b. |
| and the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes providing to the customer one or more other items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria. | 69c. *See* Contention 4c. |
| Claim 70 | |
| An apparatus as recited in claim 69, | 70. *See* Contention 69. |
| wherein the item rental mechanism is further configured to | 70a. *See* Contention 66a. |
| if a particular item from the two or more items indicated by the one or more item selection criteria is not available, then providing another item from the two or more items based upon the desired order indicated by the one or more item selection criteria. | 70b. *See* Contention 5a. |
| Claim 71 | |
| An apparatus as recited in claim 66, | 71. *See* Contention 66. |
| wherein the one or more item selection criteria specifies one or more preferred item attributes, | 71a. *See* Contention 6a. |

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer up to a specified number of two or more items that have one or more of the one or more preferred item attributes specified by the one or more item selection criteria, | 71b. *See* Contention 6b. |
| and the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer one or more other items that have one or more of the one or more preferred item attributes specified by the one or more item selection criteria. | 71c. *See* Contention 6c. |
| Claim 72 | |
| An apparatus as recited in claim 66, | 72. *See* Contention 66. |
| further comprising: establishing, based upon the one or more item selection criteria, an item rental queue for the customer, | 72a. *See* Contention 7a. |
| wherein the item rental queue contains one or more entries that specify the two or more items that the customer desires to rent; | 72b. *See* Contention 7b. |
| and in response to receiving back any of the items provided to the customer, selecting the one or more other items from the item rental queue. | 72c. *See* Contention 7c. |
| Claim 73 | |
| An apparatus as recited in claim 66, | 73. *See* Contention 66. |
| further comprising in response to receiving a customer notification, providing to the customer a second set of one or | 73a. *See* Contention 8a. |

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| more other items indicated by the one or more item selection criteria. | |
| **Claim 74** | |
| An apparatus as recited in claim 66, | 74. *See* Contention 66. |
| further comprising in response to expiration of a specified amount of time, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 74a. *See* Contention 9a. |
| **Claim 75** | |
| An apparatus as recited in claim 66, | 75. *See* Contention 66. |
| further comprising in response to a specified date being reached, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 75a. *See* Contention 10a. |
| **Claim 76** | |
| An apparatus as recited in claim 66, | 76. *See* Contention 66. |
| further comprising in response to a specified fee being received, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 76a. *See* Contention 11a. |
| **Claim 77** | |
| An apparatus as recited in claim 66, | 77. *See* Contention 66. |
| wherein items are provided to the customer by mail. | 77a. *See* Contention 12a. |
| **Claim 78** | |
| An apparatus as recited in claim 66, | 78. *See* Contention 66. |

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| wherein items are provided to the customer by a delivery agent. | 78. *See* Contention 13a. |
| Claim 79 | |
| An apparatus as recited in claim 66, | 79. *See* Contention 66. |
| wherein: the item rental mechanism is a movie rental mechanism, | 79a. *See* Contentions 66c, 14a and 14b. |
| the two or more items are two or more movies, | 79b. *See* Contention 14a. |
| the one or more item selection criteria are one or more movie selection criteria, | 79c. *See* Contention 14b. |
| the movie rental mechanism is further configured to receive one or more movie selection criteria that indicates two or more movies that a customer desires to rent, | 79d. *See* Contentions 79a and 14c. |
| the movie rental mechanism is further configured to provide to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria, | 79e. *See* Contentions 79a and 14d. |
| and the movie rental mechanism is further configured to in response to receiving any of the movies provided to the customer, provide to the customer one or more other movies indicated by the one or more movie selection criteria, wherein a total current number of movies provided to the customer does not exceed the specified number. | 79f. *See* Contentions 79a and 14e. |
| Claim 80 | |
| An apparatus as recited in claim 66, | 80. *See* Contention 66. |

| Elements of Claims 66 through 80 | Prior Art Disclosure |
|---|---|
| wherein: the two or more items are two or more games, | 80a. *See* Contention 15a. |
| the one or more item selection criteria are one or more game selection criteria, | 80b. *See* Contention 15b. |
| the movie rental mechanism is further configured to receive one or more game selection criteria that indicates two or more games that a customer desires to rent, | 80c. *See* Contentions 66c and 15c. |
| the movie rental mechanism is further configured to provide to the customer up to a specified number of the two or more games indicated by the one or more game selection criteria, | 80d. *See* Contentions 66c and 15d. |
| and the movie rental mechanism is further configured to in response to receiving any of the games provided to the customer, provide to the customer one or more other games indicated by the one or more game selection criteria, wherein a total current number of games provided to the customer does not exceed the specified number. | 80e. *See* Contentions 66c and 15e. |

EXHIBIT L: CLAIM CHART (Claims 66 through 80)

925476_2.DOC