# BLOCKBUSTER'S FINAL INVALIDITY CONTENTION

## APRIL 11, 2007
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT M

### CLAIM CHART
### (Claims 81 through 95)

| Elements of Claims 81 through 95 | Prior Art Disclosure |
|---|---|
| Claim 81 | |
| A computer-readable medium for renting items to customers, the computer-readable medium carrying one or more sequences of one or more instructions which, when executed by one or more processors, cause the one or more processors to perform the computer-implemented steps of: | 81. *See* Contention 36. |
| receiving one or more item selection criteria that indicates two or more items that a customer desires to rent; | 81a. *See* Contention 16a. |
| providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria; | 81b. *See* Contention 16b. |
| and in response to receiving any of the items provided to the customer, one or more item delivery criteria being satisfied, providing to the customer one or more other items indicated by the one or more item selection criteria, | 81c. *See* Contention 16c. |

| Elements of Claims 81 through 95 | Prior Art Disclosure |
|---|---|
| wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | 81d. *See* Contention 16d. |
| Claim 82 | |
| A computer-readable medium as recited in claim 81, | 82. *See* Contention 81. |
| wherein the total current number of items provided to the customer does not exceed the specified number. | 82a. *See* Contention 17a. |
| Claim 83 | |
| A computer-readable medium as recited in claim 81, | 83. *See* Contention 81. |
| further comprising if the total number of items provided to the customer within the specified period of time is less than the specified limit, then increasing the specified limit for another specified period of time. | 83a. *See* Contention 18a. |
| Claim 84 | |
| A computer-readable medium as recited in claim 81, | 84. *See* Contention 81. |
| wherein the one or more item selection criteria indicates a desired order for the two or more items that a customer desires to rent, | 84a. *See* Contention 19a. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria, | 84b. *See* Contention 19b. |
| and the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes | 84c. *See* Contention 19c. |

| Elements of Claims 81 through 95 | Prior Art Disclosure |
|---|---|
| providing to the customer one or more other items indicated by the one or more item selection criteria in the desired order indicated by the one or more item selection criteria. | |
| Claim 85 | |
| A computer-readable medium as recited in claim 84, | 85. *See* Contention 84. |
| further comprising if a particular item from the two or more items indicated by the one or more item selection criteria is not available, then providing another item from the two or more items based upon the desired order indicated by the one or more item selection criteria. | 85a. *See* Contention 20a. |
| Claim 86 | |
| A computer-readable medium as recited in claim 81, | 86. *See* Contention 81. |
| wherein the one or more item selection criteria specifies one or more preferred item attributes, | 86a. *See* Contention 21a. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer up to a specified number of two or more items that have one or more of the one or more preferred item attributes specified by the one or more item selection criteria, | 86b. *See* Contention 21b. |
| and the step of providing to the customer one or more other items indicated by the one or more item selection criteria includes automatically selecting and providing to the customer one or more other items that have one or more of the one or more preferred item attributes specified by the one or more item selection criteria. | 86c. *See* Contention 21c. |

| Elements of Claims 81 through 95 | Prior Art Disclosure |
|---|---|
| Claim 87 | |
| A computer-readable medium as recited in claim 81, | 87. *See* Contention 81. |
| further comprising: establishing, based upon the one or more item selection criteria, an item rental queue for the customer, | 87a. *See* Contention 22a. |
| wherein the item rental queue contains one or more entries that specify the two or more items that the customer desires to rent; | 87b. *See* Contention 22b. |
| and in response to receiving back any of the items provided to the customer, selecting the one or more other items from the item rental queue. | 87c. *See* Contention 22c. |
| Claim 88 | |
| A computer-readable medium as recited in claim 81, | 88. *See* Contention 81. |
| further comprising in response to receiving a customer notification, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 88a. *See* Contention 23a. |
| Claim 89 | |
| A computer-readable medium as recited in claim 81, | 89. *See* Contention 81. |
| further comprising in response to expiration of a specified amount of time, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 89a. *See* Contention 24a. |
| Claim 90 | |
| A computer-readable medium as recited in claim 81, | 90. *See* Contention 81. |

| Elements of Claims 81 through 95 | Prior Art Disclosure |
|---|---|
| further comprising in response to a specified date being reached, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 90a. *See* Contention 25a. |
| Claim 91 | |
| A computer-readable medium as recited in claim 81, | 91. *See* Contention 81. |
| further comprising in response to a specified fee being received, providing to the customer a second set of one or more other items indicated by the one or more item selection criteria. | 91a. *See* Contention 26a. |
| Claim 92 | |
| A computer-readable medium as recited in claim 81, | 92. *See* Contention 81. |
| wherein items are provided to the customer by mail. | 92a. *See* Contention 27a. |
| Claim 93 | |
| A computer-readable medium as recited in claim 81, | 93. *See* Contention 81. |
| wherein items are provided to the customer by a delivery agent. | 93a. *See* Contention 28a. |
| Claim 94 | |
| A computer-readable medium as recited in claim 81, | 94. *See* Contention 81. |
| wherein: the two or more items are two or more movies, | 94a. *See* Contention 29a. |
| the one or more item selection criteria are one or more movie selection criteria, | 94b. *See* Contention 29b. |
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more movie selection criteria that | 94c. *See* Contention 29c. |

| Elements of Claims 81 through 95 | Prior Art Disclosure |
|---|---|
| indicates two or more movies that a customer desires to rent, | |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria, | 94d.  *See* Contention 29d. |
| and the step of in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit includes in response to receiving any of the movies provided to the customer, providing to the customer one or more other movies indicated by the one or more movie selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | 94e.  *See* Contention 29e. |
| Claim 95 | |
| A computer-readable medium as recited in claim 81, | 95.  *See* Contention 81. |
| wherein: the two or more items are two or more games, | 95a.  *See* Contention 30a. |
| the one or more item selection criteria are one or more game selection criteria, | 95b.  *See* Contention 30b. |

| Elements of Claims 81 through 95 | Prior Art Disclosure |
|---|---|
| the step of receiving one or more item selection criteria that indicates two or more items that a customer desires to rent includes receiving one or more game selection criteria that indicates two or more games that a customer desires to rent, | 95c. *See* Contention 30c. |
| the step of providing to the customer up to a specified number of the two or more items indicated by the one or more item selection criteria includes providing to the customer up to a specified number of the two or more games indicated by the one or more game selection criteria, | 95d. *See* Contention 30d. |
| and the step of in response to receiving any of the items provided to the customer, providing to the customer one or more other items indicated by the one or more item selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit includes in response to receiving any of the games provided to the customer, providing to the customer one or more other games indicated by the one or more game selection criteria, wherein a total number of items provided to the customer within a specified period of time does not exceed a specified limit. | 95e. *See* Contention 30e. |