# BLOCKBUSTER'S FINAL INVALIDITY CONTENTION
## APRIL 11, 2007
## U.S. PATENT NO. 6,584,450 B1

### EXHIBIT N

### CLAIM CHART
### (Claims 96 through 100)

| Elements of Claims 96 through 100 | Prior Art Disclosure |
|---|---|
| Claim 96 | |
| A computer-readable medium for renting movies to customers, the computer-readable medium carrying one or more sequences of one or more instructions which, when executed by one or more processors, cause the one or more processors to perform the computer-implemented steps of: | 96.  *See* Contentions 31 and 36. |
| receiving one or more movie selection criteria from a customer that indicates two or more movies that the customer desires to rent; | 96a.  *See* Contention 31a. |
| providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria; | 96b.  *See* Contention 31b. |
| and in response to a return of any of the movies provided to the customer, providing to the customer one or more other movies indicated by the one or more movie selection criteria, | 96c.  *See* Contention 31c. |

| Elements of Claims 96 through 100 | Prior Art Disclosure |
|---|---|
| wherein a total current number of movies provided to the customer does not exceed the specified number. | 96d. *See* Contention 31d. |
| Claim 97 | |
| A computer-readable medium as recited in claim 96, | 97. *See* Contention 96. |
| wherein the one or more movie selection criteria specifies an order in which the customer desires to receive the movies, | 97a. *See* Contention 32a. |
| the step of providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria includes providing to the customer up to a specified number of the two or more movies indicated by the move selection criteria in the order specified by the one or more movie selection criteria, | 97b. *See* Contention 32b. |
| and the step of providing to the customer one or more other movies specified by the one or more movie selection criteria includes providing to the customer one or more other movies specified by the one or more movie selection criteria in the order specified by the one or more movie selection criteria. | 97c. *See* Contention 32c. |
| Claim 98 | |
| A computer-readable medium as recited in claim 96, | 98. *See* Contention 96. |
| wherein the one or more movie selection criteria specifies movie attributes preferred by the customer, | 98a. *See* Contention 33a. |
| the step of providing to the customer up to a specified number of the two or more movies indicated by the one or more movie selection criteria includes automatically selecting and providing to the customer up to a specified number of the two or more | 98b. *See* Contention 33b. |

BLOCKBUSTER'S FINAL INVALIDITY CONTENTION
(U.S. PATENT NO. 6,584,450 B1)

| Elements of Claims 96 through 100 | Prior Art Disclosure |
|---|---|
| movies that have the specified movie attributes preferred by the customer, | |
| and the step of providing to the customer one or more other movies specified by the one or more movie selection criteria includes automatically selecting and providing to the customer one or more other movies that have the specified movie attributes preferred by the customer. | 98c. *See* Contention 33c. |
| Claim 99 | |
| A computer-readable medium as recited in claim 96, | 99. *See* Contention 96. |
| wherein movies are provided to the customer by mail. | 99a. *See* Contention 34a. |
| Claim 100 | |
| A computer-readable medium as recited in claim 96, | 100. *See* Contention 96. |
| wherein movies are provided to the customer by a delivery agent. | 100a. *See* Contention 35a. |