# BLOCKBUSTER'S FINAL INVALIDITY CONTENTIONS

## APRIL 11, 2007
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT B

### IDENTIFICATION OF PRIOR ART
### Prior Art Publications

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **1.** | Wanger, *et al.* | Automated Circulation System in Libraries Serving the Blind and Physically Handicapped: A Reference Guide for Planning | | Cuadra Associates | 05/15/1981 | *Reference Guide* | BB00008174 – 8465 |
| **2.** | Anguilla | Southern Retailer Says 'Video Library' Makes Bookkeeping A Breeze | Video Retailing | | July 1982 | *Multi-Video Article* | BB00012975 |
| **3.** | | Regional Reports: Central Region | Video Store | | Jan. 1985 | *Pop*Card Article No. 1* | BB00012976 |
| **4.** | | Pop*Card Franchise Purchased | The Oklahoman | The Oklahoman | 07/22/1984 | *Pop*Card Article No. 2* | BB00013058 |

925467_2.DOC

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 5. | | Finally, the No-Limit Video Tape Library! | The Oklahoman | The Oklahoman | 04/02/1982 | *Pop*Card Ad No. 1* | BB00013052 |
| 6. | | Get the Best Seat in the House | The Oklahoman | The Oklahoman | 12/24/1984 | *Pop*Card Ad No. 2* | BB00013053 |
| 7. | | Hurry! Free! Footloose Raiders of the Lost Ark Disney Gold Your Choice When You Join Pop*Card! The No-Limit Videotape Library for 90 Days! | The Oklahoman | The Oklahoman | 11/07/1984 | *Pop*Card Ad No. 3* | BB00013054 |
| 8. | | Free! Cabbage Patch Doll | The Oklahoman | The Oklahoman | 05/25/1985 | *Pop*Card Ad No. 4* | BB00013056 |
| 9. | | Free! Raiders of the Lost Ark! When You Join Pop*Card The No-Limit Videotape Library! | The Oklahoman | The Oklahoman | 12/09/1983 | *Pop*Card Ad No. 5* | BB00013057 |
| 10. | | Belly? Then You Need Pop*Card The No-Limit Videotape Library | The Oklahoman | The Oklahoman | 05/20/1984 | *Pop*Card Ad No. 6* | BB00013059 |
| 11. | | It-Had-To-Happen Department: Newest Ways to Rent Videos | Changing Times (pre-1986), p. 9, October 1985 | Kiplinger | Oct. 1985 | *Video Hit Article* | BB00004581 |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **12.** | Dreyfuss | French Twist | Fortune | Time Inc. | 05/13/1985 | *Cine Club Article No. 1* | BB00012207, 13025-13027 |
| **13.** | | It-Had-To-Happen Department: Newest Ways to Rent Videos | Changing Times (pre-1986), p. 9, October 1985 | Kiplinger | Oct. 1985 | *Cine Club Article No. 2* | BB00004581 |
| **14.** | | | PR Newswire | PR Newswire Association | 09/10/1985 | *Cine Club Article No. 3* | BB00013047 - 13048 |
| **15.** | | Pssst! Hey, You! Wanna Buy 'Terminator' Cheap? | Daily News | | 1985 | *Cine Club Article No. 4* | BB00013028 |
| **16.** | | The Cine Club Viewer | Newsletter | Cine Club | July 1985 | *Cine Club Newsletter* | BB00013032 – 13033 |
| **17.** | | Fast Track | New York | | 10/07/1985 | *Cine Club Article No. 5* | BB00013029 |
| **18.** | | Exclusive in New York | Daily News | | 10/31/1985 | *Cine Club Ad No. 1* | BB00013031 |
| **19.** | Morabito | | Letter with flyer | Cine Club | 11/25/1985 | *Cine Club Flyer* | BB00013034 – 13035 |
| **20.** | | Exclusive in New York | Daily News | | 12/23/1985 | *Cine Club Ad No. 2* | BB00013030 |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **21.** | Rodriguez | Functional Requirements | Access Self-Study, Vol. 7 | Texas State Library Division for the Blind & Physically Handicapped | 12/15/1987 | *Functional Requirements* | BB00008466 – 8479 |
| **22.** | | Have You Heard The Best Idea for Maintaining Your Competitive Edge? | Brochure | Tape Rental Library Inc. | 1997? | *AudioQueue Brochure* | BB00012226 – 12241 |
| **23.** | | Audio Cassettes | 1988 Catalog | Tape Rental Library Inc. | 1988 | *AudioQueue Catalog No. 1* | BB00012242 – 12310 |
| **24.** | | Audio Cassettes | 1997 Catalog | Tape Rental Library Inc. | 1997 | *AudioQueue Catalog No. 2* | BB00012311 – 12363 |
| **25.** | | Audio Cassettes | 1995 Catalog | Tape Rental Library Inc. | 1995 | *AudioQueue Catalog No. 3* | BB00012364 – 12426 |
| **26.** | | Audio Cassettes | 1998 Catalog | Tape Rental Library Inc. | 1998 | *AudioQueue Catalog No. 4* | BB00012427 – 12481 |
| **27.** | Hattery *et al.* | Maxcess Makes It Easy: A Midrange Library System | Information Retrieval & Library Automation | Lomond Publications, Inc. | April 1993 | *Maxcess* | BB00003020 - 3024 |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **28.** | | Welcome to the Web! Avis Rent-A-Car | Internet for Business, Issue 1, p. 6 | Financial Times, Telecoms & Media Publishing | May/June 1996 | *Avis Article* | BB00003183 – 3184 |
| **29.** | | Avis Rent-A-Car web pages | avis.com archive.org | Avis | 1996 | *Avis 1996 Web Pages* | BB00011978 – 11986; BB00011989 – 11990 |
| **30.** | | Avis Rent-A-Car web pages | avis.com archive.org | Avis | 1997 | *Avis 1997 Web Pages* | BB00011937 – 11977; BB00011987 – 11988; BB00011991 – 12053 |
| **31.** | | Avis Rent-A-Car web pages | avis.com archive.org | Avis | 1998 | *Avis 1998 Web Pages* | BB00011927 |
| **32.** | | Avis Rent-A-Car web pages | avis.com archive.org | Avis | 1999 | *Avis 1999 Web Pages*[1] | BB00011928 – 11930; BB00011933 – 11936; BB000112054 |
| **33.** | | Books On Tape On-line Order Form | booksontape.com archive.org | Books On Tape | 02/14/1997 | *Books On Tape Web Pages No. 1* | BB00012211 – 12213 |

