# BLOCKBUSTER'S FINAL INVALIDITY CONTENTIONS

## APRIL 11, 2007
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT C

### IDENTIFICATION OF PRIOR ART
### Prior Art Public Use, Public Knowledge, Sales and Offers for Sale[1]

| | Public Use | Person/Entity | Date of Use | Short Name |
|---|---|---|---|---|
| **1.** | Subscription-based video rental service with monthly fees that allowed a member to rent as many video cassettes as the member wanted (1 at a time) at no extra cost and keep them for as long as the member wanted without incurring late fees. | Multi-Video, Will Espin Charlotte, North Carolina | No later than July 1982 | *Multi-Video services*[2] |
| **2.** | Video rental service with membership programs that allowed a member to rent 1 or 2 video tapes at a time at no extra cost and keep them for as long as the member wanted, and, upon returning the tapes, the member could receive another 1 or 2 tapes in exchange. | Pop*Card, Linda Verin Oklahoma City, OK | No later than January 1985 | *Pop*Card services*[3] |

---

[1] Hereafter collectively "Public Use" or "Use."

[2] *"Multi-Video Article"* and *"Multi-Video services"* are hereinafter referred to collectively as *"Multi-Video."*

[3] *"Pop*Card publications"* and *"Pop*Card services"* are hereinafter referred to collectively as *"Pop*Card."*

925437_2.DOC

| | Public Use | Person/Entity | Date of Use | Short Name |
|---|---|---|---|---|
| **3.** | Subscription-based video rental service with monthly fees that allowed a member to rent as many video cassettes as the member wanted (1 at a time) at no additional charge. | Video Hit Parade Red Bank, NJ | No later than October 1985 | *Video Hit services*[4] |
| **4.** | Subscription-based video rental service with monthly fees that allowed a member to rent 3 to 7 videos at a time at no extra charge and keep them as long as the member wanted without incurring late fees. | Cine Club Video, Jacques-Henri Djian, Guy Desombre Manhattan, New York | No later than October 1985 | *Cine Club services*[5] |
| **5.** | Subscription-based audio and video tape rental service that allowed a member to rent 2 tapes at a time at no extra charge and keep them as long as the member wanted without incurring late fees. | AudioQueue, Duane Ramm, Mark Ramm Covesville, Virginia | No later than 1989 | *AudioQueue services*[6] |
| **6.** | Subscription-based financial training courses on computer readable disks, CR-ROMs and video tapes | Bankers Training & Consulting Co., Dean Pichee, Jean Dunaway | In the 1980s | *BTCC* |
| **7.** | Subscription-based audio book rental service with quarterly fees that allowed a member to rent 1 to 2 tapes at a time and keep them as long as the member wanted with no late fees. | Talking Book World, Richard Simtob Southfield, Michigan | No later than 1994 | *Talking Book World services*[7] |
| **8.** | Computer software for video rental services that had reservation features | Multipost Retail Systems, Harry Magerman | No later than 1995 | *Video Vendor services*[8] |

---

[4] *"Video Hit Article"* and *"Video Hit services"* are hereinafter referred to collectively as *"Video Hit."*
[5] *"Cine Club publication"* and *"Cine Club services"* are hereinafter referred to collectively as *"Cine Club."*
[6] *"AudioQueue publication"* and *"AudioQueue services"* are hereinafter referred to collectively as *"AudioQueue."*
[7] *"Talking Book World Article"* and *"Talking Book World services"* are hereinafter referred to collectively as *"TBW."*
[8] *"Video Vendor User Manual"* and *"Video Vendor services"* are hereinafter referred to collectively as *"Video Vendor."*

925437_2.DOC

| | Public Use | Person/Entity | Date of Use | Short Name |
|---|---|---|---|---|
| **9.** | Online vehicle rental service with features allowing users to select vehicles and make reservations online | Avis Rent A Car | No later than May 1996 | *Avis services*[9] |
| **10.** | Video rental store that offered subscription plan (3 out at a time with flat monthly fee) | Campus Video, Charles Annable Oberlin, Ohio | No later than 1996 | *Campus Video services*[10] |
| **11.** | Book rental services that features an ordered list for customers to indicate the order of receiving their desired books | Books on Tape, Duvall Hecht, Ron Pravell | No late than February 1997 | *Books on Tape services*[11] |
| **12.** | Business training library service that allows members to subscribe to pay a period fee and obtain up to 5 programs at a time and keep them as long as they want and return them for exchange of new programs | Business Training Library St. Louis, Missouri | No later than April 1998 | *Business Training Library services*[12] |
| **13.** | Bankers training program service that allows subscribers to obtain a limited number of programs at a time and keep them as long as they want and return them for exchange of new programs | BVS Performance Systems Cedar Rapids, Iowa | No later than April 1998 | *BVS services*[13] |
| **14.** | TV broadcast program storage, distribution and retrieval functions | TiVo | No later than March 1999 | *TiVo services*[14] |
| **15.** | Online DVD rental services provided by Netflix | Netflix Inc. | No later than April 27, 1999 | *Netflix service*[15] |

[9] *"Avis publication"* and *"Avis services"* are hereinafter referred to collectively as *"Avis."*

[10] *"Campus Video Article"* and *"Campus Video services"* are hereinafter referred to collectively as *"Campus Video."*

[11] *"Books On Tape publications"* and *"Books on Tape services"* are hereinafter referred to collectively as *"BOT."*

[12] *"Business Training Library Web Pages"* and *"Business Training Library services"* are hereinafter referred to collectively as *"BTL."*

[13] *"BVS Publications"* and *"BVS services"* are hereinafter referred to collectively as *"BVS."*

[14] *"TiVo publications"* and *"TiVo services"* are hereinafter referred to collectively as *"TiVo."*

[15] *"Netflix publications"* and *"Netflix services"* are hereinafter referred to collectively as *"Netflix."*

925437_2.DOC