# BLOCKBUSTER'S FINAL INVALIDITY CONTENTION

## APRIL 11, 2007
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT G

### CLAIM CHART
### (Claims 1 through 13)

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| Claim 1 | |
| A computer-implemented method for renting movies to customers, the method comprising: | 1[1].<br>*Siefert* '526: Figs. 6-12, 55-60. col. 10, ln. 5 – col. 11, ln. 19, col. 18, ln. 34-col. 19, ln. 20[2].<br><br>*Reference Guide*: pp. 115, 127, 135, 163-169 and 177.<br>*Functional Requirements*: C.01, C.02, C.05, C.06 and C.08.<br>*Maxcess*: pp1-2.<br>*Sirsi*: pp. 242-245.<br>*Auto Librarian*: Figs. 1-22, pp. 235-238.<br><br>*Yoshida*: Figs. 1, 8a, 8b, 8c, 8d and 9, col. 6, ln. 24 – col. 7, ln. 11; col. 10, ln. 13 – col. 14, ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, ln. 24 – col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a, 4b, 6, 7a and 7b, col. 4. ln. 35 – col. 9, ln. 42. |

---

[1] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.

[2] The specific citation to a portion of a reference is provided to indicate that it is Blockbuster's present knowledge or belief that the cited portion contains invalidating prior art, which shall not be construed as to suggest that it is the only portion that contains invalidating prior art.

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Crook*: Figs. 1 and 15, col. 4, lns. 15-63, col. 8, ln. 66-col. 10, ln. 36. *Isobe*: Figs. 1, 2, 5 and 6, col. 1, ln. 63 – col. 4, ln. 5. <br><br> *Burks*: Fig. 2-6, col. 7, ln. 51 – col. 21, ln. 63. *Hironori*: Fig.1, para. 0011 - 0017. *Subler*: Figs. 2-3, col. 5, ln. 35 – col. 10, ln. 41. *Bradley*: Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25. <br><br> *Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30. *Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35. *Saigh*: Fig. 9, col. 11, l. 18 – col. 12. ln. 67. *Ginter*: Fig. 72A-D, col. 263, ln. 10 – col. 264, ln. 42. <br><br> *Cook*: Fig. 1, col. 4, ln. 8 – col. 7, ln. 45. *Fein*: Figs. 6A-6D, col. 5, ln. 1 – col. 10, ln. 19. *Leason*: Figs. 1, 2A and 5A, col. 5, ln. 26 – col. 11. ln. 48. *Video Vendor Services, Video Vendor Manual*, pp. 20-21 <br><br> *Multi Video Services*. *Pop\*Card Services* *Video Hit Services* *Cine Club Services* *Campus Video Services* <br><br> *AudioQueue Services, AudioQueue Catalog No. 1*, p. 65. *AudioQueue document Nos. 1-20* *BVS services, BVS document Nos. 1-8* *Books On Tape document Nos. 1-15 and source code* *Pop\*Card document Nos. 1-9 and video Nos. 1-3* *BTCC* *Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*Avis Services, Avis 1997 Web Pages*, pp. BB00011942-47.<br>*TiVo Services, TiVo Report*, pp. 38-41.<br>*Netflix Services, Netflix Web Pages No. 1*, pp. BB00013060-63. |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 1a.<br>*Siefert '526*: Figs. 6-12, col. 10, ln. 5 – col. col. 11, ln. 19.<br><br>*Reference Guide*: pp. 115, 177.<br>*Functional Requirements*: C.01, C.02, C.05 and C.06.<br>*Maxcess*: pp1-2.<br>*Sirsi*: pp. 243-244.<br>*Auto Librarian*: Figs. 1 and 2, pp. 235-238.<br><br>*Yoshida*: Figs. 1, 8a, 8b and 9, col. 6, ln. 24 – col. 7, ln. 11; col. 10, ln. 13 – col. 14, ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, ln. 24 – col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a and 4b, col. 4. ln. 35 – col. 8, ln. 4.<br>*Crook*: Fig. 1, col. 4, lns. 15-63.<br>*Isobe*: Figs. 1 and 6, col. 1, ln. 63 – col. 4, ln. 5.<br><br>*Burks*: Fig. 2-6, col. 7, ln. 51 – col. 21, ln. 63.<br>*Hironori*: Fig.1, para. 0011 - 0017.<br>*Subler*: Figs. 2-3, col. 5, ln. 35 – col. 10, ln. 41.