# BLOCKBUSTER'S FINAL INVALIDITY CONTENTION

## APRIL 11, 2007
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT H

### CLAIM CHART
### (Claims 14 through 23)

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| Claim 14 | |
| A computer-implemented method for renting movies to customers, the method comprising: | 14. *See* Contention 1. |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 14a. *See* Contention 1a. |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | 14b. *See* Contention 1b. |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list, | 14c. *See* Contention 1c. |
| wherein the customer is not required to return the movies within a specified time associated with delivery; | 14d. *Multi Video Services, Multi Video Article*, pp. 22-23. |

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| | *Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147. *Video Hit Services, Video Hit Article*, p. 9. *Cine Club Services, Cine Club Article No. 1*, p. 8. *Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*BVS services*<br>*Books On Tape services*<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; | 14e. *See* Contention 1d. |
| and in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | 14f. *See* Contention 1e. |
| Claim 15 | |
| A computer-implemented method as recited in claim 14, | 15. *See* Contention 14. |
| wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | 15a. *See* Contention 2a. |
| Claim 16 | |
| A computer-implemented method as recited in claim 14, | 16. *See* Contention 14. |
| wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | 16a. *See* Contention 3a. |

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| Claim 17 | |
| A computer-implemented method as recited in claim 14, | 17. *See* Contention 14. |
| wherein updating the movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | 17a. *See* Contention 4a. |
| Claim 18 | |
| A computer-implemented method as recited in claim 14, | 18. *See* Contention 14. |
| wherein the two or more movies for renting to the customer are selected by the customer. | 18a. *See* Contention 5a. |
| Claim 19 | |
| A computer-implemented method as recited in claim 14, | 19. *See* Contention 14. |
| further comprising determining the order of the two or more movies based upon one or more preferences of the customer. | 19a. *See* Contention 6a. |
| Claim 20 | |
| A computer-implemented method as recited in claim 14, | 20. *See* Contention 14. |
| wherein the delivery of the selected movie comprises delivery by mail. | 20a. *See* Contention 7a. |
| Claim 21 | |
| A computer-implemented method as recited in claim 14, | 21. *See* Contention 14. |
| wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | 21a. *See* Contention 8a. |
| Claim 22 | |
| A computer-implemented method as recited in claim 14, | 22. *See* Contention 14. |

| Elements of Claims 14 through 23 | Prior Art Disclosure |
|---|---|
| wherein the delivery criteria comprises receipt of the movie by mail. | 22a.  *See* Contention 9a. |
| Claim 23 | |
| A computer-implemented method as recited in claim 14, | 23.  *See* Contention 14. |
| wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | 23a.  *See* Contention 10a. |