# BLOCKBUSTER'S FINAL INVALIDITY CONTENTION
## APRIL 11, 2007
## U.S. PATENT NO. 7,024,381 B1

### EXHIBIT J

### CLAIM CHART
**(Claims 34 through 43)**

| Elements of Claims 34 through 43 | Prior Art Disclosure |
|---|---|
| Claim 34 | |
| A computer-implemented method for renting movies to customers, the method comprising: | 34. *See* Contention 1. |
| establishing over the Internet a rental agreement with a customer that provides for charging the customer a periodic fee; | 34a. *See* Contention 1a. |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 34b. *See* Contention 1b. |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | 34b. *See* Contention 1b. |

| | |
|---|---|
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list; | 34c. *See* Contention 1c. |
| in response to one or more delivery criteria being satisfied, if the customer is current on the periodic fee, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; | 34d. *See* Contention 1d, *and*<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop\*Card Services, Pop\*Card Article No. 1*, pp. 146-147.<br>*Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*BVS services*<br>*Books On Tape services*<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51. |
| and in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | 34e. *See* Contention 1e. |
| Claim 35 | |
| A computer-implemented method as recited in claim 34, | 35. *See* Contention 34. |
| wherein updating the movie rental queue comprises changing the order of the two or more movies for renting to the customer. | 35a. *See* Contention 2a. |
| Claim 36 | |
| A computer-implemented method as recited | 36. *See* Contention 34. |

| | |
|---|---|
| in claim 34, | |
| wherein updating the movie rental queue comprises indicating an additional movie in the ordered list. | 36a. *See* Contention 4a. |
| Claim 37 | |
| A computer-implemented method as recited in claim 34, | 37. *See* Contention 34. |
| wherein updating the movie rental queue comprises removing an indication of one or more of the movies from the ordered list. | 37a. *See* Contention 4a. |
| Claim 38 | |
| A computer-implemented method as recited in claim 34, | 38. *See* Contention 34. |
| wherein the two or more movies for renting to the customer are selected by the customer. | 38a. *See* Contention 5a. |
| Claim 39 | |
| A computer-implemented method as recited in claim 34, | 39. *See* Contention 34. |
| further comprising determining the order of the two or more movies indicated by the movie rental queue based upon preferences of the customer. | 39a. *See* Contention 6a. |
| Claim 40 | |
| A computer-implemented method as recited in claim 34, | 40. *See* Contention 34. |

|  |  |
|---|---|
| wherein the delivery of the selected movie comprises delivery by mail. | 40a. *See* Contention 7a. |
| Claim 41 ||
| A computer-implemented method as recited in claim 34, | 41. *See* Contention 34. |
| wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | 41a. *See* Contention 8a. |
| Claim 42 ||
| A computer-implemented method as recited in claim 34, | 42. *See* Contention 34. |
| wherein the receipt of the movie previously delivered to the customer comprises receipt by mail. | 42a. *See* Contention 9a. |
| Claim 43 ||
| A computer-implemented method as recited in claim 34, | 43. *See* Contention 34. |
| wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | 43a. *See* Contention 10a. |