Netflix, Inc. v. Blockbuster, Inc.

# BLOCKBUSTER'S FINAL INVALIDITY CONTENTION

## APRIL 11, 2007
## U.S. PATENT NO. 7,024,381 B1

## EXHIBIT K

## CLAIM CHART
## (Claims 44 through 51)

| Elements of Claims 44 through 51 | Prior Art Disclosure |
|---|---|
| Claim 44 | |
| A computer system for renting movies to customers, comprising: | 44[1].<br>*Reference Guide*: pp. 61, 115, 121-123, 177, 181, 192[2]<br>*Functional Requirements*: C.01, C.02, C.04, C.05 and C.06.<br>*Maxcess*: pp1-3.<br>*Sirsi*: pp.243-246.<br>*Auto Librarian*: Figs. 1, 2, 3 and 4, pp. 235-243.<br><br>*Yoshida*: Figs. 1, 8a, 8b, 8c, 8d and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 13–col. 14, ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a, 4b and 6, col. 4, ln. 35–col. 8, ln. 30.<br>*Crook*: Figs. 1-12 and 15, col. 4, lns. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2, 5 and 6, col 1, ln. 63–col. 4, ln. 5. |

[1] By citing prior art or the preamble of the claims listed herein, Blockbuster is not admitting that the preamble of the claims should be considered limitations.
[2] The specific citation to a portion of a reference is provided to indicate that it is Blockbuster's present knowledge or belief that the cited portion contains invalidating prior art, which shall not be construed as to suggest that it is the only portion that contains invalidating prior art.



Dockets.Justia.com

Doc. 179 Att. 11

| | |
|---|---|
| | *Sieferti '526*: Figs. 39-40, col. 17, lns. 13–23.<br><br>*Burks*: Fig. 2-6, col. 7, ln. 51– col. 21, ln. 63.<br>*Hironori*: Fig.1, para. 0011–0017.<br><br>*Morales*: Fig. 6, col. 7, ln. 32–col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51–col. 35, ln. 36; col. 38, lns 5–35.<br>*Saigh*: Fig. 9, col. 11, ln. 18–col. 12, ln. 67.<br>*Ginter*: Fig. 72A-C, D, col. 263, ln. 10–col. 264, ln. 42.<br><br>*Cook*: Fig. 1, col. 4, ln. 8–col. 7, ln. 45.<br>*Fein*: Figs. 6A-6D, col. 5, ln. 1–col. 10. ln. 19.<br>*Leason*: Figs. 2A and 5A, col. 5, ln. 26–col. 11, ln. 48.<br>*Video Vendor Services, Video Vendor User Manual*, pp. 20-21.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11.<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop*Card Services, Pop*Card Article No. 1*, pp. 146-147.<br>*Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*AudioQueue Services, AudioQueue Catalog No. 1*, p. 65.<br>*AudioQueue document Nos. 1-20*<br>*BVS services, BVS document Nos. 1-8*<br>*Books On Tape document Nos. 1-15 and source code*<br>*Pop*Card document Nos. 1-9 and video Nos. 1-3*<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2 |

| | |
|---|---|
| | *Books on Tape Services*, *Books on Tape Web Pages No. 1*, pp. BB00012211-13, *Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*Avis Services*, *Avis Article*, p. 6, *Avis 1997 Web Pages*, pp. BB00011942-47.<br>*TiVo Services*, *TiVo Report,* pp. 38-41.<br>*Bradley,* Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25.<br>*Netflix Services*, *Netflix Web Pages No. 1*, pp. BB00013060-63. |
| a computer that is coupled to a digital telecommunications network by a digital telecommunications link; | 44a.<br>*Reference Guide*: pp. 61, 115, 121-123, 177, 181, 192<br>*Functional Requirements*: C.01, C.02, C.04, C.05 and C.06.<br>*Maxcess*: pp1-3.<br>*Sirsi*: pp.243-246.<br>*Auto Librarian*: Figs. 1, 2, 3 and 4, pp. 235-243.<br><br>*Yoshida*: Figs. 1, 8a, 8b, 8c, 8d and 9, col. 6, ln. 24–col. 7, ln. 11; col. 10, ln. 13–col. 14, ln. 15.<br>*Kuriyama*: Figs. 7 and 10, col. 4, lns. 24–col. 6, ln. 64.<br>*Koya*: Figs. 1a, 1b, 4a, 4b and 6, col. 4, ln. 35–col. 8, ln. 30.<br>*Crook*: Figs. 1-12 and 15, col. 4, lns. 15–col. 19, ln. 30.<br>*Isobe*: Figs. 1, 2, 5 and 6, col 1, ln. 63–col. 4, ln. 5.<br><br>*Sieferti '526*: Figs. 39-40, col. 17, lns. 13–23.<br><br>*Burks*: Fig. 2-6, col. 7, ln. 51– col. 21, ln. 63.<br>*Hironori*: Fig.1, para. 0011–0017.<br><br>*Morales*: Fig. 6, col. 7, ln. 32–col. 8, ln. 30.<br>*Hendricks*: Figs. 16 and 21, col. 34, ln. 51–col. 35, ln. 36; col. 38, lns 5–35.<br>*Saigh*: Fig. 9, col. 11, ln. 18–col. 12, ln. 67.<br>*Ginter*: Fig. 72A-C, D, col. 263, ln. 10–col. 264, ln. 42.<br><br>*Cook*: Fig. 1, col. 4, ln. 8–col. 7, ln. 45. |

