IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC., a Delaware corporation,

    Plaintiff,

  v.

BLOCKBUSTER, INC., a Delaware corporation, and DOES 1–50,

    Defendants.
/

AND RELATED COUNTER ACTION.
/

No. C 06-02361 WHA

**AMENDED NOTICE SETTING HEARING RE DISCOVERY DISPUTE**

*If* counsel have met and conferred, a hearing is set for ***11:00 A.M.* ON MONDAY, APRIL 16, 2007**, in Courtroom 9 of the federal courthouse, 450 Golden Gate Avenue, San Francisco, California. Defendant's response to plaintiff's April 11 letter is due by **NOON ON FRIDAY, APRIL 13, 2007**. Please note that if counsel have not met and conferred, the hearing will be cancelled.

**IT IS SO ORDERED.**

Dated: April 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE