| | |
|---|---|
| 1 | ALSCHULER GROSSMAN STEIN & KAHAN LLP |
| | Marshall B. Grossman (No. 35958) |
| 2 | William J. O'Brien (No. 99526) |
| | Tony D. Chen (No. 176635) |
| 3 | Dominique N. Thomas (No. 231464) |
| | The Water Garden |
| 4 | 1620 26th Street |
| | Fourth Floor, North Tower |
| 5 | Santa Monica, CA 90404-4060 |
| | Telephone:  310-907-1000 |
| 6 | Facsimile:  310-907-2000 |
| | Email:  mgrossman @agsk.com |
| 7 |         wobrien@agsk.com |
| |         tchen@agsk.com |
| 8 |         dthomas@agsk.com |

Attorneys for Defendant and Counterclaimant
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, | Case No.  C 06 2361 WHA (JCS) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| BLOCKBUSTER INC., a Delaware corporation, DOES 1-50, | |
| Defendant. | |
| AND RELATED COUNTER ACTION | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorneys Donn P. Pickett, Mary T. Huser and Adrienne L. Taclas from the firm of Bingham McCutchen LLP, members of the State Bar of California and admitted to practice before this Court, hereby enter an appearance as co-counsel on behalf of Defendant and Counterclaimant Blockbuster Inc. All pleadings and other papers served on Blockbuster Inc. should also be directed to Bingham McCutchen LLP at the addresses set forth below.

> Donn P. Pickett (Bar No. 72257)
> Adrienne L. Taclas (Bar No. 211232)
> BINGHAM MCCUTCHEN LLP
> Three Embarcadero Center
> San Francisco, CA 94111-4067
> Telephone: 415.393.2000
> Facsimile: 415.393.2286
> Email: donn.pickett@bingham.com
>        adrienne.taclas@bingham.com
>
> Mary T. Huser (Bar No. 136051)
> BINGHAM MCCUTCHEN LLP
> 1900 University Avenue
> East Palo Alto, CA 94303-2223
> Telephone: 650.849.4400
> Facsimile: 650.849.4800
> Email: mary.huser@bingham.com

DATED: April 13, 2007

Bingham McCutchen LLP

By: _____/s/ Donn P. Pickett_____
Donn P. Pickett
Attorneys for Defendant and Counterclaimant
Blockbuster Inc.