

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC.,                                Case No. C06-2361 WHA (JCS)

        Plaintiff(s),                   **ORDER GRANTING IN PART AND
                                              DENYING IN PART PLAINTIFF'S
    v.                              MOTION TO COMPEL PRODUCTION
                                              OF UNREDACTED BOARD MINUTES
BLOCKBUSTER, INC.,                            [Docket No. 176]**

        Defendant(s).
_____/

      On April 5, 2007, Plaintiff submitted a letter brief which the Court has construed as
Plaintiff's Motion to Compel Production of Unredacted Board Minutes [Docket No. 176] (the
"Motion").

      On April 6, 2007, the Court held telephonic hearing on the Motion. Daralyn Durie and
Eugene Paige, counsel for Plaintiff, appeared. Marshall Grossman, counsel for Defendant, appeared.

      For the reasons stated on the record, and good cause shown,

      IT IS HEREBY ORDERED THAT by **April 16, 2007,** Defendant shall submit, for *in camera
review,* redacted and unredacted Board Minutes for final decision by the Court. The Court will issue
a final ruling on the redaction before April 23, 2007. Defendant waived their right to appeal any
decision on the propriety of those redactions.

      IT IS SO ORDERED.

Dated: April 16, 2007

                        _____
                        JOSEPH C. SPERO
                        United States Magistrate Judge