United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC.,

        Plaintiff(s),

    v.

BLOCKBUSTER, INC.,

        Defendant(s).

_____/

Case No. C06-2361 WHA (JCS)

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF UNREDACTED BOARD MINUTES [Docket No. 176]**

On April 5, 2007, Plaintiff submitted a letter brief which the Court has construed as Plaintiff's  Motion to Compel Production of Unredacted Board Minutes  [Docket No. 176] (the "Motion").

On April 6, 2007, the Court held telephonic hearing on the Motion.  Daralyn Durie and Eugene Paige, counsel for Plaintiff, appeared.  Marshall Grossman, counsel for Defendant, appeared.

For the reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED THAT by **April 16, 2007,** Defendant shall submit, for *in camera review,* redacted and unredacted Board Minutes for final decision by the Court.  The Court will issue a final ruling on the redaction before April 23, 2007.  Defendant waived their right to appeal any decision on the propriety of those redactions.

IT IS SO ORDERED.

Dated:  April 16, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge