IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, and DOES 1–50,<br><br>Defendants.<br>_____ /<br>AND RELATED COUNTER ACTION.<br>_____ / | No. C 06-02361 WHA<br><br>**ORDER REFERRING DISCOVERY DISPUTE TO MAGISTRATE JUDGE** |

As stated on the record, the discovery dispute filed with the Court on April 11, 2007, is hereby referred to Magistrate Judge Spero (as with all other discovery matters in this action).

**IT IS SO ORDERED.**

Dated: April 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE