## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 16, 2007

Case No.  C 06-02361 WHA

Title: NETFLIX  v. BLOCKBUSTER

Plaintiff Attorneys: Eugene Paige; Daralyn Durie

Defense Attorneys: Donn Pickett; Adrienne Taclas

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

### PROCEEDINGS

1)   Discovery Dispute - HELD

2)

Continued to __ for Further Hearing on Discovery Dispute

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Magistrate Judge Spero attended the hearing.  Court advised the parties that the discovery dispute will be referred to Magistrate Judge Spero, who met with the parties after the hearing in Judge Alsup's jury room.