1  KEKER & VAN NEST, LLP
   JEFFREY R. CHANIN - #103649
2  DARALYN J. DURIE - #169825
   ASHOK RAMANI - #200020
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5  Email: jrc@kvn.com
   djd@kvn.com
6  axr@kvn.com

7  Attorneys for Plaintiff and Counterclaim-defendant,
   NETFLIX, INC.
8
   BINGHAM MCCUTCHEN LLP
9  DONN P. PICKETT - #72257
   ADRIENNE L. TACLAS - #211232
10 Three Embarcadero Center
   San Francisco, CA 94111-4067
11 Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
12 Email: donn.pickett@bingham.com
   adrienne.taclas@bingham.com
13
   Attorneys for Defendant and Counterclaimant,
14 BLOCKBUSTER, INC.

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18

19 NETFLIX, INC., a Delaware corporation,    Case No. C 06 2361 WHA (JCS)

20                        Plaintiff,         **STIPULATION AND [PROPOSED]
                                             ORDER REGARDING BRIEFING
21      v.                                   SCHEDULE**

22 BLOCKBUSTER, INC., a Delaware             Complaint filed: April 4, 2006
   corporation, DOES 1-50,
23
                          Defendant.
24
   AND RELATED COUNTERCLAIMS
25

26

27

28

393687.01

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. C 06 2361 WHA (JCS)

Dockets.Justia.com

1    WHEREAS, on April 16, 2007 Plaintiff and Counterclaim-Defendant Netflix, Inc. ("Netflix") and Defendant and Counterclaim-Plaintiff Blockbuster, Inc. ("Blockbuster") appeared before the Court regarding certain discovery issues;

WHEREAS, the Court instructed Netflix and Blockbuster to meet and confer on a proposed briefing schedule and hearing date on the issues surrounding Blockbuster's reliance on the advice of counsel;

WHEREAS, counsel for Netflix and Blockbuster have met and conferred, and reached agreement on a proposed briefing schedule whereby any motion(s) will be filed by May 4, 2007, with opposition(s) due on May 18, 2007, and reply brief(s) due on May 25, 2007, with a hearing date set for June 8, 2007;

WHEREAS, the Court has indicated that it is available for a hearing on the matter on June 8, 2007;

THEREFORE, Netflix and Blockbuster respectfully request that the proposed briefing schedule set forth in the accompanying proposed order be adopted.

## [PROPOSED] ORDER

Any motion(s) relating to the issues surrounding Blockbuster's reliance on the advice of counsel shall be filed no later than **May 4, 2007**.

Any opposition(s) to the motion(s) shall be filed no later than **May 18, 2007**.

Any reply brief(s) on the motion(s) shall be filed no later than **May 25, 2007**.

This matter is set for a hearing before Judge Spero on **June 8, 2007**.

Dated: April 17, 2007                                    Respectfully submitted,

                                                         KEKER & VAN NEST, LLP

                                                         By:  /s/  Eugene M. Paige
                                                         Eugene M. Paige
                                                         Attorneys For Plaintiff and Counterclaim
                                                         Defendant NETFLIX, INC.

Dated: April 17, 2007                                    Respectfully submitted,

                                                         BINGHAM MCCUTCHEN LLP

                                                         By:  /s/  Adrienne L. Taclas
                                                         Adrienne L. Taclas
                                                         Attorneys For Defendant and
                                                         Counterclaimant BLOCKBUSTER INC.

Pursuant to stipulation, IT IS SO ORDERED.

Dated:

                                                         By: _____
                                                         THE HON. JOSEPH C. SPERO
                                                         UNITED STATES MAGISTRATE JUDGE