KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jrc@kvn.com
djd@kvn.com
axr@kvn.com

Attorneys for Plaintiff and Counterclaim-defendant,
NETFLIX, INC.

BINGHAM MCCUTCHEN LLP
DONN P. PICKETT - #72257
ADRIENNE L. TACLAS - #211232
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: donn.pickett@bingham.com
adrienne.taclas@bingham.com

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>    Defendant. | Case No. C 06 2361 WHA (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**<br><br>Complaint filed: April 4, 2006 |
| AND RELATED COUNTERCLAIMS | |

393687.01

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. C 06 2361 WHA (JCS)

Dockets.Justia.com

1    WHEREAS, on April 16, 2007 Plaintiff and Counterclaim-Defendant Netflix, Inc. ("Netflix") and Defendant and Counterclaim-Plaintiff Blockbuster, Inc. ("Blockbuster") appeared before the Court regarding certain discovery issues;

4    WHEREAS, the Court instructed Netflix and Blockbuster to meet and confer on a proposed briefing schedule and hearing date on the issues surrounding Blockbuster's reliance on the advice of counsel;

7    WHEREAS, counsel for Netflix and Blockbuster have met and conferred, and reached agreement on a proposed briefing schedule whereby any motion(s) will be filed by May 4, 2007, with opposition(s) due on May 18, 2007, and reply brief(s) due on May 25, 2007, with a hearing date set for June 8, 2007;

11   WHEREAS, the Court has indicated that it is available for a hearing on the matter on June 8, 2007;

13   THEREFORE, Netflix and Blockbuster respectfully request that the proposed briefing schedule set forth in the accompanying proposed order be adopted.

**[~~PROPOSED~~] ORDER**

Any motion(s) relating to the issues surrounding Blockbuster's reliance on the advice of counsel shall be filed no later than **May 4, 2007**.

Any opposition(s) to the motion(s) shall be filed no later than **May 18, 2007**.

Any reply brief(s) on the motion(s) shall be filed no later than **May 25, 2007**.

This matter is set for a hearing before Judge Spero on **June 8, 2007**.

Dated:  April 17, 2007                                             Respectfully submitted,

KEKER & VAN NEST, LLP

By:  /s/  Eugene M. Paige
Eugene M. Paige
Attorneys For Plaintiff and Counterclaim
Defendant NETFLIX, INC.

Dated:  April 17, 2007                                             Respectfully submitted,

BINGHAM MCCUTCHEN LLP

By:  /s/  Adrienne L. Taclas
Adrienne L. Taclas
Attorneys For Defendant and
Counterclaimant BLOCKBUSTER INC.

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  April 18, 2007

By: _____
THE HONORABLE Judge Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

2
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. C 06 2361 WHA (JCS)

393687.01