KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jrc@kvn.com
djd@kvn.com
axr@kvn.com

Attorneys for Plaintiff and Counterclaim-defendant,
NETFLIX, INC.

BINGHAM MCCUTCHEN LLP
DONN P. PICKETT - #72257
ADRIENNE L. TACLAS - #211232
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: donn.pickett@bingham.com
adrienne.taclas@bingham.com

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**<br><br>Complaint filed: April 4, 2006 |

1    WHEREAS, on April 16, 2007 Plaintiff and Counterclaim-Defendant Netflix, Inc.
2 ("Netflix") and Defendant and Counterclaim-Plaintiff Blockbuster, Inc. ("Blockbuster")
3 appeared before the Court regarding certain discovery issues;
4    WHEREAS, the Court instructed Netflix and Blockbuster to meet and confer on a
5 proposed briefing schedule and hearing date on the issues surrounding Blockbuster's reliance on
6 the advice of counsel;
7    WHEREAS, counsel for Netflix and Blockbuster have met and conferred, and reached
8 agreement on a proposed briefing schedule whereby any motion(s) will be filed by May 4, 2007,
9 with opposition(s) due on May 18, 2007, and reply brief(s) due on May 25, 2007, with a hearing
10 date set for June 8, 2007;
11    WHEREAS, the Court has indicated that it is available for a hearing on the matter on
12 June 8, 2007;
13    THEREFORE, Netflix and Blockbuster respectfully request that the proposed briefing
14 schedule set forth in the accompanying proposed order be adopted.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

393687.01

1
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. C 06 2361 WHA (JCS)

**[PROPOSED] ORDER**

Any motion(s) relating to the issues surrounding Blockbuster's reliance on the advice of counsel shall be filed no later than **May 4, 2007**.

Any opposition(s) to the motion(s) shall be filed no later than **May 18, 2007**.

Any reply brief(s) on the motion(s) shall be filed no later than **May 25, 2007**.

This matter is set for a hearing before Judge Spero on **June 8, 2007**.

Dated: April 17, 2007   Respectfully submitted,

KEKER & VAN NEST, LLP

By: /s/ Eugene M. Paige
Eugene M. Paige
Attorneys For Plaintiff and Counterclaim
Defendant NETFLIX, INC.

Dated: April 17, 2007   Respectfully submitted,

BINGHAM MCCUTCHEN LLP

By: /s/ Adrienne L. Taclas
Adrienne L. Taclas
Attorneys For Defendant and
Counterclaimant BLOCKBUSTER INC.

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 18, 2007

By: _____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

2
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. C 06 2361 WHA (JCS)

393687.01