# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 06-02361 WHA (JCS)**

**CASE NAME: NETFLIX, INC. v. BLOCKBUSTER, INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 19, 2007    **TIME:** 18 mins | **COURT REPORTER**: Kathy Wyatt |
| **COUNSEL FOR PLAINTIFF:**<br>Daralyn Durie (telephonic) | **COUNSEL FOR DEFENDANT:**<br>Marshall Grossman (telephonic)<br>Jason Natoli (telephonic) |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Status Conference | Held. |
| 2. Pla' Motion to Compel Production of Documents from Blockbuster [Docket No. 157] | Denied without prejudice |

**NOTES:** Mr. Grossman reported on the following 4 categories:

**A.** Restoration of 3 files - documents were reviewed and those identified as responsive and non-privilege were produced to Plaintiff on 4/16/7. Balance of the documents will be reviewed on 4/18 and sent to Plaintiff on 4/20/7.

**B.** E-mail/Hard drives - Review completed on 4/3/7 and documents identified as responsive and non-privilege were produced to Plaintiff on 4/5/7. Balance of documents will be produced to Plaintiff on 4/20/7.

**C.** Hollywood Documents - 1st batch search terms redacted documents will be delivered to Pla on 4/23/7. 2nd batch with additional search terms documents are in the review process and shall be delivered to Plaintiff by 5/2/7.

**D.** Redacted/Unredacted Board Minutes were submitted to the Court for *in camera review.* Dft produced to Pla a set of Board Minutes re: removal of certain redactions previously made along with a redactions log.

_____

**ORDERED AFTER HEARING:** In connection with the privilege motion, any published or unpublished decisions in the area by the judges in the N. District shall be filed.
_____

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff        ( ) Defendant     (X) Court

**CASE CONTINUED TO:**    06/08/07 at 9:30 AM for hearing on Plaintiff's Motion to Compel Re: Privilege Documents

cc:     Chambers, Karen