IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>　　Plaintiff,<br><br>　v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, and DOES 1–50,<br><br>　　Defendants.<br>　　　　　　　　　　　　　　　　　/<br>AND RELATED COUNTER ACTION.<br>　　　　　　　　　　　　　　　　　/ | No. C 06-02361 WHA<br><br>**REQUEST RE CASE MANAGEMENT** |

　　In the interests of case management, each side is requested to file a short memorandum up to ten pages in length, addressing (i) what substantive motions are expected to be made before the trial to streamline the case (excluding motions in limine directed at evidentiary items), (ii) what are your recommendations regarding whether the same jury should hear both the patent and antitrust cases, and (iii) to what extent the jury will need or should hear the inequitable conduct cases. Please file by **APRIL 30, 2007, AT NOON**.

　　**IT IS SO ORDERED.**

Dated: April 20, 2007.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dockets.Justia.com