# BINGHAM McCUTCHEN

Donn P. Pickett
Direct Phone: 415.393.2082
Direct Fax:  (415) 393-2286
donn.pickett@bingham.com

April 26, 2007

**Via E-Filing, Hand Delivery
and U.S. Mail**

The Honorable William Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Bingham McCutchen LLP
Suite 4400
355 South Grand Avenue
Los Angeles, CA
90071-3106

213.680.6400
213.680.6499 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

Re: *Netflix, Inc. v. Blockbuster Inc.*; Case No. C-06-2361 WHA (JCS)

Dear Judge Alsup:

I am writing to request a modification in the Court's Case Management Order in the above referenced case before the expert testimony designation deadline on Friday, April 27, 2007. Specifically, we are requesting modification of the Case Management Order to extend by one week (1) the last day for designation of expert testimony and opening expert reports; (2) the deadline for responsive expert testimony and reports; (3) the deadline for reply reports; and (4) expert discovery cutoff.

Both parties have been actively seeking discovery, including multiple depositions up to, and including this week. Under the Court's current Amended Docket Control Order, the deadline for expert reports is on the same day as the close of fact discovery. In addition, Bingham McCutchen has recently been brought in as additional counsel of record. Plaintiff and Counter-Defendant Netflix, Inc. is not certain that adding additional counsel, as opposed to substituting in new counsel, gives cause to modify the Case Management Order, but does not oppose the modification that Blockbuster seeks, so long as it would not require any other dates in the Court's Case Management Order to be modified.

Specifically, Blockbuster requests that the following deadlines be modified:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day for designation of expert testimony and opening expert reports | April 27, 2007 | May 4, 2007 |
| Deadline for responsive expert testimony and reports | May 11, 2007 | May 18, 2007 |

LA/40378870.2

The Honorable William Alsup
April 26, 2007
Page 2

| Deadline for reply reports | May 18, 2007 | May 25, 2007 |
| --- | --- | --- |
| Expert discovery cutoff | June 1, 2007 | June 8, 2007 |

Bingham McCutchen LLP
bingham.com

The deadline extensions are not sought for delay, but to allow the parties ample time to properly prepare this case for trial. The newly added deadlines are to further facilitate the trial preparation process. Blockbuster is not seeking at this time to modify any other deadlines in the Court's Case Management Order. Therefore, the requested modifications are not expected to significantly impact the progress of this case.

Attached is Blockbuster's Notice of Motion and Motion requesting modification to the Court's Case Management Order.

Respectfully submitted,

Donn P. Pickett
Attorneys for Defendant
And Counterclaimant Blockbuster Inc.

Enclosure

cc:   Daralyn J. Durie, Esq.
      Jeffrey R. Chanin, Esq.

LA/40378870.2

ALSCHULER GROSSMAN
Marshall B. Grossman - (SBN 35958)
William J. O'Brien - (SBN 99526)
Tony D. Chen - (SBN 176635)
Dominique N. Thomas - (SBN 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

BINGHAM McCUTCHEN LLP
Donn P. Pickett (SBN 72257)
Mary T. Huser (SBN 136051)
Adrienne L. Taclas (SBN 166115)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**BLOCKBUSTER, INC.'S NOTICE OF MOTION AND UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER RE EXPERT REPORTS AND DISCOVERY DEADLINES**<br><br>Complaint Filed:   April 4, 2006 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on _____, 2007 at 9:00 a.m., or as soon thereafter as the matter can be heard, in Courtroom 9, 19th Floor, located at 450 Golden Gate Ave., San Francisco, California 94102, before the Honorable William Alsup, Defendant and Counterclaimant, Blockbuster Inc. ("Blockbuster"), by and through undersigned counsel, will and hereby does move this Court for an order amending the Court's Case Management Order.

Blockbuster respectfully moves the Court to modify its Case Management Order to extend by one week (1) the last day for designation of expert testimony and opening expert reports; (2) the deadline for responsive expert testimony and reports; (3) the deadline for reply reports; and (4) expert discovery cutoff. The parties have been actively seeking discovery, including multiple depositions up to, and including this week. Under the Court's current Amended Docket Control Order, the deadline for expert reports is on the same day as the close of fact discovery. In addition, Bingham McCutchen has recently been brought in as additional counsel of record. Plaintiff and Counter-Defendant Netflix, Inc. is not certain that adding additional counsel, as opposed to substituting in new counsel, gives cause to modify the Case Management Order, but does not oppose the modification that Blockbuster seeks, so long as it would not require any other dates in the Court's Case Management Order to be modified.

Specifically, Blockbuster requests that the following deadlines be modified:

| Description | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Last day for designation of expert testimony and opening expert reports | April 27, 2007 | May 4, 2007 |
| Deadline for responsive expert testimony and reports | May 11, 2007 | May 18, 2007 |
| Deadline for reply reports | May 18, 2007 | May 25, 2007 |
| Expert discovery cutoff | June 1, 2007 | June 8, 2007 |

The deadline extensions are not sought for delay, but to allow the parties ample

2

time to properly prepare this case for trial. The newly added deadlines are to further facilitate the trial preparation process. Blockbuster is not seeking at this time to modify any other deadlines in the Court's Case Management Order. Therefore, the requested modifications are not expected to significantly impact the progress of this case.

For the foregoing reasons, Blockbuster requests that the Court modify its Case Management Order to extend the aforementioned discovery deadlines.

Dated: April 26, 2007

ALSCHULER GROSSMAN LLP

By: /s/ Bill O'Brien /pn/
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

**IT SO ORDERED**.

Dated: _____    _____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

<u>PROOF OF SERVICE</u>

I am over 18 years of age, not a party to this action and employed in the County of Los Angeles, California at 355 South Grand Avenue, Suite 4400, Los Angeles, California 90071-3106. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

**LETTER TO THE HONORABLE WILLIAM ALSUP DATED APRIL 26, 2007; and**

**Enclosure: BLOCKBUSTER, INC.'S NOTICE OF MOTION AND UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER RE EXPERT REPORTS AND DISCOVERY DEADLINES**

by causing a true and correct copy of the above to be placed in the United States Mail at Los Angeles, California in sealed envelope(s) with postage prepaid, addressed as follows:

Jeffrey R. Chanin
Daralyn J. Durie
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Plaintiff and Counterclaim Defendant,*
NETFLIX, INC.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on April 26, 2007.

*[signature]*
Nichele M. Goitia