KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: jrc@kvn.com
djd@kvn.com
axr@kvn.com

Attorneys for Plaintiff and Counterclaim-defendant,
NETFLIX, INC.

VINSON & ELKINS LLP
MICHAEL L. RAIFF
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2974
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
mraiff@velaw.com

Attorneys for Defendant and Counterclaim-plaintiff
BLOCKBUSTER, INC and Non-Party,
BAKER BOTTS, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF BAKER BOTTS, LLP**<br><br>Complaint filed: April 4, 2006 |

1  WHEREAS, on or around April 5, 2007 Plaintiff and Counterclaim-Defendant Netflix, Inc. ("Netflix") served a subpoena demanding testimony and documents upon non-party Baker Botts, LLP, with the deposition to take place in Dallas on April 24, 2007;

WHEREAS, the documents and testimony requested of Baker Botts, LLP touch upon issues that relate to Defendant and Counterclaim-Plaintiff Blockbuster, Inc. ("Blockbuster")'s decision to rely upon the advice of counsel in this case;

WHEREAS, the parties have reached an agreed-upon briefing schedule on issues relating to Blockbuster's reliance on the advice of counsel in which opening briefs are due to be filed on May 4, opposition briefs are to be filed on May 18, and reply briefs are to be filed on May 25, with a hearing set before the Honorable Joseph C. Spero on June 8;

WHEREAS, counsel for Baker Botts has indicated that the witness who is most knowledgeable about the matters on which Netflix seeks testimony is unavailable the week of April 23, but is willing and able to sit for a deposition on Wednesday, May 2 in Dallas, which date comes after the cutoff set for fact discovery in this case but prior to the date upon which briefs relating to the issue of Blockbuster's decision to rely on the advice of counsel are to be filed;

NOW, THEREFORE, Netflix, Blockbuster, and Baker Botts, LLP respectfully request that the deposition of Baker Botts, LLP be permitted to be taken on Wednesday, May 2.

**[PROPOSED] ORDER**

After reviewing the foregoing stipulation, and good cause appearing, it is ordered that the deposition of Baker Botts, LLP in this matter may be taken on May 2, 2007.

Dated: April 25, 2007                                   Respectfully submitted,

KEKER & VAN NEST, LLP

By: /s/ Eugene M. Paige
Eugene M. Paige
Attorneys For Plaintiff and Counterclaim
Defendant NETFLIX, INC.

Dated: April 25, 2007                                   Respectfully submitted,

VINSON & ELKINS LLP

By: /s/ Michael L. Raiff
Michael L. Raiff
Attorneys For Defendant and Counterclaim
Plaintiff BLOCKBUSTER INC. and
Non-party BAKER BOTTS, LLP

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Michael L. Raiff, Esq., Attorney for Defendant and Counterclaim Plaintiff Blockbuster Inc. and Non-party Baker Botts, LLP.

Dated: April 25, 2007           By: /s/ Eugene M. Paige

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 26, 2007.

By: _____
THE HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

Just this once.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

2
STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF BAKER BOTTS, LLP
CASE NO. C 06 2361 WHA (JCS)

394102.01