ALSCHULER GROSSMAN
Marshall B. Grossman - (SBN 35958)
William J. O'Brien - (SBN 99526)
Tony D. Chen - (SBN 176635)
Dominique N. Thomas - (SBN 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

BINGHAM McCUTCHEN LLP
Donn P. Pickett (SBN 72257)
Mary T. Huser (SBN 136051)
Adrienne L. Taclas (SBN 166115)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**BLOCKBUSTER, INC.'S NOTICE OF MOTION AND UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER RE EXPERT REPORTS AND DISCOVERY DEADLINES**<br><br>Complaint Filed:  April 4, 2006 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE THAT on _____, 2007 at 9:00 a.m., or as soon
3  thereafter as the matter can be heard, in Courtroom 9, 19th Floor, located at 450 Golden Gate
4  Ave., San Francisco, California 94102, before the Honorable William Alsup, Defendant and
5  Counterclaimant, Blockbuster Inc. ("Blockbuster"), by and through undersigned counsel, will
6  and hereby does move this Court for an order amending the Court's Case Management Order.

7         Blockbuster respectfully moves the Court to modify its Case Management Order
8  to extend by one week (1) the last day for designation of expert testimony and opening expert
9  reports; (2) the deadline for responsive expert testimony and reports; (3) the deadline for reply
10 reports; and (4) expert discovery cutoff. The parties have been actively seeking discovery,
11 including multiple depositions up to, and including this week. Under the Court's current
12 Amended Docket Control Order, the deadline for expert reports is on the same day as the close
13 of fact discovery. In addition, Bingham McCutchen has recently been brought in as additional
14 counsel of record. Plaintiff and Counter-Defendant Netflix, Inc. is not certain that adding
15 additional counsel, as opposed to substituting in new counsel, gives cause to modify the Case
16 Management Order, but does not oppose the modification that Blockbuster seeks, so long as it
17 would not require any other dates in the Court's Case Management Order to be modified.

18        Specifically, Blockbuster requests that the following deadlines be modified:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day for designation of expert testimony and opening expert reports | April 27, 2007 | May 4, 2007 |
| Deadline for responsive expert testimony and reports | May 11, 2007 | May 18, 2007 |
| Deadline for reply reports | May 18, 2007 | May 25, 2007 |
| Expert discovery cutoff | June 1, 2007 | June 8, 2007 |

The deadline extensions are not sought for delay, but to allow the parties ample

time to properly prepare this case for trial. The newly added deadlines are to further facilitate the trial preparation process. Blockbuster is not seeking at this time to modify any other deadlines in the Court's Case Management Order. Therefore, the requested modifications are not expected to significantly impact the progress of this case.

For the foregoing reasons, Blockbuster requests that the Court modify its Case Management Order to extend the aforementioned discovery deadlines.

Dated: April 26, 2007      ALSCHULER GROSSMAN LLP

By: /s/ Bill O'Brien
William J. O'Brien
Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

**IT SO ORDERED**.

Dated: _April 26, 2007_____      _____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

All dates in the case managment order remain in place. No further extensions will be granted.

---

3
BLOCKBUSTER, INC.'S NOTICE OF MOTION AND UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER
CASE NO. C 06 2361 WHA (JCS)

LA/40378842.2