IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC., a Delaware corporation,

    Plaintiff,

  v.

BLOCKBUSTER, INC., a Delaware corporation, and DOES 1–50,

    Defendants.
                           /

AND RELATED COUNTER ACTION.
                           /

No. C 06-02361 WHA

**REQUEST FOR INPUT ON PAGE LIMITS**

With respect to summary judgment motions, counsel are reminded that "less is more." Fewer motions are more likely to allow the Court to grasp the main points. More motions are more likely to submerge the best points beneath the storm-tossed sea of controversy. For all summary judgment motions combined, the Court proposes that each side be limited in its opening memoranda to 30 pages of briefing and 100 pages of evidentiary support (with equivalent limits on the oppositions) and 15 pages in reply with no further evidentiary support without leave of the Court. Please respond by **MAY 7, 2007, AT NOON**, concerning this proposal.

Whether an advisory jury will be used in connection with the inequitable conduct issue will be postponed to the final pretrial conference.

**IT IS SO ORDERED.**

Dated: May 1, 2007.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

Dockets.Justia.com