UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**[PROPOSED] PROTECTIVE ORDER** |

Having considered the motion of Blockbuster, Inc. ("Blockbuster"), on behalf of itself and its trial counsel, Alschuler Grossman LLP ("Alschuler Grossman") and Shearman & Sterling LLP ("Shearman & Sterling"), and Netflix's Opposition thereto, Blockbuster's Reply, and any argument of counsel, with good cause appearing, it is hereby ORDERED as follows:

Blockbuster and its trial counsel, Alschuler Grossman and Shearman & Sterling, are relieved from answering any questions or producing any documents which would divulge any attorney-client communications with Blockbuster or any of trial counsel's work-product.

IT IS SO ORDERED.

Dated:

_____
Hon. Joseph C. Spero