ALSCHULER GROSSMAN
Marshall B. Grossman - (SBN 35958)
William J. O'Brien - (SBN 99526)
Tony D. Chen - (SBN 176635)
Dominique N. Thomas - (SBN 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

BINGHAM McCUTCHEN LLP
Donn P. Pickett (SBN 72257)
Mary T. Huser (SBN 136051)
Adrienne L. Taclas (SBN 166115)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**PROOF OF SERVICE RE BLOCKBUSTER, INC.'S MOTION FOR PROTECTIVE ORDER AND SUPPORTING DOCUMENTS**<br><br>Hearing Date:     June 8, 2007<br>Time:             9:30 A.M.<br>Courtroom:        A, 15th Floor<br>Magistrate Judge: Joseph C. Spero<br><br>Complaint Filed:  April 4, 2006 |

PROOF OF SERVICE RE BLOCKBUSTER, INC.'S MOTION FOR
PROTECTIVE ORDER AND SUPPORTING DOCUMENTS

LA/40379562.1


# PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of Los Angeles, California at 355 South Grand Avenue, Suite 4400, Los Angeles, California 90071-3106. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day delivery/electronic transmission, and they are deposited that same day in the ordinary course of business.

On May 4, 2007, I served the attached:

**SEE ATTACHED LIST OF DOCUMENTS**

[X]  (BY ELECTRONIC TRANSMISSION) These documents were transmitted, by electronic transmission from nichele.goitia@bingham.com and the transmission was reported as complete and without error. I then caused the transmitting e-mail account to properly issue a report confirming the electronic transmission.

**Jeffrey R. Chanin, Esq.**
Email: jrc@kvn.com
**Ashok Ramani, Esq.**
Email: axr@kvn.com
**Asim M. Bhansali, Esq.**
Email: amb@kvn.com
**Daralyn J. Durie, Esq.**
ddurie@kvn.com
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Phone: 415.391.5400
Fax: 415.397.7188

**Eugene M. Paige, Esq.**
Email: emp@kvn.com
**Kevin T. Reed, Esq.**
Email: kreed@kvn.com
**Leo L. Lam**
Email: leo@kvn.com
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Phone: 415.391.5400
Fax: 415.397.7188

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on May 4, 2007, at Los Angeles, California.

_Nichele M. Goitia_
Nichele M. Goitia

## ATTACHED LIST OF DOCUMENTS

BLOCKBUSTER INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER;

DECLARATION OF RYAN M. NISHIMOTO IN SUPPORT OF BLOCKBUSTER, INC.'S MOTION FOR PROTECTIVE ORDER;

DECLARATION OF MARSHALL B. GROSSMAN;

DECLARATION OF WILLIAM J. O'BRIEN;

DECLARATION OF TONY D. CHEN;

DECLARATION OF DOMINIQUE N. THOMAS;

DECLARATION OF SCOTT D. LYNE;

[PROPOSED] PROTECTIVE ORDER; and

PROOF OF SERVICE RE BLOCKBUSTER, INC.'S MOTION FOR PROTECTIVE ORDER AND SUPPORTING DOCUMENTS.