| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JEFFREY R. CHANIN - #103649 |
| 2 | DARALYN J. DURIE - #169825 |
| | ASHOK RAMANI - #200020 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | NETFLIX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, | Case No. C 06 2361 WHA (JCS) |
| Plaintiff, | **NETFLIX'S RESPONSE TO THE COURT'S MAY 1, 2007 ORDER** |
| v. | |
| BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50, | Complaint filed: April 4, 2006 |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

1  Netflix respectfully submits this response to the Court's May 1, 2007 Order requesting
2  input on page limits for summary judgment motions: Netflix has no objection to the proposed
3  limitations set forth in the Court's May 1, 2007 Order.

5  Dated: May 7, 2007                                    Respectfully submitted,
6                                                        KEKER & VAN NEST, LLP

9                                          By:   /s/ Eugene M. Paige
                                                  Eugene M. Paige
                                                  Attorneys for Plaintiff
10                                                NETFLIX, INC.

394919.01

1
NETFLIX'S RESPONSE TO THE COURT'S MAY 1, 2007 ORDER
CASE NO. C 06 2361 WHA (JCS)