United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, and DOES 1–50,<br><br>  Defendants.<br>                                           /<br>AND RELATED COUNTER ACTION.<br>                                           / | No. C 06-02361 WHA<br><br>**ORDER SETTING PAGE LIMITS FOR SUMMARY JUDGMENT MOTIONS** |

Responses to the proposed page limits for summary judgment have been received. Each side will be limited to thirty pages for opening and opposition briefs and fifteen pages for reply briefs. Parties may submit no more than 200 pages of evidentiary support.

**IT IS SO ORDERED.**

Dated: May 7, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE