BINGHAM MCCUTCHEN LLP
Marshall B. Grossman - (SBN 35958)
William J. O'Brien - (SBN 99526)
Tony D. Chen - (SBN 176635)
Dominique N. Thomas - (SBN 231464)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone:  (310) 907-1000
Facsimile:  (310) 907-2000

Donn P. Pickett (SBN 72257)
Mary T. Huser (SBN 136051)
Adrienne L. Taclas (SBN 166115)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br> v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>        Defendant. | Case No. C 06 2361 WHA (JCS)<br><br>**BLOCKBUSTER'S UNOPPOSED MOTION TO EXTEND EXPERT REPORT DEADLINE ONE WEEK BECAUSE OF UNEXPECTED SURGERY; PROPOSED ORDER** |
| AND RELATED COUNTERCLAIMS | Complaint Filed: April 4, 2006 |

BLOCKBUSTER'S UNOPPOSED MOTION TO EXTEND EXPERT REPORT DEADLINE ONE WEEK
BECAUSE OF UNEXPECTED SURGERY; PROPOSED ORDER
CASE NO. C 06 2361 WHA (JCS)

SF/21712992.1

Dockets.Justia.com

1  Defendant and Counterclaimant, Blockbuster Inc., by and through undersigned
2  counsel, will and hereby moves this Court for an order amending the Court's Case Management
3  Order because of an unexpected medical problem requiring that Blockbuster's damages expert
4  undergo cancer surgery on less than a week's notice and during the same week when his report is
5  due.

6  Blockbuster retained Jeffrey Kinrich as its damages expert and arranged for him
7  to respond to the damages report submitted on Friday, May 4, by Netflix's expert, David Teece.
8  With that work in progress, Blockbuster's counsel learned for the first time on the afternoon of
9  Wednesday, May 9, 2007, that Mr. Kinrich had just been scheduled to undergo cancer surgery
10 the following Tuesday, May 15, 2007. Mr. Kinrich himself had just learned of the need for the
11 surgery the preceding day.

12 Mr. Kinrich's surgery is scheduled during the same week in which his responsive
13 report on damages is currently due. Blockbuster seeks a one week extension of time to permit
14 Mr. Kinrich an opportunity to prepare his report, and a corresponding one-week extension of the
15 deadline for Netflix's reply report on damages. Netflix does not oppose the modification sought
16 by Blockbuster.

17 Specifically, Blockbuster requests that the following deadlines be modified:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Blockbuster's responsive expert report on damages issues | May 18, 2007 | May 25, 2007 |
| Deadline for Netflix's reply report on damages issues | May 25, 2007 | June 1, 2007 |

25 This one-week extension will not impact the expert discovery cut-off previously
26 ordered by the Court.  Therefore, the requested modification is not expected to effect the
27 progress of this case towards trial.
28
BLOCKBUSTER'S UNOPPOSED MOTION TO EXTEND EXPERT REPORT DEADLINE ONE WEEK
BECAUSE OF UNEXPECTED SURGERY; PROPOSED ORDER
CASE NO. C 06 2361 WHA (JCS)

SF/21712992.1

1  For the foregoing reasons, Blockbuster requests that the Court modify its Case
2  Management Order to extend the aforementioned discovery deadlines.

Dated: May 11, 2007            BINGHAM MCCUTCHEN LLP


By: _____ Mary T. Huser /s/ _____
Mary T. Huser
Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.


**IT SO ORDERED**.


Dated: _____        _____
                                    HONORABLE WILLIAM ALSUP
                                    UNITED STATES DISTRICT COURT JUDGE

BLOCKBUSTER'S UNOPPOSED MOTION TO EXTEND EXPERT REPORT DEADLINE ONE WEEK
BECAUSE OF UNEXPECTED SURGERY; PROPOSED ORDER
CASE NO. C 06 2361 WHA (JCS)

SF/21712992.1