KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**DECLARATION OF EUGENE M. PAIGE IN SUPPORT OF NETFLIX'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER**<br><br>Date: June 8, 2007<br>Time: 9:30 a.m.<br>Judge: The Honorable Joseph C. Spero<br><br>Complaint filed: April 4, 2006 |

**PUBLIC VERSION**

393479.01

DECLARATION OF EUGENE M. PAIGE IN SUPPORT OF NETFLIX'S
OPPOSITION TO MOTION FOR PROTECTIVE ORDER
CASE NO. C 06 2361 WHA (JCS)

dockets.Justia.com

I, Eugene M. Paige, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court, and am associated with Keker & Van Nest, LLP, counsel for Plaintiff Netflix, Inc.

2. I have personal knowledge of the facts set forth below and if called to testify as a witness thereto could do so competently under oath.

3. On March 30, 2007, Blockbuster's counsel Tony Chen emailed to me a letter, including attachments, written by Baker Botts, LLP to Richard A. Frank, Senior Vice President and Senior Corporate Counsel for Blockbuster, dated March 9, 2004, bearing the subject heading "Investigation of U.S. Patent No. 6,584,450." Attached hereto as Exhibit A is a true and correct copy of the March 9, 2004 opinion letter without the attachments.

4. On March 30, 2007, Mr. Chen also emailed to me a letter, including attachments, written by Edwin H. Taylor of Blakely Sokoloff Taylor & Zafman, LLP to Shane Evangelist, Senior Vice President and General Manager of Blockbuster Online, dated March 29, 2007, bearing the subject heading "U.S. Patent No. 7,024,381 entitled 'Approach for Renting Items to Customers.'" Attached hereto as Exhibit B is a true and correct copy of the March 29, 2007 opinion letter without the attachments.

5. On April 11, 2007, Blockbuster's counsel Daniel J. Kelly faxed to my office a motion and exhibits thereto that Blockbuster filed that day in the United States District Court for the Northern District of Texas, Dallas Division. The motion is titled "Motion and Brief for Protection and Objections and Responses of Blockbuster Inc., Shane Evangelist, Edward Stead, and Richard A. Frank To Plaintiff Netflix, Inc.'s Third Amended Notice Of 30(B)(6) Deposition of Blockbuster, Amended Notice of Deposition of Shane Evangelist, Amended Notice of Deposition and Subpoena of Edward Stead, and Amended Notice of Deposition and Subpoena of Richard Frank" (hereinafter "Blockbuster's Motion For Protection"). Attached hereto as Exhibit C is a true and correct copy of Blockbuster's Motion For Protection and exhibits.

6. On April 11, 2007, my colleague Daralyn J. Durie submitted a letter with exhibits to Judge Alsup informing him of Blockbuster's Motion For Protection. Attached hereto as Exhibit D is a true and correct copy of Ms. Durie's April 11, 2007 letter and exhibits.

393479.01

1

DECLARATION OF EUGENE M. PAIGE IN SUPPORT OF NETFLIX'S
OPPOSITION TO MOTION FOR PROTECTIVE ORDER
CASE NO. C 06 2361 WHA (JCS)

7. On April 25, 2007, the United States District Court for the Northern District of Texas, Dallas Division issued an order dismissing without prejudice Blockbuster's Motion For Protection. Attached hereto as Exhibit E is a true and correct copy of the April 25, 2007 order.

8. On May 10, 2007, I took the deposition of Bryan Paul Stevenson. Attached hereto as Exhibit F is a true and correct copy of pages 1 and 2 from the rough version of the transcript of that deposition. My office has not yet received the final version of the deposition transcript. **[THIS EXHIBIT HAS BEEN FILED UNDER SEAL].**

9. On April 25, 2007, Ms. Durie took the deposition of John Antioco. Attached hereto as Exhibit G is a true and correct copy of pages 196, 204 and 213-222 of the transcript of that deposition. **[THIS EXHIBIT HAS BEEN FILED UNDER SEAL].**

10. On April 26, 2007, Ms. Durie took the deposition of Edwin H. Taylor. Attached hereto as Exhibit H is a true and correct copy of pages 24-27 of the transcript of that deposition. **[THIS EXHIBIT HAS BEEN FILED UNDER SEAL].**

11. On May 2, 2007, I took the deposition of Bart Showalter. Attached hereto as Exhibit I is a true and correct copy of pages 179-180 and 195-196 of the transcript of that deposition. **[THIS EXHIBIT HAS BEEN FILED UNDER SEAL].**

12. On May 9, 2007, Blockbuster's counsel Daniel J. Kelly emailed to me a log of categories of withheld Shearman & Sterling documents. Attached hereto as Exhibit J is a true and correct copy of the Log of Categories of Withheld Shearman & Sterling, LLP Documents..

I declare the foregoing under penalty of perjury under the laws of the state of California. Executed at San Francisco, California on May 18, 2007.

/s/ Eugene M. Paige

2
DECLARATION OF EUGENE M. PAIGE IN SUPPORT OF NETFLIX'S
OPPOSITION TO MOTION FOR PROTECTIVE ORDER
CASE NO. C 06 2361 WHA (JCS)

393479.01