# EXHIBIT F
# HAS BEEN FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER