# EXHIBIT G
# HAS BEEN FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Dockets.Justia.com