# EXHIBIT H HAS BEEN FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER