# EXHIBIT I
# HAS BEEN FILED
# UNDER SEAL
# PURSUANT TO
# PROTECTIVE ORDER