# EXHIBIT J

*Netflix, Inc. v. Blockbuster Inc.*
USDC, Northern District of California
Case No. C 06 2361

**CATEGORIES OF WITHHELD SHEARMAN & STERLING LLP DOCUMENTS**

| DOC. NO. | PARTICIPANTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|
| 1. | SS/Prior Art Search Firms | Communications between Shearman & Sterling LLP ("SS") and prior art search firms reflecting SS attorney mental impressions | Work Product |
| 2. | SS | Internal SS communications regarding prior art search firms reflecting SS attorney mental impressions | Work Product |
| 3. | SS/BBI | Communications between SS and Blockbuster Inc. ("BBI") regarding prior art search firms containing or requesting SS legal advice and/or reflecting SS attorney mental impressions | Attorney-Client; Work Product |
| 4. | SS | Various internal SS memoranda, notes, and documents related to prior art search firms reflecting SS attorney mental impressions | Work Product |
| 5. | SS/Prior Art Investigators | Communications between SS and prior art investigators reflecting SS attorney mental impressions | Work Product |

1

| DOC. NO. | PARTICIPANTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|
| 6. | SS | Internal SS communications regarding prior art investigators reflecting SS attorney mental impressions | Work Product |
| 7. | SS/BBI | Communications between SS and BBI regarding prior art investigators containing or requesting SS legal advice and/or reflecting SS attorney mental impressions | Attorney-Client; Work Product |
| 8. | SS | Various internal SS memoranda, notes, and documents related to prior art investigators reflecting SS attorney mental impressions | Work Product |
| 9. | SS/BBI | Communications between SS and BBI regarding various litigation defenses in connection with invalidity of U.S. Patent No. 6,584,450 ("'450 patent") containing or requesting SS legal advice and/or reflecting SS attorney mental impressions | Attorney-Client; Work Product |
| 10. | SS | Various internal SS communications, memoranda, notes and documents related to litigation defenses in connection with invalidity of the '450 patent reflecting SS attorney mental impressions | Work Product |
| 11. | SS | Internal SS communications regarding interviews of BBI employees in connection with invalidity of the '450 patent reflecting SS attorney mental impressions | Work Product |

2

| DOC. NO. | PARTICIPANTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|
| 12. | SS/BBI | Communications between SS and BBI regarding interviews of BBI employees in connection with invalidity of the '450 patent containing or requesting SS legal advice and/or reflecting SS attorney mental impressions | Attorney-Client; Work Product |
| 13. | SS | Various internal SS memoranda, notes and documents related to interviews of BBI employees in connection with invalidity of the '450 patent reflecting SS attorney mental impressions | Work Product |
| 14. | SS | BBI documents received by SS reflecting SS attorney mental impressions | Work Product |

3