1  KEKER & VAN NEST, LLP
   JEFFREY R. CHANIN - #103649
2  DARALYN J. DURIE - #169825
   ASHOK RAMANI - #200020
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff
6  NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>Defendant. | Case No. C 06 2361 WHA (JCS)<br><br>**[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL FOR NETFLIX'S OPPOSITION TO BLOCKBUSTER'S MOTION FOR PROTECTIVE ORDER**<br><br>Date: June 8, 2007<br>Time: 9:30 a.m.<br>Dept: A, 15th Floor<br>Judge: Hon. Joseph C. Spero |

[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL FOR NETFLIX'S OPPOSITION TO
BLOCKBUSTER'S MOTION FOR PROTECTIVE ORDER
CASE NO. C 06 2361 WHA (JCS)

1     Netflix's request to file under seal certain documents in connection with its Opposition to
2 Blockbuster's Motion for Protective Order is GRANTED. The Clerk will maintain said
3 documents in accordance with the provisions of Civil Local Rule 79-5(f).
4     IT IS SO ORDERED.

6 Dated: _____

                       HON. WILLIAM H. ALSUP
7                        United States District Court Judge

1

[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL FOR NETFLIX'S OPPOSITION TO
BLOCKBUSTER'S MOTION FOR PROTECTIVE ORDER
CASE NO. C 06 2361 WHA (JCS)