KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>                      Plaintiffs,<br><br>        v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>                      Defendant. | Case No. C 06 2361 WHA<br><br>**PROOF OF SERVICE**<br><br>Date Comp. Filed:   April 4, 1006 |

377665.01

PROOF OF SERVICE
CASE NO. C 06 2361 WHA

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On May 18, 2007, I served the following document(s):

- **NETFLIX'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS OPPOSITION TO MOTION FOR PROTECTIVE ORDER – FILED UNDER SEAL**

- **DECLARATION OF EUGENE M. PAIGE IN SUPPORT OF NETFLIX'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER – FILED UNDER SEAL**

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

Marshall B. Grossman, Esq.
William J. O'Brien, Esq.
ALSCHULER GROSSMAN LLP
1620 26th Street, 4th Floor, North Tower
Santa Monica, CA 90404-4060
Fax: 310/907-2033
mgrossman@alschuler.com
wobrien@alschuler.com

Donn P. Pickett
Adrienne L. Taclas
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Fax:   415/393-2286
donn.pickett@bingham.com
adrienne.taclas@bingham.com

Mary T. Huser
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303-2223
Fax: 650/849-4800
mary.huser@bingham.com

Executed on May 18, 2007, at San Francisco, California.

I, Wanda Krawczyk, declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____/s/ Wanda Krawczyk_____
WANDA KRAWCZYK