```
1  KEKER & VAN NEST, LLP
   JEFFREY R. CHANIN - #103649
2  DARALYN J. DURIE - #169825
   ASHOK RAMANI - #200020
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff
6  NETFLIX, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50,<br><br>　　　　　　　　　　　　Defendant. | Case No. C 06 2361 WHA (JCS)<br><br>[~~PROPOSED~~] ORDER TO FILE DOCUMENTS UNDER SEAL FOR NETFLIX'S OPPOSITION TO BLOCKBUSTER'S MOTION FOR PROTECTIVE ORDER<br><br>Date:　June 8, 2007<br>Time:　9:30 a.m.<br>Dept:　A, 15th Floor<br>Judge: Hon. Joseph C. Spero |

[~~PROPOSED~~] ORDER TO FILE DOCUMENTS UNDER SEAL FOR NETFLIX'S OPPOSITION TO
BLOCKBUSTER'S MOTION FOR PROTECTIVE ORDER
CASE NO. C 06 2361 WHA (JCS)

Dockets.Justia.com

1  Netflix's request to file under seal certain documents in connection with its Opposition to
2  Blockbuster's Motion for Protective Order is GRANTED.  The Clerk will maintain said
3  documents in accordance with the provisions of Civil Local Rule 79-5(f).
4  IT IS SO ORDERED.

6  Dated:   May 21, 2007

   _____
   HON. W.
   United St...  Judge
   Judge Joseph C. Spero

---

1

**[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL FOR NETFLIX'S OPPOSITION TO
BLOCKBUSTER'S MOTION FOR PROTECTIVE ORDER
CASE NO. C 06 2361 WHA (JCS)**