1  BINGHAM McCUTCHEN LLP
   Donn P. Pickett (SBN 72257)
2  Mary T. Huser (SBN 136051)
   Three Embarcadero Center
3  San Francisco, CA 94111-4067
   Telephone: (415) 393-2000
4  Facsimile: (415) 393-2286

5  Marshall B. Grossman (SBN 35958)
   William J. O'Brien (SBN 99526)
6  The Water Garden
   1620 26th Street
7  Fourth Floor, North Tower
   Santa Monica, CA 90404-4060
8  Telephone: (310) 907-1000
   Facsimile: (310) 907-2000
9

10 Attorneys for Defendant and Counterclaimant,
   BLOCKBUSTER, INC.
11
                        UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
   NETFLIX, INC., a Delaware corporation,   | Case No. C 06 2361 WHA (JCS)
14
                            Plaintiff,       | **PROOF OF SERVICE**
15
       v.
16
   BLOCKBUSTER, INC., a Delaware
17 corporation, DOES 1-50,                   | Complaint Filed:   April 4, 2006

18                          Defendant.

19 AND RELATED COUNTERCLAIMS

PROOF OF SERVICE
ACTIVE/72031179.1

Dockets.Justia.com

PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of San Mateo, California at 1900 University Avenue, East Palo, CA 94303. I am readily familiar with the practice of this office for collection and processing via electronic transmission that same day in the ordinary course of business.

Today I served the attached:

**REPLY TO REBUTTAL REPORTS OF TOM ADAMS AND HAIM MENDELSON BY JASON SALZETTI**

☒ (BY ELECTRONIC TRANSMISSION) This document was transmitted by electronic transmission from sheila.pierce@bingham.com and the transmission was reported as complete and without error. I then caused the transmitting e-mail account to properly issue a report confirming the electronic transmission.

Daralyn Durie, Esq.
Eugene Paige, Esq.
Ashok Ramani, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: ddurie@kvn.com
Email: epaige@kvn.com
Email: axr@kvn.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on May 25, 2007.

*Sheila M. Pierce*
Sheila M. Pierce

PROOF OF SERVICE

ACTIVE/72031179.1