1  BINGHAM McCUTCHEN LLP
   Donn P. Pickett (SBN 72257)
2  Mary T. Huser (SBN 136051)
   Three Embarcadero Center
3  San Francisco, CA 94111-4067
   Telephone: (415) 393-2000
4  Facsimile: (415) 393-2286

5
   Marshall B. Grossman (SBN 35958)
6  William J. O'Brien (SBN 99526)
   The Water Garden
7  1620 26th Street
   Fourth Floor, North Tower
8  Santa Monica, CA 90404-4060
   Telephone: (310) 907-1000
9  Facsimile: (310) 907-2000

   Attorneys for Defendant and Counterclaimant,
10 BLOCKBUSTER, INC.

11 KEKER & VAN NEST LLP
   Jeffrey R. Chanin (SBN 103649)
12 Daralyn J. Durie (SBN 169825)
   Ashok Ramani (SBN 200020)
13 710 Sansome Street
   San Francisco, CA 94111-1704
14 Telephone: (415) 391-5400
15 Facsimile: (415) 397-7188

   Attorneys for Plaintiff and Counterdefendant,
16 NETFLIX, INC.

17
                UNITED STATES DISTRICT COURT
18
                NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  NETFLIX, INC., a Delaware corporation, | Case No. C 06 2361 WHA (JCS) |
| 21                          Plaintiff, | **JOINT REPORT IN RESPONSE TO COURT'S REQUEST RE ADR** |
| 22      v. | |
| 23  BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50, | Complaint Filed:    April 4, 2006 |
| 24                          Defendant. | |
| 25  AND RELATED COUNTERCLAIMS | |

26

27

28

JOINT REPORT IN RESPONSE TO COURT'S REQUEST RE ADR
ACTIVE/72034200.2/3006338-0000325413

The parties provide the following report in response to Your Honor's May 17, 2007 Order entitled "Reminder Notice of Upcoming Trial and Final Pretrial Conference." The parties have not engaged in any alternative dispute resolution to date. Blockbuster and Netflix jointly suggest that the Court order the parties to participate in a settlement conference or mediation before Judge Laporte.

Dated: May 31, 2007                                    BINGHAM MCCUTCHEN LLP


By: _____/s/ Mary T. Huser_____
Mary T. Huser
Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

Dated: May 31, 2007                                    KEKER & VAN NEST LLP


By: _____/s/ Eugene M. Paige_____
Eugene M. Paige
Attorneys for Defendant and Counterclaimant,
NETFLIX, INC.