# BINGHAM

LEGAL INSIGHT. BUSINESS INSTINCT.

Mary T. Huser
Direct Phone:  650.849.4914
Direct Fax:      650.849.4800
mary.huser@bingham.com

May 31, 2007

**BY E-FILING**

The Honorable Judge William Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, CA 94102-3483

**Re**: *Netflix v. Blockbuster*,  Case No. C-06-2361 WHA (JCS)

Dear Judge Alsup:

On June 30, 2006, this Court issued its Case Management Order providing, "The last date to file dispositive motions shall be **JUNE 14, 2007**." This date has never been extended. The Order also stated, "No dispositive motions shall be heard more than 35 days *after* this deadline . . . the parties must adhere to the 35-day track in order to avoid pressure on the trial date." Thirty-five days after June 14 is July 19.

Yesterday, Blockbuster's counsel sought a July 19 hearing and were told by Dawn Toland, the docket clerk, that you will not be available until August 2. She advised us to schedule the hearing for that date. We informed Netflix's counsel of that date to ensure their availability. Netflix has indicated that it also plans to file summary judgment motions.

In the attached letter, Netflix's counsel stated that they are available for the August 2 hearing. However, they oppose a hearing date on August 2 because it is not within thirty-five days of June 14.

Blockbuster is not seeking an extension of the hearing date. The only reason a later hearing date would be required is because of the Court's calendar.

Netflix's solution, requiring Blockbuster to file its summary judgment motions early, with only two weeks remaining to the deadline, and in the middle of expert depositions, is not feasible.

Blockbuster is willing to have the hearing on shortened time to accommodate the Court's schedule, if necessary.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
**Silicon Valley**
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA
94303-2223

T 650.849.4400
F 650.849.4800
bingham.com

ACTIVE/72035820.1/3006338-0000325413

The Honorable Judge William Alsup
Page 2

Blockbuster therefore seeks an order from the Court setting a hearing date and briefing schedule for motions for summary judgment in this matter.

We appreciate Your Honor's assistance.

Respectfully submitted,

/s

Mary T. Huser

Bingham McCutchen LLP
bingham.com

ACTIVE/72035820.1/3006338-0000325413

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

## FACSIMILE TRANSMISSION COVER SHEET

May 31, 2007

| To | Telephone | Facsimile |
|---|---|---|
| Adrienne L. Taclas<br>Bingham McCutchen LLP | 415/393-2000 | 415/393-2286 |

| From | Telephone | Code |
|---|---|---|
| Eugene M. Paige, Esq. | (415) 391-5400 | 6282/dfox |

Re  Netflix v. Blockbuster, USDC, Northern District Case No. C 06 2361 WHA

**Number of Pages (Including Cover): 3**

ORIGINAL WILL NOT FOLLOW THIS TRANSMISSION

### COMMENTS

Correspondence dated May 31, 2007

Operator _____                                    Time Sent _____

**IF YOU ENCOUNTER ANY DIFFICULTIES RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 676-2277 OR (415) 391-5400**

The information contained in this facsimile transmission is legally privileged and confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone, and return the original transmission to us at the above address via the U.S. Postal Service. Thank you.

390446.01

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

EUGENE M. PAIGE
EPAIGE@KVN.COM

May 31, 2007

**VIA FACSIMILE**

Adrienne L. Taclas, Esq.
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Re: *Netflix, Inc. v. Blockbuster, Inc.*, Case No. C-06-2361 WHA

Dear Adrienne:

Thank you for your call of yesterday to discuss the issue of summary judgment scheduling in this case.

As promised, I have looked into whether Netflix has a conflict with a hearing on August 2, and it appears that although some members of the team have a conflict with that date, Netflix could go forward with a hearing then.

However, as we discussed yesterday, Netflix does not believe that Judge Alsup's order permits a summary judgment hearing to be scheduled as late as August 2. His case management order is extremely clear on the matter: it states that "[n]o dispositive motions shall be heard more than 35 days" after June 14, 2007, and warns that "if any party *waits until the last day to file*," the parties "must adhere to the 35-day track in order to avoid pressure on the trial date." Case Management Order ¶ 12 (emphasis added). Judge Alsup was also quite clear when he granted Blockbuster's request for an extra week in the expert discovery schedule that no further delays in the schedule would be permitted. Moreover, delaying the summary judgment hearing until little more than two weeks before the pre-trial conference would put just the sort of pressure on the trial date that Judge Alsup's Case Management Order seeks to avoid. Therefore, given Judge Alsup's apparent lack of availability on July 19, Blockbuster should file its summary judgment motion prior to the last day upon which such motions may be filed, and notice it for a date prior to July 19 upon which Judge Alsup is available.

Netflix accordingly intends to oppose any request that the summary judgment hearing be held later than July 19. Please advise me prior to any communications that Blockbuster intends to have with Judge Alsup's Chambers on this scheduling issue so that I may participate in any such call and make clear Netflix's position that any delay in the summary judgment hearing schedule would be inappropriate.

396469.01

Adrienne L. Taclas, Esq.
May 31, 2007
Page 2

Thank you for your attention to this matter, and please do not hesitate to contact me should you wish to discuss it further.

Sincerely,

Eugene M. Paige

396469.01