IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, and DOES 1–50,<br><br>Defendant. | No. C 06-02361 WHA<br><br>**ORDER RE JOINT REPORT RE ADR** |

The Court has received parties' joint report in response regarding ADR dated May 31, 2007. The case management scheduling order dated June 30, 2006, referred this matter to Judge Laporte for mediation and settlement. The parties should long ago have communicated to her their desire to have mediation or a settlement conference. Nonetheless, by copy of this order to Judge Laporte, she will be notified that counsel in this case desire a settlement conference or mediation.

**IT IS SO ORDERED.**

Dated: June 1, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE