IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER, INC., a Delaware corporation, and DOES 1–50,<br><br>Defendant.<br>_____/ | No. C 06-02361 WHA<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |

The Court has received defendant's letter regarding scheduling for motions for summary judgment. Motions for summary judgment will be filed no later than **JUNE 14, 2007**. Oppositions will be due no later than **JUNE 28, 2007**. Reply briefs will be due no later than **JULY 5, 2007**. The hearing on motions for summary judgment will be held on **THURSDAY, AUGUST 2, 2007, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: June 1, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE