**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC., a Delaware corporation,

     Plaintiff,

  v.

BLOCKBUSTER, INC., a Delaware corporation, and DOES 1–50,

     Defendant.

_____/

No. C 06-02361 WHA

**ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**

The Court has received defendant's letter regarding scheduling for motions for summary judgment. Motions for summary judgment will be filed no later than **JUNE 14, 2007**. Oppositions will be due no later than **JUNE 28, 2007**. Reply briefs will be due no later than **JULY 5, 2007**. The hearing on motions for summary judgment will be held on **THURSDAY, AUGUST 2, 2007, AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: June 1, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE