# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTES</u>

**CASE NO. C 06-02361 WHA (JCS)**

**CASE NAME: NETFLIX,INC. v. BLOCKBUSTER,INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: June 8, 2007    **TIME: 1 hr** | **COURT REPORTER**: <u>Kathy Wyatt</u> |
| **<u>COUNSEL FOR PLAINTIFF:</u>**<br>Daralyn Durie | **<u>COUNSEL FOR DEFENDANT:</u>**<br>Donn Pickett & Adrienne Taclas |

**<u>PROCEEDINGS</u>:**                                                   **<u>RULING</u>:**

1. Dft's Motion for Protective Order [Docket No. 202]     Submitted

___

**<u>ORDERED AFTER HEARING:</u>**

___

**ORDER TO BE PREPARED BY:**    () Plaintiff     () Defendant    (X) Court

**CASE CONTINUED TO:**

cc:     Chambers, Karen