KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
ASHOK RAMANI - #200020
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
NETFLIX, INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, | Case No. C 06 2361 WHA |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Date Comp. Filed:   April 4, 1006 |
| BLOCKBUSTER, INC., a Delaware corporation, DOES 1-50, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

396759.01

PROOF OF SERVICE
CASE NO. C 06 2361 WHA

Dockets.Justia.com

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am a member of the bar of this court. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On May 18, 2007, I served the following document(s):

- **EXPERT OPPOSITION REPORT OF PROFESSOR HAIM MENDELSON**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

William J. O'Brien, Esq.
Tony D. Chen, Esq.
Justin C. Natoli, Esq.
Dominique N. Thomas, Esq.
Bingham McCutchen LLP
1620 26th Street, 4th Floor, North Tower
Santa Monica, CA 90404-4060
Fax: 310/907-2033
william.obrien@bingham.com
dominique.thomas@bingham.com
tony.chen@bingham.com
justin.natoli@bingham.com

Executed on May 18, 2007, at San Francisco, California.

I, Ashok Ramani, declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____
Ashok Ramani

---
1
PROOF OF SERVICE
CASE NO. C 06 2361 WHA

396759.01