1   BINGHAM McCUTCHEN LLP
    Donn P. Pickett (SBN 72257)
2   Mary T. Huser (SBN 136051)
    Three Embarcadero Center
3   San Francisco, CA 94111-4067
    Telephone:  (415) 393-2000
4   Facsimile:  (415) 393-2286

5   Marshall B. Grossman (SBN 35958)
    William J. O'Brien (SBN 99526)
6   The Water Garden
    1620 26th Street
7   Fourth Floor, North Tower
    Santa Monica, CA 90404-4060
8   Telephone:  (310) 907-1000
    Facsimile:  (310) 907-2000
9

10  Attorneys for Defendant and Counterclaimant,
    BLOCKBUSTER INC.

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13  NETFLIX, INC., a Delaware corporation,          Case No. C 06 2361 WHA (JCS)

14                              Plaintiff,           **DECLARATION OF TONY CHEN IN
                                                    SUPPORT OF BLOCKBUSTER'S
15          v.                                       MOTION FOR SUMMARY JUDGMENT
                                                    OF INVALIDITY AND NON-
16  BLOCKBUSTER, INC., a Delaware                   INFRINGEMENT**
    corporation,
17
                              Defendant.
18  ─────────────────────────────────              Hearing Date:      August 2, 2007
                                                    Time:              8:00 A.M.
19  AND RELATED COUNTERCLAIMS                       Courtroom:         9, 19th Floor

20                                                  Complaint Filed:   April 4, 2006
                                                    Trial Date:        September 17, 2007
21

22

23

24

25

26

27

28

Dockets.Justia.com

I, Tony Chen, declare:

1.    I am an attorney duly admitted to practice before this Court and the courts of the State of California, and am a partner in Bingham McCutchen, LLP, Counsel for Defendant and Counterclaimant Blockbuster.  This declaration is submitted in support of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement.  If called as a witness I would and could testify to the following:

2.    I attended the deposition of Linda Verin that took place on April 5, 2007.  I have reviewed the excerpts attached as Exhibit J to the Declaration of William J. O'Brien in Support of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement ("O'Brien Declaration"), which accurately represent the proceedings.

3.    I attended the deposition of Mark Ramm that took place on March 23, 2007.  I have reviewed the excerpts attached as Exhibit P to the Declaration of the O'Brien Declaration, which accurately represent the proceedings.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of June, 2007 in Santa Monica, California.


_____/s/_____
Tony Chen

1

ACTIVE/72053657.1