1  BINGHAM McCUTCHEN LLP
   Donn P. Pickett (SBN 72257)
2  Mary T. Huser (SBN 136051)
   Three Embarcadero Center
3  San Francisco, CA 94111-4067
   Telephone:  (415) 393-2000
4  Facsimile:  (415) 393-2286

5  Marshall B. Grossman (SBN 35958)
   William J. O'Brien (SBN 99526)
6  The Water Garden
   1620 26th Street
7  Fourth Floor, North Tower
   Santa Monica, CA 90404-4060
8  Telephone:  (310) 907-1000
   Facsimile:  (310) 907-2000
9

10 Attorneys for Defendant and Counterclaimant,
   BLOCKBUSTER INC.
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| NETFLIX, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>BLOCKBUSTER, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**DECLARATION OF TONY CHEN IN SUPPORT OF BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT**<br><br>Hearing Date:   August 2, 2007<br>Time:           8:00 A.M.<br>Courtroom:      9, 19th Floor<br><br>Complaint Filed:  April 4, 2006<br>Trial Date:       September 17, 2007 |
|---|---|

I, Tony Chen, declare:

1. I am an attorney duly admitted to practice before this Court and the courts of the State of California, and am a partner in Bingham McCutchen, LLP, Counsel for Defendant and Counterclaimant Blockbuster. This declaration is submitted in support of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement. If called as a witness I would and could testify to the following:

2. I attended the deposition of Linda Verin that took place on April 5, 2007. I have reviewed the excerpts attached as Exhibit J to the Declaration of William J. O'Brien in Support of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement ("O'Brien Declaration"), which accurately represent the proceedings.

3. I attended the deposition of Mark Ramm that took place on March 23, 2007. I have reviewed the excerpts attached as Exhibit P to the Declaration of the O'Brien Declaration, which accurately represent the proceedings.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of June, 2007 in Santa Monica, California.

/s/
———————————————
Tony Chen

1
CHEN DECLARATION IN SUPPORT OF BLOCKBUSTER'S MOTION FOR
SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT
CASE NO. C 06 2361 WHA (JCS)

ACTIVE/72053657.1