BINGHAM McCUTCHEN LLP
Donn P. Pickett (SBN 72257)
Mary T. Huser (SBN 136051)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Marshall B. Grossman (SBN 35958)
William J. O'Brien (SBN 99526)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Attorneys for Defendant and Counterclaimant,
Blockbuster Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC.., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER INC.., a Delaware corporation, DOES 1-50,<br><br>Defendant.<br><br>AND RELATED COUNTER ACTION. | No. C 06 2361 WHA (JCS)<br><br>**DECLARATION OF JASON SALZETTI IN SUPPORT OF BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT**<br><br>Hearing Date: August 2, 2007<br>Time: 8:00 A.M.<br>Courtroom: 9, 19th Floor<br><br>Complaint Filed: April 4, 2006<br>Trial Date: September 17, 2007 |

I, Jason Salzetti, declare:

1. I have been retained by counsel for Blockbuster Inc. in this case to provide expert opinions and testimony concerning issues including anticipation, obviousness, and infringement of Netflix's '450 and '381 patents. I have submitted an opening expert report dated May 4,

DOCS/928949.1/3312460-3300206704

DECLARATION OF JASON SALZETTI IN SUPPORT OF
BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT

2007; a rebuttal reported dated May 18, 2007; and a reply report dated May 25, 2007.

2. These three reports accurately state my opinions and the bases for them, including underlying factual information gathered for purposes of my analysis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 14, 2007, at San Francisco, California.



Jason Salzetti

DOCS/928949.1/33112460-3300206704

2

DECLARATION OF JASON SALZETTI IN SUPPORT OF
BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT