# EXHIBITS D-H

Dockets.Justia.com

**EXHIBIT D**

4/2/2007 Hastings, Reed V1

1

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  ————————————
4  ————————————
5  NETFLIX, INC., a Delaware    )
6  corporation,                 )
7       Plaintiff,      )
8  vs.          ) No. C 06 2361 WHA
9  BLOCKBUSTER, INC., a Delaware ) VOLUME I
10 corporation, and DOES 1-50,  )
11      Defendants       )
12 ————————————
13
14
15  A PORTION OF THIS TRANSCRIPT IS CONFIDENTIAL
16  ATTORNEYS' EYES ONLY, PURSUANT TO PROTECTIVE ORDER
17
18
19  VIDEOTAPED DEPOSITION OF REED HASTINGS
20     MONDAY, APRIL 2, 2007
21
22
23
24  PAGES 1 - 300
25  PAGES 259-296 ARE CONFIDENTIAL AND BOUND SEPARATE

---

4/2/2007 Hastings, Reed V1

2

1
2
3
4
5
6
7
8  Videotaped deposition of REED HASTINGS,
9  taken at 710 Sansome Street, San Francisco,
10 California, commencing at 8:12 a.m.,
11 Monday, April 2, 2007, before Kelli Combs,
12 CSR No. 7705
13
14
15
16
17
18
19
20
21
22
23
24
25

---

4/2/2007 Hastings, Reed V1

3

1  APPEARANCE OF COUNSEL:
2
3  FOR THE PLAINTIFF:
4
5  KEKER & VAN NEST
6  BY: DARALYN J. DURIE, ESQ.
7  710 Sansome Street
8  San Francisco, California 94111-1704
9  (415) 391-5400
10 djd@kvn.com
11
12 FOR THE DEFENDANTS:
13
14 ALSCHULER, GROSSMAN, STEIN & KAHAN, LLP
15 BY: MARSHALL B. GROSSMAN, ESQ.
16    WILLIAM J. O'BRIEN, ESQ.
17 1620 26th Street
18 Fourth Floor, North Tower
19 Santa Monica, California 90404-4060
20 (310) 907-1000
21 mgrossman@alschuler.com
22
23 ALSO PRESENT:
24  BENJAMIN GERALD, VIDEOGRAPHER
25  DAVID HYMAN, NETFLIX GENERAL COUNSEL

---

4/2/2007 Hastings, Reed V1

1    REED HASTINGS,
2  having been previously duly sworn, testified as follows:
3      —oOo—
4    THE VIDEOGRAPHER:  Good morning.  We're on
5  the record, ladies and gentlemen, at 8:12 a.m. on    8:12:12AM
6  April 2nd, 2007 for the videotape deposition of Reed
7  Hastings
8    We are taping this deposition at 710
9  Sansome Street, San Francisco, California, on behalf
10 of the defendants in the action entitled NetFlix,    8:12:28AM
11 Incorporated versus Blockbuster, Incorporated and
12 Does 1 through 50 and related counterclaim  Case
13 number is C 06 2361 WHA
14   My name is Benjamin Gerald  I'm the legal
15 videographer for Veritext Deposition Services    8:12:48AM
16 Phone number is 866-299-5127  This is Tape Number 1
17 of Volume I.
18   Would counsel and all present please
19 identify themselves and state whom they represent
20   MS. DURIE:  Daralyn Durie from Keker & Van    8:13:02AM
21 Nest for NetFlix
22   MR. GROSSMAN:  Good morning.  Marshall
23 Grossman and William O'Brien of Alschuler Grossman
24 for Blockbuster
25      (Deponent sworn.)    8:13:19AM

4/2/2007 Hastings, Reed V1

1  it's a relatively small settlement.        10:33:11AM
2      So in this particular case, did I care?
3  I'm having a hard time answering that, did I care.
4  Can you ask me in some different way?
5      Q   No.                  10:33:38AM
6      Did you care?
7      A   I don't recall the feeling of care. I
8  don't recall any of the details of the settlement.
9      Q   When was that settlement, sir?
10     A   I'd have to look it up on -- I'd have to    10:33:59AM
11 ask my counsel.
12     Q   Well, it was clearly within the last year,
13 wasn't it?
14     A   No. If you told me it was 14 months ago,
15 I might -- I have no reason to disbelieve you.    10:34:14AM
16     Q   Well, the lawsuit was filed March 10th,
17 2006, so the settlement was certainly within the
18 last year, wasn't it?
19     A   I could look up when the settlement was if
20 that's helpful to you, but I don't have a        10:34:35AM
21 recollection of when it was.
22     Q   How were you familiar with Amazon's online
23 operation prior to the time the application for the
24 '450 patent was filed?
25     A   I was a customer of Amazon. That's how I    10:35:18AM

73

4/2/2007 Hastings, Reed V1

1  was familiar. That's the primary way.        10:35:30AM
2      Q   You were not only a customer of Amazon,
3  but you wanted to learn everything you could about
4  Amazon because you were involved in an online
5  consumer-based business, as well, correct?    10:35:48AM
6      A   Sorry, say that question again.
7      Q   As the Chief Executive Officer of an
8  online consumer-based business, you wanted to learn
9  as much as you could about Amazon's business
10 operations, didn't you?                10:36:12AM
11     A   Well, parts of their operations would be
12 interesting to us, but many parts really don't have
13 to do with our business. And certainly, they
14 were -- they were interesting generally.
15     Q   They were a successful operation in the    10:36:39AM
16 online consumer business, weren't they?
17     A   I don't know. If you define success as
18 stock price, they certainly were. If you define it
19 as profits, not at that time.
20     Q   When did NetFlix start making a profit?    10:36:56AM
21     A   Either 2003 or 2002 was our first year of
22 profitability.
23     Q   And how long had it been in business
24 before it made a profit?
25     A   Our first offering was May of '98. That's    10:37:13AM

74

4/2/2007 Hastings, Reed V1

1  the ala carte rental. So '98, '99, 2000, 2001,    10:37:19AM
2  2002, 2003. So six years.
3      Q   So let's go back to Amazon.
4      How often did you access the Amazon page
5  before you applied for the '450 patent?        10:37:37AM
6      MS. DURIE: Object that it's vague and
7  ambiguous.
8      But you can answer.
9      THE WITNESS: I don't recall how often.
10 BY MR. GROSSMAN:                    10:37:48AM
11     Q   It would have been hundreds of times,
12 correct?
13     A   You use the term "Amazon page." What do
14 you mean by that?
15     Q   Amazon.com.            10:38:00AM
16     You type into the computer "Amazon.com"
17 and a page comes up, correct?
18     A   That's correct.
19     Q   How many times did you access that prior
20 to the issuance of the '450 patent?        10:38:11AM
21     A   I don't recall.
22     Q   Would it have been in the hundreds of
23 times, sir?
24     A   It may have been, but that feels a little
25 bit high.                    10:38:30AM

75

4/2/2007 Hastings, Reed V1

1      Q   What's your best estimate?        10:38:34AM
2      A   Well, if it was once, twice a month for --
3  when did they start? In '96. That would be 25
4  times a year by six years.
5      I don't know, around -- that would get me    10:39:01AM
6  125.
7      Q   How many times did you --
8      How many times did you order something
9  from Amazon.com during that time period?
10     A   I don't recall.            10:39:14AM
11     Q   Approximately.
12     A   Ballpark it, somewhere between 20 and 200
13 times, maybe more. Maybe 40 and 200 times.
14     Q   Is it correct that you were accessing the
15 Amazon page and ordering to see how they were    10:39:33AM
16 conducting their online commerce?
17     A   No.
18     Q   Why were you accessing the Amazon page or
19 website?
20     A   To buy books --            10:39:52AM
21     Q   No other reason?
22     MS. DURIE: Objection. Would you please
23 let the witness finish answering?
24 BY MR. GROSSMAN:
25     Q   Had you answered?            10:39:58AM

