# EXHIBIT Q

Dockets.Justia.com

**EXHIBIT Q**

Automated Circulation Systems in Libraries
Serving the Blind and Physically Handicapped:
A Reference Guide for Planning

Prepared by:

Judith Wanger
Joseph W. Haaf
Ruth N. Cuadra

Cuadra Associates, Inc.
1523 Sixth Street
Santa Monica, California  90401

May 15, 1981

This Reference Guide was prepared by Cuadra Associates, Inc.,
under contract to the National Library Service for the Blind
and Physically Handicapped, Library of Congress (Contract
Number LC-2347).  The opinions expressed herein do not nec-
essarily reflect the views of the U.S. Government.

BB00008174

CHAPTER 5.

BASIC SYSTEM REQUIREMENT CONSIDERATIONS

The essential source of input into the design of any set of system require-
ments is the articulation of specific service and performance objectives.
Although objectives that apply in a manual operating environment provide a
starting point for this articulation, they need not--even should not--
represent a system design constraint.  Through computer-assisted circulation,
it is possible to achieve objectives not possible within a manual operating
environment, particularly one that is strained to capacity.  On the other
hand, it is important that expectations not be established whereby the
computerized system is viewed as the sole means for solving essentially
intellectual or staffing problems or for removing bottle-necks in areas
that do not interface with and cannot be influenced by computerization.

Automated circulation systems are most typically expected to permit a
library to improve its overall service through increased productivity and
efficiency:  by serving greater numbers of borrowers*; by increasing the
speed with which items can be put into circulation; by using more effec-
tively an entire collection; and by exerting more management control over
inventory and operations.  In addition, a computerized system can be used
to expand the range of service modes that will be accommodated and, if well
designed, can permit flexibility in serving borrowers with different and
changing needs and preferences.

At some point, early in the specification of system requirements, library
staff must specify quantitatively their expectations regarding the numbers
of borrowers to be served and the volumes of transactions to be handled in
specified periods of time.  Considerations in this area are discussed further
in Chapter 6.  The focus of the following sections is on the definition of
various modes of service and the dimensions of those modes that have
implications for system design.

---

*
The term "borrower" is used throughout this and the following chapters
to refer to both individual patrons and institutional users of the library.

BB00008233

56

## TYPES OF MATERIALS TO BE HANDLED

A circulation system encompasses the following components:

- It provides for the storage of computer-readable data about borrowers and about items that are held in the collection.

- It supports and/or automatically performs the selection of items in that collection for borrowers, the assignment and check-out of items to specific borrowers, and the check-in of returned items.

- It maintains records, or can produce data, on borrowers, items, and circulation, to support the generation of management statistical reports.

- It provides for the generation of mailing labels and/or cards, in appropriate shelf list order.

Because the system encompasses functions relating to inventory control, it can be used to handle a wide variety of materials, including those that are not checked out, in the traditional circulation sense, but that are distributed or placed on loan. Therefore, it is reasonable to consider and to prioritize for inclusion the full range of materials that are presently represented in a library's collection. In addition, library staff will want to consider the possibility that additional types of materials will be added at a later time, given the need and the capacity to handle them.

As shown in Exhibit 11, all of the 19 Libraries included in this study plan to, or now use the system to support circulation of recorded book media--disks and cassettes. In the case of braille materials, 15 of the Libraries that handle this type of item include them or are planning to include them in their systems, and, of the Libraries that handle large-print books, 7 include them or are planning to include them in their systems. Clearly, materials in the book collection have traditionally received the highest priority, although, within this overall scheme, priorities have been established for implementation by media and by source (i.e., NLS/BPH-produced versus locally produced materials).

BB00008234

61

The set of decisions that are made with respect to these various areas of
system requirements provide the initial framework for system design. These
areas are discussed in the following three sections: Frequency of Service
and Circulation Service Levels; Major Characteristics of the Selection
Function; and Selection and Automatic Check-Out.

Frequency of Service and Circulation Service Levels

The set of choices for periodicity in circulation service to borrowers
includes the following:

Calendar Service. Provides for circulation of items on a fixed-
calendar schedule (e.g., weekly, biweekly, every three weeks, or
monthly), to accommodate the reading rates of individual borrowers.

Turn-Around Service. Provides for circulation of a new item to a
borrower for each checked-out item that is returned by that borrower.

Will-Call Service. The provision of one or more items, to be circu-
lated only when the borrower contacts the library for service.

Each of these options is, in turn, related to a concept of service levels--
quantities of items to be in circulation, per borrower, at a given time.

In the case of Turn-Around service, a minimum or standard number of items
for check-out is established initially and, thereafter, the service level is
controlled through the process of circulating a new item for each returned
item. With Calendar Service, additional management controls are needed in
the system design if there is to be a maximum number of items for a given
borrower in circulation at any given time. The items in circulation may
begin to cumulate if a fixed number of items is being sent out at each
service date, but items are not also being returned. With Will-Call Service,
the problem of maintaining service levels is not present, but a decision
must still be made on whether to impose a maximum on the number of items
that can be checked out at one time.

