# EXHIBITS U-W

Dockets.Justia.com

**EXHIBIT U**

January 3, 1995

Mr. James W. Kleiber
The I J Company
PO Box 51890
Knoxville, TN 37950-1890

SUBJECT:  TAPE RENTAL LIBRARY

Dear Jim,

We are pleased to learn of your interest in bringing the services of Tape Rental Library to the employees at The I J Company.  We are confident of the Library's ability to custom design a program to suit your training needs and, in effect, to become your audio/video library.

Attached for your reference is a brief review of catalog selection and start-up procedures along the lines of our discussion.  Since you are interested in the use of a custom catalog, please ignore the remarks concerning the use of the full catalog.  Sample audio and video order cards are included in the package.

Initial monthly invoicing for audio cassettes will be at $1.65 per week plus postage.  The Library checks usage for a few months to determine average monthly activity.  At that point a suggestion will be made to consider the annual rate allowing you to take advantage of our annual subscriptions.  Your discount level will be applied to all your company activity with Tape Rental Library including the Video tape service.  Video cassette rentals are as listed in the Video catalog under each tape.

Tape Rental Library looks forward to becoming an integral part of your training program.  Please let me know if you require any additional information.  We will be in touch in due course.

Very truly yours,

Neil M. Miller
Regional Representative

Copy to:    Mr. Duane Ramm, TRL

RECEIVED JAN. 6. 1995

Exhibit 41
Date 3-23-07
Nancy Martin
CSR 9504
Ramm

# T·R·L

**MAIN LIBRARY**

**TAPE RENTAL LIBRARY, INC.**

August 1, 1995

James W. Kleiber
The IJ Company
PO Box 51890
Knoxville, TN 37950-1890

Dear Mr. Kleiber,

You are currently buying our service at the weekly rate.  Now that you have established a use pattern, you should consider taking advantage of the savings offered by our annual rates.

The savings from our annual rate (subscriptions) is obtained by advance payment and volume discount.  The use paid for by subscriptions is deducted from your monthly activity.  Use over the subscription level is then billed at a reduced weekly rate.  (See attached price sheet).

I made a review of your use to date and converted each months use to the equivalent number of annual subscriptions.  See Table below:

| Month | Equivalent Subscriptions |
|---|---|
| March 1995 | 3 |
| April | 9 |
| May | 9 |
| June | 10 |

The following example shows the savings available if you were to purchase 10 subscriptions.

| | | |
|---|---|---|
| 10 | subscriptions x 104 tape/weeks per subscription x $1.65 per tape/week = | $1,716.00 |
| 10 | subscriptions x $112.20 per subscription = | 1,122.00 |
| | **ANNUAL SAVINGS $ 594.00** | |

In addition, the use over your 10 subscriptions would now have a weekly rate of $1.40 versus the $1.65 you are now paying.

2

If you are interested in taking advantage of the savings from annual subscription rates, please call me, (804-293-3705) to go over the numbers in detail.  Thank you for your business.

Sincerely,

*Mark Ramm*

Mark Ramm
Vice-President

MR/vlm
Enclosure: price sheet

cc: Neil Miller, Regional Representative



**THE IJ COMPANY**
*FOODSERVICE DISTRIBUTORS*

*Till Keller*
*Founder*

March 8, 1996

RECEIVED MAR 0 9 1996

Tape Rental Library Administrator
One Cassette Center, Rt. 29
P. O. Box 107
Covesville, VA 22931-0107

Dear Darlene Smith/Tambra Dodd:

Thank you for sending your new 1996 audio catalog. I have reviewed the catalog and have highlighted those tapes I want included in IJ's custom designed catalog. I have also included a copy of our cover page and the section on how to use cassette learning and the procedures for ordering.

Thank you for your attention to this matter.

Sincerely,

James W. Kleiber
Director of Training

JWK/vr

P.O. Box 51890 • Knoxville, TN 37950-1890 • (423) 970-7800 • FAX (423) 970-9442





**THE IJ COMPANY**
*FOODSERVICE DISTRIBUTORS*

# AUDIO CASSETTE CATALOG

The IJ Company Training Department

# IJ TRAINING

To:     All Sales Personnel

FR:     James W. Kleiber, Director of Training

RE:     **IJ TAPE RENTAL LIBRARY**

I am pleased to announce that IJ's <u>NEW</u> Tape Rental Catalog is now ready for your use!

We have an agreement with Tape Rental Library, Inc. who are responsible for handling and providing you with a selection of over 1500 audio cassettes. As you will see, their titles cover everything from "Winning Strategies in Selling" to "Stress Management for Professionals."

The first section of this catalog, pages 1-5, provides information on how to use cassette learning and the procedures for ordering. The last section includes a complete listing of all the cassette tape programs that are available.

You will find within, many fine tools to aid you in your career, as well as in your personal growth. It will be to your advantage to use these valuable resources.

Feel free to call me with any questions or comments you may have regarding the library. GOOD LUCK AND GOOD LEARNING!

