BINGHAM McCUTCHEN LLP
Donn P. Pickett (SBN 72257)
donn.pickett@bingham.com
Mary T. Huser (SBN 136051)
mary.huser@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Marshall B. Grossman (SBN 35958)
marshall.grossman@bingham.com
William J. O'Brien (SBN 99526)
william.obrien@bingham.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC, a Delaware corporation<br><br>    Plaintiff,<br><br>v.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**BLOCKBUSTER'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**<br><br>Hearing Date: August 2, 2007<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. William H. Alsup<br><br>Complaint Filed: April 4, 2006<br>Trial Date: September 17, 2007 |

ACTIVE/72051874.1      1      CASE NO. C 06 2361 WHA (JCS)

BLOCKBUSTER'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL

I.   INTRODUCTION

Defendant and Counterclaimant Blockbuster Inc. ("Blockbuster"), respectfully requests an Order sealing portions of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement ("Motion"), supporting declarations and exhibits, pursuant to Civil Local Rules 7-11, 79-5 and the Protective Order signed by Magistrate Judge Joseph C. Spero on October 23, 2006. Blockbuster's request is narrowly tailored, as required by Local Rule 79-5(a), and seeks to protect only those documents that contain confidential commercial information. Therefore, good cause supports this request and the documents referenced herein may appropriately be filed under seal.

II.   MATERIALS TO BE SEALED

Blockbuster requests the following documents, or portions thereof, be filed under seal:

1)   Portions of Exhibit E to the Declaration of William J. O'Brien In Support Of Blockbuster's Motion For Summary Judgment of Invalidity and Non-Infringement ("O'Brien Decl."), containing excerpts from the deposition transcript of Neil Hunt taken on March 23, 2007.

2)   Exhibit K to the O'Brien Decl., containing excerpts from the deposition transcript of Tom Adams taken on June 1, 2007.

3)   Exhibit S to the O'Brien Decl., containing excerpts from the deposition transcript of Shane Evangelist taken on April 17, 2007.

4)   The Declaration of J.W. Craft In Support Of Blockbuster's Motion For Summary Judgment of Invalidity and Non-Infringement.

5)   Portions of the Motion, at pages 1, 5, 9, 11-21, 23-29, as Blockbuster describes the contents of the above listed documents in each of these pages.

III.   ARGUMENT

A.   **Documents Designated "Confidential-Attorneys' Eyes Only" By Blockbuster Pursuant to Paragraph 10 of the Protective Order.**

Pursuant to Civil Local Rule 79-5 and as set forth in the accompanying declaration of Adrienne L. Taclas in Support of Blockbuster's Administrative Request, good cause exists for

filing the above referenced documents under seal. Each of the documents Blockbuster seeks to file under seal are of a particularly sensitive business or technical nature that would provide significant advantage to competitors should they be disclosed. Blockbuster's request is "narrowly tailored to seal only the particular information that is genuinely privileged or protected as a trade secret or otherwise has a compelling need for confidentiality." Civil L.R. 79-5. Accordingly, the documents referenced herein and designated "Confidential-Attorneys' Eyes Only" by Blockbuster may appropriately be filed under seal.

    B.    **Documents Designated "Confidential-Attorneys' Eyes Only" By Netflix Pursuant to Paragraph 10 of the Protective Order.**

Exhibits E and K to the O'Brien Declaration were designated "Confidential-Attorneys' Eyes Only" by Netflix. Under Paragraph 10 of the Protective Order, Blockbuster is obligated to lodge these documents with the Court with a request to file it under seal pursuant to Civil Local Rule 79-5. Accordingly, Blockbuster hereby requests that Exhibits E and K to the O'Brien Declaration be filed under seal.

IV.    CONCLUSION

For the foregoing reasons, Blockbuster respectfully requests that each of the above referenced documents are filed under seal. Blockbuster will electronically file redacted versions of the Motion, the supporting declaration and exhibits for filing in the public record. A Proposed Order is submitted with this motion.

DATED: June 14, 2007

                        BINGHAM MCCUTCHEN LLP

                        By: _____
                               Adrienne L. Taclas
                             Attorneys for Defendant
                             Blockbuster, Inc.