BINGHAM McCUTCHEN LLP
Donn P. Pickett (SBN 72257)
donn.pickett@bingham.com
Mary T. Huser (SBN 136051)
mary.huser@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Marshall B. Grossman (SBN 35958)
marshall.grossman@bingham.com
William J. O'Brien (SBN 99526)
william.obrien@bingham.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC, a Delaware corporation<br><br>    Plaintiff,<br>v.<br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**DECLARATION OF ADRIENNE L. TACLAS IN SUPPORT OF BLOCKBUSTER'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**<br><br>Hearing Date: August 2, 2007<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. William H. Alsup<br><br>Complaint Filed: April 4, 2006<br>Trial Date: September 17, 2007 |

ACTIVE/72052890.1      1      CASE NO. C 06 2361 WHA (JCS)

DECLARATION OF ADRIENNE L. TACLAS IN SUPPORT OF
BLOCKBUSTER'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL

I, Adrienne L. Taclas, hereby declare as follows:

1. I am an attorney at law duly authorized to practice in California, and an associate with Bingham McCutchen LLP, counsel of record for Defendant and Counterclaimant Blockbuster. I submit this affidavit in support of Blockbuster's Administrative Request to File Under Seal. The following facts are true of my own personal knowledge. If called as a witness, I could and would testify competently as follows.

2. The Court entered a Protective Order in this action on October 23, 2006.

3. Blockbuster has designated the following documents (or portions of documents) filed in support of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement ("Motion") "Confidential-Attorneys' Eyes Only" pursuant to Paragraph 10 of the Protective Order, because they are of a particularly sensitive business or technical nature that would provide significant advantage to competitors should they be disclosed. Accordingly, Blockbuster hereby submits the following documents under seal pursuant to Civil Local Rule 79-5(b), (c).

    (a) Exhibit S to the Declaration of William J. O'Brien In Support Of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement ("O'Brien Decl.") containing excerpts from the deposition transcript of Shane Evangelist taken on April 17, 2007.

4. The following documents (or portions of documents) filed in support of Blockbuster's Motion contain information produced to Blockbuster in this action and designated "Confidential – Attorneys' Eyes Only" by Plaintiff, Netflix, Inc. ("Netflix"). Pursuant to Paragraph 10 of the Protective Order and Civil Local Rule 79-5(c), (d), Blockbuster hereby lodges the following documents under seal:

    (a) Exhibit E to the O'Brien Decl., containing excerpts from the deposition transcript of Neil Hunt taken on March 23, 2007.

    (b) Exhibit K to the O'Brien Decl., containing excerpts from the deposition transcript of Tom Adams taken on June 1, 2007.

     5.    Blockbuster submits the Declaration of J.W. Craft In Support Of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement to be filed under seal, as the declaration contains confidential commercial information.

     6.    Blockbuster submits the following portions of its Motion to be submitted under seal as the Motion describes the contents of the above listed documents, containing confidential commercial information, on the following pages: 1, 5, 9, 11-21, 23-29.

     7.    Blockbuster will electronically file redacted versions of the documents referenced above to be placed in the public record.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 14, 2007 at East Palo Alto, California.

                                                            ADRIENNE L. TACLAS