BINGHAM McCUTCHEN LLP
Donn P. Pickett (SBN 72257)
donn.pickett@bingham.com
Mary T. Huser (SBN 136051)
mary.huser@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Marshall B. Grossman (SBN 35958)
marshall.grossman@bingham.com
William J. O'Brien (SBN 99526)
william.obrien@bingham.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**BLOCKBUSTER'S MANUAL FILING NOTIFICATION OF DOCUMENTS SUBMITTED UNDER SEAL IN SUPPORT OF BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT**<br><br>Hearing Date: August 2, 2007<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. William H. Alsup<br><br>Complaint Filed: April 4, 2006<br>Trial Date: September 17, 2007 |

ACTIVE/72053698.1/3312460-3300206704    1    CASE NO. C 06 2361 WHA (JCS)

BLOCKBUSTER'S MANUAL FILING NOTIFICATION OF DOCUMENTS SUBMITTED UNDER SEAL IN SUPPORT OF
BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT

Dockets.Justia.com

# MANUAL FILING NOTIFICATION

Regarding the following documents submitted under seal in support of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement:

1. Portions of Exhibit E to the Declaration of William J. O'Brien In Support Of Blockbuster's Motion For Summary Judgment of Invalidity and Non-Infringement ("O'Brien Decl.").

2. Exhibit K to the O'Brien Decl.

3. Exhibit S to the O'Brien Decl.

4. The Declaration of J.W. Craft In Support Of Blockbuster's Motion For Summary Judgment of Invalidity and Non-Infringement.

5. Portions of Blockbuster's Motion For Summary Judgment of Invalidity and Non-Infringement, at pages 1, 5, 9, 11-21, 23-29.

This filing is in paper form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard copy shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.us.courts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

[ ] Voluminous Document (PDF) file size larger than the efiling system allows)

[ ] Unable to Scan Documents

[ ] Physician Object

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[ ] Other (description): _____

ACTIVE/72053698.1/3312460-3300206704    2    CASE NO. C 06 2361 WHA (JCS)

BLOCKBUSTER'S MANUAL FILING NOTIFICATION OF DOCUMENTS SUBMITTED UNDER SEAL IN SUPPORT OF
BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT

DATED: June 14, 2007

BINGHAM MCCUTCHEN LLP

By: /s/
Adrienne L. Taclas
Attorneys for Defendant
Blockbuster, Inc.

ACTIVE/72053698.1/3312460-3300206704    3    CASE NO. C 06 2361 WHA (JCS)

BLOCKBUSTER'S MANUAL FILING NOTIFICATION OF DOCUMENTS SUBMITTED UNDER SEAL IN SUPPORT OF
BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT