1  BINGHAM McCUTCHEN LLP
   Donn P. Pickett (SBN 72257)
2  donn.pickett@bingham.com
   Mary T. Huser (SBN 136051)
3  mary.huser@bingham.com
   Three Embarcadero Center
4  San Francisco, CA 94111-4067
   Telephone:  (415) 393-2000
5  Facsimile:  (415) 393-2286

6  Marshall B. Grossman (SBN 35958)
   marshall.grossman@bingham.com
7  William J. O'Brien (SBN 99526)
   william.obrien@bingham.com
8  The Water Garden
   1620 26th Street
9  Fourth Floor, North Tower
   Santa Monica, CA 90404-4060
10 Telephone:  (310) 907-1000
   Facsimile:  (310) 907-2000
11
   Attorneys for Defendant and Counterclaimant,
12 BLOCKBUSTER INC.

13                    UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15

16 | NETLIX, INC, a Delaware corporation | Case No. C 06 2361 WHA (JCS) |
17 |                                     |                               |
   | Plaintiff,                          | [~~PROPOSED~~] ORDER GRANTING |
18 | v.                                  | BLOCKBUSTER'S ADMINISTRATIVE  |
   |                                     | REQUEST TO FILE UNDER SEAL    |
19 | BLOCKBUSTER INC., a Delaware corporation, |                         |
   | DOES 1-50,                          | Hearing Date: August 2, 2007  |
20 |                                     | Time:         8:00 a.m.       |
   | Defendant.                          | Courtroom:    9, 19th Floor   |
21 |                                     | Judge:        Hon. William H. Alsup |
22
23 |                                     | Complaint Filed: April 4, 2006 |
   |                                     | Trial Date:      September 17, 2007 |
24
25 | AND RELATED COUNTERCLAIMS           |

26
27
28

ACTIVE/72052890.1                1                 CASE NO. C 06 2361 WHA (JCS)

1.  The Court considered Blockbuster's Administrative Request to File Under Seal. For good cause appearing:

    IT IS HEREBY ORDERED that the Administrative Request is GRANTED. Therefore, the following documents shall be filed under seal:

    1. Portions of Exhibit E to the Declaration of William J. O'Brien In Support Of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement ("O'Brien Decl."), containing excerpts from the deposition transcript of Neil Hunt taken on March 23, 2007.

    2. Exhibit K to the O'Brien Decl., containing excerpts from the deposition transcript of Tom Adams taken on June 1, 2007.

    3. Exhibit S to the O'Brien Decl., containing excerpts from the deposition transcript of Shane Evangelist taken on April 17, 2007.

    4. The Declaration of J.W. Craft In Support Of Blockbuster's Motion for Summary Judgment of Invalidity and Non-Infringement.

    5. Blockbuster describes the contents of the above listed deposition testimony and documents in its Motion for Summary Judgment of Invalidity and Non-Infringement, and therefore requests that the Court file those portions of the Motion, at pages 1, 5, 9, 11-21, 23-29, under seal as well.

IT IS SO ORDERED.

DATED: June 15, 2007

_____
HON. WILLIAM H. ALSUP
United States District Court Judge