BINGHAM McCUTCHEN LLP
Donn P. Pickett (SBN 72257)
donn.pickett@bingham.com
Mary T. Huser (SBN 136051)
mary.huser@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Marshall B. Grossman (SBN 35958)
marshall.grossman@bingham.com
William J. O'Brien (SBN 99526)
william.obrien@bingham.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC, a Delaware corporation<br><br>        Plaintiff,<br><br>  v.<br><br>BLOCKBUSTER INC., a Delaware corporation, DOES 1-50,<br><br>        Defendant. | Case No. C 06 2361 WHA (JCS)<br><br>**NOTICE OF ERRATA TO NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT**<br><br>Hearing Date:   August 2, 2007<br>Time:   8:00 a.m.<br>Courtroom:   9, 19th Floor<br>Judge:   Hon. William H. Alsup<br><br>Complaint Filed:   April 4, 2006<br>Trial Date:   September 17, 2007 |
| AND RELATED COUNTERCLAIMS | |

ACTIVE/72054158.1/3312460-3300206704      1      CASE NO. C 06 2361 WHA (JCS)

NOTICE OF ERRATA TO NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT

Dockets.Justia.com

1  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** Blockbuster inadvertently included an error in its Motion for Summary Judgment filed June 14, 2007. Page 28 at lines 9-10 of the Motion states: "All asserted claims of the '450 patent require that items be provided "in the desired order" or "based upon the desired order." It should read: Asserted claims 5 and 20 of the '450 patent require that items be provided "based upon the desired order." This error was not noticed until after the Motion had been e-filed.

Additionally, the '450 and '381 patents are attached as Exhibits A and B respectively to the Confidential Declaration of William O'Brien, and first cited to on page six of the Motion. Certificates of correction were filed for the '450 patent, but because they did not alter the arguments in the motion, those pages were not attached to the exhibit in consideration of the Court's strict page limit requirements. Copies of the certificates of correction appear at the end of Exhibit B to the First Amended Complaint.

Dated: June 15, 2007                              BINGHAM MCCUTCHEN LLP

By: _____/s/_____
Sheila M. Pierce
Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

ACTIVE/72054158.1/3312460-3300206704    2    CASE NO. C 06 2361 WHA (JCS)

NOTICE OF ERRATA TO NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT