BINGHAM McCUTCHEN LLP
Donn P. Pickett (SBN 72257)
Mary T. Huser (SBN 136051)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Marshall B. Grossman (SBN 35958)
William J. O'Brien (SBN 99526)
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation, | Case No. C 06 2361 WHA (JCS) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| BLOCKBUSTER INC., a Delaware corporation, DOES 1-50, | Complaint Filed: April 4, 2006 |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

PROOF OF SERVICE

SF/21712297.1

## PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California, 94111. I am readily familiar with the practice of this office for collection and processing via electronic transmission that same day in the ordinary course of business.

On June 14, 2007, I served the attached:

**NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT - CONFIDENTIAL VERSION**

**EXHIBITS E, K & S TO DECLARATION OF WILLIAM J. O'BRIEN IN SUPPORT OF BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT - CONFIDENTIAL VERSION**

**DECLARATION OF J.W. CRAFT IN SUPPORT OF BLOCKBUSTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT - CONFIDENTIAL VERSION**

☒ (BY ELECTRONIC TRANSMISSION) This document was transmitted by electronic transmission from adrienne.taclas@bingham.com and the transmission was reported as complete and without error. I then caused the transmitting e-mail account to properly issue a report confirming the electronic transmission.

Daralyn Durie, Esq.
Eugene Paige, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: ddurie@kvn.com
Email: epaige@kvn.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on June 15, 2007.

　　　　　/s/
　　　Adrienne L. Taclas