UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>BLOCKBUSTER INC., a Delaware corporation,<br><br>                      Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Come now Plaintiff Netflix, Inc. ("Netflix") and Defendant Blockbuster, Inc. ("Blockbuster") (collectively "the Parties") file this Joint Stipulation of Dismissal with Prejudice. The Parties have agreed to mutually acceptable resolution of the issues in this case. Thus, Netflix and Blockbuster, by and through their respective counsel, hereby stipulate to the dismissal of the above-styled action pursuant to Federal Rule of Civil Procedure 41(a)(1), thereby dismissing this action with prejudice in its entirety. Each party shall bear its own costs and attorneys' fees.

~~The Parties stipulate that this Court shall retain jurisdiction over the Settlement Agreement between them as the exclusive venue for resolution of any dispute(s) arising out of or related to such agreement.~~

1  SO STIPULATED.

2  Dated: June 25, 2007

3

4                                        By: _Mary J Huser /sp_

5                                        BINGHAM McCUTCHEN LLP
                                         Mary T. Huser (SBN 136051)
6                                        Three Embarcadero Center
                                         San Francisco, CA 94111-4067
7                                        Telephone: (415) 393-2000
                                         Facsimile: (415) 393-2286
8
                                         Attorneys for Defendant and Counterclaimant,
9                                        BLOCKBUSTER INC.

10

11
   Dated: June __, 2007
12

13
                                         By: _____
14
                                         KEKER & VAN NEST LLP
15                                       Daralyn J. Durie (SBN 169825)
                                         710 Sansome Street
16                                       San Francisco, CA 94111-1704
                                         Telephone: (415) 391-5400
17                                       Facsimile: (415) 397-7188

18                                       Attorneys for Plaintiff and Counterdefendant,
                                         NETFLIX, INC.
19

20

21                     ORDER OF DISMISSAL

22  AS STIPULATED BY THE PARTIES, IT IS SO ORDERED

23

24  DATED: _____, 2007.

25

26                                       _____
                                         Honorable William H. Alsup
27                                       United States District Judge

28

A/72068984.1

1     SO STIPULATED.

2   Dated: June 25, 2007

4                                        By: _____

BINGHAM McCUTCHEN LLP
Mary T. Huser (SBN 136051)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

Dated: June 25, 2007

By: _____

KEKER & VAN NEST LLP
Daralyn J. Durie (SBN 169825)
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterdefendant,
NETFLIX, INC.

## ORDER OF DISMISSAL

AS STIPULATED BY THE PARTIES, IT IS SO ORDERED

DATED: ___June 26___, 2007.

_____
Honorable William H. Alsup
United States District Judge

A/72068984.1