UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BLOCKBUSTER INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 2361 WHA (JCS)<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE** |

### JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE

Come now Plaintiff Netflix, Inc. ("Netflix") and Defendant Blockbuster, Inc. ("Blockbuster" (collectively "the Parties") file this Joint Stipulation of Dismissal with Prejudice. The Parties have agreed to mutually acceptable resolution of the issues in this case. Thus, Netflix and Blockbuster, by and through their respective counsel, hereby stipulate to the dismissal of the above-styled action pursuant to Federal Rule of Civil Procedure 41(a)(1), thereby dismissing this action with prejudice in its entirety. Each party shall bear its own costs and attorneys' fees.

~~The Parties stipulate that this Court shall retain jurisdiction over the Settlement Agreement between them as the exclusive venue for resolution of any dispute(s) arising out of or related to such agreement.~~

A/72068984.1

| | |
|---|---|
| 1 | SO STIPULATED. |
| 2 | Dated: June 25, 2007 |

By: *Mary J Huser /sp*

BINGHAM McCUTCHEN LLP
Mary T. Huser (SBN 136051)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

Dated: June __, 2007

By: _____

KEKER & VAN NEST LLP
Daralyn J. Durie (SBN 169825)
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterdefendant,
NETFLIX, INC.

ORDER OF DISMISSAL

AS STIPULATED BY THE PARTIES, IT IS SO ORDERED

DATED: _____, 2007.

_____
Honorable William H. Alsup
United States District Judge

A/72068984.1

1     SO STIPULATED.

2   Dated: June 25, 2007

4                                                       By: _____

BINGHAM McCUTCHEN LLP
Mary T. Huser (SBN 136051)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant and Counterclaimant,
BLOCKBUSTER INC.

Dated: June 25, 2007

                                                      By: /s/ Daralyn J. Durie

KEKER & VAN NEST LLP
Daralyn J. Durie (SBN 169825)
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterdefendant,
NETFLIX, INC.

## ORDER OF DISMISSAL

AS STIPULATED BY THE PARTIES, IT IS SO ORDERED

DATED: ___June 26_____, 2007.

                                                   _____
                                                   Honorable William H. Alsup
                                                   United States District Judge

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

A/72068984.1