---

[1] Avis *"Article"* and *"1996-1999 Web Pages"* are hereinafter referred to collectively as *"Avis publications."*

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **34.** | | More About B-O-T & Frequently Asked Questions | booksontape.com archive.org | | 05/08/1999 | *Books On Tape Web Pages No. 2* | BB00013037 – 13046; BB00012214 |
| **35.** | | Sirsi Corporation | Library Technology Reports: Vendors of Integrated Library Systems, p. 239 | American Library Association | March-April 1997 | *Sirsi* | BB00003056 |
| **36.** | Kuehner | Serving Book Listeners Audio-Only Bookstore to Open in Solon | The Plain Dealer, p. 1B | The Plain Dealer, Cleveland, Ohio | 11/11/1998 | *Talking Book World Article* | BB00004576 – 4577 |
| **37.** | Magerman | User Manual | Video Vendor | Multipost Retail Systems | No later than 1995 | *Video Vendor User Manual* | BB00012223 – 12225 |
| **38.** | | Now Offering 30 Day Free Trial | bizlibrary.com archive.org | Business Training Library | No later than April 1998 | *Business Training Library Web Pages Set 1* | BB00013049 – 13051 |
| **39.** | | Advertisement | Oberlin News Tribune | Oberlin News Tribune | 12/01/1998 | *Campus Video Article* | BB00013036 |
| **40.** | | Auto Librarian | Library Technology Reports: Library System Software, p. 234 | American Library Association | March-April 1999 | *Auto Librarian* | BB00003025 – 3038 |