<br>*Bradley*: Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25.<br><br>*Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35.<br>*Saigh*: Fig. 9, col. 11, l. 18 – col. 12. ln. 67. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Ginter*: Fig. 72A-C, col. 263, ln. 10 – col. 264, ln. 42. <br><br> *Cook*: Fig. 1, col. 4, ln. 8 – col. 7, ln. 45. <br> *Fein*: Figs. 6A-6D, col. 5, ln. 1 – col. 10, ln. 19. <br> *Leason*: Figs. 2A and 5A, col. 5, ln. 26 – col. 11. ln. 48. <br> *Video Vendor Services, Video Vendor Manual*, pp. 20-21 <br><br> *AudioQueue Services, AudioQueue Catalog No. 1*, p. 65. <br> *AudioQueue document Nos. 1-20* <br> *BVS document Nos. 1-8* <br> *Books On Tape document Nos. 1-15 and source code* <br> *Pop\*Card document Nos. 1-9 and video Nos. 1-3* <br> *BTCC* <br> *Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. <br> *Talking Book World Services, Talking Book World Article*, pp 1-2 <br> *Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46. <br><br> *Avis Services, Avis 1997 Web Pages*, pp. BB00011942-47. <br> *TiVo Services, TiVo Report,* pp. 38-41. <br> *Netflix Services, Netflix Web Pages No. 1*, pp. BB00013060-63. |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | 1b. <br> *Siefert '526*: Figs. 55-60, col. 18, ln. 34 – col. 19, ln. 20. <br><br> *Reference Guide*: pp. 127, 135 and 163-169. <br> *Functional Requirements*: C.08. <br> *Maxcess*: p 2. <br> *Sirsi*: pp.242-245. <br> *Auto Librarian*: Figs. 1-22, pp. 235-236. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Koya*: Figs. 6, 7a and 7b, col. 8, ln. 22 – col. 9, ln. 42. <br> *Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63 – col. 4, ln. 5. <br><br> *Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30. <br> *Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35. <br> *Saigh*: Fig. 9, col. 11, ln. 18 – col. 12, ln. 67. <br> *Ginter*: Fig. 72C, col. 263, ln. 10 – col. 264, ln. 42. <br><br> *Cook*: Fig. 1, col. 4, ln. 8 – col. 7, ln. 45. <br> *Leason*: Figs. 1, 2A and 5A, col. 5, ln. 26 – col. 11, ln. 48. <br> *Subler*: Fig. 17, col. 13, ln. 20 – col. 14, ln. 37. <br><br> *AudioQueue Services, AudioQueue Catalog No. 1*, p. 65. <br> *AudioQueue documents No. 8 (last page), 10 (page BB00012233), 11 (fourth page), 16 (last page) and 19 (last page)* <br> *Books On Tape document No. 1 (page BB00012212)* <br> *BVS documents Nos. 1 (page KAR00000005), 6 and 7* <br> *BTCC* <br> *Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. <br> *Talking Book World Services, Talking Book World Article*, pp 1-2 <br> *Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46. <br> *Video Vendor Services, Video Vendor User Manual*, pp. 20-21 |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list; | 1c. <br> *Siefert '526*: Figs. 39-40, col. 17, ln. 13-23. <br><br> *Reference Guide*: pp. 121, 181, 192. <br> *Functional Requirements*: C.06. <br> *Maxcess*: pp1-2. <br> *Sirsi*: pp.244-245. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Auto Librarian*: Figs. 4 and 5, pp. 240-243. |
| | *Yoshida*: Figs. 1, 8c and 8d, col. 6, ln. 24 – col. 7, ln. 11; col. 10, ln. 34 – col. 12, ln. 51. |
| | *Kuriyama*: Fig. 7, col. 4, lns. 24-35. |
| | *Koya*: Figs. 1a, 6, 7a and 7b, col. 4, ln. 35 – col. 5, ln. 45; col. 8, ln. 22 – col. 9, ln. 42. |
| | *Crook*: Figs. 1 and 15, col. 4, lns. 15 – 63; col. 8, ln. 66 – col. 10, ln. 36. |
| | *Isobe*: Figs. 1, 2, 5 and 6, col. 1, ln. 63 – col. 4, ln. 5. |
| | *Subler*: Fig. 17, col. 13, ln. 20 – col. 14, ln. 37. |
| | *Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30. |
| | *Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35. |
| | *Saigh*: Fig. 9, col. 11, ln. 18 – col. 12, ln. 67. |