| | |
|---|---|
| | *Fein*: Figs. 6A-6D, col. 5, ln. 1–col. 10. ln. 19.<br>*Leason*: Figs. 2A and 5A, col. 5, ln. 26–col. 11, ln. 48.<br>*Video Vendor Services, Video Vendor User Manual*, pp. 20-21.<br><br>*Bakoglu*: Figs. 1-3, col. 2, ln. 46–col. 4, ln. 37.<br>*McMullan*: Figs. 10-11, col. 17, ln. 61–col. 18, ln. 11.<br><br>*Multi Video Services, Multi Video Article*, pp. 22-23.<br>*Pop*Card Services, Pop*Card Article No. 1*, pp. 146-147.<br>*Video Hit Services, Video Hit Article*, p. 9.<br>*Cine Club Services, Cine Club Article No. 1*, p. 8.<br>*Campus Video Services, Campus Video Article*, bottom of mid. col.<br><br>*AudioQueue Services*, *AudioQueue Catalog No. 1*, p. 65.<br>*AudioQueue document Nos. 1-20*<br>*BVS services, BVS document Nos. 1-8*<br>*Books On Tape document Nos. 1-15 and source code*<br>*Pop*Card document Nos. 1-9 and video Nos. 1-3*<br>*BTCC*<br>*Business Training Library Services, Business Training Library Web Pages*, pp. BB00013049-51.<br>*Talking Book World Services, Talking Book World Article*, pp 1-2<br>*Books on Tape Services, Books on Tape Web Pages No. 2*, pp. BB00013037-46.<br><br>*Avis Services*, *Avis Article*, p. 6, *Avis 1997 Web Pages*, pp. BB00011942-47.<br>*TiVo Services*, *TiVo Report*, pp. 38-41.<br>*Bradley*, Figs. 3A, 3B and 7, col. 11, ln. 3 – col. 17, ln. 25.<br>*Netflix Services*, *Netflix Web Pages No. 1*, pp. BB00013060-63. |
| an electronic digital memory in the computer; | 44b.<br>*Burks*: Fig. 2-6, col. 7, ln. 51– col. 21, ln. 63.<br>*Hironori*: Fig.1, para. 0011–0017. |

| | |
|---|---|
| one or more sequences of computer program instructions stored in the electronic digital memory which, when executed, cause the computer to perform the steps of: | 44c.<br>*Burks*: Fig. 2-6, col. 7, ln. 51– col. 21, ln. 63.<br>*Hironori*: Fig.1, para. 0011–0017. |
| providing electronic digital information that causes one or more attributes of movies to be displayed; | 44d. *See* Contention 1a. |
| establishing, in electronic digital form, from electronic digital information received over the Internet, a movie rental queue associated with a customer comprising an ordered list indicating two or more movies for renting to the customer; | 44e. *See* Contention 1b. |
| causing to be delivered to the customer up to a specified number of movies based upon the order of the list; | 44e. *See* Contention 1c. |
| in response to one or more delivery criteria being satisfied, selecting another movie based upon the order of the list and causing the selected movie to be delivered to the customer; | 44f. *See* Contention 1d. |
| and in response to other electronic digital information received from the customer over the Internet, electronically updating the movie rental queue. | 44g. *See* Contention 1e. |
| Claim 45 | |
| A computer system as recited in claim 44, | 45. *See* Contention 44. |

| | |
|---|---|
| wherein the other electronic digital information specifies changing the order of the two or more movies for renting to the customer. | 45a. *See* Contention 2a. |
| Claim 46 | |
| A computer system as recited in claim 44, | 46. *See* Contention 44. |
| wherein the other electronic digital information specifies an additional movie to add to the ordered list. | 46a. *See* Contention 3a. |
| Claim 47 | |
| A computer system as recited in claim 44, | 47. *See* Contention 44. |
| wherein the other electronic digital information specifies removing an indication of one or more of the movies from the ordered list. | 47a. *See* Contention 4a. |
| Claim 48 | |
| A computer system as recited in claim 44, | 48. *See* Contention 44. |
| wherein the delivery of the selected movie comprises delivery by mail. | 48a. *See* Contention 7a. |
| Claim 49 | |
| A computer system as recited in claim 44, | 49. *See* Contention 44. |
| wherein the delivery of the selected movie comprises delivery by mail on one or more optical media. | 49a. *See* Contention 8a. |

| Claim 50 | |
|---|---|
| A computer system as recited in claim 44, | 50. *See* Contention 44. |
| wherein the delivery criteria comprise receipt by mail. | 50a. *See* Contention 9a. |
| Claim 51 | |
| A computer system as recited in claim 44, | 51. *See* Contention 44. |
| wherein a number of movies delivered to the customer and not yet returned does not exceed the specified number. | 51a. *See* Contention 10a. |