76

4/2/2007 Hastings, Reed V1

1    A   To buy books, DVDs, magazine          10:39:59AM
2  subscriptions, bought a printer from them.
3    Q   Were you also accessing the Amazon website
4  in order to see how they were conducting their
5  business as an aid to you in your business?    10:40:20AM
6    A   Accessing the website.
7    I certainly knew their website well, but
8  separating the why from my own use as a consumer,
9  you know, buy books and printers and to understand
10  their business, you know, from the consumer point of  10:40:53AM
11  view, it's hard for me to say what was the specific
12  motivation.
13    But I certainly used the website a lot as
14  a consumer, as I did eBay's and Yahoo's and, you
15  know, many of the E-commerce companies.       10:41:11AM
16    Q   Was one of the reasons why you accessed
17  the Amazon website to learn how they were doing it
18  as an aid to you in the conduct of your own
19  business?
20    MS. DURIE:  Objection; asked and answered.   10:41:26AM
21    THE WITNESS:  It's hard for me to separate
22  the motivations, because I was -- before NetFlix
23  started, I was already buying books from Amazon, so
24  I was familiar with how it operated and how it
25  worked.                        10:41:51AM

77

1    So I don't have any specific recollection   10:41:52AM
2  of my motivation at the time for using the site.
3  BY MR. GROSSMAN:
4    Q   Was one of your motivations for ever using
5  the Amazon site to better assist you in the creation  10:42:03AM
6  or operation of your business?
7    MS. DURIE:  Same objection.
8    THE WITNESS:  I don't remember being
9  motivated specifically by that.  I've been a
10  frequent Amazon customer for many years as a     10:42:31AM
11  consumer to buy things for my use.
12  BY MR. GROSSMAN:
13    Q   Was one of your motivations for accessing
14  eBay's website to assist you in the organization or
15  operation of your business?              10:42:49AM
16    A   Sorry, assist me in which now?  The
17  operation or -- what is the term?
18    MS. DURIE:  Organization.
19  BY MR. GROSSMAN:
20    Q   Was one of the motivations for ever using   10:43:03AM
21  the eBay site to better assist you in the creation
22  or operation of your business?
23    A   I guess it depends on how you define
24  "operation."  If you define it narrowly, I would say
25  no.  If you define it broadly, how does eBay    10:43:26AM

78

1  interact with consumers, then I would say yes.   10:43:29AM
2    Q   Did you ever access the original broad --
3  Blockbuster.com website?
4    A   When you use the term "original," can you
5  be more specific?                   10:43:57AM
6    Q   For noncommercial purposes.
7    Its original website for noncommercial
8  purposes, did you ever access that?
9    MS. DURIE:  I'm going to object that it's
10  vague and ambiguous.                10:44:07AM
11    But you can answer.
12    THE WITNESS:  When you say "original
13  website," I'm just -- I'm not sure what that --
14  BY MR. GROSSMAN:
15    Q   Prior to Blockbuster Online,          10:44:15AM
16  Blockbuster.com had a website, correct?
17    A   Correct.
18    Q   Did you ever access that website?
19    A   I'm sure that I did, but I don't have a
20  specific recollection of it.               10:44:35AM
21    Q   Why did you access it?
22    A   Again, I don't have a specific
23  recollection of accessing it.  So I imagine I would
24  have looked at it, but --
25    Q   Why?                      10:44:51AM

79

1    A   As a -- we were aware of Blockbuster as a   10:44:57AM
2  potential competitor right from the very beginning
3  of NetFlix.  Blockbuster operated a website that
4  would have had all the basic commercial information,
5  so I imagine I would have accessed it for that.   10:45:23AM
6    I can recall that they had a deal with
7  AOL -- God, when was that?  The time frame is a
8  little bit hazy, '98, '99, sometime in there, and at
9  one point we visited with Blockbuster in 2000, I
10  want to say.  No, it was probably in '99.  I imagine   10:46:06AM
11  I would have looked up and tried to understand what
12  Blockbuster was doing with its website at that
13  point.
14    Q   How did you become aware of Blockbuster as
15  a potential competitor from the very beginning of   10:46:22AM
16  NetFlix?
17    A   My understanding is Blockbuster was the
18  largest provider of home entertainment in -- when we
19  started NetFlix in 1997.
20    Q   When did you first become aware of the    10:46:47AM
21  possibility that Blockbuster could be a potential
22  competitor of NetFlix in the online space?
23    A   Well, they competed with us and still do
24  in stores.  That's, you know, really one of the
25  biggest competitors.                 10:47:08AM

80

4/3/2007 Hastings, Reed V2

1    Q  Did you attempt to be truthful in your    8:14:36AM
2  presentations, if any, to the venture capital
3  investors prior to making their investments?
4    A  I'm sure I would always be candid if I was
5  making a presentation, including those cases.    8:14:52AM
6    Q  Was a potential lawsuit against
7  Blockbuster by NetFlix ever discussed at the board
8  level before it was filed?
9    A  Did we discuss it at the board level. I'm
10  sure that we did, but I don't have a specific    8:15:28AM
11  recollection --
12    Q  Did you personally --
13    MS. DURIE: Excuse me.
14    Were you done?
15    THE WITNESS: Can you refresh me? When    8:15:37AM
16  did we file suit against Blockbuster?
17  BY MR. GROSSMAN:
18    Q  Well, the date really doesn't matter.
19    The question is: Was there a discussion
20  of the filing of any lawsuit before Block- --    8:15:49AM
21  against Blockbuster before it was filed?
22    I can tell you that suit was filed the day
23  the '381 patent was issued, if that helps you, April
24  4, 2006.
25    A  It would have been something I'm sure I    8:16:19AM

313

---

4/3/2007 Hastings, Reed V2

1  would have discussed, but I don't recall the    8:16:21AM
2  discussion.
3    Q  Were the members of the board of NetFlix
4  informed of NCR's claim that NetFlix was infringing
5  NCR's patents prior to the time that you sued    8:16:38AM
6  Blockbuster?
7    THE WITNESS: Are you going to do a lacks
8  foundation?
9    I think your question asserted that we
10  were infringing NCR's patents or stated it. Did I    8:16:56AM
11  misunderstand? Maybe I wasn't listening --
12  BY MR. GROSSMAN:
13    Q  Were the members of the board informed of
14  NCR's claims of infringement --
15    A  I missed the word "claims." Sorry.    8:17:06AM
16    Q  -- at any time before NetFlix sued
17  Blockbuster?
18    A  They may have been. I don't recall one
19  way or the other.
20    Q  Do you typically have a -- strike that.    8:17:19AM
21    How do you characterize --
22    How would you characterize your memory in
23  general, as good or bad or something else?
24    A  Relative to what?
25    Q  Important business decisions.    8:17:34AM

314

---

4/3/2007 Hastings, Reed V2

1    A  I wouldn't characterize it as bad or good.    8:17:40AM
2  I guess I don't know what to compare it to.
3    Q  Where did you go to college?
4    A  I went to college in Maine, Brunswick,
5  Maine, at Bowdoin College, B-O-W-D-O-I-N.    8:17:55AM
6    Q  How did you do in college?
7    A  I did well in math, not so well -- well,
8  you know, Bs, Cs in other subjects and then very
9  well in math. So it was sort of split between those
10  two.    8:18:18AM
11    Q  Did you go on to graduate school?
12    A  Not immediately after Bowdoin, but I did
13  go to Stanford in computer science.
14    Q  Did you graduate from Stanford?
15    A  I did graduate from Stanford with a    8:18:29AM
16  Master's Degree in computer science.
17    Q  That's a very selective university, isn't
18  it?
19    A  It is a very selective university.
20    Q  Tough to get into, right?    8:18:41AM
21    A  It is.
22    Q  Exceptionally bright people are generally
23  those qualified for admission to Stanford, correct?
24    MS. DURIE: Objection; lacks foundation.
25    THE WITNESS: That's one of the things    8:18:55AM