BB00008239

63

A number of possibilities present themselves in specifying the way in which
a computerized system can help in this selection function.  They range from
a totally system-managed and system-controlled approach, with a sophisticated
type of automatic SDI (Selective Dissemination of Information), to one in
which the system does no more than permit the library staff to key in the
items that they have selected for check-out, using the same capabilities
established for handling requests for titles made by borrowers.  A number of
factors--including numbers of staff, service characteristics of a particular
borrower population, and the volume of transactions to be handled, in relation
to various periodicities--need to be weighed in defining the extent to which
the system is to be actively involved in this function.  One of the most
critical requirements decisions has to do with determining what "judgments"
the system will be programmed to make and what judgments will be left to
staff members.  Other operational considerations are introduced below.

Origination of Selection.  At a minimum, the selection function typically
provides for the entry of data on titles that have been requested by borrowers
or identified by the staff through some manual means.  Any additional require-
ments reflect choices along a continuum--from fully manual to fully automatic--
choices that must take into account the originator of the selection and the
role of that originator.

When the staff member is the originator of a selection, the role of the
system can be to assist the staff member in creating a subset of titles in
the collection that are potential matches.  From this subset, the staff
member can make final choices on the basis of apparent relevance (judged
by reading the title and/or annotation) and can also introduce other
considerations, to provide variety.  Among the questions to be asked in
this area of design are:

- Which elements of information supplied in the borrower's
  interest profile and in the record for each title will be
  used by the system to create an appropriate subset of the holdings?

BB00008241

64

- Which elements of data will the staff member want to review in the
  list of potential matches to make the final selections, and how many
  items will the staff member want to view to make those selections?

A number of data elements that can be used for these purposes are described
in detail in Part III.  The most important of these are presented in Exhibit 13.

To take the requirements resulting from staff-originated selection the next
step, to a total automatic selection process, the library staff may need to
establish additional principles for the matching process and decide how the
system will provide for variety among the items selected and/or will reflect
specified preferences of the borrower (e.g., in the case where a borrower
prefers to receive more mysteries than historical fiction).

A particularly critical issue in automatic selection is whether the selections
made by the system are truly final or a staff member will "intervene" to
review the items selected and make any needed revisions.  The concept of
interactive automatic selection lies somewhere in the middle on the continuum
between a staff-selection approach and a system-selection approach.  If staff
intervention is not provided as a means to identify and correct poor matches,
then a library will need to invest more resources in a mechanism for system
evaluation, to test periodically the quality of matches that are being gen-
erated by the system.

As indicated in Part I, a few Library Directors expressed concern that,
with computer-assisted staff selection, the staff tended to lose its
familiarity with items in the collection.  In the manual operating environ-
ment, staff members handle printed tools and skim annotations, in the process
of selecting items.  One way of thinking about the effect of dealing with
computerized records is that the database tends to become an "invisible"
medium.  In skimming through printed materials, one can absorb, almost
unconsciously, the essence of the information but online technology does not
promote that type of skimming and unconscious learning.  Online technology
can, in fact, create some feelings of distance between the staff member at the
terminal and the information in the databases.  Therefore, in parallel with
considerations of these several design choices, library staff will also want

BB00008242

Exhibit 13.  Set of Major Data Elements To Be Considered
for Use in Computer-Assisted Selection

---

### Part 1.  Matching Criteria

A.  Possible Inclusion Criteria

    1.  Book medium (Disk, Cassette, Large Print, Braille, Double-Vision)

    2.  Subject (e.g., insurance) and type (e.g., mysteries) terms (or codes)

    3.  Reading level

    4.  Language

    5.  Books in series

B.  Possible Exclusion Criteria

    1.  Borrower acceptance of staff or system selection.

    2.  Content characteristics (e.g., contains violence, explicit sex)

    3.  Borrower has already read (determined from a record of "Has-Had" information)

    4.  Borrower has now (determined from a record of "Has-Now" information)

    5.  Narrator characteristics (e.g., male/female, accent)

    6.  Book length (long/short)

Part 2.  Additional Fields To Be Used for Display
by Staff in Selection

    1.  Title

    2.  Annotation

    3.  Borrower Notes

    4.  Author

    5.  Narrator

    6.  Other titles on the same disk or cassette

    7.  Re-issue information (to select latest version of a re-issued book)

    8.  Number of requests currently pending for a book (to select books with good chance of availability)

    9.  Number of copies available for check-out

BB00008243

66

to envision staff procedures and system-user interfaces that are designed to enhance interaction with the information, e.g., through the provision of flexible and simple means for viewing selected amounts and parts of a given database.