JWK:vr

1

**PROCEDURES**

I.    **ORDERING**

1.    The cassettes are to be ordered directly from Tape Rental Library.  **Please DO NOT send any orders to IJ.**

2.    Using the enclosed Order Card, order your cassette(s) by individual number (which will be given to the left of the title).  In multiple cassette programs, each cassette is numbered separately.

3.    You will receive your <u>initial</u> order of tapes in approximately ten days.  Enclosed with each tape will be a pre-addressed, postage-paid return envelope and a <u>reorder</u> card.  If your next selection does not arrive promptly, please contact TRL immediately (804-293-3705).

4.    When you've finished with the tape, send it back to the Tape Rental Library in the return envelope.  You can reorder at the same time by indicating your choices on the reorder card and enclosing it in the return envelope.  If you don't want to reorder right away, keep the card until you do.

5.    Finally, send no money.  This program is being funded by your Training Department.  You should be aware, however, that the cost of using the tapes is $1.65 per tape, per week, plus postage.  **PLEASE DO NOT KEEP A CASSETTE ANY LONGER THAN ONE WEEK FROM THE DATE YOU RECEIVED IT**.  You will be personally responsible for the additional costs incurred if your tapes are late.

2

## II.  TIME SAVER METHOD FOR ORDERING CASSETTES

You can receive cassettes automatically!  In fact, you can custom design a multiple tape "course" for yourself.

When you place your next cassette order, make up a list of 6, 8, 10 or 12 cassettes in whatever sequence you want.  At most, you will have two tapes at one time.  As you finish one of them, send it back to the Tape Rental Library.  They will send you the next tape on your list.  When you have completed your list, they will send you a Time Saver Reorder Form.  That way, you can start on another personally designed education program.

## III.  SELECTION

By taking some time to list, in priority order, the five areas in which you'd most like to improve, you can design a personal self-development program.  Because this can contribute so much to helping you achieve your personal and company goals, we strongly urge you to tie in these goals with your cassette learning.  Work with your manager in developing your personal program of cassette learning, emphasizing areas for improvement that have been noted in your performance reviews.

## IV.  WORKBOOKS

For some programs, workbooks and other printed materials are available.  This is noted in one of two ways:

1.  "Workbook available on request" - This means that this material can be obtained if you put "send workbook" on your order card, right next to the tape number.

2.  "Workbook required" - These materials are automatically included when your tape is sent to you.

Since these materials are on loan to you, please do not write in any of them.  They must be returned in good condition in the pre-addressed, pre-posted envelopes provided.  All workbooks are copyrighted and may not be copied.

## V.   COPYRIGHT

The cassettes and written materials in this library are covered by copyright. This means it is ILLEGAL to make copies.

## VI.   DAMAGED TAPES

Please take responsible care of the tapes you borrow. There is no charge for accidental damage to the magnetic tape in the cassette, however, there is a charge of $20.00 per cassette for lost, stolen or destroyed cassettes. Individuals, not the Training Department will pay for lost, stolen or destroyed tapes. DO NOT attempt to repair the tape. If it is broken, do not wind the tape into the cassette. Leave the ends loose, place it into the case and return to TRL for a replacement. Please do not use scotch tape on the cassettes. If necessary, just use a rubber band.

## VII.   TAPE CARE GUIDE

Please follow these precautions:

1.   When you receive your tape, check to see that you have the right one. Also, be sure to keep the return envelope. Otherwise, you'll have to pay postage for sending the tape back.

2.   Keep the tape in its case until you are ready to use it. Do not store tapes in your tape recorder. This could damage your recorder, as well as the tape.

3.   Keep the tape surface as clean as possible. Avoid touching it or exposing it to dust.

4.   Keep the tape stored away from extreme temperatures, dusty atmospheres, direct sunlight (even if the tape is still in its container) and moisture. BE SURE NOT TO STORE THE TAPE ON TOP OF THE DASH OR REAR DECK OF YOUR AUTOMOBILE!

4

### CASSETTE LEARNING -
### There's a lot in it for you!

Cassette learning is a unique way to grow and improve by making new ideas, skills, methods and attitudes a part of you. All of this is achieved in a relaxed, self-paced way. The advantages and benefits are:

* Improved skills
* Improved self-satisfaction
* Greater career development
* Personal growth
* Achieved goals

* Improved Performance Reviews
* New techniques mastered
* Time saved
* Relaxed learning
* Learning at your own pace

### HOW TO USE CASSETTE LEARNING

Take advantage of repetition - a powerful learning tool - by listening to a tape over and over again. Repetition reinforces what you have learned, so it is very important to listen to a tape several times. Another important principle of effective cassette learning is to listen to someone, in your presence, who is talking directly to you.

While you're listening, an idea will pop up, and you'll find yourself focusing on it. In fact, you literally won't hear what comes after. That's supposed to happen. At that point, you have established a "dialogue" with the ideas you're hearing. This dialogue involves the following steps:

1. Keep thinking about what you hear. Relate it to your own situation: "What can it do for me?"

2. If you have to, stop the player to concentrate on what is important to you, NOT what someone might expect you to think is important. Put a dollar value on these ideas.