|  | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **41.** |  | Annual Report 1998 | Annual Report 1998 | TiVo Inc. | 03/31/1999 | *TiVo Report* | BB00012065 – 12163 |
| **42.** | Snoddy | Coming soon: video recorder that picks the programmes | The Times (London) | Times Newspapers Ltd. | 04.28.1999 | *TiVo Article No. 1* | BB00012164-BB0012165 |
| **43.** |  | BRIEFLY… | USA Today | Gannett Company, Inc. | 04.28.1999 | *TiVo Article No. 2* | BB00012166 |
| **44.** |  | DIRECTV Inc. Announces Equity Investment in TiVo Inc.; DIRECTV, TiVo Partner to Market Personal Television Service | Business Wire | Business Wire, Inc. | 04.27.199 | *TiVo Article No. 3* | BB00012167-BB00012168 |
| **45.** | Kuchinskas | IQ News: Analysis – Six Degrees of Television | ADWEEK | A/S/M/ Communications, Inc. | 04.26.1999 | *TiVo Article No. 4* | BB00012169-BB00012170 |
| **46.** |  | TiVo Selects Atmel's Smart Card Crytpo Controller for Authentication and Security; AT90SC3232C Offers Highest Security | Business Wire | Business Wire, Inc. | 04.26.1999 | *TiVo Article No. 5* | BB00012171-BB00012172 |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **47.** | | REPLAY NETWORKS DEALS | Consumer Electronics | Warren Publishing, Inc. | 04.26.1999 | *TiVo Article No. 6* | BB00012173-BB00012174 |
| **48.** | Shaffer | Why Digital Devices Will Proliferate; FORGET THE FREE PC | Fortune | Time Inc. | 04.26.199 | *TiVo Article No. 7* | BB00012175-BB00012176 |
| **49.** | | INTERACTIVE VIDEO THE NEXT BATTLEGROUND | INSIDE MULTIMEDIA | Phillips Business Information, Inc. | 04.26.1999 | *TiVo Article No. 8* | BB00012177-BB00012178 |
| **50.** | Ojeda-Zapata | DIGITAL DEVICES FUN, BUT PRICES SCARY | Saint Paul Pioneer Press (Minnesota) | Sat Paul Pioneer Press | 04.26.1999 | *TiVo Article No. 9* | BB00012179-BB00012180 |
| **51.** | | INTERACTIVE SERVICES DEBATED | Television Digest | Warren Publishing, Inc. | 04.26.1999 | *TiVo Article No. 10* | BB00012181-BB00012182 |
| **52.** | (In VIDEO NOTES) | | Video Week | Warren Publishing, Inc. | 04.26.1999 | *TiVo Article No. 11* | BB00012183 |
| **53.** | Stern and Graser | Techies whip up biz at conflicted confab | Daily Variety | Reed Elsevier Inc. | 04.26.1999 | *TiVo Article No. 12* | BB00012184-BB00012185 |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **54.** | Walker | Getting Personal With Television; New Digital VCRs Tailor Program Selection to Viewers' Tastes – and Time | The Washington Post | The Washington Post | 04.24.1999 | *TiVo Article No. 13* | BB00012186-BB00012188 |
| **55.** | Lewis | STATE OF THE ART; Making Television Searchable | The New York Times | The New York Times Company | 04.22.1999 | *TiVo Article No. 14* | BB00012189-BB00012191 |
| **56.** | Graser | ORACLE SEES VID ON DEMAND IN TV'S FUTURE | Daily Variety | Reed Elsevier Inc. | 04.21.1999 | *TiVo Article No. 15* | BB00012192-BB00012193 |
| **57.** | Graser | Dishing up DishPlayer | Daily Variety | Reed Elsevier Inc. | 04.20.1999 | *TiVo Article No. 16* | BB00012194 |
| **58.** | Alexander | Tailor-made TV; The new "digital" VCRs are promising to remove the stress of finding something you enjoy watching on TV. | Star Tribune (Minneapolis, MN) | Star Tribune | 04.20.1999 | *TiVo Article No. 17* | BB00012195-BB00012197 |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **59.** | Haley | TAMING TV NEW HARD-DISK RECORDERS LET VIEWERS PAUSE LIVE TELECASTS AND TAPE SHOWS BY CATEGORY BRINGING TV UNDER CONTROL | San Jose Mercury News (California) | San Jose Mercury News | 04.18.1999 | *TiVo Article No. 18* | BB00012198-BB00012201 |
| **60.** | Lewis | STATE OF THE ART; Making Television Searchable | The New York Times | The New York Times Company | 04.22.1999 | *TiVo Article No. 19* | BB00012202-BB00012204 |
| **61.** | | [?] | Business Wire | Business Wire, Inc. | 04.27.1999 | *TiVo Article No. 20* | BB00012205 |
| **62.** | | TiVo Selects Atmel's Smart Cad Crytpo Controller for Authentication and Security; AT90SC3232C Offers Highest Security | Business Wire | Business Wire, Inc. | 04.26.1999 | *TiVo Article No. 21* | BB00012205 |
| **63.** | | [?] | The Washington Post | The Washington Post | 04.24.1999 | *TiVo Article No. 22*[2] | BB00012206 |