| | *Ginter*: Fig. 72D, col. 263, ln. 10 – col. 264, ln. 42. |
| | *Cook*: Fig. 1, col. 4, ln. 8 – col. 7, ln. 45. |
| | *Leason*: Figs. 1, 2A and 5A, col. 5, ln. 26 – col. 11, ln. 48. |
| | *Multi Video Services* |
| | *Pop\*Card Services* |
| | *Video Hit Services* |
| | *Cine Club Services* |
| | *Campus Video Services* |
| | *Video Vendor Services, Video Vendor User Manual*, pp. 20-21 |
| | *AudioQueue Services, AudioQueue Catalog No. 1*, p. 65. |
| | *AudioQueue documents No. 8 (last page), 10 (page BB00012233), 11 (fourth page), 16 (last page) and 19 (last page)* |
| | *Books On Tape document No. 1 (page BB00012212)* |
| | *BVS documents Nos. 1 (page KAR00000005), 6 and 7* |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13,<br>*Books on Tape Web Pages No. 2*, pp. BB00013037-46. |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; | 1d.<br>*Siefert '526*: Figs. 58-60, col. 18, ln. 34 – col. 19, ln. 20.<br><br>*Reference Guide*: pp. 127, 135, and 163-169.<br>*Functional Requirements*: C.08.<br>*Maxcess*: p. 2.<br>*Sirsi*: pp.242-245.<br>*Auto Librarian*: Figs. 4 and 5, pp. 240-243.<br><br>*Yoshida*: Figs. 1, 8c and 8d, col. 6, ln. 24 – col. 7, ln. 11; col. 10, ln. 34 – col. 12, ln. 51.<br>*Kuriyama*: Fig. 7, col. 4, lns. 24-35.<br>*Koya*: Figs. 1a, 6, 7a and 7b, col. 4, ln. 35 – col. 5, ln. 45; col. 8, ln. 22 – col. 9, ln. 42.<br>*Crook*: Figs. 1 and 15, col. 4, lns. 15 – col. 10, ln. 36.<br>*Isobe*: Figs. 1, 2, 5 and 6, col. 1, ln. 63 – col. 4, ln. 5.<br><br>*Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35.<br>*Saigh*: Fig. 9, col. 11, ln. 18 – col. 12, ln. 67.<br>*Ginter*: Fig. 72D, col. 263, ln. 10 – col. 264, ln. 42.<br><br>*Cook*: Fig. 1,: col. 4, ln. 8 – col. 7, ln. 45.<br>*Leason*: Figs. 1, 2A and 5A, col. 5, ln. 26 – col. 11, ln. 48.<br>*Subler*: Fig. 17, col. 13, ln. 20 – col. 14, ln. 37. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | *AudioQueue Services, AudioQueue Catalog No. 1*, p. 65. *AudioQueue documents No. 8 (last page), 10 (page BB00012233), 11 (fourth page), 16 (last page) and 19 (last page)* *Books On Tape document No. 1 (page BB00012212)* *BVS documents Nos. 1 (page KAR00000005), 6 and 7* *BTCC* *Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. *Talking Book World Services, Talking Book World Article*, pp 1-2 *Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46. *Video Vendor Services, Video Vendor User Manual*, pp. 20-21 |
| and in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | 1e. *Siefert* '526: Figs. 58-60 col. 18, ln. 34 – col. 19, ln. 20. *Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30. *Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35. *Saigh*: Fig. 9, col. 11, ln. 18 – col. 12, ln. 67. *Ginter*: Fig. 72D, col. 263, ln. 10 – col. 264, ln. 42. *Cook*: Fig. 1, col. 4, ln. 8 – col. 7, ln. 45. *Video Vendor Services, Video Vendor User Manual*, pp. 20-21 *AudioQueue Services, AudioQueue Catalog No. 1*, p. 65. *AudioQueue documents No. 8 (last page), 10 (page BB00012233), 11 (fourth page), 16 (last page) and 19 (last page)* *Books On Tape document No. 1 (page BB00012212)* *BVS documents Nos. 1 (page KAR00000005), 6 and 7* *BTCC* *Business Training Library Services, Business Training Library Web Pages*, pp. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13,<br>*Books on Tape Web Pages No. 2*, pp. BB00013037-46. |
| **Claim 2** | |
| A computer-implemented method as recited in claim 1, | 2.  *See* Contention 1. |
| wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | 2a.<br>*Siefert* '526: Figs. 55-60, col. 18, ln. 34-col. 19, ln. 20<br><br>*Cook*: Fig. 1, col. 4, ln. 8-col. 7, ln. 45<br><br>*Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35.<br>*Saigh*: Fig. 9, col. 11, ln. 18 – col. 12, ln. 67.<br>*Ginter*: Fig. 72D, col. 263, ln. 10 – col. 264, ln. 42.<br><br>*AudioQueue Services*<br>*AudioQueue documents No. 8 (last page), 10 (page BB00012233), 11 (fourth page), 16 (last page) and 19 (last page)*<br>*Books On Tape document No. 1 (page BB00012212)*<br>*BVS documents Nos. 1 (page KAR00000005), 6 and 7*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Services*<br>*Video Vendor Services, Video Vendor User Manual*, pp. 20-21 |
| **Claim 3** | |
| A computer-implemented method as | 3.  *See* Contention 1. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| recited in claim 1, | |
| wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | 3a.<br>*Siefert* '526: Figs. 55-60, col. 18, ln. 34-col. 19, ln. 20<br><br>*Cook*: Fig. 1, col. 4, ln. 8-col. 7, ln. 45<br><br>*Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35.<br>*Saigh*: Fig. 9, col. 11, ln. 18 – col. 12, ln. 67.<br>*Ginter*: Fig. 72D, col. 263, ln. 10 – col. 264, ln. 42.<br><br>*AudioQueue Services*<br>*AudioQueue documents No. 8 (last page), 10 (page BB00012233), 11 (fourth page), 16 (last page) and 19 (last page)*<br>*Books On Tape document No. 1 (page BB00012212)*<br>*BVS documents Nos. 1 (page KAR00000005), 6 and 7*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Services*<br><br>*Video Vendor Services, Video Vendor User Manual*, pp. 20-21 |
| Claim 4 | |
| A computer-implemented method as recited in claim 1, | 4. *See* Contention 1. |
| wherein updating the movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | 4a.<br>*Siefert* '526: Figs. 55-60, col. 18, ln. 34-col. 19, ln. 20<br><br>*Cook*: Fig. 1, col. 4, ln. 8-col. 7, ln. 45 |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35.<br>*Saigh*: Fig. 9, col. 11, ln. 18 – col. 12, ln. 67.<br>*Ginter*: Fig. 72D, col. 263, ln. 10 – col. 264, ln. 42.<br><br>*AudioQueue Services*<br>*AudioQueue documents No. 8 (last page), 10 (page BB00012233), 11 (fourth page), 16 (last page) and 19 (last page)*<br>*Books On Tape document No. 1 (page BB00012212)*<br>*BVS documents Nos. 1 (page KAR00000005), 6 and 7*<br>*BTCC*<br>*Business Training Library Services*<br>*Talking Book World Services*<br>*Books on Tape Services*<br><br>*Video Vendor Services, Video Vendor User Manual*, pp. 20-21 |
| **Claim 5** | |
| A computer-implemented method as recited in claim 1, | 5. *See* Contention 1. |
| wherein the two or more movies for renting to the customer are selected by the customer. | 5a.<br>*Siefert '526*: Figs. 6-12, col. 10, ln. 5-col. 11, ln. 19.<br><br>*Reference Guide*: pp. 115, 177.<br>*Functional Requirements*: C.01, C.02, C.05 and C.06.<br>*Maxcess*: pp1-2.<br>*Sirsi*: pp. 243-244.<br>*Auto Librarian*: Figs. 1 and 2, pp. 235-238.<br><br>*Yoshida*: Figs. 1, 8a, 8b and 9, col. 6, ln. 24 – col. 7, ln. 11; col. 10, ln. 13 – col. 14, |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, ln. 24 – col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a and 4b, col. 4. ln. 35 – col. 8, ln. 4.<br>*Crook*: Fig. 1, col. 4, lns. 15-63.<br>*Isobe*: Figs. 1 and 6, col. 1, ln. 63 – col. 4, ln. 5.<br><br>*Burks*: Fig. 2-6, col. 7, ln. 51 – col. 21, ln. 63.<br>*Hironori*: Fig.1, para. 0011 - 0017.<br>*Subler*: Figs. 2-3, col. 5, ln. 35 – col. 10, ln. 41.<br>*Bradley*: Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25.<br><br>*Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35.<br>*Saigh*: Fig. 9, col. 11, l. 18 – col. 12. ln. 67.<br>*Ginter*: Fig. 72A-C, col. 263, ln. 10 – col. 264, ln. 42.