315

---

4/3/2007 Hastings, Reed V2

1  they select for, but I think it's broader than that.    8:18:56AM
2  BY MR. GROSSMAN:
3    Q  Have you had, within the last seven years,
4  a personal public relations firm or adviser?
5    MS. DURIE: Vague and ambiguous.    8:19:52AM
6    You can answer.
7    THE WITNESS: Can you explain what you
8  mean by "personal"?
9  BY MR. GROSSMAN:
10    Q  Have you had a public relations adviser    8:20:04AM
11  who has worked with you to assist you in generating
12  publicity or press, either for yourself or for the
13  company?
14    A  NetFlix has a PR staff and one of their
15  roles is that. So in that context, yes.    8:20:22AM
16    Q  And what does that public relations staff
17  do for you?
18    A  They may have been. I don't recall one
19    MS. DURIE: Vague and ambiguous.
20    THE WITNESS: Many things for me, for the    8:20:42AM
21  company. They set up meetings; they talk to the
22  reporters; they accompany me in meeting with the
23  reporters. Generally, they help me and the company
24  be interesting to write about.
25  BY MR. GROSSMAN:
    Q  Did you ever say the following to a    8:21:19AM

316

```
1    reporter:                          8:21:20AM
2            "I got the idea for NetFlix
3    after my company was acquired. I
4    had a big late fee for Apollo 13.
5    It was six weeks late and I owed      8:21:31AM
6    the video store $40. I had
7    misplaced the cassette. It was all
8    my fault.
9            "I didn't want to tell my wife
10   about it and I said to myself, 'I'm    8:21:41AM
11   going to compromise the integrity
12   of my marriage over a late fee?'
13           "Later on, on the way to the
14   gym, I realized they had a much
15   better business model. You could     8:21:53AM
16   pay $30 or $40 a month and work out
17   as little or as much as you
18   wanted."
19           Did you ever tell that to a reporter?
20   A    That sounds familiar and may have been on   8:22:05AM
21   the 60 Minutes interview about a year ago.
22   Q    The only question is: Did you say that to
23   a reporter?
24   A    It sounds familiar. I don't know if those
25   are the exact words.                  8:22:19AM
```

```
1    Q    Are those true statements?        8:22:21AM
2    MS. DURIE: Objection; compound.
3    You can answer.
4    THE WITNESS: Those statements that you
5    gave all are true. It implies, however, that that   8:22:33AM
6    was all in, I don't know, an hour's time frame, with
7    the use of the word "later" on the way to the gym,
8    when, in fact, the on the way to the gym episode was
9    late '98 or early '99 and the original late fee was
10   back in '95 or '96. So there is a big gap in there.   8:23:00AM
11   BY MR. GROSSMAN:
12   Q    What gym was it that had this better
13   business model that you refer to?
14   A    Frog Fitness. It's a gym in Santa Cruz.
15   Q    What is it about its business model that     8:23:20AM
16   helped inspire you to form NetFlix?
17   MS. DURIE: Objection; lacks foundation.
18   THE WITNESS: At the point of this trip to
19   the gym, we were wrestling with the ala carte
20   business and a, you know, lack of commercial —    8:23:38AM
21   significant commercial success and we were running
22   this ala carte by mail business.
23           And I was struggling with how -- how could
24   it be a better model, and what I realized in driving
25   to the gym and what inspired me about it is the gym   8:24:04AM
```

```
1    has a lot of equipment that they buy, which we buy a   8:24:08AM
2    lot of DVDs, and they charge monthly to pay for this
3    equipment.
4            So it wasn't that applicable in terms of,
5    you know, the mail and the queue and the due dates,   8:24:28AM
6    there was none of, you know, that, but it made me
7    think of — that a business can have equipment and
8    have a membership base that has access or have
9    assets, have a membership base that has access to
10   those assets.                        8:24:45AM
11   BY MR. GROSSMAN:
12   Q    And pay a fee for the use?
13   A    Correct, and pay, in that case, a monthly
14   subscription fee for the use.
15   Q    Why didn't you disclose as prior art to     8:24:55AM
16   the U.S. Patent Office the gym model that you
17   described to the reporter and that you have just
18   described to me?
19   A    I don't know why our attorney didn't
20   include it. We may have discussed the gym model or   8:25:15AM
21   it may have been that it seemed so irrelevant. I
22   mean, while it was a source of "aha," as a prior
23   art, I might not have even brought it up with the
24   patent attorney.
25   Q    Well, did you bring it up with the patent   8:25:34AM
```

```
1    attorney or not?                     8:25:36AM
2    A    I have no recollection one way or the
3    other if I brought it up or not.
4    Q    In evaluating as an inventor whether or
5    not something should be disclosed to the patent     8:25:51AM
6    office as prior art, did you have this gym
7    experience in your mind, this model?
8    A    Say the question one more time.
9    Q    Yes.
10           When you were going through the patent    8:26:14AM
11   application process on the '450 patent, did you have
12   this gym model in your mind or had you forgotten
13   about it?
14   MS. DURIE: Objection; argumentative.
15   THE WITNESS: I — I don't think I had       8:26:32AM
16   forgotten about it, because, you know, I always knew
17   it was on the way to the gym.
18           But I didn't see it as relevant to the
19   claimed invention or — I don't know what I saw at
20   the time. I don't see it today as relevant. That's   8:26:59AM
21   different.
22           You know, I don't know if I brought it up
23   or was thinking about it in that context. I just
24   don't remember that — the particular discussions
25   about prior art.                     8:27:12AM
```

4/3/2007 Hastings, Reed V2

1      Why was it spelled that way?    11:50:51AM
2      A    That's the correct spelling of it.
3      Q    Does that refer to another company's
4  quality?
5      A    That refers to the company Reel.com.    11:51:03AM
6      Q    And what quality were you referring to in
7  describing Reel.com's quality?
8      A    I don't know specifically from this slide,
9  but generally, we looked at Reel.com as a well-done
10  website with respect to movie information.  And so I    11:51:33AM
11  think that's what it's referring to.
12      Q    You were personally familiar with
13  Reel.com's website as of the date of this E-mail,
14  April 12, 1999, correct?
15      A    Yes.  Reel's big promotion was Titanic,    11:51:59AM
16  and I think that was late '98.  And so I would have
17  been aware any time after that during this.
18      Q    You visited the Reel.com website on
19  multiple occasions in late 1998 and early 1999,
20  didn't you?    11:52:21AM
21      A    I remember what the website looked like,
22  so I must have been there, but I don't know how many
23  times that I visited that website.
24      Q    Why did you do that?
25      MS. DURIE:  Vague and ambiguous.    11:52:37AM