Selection in Relation to Check-Out. Many of the systems that have been developed to date have been designed to provide automatic check-out, particularly in a batch process, of items for groups of borrowers. This processing can be done in the late afternoon or evening, for example, or on some regular schedule. These systems vary in terms of the role of selection within the check-out function. In some systems, selection is viewed as a separate function and is not linked in time with the execution of the check-out function. In these systems, the selection function is a means for generating, in advance, a temporary file ("bank") of items that have been selected--by borrower, by staff, or by the system, automatically--and that can be drawn upon at the time of check-out, when a particular individual or group of borrowers is due for service.

In other system implementations, automatic selection is viewed conceptually as one of a series of steps that comprise the check-out function. For example, when the automatic selection step is executed, only those items for which copies are available for circulation can be selected, within the framework of other selection principles that have been established. The available items are then processed through in the other check-out steps performed by the system.

These two models do not represent mutually exclusive choices but, rather, alternative ways of specifying the functions within a system and the interface between functions. In any given system, the selection and check-out functions may be designed to be executed both independently and in combination.

With the typical check-out program, the availability of an item must be checked before the item is assigned to the borrower and records of that assignment are made. Therefore, if a number of borrowers are waiting to receive a

BB00008244

67

certain title, the system must be programmed to follow a certain set of
principles in working through the list of borrowers due for service.  The
choice of principles to be followed depends on the answers to questions such
as these:

- Will a "Reserve" system (i.e., records of urgent requests that have
  been placed by borrowers) be maintained?

  - If so, will Reserves be fulfilled first?

  - If more than one borrower has reserved a given title, will the
    available copies in each medium be checked out on a first-come,
    first-serve (i.e., date-order) basis, or on some other basis?

- In what order will the system perform check-out from the request and
  selection (referred to as a Request File) lists?

  - By borrower:

    - Alphabetically

    - By Borrower ID

    - According to service mode, e.g., Turn-Around Service
      Borrowers first, etc.

  - By title (or title, per medium):

    - First come, first-serve basis (according to date requested
      by borrower or selected by staff or system)

    - First those titles of copies that have been checked in, but
      not yet re-shelved, followed by titles, in some other order,
      that are in the Request File

    - Titles with the most number of copies that are available, in
      descending order

    - By some combination of these or other prioritizing schemes

These sets of choices raise a number of considerations and additional questions,
some of which can be answered only by careful weighing of the likely impact on
service of the choices made.  For example, the automatic check-out program

BB00008245

ILLUSTRATIVE IMPLEMENTATIONS

In this section we provide synopses of three automated circulation systems. The systems illustrate various methods of file organization and processing steps. These mini-descriptions have been assembled to provide an overall understanding of how the various components—databases and functions—relate in the flow of selected systems. These particular examples also help to illustrate significantly different implementations. Additional examples, from these and other systems, are provided in Part III of this Guide.

The New York (Albany) System

Exhibit 18 contains a schematic representation of the databases used in, and functions performed by, the automated system in Albany, New York. The basic data used in this circulation system are divided into four datasets (files): the Patron Dataset, the Holdings Dataset, the Request Dataset, and the County Dataset. This system is one of a number of applications that operate on the State Education Department's Burroughs B7765 computer. The Library has 7 Hazeltine 2000 CRT terminals and a GE Terminet 1200 printer on-site for use by staff during normal daily working hours.

The Patron Dataset contains patron and institution profile information on all registered borrowers. The basic components of this information are as follows: (1) patron ID number, name, telephone number, birthdate, and date of registration; (2) address; (3) service information, including frequency, quantities, media, and machine ID numbers; (4) additional patron records containing data on reading preferences. The Holdings Dataset contains one record for each title in each medium. These records include information on the total number of copies owned and the number of copies that are on hand. The Request Dataset contains information on book requests categorized by three different types: (1) unfilled requests—items requested by a patron but not yet received; (2) filled requests—items currently in a patron's possession; (3) history requests—items returned by a patron. The most current three months of history information are maintained on

BB00008255

80

file for access by Library staff.  The remaining information is stored on magnetic tape.  The County Dataset is used in the verification of input of county information.  Using CRT terminals, the Library staff enter additions, changes, and deletions.  Valid records are stored on a disk for later offline updating of the database.  All invalid records are reported in printed listings, arranged in order by CRT (terminal) number, for subsequent correction and reentry into the system.

The offline processing of these daily transaction records involves the following processing functions:

1.  Changes processed in the Holdings Dataset include addition of new titles, adjustments for returned books—both damaged and undamaged—and books checked out to walk-in patrons.

2.  Changes made to the Patron Dataset include the addition, modification, and deletion of patron profile information.

3.  Returned books are checked in by being processed against the Holdings Dataset.  The status for a returned item is changed from "filled" to "history" in the Request Dataset.

4.  The Patron Dataset is checked daily for such action items as patrons due for service, termination of temporary suspensions, and patrons with no unfilled requests.

5.  Books are selected for check-out by matching patron requests against the available inventory information in the Holdings Dataset.