3. Talk about it with others (manager, peers, spouse, friends, etc.). Try to teach someone what you've learned.

4. TRY IT OUT more than just once or twice.

5. Make it a habit by doing it (and reviewing it) repeatedly.

5

Cassettes offer you two basic learning techniques: Formal and informal. The formal technique involves establishing regular, scheduled study times (e.g., fifteen minutes, everyday, in the morning and right after work). The informal techniques involves using the flexibility and portability of the cassette player.

Listen while you're doing mundane, repetitive chores such as driving, housework, shaving, dressing, etc. This kind of listening is especially valuable in reinforcing ideas you've already picked up in your formal study. Either way, try to use the ideas that come to you, then review and practice them.

Each technique has advantages, so use them both. You will find though, that one technique serves you better than the other. That's natural, but you will learn better if you discipline yourself to use both methods.

**REMEMBER:**      **Listen repeatedly, be relaxed, practice what you learn, make it a habit.**

Your Training Department

Tape Rental Library, Inc.
One Cassette Center, Rt. 29
P.O. Box 107
Covesville, VA  22931
(804) 293-3705
(804) 263-5543 (FAX)

TO: _James N. Kleiber_

FROM: _Darlene_
Tape Rental Library

DATE: _12/7/98_

We received an order card from someone not on the authorized list. (see copy at right)

Please complete this sheet and return it to us.

Thank You!

7907-427

---

7907

## TAPE RENTAL LIBRARY, INC.

Receive your audio cassettes . . . automatically.

Just note your selections below and complete your name and address. We will send them, 2 at a time, until your list is complete.

As soon as you return a tape, we will send the next one on your list.

| cassette # | cassette # |
|---|---|
| 1. 34114-01 | 7. 34114-04 _Send workbook_ |
| 2. 36120-01 _Send workbook_ | 8. 36120-04 _Send workbook_ |
| 3. 34114-02 | 9. 34114-05 |
| 4. 36120-02 _Send workbook_ | 10. 36120-05 _Send workbook_ |
| 5. 34114-03 | 11. 34114-06 |
| 6. 36120-03 _Send workbook_ | 12. 36120-06 _Send workbook_ |

Name Victoria Bingham
(PLEASE PRINT)

Address 1106 East Harper Ave.

City Maryville

State TN          Zip 37804

## THE IJ COMPANY
FOODSERVICE DISTRIBUTORS

---

____✓____  Send the tapes to the above person, and add his/her name to the authorized list of users.

_____  DO NOT send the tapes to the above person.

Signed: _____   Date: 12-14-98

**EXHIBIT V**

# THE
# RANDOM HOUSE
# DICTIONARY
## OF THE
## ENGLISH
## LANGUAGE

### Second Edition

### Unabridged

LIBRARY

MAY 1 1 1988

McCUTCHEN, DOYLE
BROWN & ENERSEN

**spe′cial or′ders,** *Mil.* a set of instructions from a headquarters affecting the activity or status of an individual or group of individuals. Cf. **general order.**

**spe′cial part′ner,** a partner whose liability for the firm's debts is limited to the amount that partner has invested in the firm. Also called **limited partner.** Cf. **general partner.** [1820–30, *Amer.*]

**spe′cial part′nership.** See **limited partnership.** [1855–60, *Amer.*]

**spe′cial plea′,** *Law.* a plea that alleges special or new matter as an answer to the allegations made by the opposite side and not as a denial of them. [1710–20]

**spe′cial plead′ing, 1.** *Law.* pleading that alleges special or new matter in avoidance of the allegations made by the opposite side. **2.** pleading or arguing that ignores unfavorable features of a case. [1675–85]

**spe′cial pros′ecutor,** (formerly) an independent counsel

**spe′cial rule′,** *Law.* See under **rule** (def. 10).

**spe′cial ses′sion,** a session, as of a legislature or council, called to meet in addition to those held regularly. [1840–50, *Amer.*]

**spe′cial staff′,** *Mil.* all staff officers assigned to headquarters of a division or higher unit who are not members of the general staff or general staff. Cf. **general staff, personal staff.** [1855–60]

**spe′cial term′,** *Law.* **1.** the sitting of a court for the trial of a special case. **2.** the sitting of a court at an extraordinary time.