[2] *TiVo "Report"* and *"Articles Nos.1-22"* are hereinafter referred to collectively as *"TiVo publications."*

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **64.** | | Netflix.com Featured DVDs for Saturday, January 16, 1999 | netflix.com archive.org | Netflix, Inc. | 01/16/1999 | *Netflix Web Pages No. 1* | BB00013060 – 13063 |
| **65.** | | Netflix.com Featured DVDs for Saturday, January 17, 1999 | netflix.com archive.org | Netflix, Inc. | 01/17/1999 | *Netflix Web Pages No. 2* | BB00013064 – 13067 |
| **66.** | | www.netflix.htm Now with Over 3,200 DVDs to rent Tuesday, April 27, 1999 | netflix.com archive.org | Netflix, Inc. | 04/27/1999 | *Netflix Web Pages No. 3* | BB00013068 – 13070 |
| **67.** | | DVD Movie Rentals Come Online | Newsweek Business Information | Newsweek | 04/15/1998 | *Netflix Article No. 1* | BB00008580 – 8581 |
| **68.** | | First Online DVD Rental Store Opens: Netflix Site Offers Unprecedented Title Selection, Availability and Convenience | Business Wire | | 04/14/1998 | *Netflix Article No. 2*[3] | BB00008582 – 8584 |

---

[3] *Netflix "Web Pages Nos.1-3"* and *"Articles Nos.1-2"* are hereinafter referred to collectively as *"Netflix publications."*

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 69. | | Training Courses and Marketing Programs Exclusively For the Financial Industry | | BVS Performance Systems | | *BVS document No. 1* | Defendant's Exhibit 15 to Roy Karon Deposition |
| 70. | | Training Courses and Marketing Programs Exclusively For the Financial Industry | | BVS Performance Systems | | *BVS document No. 2* | Defendant's Exhibit 16 to Roy Karon Deposition |
| 71. | | BVS Performance Systems | | BVS Performance Systems | | *BVS document No. 3* | Defendant's Exhibit 17 to Roy Karon Deposition |
| 72. | | Training Service Agreement (blank) | | BVS Performance Systems | | *BVS document No. 4* | Defendant's Exhibit 18 to Roy Karon Deposition |
| 73. | | Money Back Training Service Agreement | | BVS Performance Systems | | *BVS document No. 5* | Defendant's Exhibit 19 to Roy Karon Deposition |
| 74. | | Library Service Course/Program Order Form | | BVS Performance Systems | | *BVS document No. 6* | Defendant's Exhibit 20 to Karon Deposition |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **75.** | | Subscription Agreement | | BVS Performance Systems | | *BVS document No. 7* | Defendant's Exhibit 21 to Roy Karon Deposition |
| **76.** | | Training Service Agreement (dated March 22, 1993) | | BVS Performance Systems | | *BVS document No. 8[4]* | Defendant's Exhibit 22 to Roy Karon Deposition |
| **77.** | | Cornerstone Networks Application for Business Internet Service | | | | *AudioQueue document No. 1* | Defendant's Exhibit 23 to Mark Ramm Deposition |
| **78.** | | Tape Rental Library's business records re: Gary Vardon | | Tape Rental Library | | *AudioQueue document No. 2* | Defendant's Exhibit 24 to Mark Ramm Deposition |
| **79.** | | Audio Cassettes | | Tape Rental Library | 1987 | *AudioQueue document No. 3* | Defendant's Exhibit 25 to Mark Ramm Deposition |