<br><br>*Cook*: Fig. 1, col. 4, ln. 8 – col. 7, ln. 45.<br>*Fein*: Figs. 6A-6D, col. 5, ln. 1 – col. 10, ln. 19.<br>*Leason*: Figs. 2A and 5A, col. 5, ln. 26 – col. 11. ln. 48.<br>*Video Vendor Services, Video Vendor Manual*, pp. 20-21<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147.<br>*Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*AudioQueue document Nos. 1-20*<br>*BVS services, BVS document Nos. 1-8*<br>*Books On Tape document Nos. 1-15 and source code*<br>*Pop\*Card document Nos. 1-9 and video Nos. 1-3* |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13,<br>*Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*Netflix Services, Netflix Web Pages No. 1*, pp. BB00013060-63. |
| **Claim 6** | |
| A computer-implemented method as recited in claim 1, | 6. *See* Contention 1. |
| further comprising determining the order of the two or more movies based upon one or more preferences of the customer. | 6a.<br>*Siefert '526*: Figs. 6-12, col. 10, ln. 5-col. 11, ln. 19.<br><br>*Reference Guide*: pp. 115, 177.<br>*Functional Requirements*: C.01, C.02, C.05 and C.06.<br>*Maxcess*: pp1-2.<br>*Sirsi*: pp. 243-244.<br>*Auto Librarian*: Figs. 1 and 2, pp. 235-238.<br><br>*Yoshida*: Figs. 1, 8a, 8b and 9, col. 6, ln. 24 – col. 7, ln. 11; col. 10, ln. 13 – col. 14, ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, ln. 24 – col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a and 4b, col. 4. ln. 35 – col. 8, ln. 4.<br>*Crook*: Fig. 1, col. 4, lns. 15-63.<br>*Isobe*: Figs. 1 and 6, col. 1, ln. 63 – col. 4, ln. 5.<br><br>*Burks*: Fig. 2-6, col. 7, ln. 51 – col. 21, ln. 63.<br>*Hironori*: Fig.1, para. 0011 - 0017.<br>*Subler*: Figs. 2-3, col. 5, ln. 35 – col. 10, ln. 41.<br>*Bradley*: Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35.<br>*Saigh*: Fig. 9, col. 11, l. 18 – col. 12. ln. 67.<br>*Ginter*: Fig. 72A-C, col. 263, ln. 10 – col. 264, ln. 42.<br><br>*Cook*: Fig. 1, col. 4, ln. 8 – col. 7, ln. 45.<br>*Fein*: Figs. 6A-6D, col. 5, ln. 1 – col. 10, ln. 19.<br>*Leason*: Figs. 2A and 5A, col. 5, ln. 26 – col. 11. ln. 48.<br>*Video Vendor Services, Video Vendor Manual*, pp. 20-21<br><br>*Multi Video Services*<br>*Pop\*Card Services*<br>*Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services*<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*AudioQueue document Nos. 1-20*<br>*BVS services, BVS document Nos. 1-8*<br>*Books On Tape document Nos. 1-15 and source code*<br>*Pop\*Card document Nos. 1-9 and video Nos. 1-3*<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*Netflix Services, Netflix Web Pages No. 1*, pp. BB00013060-63. |
| Claim 7 | |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| A computer-implemented method as recited in claim 1, | 7. *See* Contention 1. |
| wherein the delivery of the selected movie comprises delivery by mail. | 7a.<br>*Siefert* '526: col. 14, ln. 25-col. 15, ln. 36.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*AudioQueue document Nos. 1-20*<br>*BVS services, BVS document Nos. 1-8*<br>*Books On Tape document Nos. 1-15 and source code*<br>*Pop\*Card document Nos. 1-9 and video Nos. 1-3*<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*Netflix Services.* |
| Claim 8 | |
| A computer-implemented method as recited in claim 1, | 8. *See* Contention 1. |
| wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | 8a.<br>*Siefert* '526: col. 14, ln. 25-col. 15, ln. 36.<br>*Subler*: Figs. 1-5, col. 4, ln. 12–col. 10, ln. 53.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*AudioQueue document Nos. 1-20*<br>*BVS services, BVS document Nos. 1-8*<br>*Books On Tape document Nos. 1-15 and source code* |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | *Pop\*Card document Nos. 1-9 and video Nos. 1-3*<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*Netflix Services.* |