4/3/2007 Hastings, Reed V2

1      THE WITNESS:  Why did I visit the website?    11:52:39AM
2  BY MR. GROSSMAN:
3      Q    Yes, sir.
4      A    I wanted to understand -- wanted to see
5  how -- Reel was getting a lot of press at the time    11:52:58AM
6  of doing an effective job.  It was rapidly growing
7  in revenue and visitors and attention, and I wanted
8  to understand what was attractive about it.
9      Q    What business was it in?
10      A    Primarily, the company sold VHS cassettes.    11:53:23AM
11      Q    Did it also rent VHS cassettes?
12      A    It did, for a while, rent VHS cassettes,
13  and then at some point it got out of that business.
14      Q    But it was renting VHS cassettes at the
15  time you prepared your slides, didn't it -- wasn't    11:53:43AM
16  it, rather?
17      A    It probably was, but I don't remember when
18  they got out of it.
19      Q    And what steps did a customer take in
20  order to rent movies from Reel.com at this point in    11:53:58AM
21  time?
22      A    I don't recall what steps, how the
23  interface worked with respect to renting a VHS from
24  Reel.
25      Q    Well, could a customer rent through the    11:54:17AM

4/3/2007 Hastings, Reed V2

1  use of their computer?    11:54:23AM
2      A    I don't recall ever using the rental part
3  of Reel.  It was VHS cassettes and I knew that the
4  shipping cost was too expensive to be an interesting
5  model, and I don't remember how it worked.    11:54:42AM
6      Q    Well, you certainly understood enough to
7  know that you access -- you accessed the ability to
8  order through the computer.
9      You knew that much, didn't you?
10      A    I knew that it was possible from the    11:55:05AM
11  website to rent VHS cassettes, yes.
12      Q    Through the use of the computer, correct?
13      A    Websites run on a computer, yes.
14      Q    And you also knew that the product was
15  shipped through the mail, didn't you?    11:55:22AM
16      A    The VHS cassettes I knew came by mail.
17      Q    And you saw reviews of movies on the
18  Reel.com website at that time, didn't you?
19      A    I'm sure that I saw reviews of movies,
20  other movie information on the Reel.com website.    11:55:48AM
21      Q    And customers were able to submit a list
22  of movies to Reel.com on the website through the
23  website that they wished to rent or buy, weren't
24  they?
25      A    I have no recollection of such a list at    11:56:05AM

4/3/2007 Hastings, Reed V2

1  Reel.com.    11:56:07AM
2      Q    Well, is it your recollection that they
3  could order -- only order one and then they would
4  have to log off and log on again?
5      A    I don't recall trying that.  I don't know    11:56:18AM
6  how it worked.
7      Q    That wouldn't be a very effective way of
8  operating a website for the rental of movies or the
9  sale of movies, would it?
10      A    Logging off each time?    11:56:29AM
11      Q    Yes.
12      A    Correct.
13      Q    In fact, are you aware of any commercial
14  website where people can either rent or buy where,
15  in order to order, they can only order one item and    11:56:41AM
16  then they have to log off and then log back on to
17  order something further?
18      A    No, I'm not aware of any website that
19  operates like that.
20      Q    On Reel.com, you put this first bullet    11:57:13AM
21  point:  "More similars, dynamic and static."
22      What did you mean by that entry?
23      A    I'm not sure.  "Similars" were used as a
24  term similar movies.  So Titanic might be similar to
25  Pearl Harbor because they are both, you know, love    11:57:42AM

1    of 1998, you were of the view that Blockbuster would    1:09:29PM
2    likely enter into the business of online rentals?
3        A    It seems logical, but I don't recall that
4    specific thought.
5        Q    Well, I don't want to take the time to    1:09:49PM
6    have you go through all of the pages of this
7    document, but I'm going to hand you Exhibit 125 and
8    ask you if you can recognize from the logo on the
9    front the approximate dating of this document?
10       A    The logo was the last work of our then    1:10:09PM
11   V.P. of marketing, Omare Melchin.  And so this logo
12   started in use early 2000 -- possibly could have
13   been late '99, but I think it was early 2000 -- and
14   then it was replaced by our then new V.P. of
15   marketing, Leslie Kilgore, within six or nine    1:10:38PM
16   months.  So I'd estimate it to be January to
17   September of 2000.
18       Q    In taking a look at the first five pages
19   of this document, can you tell me what it is?
20       A    No, I'm not sure what it is.    1:11:32PM
21       Q    Take a look, please, at page 10, and
22   you'll see the NetFlix web page.
23       Can you date that web page for me?
24       A    Well, it was clearly after we launched
25   Marquee, which is September 23rd of '99.    1:12:49PM

1        Oh, there is a date on it there, on the    1:12:53PM
2    right, right middle there.  Do you see that?
3    Wednesday, October something, 1999.
4        Q    Thank you.
5        In reviewing the first five pages of this    1:13:12PM
6    document, can you tell me the use to which this
7    document was put?
8        A    I can't tell you what use this document
9    was put from looking at the first five pages.
10       Q    Take a look at page 20.    1:13:47PM
11       Do you see where it says:  "Room to Grow,
12   4 million DVD households by December 1999"?
13       A    4 million households -- 4 million DVD
14   households, correct, by 1999.
15       Q    So those two pages combined would tend to    1:14:16PM
16   suggest that this document was prepared sometime
17   between October and the -- October '99 and the end
18   of 1999, correct?
19       A    That's correct.
20       Q    Now, going back to page 22, do you see    1:14:33PM
21   where that page is titled "Competition"?
22       A    I do.
23       Q    Underneath the box, it says:
24   "Blockbuster, Hollywood Video WILL enter
25   (Reel.com)."    1:14:56PM

1        What does that mean, sir?    1:15:00PM
2        A    Typically, these are speaker notes for
3    someone presenting these slides.  It's a feature or
4    PowerPoint here.
5        So the speaker note is for the speaker to    1:15:30PM
6    say that Blockbuster and Hollywood Video, small typo
7    there, will enter.
8        Q    What does that mean?
9        A    "Enter" means that Hollywood -- the
10   speaker notes, whoever wrote them, is saying    1:15:49PM
11   Blockbuster and Hollywood Video will enter, I
12   presume, the online DVD rental market.
13       Q    Was that also your belief as of the end of
14   1999?
15       A    No.    1:16:16PM
16       Q    Did you ever tell anybody in your company
17   that you did not believe that Blockbuster and
18   Hollywood Video would enter the online rental
19   market?  Did you ever say that to anybody in your
20   company prior to the end of 1999?    1:16:37PM
21       A    I remember thinking it was likely that the
22   online segment would get attention from them and
23   they might well enter.
24       I wouldn't have thought they wouldn't
25   enter, but it really depends on -- you know, it's a    1:16:56PM

1    big market and -- home video being about $8 billion,    1:17:00PM
2    and it depends on how big they saw the potential of
3    the online segment.
4        So they could afford to ignore it for a
5    long time because they were effective in stores.    1:17:14PM
6        Q    Take a look at page 29.
7        Do you see the statement here:
8        "Personalization using fuzzy
9        logic to determine likes.  Suggest
10       other movies you may not have heard    1:17:46PM
11       of, MovieCritic.com."
12       Do you see this reference to
13   MovieCritic.com again?
14       A    Yes.
15       Q    That's the second time you have seen it    1:17:56PM
16   today, isn't it?
17       A    Yes, it is.
18       Q    Does this refresh your recollection about
19   what MovieCritic.com was in 1999?
20       A    No, I really don't know what Movie Critic    1:18:11PM
21   was.
22       Q    Did NetFlix borrow any of the ideas in use
23   on the MovieCritic.com website and graft them into
24   its own business?
25       A    Since I don't know what Movie Critic is or    1:18:32PM