6.  Mailing labels are produced.

7.  Circulation statistics are compiled.

8.  Various reports on the activities within the offline processing cycle are printed.

BB00008258

87

The check-out process begins with the identification of readers due for
service, i.e., those that have just returned books. These readers are
sorted by date of last service so that those with the longest periods are
the first to receive service. Since the system relies on borrower-generated
requests, most readers maintain very large numbers of requests on file.
At any one time, however, a maximum of 126 requests are available for
possible check-out. The remaining overflow requests are stored separately.
Periodically, the current and overflow requests are merged, sorted by the
last digit of the book number, and the first 126 requests form a current
list. As check-out proceeds, a file of inventory change data is accumulated.
The data are used to modify the Book File (e.g., to adjust the inventory
count) when check-out is completed (see Exhibit 22). Punched cards that
identify the reader and the book are enclosed in envelopes and placed in the
containers of the appropriate items for mailing.

The processing of returned books (check-in) is accomplished in the following
set of steps: punched cards are removed from the containers; these cards
are read into the system and the data sorted by reader number; the returned
books are removed from the readers' request lists and added to their history
lists. If the maximum number of entries that can be accommodated in the
History File is exceeded, the overflow items are printed offline, and the
hardcopy is filed with other records maintained for each reader. The Book
File is then updated to reflect the addition of returned books to the
available inventory.

Similarly, to add new requests to the Request File, Library staff code
the requests on coding sheets, and the information is keypunched onto
cards. During processing, those requests that are valid (i.e., have
valid book numbers) are added to the reader's request list. Invalid
requests are listed for return to the library staff for correction and
resubmission.

Because each transaction is recorded by a staff member on the appropriate
coding sheet, it is easy for the Library to support walk-in borrowers.
Books checked out to or returned by walk-in readers are processed during
the same sequence as those that are circulated by mail.

BB00008265

88

## The Pennsylvania Regional Libraries' System

The system used in both the Philadelphia and Pittsburgh Regional Libraries
was developed by a consulting firm with extensive library experience.
Each installation of the system utilizes a dedicated PDP 11/35 mini-
computer with 96K of memory.  Philadelphia operates 10 terminals and
Pittsburgh, 9.

The basic data used in this circulation system are divided into these eight
files:

(1) The Patron File contains basic information on each borrower,
including name and address, demographic data, reading interest
profile data, and such service indicators as frequency, media,
and quantities desired.

(2) The Request File contains book requests made by or for each
borrower.  Each request is identified by a book ID number,
date of request, and an indicator of the source of the request
(borrower or library).

(3) The Now-Has File covers all books currently checked out to
each borrower.  It includes the book ID number, date sent,
copy identification, and a patron (P) or library (L) selection
designator.

(4) The Has-Had File lists all titles that each borrower has ever
received.

(5) The Bibliography File contains a list of titles for each of
the 128 subject codes used to classify books and borrower
subject interests.  Each list  contains the titles that have
been assigned a given code.

(6) The Machine File contains data on equipment that allow the
library to keep track of the borrower to whom each item has
been checked out, the sublending agency, machine status, and
the most recent transaction date.

(7) The Magazine File contains data on available magazines to support
library distribution and direct distribution by publishers.

BB00008266

89

(8)  The Title (Book) File contains basic bibliographic information
     about each book in the library collection.  Each record also
     contains subject and inventory information for use in the
     selection/check-out process.

The Request, Now-Has, and Has-Had Files are designed to contain any number
of items, although the library staff can specify a maximum size for each
one.

Library staff can add, modify, delete, or display records from any of
the files described above.  A table summarizing the function commands is
given in Exhibit 23 and illustrations of the use of selected commands are
shown in Exhibit 24.  CRT terminals are used in both libraries, and
the system operates in a line-by-line mode for all functions.  Each
maintenance function has a number of options and built-in safeguards to
reduce errors.

In this system, the selection and check-out functions are combined and
"selection" means the process of identifying and assigning books to be
sent to borrowers.  The system allows selection to be performed in one of
three modes or in some combination of these modes:  Request, Title-ID
Input, and Profile.  In the Request mode of selection (see Exhibit 25,
section labeled A), the system attempts to fill outstanding borrower
requests from the Request File by matching each request against the
inventory of available books.  (The borrower's exclusion criteria and
Now-Has and Has-Had lists are checked at the time requests are entered
into the system, through use of the REQADD command.)  If there are no
copies available for a particular item at the time of selection, the
Selector may change a request into a reserve on behalf of a borrower.