**spe′cial the′ory of relativity,** *Physics.* See under **relativity** (def. 1). Also called **special relativity.** [1915–20]

**spe′cial·ty** (spesh′əl tē), *n., pl.* **-ties,** *adj.* **—n. 1.** a special or distinctive quality, mark, state, or condition. **2.** a special subject of study, line of work, area of interest, or the like: *His specialty is art criticism.* **3.** an article or service particularly dealt in, rendered, manufactured, etc., or one to which the provider, dealer, or manufacturer claims to devote special care: *The manufacturer's specialty is fine hats.* **4.** an article of unusual or superior design or quality. **5.** a novelty; a new article. **6.** an article with such strong consumer demand that it is at least partially removed from price competition. **7.** a special or particular point, item, matter, characteristic, or peculiarity. **8.** *Law.* a. a special agreement, contract, etc., expressed in an instrument under seal. b. a negotiable instrument not under seal. —*adj.* **9.** *Theat.* (in vaudeville) a performing or performed in a manner that is unusual or not customary for a type of act. esp. a performance involving dexterity or ingenuity, as a patter song; specialty actor; specialty act. b. (of a song or dance) isolated from the rest of the show; specialty number. Also, *esp. Brit.,* **speciality.** [1300–50; ME *specialte* < LL *speciālitās.* See **SPECIAL, -TY**]

—Syn. **1.** trademark, stamp, badge, forte.

**spe·ci·a′tion** (spē′shē ā′shən, -sē ā′-), *n. Biol.* the formation of new species as a result of geographic, physiological, anatomical, or behavioral factors that prevent previously interbreeding populations from breeding with each other. [1895–1900; SPEC(IES) + -ATION]

**spe′cie¹** (spē′shē, -sē), *n.* **1.** coined money; coin. **2.** in specie, a. in the same kind. b. (of money) in coin. c. in a similar manner; in kind: *Such treachery should be repaid in specie.* d. *Law.* in the identical shape, form, etc., as specified. [1545–55; < L (*in*) *speciē* (in) kind; see SPECIES]

**spe′cie²** (spē′shē, -sē), *n. Nonstandard.* species. (by back formation, construing *species* as pl. n.]

**spe·cies** (spē′shēz, -sēz), *n., pl.* **-cies,** *adj.* **—n. 1.** a class of individuals having some common characteristics or qualities; distinct sort or kind. **2.** *Biol.* the major subdivision of a genus or subgenus, regarded as the basic category of biological classification, composed of related individuals that resemble one another, are able to breed among themselves, but are not able to breed with members of another species. **3.** *Logic.* a. one of the classes of things included with other classes in a genus. b. the set of things within one of these classes. **4.** *Eccles.* a. the external form or appearance of the bread or the wine in the Eucharist. b. either of the Eucharistic elements. **5.** *Obs.* species; coin. **6. the species,** the human race; mankind: *a study of the species.* —*adj.* **7.** *Hort.* pertaining to a plant that is a representative member of a species, one that is not a hybrid or variety: *a species rose; a species gladiolus.* [1545–55; < L *speciēs* appearance, form, sort, kind, equiv. to *spec(ere)* to look, regard + *-iēs* abstract n. suffix]

**spe·cies·ism** (spē′shēz iz′əm, -sē ziz′-), *n.* discrimination in favor of one species, usually the human species, over another, esp. in the exploitation or mistreatment of animals by humans. [1970–75; SPECIES + -ISM] —**spe′-cies·ist,** *adj., n.*

**spe·cies·spe·cif·ic** (spē′shēz spi sif′ik, spē′sēz-), *adj. Ecol.* associated with or limited to one species only.

**specif.,** 1. specific. 2. specifically.

**spe·ci·fi·a·ble** (spes′ə fī′ə bəl), *adj.* that can be specified. [1850–55; SPECIFY + -ABLE]

**spe·cif·ic** (spi sif′ik), *adj.* **1.** having a special application, bearing, or reference; specifying, explicit, or definite: *to state one's specific purpose.* **2.** specified, precise, or particular: *a specific sum of money.* **3.** peculiar or proper to somebody or something, as qualities, characteristics, effects, etc.: *His specific problems got him into trouble.* **4.** of a special or particular kind. **5.** concerned specifically with the item or subject named (used in com-

bination): *The Secretary addressed himself to crop-specific problems.* **6.** *Biol.* of or pertaining to a species: *specific characters.* **7.** *Med.* a. (of a disease) produced by a special cause or infection. b. (of a remedy) having special effect in the prevention or cure of a certain disease. **8.** *Immunol.* (of antibody or antigen) having a particular effect on only one antibody or antigen or affecting it in only one way. **9.** *Com.* noting customs or duties levied in fixed amounts per unit, as number, weight, or volume. **10.** *Physics.* a. designating a physical constant that, for a particular substance, is expressed as the ratio of the quantity in the substance to the quantity in an equal volume of a standard substance, as water or air. b. designating a physical constant that expresses a property or effect in a quantity per unit length, area, volume, or mass. —*n.* **11.** something specific, as a statement, quality, detail, etc. **12.** *Med.* a specific remedy: *There is no specific for the common cold.* [1625–35; < ML *specificus,* equiv. to L *speci(es)* SPECIES + *-ficus -FIC*] —**spe·cif′i·cal·ly,** *adv.*

—Syn. **1.** See **special.** —Ant. **2.** vague.