---

[4] "*BVS Documents Nos.1-8*" are hereinafter referred to collectively as "*BVS publications.*"

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 80. | | Audio Cassettes | | Tape Rental Library | 1988 | *AudioQueue document No. 4* | Defendant's Exhibit 26 to Mark Ramm Deposition |
| 81. | | Audio Cassettes | | Tape Rental Library | 1997 | *AudioQueue document No. 5* | Defendant's Exhibit 27 to Mark Ramm Deposition |
| 82. | | Audio Cassettes | | Tape Rental Library | 1995 | *AudioQueue document No. 6* | Defendant's Exhibit 28 to Mark Ramm Deposition |
| 83. | | Audio Cassettes | | Tape Rental Library | 1998 | *AudioQueue document No. 7* | Defendant's Exhibit 29 to Mark Ramm Deposition |
| 84. | | Tape Rental Library's business records re: Joe Bilello | | Tape Rental Library | | *AudioQueue document No. 8* | Defendant's Exhibit 30 to Mark Ramm Deposition |
| 85. | | Audio Cassettes | | Tape Rental Library | 1995 | *AudioQueue document No. 9* | Defendant's Exhibit 31 to Mark Ramm Deposition |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 86. | | Have You Heard the Best Idea For Maintaining Your Competitive Edge? | | Tape Rental Library | | *AudioQueue document No. 10* | Defendant's Exhibit 32 to Mark Ramm Deposition |
| 87. | | Have You Heard the Best Idea For Maintaining Your Competitive Edge? | | Tape Rental Library | | *AudioQueue document No. 11* | Defendant's Exhibit 33 to Mark Ramm Deposition |
| 88. | | Tape Rental Library's business records re: Joe Bilello | | Tape Rental Library | | *AudioQueue document No. 12* | Defendant's Exhibit 34 to Mark Ramm Deposition |
| 89. | | Tape Rental Library Information Just For You…On Video Cassette | | Tape Rental Library | | *AudioQueue document No. 13* | Defendant's Exhibit 35 to Mark Ramm Deposition |
| 90. | | Learning Is Easy…with audio-cassettes | | Tape Rental Library | | *AudioQueue document No. 14* | Defendant's Exhibit 36 to Mark Ramm Deposition |
| 91. | | Tape Rental Library's business records re: Category 4 Design | | Tape Rental Library | | *AudioQueue document No. 15* | Defendant's Exhibit 37 to Mark Ramm Deposition |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **92.** | | Tape Rental Library's business records re: web site | | Tape Rental Library | | *AudioQueue document No. 16* | Defendant's Exhibit 38 to Mark Ramm Deposition |
| **93.** | | Tape Rental Library's business records re: Patricia Boyd | | Tape Rental Library | | *AudioQueue document No. 17* | Defendant's Exhibit 39 to Mark Ramm Deposition |
| **94.** | | Tape Rental Library's business records re: Virginia L. Pearsall | | Tape Rental Library | | *AudioQueue document No. 18* | Defendant's Exhibit 40 to Mark Ramm Deposition |
| **95.** | | Tape Rental Library's business records re: James Kleiber | | Tape Rental Library | | *AudioQueue document No. 19* | Defendant's Exhibit 41 to Mark Ramm Deposition |
| **96.** | | AudioQueue: The Best Place for Audio Book Rentals | | Tape Rental Library | | *AudioQueue document No. 20*[5] | Defendant's Exhibit 42 to Mark Ramm Deposition |