| **Claim 9** | |
| A computer-implemented method as recited in claim 1, | 9.  *See* Contention 1. |
| wherein the delivery criteria comprises receipt of the movie by mail. | 9a.<br>*Reference Guide*: pp. 61, 115, 121-123, 177, 181, 192<br>*Functional Requirements*: C.01, C.02, C.04, C.05 and C.06.<br>*Maxcess*: pp1-3.<br>*Sirsi*: pp.243-246.<br>*Auto Librarian*: Figs. 1, 2, 3 and 4, pp. 235-243.<br><br>*Ginter*: Fig. 72C, col. 263, ln. 49–col. 264, ln. 27.<br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*AudioQueue document Nos. 1-20*<br>*BVS services, BVS document Nos. 1-8*<br>*Books On Tape document Nos. 1-15 and source code*<br>*Pop\*Card document Nos. 1-9 and video Nos. 1-3*<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
|  | BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13,<br>*Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*Netflix Services.* |
| **Claim 10** | |
| A computer-implemented method as recited in claim 1, | 10.  *See* Contention 1. |
| wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | 10a.<br>*Reference Guide*: pp. 61, 123, 192.<br>*Functional Requirements*: C.04.<br>*Maxcess*: pp. 1-3.<br>*Sirsi*: pp.244-246.<br>*Auto Librarian*: Figs. 3 and 4, pp. 235-243.<br><br>*Yoshida*: e.g. Figs. 1, 8c and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 34–col. 14, ln. 14.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–35; col, 5, ln. 13–col. 6, ln. 64.<br>*Koya*: Figs. 1a and 6, col. 4, ln. 35–col. 5, ln. 45; col. 8, lns. 22–30.<br>*Crook*: Figs. 2-12, col. 4, ln. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2 and 5, col. 1, ln. 63–col. 4, ln. 5.<br><br>*Ginter*: Fig. 72C, col. 263, ln. 49–col. 264, ln. 27.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11.<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*AudioQueue document Nos. 1-20*<br>*BVS services, BVS document Nos. 1-8*<br>*Books On Tape document Nos. 1-15 and source code*<br>*Pop\*Card document Nos. 1-9 and video Nos. 1-3*<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46. |
| **Claim 11** | |
| A method as recited in claim 1, | 11. *See* Contention 1. |
| wherein the other electronic digital information indicates one or more delivery criteria being satisfied. | 11a.<br>*Siefert '526*: Figs. 6-12, col. 10, ln. 5 – col. col. 11, ln. 19.<br><br>*Reference Guide*: pp. 115, 177.<br>*Functional Requirements*: C.01, C.02, C.05 and C.06.<br>*Maxcess*: pp1-2.<br>*Sirsi*: pp. 243-244.<br>*Auto Librarian*: Figs. 1 and 2, pp. 235-238.<br><br>*Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35.<br>*Saigh*: Fig. 9, col. 11, l. 18 – col. 12. ln. 67.<br>*Ginter*: Fig. 72A-C, col. 263, ln. 10 – col. 264, ln. 42. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Bradley*: Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25. <br><br> *AudioQueue Services, AudioQueue Catalog No. 1*, p. 65. <br> *AudioQueue document Nos. 1-20* <br> *BVS services, BVS document Nos. 1-8* <br> *Books On Tape document Nos. 1-15 and source code* <br> *Pop\*Card document Nos. 1-9 and video Nos. 1-3* <br> *BTCC* <br> *Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. <br> *Talking Book World Services, Talking Book World Article*, pp 1-2 <br> *Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46. <br><br> *Netflix Services* |
| **Claim 12** | |
| A method as recited in claim 1, | 12. *See* Contention 1. |