1    was, I don't know if NetFlix adapted or borrowed    1:18:38PM
2    ideas from the Movie Critic website.
3         Q    From which company's website did NetFlix
4    adapt or borrow ideas and use them as its own?
5         MS. DURIE:  Objection; argumentative.    1:18:57PM
6         You can answer.
7         THE WITNESS:  It's hard to separate which
8    particular websites.
9         I was certainly aware of eBay, Yahoo,
10   Amazon.  We talked a little bit about Reel.  I was    1:19:16PM
11   at least peripherally aware of Reel, probably many
12   other websites.
13        And I'd say that our job was to be
14   comfortable -- or one of our jobs was to be
15   comfortable and familiar to our subscribers that    1:19:34PM
16   were using the Internet, and so one of our jobs was
17   to look at the rest of the Web in terms of things
18   they were doing and be similar to them so that
19   customers would be comfortable and understand those
20   paradigms, kind of like an accelerator being on the    1:19:50PM
21   right side of the car, that kind of thing.
22        And so we would look to see are people
23   putting the navigation on the top, on the left
24   column, on the right column, you know, where are
25   people putting search bars?  Is Yahoo and eBay,    1:20:06PM

1    Amazon, everyone else putting it in the same place    1:20:09PM
2    or different places?
3         So it was all of those sites that we would
4    gain inspiration from.
5    BY MR. GROSSMAN:    1:20:18PM
6         Q    Did you believe that that was an
7    appropriate way to conduct business, as you have
8    just described it?
9         A    Yes.
10        Q    Have you ever gained inspiration or    1:20:39PM
11   borrowed any idea from the Blockbuster website?
12        A    Nothing comes to mind from the Blockbuster
13   website that I've gained an inspiration or idea
14   from.
15        It could happen.  I just am trying to    1:21:17PM
16   think of anything specific.  I can't think of
17   anything.
18        Q    Are you familiar with the fact that
19   Blockbuster has a drag and a drop queue on its
20   website?    1:21:43PM
21        A    There is a thing that -- on the home page
22   that I'm familiar with that's a drag and drop.  It's
23   a part of a queue, it's a subset of the queue.
24        I don't think on the main queue that it's
25   drag and drop.  I could be wrong on that.    1:22:07PM

1         Q    In any event, is NetFlix now working on    1:22:10PM
2    developing its own drag and drop for its website?
3         A    We have a number of prototypes that I've
4    heard about, and I've seen one of them that include
5    drag and drop for the queue.    1:22:32PM
6         That one, not drag and drop in the way
7    Blockbuster uses it.  They use it to drag a movie
8    into the queue, kind of like you drag a file into
9    the recycling bin on a Macintosh, that kind of
10   thing.    1:22:50PM
11        And the ones that I've seen that we're
12   working on are within a queue, editing or resorting
13   the queue in different ways by dragging things up
14   and down in the queue.
15        Q    Did NetFlix begin working on its    1:23:04PM
16   drag-and-drop prototype after the drag-and-drop
17   feature on the Blockbuster website first showed up
18   or did you start developing that before you showed
19   it on Blockbuster?
20        A    I don't remember us doing any work on it.    1:23:23PM
21   Blockbuster had -- did they have drag and drop when
22   they first started?  No.  Let's see.  They entered
23   in '04.
24        You know, I don't remember when they
25   introduced it.  They didn't have drag and drop when    1:23:40PM

1    they first launched, so they must have brought out    1:23:44PM
2    drag and drop sometime in '05.  So I'm not entirely
3    sure what the sequence was.
4         Q    When did you first start working on a drag
5    and drop within the line or the list or the queue,    1:23:59PM
6    as you call it?
7         A    I'll have to ask Neil Hunt that.  I'm not
8    sure when we first would have started working on
9    that.
10        Q    It was after you saw that Blockbuster had    1:24:13PM
11   such a feature within its own list, wasn't it?
12        MS. DURIE:  Objection; lacks foundation.
13        THE WITNESS:  It may well have been.  I
14   think it's likely, given the timing, but I'm not
15   sure.  It could have been earlier.    1:24:28PM
16   BY MR. GROSSMAN:
17        Q    Well, assuming that it wasn't earlier, why
18   are you copying what Blockbuster does on its web
19   page?
20        MS. DURIE:  Objection.    1:24:39PM
21   BY MR. GROSSMAN:
22        Q    Or trying to, at least?
23        MS. DURIE:  Objection; lacks foundation.
24        THE WITNESS:  Columbia House's website was
25   the first that I know of doing drag and drop and    1:24:48PM

**EXHIBIT E**

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3

4    ---------------------------        **ORIGINAL**

5    NETFLIX, INC., a Delaware      )

6    corporation,                   )

7                  Plaintiff,       )  No. C 06 2361

8         vs.                       )      WHA (JCS)

9    BLOCKBUSTER, INC., A           )

10   Delaware corporation, DOES     )

11   1-50,                          )

12               Defendants.        )

13   ---------------------------

14

15

16     A PORTION OF THIS TRANSCRIPT IS CONFIDENTIAL -

17   ATTORNEYS' EYES ONLY, PURSUANT TO PROTECTIVE ORDER

18

19

20     VIDEOTAPED DEPOSITION OF NEIL DUNCAN HUNT

21           FRIDAY, MARCH 23, 2007

22

23

24   PAGES 1 - 222

25   PAGES 66-216 ARE CONFIDENTIAL AND BOUND SEPARATE

1

**REDACTED**

Pursuant to Civil Local Rules 7-11, 79-5, Paragraph 10 of the Protective Order entered October 23, 2006 and Blockbuster's Administrative Request to File Under Seal, Exhibit E to the Declaration of William J. O'Brien in Support of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement is redacted and lodged conditionally under seal.

**EXHIBIT F**

WORKING COPY

Over 2,600 DVDs to rent!

- [x] The Avengers - Stylish Action
- [x] SONY Pick The Flix - Click Here!
- [x] Armageddon - Blockbuster Thrills
- [x] Out of Sight - Classy Crime Caper

New Visitor Registration   Returning Visitor Check In

[x] Easy DVD Movie Rentals at NetFlix.com!

[x] NetFlix.com   [x] FileFinder   Movie Title   [x] New DVD   [x] Upcoming DVD Movie   [x] All DVD   [x] Browse Our   Go!   [x] Sr

## Featured DVDs for Sunday, February 11, 1999

**Blade**

[x] Rent Blade on DVD - Wesley Snipes

Rent It - $4.00
Remind Me!

Wesley Snipes is Blade, a half-human, half-vampire sworn to protect humanity by wiping out bloodsucking evil wherever he finds it. Can he stop an ambitious vampire (Stephen Dorff) who plans to magically summon the "Blood God" and make the world an inhuman feast?

Check out more vampire tales like Bram Stoker's Dracula in our Bloodsucking Blockbusters Collection!

**Young Cinematographer**

[x] Rent Young Cinematographer on DVD

Rent It - $4.00
Remind Me!

**Six Days, Seven Nights**

[x] Rent Six Days, Seven Nights on DVD - Harrison Ford

Rent It - $4.00
Remind Me!

Six Days, Seven Nights sounds like a vacation -- but when Harrison Ford and Anne Heche crash on a South Seas desert island, it's anything but fun in the sun. Ivan Reitman directed this castaway couple comedy, with Ford and Heche as an unlikely couple in paradise.

If you long to see more aching hearts, check out our Complicated Couples Collection for other great DVDs.

**The Mask of Zorro**

[x] Rent The Mask of Zorro on DVD - Antonio Banderas

*First Time to NetFlix.com?*
Get Your First DVD Rental Free!

Get a FREE DVD Rental From NetFlix.com. How? It's easy! The first DVD rental that you put into your shopping cart will be priced at $0. Let us tell you more!

(Offer limited to one per customer the first time you rent from NetFlix.com. Regular Shipping and Handling charges apply. Offer not available for DVD rental reservations. Get more information about your free rental.)