In Title-ID Input mode (see Exhibit 25, section labeled B), the Selector
keys in specific title ID numbers and the system attempts to locate an

BB00008267

91

Exhibit 24.   Selected Examples of Interactions
from the Pennsylvania System

### 1. Adding a New Title

```
**** ADD TITLE ****


ENTER TITLE ID > RC15321

NEW RECORD BEING CREATED.

TITLE ID (ASCII) > RC15321
# COPIES > 21:
# CONTAINERS > 1
# DISC/CASSETTES PER BOOK > 2
AUTHOR > DINESEN, ISAK
TITLE > WINTER'S TALES
PUBLISHER >
PLACE >
DATE >
REISSUE 1 > TB00299
REISSUE 2 > CB00299
REISSUE 3 >
REISSUE 4 >
REISSUE 5 >
REISSUE 6 >
REISSUE 7 >
STATUS > P
SUBJECT 1 > 37
SUBJECT 2 >
SUBJECT 3 >
READER'S NAME > DUNNOCK, MILDRED
VIOLENCE > N
SEX > N
STRONG LANGUAGE > N
LONG > N
SHORT > Y
MALE VOICE > N
FEMALE VOICE > Y
ADULT LEVEL > Y
YOUNG ADULT LEVEL > N
JUVENILE LEVEL > N
ACCENTS > N
GRADE LEVEL > 32
LANGUAGE > EN
RECORDING SPEED > 3
PROFILE SELECTABILITY CODE > Y
LC SUBJECT HEADINGS >
CLASSIFICATION # > FIC
#CIRCULATION YTD INDIVIDUALS >
#CIRCULATION YTD INSTITUTION >
#COPIES ON HAND > 20
# COPIES LOST > 0
# BRAILLE VOLS/COPY > 1
BRAILLE COPY # > 0
# RESERVES > 0

ADD ANOTHER RECORD? > N
```

### 2. Modifying a Title

```
**** MODIFY TITLE ****


ENTER TITLE ID > TB00299

TITLE : LONE JOURNEY; THE LIFE OF ROGER WILLIAMS.


CORRECT RECORD? > N


ENTER TITLE ID > CB00299

TITLE : WINTER'S TALES.


CORRECT RECORD? > Y

ENTER ITEM # > 11

REISSUE 1 : 00000


**** ENTER NEW ITEM >>>>> > RD\D\C15321

ENTER ITEM #.>

MODIFY ANOTHER RECORD? > N
```

BB00008269

120

1.0   BORROWER DATA ELEMENTS              1.2   Service Profile Information

To achieve weighting or some variety in selecting a set of titles, e.g.,
to provide more mysteries than historical novels, several different
approaches are used.  For example, in the DRA system, a major or preferred
interest area is represented in the list of codes more than one time, e.g.,
the code for mysteries is repeated several times, so that, after the
system has processed all subject interest codes for selection, the selected
items represent the numbers of repeated codes, e.g., more mysteries will
have been selected.  In the Pennsylvania system, a borrower's subject
categories are processed in random order to ensure variety in the books
selected for the borrower.  To support staff selection in some systems,
additional information on borrower interests is stored in the Notes field
of the borrower database.

1.2.04.   Exclusion Criteria

A special set of general content codes are represented in a field (or
fields) of exclusion criteria—characteristics of books that are used to
identify titles the borrower does not want to receive.  Among the criteria
used in one or more systems are:  sex; violence; rough language; length of
book (e.g., long or short); narrator (male or female); and narrator
characteristics (e.g., foreign accent).

The most common ways in which these criteria are stored is in the form of
Yes/No flags in a fixed set of positions.  The number of exclusion criteria
used among the systems ranges from 1 to 11.

1.2.05.   Media

The standard book media included among the BPH library collections are
disk, cassette, and braille; in addition, some also handle large-print
books and/or reel-to-reel tapes.  However, because all borrowers cannot

BB00008296

121

| | |
|---|---|
| 1.0  BORROWER DATA ELEMENTS | 1.2  Service Profile Information |

accept all media (e.g., because of their particular handicap or because of
the equipment they have available), the designation of acceptable media per
borrower is an important requirement.

Although a number of systems store media data through Yes/No flags in a
series of fixed positions designated for each medium, other approaches are
also used. For example, in the Alabama system, a set of two-character
subfields is used, each of which represents one of the four media that
Alabama circulates. A number in a given subfield (e.g., cassettes)
identifies the initial quantity of books to be sent in that medium. This
approach combines media and quantity data. In the Pennsylvania and DRA
systems, status and activity data are carried in each medium field. For
each medium, an indication of the borrower's service or status in that
medium is provided: active; inactive; on hold; not wanted until requested;
has never received before; deceased; hold; transferred; or removed.

In the Cincinnati system, a one-character field is used for storing one
of the following codes, representing permutations of all possible options:
1 (disks); 2 (cassettes); 3 (disks and cassettes); 4 (braille); 5 (braille
and disks); 6 (braille and cassettes); 7 (braille, disks, and cassettes), etc.

### 1.2.06.  Maximum Number of Books Allowed

An administrative limit is generally set to establish a ceiling on the
number of books that can be checked out to a borrower at one time. These
limits are sometimes established to conserve storage. Unless a fixed
amount of storage is actually allocated for various files, the systems
generally permit a library staff member to override the limit on a
discretionary basis. In a few systems, the maximum number of books is
specified for each medium in which the borrower receives service. Most
of the limits on the number of books permitted in circulation for a
borrower are under 100.