**spec·i·fi·ca·tion** (spes′ə fi kā′shən), *n.* **1.** the act of specifying. **2.** Usually, **specifications.** a detailed description or assessment of requirements, dimensions, materials, etc., as of a proposed building, machine, bridge, etc. **3.** a particular item, aspect, calculation, etc., in such a description. **4.** something specified, as in a bill of particulars; a specified particular, item, or article. **5.** an act of making specific. **6.** the state of having a specific character. [1605–15; < ML *specificātiōn-* (s. of *specificātiō*), equiv. to *specific(us)* (see SPECIFIC) + *-ātiōn- -ATION*] —Syn. **4.** requirement, condition, qualification.

**specif′ic charge′,** *Physics.* the ratio of the charge on a particle to the mass of the particle.

**specif′ic conduct′ance,** *Elect.* conductivity (def. 2).

**specif′ic grav′ity,** *Physics.* the ratio of the density of any substance to the density of some other substance taken as standard, water being the standard for liquids and solids, and hydrogen or air being the standard for gases. Also called **relative density.** [1660–70] —**spe-cif′ic-grav′i·ty,** *adj.*

**specif′ic heat′,** *Physics.* **1.** the number of calories required to raise the temperature of 1 gram of a substance 1°C, or the number of BTU's per pound per degree F. **2.** (originally) the ratio of the thermal capacity of a substance to that of standard material. [1825–35]

**specif′ic humid′ity,** the ratio of the mass of water vapor in air to the total mass of the mixture of air and water vapor. Cf. **mixing ratio, absolute humidity, dew point, relative humidity.**

**specif′ic im′pulse,** *Rocketry.* **1.** a measure, usually in seconds, of the efficiency with which a rocket engine utilizes its propellants, equal to the number of pounds of thrust produced per pound of propellant burned per second. **2.** the specific impulse that a given combination of propellants would produce in an ideal rocket engine providing complete combustion, no friction losses, and no lateral expansion of the exhaust. [1945–50]

**specif′ic induc′tive capac′ity,** *Elect.* permittivity.

**spec·i·fic·i·ty** (spes′ə fis′i tē), *n.* **1.** the quality or state of being specific. **2.** *Biochem., Pharm.* the selective attachment or influence of one substance on another, as an antibiotic and the target organism or an antibody and its specific antigen. [1875–80; SPECIFIC + -ITY]

**specif′ic perfor′mance,** *Law.* (esp. in the sale of land) literal compliance with one's contractual promises pursuant to a judicial mandate. [1870–75]

**specif′ic resist′ance,** *Elect.* resistivity (def. 2).

**specif′ic vol′ume,** *Physics.* volume per unit mass; the reciprocal of density.

**spec·i·fy** (spes′ə fī), *v., -fied, -fy·ing.* —*v.t.* **1.** to mention or name specifically or definitely; state in detail: *He did not specify the amount needed.* **2.** to give a specific character to. **3.** to set forth as a specification. **4.** to name or state as a condition: *He specified that he be given my power of attorney.* —*v.i.* **5.** to make a specific mention or statement. [1250–1300; ME *specifyen* < OF *specifier* < ML *specificāre.* See SPECIFIC, -FY] —**spec·i-fi·ca·tive** (spes′ə fi kā′tiv), *adj.* —**spec′i·fi·ca′tive·ly,** *adv.* —**spec′i·fi′er,** *n.*

**spec·i·men** (spes′ə mən), *n.* **1.** a part or an individual taken as exemplifying a whole mass or number; a typical animal, plant, mineral, part, etc. **2.** (in medicine, microbiology, etc.) a sample of a substance or material for examination or study: *a urine specimen; a tissue specimen.* **3.** a particular individual or kind of person: *What a specimen he is!* **4.** *Print.* a sample of typography, typefaces, etc. [1600–10; < L *specimen,* equiv. to *spec(ere)* to look, regard + *-men* n. suffix denoting result or means]

—Syn. **1.** type, model, pattern. See **example.**

**spec′imen plant′,** *Hort.* a plant grown by itself for ornamental effect, rather than being massed with others of its kind.

**spe·ci·os·i·ty** (spē′shē os′i tē), *n., pl.* **-ties.** the quality or state of being specious. [1425–75; late ME < LL *speciōsitās* good looks, beauty. See SPECIOUS, -ITY]

**spe·cious** (spē′shəs), *adj.* **1.** apparently good or right though lacking real merit; superficially pleasing or plausible: *specious arguments.* **2.** pleasing to the eye but deceptive. **3.** *Obs.* pleasing to the eye; fair. [1350–1400; ME < L *speciōsus* fair, good-looking, beautiful, equiv. to *speci(es)* (see SPECIES) + *-ōsus -OUS*] —**spe′cious·ly,** *adv.* —**spe′cious·ness,** *n.*

—Syn. **1.** See **plausible.** **2.** false, misleading.