---

[5] *AudioQueue "Brochure"*, "*Catalogs Nos.. 1-4*" and "*documents Nos. 1-20*" are hereinafter referred to collectively as "*AudioQueue publications.*"

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| 97. | | Book On Tape On-line Order Form | | Books On Tape | 1997 | *Books On Tape document No. 1* | Defendant's Exhibit 43 to Steven Kerrick Deposition |
| 98. | | Book On Tape On-archived pages from 1999 | | Books On Tape | 1999 | *Books On Tape document No. 2* | Defendant's Exhibit 44 to Steven Kerrick Deposition |
| 99. | | Book On Tape Help Desk | | Books On Tape | | *Books On Tape document No. 3* | Defendant's Exhibit 45 to Steven Kerrick Deposition |
| 100. | | Book On Tape home page | | Books On Tape | | *Books On Tape document No. 4* | Defendant's Exhibit 46 to Steven Kerrick Deposition |
| 101. | | More About B-O-T & Frequently Asked Questions | | Books On Tape | 1999 | *Books On Tape document No. 5* | Defendant's Exhibit 47 to Steven Kerrick Deposition |
| 102. | | Books On Tape computer source code – LE PCL.txt | | Books On Tape | 1998 | *Books On Tape document No. 6* | Defendant's Exhibit 48 to Steven Kerrick Deposition |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **103.** | | Books On Tape computer source code – ID 01.txt | | Books On Tape | 1997 | *Books On Tape document No. 7* | Defendant's Exhibit 49 to Steven Kerrick Deposition |
| **104.** | | Books On Tape computer source code – ID POST.txt | | Books On Tape | 1997 | *Books On Tape document No. 8* | Defendant's Exhibit 50 to Steven Kerrick Deposition |
| **105.** | | Books On Tape computer source code – DD 47.txt | | Books On Tape | 1998 | *Books On Tape document No. 9* | Defendant's Exhibit 51 to Steven Kerrick Deposition |
| **106.** | | Books On Tape computer source code – ID OKSAVE.txt | | Books On Tape | 1998 | *Books On Tape document No. 10* | Defendant's Exhibit 52 to Steven Kerrick Deposition |
| **107.** | | Books On Tape computer source code – ID USED.txt | | Books On Tape | 1998 | *Books On Tape document No. 11* | Defendant's Exhibit 53 to Steven Kerrick Deposition |
| **108.** | | Books On Tape computer source code – RC 01E.txt | | Books On Tape | 1998 | *Books On Tape document No. 12* | Defendant's Exhibit 54 to Steven Kerrick Deposition |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **109.** | | Books On Tape computer source code – ID CANCEL.txt | | Books On Tape | 1998 | *Books On Tape document No. 13* | Defendant's Exhibit 55 to Steven Kerrick Deposition |
| **110.** | | Books On Tape computer source code – SH 50.txt | | Books On Tape | 1998 | *Books On Tape document No. 14* | Defendant's Exhibit 56 to Steven Kerrick Deposition |
| **111.** | | Books On Tape computer source code – ID 07 OFF.txt | | Books On Tape | 1998 | *Books On Tape document No. 15* | Defendant's Exhibit 57 to Steven Kerrick Deposition |
| **112.** | | Books On Tape computer source code | | Books On Tape | | *Books On Tape source code*[6] | Flash drive produced at Steven Kerrick Deposition |
| **113.** | | A business opportunity when YOU in the starring role! | | Linda Verin | 1984 | *Pop*Card document No. 1* | Defendant's Exhibit 168 to Linda Verin Deposition |

---

[6] *Books On Tape "Web Pages Nos.1-2"*, "*document Nos.1-15*" and "*source code*" are hereinafter referred to collectively as "*Books On Tape publications*."