| wherein the other electronic digital information comprises one or more selection criteria. | 12a. <br> *Siefert '526*: Figs. 6-12, col. 10, ln. 5 – col. col. 11, ln. 19. <br><br> *Reference Guide*: pp. 115, 177. <br> *Functional Requirements*: C.01, C.02, C.05 and C.06. <br> *Maxcess*: pp1-2. <br> *Sirsi*: pp. 243-244. <br> *Auto Librarian*: Figs. 1 and 2, pp. 235-238. <br><br> *Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30. <br> *Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35. <br> *Saigh*: Fig. 9, col. 11, l. 18 – col. 12. ln. 67. |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Ginter*: Fig. 72A-C, col. 263, ln. 10 – col. 264, ln. 42. <br><br> *Bradley*: Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25. <br><br> *AudioQueue Services, AudioQueue Catalog No. 1*, p. 65. <br> *AudioQueue document Nos. 1-20* <br> *BVS services, BVS document Nos. 1-8* <br> *Books On Tape document Nos. 1-15 and source code* <br> *Pop\*Card document Nos. 1-9 and video Nos. 1-3* <br> *BTCC* <br> *Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. <br> *Talking Book World Services, Talking Book World Article*, pp 1-2 <br> *Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46. <br><br> *Netflix Services* |
| **Claim 13** | |
| A method as recited in claim 1, | 13.  *See* Contention 1. |
| wherein the movies comprise any of motion pictures, television series, documentaries, cartoons, music videos, video recordings of concert performances, instructional programs, and educational programs. | 13a. <br> *Siefert '526*: Figs. 1B, 6-12, 55-60, col. 5, ln. 9-36, col. 10, ln. 5 – col. 11, ln. 19, col. 18, ln. 34-col. 19, ln. 20[3]. <br><br> *Reference Guide*: pp. 115, 127, 135, 163-169 and 177. <br> *Functional Requirements*: C.01, C.02, C.05, C.06 and C.08. <br> *Maxcess*: pp1-2. <br> *Sirsi*: pp. 242-245. |

---

[3] The specific citation to a portion of a reference is provided to indicate that it is Blockbuster's present knowledge or belief that the cited portion contains invalidating prior art, which shall not be construed to suggest that it is the only portion that contains invalidating prior art.

| Elements of Claims 1 through 13 | Prior Art Disclosure |
|---|---|
| | *Auto Librarian*: Figs. 1-22, pp. 235-238.<br><br>*Yoshida*: Figs. 1, 8a, 8b, 8c, 8d and 9, col. 6, ln. 24 – col. 7, ln. 11; col. 10, ln. 13 – col. 14, ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, ln. 24 – col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a, 4b, 6, 7a and 7b, col. 4. ln. 35 – col. 9, ln. 42.<br>*Crook*: Figs. 1 and 15, col. 4, lns. 15-63, col. 8, ln. 66-col. 10, ln. 36.<br>*Isobe*: Figs. 1, 2, 5 and 6, col. 1, ln. 63 – col. 4, ln. 5.<br><br>*Bradley*: Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25.<br><br>*Morales*: Fig. 6, col. 7, ln. 32 – col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51 – col. 35, ln. 36; col. 38, lns. 5-35.<br>*Saigh*: Fig. 9, col. 11, l. 18 – col. 12. ln. 67.<br>*Ginter*: Fig. 72A-D, col. 263, ln. 10 – col. 264, ln. 42.<br><br>*Multi Video Services.*<br>*Pop\*Card Services*<br>*Video Hit Services*<br>*Cine Club Services*<br>*Campus Video Services*<br>*Video Vendor Services*<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*AudioQueue document Nos. 1-20*<br>*BVS services, BVS document Nos. 1-8*<br>*Books On Tape document Nos. 1-15 and source code*<br>*Pop\*Card document Nos. 1-9 and video Nos. 1-3*<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2 |

| Elements of Claims 1 through 13 | Prior Art Disclosure |
| --- | --- |
| | *Books on Tape Services, Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*TiVo Services, TiVo Report,* pp. 38-41.<br>*Netflix Services, Netflix Web Pages No. 1*, pp. BB00013060-63. |