It's The Easiest Way to Rent a DVD!...
Order your DVDs, and they arrive via mail in 2-3 days. Keep the DVDs for 2-4 full days. When you're finished, use the pre-addressed, pre-paid mailer, and drop them back in the mail. Find out more!

- Virtually all DVD titles! Find them fast!
- Earn $$$ as a NetFlix.com Associate!

7/30/02 http://web.archive.org/web/19990117080920/http://www.netflix.com/

NFLIX0210910

Young Cinematographer features 15 short films made by kids for audiences of all ages. Beginning filmmakers are gathered together in this breathtaking collection full of wit, whimsy and the sheer excitement of creating cinema. It's great art and great entertainment!

For more great short cinema on DVD, try Short Cinema Journal volumes 1, 2, 3 and 4!

Rent It - $4.00
Remind Me!

☒ Rent The Big Chill on DVD - Glenn Close   The Big Chill

The Negotiator is Chicago cop Samuel L. Jackson, who is forced to take a roomful of people hostage in an attempt to clear his name after a frame-up! Will fellow negotiator Kevin Spacey help... or put him behind bars? Tense and smart, The Negotiator is great entertainment!

For more cop teams, try the NetFlix.com Collection Police Partnerships!

Rent It - $4.00
Remind Me!

☒ Rent The Negotiator on DVD - Samuel L. Jackson   The Negotiator

The Mask of Zorro sizzles with action and romance as Antonio Banderas, Anthony Hopkins, and Catherine Zeta-Jones grapple with Mexico's fight for independence from Spain. It's a fun story about a neophyte bandit (Banderas) and his transformation into a triumphant hero.

For more blade-brandishing action, check out the DVDs in our "Swordfights and Swashbuckling" NetFlix.com Collection.

Rent It - $4.00
Remind Me!

☒ Rent Deep Impact on DVD - Morgan Freeman   Deep Impact

Deep Impact's gripping cosmic disaster has a comet on a collision course with Earth -- and humanity struggling to survive! With Morgan Freeman, Téa Leoni and Robert Duvall, Deep Impact is a thrilling portrait of the beginning of the end, with knockout special effects and powerhouse performances!

Want more Apocalyptic action? Check out our NetFlix.com collection Natural Disasters!

☒ Reserve these DVD Movies

☒ Rent Star Trek VI - The Undiscovered Country on DVD - William Shatner   Star Trek VI

- NetFlix.com vs. Divx comparison chart

☒ Special   Shopping with a Special Offer?
Sony, Toshiba and Pioneer DVD Player Owners, HP Pavilion PC Owners, Apple Macintosh Owners, Home Theater Coupon Holders and all other Special Offer Coupon Holders: Go here to redeem your offer.

☒ Value and Convenience!
Save up to 20% off regularly priced rentals when you buy a Flix Value Pak. Pay just once and enjoy a whole pak of DVD rentals with the click of your mouse. Get one and start saving today and during future visits to NetFlix.com. Find out more!

Got DVD? Get more!
Win a Panasonic DVD-A110 Player!

☒ Panasonic A110 DVD Player Sweepstakes

Enter here for a chance to win one of two Panasonic High Performance DVD Players with Virtual Surround Sound (MSRP $449.95).

Previous Sweepstakes Winners: See who won our other giveaways here.

☒ Browse our DVD Movie Aisles

Our aisles are filled with movies! To see more, go to Browse the Aisles.

See All DVD Movies
All Genres

NFLIX0210911

**Featured Genres:**

Drama
Action
Comedy
Crime
Fantasy
Horror
Mystery
Western
Anime
Musical
Epic
Romance

Thriller
Documentary
Adventure
Science Fiction
Historical Film
Children's / Family
Mature
Foreign
Karaoke
Hong Kong Cinema
Concert

[X] NetFlix.com Top 10 DVD Movies

See what new releases are hot! Go to the NetFlix.com Top 10 Rentals list. Look for Six Days, Seven Nights and Out of Sight climbing this week's charts.

[X] New DVD Movie Releases

Now on DVD: Slap Shot, Weekend at Bernie's, Clockers, All Quiet on the Western Front, Disturbing Behavior and lots more! See all movies released in the last 30 days.

[X] Upcoming DVD Movie Releases

Reserve your copy of How Stella Got Her Groove Back, The Truman Show, The Real Blonde, 48 Hrs. and Zulu now! Get a sneak preview of what's going to hit the shelves in coming weeks.

---

**Reserve Rental - $5.00**
**Remind Me!**

The Big Chill is finally on DVD with tons of extras, including cast interviews and deleted scenes. It's a classic comedy/drama that looks back from the '80s to the '60s as seven friends gather for a friend's funeral -- and in remembering him, they re-discover who they are.

Seen The Big Chill? Try these similar DVDs: Sophie's Choice, As Good As It Gets, Four Weddings and a Funeral, and The Best Years of Our Lives.

**Reserve Rental - $5.00**
**Remind Me!**

Star Trek VI: The Undiscovered Country finds Captain Kirk (William Shatner) and the Enterprise crew preparing for intergalactic glasnost with their longtime nemesis: the Klingon empire! But peace is short-lived as a Klingon ship is attacked, and the Enterprise gets the blame. Brace yourself for warp speed action.

More meetings between humankind and aliens can be found in our Mankind Meets Aliens Collection.

[X] NetFlix.com Special Collections on DVD

**This Week: Costumed Crimefighting**
**Featured Title: The Avengers**

[X] Rent The Avengers on DVD - Uma Th...

The Avengers brought a '60s TV fave to the big screen, with Ralph Fiennes as elegant British secret agent John Steed and Uma Thurman as brilliant, beautiful scientist Emma Peel. They have to stop Sean Connery's plan to bring the globe to its knees by controlling the weather, and if Uma and Ralph fail, Connery will control everything under the sun! Stylish, cool and a touch campy, The Avengers is swingin' heroic action.

Already Seen It? For more costumed crimefighting -- from the gleeful to the gritty -- try these DVDs in our "Costumed Crimefighting" NetFlix.com Collection.

Or Jump Directly to these other great DVDs: Darkman, The Heroic Trio, The Crow, The Shadow, and RoboCop: Special Edition.

7/30/02 http://web.archive.org/web/19990117080920/http://www.netflix.com/

NFLIX0210912

**This Week: High-Tech Horrors**
**Featured Title: Event Horizon**

Event Horizon is a cross between two distinctive genres (think of it as a haunted house in space) that's full of chills and scares. When the experimental faster-than-light starcraft Event Horizon re-appears in 2047 after a seven-year disappearance, a rescue ship is dispatched. The captain (Laurence Fishburne), the Horizon's designer (Sam Neill) and the rest of the mission team soon realize that wherever the now-empty Horizon went, it wasn't a good place to be. Creepy and spooky, Event Horizon combines tomorrow's dreams and yesterday's nightmares.

Already Seen It? For more futuristic fear, try these DVDs in our "High-Tech Horrors" NetFlix.com Collection.

Or Jump Directly to these other great DVDs:
Cube, Screamers, The Tommyknockers, Altered States, and Quatermass and The Pit.

For more featured movies based on interesting themes, go to NetFlix.com Collections.

☒ Men Ask Mr. DVD!

**Ask Mr. DVD!**
Got a movie question or need a trivia answer? Don't hesitate, send a note to our new columnist: Ask Mr. DVD!

**Camera Obscura**
Dan Auiler so misses the days of Saturday matinees, he decided to create his own. Discover his favorite Saturday afternoon movies in this week's Camera Obscura.