BB00008297

126

| 1.0  BORROWER DATA ELEMENTS | 1.3  Request and Reserve Information |
|---|---|

Request data are stored for two main purposes:

- to keep track of which items a borrower has asked to receive

- to support automatic check-out from a set of pre-selected and pre-screened materials from which items can be sent as copies are available

In almost all of the fully operational systems, data on requests are stored in a "Request File" that is physically and logically separate from General Borrower and Service Profile Information.  This approach is taken because General Borrower and Service Profile Information are more easily stored in fixed-length records, whereas borrowers' request lists are typically of variable length, and because the request lists are subject to frequent additions and deletions.

In six of the systems, provisions are made for storing and processing high-priority borrower-generated requests, generally known as "reserves."  (In two other systems, this capability is being planned.)  This capability is not provided in all systems because the philosophy of service in some libraries is that books should always be sent to borrowers on a first-come, first-served basis.  However, in other libraries, the argument is made that, for a variety of reasons—school, work, research, or therapy—an individual may need to receive a book as soon as a copy is available.

Before discussing the individual elements of Request and Reserve Information, three considerations related to the storage of these elements need to be mentioned for context:

- Requests can be stored in the borrower database, as a list of titles selected by or for a particular borrower, or they can be stored in the book database, as a list of borrowers for or by whom a particular title has been selected.

BB00008302

127

1.0  BORROWER DATA ELEMENTS          1.3  Request and Reserve Information

- The order in which titles are stored on the request list can affect the order in which they are processed during the check-out function.

- Request lists for books and magazines are stored together in some systems, while in others they are stored separately. An equipment request list that is accommodated in one system is also stored separately.

### 1.3.01 and 1.3.05.  Number or ID of Item Requested/Reserved

For reasons of compactness and convenience of access, a book number (magazine issue number or equipment model number) is used in most systems to record a request or a reserve. For purposes of display, however, the library staff may require that the system also retrieve the book or magazine title associated with that stored number.

### 1.3.02 and 1.3.06.  Date of Request/Reserve

The date on which a request or a reserve is entered into the system is used in several ways, including the following:

- to establish a processing order at check-out;

- to identify the oldest requests on a borrower's request list if periodic purging will be required;

- to assist in the identification of requests that have not been filled for some period of time.

The presence of large numbers of old, unfilled requests--determined through periodic review by staff or, preferably, the generation of periodic reports by the system--can indicate a potential problem in the system's circulation procedures or, possibly, the need to produce a greater number of copies for certain titles.

BB00008303

181

5.0  BOOK SELECTION                    5.2  Computer-Assisted Selection

---

5.2  The system must provide assistance to
     staff members in the identification of
     potentially suitable titles for bor-
     rowers who have titles selected on
     their behalf.

   5.2.1  The system must provide staff mem-
          bers with the means to review rele-
          vant borrower and book data in the
          process of their making selections
          for the borrower.

   5.2.2  The system must perform automatic
          selection of titles, according to a
          set of pre-established principles,
          that are suitable for each borrower
          designated to receive automatic se-
          lection service.

---

### 5.2.1 and .2.  Computer-Assisted Selection

We have presented requirements in this area for two different roles that can
be specified for a system.  In actual fact, any number of variations on these
two roles can be specified.  As discussed earlier, in Part II of this Guide,
the definition of "computer-assisted" involves specification of the
degree to which the system performs automatically some or all of the opera-
tions to match data that represent a borrower's interests with data that re-
present the contents and characteristics of a book.

Among the possible variations in roles are these:

- A staff member must be able to review at the terminal some or all
  information contained in the borrower's interest profile and be able
  to request a display of titles and other selected book data in the
  subject categories of interest for review and selection.

BB00008355

187

5.0  BOOK SELECTION                    5.2  Computer-Assisted Selection

- A staff member must be able to specify several criteria, e.g., sub-
  ject, medium, reading/education level, exclusion criteria, for a
  given borrower or group of borrowers for use by the system in pro-
  ducing a subset of titles that can be displayed at the terminal for
  review and selection by a staff member.

- A system must perform the necessary matches automatically ("Auto-
  matic Selection") using multiple criteria from a borrower's interest
  profile to identify a set of suitable titles to be recorded for that
  borrower in a Request File (or assigned for immediate check-out).

- A system must perform all of the necessary matches automatically,
  using multiple criteria from a borrower's interest profile to identify
  a set of suitable titles that are then reviewed by a staff member
  ("Interactive Automatic Selection") for final changes or final selec-
  tion.

The major data elements used in producing these manual (i.e., staff) or
automatic matches are identified on the following page in Exhibit 45. These
were discussed earlier in more detail, in Chapter 7. In Exhibit 46, we provide
a sample interaction for automatic selection.

BB00008356

190

6.0  BOOK CHECK-OUT                    6.1  Borrowers Due for Service

---

> 6.1  The system must identify those borrowers
>      due for service.