which it appears or lies: *Specks of soot on the win* ... **12.** a very little bit or particle: *We haven't a spec* ... *sugar.* **3.** something appearing small by comparison by reason of distance: *By then the town was just a s*... —*v.t.* **4.** to mark with, or as with, a speck or spec [bef. 900; ME *specke,* OE *specca;* c. D *spikkel*] —*spe* **ed·ness** (spek′id nis), *n.* —**speck′less·ness,** *n.* —**spe less·ly,** *adv.* —**speck′less·ness,** *n.*

**speck·le** (spek′əl), *n., v., -led, -ling.* —*n.* **1.** a small spot, speck, or mark, as on skin. **2.** speckled colorin marking. —*v.t.* **3.** to mark with or as with spec [1400–50, late ME; see SPECK, -LE] —**speck′led·ne**

**speck′led trout′.** See **brook trout** (def. 1). [1 1805, *Amer.*]

**speck·le·in·ter·fer·om′e·try,** *Astron.* a photogra technique for clarifying the telescopic images of a sta taking short exposures of the electronic images of star's speckle pattern and extrapolating properties or starlight to create a more accurate composite im [1965–70; INTERFERE + -Y + -METRY]

**speck′le pat′tern,** *Astron.* the visual appearan a star as viewed through a large telescope, with regularities caused by the distorting effect of local bulence in the earth's atmosphere. [1960–65]

**specs** (speks), *n.pl. Informal.* **1.** spectacles; eyegla **2.** specifications. [1800–10; by shortening]

**spec·ta·cle** (spek′tə kəl), *n.* **1.** anything presente the sight or view, esp. something of a striking or imp sive kind: *The stars made a fine spectacle tonight.* public show or display, esp. on a large scale: *The con tion was a lavish spectacle.* **3.** **spectacles,** eyegla esp. with pieces passing over or resting on the ears holding them in place. **4.** Often, **spectacles,** a. so thing resembling spectacles in shape or function. b. of various devices suggesting spectacles, as one attac to a semaphore to display lights or different colors colored glass. **5.** *Obs.* a spyglass. **6.** make a spect of oneself, to call attention to one's unseemly behav behave foolishly or badly in public: *They tell me I m a spectacle of myself at the party last night.* [1300 ME < L *spectāculum* a sight, spectacle, deriv. of *sp* tāre, freq. of *specere* to look, regard. See -CLE²] —**sp ta·cle·less,** *adj.* —**spec′ta·cle·like′,** *adj.*

—Syn. **1.** marvel, wonder, sight, show.

**spec·ta·cled** (spek′tə kəld), *adj.* **1.** wearing spe cles. **2.** (of an animal) having a marking resembli pair of spectacles. [1600–10; SPECTACLE + -ED²]

**spec′tacled co′bra.** See **Indian cobra.** [1850–5]

**spec·tac·u·lar** (spek tak′yə lər), *adj.* **1.** of or lik spectacle; marked by or given to an impressive, lar scale display. **2.** dramatically daring or thrilling: *a sp tacular dive from a cliff.* —*n.* **3.** a single television p duction featuring well-known performers characterized by elaborate sets, costumes, staging, Cf. **special** (def. 13). **4.** an impressive, large-scale or play: *another Hollywood spectacular.* [1675–85; < *spectacul(um)* (see SPECTACLE) + -AR¹] —**spec·tac lar·i·ty** (spek tak′yə lar′i tē), *n.* —**spec·tac′u·lar·l** *adv.*

—Syn. **2.** hair-raising, dramatic, breathtaking.

**spec·tate** (spek′tāt), *v.i., -tat·ed, -tat·ing.* to part pate as a spectator, as at a horse race. [1700–10; b formation from SPECTATOR]

**spec·ta·tor** (spek′tā tər, spek tā′-), *n.* **1.** a pers who looks on or watches; onlooker; observer. **2.** a p son who is present at and views a spectacle, display, the like; member of an audience. **3.** Also called **spe tator shoe′,** a white shoe with a perforated wing tip a back trim, traditionally of dark brown, dark blue, black but sometimes of a lighter color. [1580–90; < spectātor, equiv. to spectā(re) (see SPECTATE), freq. of look, r gard + -tor -TOR] —**spec·ta·to·ri·al** (spek′tə tôr′ē tōr′-), *adj.*

**Spectator, The,** a weekly periodical (1711–12, 17 issued by Joseph Addison and Richard Steele.

**spec′tator pump′,** a woman's spectator shoe, clos at the front and back, usually having a medium or me um-high heel.

**spec′tator sport′,** any sport that can be watched spectators, as football or basketball, usually for a fe [1940–45]

**spec·ter** (spek′tər), *n.* **1.** a visible incorporeal spir esp. one of a terrifying nature; ghost; phantom; appa tion. **2.** some object or source of terror or dread: *t specter of disease or famine.* Also, *esp. Brit.,* **spectr** [1595–1605; < L *spectrum* (see SPECTRUM]