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **114.** | | Pop*Card video tape – February TV Ads | | Pop*Card | 1983 | *Pop*Card video No. 1* | Defendant's Exhibit 169 to Linda Verin Deposition |
| **115.** | | Pop*Card video tape – Spots & Donuts | | Pop*Card | 1983 | *Pop*Card video No. 2* | Defendant's Exhibit 170 to Linda Verin Deposition |
| **116.** | | Pop*Card video tape – Franchise Sales and Sales Seminar | | Pop*Card | 1984 | *Pop*Card video No. 3* | Defendant's Exhibit 171 to Linda Verin Deposition |
| **117.** | | Regional Reports: Central Region | Video Store | | Jan. 1985 | *Pop*Card document No. 2* | Defendant's Exhibit 172 to Linda Verin Deposition |
| **118.** | | Pop*Card Franchise Purchased | The Oklahoman | The Oklahoman | 07/22/1984 | *Pop*Card document No. 3* | Defendant's Exhibit 173 to Linda Verin Deposition |
| **119.** | | Finally, the No-Limit Video Tape Library! | The Oklahoman | The Oklahoman | 04/02/1982 | *Pop*Card document No. 4* | Defendant's Exhibit 174 to Linda Verin Deposition |

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **120.** | | Get the Best Seat in the House | The Oklahoman | The Oklahoman | 12/24/1984 | *Pop*Card document No. 5* | Defendant's Exhibit 175 to Linda Verin Deposition |
| **121.** | | Hurry! Free! Footloose Raiders of the Lost Ark Disney Gold Your Choice When You Join Pop*Card! The No-Limit Videotape Library for 90 Days! | The Oklahoman | The Oklahoman | 11/07/1984 | *Pop*Card document No. 6* | Defendant's Exhibit 176 to Linda Verin Deposition |
| **122.** | | Free! Cabbage Patch Doll | The Oklahoman | The Oklahoman | 05/25/1985 | *Pop*Card document No. 7* | Defendant's Exhibit 177 to Linda Verin Deposition |
| **123.** | | Free! Raiders of the Lost Ark! When You Join Pop*Card The No-Limit Videotape Library! | The Oklahoman | The Oklahoman | 12/09/1983 | *Pop*Card document No. 8* | Defendant's Exhibit 178 to Linda Verin Deposition |
| **124.** | | Belly? Then You Need Pop*Card The No-Limit Videotape Library | The Oklahoman | The Oklahoman | 05/20/1984 | *Pop*Card document No. 9[7]* | Defendant's Exhibit 179 to Linda Verin Deposition |

---

[7] *Pop*Card "Articles Nos.1-2"*, "*Ads Nos.1-6*", "*video Nos.1-3*" and "*document Nos.1-9*" are hereinafter referred to collectively as "*Pop*Card publications.*"

| | Author | Title/Description | Publication | Publisher | Date | Short Name | Bates Numbers |
|---|---|---|---|---|---|---|---|
| **125.** | | Summer Is Hot At BTL | News & Views | Business Training Library | Summer 1998 | *Business Training Library News Letter*[8] | BB01317414 |
| **126.** | | Membership Application Program Awards Gifts to Members-Sponsors | The Cine Club Viewer | Cine Club | | *Cine Club document No. 1* | BB01317415 |
| **127.** | | An Open Letter | | Cine Club | | *Cine Club document No. 2* | BB01317416 |
| **128.** | | Fast Track | | | | *Cine Club document No. 3* | BB01317417 |
| **129.** | | 'Terminator' Cheap | | | | *Cine Club document No. 4*[9] | BB01317418 |

[8]*Business Training Library "Web pages Set 1"* and *"News Letter"* are hereinafter referred to collectively as *"Business Training Library web pages."*
[9] *Cine Club "Articles Nos.1-5"*, *"Newsletter"*, *"Flyer"*, *"Ads.1-2"* and *"document Nos. 1-4"* are hereinafter referred to collectively as *"Cine Club publications."*