☒ DVD Experts

**Frame By Frame**
Steven Siekles is recovering from holiday happenings, but his top picks for the best DVDs of 1998 parties on. See 'em all in Frame by Frame.

☒ DVD Special Features

☒ Men **DVD Special Features!**
San Francisco is full of interesting characters, and you can see the source of inspiration when you watch the special features in More Tales of the City. Plus, did you ever wonder about Audrey Hepburn's singing voice in My Fair Lady? Find out for yourself when you check out this and other movies in our DVD Special Features column!

☒ NetFlix.com Featured Reviews

**NetFlix.com Reviews!**
Check out what our experts say about those hot new releases when you read our reviews of Deep Impact, The Thin Red Line, Escape from L.A., Lethal Weapon 4, The Peacemaker, Madeline, and Sliding Doors! Don't forget to take the opportunity to post your opinion by clicking on "You Review It!" from the Film Facts page of the movie you would like to review.

☒ DVD Movies - NetFlix.com Knows them all

How do you keep up to date on the latest DVD movies? NetFlix.com Knows! Sign up for our free newsletters today!

☒ DVD Movie Remind Me List

Tired of forgetting about movies that you wanted to see? We remember for you!

Rent from NetFlix.com, Buy from Amazon.com!

Buy Books,
Music, and
DVDs from
Amazon.com

Get the details!

NFLIX0210913

**EXHIBIT G**

# Welcome To



"I'm enthusiastic about a mail-order operation named Home Film Festival. I think it's an idea whose time has come."

**Roger Ebert**

**ABC-FM Radio Networks**

## Have you ever said, "I wish I could see that movie around here?"

**Dear Movie Lover:**

You'll be glad to learn how easy it is to rent the outstanding movies that you read about longingly in newspapers and magazines - festival winners from Cannes, Academy Award-winning foreign films, independent releases, and the best Hollywood has to offer.

Home Film Festival is the simple, inexpensive and fun way to satisfy your appetite for quality films which most video stores don't carry, and local theaters don't show. Since we started in 1984, Home Film Festival has delivered over 1 million hard-to-find videos to the doorsteps of movie lovers across America.

We offer more than 3,000 titles for your viewing pleasure. All videos are described in our annual 224-page Home Film Festival Program Guide. It's so comprehensive that many members consider the Guide alone to be worth the cost of membership, just for the reviews, commentary and film reference information it offers! Semi-monthly "Hot Tickets" updates complete the picture, delivering news and reviews of recent releases, and special video rental and purchase offers.

We make it easy for you to see the best films you never saw. Phone or mail us the movie titles you want to see. You'll be amazed at how friendly and knowledgeable our operators are - of course, they're movie lovers as well. We'll ship the videos to you the same day, and we'll tell you when you can expect them to arrive. Depending on your location, delivery takes 1-3 days.

All rentals are for three nights from the day you receive them. Returning videos is as easy as putting them into the mailer we supply and dropping it into a mailbox. And the cost is much less than most people spend going out to the movies.

BB01318581

Of course, as a member of Home Film Festival you may rent as many or as few tapes as you want -
there's no obligation, no deposit, no minimums.



# The Movies

- How this wonderful thing called Home Film Festival works.
- Want to see our index of over 3,000 films?
- Hot Tickets newsletter- Recent issues listing our newest releases.
- Just In- The newest of the new, updated weekly.
- Coming Attractions- Titles and release dates for upcoming videos.
- Membership. Learn how to join.
- Learn about the seasonal rental specials.

*Home Film Festival*
*P.O. Box 2032 Scranton, PA 18501 - 2032*
*Phone: (800)-258-3456, Fax (717) 344-3810*

Send comments or questions to homefilm@scranton.com

Site mantined by The Internet Cafe, original page creation by Brian Beggs

BB01318582

Directory                                                          Page 1 of 1

[Return to main page|Home Film Festival Information page| Membership info|Film Index]
[Just In|Coming Attractions|Hot Tickets|Special Rentals]

BB01318583

· It's easy! Ordering info                                                                 Page 1 of 2

[main page|rental information| membership info|film lists]
[Just In|Coming Attractions|Hot Tickets|Special Rentals]



# It's easy!

Renting videocassettes of the outstanding movies you'd love to see is simple. With one toll-free call to
Home Film Festival, the movies you selected are on their way to you. Or, use the convenient mail rental
form. Simply list the movies you want to see, indicate at what intervals they should arrive, and we'll
make sure the videocassettes arrive on the day you want to see them.

**You keep the tapes for three nights from the time you receive them.** On the fourth day, slip the
cassettes into the postage paid container provided, and drop it in any mailbox. It's that simple. You'll
never make another trip to the video store for a title they don't have or never heard of.

# It's inexpensive!

With this special offer, membership is only $15 for the first year and $10 for annual renewal. Rental fees
are only $6 for one cassette, $11 for two, or $16 for three cassettes ordered and shipped at the same
time, plus postage. Periodic special rentals cost just $4.50 plus postage. (That's less than the cost of one
night at the movies!) There is no minimum number of movies that need to be ordered during your
membership; there is no deposit required on any film.

# It's fast!

We ship the same day that you order (by UPS or U.S. Mail), so the films you select arrive promptly at
your door. Check the chart below for expected delivery times and approximate costs.

Lynx users click here to see the delivery rate chart.

| State | Approx. delivery | Round trip shipping cost | | |
|---|---|---|---|---|
| | | 1 Film | 2 Films | 3 Films |
| PA, NY, NJ, DE,CT, MD, DC | 1-2 day | $4.00 | $4.50 | $6.00 |
| ME, VT, NH, MA, RI,VA, OH, WV, NC, SC | 2 days | $4.00 | $4.50 | $6.00 |
| MN, WI, MI, IA, IN, IL, MS,KY, TN, AL, GA, MO, FL | 2-3 days | $4.25 | $4.70 | $6.00 |

http://web.archive.org/web/19961106001006/www.homefilmfestival.com/infopack.html     4/16/2007

BB01318584

It's easy! Ordering info                                    Page 2 of 2

| AR, LA, ND, SD, NE, KS,OK, TX, NM, CO, WY,MT, ID, UT, AZ, NV,WA, OR, CA | 2-3 days | $4.25 | $4.70 | $6.00 |
|---|---|---|---|---|
| AK, HI | 3-4 days | $6.00 | $6.00 | $8.00 |

# Join Today!

Discover the world of superb cinema that's yours when you join Home Film Festival.



BB01318585

Hot Tickets

[main page|rental information| membership info|film lists]
[Just In|Coming Attractions|Hot Tickets|Special Rentals]



The Hot Tickets newsletter is mailed to members every eight weeks. Each issue contains thirty to forty new videos for rental or purchase. Other items include rental specials, inventory sales and various news and information. Listed below is a sampling of new videos from recent issues.

- Hot Tickets Volume 12 Issue 5 ------ (released 10/10/96)
- Hot Tickets Volume 12 Issue 4 ------ (released 8/12/96)
- Hot Tickets Volume 12 Issue 3 ------ (released 6/15/96)
- Hot Tickets Volume 12 Issue 2 ------ (released 4/11/96)
- Hot Tickets Volume 12 Issue 1 ------ (released 2/19/96)
- Hot Tickets Volume 11 Issue 6 ------ (released 12/25/95)
- Hot Tickets Volume 11 Issue 5 ------ (released 10/30/95)

BB01318586

**EXHIBIT H**

reelindex.html





# The Enneagram Movie & Video Store

THE PLANET'S
B I G G E S T
VIDEO STORE



- What it is
- How it Works
- Renting Movies
- Buying Movies
- Available Formats
- Video Store Selection

## *What it is:*

At first glance, the Enneagram can seem like a shallow gallery of character types. But it is a highly sophisticated psychological system offering deep insights into human character and motivation. As such, mastering the Enneagram takes time and practice.