If several types of service are accommodated by a system (e.g., Turn-Around
and multiple frequencies for Calendar Services), then more than one method
may be needed for determining whether a borrower is due for service.  For
example, information may be captured and stored in the system on Turn-
Around borrowers who have returned a book and are due for service the next
time check-out is performed.  However, for Calendar Service borrowers, the
system must provide a means for staff to specify (and/or the system to
identify) the subset of borrowers to be served during check-out.  In one
method, used in the Neoterics system, Calendar Service borrowers of a
particular frequency (e.g., biweekly) are assigned to one of several
service groups (e.g., B1, B2, B3, etc.) for that Calendar-Service
frequency.  The system operator specifies the group that is to be served
when check-out programs are executed.

BB00008363

192

---

> 6.3  The system must make the needed
>      number of assignments per
>      borrower on the basis of
>      priorities established by the
>      Library.

There are two parts to this requirement:  the number of books to be assigned
and the order in which requests are processed at check-out.

## 6.3.1.  Numbers of Books

The number of books that are to be assigned for check-out to borrowers is
generally subject to some constraint:  the maximum (or minimum) number of
books that a borrower wants to have at any one time or the maximum number
of books that the library allows a borrower to have at one time.  These
constraints can vary within a library by borrower or by service type.
For example, with Turn-Around Service borrowers, the number of books to be
sent at a given time matches the number of returned items, unless provision
is made for some exception.  For Calendar-Service borrowers, a minimum, a
maximum, a fixed or a per-borrower variable number can be established and
stored within the borrower's record.  However, a limit in the number of
books that a borrower can have at one time needs to be established for
Calendar-Service borrowers, to ensure that some items are being returned
while others are being mailed.

In many systems, options are provided for altering or overriding the
standard procedures.  For example, in the Colorado and Neoterics systems,
the system user can specify, prior to the batch checkout run, the number
of books an individual is to receive.  In most systems that provide for
interactive check-out, the system user has control over the number of
books checked out to each borrower.

BB00008365

193

6.0  BOOK CHECK-OUT                    6.3  Assignments and Priorities

A major consideration in this requirement area is the need for the numbers
of books to be associated with each of the media appropriate for a given
borrower.  For example, serious consideration needs to be given to whether
the system will make a medium-for-medium replacement for Turn-Around
Service borrowers.

Another consideration in this area is the need for the system to provide
feedback to the library staff, interactively at the terminal or in the
generation of a listing, to identify those borrowers who were not assigned
the expected number of items.  In some systems, this problem will auto-
matically trigger the run of automatic selection; in others, a report is
generated for staff review and followup action.  In the Neoterics system,
the listing that is produced includes:  the borrower's name and ID; the
number of books expected and the number actually assigned, per medium; and
the reason expected service was not achieved (e.g., there were not a
sufficient number of titles in the Request File, or the borrower had
reached the established maximum).

### 6.3.2.  Priorities in Processing

As discussed earlier in Part II of this Guide, there are a number of
priority schemes used in the assignment of available copies to borrowers
in automatic check-out.  Some of the principles established in these systems
are summarized below.

- In systems that accommodate "reserves," these are generally
  processed first, on a first-come, first-served basis, by
  borrower, for each title.

- In systems that draw upon a Request File at check-out time,
  these per-borrower orders are among the ones that are used:

  -- Service type order (e.g., Turn-Around Service borrowers
     first)

BB00008366

194

6.0  BOOK CHECK-OUT                    6.3  Assignments and Priorities

-- Alphabetical order

-- Borrower ID order

- In systems that draw upon a Request File at check-out time, but
  that also draw upon data in other files to derive a per-title
  order, the following orders are among the ones that are used:

  -- Titles that have been returned (checked in) but not
     yet re-shelved

  -- Titles that have the most number of available copies, in
     descending order

  -- First-come, first-serve basis (according to the date
     requested or selected)

In many systems, some combination of these or random-order approaches are
taken.

BB00008367

195

> 6.4  The system must execute updates to the
> appropriate system files, to reflect changes
> in the status of data in the book inventory
> and borrower records.

Among the files in the system that will need to have some modification made to their records, on the basis of the check-out operations, are the ones identified below.

- **Borrower's Has-Now File.** The book number (or copy number) of the assignments and the date of the assignments will need to be added.

- **Book Record.** The number of copies checked out will need to be incremented and/or the number of copies available for check-out decremented. The number of times a copy of the book has been circulated (e.g., month-to-date and year-to-date statistics) will need to be incremented.

- **Copy Record.** If a copy record is maintained, the borrower ID and date of assignment will need to be added and the number of times the copy has been circulated will need to be incremented. The copy status will also need to be changed to "unavailable."

- **Borrower's Has-Had File.** If not handled later at check-in, the book number and date of assignment (optional) will need to be added to this file.

- **Borrower's Request List.** The book number and date of request for each assignment will need to be deleted.

For particular implementations that use various other working files, additional changes may be needed.