—Syn. **1.** shade. See **phantom.**

**spec·ti·no·my·cin** (spek′tə nō mī′sin), *n. Pharm.* antibiotic drug, $C_{14}H_{24}N_2O_7$, produced by the action cete *Streptomyces spectabilis,* used in the treatment susceptible gonorrhea. [1960–65; N.L. *spectabilis* a sp cific epithet (lit., visible; see SPECTACLE, -ABLE) and A TINOMYCIN]

**spec·tra** (spek′trə), *n.* a pl. of **spectrum.**

**spec·tral** (spek′trəl), *adj.* **1.** of or pertaining to specter; ghostly; phantom. **2.** resembling or suggesting specter. **3.** of, pertaining to, or produced by a spectru or spectra. **4.** resembling or suggesting a spectrum spectra. [1710–20; < L *spectr(um)* (see SPECTER) + -** —**spec′tral·ly,** *adv.* —**spec′tral·ness,** *n.* —**spec′tral·i** *adv.*

**spec′tral line′,** *Optics.* a line in a spectrum due t the absorption or emission of light at a discrete fr quency. [1865–70]

**spec′tral se′ries,** *Physics.* a series of lines in th spectrum of light emitted by excited atoms of an el ment, each line being related to a the electron

**EXHIBIT W**

*audio*

# Cassettes

## TAPE RENTAL LIBRARY, INC.

ONE CASSETTE CENTER • COVESVILLE, VA 2291 • 804-293-3705

Exhibit 25
Date 3-23-07
Nancy Martin
CSR 9504
RammM

# Cost Breakthrough... *For Cassette Users*

**NOW YOU can use cassettes all year...taking advantage of this up to date learning system.**

**If time slips by with books unread, seminars missed...you can change all that now! Pick and choose anything you want, like a book...on cassette.**

## Should I buy or rent?

This depends upon your situation. Generally you should buy if you are interested in just one or two cassettes— or if your use of particular programs will continue over an extended period.

You should rent if you are looking for a continuous supply of programs over a range of subjects or if you are not sure which programs you want in your library. Our annual subscription makes renting very economical.

We recommend both...in the proper combination to fit your situation. We find that most of our customers have their own library of cassettes with messages of lasting value to them.

## How many cassettes can I expect to obtain if I rent?

Your annual subscription provides you with 2 cassettes at a time. You may exchange your cassettes as often as you wish. Many of our customers exchange at least once a week (including some mailing coast to coast). These customers listen to over 100 cassettes a year.

## Can I have more than 2 cassettes at a time?

Yes, but there is an additional charge. The subscription fee is based on the use of 2 cassettes at a time. (see page 61 for details.)

## Why 2 cassettes at a time?

Our biggest cost is the purchase of cassette programs to maintain adequate inventory to fill requests promptly. This means our cost (and your subscription fee) is proportional to the number of cassettes in circulation. This is why you can exchange as often as you wish...since it does not affect the number of cassettes in circulation.

This is also the reason that we have a nominal charge for extra cassettes.

## Is a subscription expensive?

Only if you are not a regular user. If you exchange weekly, it's about $1.00 per cassette. (See page 61 for details.)

Try this. Make a list of the cassettes you wish to hear. Then calculate the cost from our price list. This should help you make an economic decision.

## Do I have to go through entire programs?

No. You may pick specific subjects within a program if you wish.

## How often can I exchange cassettes?

As often as you wish. Mail each cassette as soon as you are finished. There is no limit to the number of cassettes you can have.

## How long does it take to exchange tapes by mail?

3 - 5 days roundtrip depending on your local mail situation. The Library provides "same day" service so you receive your next tape by return mail. Your cassettes are mailed "first class". You will be pleased with our prompt service.

## What is the procedure for returning the cassettes?

You will receive a return mailer with each cassette. The mailer is preposted. You can drop it in any mailbox. You may mail each cassette separately, as you finish it.

## How do I choose my next cassette?

A new selection card will be provided with each tape you receive.

## Will I always get the tape I want?

Almost always. Occasionally the cassette you want will not be immediately available. By providing an alternate selection, you will receive your next cassette by return mail. If you want a specific cassette and do not receive it on your first request, just ask the Library to reserve it for you.

## The catalog notes that workbook material is available for some programs. How do I obtain the workbook material?

Workbooks are mailed with the cassette when required. Other workbook material is sent only when requested. The only charge is for the extra postage required.

## What do I do if a tape jams in my player or is damaged?

Do not try to repair the damage. There is no charge for damage caused by normal use. Just leave the damaged portion exposed and return to TRL.

## Do I have to sign up for a full year?

Yes. Again economics control the situation. In order to provide you with the lowest price we have to keep our paperwork to a minimum. Should you find after 2 or 3 cassettes that the Library is not for you, return your cassettes promptly for a refund. If you hold the cassettes we cannot provide a refund.

## This program sounds great! How do I get started?

Use the order form on page 61.

Take advantage of the discount by sending payment with your order...or use your credit card.

# SERVING CASSETTE USERS SINCE 1971

1987






Our computer allows us to give you better service. However, our computer is run by people to see that you still get personal attention.