The premise of Thomas Condon's *Enneagram Movie & Video Guide* is that the Enneagram's nine personality styles are highly visible in certain movies and you can learn about them enjoyably. Since the publication of the *Guide* in 1994, an increasing number of Enneagram students have found this an exceptionally useful way to study personality styles.

The Changeworks has made special arrangements with Reel.com, "the planet's biggest movie store." Reel.com is the only Web site providing electronic rental of movies. It has 85,000

http://www.thechangeworks.com/reel/reelindex.html

4/13/2007

BB01318683

movies for sale - 10 times as large a selection as a typical video superstore - and 35,000 movies for rent.

While typical video stores focus on new-to-video releases and mainstream movies, Reel.com has *everything*: foreign, cult, rare, classic, offbeat, independent movies, new-to-video releases, mainstream movies and documentaries.

This is an especially valuable resource for students of the Enneagram. Many of the most vivid examples of Enneagram styles are in hard-to-find independent films that aren't well distributed. With their huge selection, Reel.com will invariably have films on your Enneagram list.

The Enneagram Movie & Video Store offers a selection of hundreds of the best movies illustrating Enneagram styles. These are taken from *The Enneagram Movie & Video Guide* plus those currently reviewed in our Now Showing section. Thomas Condon has also added dozens of his favorite "sleepers," films he thought were too obscure to list but that beautifully illustrate Enneagram styles.

Rentals from Reel.com are a great way to watch movies that aren't normally available in your local video store. Rental by mail also offers greater convenience and flexibility. You can rent films online with the click of a mouse and have them delivered to your door. The check-out period is 7 days so you have maximum flexibility for your busy schedule. You also have enough time to watch films again for closer study and scrutiny.

This service is exceptionally useful if you teach the Enneagram, are a member of a study group or have friends who are also studying the Enneagram, with whom you can share films

http://www.thechangeworks.com/reel/reelindex.html

4/13/2007

BB01318684

and expense.

Reel.com's video rental service is only available in the USA. But US and international residents can both buy used movies. Most are very low priced - up to 80% off - and guaranteed. Reel.com also has videos in many alternative formats, including European PAL, DVD and laserdisc.

Shopping online with Reel.com is safe and easy. They encrypt your credit card number and all other personal information, so that it is unreadable in transit over the Internet. The security of this information is top priority. Despite dire predictions, abuses are exceedingly rare and entering your credit card number on an encrypted website site is much safer than using it at a retail store or restaurant.

## *How it Works*

**7-Day Rental Period**
You get to keep the movie for 7 days before you send it back to Reel.com.

**Low Prices**
Renting between 1 and 4 movies costs $4.50 per movie, not including shipping. Renting 5 and more movies costs $3.50 per movie, not including shipping. If you, for instance, rent 5 movies for a week, the shipping costs $12.70, and the rental price is $17.50 (@ $3.50 per movie). Your total is $30.20, or $6.04 each for a week. Given the 7-day rental period, this breaks down to $0.86 per movie per day.

**Late Rental Fees**
Late fees are $0.65 per movie for each day a movie is late. Reel.com stops charging you for late fees on the date on which your return package is postmarked, so you do not need to worry about the post office being slow. If your order arrives to you late, or you know you will be returning it late for any reason, just drop them a line at late@reel.com and let them know.

http://www.thechangeworks.com/reel/reelindex.html

4/13/2007

BB01318685

reelindex.html

**Rentals are for 7 days**
Rent 1 to 4 movies for $4.50/movie, not including shipping.
Rent 5 or more movies for $3.50/movie, not including shipping.

**Two Ways To Begin**
1) Browse our Store Selection and place an order now.
2) Bookmark this page, then go to Reel.com and open an account. Come back and browse our Store Selection anytime and place an order.

## *Renting Movies*

**Selection:**
Reel.com has 35,000 movies available for rent. They specialize in art-house, classic, international, rare, and out-of-print titles.

**Who Can Rent:**
Rentals are available to U.S. residents who are 18 years and older.

**Rental Period:**
Rentals are for a 7-day period. Reel.com includes a due date in your order box, as a handy reminder for you.
The rental period begins on the day you receive the movies from Reel.com.

**Cost:**
$4.50 per tape per week for orders of 1 to 4 tapes, not including shipping. $3.50 per tape per week for orders of 5 or more tapes, not including shipping.

**Returning Movies:**
To return the movies, use the same box in which you receive the movies. Use the return label, postage, and sealing tape included in the box. Drop the box in any U.S. mail box or post office window. Please ship your complete order back to Reel.com, rather than in bits and pieces. If you wish to hold on to any part of your order, you will be responsible for any additional shipping charges and packaging.

http://www.thechangeworks.com/reel/reelindex.html

4/13/2007

BB01318686

## Buying Movies

**Selection:**
Reel.com has 85,000 movies available for sale. They specialize in art-house, classic, international, rare, and out-of-print titles.

**Who Can Buy:**
Both U.S. and non-U.S. residents (including those with APO addresses), who are 18 years and older.

**All Pricing is Discounted:**
All prices appearing on the Reel.com Web site are already discounted:
·15% off suggested retail prices on all new VHS and laserdisc.
·30% off suggested retail prices on all new DVD titles.
·Up to 80% off used VHS movies.

**Used Movie Guarantee:**
Reel.com guarantees the quality of all used movies, or your money back! Please read their Used Movie Guarantee for more details.

## Available Formats

**Laserdisc:**
LASER - Laserdisc.
CAV - Laserdisc with full feature special effects functions. Not available for all titles.
CLV - Extended play laserdisc with limited special effects functions.

**DVD:**
DVD - CD size digital video disc with assorted effects functions including different format sizes, multiple languages, etc.

http://www.thechangeworks/reel/reelindex.html

4/13/2007

BB01318687

reelindex.html

**VHS:**
VHS - American NTSC standard prerecorded videotape.
LBX or LETTERBOX - A video-formatting style in which the screen at the top and bottom are cropped so that more of what was originally on the theater screen is visible (see also "Widescreen").
REMASTERED - This version is a new master video print created by the studio from one of the actual prints of the film.
USED VHS - Used copy of a prerecorded videotape.
WIDESCREEN - A video-formatting style in which the screen at the top and bottom are cropped so that more of what was originally on the theater screen is visible (see also "Letterbox").
EP - The tape has been recorded in extended play and is of lesser quality.

PAL - European standard prerecorded videotape.

*Late Fees:*
Late fees are $0.65 per movie for each day a movie is late. Reel.com stops charging late fees on the date on which your return package is postmarked. They will not make any charges to your account without first contacting you.

**Replacement Costs:**
If you do not return your rental order within 10 days of the due date, Reel.com will charge you for the replacement cost, plus $20.00 per movie. They will contact you via email before they add extra charges to your credit card.

•Back To Top•What it is•Renting Movies •Buying Movies •Available Formats•Video Store Selection

•Back To Monthly Musings•Learn About the Enneagram•The Enneagram Movie & Video Guide•Ordering Information•Home Study Course



Home l Workshops l Changeworks Books & Tapes l Changeworks/MAPS l Monthly Musings
Enneagram Primer l Product Reviews l Ordering l Customer Service l Free Catalog l Sitemap
Visit The Enneagram Movie & Video Store

http://www.thechangeworks.com/reel/reelindex.html

BB01318688

Page / of /

4/13/2007

reelindex.html

Copyright © 1998 The Changeworks

http://www.thechangeworks.com/reel/reelindex.html

BB01318689