BB00008368

203

| 7.0  BOOK CHECK-IN | 7.1  Updates to Records and Files |
|---|---|

- It is permanently unavailable for check-out, because it was lost, stolen, or damaged beyond repair

- The status is temporarily not known, e.g., a mailing card is received by the Library without the accompanying container.

In records maintained at the per-medium title level, one or more of the following changes will need to be made: decrement the number of copies checked out; increment the number of copies in repair; increment the number of copies available for check-out; take no action on returned copies for which the status is not known; decrement the number of copies owned for a given title, to reflect those lost, stolen, or otherwise not available; and increment the number of copies that have been stolen, lost, damaged, etc.

In systems that maintain copy-level data, the following changes will be needed: delete the borrower ID from the copy record; change the status of the copy to the appropriate indicator (e.g., available for check-out); and record the date of check-in.

Borrowers Due For Service File

The return of a book from a Turn-Around Service borrower should trigger some action in the system to indicate that the borrower is to receive another book--i.e., is due for service again. In a number of systems, a temporary file is generated of borrower IDs for those who are due for service. In other systems, where returned items are processed one at a time, in an online mode, the system user can serve that borrower immediately.

BB00008375

205

## CHAPTER 9.
### CONSIDERATIONS FOR DATABASE-RELATED OPERATIONS

In the following sections, we address requirements that are related to operations that must be performed on and from the stored data (the data-bases and files) that have been described earlier, in Chapter 7. In these sections, we cover the following requirement areas:

> 8.0   The system must give the system user access to data contained in the stored databases and/or files.
>
> 9.0   The system must provide for the display of information contained in the databases and/or files.
>
> 10.0  The system must provide for the creation of new records and the updating of existing records by the system user and the system for each of the databases and/or files in the system.
>
> 11.0  The system must provide for the generation of statistical reports and organized listings.

Requirements to cover the operations encompassed in these four areas need to be specifed in terms of those actions that are to be taken by the system user and those that are to be taken by the system, internally, in the execution of one or more of the functions outlined in Chapter 8. With certain exceptions, both of these aspects are covered in the following sets of requirements.

BB00008377

220

## 9.0   DISPLAY OF DATA

The display of a record can sometimes require more than one screen.  For
example, in the DRA system, a display of borrower data requires four screens.
There are important differences in the way in which different volumes of
information are displayed.  Two major approaches are used among the various
implementations, to reduce the time that is needed for a system user to obtain
a display of particular data elements with a record.

Screen Selection.  The system user specifies the particular screen
of a multi-screen record that is to be displayed.  If, for example,
a borrower's subject interests are to be displayed, the request is
made to view "screen three" of the borrower record, which is known
by the system user to contain this element.

Field Selection.  The system user specifies a field or a range of
fields that are to be displayed.  In the Pennsylvania system, for
example, each field in a record carries a unique number.  A selection
of fields 2-12 of the borrower record for John Smith displays the
following elements:

| | |
|---|---|
| 2-3 | Borrower, institution name |
| 4 | Institution code |
| 5-8 | Address |
| 9 | County code |
| 10 | Telephone number |
| 11 | Birthdate |
| 12 | Service start date |

Sorting is another method that is used to facilitate the location of desired
information within a record or set of records.  Sorting arranges a set of
items in a specified order, e.g., by date or by ID number.  The system user
can take advantage of the ordered arrangement to advance to the screen that
contains the desired information.  For example, if a borrower's request list
is arranged in book number order, the system user can quickly scan the list
to determine if the borrower has requested a particular title.  This type of

BB00008391

225

10.0  CREATION OF NEW RECORDS AND UPDATING

> 10.0  The system must provide for the creation
> of new records and the updating of
> existing records by library staff and
> the system for each of the databases in
> the system.

The system must permit staff members to add and delete records and to modify
existing records in each of the four databases that were described earlier
in Chapter 7.  Proper database maintenance ensures that data in the system
are as accurate and up-to-date as possible.

These databases are maintained by two sources:  library staff and the system.
In general, the system performs its maintenance operations during execution
of selection, check-out, and check-in.  Implicit in the set of requirements
in this area, however, is the need for staff to be able to access and main-
tain almost all data elements in the databases.  During the process of con-
verting from a manual to an automated system, library staff are typically
responsible for data entry, although a system should be able to support the
generation of databases from data already in computer-readable form.  There-
after, when errors are detected in the databases, the staff must be able to
delete or modify erroneous data.  Finally, as borrowers initiate, terminate,
or otherwise alter their service and items are added and removed from circula-
tion, staff must be able to make the appropriate additions, deletions, and
modifications.  The requirement that authorized staff be able to take whatever
actions are needed to maintain the integrity of the databases and effectiveness
of the operations may lead, as well, to another requirement for security pro-
visions.  Such security measures, through special IDs or passwords, may be
required to limit system access to certain staff members who are solely
responsible for a certain set of functions.

BB00008395