You are important to us. We give each of you the personal attention we know you deserve.



We are as close as your phone. If you have a question or problem. Just give us a call.



Your next selections go back out to you the same day you return your cassettes. Nothing is more important than keeping you supplied with good listening!

You have access to thousands of cassettes from the leading suppliers and producers. And we are constantly seeking new programs to expand the selections available to you.




## 221 New Listings

| | Page |
|---|---|
| Rent (Library Operation) | 61 |
| Buy (Price List) | 52 |
| Complete Index | 58 |

1987 Catalog

## Contents

| Catalog Series | GENERAL CATEGORIES | Page |
|---|---|---|
| 10,000 | SALES | 2 |
| 13,000-15,000 | MANAGEMENT | 3 |
| 17,000 | INSURANCE | 15 |
| 19,000 | REAL ESTATE | 15 |
| 24,000 | MARKETING | 16 |
| 25,000 | BUSINESS, GENERAL | 18 |
| 30,000 | SELF DEVELOPMENT | 21 |
| 40,000 | MOTIVATION | 30 |
| 50,000 | HISTORY | 37 |
| 52,000 | RELIGION | 37 |
| 54,000 | SCIENCE | 39 |
| 58,000 | LAW | 41 |
| 60,000 | LANGUAGES | 41 |
| 70,000 | SPORTS | 41 |
| 77,000-79,000 | THEATRE, OLD RADIO | 42 |
| 80,000 | BOOKS ON CASSETTE (all subject areas) | 44 |

# LIBRARY OPERATION

**Your annual subscription allows you to listen to any and all tapes in the Library . . . 2 at a time. You may exchange your tapes as often as you wish.**

**Number of Tapes at a Time**
2 at a time. The more frequently you exchange, the more you may listen to.

You may exchange cassettes at the Library or by mail.

**Mail Service**
We mail cassettes, charging only for postage. There is no charge for packaging or handling. You only pay for the actual postage used to mail your cassettes. We provide a pre-addressed pre-posted return mailer and a selection card for your next choice. All exchanges are processed the same day they arrive.

First class postage is 56 cents for one cassette and mailer (about 3 ounces); $1.12 round trip.

**Time Limit — None**
You can listen to as many tapes as you desire. Exchange frequently to obtain the most value from your subscription.

**Workbooks**
Some programs have workbooks or other printed material. This material is available as part of your subscription and is sent WHEN REQUESTED. Your only cost is the additional postage required.
The catalog also notes where the workbooks are required as part of the program. In these cases the workbook material is sent automatically.
Some workbooks may be purchased seperately. See price list on page xx.

**Damaged Tapes**
You are asked to take responsible care of the tapes while in your possession.

There is NO CHARGE for accidental damage to the magnetic tape in the cassette. DO NOT attempt to repair the tape. Simply return the cassette to TRL.

There is a $20 charge for lost or stolen cassettes or for physical damage to the cassette except as noted above. Do not leave the cassettes in the hot sun.

**Subscription Price**
1 year . . . . . . . . . . . . . . . . . . $120.00

add $10.00 advance postage for mail service (covers about 10 exchanges). State Sales Tax where applicable.

Credit Card . . . . . . . . Visa, Master Card

 

**Extra Cassettes**
More than 2 cassettes at a time are available @$1.50 per week per cassette (plus postage). You may order up to 4 extra cassettes. Return extra cassettes promptly to avoid additional charges.

**Discounts**
We offer discounts for multiple subscriptions

| Subscriptions | Discount | Price Per Subscription |
|---|---|---|
| 1-2 | Net | $120 |
| 3-9 | 10% | 108 |
| 10-19 | 15% | 102 |
| 20 or more | 20% | 96 |


We also specialize in service for corporations and large groups.

**Copyright**
The cassettes in the Library are covered by copyright. This means it is illegal to make copies.

Programs For Sale . . . . . . See page 52

Index . . . . . . . . . . . . See page 58

---

# LEARNING IS EASY . . . *with audio-cassettes*

RENT
**Send my first two tapes immediately.**
Tape one # _____ Tape Two # _____
ANNUAL SUBSCRIPTION . . . . . . . . . . . . . . . . . . . . . . . $120.00
☐ Check enclosed (deduct 2%)        _____
Virginia residents add 4% State Sales Tax        _____
ADVANCE POSTAGE for about 10 exchanges        $ 10.00
Additional postage will be billed as due.
                                    Total _____

*Signature* (required) _____

**Charge Credit Card:**

☐ Master Card        ☐ VISA

**Expiration Date: Month**        Year

**Credit Card Account No.**
**(Please recheck to make sure all digits are correct.)**

BUY
I prefer to buy
program            price

Virginia residents add 4% State Sales Tax
Total
(Please enclose payment)

Home Address . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . Zip . . . . . . . . . . . .
Send my tapes to ☐ Home   ☐ Company

Name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Company . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . Zip . . . . . . . . . .